**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

Case number *(if known)* _____    Chapter  11

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**    SEATON INVESTMENTS, LLC

**2. All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)    27-2231168

**4. Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 440 Seaton St<br>Los Angeles, CA 90013<br>Number, Street, City, State & ZIP Code | 264 S Oakhurst Dr<br>Beverly Hills, CA 90212<br>P.O. Box, Number, Street, City, State & ZIP Code |
| Los Angeles<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)

**6. Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify:

Debtor  SEATON INVESTMENTS, LLC    Case number (if known) _____
        Name

7. **Describe debtor's business**    A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☐ None of the above

   B. *Check all that apply*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
      http://www.uscourts.gov/four-digit-national-association-naics-codes.
      __5311__

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ☒ Chapter 11. *Check **all** that apply*:
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   If more than 2 cases, attach a separate list.

   - ☒ No.
   - ☐ Yes.

   District _____  When _____  Case number _____
   District _____  When _____  Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    - ☐ No
    - ☒ Yes.

    List all cases. If more than 1, attach a separate list

    Debtor  See Attachment    Relationship _____
    District _____  When _____  Case number, if known _____

Debtor  SEATON INVESTMENTS, LLC _____ Case number (*if known*)_____
            Name

| 11. | Why is the case filed in *this district*? | *Check all that apply:* |
|---|---|---|
| | | ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | | ☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☒ No |
|---|---|---|
| | | ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed. |

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

### Statistical and administrative information

| 13. | Debtor's estimation of available funds | *Check one:* |
|---|---|---|
| | | ☒ Funds will be available for distribution to unsecured creditors. |
| | | ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| 14. | Estimated number of creditors | ☒ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |
|---|---|---|---|---|
| 15. | Estimated Assets | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☒ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
| 16. | Estimated liabilities | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☒ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

Debtor  SEATON INVESTMENTS, LLC                                    Case number (if known)
        Name

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/18/2024
             MM / DD / YYYY

X _____       Alan D. Gomperts
  Signature of authorized representative of debtor    Printed name

Title  Managing Member

**18. Signature of attorney**

X _____       Date  03/18/2024
  Signature of attorney for debtor                      MM / DD / YYYY

Derrick Talerico
Printed name

Weintraub Zolkin Talerico & Selth LLP
Firm name

11766 Wilshire Blvd Suite 730
Los Angeles, CA 90025
Number, Street, City, State & ZIP Code

Contact phone  424-500-8552        Email address  dtalerico@wztslaw.com

223763 - CA
Bar number and State

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

Case number (if known) _____  Chapter __11__

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | Alan D. Gomperts | | Relationship to you | Manager and member of Debtor | |
| District | Los Angeles Division | When | 03/18/2024 | Case number, if known | 2:24-bk-12074-VZ |
| Debtor | Broadway Avenue Investments, LLC | | Relationship to you | Affiliate | |
| District | Los Angeles Division | When | | Case number, if known | Filed concurrently |
| Debtor | Colyton Investments, LLC | | Relationship to you | Affiliate | |
| District | Los Angeles | When | | Case number, if known | Filed concurrently |
| Debtor | Daniel Halevy | | Relationship to you | Member of Debtor | |
| District | Los Angeles Division | When | 03/18/2024 | Case number, if known | 2;24-bk-12075-VZ |
| Debtor | Negev Investments, LLC | | Relationship to you | Affiliate | |
| District | Riverside Division | When | | Case number, if known | Filed concurrently |
| Debtor | SLA Investments, LLC | | Relationship to you | Affiliate | |
| District | Los Angeles Division | When | | Case number, if known | Filed concurrently |
| Debtor | Susan Halevy | | Relationship to you | Member of Debtor | |
| District | Los Angeles Division | When | 03/18/2024 | Case number, if known | 2:24-bk-12076-VZ |

CERTIFICATE OF RESOLUTIONS OF
SEATON INVESTMENTS, LLC
AUTHORIZING FILING OF BANKRUPTCY PETITION

The undersigned, the manager and a member of Seaton Investments, LLC, a California limited liability company ("Company"), organized under the laws of the State of California hereby certifies and adopts the following resolution.

RESOLVED that Alan D. Gomperts is authorized to execute and cause to be filed a petition under Chapter 11 of the United States Bankruptcy Code on behalf of Seaton Investments, LLC.

RESOLVED that the filing of a Chapter 11 case on behalf of Seaton Investments, LLC is in the best interests of the limited liability company and its managers, members and creditors.

RESOLVED that Weintraub Zolkin Talerico & Selth LLP is retained to act as general bankruptcy counsel in that proceeding.

RESOLVED that Alan D. Gomperts is the party designated to act on behalf of the company in all matters pertaining to the Chapter 11 proceeding including, but not limited to providing direction to counsel, executing documents, and appearing in Court as necessary.

