**Fill in this information to identify the case:**

Debtor name   SEATON INVESTMENTS, LLC

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

Case number (if known)  2:24-bk-12079-VZ

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     **12/15**

---

**Part 1:**   **Summary of Assets**

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.............................................................................................. $    39,000,000.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................................................ $    342,193.11

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.............................................................................................. $    39,342,193.11

---

**Part 2:**   **Summary of Liabilities**

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $    37,257,449.17

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $    0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................ +$    1,442,240.75

4. **Total liabilities** ..........................................................................................................
   Lines 2 + 3a + 3b     $    38,699,689.92

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | SEATON INVESTMENTS, LLC |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION |
| Case number (if known) | 2:24-bk-12079-VZ |

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1.  Wells Fargo Bank | Checking | 4814 | $1,033.11 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

      | |
      |---|
      | $1,033.11 |

### Part 2:    Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☒ No.  Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:    Accounts receivable

**10. Does the debtor have any accounts receivable?**

☒ No.  Go to Part 4.
☐ Yes Fill in the information below.

### Part 4:    Investments

**13. Does the debtor own any investments?**

☒ No.  Go to Part 5.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | SEATON INVESTMENTS, LLC | Case number *(If known)* 2:24-bk-12079-VZ |
|---|---|---|
| | Name | |

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.   Go to Part 6.
☐ Yes Fill in the information below.

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

---

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No.   Go to Part 8.
☐ Yes Fill in the information below.

---

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.   Go to Part 9.
☒ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.**   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.**   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49.**   **Aircraft and accessories** | | | |
| **50.**   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>Parking Stacker | | | $120,000.00 |

**51.   Total of Part 8.**

Add lines 47 through 50.   Copy the total to line 87.

$120,000.00

**52.   Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

**53.   Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.   Go to Part 10.
☒ Yes Fill in the information below.

**55.**      **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

Debtor    SEATON INVESTMENTS, LLC
_____     Case number *(If known)*   2:24-bk-12079-VZ
          Name

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   Office/Warehouse Mix-Use Building and land located at 431-433 Colyton Street, 441 Colyton Street and 440 Seaton St, Los Angeles, CA | Fee Simple | $20,403,151.00 | | $39,000,000.00* |

56.    **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| $39,000,000.00 |
|---|

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
       ☒ No
       ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ☒ No
       ☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☒ No.   Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.   Go to Part 12.
☒ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71.    **Notes receivable**
       Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**\*The real properties owned by Seaton Investments, LLC and Colyton Investments, LLC have been operated as a single economic unit for many years. The Debtors have a general understanding that the combined value of the properties is between $32 - $45 million. Debtor submits the current value at $39 million as a mid-point in the likely value range, as it considers actual value with more precision.**

Debtor    SEATON INVESTMENTS, LLC

Case number *(If known)*  2:24-bk-12079-VZ

Name

| | |
|---|---|
| Sienna Rose, Inc. - Intercompany Receivable | $155,910.00 |
| Broadway Avenue Investments, LLC - Intercompany Receivable | $250.00 |
| Colyton Investments, LLC - Intercompany Receivable | $65,000.00 |

78.    **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

$221,160.00

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No

☐ Yes

---

Debtor    SEATON INVESTMENTS, LLC

        Name

Case number *(If known)*  2:24-bk-12079-VZ

---

**Part 12:**    **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,033.11 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.**  *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $120,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9......................................................>* | | $39,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $221,160.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $342,193.11 | + 91b. $39,000,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $39,342,193.11 |

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | SEATON INVESTMENTS, LLC |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION |
| Case number (if known) | 2:24-bk-12079-VZ |

☐ Check if this is an amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**
☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
☒ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| 2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1 **Balboa Capital Corporation**<br>Creditor's Name<br><br>575 Anton Blvd 12th Fl<br>Costa Mesa, CA 92626<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>5/10/2019<br>**Last 4 digits of account number**<br>8970<br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>Parking Stacker<br><br><br>**Describe the lien**<br>Equipment Financing Agreement<br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,936.17 | $120,000.00 |

| 2.2 **Korth Direct Mortgage Inc**<br>Creditor's Name<br>135 San Lorenzo Ave Ste 600<br>Miami, FL 33146<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>4/23/2021<br>**Last 4 digits of account number**<br>L005<br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>Office/Warehouse Mix-Use Building and land located at 431-433 Colyton Street, 441 Colyton Street and 440 Seaton St, Los Angeles, CA<br><br>**Describe the lien**<br>Deed of Trust<br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $35,200,000.00 | $39,000,000.00 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | SEATON INVESTMENTS, LLC | | Case number (if known) | 2:24-bk-12079-VZ |
|---|---|---|---|---|
| | Name | | | |

