nDerrick Talerico (SBN 223763)
dtalerico@wztslaw.com
David B. Zolkin (SBN 155410)
dzolkin@wztslaw.com
WEINTRAUB ZOLKIN TALERICO &
SELTH LLP
11766 Wilshire Boulevard, Suite 730
Los Angeles, CA 90025
Telephone: (424) 500-8552

Proposed Attorneys for Debtors and Debtors
in Possession, Seaton Investments, LLC,
Colyton Investments, LLC, Broadway
Avenue Investments, LLC, SLA Investments,
LLC, and Negev Investments, LLC

Zev Shechtman (SBN 266280)
Zev.Shechtman@saul.com
Carol Chow (SBN 169299)
carol.chow@saul.com
SAUL EWING LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: (310) 255-6100
Facsimile: (310) 255-6200

Proposed Attorneys for Alan Gomperts,
Daniel Halevy, Susan Halevy, Debtors and
Debtors in Possession

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>SEATON INVESTMENTS, LLC, *et al.*,<br><br>Debtors and Debtors In Possession. | Lead Case No. 2:24-bk-12079-VZ<br><br>Jointly Administered with Case Nos.:<br>2:24-bk-12080-VZ; 2:24-bk-12081-VZ;<br>2:24-bk-12082-VZ; 2:24-bk-12091-VZ;<br>2:24-bk-12074-VZ; 2:24-bk-12075-VZ and<br>2:24-bk-12076-VZ |

☒ Affects All Debtors.

☐ Affects Seaton Investments, LLC

☐ Affects Colyton Investments, LLC

☐ Affects Broadway Avenue Investments, LLC

☐ Affects SLA Investments, LLC

☐ Affects Negev Investments, LLC

☐ Affects Alan Gomperts

☐ Affects Daniel Halevy

☐ Affects Susan Halevy

Chapter 11

**DEBTORS' CHAPTER 11 STATUS REPORT; DECLARATIONS OF ALAN GOMPERTS, DERRICK TALERICO, AND ZEV SHECHTMAN IN SUPPORT THEREOF**

Hearing:
Date:       May 9, 2024
Time:       10:00 a.m.
Courtroom:  1368
            255 East Temple St.
            Los Angeles, CA 90012

52206732.1

-1-

Seaton Investments, LLC, ("Seaton"), Colyton Investments, LLC ("Colyton"), Broadway Avenue Investments, LLC ("Broadway"), SLA Investments, LLC ("SLA"), and Negev Investments, LLC ("Negev," and collectively with Seaton, Colyton, Broadway, and SLA, the "Corporate Debtors"), in addition to Susan Halevy, Daniel Halevy, and Alan Gomperts (the "Individual Debtors") the debtors and debtors-in-possession in the pending jointly administered chapter 11 bankruptcy cases herein (the "Bankruptcy Cases"), hereby submit their Chapter 11 Status Report, and the supporting declarations of Alan Gomperts ("Gomperts Decl."), Derrick Talerico ("Talerico Decl."), and Zev Shechtman ("Shechtman Decl.").

# I.

## CASE BACKGROUND

Voluntary petitions for relief under chapter 11 of the Bankruptcy Court were filed on March 18, 2024 by the Individual Debtors and on March 19, 2024 by the Corporate Debtors.[1] The Individual and Corporate Debtors continue to operate and manage their affairs as debtors and debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No party has requested the appointment of a trustee or examiner and no committee has been appointed or designated in the Bankruptcy Cases.  *See* Gomperts Decl. ¶ 4 and Talerico Decl. ¶ 3.

**1.** **General**

The Individual Debtors are family and operate a family business together. Debtor Susan Halevy is mother to debtor Daniel Halevy and three other non-debtor children, including Sharon Gomperts, wife of debtor Alan Gomperts.  *See,* Gomperts Decl. ¶ 5.

Susan's husband, David Halevy (deceased), together with Daniel and Alan, and on occasion non-debtor Simon Harkham, invest in and operate real estate properties, including debtors Seaton, Broadway and SLA. Upon David Halevy's passing in 2023, his interests, to the extent they were not community property, passed to Susan via the Halevy Trust (defined below). As such, Susan

---

[1] References to the "Petition Date" herein apply to the petition date of the Individual Debtors or the Corporate Debtors as the case may be.

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

Halevy is now the owner – direct, beneficial, equitable, or otherwise – of all interests in the various Debtors previously owned by David Halevy.  *See,* Gomperts Decl. ¶ 6.

These Bankruptcy Cases present two real estate investments that require a restructuring to address defaults on their senior loans: (1) the buildings at 440 Seaton Street, Los Angeles, CA, 90013 (the "Seaton Building"), and 421 Colyton Street, Los Angeles, CA, 90013 (the "Colyton Building"), which together are operated as an economic unit (the "Seaton/Colyton Buildings") and are owned by Debtors Seaton and Colyton, respectively; and (2) the building at 737 S. Broadway, Los Angeles, CA, 90014 (the "Broadway Building"), owned by Debtor Broadway.  *See,* Gomperts Decl. ¶ 7.

The Individual Debtors have each jointly and severally guaranteed (1) certain debt owed to KDM California LLC ("KDM") on account of KDM's $37.1 million in principal amount loaned jointly to Seaton and Colyton and secured by the Seaton/Colyton Buildings, and (2) approximately $19.1 million of loans made by Archway Capital ("Archway") on account of the Broadway Building (the "Broadway Loans"). The Individual Debtors' guaranty liability to Archway is bifurcated into secured and unsecured tranches. Approximately $15 million of Archway's Broadway Loans are made directly to Broadway and guaranteed by the Individual Debtors without collateral. Approximately $4 million of Archway's Broadway Loans are made pursuant to three loans to related entities or groups and are secured by pledges of various real properties owned by the Individual Debtors, 1040 S. Los Angeles Street, Los Angeles, CA (owned and pledged by SLA), and 12800 Foxdale Drive, Desert Hot Springs, CA (owned and pledged by Negev). *See,* Gomperts Decl. ¶ 8.

Prior to the commencement of these cases, Archway initiated an action against the Individual Debtors where it has sought pre-judgment writs of attachment against Daniel Halevy and Alan Gomperts. Archway has also commenced foreclosure proceedings against the properties owned by the Individual Debtors, SLA, and Negev to recover on their guarantees and collateral. KDM has commenced an action against Seaton and Colyton for appointment of a receiver. *See,* Gomperts Decl. ¶ 9.

/ / /

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

2.    **Seaton & Colyton**

Seaton was formed in March 2010 for the purpose of acquiring, developing, and operating the Seaton Building. Seaton's membership consists of: (1) the Halevy Family Trust dated September 6, 2010 (the "Halevy Trust," Susan Halevy, beneficial owner); (2) the Gomperts and Halevy Family Trust (the "G&H Trust," Alan Gomperts and Sharon Gomperts, beneficial owners of community property); (3) Daniel Halevy; and (4) Simon Harkham.  *See,* Gomperts Decl. ¶ 10.

Colyton was formed in June 2011 for the purpose of acquiring, developing, and operating the Colyton Building. Colyton is owned 100% by Susan Halevy as the beneficiary of the Halevy Trust. The Seaton/Colyton Buildings are adjacent to each other and together form a jigsaw of structures that are operated by Seaton and Colyton as a single economic unit. They also share overhead costs and are held out to the market as a common opportunity for the lease of commercial space.  *See,* Gomperts Decl. ¶ 11.

In or about 2018, Seaton's members determined the Seaton Building needed a full structural upgrade in order to compete for top-of-the-market tenants in the burgeoning downtown arts district. Seaton took out a series of construction and bridge loans to finance a full modernization of the Seaton Building. The Seaton Building upgrade and development was a many years undertaking requiring careful and intensive coordination with the City of Los Angeles to preserve historical structures and to benefit from programs designed to reward historical preservation.  *See,* Gomperts Decl. ¶ 12.

The investment in the Seaton Building attracted a multi-decade letter-of-intent from WeWork to lease an entire structure (100%) of the Seaton Building. Unfortunately, when WeWork experienced financial difficulties in 2019, the WeWork LOI was withdrawn, and Seaton was in the unenviable position of looking for a major anchor tenant to replace WeWork (or multiple smaller tenants) as the country entered the COVID lockdown. Having invested over $20 million into the Seaton Building, Seaton pushed forward with completion of the Seaton Building upgrades.  *See,* Gomperts Decl. ¶ 13.

In or about April 2021, Seaton refinanced its outstanding loans with KDM. KDM, Seaton, and Colyton entered into a $35.1 million loan that consolidated all of their then outstanding loans

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

and that provided additional working capital for Seaton and Colyton (the "<u>KDM First Loan</u>") to complete the Seaton Building remodel. KDM required the KDM First Loan to be a joint obligation of both Seaton and Colyton, reflecting their operation as a single economic unit. As part of its diligence, KDM obtained a third-party valuation of the Seaton/Colyton Buildings by Bowery that valued the Seaton/Colyton Buildings as a single economic unit and concluded their current combined projected value to be $64.4 million as of February 17, 2021 (upon completion of upgrades) and $70.2 million as of August 17, 2021 (stabilized). *See,* Gomperts Decl. ¶ 14.

