ZEV SHECHTMAN (BAR NO. 266280)
Zev.Shechtman@saul.com
CAROL CHOW (BAR NO. 169299)
carol.chow@saul.com
TURNER N. FALK (Admitted pro hac vice)
turner.falk@saul.com
SAUL EWING LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: (310) 255-6100
Facsimile: (310) 255-6200

*Proposed Attorneys for Alan Gomperts, Daniel Halevy and Susan Halevy Debtors and Debtors in Possession*

**FILED & ENTERED**

**APR 30 2024**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY carranza DEPUTY CLERK

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION**

| | |
|---|---|
| In re: | Lead Case No. 2:24-bk-12079-VZ |
| SEATON INVESTMENTS, LLC, *et al.*, | Jointly Administered with Case Nos.: 2:24-bk-12080-VZ; 2:24-bk-12081-VZ; 2:24-bk-12082-VZ; 2:24-bk-12091-VZ; 2:24-bk-12074-VZ; 2:24-bk-12075-VZ and 2:24-bk-12076-VZ |
| Debtors and Debtors In Possession. | |
| ☐ Affects All Debtors. | Chapter 11 |
| ☐ Affects Seaton Investments, LLC | |
| ☐ Affects Colyton Investments, LLC | **ORDER GRANTING APPLICATION OF INDIVIDUAL DEBTORS AND DEBTORS-IN-POSSESSION TO EMPLOY SAUL EWING LLP AS GENERAL BANKRUPTCY COUNSEL** |
| ☐ Affects Broadway Avenue Investments, LLC | |
| ☐ Affects SLA Investments, LLC | |
| ☐ Affects Negev Investments, LLC | |
| ☒ Affects Alan Gomperts | [No Hearing Required] |
| ☒ Affects Daniel Halevy | |
| ☒ Affects Susan Halevy | |

On April 5, 2024, the individual debtors and debtors in possession herein, Alan Gomperts, Daniel Halevy and Susan Halevy (the "**Individual Debtors**"), filed their *Application of Individual Debtors and Debtors-In-Possession to Employ Saul Ewing LLP as General Bankruptcy Counsel* (the "**Application**") (docket no. 23), which was served using the procedure of LBR 9013-1(o).

52143293.1

The Court considered the Application, the Statement of Disinterestedness (docket no. 23), and all papers filed in support thereof. No party filed an opposition or request for a hearing. Good cause appearing, **IT IS ORDERED**:

1. The Application is granted in its entirety.

2. The Individual Debtors are authorized to retain Saul Ewing LLP as their general bankruptcy counsel effective as of March 18, 2024.

3. Saul Ewing LLP is authorized to draw down on its retainer in accordance with the United States Trustee's Guide to Application for Retainers, except that the retainer may be maintained in the Firm's attorney-client trust account rather than a segregated trust account.

4. Saul Ewing LLP is authorized to submit a monthly Professional Fee Statement each month until its retainer its exhausted.

####

Date: April 30, 2024

Vincent P. Zurzolo
United States Bankruptcy Judge