Imaged Certificate of Notice   Page 1 of 4

United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 24-12079-VZ |
| Seaton Investments, LLC | Chapter 11 |
| Susan Halevy | |
| Debtors | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 30, 2024 | Form ID: pdf042 | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 02, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alan Gomperts, 264 South Oakhurst Drive, Beverly Hills, CA 90212-3504 |
| db | + | Daniel Halevy, 8561 Horner Street, Los Angeles, CA 90035-3614 |
| db | + | Seaton Investments, LLC, 264 S Oakhurst Dr, Beverly Hills, CA 90212-3504 |
| db | + | Susan Halevy, 257 South Linden Drive, Beverly Hills, CA 90212-3704 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 02, 2024            Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 30, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bruce D Poltrock | on behalf of Creditor Archway Real Estate Income Fund I SPE I  LLC bpoltrock@frandzel.com, achase@frandzel.com |
| Carol Chow | on behalf of Debtor Alan Gomperts Carol.Chow@saul.com  easter.santamaria@saul.com |
| Carol Chow | on behalf of Debtor Susan Halevy Carol.Chow@saul.com  easter.santamaria@saul.com |
| Carol Chow | on behalf of Debtor Daniel Halevy Carol.Chow@saul.com  easter.santamaria@saul.com |
| Derrick Talerico | |

District/off: 0973-2  User: admin  Page 2 of 2
Date Rcvd: Apr 30, 2024  Form ID: pdf042  Total Noticed: 4

| | |
|---|---|
| | on behalf of Debtor Negev Investments LLC dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com |
| Derrick Talerico | on behalf of Debtor Broadway Avenue Investments LLC dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com |
| Derrick Talerico | on behalf of Debtor SLA Investments LLC dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com |
| Derrick Talerico | on behalf of Debtor Colyton Investments LLC dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com |
| Derrick Talerico | on behalf of Debtor Seaton Investments LLC dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com |
| Gerrick Warrington | on behalf of Creditor Archway Real Estate Income Fund I SPE I LLC gwarrington@frandzel.com, achase@frandzel.com |
| Jacqueline L James | on behalf of Creditor Harvest Small Business Finance LLC jjames@hrhlaw.com |
| Jacqueline L James | on behalf of Interested Party Harvest Small Business Finance LLC jjames@hrhlaw.com |
| Jennifer C Wong | on behalf of Interested Party Courtesy NEF bknotice@mccarthyholthus.com jwong@ecf.courtdrive.com |
| Kelly L Morrison | on behalf of U.S. Trustee United States Trustee (LA) kelly.l.morrison@usdoj.gov |
| Michael G Fletcher | on behalf of Creditor Archway Real Estate Income Fund I SPE I LLC mfletcher@frandzel.com, sking@frandzel.com |
| Tanya Behnam | on behalf of Creditor Korth Direct Mortgage Inc. tbehnam@polsinelli.com tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com |
| Todd S. Garan | on behalf of Interested Party Courtesy NEF ch11ecf@aldridgepite.com TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com |
| Turner Falk | on behalf of Debtor Susan Halevy turner.falk@saul.com tnfalk@recap.email |
| Turner Falk | on behalf of Debtor Alan Gomperts turner.falk@saul.com tnfalk@recap.email |
| Turner Falk | on behalf of Debtor Daniel Halevy turner.falk@saul.com tnfalk@recap.email |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |
| Zev Shechtman | on behalf of Debtor Daniel Halevy Zev.Shechtman@saul.com zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com |
| Zev Shechtman | on behalf of Debtor Alan Gomperts Zev.Shechtman@saul.com zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com |
| Zev Shechtman | on behalf of Debtor Susan Halevy Zev.Shechtman@saul.com zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com |

TOTAL: 24

```
ZEV SHECHTMAN (BAR NO. 266280)
Zev.Shechtman@saul.com
CAROL CHOW (BAR NO. 169299)
carol.chow@saul.com
TURNER N. FALK (Admitted pro hac vice)
turner.falk@saul.com
SAUL EWING LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone:  (310) 255-6100
Facsimile:  (310) 255-6200
```

*Proposed Attorneys for Alan Gomperts, Daniel Halevy and Susan Halevy*
*Debtors and Debtors in Possession*

**FILED & ENTERED**

**APR 30 2024**

**CLERK U.S. BANKRUPTCY COURT**
Central District of California
BY carranza  DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>SEATON INVESTMENTS, LLC, *et al.*,<br><br>Debtors and Debtors In Possession.<br><br>☐ Affects All Debtors.<br>☐ Affects Seaton Investments, LLC<br>☐ Affects Colyton Investments, LLC<br>☐ Affects Broadway Avenue Investments, LLC<br>☐ Affects SLA Investments, LLC<br>☐ Affects Negev Investments, LLC<br>☒ Affects Alan Gomperts<br>☒ Affects Daniel Halevy<br>☒ Affects Susan Halevy | Lead Case No. 2:24-bk-12079-VZ<br><br>Jointly Administered with Case Nos.: 2:24-bk-12080-VZ; 2:24-bk-12081-VZ; 2:24-bk-12082-VZ; 2:24-bk-12091-VZ; 2:24-bk-12074-VZ; 2:24-bk-12075-VZ and 2:24-bk-12076-VZ<br><br>Chapter 11<br><br>**ORDER GRANTING APPLICATION OF INDIVIDUAL DEBTORS AND DEBTORS-IN-POSSESSION TO EMPLOY SAUL EWING LLP AS GENERAL BANKRUPTCY COUNSEL**<br><br>[No Hearing Required] |

On April 5, 2024, the individual debtors and debtors in possession herein, Alan Gomperts, Daniel Halevy and Susan Halevy (the "**Individual Debtors**"), filed their *Application of Individual Debtors and Debtors-In-Possession to Employ Saul Ewing LLP as General Bankruptcy Counsel* (the "**Application**") (docket no. 23), which was served using the procedure of LBR 9013-1(o).

52143293.1

The Court considered the Application, the Statement of Disinterestedness (docket no. 23), and all papers filed in support thereof. No party filed an opposition or request for a hearing. Good cause appearing, **IT IS ORDERED**:

1. The Application is granted in its entirety.

2. The Individual Debtors are authorized to retain Saul Ewing LLP as their general bankruptcy counsel effective as of March 18, 2024.

3. Saul Ewing LLP is authorized to draw down on its retainer in accordance with the United States Trustee's Guide to Application for Retainers, except that the retainer may be maintained in the Firm's attorney-client trust account rather than a segregated trust account.

4. Saul Ewing LLP is authorized to submit a monthly Professional Fee Statement each month until its retainer its exhausted.

####

Date: April 30, 2024

Vincent P. Zurzolo
United States Bankruptcy Judge

52143293.1

2