# EXHIBIT A

52121529.1

ZEV SHECHTMAN (BAR NO. 266280)
Zev.Shechtman@saul.com
CAROL CHOW (BAR NO. 169299)
carol.chow@saul.com
TURNER N. FALK (Admitted pro hac vice)
turner.falk@saul.com
SAUL EWING LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone:  (310) 255-6100
Facsimile:  (310) 255-6200

Attorneys for Alan Gomperts
Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>SEATON INVESTMENTS, LLC, *et al.*,<br><br>Debtors and Debtors In Possession.<br><br>☐ Affects All Debtors.<br>☐ Affects Seaton Investments, LLC<br>☐ Affects Colyton Investments, LLC<br>☐ Affects Broadway Avenue Investments, LLC<br>☐ Affects SLA Investments, LLC<br>☐ Affects Negev Investments, LLC<br>☒ Affects Alan Gomperts<br>☐ Affects Daniel Halevy<br>☐ Affects Susan Halevy | Lead Case No. 2:24-bk-12079-VZ<br><br>Jointly Administered with Case Nos.:<br>2:24-bk-12080-VZ; 2:24-bk-12081-VZ;<br>2:24-bk-12082-VZ; 2:24-bk-12091-VZ;<br>2:24-bk-12074-VZ; 2:24-bk-12075-VZ and<br>2:24-bk-12076-VZ<br><br>Chapter 11<br><br>**ORDER GRANTING MOTION FOR ENTRY OF ORDER AUTHORIZING DEBTOR TO MAINTAIN PREPETITION BANK ACCOUNT AND MEMORANDUM OF POINTS OF AUTHORITIES IN SUPPORT THEREOF**<br><br>Hearing:<br>Date:         June 11, 2024<br>Time:        11:00 a.m. PST<br>Courtroom: 1368<br>                   255 East Temple St.<br>                   Los Angeles, CA 90012 |

On June 11, 2024, at 11:00 a.m., this Court heard and considered the *Motion for Order*

52258848.3

*Authorizing Debtor to Maintain Prepetition Bank Accounts* (the "Motion") (docket no. _) filed by Alan Gomperts as debtor and debtor in possession (the "Debtor"). Appearances were made as noted at the hearing.

The Court having considered the Motion and all exhibits in support thereof, having heard the statements of counsel at the hearing, having determined that notice of the Motion and the hearing was adequate and proper, and for good cause appearing, it is

ORDERED THAT:

1. The Motion is granted.

2. The Debtor is authorized to continue to use his California Credit Union account ending in ending in 7993 and his Farmers & Merchants Bank account ending in 0830, subject to the limitations in this Order.

3. The Debtor may not pay any expenses from these accounts during the pendency of this case. If necessary to pay expenses, the Debtor must transfer funds from these accounts to his DIP Account (as that account is defined in the Motion) and pay expenses from the DIP Account.

####