ZEV SHECHTMAN (BAR NO. 266280)
Zev.Shechtman@saul.com
CAROL CHOW (BAR NO. 169299)
carol.chow@saul.com
TURNER N. FALK (Admitted pro hac vice)
turner.falk@saul.com
SAUL EWING LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone:  (310) 255-6100
Facsimile:  (310) 255-6200

Attorneys for Alan Gomperts
Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>SEATON INVESTMENTS, LLC, *et al.*,<br><br>    Debtors and Debtors In Possession.<br><br>☐ Affects All Debtors.<br>☐ Affects Seaton Investments, LLC<br>☐ Affects Colyton Investments, LLC<br>☐ Affects Broadway Avenue Investments, LLC<br>☐ Affects SLA Investments, LLC<br>☐ Affects Negev Investments, LLC<br>☒ Affects Alan Gomperts<br>☐ Affects Daniel Halevy<br>☐ Affects Susan Halevy | Lead Case No. 2:24-bk-12079-VZ<br><br>Jointly Administered with Case Nos.:<br>2:24-bk-12080-VZ; 2:24-bk-12081-VZ;<br>2:24-bk-12082-VZ; 2:24-bk-12091-VZ;<br>2:24-bk-12074-VZ; 2:24-bk-12075-VZ and<br>2:24-bk-12076-VZ<br><br>Chapter 11<br><br>**NOTICE OF MOTION FOR ENTRY OF ORDER AUTHORIZING DEBTOR TO MAINTAIN PREPETITION BANK ACCOUNTS**<br><br>Hearing:<br>Date:         June 11, 2024<br>Time:        11:00 a.m. PST<br>Courtroom: 1368<br>                   255 East Temple St.<br>                   Los Angeles, CA 90012 |

**TO THE HONORABLE VINCENT P. ZURZOLO, UNITED STATES BANKRUPTCY JUDGE, AND INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that on June 11, 2024, 2024, at 11:00 a.m., debtor Alan

52258848.3

Gomperts (the "Debtor") will move before the Honorable Vincent P. Zurzolo, in the United States Bankruptcy Court, Central District of California, Los Angeles Division, Courtroom 1368, for the relief requested in the Motion for Entry of an Order Authorizing the Debtor to Maintain Prepetition Bank Accounts (the "Bank Account Motion").

The Bank Account Motion is based upon this notice, the Memorandum of Points and Authorities appended to the Bank Account Motion, the Declaration of Alan Gomperts filed contemporaneously therewith, and such other evidence as may be presented to the Court.

Copies of the moving papers may be requested by email to the undersigned Debtor's counsel.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 9013-1(f), each interested party opposing, joining, or responding to the Application must, no later than 14 days before the date of the hearing, file with the Clerk of the Bankruptcy Court and serve upon counsel for the Debtor, Zev Shechtman, Saul Ewing LLP, 1888 Century Park East, Suite 1500 Los Angeles, California 90067, Zev.Shechtman@saul.com, and the United States Trustee, 915 Wilshire Blvd., Suite 1850, Los Angeles, California 90017, either: (i) a complete written statement of all reasons in opposition thereto or in support or joinder thereof, declarations and copies of all photographs and documentary evidence on which the responding party intends to rely, and any responding memorandum of points and authorities; or (ii) a written statement that the Bank Account Motion will not be opposed.

Pursuant to Local Bankruptcy Rule 9013-1(h), failure to timely file and serve papers may be deemed by the Court to be consent to the granting of the Bank Account Motion.

DATED: May 7, 2024                    SAUL EWING LLP

By:     */s/ Turner N. Falk*
TURNER N. FALK
Attorneys for Alan Gomperts
Debtor and Debtor-in-Possession

2

52258848.3