# UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

## TRANSCRIPT ORDER FORM

ORDER NO. _____

CHAPTER _____

APPEAL _____

Ordering Party's Name: Michael Gerard Fletcher     Attorney Bar# 70849

Firm: Frandzel Robins Bloom & Csato, L.C.

Mailing Address: 1000 Wilshire Blvd., 19th Floor, Los Angeles, CA 90017

Telephone: (323) 852-1000     Person to Contact: Paige Poupart

Bankruptcy Case #: 2:24-bk-12079-VZ     Adversary Proceeding #/ M/P #: _____

Date of Proceedings: May 9, 2024     Time: 10:00 a.m.

Debtor: Seaton Investments, LLC

Case Name: _____ vs. _____

Presiding Judge: Vincent P. Zurzolo     Courtroom #: 1368

**NOTE:** All due dates are computed from the date the deposit is received in the Clerk's Office. A Transcript Order Form must be completed for each hearing date requested.

Transcript Ordered:
- ( ) Ordinary
- ( ) Copy Only
- ( ) 14 Days
- ( ) Partial
- ( ) Expedited
- (X) Daily
- ( ) Number of Copies

## TO BE COMPLETED BY THE COURT RECORDER

Dated Request Received: _____   Estimated Pages: _____   Deposit Required: $ _____

Quote Given to: _____   Date Quoted: _____   Quoted by: _____

Digital Recording
Time Start: _____ Time End: _____   Time Start: _____ Time End: _____

Analog Tape Recording
Tape # _____ Index # _____ to _____   Tape # _____ Index # _____ to _____

Date Deposit Received: _____   Due Date: _____

Transcription Company: _____   Date Sent: _____

Court Recorder: _____   Processed by: _____

Date Completed Transcript Received: _____

5220993v1 | 101415-0002 *Revised April 2011*

**TO BE COMPLETED BY THE TRANSCRIPTION SERVICE**

Place comments regarding recording material on this page and return this form via e-mail with the completed transcript in PDF format to:

( )  Los Angeles Division
transcriptsLA@cacb.uscourts.gov

( )  Riverside Division
transcriptsRS@cacb.uscourts.gov

( )  Santa Ana Division
transcriptsSA@cacb.uscourts.gov

( )  San Fernando Valley Division
transcriptsSV@cacb.uscourts.gov

( )  Northern Division (Santa Barbara)
transcriptsND@cacb.uscourts.gov

The transcriber is to use the following space to evaluate the audio and logs received with this order.

| EVALUATION | VERY GOOD | SATISFACTORY | POOR |
|---|---|---|---|
| Sound quality |  |  |  |
| Log legibility |  |  |  |
| Log completeness |  |  |  |

Comments and suggestions for Court Recorder operator:

_____
_____
_____
_____
_____
_____
_____
_____
_____