

ORDER No. _____

# UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

## TRANSCRIPT ORDER FORM

CHAPTER _____

APPEAL? ☐ Yes ☐ No
APPEAL No. _____
(if known)

(File this form on the related case docket)

Ordering Party's Name: **Michael Gerard Fletcher**    Attorney Bar# **294890**
Law Firm: **Frandzel Robins Bloom & Csato, L.C.**
Mailing Address: **1000 Wilshire Blvd., 19th Floor**
**Los Angeles, CA 90017**

Person to Contact (**If Judge-ordered: Transcriber to contact Procurement***): _____
Telephone: (**323**) **852-1000**    E-mail: **mfletcher@frandzel.com**
Bankruptcy Case #: **2:24-bk-12079-VZ**    Adversary Proceeding #/MP #: _____
Date of Hearing (**complete a SEPARATE form for EACH hearing date**): **5/9/2024**    Time: **10:00 a.m.**
Debtor: **Seaton Investments, LLC**
Adversary Proceeding Name: _____ vs. _____
Hearing Judge: **V. Zurzolo**    Courtroom #: **LA 1368**
**TRANSCRIBER:** **Exceptional Reporting**    **ALTERNATE:** **Briggs Reporting**
(Select from the Court-approved list of Transcription Service Providers. This provider will contact you regarding payment)

**341(a) MEETING OF CREDITORS:** The Meeting of Creditors is recorded by the Trustee. **DO NOT USE THIS FORM**. For *341(a) Recording Request Procedures*, visit the U.S. Trustee website www.justice.gov/ust/r16

**Transcript Type:**

**NOTE:** The Court is not responsible for determining if a hearing has been previously transcribed. Check the case docket to determine if a filed transcript already exists or is being transcribed before filing this form.

**Copy of Existing Transcript:** Contact the transcriber directly for a copy.

☐ 30 Days (Ordinary)    ☐ 3 Days    ☒ Entire Hearing
☐ 14 Days    ☒ Next Day (24 hours)    ☐ Ruling/Opinion of Judge only
☐ 7 Days    ☐ Testimony of Witness _____
☐ Other* _____ (name of witness)

*Special Instructions: _____

**Transcript due dates** are computed from the date the deposit is received by the Transcriber. The cost of a transcript varies for each type. See *Transcript Ordering Instructions*, **Transcript Costs/Forms of Payment**.

### TO BE COMPLETED BY THE COURT

☐ **Judge Ordered Transcript***: Clerk must **docket this form**; CM/ECF will automatically notify Procurement.
Date Request Filed: _____    Date Sent to Transcriber: _____    By ☐ FDS ☐ Mail ☐ Messenger
Digital Recording (or Analog Tape Recording)
(Tape #: ____) Time Start (Index #): _____ Time End (Index #): _____ Time Start: _____ Time End: _____
(Tape #: ____) Time Start (Index #): _____ Time End (Index #): _____ Time Start: _____ Time End: _____
Court Recorder: _____    Division: _____    Processed by: _____

### **TRANSCRIBER INSTRUCTIONS

**Judge-ordered transcripts:** email price quote & invoice to procurement@cacb.uscourts.gov. Provide quote prior to transcribing.

*Rev. October 2023. This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.*