

# Wells Fargo Prime Checking

Questions? Please contact us:

Available 24 hours a day, 7 days a week
We accept all relay calls, including 711
*Phone:* 1-800-TO-WELLS  (1-800-869-3557)
*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A.
P.O. Box 6995
Portland, OR  97228-6995

ALAN D GOMPERTS
SHARON HALEVY
DEBTOR IN POSSESSION
CH11 CASE #24-12074 (CCA)
264 S OAKHURST DR
BEVERLY HILLS CA 90212-3504

## Accounts linked to your Wells Fargo Prime Checking account:

## Bank Deposit Account(s)

| Account (Account Number) | $ Balance |
|---|---|
| Wells Fargo Prime Checking ▮▮▮▮3107) | 87,281.77 |
| Your Qualification Balance this month: | $87,281.77 |

*Accounts linked in Summary will be provided a separate statement.*



## Important Account Information

(A) If your Prime Checking account is converted to another checking product or closed by us or you, all linked accounts are delinked from the Prime Checking account and effective immediately, benefits no longer apply, including benefits to your now delinked accounts. You'll no longer receive discounts, options to avoid fees on other products or services, or the Relationship Interest Rate; for time accounts (CDs), this change will occur at renewal. Your delinked accounts will revert to the Bank's current applicable interest rate or fee at that time. (B) If you or we delink an account from your Prime Checking account but other accounts remain linked, the loss of all benefits and the other consequences described above in (A) will immediately apply to the delinked account. Benefits available to your Prime Checking account and any remaining linked accounts will continue.

## Important Account Information

The balances within the "Accounts linked to your Wells Fargo Prime Checking account" section of your statement may not match your statement of record for investment products due to differences in statement periods between this statement and the statement for your investment products. This section shows balance information from (1) consumer bank deposit accounts, bank fiduciary and custody accounts, (2) investment accounts with Wells Fargo Advisors, which is a trade name used by Wells Fargo Clearing Services, LLC, and Wells Fargo Advisors Financial Network, LLC, Members SIPC, registered broker-dealers and separate non-bank affiliates of Wells Fargo & Company.

Investment and Insurance Products are:
- Not Insured by the FDIC or Any Federal Government Agency
- Not a Deposit or Other Obligation of, or Guaranteed by, the Bank or Any Bank Affiliate
- Subject to Investment Risks, Including Possible Loss of the Principal Amount Invested
Deposit products offered by Wells Fargo Bank, N.A. Member FDIC.
RSNIP-02112025-5875050.1.1

## Other Wells Fargo Benefits

Don't fall for an IRS imposter scam. Learn to spot scams and help avoid tax fraud at www.wellsfargo.com/spottaxscams.

April 30, 2024



# Wells Fargo Prime Checking

This is your primary checking account

## Statement period activity summary

| | |
|---|---|
| Balance on 4/1 | 109,058.86 |
| Deposits/Additions | 81,460.73 |
| Withdrawals/Subtractions | - 103,237.82 |
| Balance on 4/30 | $87,281.77 |

Account number: ████ 3107

ALAN D GOMPERTS
SHARON HALEVY
DEBTOR IN POSSESSION
CH11 CASE #24-12074 (CCA)

*Wells Fargo Bank, N.A.   (Member FDIC)*

*CALIFORNIA   account terms and conditions apply*

Questions about your account:   1-800-869-3557

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.83 |
| Interest earned this statement period | $0.83 |
| Average collected balance | $101,822.98 |
| Annual percentage yield earned | 0.01% |
| Interest paid this year | $1.18 |

## Transaction history

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| 4/1 | Zelle From Ericka Ochoa On 03/31 Ref # Jpm99Aerr697 Rent | | 1,375.00 | | |
| 4/1 | Zelle From Adam Spencer Willmouth On 04/01 Ref # Usbwjskijzmx Rent | | 3,500.00 | | |
| 4/1 | Bill Pay Nicandro Barba On-Line No Account Number On 04-01 | | | 75.00 | |
| 4/1 | Bill Pay 4 Season Pool SE On-Line No Account Number On 04-01 | | | 90.00 | |
| 4/1 | Bill Pay Jun Ho. Choi On-Line No Account Number On 04-01 | | | 140.00 | |
| 4/1 | American Express ACH Pmt 240401 W9492 Alan Gomperts | | | 538.50 | 113,090.36 |
| 4/3 | Zelle to Gabriel Adulfo On 04/03 Ref #Pp0S4K4Ws5 | | | 155.00 | 112,935.36 |
| 4/4 | Bill Pay WFHM - Greenfield On-Line 0320648Xxx On 04-04 | | | 1,416.91 | |
| 4/4 | Bill Pay Wells Fargo Canfield On-Line 0502483Xxx On 04-04 | | | 2,050.07 | |
| 4/4 | Bill Pay Wells Fargo Oakhurst On-Line 0512091Xxx On 04-04 | | | 3,125.00 | |
| 4/4 | Bill Pay Wells Fargo Bagley On-Line 0512092Xxx On 04-04 | | | 4,003.21 | |
| 4/4 | Bill Pay Northwestern Mutual Life Insuran On-Line Xxxx4520 On 04-04 | | | 162.26 | |
| 4/4 | Chase Credit Crd Epay 240403 7423945359 Sharon Halevy | | | 4,401.46 | 97,776.45 |
| 4/5 | Bill Pay Southern Califor On-Line Xxxxxxx4834 On 04-05 | | | 51.92 | |
| 4/5 | ATM Withdrawal Authorized On 04/05 9354 Wilshire Blvd Beverly Hills CA 0009766 ATM ID 0814A Card 6206 | | | 100.00 | |
| 4/5 | LA CO Ttc Paymnt 2139742111 3871263283 Alan Gomperts | | | 33,866.26 | 63,758.27 |
| 4/8 | Mobile Deposit : Ref Number :710070378860 | | 6,900.00 | | |
| 4/8 | Mobile Deposit : Ref Number :217080015388 | | 93.75 | | 70,752.02 |
| 4/10 | Cash eWithdrawal IN Branch 04/10/2024 11:59 Am 9354 Wilshire Blvd Beverly Hills CA 0874 | | | 1,277.00 | 69,475.02 |
| 4/11 | Agron Inc PC Clear Alagom1 Alan Gomperts | | 44,552.82 | | 114,027.84 |
| 4/15 | Agron Inc Payroll 06997700047470X Gomperts, Alan D | | 9,681.25 | | |
| 4/15 | Citi Card Online Payment 240414 421355094587298 Sharon Halevy | | | 396.70 | 123,312.39 |
| 4/16 | Mobile Deposit : Ref Number :101160355181 | | 125.00 | | |
| 4/16 | Mobile Deposit : Ref Number :201160355183 | | 0.83 | | 123,438.22 |
| 4/17 | Macys Online Pmt 240416 621356988699224 Sharon Halevy | | | 187.16 | 123,251.06 |
| 4/18 | Westwood Applian Sale 240418 Alan Gomperts | | | 614.90 | 122,636.16 |
| 4/25 | Mobile Deposit : Ref Number :017250696280 | | 5,550.00 | | 128,186.16 |



