| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Derrick Talerico (SBN 223763)<br>WEINTRAUB ZOLKIN TALERICO & SELTH LLP<br>11766 Wilshire Blvd., Suite 730<br>Los Angeles, CA 90025<br>Telephone: (424) 500-8552<br>Email: dtalerico@wztslaw.com<br><br>Zev Shechtman (SBN 266280)<br>SAUL EWING LLP<br>1888 Century Park East, Suite 1500<br>Los Angeles, CA 90067<br>Telephone: (310) 255-6100<br>Email: zev.shechtman@saul.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Debtors per Orders of the Court | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>SEATON INVESTMENTS, LLC,<br><br>                                                                Debtor. | CASE NO.: 2:24-bk-12079-VZ Jointly Administered with Case Nos. in caption*<br>CHAPTER: 11 |
|---|---|
| X  Affects all Debtors.<br>___  Affects Seaton Investments, LLC (2:24-bk-12079-VZ)<br>___  Affects Colyton Investments, LLC (2:24-bk-12080-VZ)<br>___  Affects Broadway Avenue Investments, LLC<br>         (2:24-bk-12081-VZ)<br>___  Affects SLA Investments, LLC (2:24-bk-12082-VZ)<br>___  Affects Negev Investments, LLC (2:24-bk-12091-VZ)<br>___  Affects Susan Halevy (2:24-bk-12076-VZ)<br>___  Affects Daniel Halevy (2:24-bk-12075-VZ)<br>___  Affects Alan Gomperts (2:24-bk-12074-VZ)<br><br>                                                            Debtor(s). | **NOTICE OF BAR DATE FOR FILING PROOFS OF CLAIM IN A CHAPTER 11 CASE [LBR 3003-1]**<br><br>☒ **No hearing: LBR 9013-1(q)**<br>☐ **Hearing information**<br>DATE:<br>TIME:<br>COURTROOM:<br>ADDRESS: |

1. Bar Date. The court has set a deadline of (*date*) __July 16__, __2024__ (Bar Date), for creditors in the above-referenced case to file proofs of claim against the Debtor's estate. ON OR BEFORE THE BAR DATE, PROOFS OF CLAIM MUST BE FILED WITH THE COURT CLERK AT:

    ☒ 255 East Temple Street, Los Angeles, CA 90012        ☐ 411 West Fourth Street, Santa Ana, CA 92701
    ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367   ☐ 1415 State Street, Santa Barbara, CA 93101
    ☐ 3420 Twelfth Street, Riverside, CA 92501

* Claims must be filed in the applicable Debtor case and reference the corresponding case number provided above.

2. Form. You may obtain a Proof of Claim form (Official Form 410) on the Bankruptcy Court's web site at http://www.cacb.uscourts.gov, or visit the Intake area at any division of the Court.

3. Exceptions to the Bar Date. Exceptions to the Bar Date include, but are not limited to, the following:

    (a) Executory contracts/unexpired leases. For claims arising from rejection of any executory contract or unexpired lease, the last day to file a Proof of Claim is the later of (a) the Bar Date or (b) 30 days after the date of entry of an order authorizing the rejection of such contract or lease or after any automatic rejection of such contract or lease. *See* 11 U.S.C. §§ 365(d)(4) and 502(g).

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                            Page 1                                                   **F 3003-1.NOTICE.BARDATE**

    (b) <u>Governmental units</u>. For claims of governmental units, the last day to file a Proof of Claim is the later of (a) the Bar Date or (b) before 180 days after the date of the Order for Relief in this case (the person signing this form has determined that the Order for Relief was entered on (*date*) __March 19, 2024**__, and therefore calculates that this deadline is (*date*) __Sept. 16, 2024__). *See* 11 U.S.C. §§ 101(27) and 502(b)(9).
    ** Individual Debtors filed on March 18, 2024 - the governmental bar date remains the same.

    (c) <u>Avoidance</u>. For claims arising from the avoidance of a transfer under chapter 5 of the Bankruptcy Code (11 U.S.C. § 544 and following), the last day to file a Proof of Claim is the later of (a) the Bar Date or (b) 30 days after the entry of judgment avoiding the transfer. *See* 11 U.S.C. § 502(h).

