Debtor's Name SEATON INVESTMENTS, LLC                                  Case No. 24-12079

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---:|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ● |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Alan Gomperts                                                  Alan Gomperts
Signature of Responsible Party                                     Printed Name of Responsible Party

Manager                                                            05/21/2024
Title                                                              Date

UST Form 11-MOR (12/01/2021) - Mac                  9

# Seaton Investments, LLC
## Preliminary Balance Sheet
### As of April 30, 2024

|  | Apr 30, 24 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Farmers and Merchants - Tax Acc | 200.00 |
| Farmers and Merchants Checking | 30,108.93 |
| **Total Checking/Savings** | 30,308.93 |
| **Other Current Assets** | |
| Intercompany Receivable - SLA | -7,000.00 |
| Intercompany Receivable - SR | 155,910.00 |
| **Total Other Current Assets** | 148,910.00 |
| **Total Current Assets** | 179,218.93 |
| **Fixed Assets** | |
| Accum deprec, Leasehold imorov | -1,102,583.83 |
| Accumulated Depreciation | -1,051,978.50 |
| Buildings | 3,353,552.00 |
| Land | 2,706,028.39 |
| Leasehold Improvements | 2,576,588.89 |
| **Total Fixed Assets** | 6,481,606.95 |
| **Other Assets** | |
| Accum. Amortization loan fees | -769,747.00 |
| capitalized interest on bldg | 1,015,326.13 |
| Construction in process | 12,903,690.87 |
| Construction Reserve | 2,527.33 |
| Prepaid loan fees | 839,725.43 |
| **Total Other Assets** | 13,991,522.76 |
| **TOTAL ASSETS** | **20,652,348.64** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Other Current Liabilities** | |
| KDM- LOC | 2,507,292.98 |
| Loan Payable - Broadway Avenue | -250.00 |
| Payable Colyton | -5,463,156.01 |
| Tenant Security Deposits Held | 313,356.75 |
| **Total Other Current Liabilities** | -2,642,756.28 |
| **Total Current Liabilities** | -2,642,756.28 |
| **Long Term Liabilities** | |
| **Loan - KDM** | |
| Colyton's share on KDM loan | 8,968,306.28 |
| Loan - KDM - Other | 26,131,693.72 |
| **Total Loan - KDM** | 35,100,000.00 |
| Member Loans | 600,000.00 |
| **Total Long Term Liabilities** | 35,700,000.00 |
| **Total Liabilities** | 33,057,243.72 |

# Seaton Investments, LLC
## Preliminary Balance Sheet
### As of April 30, 2024

|  | Apr 30, 24 |
|---|---:|
| **Equity** | |
| Capital, Alan Gomperts | -1,383,141.61 |
| Capital, Daniel Halevy | -1,383,138.61 |
| Capital, Simon Harkam | -497,928.20 |
| Capital, Sue Halevy | -2,268,346.48 |
| Retained Earnings | -6,730,751.03 |
| Net Income | -141,589.15 |
| **Total Equity** | -12,404,895.08 |
| **TOTAL LIABILITIES & EQUITY** | **20,652,348.64** |

# Seaton Investments, LLC
## Preliminary Balance Sheet

# Seaton Investments, LLC
## Preliminary Profit & Loss
### April 2024

|  | Apr 24 |
|---|---:|
| **Ordinary Income/Expense** | |
|   **Income** | |
|     **Rental Income** | 36,932.00 |
|   **Total Income** | 36,932.00 |
|   **Expense** | |
|     **Bank Service Charges** | 85.48 |
|     **Equipment lease, parking** | 3,936.17 |
|     **Insurance Expense** | 2,267.44 |
|     **Taxes & Licenses** | 270.00 |
|     **Utilities** | 297.09 |
|   **Total Expense** | 6,856.18 |
| **Net Ordinary Income** | 30,075.82 |
| **Other Income/Expense** | |
|   **Other Expense** | |
|     **Franchise Taxes paid** | 800.00 |
|   **Total Other Expense** | 800.00 |
| **Net Other Income** | -800.00 |
| **Net Income** | **29,275.82** |

# Seaton Investments, LLC
## Preliminary Statement of Cash Flows
**April 2024**

|  | Apr 24 |
|---|---:|
| **OPERATING ACTIVITIES** | |
| Net Income | 29,275.82 |
| **Net cash provided by Operating Activities** | 29,275.82 |
| **Net cash increase for period** | 29,275.82 |
| Cash at beginning of period | 1,033.11 |
| **Cash at end of period** | **30,308.93** |

