### Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---:|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○ No ⦿ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○ No ○ N/A ⦿ |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Alan Gomperts
Signature of Responsible Party
Authorized Representative
Title

Alan Gomperts
Printed Name of Responsible Party
05/21/2024
Date

# Colyton Investments, LLC
## Preliminary Balance Sheet
### As of April 30, 2024

|  | Apr 30, 24 |
|---|---:|
| **ASSETS** | |
|   **Current Assets** | |
|     **Checking/Savings** | |
|       Checking - Farmers | 215,590.25 |
|       Tax Account - Farmers | 200.00 |
|     **Total Checking/Savings** | 215,790.25 |
|     **Other Current Assets** | |
|       Loan Receivable- David Halevy | 951,896.47 |
|     **Total Other Current Assets** | 951,896.47 |
|   **Total Current Assets** | 1,167,686.72 |
|   **Fixed Assets** | |
|     **Accumulated Depreciation** | |
|       Accumulated Deprec Colyton | -412,916.00 |
|       Accumulated Depreciation - Other | -54,222.50 |
|     **Total Accumulated Depreciation** | -467,138.50 |
|     Building, Colyton | 1,065,384.23 |
|     Land, Colyton | 1,501,624.50 |
|     Leasehold Improvements | 515,372.67 |
|   **Total Fixed Assets** | 2,615,242.90 |
|   **Other Assets** | |
|     **Loan fee** | |
|       Accumulated Amortization | -276,775.50 |
|       Loan fee - Other | 301,929.19 |
|     **Total Loan fee** | 25,153.69 |
|     Loan Receivable | 347,995.81 |
|     Receivable - Seaton | -5,463,155.24 |
|   **Total Other Assets** | -5,090,005.74 |
| **TOTAL ASSETS** | **-1,307,076.12** |
| **LIABILITIES & EQUITY** | |
|   **Liabilities** | |
|     **Current Liabilities** | |
|       **Other Current Liabilities** | |
|         Tenant Security Deposits Held | 61,850.00 |
|       **Total Other Current Liabilities** | 61,850.00 |
|     **Total Current Liabilities** | 61,850.00 |
|   **Total Liabilities** | 61,850.00 |
|   **Equity** | |
|     Members Draw | -1,736,956.11 |
|     Members Equity | 149,742.64 |
|     Net Income | 218,287.35 |
|   **Total Equity** | -1,368,926.12 |
| **TOTAL LIABILITIES & EQUITY** | **-1,307,076.12** |

**Colyton Investments, LLC**
**Preliminary Profit & Loss**
**April 2024**

|  | Apr 24 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Rental Income | 202,926.30 |
| **Total Income** | 202,926.30 |
| **Expense** | |
| Bank Charges | 57.94 |
| Insurance Expense | 792.27 |
| Office Supplies | 7.99 |
| Taxes - State | 800.00 |
| Taxes and Licenses | 270.00 |
| Utilities | 999.42 |
| **Total Expense** | 2,927.62 |
| **Net Ordinary Income** | 199,998.68 |
| **Net Income** | **199,998.68** |

**Colyton Investments, LLC**
**Preliminary Statement of Cash Flows**
**April 2024**

|  | Apr 24 |
|---|---:|
| **OPERATING ACTIVITIES** | |
| Net Income | 199,998.68 |
| **Net cash provided by Operating Activities** | 199,998.68 |
| **Net cash increase for period** | 199,998.68 |
| **Cash at beginning of period** | 15,791.57 |
| **Cash at end of period** | **215,790.25** |

**Colyton Investments, LLC**
**Preliminary Statement of Cash Flows**

**Colyton Investments, LLC**  **Case No. 2-24-bk-12080-VZ**  **Apr-24**

**PART 5 - Schedule of Payments to Professionals**

| Professional/Role | Date of Retention | Retainer Paid | | Fees Approved by Court | | Expenses Approved by Court | | Retainer Applied | | Fees Paid (over retainer) | | Expenses Paid (over retainer) | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Prepetition | At Petition Date | During Mo. | Cumulative | During Mo. | Cumulative | During Mo. | Cumulative | During Mo. | Cumulative | During Mo. | Cumulative |
| Weintraub Zolkin Talerico & Selth LLP (Insolvency Counsel) | Pending | $ 65,000.00 | $ 35,313.50 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

