Derrick Talerico (State Bar No. 223763)
dtalerico@wztslaw.com
David B. Zolkin (State Bar No. 155410
dzolkin@wztslaw.com
WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 Wilshire Boulevard, Suite 730
Los Angeles, CA 90025
Telephone: (424) 500-8552

[Proposed] General Bankruptcy Counsel to
Corporate Chapter 11 Debtors and
Debtors in Possession

**FILED & ENTERED**

**MAY 28 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** carranza **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>SEATON INVESTMENTS, LLC, *et al.*,<br><br>        Debtors and Debtors In Possession.<br><br>☐ Affects All Debtors.<br>☒ Affects Seaton Investments, LLC<br>☒ Affects Colyton Investments, LLC<br>☒ Affects Broadway Avenue Investments, LLC<br>☒ Affects SLA Investments, LLC<br>☒ Affects Negev Investments, LLC<br>☐ Affects Alan Gomperts<br>☐ Affects Daniel Halevy<br>☐ Affects Susan Halevy | Lead Case No. 2:24-bk-12079-VZ<br><br>Jointly Administered with Case Nos.:<br>2:24-bk-12080-VZ; 2:24-bk-12081-VZ;<br>2:24-bk-12082-VZ; 2:24-bk-12091-VZ;<br>2:24-bk-12074-VZ; 2:24-bk-12075-VZ and<br>2:24-bk-12076-VZ<br><br>Chapter 11<br><br>**ORDER GRANTING APPLICATION OF CORPORATE CHAPTER 11 DEBTORS AND DEBTORS IN POSSESSION TO EMPLOY WEINTRAUB ZOLKIN TALERICO & SELTH LLP, AS GENERAL BANKRUPTCY COUNSEL**<br><br>[No Hearing Requested Pursuant to Local Bankruptcy Rules 2014-1(b) and 9013-1(o)] |

-1-
ORDER GRANTING EMPLOYMENT OF WEINTRAUB ZOLKIN TALERICO & SELTH LLP

On April 20, 2024, Seaton Investments, LLC, ("Seaton"), Colyton Investments, LLC ("Colyton"), Broadway Avenue Investments, LLC ("Broadway"), SLA Investments, LLC ("SLA"), and Negev Investments, LLC ("Negev;" and, collectively with Seaton, Colyton, Broadway, and SLA, the "Corporate Debtors"), the above-captioned corporate chapter 11 debtors and debtors-in-possession, filed and served their *Application of Corporate Chapter 11 Debtors and Debtors in Possession to Employ Weintraub Zolkin Talerico & Selth LLP as General Bankruptcy Counsel* ("Application") [Doc No. 35] and the *Notice of Application of Corporate Chapter 11 Debtors and Debtors in Possession to Employ Weintraub Zolkin Talerico & Selth LLP as General Bankruptcy Counsel* ("Notice") [Doc. No. 36]. No opposition or request for hearing on the Notice or the Application was filed with the Court or served upon the Corporate Debtors.

Having reviewed the Notice and the Application and the papers filed in support thereof, service being proper, and good cause appearing therefrom,

**IT IS HEREBY ORDERED** that the Application is approved and the Corporate Debtors are authorized to employ Weintraub Zolkin Talerico & Selth LLP as their general bankruptcy counsel, including approval of compensation in conformity with the requirements of 11 U.S.C. §§ 327, 330, and 331, effective as of March 19, 2024.

###

Date: May 28, 2024

Vincent P. Zurzolo
United States Bankruptcy Judge

-2-
ORDER GRANTING EMPLOYMENT OF WEINTRAUB ZOLKIN TALERICO & SELTH LLP