**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor | **Alan Gomperts** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | **2:24-bk-12074-VZ** |

Official Form 426

# Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest

**12/17**

This is the *Periodic Report* as of **March 31, 2024** on the value, operations, and profitability of those entities in which a Debtor holds, or two or more Debtors collectively hold, a substantial or controlling interest (a "Controlled Non-Debtor Entity"), as required by Bankruptcy Rule 2015.3. For purposes of this form, "Debtor" shall include the estate of such Debtor.

Alan Gomperts holds a substantial or controlling interest in the following entities:

| Name of Controlled Non-Debtor Entity | Interest of the Debtor | Tab # |
|---|---|---|
| **Sienna Rose Inc. - 25%** | | |

This *Periodic Report* contains separate reports (*Entity Reports*) on the value, operations, and profitability of each Controlled Non-Debtor Entity.

Each *Entity Report* consists of five exhibits.

> *Exhibit A* contains the most recently available: balance sheet, statement of income (*loss*), statement of cash flows, and a statement of changes in shareholders' or partners' equity (*deficit*) for the period covered by the *Entity Report*, along with summarized footnotes.
>
> *Exhibit B* describes the Controlled Non-Debtor Entity's business operations.
>
> *Exhibit C* describes claims between the Controlled Non-Debtor Entity and any other Controlled Non-Debtor Entity.
>
> *Exhibit D* describes how federal, state or local taxes, and any tax attributes, refunds, or other benefits, have been allocated between or among the Controlled Non-Debtor Entity and any Debtor or any other Controlled Non-Debtor Entity and includes a copy of each tax sharing or tax allocation agreement to which the Controlled Non-Debtor Entity is a party with any other Controlled Non-Debtor Entity.
>
> *Exhibit E* describes any payment, by the Controlled Non-Debtor Entity, of any claims, administrative expenses or professional fees that have been or could be asserted against any Debtor, or the incurrence of any obligation to make such payments, together with the reason for the entity's payment thereof or incurrence of any obligation with respect thereto.

**This Periodic Report must be signed by a representative of the trustee or debtor in possession.**

Case number

Debtor Name: **Alan Gomperts**
**2:24-bk-12074-VZ**

The undersigned, having reviewed the Entity Reports for each Controlled Non-Debtor Entity, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that to the best of his or her knowledge, (i) this Periodic Report and the attached Entity Reports are complete, accurate, and truthful to the best of his or her knowledge, and (ii) the Debtor did not cause the creation of any entity with actual deliberate intent to evade the requirements of Bankruptcy Rule 2015.3

For non-individual Debtors:    X _____
Signature of Authorized Individual

_____
Printed name of Authorized Individual

Date _____
MM/ DD / YYYY

For individual Debtors:    X *[signed]*_____    X _____
Signature of Debtor 1                               Signature of Debtor 2

**Alan Gomperts**                                   X _____
Printed name of Debtor 1                           Printed name of Debtor 2

Date 05/29/2024                                    Date _____
MM/ DD / YYYY                                      MM/ DD / YYYY

Debtor Name: **Alan Gomperts**　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case number
**2:24-bk-12074-VZ**

**Exhibit A: Financial Statements for Sienna Rose Inc.**

**See Attached Exhibit A, prepared by Alan Gomperts upon review of the books and records.**

Debtor Name: **Alan Gomperts**  Case number
**2:24-bk-12074-VZ**

| | **Exhibit A-1: Balance Sheet for Sienna Rose Inc. as of 3/31/24** |

**See Attached Exhibit A, prepared by Alan Gomperts upon review of the books and records.**

Debtor Name: **Alan Gomperts**  
**2:24-bk-12074-VZ**

Case number

**Exhibit A-2: Statement of Income (*Loss*) for Sienna Rose Inc. as of 3/31/24**

**See Attached Exhibit A, prepared by Alan Gomperts upon review of the books and records.**

Debtor Name: **Alan Gomperts**  
**2:24-bk-12074-VZ**

Case number

**Exhibit A-3: Statement of Cash Flows for Sienna Rose Inc. as of 3/31/24**

**See Attached Exhibit A, prepared by Alan Gomperts upon review of the books and records.**

# **EXHIBIT A**

# **EXHIBIT A**

# **EXHIBIT A**

# Sienna Rose, Inc.
## Preliminary Balance Sheet
**As of December 31, 2023**

|  | Dec 31, 23 |
|---|---:|
| **ASSETS** | |
|   **Current Assets** | |
|     **Checking/Savings** | |
|       Checking | 193.92 |
|     **Total Checking/Savings** | 193.92 |
|     **Other Current Assets** | |
|       Inventory | 47,938.17 |
|     **Total Other Current Assets** | 47,938.17 |
|   **Total Current Assets** | 48,132.09 |
|   **Other Assets** | |
|     Due to Affiliates | -2,477.10 |
|   **Total Other Assets** | -2,477.10 |
| **TOTAL ASSETS** | **45,654.99** |
| **LIABILITIES & EQUITY** | |
|   **Equity** | |
|     Capital Stock | 10,000.00 |
|     Retained Earnings | -784,308.18 |
|     Net Income | 819,963.17 |
|   **Total Equity** | 45,654.99 |
| **TOTAL LIABILITIES & EQUITY** | **45,654.99** |

