**FILED & ENTERED**

MAY 30 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY carranza DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA -- LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>SEATON INVESTMENTS, LLC,<br><br>    Debtor and Debtor-in-Possession<br><br>☒ Affects All Debtors<br><br>☐ Affects Case No.: 2:24-12074-VZ<br>    ALLAN GOMPERTS<br><br>☐ Affects Case No.: 2:24-12075-VZ<br>    DANIEL HALEVY<br><br>☐ Affects  Case No.: 2:24-12076-VZ<br>    SUSAN HALEVY<br><br>☐ Affects Case No.: 2:24-12080-VZ<br>    COLYTON INVESTMENTS, LLC<br><br>☐ Affects Case No.: 2:24-12081-VZ<br>    BROADWAY AVENUE INVESTMENTS, LLC<br><br>☐ Affects 2:24-12082-VZ<br>    SLA INVESTMENTS, LLC<br><br>☐ Affects 2:24-12091-VZ<br>    NAGEV INVESTMENTS, LLC | Case No.: 2:24-bk-12079-VZ<br><br>Jointly Administered With:<br>Case No.: 2:24-12074-VZ; Case No.: 2:24-12075-VZ;<br>Case No.: 2:24-12076-VZ; Case No.: 2:24-12080-VZ;<br>Case No.: 2:24-12081-VZ; Case No.: 2:24-12082-VZ;<br>Case No.: 2:24-12091-VZ<br><br>Chapter 11<br><br>**ORDER AFTER INITIAL STATUS CONFERENCE IN CHAPTER 11 CASE:**<br><br>**1) SETTING DEADLINE FOR FILING PROOFS OF CLAIM AND REQUIRING COMPLIANCE WITH LOCAL BANKRUPTCY RULE 3003-1;**<br><br>**2) SETTING DEADLINE TO HOLD A HEARING ON OBJECTION TO CLAIMS; AND**<br><br>**3) SETTING HEARING ON MOTION FOR ORDER APPROVING ADEQUACY OF DISCLOSURE STATEMENT**<br><br>Hearing on Motion to Approve Disclosure Stmt<br>**DATE:**    December 12, 2024<br>**TIME:**     11:00 a.m.<br>**PLACE:**   Courtroom 1368, 255 E. Temple Street<br>                    Los Angeles, CA 90012 |

On May 9, 2024, a chapter 11 status conference was held in a bankruptcy case voluntarily filed by SEATON INVESTMENTS, LLC ("Debtor" and "Lead Case"), as well as seven related cases which are all jointly administered with the Lead Case as indicated in the caption of this order. Appearances are noted on the record. Based on the status conference, **IT IS ORDERED**:

1) <u>**July 16, 2024,**</u> is the deadline for filing proofs of claim by non-government claimants. Debtor must comply with Local Bankruptcy Rule 3003-1 and F 3003-1.NOTICE.BAR.DATE is the mandatory LBR form that must be used;

2) <u>**September 20, 2024,**</u> is the deadline for a **hearing to be held** on objections to claims. *Please consult this court's calendar of available hearing dates that meet this deadline*; and

3) <u>**December 12, 2024** at 11:00 a.m</u>. is set for a hearing on a motion for approval of adequacy of disclosure statement, **with related documents to be filed using forms required and set forth in the order setting initial status conference (docket #7)** . The debtor is permitted to select an earlier hearing date for disclosure statement under the following conditions:

    **(a)** The earlier hearing is on a Thursday at 11:00 a.m. that is available for the court; and

    **(b)** The debtor is able to meet filing and service deadlines for an earlier hearing date.

###

Date: May 30, 2024

Vincent P. Zurzolo
United States Bankruptcy Judge