United States Bankruptcy Court
Central District of California

In re:  Case No. 24-12079-VZ
Seaton Investments, LLC  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2      User: admin      Page 1 of 2
Date Rcvd: May 28, 2024      Form ID: pdf042      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2024:**

**Recip ID      Recipient Name and Address**
db      + Seaton Investments, LLC, 264 S Oakhurst Dr, Beverly Hills, CA 90212-3504

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2024 at the address(es) listed below:**

**Name      Email Address**

Avi Edward Muhtar
     on behalf of Interested Party Avi Muhtar amuhtar@crownandstonelaw.com

Bruce D Poltrock
     on behalf of Creditor Archway Real Estate Income Fund I SPE I LLC bpoltrock@frandzel.com, achase@frandzel.com

Carol Chow
     on behalf of Debtor Alan Gomperts Carol.Chow@saul.com easter.santamaria@saul.com

Carol Chow
     on behalf of Debtor Susan Halevy Carol.Chow@saul.com easter.santamaria@saul.com

Carol Chow
     on behalf of Debtor Daniel Halevy Carol.Chow@saul.com easter.santamaria@saul.com

Derrick Talerico
     on behalf of Debtor Broadway Avenue Investments LLC dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com

| | |
|---|---|
| Derrick Talerico | on behalf of Debtor SLA Investments  LLC dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com |
| Derrick Talerico | on behalf of Debtor Colyton Investments  LLC dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com |
| Derrick Talerico | on behalf of Debtor Seaton Investments  LLC dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com |
| Derrick Talerico | on behalf of Debtor Negev Investments  LLC dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com |
| Gerrick Warrington | on behalf of Creditor Archway Real Estate Income Fund I SPE I  LLC gwarrington@frandzel.com, achase@frandzel.com |
| Jacqueline L James | on behalf of Creditor Harvest Small Business Finance  LLC jjames@hrhlaw.com |
| Jacqueline L James | on behalf of Interested Party Harvest Small Business Finance  LLC jjames@hrhlaw.com |
| Jennifer C Wong | on behalf of Interested Party Courtesy NEF bknotice@mccarthyholthus.com  jwong@ecf.courtdrive.com |
| Kelly L Morrison | on behalf of U.S. Trustee United States Trustee (LA) kelly.l.morrison@usdoj.gov |
| Michael G Fletcher | on behalf of Creditor Archway Real Estate Income Fund I SPE I  LLC mfletcher@frandzel.com, sking@frandzel.com |
| Michael G Fletcher | on behalf of Creditor Archway real estate income fund mfletcher@frandzel.com  sking@frandzel.com |
| Tanya Behnam | on behalf of Creditor Korth Direct Mortgage Inc. tbehnam@polsinelli.com tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com |
| Todd S. Garan | on behalf of Interested Party Courtesy NEF ch11ecf@aldridgepite.com  TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com |
| Turner Falk | on behalf of Debtor Susan Halevy turner.falk@saul.com  tnfalk@recap.email |
| Turner Falk | on behalf of Debtor Alan Gomperts turner.falk@saul.com  tnfalk@recap.email |
| Turner Falk | on behalf of Debtor Daniel Halevy turner.falk@saul.com  tnfalk@recap.email |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |
| Zev Shechtman | on behalf of Debtor Daniel Halevy Zev.Shechtman@saul.com  zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com |
| Zev Shechtman | on behalf of Debtor Alan Gomperts Zev.Shechtman@saul.com  zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com |
| Zev Shechtman | on behalf of Debtor Susan Halevy Zev.Shechtman@saul.com  zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com |

TOTAL: 26

Derrick Talerico (State Bar No. 223763)
dtalerico@wztslaw.com
David B. Zolkin (State Bar No. 155410)
dzolkin@wztslaw.com
WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 Wilshire Boulevard, Suite 730
Los Angeles, CA 90025
Telephone: (424) 500-8552

[Proposed] General Bankruptcy Counsel to
Corporate Chapter 11 Debtors and
Debtors in Possession

**FILED & ENTERED**

**MAY 28 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY carranza    DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>SEATON INVESTMENTS, LLC, *et al.*,<br><br>    Debtors and Debtors In Possession.<br>_____<br><br>☐ Affects All Debtors.<br>☒ Affects Seaton Investments, LLC<br>☒ Affects Colyton Investments, LLC<br>☒ Affects Broadway Avenue Investments, LLC<br>☒ Affects SLA Investments, LLC<br>☒ Affects Negev Investments, LLC<br>☐ Affects Alan Gomperts<br>☐ Affects Daniel Halevy<br>☐ Affects Susan Halevy | Lead Case No. 2:24-bk-12079-VZ<br><br>Jointly Administered with Case Nos.:<br>2:24-bk-12080-VZ; 2:24-bk-12081-VZ;<br>2:24-bk-12082-VZ; 2:24-bk-12091-VZ;<br>2:24-bk-12074-VZ; 2:24-bk-12075-VZ and<br>2:24-bk-12076-VZ<br><br>Chapter 11<br><br>**ORDER GRANTING APPLICATION OF CORPORATE CHAPTER 11 DEBTORS AND DEBTORS IN POSSESSION TO EMPLOY WEINTRAUB ZOLKIN TALERICO & SELTH LLP, AS GENERAL BANKRUPTCY COUNSEL**<br><br>[No Hearing Requested Pursuant to Local Bankruptcy Rules 2014-1(b) and 9013-1(o)] |

-1-
ORDER GRANTING EMPLOYMENT OF WEINTRAUB ZOLKIN TALERICO & SELTH LLP

On April 20, 2024, Seaton Investments, LLC, ("Seaton"), Colyton Investments, LLC ("Colyton"), Broadway Avenue Investments, LLC ("Broadway"), SLA Investments, LLC ("SLA"), and Negev Investments, LLC ("Negev;" and, collectively with Seaton, Colyton, Broadway, and SLA, the "Corporate Debtors"), the above-captioned corporate chapter 11 debtors and debtors-in-possession, filed and served their *Application of Corporate Chapter 11 Debtors and Debtors in Possession to Employ Weintraub Zolkin Talerico & Selth LLP as General Bankruptcy Counsel* ("Application") [Doc No. 35] and the *Notice of Application of Corporate Chapter 11 Debtors and Debtors in Possession to Employ Weintraub Zolkin Talerico & Selth LLP as General Bankruptcy Counsel* ("Notice") [Doc. No. 36].  No opposition or request for hearing on the Notice or the Application was filed with the Court or served upon the Corporate Debtors.

Having reviewed the Notice and the Application and the papers filed in support thereof, service being proper, and good cause appearing therefrom,

**IT IS HEREBY ORDERED** that the Application is approved and the Corporate Debtors are authorized to employ Weintraub Zolkin Talerico & Selth LLP as their general bankruptcy counsel, including approval of compensation in conformity with the requirements of 11 U.S.C. §§ 327, 330, and 331, effective as of March 19, 2024.

###

Date: May 28, 2024

Vincent P. Zurzolo
United States Bankruptcy Judge

-2-
ORDER GRANTING EMPLOYMENT OF WEINTRAUB ZOLKIN TALERICO & SELTH LLP