United States Bankruptcy Court

Central District of California

In re:                                                                                           Case No. 24-12079-VZ

Seaton Investments, LLC                                                    Chapter 11

ALAN GOMPERTS

  Debtors

# CERTIFICATE OF NOTICE

District/off: 0973-2                  User: admin                                     Page 1 of 2
Date Rcvd: May 30, 2024        Form ID: pdf042                          Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**
+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Seaton Investments, LLC, 264 S Oakhurst Dr, Beverly Hills, CA 90212-3504 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| db | | ALAN GOMPERTS |
| db | | Daniel Halevy |
| db | | Susan Halevy |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 01, 2024                        Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Avi Edward Muhtar | |
| | on behalf of Interested Party Avi Muhtar amuhtar@crownandstonelaw.com |
| Bruce D Poltrock | |
| | on behalf of Creditor Archway Real Estate Income Fund I SPE I LLC bpoltrock@frandzel.com, achase@frandzel.com |
| Carol Chow | |
| | on behalf of Debtor Alan Gomperts Carol.Chow@saul.com easter.santamaria@saul.com |
| Carol Chow | |

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 2 of 2 |
| Date Rcvd: May 30, 2024 | Form ID: pdf042 | Total Noticed: 1 |

Carol Chow
    on behalf of Debtor Susan Halevy Carol.Chow@saul.com easter.santamaria@saul.com

    on behalf of Debtor Daniel Halevy Carol.Chow@saul.com easter.santamaria@saul.com

Derrick Talerico
    on behalf of Debtor Negev Investments  LLC dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com

Derrick Talerico
    on behalf of Debtor Broadway Avenue Investments  LLC dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com

Derrick Talerico
    on behalf of Debtor SLA Investments  LLC dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com

Derrick Talerico
    on behalf of Debtor Colyton Investments  LLC dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com

Derrick Talerico
    on behalf of Debtor Seaton Investments  LLC dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com

Gerrick Warrington
    on behalf of Creditor Archway Real Estate Income Fund I SPE I  LLC gwarrington@frandzel.com, achase@frandzel.com

Jacqueline L James
    on behalf of Creditor Harvest Small Business Finance  LLC jjames@hrhlaw.com

Jacqueline L James
    on behalf of Interested Party Harvest Small Business Finance  LLC jjames@hrhlaw.com

Jennifer C Wong
    on behalf of Interested Party Courtesy NEF bknotice@mccarthyholthus.com  jwong@ecf.courtdrive.com

Kelly L Morrison
    on behalf of U.S. Trustee United States Trustee (LA) kelly.l.morrison@usdoj.gov

Michael G Fletcher
    on behalf of Creditor Archway Real Estate Income Fund I SPE I  LLC mfletcher@frandzel.com, sking@frandzel.com

Michael G Fletcher
    on behalf of Creditor Archway real estate income fund mfletcher@frandzel.com  sking@frandzel.com

Tanya Behnam
    on behalf of Creditor Korth Direct Mortgage Inc. tbehnam@polsinelli.com
    tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com

Todd S. Garan
    on behalf of Interested Party Courtesy NEF ch11ecf@aldridgepite.com  TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

Turner Falk
    on behalf of Debtor ALAN GOMPERTS turner.falk@saul.com  tnfalk@recap.email

Turner Falk
    on behalf of Debtor Susan Halevy turner.falk@saul.com  tnfalk@recap.email

Turner Falk
    on behalf of Debtor Alan Gomperts turner.falk@saul.com  tnfalk@recap.email

Turner Falk
    on behalf of Debtor Daniel Halevy turner.falk@saul.com  tnfalk@recap.email

United States Trustee (LA)
    ustpregion16.la.ecf@usdoj.gov

Zev Shechtman
    on behalf of Debtor Daniel Halevy Zev.Shechtman@saul.com  zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com

Zev Shechtman
    on behalf of Debtor Alan Gomperts Zev.Shechtman@saul.com  zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com

Zev Shechtman
    on behalf of Debtor Susan Halevy Zev.Shechtman@saul.com  zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com

TOTAL: 27

**FILED & ENTERED**

MAY 30 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY carranza DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA -- LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>SEATON INVESTMENTS, LLC,<br><br>    Debtor and Debtor-in-Possession<br><br>☒ Affects All Debtors<br><br>☐ Affects Case No.: 2:24-12074-VZ<br>    ALLAN GOMPERTS<br><br>☐ Affects Case No.: 2:24-12075-VZ<br>    DANIEL HALEVY<br><br>☐ Affects Case No.: 2:24-12076-VZ<br>    SUSAN HALEVY<br><br>☐ Affects Case No.: 2:24-12080-VZ<br>    COLYTON INVESTMENTS, LLC<br><br>☐ Affects Case No.: 2:24-12081-VZ<br>    BROADWAY AVENUE INVESTMENTS, LLC<br><br>☐ Affects 2:24-12082-VZ<br>    SLA INVESTMENTS, LLC<br><br>☐ Affects 2:24-12091-VZ<br>    NAGEV INVESTMENTS, LLC | Case No.: 2:24-bk-12079-VZ<br><br>Jointly Administered With:<br>Case No.: 2:24-12074-VZ; Case No.: 2:24-12075-VZ;<br>Case No.: 2:24-12076-VZ; Case No.: 2:24-12080-VZ;<br>Case No.: 2:24-12081-VZ; Case No.: 2:24-12082-VZ;<br>Case No.: 2:24-12091-VZ<br><br>Chapter 11<br><br>**ORDER AFTER INITIAL STATUS CONFERENCE IN CHAPTER 11 CASE:**<br><br>**1) SETTING DEADLINE FOR FILING PROOFS OF CLAIM AND REQUIRING COMPLIANCE WITH LOCAL BANKRUPTCY RULE 3003-1;**<br><br>**2) SETTING DEADLINE TO HOLD A HEARING ON OBJECTION TO CLAIMS; AND**<br><br>**3) SETTING HEARING ON MOTION FOR ORDER APPROVING ADEQUACY OF DISCLOSURE STATEMENT**<br><br><u>Hearing on Motion to Approve Disclosure Stmt</u><br>**DATE:**    December 12, 2024<br>**TIME:**    11:00 a.m.<br>**PLACE:**  Courtroom 1368, 255 E. Temple Street<br>           Los Angeles, CA 90012 |

On May 9, 2024, a chapter 11 status conference was held in a bankruptcy case voluntarily filed by SEATON INVESTMENTS, LLC ("Debtor" and "Lead Case"), as well as seven related cases which are all jointly administered with the Lead Case as indicated in the caption of this order. Appearances are noted on the record. Based on the status conference, **IT IS ORDERED**:

1) <u>July 16, 2024,</u> is the deadline for filing proofs of claim by non-government claimants. Debtor must comply with Local Bankruptcy Rule 3003-1 and F 3003-1.NOTICE.BAR.DATE is the mandatory LBR form that must be used;

2) <u>September 20, 2024,</u> is the deadline for a **hearing to be held** on objections to claims. *Please consult this court's calendar of available hearing dates that meet this deadline*; and

3) <u>December 12, 2024</u> **at 11:00 a.m**. is set for a hearing on a motion for approval of adequacy of disclosure statement, **with related documents to be filed using forms required and set forth in the order setting initial status conference (docket #7)** . The debtor is permitted to select an earlier hearing date for disclosure statement under the following conditions:

(a) The earlier hearing is on a Thursday at 11:00 a.m. that is available for the court; and

(b) The debtor is able to meet filing and service deadlines for an earlier hearing date.

###

Date: May 30, 2024

Vincent P. Zurzolo
United States Bankruptcy Judge

-2-