| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ZEV SHECHTMAN (BAR NO. 266280)<br>Zev.Shechtman@saul.com<br>CAROL CHOW (BAR NO. 169299)<br>carol.chow@saul.com<br>TURNER N. FALK (Admitted pro hac vice)<br>turner.falk@saul.com<br>SAUL EWING LLP<br>1888 Century Park East, Suite 1500<br>Los Angeles, California 90067<br>Telephone:  (310) 255-6100<br>Facsimile:  (310) 255-6200<br><br>*Attorneys for Alan Gomperts*<br>*Debtor and Debtor in Possession*<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* Alan Gomperts, Daniel Halevy, Susan Halevy | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>Seaton Investments LLC, et al.<br><br><br><br><br><br>Debtor(s) | LEAD CASE NO.: 2:24-12079-VZ<br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):<br>Motion to Maintain Bank Accounts |
|---|---|

PLEASE TAKE NOTE that the order titled Order Granting Motion for the Entry of Order Authorizing Debtor to Maintain Prepetition Bank Account and Waiving 14-Day Stay

was lodged on (*date*) June 7, 2024 and is attached. This order relates to the motion which is docket number 56.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.BK.NOTICE.LODGMENT**

ZEV SHECHTMAN (BAR NO. 266280)
Zev.Shechtman@saul.com
CAROL CHOW (BAR NO. 169299)
carol.chow@saul.com
TURNER N. FALK (Admitted pro hac vice)
turner.falk@saul.com
SAUL EWING LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: (310) 255-6100
Facsimile: (310) 255-6200

Attorneys for Alan Gomperts
Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>SEATON INVESTMENTS, LLC, *et al.*,<br><br>    Debtors and Debtors In Possession.<br><br>☐ Affects All Debtors.<br>☐ Affects Seaton Investments, LLC<br>☐ Affects Colyton Investments, LLC<br>☐ Affects Broadway Avenue Investments, LLC<br>☐ Affects SLA Investments, LLC<br>☐ Affects Negev Investments, LLC<br>☒ Affects Alan Gomperts<br>☐ Affects Daniel Halevy<br>☐ Affects Susan Halevy | Lead Case No. 2:24-bk-12079-VZ<br><br>Jointly Administered with Case Nos.:<br>2:24-bk-12080-VZ; 2:24-bk-12081-VZ;<br>2:24-bk-12082-VZ; 2:24-bk-12091-VZ;<br>2:24-bk-12074-VZ; 2:24-bk-12075-VZ and<br>2:24-bk-12076-VZ<br><br>Chapter 11<br><br>**ORDER GRANTING MOTION FOR ENTRY OF ORDER AUTHORIZING DEBTOR TO MAINTAIN PREPETITION BANK ACCOUNT AND WAIVING 14-DAY STAY**<br><br>[NO HEARING REQUIRED] |

On May 7, 2024, at debtor Alan Gomperts (the "Debtor") filed the *Motion for Order Authorizing Debtor to Maintain Prepetition Bank Accounts* (the "Motion") (docket no. 56).

The Court having considered the Motion and all exhibits in support thereof, and no objection

51994309.4

to the Motion having been made, and the time for objecting having passed, having determined that notice of the Motion and the hearing was adequate and proper, and for good cause appearing, and pursuant to the Court's tentative ruling granting the Motion, it is

ORDERED THAT:

1. The Motion is granted.

2. The Debtor is authorized to continue to use his California Credit Union account ending in ending in 7993 and his Farmers & Merchants Bank account ending in 0830, subject to the limitations in this Order.

3. The Debtor may not pay any expenses from these accounts during the pendency of this case. If necessary to pay expenses, the Debtor must transfer funds from these accounts to his DIP Account (as that account is defined in the Motion) and pay expenses from the DIP Account.

####