|  |  |
|---|---|
| Derrick Talerico (State Bar No. 223763) <br> dtalerico@wztslaw.com <br> David B. Zolkin (State Bar No. 155410 <br> dzolkin@wztslaw.com <br> WEINTRAUB ZOLKIN <br> TALERICO & SELTH LLP <br> 11766 Wilshire Boulevard, Suite 730 <br> Los Angeles, CA 90025 <br> Telephone: (424) 500-8552 <br><br> Counsel to Debtors Seaton Investments, LLC, Colyton Investments, LLC, Broadway Avenue Investments, LLC, SLA Investments, LLC, and Negev Investments, LLC | Zev Shechtman (State Bar No. 266280) <br> Zev.Shechtman@saul.com <br> Carol Chow (State Bar No. 169299) <br> carol.chow@saul.com <br> Turner N. Falk (Admitted pro hac vice) <br> turner.falk@saul.com <br> SAUL EWING LLP <br> 1888 Century Park East, Suite 1500 <br> Los Angeles, California 90067 <br> Telephone: (310) 255-6100 <br><br> Counsel to Debtors <br> Alan Gomperts, Daniel Halevy, and Susan Halevy |

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re: <br><br> SEATON INVESTMENTS, LLC, *et al.*, <br><br> Debtors and Debtors in Possession. <br><br> ☐ Affects All Debtors. <br> ☒ Affects Seaton Investments, LLC <br> ☒ Affects Colyton Investments, LLC <br> ☐ Affects Broadway Avenue Investments, LLC <br> ☒ Affects SLA Investments, LLC <br> ☒ Affects Negev Investments, LLC <br> ☒ Affects Alan Gomperts <br> ☐ Affects Daniel Halevy <br> ☒ Affects Susan Halevy | Lead Case No. 2:24-bk-12079-VZ <br><br> Jointly Administered with Case Nos.: <br> 2:24-bk-12080-VZ; 2:24-bk-12081-VZ; <br> 2:24-bk-12082-VZ; 2:24-bk-12091-VZ; <br> 2:24-bk-12074-VZ; 2:24-bk-12075-VZ and <br> 2:24-bk-12076-VZ <br><br> Chapter 11 <br><br> **[PROPOSED] ORDER AUTHORIZING USE OF CASH COLLATERAL PURSUANT TO 11 U.S.C. § 363(C)(2)** <br><br> Hearing: <br><br> [TO BE SET BY COURT PURSUANT TO APPLICATION FOR SHORTENED NOTICE] |

On June _____, 2024, at ____:___ ___.m., the Court heard the *Motion By Affected Debtors For Entry Of An Order Authorizing Use Of Cash Collateral Pursuant To 11 U.S.C. § 363(c)(2)* ("Motion") [Dkt. No. ___] filed by Seaton Investments, LLC, ("Seaton"), Colyton Investments, LLC ("Colyton"), Broadway Avenue Investments, LLC ("Broadway"), SLA Investments, LLC ("SLA"), Negev Investments, LLC ("Negev," together with Seaton, Colyton, Broadway, and SLA, the "Corporate Debtors"), Susan Halevy ("Susan" or "Susan Halevy"), Daniel Halevy ("Daniel" or "Daniel Halevy"), and Alan Gomperts ("Alan" or "Alan Gomperts," together with Susan and Daniel, the "Individual Debtors," and the Individual Debtors, collectively with the Corporate Debtors, the "Debtors"), the debtors and debtors-in-possession in the pending jointly administered chapter 11 bankruptcy cases herein (the "Bankruptcy Cases"). Oppositions to the Motion were made as reflected on the record. Appearances, in person, via ZoomGov videoconference and/or via telephone, were made as reflected in the record.

After considering the Motion, the papers filed in support of the Motion, the record in this bankruptcy case, the papers filed in opposition to the Motion and the arguments made at the hearing, the Court finds that notice of the Motion was proper and the relief requested in the Motion is necessary to avoid immediate and irreparable harm to the Affected Debtors and their estates.

For the reasons stated, and based on the findings made, on the record at the hearing, the Motion is granted as follows:

1. The Motion is granted as set forth on the record at the hearing.

###