United States Bankruptcy Court
Central District of California

In re: Case No. 24-12079-VZ
Seaton Investments, LLC Chapter 11
ALAN GOMPERTS
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0973-2     User: admin     Page 1 of 2
Date Rcvd: Jun 07, 2024     Form ID: pdf042     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Seaton Investments, LLC, 264 S Oakhurst Dr, Beverly Hills, CA 90212-3504 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| db | | ALAN GOMPERTS |
| db | | Daniel Halevy |
| db | | Susan Halevy |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 09, 2024     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Avi Edward Muhtar | on behalf of Interested Party Avi Muhtar amuhtar@crownandstonelaw.com |
| Bruce D Poltrock | on behalf of Creditor Archway Real Estate Income Fund I SPE I LLC bpoltrock@frandzel.com, achase@frandzel.com |
| Carol Chow | on behalf of Debtor Alan Gomperts Carol.Chow@saul.com easter.santamaria@saul.com |
| Carol Chow | |

Case 2:24-bk-12079-VZ    Doc 93    Filed 06/09/24    Entered 06/09/24 21:11:53    Desc
Imaged Certificate of Notice    Page 2 of 6

| District/off: 0973-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 07, 2024 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| Carol Chow | on behalf of Debtor Susan Halevy Carol.Chow@saul.com easter.santamaria@saul.com |
| | on behalf of Debtor Daniel Halevy Carol.Chow@saul.com easter.santamaria@saul.com |
| Derrick Talerico | on behalf of Debtor Negev Investments LLC dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com |
| Derrick Talerico | on behalf of Debtor Broadway Avenue Investments LLC dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com |
| Derrick Talerico | on behalf of Debtor SLA Investments LLC dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com |
| Derrick Talerico | on behalf of Debtor Colyton Investments LLC dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com |
| Derrick Talerico | on behalf of Debtor Seaton Investments LLC dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com |
| Gerrick Warrington | on behalf of Creditor Archway Real Estate Income Fund I SPE I LLC gwarrington@frandzel.com, achase@frandzel.com |
| Jacqueline L James | on behalf of Creditor Harvest Small Business Finance LLC jjames@hrhlaw.com |
| Jacqueline L James | on behalf of Interested Party Harvest Small Business Finance LLC jjames@hrhlaw.com |
| Jennifer C Wong | on behalf of Interested Party Courtesy NEF bknotice@mccarthyholthus.com jwong@ecf.courtdrive.com |
| Kelly L Morrison | on behalf of U.S. Trustee United States Trustee (LA) kelly.l.morrison@usdoj.gov |
| Michael G Fletcher | on behalf of Creditor Archway Real Estate Income Fund I SPE I LLC mfletcher@frandzel.com, sking@frandzel.com |
| Michael G Fletcher | on behalf of Creditor Archway real estate income fund mfletcher@frandzel.com sking@frandzel.com |
| Tanya Behnam | on behalf of Creditor Korth Direct Mortgage Inc. tbehnam@polsinelli.com tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com |
| Todd S. Garan | on behalf of Interested Party Courtesy NEF ch11ecf@aldridgepite.com TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com |
| Turner Falk | on behalf of Debtor ALAN GOMPERTS turner.falk@saul.com tnfalk@recap.email |
| Turner Falk | on behalf of Debtor Susan Halevy turner.falk@saul.com tnfalk@recap.email |
| Turner Falk | on behalf of Debtor Alan Gomperts turner.falk@saul.com tnfalk@recap.email |
| Turner Falk | on behalf of Debtor Daniel Halevy turner.falk@saul.com tnfalk@recap.email |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |
| Zev Shechtman | on behalf of Debtor Daniel Halevy Zev.Shechtman@saul.com zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com |
| Zev Shechtman | on behalf of Debtor Alan Gomperts Zev.Shechtman@saul.com zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com |
| Zev Shechtman | on behalf of Debtor Susan Halevy Zev.Shechtman@saul.com zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com |

