United States Bankruptcy Court
Central District of California

In re:  Case No. 24-12079-VZ
Seaton Investments, LLC  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2 | User: admin | Page 1 of 2
Date Rcvd: Jun 13, 2024 | Form ID: pdf042 | Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol  Definition**
+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2024:**

**Recip ID**  **Recipient Name and Address**
db  + Seaton Investments, LLC, 264 S Oakhurst Dr, Beverly Hills, CA 90212-3504

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2024  Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2024 at the address(es) listed below:**

**Name**  **Email Address**

Avi Edward Muhtar
    on behalf of Interested Party Avi Muhtar amuhtar@crownandstonelaw.com

Bruce D Poltrock
    on behalf of Creditor Archway Real Estate Income Fund I SPE I  LLC bpoltrock@frandzel.com, achase@frandzel.com

Carol Chow
    on behalf of Debtor Alan Gomperts Carol.Chow@saul.com easter.santamaria@saul.com

Carol Chow
    on behalf of Debtor Susan Halevy Carol.Chow@saul.com easter.santamaria@saul.com

Carol Chow
    on behalf of Debtor Daniel Halevy Carol.Chow@saul.com easter.santamaria@saul.com

Derrick Talerico
    on behalf of Debtor Broadway Avenue Investments  LLC dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 13, 2024 | Form ID: pdf042 | Total Noticed: 1 |

| Name | Description |
|---|---|
| Derrick Talerico | on behalf of Debtor SLA Investments LLC dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com |
| Derrick Talerico | on behalf of Debtor Colyton Investments LLC dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com |
| Derrick Talerico | on behalf of Debtor Seaton Investments LLC dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com |
| Derrick Talerico | on behalf of Debtor Negev Investments LLC dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com |
| Gerrick Warrington | on behalf of Creditor Archway Real Estate Income Fund I SPE I LLC gwarrington@frandzel.com, achase@frandzel.com |
| Jacqueline L James | on behalf of Creditor Harvest Small Business Finance LLC jjames@hrhlaw.com |
| Jacqueline L James | on behalf of Interested Party Harvest Small Business Finance LLC jjames@hrhlaw.com |
| Jennifer C Wong | on behalf of Interested Party Courtesy NEF bknotice@mccarthyholthus.com jwong@ecf.courtdrive.com |
| Kelly L Morrison | on behalf of U.S. Trustee United States Trustee (LA) kelly.l.morrison@usdoj.gov |
| Michael G Fletcher | on behalf of Creditor Archway Real Estate Income Fund I SPE I LLC mfletcher@frandzel.com, sking@frandzel.com |
| Michael G Fletcher | on behalf of Creditor Archway real estate income fund mfletcher@frandzel.com sking@frandzel.com |
| Tanya Behnam | on behalf of Creditor Korth Direct Mortgage Inc. tbehnam@polsinelli.com tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com |
| Todd S. Garan | on behalf of Interested Party Courtesy NEF ch11ecf@aldridgepite.com TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com |
| Turner Falk | on behalf of Debtor Susan Halevy turner.falk@saul.com tnfalk@recap.email |
| Turner Falk | on behalf of Debtor Alan Gomperts turner.falk@saul.com tnfalk@recap.email |
| Turner Falk | on behalf of Debtor Daniel Halevy turner.falk@saul.com tnfalk@recap.email |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |
| Zev Shechtman | on behalf of Debtor Daniel Halevy Zev.Shechtman@saul.com zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com |
| Zev Shechtman | on behalf of Debtor Alan Gomperts Zev.Shechtman@saul.com zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com |
| Zev Shechtman | on behalf of Debtor Susan Halevy Zev.Shechtman@saul.com zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com |

TOTAL: 26

ZEV SHECHTMAN (BAR NO. 266280)
Zev.Shechtman@saul.com
CAROL CHOW (BAR NO. 169299)
carol.chow@saul.com
TURNER N. FALK (Admitted pro hac vice)
turner.falk@saul.com
SAUL EWING LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: (310) 255-6100
Facsimile: (310) 255-6200

Attorneys for Alan Gomperts
Debtor and Debtor in Possession

**FILED & ENTERED**

**JUN 12 2024**

**CLERK U.S. BANKRUPTCY COURT**
Central District of California
BY johnson DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| In re: | Lead Case No. 2:24-bk-12079-VZ |
|---|---|
| SEATON INVESTMENTS, LLC, *et al.*, | Jointly Administered with Case Nos.: 2:24-bk-12080-VZ; 2:24-bk-12081-VZ; 2:24-bk-12082-VZ; 2:24-bk-12091-VZ; 2:24-bk-12074-VZ; 2:24-bk-12075-VZ and 2:24-bk-12076-VZ |
| Debtors and Debtors In Possession. | |
| ☐ Affects All Debtors. | Chapter 11 |
| ☐ Affects Seaton Investments, LLC | |
| ☐ Affects Colyton Investments, LLC | **ORDER GRANTING MOTION FOR ENTRY OF ORDER AUTHORIZING DEBTOR TO MAINTAIN PREPETITION BANK ACCOUNT AND WAIVING 14-DAY STAY** |
| ☐ Affects Broadway Avenue Investments, LLC | |
| ☐ Affects SLA Investments, LLC | |
| ☐ Affects Negev Investments, LLC | |
| ☒ Affects Alan Gomperts | Hearing: |
| ☐ Affects Daniel Halevy | Date: June 11, 2024<br>Time: 11:00 AM<br>Courtroom: 1368 |
| ☐ Affects Susan Halevy | 255 East Temple St.<br>Los Angeles, CA 90012 |

On May 7, 2024, at debtor Alan Gomperts (the "Debtor") filed the *Motion for Order Authorizing Debtor to Maintain Prepetition Bank Accounts* (the "Motion") (docket no. 56).

The Court having considered the Motion and all exhibits in support thereof, and no objection

51994309.4

to the Motion having been made, and the time for objecting having passed, having determined that notice of the Motion and the hearing was adequate and proper, and for good cause appearing, and pursuant to the Court's tentative ruling granting the Motion, it is

ORDERED THAT:

1. The Motion is granted.

2. The Debtor is authorized to continue to use his California Credit Union account ending in ending in 7993 and his Farmers & Merchants Bank account ending in 0830, subject to the limitations in this Order.

3. The Debtor may not pay any expenses from these accounts during the pendency of this case. If necessary to pay expenses, the Debtor must transfer funds from these accounts to his DIP Account (as that account is defined in the Motion) and pay expenses from the DIP Account.

####

Date: June 12, 2024

Vincent P. Zurzolo
United States Bankruptcy Judge

2

51994309.4