Michael Gerard Fletcher (State Bar No. 070849)
  mfletcher@frandzel.com
Gerrick M. Warrington (State Bar No. 294890)
  gwarrington@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, California 90017-2427
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for Secured Creditor ARCHWAY
REAL ESTATE INCOME FUND I SPE I, LLC

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>SEATON INVESTMENTS, LLC, *et al.*,<br><br>            Debtors and Debtors-in-Possession.<br><br>Affects:<br><br>☐ All Debtors<br>☐ Seaton Investments, LLC<br>☐ Colyton Investments, LLC<br>☐ Broadway Avenue Investments, LLC<br>☒ SLA Investments, LLC<br>☒ Negev Investments, LLC<br>☒ Alan Gomperts<br>☒ Daniel Halevy<br>☒ Susan Halevy | Lead Case No. 2:24-bk-12079-VZ<br><br>Jointly Administered with Case Nos.:<br><br>2:24-bk-12080-VZ; 2:24-bk-12081-VZ;<br>2:24-bk-12082-VZ; 2:24-bk-12091-VZ;<br>2:24-bk-12074-VZ; 2:24-bk-12075-VZ; and<br>2:24-bk-12076-VZ<br><br>Chapter 11<br><br>**DECLARATION OF MICHAEL GERARD FLETCHER IN SUPPORT OF OBJECTION BY ARCHWAY REAL ESTATE INCOME FUND I SPE I, LLC TO MOTION BY AFFECTED DEBTORS FOR ENTRY OF AN ORDER AUTHORIZING USE OF CASH COLLATERAL PURSUANT TO 11 U.S.C. § 363(c)(2)**<br><br>Date:      June 20, 2024<br>Time:     11:00 a.m.<br>Crtrm.:   1368<br>             255 E. Temple Street<br>             Los Angeles, CA 90012<br><br>Hon. Vincent P. Zurzolo |

5251843v1 | 101415-0002

1

DECLARATION OF MICHAEL GERARD FLETCHER

I, Michael Gerard Fletcher, declare:

1. I am a shareholder of Frandzel Robins Bloom & Csato, L.C., counsel of record for secured creditor, Archway Real Estate Income Fund I SPE I, LLC, a Delaware limited liability company ("Archway").

2. If called as a witness, I could and would competently testify to all facts within my personal knowledge, except where stated upon information and belief.

3. This declaration is submitted in support of Archway's Objection ("Objection") (Dkt. *pending*) to the *Motion by Affected Debtors for Entry of an Order Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. § 363(c)(2)* (Dkt. 87) filed by Seaton Investments, LLC ("Seaton"), Colyton Investments, LLC ("Colyton"), Broadway Avenue Investments, LLC ("Broadway"), SLA Investments, LLC ("SLA"), and Negev Investments, LLC ("Negev" and collectively with Seaton, Colyton, Broadway and SLA, the "Corporate Debtors") and Alan Gomperts ("Alan"), Daniel Halevy ("Daniel"), and Susan Halevy ("Susan" and collectively with Alan and Daniel, the "Individual Debtors" and collectively with the Corporate Debtors, the "Debtors").

4. On May 9, 2024, my office sent a letter to the Debtors' respective counsel, requesting sequestration of the rents, issues, and profits generated from the Properties (as defined in the Objection). A true and correct copy of that letter is attached hereto as **Exhibit 11**.

5. To date, I have not received the requested accounting, and my understanding is that no such accounting has been provided.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on this 14th day of June, 2024, at Los Angeles, California.

_____
Michael Gerard Fletcher

# Exhibit 11

Exhibit 11



May 9, 2024

**VIA E-MAIL**

Derrick Talerico
Weintraub Zolkin Talerico & Selth LLP
dtalerico@wztslaw.com

Zev Shechtman
Saul Ewing LLP
Zev.Shechtman@saul.com

Re:   *In re Seaton Investments, LLC*, Case No. 2:24-bk-12079-VZ (Lead Case)

Dear Messrs. Talerico and Shechtman:

As you know, we represent Archway Real Estate Income Fund I SPE I, LLC ("Lender"), a creditor in the above referenced jointly administered chapter 11 bankruptcy cases. More specifically, Lender extended credit to Broadway Avenue Investments, LLC, Negev Investments LLC, SLA Investments, LLC, Alan Gomperts, Susan Halevy, and Daniel Halevy, secured by, among other things, the real property located at 737 S. Broadway, Los Angeles, California; 12800 Foxdale Drive, Desert Hot Springs, California; 1040 S. Los Angeles Street, Los Angeles, California; 3538 Greenfield Avenue, Los Angeles, California; 133 S. Palm Drive, Beverly Hills, California; and 8561 Horner Street, Los Angeles, California.

Lender holds perfected security interests against the respective debtors' right, title, and interest to, among other things, rents, issues, and profits generated by these real properties (collectively, "Collateral").

Please take notice that Lender does not consent to the use of any of its Collateral, including cash collateral, as that term is defined in 11 U.S.C. § 363(a) and in applicable case law. Lender demands that Debtor sequester all cash collateral in its possession, or in the possession of the debtors' agents, attorneys, employees, and/or those acting on their behalf or in concert with them, as of the bankruptcy petition date, and all that comes into their possession thereafter. Lender further demands that the debtors account to Lender for all proceeds of such cash collateral in their possession as of the petition date and thereafter.

5219953v1 | 101415-0002

Frandzel Robins Bloom & Csato, L.C.
Attorneys at Law

www.frandzel.com

Los Angeles Office
1000 Wilshire Boulevard, 19th Floor
Los Angeles, CA 90017-2427

Tel 323.852.1000  Fax 323.651.2577

Fresno Office
516 West Shaw, Suite 200
Fresno, CA 93704-2515

Tel 559.221.2591  Fax 559.221.2660

004



Messrs. Talerico and Shechtman
May 9, 2024
Page 2

Such accountings and demands include, but are not limited to, any money paid to insiders and to any legal counsel as a retainer by the debtors at any time from any Collateral source.

In addition, Lender has previously requested a copy of the Seven Day Information Packet each of the debtors has prepared for the Office of the United States Trustee, but we have not received any of those. Also, we have also requested proof of insurance on the Broadway Property, which we have been told will be provided to us today or tomorrow.

Please produce all such documents and proof of insurance to us immediately.

Very truly yours,

FRANDZEL ROBINS BLOOM & CSATO, L.C.

MICHAEL GERARD FLETCHER
mfletcher@frandzel.com

MJG