1    Derrick Talerico (State Bar No. 223763)
     dtalerico@wztslaw.com
2    David B. Zolkin (State Bar No. 155410
     dzolkin@wztslaw.com
3    WEINTRAUB ZOLKIN TALERICO & SELTH LLP
4    11766 Wilshire Boulevard, Suite 730
     Los Angeles, CA 90025
5    Telephone: (424) 500-8552

6

7    General Bankruptcy Counsel to Debtors
     Seaton Investments, LLC, Colyton Investments, LLC,
     Broadway Avenue Investments, LLC, SLA
8    Investments, LLC, and Negev Investments, LLC

9                    UNITED STATES BANKRUPTCY COURT

10           CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

11

12   In re:                                    Lead Case No. 2:24-bk-12079-VZ

13   SEATON INVESTMENTS, LLC, *et al.*,         Jointly Administered with Case Nos.:
                                                2:24-bk-12080-VZ; 2:24-bk-12081-VZ;
14                    Debtors and Debtors In    2:24-bk-12082-VZ; 2:24-bk-12091-VZ;
                      Possession.              2:24-bk-12074-VZ; 2:24-bk-12075-VZ and
15                                              2:24-bk-12076-VZ

16   ☐ Affects All Debtors.                     Chapter 11

17   ☒ Affects Seaton Investments, LLC          DECLARATIONS OF MARTHA E.
                                                ARAKI AND SACHIE FRITZ
18   ☒ Affects Colyton Investments, LLC         REGARDING PROVISION OF
                                                TELEPHONIC NOTICE AND
19   ☐ Affects Broadway Avenue Investments, LLC SERVICE OF NOTICE OF HEARING
                                                ON MOTION BY AFFECTED
20   ☒ Affects SLA Investments, LLC             DEBTORS FOR ENTRY OF AN
                                                ORDER AUTHORIZING USE OF
21   ☒ Affects Negev Investments, LLC           CASH COLLATERAL PURSUANT TO
                                                11 U.S.C. § 363(C)(2) AND RELATED
22   ☒ Affects Alan Gomperts                    DOCUMENTS

23   ☐ Affects Daniel Halevy
                                                Hearing:
24   ☒ Affects Susan Halevy                     Date:        June 20, 2024
                                                Time:        11:00 a.m.
25                                              Courtroom:   1368
                                                             255 E. Temple Street
26                                                           Los Angeles, CA 90012
27

28

-1-
DECLARATION OF TELEPHONIC NOTICE AND SERVICE OF CASH COLLATERAL NOTICE AND MOTION

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

1    At the direction of the Court as set forth in the *Order Granting Application and Setting*

2    *Hearing on Shortened Notice* (the "Order") [Doc. No. 91], Seaton Investments, LLC, Colyton

3    Investments, LLC, SLA Investments, LLC, and Negev Investments, LLC (collectively, the

4    "Corporate Debtors"), and Susan Halevy and Alan Gomperts (collectively, the "Individual

5    Debtors," and the Individual Debtors, collectively with the Corporate Debtors, the "Debtors"),

6    debtors and debtors-in-possession in the pending jointly administered chapter 11 bankruptcy cases

7    herein (the "Bankruptcy Cases"), provided telephonic notice of the hearing scheduled for June 20,

8    2024 at 11:00 a.m. to consider the *Motion by Affected Debtors for Entry of an Order Authorizing*

9    *Use of Cash Collateral Pursuant to 11 U.S.C. Section 363(c)(2)* (the "Motion") [Doc. No. 87].

10    Attached hereto are the declarations of Martha E. Araki and Sachie Fritz (the

11    "Declarations") reflecting the telephonic notices provided to the secured creditors, the twenty

12    largest unsecured creditors, and the Office of the United States Trustee (collectively, the "Service

13    Parties").   The Declarations provide information regarding telephonic notice, and service of the

14    Motion, the and the *Statement Regarding Cash Collateral or Debtor in Possession Financing* [Doc.

15    No. 88] (the "Statement"), and the *Notice of Hearing on Motion by Affected Debtors for Entry of*

16    *an Order Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. Section 363(c)(2) and Related*

17    *Deadlines* (the "Notice of Hearing")[1], including method(s) of service.

