ZEV SHECHTMAN (BAR NO. 266280)
Zev.Shechtman@saul.com
CAROL CHOW (BAR NO. 169299)
carol.chow@saul.com
TURNER N. FALK (Admitted pro hac vice)
turner.falk@saul.com
SAUL EWING LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: (310) 255-6100
Facsimile: (310) 255-6200

Attorneys for Alan Gomperts, Daniel Halevy, Susan Halevy, Individual Debtors and Debtors in Possession

Derrick Talerico (State Bar No. 223763)
dtalerico@wztslaw.com
David B. Zolkin (State Bar No. 155410
dzolkin@wztslaw.com
WEINTRAUB ZOLKIN
TALERICO & SELTH LLP
11766 Wilshire Boulevard, Suite 730
Los Angeles, CA 90025
Telephone: (424) 500-8552

Counsel to Debtors Seaton Investments, LLC, Colyton Investments, LLC, Broadway Avenue Investments, LLC, SLA Investments, LLC, and Negev Investments, LLC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>SEATON INVESTMENTS, LLC, *et al.*,<br><br>Debtors and Debtors In Possession.<br><br>☐ Affects All Debtors.<br>☒ Affects Seaton Investments, LLC<br>☒ Affects Colyton Investments, LLC<br>☐ Affects Broadway Avenue Investments, LLC<br>☒ Affects SLA Investments, LLC<br>☒ Affects Negev Investments, LLC<br>☒ Affects Alan Gomperts | Lead Case No. 2:24-bk-12079-VZ<br><br>Jointly Administered with Case Nos.: 2:24-bk-12080-VZ; 2:24-bk-12081-VZ; 2:24-bk-12082-VZ; 2:24-bk-12091-VZ; 2:24-bk-12074-VZ; 2:24-bk-12075-VZ and 2:24-bk-12076-VZ<br><br>Chapter 11<br><br>**AFFECTED DEBTORS' REPLY IN SUPPORT OF MOTION FOR ENTRY OF AN ORDER AUTHORIZING USE OF CASH COLLATERAL PURSUANT TO 11 U.S.C. § 363(C)(2); SUPPLEMENTAL DECLARATION OF ALAN GOMPERTS IN SUPPORT THEREOF** |

52501765.1

☐ Affects Daniel Halevy

☒ Affects Susan Halevy

Hearing:
Date:        June 20, 2024
Time:       11:00 a.m.
Courtroom: 1368
                  255 East Temple St.
                  Los Angeles, CA 90012

Seaton Investments, LLC, ("Seaton"), Colyton Investments, LLC ("Colyton"), Broadway Avenue Investments, LLC ("Broadway"), SLA Investments, LLC ("SLA"), Negev Investments, LLC ("Negev," together with Seaton, Colyton, Broadway, and SLA, the "Corporate Debtors"), Susan Halevy ("Susan" or "Susan Halevy"), Daniel Halevy ("Daniel" or "Daniel Halevy"), and Alan Gomperts ("Alan" or "Alan Gomperts," together with Susan and Daniel, the "Individual Debtors," and the Individual Debtors, collectively with the Corporate Debtors, the "Debtors"), the debtors and debtors-in-possession in the pending jointly administered chapter 11 bankruptcy cases herein (the "Bankruptcy Cases"), hereby file this reply in support of their motion for the entry of an order authorizing use of cash collateral pursuant to 11 U.S.C. § 363(c)(2) (the "Motion").[1]

## I. INTRODUCTION

The Debtors are actively engaged with Archway and Wells Fargo, as to their substantive objections to the Motion, and have negotiated terms with KDM to slightly modify the request for use of cash collateral as to its collateral, the terms of which are set forth below.[2] The Debtors believe that the productive discussions with these secured may lead to agreements for consensual use of cash collateral. For these and the other reasons set forth below and in the Motion, the Debtors respectfully request that the Court approve the interim use of cash collateral and set a final hearing on the approval of cash collateral in approximately two weeks.

