# Wells Fargo Everyday Checking

May 31, 2024 ▪ Page 1 of 4



SUE HALEVY
DEBTOR IN POSSESSION
CH11 CASE #24-12076 (CCA)
257 S LINDEN DR
BEVERLY HILLS CA 90212-3704

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711
**1-800-TO-WELLS** (1-800-869-3557)

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| Service | | Service | |
|---|---|---|---|
| Online Banking | ☑ | Direct Deposit | ☑ |
| Online Bill Pay | ☑ | Auto Transfer/Payment | ☐ |
| Online Statements | ☑ | Overdraft Protection | ☑ |
| Mobile Banking | ☑ | Debit Card | ☑ |
| My Spending Report | ☑ | Overdraft Service | ☐ |

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 5/1 | $60,347.25 |
| Deposits/Additions | 9,351.58 |
| Withdrawals/Subtractions | - 33,406.82 |
| **Ending balance on 5/31** | **$36,292.01** |

Account number: ▮▮▮▮4484

SUE HALEVY
DEBTOR IN POSSESSION
CH11 CASE #24-12076 (CCA)

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): ▮▮▮▮▮

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.



## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 5/1 | | Yula Boys High Retry Pymt 000000208626988 Sue Halevy | | 1,429.50 | 58,917.75 |
| 5/6 | | First Foundation Loan Pymt 240502 000000000000000 00000000001036450 First Foundation Bank | | 6,789.84 | 52,127.91 |
| 5/7 | | Harland Clarke Check/Acc. 050624 00008147575488 Sue Halevy | | 20.00 | 52,107.91 |
| 5/8 | | SSA Treas 310 Xxsoc Sec 050824 xxxxx0735A SSA Sue Halevy | 2,817.00 | | 54,924.91 |
| 5/9 | | Wire Trans Svc Charge - Sequence: 240509154102 Srf# Ow00004460951244 Trn#240509154102 Rfb# Ow00004460951244 | | 25.00 | |
| 5/9 | | WT Fed#09071 Bank of America, N /Ftr/Bnf=Vig Private Lending Inc Srf# Ow00004460951244 Trn#240509154102 Rfb# Ow00004460951244 | | 14,072.50 | |
| 5/9 | | Blueshieldca Bill Pay 240508 18462251071 Sue Halevy | | 498.00 | 40,329.41 |
| 5/14 | | Mobile Deposit : Ref Number :308140564444 | 1,379.00 | | |
| 5/14 | | Mobile Deposit : Ref Number :508140565165 | 1,495.00 | | |
| 5/14 | | Mobile Deposit : Ref Number :009140567690 | 143.24 | | |
| 5/14 | | Mobile Deposit : Ref Number :808140566728 | 147.34 | | |
| 5/14 | | Mobile Deposit : Ref Number :408140564852 | 1,675.00 | | 45,168.99 |
| 5/15 | 261 | Check | | 140.00 | 45,028.99 |
| 5/17 | | eDeposit IN Branch 05/17/24 03:41:00 PM 232 E 2nd St Los Angeles CA | 1,695.00 | | |
| 5/17 | | Zelle to Azizyan Bob on 05/17 Ref #Pp0S8C3V6D Appraisal | | 1,000.00 | 45,723.99 |
| 5/20 | | Newrez-Shellpoin ACH Pmt 240516 0673901500 Halevy David | | 8,350.49 | |
| 5/20 | 201 | Check | | 150.00 | 37,223.50 |
| 5/22 | 202 | Check | | 521.44 | 36,702.06 |
| 5/24 | | Purchase authorized on 05/23 Tesla Insurance SE Fremont CA S384145091305701 Card 5292 | | 410.05 | 36,292.01 |
| Ending balance on 5/31 | | | | | 36,292.01 |
| Totals | | | $9,351.58 | $33,406.82 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Summary of checks written (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 201 | 5/20 | 150.00 | 202 | 5/22 | 521.44 | 261 * | 5/15 | 140.00 |

*\* Gap in check sequence.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 05/01/2024 - 05/31/2024 | Standard monthly service fee $10.00 | You paid $0.00 | |
|---|---|---|---|
| How to avoid the monthly service fee | Minimum required | This fee period | |
| Have any ONE of the following each fee period | | | |
| · Minimum daily balance | $500.00 | $36,292.01 | ✓ |
| · Total amount of qualifying electronic deposits | $500.00 | $2,817.00 | ✓ |
| · Age of primary account owner | 17 - 24 | | ☐ |

May 31, 2024 ■ Page 3 of 4



*Monthly service fee summary (continued)*

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| • Account is linked to a Wells Fargo Campus ATM Card or Campus Debit Card | 1 | 0 ☐ |

RC/RC

# ✔ IMPORTANT ACCOUNT INFORMATION

───────────────

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

───────────────

Other Wells Fargo Benefits

Help take control of your finances with a Wells Fargo personal loan.
Whether it's managing debt, making a large purchase, improving your home, or paying for unexpected expenses, a personal loan may be able to help. See personalized rates and payments in minutes with no impact to your credit score.
Get started at wellsfargo.com/personalloan.

───────────────

Other Wells Fargo Benefits

June 15 is World Elder Abuse Awareness Day, and now is a great time to learn how to help protect yourself and your loved ones from the rising risks of scams. Download a guide at wellsfargo.com/protectelders.

**WELLS FARGO**

## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** Enter the ending balance on this statement.          $ _____

**B** List outstanding deposits and other credits to your account that do not appear on this statement. Enter the total in the column to the right.

| Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| **Total** $ | |

+ $ _____

**C** Add **A** and **B** to calculate the subtotal.          = $ _____

**D** List outstanding checks, withdrawals, other debits to your account that do not appear on this statement. Enter the total in the column to the right.

| Number/Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **Total** $ | |

- $ _____

**E** Subtract **D** from **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.          = $ _____

## Important Information You Should Know

- **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.**
  Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- **If your account has a negative balance:** Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- **In case of errors or questions about your electronic transfers:**
  Telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
  1. Tell us your name and account number (if any).
  2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
  3. Tell us the dollar amount of the suspected error.

  We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

- **In case of errors or questions about other transactions (that are not electronic transfers):**

  Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- To download and print an Account Balance Calculation Worksheet (PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

