**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯ No ⦿ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯ No ◯ N/A ⦿ |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." See 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

| | |
|---|---|
| /s/ Alan Gomperts | Alan Gomperts |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Authorized Representative | 06/20/2024 |
| Title | Date |

UST Form 11-MOR (12/01/2021) - Mac         9

**Negev Investments, LLC**
# Preliminary Balance Sheet
**As of May 31, 2024**

|  | May 31, 24 |
|---|---:|
| **ASSETS** | |
|   **Current Assets** | |
|     **Checking/Savings** | |
|       Farmers Checking | 92.06 |
|       Farmers Tax Account | 200.00 |
|     **Total Checking/Savings** | 292.06 |
|     **Other Current Assets** | |
|       Receivable - Seapiper | 16,791.90 |
|     **Total Other Current Assets** | 16,791.90 |
|   **Total Current Assets** | 17,083.96 |
|   **Fixed Assets** | |
|     Accumelated Depreciation Solar | -119,785.00 |
|     Accumulated Depreciation | -173,594.00 |
|     Building Improvements - Solar | 171,200.00 |
|     Buildings and Improvements | 954,800.00 |
|     Land | 145,200.00 |
|   **Total Fixed Assets** | 977,821.00 |
| **TOTAL ASSETS** | **994,904.96** |
| **LIABILITIES & EQUITY** | |
|   **Liabilities** | |
|     **Current Liabilities** | |
|       **Other Current Liabilities** | |
|         Member Loan | 200.00 |
|         Note Payable - Ygrene | 160,357.43 |
|       **Total Other Current Liabilities** | 160,557.43 |
|     **Total Current Liabilities** | 160,557.43 |
|   **Total Liabilities** | 160,557.43 |
|   **Equity** | |
|     Members Equity | 834,655.47 |
|     Net Income | -307.94 |
|   **Total Equity** | 834,347.53 |
| **TOTAL LIABILITIES & EQUITY** | **994,904.96** |

**Negev Investments, LLC**
## Preliminary Profit & Loss
**May 2024**

|  | May 24 |
|---|---:|
| **Net Income** | 0.00 |

**Negev Investments, LLC**
## Statement of Cash Flows
**May 2024**

|  | May 24 |
|---|---:|
| **Cash at beginning of period** | 292.06 |
| **Cash at end of period** | **292.06** |

**Negev Investments, LLC**  **Case No. 2-24-bk-12091-VZ**  **May-24**

**PART 5 - Schedule of Payments to Professionals**

| Professional/Role | Date of Retention | Retainer Paid Prepetition | Retainer Paid At Petition Date | Fees Approved by Court During Mo. | Fees Approved by Court Cumulative | Expenses Approved by Court During Mo. | Expenses Approved by Court Cumulative | Retainer Applied During Mo. | Retainer Applied Cumulative | Fees Paid (over retainer) During Mo. | Fees Paid (over retainer) Cumulative | Expenses Paid (over retainer) During Mo. | Expenses Paid (over retainer) Cumulative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Weintraub Zolkin Talerico & Selth LLP (Insolvency Counsel) | 5/28/204 effective as of 3/19/24 | $ 10,000.00 | $ 7,017.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

**Negev Investments, LLC**
**Insurance Schedule**

| Name of Insurance Carrier | Type of Insurance | Policy Number | Policy Expiration Date | Payment Date |
|---|---|---|---|---|
| Great Lakes Insurance SE | Building and General Liability | KGLPK001122-01 | 2/3/25 | Monthly Payments |

Policy in the name of Seapiper Inn, Inc., Negev Investments, LLC Listed as additional Insured.

**Negev Investments, LLC**
## Reconciliation Summary
**Farmers Checking, Period Ending 05/31/2024**

|  | May 31, 24 |
|---|---:|
| **Beginning Balance** | 92.06 |
| **Cleared Balance** | 92.06 |
| **Register Balance as of 05/31/2024** | 92.06 |
| **Ending Balance** | 92.06 |

| | |
|---|---|
| Date | 5/31/24 |
| Account No. | 5635 |
| | Page 1 of 2 |

NEGEV INVESTMENTS LLC
DIP CASE NO 2:24-BK-12091-VZ
OPERATING ACCOUNT
257 S LINDEN DRIVE
BEVERLY HILLS CA  90212-0000



Strong liquidity.
White-glove service.
F&M Bank.
Some things will always be.

## Account Title

Negev Investments LLC
DIP Case No 2:24-bk-12091-VZ
Operating Account

## Bankruptcy Trustee Summary

| | | | |
|---|---|---|---|
| Account Number | 5635 | Number of Enclosures | 0 |
| Beginning Balance | 92.06 | Statement Dates | 5/01/24 thru 6/02/24 |
| Deposits/Credits | 0.00 | Days in the statement period | 33 |
| Checks/Debits | 0.00 | Average Ledger | 92.06 |
| Service Charge | 0.00 | | |
| Interest Paid | 0.00 | | |
| Ending Balance | 92.06 | | |

## Checking Account Daily Balances

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 5/01 | 92.06 | | | | |

## End of Statement

Thank you for banking with Farmers & Merchants Bank.

