Attorney or Professional Name, Address, Telephone and FAX
ZEV SHECHTMAN (BAR NO. 266280)
Zev.Shechtman@saul.com
CAROL CHOW (BAR NO. 169299)
carol.chow@saul.com
TURNER N. FALK (Admitted pro hac vice)
turner.falk@saul.com
SAUL EWING LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: (310) 255-6100
Facsimile: (310) 255-6200

Attorneys for Alan Gomperts, Daniel Halevy and Susan Halevy
Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re:

SEATON INVESTMENTS, LLC, *et al.*,

Debtors and Debtors In Possession.

☐ Affects All Debtors.
☐ Affects Seaton Investments, LLC
☐ Affects Colyton Investments, LLC
☐ Affects Broadway Avenue Investments, LLC
☐ Affects SLA Investments, LLC
☐ Affects Negev Investments, LLC
☒ Affects Alan Gomperts
☒ Affects Daniel Halevy
☒ Affects Susan Halevy

Debtors

Chapter 11 Lead Case No. 2:24-bk-12079-VZ

Jointly Administered with Case Nos.:
2:24-bk-12080-VZ; 2:24-bk-12081-VZ; 2:24-bk-12082-VZ; 2:24-bk-12091-VZ; 2:24-bk-12074-VZ; 2:24-bk-12075-VZ and 2:24-bk-12076-VZ

**Professional Fee Statement**

Number:    3

Month of:    May    , 2024

| | |
|---|---|
| 1. Name of Professional: | Saul Ewing LLP |
| 2. Date of entry of order approving employment of the professional: | April 30, 2024 |
| 3. Total amount of pre-petition payments received by the professional: | $ 0.00 |
| 4. Less: Total amount of pre-petition services rendered and expenses: | - 0.00 |
| 5. Balance of funds remaining on date of filing of petition: | $ 151,355.40 |
| 6. Less: Total amount of all services rendered per prior fee statements: (Line 6 is not used when filing Statement Number 1). | - 69,966.50 |
| 7. Less: Total amount of services and expenses this reporting period: | - 21,705.09 |
| 8. Balance of funds remaining for next reporting period: | $ 59,663.81 |

-2-

> DETAILED DOCUMENTATION SUPPORTING THE PROFESSIONAL FEES EARNED AND THE EXPENSES INCURRED DURING THIS REPORTING PERIOD HAS BEEN SERVED ON THE UNITED STATES TRUSTEE. A COPY OF THE DETAILED DOCUMENTATION WILL BE PROVIDED BY THE PROFESSIONAL TO ANY PARTY UPON REQUEST. FEES AND COSTS WILL BE WITHDRAWN FROM THE TRUST ACCOUNT IN THE AMOUNT STATED IN ITEM 7 ABOVE UNLESS AN OBJECTION IS FILED WITH THE CLERK OF THE COURT AND SERVED ON THE PROFESSIONAL NAMED ABOVE WITHIN 10 DAYS FROM THE DATE OF SERVICE OF THIS STATEMENT.

| 9. Total number of pages attached hereto: | 10 |
|---|---|

The above is a true and correct statement of fees earned and expenses incurred during the indicated reporting period.

Dated: 6/20/2024

Turner N. Falk  
Type Name of Professional

*/s/ Turner N. Falk*  
Signature of Professional

Type Name of Attorney for Professional (if applicable)

Signature of Attorney for Professional (if applicable)