| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Zev Shechtman (SBN: 266280)<br>zev.shechtman@saul.com<br>Carol Chow (SBN: 169299)<br>carol.chow@saul.com<br>SAUL EWING LLP<br>1888 Century Park East, Suite 1500<br>Los Angeles, California 90067<br>Telephone:  310-255-6100<br>Facsimile:  310-255-6200<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* Debtors Alan Gomperts, Daniel Halevy, and Susan Halevy | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>SEATON INVESTMENTS, LLC, *et al,*<br><br>Debtors and Debtors in Possession | CASE NO.: 2:24-bk-12079-VZ<br><br>Jointly Administered with Case Nos.:<br>2:24-bk-12080-VZ; 2:24-bk-12081-VZ; 2:24-bk-12082-VZ;<br>2:24-bk-12091-VZ; 2:24-bk-12074-VZ; 2:24-bk-12075-VZ<br>and 2:24-bk-12076-VZ<br><br>CHAPTER: 11 |
|---|---|
| ☐ Affects All Debtors.<br>☐ Affects Seaton Investments, LLC<br>☐ Affects Colyton Investments, LLC<br>☐ Affects Broadway Avenue Investments, LLC<br>☒ Affects SLA Investments, LLC<br>☒ Affects Negev Investments, LLC<br>☒ Affects Alan Gomperts<br>☐ Affects Daniel Halevy<br>☒ Affects Susan Halevy | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion[1]*):<br>**MOTION BY AFFECTED DEBTORS FOR ENTRY OF AN ORDER AUTHORIZING USE OF CASH COLLATERAL PURSUANT TO 11 U.S.C.§ 363(C)(2); DECLARATION OF ALAN GOMPERTS, SUSAN HALEVY, DANIEL HALEVY AND DERRICK TALERICO IN SUPPORT THEREOF [DKT. 87]** |

PLEASE TAKE NOTE that the order titled  ORDER: (1) SCHEDULING CONTINUED HEARING ON MOTION TO AUTHORIZE USE CASH COLLATERAL; AND (2) AUTHORIZING INTERIM USE OF CASH COLLATERAL PURSUANT TO 11 U.S.C. § 363(C)(2)

was lodged on (*date*)  07/11/2024       and is attached. This order relates to the motion which is docket number 87.

---

[1] Please abbreviate if title cannot fit into text field.

Zev Shechtman (State Bar No. 266280)
Zev.Shechtman@saul.com
Carol Chow (State Bar No. 169299)
carol.chow@saul.com
Turner N. Falk (Admitted pro hac vice)
turner.falk@saul.com
SAUL EWING LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: (310) 255-6100

Counsel to Debtors
Alan Gomperts, Daniel Halevy, and
Susan Halevy

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>SEATON INVESTMENTS, LLC, *et al.*,<br><br>　　　　Debtors and Debtors in Possession. | Lead Case No. 2:24-bk-12079-VZ<br><br>Jointly Administered with Case Nos.:<br>2:24-bk-12080-VZ; 2:24-bk-12081-VZ;<br>2:24-bk-12082-VZ; 2:24-bk-12091-VZ;<br>2:24-bk-12074-VZ; 2:24-bk-12075-VZ<br>and 2:24-bk-12076-VZ<br><br>Chapter 11 |

|   |   |
|---|---|
| ☐ Affects All Debtors. | **ORDER:** |
| ☐ Affects Seaton Investments, LLC | **(1) SCHEDULING CONTINUED HEARING ON MOTION TO AUTHORIZE USE CASH COLLATERAL; AND** |
| ☐ Affects Colyton Investments, LLC | |
| ☐ Affects Broadway Avenue Investments, LLC | **(2) AUTHORIZING INTERIM USE OF CASH COLLATERAL PURSUANT TO 11 U.S.C. § 363(C)(2)** |
| ☒ Affects SLA Investments, LLC | |
| ☒ Affects Negev Investments, LLC | Initial Hearing: |
| ☒ Affects Alan Gomperts | Date: June 20, 2024<br>Time: 11:00 a.m.<br>Crtrm.: 1368 |
| ☐ Affects Daniel Halevy | |
| ☒ Affects Susan Halevy | Continued Hearing:<br>Date: July 23, 2024<br>Time: 11:00 a.m.<br>Crtrm.: 1368 |

On June 20, 2024, at 11:00 a.m., the Court held a hearing (the "Hearing") on shortened time on the *Motion By Affected Debtors For Entry Of An Order Authorizing Use Of Cash Collateral Pursuant To 11 U.S.C. § 363(c)(2)* ("Motion") [Dkt. No. 87] filed by Seaton Investments, LLC, ("Seaton"), Colyton Investments, LLC ("Colyton"), SLA Investments, LLC ("SLA"), Negev Investments, LLC ("Negev,"), Susan Halevy ("Susan" or "Susan Halevy"), and Alan Gomperts ("Alan" or "Alan Gomperts,"), the debtors and debtors-in-possession (the "Debtors") in the above-entitled jointly administered chapter 11 bankruptcy cases (the "Bankruptcy Cases").

