| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Derrick Talerico (SBN 223763)<br>David B. Zolkin (SBN 155410)<br>WEINTRAUB ZOLKIN TALERICO & SELTH LLP<br>11766 Wilshire Blvd., Suite 730<br>Los Angeles, CA 90025<br>Telephone: 424-500-8552<br>Email:  dtalerico@wztslaw.com<br>          dzolkin@wztslaw.com<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* Corporate Debtors | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>SEATON INVESTMENTS, LLC,<br><br>                                    Debtor.<br><br>___ Affects all Debtors.<br> X  Affects Seaton Investments, LLC<br> X  Affects Colyton Investments, LLC<br>___ Affects Broadway Avenue Investments, LLC<br>___ Affects SLA Investments, LLC<br>___ Affects Negev Investments, LLC<br>___ Affects Susan Halevy<br>___ Affects Daniel Halevy<br>___ Affects Alan Gomperts<br><br>                                    Debtor(s) | CASE NO.: 2:24-bk-12079-VZ<br><br>Jointly Administered with Case Nos.<br>    2:24-bk-12080-VZ<br>    2:24-bk-12081-VZ<br>    2:24-bk-12082-VZ<br>    2:24-bk-12091-VZ<br>    2:24-bk-12076-VZ<br>    2:24-bk-12075-VZ<br>    2:24-bk-12074-VZ<br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion[1]*):<br>**MOTION BY AFFECTED DEBTORS FOR ENTRY OF AN ORDER AUTHORIZING USE OF CASH COLLATERAL PURSUANT TO 11 U.S.C. § 363(c)(2)** |

PLEASE TAKE NOTE that the order titled ORDER: AUTHORIZING INTERIM USE OF CASH COLLATERAL PURSUANT TO 11 U.S.C. § 363(c)(2)
was lodged on (*date*) July 10, 2024 and is attached.  This order relates to the motion which is docket number 87.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                        Page 1                                **F 9021-1.2.BK.NOTICE.LODGMENT**

Derrick Talerico (State Bar No. 223763)
dtalerico@wztslaw.com
David B. Zolkin (State Bar No. 155410
dzolkin@wztslaw.com
WEINTRAUB ZOLKIN
TALERICO & SELTH LLP
11766 Wilshire Boulevard, Suite 730
Los Angeles, CA 90025
Telephone: (424) 500-8552

Counsel to Debtors Seaton Investments, LLC,
Colyton Investments, LLC, Broadway Avenue
Investments, LLC, SLA Investments, LLC, and Negev Investments, LLC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| In re:<br><br>SEATON INVESTMENTS, LLC, *et al.*,<br><br>Debtors and Debtors in Possession.<br><br>☐ Affects All Debtors.<br>☒ Affects Seaton Investments, LLC<br>☒ Affects Colyton Investments, LLC<br>☐ Affects Broadway Avenue Investments, LLC<br>☐ Affects SLA Investments, LLC<br>☐ Affects Negev Investments, LLC<br>☐ Affects Alan Gomperts<br>☐ Affects Daniel Halevy<br>☐ Affects Susan Halevy | Lead Case No. 2:24-bk-12079-VZ<br><br>Jointly Administered with Case Nos.:<br>2:24-bk-12080-VZ; 2:24-bk-12081-VZ;<br>2:24-bk-12082-VZ; 2:24-bk-12091-VZ;<br>2:24-bk-12074-VZ; 2:24-bk-12075-VZ<br>and 2:24-bk-12076-VZ<br><br>Chapter 11<br><br>**ORDER: AUTHORIZING INTERIM USE OF CASH COLLATERAL PURSUANT TO 11 U.S.C. § 363(C)(2)**<br><br>Hearing:<br>Date: June 20, 2024<br>Time: 11:00 a.m.<br>Crtrm.: 1368<br><br>Continued Hearing:<br>Date: July 23, 2024<br>Time: 11:00 a.m.<br>Crtrm.: 1368 |
|---|---|

1

On June 20, 2024, at 11:00 a.m., the Court held a hearing (the "Hearing") on shortened time on the *Motion By Affected Debtors For Entry Of An Order Authorizing Use Of Cash Collateral Pursuant To 11 U.S.C. § 363(c)(2)* ("Motion") [Dkt. No. 87] filed by Seaton Investments, LLC, ("Seaton"), Colyton Investments, LLC ("Colyton"), SLA Investments, LLC ("SLA"), Negev Investments, LLC ("Negev,"), Susan Halevy ("Susan" or "Susan Halevy"), and Alan Gomperts ("Alan" or "Alan Gomperts,"), the debtors and debtors-in-possession (the "Debtors") in the above-entitled jointly administered chapter 11 bankruptcy cases (the "Bankruptcy Cases").

