United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 24-12079-VZ |
| Seaton Investments, LLC | Chapter 11 |
| ALAN GOMPERTS | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 18, 2024 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Seaton Investments, LLC, 264 S Oakhurst Dr, Beverly Hills, CA 90212-3504 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| db | | ALAN GOMPERTS |
| db | | Daniel Halevy |
| db | | Susan Halevy |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2024    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Avi Edward Muhtar | on behalf of Interested Party Avi Muhtar amuhtar@crownandstonelaw.com |
| Bruce D Poltrock | on behalf of Creditor Archway Real Estate Income Fund I SPE I LLC bpoltrock@frandzel.com, achase@frandzel.com |
| Carol Chow | on behalf of Debtor Daniel Halevy Carol.Chow@saul.com  easter.santamaria@saul.com |
| Carol Chow | |

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 2 of 3 |
| Date Rcvd: Jul 18, 2024 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Debtor Alan Gomperts Carol.Chow@saul.com easter.santamaria@saul.com |
| Carol Chow | |
| | on behalf of Debtor Susan Halevy Carol.Chow@saul.com easter.santamaria@saul.com |
| Derrick Talerico | |
| | on behalf of Debtor Negev Investments LLC dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com |
| Derrick Talerico | |
| | on behalf of Debtor Broadway Avenue Investments LLC dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com |
| Derrick Talerico | |
| | on behalf of Debtor SLA Investments LLC dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com |
| Derrick Talerico | |
| | on behalf of Debtor Colyton Investments LLC dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com |
| Derrick Talerico | |
| | on behalf of Debtor Seaton Investments LLC dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com |
| Gerrick Warrington | |
| | on behalf of Creditor Archway real estate income fund gwarrington@frandzel.com achase@frandzel.com |
| Gerrick Warrington | |
| | on behalf of Creditor Archway Real Estate Income Fund I SPE I LLC gwarrington@frandzel.com, achase@frandzel.com |
| Jacqueline L James | |
| | on behalf of Creditor Harvest Small Business Finance LLC jjames@hrhlaw.com |
| Jacqueline L James | |
| | on behalf of Interested Party Harvest Small Business Finance LLC jjames@hrhlaw.com |
| Jennifer C Wong | |
| | on behalf of Interested Party Courtesy NEF bknotice@mccarthyholthus.com jwong@ecf.courtdrive.com |
| Kelly L Morrison | |
| | on behalf of U.S. Trustee United States Trustee (LA) kelly.l.morrison@usdoj.gov |
| Michael G Fletcher | |
| | on behalf of Creditor Archway Real Estate Income Fund I SPE I LLC mfletcher@frandzel.com, sking@frandzel.com |
| Michael G Fletcher | |
| | on behalf of Creditor Archway real estate income fund mfletcher@frandzel.com sking@frandzel.com |
| Tanya Behnam | |
| | on behalf of Creditor Korth Direct Mortgage Inc. tbehnam@polsinelli.com tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com |
| Todd S. Garan | |
| | on behalf of Interested Party Courtesy NEF ch11ecf@aldridgepite.com TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com |
| Todd S. Garan | |
| | on behalf of Creditor Wells Fargo National Bank West ch11ecf@aldridgepite.com TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com |
| Turner Falk | |
| | on behalf of Debtor ALAN GOMPERTS turner.falk@saul.com tnfalk@recap.email |
| Turner Falk | |
| | on behalf of Debtor Susan Halevy turner.falk@saul.com tnfalk@recap.email |
| Turner Falk | |
| | on behalf of Debtor Alan Gomperts turner.falk@saul.com tnfalk@recap.email |
| Turner Falk | |
| | on behalf of Debtor Daniel Halevy turner.falk@saul.com tnfalk@recap.email |
| United States Trustee (LA) | |
| | ustpregion16.la.ecf@usdoj.gov |
| Zev Shechtman | |
| | on behalf of Debtor ALAN GOMPERTS Zev.Shechtman@saul.com zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com |
| Zev Shechtman | |
| | on behalf of Debtor Daniel Halevy Zev.Shechtman@saul.com zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com |
| Zev Shechtman | |
| | on behalf of Debtor Alan Gomperts Zev.Shechtman@saul.com zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com |
| Zev Shechtman | |
| | on behalf of Debtor Susan Halevy Zev.Shechtman@saul.com zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com |

District/off: 0973-2                            User: admin                                    Page 3 of 3
Date Rcvd: Jul 18, 2024                         Form ID: pdf042                               Total Noticed: 1
TOTAL: 30

Zev Shechtman (State Bar No. 266280)
Zev.Shechtman@saul.com
Carol Chow (State Bar No. 169299)
carol.chow@saul.com
Turner N. Falk (Admitted pro hac vice)
turner.falk@saul.com
SAUL EWING LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: (310) 255-6100

Counsel to Debtors
Alan Gomperts, Daniel Halevy, and
Susan Halevy

**FILED & ENTERED**

**JUL 18 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY carranza DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Lead Case No. 2:24-bk-12079-VZ |
| SEATON INVESTMENTS, LLC, *et al.*, | Jointly Administered with Case Nos.: 2:24-bk-12080-VZ; 2:24-bk-12081-VZ; 2:24-bk-12082-VZ; 2:24-bk-12091-VZ; 2:24-bk-12074-VZ; 2:24-bk-12075-VZ and 2:24-bk-12076-VZ |
| Debtors and Debtors in Possession. | |
| | Chapter 11 |

