United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 24-12079-VZ |
| Seaton Investments, LLC | Chapter 11 |
| ALAN GOMPERTS | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 18, 2024 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Seaton Investments, LLC, 264 S Oakhurst Dr, Beverly Hills, CA 90212-3504 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| db | | ALAN GOMPERTS |
| db | | Daniel Halevy |
| db | | Susan Halevy |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 20, 2024            Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Avi Edward Muhtar | |
| | on behalf of Interested Party Avi Muhtar amuhtar@crownandstonelaw.com |
| Bruce D Poltrock | |
| | on behalf of Creditor Archway Real Estate Income Fund I SPE I LLC bpoltrock@frandzel.com, achase@frandzel.com |
| Carol Chow | |
| | on behalf of Debtor Daniel Halevy Carol.Chow@saul.com easter.santamaria@saul.com |
| Carol Chow | |

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 2 of 3 |
| Date Rcvd: Jul 18, 2024 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Debtor Alan Gomperts Carol.Chow@saul.com easter.santamaria@saul.com |
| Carol Chow | |
| | on behalf of Debtor Susan Halevy Carol.Chow@saul.com easter.santamaria@saul.com |
| Derrick Talerico | |
| | on behalf of Debtor Negev Investments LLC dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com |
| Derrick Talerico | |
| | on behalf of Debtor Broadway Avenue Investments LLC dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com |
| Derrick Talerico | |
| | on behalf of Debtor SLA Investments LLC dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com |
| Derrick Talerico | |
| | on behalf of Debtor Colyton Investments LLC dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com |
| Derrick Talerico | |
| | on behalf of Debtor Seaton Investments LLC dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com |
| Gerrick Warrington | |
| | on behalf of Creditor Archway real estate income fund gwarrington@frandzel.com achase@frandzel.com |
| Gerrick Warrington | |
| | on behalf of Creditor Archway Real Estate Income Fund I SPE I LLC gwarrington@frandzel.com, achase@frandzel.com |
| Jacqueline L James | |
| | on behalf of Creditor Harvest Small Business Finance LLC jjames@hrhlaw.com |
| Jacqueline L James | |
| | on behalf of Interested Party Harvest Small Business Finance LLC jjames@hrhlaw.com |
| Jennifer C Wong | |
| | on behalf of Interested Party Courtesy NEF bknotice@mccarthyholthus.com jwong@ecf.courtdrive.com |
| Kelly L Morrison | |
| | on behalf of U.S. Trustee United States Trustee (LA) kelly.l.morrison@usdoj.gov |
| Michael G Fletcher | |
| | on behalf of Creditor Archway Real Estate Income Fund I SPE I LLC mfletcher@frandzel.com, sking@frandzel.com |
| Michael G Fletcher | |
| | on behalf of Creditor Archway real estate income fund mfletcher@frandzel.com sking@frandzel.com |
| Tanya Behnam | |
| | on behalf of Creditor Korth Direct Mortgage Inc. tbehnam@polsinelli.com tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com |
| Todd S. Garan | |
| | on behalf of Interested Party Courtesy NEF ch11ecf@aldridgepite.com TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com |
| Todd S. Garan | |
| | on behalf of Creditor Wells Fargo National Bank West ch11ecf@aldridgepite.com TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com |
| Turner Falk | |
| | on behalf of Debtor ALAN GOMPERTS turner.falk@saul.com tnfalk@recap.email |
| Turner Falk | |
| | on behalf of Debtor Susan Halevy turner.falk@saul.com tnfalk@recap.email |
| Turner Falk | |
| | on behalf of Debtor Alan Gomperts turner.falk@saul.com tnfalk@recap.email |
| Turner Falk | |
| | on behalf of Debtor Daniel Halevy turner.falk@saul.com tnfalk@recap.email |
| United States Trustee (LA) | |
| | ustpregion16.la.ecf@usdoj.gov |
| Zev Shechtman | |
| | on behalf of Debtor ALAN GOMPERTS Zev.Shechtman@saul.com zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com |
| Zev Shechtman | |
| | on behalf of Debtor Daniel Halevy Zev.Shechtman@saul.com zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com |
| Zev Shechtman | |
| | on behalf of Debtor Alan Gomperts Zev.Shechtman@saul.com zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com |
| Zev Shechtman | |
| | on behalf of Debtor Susan Halevy Zev.Shechtman@saul.com zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com |

