Zev Shechtman (State Bar No. 266280)
Zev.Shechtman@saul.com
Carol Chow (State Bar No. 169299)
carol.chow@saul.com
Turner N. Falk (Admitted pro hac vice)
turner.falk@saul.com
SAUL EWING LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: (310) 255-6100

Counsel to Debtors
Alan Gomperts, Daniel Halevy, and
Susan Halevy

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>SEATON INVESTMENTS, LLC, *et al.*,<br><br>            Debtors and Debtors in Possession. | Lead Case No. 2:24-bk-12079-VZ<br><br>Jointly Administered with Case Nos.:<br>2:24-bk-12080-VZ; 2:24-bk-12081-VZ;<br>2:24-bk-12082-VZ; 2:24-bk-12091-VZ;<br>2:24-bk-12074-VZ; 2:24-bk-12075-VZ<br>and 2:24-bk-12076-VZ<br><br>Chapter 11 |

1

5282057v1 | 101415-0002

|  | **STIPULATION TO CONTINUE HEARING ON MOTION TO AUTHORIZE USE OF CASH COLLATERAL PURSUANT TO 11 U.S.C. § 363(C)(2)** |
|---|---|
| ☐ Affects All Debtors. | |
| ☐ Affects Seaton Investments, LLC | Date: July 23, 2024 |
| ☐ Affects Colyton Investments, LLC | Time: 11:00 a.m. |
| ☐ Affects Broadway Avenue Investments, LLC | Crtrm.: 1368 |
| ☒ Affects SLA Investments, LLC | |
| ☒ Affects Negev Investments, LLC | |
| ☒ Affects Alan Gomperts | |
| ☐ Affects Daniel Halevy | |
| ☒ Affects Susan Halevy | |

SLA Investments, LLC ("SLA"), Negev Investments, LLC ("Negev"), Susan Halevy ("Susan" or "Susan Halevy"), and Alan Gomperts ("Alan" or "Alan Gomperts"), debtors and debtors-in-possession (the "Debtors"), Archway Real Estate Income Fund I REIT, LLC, fka Archway Real Estate Income Fund I SPE I, LLC ("Archway"), Wells Fargo Bank National West ("Wells Fargo"), and Harvest Small Business Finance, LLC ("Harvest") (Archway, Wells Fargo and Harvest, collectively, the "Lenders")— in the above-entitled jointly administered chapter 11 bankruptcy cases (the "Bankruptcy Cases") hereby stipulate as follows:

## RECITALS

1. On March 18 and 19, 2024 the Debtors filed their jointly administered voluntary chapter 11 cases.

2. On June 7, 2024 the Debtors filed their *Motion By Affected Debtors For Entry Of An Order Authorizing Use Of Cash Collateral Pursuant To 11 U.S.C. § 363(c)(2)* ("Motion") (doc. no. 87).

3. The initial hearing on the Motion was held on June 20, 2024 on shortened time.

2

4. A continued hearing was scheduled for July 23, 2024, at 11:00 a.m.

5. On July 18, 2024, the Court entered its order authorizing the Debtors' interim use of cash collateral through July 23, 2024 (doc. no. 127) (the "Interim Cash Collateral Order").

6. The Lenders and the Debtors are engaged in negotiations regarding the terms of long-term authorization for the Debtors' use of cash collateral and require more time to negotiate those terms.

7. Accordingly the Lenders and the Debtors enter into this stipulation.

## **STIPULATION**

8. The foregoing recitals are incorporated herein.

9. The Lenders and the Debtors stipulate and agree that the status conference on the Motion should be further continued from July 23, 2023 to August 27, 2024, at 11:00, or to another date convenient to the Court that is approximately one month after July 23, 2024.

10. The Lenders and the Debtors stipulate and agree that the Debtors' authorization to use cash collateral should be extended through the same date as the further continued status conference on interim cash collateral use.

11. The Lenders and the Debtors stipulate and agree that all the terms of the Interim Cash Collateral Order, including specifically the grants of adequate protection including the Replacement Liens and limitations on use of cash collateral, shall remain in full force and effect and unchanged during the continued interim period between July 23, 2024, and the continued status conference on interim cash collateral use.

[Continued on Next Page]

3

5282057v1 | 101415-0002

12. This stipulation is without prejudice to the parties entering into other or further stipulations subject to Court approval.

