| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>ZEV SHECHTMAN (SBN: 266280)<br>Zev.Shechtman@saul.com<br>SAUL EWING LLP<br>1888 Century Park East, Suite 1500<br>Los Angeles, California 90067<br>Telephone: (310) 255-6100<br>Facsimile: (310-255-6200<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* Alan Gomperts, Daniel Halevy, and Susan Halevy | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>SEATON INVESTMENT, LLC, et al. | LEAD CASE NO.: 2:24-bk-12079-VZ<br><br>Jointly Administered with Case Nos.:<br>2:24-bk-12080-VZ; 2:24-bk-12081-VZ;<br>2:24-bk-12082-VZ; 2:24-bk-12091-VZ;<br>2:24-bk-12074-VZ; 2:24-bk-12075-VZ<br>and 2:24-bk-12076-VZ<br><br>CHAPTER: 11 |
| | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion¹*):<br>STIPULATION TO CONTINUE HEARING ON MOTION TO AUTHORIZE USE OF CASH COLLATERAL PURSUANT TO 11 U.S.C. § 363(c)(2) |
| Debtor(s) and Debtors in Possession | |
| ☐ Affects All Debtors.<br>☐ Affects Seaton Investments, LLC<br>☐ Affects Colyton Investments, LLC<br>☐ Affects Broadway Avenue Investments, LLC<br>☒ Affects SLA Investments, LLC<br>☒ Affects Negev Investments, LLC<br>☒ Affects Alan Gomperts<br>☐ Affects Daniel Halevy<br>☒ Affects Susan Halevy | |

PLEASE TAKE NOTE that the order titled ORDER APPROVING STIPULATION TO CONTINUE HEARING ON MOTION TO

---

¹ Please abbreviate if title cannot fit into text field.

52682561.1
390855-00001 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*          Page 1          **F 9021-1.2.BK.NOTICE.LODGMENT**

AUTHORIZE USE OF CASH COLLATERAL PURSUANT TO TO 11 U.S.C. § 363(c)(2)

was lodged on (*date*) July 22, 2024     and is attached. This order relates to the motion which is docket number 131.

52682561.1
390855-00001 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page 1                    **F 9021-1.2.BK.NOTICE.LODGMENT**

1 | Zev Shechtman (State Bar No. 266280)
Zev.Shechtman@saul.com
2 | Carol Chow (State Bar No. 169299)
carol.chow@saul.com
3 | Turner N. Falk (Admitted pro hac vice)
turner.falk@saul.com
4 | SAUL EWING LLP
1888 Century Park East, Suite 1500
5 | Los Angeles, California 90067
6 | Telephone: (310) 255-6100

7 | Counsel to Debtors
Alan Gomperts, Daniel Halevy, and
8 | Susan Halevy

9

10

11 | **UNITED STATES BANKRUPTCY COURT**

12 | **CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

13 | In re:

14 | SEATON INVESTMENTS, LLC, *et al.*,

15 | Debtors and Debtors in
Possession.

Lead Case No. 2:24-bk-12079-VZ

Jointly Administered with Case Nos.:
2:24-bk-12080-VZ; 2:24-bk-12081-VZ;
2:24-bk-12082-VZ; 2:24-bk-12091-VZ;
2:24-bk-12074-VZ; 2:24-bk-12075-VZ
and 2:24-bk-12076-VZ

Chapter 11

1

1

2 ☐ Affects All Debtors.

3 ☐ Affects Seaton Investments, LLC

4 ☐ Affects Colyton Investments, LLC

5 ☐ Affects Broadway Avenue Investments, LLC

6 ☒ Affects SLA Investments, LLC

7 ☒ Affects Negev Investments, LLC

8 ☒ Affects Alan Gomperts

9 ☐ Affects Daniel Halevy

10 ☒ Affects Susan Halevy

11

12

13

**ORDER APPROVING
STIPULATION TO CONTINUE
HEARING ON MOTION TO
AUTHORIZE USE OF CASH
COLLATERAL PURSUANT TO 11
U.S.C. § 363(C)(2)**

Date: July 23, 2024
Time: 11:00 a.m.
Crtrm.: 1368

14     SLA Investments, LLC ("SLA"), Negev Investments, LLC ("Negev"), Susan Halevy

15 ("Susan" or "Susan Halevy"), and Alan Gomperts ("Alan" or "Alan Gomperts"), debtors and

16 debtors-in-possession (the "Debtors"), Archway Real Estate Income Fund I REIT, LLC, fka

17 Archway Real Estate Income Fund I SPE I, LLC ("Archway"), Wells Fargo Bank National West

18 ("Wells Fargo"), and Harvest Small Business Finance, LLC ("Harvest") (Archway, Wells Fargo

19 and Harvest, collectively, the "Lenders")— in the above-entitled jointly administered chapter 11

20 bankruptcy cases (the "Bankruptcy Cases"), having submitted their *Stipulation to Continue Hearing*

21 *on Motion to Authorize Use of Cash Collateral Pursuant to 11 U.S.C. § 363(c)(2)* (the

22 "Stipulation") on July 22, 2024*;* good cause appearing therefor; it is hereby

23     ORDERED THAT

24     1.     The Stipulation is approved.

