| Part 8: Individual Chapter 11 Debtors (Only) | |
| --- | --- |
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯ No ⦿ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯ No ◯ N/A ⦿ |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Alan Gomperts

Signature of Responsible Party

Authorized Representative

Title

Alan Gomperts

Printed Name of Responsible Party

07/22/2024

Date

**Colyton Investments, LLC**
# Preliminary Balance Sheet
**As of June 30, 2024**

|  | Jun 30, 24 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| **Checking - Farmers** | 251,437.17 |
| **Tax Account - Farmers** | 200.00 |
| **Total Checking/Savings** | 251,637.17 |
| **Other Current Assets** | |
| **Loan Receivable- David Halevy** | 951,896.47 |
| **Total Other Current Assets** | 951,896.47 |
| **Total Current Assets** | 1,203,533.64 |
| **Fixed Assets** | |
| **Accumulated Depreciation** | |
| **Accumulated Deprec Colyton** | -412,916.00 |
| **Accumulated Depreciation - Other** | -54,222.50 |
| **Total Accumulated Depreciation** | -467,138.50 |
| **Building, Colyton** | 1,065,384.23 |
| **Land, Colyton** | 1,501,624.50 |
| **Leasehold Improvements** | 515,372.67 |
| **Total Fixed Assets** | 2,615,242.90 |
| **Other Assets** | |
| **Loan fee** | |
| **Accumulated Amortization** | -276,775.50 |
| **Loan fee - Other** | 301,929.19 |
| **Total Loan fee** | 25,153.69 |
| **Loan Receivable** | 347,995.81 |
| **Receivable - Seaton** | -5,402,117.10 |
| **Total Other Assets** | -5,028,967.60 |
| **TOTAL ASSETS** | **-1,210,191.06** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Other Current Liabilities** | |
| **Tenant Security Deposits Held** | 61,850.00 |
| **Total Other Current Liabilities** | 61,850.00 |
| **Total Current Liabilities** | 61,850.00 |
| **Total Liabilities** | 61,850.00 |
| **Equity** | |
| **Members Draw** | -1,736,956.11 |
| **Members Equity** | 149,742.64 |
| **Net Income** | 315,172.41 |
| **Total Equity** | -1,272,041.06 |
| **TOTAL LIABILITIES & EQUITY** | **-1,210,191.06** |

## Colyton Investments, LLC
## Preliminary Profit & Loss
### June 2024

|  | Jun 24 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Rental Income | 35,595.00 |
| **Total Income** | 35,595.00 |
| **Expense** | |
| Insurance Expense | 792.27 |
| Repairs and Maintenance | 4,682.12 |
| Utilities | 518.09 |
| **Total Expense** | 5,992.48 |
| **Net Ordinary Income** | 29,602.52 |
| **Net Income** | **29,602.52** |

### Colyton Investments, LLC
### Preliminary Statement of Cash Flows
#### June 2024

|  | Jun 24 |
|---|---|
| **OPERATING ACTIVITIES** |  |
| **Net Income** | 29,602.52 |
| **Net cash provided by Operating Activities** | 29,602.52 |
| **Net cash increase for period** | 29,602.52 |
| **Cash at beginning of period** | 222,034.65 |
| **Cash at end of period** | **251,637.17** |

**Colyton Investments, LLC**　　　　　　　　**Case No. 2-24-bk-12080-VZ**　　　　　　　**Jun-24**

**PART 5 - Schedule of Payments to Professionals**

| Professional/Role | Date of Retention | Retainer Paid | | Fees Approved by Court | | Expenses Approved by Court | | Retainer Applied | | Fees Paid (over retainer) | | Expenses Paid (over retainer) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Prepetition | At Petition Date | During Mo. | Cumulative | During Mo. | Cumulative | During Mo. | Cumulative | During Mo. | Cumulative | During Mo. | Cumulative |
| Weintraub Zolkin Talerico & Selth LLP (Insolvency Counsel) | 5/28/24 effective as of 3/19/24 | $ 65,000.00 | $ 35,313.50 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

**Colyton Investments, LLC**
**Insurance Schedule**

| Name of Insurance Carrier | Type of Insurance | Policy Number | Policy Expiration | Last Payment |
|---|---|---|---|---|
| The Hartford | Property Insurance | 72SBAAX5PMP | 11/14/24 | 6/18/24 |

