United States Bankruptcy Court
Central District of California

In re:                                                                                                          Case No. 24-12079-VZ
Seaton Investments, LLC                                                                          Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2          User: admin          Page 1 of 2
Date Rcvd: Jul 23, 2024       Form ID: pdf042      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Seaton Investments, LLC, 264 S Oakhurst Dr, Beverly Hills, CA 90212-3504 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2024              Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Avi Edward Muhtar | on behalf of Interested Party Avi Muhtar amuhtar@crownandstonelaw.com |
| Bruce D Poltrock | on behalf of Creditor Archway Real Estate Income Fund I SPE I LLC bpoltrock@frandzel.com, achase@frandzel.com |
| Carol Chow | on behalf of Debtor Alan Gomperts Carol.Chow@saul.com easter.santamaria@saul.com |
| Carol Chow | on behalf of Debtor Susan Halevy Carol.Chow@saul.com easter.santamaria@saul.com |
| Carol Chow | on behalf of Debtor Daniel Halevy Carol.Chow@saul.com easter.santamaria@saul.com |
| Derrick Talerico | on behalf of Debtor Broadway Avenue Investments LLC dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com |

Case 2:24-bk-12079-VZ   Doc 139   Filed 07/25/24   Entered 07/25/24 21:19:23   Desc
Imaged Certificate of Notice   Page 2 of 5

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 23, 2024 | Form ID: pdf042 | Total Noticed: 1 |

Derrick Talerico
    on behalf of Debtor SLA Investments  LLC dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com

Derrick Talerico
    on behalf of Debtor Colyton Investments  LLC dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com

Derrick Talerico
    on behalf of Debtor Seaton Investments  LLC dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com

Derrick Talerico
    on behalf of Debtor Negev Investments  LLC dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com

Gerrick Warrington
    on behalf of Creditor Archway Real Estate Income Fund I SPE I  LLC gwarrington@frandzel.com, achase@frandzel.com

Gerrick Warrington
    on behalf of Creditor Archway real estate income fund gwarrington@frandzel.com achase@frandzel.com

Jacqueline L James
    on behalf of Creditor Harvest Small Business Finance  LLC jjames@hrhlaw.com

Jacqueline L James
    on behalf of Interested Party Harvest Small Business Finance  LLC jjames@hrhlaw.com

Jennifer C Wong
    on behalf of Interested Party Courtesy NEF bknotice@mccarthyholthus.com  jwong@ecf.courtdrive.com

Kelly L Morrison
    on behalf of U.S. Trustee United States Trustee (LA) kelly.l.morrison@usdoj.gov

Michael G Fletcher
    on behalf of Creditor Archway Real Estate Income Fund I SPE I  LLC mfletcher@frandzel.com, sking@frandzel.com

Michael G Fletcher
    on behalf of Creditor Archway real estate income fund mfletcher@frandzel.com  sking@frandzel.com

Tanya Behnam
    on behalf of Creditor Korth Direct Mortgage Inc. tbehnam@polsinelli.com
    tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com

Todd S. Garan
    on behalf of Interested Party Courtesy NEF ch11ecf@aldridgepite.com  TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

Todd S. Garan
    on behalf of Creditor Wells Fargo National Bank West ch11ecf@aldridgepite.com
    TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

Turner Falk
    on behalf of Debtor Susan Halevy turner.falk@saul.com  tnfalk@recap.email

Turner Falk
    on behalf of Debtor Alan Gomperts turner.falk@saul.com  tnfalk@recap.email

Turner Falk
    on behalf of Debtor Daniel Halevy turner.falk@saul.com  tnfalk@recap.email

United States Trustee (LA)
    ustpregion16.la.ecf@usdoj.gov

Zev Shechtman
    on behalf of Debtor Daniel Halevy Zev.Shechtman@saul.com  zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com

Zev Shechtman
    on behalf of Debtor Alan Gomperts Zev.Shechtman@saul.com  zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com

Zev Shechtman
    on behalf of Debtor Susan Halevy Zev.Shechtman@saul.com  zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com

TOTAL: 28

Zev Shechtman (State Bar No. 266280)
Zev.Shechtman@saul.com
Carol Chow (State Bar No. 169299)
carol.chow@saul.com
Turner N. Falk (Admitted pro hac vice)
turner.falk@saul.com
SAUL EWING LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: (310) 255-6100

Counsel to Debtors
Alan Gomperts, Daniel Halevy, and
Susan Halevy

**FILED & ENTERED**

**JUL 23 2024**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY johnson   DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>SEATON INVESTMENTS, LLC, *et al.*,<br><br>    Debtors and Debtors in Possession. | Lead Case No. 2:24-bk-12079-VZ<br><br>Jointly Administered with Case Nos.:<br>2:24-bk-12080-VZ; 2:24-bk-12081-VZ;<br>2:24-bk-12082-VZ; 2:24-bk-12091-VZ;<br>2:24-bk-12074-VZ; 2:24-bk-12075-VZ<br>and 2:24-bk-12076-VZ<br><br>Chapter 11 |

1

|   |   |
|---|---|
| _____ <br> ☐ Affects All Debtors. <br> ☐ Affects Seaton Investments, LLC <br> ☐ Affects Colyton Investments, LLC <br> ☐ Affects Broadway Avenue Investments, LLC <br> ☒ Affects SLA Investments, LLC <br> ☒ Affects Negev Investments, LLC <br> ☒ Affects Alan Gomperts <br> ☐ Affects Daniel Halevy <br> ☒ Affects Susan Halevy | **ORDER APPROVING STIPULATION TO CONTINUE HEARING ON MOTION TO AUTHORIZE USE OF CASH COLLATERAL PURSUANT TO 11 U.S.C. § 363(C)(2)** <br><br> Date: July 23, 2024 <br> Time: 11:00 a.m. <br> Crtrm.: 1368 |

SLA Investments, LLC ("SLA"), Negev Investments, LLC ("Negev"), Susan Halevy ("Susan" or "Susan Halevy"), and Alan Gomperts ("Alan" or "Alan Gomperts"), debtors and debtors-in-possession (the "Debtors"), Archway Real Estate Income Fund I REIT, LLC, fka Archway Real Estate Income Fund I SPE I, LLC ("Archway"), Wells Fargo Bank National West ("Wells Fargo"), and Harvest Small Business Finance, LLC ("Harvest") (Archway, Wells Fargo and Harvest, collectively, the "Lenders")— in the above-entitled jointly administered chapter 11 bankruptcy cases (the "Bankruptcy Cases"), having submitted their *Stipulation to Continue Hearing on Motion to Authorize Use of Cash Collateral Pursuant to 11 U.S.C. § 363(c)(2)* (the "Stipulation") on July 22, 2024*;* good cause appearing therefor; it is hereby

ORDERED THAT

1. The Stipulation is approved.

2. The hearing on the *Motion by Affected Debtors for Entry of an Order Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. § 363(c)(2)* (doc. no. 87) is further continued from July 23, 2023 to August 27, 2024, at 11:00 a.m. (the "Continued Cash Collateral Hearing Date").

3. The Debtors' authorization to use cash collateral is extended through the Continued

Cash Collateral Hearing Date.

4. All the terms of the Interim Cash Collateral Order (doc. no. 127), including specifically the grants of adequate protection including the Replacement Liens and limitations on use of cash collateral, shall remain in full force and effect and unchanged during the continued interim period between July 23, 2024 and the Continued Cash Collateral Hearing Date.

####

Date: July 23, 2024

Vincent P. Zurzolo
United States Bankruptcy Judge

3