# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

| | |
|---|---|
| In Re. Susan Halevy § § § § Debtor(s) | Case No. 24-12076 <br> Lead Case No. 24-12079 <br> ☒ Jointly Administered |

**Monthly Operating Report**                                    Chapter 11

Reporting Period Ended: 03/31/2024           Petition Date: 03/18/2024

Months Pending: 0                             Industry Classification: 5 3 1 1

Reporting Method:         Accrual Basis ○         Cash Basis ⦿

Debtor's Full-Time Employees (current):                               0

Debtor's Full-Time Employees (as of date of order for relief):        0


**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☐ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer


| | |
|---|---|
| /s/ Turner N. Falk | Turner N. Falk |
| Signature of Responsible Party | Printed Name of Responsible Party |
| 08/05/2024 | 1500 Market Street, 38th Floor <br> Philadelphia PA 19102 |
| Date | Address |

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name: Susan Halevy    Case No. 24-12076

### Part 1: Cash Receipts and Disbursements

| | | Current Month | Cumulative |
|---|---|---:|---:|
| a. | Cash balance beginning of month | $87,244 | |
| b. | Total receipts (net of transfers between accounts) | $0 | $0 |
| c. | Total disbursements (net of transfers between accounts) | $0 | $0 |
| d. | Cash balance end of month (a+b-c) | $87,244 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $0 | $0 |

### Part 2: Asset and Liability Status
(Not generally applicable to Individual Debtors. See Instructions.)

| | | Current Month |
|---|---|---:|
| a. | Accounts receivable (total net of allowance) | $0 |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. | Inventory    (Book ◯   Market ◯   Other ⦿   (attach explanation)) | $0 |
| d. | Total current assets | $0 |
| e. | Total assets | $8,070,161 |
| f. | Postpetition payables (excluding taxes) | $0 |
| g. | Postpetition payables past due (excluding taxes) | $0 |
| h. | Postpetition taxes payable | $0 |
| i. | Postpetition taxes past due | $0 |
| j. | Total postpetition debt (f+h) | $0 |
| k. | Prepetition secured debt | $5,047,421 |
| l. | Prepetition priority debt | $0 |
| m. | Prepetition unsecured debt | $19,272,891 |
| n. | Total liabilities (debt) (j+k+l+m) | $24,320,312 |
| o. | Ending equity/net worth (e-n) | $-16,250,152 |

### Part 3: Assets Sold or Transferred

| | | Current Month | Cumulative |
|---|---|---:|---:|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

### Part 4: Income Statement (Statement of Operations)
(Not generally applicable to Individual Debtors. See Instructions.)

| | | Current Month | Cumulative |
|---|---|---:|---:|
| a. | Gross income/sales (net of returns and allowances) | $0 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. | Gross profit (a-b) | $0 | |
| d. | Selling expenses | $0 | |
| e. | General and administrative expenses | $0 | |
| f. | Other expenses | $0 | |
| g. | Depreciation and/or amortization (not included in 4b) | $0 | |
| h. | Interest | $0 | |
| i. | Taxes (local, state, and federal) | $0 | |
| j. | Reorganization items | $0 | |
| k. | Profit (loss) | $0 | $0 |

UST Form 11-MOR (12/01/2021)    2

Debtor's Name  Susan Halevy                                    Case No.  24-12076

**Part 5: Professional Fees and Expenses**

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | $11,403 | $11,403 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Saul Ewing LLP | Lead Counsel | $11,403 | $11,403 | $0 | $0 |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

