Zev Shechtman (State Bar No. 266280)
Zev.Shechtman@saul.com
Carol Chow (State Bar No. 169299)
carol.chow@saul.com
Turner N. Falk (Admitted pro hac vice)
turner.falk@saul.com
SAUL EWING LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: (310) 255-6100

Counsel to Debtors
Alan Gomperts, Daniel Halevy, and
Susan Halevy

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>SEATON INVESTMENTS, LLC, *et al.*,<br><br>        Debtors and Debtors in<br>        Possession. | Lead Case No. 2:24-bk-12079-VZ<br><br>Jointly Administered with Case Nos.:<br>2:24-bk-12080-VZ; 2:24-bk-12081-VZ;<br>2:24-bk-12082-VZ; 2:24-bk-12091-VZ;<br>2:24-bk-12074-VZ; 2:24-bk-12075-VZ<br>and 2:24-bk-12076-VZ<br><br>Chapter 11 |

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

52774590.1
390855-00001
52774590.2

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

1

2

3

☐ Affects All Debtors.

☒ Affects Seaton Investments, LLC

☐ Affects Colyton Investments, LLC

☒ Affects Broadway Avenue Investments, LLC

☒ Affects SLA Investments, LLC

☐ Affects Negev Investments, LLC

☒ Affects Alan Gomperts

☒ Affects Daniel Halevy

☒ Affects Susan Halevy

**OMNIBUS OBJECTION TO PRIORITY PROOFS OF CLAIM FILED BY DEPARTMENT OF TREASURY - INTERNAL REVENUE SERVICE RE:**
- ***Alan Gomperts Claim #3-1***
- ***Daniel Halevy Claim #3-1***
- ***Susan Halevy Claim #2-1***
- ***Seaton Investments, LLC Claim #1-1***
- ***Broadway Avenue Investments, LLC Claim #1-1***
- ***SLA Investments, LLC Claim #1-1***

**MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATIONS OF ZEV SHECHTMAN AND DERRICK TALERICO IN SUPPORT THEREOF**

Date: September 10, 2024
Time: 11:00 a.m.
Crtrm.: 1368

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

52774590.1
390855-00001
52774590.2

2

**TO THE DEPARTMENT OF TREASURY - INTERNAL REVENUE SERVICE
AND INTERESTED PARTIES:**

**PLEASE TAKE NOTICE THAT:**

Debtors Alan Gomperts, Daniel Halevy, Susan Halevy (collectively, the "Individual Debtors"), Seaton Investments, LLC, Broadway Avenue Investments, LLC, and SLA Investments, LLC (collectively, the "Corporate Debtors") (the Individual Debtors and the Corporate Debtors, together, the "Debtors") in these jointly administered chapter 11 cases hereby object to the following claims of the Department of Treasury - Internal Revenue Service (the "IRS"):[1]

| Debtor Name | Case Number | Dollar Amount | Claim # | Exhibit # | Priority |
|---|---|---|---|---|---|
| Alan Gomperts | 2:24-bk-12074-VZ | $72,000 | 3-1 | A | Yes |
| Daniel Halevy | 2:24-bk-12075-VZ | $56,000 | 3-1 | B | Yes |
| Susan Halevy | 2:24-bk-12076-VZ | $25,400 | 2-1 | C | Yes |
| Seaton Investments, LLC | 2:24-bk-12079-VZ | $13,260 | 1-1 | D | No |
| Broadway Avenue Investments, LLC | 2:24-bk-12081-VZ | $16,575 | 1-1 | E | No |
| SLA Investments, LLC | 2:24-bk-12082-VZ | $16,575 | 1-1 | F | No |

The grounds for objection to the above-mentioned claims (the "IRS Claims") are identical: the IRS Claims are estimates which are not based on actual taxes owed. The amounts that will be actually owed are lower and, in some cases, zero. The Debtors recognize that the IRS will amend the IRS Claims after tax returns are filed, potentially resolving any disputes with respect to the claim amounts. However, the Debtors must file objections pursuant to the deadline set by the Court to hear objections to claims or the IRS Claims will be deemed allowed. The deadline set by the Court is September 20, 2024. See Order After Initial Status Conference in Chapter 11 Case

---

[1] Two other jointly administered debtors are not parties to this objection.

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

1   dated May 30, 2024 (doc. no. 83).  Accordingly, this omnibus claim objection is being timely

2   filed.

3

4        **PLEASE TAKE FURTHER NOTICE THAT:**

5        **The hearing on this omnibus objection will be held on September 10, 2024, at 11:00**

6   **a.m.**, or at such other time determined by the Court.

7        This omnibus objection is brought pursuant to LBR 3007-1.  Consistent with such rule, a

8   separate notice of the objection is being filed and served using the Court's official form.

9        A response must be filed and served not later than 14 days prior to the date of hearing set

10  forth in the notice. If a response is not timely filed and served, the court may grant the relief

11  requested in the objection without further notice or hearing.

12

13  DATED:  August 9, 2024                   SAUL EWING LLP

14

15

16                                          By:    _/s/ Zev Shechtman_____
                                                 ZEV SHECHTMAN

17                                               Attorneys for the Individual Debtors

18  DATED:  August 9, 2024                   WEINTRAUB ZOLKIN TALERICO & SELTH LLP

19

20                                          By: _____

21                                               DERRICK TALERICO

22                                               Attorneys for the Corporate Debtors

23

24

25

26

27

28

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

52774590.1
390855-00001
52774590.2

**MEMORANDUM OF POINTS AND AUTHORITIES**

## I.

### INTRODUCTION

The IRS Claims are in estimated amounts not supported by adequate evidence.  The IRS Claims should be disallowed.

