| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Zev Shechtman (State Bar No. 266280)<br>Zev.Shechtman@saul.com<br>SAUL EWING LLP<br>1888 Century Park East, Suite 1500<br>Los Angeles, California 90067<br>Telephone: (310) 255-6100<br><br>☒ *Attorney for:* Alan Gomperts, Daniel Halevy, and Susan Halevy | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>SEATON INVESTMENTS, LLC, et al., | CASE NO.: 2:24-bk-12079-VZ<br><br>Jointly Administered with Case Nos.:<br><br>2:24-bk-12080-VZ; 2:24-bk-12081-VZ; 2:24-bk-12082-VZ; 2:24-bk-12091-VZ; 2:24-bk-12074-VZ; 2:24-bk-12075-VZ and 2:24-bk-12076-VZ<br><br>CHAPTER: 11 |
|---|---|
| | **AMENDED: NOTICE OF OBJECTION TO CLAIM** |
| | DATE: 9/10/2024<br>TIME: 11:00 a.m.<br>COURTROOM: 1368<br>PLACE: 255 East Temple Street<br>Los Angeles, CA 90012 |
| Debtor(s). | |

1. TO *(specify claimant and claimant's counsel, if any)*:  Department of Treasury - Internal Revenue Service

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                         Page 1                            **F 3007-1.1.NOTICE.OBJ.CLAIM**

2. NOTICE IS HEREBY GIVEN that the undersigned has filed an objection to your Proof of Claim (Claim # <u>in these bankruptcy cases:</u>

<u>Alan Gomperts Claim #3-1</u>

<u>Daniel Halevy Claim #3-1</u>

<u>Susan Halevy Claim #2-1</u>

<u>Seaton Investments, LLC Claim #1-1</u>

<u>Broadway Avenue Investments, LLC Claim #1-1</u>

<u>SLA Investments, LLC Claim #1-1</u>) filed in the above referenced case. The Objection to Claim seeks to alter your rights by disallowing, reducing or modifying the claim based upon the grounds set forth in the objection, a copy of which is attached hereto and served herewith.

3. **Deadline for Opposition Papers**: You must file and serve a response to the Objection to Claim not later than 14 days prior to the hearing date set forth above.

   **IF YOU FAIL TO TIMELY RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

Date: 8/9/24

Saul Ewing LLP
Printed name of law firm

/s/ Zev Shechtman
Signature

Date Notice Mailed: 8/9/2024

Zev Shechtman
Printed name of attorney for objector

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*        Page 1        **F 3007-1.1.NOTICE.OBJ.CLAIM**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 701 Brickell Avenue, Suite 1700, Miami, Florida 33131.

A true and correct copy of the foregoing document entitled (*specify*): **Amended Notice of Objection to Claim and Memorandum of Point and Authorities and Declarations of Zev Shechtman and Derrick Talerico in Support Thereof** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **August 9, 2014**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| Tanya Behnam | tbehnam@polsinelli.com, tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com |
| Carol Chow | Carol.Chow@saul.com, easter.santamaria@saul.com |
| Christopher Cramer | secured@becket-lee.com |
| Michael G Fletcher | mfletcher@frandzel.com, sking@frandzel.com |
| Todd S. Garan | ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com |
| Jacqueline L James | jjames@hrhlaw.com |
| Kelly L Morrison | kelly.l.morrison@usdoj.gov |
| Avi Edward Muhtar | amuhtar@crownandstonelaw.com |
| Bruce D Poltrock | bpoltrock@frandzel.com, achase@frandzel.com |
| Zev Shechtman | Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com |
| Derrick Talerico | dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com |
| U.S. Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |
| Gerrick Warrington | gwarrington@frandzel.com, achase@frandzel.com |
| Jennifer C Wong | bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com |

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On August 9, 2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Florence M. Perkins
Bankruptcy Specialist
Internal Revenue Service
IRS Insolvency Group 7
24000 Avila Road, 3rd Floor, M/S 5503
Laguna Niguel, CA 92677

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) August 9, 2024, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

EMAIL: Florence M. Perkins    Florence.perkins@irs.gov

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 9, 2024 | Zev Shechtman | */s/ Zev Shechtman* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**2. SERVED BY UNITED STATES MAIL Continued:**

Civil Process Clerk
United States Attorney's Office
Federal Building, Room 7516
300 North Los Angeles Street
Los Angeles, CA 90012

Attorney General
United States Department of Justice
Ben Franklin Station
P. O. Box 683
Washington, DC 20044