# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1888 Century Park East, Suite 1500, Los Angeles, California 90067.

A true and correct copy of the foregoing document entitled (*specify*): **PROFESSIONAL FEE STATEMENT OF SAUL EWING LLP** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>:**  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)  August 12, 2024  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. <u>SERVED BY UNITED STATES MAIL</u>:**
On (*date*)  August 12, 2024 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 12, 2024 | Turner N. Falk | /s/ Turner N. Falk |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

<u>ADDITIONAL SERVICE INFORMATION</u> (if needed):

**1. <u>SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")</u>**

Tanya Behnam on behalf of Creditor Korth Direct Mortgage Inc.
tbehnam@polsinelli.com, tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com

Michael G Fletcher on behalf of Creditor Archway Real Estate Income Fund I SPE I, LLC
mfletcher@frandzel.com, sking@frandzel.com

Kelly L Morrison on behalf of U.S. Trustee United States Trustee (LA)
kelly.l.morrison@usdoj.gov

Bruce D Poltrock on behalf of Creditor Archway Real Estate Income Fund I SPE I, LLC
bpoltrock@frandzel.com, achase@frandzel.com

Zev Shechtman on behalf of Debtors Alan Gomperts, Daniel Halevy, Susan Halevy
Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com

Turner N. Falk on behalf of Debtors Alan Gomperts, Daniel Halevy, Susan Halevy
turner.falk@saul.com

Derrick Talerico on behalf of Debtors Seaton Investment, LLC, Colyton Investments, LLC, Broadway Avenue
Investments, LLC, Negev Investments, LLC, SLA Investments, LCC
dtalerico@wztslaw.com, maraki@wztslaw.com, sfritz@wztslaw.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Gerrick Warrington on behalf of Creditor Archway Real Estate Income Fund I SPE I, LLC
gwarrington@frandzel.com, achase@frandzel.com

Jennifer C Wong on behalf of Interested Party Courtesy NEF
bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

Todd S Garan on behalf of Interested Party Courtesy NEF
ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com, tgaran@aldridgepite.com

Jacqueline L James for Creditor Harvest Small Business Finance, LLC
jjames@hrhlaw.com

Avi Muhtar on behalf of Interested Party Courtesy NEF
amuhtar@eaccidents.com

Todd S. Garan on behalf of Creditor Wells Fargo National Bank West
ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

**2. <u>SERVED BY U.S. MAIL</u>**

Los Angeles County Treasurer/Tax Collector
Attn Bankruptcy Unit
PO Box 54110
Los Angeles Ca 90054-0110

52791438.1

US Small Business Administration
14925 Kingsport Rd
Fort Worth, TX 76155-2243

US Small Business Administration
409 3rd St SW
Washington, DC 20416-0005

U S  Small Business Administration
312 N Spring St 5th Floor
Los Angeles Ca 90012-2678

CA Dept of Tax and Fee Admin
Account Info Group MIC29
PO Box 942879
Sacramento, CA 94279-0029

Employment Development Dept
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001

Franchise Tax Board
Bankruptcy Section MS A-340
PO Box 2952
Sacramento, CA 95812-2952

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

802 Mateo Street LLC
Attn Daniel Halevy
802 Mateo St
Los Angeles, CA 90021-1712

Alta Fire Pro
PO Box 7007
Mission Hills, CA 91346-7007

Balboa Capital Corporation
575 Anton Blvd 12th Floor
Costa Mesa Ca 92626-7685

California Refrigeration & Supply
1926 Glendon Ave Apt 4
Los Angeles, CA 90025-4661

Deborah Feldman Esq
12466 Marsh Pointe Rd
Sarasota, FL 34238-2115

Deborah Feldman Esq
24611 Mulholland Hwy
Calabasas, CA 91302-2325

Los Angeles Dept of Water and Power
PO Box 30808
Los Angeles, CA 90030-0808

Mark Berkowitz CPA
5850 Canoga Ave, Suite 220
Woodland Hills, CA 91367-6505

Mordechai Miky Acoca
1926 Glendon Ave #4
Los Angeles, CA 90025-4661

RG Fire Inc
8721 Laurel Canyon Blvd
Sun Valley, CA 91352-2919

Sienna Rose Inc
433 Colyton St
Los Angeles, CA 90013-2210

Simply Electrical
14101 S Budlong Ave
Gardena, CA 90247-2231

Southern California Edison Company
2244 Walnut Grove Avenue
Rosemead, CA 91770

Southern California Gas
Centralized Correspondence
PO Box 1626
Monterey Park, CA 91754-8626

Urban Lime
915 Mateo St
Los Angeles, CA 90021-1784

American Express
PO Box 001
Los Angeles, CA 90096-0001

Silver Jeans
Attn Robert Silver
433 Colyton St Stes 201-203
Los Angeles, CA 90013-2210

Riverside County Tax Collector
PO Box 12005
Riverside, CA 92502-2205

Seapiper Inn Inc
264 S Oakhurst Dr
Beverly Hills, CA 90212-3504

52791438.1

Joshua Mogin Esq
Thompson Coburn LLP
10100 Santa Monica Blvd Ste 500
Los Angeles, CA 90067-4121

American Express
PO Box 981535
El Paso, TX 79998-1535

Athas Capital Group Inc
3990 Westerly Place Ste 240
Newport Beach, CA 92660

Jose Benssouson
2220 Bagley Ave
Los Angeles, CA 90034

Brian Boyken
133 S Palm Dr #1
Beverly Hills, CA 90212

Drexter Castillo
133 S Palm Dr #2
Beverly Hills, CA 90212

Gabrielle Chavez
133 S Palm Dr #4
Beverly Hills, CA 90212

First Foundation Bank
18101 Von Karman Ave Ste 750
Irvine, CA 92612
Attn Erica Dorsett Chief Legal Counsel

Gomperts & Halevy Family Trust
264 S Oakhurst Dr
Beverly Hills, CA 90212

Nathan Halevy
133 S Palm Dr #5
Beverly Hills, CA 90212

Halevy Family Trust
257 S Linden Dr
Beverly Hills, CA 90212

Shmuel Levy
2247 S Canfield Ave
Los Angeles, CA 90034

Perla Segla
133 S Palm Dr #4
Beverly Hills, CA 90212

Shellpoint Mortgage Servicing
A division of Newrez LLC

-7-

c/o CSC–Lawyers Incorporating Service
2710 Gateway Oaks Dr Ste 150N
Sacramento, CA 95833

Wells Fargo Auto / Wells Fargo Bank
c/o CSC-Lawyers Incorporating Service
2710 Gateway Oaks Dr Ste 150N
Sacramento, CA 95833

Adam Willmouth, Ericka Ochoa
3538 Greenfield Ave
Los Angeles, CA 90034

AIRE Ancient Baths Los Angeles LLC
88 Franklin St
New York, NY 10013

Sean Rudes and Monfrere
3891 Beverly Blvd #328
Los Angeles, CA 90048

WGW Sales Inc
555 Logan Ave
Winnipeg, MB R3A O54
CANADA

**3.  <u>SERVED BY  E-MAIL</u>**

52791438.1