1  Derrick Talerico (SBN 223763)
dtalerico@wztslaw.com

2  David B. Zolkin (SBN 155410
dzolkin@wztslaw.com

3  WEINTRAUB ZOLKIN TALERICO &
SELTH LLP

4  11766 Wilshire Boulevard, Suite 730
Los Angeles, CA 90025

5  Telephone: (424) 500-8552

6

7  *Attorneys for Debtors and Debtors*
*in Possession, Seaton Investments, LLC,*

8  *Colyton Investments, LLC, Broadway Avenue Investments, LLC,*
*SLA Investments, LLC, and Negev Investments, LLC*

9

10

11  **UNITED STATES BANKRUPTCY COURT**

12  **CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

13  In re:                                    Lead Case No. 2:24-bk-12079-VZ

14  SEATON INVESTMENTS, LLC, *et al.*,        Jointly Administered with Case Nos.:
                                             2:24-bk-12080-VZ; 2:24-bk-12081-VZ;
15                                           2:24-bk-12082-VZ; 2:24-bk-12091-VZ;
            Debtors and Debtors In           2:24-bk-12074-VZ; 2:24-bk-12075-VZ and
16          Possession.                      2:24-12076-VZ

17  _____

18  ☐ Affects All Debtors.                   Chapter 11

19  ☐ Affects Seaton Investments, LLC        **COLYTON INVESTMENTS, LLC'S**
                                             **OBJECTION TO CLAIM NO. 1 OF**
20  ☒ Affects Colyton Investments, LLC       **LOS ANGELES COUNTY**
                                             **TREASURER AND TAX**
21  ☐ Affects Broadway Avenue Investments, LLC  **COLLECTOR; MEMORANDUM OF**
                                             **POINTS AND AUTHORITIES;**
22  ☐ Affects SLA Investments, LLC           **DECLARATION DERRICK**
                                             **TALERICO IN SUPPORT THEREOF**
23  ☐ Affects Negev Investments, LLC

24  ☐ Affects Alan Gomperts                  Hearing:
                                             Date:        September 10, 2024
25  ☐ Affects Daniel Halevy                  Time:        11:00 a.m.
                                             Courtroom:   1368
26  ☐ Affects Susan Halevy                                255 East Temple St.
                                                          Los Angeles, CA 90012
27                                           Judge:       Hon. Vincent Zurzolo

28

-1-
COLYTON'S OBJECTION TO CLAIM NO. 1

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

1    Colyton Investments, LLC, ("Colyton"), one of the debtors and debtors-in-possession in the

2  pending jointly administered chapter 11 bankruptcy cases herein, hereby objects (the "Objection")

3  to Proof of Claim No. 1 ("LACTTC Claim") filed by the Los Angeles County Treasurer and Tax

4  Collector ("LACTTC") in Colyton's bankruptcy case (the "Case").

5    The LACTTC Claim asserts a secured claim in the amount of $93,820.01, secured by a

6  statutory lien under California law for the real property with Assessors ID Number 5163-025-007

7  and Situs Address of 421 Colyton St, Los Angeles, CA 90013-2210. The LACTTC Claim is

8  supported by a Substitute Secured Property Tax Bill in the amount of $46,915.01 for 2023-2024,

9  and an Attachment Sheet that estimates taxes for 2024-2025 at $46,905.00. A true and correct copy

10  of Claim No. 1 as it appears on the Court's electronic claims register for the Case is attached hereto

11  as **Exhibit 1**.

12    The grounds for Colyton's Objection to the LACTTC Claim are:

13    1.    The taxes that pertain to 2024-2025 are not yet due; and

14    2.    LACTTC does not provide any itemization of the amounts claimed for 2024-2025.

15    WHEREFORE, Colyton respectfully requests that the Court sustain its objection to

16  LACTTC Claim and disallow Proof of Claim No. 1 as to the $46,905.00 of taxes relating to 2024-

17  2025 and set the LACTTC Claim at $46,915.01.

18

19  DATED: August 9, 2024    **WEINTRAUB ZOLKIN TALERICO & SELTH LLP**

20

21    By:    */s/ Derrick Talerico*
                Derrick Talerico
22                David B. Zolkin
                *Attorneys for Debtors and Debtors*
23                *in Possession, Seaton Investments, LLC,*
                *Colyton Investments, LLC, Broadway Avenue*
24                *Investments, LLC, SLA Investments, LLC, and*
                *Negev Investments, LLC*
25

26

27

28

-2-

1

### MEMORANDUM OF POINTS AND AUTHORITIES

2

### I.    INTRODUCTION

3

The $46,905.00 of the LACTTC Claim that pertain to 2024-2025 are not yet due and as such

4

are not properly asserted. Furthermore, the $46,905.00 for 2024-2025 are estimated and not set forth

5

in any detail or itemization.