Dated: March 18, 2024

By: _____
Alan D. Gomperts, Manager and Member

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | SEATON INVESTMENTS, LLC |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Alta Fire Pro<br>PO Box 7007<br>Mission Hills, CA 91346 | Marc Altimaro<br><br>altaprofire@yahoo.com<br>(818) 317-6042 | Trade debt | | | | $7,479.00 |
| California Refrigeration & Supply<br>1926 Glendon Ave Apt 4<br>Los Angeles, CA 90025 | Vicky Litoya<br><br>projects@calrhac.com<br>(310) 409-1008 | Trade debt | | | | $666,788.00 |
| Deborah Feldman Esq<br>24611 Mulholland Hwy<br>Calabasas, CA 91302-2325 | Deborah Feldman<br><br>dfeldman@feldmanesqpc.com<br>(818) 483-4579 | Legal Services | | | | $12,367.00 |
| Mark Berkowitz CPA<br>5850 Canoga Ave<br>Woodland Hills, CA 91367 | Mark Berkowitz<br><br>mark@berkowitzcpa.com<br>(818) 348-5250 | Accounting services | | | | $7,800.00 |
| RG Fire Inc<br>8721 Laurel Canyon Blvd<br>Sun Valley, CA 91352 | Rafa Goforth<br><br>rgfire2000@gmail.com | Trade debt | | | | $0.00 |
| Simply Electrical<br>14101 S Budlong Ave<br>Gardena, CA 90247 | Jose Hermandez<br><br>simplyelectrical17@gmail.com<br>(323) 599-9855 | Trade debt | | | | $24,650.00 |
| Urban Lime<br>915 Mateo St<br>Los Angeles, CA 90021 | Lorena Tomb<br><br>lorena@urbanlimere.com<br>(213) 277-7247 | Broker Fees | Contingent | | | $387,600.00 |

**Fill in this information to identify the case:**

Debtor name   SEATON INVESTMENTS, LLC

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
☐  Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☐  Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☐  Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☐  Schedule H: Codebtors (Official Form 206H)
☐  Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☐  Amended Schedule _____
☒  Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  March 18, 2024      x  /s/ A.D. Gomperts
                                     Signature of individual signing on behalf of debtor

                                     Alan D. Gomperts
                                     Printed name

                                     Manager
                                     Position or relationship to debtor

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

   None.

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

   None.

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

   Each of the following debtors are affiliates of each other. Debtors Seaton Investments, LLC and Colyton Investments, LLC are congruent commercial properties operated as a single economic unit with shared financing guaranteed by Debtors Susan Halevy, Daniel Halevy, and Alan Gomperts (the "Individual Debtors"). Debtor's Broadway Avenue Investments, LLC, SLA Investments, LLC, and Negev Investments, LLC are borrowers on financing obtained for the benefit of Broadway, guaranteed by the Individual Debtors. The five corporate debtors are owned in various percentages by the Individual Debtors. The Individual Debtors filed Chapter 11 cases on March 18, 2024 as follows: Alan Gomperts Case # 2:24-bk-12074-VZ; Daniel Halevy Case # 2:24-bk-12075-VZ; and Susan Halevy Case # 2:24-bk-12076-VZ.

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

   Not applicable.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _Los Angeles_, California

Date: _March 18, 2024_

_____
Signature of Debtor

_____
Signature of Debtor 2

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018            Page 1            F 1015-2.1.STMT.RELATED.CASES

| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Derrick Talerico - Bar # 223763<br>WEINTRAUB ZOLKIN TALERICO & SELTH LLP<br>11766 Wilshire Blvd., Suite 450<br>Los Angeles, CA 90025<br>Telephone: 424-500-8552<br>Email: dtalerico@wztslaw.com<br><br>☐ Debtor(s) appearing without attorney<br>☒ Attorney for Debtor | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>SEATON INVESTMENTS, LLC<br><br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 11<br><br>**VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br>**[LBR 1007-1(a)]** |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __3__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: March 19, 2024

_[signature]_
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) (if applicable)

Date: _____

_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

December 2015                                                                                           F 1007-1.MAILING.LIST.VERIFICATION

Alan D Gomperts  
264 S Oakhurst Dr  
Beverly Hills, CA 90212  


Alta Fire Pro  
PO Box 7007  
Mission Hills, CA 91346  


Balboa Capital Corporation  
575 Anton Blvd 12th Fl  
Costa Mesa, CA 92626  


CA Dept of Tax and Fee Admin  
Account Info Group MIC29  
PO Box 942879  
Sacramento, CA 94279-0029  


California Refrigeration &  
Supply 1926 Glendon Ave Apt 4  
Los Angeles, CA 90025  


Colyton Investments LLC  
421 Colyton St  
Los Angeles, CA 90013  


Daniel Halevy  
257 S Linden Dr  
Beverly Hills, CA 90212  


Deborah Feldman Esq  
24611 Mulholland Hwy  
Calabasas, CA 91302-2325

```
Deborah Feldman Esq
12466 Marsh Pointe Rd
Sarasota, FL 34238


Franchise Tax Board
Bankruptcy Section MS A-340
PO Box 2952
Sacramento, CA 95812-2952


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Korth Direct Mortgage Inc
135 San Lorenzo Ave Ste 600
Miami, FL 33146


Los Angeles County Tax
Collector PO Box 54110
Los Angeles, CA 90054-0110


Mark Berkowitz CPA
5850 Canoga Ave
Woodland Hills, CA 91367


Pawnee Leasing Corporation


Polsinelli LLP
Attn Garrick Vanderin Esq
2049 Century Park E Ste 2900
Los Angeles, CA 90067
```

RG Fire Inc
8721 Laurel Canyon Blvd
Sun Valley, CA 91352


Simply Electrical
14101 S Budlong Ave
Gardena, CA 90247


Sue Halevy
257 S Linden Dr
Beverly Hills, CA 90212


Urban Lime
915 Mateo St
Los Angeles, CA 90021