1. Korth Direct Mortgage Inc
2. Los Angeles County Tax Collector

---

| 2.3 | Korth Direct Mortgage Inc | | | $2,000,000.00 | $39,000,000.00 |
|---|---|---|---|---|---|

Creditor's Name

135 San Lorenzo Ave Ste 600
Miami, FL 33146

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
Office/Warehouse Mix-Use Building and land located at 431-433 Colyton Street, 441 Colyton Street and 440 Seaton St, Los Angeles, CA

**Describe the lien**
Deed of Trust

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
1/30/2022

**Last 4 digits of account number**
B005

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.2

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | Los Angeles County Tax Collector | | | $53,513.00 | $39,000,000.00 |
|---|---|---|---|---|---|

Creditor's Name

PO Box 54110
Los Angeles, CA 90054-0110

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
Office/Warehouse Mix-Use Building and land located at 431-433 Colyton Street, 441 Colyton Street and 440 Seaton St, Los Angeles, CA

**Describe the lien**
Real Property Taxes

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.2

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $37,257,449.17 |
|---|---|---|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Pawnee Leasing Corporation | Line   2.1 | |

---

| Debtor | SEATON INVESTMENTS, LLC | | Case number (if known) | 2:24-bk-12079-VZ |
|---|---|---|---|---|
| | Name | | | |

Polsinelli LLP
Attn Garrick Vanderin Esq
2049 Century Park E Ste 2900

Los Angeles, CA 90067

Line  2.2

Polsinelli LLP
Attn Garrick Vanderin Esq
2049 Century Park E Ste 2900

Los Angeles, CA 90067

Line  2.3

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|
| Debtor name       SEATON INVESTMENTS, LLC |
| United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION |
| Case number (if known)  2:24-bk-12079-VZ |

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:       List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | | Total claim | Priority amount |
|---|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address<br>CA Dept of Tax and Fee Admin<br>Account Info Group MIC29<br>PO Box 942879<br>Sacramento, CA 94279-0029 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>Taxes | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address<br>Employment Development Dept<br>Bankruptcy Group MIC 92E<br>PO Box 826880<br>Sacramento, CA 94280-001 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>Notice only | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.3 | Priority creditor's name and mailing address<br>Franchise Tax Board<br>Bankruptcy Section MS A-340<br>PO Box 2952<br>Sacramento, CA 95812-2952 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>Taxes | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                                                                        Best Case Bankruptcy

| Debtor | SEATON INVESTMENTS, LLC | Case number (if known) | 2:24-bk-12079-VZ |
|---|---|---|---|
| | Name | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|
| | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Taxes | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ☒ No<br>☐ Yes | | |

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $313,356.75 |
|---|---|---|---|
| | AIRE Ancient Baths Los Angeles LLC<br>88 Franklin St<br>New York, NY 10013 | ☒ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  9/7/2023 | Basis for the claim:  Security Deposit | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,479.00 |
|---|---|---|---|
| | Alta Fire Pro<br>PO Box 7007<br>Mission Hills, CA 91346 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Trade debt | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $666,788.00 |
|---|---|---|---|
| | California Refrigeration & Supply<br>1926 Glendon Ave Apt 4<br>Los Angeles, CA 90025 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Trade debt | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,367.00 |
|---|---|---|---|
| | Deborah Feldman Esq<br>24611 Mulholland Hwy<br>Calabasas, CA 91302-2325 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Legal Services | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,800.00 |
|---|---|---|---|
| | Mark Berkowitz CPA<br>5850 Canoga Ave<br>Woodland Hills, CA 91367 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Accounting Services | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | RG Fire Inc<br>8721 Laurel Canyon Blvd<br>Sun Valley, CA 91352 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Trade debt | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| Debtor | SEATON INVESTMENTS, LLC | | Case number (if known) | 2:24-bk-12079-VZ |
|---|---|---|---|---|
| | Name | | | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,000.00 |
|---|---|---|---|