In January 2022, behind on both the completion of their remodel and lease-up due to the impact of the extended COVID shutdown, Seaton and Colyton closed on a supplementary $2 million loan from KDM (the "<u>KDM Second Loan</u>") for additional capital needed to complete work required for the issuance of a certificate of occupancy by the City of Los Angeles. In connection with the KDM Second Loan, David Halevy (now deceased, and therefore as to Susan Halevy only an in rem obligation against community assets now owned by Susan Halevy via the Halevy Trust), Daniel Halevy, and Alan Gomperts provided personal guarantees to KDM (together, the "<u>KDM Guarantors</u>"). *See,* Gomperts Decl. ¶ 15.

Unfortunately, the KDM Second Loan was not sufficient to allow Seaton and Colyton to avoid defaults caused by the COVID pandemic. Because of prolonged COVID-19 related shutdowns and work-at-home orders, and, in particular, the closure of the Los Angeles Department of Building and Safety (the "<u>LADBS</u>") and the remote work-only status of all of its plan checkers for a protracted period, LADBS building plan approvals were severely slowed and took far longer than anticipated. This, and a stagnant leasing market, led to Seaton's and Colyton's defaults on the KDM First Loan and the KDM Second Loan in 2023. *See,* Gomperts Decl. ¶ 16.

Seaton did eventually obtain a certificate of occupancy on the remodeled structure in January 2024. As of the Petition Date, 47% of the Seaton/Colyton Buildings are leased and negotiations are in-process for leases on the remaining 53% of the Seaton/Colyton Buildings. After hitting a market low in the fourth quarter of 2023, commercial real estate has experienced a modest recovery and the Debtors expect the market to continue to strengthen over the coming months and years. As of the Petition Date, the outstanding debt owed to KDM totals $36,240,750 on account

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

of the KDM First Loan and $2,091,840 on account of the KDM Second Loan.  *See,* Gomperts Decl.
¶ 17.

### 3. Broadway

Broadway was formed in July 2013 for the purpose of acquiring, developing, and operating the Broadway Building. Broadway's membership consists of: (1) the Halevy Trust (Susan Halevy, beneficial owner); The Gomperts Family Trust (Alan Gomperts and Sharon Gomperts, beneficial owners of community property); and (3) Daniel Halevy.  *See,* Gomperts Decl. ¶ 18.

Broadway acquired the Broadway Building in 2013. The Broadway Building is an eight-story structure. At the time it was acquired by Broadway, only the ground floor was habitable. Broadway understands the seven higher floors had not been occupied since the 1950s. In 2015, Broadway entered into a 15-year lease with The GAP for the ground floor of the Broadway Building and developed a plan to remodel and modernize the entire Broadway Building to make every floor habitable and available to lease to commercial tenants.  *See,* Gomperts Decl. ¶ 19.

A majority of the intensive remodel and modernization of the Broadway Building took place between 2015 and 2020.  The improvements that were performed included the rehabilitation of the façade of the first three floors of the Broadway Building per the guidance of the Cultural Heritage Commission, installation of a fire and life safety system throughout the building, modernization of the elevator, installation of an HVAC system, fire pump and sprinkler system, emergency backup generator and replacement and installation of electric and plumbing systems throughout the building. In March 2020, after first confirming the full term of its lease, The GAP exercised a one-time early termination provision on its lease as the uncertainty of COVID began to take hold.  *See,* Gomperts Decl. ¶ 20.

With an end to the remodel and modernization in sight, Broadway refinanced its outstanding loans with a single loan from Archway in July 2021, in the original principal amount of $16,942,500 (the "Broadway Loan"). The Broadway Loan was guaranteed by David Halevy, Daniel Halevy, and Alan Gomperts.  *See,* Gomperts Decl. ¶ 21.

The Broadway Loan matured on August 1, 2022.  After commencing an action for breach against its guarantors and filing a notice of default to begin foreclosure on the Broadway Building,

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

the parties agreed to a restructure (the "Broadway Restructure") that extended the maturity date of the Broadway Loan to December 1, 2023, affirmed the balance due under the Broadway Loan in the principal amount of $15,241,093, and called for $4 million in new loans (the "New Loans") from Archway to benefit the Broadway Loan and the Broadway Building. The New Loans were made via three loan agreements: (1) to Negev for $1,300,000 (the "Negev Loan"); (2) to SLA for $125,000 (the "SLA Loan"); and (3) jointly to David Halevy, the Halevy Trust, Alan Gomperts, the G&H Trust, and Daniel Halevy for $2,575,000 (the "Guarantor Loan"). The Negev Loan was secured by the real property located at 12800 Foxdale Drive, Desert Hot Springs, California, and was guaranteed by David Halevy, with the guaranty secured by David Halevy's membership interests in Negev. The SLA Loan was secured by the real property located at 1040 S. Los Angeles Street and was guaranteed by David Halevy, Susan Halevy, Alan Gomperts, and Daniel Halevy, with the guarantees secured by the guarantors' membership interests in SLA. The Guarantor Loans were secured by the following real property: (1) 3538 Greenfield Avenue, Los Angeles, California (owned by the G&H Trust); (2) 133 S. Palm Drive, Beverly Hills, California (owned by the Halevy Trust); and (3) 8561 Horner Street, Los Angeles, California (owned by Daniel Halevy). The $4 million of proceeds from the New Loans were distributed exclusively for the benefit of Archway and the Broadway Loan, with $1,701,407.01 applied to pay down the balance of the Broadway Loan. *See,* Gomperts Decl. ¶ 22.

As of the Petition Date, the outstanding debt owed to Archway is $15,663,398 on the Broadway Loan, $1,336,020 on the Negev Loan, $128,958 on the SLA Loan, and $2,646,348.96 on the Guarantor Loan. *See,* Gomperts Decl. ¶ 23.

### 4.    Negev Investments, LLC

Negev owns a motel located at 12800 Foxdale Drive, Desert Hot Springs, CA (the "Motel"). The Motel has 26-rooms with five natural spring water pools. It has been operated by Seapiper Inn, Inc. ("Seapiper") since 2014.  Negev is owned by the Halevy Trust.  Seapiper is not a debtor in these proceedings. Negev became a borrower of Archway by the Broadway Restructure in 2023 as set forth above. As of the Petition Date, the outstanding balance owed on the Negev Loan is $1,336,020. *See,* Gomperts Decl. ¶ 24.

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

52206732.1                    -7-

**5.    SLA Investments, LLC**

SLA was formed in 2009 for the purpose of acquiring, developing, and operating commercial real property located at 1040 S. Los Angeles Street, Los Angeles, CA ("1040 South"). As of the Petition Date, 13 of 18 spaces are leased. SLA's membership consists of: (1) the Halevy Trust; (2) the G&H Trust; (3) Daniel Halevy; and (4) Simon Harkham. SLA became a borrower of Archway by the Broadway Restructure in 2023 as set forth above. As of the Petition Date, the outstanding balance owed on the SLA Loan is $128,958. *See,* Gomperts Decl. ¶ 25.

**6.    The Individual Guarantors**

Susan Halevy (not directly but via her interest in the community property of David Halevy), the Halevy Trust, Alan Gomperts, the G&H Trust, and Daniel Halevy are guarantors of the Archway and KDM debt as follows:

- KDM Second Loan in the amount of $2,091,841,[2] jointly and severally: the community assets of David Halevy (deceased), Alan Gomperts, and Daniel Halevy;

- Broadway Loan in the amount of $15,663,398, jointly and severally: the community assets of David Halevy (deceased), Alan Gomperts, and Daniel Halevy;

- Negev Loan in the amount of $1,336,020: Susan Halevy (not directly but via her sole ownership of community property);

- SLA Loan in the amount of $125,958: David Halevy (deceased), Susan Halevy, Alan Gomperts, and Daniel Halevy. *See,* Gomperts Decl. ¶ 26.

Susan Halevy (not directly but via her interest in the community property of David Halevy), the Halevy Trust, Alan Gomperts, the G&H Trust, and Daniel Halevy are also jointly and severally liable on the Guarantor Loan, which has a balance of $2,646,348.96 as of the Petition Date. *See,* Gomperts Decl. ¶ 27.

The commercial buildings of four of the five corporate debtors (all but Negev) are jointly managed by Daniel Halevy (daily property management through Almighty Builders, Inc.) and Alan Gomperts (financial management). *See,* Gomperts Decl. ¶ 28.

---

[2] KDM has indicated the guaranty covers the entirety of its debt.