## => Wells Fargo Prime Checking (continued)

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| 4/26 | Ncsy Summer Ncsy Summe 240426 000000431140122 Alan Gomperts | | | 3,000.00 | |
| 4/26 | American Express ACH Pmt 240426 W1822 Alan Gomperts | | | 44,552.82 | 80,633.34 |
| 4/29 | American Express ACH Pmt 240429 W7570 Alan Gomperts | | | 1,130.58 | |
| 4/29 | Quarterly Fee Payment 240426 6Q0240Jhab1 Alan Gomperts | | | 250.00 | 79,252.76 |
| 4/30 | Agron Inc Payroll 07145600008109X Gomperts, Alan D | | 9,681.25 | | |
| 4/30 | Bill Pay Nicandro Barba On-Line No Account Number On 04-30 | | | 75.00 | |
| 4/30 | Bill Pay 4 Season Pool SE On-Line No Account Number On 04-30 | | | 90.00 | |
| 4/30 | Bill Pay Jun Ho. Choi On-Line No Account Number On 04-30 | | | 140.00 | |
| 4/30 | Bill Pay Wells Fargo Auto On-Line Xxxxxx6254 On 04-30 | | | 718.56 | |
| 4/30 | Citi Card Online Payment 240429 421367519108619 Sharon Halevy | | | 629.51 | |
| 4/30 | Interest Payment | | 0.83 | | 87,281.77 |
| | Ending balance on 4/30 | | | | 87,281.77 |
| Totals | | | $81,460.73 | $103,237.82 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

---

Important Account Information

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

---

Important Account Information

Requires meeting all conditions of Wells Fargo Prime Checking participation. Wells Fargo Bank and Wells Fargo Advisors discounts and benefits are available to all customers who have a Wells Fargo Prime Checking account. The Wells Fargo Prime Checking account has a $25 monthly service fee which can be avoided each fee period with $20,000 or more in statement-ending qualifying linked (a) consumer bank deposit account balances (checking, savings, time accounts (CDs), FDIC-insured IRAs) and (b) investment account balances (investments available through our brokerage affiliate Wells Fargo Advisors*,**, and applicable bank fiduciary and custody accounts.) Refer to the Wells Fargo Bank Consumer Account Fee and Information Schedule at wellsfargo.com/online-banking/consumer-account-fees/ for further information about the Prime Checking account and applicable bank fees.

*Investment products and services are offered through Wells Fargo Advisors. Wells Fargo Advisors is a trade name used by Wells Fargo Clearing Services, LLC (WFCS) and Wells Fargo Advisors Financial Network, LLC, Members SIPC, separate registered broker-dealers and non-bank affiliates of Wells Fargo & Company.
**Certain investments or investment accounts are not eligible for linking.

Investment and Insurance Products are:
- Not Insured by the FDIC or Any Federal Government Agency
- Not a Deposit or Other Obligation of, or Guaranteed by, the Bank or Any Bank Affiliate
- Subject to Investment Risks, Including Possible Loss of the Principal Amount Invested
Deposit products offered by Wells Fargo Bank, N.A. Member FDIC.



=>   Wells Fargo Prime Checking (continued)

RSNIP-02112025-5875122.1.1

April 30, 2024



## Important Information You Should Know

■ To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts:

Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ If your account has a negative balance:

Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

■ In case of errors or questions about your electronic transfers:

Telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

■ In case of errors or questions about other transactions (that are not electronic transfers):

Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

■ To download and print an Account Balance Calculation Worksheet (PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

Deposit and credit products offered by Wells Fargo Bank, N.A., Member FDIC.
©2021 Wells Fargo Bank, N.A., All rights reserved. NMLSR ID 399801
RSNIP-0223-09671