    (d) <u>Agreed claims</u>. If your claim is listed on the Debtor's official bankruptcy schedules of assets and liabilities (Schedules) <u>and</u> it is not listed as disputed, contingent, unliquidated or unknown, then your claim is deemed filed in the amount set forth in those Schedules. 11 U.S.C. § 1111(a). But, if your claim is not listed on the Schedules, <u>or</u> is listed as disputed, contingent, unliquidated or unknown, <u>or</u> if you disagree with the amount or description of your claim (*e.g.*, its description as unsecured or non-priority), then you <u>must</u> timely filed a Proof of Claim as set forth in this Notice.

4. <u>11 U.S.C. § 503(b)(9) Claims</u>. Claims arising from unpaid goods received by the Debtor in the ordinary course of business within 20 days prepetition are subject to an administrative expense priority pursuant to 11 U.S.C. §§ 507(a)(2) and 503(b)(9). Any creditor who wishes to assert such a claim must file a Proof of Claim by the Bar Date, modified as follows: *Section 12 of Proof of Claim.* **Identify:** (i) the goods for which the Debtor has not paid; (ii) the method(s) of shipment; (iii) the actual date(s) when those goods were *received* by the Debtor (or state that an estimated date has been used); (iv) the place of delivery – *e.g.*, "computers shipped via U.S. mail, received by the Debtor at the Debtor's warehouse on [insert estimated date]" (use a continuation sheet if necessary); and (v) the box for "Other" priority and specify that priority is under **11 U.S.C. §§ 507(a)(2) <u>and</u> 503(b)(9)**.

5. <u>Interest Holders</u>. If the Debtor or the chapter 11 trustee believes it necessary to set a bar date for interest holders (*e.g.*, holders of common or preferred stock), then, before this Notice is served, the chambers of the presiding judge in this case must be contacted for further instructions.

**FAILURE OF A CREDITOR TO FILE A PROOF OF CLAIM ON OR BEFORE THE DEADLINE MAY RESULT IN DISALLOWANCE OF THE CLAIM OR SUBORDINATION UNDER THE TERMS OF A PLAN OF REORGANIZATION WITHOUT FURTHER NOTICE OR HEARING. 11 U.S.C. § 502(b)(9). CREDITORS MAY WISH TO CONSULT AN ATTORNEY TO PROTECT THEIR RIGHTS.**

Date: May 16, 2024

By: /s/ Derrick Talerico
    Signature of Debtor, chapter 11 trustee, or their attorney

Name: Derrick Talerico
    Attorneys for Seaton Investments, LLC; Colyton Investments, LLC; Broadway Avenue Investments, LLC; SLA Investments, LLC; and Negev Investments, LLC, Debtors and Debtors-in-Possession

By: [signature]

Name: Zev Shechtman
    Attorneys for Susan Halevy; Daniel Halevy; and Alan Gomperts Debtors and Debtors-in-Possession

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015    Page 2    F 3003-1.NOTICE.BARDATE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
11766 Wilshire Blvd., Suite 730, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled: **NOTICE OF BAR DATE FOR FILING PROOFS OF CLAIM IN A CHAPTER 11 CASE [LBR 3003-1]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __May 16, 2024__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See attached NEF service list

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) __May 16, 2024__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Vincent Zurzolo
United States Bankruptcy Court
255 E Temple St
Los Angeles, CA 90025

AND parties listed on the attached US Mail service list

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/16/2024 | Martha E. Araki | /s/ Martha E. Araki |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*　　　　　Page 3　　　　　**F 3003-1.NOTICE.BARDATE**