# Seaton Investments, LLC
## Preliminary Statement of Cash Flows

**Seaton Investments, LLC**  **Case No. 2-24-bk-12079-VZ**  **Apr-24**

**PART 5 - Schedule of Payments to Professionals**

| Professional/Role | Date of Retention | Retainer Paid Prepetition | Retainer Paid At Petition Date | Fees Approved by Court During Mo. | Fees Approved by Court Cumulative | Expenses Approved by Court During Mo. | Expenses Approved by Court Cumulative | Retainer Applied During Mo. | Retainer Applied Cumulative | Fees Paid (over retainer) During Mo. | Fees Paid (over retainer) Cumulative | Expenses Paid (over retainer) During Mo. | Expenses Paid (over retainer) Cumulative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Weintraub Zolkin Talerico & Selth LLP (Insolvency Counsel) | Pending | $ 65,000.00 | $ 35,313.50 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

**Seaton Investments, LLC**  Apr-24
**Insurance Schedule**

| Insurance Carrier | Insurance Type | Policy Number | Expiration Date | Date Premium Paid |
|---|---|---|---|---|
| Associated Industries Insurance Co, Inc | 431 Colyton buildings | ATESP02696-01 | 6/10/24 | 6/5/23 |
| Lloyd's, London | Terrorism | UTS2574228.23 | 8/30/24 | 9/6/23 |
| SENECA | 440 Seaton Building | SSP1902060 | 6/5/24 | 9/6/23 |
| James River Insurance | General Liability | 00097801-3 | 11/30/24 | 4/9/24 |

# Seaton Investments, LLC
## Reconciliation Summary
### Farmers and Merchants Checking, Period Ending 04/30/2024

|  | Apr 30, 24 |
|---|---:|
| **Beginning Balance** | 833.11 |
| **Cleared Transactions** | |
| Checks and Payments - 9 items | -7,656.18 |
| Deposits and Credits - 2 items | 36,932.00 |
| **Total Cleared Transactions** | 29,275.82 |
| **Cleared Balance** | **30,108.93** |
| **Register Balance as of 04/30/2024** | 30,108.93 |

# F&M BANK

Date 4/30/24
Account No. 5619
Page 1 of 3

SEATON INVESTMENTS LLC
DIP CASE 2:24-BK-12079-VZ
OPERATING ACCOUNT
264 S OAKHURST DRIVE
BEVERLY HILLS CA  90212-0000



Strong liquidity.
White-glove service.
F&M Bank.
Some things will always be.

## Account Title

Seaton Investments LLC
DIP Case 2:24-bk-12079-VZ
Operating Account

## Bankruptcy Trustee Summary

| | | | |
|---|---|---|---|
| Account Number | 5619 | Number of Enclosures | 1 |
| Beginning Balance | 833.11 | Statement Dates | 4/01/24 thru 4/30/24 |
| 2   Deposits/Credits | 36,932.00 | Days in the statement period | 30 |
| 9   Checks/Debits | 7,656.18 | Average Ledger | 17,241.30 |
| Service Charge | 0.00 | | |
| Interest Paid | 0.00 | | |
| Ending Balance | 30,108.93 | | |

## Deposits and Other Credits

| Date | Description | Amount |
|---|---|---|
| 4/04 | Mobile Deposit - Checking | 10,500.00 |
| 4/19 | WGW SALES INC ACH ITEM 042000016273176 1260516436 PPD Seaton Investments | 26,432.00 |

Questions? Call us: (866) 437-0011


Member FDIC


fmb.com


NMLS# 537388

**F&M BANK**

Date 4/30/24
Account No. 5619
Page 2 of 3

| Bankruptcy Trustee | 5619 (continued) |
|---|---|

### Checks and Other Debits

| Date | Description | Amount |
|---|---|---|
| 4/03 | Account Analysis Charge | 27.54- |
| 4/04 | CHASE CREDIT CRD EPAY 021000026946660 5760039224WEB 7423947877 | 20.00- |
| 4/09 | FRANCHISE TAX BO 1282532045 106030755 PSEATON I PAYMENTS 04200001905CCD | 800.00- |
| 4/09 | PATHWARD NA D420747941 1073-2933299 SEATON INVESTMEN ACH PMNTS 07397218824CCD | 2,267.44- |
| 4/10 | HARLAND CLARKE CHK ORDER 091000010827641 3114000006 PPD SEATON INVESTMENTS LLC | 57.94- |
| 4/17 | SPECTRUM SPECTRUM 021000027832677 0000358635TEL | 158.91- |
| 4/29 | AMEX EPAYMENT 0005000008 W7538 ALAN GOMPERTS ACH PMT 09100001518CCD | 138.18- |
| 4/29 | QUARTERLY FEE 1501000502 0000 SEATON INVESTMEN PAYMENT 04103604288CCD | 250.00- |

### Checks In Number Order

| Date | Check# | Amount | Date | Check# | Amount | Date | Check# | Amount |
|---|---|---|---|---|---|---|---|---|
| 4/22 | 1002 | 3,936.17 | | | | | | |

* Denotes missing check numbers

### Checking Account Daily Balances

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 4/01 | 833.11 | 4/09 | 8,218.13 | 4/19 | 34,433.28 |
| 4/03 | 805.57 | 4/10 | 8,160.19 | 4/22 | 30,497.11 |
| 4/04 | 11,285.57 | 4/17 | 8,001.28 | 4/29 | 30,108.93 |

### End of Statement

Thank you for banking with Farmers & Merchants Bank.