**Colyton Investments, LLC** Apr-24
**Insurance Schedule**

| Name of Insurance Carrier | Type of Insurance | Policy Number | Policy Expiration | Last Payment |
|---|---|---|---|---|
| The Hartford | Property Insurance | 72SBAAX5PMP | 11/14/24 | 12/29/23 |

## Colyton Investments, LLC
## Reconciliation Summary
### Checking - Farmers, Period Ending 04/30/2024

|  | Apr 30, 24 |
|---|---:|
| **Beginning Balance** | 15,591.57 |
| **Cleared Transactions** |  |
| Checks and Payments - 7 items | -2,927.62 |
| Deposits and Credits - 2 items | 202,926.30 |
| **Total Cleared Transactions** | 199,998.68 |
| **Cleared Balance** | **215,590.25** |
| **Register Balance as of 04/30/2024** | 215,590.25 |

|  |  |
|---|---|
| Date | 4/30/24 |
| Account No. | 5589 |
| | Page 1 of 2 |

COLYTON INVESTMENTS LLC
DIP CASE 2:24-BK-12080-VZ
OPERATING ACCOUNT
264 S OAKHURST DRIVE
BEVERLY HILLS CA  90212-0000



Strong liquidity.
White-glove service.
F&M Bank.
Some things will always be.

### Account Title

Colyton Investments LLC
DIP Case 2:24-bk-12080-VZ
Operating Account

### Bankruptcy Trustee Summary

| | | | |
|---|---:|---|---:|
| Account Number | 5589 | Number of Enclosures | 0 |
| Beginning Balance | 15,591.57 | Statement Dates | 4/01/24 thru 4/30/24 |
| 2   Deposits/Credits | 202,926.30 | Days in the statement period | 30 |
| 7   Checks/Debits | 2,927.62 | Average Ledger | 192,392.04 |
| Service Charge | 0.00 | | |
| Interest Paid | 0.00 | | |
| Ending Balance | 215,590.25 | | |

### Deposits and Other Credits

| Date | Description | Amount |
|---|---|---:|
| 4/04 | Mobile Deposit - Checking | 78,676.30 |
| 4/05 | DISGUISE SYSTEMS 1800120837 1 COLYTON INVESTME PAYMENT 02200002511CCD | 124,250.00 |

Questions? Call us: (866) 437-0011





NMLS# 537388

**F&M BANK**

Date 4/30/24
Account No. 5589
Page 2 of 2

Bankruptcy Trustee                                        5589 (continued)

## Checks and Other Debits

| Date | Description | Amount |
|---|---|---|
| 4/04 | CHASE CREDIT CRD EPAY 021000026946661 5760039224WEB 7423946925 | 20.00- |
| 4/09 | FRANCHISE TAX BO 1282532045 106030792 PCOLYTON PAYMENTS 04200001905CCD | 800.00- |
| 4/10 | HARLAND CLARKE CHK ORDER 091000010827640 3114000006 PPD COLYTON INVESTMENTS LL | 57.94- |
| 4/12 | NASASERVICESINC PURCHASE 091000010953832 3383693141 PPD ROSE | 999.42- |
| 4/16 | THE HARTFORD 9942902727 16853675 COLYTON INVESTME INS PMT CL 05100001930CCD | 792.27- |
| 4/29 | AMEX EPAYMENT 0005000008 W1042 ALAN GOMPERTS ACH PMT 09100001519CCD | 7.99- |
| 4/29 | QUARTERLY FEE 1501000502 0000 COLYTON INVESTME PAYMENT 04103604288CCD | 250.00- |

## Checking Account Daily Balances

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 4/01 | 15,591.57 | 4/09 | 217,697.87 | 4/16 | 215,848.24 |
| 4/04 | 94,247.87 | 4/10 | 217,639.93 | 4/29 | 215,590.25 |
| 4/05 | 218,497.87 | 4/12 | 216,640.51 | | |

## End of Statement

Thank you for banking with Farmers & Merchants Bank.

 

F&M Bank does not charge for this service, however, your wireless carrier may charge you fees related to this service.