# Sienna Rose, Inc.
## Preliminary Profit & Loss
**January through December 2023**

|  | Jan - Dec 23 |
|---|---:|
| **Ordinary Income/Expense** | |
|   **Income** | |
|     **Sales** | |
|       Wholesale | 889.26 |
|     **Total Sales** | 889.26 |
|   **Total Income** | 889.26 |
|   **Cost of Goods Sold** | |
|     Cost of Goods Sold | 50,000.00 |
|   **Total COGS** | 50,000.00 |
| **Gross Profit** | -49,110.74 |
|   **Expense** | |
|     **Selling, General and Admin Expenses** | 24,356.79 |
| **Net Ordinary Income** | -73,467.53 |
| **Other Income/Expense** | |
|   **Other Income** | |
|     Other Income | 893,430.70 |
|   **Total Other Income** | 893,430.70 |
| **Net Other Income** | 893,430.70 |
| **Net Income** | **819,963.17** |

# Sienna Rose, Inc.
## Preliminary Statement of Cash Flows
### January through December 2023

|  | Jan - Dec 23 |
|---|---:|
| **OPERATING ACTIVITIES** |  |
| Net Income | 819,963.17 |
| Adjustments to reconcile Net Income to net cash provided by operations: |  |
| Inventory | 50,000.00 |
| **Net cash provided by Operating Activities** | 869,963.17 |
| **INVESTING ACTIVITIES** |  |
| **Net cash provided by Investing Activities** | 0.00 |
| **FINANCING ACTIVITIES** |  |
| Non Cash loan Adjustments | -870,953.70 |
| **Net cash provided by Financing Activities** | -870,953.70 |
| **Net cash decrease for period** | -990.53 |
| **Cash at beginning of period** | 1,184.45 |
| **Cash at end of period** | **193.92** |

# Sienna Rose, Inc.
## Preliminary Balance Sheet
**As of March 31, 2024**

|  | Mar 31, 24 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Checking | -453.65 |
| **Total Checking/Savings** | -453.65 |
| **Other Current Assets** | |
| Inventory | 47,938.17 |
| **Total Other Current Assets** | 47,938.17 |
| **Total Current Assets** | 47,484.52 |
| **Other Assets** | |
| Due to Affiliates | -2,036.10 |
| **Total Other Assets** | -2,036.10 |
| **TOTAL ASSETS** | **45,448.42** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Long Term Liabilities** | |
| Officer Loan Payable | 4,000.00 |
| **Total Long Term Liabilities** | 4,000.00 |
| **Total Liabilities** | 4,000.00 |
| **Equity** | |
| Capital Stock | 10,000.00 |
| Retained Earnings | 35,654.99 |
| Net Income | -4,206.57 |
| **Total Equity** | 41,448.42 |
| **TOTAL LIABILITIES & EQUITY** | **45,448.42** |

# Sienna Rose, Inc.
## Preliminary Profit & Loss
### January through March 2024

|  | Jan - Mar 24 |
|---|---:|
| **Ordinary Income/Expense** | |
|    **Expense** | |
|       **Selling, General and Admin Expenses** | 4,206.57 |
|   **Net Ordinary Income** | -4,206.57 |
| **Net Income** | **-4,206.57** |

# Sienna Rose, Inc.
## Preliminary Statement of Cash Flows
### January through March 2024

|  | Jan - Mar 24 |
|---|---:|
| **OPERATING ACTIVITIES** |  |
| Net Income | -4,206.57 |
| Adjustments to reconcile Net Income |  |
| to net cash provided by operations: |  |
| **Net cash provided by Operating Activities** | -4,206.57 |
| **INVESTING ACTIVITIES** |  |
| Due to affiliates | -441.00 |
| **Net cash provided by Investing Activities** | -441.00 |
| **FINANCING ACTIVITIES** |  |
| Officer Loan Payable | 4,000.00 |
| **Net cash provided by Financing Activities** | 4,000.00 |
| **Net cash increase for period** | -647.57 |
| **Cash at beginning of period** | 193.92 |
| **Cash at end of period** | **-453.65** |

Debtor Name: **Alan Gomperts**  Case number
**2:24-bk-12074-VZ**

**Exhibit A-4: Statement of Changes in Shareholders'/Partners' Equity (*Deficit*) for Sienna Rose Inc. as of 3/31/24**

Upon review of the books and records, no changes in equity.

Official Form 426    **Periodic Report About Controlled Non-Debtor Entities' Value, Operations, and Profitability**    page **7**

Debtor Name: **Alan Gomperts**　　　　　　　　　　　　　　　　　　　　　　　　　　Case number
**2:24-bk-12074-VZ**

**Exhibit B: Description of Operations for Sienna Rose Inc.**

Sienna Rose Inc.: Wholesale Women's Clothing company.

Debtor Name: **Alan Gomperts**  Case number
**2:24-bk-12074-VZ**

**Exhibit C: Description of Intercompany Claims**

Upon review of the books and records, none.

Debtor Name: **Alan Gomperts**  
**2:24-bk-12074-VZ**

Case number

| | **Exhibit D: Allocation of Tax Liabilities and Assets** |

Upon review of the books and records, no allocation of tax liabilities between companies.

| Debtor Name: **Alan Gomperts** | Case number |
|---|---|
| **2:24-bk-12074-VZ** | |

**Exhibit E: Description of Controlled Non-Debtor Entity's payments of Administrative Expenses, or Professional Fees otherwise payable by a Debtor**

Upon review of the books and records, none.