TOTAL: 27

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Derrick Talerico (SBN 223763)<br>David B. Zolkin (SBN 155410)<br>WEINTRAUB ZOLKIN TALERICO & SELTH LLP<br>11766 Wilshire Blvd., Suite 730<br>Los Angeles, CA 90025<br>Telephone: 424-500-8552<br>Email: dtalerico@wztslaw.com<br>       dzolkin@wztslaw.com<br><br>Zev Shechtman (SBN 266280)<br>Carol L. Chow (SBN 169299)<br>Turner N. Falk (Admitted *pro hac vice*)<br>SAUL EWING LLP<br>1888 Century Park East, Suite 1500<br>Los Angeles, CA 90067<br>Telephone: 310-255-6100<br>Email: zev.shechtman@saul.com<br>       carol.chow@saul.com<br>       turner.falk@saul.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for*: Corporate Debtors (Weintraub Zolkin Talerico & Selth LLP) Individual Debtors (Saul Ewing LLP) | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**JUN 07 2024**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY johnson   DEPUTY CLERK** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>SEATON INVESTMENTS, LLC,<br><br>                                     Debtor.<br>_____<br><br>___ Affects all Debtors.<br> X  Affects Seaton Investments, LLC<br> X  Affects Colyton Investments, LLC<br>___ Affects Broadway Avenue Investments, LLC<br> X  Affects SLA Investments, LLC<br> X  Affects Negev Investments, LLC<br> X  Affects Susan Halevy<br>___ Affects Daniel Halevy<br> X  Affects Alan Gomperts<br><br>                                     Debtors(s) | CASE NO.: 2:24-bk-12079-VZ<br><br>Jointly Administered with Case Nos.<br>   2:24-bk-12080-VZ<br>   2:24-bk-12081-VZ<br>   2:24-bk-12082-VZ<br>   2:24-bk-12091-VZ<br>   2:24-bk-12076-VZ<br>   2:24-bk-12075-VZ<br>   2:24-bk-12074-VZ<br><br>CHAPTER: 11<br><br>**ORDER:**<br><br>☒ **GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**<br><br>☐ **DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br>                [LBR 9075-1(b)] |
|---|---|

**Movant** (*name*): Seaton Investments, LLC, Colyton Investments, LLC, SLA Investments, LLC, Negev Investments, LLC, Susan Halevy and Alan Gomperts

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                                      Page 1                                             **F 9075-1.1.ORDER.SHORT.NOTICE**

1. Movant filed the following motion together with supporting declarations and (if any) supporting documents:

    a. *Title of motion*: "Motion by Affected Debtors for Entry of an Order Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. Section 363(c)(2)"

    b. *Date of filing of motion:* June 7, 2024

2. Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice (Application) together with supporting declaration(s):

    *Date of filing of Application*: June 7, 2024

3. Based upon the court's review of the application, it is ordered that:

    a. ☐ The Application is denied. The motion may be brought on regular notice pursuant to LBRs.

    b. ☒ The Application is granted, and it is further ordered that:

        (1) ☒ A hearing on the motion will take place as follows:

        | | |
        |---|---|
        | **Hearing date:** June 20, 2024<br>**Time:** 11:00 a.m.<br>**Courtroom:** 1368 | **Place:**<br>☒ **255 East Temple Street, Los Angeles, CA 90012**<br>☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367<br>☐ 3420 Twelfth Street, Riverside, CA 92501<br>☐ 411 West Fourth Street, Santa Ana, CA 92701<br>☐ 1415 State Street, Santa Barbara, CA 93101 |

        (2) ☒ No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed:

        | (A) *Deadlines:*<br>Date: June 10, 2024<br>Time: 12:00 p.m. | (B) *Persons/entities to be provided with telephonic notice:*<br>   secured creditors, 20 largest unsecured creditors<br>   ☐ See attached page<br>(C) *Telephonic notice is also required upon* the United States trustee |
        |---|---|

        (3) ☒ No later than the deadlines given, **written notice of the hearing** and a **copy of this order** must be served upon all persons/entities listed using:   ☒ one of the methods checked   ☐ all of the methods checked