18    Dated:  June 17, 2024          **WEINTRAUB ZOLKIN TALERICO & SELTH LLP**

19

20                                    By: */s/ Derrick Talerico*
                                       Derrick Talerico
21                                    Counsel to Debtors Seaton Investments, LLC, Colyton
                                      Investments, LLC, SLA Investments, LLC, and
22                                    Negev Investments, LLC

23

24

25

26

27

28

[1] A copy of the Order was attached to the Notice of Hearing as Exhibit 1.

1

### DECLARATION OF MARTHA E. ARAKI[2]

2      I, Martha E. Araki, hereby declare as follows:

3      1.      I am a paralegal at WEINTRAUB ZOLKIN TALERICO & SELTH LLP (the

4   "Firm"), general bankruptcy counsel for the Corporate Debtors.

5      2.      This declaration and the attached exhibits set forth the Firm's efforts to provide

6   telephonic notice and overnight service in compliance with the Order.  I have personal knowledge

7   of the facts set forth herein, and, if called as a witness, could and would testify competently with

8   respect thereto.

9      3.      At the direction of Derrick Talerico, a partner of the Firm, I created a list of the

10  Service Parties from the information provided on the Court's records for the Debtors' Bankruptcy

11  Cases.  I created two exhibits:  **Exhibit 1** – the List of Telephonic Service Parties and **Exhibit 2** –

12  the List of NEF and Overnight Service Parties.  The exhibits were used to assign telephonic and

13  overnight services between Sachie Fritz (SF), a practice assistant at the Firm, and me (MA), and

14  reflect our initials on the lists.

15     4.      On June 10, 2024, I provided telephonic notice of the hearing on the Motion to the

16  parties assigned to me on Exhibit 1.  For each call, I informed each of the parties either personally,

17  through their assistants, or via voicemail, of the hearing set by the Court on the Motion, and the

18  deadline for filing objections.  I noted the name of the Service Party, the approximate time of the

19  call, and any pertinent notes related to the telephonic notice I provided.  Exhibit 1 accurately reflects

20  the information for each call.

21     5.      I caused copies of the Notice of Hearing to be served via First Legal messenger

22  service upon The Honorable Vincent P. Zurzolo, United States Bankruptcy Court, 255 East Temple

23  Street, Suite 1360, Los Angeles, CA 90012[3].  Copies of the Notice of Hearing, the Statement and

24  the Motion were served by First Legal messenger service upon Kelly L. Morrison, United States

25

26

27  [2] Terms not defined herein shall have the same meanings ascribed to them in the Notice herein.

[3] Service copes of the Motion and Statement were served by First Legal upon Judge Zurzolo on
28  Friday, June 7, 2024.

DECLARATION OF TELEPHONIC NOTICE AND SERVICE OF CASH COLLATERAL NOTICE AND MOTION

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

1    Trustee's Office, 915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017.  I instructed First Legal

2    to deliver the copies of the respective documents to both parties before 12:00 p.m. on June 10, 2024.

3        6.    I received confirmation from First Legal that the documents were delivered to Judge

4    Zurzolo's courtesy delivery box at 11:52 a.m. and to Ms. Morrison shortly after noon.

5        7.    Exhibit 2 provides a record of the parties served by the Court's Notice of Electronic

6    Filing (NEF).  As a result of the filing of the Motion and Statement on June 7, 2024, the NEF parties

7    received email service of those documents.  The NEF parties also received email service of the

8    Notice of Hearing upon the filing today at approximately 9:49 a.m.  Pursuant to the Order, service

9    by email requires compliance with F.R. Civ. P. 5(b)(2)(E), and as the NEF parties are registered

10   users with the Court's e-filing and noticing system, it is my understanding that NEF service

11   complies with the e-mail service requirement.

12

13       I declare under penalty of perjury under the laws of the United States of America that the

14   foregoing is true and correct.

15       Executed on this 17th day of June, 2024, at Castaic, California.

16

17               */s/ Martha E. Araki*
                 Martha E. Araki
18

19

20

21

22

23

24

25

26

27

28

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

-4-
DECLARATION OF TELEPHONIC NOTICE AND SERVICE OF CASH COLLATERAL NOTICE AND MOTION

1

### DECLARATION OF SACHIE FRITZ[4]

2    I, Sachie Fritz, hereby declare:

3    1.    I am a practice assistant at WEINTRAUB ZOLKIN TALERICO & SELTH LLP
4    (the "Firm"), general bankruptcy counsel for the Corporate Debtors.  I have personal knowledge of
5    the facts set forth herein, and, if called as a witness, could and would testify competently with
6    respect thereto.