---

[1] All capitalized defined terms have the meanings ascribed to them in the Motion.

[2] Having come to an agreement with the Debtors on the use of its cash collateral, KDM did not file an opposition to the Motion.

2

52501765.1

## II. RELEVANT BACKGROUND

The Debtors filed the Motion on June 7, 2024 and obtained expedited consideration of the Motion. (See Dkt. Nos. 87, 91).

Archway Real Estate Income Fund 1 SPE I, LLC ("Archway") filed an objection (See Dkt. No. 99) with respect to the Debtors' use of cash collateral as to its Negev Loan relating to the Foxdale Property, the SLA Loan as to the SLA Property and the Guarantor Loan relating to the Greenfield Property owned by Alan, the Palm Property owned by Susan (or her family trust) and the Horner Property (owned by Daniel). There is no cash collateral as to the Horner Property, as it is used by Daniel and his family as their primary residence.

Wells Fargo Bank N.A. ("Wells Fargo") is a first-lien mortgage creditor on at least two properties owned by Alan: 2220 Bagley Ave, Los Angeles, CA 90034 ("Bagley") and 3538 Greenfield Avenue, Los Angeles, CA 90034 ("Greenfield"). Wells Fargo has filed objections to the Motion with regard to Bagley and Greenfield. (See Dkt. Nos. 100, 101).

Harvest Small Business Finance, LLC ("Harvest") filed an objection with respect to SLA's property at 1040 S. Los Angeles Street, Los Angeles, CA (Dkt. No. 103) concurring with the objections raised by Archway and Wells Fargo.

The Debtors are engaged in negotiations with Wells Fargo and Archway to address the issues raised in their objections with the goal of obtaining consensual use of cash collateral.

## III. DISCUSSION

### A. Resolution of Archway's Objection

#### 1. Accounting

Archway requests that the Debtors account for any postpetition use of Archway's cash collateral. The Debtors will provide such an accounting to Archway before the final hearing on approval of cash collateral.

#### 2. Adequate Protection

Archway requests that the Individual Debtors provide budgets. Susan Halevy and Alan Gomperts have provided proposed budgets for June-September, 2024, attached as Exhibits 10.1

and 10.2 of the Supplemental Declaration of Alan Gomperts.[3]

Archway objects to the use of cash collateral to pay the management fees of Almighty Builders on the basis of its likely status as an insider.[4] Almighty Builders is not a professional person, but rather a building management and maintenance company owned by Debtor Daniel Halevy. The Motion sought authority to use $13,000 of cash collateral to make payments to Almighty Builders for property management services - $5,000 per month each from Debtors' Seaton and Colyton ("KDM's Collateral"), and $3,000 per month from SLA (Archway's collateral). KDM has consented to a reduced monthly payment to Almighty Builders of $7,500 instead of $10,000 to be paid from KDM's cash collateral. The budgeted request for pay $3,000 per month to Almighty Builders on account of services performed for SLA (Archway's collateral) remains at issue. The Debtors maintain that the services provided by Almighty Builders to SLA, as detailed in the Motion and the accompanying Gomperts Declaration, are necessary to maintain the property and good relations with tenants and are budgeted as a fair price.

Next, Archway asserts that the basis for Susan's estimate of the value on the Canon property is lacking. A Debtor may testify as to the value of their own assets as a lay witness pursuant to Fed. R. Evid 701. Archway did not file an evidentiary objection and did not offer evidence of alternative value. The property is an over 6,000 square foot residential lot in Beverly Hills, on Canon Drive, between Olympic Boulevard and Gregory Way. The Zillow estimate of the value is approximately $2.4 million.[5] If this lower value were correct, as opposed to Susan's estimate of $2.6 million, there would still be more than ample equity for the proposed replacement lien.

---

[3] There is no cash collateral in the Daniel Halevy estate,.