Questions? Call us: (866) 437-0011





NMLS# 537388

Date 5/31/24
Account No. 5635
Page 2 of 2

Bankruptcy Trustee                          5635 (continued)

  

F&M Bank does not charge for this service, however, your wireless carrier may charge you fees related to this service.

Questions? Call us: (866) 437-0011

  

NMLS# 537388

**Negev Investments, LLC**

# Reconciliation Summary

**Farmers Tax Account, Period Ending 05/31/2024**

|  | **May 31, 24** |
|---|---:|
| **Beginning Balance** | 200.00 |
| **Cleared Balance** | 200.00 |
| **Register Balance as of 05/31/2024** | 200.00 |
| **Ending Balance** | 200.00 |



Date 5/31/24
Account No. 5643
Page 1 of 2

NEGEV INVESTMENTS LLC
DIP CASE NO 2:24-BK-12091-VZ
TAX ACCOUNT
257 S LINDEN DRIVE
BEVERLY HILLS CA  90212-0000



Strong liquidity.
White-glove service.
F&M Bank.
Some things will always be.

### Account Title

Negev Investments LLC
DIP Case No 2:24-bk-12091-VZ
Tax Account

### Bankruptcy Trustee Summary

| | | | |
|---|---:|---|---:|
| Account Number | 5643 | Number of Enclosures | 0 |
| Beginning Balance | 200.00 | Statement Dates | 5/01/24 thru 6/02/24 |
| Deposits/Credits | 0.00 | Days in the statement period | 33 |
| Checks/Debits | 0.00 | Average Ledger | 200.00 |
| Service Charge | 0.00 | | |
| Interest Paid | 0.00 | | |
| Ending Balance | 200.00 | | |

### Checking Account Daily Balances

| Date | Balance | Date | Balance | Date | Balance |
|---|---:|---|---:|---|---:|
| 5/01 | 200.00 | | | | |

### End of Statement

Thank you for banking with Farmers & Merchants Bank.

**Questions? Call us: (866) 437-0011**





NMLS# 537388

Date 5/31/24
Account No. 5643
Page 2 of 2

Bankruptcy Trustee                                    5643 (continued)

 



F&M Bank does not charge for this service, however, your wireless carrier may charge you fees related to this service.

Questions? Call us: (866) 437-0011

  

NMLS# 537388

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
11766 Wilshire Blvd, Suite 730, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled (*specify*): **MONTHLY OPERATING REPORT – MAY 31, 2024** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) June 21, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See attached NEF Service List

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*)_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 21, 2024 | Martha E. Araki | /s/ Martha E. Araki |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

Seaton Investments, LLC – Jointly Administered

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Attorneys for Corporate Debtors Seaton Investment, LLC, Colyton Investments, LLC, Broadway Avenue Investments, LLC, Negev Investments, LLC, SLA Investments, LCC.: **Derrick Talerico**: dtalerico@wztslaw.com; maraki@wztslaw.com; sfritz@wztslaw.com
- Attorneys for Individual Debtors Alan Gomperts, Daniel Halevy, Susan Haley: **Zev Shechtman, Carol Chow, Turner Falk**: zev.shechtman@salu.com; zshechtman@ecf.inforuptcy.com; carol.chow@saul.com; easter.santamaria@saul.com; turner.falk@saul.com
- Attorneys for Creditor Korth Direct Mortgage, Inc.: **Tanya Behnam**: tbehnam@polsinelli.com, tanyabehnam@gmail.com; ccripe@polsinelli.com; ladocketing@polsinelli.com
- Attorneys for Creditor Archway Real Estate Income Fund I SPE I, LLC: **Michael G. Fletcher, Bruce D. Poltrock, Gerrick Warrington**: mfletcher@frandzel.com; gwarrington@frandzel.com; bpoltrock@frandzel.com; sking@frandzel.com; achase@frandzel.com
- Attorneys for Creditor Wells Fargo National Bank West: **Todd S Garan**: ch11ecf@aldridgepite.com; TSG@ecf.inforuptcy.com; tgaran@aldridgepite.com
- Attorneys for Creditor Harvest Small Business Finance, LLC: **Jacqueline L James**: jjames@hrhlaw.com
- Courtesy NEF/Interested Party Avi Muhtar: **Avi Edward Muhtar**: amuhtar@eaccidents.com
- Courtesy NEF/Interested Party: **Jennifer C Wong**: bknotice@mccartyholthus.com; jwong@ecf.courtdrive.com
- US Trustee's Office: ustpregion16.la.ecf@usdoj.gov; **Kelly L. Morrison**: Kelly.l.morrison@usdoj.gov

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**