Oppositions to the Motion were filed by Archway Real Estate Income Fund I SPI I, LLC ("Archway"), Wells Fargo Bank National West [Dkt. Nos. 100 (Bagley Property) and 101 (Greenfield Property)], and Harvest Small Business Finance, LLC (the "Lenders,"). (The Debtors together with the Lenders are jointly referred to herein as the "Parties").[1] The Debtors filed an omnibus reply to the oppositions filed by the Lenders. Arguments made during the Hearing were

---

[1] The Motion also sought relief with respect to debtors Seaton and Colyton. Relief on the Motion as it pertains to Seaton and Colyton will be addressed by a separate order.

2

52606844.2
390855-00001

as reflected -in the record. Appearances at the Hearing, in person, or via telephone, were made as reflected in the record.

After considering the Motion, the declaration and other evidence submitted in support of the Motion, the record in this bankruptcy case, the abovementioned oppositions to the Motion and the arguments made during the Hearing, the Court having found notice to have been proper under the circumstances, based on the findings made on the record during the Hearing, and good cause appearing,

THE COURT HEREBY ORDERS AS FOLLOWS:

1. The Motion is granted as modified by this Order on an interim basis through and including July 23, 2024.

2. There will be a continued hearing on the Motion on July 23, 2024 at 11:00 a.m.

3. The Debtors shall file a status report, any supplement to the Motion and any new proposed budget by July 16, 2024

4. The approval of interim use of cash collateral is without prejudice to objections raised with respect to the Motion as to approval of cash collateral beyond July 23, 2024.

5. The Lenders' objections, rights, and remedies with respect to their oppositions are reserved and preserved.

6. Grant of Replacement Liens and Other Adequate Protection. During the Interim Period, the Lenders shall be granted adequate protection as follows: (i) a valid, enforceable, fully perfected, and unavoidable replacement lien in favor of the Lenders (the "Replacement Liens") on all of the applicable Debtor's post-petition assets or interests in the collateral acquired retro-active to the Petition Date of the same type and categories that the Lenders had a lien on or security interest in their respective collateral as of the Petition Date provided, however, that the Replacement Liens shall have the same scope, validity, perfection, extent, relative priority and enforceability as the Lenders' pre-Petition Date security interests in the collateral; and further provided, however, that the Replacement Liens shall be subordinate to the allowed and approved fees and expenses (but not professional fees) of a trustee, if any, appointed in any superseding Chapter 7 case; and (ii) as additional adequate protection, payments to the Lenders as set forth in the Debtors' interim budget.

3

7. Lenders' liens upon, and security interests in, the replacement collateral shall be deemed perfected without any other act or filing upon entry of this Order.

8. The Debtors shall not use Archway's cash collateral for any purpose except ordinary costs of repair, upkeep, maintenance, and insurance of and for the Archway properties, as those specific line items are set forth in the budgets attached to the Motion, unless Archway provides additional consent.

9. All cash collateral will be accounted for in Debtors' books and records.

10. The Debtors will not use cash collateral during the pendency of this case for any purpose which is not authorized by the Bankruptcy Code or by an order of the Court.

IT IS SO ORDERED

###

52606844.2
390855-00001

4

**Approved as to form:**

FRANDZEL ROBINS BLOOM & CSATO, L.C.

By:_____
Gerrick M. Warrington, attorneys for **ARCHWAY REAL ESTATE INCOME FUND I SPE I, LLC**

HEMAR, ROUSSO & HEALD, LLP

By:_____
Jacqueline L. James , attorneys for **HARVEST SMALL BUSINESS FINANCE, LLC**

ALDRIDGE PITE, LLP

By:_____
Todd S. Garan , attorneys for **WELLS FARGO BANK NATIONAL WEST**

5

52606844.2
390855-00001

1
2    **Approved as to form:**

3    FRANDZEL ROBINS BLOOM & CSATO, L.C.

4    By:_____
     Gerrick M. Warrington, attorneys for **ARCHWAY
5    REAL ESTATE INCOME FUND I SPE I, LLC**

6    HEMAR, ROUSSO & HEALD, LLP

7    By:_____
     Jacqueline L. James , attorneys for **HARVEST
8    SMALL BUSINESS FINANCE, LLC**

9    ALDRIDGE PITE, LLP

10   By:_____
     Todd S. Garan , attorneys for **WELLS FARGO
11   BANK NATIONAL WEST**

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

5

52606844.2
390855-00001

**Approved as to form:**

FRANDZEL ROBINS BLOOM & CSATO, L.C.