No opposition to the Motion was filed by creditors secured by real property owned by debtors Seaton and Colyton. In particular, the senior secured lender on the Seaton and Colyton property, KDM California LLC ("KDM"), did not oppose the Motion.[1] KDM's decision not to oppose the Motion was based in part upon an agreement with debtors Seaton and Colyton that KDM would consent to the proposed use of cash collateral set forth in the Motion with one change: instead of an allowance of $10,000 per month ($5,000 per debtor) to be paid to Almighty Builders Inc. ("Almighty Builders"), KDM consents to $7,500 per month of its cash collateral to be paid to Almighty Builders on account of property management services. Seaton and Colyton agreed to KDM's terms.

After considering the Motion and Seaton's and Colyton's representation of the agreement with KDM regarding use of cash collateral, the Court having found notice to have been proper under the circumstances, and good cause appearing,

**THE COURT HEREBY ORDERS AS FOLLOWS:**

1.   The Motion is granted as modified by this Order on a final basis as to debtors Seaton and Colyton only.

---

[1] The Motion also sought relief with respect to property owned by debtors SLA, Negev, Susan Halevy, and Alan Gomperts. Various creditors opposed relief against these debtors (the "Oppositions"). A separate order addresses interim relief for use of cash collateral as to these debtors and continues the hearing on the Motion and the Oppositions to July 23, 2024.

2. Seaton and Colyton are authorized to use cash collateral as proposed by budget attached as Exhibit 1 to the Declaration of Alan Gomperts submitted in support of the Motion [Dkt. 87], except the "Management Fee" of $10,000 is approved at the lower amount of $7,500.

**IT IS SO ORDERED**

###

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

   11766 Wilshire Blvd, Suite 730, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) July 12, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See attached NEF service list

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) July 12, 2024, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Vincent Zurzolo         (via Priority Mail)
United States Bankruptcy Court
255 E Temple St, Bin outside of Suite 1360
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 12, 2024 | Martha E. Araki | /s/ Martha E. Araki |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*          Page 2          **F 9021-1.2.BK.NOTICE.LODGMENT**

Seaton Investments, LLC – Jointly Administered

**1**. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

- <u>Attorneys for Corporate Debtors Seaton Investment, LLC, Colyton Investments, LLC, Broadway Avenue Investments, LLC, Negev Investments, LLC, SLA Investments, LCC.</u>: **Derrick Talerico**: dtalerico@wztslaw.com; maraki@wztslaw.com; sfritz@wztslaw.com
- <u>Attorneys for Individual Debtors Alan Gomperts, Daniel Halevy, Susan Haley</u>: **Zev Shechtman, Carol Chow, Turner Falk**: zev.shechtman@salu.com; zshechtman@ecf.inforuptcy.com; carol.chow@saul.com; easter.santamaria@saul.com; turner.falk@saul.com
- <u>Attorneys for Creditor Korth Direct Mortgage, Inc.</u>: **Tanya Behnam**: tbehnam@polsinelli.com, tanyabehnam@gmail.com; ccripe@polsinelli.com; ladocketing@polsinelli.com
- <u>Attorneys for Creditor Archway Real Estate Income Fund I SPE I, LLC</u>: **Michael G. Fletcher, Bruce D. Poltrock, Gerrick Warrington**: mfletcher@frandzel.com; gwarrington@frandzel.com; bpoltrock@frandzel.com; sking@frandzel.com; achase@frandzel.com
- <u>Attorneys for Creditor Wells Fargo National Bank West</u>: **Todd S Garan**: ch11ecf@aldridgepite.com; TSG@ecf.inforuptcy.com; tgaran@aldridgepite.com
- <u>Attorneys for Creditor Harvest Small Business Finance, LLC</u>: **Jacqueline L James**: jjames@hrhlaw.com
- <u>Courtesy NEF/Interested Party Avi Muhtar</u>: **Avi Edward Muhtar**: amuhtar@eaccidents.com
- <u>Courtesy NEF/Interested Party</u>: **Jennifer C Wong**: bknotice@mccartyholthus.com; jwong@ecf.courtdrive.com
- <u>US Trustee's Office</u>: ustpregion16.la.ecf@usdoj.gov; **Kelly L. Morrison**: Kelly.l.morrison@usdoj.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                   Page 3                        **F 9021-1.2.BK.NOTICE.LODGMENT**