1

52606844.2
390855-00001

|  |  |
|---|---|
| _____ <br> ☐ Affects All Debtors. <br> ☐ Affects Seaton Investments, LLC <br> ☐ Affects Colyton Investments, LLC <br> ☐ Affects Broadway Avenue Investments, LLC <br> ☒ Affects SLA Investments, LLC <br> ☒ Affects Negev Investments, LLC <br> ☒ Affects Alan Gomperts <br> ☐ Affects Daniel Halevy <br> ☒ Affects Susan Halevy | **ORDER:** <br><br> **(1) SCHEDULING CONTINUED HEARING ON MOTION TO AUTHORIZE USE CASH COLLATERAL; AND** <br><br> **(2) AUTHORIZING INTERIM USE OF CASH COLLATERAL PURSUANT TO 11 U.S.C. § 363(C)(2)** <br><br> Initial Hearing: <br> Date: June 20, 2024 <br> Time: 11:00 a.m. <br> Crtrm.: 1368 <br><br> Continued Hearing: <br> Date: July 23, 2024 <br> Time: 11:00 a.m. <br> Crtrm.: 1368 |

On June 20, 2024, at 11:00 a.m., the Court held a hearing (the "Hearing") on shortened time on the *Motion By Affected Debtors For Entry Of An Order Authorizing Use Of Cash Collateral Pursuant To 11 U.S.C. § 363(c)(2)* ("Motion") [Dkt. No. 87] filed by Seaton Investments, LLC, ("Seaton"), Colyton Investments, LLC ("Colyton"), SLA Investments, LLC ("SLA"), Negev Investments, LLC ("Negev,"), Susan Halevy ("Susan" or "Susan Halevy"), and Alan Gomperts ("Alan" or "Alan Gomperts,"), the debtors and debtors-in-possession (the "Debtors") in the above-entitled jointly administered chapter 11 bankruptcy cases (the "Bankruptcy Cases").

Oppositions to the Motion were filed by Archway Real Estate Income Fund I SPI I, LLC ("Archway"), Wells Fargo Bank National West [Dkt. Nos. 100 (Bagley Property) and 101 (Greenfield Property)], and Harvest Small Business Finance, LLC (the "Lenders,"). (The Debtors together with the Lenders are jointly referred to herein as the "Parties").[1] The Debtors filed an omnibus reply to the oppositions filed by the Lenders. Arguments made during the Hearing were

---

[1] The Motion also sought relief with respect to debtors Seaton and Colyton. Relief on the Motion as it pertains to Seaton and Colyton will be addressed by a separate order.

2

52606844.2
390855-00001

as reflected -in the record. Appearances at the Hearing, in person, or via telephone, were made as reflected in the record.

After considering the Motion, the declaration and other evidence submitted in support of the Motion, the record in this bankruptcy case, the abovementioned oppositions to the Motion and the arguments made during the Hearing, the Court having found notice to have been proper under the circumstances, based on the findings made on the record during the Hearing, and good cause appearing,

THE COURT HEREBY ORDERS AS FOLLOWS:

1. The Motion is granted as modified by this Order on an interim basis through and including July 23, 2024.

2. There will be a continued hearing on the Motion on July 23, 2024 at 11:00 a.m.

3. The Debtors shall file a status report, any supplement to the Motion and any new proposed budget by July 16, 2024

4. The approval of interim use of cash collateral is without prejudice to objections raised with respect to the Motion as to approval of cash collateral beyond July 23, 2024.

5. The Lenders' objections, rights, and remedies with respect to their oppositions are reserved and preserved.

6. Grant of Replacement Liens and Other Adequate Protection. During the Interim Period, the Lenders shall be granted adequate protection as follows: (i) a valid, enforceable, fully perfected, and unavoidable replacement lien in favor of the Lenders (the "Replacement Liens") on all of the applicable Debtor's post-petition assets or interests in the collateral acquired retro-active to the Petition Date of the same type and categories that the Lenders had a lien on or security interest in their respective collateral as of the Petition Date provided, however, that the Replacement Liens shall have the same scope, validity, perfection, extent, relative priority and enforceability as the Lenders' pre-Petition Date security interests in the collateral; and further provided, however, that the Replacement Liens shall be subordinate to the allowed and approved fees and expenses (but not professional fees) of a trustee, if any, appointed in any superseding Chapter 7 case; and (ii) as additional adequate protection, payments to the Lenders as set forth in the Debtors' interim budget.

52606844.2
390855-00001

7. Lenders' liens upon, and security interests in, the replacement collateral shall be deemed perfected without any other act or filing upon entry of this Order.

8. The Debtors shall not use Archway's cash collateral for any purpose except ordinary costs of repair, upkeep, maintenance, and insurance of and for the Archway properties, as those specific line items are set forth in the budgets attached to the Motion, unless Archway provides additional consent.

9. All cash collateral will be accounted for in Debtors' books and records.

10. The Debtors will not use cash collateral during the pendency of this case for any purpose which is not authorized by the Bankruptcy Code or by an order of the Court.

ORDERED

###

Date: July 18, 2024

Vincent P. Zurzolo
United States Bankruptcy Judge

4

52606844.2
390855-00001

**Approved as to form:**

FRANDZEL ROBINS BLOOM & CSATO, L.C.

By: /s/ Gerrick M. Warrington
Gerrick M. Warrington, attorneys for **ARCHWAY REAL ESTATE INCOME FUND I SPE I, LLC**

HEMAR, ROUSSO & HEALD, LLP

By: /s/ Jacqueline L. James
Jacqueline L. James, attorneys for **HARVEST SMALL BUSINESS FINANCE, LLC**

ALDRIDGE PITE, LLP

By: /s/ Todd S. Garan
Todd S. Garan, attorneys for **WELLS FARGO BANK NATIONAL WEST**

5

52606844.2
390855-00001