District/off: 0973-2 User: admin Page 3 of 3
Date Rcvd: Jul 18, 2024 Form ID: pdf042 Total Noticed: 1
TOTAL: 30

Derrick Talerico (State Bar No. 223763)
dtalerico@wztslaw.com
David B. Zolkin (State Bar No. 155410)
dzolkin@wztslaw.com
WEINTRAUB ZOLKIN
TALERICO & SELTH LLP
11766 Wilshire Boulevard, Suite 730
Los Angeles, CA 90025
Telephone: (424) 500-8552

Counsel to Debtors Seaton Investments, LLC,
Colyton Investments, LLC, Broadway Avenue
Investments, LLC, SLA Investments, LLC, and Negev Investments, LLC

**FILED & ENTERED**

**JUL 18 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY carranza DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

In re:

SEATON INVESTMENTS, LLC, *et al.*,

    Debtors and Debtors in Possession.

☐ Affects All Debtors.
☒ Affects Seaton Investments, LLC
☒ Affects Colyton Investments, LLC
☐ Affects Broadway Avenue Investments, LLC
☐ Affects SLA Investments, LLC
☐ Affects Negev Investments, LLC
☐ Affects Alan Gomperts
☐ Affects Daniel Halevy
☐ Affects Susan Halevy

Lead Case No. 2:24-bk-12079-VZ

Jointly Administered with Case Nos.:
2:24-bk-12080-VZ; 2:24-bk-12081-VZ;
2:24-bk-12082-VZ; 2:24-bk-12091-VZ;
2:24-bk-12074-VZ; 2:24-bk-12075-VZ
and 2:24-bk-12076-VZ

Chapter 11

**ORDER: AUTHORIZING INTERIM USE OF CASH COLLATERAL PURSUANT TO 11 U.S.C. § 363(C)(2)**

Hearing:
Date: June 20, 2024
Time: 11:00 a.m.
Crtrm.: 1368

Continued Hearing:
Date: July 23, 2024
Time: 11:00 a.m.
Crtrm.: 1368

1

On June 20, 2024, at 11:00 a.m., the Court held a hearing (the "Hearing") on shortened time on the *Motion By Affected Debtors For Entry Of An Order Authorizing Use Of Cash Collateral Pursuant To 11 U.S.C. § 363(c)(2)* ("Motion") [Dkt. No. 87] filed by Seaton Investments, LLC, ("Seaton"), Colyton Investments, LLC ("Colyton"), SLA Investments, LLC ("SLA"), Negev Investments, LLC ("Negev,"), Susan Halevy ("Susan" or "Susan Halevy"), and Alan Gomperts ("Alan" or "Alan Gomperts,"), the debtors and debtors-in-possession (the "Debtors") in the above-entitled jointly administered chapter 11 bankruptcy cases (the "Bankruptcy Cases").

No opposition to the Motion was filed by creditors secured by real property owned by debtors Seaton and Colyton. In particular, the senior secured lender on the Seaton and Colyton property, KDM California LLC ("KDM"), did not oppose the Motion.[1] KDM's decision not to oppose the Motion was based in part upon an agreement with debtors Seaton and Colyton that KDM would consent to the proposed use of cash collateral set forth in the Motion with one change: instead of an allowance of $10,000 per month ($5,000 per debtor) to be paid to Almighty Builders Inc. ("Almighty Builders"), KDM consents to $7,500 per month of its cash collateral to be paid to Almighty Builders on account of property management services. Seaton and Colyton agreed to KDM's terms.

After considering the Motion and Seaton's and Colyton's representation of the agreement with KDM regarding use of cash collateral, the Court having found notice to have been proper under the circumstances, and good cause appearing,

**THE COURT HEREBY ORDERS AS FOLLOWS:**

1.   The Motion is granted as modified by this Order on a final basis as to debtors Seaton and Colyton only.

---

[1] The Motion also sought relief with respect to property owned by debtors SLA, Negev, Susan Halevy, and Alan Gomperts. Various creditors opposed relief against these debtors (the "Oppositions"). A separate order addresses interim relief for use of cash collateral as to these debtors and continues the hearing on the Motion and the Oppositions to July 23, 2024.

2. Seaton and Colyton are authorized to use cash collateral as proposed by budget attached as Exhibit 1 to the Declaration of Alan Gomperts submitted in support of the Motion [Dkt. 87], except the "Management Fee" of $10,000 is approved at the lower amount of $7,500.

**ORDERED**

###

Date: July 18, 2024

Vincent P. Zurzolo
United States Bankruptcy Judge

3