**SO STIPULATED.**

Dated: July 19, 2024                **SAUL EWING LLP**

By: */s/ Zev Shechtman*
Zev Shechtman, Attorneys for Individual Debtors

Dated: July 21, 2024                **WEINTRAUB ZOLKIN TALERICO & SELTH LLP**

By:
Derrick Talerico, Attorneys for Corporate Debtors

Dated: July __, 2024                **FRANDZEL ROBINS BLOOM & CSATO, L.C.**

By:
Gerrick M. Warrington, attorneys for ARCHWAY REAL ESTATE INCOME FUND I REIT, LLC, fka Archway Real Estate Income Fund I SPE I, LLC

Dated: July __, 2024                **HEMAR, ROUSSO & HEALD, LLP**

By:
Jacqueline L. James , attorneys for HARVEST SMALL BUSINESS FINANCE, LLC

Dated: July __, 2024                **ALDRIDGE PITE, LLP**

By:
Todd S. Garan, attorneys for WELLS FARGO BANK NATIONAL WEST

4

5282057v1 | 101415-0002

12. This stipulation is without prejudice to the parties entering into other or further stipulations subject to Court approval.

**SO STIPULATED.**

Dated: July 19, 2024    **SAUL EWING LLP**


By:_____
Zev Shechtman, Attorneys for Individual Debtors


Dated: July __, 2024    **WEINTRAUB ZOLKIN TALERICO & SELTH LLP**


By:_____
Derrick Talerico, Attorneys for Corporate Debtors


Dated: July 22, 2024    **FRANDZEL ROBINS BLOOM & CSATO, L.C.**


By: /s/ Gerrick M. Warrington
Gerrick M. Warrington, attorneys for ARCHWAY REAL ESTATE INCOME FUND I REIT, LLC, fka Archway Real Estate Income Fund I SPE I, LLC


Dated: July __, 2024    **HEMAR, ROUSSO & HEALD, LLP**


By:_____
Jacqueline L. James , attorneys for HARVEST SMALL BUSINESS FINANCE, LLC


Dated: July __, 2024    **ALDRIDGE PITE, LLP**


By:_____
Todd S. Garan, attorneys for WELLS FARGO BANK NATIONAL WEST

4

5282057v1 | 101415-0002

12. This stipulation is without prejudice to the parties entering into other or further stipulations subject to Court approval.

**SO STIPULATED.**

Dated: July 19, 2024               **SAUL EWING LLP**


                                   By:_____
                                   Zev Shechtman, Attorneys for Individual Debtors


Dated: July __, 2024               **WEINTRAUB ZOLKIN TALERICO & SELTH LLP**


                                   By:_____
                                   Derrick Talerico, Attorneys for Corporate Debtors


Dated: July __, 2024               **FRANDZEL ROBINS BLOOM & CSATO, L.C.**


                                   By:_____
                                   Gerrick M. Warrington, attorneys for ARCHWAY
                                   REAL ESTATE INCOME FUND I REIT, LLC, fka
                                   Archway Real Estate Income Fund I SPE I, LLC


Dated: July 22, 2024               **HEMAR, ROUSSO & HEALD, LLP**


                                   By: /s/ Jacqueline L. James
                                   Jacqueline L. James, attorneys for HARVEST
                                   SMALL BUSINESS FINANCE, LLC


Dated: July __, 2024               **ALDRIDGE PITE, LLP**


                                   By:_____
                                   Todd S. Garan, attorneys for WELLS FARGO
                                   BANK NATIONAL WEST

5282057v1 | 101415-0002

12. This stipulation is without prejudice to the parties entering into other or further stipulations subject to Court approval.

**SO STIPULATED.**

Dated: July 19, 2024					**SAUL EWING LLP**


						By:_____
						Zev Shechtman, Attorneys for Individual Debtors


Dated: July __, 2024				**WEINTRAUB ZOLKIN TALERICO & SELTH LLP**


						By:_____
						Derrick Talerico, Attorneys for Corporate Debtors


Dated: July __, 2024				**FRANDZEL ROBINS BLOOM & CSATO, L.C.**


						By:_____
						Gerrick M. Warrington, attorneys for ARCHWAY REAL ESTATE INCOME FUND I REIT, LLC, fka Archway Real Estate Income Fund I SPE I, LLC