25     2.     The status conference on the *Motion by Affected Debtors for Entry of an Order*

26 *Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. § 363(c)(2)* (doc. no. 87) is further

27 continued from July 23, 2023 to _____ __, 2024, at __:__ _.m. (the "Continued Cash

28 Collateral Status Conference Date").

2

3.      The Debtors' authorization to use cash collateral is extended through the Continued Cash Collateral Status Conference Date.

4.      All the terms of the Interim Cash Collateral Order (doc. no. 127), including specifically the grants of adequate protection including the Replacement Liens and limitations on use of cash collateral, shall remain in full force and effect and unchanged during the continued interim period between July 23, 2024 and the Continued Cash Collateral Status Conference Date.

####

3



**Bankruptcy LODGED ORDER UPLOAD FORM**

Monday, July 22, 2024

CONFIRMATION :

Your Lodged Order Info:
( **11306025.docx** )
  A new order has been added


- **Office**:  Los Angeles
- **Case Title**:  Seaton Investments, LLC
- **Case Number**:  24-12079
- **Judge Initial**:  VZ
- **Case Type**:  bk ( Bankruptcy )
- **Document Number**:  131
- **On Date**:  07/22/2024 @ 03:48 PM


Thank You!

---

United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 East Temple Street
Los Angeles, CA 90012

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Saul Ewing LLP, 1888 Century Park East, Suite 1500, Los Angeles, CA  90067

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) July 22, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
Tanya Behnam on behalf of Creditor Korth Direct Mortgage Inc.
tbehnam@polsinelli.com, tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com

Carol Chow on behalf of Debtor Alan Gomperts
Carol.Chow@saul.com, easter.santamaria@saul.com

Carol Chow on behalf of Debtor Daniel Halevy
Carol.Chow@saul.com, easter.santamaria@saul.com

Carol Chow on behalf of Debtor Susan Halevy
Carol.Chow@saul.com, easter.santamaria@saul.com

Turner Falk on behalf of Debtor ALAN GOMPERTS
turner.falk@saul.com, tnfalk@recap.email

Turner Falk on behalf of Debtor Alan Gomperts
turner.falk@saul.com, tnfalk@recap.email

Turner Falk on behalf of Debtor Daniel Halevy
turner.falk@saul.com, tnfalk@recap.email

Turner Falk on behalf of Debtor Susan Halevy
turner.falk@saul.com, tnfalk@recap.email

Michael G Fletcher on behalf of Creditor Archway Real Estate Income Fund I SPE I, LLC
mfletcher@frandzel.com, sking@frandzel.com

Michael G Fletcher on behalf of Creditor Archway real estate income fund
mfletcher@frandzel.com, sking@frandzel.com

Todd S. Garan on behalf of Creditor Wells Fargo National Bank West
ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

Todd S. Garan on behalf of Interested Party Courtesy NEF
ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

Jacqueline L James on behalf of Creditor Harvest Small Business Finance, LLC
jjames@hrhlaw.com

Jacqueline L James on behalf of Interested Party Harvest Small Business Finance, LLC
jjames@hrhlaw.com

Kelly L Morrison on behalf of U.S. Trustee United States Trustee (LA)

52682561.1
390855-00001 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

kelly.l.morrison@usdoj.gov

Avi Edward Muhtar on behalf of Interested Party Avi Muhtar
amuhtar@crownandstonelaw.com

Bruce D Poltrock on behalf of Creditor Archway Real Estate Income Fund I SPE I, LLC
bpoltrock@frandzel.com, achase@frandzel.com

Zev Shechtman on behalf of Debtor ALAN GOMPERTS
Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com

Zev Shechtman on behalf of Debtor Alan Gomperts
Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com

Zev Shechtman on behalf of Debtor Daniel Halevy
Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com

Zev Shechtman on behalf of Debtor Susan Halevy
Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com

Derrick Talerico on behalf of Debtor Broadway Avenue Investments, LLC
dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com

Derrick Talerico on behalf of Debtor Colyton Investments, LLC
dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com

Derrick Talerico on behalf of Debtor Negev Investments, LLC
dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com

Derrick Talerico on behalf of Debtor SLA Investments, LLC
dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com

Derrick Talerico on behalf of Debtor Seaton Investments, LLC
dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Gerrick Warrington on behalf of Creditor Archway Real Estate Income Fund I SPE I, LLC
gwarrington@frandzel.com, achase@frandzel.com

Gerrick Warrington on behalf of Creditor Archway real estate income fund
gwarrington@frandzel.com, achase@frandzel.com

Jennifer C Wong on behalf of Interested Party Courtesy NEF
bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

52682561.1
390855-00001 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                          Page 2                          **F 9021-1.2.BK.NOTICE.LODGMENT**

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) July 22, 2024, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**BY PERSONAL DELIVERY**:

Hon. Vincent P. Zurzolo
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street, (BIN OUTSIDE SUITE 1360)
Los Angeles, CA  90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 22, 2024 | Easter A. Santa Maria | *Easter A. Santa Maria* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

52682561.1
390855-00001 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page 2                    **F 9021-1.2.BK.NOTICE.LODGMENT**