**Colyton Investments, LLC**
**Reconciliation Summary**
**Checking - Farmers, Period Ending 06/30/2024**

|  | Jun 30, 24 |
|---|---|
| **Beginning Balance** | 221,834.65 |
| **Cleared Transactions** | |
| **Checks and Payments - 3 items** | -5,992.48 |
| **Deposits and Credits - 2 items** | 35,595.00 |
| **Total Cleared Transactions** | 29,602.52 |
| **Cleared Balance** | **251,437.17** |
| **Register Balance as of 06/30/2024** | 251,437.17 |
| **Ending Balance** | 251,437.17 |



| | |
|---|---|
| Date | 6/28/24 |
| Account No. | 5589 |
| | Page 1 of 3 |

COLYTON INVESTMENTS LLC
DIP CASE 2:24-BK-12080-VZ
OPERATING ACCOUNT
264 S OAKHURST DRIVE
BEVERLY HILLS CA  90212-0000

Protect yourself from fraud
With Operation S.A.F.E.
Visit FMB.com/SAFE today.

## Account Title

Colyton Investments LLC
DIP Case 2:24-bk-12080-VZ
Operating Account

## Bankruptcy Trustee Summary

| | | | |
|---|---|---|---|
| Account Number | 5589 | Number of Enclosures | 1 |
| Beginning Balance | 221,834.65 | Statement Dates | 6/03/24 thru 6/30/24 |
| 2  Deposits/Credits | 35,595.00 | Days in the statement period | 28 |
| 3  Checks/Debits | 5,992.48 | Average Ledger | 246,648.68 |
| Service Charge | 0.00 | | |
| Interest Paid | 0.00 | | |
| Ending Balance | 251,437.17 | | |

## Deposits and Other Credits

| Date | Description | Amount |
|---|---|---|
| 6/05 | DISGUISE SYSTEMS 1800120837 1 COLYTON INVESTME PAYMENT 02200002593CCD | 25,595.00 |
| 6/17 | Mobile Deposit - Checking | 10,000.00 |

Questions? Call us: (866) 437-0011





NMLS# 537388

# F&M BANK

Bankruptcy Trustee                          5589 (continued)

## Checks and Other Debits

| Date | Description | Amount |
|------|-------------|--------|
| 6/18 | AMEX EPAYMENT 0005000008 W0872 ALAN GOMPERTS ACH PMT 09100001287CCD | 518.09- |
| 6/18 | THE HARTFORD 9942902727 16853675 COLYTON INVESTME INS PMT CL 05100001839CCD | 792.27- |

## Checks In Number Order

| Date | Check# | Amount | Date | Check# | Amount | Date | Check# | Amount |
|------|--------|--------|------|--------|--------|------|--------|--------|
| 6/11 | 1004 | 4,682.12 | | | | | | |

\* Denotes missing check numbers

## Checking Account Daily Balances

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 6/03 | 221,834.65 | 6/11 | 242,747.53 | 6/18 | 251,437.17 |
| 6/05 | 247,429.65 | 6/17 | 252,747.53 | | |

## End of Statement

Thank you for banking with Farmers & Merchants Bank.



**Download the App**
**FMB-Mobile 2.0**



F&M Bank does not charge for this service, however, your wireless carrier may charge you fees related to this service.

Questions? Call us: (866) 437-0011


Member
FDIC


FMB.com


NMLS# 537388

**COLYTON INVESTMENTS LLC**
**CASE 2:24-BK-12080-VZ**

1004

June 9, 2024

Pay to the Order of  Almighty Buildos, Inc                    $ 4,682.12

Four thousand six hundred & eighty two & 12/100                    Dollars

**Farmers & Merchants Bank**
San Juan Capistrano Office

For  My repairs

# 1004   $4,682.12   Posted Date   6/11/2024

## Colyton Investments, LLC
## Reconciliation Summary
## Tax Account - Farmers, Period Ending 06/30/2024

|  | Jun 30, 24 |
|---|---|
| **Beginning Balance** | 200.00 |
| **Cleared Balance** | 200.00 |
| **Register Balance as of 06/30/2024** | 200.00 |
| **Ending Balance** | 200.00 |



Date                                      6/28/24
Account No.                                 5597
Page 1 of 2

COLYTON INVESTMENTS LLC
DIP CASE 2:24-BK-12080-VZ
TAX ACCOUNT
264 S OAKHURST DRIVE
BEVERLY HILLS CA  90212-0000

Protect yourself from fraud
With Operation S.A.F.E.
Visit FMB.com/SAFE today.