Debtor's Name  Susan Halevy                                          Case No.  24-12076

| | | | | | | |
|---|---|---|---|---|---|---|
| | xxxvii | | | | | |
| | xxxvii | | | | | |
| | xxxix | | | | | |
| | xl | | | | | |
| | xli | | | | | |
| | xlii | | | | | |
| | xliii | | | | | |
| | xliv | | | | | |
| | xlv | | | | | |
| | xlvi | | | | | |
| | xlvii | | | | | |
| | xlviii | | | | | |
| | xlix | | | | | |
| | l | | | | | |
| | li | | | | | |
| | lii | | | | | |
| | liii | | | | | |
| | liv | | | | | |
| | lv | | | | | |
| | lvi | | | | | |
| | lvii | | | | | |
| | lviii | | | | | |
| | lix | | | | | |
| | lx | | | | | |
| | lxi | | | | | |
| | lxii | | | | | |
| | lxiii | | | | | |
| | lxiv | | | | | |
| | lxv | | | | | |
| | lxvi | | | | | |
| | lxvii | | | | | |
| | lxviii | | | | | |
| | lxix | | | | | |
| | lxx | | | | | |
| | lxxi | | | | | |
| | lxxii | | | | | |
| | lxxiii | | | | | |
| | lxxiv | | | | | |
| | lxxv | | | | | |
| | lxxvi | | | | | |
| | lxxvii | | | | | |
| | lxxvii | | | | | |

Debtor's Name  Susan Halevy                                    Case No. 24-12076

| | | | | | |
|---|---|---|---|---|---|
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |
| xcix | | | | | |
| c | | | | | |
| ci | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| | i | | | | | |
| | ii | | | | | |
| | iii | | | | | |
| | iv | | | | | |
| | v | | | | | |
| | vi | | | | | |
| | vii | | | | | |
| | viii | | | | | |
| | ix | | | | | |
| | x | | | | | |
| | xi | | | | | |
| | xii | | | | | |
| | xiii | | | | | |
| | xiv | | | | | |

Debtor's Name Susan Halevy    Case No. 24-12076

| | | | | | | |
|---|---|---|---|---|---|---|
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |

Debtor's Name  Susan Halevy                                                                 Case No.  24-12076

| | | | | | | |
|---|---|---|---|---|---|---|
| | lvii | | | | | |
| | lviii | | | | | |
| | lix | | | | | |
| | lx | | | | | |
| | lxi | | | | | |
| | lxii | | | | | |
| | lxiii | | | | | |
| | lxiv | | | | | |
| | lxv | | | | | |
| | lxvi | | | | | |
| | lxvii | | | | | |
| | lxviii | | | | | |
| | lxix | | | | | |
| | lxx | | | | | |
| | lxxi | | | | | |
| | lxxii | | | | | |
| | lxxiii | | | | | |
| | lxxiv | | | | | |
| | lxxv | | | | | |
| | lxxvi | | | | | |
| | lxxvii | | | | | |
| | lxxvii | | | | | |
| | lxxix | | | | | |
| | lxxx | | | | | |
| | lxxxi | | | | | |
| | lxxxii | | | | | |
| | lxxxii | | | | | |
| | lxxxiv | | | | | |
| | lxxxv | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxix | | | | | |
| | xc | | | | | |
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |

Debtor's Name  Susan Halevy                                           Case No. 24-12076

|     |       |   |   |   |   |   |
|-----|-------|---|---|---|---|---|
|     | xcix  |   |   |   |   |   |
|     | c     |   |   |   |   |   |
| c.  | All professional fees and expenses (debtor & committees) |   |   |   |   |   |

| **Part 6: Postpetition Taxes** | **Current Month** | **Cumulative** |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. Postpetition employer payroll taxes accrued | $0 | $0 |
| d. Postpetition employer payroll taxes paid | $0 | $0 |
| e. Postpetition property taxes paid | $0 | $0 |
| f. Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

| | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt? (if yes, see Instructions) | Yes ○ | No ⦿ |
| b. | Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) | Yes ○ | No ⦿ |
| c. | Were any payments made to or on behalf of insiders? | Yes ○ | No ⦿ |
| d. | Are you current on postpetition tax return filings? | Yes ⦿ | No ○ |
| e. | Are you current on postpetition estimated tax payments? | Yes ⦿ | No ○ |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ⦿ | No ○ |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○ | No ⦿ |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ○ | No ○  N/A ⦿ |
| i. | Do you have: Worker's compensation insurance? | Yes ○ | No ⦿ |
|    | If yes, are your premiums current? | Yes ○ | No ○  N/A ⦿ (if no, see Instructions) |
|    | Casualty/property insurance? | Yes ⦿ | No ○ |
|    | If yes, are your premiums current? | Yes ⦿ | No ○  N/A ○ (if no, see Instructions) |
|    | General liability insurance? | Yes ○ | No ⦿ |
|    | If yes, are your premiums current? | Yes ○ | No ○  N/A ⦿ (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ○ | No ⦿ |
| k. | Has a disclosure statement been filed with the court? | Yes ○ | No ⦿ |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ⦿ | No ○ |

Debtor's Name  Susan Halevy                                                                                          Case No.  24-12076

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---:|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ● |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

| | |
|---|---|
| /s/ Susan Halevy | Sue Halevy |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Self | 08/05/2024 |
| Title | Date |

UST Form 11-MOR (12/01/2021)                         9

| Debtor's Name | Susan Halevy | Case No. | 24-12076 |
|---|---|---|---|


PageOnePartOne


PageOnePartTwo


PageTwoPartOne


PageTwoPartTwo

UST Form 11-MOR (12/01/2021)    10

Debtor's Name  Susan Halevy                                                                 Case No.  24-12076



Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

UST Form 11-MOR (12/01/2021)                      11

Debtor's Name  Susan Halevy                                                                  Case No.  24-12076


PageThree


PageFour

**CHASE PRIVATE CLIENT**
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

March 01, 2024 through March 29, 2024
Account Number:                    9118

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-888-994-5626 |
| Para Espanol: | 1-888-994-5626 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |



00453775 DRE 703 210 09024 NNNNNNNNNNN 1 000000000 61 0000
SUE HALEVY
OR DAVID HALEVY
257 S LINDEN DR
BEVERLY HILLS CA 90212-3704

**Good news – we've eliminated the Non-Chase ATM Fee for balance inquiries and transfers**

As of December 10, 2023, we stopped charging the $3 Non-Chase ATM Fee for each balance inquiry or transfer you make at a non-Chase ATM.

We continue to charge a fee for withdrawals made at a non-Chase ATM (waived for eligible accounts) and the ATM owner/network will still charge a Surcharge Fee.[1] You won't be charged these fees when you use a Chase ATM.

For more information, please see the Fee Schedule in the **Additional Banking Services and Fees** at chase.com/disclosures.

If you have any questions, please call us at the number listed on this statement. We accept operator relay calls.

[1] For Chase Sapphire[SM] Checking, Chase Private Client Checking [SM] and Chase Private Client Savings [SM] accounts, we waive the Chase fee and refund ATM Surcharge Fees charged to you at non-Chase ATMs. For Chase Premier Plus Checking [SM], we waive the Chase fee for the first four Non-Chase ATM transactions each statement period.

## SAVINGS SUMMARY   Chase Private Client Savings

| | AMOUNT |
|---|---|
| **Beginning Balance** | $38,927.96 |
| Deposits and Additions | 0.42 |
| Other Withdrawals | -38,927.96 |
| **Ending Balance** | $0.42 |
| Annual Percentage Yield Earned This Period | 0.02% |
| Interest Paid This Period | $0.42 |
| Interest Paid Year-to-Date | $1.72 |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | $38,927.96 |
| 03/21 | Interest Payment | 0.42 | 38,928.38 |
| 03/21 | 03/21 Withdrawal | -38,927.96 | 0.42 |
| | **Ending Balance** | | **$0.42** |