## II.

### STATEMENT OF FACTS

The Debtors filed their chapter 11 petitions on March 18 and 19, 2024.  On April 1, 2024, the Court entered an order jointly administering the Debtor's chapter 11 cases (doc. no. 16).  Seaton Investments, LLC is the lead case in which all documents must be filed, except for proofs of claim.

On May 30, 2024, the Court issued its Order After Initial Status Conference in Chapter 11 Case (doc. no. 83), setting July 16, 2024 as the deadline to file proofs of claim for non-government claims, and September 20, 2024 as the deadline for a hearing to be held on claim objections.  December 12, 2024, at 11:00 a.m. is the date set for a hearing on approval of the disclosure statement (unless the Debtors schedule an earlier date).

The following proofs of claim have been filed by the IRS:

| Debtor Name | Case Number | Dollar Amount | Claim # | Exhibit # | Priority |
|---|---|---|---|---|---|
| Alan Gomperts | 2:24-bk-12074-VZ | $72,000 | 3-1 | A | Yes |
| Daniel Halevy | 2:24-bk-12075-VZ | $56,000 | 3-1 | B | Yes |
| Susan Halevy | 2:24-bk-12076-VZ | $25,400 | 2-1 | C | Yes |
| Seaton Investments, LLC | 2:24-bk-12079-VZ | $13,260 | 1-1 | D | No |
| Broadway Avenue Investments, LLC | 2:24-bk-12081-VZ | $16,575 | 1-1 | E | No |
| SLA Investments, | 2:24-bk-12082-VZ | $16,575 | 1-1 | F | No |

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

52774590.1
390855-00001
52774590.2

| LLC | | | | | |
|---|---|---|---|---|---|

Each of the IRS Claims includes a one-page attachment that includes a footnote at the bottom as follows:

> "LIABILITY IS ESTIMATED BASED ON AVAILABLE INFORMATION BECAUSE THE RETURN HAS NOT BEEN FILED.  THIS CLAIM MAY BE AMENDED AS NECESSARY AFTER THE DEBTOR FILES THE RETURN OR PROVIDES OTHER REQUIRED INFORMATION."

See Exhibits A, B, C, D, E, and F.

The Debtors have not filed 2023 tax returns.  The Debtors are preparing to engage tax accountants to assist them with the preparation of 2023 tax returns.  The Debtors will attempt to expedite the preparation of these returns.

**III.**

**LEGAL DISCUSSION**

Creditors may file proofs of claim.  11 U.S.C. § 501.  Claims are deemed allowed unless a party in interest objects.  11 U.S.C. § 502  A filed proof of claim "constitute[s] prima facie evidence of the validity and amount of the claim." Fed. R. Bankr. P. 3001(f).  The presumption of prima facie validity is rebuttable.  *In re Garner*, 246 B.R. 617, 622 (B.A.P. 9th Cir. 2000).  "If rebutted, then the ultimate burden of proof is on the claimant."  *Id*.  A creditor asserting a priority claim carries the burden of proof as to the priority treatment.  *In re Hanna*, 168 B.R. 386, 388 (B.A.P. 9th Cir. 1994); *In re Jones*, 610 B.R. 663, 666 (Bankr. D. Mont. 2019) ("[T]he IRS bears the ultimate burden of proof to establish the validity of its priority claim.")  "[T]he ultimate burden of persuasion is always on the claimant."  *In re Holm*, 931 F.2d 620, 623 (9th Cir. 1991) (quoting 3 L. King, Collier on Bankruptcy § 502.02, at 502–22 (15th ed. 1991)).

The IRS Claims are in estimated amounts and not supported by any evidence other than a one-page statement that includes a footnote regarding the estimation.  The statement of the IRS is that the estimate is based on available information but it does not describe that information.  The absence of additional support for the IRS Claims warrants disallowance.

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

1     As priority claims, the IRS Claims against the Individual Debtors are subjected to

2   heightened scrutiny.

3     The Debtors intend to file 2023 tax returns.  The Debtors expect that the filing of 2023

4   returns will resolve most, if not all, issues concerning the IRS Claims.

5

6                                         **IV.**

7                                  **<u>CONCLUSION</u>**

8     Based on the foregoing, the Debtors respectfully request that the Court sustain this

9   objection and disallow the following claims of the IRS in the respective Debtors' cases:

| Debtor Name | Case Number | Dollar Amount | Claim # | Exhibit # | Priority |
|---|---|---|---|---|---|
| Alan Gomperts | 2:24-bk-12074-VZ | $72,000 | 3-1 | A | Yes |
| Daniel Halevy | 2:24-bk-12075-VZ | $56,000 | 3-1 | B | Yes |
| Susan Halevy | 2:24-bk-12076-VZ | $25,400 | 2-1 | C | Yes |
| Seaton Investments, LLC | 2:24-bk-12079-VZ | $13,260 | 1-1 | D | No |
| Broadway Avenue Investments, LLC | 2:24-bk-12081-VZ | $16,575 | 1-1 | E | No |
| SLA Investments, LLC | 2:24-bk-12082-VZ | $16,575 | 1-1 | F | No |

DATED:  August 9, 2024          SAUL EWING LLP


By:        */s/ Zev Shechtman*
          _____
          ZEV SHECHTMAN
          Attorneys for the Individual Debtors