6

### II.    STATEMENT OF FACTS

7

Colyton filed its bankruptcy petition on March 20, 2024 (the "Petition Date"). LACTTC filed

8

Proof of Claim No. 1 in the Colyton case for $93,820.01, secured by a statutory lien under California

9

law for the real property with Assessors ID Number 5163-025-007 and address of 421 Colyton St,

10

Los Angeles, CA 90013-2210. The LACTTC Claim is supported by a Substitute Secured Property

11

Tax Bill in the amount of $46,915.01 for 2023-2024, and an Attachment Sheet that estimates taxes

12

for 2024-2025 at $46,905.00. A true and correct copy of Proof of Claim No. 1 as it appears on the

13

Court's electronic claims register for the Case is attached hereto as **Exhibit 1**.

14

### III.    LEGAL DISCUSSION

15

Creditors may file proofs of claim.  11 U.S.C. § 501.  Claims are deemed allowed unless a

16

party in interest objects.  11 U.S.C. § 502.  A filed proof of claim "constitute[s] prima facie evidence

17

of the validity and amount of the claim." Fed. R. Bankr. P. 3001(f).  The presumption of prima facie

18

validity is rebuttable.  *In re Garner*, 246 B.R. 617, 622 (B.A.P. 9th Cir. 2000).  "If rebutted, then the

19

ultimate burden of proof is on the claimant."  *Id*.  "[T]he ultimate burden of persuasion is always on

20

the claimant."  *In re Holm*, 931 F.2d 620, 623 (9th Cir. 1991).

21

The LACTTC Claim is supported by a Substitute Secured Property Tax Bill showing an

22

amount of total tax due of $46,915.01.  Colyton does not dispute this portion of the LACTTC Claim.

23

The other portion of the LACTTC Claim is an estimation of taxes due for 2024-2025, which is stated

24

in the Attachment Sheet to be $46,905.00. The 2024-2025 taxes come due in two installments, the

25

first payment comes due on or about December 10, 2024 and the second payment comes due on or

26

about April 10, 2025. While a lien for the amount that will be due for 2024-2025 has attached to the

27

property as of January 1, 2024, those amounts are not yet due and are not properly asserted as part

28

of the amount owed by Colyton to LACTTC as of the Petition Date.

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

1

## IV.    CONCLUSION

2

Based upon the foregoing, Colyton respectfully requests that the Court sustain its objection

3

to LACTTC Claim and disallow Proof of Claim No. 1 as to the $46,905.00 of taxes relating to 2024-

4

2025 and set the LACTTC Claim at $46,915.01.

5

DATED: August 9, 2024                              **WEINTRAUB ZOLKIN TALERICO & SELTH
                                                    LLP**

6

7

By:    */s/ Derrick Talerico*

8

Derrick Talerico
David B. Zolkin

9

*Attorneys for Debtors and Debtors
in Possession, Seaton Investments, LLC,*

10

*Colyton Investments, LLC, Broadway Avenue
Investments, LLC, SLA Investments, LLC, and*

11

*Negev Investments, LLC*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COLYTON'S OBJECTION TO CLAIM NO. 1

**<u>DECLARATION OF DERRICK TALERICO</u>**

I, Derrick Talerico, declare as follows:

1.      I am an attorney duly licensed to practice before all of the courts in the State of California and entitled to practice in this Court.  I am a partner with Weintraub Zolkin Talerico & Selth LLP, counsel of record for the Colyton Investments, LLC (and four other debtors who are not parties to this Objection), in in these jointly administered chapter 11 cases.  I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would competently testify to such facts under oath.

2.      The Los Angeles County Treasurer and Tax Collector ("<u>LACTTC</u>") filed claim no 1 in the bankruptcy case of Colyton Investments, LLC, in which it claims $93,820.01, secured by a statutory lien under California law for the real property with Assessors ID Number 5163-025-007 and Situs Address of 421 Colyton St, Los Angeles, CA 90013-2210 ("<u>LACTTC Claim</u>").