Sean Rudes and Monfrere
3891 Beverly Blvd #328
Los Angeles, CA 90048

☒ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/20/2021

Basis for the claim:  Security Deposit

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,650.00 |
|---|---|---|---|

Simply Electrical
14101 S Budlong Ave
Gardena, CA 90247

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  Trade debt

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,000.00 |
|---|---|---|---|

SLA Investments LLC
264 S Oakhurst Dr
Beverly Hills, CA 90212

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  Intercompany Loan

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $387,600.00 |
|---|---|---|---|

Urban Lime
915 Mateo St
Los Angeles, CA 90021

☒ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  Broker Fees

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,200.00 |
|---|---|---|---|

WGW Sales Inc
555 Logan Ave
Winnipeg MB R3A O54
CANADA

☒ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/2/2015

Basis for the claim:  Security Deposit

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No  ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Deborah Feldman Esq<br>12466 Marsh Pointe Rd<br>Sarasota, FL 34238 | Line  3.4<br><br>☐ Not listed. Explain ____ | _ |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 1,442,240.75 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 1,442,240.75 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | SEATON INVESTMENTS, LLC |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION |
| Case number (if known) | 2:24-bk-12079-VZ |

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
    ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — Retail lease dated September 7, 2023 for 433-441 Colyton St and 440 Seaton St, Los Angeles, CA 90013 <br><br>State the term remaining — 14.5 years <br><br>List the contract number of any government contract | AIRE Ancient Baths Los Angeles LLC <br> 88 Franklin St <br> New York, NY 10013 |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest — Management agreement for property <br><br>State the term remaining <br><br>List the contract number of any government contract | Almighty Builders <br> 133 S Palm Dr #5 <br> Beverly Hills, CA 90212 |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest — Equipment Finance Agreement for Parking Stackers <br><br>State the term remaining <br><br>List the contract number of any government contract | Balboa Capital Corporation <br> 575 Anton Blvd 12th Fl <br> Costa Mesa, CA 92626 |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest — Commercial lease dated January 20, 2021 for space located at 431 Colyton Street, Los Angeles, CA 90013 <br><br>State the term remaining — 2 years <br><br>List the contract number of any government contract | Sean Rudes and Monfrere, a California co <br> 3891 Beverly Blvd #328 <br> Los Angeles, CA 90048 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

Debtor 1    SEATON INVESTMENTS, LLC                                                    Case number (if known)    2:24-bk-12079-VZ

| First Name | Middle Name | Last Name |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Commercial lease for space at 433 Colyton Street, Los Angeles, CA 90013 (Design Offices-Silver Jeans) | |
| | State the term remaining | 9 months | WGW Sales Inc 555 Logan Ave Winnipeg, MB R3A O54 |
| | List the contract number of any government contract | _____ | CANADA |

<table>
<tr><td colspan="2"><b>Fill in this information to identify the case:</b></td></tr>
<tr><td>Debtor name</td><td>SEATON INVESTMENTS, LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION</td></tr>
<tr><td>Case number (if known)</td><td>2:24-bk-12079-VZ</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Alan D Gomperts | 264 S Oakhurst Dr<br>Beverly Hills, CA 90212 | Korth Direct Mortgage Inc | ☒ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | Alan D Gomperts | 264 S Oakhurst Dr<br>Beverly Hills, CA 90212 | Balboa Capital Corporation | ☒ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | Colyton Investments LLC | 421 Colyton St<br>Los Angeles, CA 90013 | Korth Direct Mortgage Inc | ☒ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | Colyton Investments, LLC | 421 Colyton St<br>Los Angeles, CA 90013 | Korth Direct Mortgage Inc | ☒ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | Daniel Halevy | 8561 Horner St<br>Los Angeles, CA 90035 | Balboa Capital Corporation | ☒ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.6 | Daniel Halevy | 8561 Horner St<br>Los Angeles, CA 90035 | Korth Direct Mortgage Inc | ☒ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |