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

## II.

## COMPLIANCE WITH STATUS CONFERENCE ORDER

**A.**  **Estimate for Filing Disclosure Statement and Plan, and Motion to Approve Adequacy of Disclosure Statement**

The Debtors estimate the filing of their Joint Plan and Disclosure Statement, and Motion for Order Determining Adequacy of Disclosure Statement by June 18, 2024

**B.**  **Estimate for Filing Motion to Confirm Plan**

The Debtors estimate the filing of their Motion for Order Confirming Chapter 11 Plan upon approval of their Disclosure Statement.

**C.**  **Objections to Claims**

The Debtors request that the Court set a deadline for filing proofs of claims of June 14, 2024 for non-governmental parties, and September 16, 2024 for governmental units.  Until the Debtors can assess the proofs of claim that are filed, the Debtors are not requesting a hearing date on objections to claims.

**D.**  **Debtors' Duties**

The Debtors have performed all of their respective duties as debtors in possession under the Bankruptcy Code.  The Debtors' Schedules of Assets and Liabilities and Statement of Financial Affairs were timely filed.  The Corporate Debtors filed their first Monthly Operating Reports on April 22, 2024 [Doc. Nos. 41 – 45].  The Individual Debtors were granted an extension to file their first Monthly Operating Reports to April 26, 2024 on account of the observance of religious holidays.  The U. S. Trustee Seven Day packages were submitted to the U.S. Trustee's Office, and the U.S. Trustee conducted Initial Debtor Interviews with each of the Debtors.  The Section 341(a) meeting for the Corporate Debtors is scheduled for May 3, 2024, commencing at 9:00 a.m. The Section 341(a) meetings for the Individual Debtors are scheduled for May 17, 2024, commencing at 9:00 a.m. *See*, Talerico Decl., ¶¶ 4-7; Shechtman Decl. ¶ 3.

**E.**  **Post-Petition Operations**

**i.**  **General – Efforts to Reorganize**

The Debtors are coming toward the end of the administrative requirements attendant to

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

commencing the chapter 11 cases. Debtors will now turn their efforts toward their joint plan and disclosure statement.

### ii.    Individual Debtors

The Individual Debtors are proceeding with the ordinary course of their lives, incurring and paying for reasonable ordinary course expenses. Pre-petition, Daniel Halevy relied in significant measure upon income derived from his operation and management of the Corporate Debtors by and through Almighty Builders, Inc. Thus far, Almighty Builders has not received compensation for the work performed post-petition for the Corporate Debtors but the Corporate Debtors intend to file a notice of insider compensation and negotiate with their secured lenders for consent to pay Almighty Builders. Gomperts Decl. ¶ 29.

### iii.    Seaton/Colyton

Seaton and Colyton have resumed rent collection following the secured creditor's pre-petition exercise of its right to collect rents under the loan documents. Seaton and Colyton continue to look to add new tenants and are working closely with AirSpa in building out their space. Seaton and Colyton have agreed with its secured lender (KDM) for the use of cash collateral for property expenses through April. Seaton and Colyton anticipate they will have a stipulation with KDM for the continued use of cash collateral. Gomperts Decl. ¶ 30.

### iv.    Broadway

The Broadway building remains unleased, but Broadway is in discussion with multiple parties interested in leasing the entire building. Gomperts Decl. ¶ 31.

### v.    SLA

SLA is managing its tenants and is in discussions to add additional tenants and is also exploring interest from a business interested in purchasing the SLA property. SLA is hopeful it can negotiate with its secured creditor (Archway) for the use of cash collateral. Gomperts Decl. ¶ 32.

### vi.    Negev

The motel owned by Negev currently generates income to pay for its expenses. Negev does not anticipate the property will generate sufficient profit to enable Negev to receive distributions in the near term. Gomperts Decl. ¶ 33.

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

DEBTORS' CHAPTER 11 STATUS REPORT

**F.**    **Professionals and Fee Budget**

The Corporate Debtors filed their application ("WZTS Application") to employ Weintraub Zolkin Talerico & Selth LLP ("WZTS") as the Corporate Debtors general bankruptcy counsel and the accompanying Notice of Application [Doc. No. 36] on April 19, 2024 [Doc. No.35]. Service of the Notice of Application (which included a copy of the WZTS Application) was made via U.S. Mail to all creditors of the Corporate Debtors, and to the registered NEF parties in the jointly administered Bankruptcy Cases. The last day for objections to the WZTS Application is May 3, 2024 for NEF parties, and May 6, 2024 for parties served via U.S. Mail. *See* Talerico Decl. ¶ 8.

Attached to the Talerico Decl. as **Exhibit 1** is the WZTS Professional Compensation Reimbursement Budget ("WZTS Budget"). As set forth in the Talerico Decl., a copy of the WZTS Budget was served upon the Corporate Debtors on April 25, 2024. *See* Talerico Decl. ¶ 9.

The Individual Debtors filed their application and notice of application ("Saul Ewing Application") to employ Saul Ewing LLP ("Saul Ewing") as the Individual Debtors general bankruptcy counsel on April 5, 2024 [Doc. No. 23]. Service of the notice of the Saul Ewing Application was made via U.S. Mail to all creditors of the Individual Debtors, and to the registered NEF parties in the jointly administered Bankruptcy Cases. The last day for objections to the Saul Ewing Application has passed, and no objections have been filed or received by counsel. *See* Declaration that No Party Requested a Hearing [Doc. No. 46]. Shechtman Decl. ¶ 4

Attached to the Shechtman Decl. as **Exhibit 2** is the Saul Ewing Professional Compensation and Fee Budget ("Saul Budget"). As set forth in the Shechtman Declaration, a copy of the Saul Budget was served upon the Individual Debtors on April 25, 2024. *See* Shechtman Decl. ¶ 5 and Gomperts Decl. ¶ 34.

Dated:  April 25, 2024                **WEINTRAUB ZOLKIN TALERICO & SELTH LLP**


By:  */s/ Derrick Talerico*
Derrick Talerico
Proposed General Bankruptcy Counsel for Corporate
Chapter 11 Debtors and Debtors in Possession, Seaton
Investments, LLC; Colyton Investments, LLC; Broadway
Avenue Investments, LLC; SLA Investments, LLC; and
Negev Investments, LLC

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

Dated:  April 25, 2024

**SAUL EWING LLP**

By: _____
          Zev Shechtman

Proposed General Bankruptcy Counsel for Individual
Chapter 11 Debtors and Debtors in Possession, Alan
Gomperts, Daniel Halevy, and Susan Halevy

## DECLARATION OF ALAN D. GOMPERTS

I, Alan D. Gomperts, hereby declare as follows:

1.      I am the managing member of Seaton Investments, LLC, Broadway Avenue Investments, LLC, and SLA Investments, LLC, and the authorized representative of Colyton Investments, LLC and Negev Investments, LLC, the corporate debtors and debtors in possession herein.

2.      I make this declaration in support of the *Corporate Debtors Chapter 11 Status Report* (the "Status Report"), to which this declaration is attached.  All capitalized terms not specifically defined herein shall have the meanings ascribed to them in the Status Report.

3.      I have been intimately involved in the business investment and ventures with my brother-in-law Daniel Halevy, mother-in-law Susan Halevy, and now deceased father-in-law David Halevy for decades, including all of the corporate Debtors implicated by this Motion. As such, I am familiar with the management, operations, finances, and books and records of the corporate Debtors specifically and generally as to Susan Halevy and Daniel Halevy as they relate to the corporate Debtors.

4.      On March 18, 2024 (the "Individual Petition Date") and on March 19, 2024 (the "Corporate Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code with the Court. The Debtors continue to operate and manage their affairs as debtors and debtors-in-possession.

5.      The Individual Debtors are family and we operate a family business together. Debtor Susan Halevy is mother to debtor Daniel Halevy and three other non-debtor children, including Sharon Gomperts, my wife.

6.      Susan's husband, my father-in-law, David Halevy (deceased), together with Daniel and I, and on occasion non-debtor Simon Harkham, invest in and operate real estate properties, including debtors Seaton, Broadway and SLA. Upon David Halevy's passing in 2023, his interests, to the extent they were not community property, passed to Susan via the Halevy Trust. As such, Susan Halevy is now the owner – direct, beneficial, equitable, or otherwise – of all interests in the various Debtors previously owned by David Halevy.

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

52206732.1

-13-

7.    These Bankruptcy Cases present two real estate investments that require a restructuring to address defaults on their senior loans: (1) the buildings at 440 Seaton Street, Los Angeles, CA, 90013 (the "Seaton Building"), and 421 Colyton Street, Los Angeles, CA, 90013 (the "Colyton Building"), which together are operated as an economic unit (the "Seaton/Colyton Buildings") and are owned by Debtors Seaton and Colyton, respectively; and (2) the building at 737 S. Broadway, Los Angeles, CA, 90014 (the "Broadway Building"), owned by Debtor Broadway.