Seaton Investments, LLC – Jointly Administered

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Attorneys for Corporate Debtors Seaton Investment, LLC, Colyton Investments, LLC, Broadway Avenue Investments, LLC, Negev Investments, LLC, SLA Investments, LCC.: **Derrick Talerico**: dtalerico@wztslaw.com; maraki@wztslaw.com; sfritz@wztslaw.com
- Attorneys for Individual Debtors Alan Gomperts, Daniel Halevy, Susan Haley: **Zev Shechtman, Carol Chow, Turner Falk**: zev.shechtman@salu.com; zshechtman@ecf.inforuptcy.com; carol.chow@saul.com; easter.santamaria@saul.com; turner.falk@saul.com
- Attorneys for Creditor Korth Direct Mortgage, Inc.: **Tanya Behnam**: tbehnam@polsinelli.com, tanyabehnam@gmail.com; ccripe@polsinelli.com; ladocketing@polsinelli.com
- Attorneys for Creditor Archway Real Estate Income Fund I SPE I, LLC: **Michael G. Fletcher, Bruce D. Poltrock, Gerrick Warrington**: mfletcher@frandzel.com; gwarrington@frandzel.com; bpoltrock@frandzel.com; sking@frandzel.com; achase@frandzel.com
- Courtesy NEF/Interested Party: **Todd S Garan**: ch11ecf@aldridgepite.com; TSG@ecf.inforuptcy.com; tgaran@aldridgepite.com
- Attorneys for Creditor Harvest Small Business Finance, LLC: **Jacqueline L James**: jjames@hrhlaw.com
- Courtesy NEF/Interested Party: **Jennifer C Wong**: bknotice@mccartyholthus.com; jwong@ecf.courtdrive.com
- US Trustee's Office: ustpregion16.la.ecf@usdoj.gov; **Kelly L. Morrison**: Kelly.l.morrison@usdoj.gov
- 

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

Seaton Investments, LLC
264 S Oakhurst Dr
Beverly Hills, CA 90212-3504

Colyton Investments LLC
421 Colyton St
Los Angeles, CA 90013-2210

Broadway Avenue Investments, LLC
264 S. Oakhurst Dr
Beverly Hills, CA 90212-3504

SLA Investments, LLC
264 S Oakhurst Dr
Beverly Hills, CA 90212-3504

Negev Investments LLC
257 S Linden Dr
Beverly Hills, CA 90212-3705

Alan D Gomperts
264 S Oakhurst Dr
Beverly Hills, CA 90212-3504

Daniel Halevy
8561 Horner St
Los Angeles, CA 90035

Sue Halevy
257 S Linden Dr
Beverly Hills, CA 90212-3704

United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

Archway Real Estate Income
Fund I SPE I, LLC
10100 Santa Monica Blvd Ste 500
Los Angeles, CA 90067-4121

Archway Real Estate Income
Fund I SPE I, LLC
Frandzel - c/o Bruce D Poltrock
1000 Wilshire Blvd 19th Fl
Los Angeles, CA 90017

Harvest Small Business Finance (SBA)
24422 Avenida de la Carlota Ste 400
Laguna Hills, CA 92653-3634

KDM California LLC
135 San Lorenzo Ave Ste 600
Miami, FL 33146-1875

Korth Direct Mortgage Inc.
c/o Polsinelli LLP
2049 Century Park East Suite 2900
Los Angeles, CA 90067-3221

Los Angeles County Treasurer / Tax Collector
Attn Bankruptcy Unit
PO Box 54110
Los Angeles Ca 90054-0110

US Small Business Administration
14925 Kingsport Rd
Fort Worth, TX 76155-2243

US Small Business Administration
409 3rd St SW
Washington, DC 20416-0005

U S Small Business Administration
312 N Spring St 5th Floor
Los Angeles Ca 90012-2678

CA Dept of Tax and Fee Admin
Account Info Group MIC29
PO Box 942879
Sacramento, CA 94279-0029

Employment Development Dept
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001

Franchise Tax Board
Bankruptcy Section MS A-340
PO Box 2952
Sacramento, CA 95812-2952

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

802 Mateo Street LLC
Attn Daniel Halevy
802 Mateo St
Los Angeles, CA 90021-1712

Alta Fire Pro
PO Box 7007
Mission Hills, CA 91346-7007

Balboa Capital Corporation
575 Anton Boulevard 12th Floor
Costa Mesa Ca 92626-7685

California Refrigeration & Supply
1926 Glendon Ave Apt 4
Los Angeles, CA 90025-4661