F&M Bank does not charge for this service, however, your wireless carrier may charge you fees related to this service.







NMLS# 537388

**F&M BANK**

Date 4/30/24
Account No. 5619
Page 3 of 3

# 1002   $3,936.17   Posted Date   4/22/2024

Check #1002, SEATON INVESTMENTS LLC, CASE 2:24-BK-12079-VZ, dated April 15, 2024, Pay to the Order of Pawnee Leasing Corporation, $3,936.17, Three thousand, nine hundred & thirty six 17/100 Dollars, Farmers & Merchants Bank, San Juan Capistrano Office, 368970, For April 2024 lease payment

## Seaton Investments, LLC
## Reconciliation Summary
### Farmers and Merchants - Tax Acc, Period Ending 04/30/2024

|  | Apr 30, 24 |
|---|---:|
| **Beginning Balance** | 200.00 |
| **Cleared Balance** | 200.00 |
| **Register Balance as of 04/30/2024** | 200.00 |



Date 4/30/24
Account No. 5627
Page 1 of 2

SEATON INVESTMENTS LLC
DIP CASE 2:24-BK-12079-VZ
TAX ACCOUNT
264 S OAKHURST DRIVE
BEVERLY HILLS CA  90212-0000



Strong liquidity.
White-glove service.
F&M Bank.
Some things will always be.

## Account Title

Seaton Investments LLC
DIP Case 2:24-bk-12079-VZ
Tax Account

## Bankruptcy Trustee Summary

| | | | |
|---|---:|---|---:|
| Account Number | 5627 | Number of Enclosures | 0 |
| Beginning Balance | 200.00 | Statement Dates | 4/01/24 thru 4/30/24 |
| Deposits/Credits | 0.00 | Days in the statement period | 30 |
| Checks/Debits | 0.00 | Average Ledger | 200.00 |
| Service Charge | 0.00 | | |
| Interest Paid | 0.00 | | |
| Ending Balance | 200.00 | | |

## Checking Account Daily Balances

| Date | Balance | Date | Balance | Date | Balance |
|---|---:|---|---:|---|---:|
| 4/01 | 200.00 | | | | |

## End of Statement

Thank you for banking with Farmers & Merchants Bank.

Questions? Call us: (866) 437-0011





NMLS# 537388



| | |
|---|---|
| Date | 4/30/24 |
| Account No. | 5627 |
| | Page 2 of 2 |

Bankruptcy Trustee                    16115627 (continued)







# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
     11766 Wilshire Blvd, Suite 730, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled (*specify*): **MONTHLY OPERATING REPORT – APRIL 30, 2024** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) May 21, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See attached NEF Service List

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*)_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 21, 2024 | Martha E. Araki | /s/ Martha E. Araki |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                   **F 9013-3.1.PROOF.SERVICE**

Seaton Investments, LLC – Jointly Administered

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Attorneys for Corporate Debtors Seaton Investment, LLC, Colyton Investments, LLC, Broadway Avenue Investments, LLC, Negev Investments, LLC, SLA Investments, LCC.: **Derrick Talerico**: dtalerico@wztslaw.com; maraki@wztslaw.com; sfritz@wztslaw.com
- Attorneys for Individual Debtors Alan Gomperts, Daniel Halevy, Susan Haley: **Zev Shechtman, Carol Chow, Turner Falk**: zev.shechtman@salu.com; zshechtman@ecf.inforuptcy.com; carol.chow@saul.com; easter.santamaria@saul.com; turner.falk@saul.com
- Attorneys for Creditor Korth Direct Mortgage, Inc.: **Tanya Behnam**: tbehnam@polsinelli.com, tanyabehnam@gmail.com; ccripe@polsinelli.com; ladocketing@polsinelli.com
- Attorneys for Creditor Archway Real Estate Income Fund I SPE I, LLC: **Michael G. Fletcher, Bruce D. Poltrock, Gerrick Warrington**: mfletcher@frandzel.com; gwarrington@frandzel.com; bpoltrock@frandzel.com; sking@frandzel.com; achase@frandzel.com
- Courtesy NEF/Interested Party: **Todd S Garan**: ch11ecf@aldridgepite.com; TSG@ecf.inforuptcy.com; tgaran@aldridgepite.com
- Attorneys for Creditor Harvest Small Business Finance, LLC: **Jacqueline L James**: jjames@hrhlaw.com
- Courtesy NEF/Interested Party Avi Muhtar: **Avi Edward Muhtar**: amuhtar@eaccidents.com
- Courtesy NEF/Interested Party: **Jennifer C Wong**: bknotice@mccartyholthus.com; jwong@ecf.courtdrive.com
- US Trustee's Office: ustpregion16.la.ecf@usdoj.gov; **Kelly L. Morrison**: Kelly.l.morrison@usdoj.gov
- 

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                              **F 9013-3.1.PROOF.SERVICE**