Questions? Call us: (866) 437-0011

  

NMLS# 537388

## Colyton Investments, LLC
## Reconciliation Summary
### Tax Account - Farmers, Period Ending 04/30/2024

|  | Apr 30, 24 |
|---|---|
| **Beginning Balance** | 200.00 |
| **Cleared Balance** | 200.00 |
| **Register Balance as of 04/30/2024** | 200.00 |

Date 4/30/24
Account No. 5597
Page 1 of 2

COLYTON INVESTMENTS LLC
DIP CASE 2:24-BK-12080-VZ
TAX ACCOUNT
264 S OAKHURST DRIVE
BEVERLY HILLS CA  90212-0000



Strong liquidity.
White-glove service.
F&M Bank.
Some things will always be.

### Account Title

Colyton Investments LLC
DIP Case 2:24-bk-12080-VZ
Tax Account

### Bankruptcy Trustee Summary

| | | | |
|---|---:|---|---:|
| Account Number | 5597 | Number of Enclosures | 0 |
| Beginning Balance | 200.00 | Statement Dates | 4/01/24 thru 4/30/24 |
| Deposits/Credits | 0.00 | Days in the statement period | 30 |
| Checks/Debits | 0.00 | Average Ledger | 200.00 |
| Service Charge | 0.00 | | |
| Interest Paid | 0.00 | | |
| Ending Balance | 200.00 | | |

### Checking Account Daily Balances

| Date | Balance | Date | Balance | Date | Balance |
|---|---:|---|---:|---|---:|
| 4/01 | 200.00 | | | | |

### End of Statement

Thank you for banking with Farmers & Merchants Bank.

Questions? Call us: (866) 437-0011





NMLS# 537388

| | Date | 4/30/24 |
|---|---|---|
| | Account No. | 5597 |
| | | Page 2 of 2 |

Bankruptcy Trustee    5597 (continued)








## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
11766 Wilshire Blvd, Suite 730, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled (*specify*): **MONTHLY OPERATING REPORT – APRIL 30, 2024** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) May 21, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See attached NEF Service List

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*)_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 21, 2024 | Martha E. Araki | /s/ Martha E. Araki |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

Seaton Investments, LLC – Jointly Administered

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Attorneys for Corporate Debtors Seaton Investment, LLC, Colyton Investments, LLC, Broadway Avenue Investments, LLC, Negev Investments, LLC, SLA Investments, LCC.: **Derrick Talerico**: dtalerico@wztslaw.com; maraki@wztslaw.com; sfritz@wztslaw.com
- Attorneys for Individual Debtors Alan Gomperts, Daniel Halevy, Susan Haley: **Zev Shechtman, Carol Chow, Turner Falk**: zev.shechtman@salu.com; zshechtman@ecf.inforuptcy.com; carol.chow@saul.com; easter.santamaria@saul.com; turner.falk@saul.com
- Attorneys for Creditor Korth Direct Mortgage, Inc.: **Tanya Behnam**: tbehnam@polsinelli.com, tanyabehnam@gmail.com; ccripe@polsinelli.com; ladocketing@polsinelli.com
- Attorneys for Creditor Archway Real Estate Income Fund I SPE I, LLC: **Michael G. Fletcher, Bruce D. Poltrock, Gerrick Warrington**: mfletcher@frandzel.com; gwarrington@frandzel.com; bpoltrock@frandzel.com; sking@frandzel.com; achase@frandzel.com
- Courtesy NEF/Interested Party: **Todd S Garan**: ch11ecf@aldridgepite.com; TSG@ecf.inforuptcy.com; tgaran@aldridgepite.com
- Attorneys for Creditor Harvest Small Business Finance, LLC: **Jacqueline L James**: jjames@hrhlaw.com
- Courtesy NEF/Interested Party Avi Muhtar: **Avi Edward Muhtar**: amuhtar@eaccidents.com
- Courtesy NEF/Interested Party: **Jennifer C Wong**: bknotice@mccartyholthus.com; jwong@ecf.courtdrive.com
- US Trustee's Office: ustpregion16.la.ecf@usdoj.gov; **Kelly L. Morrison**: Kelly.l.morrison@usdoj.gov
- 

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**