            (A) ☒ Personal Delivery   ☒ Overnight Mail   ☐ First class mail   ☐ Facsimile*   ☒ Email*

        | (B) *Deadlines:*<br>Date: June 10, 2024<br>Time: 12:00 p.m. | (C) *Persons/entities to be served with written notice and a copy of this order:*<br>   secured creditors, 20 largest unsecured creditors<br>   ☐ See attached page<br>(D) *Service is also required upon*:<br>   -- United States trustee *(electronic service is not permitted)*<br>   -- Judge's copy personally delivered to chambers<br>      (*see Court Manual for address*) |
        |---|---|

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                 Page 2                        **F 9075-1.1.ORDER.SHORT.NOTICE**

(4) ☒ No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served on all persons/entities listed using: ☒ one of the methods checked ☐ all of the methods checked

(A) ☒ Personal Delivery ☒ Overnight Mail ☐ First Class Mail ☐ Facsimile* ☒ Email*

| (B) *Deadlines:* <br> Date: June 10, 2024 <br><br> Time: 12:00 p.m. | (C) *Persons/entities to be served with motion, declarations, supporting documents:* <br> secured creditors, 20 largest unsecured creditors <br><br> ☐ See attached page <br><br> (D) *Service is also required upon:* <br> -- United States trustee *(no electronic service permitted)* <br> -- Judge's copy personally delivered to chambers <br>   *(see Court Manual for address)* |
|---|---|

(5) ☒ Regarding **opposition to the motion**

☐ opposition to the motion may be made **orally** at the hearing

☒ no later than the deadlines given, **written opposition to the motion** must be filed with the court and served upon all persons/entities listed using: ☒ one of the methods checked ☐ all of the methods checked

(A) ☒ Personal Delivery ☒ Overnight Mail ☐ First Class Mail ☐ Facsimile* ☒ Email*

| (B) *Deadlines:* <br> Date: June 17, 2024 <br><br> Time: 12:00 p.m. | (C) *Persons/entities to be served with written opposition to the motion:* <br> -- movant's attorney (or movant, if movant is not represented by an attorney) <br><br> (D) *Service is also required upon:* <br> -- United States trustee *(electronic service is not permitted)* <br> -- Judge's copy personally delivered to chambers <br>   *(see Court Manual for address)* |
|---|---|

(6) ☒ Regarding a **reply to an opposition:**

☐ a reply to opposition may be made **orally** at the hearing.

☒ no later than the deadlines given, a **written reply to an opposition** must be filed with the court and served on all persons/entities listed using: ☒ one of the methods checked ☐ all of the methods checked

(A) ☒ Personal Delivery ☒ Overnight Mail ☐ First Class Mail ☐ Facsimile* ☒ Email*

| (B) *Deadlines:* <br> Date: June 19, 2024 <br><br> Time: 12:00 p.m. | (C) *Persons/entities to be served with written reply to opposition:* <br> -- All persons/entities who filed a written opposition <br><br> (D) *Service is also required upon:* <br> -- United States trustee *(electronic service is not permitted)* <br> -- Judge's Copy personally delivered to chambers <br>   *(see Court Manual for address)* |
|---|---|

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                Page 3                                **F 9075-1.1.ORDER.SHORT.NOTICE**

(7) ☒ Other requirements: Declaration(s) must be filed by Movant(s) explaining why authority to use cash collateral is only now being sought for the first time, over two months after the Petition Dates of the respective cases.

(8) ☒ No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above, and a **judge's copy** of the Declaration of Notice and Service must be personally delivered to the judge's chambers:

| | |
|---|---|
| ☒ at least 2 days before the hearing. | |
| ☐ no later than:    Date: | Time: |

* Service by electronic means (facsimile or email) requires compliance with F.R.Civ.P. 5(b)(2)(E).

###

Date: June 7, 2024

_Vincent P. Zurzolo_
United States Bankruptcy Judge

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 4    **F 9075-1.1.ORDER.SHORT.NOTICE**