7    2.    At the direction of Martha Araki, a paralegal of the Firm, I prepared and served
8    copies of the Motion, Notice of Hearing and the Statement on the Service Parties listed on
9    **Exhibit 2**.  On June 10, 2024, I delivered the service documents for the Service Parties to the U.S.
10    Postal Service counter for the Express Mail Service Parties, and to the Federal Express office for
11    the Federal Express Service Parties.

12    3.    Additionally, on June 10, 2024, I provided telephonic notice of the hearing on the
13    Motion using a list provided to me by Ms. Araki.  For each call, I informed each of the parties either
14    personally, through their assistants, or via voicemail of the hearing set by the Court on the Motion,
15    and the deadline for filing objections to the Motion.

16    4.    I have reviewed Exhibit 1 - the list of telephonic Service Parties.  The information
17    for Service Parties assigned to me, including their telephone numbers and contact information, the
18    approximate time of the call, and any pertinent notes related to the telephonic notice I provided is
19    accurately reflected on Exhibit 1, and is true and correct.

20

21    I declare under penalty of perjury under the laws of the United States of America that the
22    foregoing is true and correct to the best of my knowledge.

23    Executed this 17th day of June 2024, at Kent, Washington.

24

25
                                                                    /s/ Sachie Fritz
                                                                    Sachie Fritz

26

27

28

<div style="text-align: left; font-size: small; font-weight: bold;">
WEINTRAUB ZOLKIN TALERICO & SELTH LLP<br>
11766 WILSHIRE BLVD., SUITE 730<br>
LOS ANGELES, CA 90025
</div>

---

[4] Terms not defined herein shall have the same meanings ascribed to them in the Notice herein.

DECLARATION OF TELEPHONIC NOTICE AND SERVICE OF CASH COLLATERAL NOTICE AND MOTION

# EXHIBIT 1

# Telephonic Service

EXHIBIT 1 - Page 6

| Service Party | Contact Name | Telephone | Time | Spoke to | Telephonic by | Type |
|---|---|---|---|---|---|---|
| Office of US Trustee | Kelly Morrison | 213-894-2656 | 8:45 a.m. | VM | MA | UST |
| Archway Real Estate Income Fund I SPE I, LLC | Bobby Korshidi or Joshua Kohan | 310-447-8899 | 9:35 a.m.<br>9:55 a.m. | VM - Joshua Kohan<br>Joshua Kohan returned call and info provided | MA | Secured Creditor |
| Archway Real Estate Income Fund I SPE I, LLC | Joshua Mogin, Esq. | 310-282-2520 | 10:33 a.m. | VM | MA | Secured Creditor |
| Archway Real Estate Income Fund I SPE I, LLC | Michael Fletcher, Esq. | 323-852-1000 x 347 | 11:40 a.m. | VM | MA | Secured Creditor |
| Chase Bank | | 866-578-7022 | 10:45 - 11:15 a.m. | Multiple attempts to call, line busy or on hold over 5 minutes | MA | Secured Creditor |
| | | | 2:30 p.m. | Shannon | MA | |
| First Foundation Bank | Erica Dorsett, Chief Legal Counsel | 469-638-9655 | 10:55 a.m. | VM | SF | Secured Creditor |
| Harvest Small Business Finance (SBA) | | 949-534-0240 | 10:56 a.m. | VM | SF | Secured Creditor |
| Harvest Small Business Finance (SBA) | Jacqueline L James | 818-501-3800 | 11:43 a.m. | Jacqueline James; Ms. James requested and received courtesy email copies | MA | Secured Creditor |
| Korth Direct Mortgage | Holly McDonald-Korth | 305-668-8485 | 9:00 a.m. | VM - Legal Dept | MA | Secured Creditor |
| Korth Direct Mortgage | Matt Moriarity, Esq. | 816-360-4184 | 10:58 a.m. | VM | SF | Secured Creditor |
| Korth Direct Mortgage | Tanya Behnam, Esq. | 310-556-1801 | 11:47 a.m. | VM | MA | Secured Creditor |
| Los Angeles County Tax Collector | | 888-807-2111 | 11:30 a.m. | On hold for 8 minutes | MA | Secured Creditor |
| | | | 12:52 p.m. | On hold for 18 minutes, disconnected 4 times | SF | |
| Riverside County Tax Collector | Johnisha Mcdowell | 951-955-3900 | 11:58 a.m. | On hold for 12 minutes | MA | Secured Creditor |
| Wells Fargo National Bank N.A. | | 800-274-7025 | 11:00 a.m. | Marie - Customer Service | SF | Secured Creditor |
| Wells Fargo National Bank N.A. | Jennifer C Wong, Esq. | 619-955-1557 | 11:50 a.m. | Laura | MA | Secured Creditor |
| Alta Fire Pro | Marc Altimaro | 818-317-6042 | 11:14 a.m. | VM | SF | 20 L |
| American Express | | 800-492-3344 | 10:43 a.m. | Unable to bypass automated system | SF | 20 L |
| | | | 12:52 p.m. | Jeff - Customer Service | SF | |