[4] The Debtors believe that disclosure of the payments in the context of a cash collateral budget is appropriate and sufficient and that an insider building manager is not a professional person within the meaning of section 327 requiring a separate employment application. If the Court disagrees, the Debtors will file an employment application. The Debtors intend to file a notice of insider compensation.

[5] https://www.zillow.com/homedetails/341-S-Canon-Dr-Beverly-Hills-CA-90212/20512081_zpid/

4

52501765.1

Next, Archway asserts that the replacement lien does not cover room revenue. The Debtors do not oppose the grant of a replacement lien in such collateral.

Finally, Archway asserts that the equity cushion is insufficient and eroding. However, the Debtors do not assert that adequate protection for the use of Archway's cash collateral can come through an equity cushion. The Debtors argues that Archway is adequately protected for the use of its cash collateral for two reasons: (1) preservation of collateral value and (2) a replacement lien in the Canon property. The Canon replacement lien certainly provides ample replacement collateral value to protect the use of Archway's cash collateral.

### 3. **Additional Adequate Protection**

Archway argues that the Court should approve cash collateral only if the Debtor provides additional forms of adequate protection, such as: postpetition accounting, super-priority, insider payments, access to books and records, no prepetition payments, a detailed budget, document productions, cash payments, additional replacement liens, and other forms of adequate protection.

The Debtors are discussing terms with Archway and believe that they may be able to reach reasonable terms with respect to the consensual use of cash collateral. For example, the Debtors are amenable to submitting monthly budgets and variance reports, among other accounting procedures to satisfy Archway.

### B. **Wells Fargo's Objections**

#### 1. **Segregation of Rents**

First, Wells Fargo demands that the cash collateral rents from Bagley and Greenfield be kept segregated. The Debtors are not opposed to cash collateral accounting procedures, but request that they be tailored to the needs of this case and no more burdensome than is necessary to protect Wells Fargo's interest. To lessen the administrative and reporting burdens, if the Court finds segregation of cash collateral to be necessary, the Individual Debtors request that they be permitted to keep one segregated account per Individual Debtor to hold cash collateral rents. This is especially appropriate for Mr. Gomperts, since Wells Fargo is the secured lender for Bagley and Greenfield.

### 2. **Monthly Mortgage Payments**

Second, the objections seek clarification of whether the cash collateral will be used to make monthly mortgage payments. Monthly mortgage payments to Wells Fargo are included in the proposed cash collateral budgets. Mr. Gomperts is current on monthly payments to Wells Fargo for Bagley and Greenfield and will remain current by making future payments from cash collateral. The Court should grant the Individual Debtors authority to remain current on their mortgages by paying monthly mortgage payments out of cash collateral, to preserve the value of the estate and protect Wells Fargo's secured interest.

### 3. **Appraisal Rights**

Third, Wells Fargo requests the right to appraise these properties. Mr. Gomperts does not oppose such appraisals, as they will support the equity cushion asserted in the Motion. Mr. Gomperts also stands ready to testify regarding the properties' value at the hearing on the Motion. The Objections note that valuation testimony by an owner is admissible, and acknowledge that Wells Fargo is likely over-secured. Mr. Gomperts will be protecting Wells Fargo's interest by remaining current on monthly payments, and the large equity cushions available to Wells Fargo further support the requested authority to use cash collateral.

### 4. **Budgeted Repairs**

Fourth, the objections seek clarification of the nature of budgeted repairs. Individual Debtors' counsel has clarified this issue with Wells Fargo's counsel. The budgeted repairs are one-time repairs for painting and plumbing work that will be performed by third-party contractors. Wells Fargo acknowledges that such repairs are "certainly beneficial." (See Dkt. No. 101 at 7). Mr. Gomperts's commitment to make these repairs for the benefit of the estate is another reason in support of the requested authority to use cash collateral.

### C. **Harvest's Objection**

Debtors incorporate by reference the above arguments which are applicable to Harvest's concurrence in Archway's and Wells Fargo's objections.