By:_____
Gerrick M. Warrington, attorneys for **ARCHWAY REAL ESTATE INCOME FUND I SPE I, LLC**

HEMAR, ROUSSO & HEALD, LLP

By:_____
Jacqueline L. James , attorneys for **HARVEST SMALL BUSINESS FINANCE, LLC**

ALDRIDGE PITE, LLP

By:_____
Todd S. Garan , attorneys for **WELLS FARGO BANK NATIONAL WEST**

5

52606844.2
390855-00001

 **Bankruptcy LODGED ORDER UPLOAD FORM**

Thursday, July 11, 2024

CONFIRMATION :

Your Lodged Order Info:
( **11305346.docx** )
A new order has been added

- **Office**: Los Angeles
- **Case Title**: Seaton Investments, LLC
- **Case Number**: 24-12079
- **Judge Initial**: VZ
- **Case Type**: bk ( Bankruptcy )
- **Document Number**: 87
- **On Date**: 07/11/2024 @ 12:09 PM

Thank You!

---

United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 East Temple Street
Los Angeles, CA 90012

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Saul Ewing LLP, 1888 Century Park East, Suite 1500, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE: MOTION BY AFFECTED DEBTORS FOR ENTRY OF AN ORDER AUTHORIZING USE OF CASH COLLATERAL PURSUANT TO 11 U.S.C.§ 363(C)(2); DECLARATION OF ALAN GOMPERTS, SUSAN HALEVY, DANIEL HALEVY AND DERRICK TALERICO IN SUPPORT THEREOF [DKT. 87]**   will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) July 11, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on July 11, 2024 , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**BY PERSONAL DELIVERY:**

Hon. Vincent P. Zurzolo
U.S. Bankrtupcy Court-Roybal Federal Buildling
255 E. Temple Street, Bin outside of Suite 1360
Los Angeles, CA  90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 11, 2024 | Easter A. Santa Maria | *Easter A. Santa Maria* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.BK.NOTICE.LODGMENT**

**SERVICE LIST BY NEF:**

Tanya Behnam on behalf of Creditor Korth Direct Mortgage Inc.
tbehnam@polsinelli.com,
tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com

Carol Chow on behalf of Debtor Alan Gomperts
Carol.Chow@saul.com, easter.santamaria@saul.com

Carol Chow on behalf of Debtor Daniel Halevy
Carol.Chow@saul.com, easter.santamaria@saul.com

Carol Chow on behalf of Debtor Susan Halevy
Carol.Chow@saul.com, easter.santamaria@saul.com

Turner Falk on behalf of Debtor Alan Gomperts
turner.falk@saul.com, tnfalk@recap.email

Turner Falk on behalf of Debtor Daniel Halevy
turner.falk@saul.com, tnfalk@recap.email

Turner Falk on behalf of Debtor Susan Halevy
turner.falk@saul.com, tnfalk@recap.email

Michael G Fletcher on behalf of Creditor Archway Real Estate Income Fund I SPE I, LLC
mfletcher@frandzel.com, sking@frandzel.com

Michael G Fletcher on behalf of Creditor Archway real estate income fund
mfletcher@frandzel.com, sking@frandzel.com

Todd S. Garan on behalf of Creditor Wells Fargo National Bank West
ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

Todd S. Garan on behalf of Interested Party Courtesy NEF
ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

Jacqueline L James on behalf of Creditor Harvest Small Business Finance, LLC
jjames@hrhlaw.com

Jacqueline L James on behalf of Interested Party Harvest Small Business Finance, LLC
jjames@hrhlaw.com

Kelly L Morrison on behalf of U.S. Trustee United States Trustee (LA)
kelly.l.morrison@usdoj.gov

Avi Edward Muhtar on behalf of Interested Party Avi Muhtar
amuhtar@crownandstonelaw.com

Bruce D Poltrock on behalf of Creditor Archway Real Estate Income Fund I SPE I, LLC

bpoltrock@frandzel.com, achase@frandzel.com

Zev Shechtman on behalf of Debtor Alan Gomperts
Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com

Zev Shechtman on behalf of Debtor Daniel Halevy
Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com

Zev Shechtman on behalf of Debtor Susan Halevy
Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com

Derrick Talerico on behalf of Debtor Broadway Avenue Investments, LLC
dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com

Derrick Talerico on behalf of Debtor Colyton Investments, LLC
dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com

Derrick Talerico on behalf of Debtor Negev Investments, LLC
dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com

Derrick Talerico on behalf of Debtor SLA Investments, LLC
dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com

Derrick Talerico on behalf of Debtor Seaton Investments, LLC
dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Gerrick Warrington on behalf of Creditor Archway Real Estate Income Fund I SPE I, LLC
gwarrington@frandzel.com, achase@frandzel.com

Gerrick Warrington on behalf of Creditor Archway real estate income fund
gwarrington@frandzel.com, achase@frandzel.com

Jennifer C Wong on behalf of Interested Party Courtesy NEF
bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com