Dated: July __, 2024				**HEMAR, ROUSSO & HEALD, LLP**


						By:_____
						Jacqueline L. James , attorneys for HARVEST SMALL BUSINESS FINANCE, LLC


Dated: July 22, 2024				**ALDRIDGE PITE, LLP**


						By:_____
						Todd S. Garan, attorneys for WELLS FARGO BANK NATIONAL WEST

4

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Saul Ewing LLP, 1888 Century Park East, Suite 1500, Los Angeles, CA 90067

A true and correct copy of the document entitled: **STIPULATION TO CONTINUE HEARING ON MOTION TO AUTHORIZE USE OF CASH COLLATERAL PURSUANT TO 11 U.S.C. § 363(C)(2)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On **July 22, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**SEE ATTACHED.**

☒ Service information continued on attached page

**2.    SERVED BY UNITED STATES MAIL:**

On (date), I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**3.    SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **July 22, 2024**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**BY PERSONAL DELIVERY**:

Hon. vincent P. Zurzolo
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street, (BIN OUTSIDE SUITE 1360)
Los Angeles, CA  90012

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 22, 2024 | Easter A. Santa Maria | *[signature]* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1    **F9013-3.1.PROOF.SERVICE**

**SERVICE BY NEF:**

Tanya Behnam on behalf of Creditor Korth Direct Mortgage Inc.
tbehnam@polsinelli.com,
tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com

Carol Chow on behalf of Debtor Alan Gomperts
Carol.Chow@saul.com, easter.santamaria@saul.com

Carol Chow on behalf of Debtor Daniel Halevy
Carol.Chow@saul.com, easter.santamaria@saul.com

Carol Chow on behalf of Debtor Susan Halevy
Carol.Chow@saul.com, easter.santamaria@saul.com

Turner Falk on behalf of Debtor ALAN GOMPERTS
turner.falk@saul.com, tnfalk@recap.email

Turner Falk on behalf of Debtor Alan Gomperts
turner.falk@saul.com, tnfalk@recap.email

Turner Falk on behalf of Debtor Daniel Halevy
turner.falk@saul.com, tnfalk@recap.email

Turner Falk on behalf of Debtor Susan Halevy
turner.falk@saul.com, tnfalk@recap.email

Michael G Fletcher on behalf of Creditor Archway Real Estate Income Fund I SPE I, LLC
mfletcher@frandzel.com, sking@frandzel.com

Michael G Fletcher on behalf of Creditor Archway real estate income fund
mfletcher@frandzel.com, sking@frandzel.com

Todd S. Garan on behalf of Creditor Wells Fargo National Bank West
ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

Todd S. Garan on behalf of Interested Party Courtesy NEF
ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

Jacqueline L James on behalf of Creditor Harvest Small Business Finance, LLC
jjames@hrhlaw.com

Jacqueline L James on behalf of Interested Party Harvest Small Business Finance, LLC
jjames@hrhlaw.com

Kelly L Morrison on behalf of U.S. Trustee United States Trustee (LA)

kelly.l.morrison@usdoj.gov

Avi Edward Muhtar on behalf of Interested Party Avi Muhtar
amuhtar@crownandstonelaw.com

Bruce D Poltrock on behalf of Creditor Archway Real Estate Income Fund I SPE I, LLC
bpoltrock@frandzel.com, achase@frandzel.com

Zev Shechtman on behalf of Debtor ALAN GOMPERTS
Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com

Zev Shechtman on behalf of Debtor Alan Gomperts
Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com

Zev Shechtman on behalf of Debtor Daniel Halevy
Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com

Zev Shechtman on behalf of Debtor Susan Halevy
Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com

Derrick Talerico on behalf of Debtor Broadway Avenue Investments, LLC
dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com

Derrick Talerico on behalf of Debtor Colyton Investments, LLC
dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com

Derrick Talerico on behalf of Debtor Negev Investments, LLC
dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com

Derrick Talerico on behalf of Debtor SLA Investments, LLC
dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com

Derrick Talerico on behalf of Debtor Seaton Investments, LLC
dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Gerrick Warrington on behalf of Creditor Archway Real Estate Income Fund I SPE I, LLC
gwarrington@frandzel.com, achase@frandzel.com

Gerrick Warrington on behalf of Creditor Archway real estate income fund
gwarrington@frandzel.com, achase@frandzel.com

Jennifer C Wong on behalf of Interested Party Courtesy NEF
bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com