## Account Title

Colyton Investments LLC
DIP Case 2:24-bk-12080-VZ
Tax Account

## Bankruptcy Trustee Summary

| | | | |
|---|---|---|---|
| Account Number | 5597 | Number of Enclosures | 0 |
| Beginning Balance | 200.00 | Statement Dates | 6/03/24 thru 6/30/24 |
| Deposits/Credits | 0.00 | Days in the statement period | 28 |
| Checks/Debits | 0.00 | Average Ledger | 200.00 |
| Service Charge | 0.00 | | |
| Interest Paid | 0.00 | | |
| Ending Balance | 200.00 | | |

## Checking Account Daily Balances

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 6/03 | 200.00 | | | | |

## End of Statement

Thank you for banking with Farmers & Merchants Bank.

## Questions? Call us: (866) 437-0011







NMLS# 537388

| | |
|---|---|
| Date | 6/28/24 |
| Account No. | 5597 |
| | Page 2 of 2 |

Bankruptcy Trustee                              5597 (continued)







F&M Bank does not charge for this service, however, your wireless carrier may charge you fees related to this service.

**Questions? Call us: (866) 437-0011**





# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
   11766 Wilshire Blvd, Suite 730, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled (*specify*): **MONTHLY OPERATING REPORT – JUNE 30, 2024**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in
the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
July 23, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the
following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:


See attached NEF Service List


☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*)_____, I served the following persons and/or entities at the last known addresses in this bankruptcy
case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail,
first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the
judge will be completed no later than 24 hours after the document is filed.


☐  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)_____, I served the
following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to
such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration
that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is
filed.


☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 23, 2024 | Martha E. Araki | */s/ Martha E. Araki* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 **F 9013-3.1.PROOF.SERVICE**

Seaton Investments, LLC – Jointly Administered

**1**.  <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

- <u>Attorneys for Corporate Debtors Seaton Investment, LLC, Colyton Investments, LLC, Broadway Avenue Investments, LLC, Negev Investments, LLC, SLA Investments, LCC.</u>: **Derrick Talerico**:  dtalerico@wztslaw.com; maraki@wztslaw.com; sfritz@wztslaw.com
- <u>Attorneys for Individual Debtors Alan Gomperts, Daniel Halevy, Susan Haley</u>:  **Zev Shechtman, Carol Chow, Turner Falk**:  zev.shechtman@salu.com; zshechtman@ecf.inforuptcy.com; carol.chow@saul.com; easter.santamaria@saul.com; turner.falk@saul.com
- <u>Attorneys for Creditor Korth Direct Mortgage, Inc.</u>:  **Tanya Behnam**:  tbehnam@polsinelli.com, tanyabehnam@gmail.com; ccripe@polsinelli.com; ladocketing@polsinelli.com
- <u>Attorneys for Creditor Archway Real Estate Income Fund I SPE I, LLC</u>:  **Michael G. Fletcher, Bruce D. Poltrock, Gerrick Warrington**:  mfletcher@frandzel.com; gwarrington@frandzel.com; bpoltrock@frandzel.com; sking@frandzel.com; achase@frandzel.com
- <u>Attorneys for Creditor Wells Fargo National Bank West</u>:  **Todd S Garan**:  ch11ecf@aldridgepite.com; TSG@ecf.inforuptcy.com; tgaran@aldridgepite.com
- <u>Attorneys for Creditor Harvest Small Business Finance, LLC</u>:  **Jacqueline L James**:  jjames@hrhlaw.com
- <u>Courtesy NEF/Interested Party Avi Muhtar</u>:  **Avi Edward Muhtar**:  amuhtar@eaccidents.com
- <u>Courtesy NEF/Interested Party</u>:  **Jennifer C Wong**:  bknotice@mccarthyholthus.com; jwong@ecf.courtdrive.com
- <u>US Trustee's Office</u>:  ustpregion16.la.ecf@usdoj.gov; **Kelly L. Morrison**:  Kelly.l.morrison@usdoj.gov

-

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                    **F 9013-3.1.PROOF.SERVICE**