Page 1 of 2

# CHASE PRIVATE CLIENT

March 01, 2024 through March 29, 2024
Account Number: ▮▮▮▮▮▮▮9118

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

JPMorgan Chase Bank, N.A. Member FDIC

**CHASE PRIVATE CLIENT**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

March 01, 2024 through March 29, 2024
Account Number: ____0611

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-888-994-5626 |
| Para Espanol: | 1-888-994-5626 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |



00400224 DRE 703 210 09024 NNNNNNNNNNN 1 000000000 61 0000
SUE HALEVY
OR DAVID HALEVY
257 S LINDEN DR
BEVERLY HILLS CA 90212-3704

## Good news – we've eliminated the Non-Chase ATM Fee for balance inquiries and transfers

As of December 10, 2023, we stopped charging the $3 Non-Chase ATM Fee for each balance inquiry or transfer you make at a non-Chase ATM.

We continue to charge a fee for withdrawals made at a non-Chase ATM (waived for eligible accounts) and the ATM owner/network will still charge a Surcharge Fee.[1] You won't be charged these fees when you use a Chase ATM.

For more information, please see the Fee Schedule in the **Additional Banking Services and Fees** at chase.com/disclosures.

If you have any questions, please call us at the number listed on this statement. We accept operator relay calls.

[1] For Chase Sapphire[SM] Checking, Chase Private Client Checking[SM] and Chase Private Client Savings[SM] accounts, we waive the Chase fee and refund ATM Surcharge Fees charged to you at non-Chase ATMs. For Chase Premier Plus Checking[SM], we waive the Chase fee for the first four Non-Chase ATM transactions each statement period.

## CHECKING SUMMARY
Chase Private Client Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | $32,199.72 |
| Deposits and Additions | 0.14 |
| Electronic Withdrawals | -8,219.34 |
| Other Withdrawals | -23,980.38 |
| **Ending Balance** | $0.14 |
| | |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.14 |
| Interest Paid Year-to-Date | $0.77 |

Your account ending in 9118 is linked to this account for overdraft protection.

Page 1 of 2

**CHASE PRIVATE CLIENT**

March 01, 2024 through March 29, 2024
Account Number: ████████0611

## TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---:|---:|
| | Beginning Balance | | | $32,199.72 |
| 03/05 | First Foundation Loan Pymt | PPD ID: 1320211527 | -6,789.84 | 25,409.88 |
| 03/15 | Yula Boys High Facts | 000000204199185 Web ID: 9470751402 | -1,429.50 | 23,980.38 |
| 03/21 | Interest Payment | | 0.14 | 23,980.52 |
| 03/21 | 03/21 Withdrawal | | -23,980.38 | 0.14 |
| | Ending Balance | | | $0.14 |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

JPMorgan Chase Bank, N.A. Member FDIC

# SUE HALEVY

## CHASE PRIVATE CLIENT CHECKING (....0611)

| Available balance | Present balance | Next statement closing date |
|---|---|---|
| $0.00 | $0.00 | APR 30, 2024 |