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

1   DATED:  August 9, 2024                    WEINTRAUB ZOLKIN TALERICO & SELTH LLP

2

3                                      By: _____

4                                          DERRICK TALERICO
                                           Attorneys for the Corporate Debtors

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

52774590.1
390855-00001
52774590.2

1

<u>DECLARATION OF ZEV SHECHTMAN</u>

2

I, Zev Shechtman, declare as follows:

3

1.      I am an attorney duly licensed to practice before all of the courts in the State of

4

California and entitled to practice in this Court.  I am a partner with Saul Ewing LLP, counsel of

5

record for the Individual Debtors, Alan Gomperts, Daniel Halevy, Susan Halevy, in these jointly

6

administered chapter 11 cases.  I have personal knowledge of the facts set forth in this Declaration

7

and, if called as a witness, could and would competently testify to such facts under oath.

8

2.      The following claims have been filed by the IRS in the cases of the Individual

9

Debtors:

10

| Debtor Name | Case Number | Dollar Amount | Claim # | Exhibit # | Priority |
|-------------|-------------|---------------|---------|-----------|----------|
| Alan Gomperts | 2:24-bk-12074-VZ | $72,000 | 3-1 | A | Yes |
| Daniel Halevy | 2:24-bk-12075-VZ | $56,000 | 3-1 | B | Yes |
| Susan Halevy | 2:24-bk-12076-VZ | $25,400 | 2-1 | C | Yes |

11

12

13

14

3.      Attached hereto as Exhibits A, B, and C are true and correct copies of each of the

15

above-mentioned claims, copies of which were obtained from the Court's claims registers in the

16

Individual Debtors' cases.

17

I declare under penalty of perjury under the laws of the United States of America that the

18

foregoing is true and correct to the best of my knowledge.

19

Executed on this 9th day of August, 2024, at Los Angeles, California.

20

21

_/s/ Zev Shechtman_
Zev Shechtman

22

23

24

25

26

27

28

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

DECLARATION OF DERRICK TALERICO

I, Derrick Talerico, declare as follows:

1.      I am an attorney duly licensed to practice before all of the courts in the State of California and entitled to practice in this Court.  I am a partner with Weintraub Zolkin Talerico & Selth LLP, counsel of record for the Corporate Debtors, Seaton Investments, LLC, Broadway Avenue Investments, LLC, and SLA Investments, LLC (and two other debtors who are not parties to this Objection), in in these jointly administered chapter 11 cases.  I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would competently testify to such facts under oath.

2.      The following claims have been filed by the IRS in the cases of the Corporate Debtors:

| Debtor Name | Case Number | Dollar Amount | Claim # | Exhibit # | Priority |
|---|---|---|---|---|---|
| Seaton Investments, LLC | 2:24-bk-12079-VZ | $13,260 | 1-1 | D | No |
| Broadway Avenue Investments, LLC | 2:24-bk-12081-VZ | $16,575 | 1-1 | E | No |
| SLA Investments, LLC | 2:24-bk-12082-VZ | $16,575 | 1-1 | F | No |

3.      Attached hereto as Exhibits D, E, and F are true and correct copies of each of the above-mentioned claims, copies of which were obtained from the Court's claims registers in the Corporate Debtors' cases.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this 9th day of August, 2024, at Los Angeles, California.

_____
Derrick Talerico

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

52774590.1
390855-00001
52774590.2

# EXHIBIT A

| Fill in this information to identify the case: |
| --- |

Debtor 1     ALAN GOMPERTS

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   CENTRAL District of CALIFORNIA

Case number   2:24-BK-12074-VZ

---

Official Form 410

# Proof of Claim

**04/22**

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

| Part 1: | Identify the Claim |
| --- | --- |

**1. Who is the current creditor?**

Department of Treasury - Internal Revenue Service     Creditor Number :   41932450
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**Where should notices to the creditor be sent?**

Internal Revenue Service
Name

P.O. Box 7346
Number    Street

Philadelphia     PA     19101-7346
City     State     ZIP Code

Contact phone   1-800-973-0424

Contact email _____

**Where should payments to the creditor be sent?** (if different)

Internal Revenue Service
Name

IRS Insolvency Group 7   24000 AVILA ROAD 3rd Floor, M/S
Number    Street

LAGUNA NIGUEL     CA     92677
City     State     ZIP Code

Contact phone   (909) 388-8109

Contact email   Florence.Perkins@irs.gov

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

— — — — — — — — — — — — — — — — — — — — — — — —

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____     Filed on _____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? _____

---

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☐ No

☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: See Attachment_____  ____

**7. How much is the claim?**   $_____72,000.00_   **Does this amount include interest or other charges?**

☐ No

☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Taxes_____

**9. Is all or part of the claim secured?**

☑ No

☐ Yes.  The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**                   $_____

**Amount of the claim that is secured:**    $_____

**Amount of the claim that is unsecured:**  $_____(The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**   $_____

**Annual Interest Rate** (when case was filed)_____%

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.**   $_____

**11. Is this claim subject to a right of setoff?**

☐ No

☑ Yes. Identify the property: See attachment_____

---

Official Form 410                            **Proof of Claim**                            page 2

| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**  A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ No  ☑ Yes. *Check one:* | **Amount entitled to priority** |
|---|---|---|
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☑ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $____72,000.00 |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |
| | * Amounts are subject to adjustment on 04/01/25 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3:  Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date    04/18/2024
                  MM  /  DD  /  YYYY