3.      Attached hereto as **Exhibit 1** is a true and correct copy of the LACTTC Claim, which was obtained from the Court's claims registers in the Colyton Case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this 9th day of August, 2024, at Los Angeles, California.


                                                      *s/ Derrick Talerico*
                                                      Derrick Talerico

-1-

# EXHIBIT 1

# LA County Treasurer
# & Tax Collector
# Proof of Claim 1

**EXHIBIT 1 - Page 6**

Fill in this information to identify the case:

| | |
|---|---|
| Debtor 1 | Colyton Investments, LLC |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Central District of California |
| Case number | 2:24-bk-12080-VZ (11) |

Official Form 410

# Proof of Claim

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1:    Identify the Claim

**1. Who is the current creditor?**

Los Angeles County Treasurer and Tax Collector
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Los Angeles County Treasurer & Tax Collector
Name
PO Box 54110
Number    Street
Los Angeles        CA        90054
City            State        ZIP Code

Contact phone  (213) 974-7803

Contact email  bankruptcy@ttc.lacounty.gov

Where should payments to the creditor be sent? (if different)

Name _____
Number    Street _____
City        State        ZIP Code

Contact phone _____

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_ _ _ _ — _ _ _ _ — _ _ _ _ — _ _ _ _

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____    Filed on ___ / ___ / _____
                                                                    MM  /  DD  /  YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? _____

Official Form 410                                    Proof of Claim                                    page 1

EXHIBIT 1 - Page 7

| **Part 2:** | **Give Information About the Claim as of the Date the Case Was Filed** |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☐ No

☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: __5__ __0__ __0__ __7__

**7. How much is the claim?**   $_____93,820.01. **Does this amount include interest or other charges?**

☐ No

☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Property Taxes

**9. Is all or part of the claim secured?**

☐ No

☑ Yes.  The claim is secured by a lien on property.

**Nature of property:**

☑ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property:  $____3,078,562.00

Amount of the claim that is secured:  $____93,820.01

Amount of the claim that is unsecured: $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition:  $_____

Annual Interest Rate (when case was filed) 18.00 %

☑ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. Amount necessary to cure any default as of the date of the petition.  $_____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

Official Form 410                     **Proof of Claim**                     page 2

EXHIBIT 1 - Page 8

| | |
|---|---|
| **12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**<br><br>A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☑ No<br><br>☐ Yes. *Check one:*                                      **Amount entitled to priority**<br><br>☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).      \$_____<br><br>☐ Up to \$3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).      \$_____<br><br>☐ Wages, salaries, or commissions (up to \$13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).      \$_____<br><br>☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).      \$_____<br><br>☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).      \$_____<br><br>☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies.      \$_____<br><br>\* Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment. |

## Part 3: Sign Below

| | |
|---|---|
| The person completing this proof of claim must sign and date it. FRBP 9011(b).<br><br>If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.<br><br>A person who files a fraudulent claim could be fined up to \$500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571. | *Check the appropriate box:*<br><br>☐ I am the creditor.<br>☑ I am the creditor's attorney or authorized agent.<br>☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.<br>☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.<br><br>I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.<br><br>I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.<br><br>I declare under penalty of perjury that the foregoing is true and correct.<br><br>Executed on date   05/15/2024<br>                MM / DD / YYYY<br><br>       Maya Hill<br>       Signature<br><br>**Print the name of the person who is completing and signing this claim:**<br><br>Name     Maya        A        Hill<br>          First name    Middle name    Last name<br><br>Title     Tax Services Clerk II<br><br>Company   County of Los Angeles<br>         Identify the corporate servicer as the company if the authorized agent is a servicer.<br><br>Address   PO Box 54110<br>         Number    Street<br>         Los Angeles       CA     90054<br>         City          State    ZIP Code<br><br>Contact phone   (213) 974-7803      Email bankruptcy@ttc.lacounty.gov |

Official Form 410            **Proof of Claim**            page 3

EXHIBIT 1 - Page 9

# SUBSTITUTE SECURED PROPERTY TAX BILL

### JULY 1, 2023 TO JUNE 30, 2024

CRT: R#43
E655416

**LOS ANGELES COUNTY TAX COLLECTOR**
225 North Hill Street, Los Angeles, CA 90012
FOR ASSISTANCE CALL 1(213) 974-2111 OR 1(888) 807-2111, ON THE WEB AT lacountypropertytax.com