| Debtor | SEATON INVESTMENTS, LLC | | Case number *(if known)* | 2:24-bk-12079-VZ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.7 | David Halevy (Deceased) | 257 S Linden Dr<br>Beverly Hills, CA 90212 | Korth Direct Mortgage Inc | ☒ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | David Halevy (Deceased) | 257 S Linden Dr<br>Beverly Hills, CA 90212 | Balboa Capital Corporation | ☒ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | Daniel Halevy | 8561 Horner St<br>Los Angeles, CA 90035 | Balboa Capital Corporation | ☐ D _____<br>☐ E/F _____<br>☒ G ___2.3___ |
| 2.10 | David Halevy (Deceased) | 257 S Linden Dr<br>Beverly Hills, CA 90212 | Balboa Capital Corporation | ☐ D _____<br>☐ E/F _____<br>☒ G ___2.3___ |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name    SEATON INVESTMENTS, LLC

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES
DIVISION

Case number (if known)   2:24-bk-12079-VZ

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒   *Schedule H: Codebtors* (Official Form 206H)
☒   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   April 9, 2024     X _____
                                    Signature of individual signing on behalf of debtor

                                      Alan D. Gomperts
                                      Printed name

                                      Managing Member
                                      Position or relationship to debtor

           **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    SEATON INVESTMENTS, LLC

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

Case number (if known)    2:24-bk-12079-VZ

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
| --- | --- | --- |
| From the beginning of the fiscal year to filing date: From 01/01/2024 to Filing Date | ☒ Operating a business<br>☐ Other _____ | $0.00 |
| For prior year: From 01/01/2023 to 12/31/2023 | ☒ Operating a business<br>☐ Other _____ | $609,211.00 |
| For year before that: From 01/01/2022 to 12/31/2022 | ☒ Operating a business<br>☐ Other _____ | $228,258.00 |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
| --- | --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | Balboa Capital Corporation<br>575 Anton Blvd 12th Fl<br>Costa Mesa, CA 92626 | 1/16/20242/1<br>5/2024 | $7,872.34 | ☒ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. | United Elevator<br>PO Box 1123<br>91785 | 12/26/20241/<br>2/2024 | $10,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. | Various Creditors | See attached<br>SOFA Rider 3 | $52,402.36 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other_ Cash payments for<br>building repair and maintenance_ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was<br>taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   Korth Direct Mortgage Inc. v.<br>Colyton Investments, LLC,<br>Seaton Investments, LLC<br>24STCV03722 | Contract | Superior Court of California,<br>County of Los Angeles<br>111 N. Hill St<br>Los Angeles, CA 90012 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

**11.  Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.   Weintraub Zolkin Talerico &<br>Selth LLP<br>11766 Wilshire Blvd Ste 730<br>Los Angeles, CA 90025 | | 11/14/2023<br>($5,000),<br>2/15/2024<br>($60,000) | $65,000.00 |
| Email or website address<br>www.wztslaw.com | | | |
| Who made the payment, if not debtor? | | | |

**12.  Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case

to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

Debtor    SEATON INVESTMENTS, LLC                                    Case number (if known)    2:24-bk-12079-VZ

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    Alan D Gomperts<br>264 S Oakhurst Dr<br>Beverly Hills, CA 90212 | 3/22/2010 - Present |
| 26a.2.    Mark Berkowitz CPA<br>5850 Canoga Ave<br>Woodland Hills, CA 91367 | 2023 - Present |
| 26a.3.    Baker Tilly US LLP<br>6320 Canoga Ave 17th FL<br>Woodland Hills, CA 91367 | Until 2022 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    Mark Berkowitz CPA<br>5850 Canoga Ave<br>Woodland Hills, CA 91367 | 2023 - Present |

| Name and address | Date of service From-To |
|---|---|
| 26b.2.    Baker Tilly US LLP<br>6320 Canoga Ave 17th FL<br>Woodland Hills, CA 91367 | Until 2022 |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  Alan D Gomperts<br>264 S Oakhurst Dr<br>Beverly Hills, CA 90212 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|---|

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Halevy Family Trust Dated Sept 6 2020 | 257 S Linden Dr<br>Beverly Hills, CA 90212 | Membership interest | 41.0 |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Gomperts and Halevy Family Trust | 264 S Oakhurst Dr<br>Beverly Hills, CA 90212 | Membership interest; Alan Gomperts is Debtor's manager | 25.0 |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Daniel Halevy | 8561 Horner St<br>Los Angeles, CA 90035 | Membership interest | 25.0 |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Simon Harkam | Sydney, AUSTRALIA | Membership interest | 9.0 |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
☒ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| David Halevy | 257 S Linden Dr<br>Beverly Hills, CA 90212 | Co-membership interest with Sue Halevy | 2010 - 2023<br>(Deceased) |