8.    The Individual Debtors have each jointly and severally guaranteed (1) certain debt owed to KDM California LLC ("KDM") on account of KDM's $37.1 million in principal amount loaned jointly to Seaton and Colyton and secured by the Seaton/Colyton Buildings, and (2) approximately $19.1 million of loans made by Archway Capital ("Archway") on account of the Broadway Building (the "Broadway Loans"). The Individual Debtors' guaranty liability to Archway is bifurcated into secured and unsecured tranches. Approximately $15 million of Archway's Broadway Loans are made directly to Broadway and guaranteed by the Individual Debtors without collateral. Approximately $4 million of Archway's Broadway Loans are made pursuant to three loans to related entities or groups and are secured by pledges of various real properties owned by the Individual Debtors, 1040 S. Los Angeles Street, Los Angeles, CA (owned and pledged by SLA), and 12800 Foxdale Drive, Desert Hot Springs, CA (owned and pledged by Negev).

9.    Prior to the commencement of these cases, Archway initiated an action against the Individual Debtors where it has sought pre-judgment writs of attachment against Daniel Halevy and me. Archway has also commenced foreclosure proceedings against the properties owned by the Individual Debtors, SLA, and Negev to recover on their guarantees and collateral. KDM has commenced an action against Seaton and Colyton for appointment of a receiver.

10.    Seaton was formed in March 2010 for the purpose of acquiring, developing, and operating the Seaton Building. Seaton's membership consists of: (1) the Halevy Family Trust dated September 6, 2010 (the "Halevy Trust," Susan Halevy, beneficial owner); (2) the Gomperts and

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

Halevy Family Trust (the "G&H Trust," of which my wife Sharon Gomperts and I are beneficial owners of community property); (3) Daniel Halevy; and (4) Simon Harkham.

11.    Colyton was formed in June 2011 for the purpose of acquiring, developing, and operating the Colyton Building. Colyton is owned 100% by Susan Halevy as the beneficiary of the Halevy Trust. The Seaton/Colyton Buildings are adjacent to each other and together form a jigsaw of structures that are operated by Seaton and Colyton as a single economic unit. They also share overhead costs and are held out to the market as a common opportunity for the lease of commercial space.

12.    In or about 2018, Seaton's members determined the Seaton Building needed a full structural upgrade in order to compete for top-of-the-market tenants in the burgeoning downtown arts district. Seaton took out a series of construction and bridge loans to finance a full modernization of the Seaton Building. The Seaton Building upgrade and development was a many years undertaking requiring careful and intensive coordination with the City of Los Angeles to preserve historical structures and to benefit from programs designed to reward historical preservation.

13.    The investment in the Seaton Building attracted a multi-decade letter-of-intent from WeWork to lease an entire structure (100%) of the Seaton Building. Unfortunately, when WeWork experienced financial difficulties in 2019, the WeWork LOI was withdrawn, and Seaton was in the unenviable position of looking for a major anchor tenant to replace WeWork (or multiple smaller tenants) as the country entered the COVID lockdown. Having invested over $20 million into the Seaton Building, Seaton pushed forward with completion of the Seaton Building upgrades.

14.    In or about April 2021, Seaton refinanced its outstanding loans with KDM. KDM, Seaton, and Colyton entered into a $35.1 million loan that consolidated all of their then outstanding loans and that provided additional working capital for Seaton and Colyton (the "KDM First Loan") to complete the Seaton Building remodel. KDM required the KDM First Loan to be a joint obligation of both Seaton and Colyton, reflecting their operation as a single economic unit. As part of its diligence, KDM obtained a third-party valuation of the Seaton/Colyton Buildings by Bowery that valued the Seaton/Colyton Buildings as a single economic unit and concluded their current

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

DEBTORS' CHAPTER 11 STATUS REPORT

combined projected value to be $64.4 million as of February 17, 2021 (upon completion of upgrades) and $70.2 million as of August 17, 2021 (stabilized).

15.    In January 2022, behind on both the completion of their remodel and lease-up due to the impact of the extended COVID shutdown, Seaton and Colyton closed on a supplementary $2 million loan from KDM (the "KDM Second Loan") for additional capital needed to complete work required for the issuance of a certificate of occupancy by the City of Los Angeles. In connection with the KDM Second Loan David Halevy (now deceased, and therefore as to Susan Halevy only an in rem obligation against community assets now owned by Susan Halevy via the Halevy Trust), Daniel Halevy, and I provided personal guarantees to KDM (together, the "KDM Guarantors").

16.    Unfortunately, the KDM Second Loan was not sufficient to allow Seaton and Colyton to avoid defaults caused by the COVID pandemic. Because of prolonged COVID-19 related shutdowns and work-at-home orders, and, in particular, the closure of the Los Angeles Department of Building and Safety (the "LADBS") and the remote work-only status of all of its plan checkers for a protracted period, LADBS building plan approvals were severely slowed and took far longer than anticipated. This, and a stagnant leasing market, led to Seaton's and Colyton's defaults on the KDM First Loan and the KDM Second Loan in 2023.

17.    Seaton did eventually obtain a certificate of occupancy on the remodeled structure in January 2024. As of the Petition Date, 47% of the Seaton/Colyton Buildings are leased and negotiations are in-process for leases on the remaining 53% of the Seaton/Colyton Buildings. After hitting a market low in the fourth quarter of 2023, commercial real estate has experienced a modest recovery and the Debtors expect the market to continue to strengthen over the coming months and years. As of the Petition Date, the outstanding debt owed to KDM totals $36,240,750 on account of the KDM First Loan and $2,091,840 on account of the KDM Second Loan.

18.    Broadway was formed in July 2013 for the purpose of acquiring, developing, and operating the Broadway Building. Broadway's membership consists of: (1) the Halevy Trust (Susan Halevy, beneficial owner); The Gomperts Family Trust (of which my wife Sharon Gomperts and I are beneficial owners of community property); and (3) Daniel Halevy.

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

19. Broadway acquired the Broadway Building in 2013. The Broadway Building is an eight-story structure. At the time it was acquired by Broadway only the ground floor was habitable. Broadway understands the seven higher floors had not been occupied since the 1950s. In 2015, Broadway entered into a 15-year lease with The GAP for the ground floor of the Broadway Building and developed a plan to remodel and modernize the entire Broadway Building to make every floor habitable and available to lease to commercial tenants.

20. A majority of the intensive remodel and modernization of the Broadway Building took place between 2015 and 2020. The improvements that were performed included the rehabilitation of the façade of the first three floors of the Broadway Building per the guidance of the Cultural Heritage Commission, installation of a fire and life safety system throughout the building, modernization of the elevator, installation of an HVAC system, fire pump and sprinkler system, emergency backup generator and replacement and installation of electric and plumbing systems throughout the building. In March 2020, after first confirming the full term of its lease, The GAP exercised a one-time early termination provision on its lease as the uncertainty of COVID began to take hold.

21. With an end to the remodel and modernization in sight, Broadway refinanced its outstanding loans with a single loan from Archway in July 2021, in the original principal amount of $16,942,500 (the "Broadway Loan"). The Broadway Loan was guaranteed by David Halevy, Daniel Halevy, and me.

22. The Broadway Loan matured on August 1, 2022. After commencing an action for breach against its guarantors and filing a notice of default to begin foreclosure on the Broadway Building, the parties agreed to a restructure (the "Broadway Restructure") that extended the maturity date of the Broadway Loan to December 1, 2023, affirmed the balance due under the Broadway Loan in the principal amount of $15,241,093, and called for $4 million in new loans (the "New Loans") from Archway to benefit the Broadway Loan and the Broadway Building. The New Loans were made via three loan agreements: (1) to Negev for $1,300,000 (the "Negev Loan"); (2) to SLA for $125,000 (the "SLA Loan"); and (3) jointly to David Halevy, the Halevy Trust, the G&H Trust, Daniel Halevy and me for $2,575,000 (the "Guarantor Loan"). The Negev Loan was

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

DEBTORS' CHAPTER 11 STATUS REPORT

secured by the real property located at 12800 Foxdale Drive, Desert Hot Springs, California, and was guaranteed by David Halevy, with the guaranty secured by David Halevy's membership interests in Negev. The SLA Loan was secured by the real property located at 1040 S. Los Angeles Street and was guaranteed by David Halevy, Susan Halevy, Daniel Halevy and me, with the guarantees secured by the guarantors' membership interests in SLA. The Guarantor Loans were secured by the following real property: (1) 3538 Greenfield Avenue, Los Angeles, California (owned by the G&H Trust); (2) 133 S. Palm Drive, Beverly Hills, California (owned by the Halevy Trust); and (3) 8561 Horner Street, Los Angeles, California (owned by Daniel Halevy). The $4 million of proceeds from the New Loans were distributed exclusively for the benefit of Archway and the Broadway Loan, with $1,701,407.01 applied to pay down the balance of the Broadway Loan.

23.     As of the Petition Date, the outstanding debt owed to Archway is $15,663,398 on the Broadway Loan, $1,336,020 on the Negev Loan, $128,958 on the SLA Loan, and $2,646,348.96 on the Guarantor Loan.