Deborah Feldman Esq
12466 Marsh Pointe Rd
Sarasota, FL 34238-2115

Deborah Feldman Esq
24611 Mulholland Hwy
Calabasas, CA 91302-2325

Los Angeles Dept of Water and Power
PO Box 30808
Los Angeles, CA 90030-0808

Mark Berkowitz CPA
5850 Canoga Ave Suite 220
Woodland Hills, CA 91367-6505

Mordechai Miky Acoca
1926 Glendon Ave #4
Los Angeles, CA 90025-4661

RG Fire Inc
8721 Laurel Canyon Blvd
Sun Valley, CA 91352-2919

Sienna Rose Inc
433 Colyton St
Los Angeles, CA 90013-2210

Simply Electrical
1219 West 121st Street
Los Angeles, CA 90044

Southern California Edison Company
1551 W San Bernardino Road
Covina, CA 91722-3407

Southern California Gas
Centralized Correspondence
PO Box 1626
Monterey Park, CA 91754-8626

Urban Lime
915 Mateo St
Los Angeles, CA 90021-1784

American Express
PO Box 0001
Los Angeles, CA 90096-0001

Silver Jeans
Attn Robert Silver
433 Colyton St Stes 201-203
Los Angeles, CA 90013-2210

Riverside County Tax Collector
PO Box 12005
Riverside, CA 92502-2205

Seapiper Inn Inc
264 S Oakhurst Dr
Beverly Hills, CA 90212-3504

Joshua Mogin Esq
Thompson Coburn LLP
10100 Santa Monica Blvd Ste 500
Los Angeles, CA 90067-4121

Daniel Halevy
8561 Horner St
Los Angeles, CA 90035

American Express
PO Box 981535
El Paso, TX 79998-1535

Athas Capital Group Inc.
3990 Westerly Place Suite 240
Newport Beach, CA 92660

Jose Benssouson
2220 Bagley Avenue
Los Angeles, CA 90034

Brian Boyken
133 S. Palm Drive #1
Beverly Hills, CA 90212

Drexter Castillo
133 S. Palm Drive #2
Beverly Hills, CA 90212

Gabrielle Chavez
133 S. Palm Drive #4
Beverly Hills, CA 90212

First Foundation Bank
Attn Erica Dorsett, Chief Legal Counsel
18101 Von Karman Ave Suite 750
Irvine, CA 92612

Gomperts & Halevy Family Trust
264 S. Oakhurst Drive
Beverly Hills, CA 90212

Nathan Halevy
133 S. Palm Drive #5
Beverly Hills, CA 90212

Halevy Family Trust
257 S. Linden Drive
Beverly Hills, CA 90212

Shmuel Levy
2247 S. Canfield Avenue
Los Angeles, CA 90034

Perla Segla
133 S. Palm Drive #4
Beverly Hills, CA 90212

Shellpoint Mortgage Servicing
A division of Newrez LLC
c/o CSC – Lawyers Incorporating Services
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833

Wells Fargo Auto / Wells Fargo Bank
c/o CSC - Lawyers Incorporating Service
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833

Adam Willmouth, Ericka Ochoa
3538 Greenfield Avenue
Los Angeles, CA 90034

Harvest Small Business Finance LLC
c/o Jacqueline L James
Hemar Rousso & Heald LLP
15910 Ventura Blvd 12th Floor
Encino, CA 91436-2829

Wells Fargo Bank NA
Dba Wells Fargo Auto
PO Box 169005
Irving, TX 75016-9005

Commune Events
8561 Horner St
Los Angeles, CA 90035-3614

Gomperts & Halevy Family Trust
264 S Oakhurst Dr
Beverly Hills, CA 90212-3504

Halevy Family Trust
Dated September 6 2010
257 S Linden Dr
Beverly Hills, CA 90212-3704

KDM California LLC
c/o Polsinelli LLP
2049 Century Park E Ste 2900
Los Angeles, CA 90067-3221

Wells Fargo Bank
PO Box 51162
Los Angeles, CA 90051-5462

Wells Fargo National Bank West
c/o Wells Fargo Bank NA
Default Doc Processing MAC# N9286-01Y
PO Box 1629
Minneapolis, MN 55440-1629