**EXHIBIT 1 - Page 7**

| Balboa Capital Corp | | 888-225-2621 | 11:16 a.m. | VM - Legal Dept | SF | 20L |
|---|---|---|---|---|---|---|
| California Refrigeration & Supply | Vicky Litoys | 310-409-1008 | 11:21 a.m. | Vicky | SF | 20 L |
| Deborah Feldman Esq | Deborah Feldman | 818-483-4579 | 11:24 a.m. | VM | SF | 20 L |
| LA Dept of Water & Power | Julie Riley, Esq | 213-367-4513 | 12:14 p.m. | VM | MA | 20 L |
| Mark Berkowitz CPA | Mark Berkowitz | 818-348-5250 | 11:35 a.m. | Lana | SF | 20 L |
| RG Fire Inc | Rafa Goforth | 323-637-0639 | 11:33 a.m. | Rafa | SF | 20 L |
| Simply Electrical | Jose Hernandez | 323-599-9855 | 11:32 a.m. | VM | SF | 20 L |
| So Cal Edison | Jennifer Hasbrouck, Esq | 626-302-1040 | 11:30 a.m. | VM | SF | 20 L |
| So Cal Gas | David Barrett, Esq | 213-408-6633 | 11:28 a.m. | VM | SF | 20 L |
| Urban Lime Real Estate | Lorena Tomb | 213-277-7247 | 11:26 a.m. | VM | SF | 20 L |