## IV. CONCLUSION

The Debtors believe that they are likely to obtain the consent of all secured creditors to their use of cash collateral. The Debtors have already made progress in this regard. To afford time for additional negotiations, the Debtors respectfully request that the Court authorize their use of cash collateral on an interim basis through July 11, 2024, and set a final hearing on the approval of use of cash collateral before that date.

Dated: June 18, 2024         **SAUL EWING LLP**

By: */s/ Zev Shechtman*
    Zev Shechtman
    Carol Chow
    Turner N. Falk
Attorneys to Debtors Alan Gomperts,
Daniel Halevy, and Susan Halevy

and

**WEINTRAUB ZOLKIN TALERICO & SELTH LLP**

Derrick Talerico

Counsel to Debtors Seaton Investments, LLC, Colyton Investments, LLC, Broadway Avenue Investments, LLC, SLA Investments, LLC, and Negev Investments, LLC

## SUPPLEMENTAL DECLARATION OF ALAN GOMPERTS

I, Alan Gomperts, declare as follows:

1. I am one of the Individual Debtors in the above-captioned jointly administered chapter 11 bankruptcy cases.

2. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would competently testify to such facts under oath.

3. I make this supplemental declaration in support of the above *Individual Debtors' Reply in Support of Motion by Affected Debtors for Entry of an Order Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. § 363(C)(2)* (the "Reply").

4. I have reviewed the Reply. The facts stated in the Reply are true and correct, to the best of my knowledge, information, and belief.

5. Attached hereto as Exhibit 10.1 and 10.2 are proposed budgets for me and Susan Halevy.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on this 18th day of June, 2024, at Los Angeles, California.

_____
Alan Gomperts

8

52501765.1

# EXHIBIT 10.1

**Alan Gomperts**
**Projected Cash Flow for June - September 2024**
**DRAFT Subject to Revisions**

| | June Month 6 | July Month 7 | August Month 8 | September Month 9 |
|---|---:|---:|---:|---:|
| Monthly Gross Wages | 25,000.00 | 25,000.00 | 25,000.00 | 25,000.00 |
| Annual Bonus | | | | |
| Tax, Medicare, and Social Security deductions | (3,636.00) | (3,636.00) | (3,636.00) | (3,636.00) |
| Voluntary contributions for retirement plans | (2,000.00) | (2,000.00) | (2,000.00) | (2,000.00) |
| Net income from rental property - Greenfield Ave. - Wells Fargo and Archway | 2,545.00 | 2,545.00 | 2,545.00 | 2,545.00 |
| Net income from rental property - Bagley Ave. - Wells Fargo | (1,168.00) | (1,168.00) | (1,168.00) | (1,168.00) |
| Net income from rental property - Canfield Ave - Wells Fargo but not on their books | 2,791.08 | 2,791.08 | 2,791.08 | 2,791.08 |
| Interest Income | 1,600.00 | 1,600.00 | 1,600.00 | 1,600.00 |
| **Net Monthly Income** | **25,132.08** | **25,132.08** | **25,132.08** | **25,132.08** |
| | | | | |
| **Monthly Expenses** | | | | |
| Mortgage on Primary Residence | 3,125.00 | 3,125.00 | 3,125.00 | 3,125.00 |
| Real estate taxes due April 10, 2024 | - | - | - | - |
| Home maintenance, repair, and upkeep expenses | 1,400.00 | 1,400.00 | 1,400.00 | 1,400.00 |
| Utilities | | | | |
| Electricity, heat, natural gas | 375.00 | 375.00 | 375.00 | 375.00 |
| Water, sewer, garbage collection | 180.00 | 180.00 | 180.00 | 180.00 |
| Telephone, cell phone, Internet, satellite, and cable services | 450.00 | 450.00 | 450.00 | 450.00 |
| Food and housekeeping supplies | 6,500.00 | 6,500.00 | 6,500.00 | 6,500.00 |
| Childcare and children's education costs | 10,000.00 | 3,000.00 | 3,000.00 | 3,000.00 |
| Clothing, laundry, and dry cleaning | 900.00 | 900.00 | 900.00 | 900.00 |
| Personal care products and services | 800.00 | 800.00 | 800.00 | 800.00 |
| Medical and dental expenses | 300.00 | 300.00 | 300.00 | 300.00 |
| Transportation. Include gas, maintenance, bus or train fare. | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 |
| Entertainment, clubs, recreation, newspapers, magazines, and books | 1,300.00 | 1,300.00 | 1,300.00 | 1,300.00 |
| Charitable contributions and religious donations | - | - | - | - |
| Life and disability insurance | 167.00 | 167.00 | 167.00 | 167.00 |
| Vehicle insurance ( Tesla paid monthly, other 2 paid every 6 months) | 187.00 | 187.00 | 187.00 | 187.00 |
| Car payments for Vehicle 1 | 721.00 | 721.00 | 721.00 | 721.00 |
| **Total Monthly Expenses** | **27,405.00** | **20,405.00** | **20,405.00** | **20,405.00** |
| | | | | |
| **Cash Flow** | **(2,272.92)** | **4,727.08** | **4,727.08** | **4,727.08** |