| Posted | Description | Type | Amount | Balance |
|---|---|---|---|---|
| Recent transactions | | | | |
| APR 5, 2024 | FIRST FOUNDATION Loan Pymt PPD ID: 1320211527 | ACH | -$6,789.84 | $0.00 |
| APR 1, 2024 | DEBIT TO CLOSE ACCT - DISBURSE BY CHECK | Miscellaneous | -$0.14 | $0.00 |
| MAR 21, 2024 | WITHDRAWAL 03/21 | Miscellaneous | -$23,980.38 | $0.14 |
| MAR 21, 2024 | INTEREST PAYMENT | Miscellaneous | $0.14 | $23,980.52 |
| MAR 15, 2024 | YULA BOYS HIGH FACTS 000000204199185 WEB ID: 9470751402 | ACH | -$1,429.50 | $23,980.38 |
| MAR 5, 2024 | FIRST FOUNDATION Loan Pymt PPD ID: 1320211527 | ACH | -$6,789.84 | $25,409.88 |
| FEB 29, 2024 | MONTHLY SERVICE FEE | Fee | -$35.00 | $32,199.72 |
| FEB 29, 2024 | INTEREST PAYMENT | Miscellaneous | $0.23 | $32,234.72 |
| FEB 29, 2024 | Kahal Joseph Con Invoices e41663686 CCD ID: 1289133000 | ACH | $5,500.00 | $32,234.49 |
| FEB 15, 2024 | YULA BOYS HIGH FACTS 000000201132938 WEB ID: 9470751402 | ACH | -$1,429.50 | $26,734.49 |
| FEB 12, 2024 | REMOTE ONLINE DEPOSIT # 1 | Deposit | $112.96 | $28,163.99 |
| FEB 9, 2024 | Kahal Joseph Con Invoices e40499293 CCD ID: 1289133000 | ACH | $5,500.00 | $28,051.03 |
| FEB 8, 2024 | REMOTE ONLINE DEPOSIT # 1 | Deposit | $112.81 | $22,551.03 |
| FEB 7, 2024 | AMERICAN EXPRESS ACH PMT M9564 WEB ID: 2005032111 | ACH | -$14,004.07 | $22,438.22 |
| FEB 5, 2024 | FIRST FOUNDATION Loan Pymt PPD ID: 1320211527 | ACH | -$6,789.84 | $36,442.29 |
| JAN 31, 2024 | MONTHLY SERVICE FEE | Fee | -$35.00 | $43,232.13 |
| JAN 31, 2024 | INTEREST PAYMENT | Miscellaneous | $0.40 | $43,267.13 |
| JAN 16, 2024 | YULA BOYS HIGH FACTS 000000198100418 WEB ID: 9470751402 | ACH | -$1,429.50 | $43,266.73 |
| JAN 5, 2024 | FIRST FOUNDATION Loan Pymt PPD ID: 1320211527 | ACH | -$6,789.84 | $44,696.23 |
| JAN 4, 2024 | REMOTE ONLINE DEPOSIT # 1 | Deposit | $900.00 | $51,486.07 |
| JAN 2, 2024 | Kahal Joseph Con Invoices e38145902 CCD ID: 1289133000 | ACH | $5,500.00 | $50,586.07 |
| DEC 29, 2023 | MONTHLY SERVICE FEE | Fee | -$35.00 | $45,086.07 |
| DEC 29, 2023 | INTEREST PAYMENT | Miscellaneous | $0.35 | $45,121.07 |
| DEC 15, 2023 | YULA BOYS HIGH FACTS 000000195635492 WEB ID: 9470751402 | ACH | -$1,429.50 | $45,120.72 |
| DEC 11, 2023 | REMOTE ONLINE DEPOSIT # 1 | Deposit | $1,379.00 | $46,550.22 |
| DEC 11, 2023 | REMOTE ONLINE DEPOSIT # 1 | Deposit | $1,495.00 | $45,171.22 |
| DEC 11, 2023 | REMOTE ONLINE DEPOSIT # 1 | Deposit | $1,675.00 | $43,676.22 |
| DEC 5, 2023 | FIRST FOUNDATION Loan Pymt PPD ID: 1320211527 | ACH | -$6,789.84 | $42,001.22 |
| DEC 1, 2023 | Kahal Joseph Con Invoices e36039375 CCD ID: 1294287528 | ACH | $5,500.00 | $48,791.06 |
| NOV 30, 2023 | MONTHLY SERVICE FEE | Fee | -$35.00 | $43,291.06 |
| NOV 30, 2023 | INTEREST PAYMENT | Miscellaneous | $0.35 | $43,326.06 |
| NOV 15, 2023 | YULA BOYS HIGH FACTS 000000193005157 WEB ID: 9470751402 | ACH | -$1,429.50 | $43,325.71 |

"This is not your account statement and not the final record of your account activity or balance and should not be used as your sole basis for making financial decisions. This document may not include all transactions, fees, or interest. For a full review of transactions on your account, please reference your periodic statement(s)."