/s/ FLORENCE M PERKINS
Signature

**Print the name of the person who is completing and signing this claim:**

| Name | FLORENCE M | | PERKINS |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | Bankruptcy Specialist | | |
| Company | Internal Revenue Service | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | IRS Insolvency Group 7  24000 AVILA ROAD 3rd Floor, M/S 5503 | | |
| | Number        Street | | |
| | LAGUNA NIGUEL | CA | 92677 |
| | City | State | ZIP Code |
| Contact phone | (909) 388-8109 | Email | Florence.Perkins@irs.gov |

# Proof of Claim for Internal Revenue Taxes

Department of the Treasury/Internal Revenue Service

**In the Matter of:** ALAN GOMPERTS
264 SOUTH OAKHURST DRIVE
BEVERLY HILLS, CA 90212

Form **410**
Attachment

| Case Number |
| --- |
| 2:24-BK-12074-VZ |
| **Type of Bankruptcy Case** |
| CHAPTER 11 |
| **Date of Petition** |
| 03/18/2024 |

The United States has the right of setoff or counterclaim. However, this determination is based on available data and is not intended to waive any right to setoff against this claim debts owed to this debtor by this or any other federal agency. All rights of setoff are preserved and will be asserted to the extent lawful.

**Unsecured Priority Claims**     under section 507(a)(8) of the Bankruptcy Code

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Interest to Petition Date |
| --- | --- | --- | --- | --- | --- |
| XXX-XX-2016 | INCOME | 12/31/2023 | 1 D-ESTIMATED-SEE NOTE | $72,000.00 | $0.00 |
| | | | | $72,000.00 | $0.00 |

**Total Amount of Unsecured Priority Claims:**     **$72,000.00**

1 LIABILITY IS ESTIMATED BASED ON AVAILABLE INFORMATION BECAUSE THE RETURN HAS NOT BEEN FILED. THIS CLAIM MAY BE AMENDED AS NECESSARY AFTER THE DEBTOR FILES THE RETURN OR PROVIDES OTHER REQUIRED INFORMATION.

# EXHIBIT B

**Fill in this information to identify the case:**

Debtor 1    DANIEL HALEVY

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:  CENTRAL District of CALIFORNIA

Case number  2:24-BK-12075-VZ

## Official Form 410

# Proof of Claim                                          04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

### Part 1:    Identify the Claim

| | |
|---|---|
| 1. **Who is the current creditor?** | Department of Treasury - Internal Revenue Service  ____  Creditor Number : 41942067<br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the debtor |
| 2. **Has this claim been acquired from someone else?** | ☑ No<br>☐ Yes.  From whom? _____ |

3. **Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|
| Internal Revenue Service | Internal Revenue Service |
| Name | Name |
| P.O. Box 7346 | IRS Insolvency Group 7  24000 AVILA ROAD 3rd Floor, M/S |
| Number        Street | Number        Street |
| Philadelphia          PA          19101-7346 | LAGUNA NIGUEL          CA          92677 |
| City                    State          ZIP Code | City                    State          ZIP Code |
| Contact phone  1-800-973-0424 | Contact phone  (909) 388-8109 |
| Contact email  _____ | Contact email  Florence.Perkins@irs.gov |

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___

| | | |
|---|---|---|
| 4. **Does this claim amend one already filed?** | ☑ No<br>☐ Yes.  Claim number on court claims registry (if known) _____ | Filed on _____<br>MM  / DD  / YYYY |
| 5. **Do you know if anyone else has filed a proof of claim for this claim?** | ☑ No<br>☐ Yes.  Who made the earlier filing? _____ | |

| **Part 2:** | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☐ No

☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: See Attachment ____ ____

**7. How much is the claim?**   $_____ 56,000.00    **Does this amount include interest or other charges?**

☐ No

☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Taxes _____

**9. Is all or part of the claim secured?**

☑ No

☐ Yes.  The claim is secured by a lien on property.

   **Nature of property:**

   ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

   ☐ Motor vehicle

   ☐ Other. Describe: _____

   **Basis for perfection:** _____

   Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

   **Value of property:**                          $_____

   **Amount of the claim that is secured:**        $_____

   **Amount of the claim that is unsecured:**  $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

   **Amount necessary to cure any default as of the date of the petition:**      $_____

   **Annual Interest Rate** (when case was filed)_____%

   ☐ Fixed

   ☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.**      $_____

**11. Is this claim subject to a right of setoff?**

☐ No

☑ Yes. Identify the property: See attachment _____

<table>
<tr><td>

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

</td><td colspan="2">

☐ No

☑ Yes. *Check one:*

</td><td>

**Amount entitled to priority**

</td></tr>
</table>

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).     $_____

☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).     $_____

☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).     $_____

☑ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).     $_____56,000.00

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).     $_____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies.     $_____

\* Amounts are subject to adjustment on 04/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

---

## Part 3:    Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date    04/24/2024
                    MM / DD / YYYY


/s/ FLORENCE M PERKINS
_____
Signature

**Print the name of the person who is completing and signing this claim:**

Name        FLORENCE M                                      PERKINS
            First name              Middle name             Last name

Title       Bankruptcy Specialist

Company     Internal Revenue Service
            Identify the corporate servicer as the company if the authorized agent is a servicer.