5163 025 007
COLYTON INVESTMENTS LLC
264 S OAKHURST DR
BEVERLY HILLS CA 90212-3504

ELECTRONIC FUND TRANSFER NUMBER
ID#:19 5163 025 007 1 YR:23 SEQ:0003

SITUS ADDRESS:
421 COLYTON ST
LOS ANGELES CA 90013-2210

| ASSESSOR'S ID. NO. | | | | | 1ST INSTALLMENT 10% Penalty After | 2ND INSTALLMENT 10% Penalty + $10.00 Cost After | TOTAL TAX Penalties Apply When Shown |
|---|---|---|---|---|---|---|---|
| Map Book | Page | Parcel | Year | Seq. No. | 12 10 23 | 04 10 24 | |
| 5163 | 025 | 007 | 23 | 000 | | | |
| TAX | | | | | 21320 47 | 21320 46 | 42640 93 |
| PENALTY | | | | | 2132 04 | 2142 04 | 4274 08 |
| TOTAL | | | | | 23452 51 | 23462 50 | 46915 01 |
| NET PD/REF | | | | | 00 | 00 | 00 |
| DUE | | | | | 23452 51 | 23462 50 | 46915 01 |

| ROLL YEAR | CURRENT ASSESSED VALUE | PRIOR ASSESSED VALUE | TAXABLE VALUE |
|---|---|---|---|
| LAND | 1810921 | | 1810921 |
| IMPROVEMENTS | 1207278 | | 1207278 |
| FIXTURES | | | |
| TOTAL | | | 3018199 |
| LESS EXEMPTION | | | |
| NET TAXABLE VALUE | | | 3018199 |

**ANY RETURNED PAYMENT MAY BE SUBJECT TO A FEE UP TO $50.00.**

AUTH. NO.: 000153 LC

PRINT DATE: 05 15 24

---

ANNUAL

COLYTON INVESTMENTS LLC
264 S OAKHURST DR
BEVERLY HILLS CA 90212-3504

000153 LC

PAY THIS AMOUNT BY:  04 10 24 ▶

If not paid by add penalty and cost
of
to 2nd Installment

for a total of:

CRT: R#43
E655416

**2ND**

| USE THESE NUMBERS ON ALL PAYMENTS AND CORRESPONDENCE | | | | | |
|---|---|---|---|---|---|
| ASSESSOR'S ID. NO. | | | | | Pay Key |
| Map Book | Page | Parcel | Year | Seq. No. | |
| 5163 | 025 | 007 | 23 | 000 | 2 |
| 2ND INSTALLMENT | | | INDICATE AMOUNT PAID | | |
| 23462 50 | | | | | |

63288

MAKE PAYMENT PAYABLE TO:
Please write the ASSESSOR'S ID. NO. on the lower left corner of your payment

LOS ANGELES COUNTY TAX COLLECTOR
P.O. BOX 54018
LOS ANGELES, CA  90054-0018

9962300035163025007000234625000023462502882999

**DETACH AND MAIL THIS STUB WITH 2ND INSTALLMENT PAYMENT**

---

ANNUAL

COLYTON INVESTMENTS LLC
264 S OAKHURST DR
BEVERLY HILLS CA 90212-3504

000153 LC

PAY THIS AMOUNT BY:  12 10 23 ▶

If not paid by add penalty
of
to 1st Installment

for a total of:

CRT: R#43
E655416

**1ST**

| USE THESE NUMBERS ON ALL PAYMENTS AND CORRESPONDENCE | | | | | |
|---|---|---|---|---|---|
| ASSESSOR'S ID. NO | | | | | Pay Key |
| Map Book | Page | Parcel | Year | Seq. No. | |
| 5163 | 025 | 007 | 23 | 000 | 1 |
| 1ST INSTALLMENT | | | INDICATE AMOUNT PAID | | |
| 23452 51 | | | | | |

63211

MAKE PAYMENT PAYABLE TO:
Please write the ASSESSOR'S ID. NO. on the lower left corner of your payment

LOS ANGELES COUNTY TAX COLLECTOR
P.O. BOX 54018
LOS ANGELES, CA  90054-0018

9962300035163025007000234525100023452512111999

**DETACH AND MAIL THIS STUB WITH 1ST INSTALLMENT PAYMENT**

EXHIBIT 1 - Page 10



**COUNTY OF LOS ANGELES
TREASURER AND TAX COLLECTOR**

Kenneth Hahn Hall of Administration
225 North Hill Street, Room 130
Los Angeles, California 90012
Telephone: (213) 974-7803 Fax: (213) 680-3648
ttc.lacounty.gov and propertytax.lacounty.gov