## 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Broadway Avenue Investments LLC 264 S Oakhurst Dr Beverly Hills, CA 90212 | $250.00 | 1/25/2024 | |
| | Relationship to debtor Affiliate Debtor | | | |
| 30.2. | Sienna Rose Inc 433 Colyton St Los Angeles, CA 90013 | $133,700.00 | See attached SOFA Rider 30 | To support the expenses of affiliate Debtors |
| | Relationship to debtor Affiliate | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** — Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    April 9, 2024

Signature of individual signing on behalf of the debtor

Alan D. Gomperts
Printed name

Position or relationship to debtor    Managing Member

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ Yes
☐ No

**SEATON INVESTMENTS, LLC**
**Case # 2:24-bk-12079-VZ**                    **SOFA RIDER 3 - Payments within 90 Days**

| Creditor Name and Address | Dates | Total Amount | Reasons for Payment or Transfer |
|---|---|---|---|
| Various vendors | 12/22/23 | (8,700.00) | Cash payments for building repair |
| | 1/12/24 | (3,650.00) | and maintenance; dates and |
| | 1/19/24 | (2,000.00) | amounts reflect withdrawals |
| | 1/26/24 | (6,000.00) | from bank accounts, not |
| | 2/2/24 | (2,000.00) | payments made |
| | 2/5/24 | (18,000.00) | |
| | 2/9/24 | (3,600.00) | |
| | 2/23/24 | (5,200.00) | |
| | 3/8/24 | (3,252.36) | |

**SEATON INVESTMENTS, LLC**
**Case # 2:24-bk-12079-VZ**

**SOFA RIDER 30 - Payments to Insiders within 1 Year**

| Name and address of recipient; Relationship to Debtor | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| Sienna Rose Inc | (1,500.00) | 4/3/23 | To support the expenses of affiliate |
| 433 Colyton St | (5,500.00) | 4/10/23 | Debtors |
| Los Angeles, CA 90013 | (500.00) | 4/18/23 | |
| | (500.00) | 4/24/23 | |
| Affiliate | (1,000.00) | 5/2/23 | |
| | (3,000.00) | 5/10/23 | |
| | (1,200.00) | 6/1/23 | |
| | (200.00) | 6/1/23 | |
| | (500.00) | 6/12/23 | |
| | (4,500.00) | 6/12/23 | |
| | (1,000.00) | 6/21/23 | |
| | (1,000.00) | 6/26/23 | |
| | (500.00) | 7/3/23 | |
| | (8,500.00) | 7/10/23 | |
| | (1,000.00) | 7/18/23 | |
| | (1,000.00) | 8/1/23 | |
| | (200.00) | 8/8/23 | |
| | (8,000.00) | 8/10/23 | |
| | (500.00) | 8/14/23 | |
| | (100.00) | 8/16/23 | |
| | (1,000.00) | 8/28/23 | |
| | (500.00) | 9/1/23 | |
| | (7,000.00) | 9/11/23 | |
| | (4,800.00) | 9/11/23 | |
| | (700.00) | 9/14/23 | |
| | (3,000.00) | 9/18/23 | |
| | (200.00) | 9/19/23 | |
| | (300.00) | 9/20/23 | |
| | (1,000.00) | 9/29/23 | |
| | (200.00) | 10/3/23 | |
| | (1,500.00) | 10/4/23 | |
| | (8,500.00) | 10/10/23 | |
| | (2,500.00) | 10/16/23 | |
| | (600.00) | 10/17/23 | |
| | (200.00) | 10/18/23 | |
| | (200.00) | 10/19/23 | |
| | (200.00) | 11/2/23 | |
| | (1,000.00) | 11/2/23 | |
| | (9,000.00) | 11/10/23 | |
| | (200.00) | 11/15/23 | |
| | (200.00) | 11/17/23 | |
| | (800.00) | 12/1/23 | |
| | (4,000.00) | 12/1/23 | |
| | (6,000.00) | 12/11/23 | |