24.     Negev owns a motel located at 12800 Foxdale Drive, Desert Hot Springs, CA (the "Motel"). The Motel has 26-rooms with five natural spring water pools. It has been operated by Seapiper Inn, Inc. ("Seapiper") since 2014. Negev is owned by the Halevy Trust. Seapiper is not a debtor in these proceedings. Negev became a borrower of Archway by the Broadway Restructure in 2023 as set forth above. As of the Petition Date, the outstanding balance owed on the Negev Loan is $1,336,020.

25.     SLA was formed in 2009 for the purpose of acquiring, developing, and operating commercial real property located at 1040 S. Los Angeles Street, Los Angeles, CA ("1040 South"). As of the Petition Date, 13 of 18 spaces are leased. SLA's membership consists of: (1) the Halevy Trust; (2) the G&H Trust; (3) Daniel Halevy; and (4) Simon Harkham. SLA became a borrower of Archway by the Broadway Restructure in 2023 as set forth above. As of the Petition Date, the outstanding balance owed on the SLA Loan is $128,958.

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

26.    Susan Halevy (not directly but via her interest in the community property of David Halevy), the Halevy Trust, the G&H Trust, Daniel Halevy and I are guarantors of the Archway and KDM debt as follows:

- KDM Second Loan in the amount of $2,091,841,[3] jointly and severally: the community assets of David Halevy (deceased), Daniel Halevy and me;

- Broadway Loan in the amount of $15,663,398, jointly and severally: the community assets of David Halevy (deceased), Daniel Halevy and me;

- Negev Loan in the amount of $1,336,020: Susan Halevy (not directly but via her sole ownership of community property);

- SLA Loan in the amount of $125,958: David Halevy (deceased), Susan Halevy, Daniel Halevy and me.

27.    Susan Halevy (not directly but via her interest in the community property of David Halevy), the Halevy Trust, the G&H Trust, Daniel Halevy and I are also jointly and severally liable on the Guarantor Loan, which has a balance of $ 2,646,348.96 as of the Petition Date.

28.    The commercial buildings of four of the five corporate debtors (all but Negev) are jointly managed by Daniel Halevy (daily property management through Almighty Builders, Inc.) and me (financial management).

29.    The Individual Debtors are proceeding with the ordinary course of their lives, incurring and paying for reasonable ordinary course expenses. Pre-petition, Daniel Halevy relied in significant measure upon income derived from his operation and management of the Corporate Debtors by and through Almighty Builders, Inc. Thus far, Almighty Builders has not received compensation for the work performed post-petition for the Corporate Debtors but the Corporate Debtors intend to file a notice of insider compensation and negotiate with their secured lenders for consent to pay Almighty Builders.

30.    Seaton and Colyton have resumed rent collection following the secured creditor's pre-petition exercise of its right to collect rents under the loan documents. Seaton and Colyton

---

[3] KDM has indicated the guaranty covers the entirety of its debt.

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

1  continue to look to add new tenants and are working closely with AirSpa in building out their space.

2  Seaton and Colyton have agreed with its secured lender (KDM) for the use of cash collateral for

3  property expenses through April. Seaton and Colyton anticipate they will have a stipulation with

4  KDM for the continued use of cash collateral.

5       31.    The Broadway building remains unleased, but Broadway is in discussion with

6  multiple parties interested in leasing the entire building.

7       32.    SLA is managing its tenants and is in discussions to add additional tenants and is

8  also exploring interest from a business interested in purchasing the SLA property. SLA is hopeful

9  it can negotiate with its secured creditor (Archway) for the use of cash collateral.

10       33.    The motel owned by Negev currently generates income to pay for its operations

11  and expenses. Negev does not anticipate the property will generate sufficient profit to enable

12  Negev to receive distributions in the near term.

13       34.    I have received a copy of the WZTS Budget and the Saul Budget, and have reviewed

14  them. I have no objection to the estimated fees and expenses listed in the WZTS Budget and the

15  Saul Budget.

16

17

18       I declare under penalty of perjury under the laws of the United States of America that the

19  foregoing is true and correct.

20

21       Executed on this 25th day of April, 2024, at _Los Angeles_ , California.

22

23

24  _____

     ALAN D. GOMPERTS

25

26

27

28

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

## DECLARATION OF DERRICK TALERICO

I, Derrick Talerico, hereby declare as follows:

1. I am an attorney duly admitted to practice law in the state of California and am admitted inter alia to the United States District Court for the Central District of California, and therefore to practice in the United States Bankruptcy Court for the Central District of California. I have personal knowledge of the facts stated herein and knowledge based on business records of my law practice and of my law firm Weintraub Zolkin Talerico & Selth LLP (the "Firm").

2. I submit this Declaration in support of the *Corporate Debtors Chapter 11 Status Report* (the "Status Report"), to which this declaration is attached.  All capitalized terms not specifically defined herein shall have the meanings ascribed to them in the Status Report.

3. Voluntary petitions for relief under chapter 11 of the Bankruptcy Court were filed on March 18, 2024, by Susan Halevy, Daniel Halevy and Alan Gomperts (collectively, the "Individual Debtors") and on March 19, 2024 (the "Corporate Petition Date"), The Individual and Corporate Debtors continue to operate and manage their affairs as debtors and debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No party has requested the appointment of a trustee or examiner and no committee has been appointed or designated in the Bankruptcy Cases.

4. On April 9, 2024, the Corporate Debtors filed their Schedules of Assets and Liabilities and Statement of Financial Affairs in their respective Bankruptcy Cases.

5. The Corporate Debtors first Monthly Operating Reports were filed on April 22, 2024 [Doc. Nos. 41-45].

6. The Seven Day packages were submitted to the U.S. Trustee's Office on March 29, 2024, and I appeared with Mr. Gomperts at the Initial Debtor Interviews on April 9, 2024.

7. The Section 341(a) meeting for the Corporate Debtors is scheduled for May 3, 2024, commencing at 9:00 a.m.

8. The Application to employ WZTS as the Corporate Debtors general bankruptcy counsel (the "WZTS Application") and the accompanying Notice of Application were filed on

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

April 19, 2024.   Service of the Notice of Application (which included a copy of the WZTS Application) was made via U.S. Mail to all creditors of the Corporate Debtors, and to the registered NEF parties in the jointly administered Bankruptcy Cases.  The last day for objections to the WZTS Application is May 3, 2024 for NEF parties, and May 6, 2024 for parties served via U.S. Mail.

9.    Pursuant to the Scheduling Order, I have prepared the Budget, which is attached hereto as **Exhibit 1**.  The Budget is based upon discussions with Mr. Gomperts, and counsel for the Individual Debtors, and based upon information available to me at this time. It is difficult to predict and quantify the services that may be required in these cases, and there may be unforeseen circumstances that significantly alter the underlying assumptions used to generate the Budget.  As such, the Budget is subject to revision at a future date, based upon unforeseen circumstances that generally arise in all chapter 11 cases.  A copy of the WZTS Budget is being provided to each of the Corporate Debtors.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 25th day of April, 2024, at Los Angeles, California.


    /s/ Derrick Talerico
Derrick Talerico

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

# EXHIBIT 1

# WZTS Budget

**EXHIBIT 1 - Page 23**

## PROFESSIONAL COMPENSATION REIMBURSEMENT BUDGET

**Case Numbers:**     *2:24-bk-12079-VZ; 2:24-bk-12080-VZ; 2:24-bk-12081-VZ; 2:24-bk-12082-VZ; 2:24-bk-12091-VZ*

**Case Names:**     *Seaton Investments, LLC; Colyton Investments, LLC; Broadway Avenue Investments, LLC; SLA Investments, LLC; and Negev Investments, LLC*

---

**Date Commenced:**     March 19, 2024

---

**Applicant Name:**     Derrick Talerico
**Applicant Firm:**     Weintraub Zolkin Talerico & Selth LLP
**Location:**     Los Angeles, CA 90025
**Type of Services:**     Bankruptcy counsel for the Corporate Debtors for all matters.