Capital One
PO Box 30285
Salt Lake City, UT 84130-0285

Disguise Systems Inc
421 Colyton St
Los Angeles, CA 90013-2210

Relativity Architects
421 Colyton St 2nd Floor
Los Angeles, CA 90013-2210

URBN US Retail LLC
Attn CEO and General Counsel
5000 S Broad St
Philadelphia, PA 19112-1402

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Shellpoint Mortgage Servicing
PO Box 10826
Greenville, SC 29603-0826

Wells Fargo Bank
Small Business Lending Division
PO Box 29482 MAC S4101-08C
Phoenix, AZ 85038-9482

Riverside County Treasurer-
Tax Collector
4080 Lemon St 4th FL
Riverside, CA 92501-3609

AIRE Ancient Baths Los Angeles LLC
88 Franklin St
New York, NY 10013-4085

Sean Rudes and Monfrere
10724 Wilshire Blvd
Los Angeles, CA 90024

SoCalGas
PO Box 30337
Los Angeles, CA 90030-0337

WGW Sales Inc
555 Logan Ave
Winnipeg, MB R3A 054
CANADA

David Garay
1040 S Los Angeles St Unit 8
Los Angeles, CA 90015-4758

Davix Foreman dba Dojo in the Sky
1040 S Los Angeles St Unit 18
Los Angeles, CA 90015-4755

Earth Bean Coffee LLC
1200 S Grand Ave #658
Los Angeles, CA 90015-3960

El Hadj Sy dba Entrapreneur
David Garay
1040 S Los Angeles St Unit 10
Los Angeles, CA 90015-4758

Juliana Contreras Sanchez
1040 S Los Angeles St #11
Los Angeles, CA 90015-4758

Miracle Watts
1040 S Los Angeles St
Los Angeles, CA 90015-4755

Nijai Burch dba Instant Bae LLC
1040 S Los Angeles St Unit 14
Los Angeles, CA 90015-4758

Saul Edi Faal
1040 S Los Angeles St Unit 17
Los Angeles, CA 90015-4755

Serafin Canizares
1040 S Los Angeles St Unit 13
Los Angeles, CA 90015-4758

David Halevy
257 S Linden Dr
Beverly Hills, CA 90212-3704

Southern California Edison Company
2244 Walnut Grove Ave
Rosemead, CA 91770

Arianna Messbani
140 S Roxbury Dr Unit 5
Beverly Hills, CA 90212

Audrey Fratz
140 S Roxbury Dr Unit 17
Beverly Hills, CA 90212

Chase Bank
Court Orders & Levies
Mail Code LA4-7200
700 Kansas Lane
Monroe, LA 71203

Greg Morgan
140 S Roxbury Dr Unit 4
Beverly Hills, CA 90212

Heather Regan
140 S Roxbury Dr Unit 8
Beverly Hills, CA 90212

Jennifer Riddle
140 S Roxbury Dr Unit 11
Beverly Hills, CA 90212

Karen Egozi
140 S Roxbury Dr Unit 10
Beverly Hills, CA 90212

Kateryna Bien Aime
140 S Roxbury Dr Unit 6
Beverly Hills, CA 90212

Michael Giorgio
140 S Roxbury Dr Unit 9
Beverly Hills, CA 90212

Mona Forde
140 S Roxbury Dr Unit 2
Beverly Hills, CA 90212

Patro Kashani
140 S Roxbury Dr Unit 14
Beverly Hills, CA 90212

Saatsaz Sahel
140 S Roxbury Dr Unit 15
Beverly Hills, CA 90212

Satinder Chhokar
140 S Roxbury Dr Unit 12
Beverly Hills, CA 90212

Stephanie Dang
140 S Roxbury Dr Unit 1
Beverly Hills, CA 90212

Teresita Gomez
140 S Roxbury Dr Unit 3
Beverly Hills, CA 90212

Theodora Wade
140 S Roxbury Dr Unit 7
Beverly Hills, CA 90212

Vesna Pantelic
140 S Roxbury Dr Unit 16
Beverly Hills, CA 90212