**EXHIBIT 1 - Page 8**

# EXHIBIT 2

# Overnight Service

**EXHIBIT 2 - Page 9**

| Service Party | Contact Name | Address | City | State | Zip | Type | Method | Completed By | Tracking # |
|---|---|---|---|---|---|---|---|---|---|
| Office of US Trustee | Kelly Morrison | 915 Wilshire Blvd Ste 1850 | Los Angeles | CA | 90017 | UST | Messenger | MA | First Legal |
| Archway Real Estate Income Fund I SPE I, LLC | Bobby Korshidi or Joshua Kohan | 1875 Century Park East Ste 900 | Los Angeles | CA | 90067 | Secured Creditor | Express Mail | SF | 9470 1036 9930 0075 5766 03 |
| Archway Real Estate Income Fund I SPE I, LLC | Joshua Mogin, Esq. | Thompson Coburn LLP 10100 Santa Monica Blvd Ste 500 | Los Angeles | CA | 90067 | Secured Creditor | Express Mail | SF | 9470 1036 9930 0075 5766 10 |
| Archway Real Estate Income Fund I SPE I, LLC | Michael Fletcher, Esq. | Frandzell Robins Bloom & Csato LC 1000 Wilshire Blvd 19th Fl | Los Angeles | CA | 90017-2427 | Secured Creditor | NEF | MA | Fed.R. Civ. P. 5(b)(2)(E) - registered user served via cm/ecf |
| Chase Bank | | Court Orders & Levies Mail Code LA4-7200 700 Kansas Lane | Monroe | LA | 71203 | Secured Creditor | Express Mail | SF | 9470 1036 9930 0075 5766 27 |
| First Foundation Bank | Erica Dorsett, Chief Legal Counsel | 18101 Von Karman Ave Ste 750 | Irvine | CA | 92612 | Secured Creditor | Express Mail | SF | 9470 1036 9930 0075 5766 34 |
| Harvest Small Business Finance (SBA) | | 24422 Avenida de la Carlota Ste 400 | Laguna Hills | CA | 92653 | Secured Creditor | Express Mail | SF | 9470 1036 9930 0075 5766 41 |
| Harvest Small Business Finance (SBA) | Jacqueline L James | Hemar Rousso & Heald LLP 15910 Ventura Blvd 12th Fl | Encino | CA | 91436-2829 | Secured Creditor | NEF | MA | Fed.R. Civ. P. 5(b)(2)(E) - registered user served via cm/ecf |
| Korth Direct Mortgage | Holly McDonald-Korth | 135 San Lorenzo Ave Ste 600 | Coral Gables | FL | 33146 | Secured Creditor | Express Mail | SF | 9470 1036 9930 0075 5768 18 |
| Korth Direct Mortgage | Matt Moriarity, Esq. | Polsinelli LLP 900 W 48th Pl | Kansas City | MO | 64112 | Secured Creditor | Express Mail | SF | 9470 1036 9930 0075 5768 25 |
| Korth Direct Mortgage | Tanya Behnam, Esq. | Polsinelli LLP 2049 Century Park East #2900 | Los Angeles | CA | 90067 | Secured Creditor | NEF | MA | Fed.R. Civ. P. 5(b)(2)(E) - registered user served via cm/ecf |
| Los Angeles County Tax Collector | | PO Box 54110 | Los Angeles | CA | 90054-0110 | Secured Creditor | Express Mail | SF | 9470 1036 9930 0075 5744 56 |

**EXHIBIT 2 - Page 10**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Riverside County Tax Collector | Johnisha Mcdowell | Attn: Johnisha Mcdowell, 4080 Lemon Street | Riverside | CA | 92501 | Secured Creditor | Express Mail | SF | 9470 1036 9930 0075 5768 32 |
| Wells Fargo National Bank N.A. | | Attn Bankruptcy Dept MAC N9286-01Y Default Document Processing PO Box 1629 | Minneapolis | MN | 55440-9790 | Secured Creditor | Express Mail | SF | 9470 1036 9930 0075 5744 87 |
| Wells Fargo National Bank N.A. | Jennifer C Wong, Esq. | McCarthy & Holthus LLP 2763 Camino Del Rio South Ste 100 | San Diego | CA | 92108 | Secured Creditor | NEF | MA | Fed.R. Civ. P. 5(b)(2)(E) - registered user served via cm/ecf |
| Alta Fire Pro | Marc Altimaro | PO Box 7007 | Mission Hills | CA | 91346 | 20 L | Express Mail | SF | 9470 1036 9930 0075 5744 63 |
| American Express | | PO Box 0001 | Los Angeles | CA | 90096-0001 | 20 L | Express Mail | SF | 9470 1036 9930 0075 5744 70 |
| | | AMEX Consumer Relations Attn Legal Dept 1900 Milestone Dr Ste B | Salt Lake City | UT | 84104-0270 | | | | 9470 1036 9930 0075 5768 49 |
| Balboa Capital Corp | | 575 Anton Blvd 12th FL | Costa Mesa | CA | 92626 | 20L | Express Mail | SF | 9470 1036 9930 0075 5768 56 |
| California Refrigeration & Supply | Vicky Litoys | 1926 Glendon Ave Apt 4 | Los Angeles | CA | 90025 | 20 L | Fed Ex | SF | 7767 9082 8624 |
| Deborah Feldman Esq | Deborah Feldman | 24611 Mulholland Hwy | Calabasas | CA | 91302-2325 | 20 L | Fed Ex | SF | 7767 9101 0086 |
| LA Dept of Water & Power | Julie Riley, Esq | 221 N Figueroa St 10th FL | Los Angeles | CA | 90012 | 20 L | Fed Ex | SF | 7767 9112 0540 |
| Mark Berkowitz CPA | Mark Berkowitz | 5850 Canoga Ave Suite 220 | Woodland Hills | CA | 91367 | 20 L | Fed Ex | SF | 7767 9119 9554 |
| RG Fire Inc | Rafa Goforth | 8721 Laurel Canyon Blvd | Sun Valley | CA | 91352 | 20 L | Fed Ex | SF | 7767 9127 8136 |
| Simply Electrical | Jose Hernandez | 1219 W 121st Street | Los Angeles | CA | 90044 | 20 L | Fed Ex | SF | 7767 9142 7601 |
| So Cal Edison | Jennifer Hasbrouck, Esq | SCE Law Dept G01 2244 Walnut Grove Ave | Rosemead | CA | 91770 | 20 L | Fed Ex | SF | 7767 9149 0165 |
| So Cal Gas | David Barrett, Esq | 555 W Fifth St, GT21 | Los Angeles | CA | 90013 | 20 L | Fed Ex | SF | 7767 9154 9686 |
| Urban Lime Real Estate | Lorena Tomb | 915 Mateo St Ste 301 | Los Angeles | CA | 90021 | 20 L | Fed Ex | SF | 7767 9175 4257 |