10

# EXHIBIT 10.2

**Sue Halevy**
**Projected Cash Flow for Jne - September 2024**

| DRAFT Subject to Revisions | June<br>Month 6 | July<br>Month 7 | August<br>Month 8 | September<br>Month 9 |
|---|---:|---:|---:|---:|
| Net income from rental property - Roxbury Drive - Chase Bank | 6,250.00 | 6,250.00 | 6,250.00 | 6,250.00 |
| Net income from rental property - Palm Drive - Archway and 1st Foundation Bank | 4,550.00 | 4,550.00 | 4,550.00 | 4,550.00 |
| Interest Income | 300.00 | 300.00 | 300.00 | 300.00 |
| Social Security Income | 2,817.00 | 2,817.00 | 2,817.00 | 2,817.00 |
| **Net Monthly Income** | **13,917.00** | **13,917.00** | **13,917.00** | **13,917.00** |
| | | | | |
| **Monthly Expenses** | | | | |
| Mortgage on Primary Residence | 6,789.00 | 6,789.00 | 6,789.00 | 6,789.00 |
| Real estate taxes due April 10, 2024 | - | - | - | - |
| Home maintenance, repair, and upkeep expenses | 295.00 | 295.00 | 295.00 | 295.00 |
| Utilities | 250.00 | 250.00 | 250.00 | 250.00 |
| Electricity, heat, natural gas | 320.00 | 320.00 | 320.00 | 320.00 |
| Water, sewer, garbage collection | 200.00 | 200.00 | 200.00 | 200.00 |
| Telephone, cell phone, Internet, satellite, and cable services | 200.00 | 200.00 | 200.00 | 200.00 |
| Food and housekeeping supplies | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 |
| Clothing, laundry, and dry cleaning | 180.00 | 180.00 | 180.00 | 180.00 |
| Personal care products and services | 120.00 | 120.00 | 120.00 | 120.00 |
| Medical and dental expenses | 150.00 | 150.00 | 150.00 | 150.00 |
| Transportation. Include gas, maintenance, bus or train fare. | | | | |
| Entertainment, clubs, recreation, newspapers, magazines, and books | 180.00 | 180.00 | 180.00 | 180.00 |
| Charitable contributions and religious donations | 260.00 | 260.00 | 260.00 | 260.00 |
| Medical Insurance | 610.00 | 610.00 | 610.00 | 610.00 |
| Vehicle insurance | 410.00 | 410.00 | 410.00 | 410.00 |
| Car payments | | | | |
| Other | - | - | - | - |
| **Total Monthly Expenses** | **11,464.00** | **11,464.00** | **11,464.00** | **11,464.00** |
| | | | | |
| **Cash Flow** | **2,453.00** | **2,453.00** | **2,453.00** | **2,453.00** |

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Saul Ewing LLP, 1888 Century Park East, Suite 1500, Los Angeles, CA 90067