JP Morgan Chase Bank N.A. Member FDIC

# SUE HALEVY

## CHASE PRIVATE CLIENT SAVINGS (....9118)

Available balance
$0.00

Present balance
$0.00

Next statement closing date
APR 30, 2024

| Posted | Description | Type | Amount | Balance |
|---|---|---|---|---|
| Recent transactions | | | | |
| APR 1, 2024 | DEBIT TO CLOSE ACCT - DISBURSE BY CHECK | Miscellaneous | -$0.42 | $0.00 |
| MAR 21, 2024 | WITHDRAWAL 03/21 | Miscellaneous | -$38,927.96 | $0.42 |
| MAR 21, 2024 | INTEREST PAYMENT | Miscellaneous | $0.42 | $38,928.38 |
| FEB 29, 2024 | INTEREST PAYMENT | Miscellaneous | $0.61 | $38,927.96 |
| JAN 31, 2024 | INTEREST PAYMENT | Miscellaneous | $0.69 | $38,927.35 |
| DEC 29, 2023 | INTEREST PAYMENT | Miscellaneous | $0.61 | $38,926.66 |
| NOV 30, 2023 | INTEREST PAYMENT | Miscellaneous | $0.63 | $38,926.05 |
| OCT 31, 2023 | INTEREST PAYMENT | Miscellaneous | $0.67 | $38,925.42 |
| SEP 29, 2023 | INTEREST PAYMENT | Miscellaneous | $0.61 | $38,924.75 |
| AUG 31, 2023 | INTEREST PAYMENT | Miscellaneous | $0.65 | $38,924.14 |
| JUL 31, 2023 | INTEREST PAYMENT | Miscellaneous | $0.65 | $38,923.49 |
| JUN 30, 2023 | INTEREST PAYMENT | Miscellaneous | $0.63 | $38,922.84 |
| MAY 31, 2023 | INTEREST PAYMENT | Miscellaneous | $0.69 | $38,922.21 |
| APR 28, 2023 | INTEREST PAYMENT | Miscellaneous | $0.59 | $38,921.52 |
| MAR 31, 2023 | INTEREST PAYMENT | Miscellaneous | $0.65 | $38,920.93 |
| FEB 28, 2023 | INTEREST PAYMENT | Miscellaneous | $0.59 | $38,920.28 |
| JAN 31, 2023 | INTEREST PAYMENT | Miscellaneous | $0.67 | $38,919.69 |
| DEC 30, 2022 | INTEREST PAYMENT | Miscellaneous | $0.63 | $38,919.02 |
| NOV 30, 2022 | INTEREST PAYMENT | Miscellaneous | $0.63 | $38,918.39 |
| OCT 31, 2022 | INTEREST PAYMENT | Miscellaneous | $0.65 | $38,917.76 |
| SEP 30, 2022 | INTEREST PAYMENT | Miscellaneous | $0.63 | $38,917.11 |
| AUG 31, 2022 | INTEREST PAYMENT | Miscellaneous | $0.69 | $38,916.48 |
| JUL 29, 2022 | INTEREST PAYMENT | Miscellaneous | $0.61 | $38,915.79 |
| JUN 30, 2022 | INTEREST PAYMENT | Miscellaneous | $0.63 | $38,915.18 |
| MAY 31, 2022 | INTEREST PAYMENT | Miscellaneous | $0.67 | $38,914.55 |
| APR 29, 2022 | INTEREST PAYMENT | Miscellaneous | $0.61 | $38,913.88 |

"This is not your account statement and not the final record of your account activity or balance and should not be used as your sole basis for making financial decisions. This document may not include all transactions, fees, or interest. For a full review of transactions on your account, please reference your periodic statement(s)."

JP Morgan Chase Bank N.A. Member FDIC