Address     IRS Insolvency Group 7  24000 AVILA ROAD 3rd Floor, M/S 5503
            Number      Street
            LAGUNA NIGUEL                              CA          92677
            City                                       State       ZIP Code

Contact phone    (909) 388-8109                   Email   Florence.Perkins@irs.gov

# Proof of Claim for
# Internal Revenue Taxes

Department of the Treasury/Internal Revenue Service



**Form 410**
Attachment

| Case Number |
|---|
| 2:24-BK-12075-VZ |

**In the Matter of:** DANIEL HALEVY
8561 HORNER STREET
LOS ANGELES, CA 90035

| Type of Bankruptcy Case |
|---|
| CHAPTER 11 |

| Date of Petition |
|---|
| 03/18/2024 |

The United States has the right of setoff or counterclaim. However, this determination is based on available data and is not intended to waive any right to setoff against this claim debts owed to this debtor by this or any other federal agency. All rights of setoff are preserved and will be asserted to the extent lawful.

**Unsecured Priority Claims**     under section 507(a)(8) of the Bankruptcy Code

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Interest to Petition Date |
|---|---|---|---|---|---|
| XXX-XX-9769 | INCOME | 12/31/2023 | 1 1-ESTIMATED-SEE NOTE | $56,000.00 | $0.00 |
| | | | | $56,000.00 | $0.00 |

**Total Amount of Unsecured Priority Claims:**     $56,000.00

1 LIABILITY IS ESTIMATED BASED ON AVAILABLE INFORMATION BECAUSE THE RETURN HAS NOT BEEN FILED. THIS CLAIM MAY BE AMENDED AS NECESSARY AFTER THE DEBTOR FILES THE RETURN OR PROVIDES OTHER REQUIRED INFORMATION.

# EXHIBIT C

**Fill in this information to identify the case:**

Debtor 1  SUSAN HALEVY

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: CENTRAL District of CALIFORNIA

Case number  2:24-BK-12076-VZ

Official Form 410

# Proof of Claim

04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim |
|---------|--------------------|

| | | |
|---|---|---|
| 1. **Who is the current creditor?** | Department of Treasury - Internal Revenue Service _____ Creditor Number : 41932412<br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the debtor | |
| 2. **Has this claim been acquired from someone else?** | ☑ No<br>☐ Yes. From whom? _____ | |
| 3. **Where should notices and payments to the creditor be sent?**<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?**<br><br>Internal Revenue Service<br>Name<br>P.O. Box 7346<br>Number      Street<br>Philadelphia          PA          19101-7346<br>City                State      ZIP Code<br><br>Contact phone 1-800-973-0424<br><br>Contact email _____ | **Where should payments to the creditor be sent?** (if different)<br><br>Internal Revenue Service<br>Name<br>IRS Insolvency Group 7  24000 AVILA ROAD 3rd Floor, M/S<br>Number      Street<br>LAGUNA NIGUEL        CA          92677<br>City                State      ZIP Code<br><br>Contact phone (909) 388-8109<br><br>Contact email Florence.Perkins@irs.gov |
| | Uniform claim identifier for electronic payments in chapter 13 (if you use one):<br><br>__ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ | |
| 4. **Does this claim amend one already filed?** | ☑ No<br>☐ Yes. Claim number on court claims registry (if known) _____ | Filed on _____<br>MM  / DD  / YYYY |
| 5. **Do you know if anyone else has filed a proof of claim for this claim?** | ☑ No<br>☐ Yes. Who made the earlier filing? _____ | |

| **Part 2:** | **Give Information About the Claim as of the Date the Case Was Filed** |
|---|---|

---

6. **Do you have any number you use to identify the debtor?**

☐ No

☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: See Attachment ____ ____

---

7. **How much is the claim?** $_____ 25,400.00   **Does this amount include interest or other charges?**

☐ No

☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

---

8. **What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Taxes _____

---

9. **Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**  $_____

**Amount of the claim that is secured:**  $_____

**Amount of the claim that is unsecured:**  $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**  $_____

**Annual Interest Rate** (when case was filed)_____%

☐ Fixed

☐ Variable

---

10. **Is this claim based on a lease?**

☑ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.**  $_____

---

11. **Is this claim subject to a right of setoff?**

☐ No

☑ Yes. Identify the property: See attachment _____

---

| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ No<br>☑ Yes. *Check one:* | **Amount entitled to priority** |
|---|---|---|
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☑ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____25,400.00 |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | $_____ |
| | * Amounts are subject to adjustment on 04/01/25 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3:  Sign Below

| The person completing this proof of claim must sign and date it. FRBP 9011(b).<br><br>If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.<br><br>**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.**<br>**18 U.S.C. §§ 152, 157, and 3571.** | *Check the appropriate box:*<br><br>☑ I am the creditor.<br>☐ I am the creditor's attorney or authorized agent.<br>☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.<br>☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.<br><br>I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.<br><br>I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.<br><br>I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|

Executed on date  04/18/2024
                  MM / DD / YYYY

/s/ FLORENCE M PERKINS
Signature

**Print the name of the person who is completing and signing this claim:**

| Name | FLORENCE M | | PERKINS |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | Bankruptcy Specialist | | |
| Company | Internal Revenue Service | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | IRS Insolvency Group 7  24000 AVILA ROAD 3rd Floor, M/S 5503 | | |
| | Number        Street | | |
| | LAGUNA NIGUEL | CA | 92677 |
| | City | State | ZIP Code |
| Contact phone | (909) 388-8109 | Email | Florence.Perkins@irs.gov |

# Proof of Claim for
# Internal Revenue Taxes



Department of the Treasury/Internal Revenue Service

**In the Matter of:** SUSAN HALEVY
257 SOUTH LINDEN DRIVE
BEVERLY HILLS, CA 90212

Form **410**
Attachment

| Case Number |
| --- |
| 2:24-BK-12076-VZ |

| Type of Bankruptcy Case |
| --- |
| CHAPTER  11 |

| Date of Petition |
| --- |
| 03/18/2024 |

The United States has the right of setoff or counterclaim. However, this determination is based on available data and is not intended to waive any right to setoff against this claim debts owed to this debtor by this or any other federal agency. All rights of setoff are preserved and will be asserted to the extent lawful.