**ELIZABETH BUENROSTRO GINSBERG**
TREASURER AND TAX COLLECTOR

Board of Supervisors
HILDA L. SOLIS
First District
HOLLY J. MITCHELL
Second District
LINDSEY P. HORVATH
Third District
JANICE HAHN
Fourth District
KATHRYN BARGER
Fifth District

# CLAIM ATTACHMENT SHEET

Name: **Colyton Investments, LLC**
AIN(s): **5163-025-007**
Mailing Address: **264 S. Oakhurst Dr. Beverly Hills, CA 90212-3504**
Situs: **421 Colyton St, Los Angeles, CA 90013-2210**

This claim is a secured tax secured by a statutory lien under California state law.  This claim is secured under 11 U.S.C. Section 506(b).

This claim is subject to interest under California Revenue and Taxation Code Section 4103, 11 U.S.C. Section 506 (b) and 11 U.S.C. Section 511 as well as costs, fee, and attorney fees.

The claim will continue to increase, and interest will continue to accrue until it is paid.

Estimated taxes for **2024-2025** in the amount of **$46,905.00** are due to the statutory lien date of January 1st per the California Revenue and Taxation Code Section 2192.  An Amended claim will be filed once the exact dollar amount is available.

EXHIBIT 1 - Page 11

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
    11766 Wilshire Blvd, Suite 730, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled (*specify*): **COLYTON INVESTMENTS, LLCS OBJECTION TO CLAIM NO. 1 OF LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF DERRICK TALERICO IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) August 9, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:


See attached NEF Service List


☒  Service information continued on attached page

**2**. **SERVED BY UNITED STATES MAIL**:
On (*date*)_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.


☐  Service information continued on attached page

**3**. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) August 9, 2024, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Vincent Zurzolo          (via US Priority Mail)
United States Bankruptcy Court
255 E Temple St Suite 1360
Los Angeles, CA 90012

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 9, 2024 | Martha E. Araki | */s/ Martha E. Araki* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                           **F 9013-3.1.PROOF.SERVICE**

Seaton Investments, LLC – Jointly Administered

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Attorneys for Corporate Debtors Seaton Investment, LLC, Colyton Investments, LLC, Broadway Avenue Investments, LLC, Negev Investments, LLC, SLA Investments, LCC.: **Derrick Talerico**: dtalerico@wztslaw.com; maraki@wztslaw.com; sfritz@wztslaw.com
- Attorneys for Individual Debtors Alan Gomperts, Daniel Halevy, Susan Haley: **Zev Shechtman, Carol Chow, Turner Falk**: zev.shechtman@salu.com; zshechtman@ecf.inforuptcy.com; carol.chow@saul.com; easter.santamaria@saul.com; turner.falk@saul.com
- Attorneys for Creditor Korth Direct Mortgage, Inc.: **Tanya Behnam**: tbehnam@polsinelli.com, tanyabehnam@gmail.com; ccripe@polsinelli.com; ladocketing@polsinelli.com
- Courtesy NEF/Interested Party: **Christopher Cramer**: secured@becket-lee.com
- Attorneys for Creditor Archway Real Estate Income Fund I SPE I, LLC: **Michael G. Fletcher, Bruce D. Poltrock, Gerrick Warrington**: mfletcher@frandzel.com; gwarrington@frandzel.com; bpoltrock@frandzel.com; sking@frandzel.com; achase@frandzel.com
- Attorneys for Creditor Wells Fargo National Bank West: **Todd S Garan**: ch11ecf@aldridgepite.com; TSG@ecf.inforuptcy.com; tgaran@aldridgepite.com
- Attorneys for Creditor Harvest Small Business Finance, LLC: **Jacqueline L James**: jjames@hrhlaw.com
- Courtesy NEF/Interested Party Avi Muhtar: **Avi Edward Muhtar**: amuhtar@eaccidents.com
- Courtesy NEF/Interested Party: **Jennifer C Wong**: bknotice@mccartyholthus.com; jwong@ecf.courtdrive.com
- US Trustee's Office: ustpregion16.la.ecf@usdoj.gov; **Kelly L. Morrison**: Kelly.l.morrison@usdoj.gov

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                    **F 9013-3.1.PROOF.SERVICE**