**SEATON INVESTMENTS, LLC**
**Case # 2:24-bk-12079-VZ**

**SOFA RIDER 30 - Payments to Insiders within 1 Year**

| Name and address of recipient; Relationship to Debtor | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| | (300.00) | 12/19/23 | |
| | (1,000.00) | 12/20/23 | |
| | (200.00) | 12/27/23 | |
| | (600.00) | 1/2/24 | |
| | (4,000.00) | 1/2/24 | |
| | (11,500.00) | 1/10/24 | |
| | (200.00) | 1/12/24 | |
| | (1,200.00) | 1/26/24 | |
| | (600.00) | 1/31/24 | |
| | (100.00) | 2/7/24 | |
| | (11,000.00) | 2/12/24 | |
| | (200.00) | 2/12/24 | |
| | (200.00) | 2/27/24 | |
| | (500.00) | 3/1/24 | |
| | (8,000.00) | 3/7/24 | |
| | (300.00) | 3/12/24 | |

# United States Bankruptcy Court
## Central District of California, Los Angeles Division

In re    SEATON INVESTMENTS, LLC

Debtor(s)

Case No.    2:24-bk-12079-VZ

Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Daniel Halevy<br>8561 Horner St<br>Los Angeles, CA 90035 | | | 25% Membership Interest |
| Gomperts and Halevy Family Trust<br>264 S Oakhurst Dr<br>Beverly Hills, CA 90212 | | | 25% Membership Interest |
| Halevy Family Trust Dated September 6 2020<br>257 S Linden Dr<br>Beverly Hills, CA 90212 | | | 41% Membership Interest |
| Simon Harkam<br>Sydney<br>AUSTRALIA | | | 9% Membership Interest |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    April 9, 2024

Signature    _Alan D. Gomperts_

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Derrick Talerico (State Bar No. 223763)<br>WEINTRAUB ZOLKIN TALERICO & SELTH LLP<br>11766 Wilshire Blvd., Suite 730<br>Los Angeles, CA 90025<br>Telephone:  424-500-8552<br>Email:  dtalerico@wztslaw.com | |

☒ *Attorney for:*  Seaton Investments, LLC

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re:<br><br>SEATON INVESTMENTS, LLC, <br><br><br>Debtor(s). | CASE NO.:  2:24-bk-12079-VZ<br><br>ADVERSARY NO.:<br><br>CHAPTER:  11 |
|---|---|
| <br><br><br><br>Plaintiff(s), | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| <br><br>Defendant(s). | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report.  This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding.  A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, *(Printed name of attorney or declarant)* Alan D. Gomperts_____, the undersigned in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page 1                    **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.  I have personal knowledge of the matters set forth in this Statement because:

    ☒ I am the president or other officer or an authorized agent of the Debtor corporation
    ☐ I am a party to an adversary proceeding
    ☐ I am a party to a contested matter
    ☐ I am the attorney for the Debtor corporation

2.a.  ☐ The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

    _____

    _____

    _____

    [For additional names, attach an addendum to this form.]

b.  ☒ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date:  04/02/2024 _____

By:  _____
Signature of Debtor, or attorney for Debtor

Name:  Alan D. Gomperts _____
Printed name of Debtor, or attorney for Debtor

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

## Central District of California

**In re**    SEATON INVESTMENTS, LLC

Case No.  2:24-bk-12079-VZ

**Debtor**                                            Chapter  11

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above
    named debtor(s) and that compensation paid to me within one year before the filing of the petition in
    bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in
    contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ As allowed per Sections 327 and
                                                                                              330 of the Bankruptcy Code

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . $_____65,000.00_____

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____0.00_____

2.  The source of the compensation paid to me was:

    ☑ Debtor            ☐ Other (specify)

3.  The source of compensation to be paid to me is:

    ☑ Debtor            ☐ Other (specify)

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are
       members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not
       members or associates of my law firm. A copy of the agreement, together with a list of the names of the
       people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy
    case, including:

    a.  Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to
        file a petition in bankruptcy;

    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned
        hearings thereof;

B2030 (Form 2030) (12/15)

    d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

<div style="border:1px solid black;">

CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

04/09/2024
_ *Date*

/s/ Derrick Talerico
*Signature of Attorney*

Weintraub Zolkin Talerico & Selth LLP
*Name of law firm*

</div>