---

**Category:**     **B110 - Case Administration**

| Professional Name / Type | Rate | Seaton | Colyton | Broadway | SLA | Negev | Total |
|---|---|---|---|---|---|---|---|
| Derrick Talerico / Partner | $625 | 25 | 25 | 15 | 4 | 4 | $45,625 |
| David B. Zolkin / Partner | $650 | | | | | | $0 |
| Martha Araki / Paralegal | $250 | 20 | 20 | 15 | 8 | 8 | $17,750 |
| Sachie Fritz / Practice Assistance | $175 | 4 | 4 | 4 | 2 | 2 | $2,800 |

| Expenses & Costs: | Copying: | | | | | | $0 |
|---|---|---|---|---|---|---|---|
| | Postage: | | | | | | $0 |
| Total for Category: | | | | | | | $66,175 |

**EXHIBIT 1 - Page 24**

## PROFESSIONAL COMPENSATION REIMBURSEMENT BUDGET

**Category:**　　　**B111 - US Trustee Requirements**

| Professional Name / Type | Rate | Seaton | Colyton | Broadway | SLA | Negev | Total |
|---|---|---|---|---|---|---|---|
| Derrick Talerico / Partner | $625 | 15 | 15 | 10 | 5 | 5 | $31,250 |
| David B. Zolkin / Partner | $650 | | | | | | $0 |
| Martha Araki / Paralegal | $250 | 30 | 30 | 20 | 8 | 5 | $23,250 |
| Sachie Fritz / Practice Assistance | $175 | 5 | 5 | 5 | 5 | 5 | $4,375 |
| | | | | | | | |
| Expenses & Costs: | Copying: | | | | | | $0 |
| | Postage: | | | | | | $0 |
| Total for Category: | | | | | | | $58,875 |

**Category:**　　　**B112 - Case Budgeting**

| Professional Name / Type | Rate | Seaton | Colyton | Broadway | SLA | Negev | Total |
|---|---|---|---|---|---|---|---|
| Derrick Talerico / Partner | $625 | 1 | 1 | 1 | 0.5 | 0.5 | $2,500 |
| David B. Zolkin / Partner | $650 | | | | | | $0 |
| Martha Araki / Paralegal | $250 | | | | | | $0 |
| Sachie Fritz / Practice Assistance | $175 | | | | | | $0 |
| | | | | | | | |
| Expenses & Costs: | Copying: | | | | | | $0 |
| | Postage: | | | | | | $0 |
| Total for Category: | | | | | | | $2,500 |

**EXHIBIT 1 - Page 25**

## PROFESSIONAL COMPENSATION REIMBURSEMENT BUDGET

**Category:**      **B120 - Asset Analysis & Recovery**

| Professional Name / Type | Rate | Seaton | Colyton | Broadway | SLA | Negev | Total |
|---|---|---|---|---|---|---|---|
| Derrick Talerico / Partner | $625 | | | | | | $0 |
| David B. Zolkin / Partner | $650 | | | | | | $0 |
| Martha Araki / Paralegal | $250 | | | | | | $0 |
| Sachie Fritz / Practice Assistance | $175 | | | | | | $0 |
| | | | | | | | |
| Expenses & Costs: | Copying: | | | | | | $0 |
| | Postage: | | | | | | $0 |
| Total for Category: | | | | | | | $0 |

**Category:**      **B125 - Valuation**

| Professional Name / Type | Rate | Seaton | Colyton | Broadway | SLA | Negev | Total |
|---|---|---|---|---|---|---|---|
| Derrick Talerico / Partner | $625 | 10 | 10 | 10 | 5 | 5 | $25,000 |
| David B. Zolkin / Partner | $650 | | | | | | $0 |
| Martha Araki / Paralegal | $250 | 5 | 5 | 5 | 2 | 2 | $4,750 |
| Sachie Fritz / Practice Assistance | $175 | | | | | | $0 |
| | | | | | | | |
| Expenses & Costs: | Copying: | | | | | | $0 |
| | Postage: | | | | | | $0 |
| Total for Category: | | | | | | | $29,750 |

**EXHIBIT 1 - Page 26**

## PROFESSIONAL COMPENSATION REIMBURSEMENT BUDGET

**Category:**       **B130 - Asset Disposition**

| Professional Name / Type | Rate | Seaton | Colyton | Broadway | SLA | Negev | Total |
|---|---|---|---|---|---|---|---|
| Derrick Talerico / Partner | $625 | | | | | | $0 |
| David B. Zolkin / Partner | $650 | | | | | | $0 |
| Martha Araki / Paralegal | $250 | | | | | | $0 |
| Sachie Fritz / Practice Assistance | $175 | | | | | | $0 |
| | | | | | | | |
| Expenses & Costs: | Copying: | | | | | | $0 |
| | Postage: | | | | | | $0 |
| Total for Category: | | | | | | | $0 |

**Category:**       **B140 - Relief from Stay / Adequate Protection Proceedings**

| Professional Name / Type | Rate | Seaton | Colyton | Broadway | SLA | Negev | Total |
|---|---|---|---|---|---|---|---|
| Derrick Talerico / Partner | $625 | | | | | | $0 |
| David B. Zolkin / Partner | $650 | | | | | | $0 |
| Martha Araki / Paralegal | $250 | | | | | | $0 |
| Sachie Fritz / Practice Assistance | $175 | | | | | | $0 |
| | | | | | | | |
| Expenses & Costs: | Copying: | | | | | | $0 |
| | Postage: | | | | | | $0 |
| Total for Category: | | | | | | | $0 |

EXHIBIT 1 - Page 27

PROFESSIONAL COMPENSATION REIMBURSEMENT BUDGET

**Category:**    **B150 - Meetings of and Communications with Creditors**

| Professional Name / Type | Rate | Seaton | Colyton | Broadway | SLA | Negev | Total |
|---|---|---|---|---|---|---|---|
| Derrick Talerico / Partner | $625 | 5 | 5 | 5 | 1 | 1 | $10,625 |
| David B. Zolkin / Partner | $650 | | | | | | $0 |
| Martha Araki / Paralegal | $250 | | | | | | $0 |
| Sachie Fritz / Practice Assistance | $175 | | | | | | $0 |
| Expenses & Costs: | Copying: | | | | | | $0 |
| | Postage: | | | | | | $0 |
| Total for Category: | | | | | | | $10,625 |

**Category:**    **B160 - Fee/Employment Applications**

| Professional Name / Type | Rate | Seaton | Colyton | Broadway | SLA | Negev | Total |
|---|---|---|---|---|---|---|---|
| Derrick Talerico / Partner | $625 | 2 | 2 | 2 | 2 | 2 | $6,250 |
| David B. Zolkin / Partner | $650 | 2 | 2 | 2 | 2 | 2 | $6,500 |
| Martha Araki / Paralegal | $250 | 15 | 15 | 15 | 8 | 8 | $15,250 |
| Sachie Fritz / Practice Assistance | $175 | | | | | | $0 |
| Expenses & Costs: | Copying: | | | | | | $0 |
| | Postage: | | | | | | $0 |
| Total for Category: | | | | | | | $28,000 |

EXHIBIT 1 - Page 28

PROFESSIONAL COMPENSATION REIMBURSEMENT BUDGET

**Category:**          **B161 - Employment/Compensation of Others**

| Professional Name / Type | Rate | Seaton | Colyton | Broadway | SLA | Negev | Total |
|---|---|---|---|---|---|---|---|
| Derrick Talerico / Partner | $625 | 3 | 3 | 3 | 1 | 1 | $6,875 |
| David B. Zolkin / Partner | $650 | | | | | | $0 |
| Martha Araki / Paralegal | $250 | | | | | | $0 |
| Sachie Fritz / Practice Assistance | $175 | | | | | | $0 |
| | | | | | | | |
| Expenses & Costs: | Copying: | | | | | | $0 |
| | Postage: | | | | | | $0 |
| Total for Category: | | | | | | | $6,875 |

**Category:**          **B185 - Leases and Executory Contracts**

| Professional Name / Type | Rate | Seaton | Colyton | Broadway | SLA | Negev | Total |
|---|---|---|---|---|---|---|---|
| Derrick Talerico / Partner | $625 | 15 | 15 | 20 | 5 | 5 | $37,500 |
| David B. Zolkin / Partner | $650 | | | | | | $0 |
| Martha Araki / Paralegal | $250 | | | | | | $0 |
| Sachie Fritz / Practice Assistance | $175 | | | | | | $0 |
| | | | | | | | |
| Expenses & Costs: | Copying: | | | | | | $0 |
| | Postage: | | | | | | $0 |
| Total for Category: | | | | | | | $37,500 |

EXHIBIT 1 - Page 29

PROFESSIONAL COMPENSATION REIMBURSEMENT BUDGET

**Category:**    **B190 - Other Contested Matters**

| Professional Name / Type | Rate | Seaton | Colyton | Broadway | SLA | Negev | Total |
|---|---|---|---|---|---|---|---|
| Derrick Talerico / Partner | $625 | | | | | | $0 |
| David B. Zolkin / Partner | $650 | | | | | | $0 |
| Martha Araki / Paralegal | $250 | | | | | | $0 |
| Sachie Fritz / Practice Assistance | $175 | | | | | | $0 |
| | | | | | | | |
| Expenses & Costs: | Copying: | | | | | | $0 |
| | Postage: | | | | | | $0 |
| Total for Category: | | | | | | | $0 |

**Category:**    **B200 - Hearings**

| Professional Name / Type | Rate | Seaton | Colyton | Broadway | SLA | Negev | Total |
|---|---|---|---|---|---|---|---|
| Derrick Talerico / Partner | $625 | 10 | 10 | 10 | 5 | 5 | $25,000 |
| David B. Zolkin / Partner | $650 | | | | | | $0 |
| Martha Araki / Paralegal | $250 | | | | | | $0 |
| Sachie Fritz / Practice Assistance | $175 | | | | | | $0 |
| | | | | | | | |
| Expenses & Costs: | Copying: | | | | | | $0 |
| | Postage: | | | | | | $0 |
| Total for Category: | | | | | | | $25,000 |