**EXHIBIT 2 - Page 11**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
     11766 Wilshire Blvd, Suite 730, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATIONS OF MARTHA E. ARAKI AND SACHIE FRITZ REGARDING PROVISION OF TELEPHONIC NOTICE AND SERVICE OF NOTICE OF HEARING ON MOTION BY AFFECTED DEBTORS FOR ENTRY OF AN ORDER AUTHORIZING USE OF CASH COLLATERAL PURSUANT TO 11 U.S.C. § 365(c)(2) AND RELATED DOCUMENTS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) June 17, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:


See attached NEF Service List

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*)_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) June 17, 2024, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Vincent Zurzolo                    (via personal delivery)
United States Bankruptcy Court
255 E Temple St Suite 1360
Los Angeles, CA 90012

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 17, 2024 | Martha E. Araki | /s/ Martha E. Araki |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                        **F 9013-3.1.PROOF.SERVICE**

Seaton Investments, LLC – Jointly Administered

**1**. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

- <u>Attorneys for Corporate Debtors Seaton Investment, LLC, Colyton Investments, LLC, Broadway Avenue Investments, LLC, Negev Investments, LLC, SLA Investments, LCC.</u>: **Derrick Talerico**: dtalerico@wztslaw.com; maraki@wztslaw.com; sfritz@wztslaw.com
- <u>Attorneys for Individual Debtors Alan Gomperts, Daniel Halevy, Susan Haley</u>: **Zev Shechtman, Carol Chow, Turner Falk**: zev.shechtman@salu.com; zshechtman@ecf.inforuptcy.com; carol.chow@saul.com; easter.santamaria@saul.com; turner.falk@saul.com
- <u>Attorneys for Creditor Korth Direct Mortgage, Inc.</u>: **Tanya Behnam**: tbehnam@polsinelli.com, tanyabehnam@gmail.com; ccripe@polsinelli.com; ladocketing@polsinelli.com
- <u>Attorneys for Creditor Archway Real Estate Income Fund I SPE I, LLC</u>: **Michael G. Fletcher, Bruce D. Poltrock, Gerrick Warrington**: mfletcher@frandzel.com; gwarrington@frandzel.com; bpoltrock@frandzel.com; sking@frandzel.com; achase@frandzel.com
- <u>Attorneys for Creditor Wells Fargo National Bank West</u>: **Todd S Garan**: ch11ecf@aldridgepite.com; TSG@ecf.inforuptcy.com; tgaran@aldridgepite.com
- <u>Attorneys for Creditor Harvest Small Business Finance, LLC</u>: **Jacqueline L James**: jjames@hrhlaw.com
- <u>Courtesy NEF/Interested Party Avi Muhtar</u>: **Avi Edward Muhtar**: amuhtar@eaccidents.com
- <u>Courtesy NEF/Interested Party</u>: **Jennifer C Wong**: bknotice@mccartyholthus.com; jwong@ecf.courtdrive.com
- <u>US Trustee's Office</u>: ustpregion16.la.ecf@usdoj.gov; **Kelly L. Morrison**: Kelly.l.morrison@usdoj.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.