A true and correct copy of the document entitled: **DAFFECTED DEBTORS' REPLY IN SUPPORT OF MOTION FOR ENTRY OF AN ORDER AUTHORIZING USE OF CASH COLLATERAL PURSUANT TO 11 U.S.C. § 363(C)(2); SUPPLEMENTAL DECLARATION OF ALAN GOMPERTS IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On **June 18, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Tanya Behnam on behalf of Creditor Korth Direct Mortgage Inc.
tbehnam@polsinelli.com, tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com

Carol Chow on behalf of Debtor Alan Gomperts
Carol.Chow@saul.com, easter.santamaria@saul.com

Carol Chow on behalf of Debtor Daniel Halevy
Carol.Chow@saul.com, easter.santamaria@saul.com

Carol Chow on behalf of Debtor Susan Halevy
Carol.Chow@saul.com, easter.santamaria@saul.com

Turner Falk on behalf of Debtor Alan Gomperts
turner.falk@saul.com, tnfalk@recap.email

Turner Falk on behalf of Debtor Daniel Halevy
turner.falk@saul.com, tnfalk@recap.email

Turner Falk on behalf of Debtor Susan Halevy
turner.falk@saul.com, tnfalk@recap.email

Michael G Fletcher on behalf of Creditor Archway Real Estate Income Fund I SPE I, LLC
mfletcher@frandzel.com, sking@frandzel.com

Michael G Fletcher on behalf of Creditor Archway real estate income fund
mfletcher@frandzel.com, sking@frandzel.com

Todd S. Garan on behalf of Creditor Wells Fargo National Bank West
ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

Todd S. Garan on behalf of Interested Party Courtesy NEF
ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

Jacqueline L James on behalf of Creditor Harvest Small Business Finance, LLC
jjames@hrhlaw.com

Jacqueline L James on behalf of Interested Party Harvest Small Business Finance, LLC
jjames@hrhlaw.com

Kelly L Morrison on behalf of U.S. Trustee United States Trustee (LA)
kelly.l.morrison@usdoj.gov,
dare.law@usdoj.gov,noreen.madoyan@usdoj.gov,david.s.shevitz@usdoj.gov

Avi Edward Muhtar on behalf of Interested Party Avi Muhtar
amuhtar@crownandstonelaw.com

Bruce D Poltrock on behalf of Creditor Archway Real Estate Income Fund I SPE I, LLC
bpoltrock@frandzel.com, achase@frandzel.com

Zev Shechtman on behalf of Debtor Alan Gomperts
Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com

Zev Shechtman on behalf of Debtor Daniel Halevy
Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com

Zev Shechtman on behalf of Debtor Susan Halevy
Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com

Derrick Talerico on behalf of Debtor Broadway Avenue Investments, LLC
dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com

Derrick Talerico on behalf of Debtor Colyton Investments, LLC
dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com

Derrick Talerico on behalf of Debtor Negev Investments, LLC
dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com

Derrick Talerico on behalf of Debtor SLA Investments, LLC
dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com

Derrick Talerico on behalf of Debtor Seaton Investments, LLC
dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Gerrick Warrington on behalf of Creditor Archway Real Estate Income Fund I SPE I, LLC
gwarrington@frandzel.com, achase@frandzel.com

Gerrick Warrington on behalf of Creditor Archway real estate income fund
gwarrington@frandzel.com, achase@frandzel.com

Jennifer C Wong on behalf of Interested Party Courtesy NEF
bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

☐ Service information continued on attached page

2    **F9013-3.1.PROOF.SERVICE**

52501765.1

**2.    SERVED BY UNITED STATES MAIL:**

On **(date)**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.    SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **June 18, 2024**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**BY PERSONAL DELIVERY**

Hon. Vincent P. Zurzolo
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street, Bin outside of Suite 1360
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 18, 2024 | Easter A. Santa Maria | /s/ Easter A. Santa Maria |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

52501765.1

3    **F9013-3.1.PROOF.SERVICE**