**Unsecured Priority Claims**      under section 507(a)(8) of the Bankruptcy Code

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Interest to Petition Date |
| --- | --- | --- | --- | --- | --- |
| XXX-XX-0735 | INCOME | 12/31/2023 | 1 1-ESTIMATED-SEE NOTE | $25,400.00 | $0.00 |
| | | | | $25,400.00 | $0.00 |

**Total Amount of Unsecured Priority Claims:**      **$25,400.00**

1 LIABILITY IS ESTIMATED BASED ON AVAILABLE INFORMATION BECAUSE THE RETURN HAS NOT BEEN FILED. THIS CLAIM MAY BE AMENDED AS NECESSARY AFTER THE DEBTOR FILES THE RETURN OR PROVIDES OTHER REQUIRED INFORMATION.

# EXHIBIT D

**Fill in this information to identify the case:**

Debtor 1    SEATON INVESTMENTS, LLC

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    CENTRAL District of CALIFORNIA

Case number    2:24-BK-12079-VZ

Official Form 410

# Proof of Claim

04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim |
|---|---|

**1. Who is the current creditor?**

Department of Treasury - Internal Revenue Service _____ Creditor Number : 41892628
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**Where should notices to the creditor be sent?**

Internal Revenue Service
Name
P.O. Box 7346
Number    Street
Philadelphia              PA          19101-7346
City                      State       ZIP Code

Contact phone 1-800-973-0424

Contact email _____

**Where should payments to the creditor be sent?** (if different)

Internal Revenue Service
Name
IRS Insolvency Group 7  24000 AVILA ROAD 3rd Floor, M/S
Number    Street
LAGUNA NIGUEL            CA          92677
City                      State       ZIP Code

Contact phone (909) 388-8109

Contact email Florence.Perkins@irs.gov

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

__ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____    Filed on _____
                                                                  MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes.  Who made the earlier filing? _____

Official Form 410              **Proof of Claim**              page 1

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☐ No

☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: See Attachment ____

**7. How much is the claim?**   $_____13,260.00_.   **Does this amount include interest or other charges?**

☐ No

☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Taxes _____

**9. Is all or part of the claim secured?**

☑ No

☐ Yes.  The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $_____

**Amount of the claim that is secured:** $_____

**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $_____

**Annual Interest Rate** (when case was filed)_____%

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $_____

**11. Is this claim subject to a right of setoff?**

☐ No

☑ Yes. Identify the property: See attachment _____

| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** | ☑ No | |
|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Yes. *Check one:* | **Amount entitled to priority** |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |
| | * Amounts are subject to adjustment on 04/01/25 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3:    Sign Below

| The person completing this proof of claim must sign and date it. FRBP 9011(b). | *Check the appropriate box:* |
|---|---|
| | ☑ I am the creditor. |
| If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is. | ☐ I am the creditor's attorney or authorized agent. |
| | ☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. |
| | ☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. |
| **A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.** | I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt. |
| | I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct. |
| | I declare under penalty of perjury that the foregoing is true and correct. |

Executed on date   04/25/2024
                  MM / DD / YYYY

 

/s/ FLORENCE M PERKINS
Signature

**Print the name of the person who is completing and signing this claim:**

| Name | FLORENCE M | | PERKINS |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | Bankruptcy Specialist | | |
| Company | Internal Revenue Service | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | IRS Insolvency Group 7  24000 AVILA ROAD 3rd Floor, M/S 5503 | | |
| | Number        Street | | |
| | LAGUNA NIGUEL | CA | 92677 |
| | City | State | ZIP Code |
| Contact phone | (909) 388-8109 | Email | Florence.Perkins@irs.gov |

# Proof of Claim for
# Internal Revenue Taxes

Department of the Treasury/Internal Revenue Service

**In the Matter of:**   SEATON INVESTMENTS, LLC

264 S OAKHURST DR
BEVERLY HILLS, CA 90212

**Form 410**
Attachment

**Case Number**
2:24-BK-12079-VZ

**Type of Bankruptcy Case**
CHAPTER  11

**Date of Petition**
03/19/2024

The United States has the right of setoff or counterclaim. However, this determination is based on available data and is not intended to waive any right to setoff against this claim debts owed to this debtor by this or any other federal agency. All rights of setoff are preserved and will be asserted to the extent lawful.

### Unsecured General Claims

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Interest to Petition Date |
|---|---|---|---|---|---|
| XX-XXX1168 | PTRSHP | 12/31/2023 | 1 D-ESTIMATED-SEE NOTE | $0.00 | $0.00 |
| XX-XXX1168 | PTRSHP | 12/31/2024 | 1 D-ESTIMATED-SEE NOTE | $0.00 | $0.00 |
| | | | | $0.00 | $0.00 |

Penalty to date of petition on unsecured general claims (including interest thereon) . . . . . .$13,260.00

**Total Amount of Unsecured General Claims:**         **$13,260.00**

1 LIABILITY IS ESTIMATED BASED ON AVAILABLE INFORMATION BECAUSE THE RETURN HAS NOT BEEN FILED. THIS CLAIM MAY BE AMENDED AS NECESSARY AFTER THE DEBTOR FILES THE RETURN OR PROVIDES OTHER REQUIRED INFORMATION.