EXHIBIT 1 - Page 30

## PROFESSIONAL COMPENSATION REIMBURSEMENT BUDGET

**Category:      B210 - Business Operations**

| Professional Name / Type | Rate | Seaton | Colyton | Broadway | SLA | Negev | Total |
|---|---|---|---|---|---|---|---|
| Derrick Talerico / Partner | $625 | 10 | 10 | 10 | 2 | 2 | $21,250 |
| David B. Zolkin / Partner | $650 | | | | | | $0 |
| Martha Araki / Paralegal | $250 | | | | | | $0 |
| Sachie Fritz / Practice Assistance | $175 | | | | | | $0 |
| Expenses & Costs: | Copying: | | | | | | $0 |
| | Postage: | | | | | | $0 |
| Total for Category: | | | | | | | $21,250 |

**Category:      B211 - Utilities**

| Professional Name / Type | Rate | Seaton | Colyton | Broadway | SLA | Negev | Total |
|---|---|---|---|---|---|---|---|
| Derrick Talerico / Partner | $625 | | | | | | $0 |
| David B. Zolkin / Partner | $650 | 5 | 5 | 5 | 5 | | $13,000 |
| Martha Araki / Paralegal | $250 | | | | | | $0 |
| Sachie Fritz / Practice Assistance | $175 | | | | | | $0 |
| Expenses & Costs: | Copying: | | | | | | $0 |
| | Postage: | | | | | | $0 |
| Total for Category: | | | | | | | $13,000 |

**EXHIBIT 1 - Page 31**

## PROFESSIONAL COMPENSATION REIMBURSEMENT BUDGET

**Category:**          **B230 - Financing / Cash Collateral**

| Professional Name / Type | Rate | Seaton | Colyton | Broadway | SLA | Negev | Total |
|---|---|---|---|---|---|---|---|
| Derrick Talerico / Partner | $625 | 15 | 15 | 3 | 10 | | $26,875 |
| David B. Zolkin / Partner | $650 | | | | | | $0 |
| Martha Araki / Paralegal | $250 | | | | | | $0 |
| Sachie Fritz / Practice Assistance | $175 | | | | | | $0 |
| Expenses & Costs: | Copying: | | | | | | $0 |
| | Postage: | | | | | | $0 |
| Total for Category: | | | | | | | $26,875 |

**Category:**          **B231 - Secured Creditor Disputes / Matters**

| Professional Name / Type | Rate | Seaton | Colyton | Broadway | SLA | Negev | Total |
|---|---|---|---|---|---|---|---|
| Derrick Talerico / Partner | $625 | 12 | 12 | 12 | 5 | 5 | $28,750 |
| David B. Zolkin / Partner | $650 | 5 | 5 | 5 | 2 | 2 | $12,350 |
| Martha Araki / Paralegal | $250 | | | | | | $0 |
| Sachie Fritz / Practice Assistance | $175 | | | | | | $0 |
| Expenses & Costs: | Copying: | | | | | | $0 |
| | Postage: | | | | | | $0 |
| Total for Category: | | | | | | | $41,100 |

**EXHIBIT 1 - Page 32**

PROFESSIONAL COMPENSATION REIMBURSEMENT BUDGET

**Category:**        **B250 - Real Estate**

| Professional Name / Type | Rate | Seaton | Colyton | Broadway | SLA | Negev | Total |
|---|---|---|---|---|---|---|---|
| Derrick Talerico / Partner | $625 | | | | | | $0 |
| David B. Zolkin / Partner | $650 | | | | | | $0 |
| Martha Araki / Paralegal | $250 | | | | | | $0 |
| Sachie Fritz / Practice Assistance | $175 | | | | | | $0 |
| | | | | | | | |
| Expenses & Costs: | Copying: | | | | | | $0 |
| | Postage: | | | | | | $0 |
| Total for Category: | | | | | | | $0 |

**Category:**        **B310 - Claims Administration / Objections**

| Professional Name / Type | Rate | Seaton | Colyton | Broadway | SLA | Negev | Total |
|---|---|---|---|---|---|---|---|
| Derrick Talerico / Partner | $625 | 5 | 5 | 5 | 5 | 5 | $15,625 |
| David B. Zolkin / Partner | $650 | | | | | | $0 |
| Martha Araki / Paralegal | $250 | | | | | | $0 |
| Sachie Fritz / Practice Assistance | $175 | | | | | | $0 |
| | | | | | | | |
| Expenses & Costs: | Copying: | | | | | | $0 |
| | Postage: | | | | | | $0 |
| Total for Category: | | | | | | | $15,625 |

EXHIBIT 1 - Page 33

## PROFESSIONAL COMPENSATION REIMBURSEMENT BUDGET

**Category:**          **B320 - Plan and Disclosure Statement**

| Professional Name / Type | Rate | Seaton | Colyton | Broadway | SLA | Negev | Total |
|---|---|---|---|---|---|---|---|
| Derrick Talerico / Partner | $625 | 30 | 30 | 30 | 10 | 10 | $68,750 |
| David B. Zolkin / Partner | $650 | 10 | 10 | 10 | 5 | 5 | $26,000 |
| Martha Araki / Paralegal | $250 | 20 | 20 | 20 | 5 | 5 | $17,500 |
| Sachie Fritz / Practice Assistance | $175 | | | | | | $0 |
| | | | | | | | |
| Expenses & Costs: | Copying: | | | | | | $0 |
| | Postage: | | | | | | $0 |
| Total for Category: | | | | | | | $112,250 |

EXHIBIT 1 - Page 34

### DECLARATION OF ZEV SHECHTMAN

I, Zev Shechtman, hereby declare as follows:

1.      I am an attorney duly admitted to practice law in the state of California and am admitted, *inter alia*, to the United States District Court for the Central District of California, and therefore am authorized to practice in the United States Bankruptcy Court for the Central District of California. I have personal knowledge of the facts stated herein and knowledge based on business records of my law practice and of my law firm Saul Ewing LLP (the "Firm").

2.      I submit this Declaration in support of the *Chapter 11 Status Report* (the "Status Report"), to which this declaration is attached.  All capitalized terms not specifically defined herein shall have the meanings ascribed to them in the Status Report.

3.      The Individual Debtors have performed all of their respective duties as debtors in possession under the Bankruptcy Code.  The Individual Debtors' Schedules of Assets and Liabilities and Statement of Financial Affairs were timely filed.  The Individual Debtors were granted an extension to file their first Monthly Operating Reports to April 26, 2024 on account of the observance of religious holidays.  The U. S. Trustee Seven Day packages were submitted to the U.S. Trustee's Office, and the U.S. Trustee conducted Initial Debtor Interviews with each of the Individual Debtors.  The Section 341(a) meeting for the Individual Debtors is scheduled for May 17, 2024, commencing at 9:00 a.m.

4.      The Application ("Saul Ewing Application") to employ Saul Ewing LLP ("Saul Ewing") as the Individual Debtors' general bankruptcy counsel was filed on April 5, 2024. Service of the notice of the Saul Ewing Application was made via U.S. Mail to all creditors of the Individual Debtors, and to the registered NEF parties in the jointly administered Bankruptcy Cases.  The last day for objections to the Saul Ewing Application has passed, and no objections have been filed or received by counsel.

5.      Pursuant to the Scheduling Order, I have prepared the Saul Budget, which is attached hereto as **Exhibit 2**.  The Saul Budget is based upon discussions with Mr. Gomperts, and counsel for the Corporate Debtors, and based upon information available to me at this time. It is difficult to predict and quantify the services that may be required in these cases, and there

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

may be unforeseen circumstances that significantly alter the underlying assumptions used to generate the Budget. As such, the Budget is subject to revision at a future date, based upon unforeseen circumstances that generally arise in all chapter 11 cases. A copy of the Saul Budget is being provided to each of the Individual Debtors.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 25th day of April, 2024, at Los Angeles, California.

_____
Zev Shechtman

# EXHIBIT 2

# Saul Budget

EXHIBIT 2 - Page 37

**Case Numbers:** 2:24-bk-12074-VZ; 2:24-bk-12075-VZ; 2:24-bk-12076-VZ
**Case Name:** Alan Gomperts, Daniel Halevy and Susan Halevy
**Date Commenced:** 3/25/2024

**Applicant Name:** Zev Shechtman
**Applicant Firm:** Saul Ewing LLP
**Location:** Los Angeles, CA 90067
**Type of Services:** Bankruptcy counsel for the Individual Debtors for all matters.