# EXHIBIT E

| Fill in this information to identify the case: |
|---|
| Debtor 1    BROADWAY AVENUE INVESTMENTS, LLC |
| Debtor 2    _____<br>(Spouse, if filing) |
| United States Bankruptcy Court for the:   CENTRAL District of CALIFORNIA |
| Case number    2:24-BK-12081-VZ |

## Official Form 410

# Proof of Claim

**04/22**

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

| Part 1: | Identify the Claim |
|---|---|

**1. Who is the current creditor?**

Department of Treasury - Internal Revenue Service      Creditor Number :  41892660
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes.  From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|
| Internal Revenue Service | Internal Revenue Service |
| Name | Name |
| P.O. Box 7346 | IRS Insolvency Group 7  24000 AVILA ROAD 3rd Floor, M/S |
| Number      Street | Number      Street |
| Philadelphia    PA    19101-7346 | LAGUNA NIGUEL    CA    92677 |
| City    State    ZIP Code | City    State    ZIP Code |
| Contact phone  1-800-973-0424 | Contact phone  (909) 388-8109 |
| Contact email  _____ | Contact email  Florence.Perkins@irs.gov |

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**4. Does this claim amend one already filed?**

☑ No
☐ Yes.  Claim number on court claims registry (if known) _____      Filed on _____
                                                                                          MM   / DD   / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes.  Who made the earlier filing? _____

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☐ No

☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: See Attachment _____ ____

**7. How much is the claim?**     $_____ 16,575.00 .   **Does this amount include interest or other charges?**

☐ No

☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Taxes _____

**9. Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**     $_____

**Amount of the claim that is secured:**     $_____

**Amount of the claim that is unsecured:**  $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**     $_____

**Annual Interest Rate** (when case was filed) _____%

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.**     $_____

**11. Is this claim subject to a right of setoff?**

☐ No

☑ Yes. Identify the property: See attachment _____

| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☑ No | |
|---|---|---|
| | ☐ Yes. *Check one:* | **Amount entitled to priority** |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | $_____ |
| | * Amounts are subject to adjustment on 04/01/25 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3:  Sign Below

**The person completing this proof of claim must sign and date it.** FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.** 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   04/26/2024
                   MM  /  DD  /  YYYY

/s/ FLORENCE M PERKINS

Signature

**Print the name of the person who is completing and signing this claim:**

| Name | FLORENCE M | | PERKINS |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | Bankruptcy Specialist | | |
| Company | Internal Revenue Service | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | IRS Insolvency Group 7  24000 AVILA ROAD 3rd Floor, M/S 5503 | | |
| | Number        Street | | |
| | LAGUNA NIGUEL | CA | 92677 |
| | City | State | ZIP Code |
| Contact phone | (909) 388-8109 | Email | Florence.Perkins@irs.gov |

# Proof of Claim for
# Internal Revenue Taxes

Department of the Treasury/Internal Revenue Service

**In the Matter of:** BROADWAY AVENUE INVESTMENTS, LLC

264 S. OAKHURST DR
BEVERLY HILLS, CA 90212

Form **410**
Attachment

| Case Number |
| 2:24-BK-12081-VZ |

| Type of Bankruptcy Case |
| CHAPTER 11 |

| Date of Petition |
| 03/19/2024 |

The United States has the right of setoff or counterclaim. However, this determination is based on available data and is not intended to waive any right to setoff against this claim debts owed to this debtor by this or any other federal agency. All rights of setoff are preserved and will be asserted to the extent lawful.

## Unsecured General Claims

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Interest to Petition Date |
|---|---|---|---|---|---|
| XX-XXX2843 | PTRSHP | 12/31/2023 | 1 D-ESTIMATED-SEE NOTE | $0.00 | $0.00 |
| XX-XXX2843 | PTRSHP | 12/31/2024 | 1 D-ESTIMATED-SEE NOTE | $0.00 | $0.00 |
| | | | | $0.00 | $0.00 |

Penalty to date of petition on unsecured general claims (including interest thereon) . . . . . .$16,575.00

**Total Amount of Unsecured General Claims:**            **$16,575.00**

1 LIABILITY IS ESTIMATED BASED ON AVAILABLE INFORMATION BECAUSE THE RETURN HAS NOT BEEN FILED. THIS CLAIM MAY BE AMENDED AS NECESSARY AFTER THE DEBTOR FILES THE RETURN OR PROVIDES OTHER REQUIRED INFORMATION.