**Category**      **B110 - Case Administration**
                   **(inclusive of US Trustee Requirements)**

| Name and/or Type | Hourly Rate ($/hr) | Hours | Total |
|---|---|---|---|
| Zev Shechtman Partner | $725.00 | 40 | $29,000.00 |
| Carol Chow Counsel | $640.00 | 20 | $12,800.00 |
| Turner Falk Associate | $430.00 | 80 | $34,400.00 |
| | | Total for Category | $76,200.00 |

**Category:**      **B150 - Meetings of and Communications with Creditors**

| Name and/or Type | Hourly Rate ($/hr) | Hours | Total |
|---|---|---|---|
| Zev Shechtman Partner | $725.00 | 10 | $7,250.00 |
| Carol Chow Counsel | $640.00 | 5 | $3,200.00 |
| Turner Falk Associate | $430.00 | 10 | $4,300.00 |
| | | Total for Category | $14,750.00 |

**Category:**      **B160 - Fee/Employment Applications**

| Name and/or Type | Hourly Rate ($/hr) | Hours | Total |
|---|---|---|---|
| Zev Shechtman Partner | $725.00 | 5 | $3,625.00 |
| Carol Chow Counsel | $640.00 | 2 | $1,280.00 |
| Turner Falk Associate | $430.00 | 25 | $10,750.00 |
| | | Total for Category | $15,655.00 |

**Category:**          **B190 - Other Contested Matters**

| Name and/or Type | Hourly Rate ($/hr) | Hours | Total |
|---|---|---|---|
| Zev Shechtman Partner | $725.00 | 25 | $18,125.00 |
| Carol Chow Counsel | $640.00 | 10 | $6,400.00 |
| Turner Falk Associate | $430.00 | 40 | $17,200.00 |
| | | Total for Category | $41,725.00 |

**Category:**          **B320 - Plan and Disclosure Statement**

| Name and/or Type | Hourly Rate ($/hr) | Hours | Total |
|---|---|---|---|
| Zev Shechtman Partner | $725.00 | 20 | $14,500.00 |
| Carol Chow Counsel | $640.00 | 10 | $6,400.00 |
| Turner Falk Associate | $430.00 | 35 | $15,050.00 |
| | | Total for Category | $35,950.00 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
   11766 Wilshire Blvd, Suite 730, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled (*specify*): **DEBTORS CHAPTER 11 STATUS REPORT; DECLARATIONS OF ALAN GOMPERTS, DERRICK TALERICO AND ZEV SHECHTMAN IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) April 25, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See attached NEF Service List

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*)  April 25, 2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

See attached US Mail Service List

☒  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)  April 25, 2024, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Vincent Zurzolo                (via personal delivery)
United States Bankruptcy Court
255 E Temple St Suite 1360
Los Angeles, CA 90012

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 25, 2024 | Martha E. Araki | /s/ Martha E. Araki |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 **F 9013-3.1.PROOF.SERVICE**

Seaton Investments, LLC – Jointly Administered

1. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

- <u>Attorneys for Corporate Debtors Seaton Investment, LLC, Colyton Investments, LLC, Broadway Avenue Investments, LLC, Negev Investments, LLC, SLA Investments, LCC.</u>: **Derrick Talerico**:  dtalerico@wztslaw.com; maraki@wztslaw.com; sfritz@wztslaw.com
- <u>Attorneys for Individual Debtors Alan Gomperts, Daniel Halevy, Susan Haley</u>:  **Zev Shechtman, Carol Chow, Turner Falk**:  zev.shechtman@salu.com; zshechtman@ecf.inforuptcy.com; carol.chow@saul.com; easter.santamaria@saul.com; turner.falk@saul.com
- <u>Attorneys for Creditor Korth Direct Mortgage, Inc.</u>:  **Tanya Behnam**:  tbehnam@polsinelli.com, tanyabehnam@gmail.com; ccripe@polsinelli.com; ladocketing@polsinelli.com
- <u>Attorneys for Creditor Archway Real Estate Income Fund I SPE I, LLC</u>:  **Michael G. Fletcher, Bruce D. Poltrock, Gerrick Warrington**:  mfletcher@frandzel.com; gwarrington@frandzel.com; bpoltrock@frandzel.com; sking@frandzel.com; achase@frandzel.com
- <u>Courtesy NEF/Interested Party</u>:  **Todd S Garan**:  ch11ecf@aldridgepite.com; TSG@ecf.inforuptcy.com; tgaran@aldridgepite.com
- <u>Attorneys for Creditor Harvest Small Business Finance, LLC</u>:  **Jacqueline L James**:  jjames@hrhlaw.com
- <u>Courtesy NEF/Interested Party</u>:  **Jennifer C Wong**:  bknotice@mccartyholthus.com; jwong@ecf.courtdrive.com
- <u>US Trustee's Office</u>:  ustpregion16.la.ecf@usdoj.gov; **Kelly L. Morrison**:  Kelly.l.morrison@usdoj.gov
- 

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                          **F 9013-3.1.PROOF.SERVICE**

**US Mail Service List:**
**Joint Debtors (Seaton, Colyton,**
**Broadway, SLA, Negev, A Gomperts, S**
**Halevy and D Halevy)**

Secured Creditor–Sea/Col/Indivs
Korth Direct Mortgage Inc
135 San Lorenzo Ave Ste 600
Miami, FL 33146-1875

Archway Real Estate Income Fund I SPE I
Frandzel - c/o Michael Fletcher Esq
1000 Wilshire Blvd 19th Fl
Los Angeles, CA 90017

Secured Creditor–Negev
Riverside County Tax Collector
4080 Lemon St 4th Floor
Riverside, CA 92501

Secured Creditor–D Halevy
Athas Capital Group Inc
3990 Westerly Pl Ste 240
Newport Beach, CA 92660

20 Largest–Seaton/Colyton/Broadway
California Refrigeration & Supply
1926 Glendon Ave Apt 4
Los Angeles, CA 90025-4661

20 Largest–Seaton
Mark Berkowitz CPA
5850 Canoga Ave Suite 220
Woodland Hills, CA 91367-6505

20 Largest–Seaton
Urban Lime
915 Mateo St
Los Angeles, CA 90021-1784

20 Largest–SLA
Los Angeles Dept of Water and Power
PO Box 30808
Los Angeles, CA 90030-0808

Notice
US Small Business Administration
409 3rd St SW
Washington, DC 20416-0005

Secured Creditor–Seaton
Balboa Capital Corporation
575 Anton Boulevard 12h Floor
Costa Mesa Ca 92626-7685

Korth Direct Mortgage Inc.
c/o Polsinelli LLP
2049 Century Park East Suite 2900
Los Angeles, CA 90067-3221

Archway Real Estate Income Fund I SPE
Joshua Mogin Esq
Thompson Coburn LLP
10100 Santa Monica Blvd Ste 500
Los Angeles, CA 90067-4121

Secured Creditor–S Halevy
First Foundation Bank
18101 Von Karman Ave Ste 750
Irvine, CA 92612

Secured Creditor–A Gomperts
Wells Fargo Bank
c/o CSC-Lawyers Incorp Service
2710 Gateway Oaks Dr Ste 150N
Sacramento, CA 95833

20 Largest–Seaton
Deborah Feldman Esq
12466 Marsh Pointe Rd
Sarasota, FL 34238-2115

20 Largest–Seaton
RG Fire Inc
8721 Laurel Canyon Blvd
Sun Valley, CA 91352-2919

20 Largest-Broadway
Capital One
PO Box 30285
Salt Lake City, UT

20 Largest–Daniel Halevy
American Express
PO Box 981535
El Paso, TX 79998-1535

Notice
US Small Business Administration
14925 Kingsport Rd
Fort Worth, TX 76155-2243

Secured Creditor–Sea/Col/Bro/SLA
Los Angeles County Treasurer/Tax Coll
Attn Bankruptcy Unit
PO Box 54110
Los Angeles Ca 90054-0110

Secured Creditor–Bro/SLA/Neg/Indivs
Archway Real Estate Income
Fund I SPE I LLC
10100 Santa Monica Blvd Ste 500
Los Angeles, CA 90067-4121

Secured Creditor–SLA
Harvest Small Business Finance (SBA)
24422 Avenida de la Carlota Ste 400
Laguna Hills, CA 92653-3634

Secured Creditor–S Halevy
Shellpoint Mortgage Servicing
c/o CSC-Lawyers Incorp Service
2710 Gateway Oaks Dr Ste 150N
Sacramento, CA 95833

20 Largest–Seaton/Colyton
Alta Fire Pro
PO Box 7007
Mission Hills, CA 91346-7007

20 Largest–Seaton
Deborah Feldman Esq
24611 Mulholland Hwy
Calabasas, CA 91302-2325

20 Largest–Seaton
Simply Electrical
14101 S Budlong Ave
Gardena, CA 90247-2231

20 Largest–Broadway
Mordechai Miky Acoca
1926 Glendon Ave #4
Los Angeles, CA 90025-4661

United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

Notice
U S Small Business Administration
312 N Spring St 5th Floor
Los Angeles Ca 90012-2678