# EXHIBIT F

**Fill in this information to identify the case:**

Debtor 1  SLA INVESTMENTS, LLC

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:  CENTRAL District of CALIFORNIA

Case number  2:24-BK-12082-VZ

Official Form 410

# Proof of Claim

04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim |
| --- | --- |

**1. Who is the current creditor?**

Department of Treasury - Internal Revenue Service     Creditor Number : 41892677
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes.  From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**Where should notices to the creditor be sent?**

Internal Revenue Service
Name
P.O. Box 7346
Number     Street
Philadelphia          PA          19101-7346
City               State          ZIP Code

Contact phone  1-800-973-0424

Contact email  _____

**Where should payments to the creditor be sent?** (if different)

Internal Revenue Service
Name
IRS Insolvency Group 7  24000 AVILA ROAD 3rd Floor, M/S
Number     Street
LAGUNA NIGUEL        CA          92677
City               State          ZIP Code

Contact phone  (909) 388-8109

Contact email  Florence.Perkins@irs.gov

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

__ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __

**4. Does this claim amend one already filed?**

☑ No
☐ Yes.  Claim number on court claims registry (if known) _____     Filed on _____
                                                                         MM  / DD  / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes.  Who made the earlier filing? _____

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☐ No

☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: See Attachment _____ ____

**7. How much is the claim?**  $_____ 16,575.00  **Does this amount include interest or other charges?**

☐ No

☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Taxes _____

**9. Is all or part of the claim secured?**

☑ No

☐ Yes.  The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**  $_____

**Amount of the claim that is secured:**  $_____

**Amount of the claim that is unsecured:**  $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**  $_____

**Annual Interest Rate** (when case was filed) _____%

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.**  $_____

**11. Is this claim subject to a right of setoff?**

☐ No

☑ Yes. Identify the property: See attachment _____

---

Official Form 410 | **Proof of Claim** |

| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**  A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☑ No | |
|---|---|---|
| | ☐ Yes. *Check one:* | **Amount entitled to priority** |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | $_____ |
| | * Amounts are subject to adjustment on 04/01/25 and every 3 years after that for cases begun on or after the date of adjustment. | |

### Part 3:  Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  04/26/2024
MM  /  DD  /  YYYY

/s/ FLORENCE M PERKINS
Signature

**Print the name of the person who is completing and signing this claim:**

| Name | FLORENCE M | | PERKINS |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | Bankruptcy Specialist | | |
| Company | Internal Revenue Service | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | IRS Insolvency Group 7  24000 AVILA ROAD 3rd Floor, M/S 5503 | | |
| | Number      Street | | |
| | LAGUNA NIGUEL | CA | 92677 |
| | City | State | ZIP Code |
| Contact phone | (909) 388-8109 | Email | Florence.Perkins@irs.gov |

# Proof of Claim for
# Internal Revenue Taxes

Department of the Treasury/Internal Revenue Service

**In the Matter of:** SLA INVESTMENTS, LLC

264 S OAKHURST DR
BEVERLY HILLS, CA 90212

**Form 410**
Attachment

| Case Number |
| --- |
| 2:24-BK-12082-VZ |

| Type of Bankruptcy Case |
| --- |
| CHAPTER  11 |

| Date of Petition |
| --- |
| 03/19/2024 |

The United States has the right of setoff or counterclaim. However, this determination is based on available data and is not intended to waive any right to setoff against this claim debts owed to this debtor by this or any other federal agency. All rights of setoff are preserved and will be asserted to the extent lawful.

### Unsecured General Claims

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Interest to Petition Date |
| --- | --- | --- | --- | --- | --- |
| XX-XXX9571 | PTRSHP | 12/31/2023 | 1 D-ESTIMATED-SEE NOTE | $0.00 | $0.00 |
| XX-XXX9571 | PTRSHP | 12/31/2024 | 1 D-ESTIMATED-SEE NOTE | $0.00 | $0.00 |
| | | | | $0.00 | $0.00 |

Penalty to date of petition on unsecured general claims (including interest thereon) . . . . . .$16,575.00

**Total Amount of Unsecured General Claims:** **$16,575.00**

1 LIABILITY IS ESTIMATED BASED ON AVAILABLE INFORMATION BECAUSE THE RETURN HAS NOT BEEN FILED. THIS CLAIM MAY BE AMENDED AS NECESSARY AFTER THE DEBTOR FILES THE RETURN OR PROVIDES OTHER REQUIRED INFORMATION.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 701 Brickell Avenue, Suite 1700, Miami, Florida 33131.

A true and correct copy of the foregoing document entitled (*specify*): **Notice of Objection to Claim and Memorandum of Point and Authorities and Declarations of Zev Shechtman and Derrick Talerico in Support Thereof** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **August 9, 2014,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| Tanya Behnam | tbehnam@polsinelli.com, tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com |
| Carol Chow | Carol.Chow@saul.com, easter.santamaria@saul.com |
| Christopher Cramer | secured@becket-lee.com |
| Michael G Fletcher | mfletcher@frandzel.com, sking@frandzel.com |
| Todd S. Garan | ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com |
| Jacqueline L James | jjames@hrhlaw.com |
| Kelly L Morrison | kelly.l.morrison@usdoj.gov |
| Avi Edward Muhtar | amuhtar@crownandstonelaw.com |
| Bruce D Poltrock | bpoltrock@frandzel.com, achase@frandzel.com |
| Zev Shechtman | Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com |
| Derrick Talerico | dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com |
| U.S. Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |
| Gerrick Warrington | gwarrington@frandzel.com, achase@frandzel.com |
| Jennifer C Wong | bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com |

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On August 9, 2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Florence M. Perkins
Bankruptcy Specialist
Internal Revenue Service
IRS Insolvency Group 7
24000 Avila Road, 3rd Floor, M/S 5503
Laguna Niguel, CA 92677

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) August 9, 2024, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

EMAIL: Florence M. Perkins        Florence.perkins@irs.gov

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 9, 2024 | Aida McLaughlin | *Aida McLaughlin* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                         **F 9013-3.1.PROOF.SERVICE**