| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ZEV SHECHTMAN (SBN: 266280)<br>Zev.Shechtman@saul.com<br>Ryan F. Coy (SBN: 324939)<br>Ryan.Coy@saul.com<br>Turner N. Falk (Admitted *pro hac vice*)<br>turner.falk@saul.com<br>SAUL EWING LLP<br>1888 Century Park East, Suite 1500<br>Los Angeles, California 90067<br>Telephone: (310) 255-6100<br>Facsimile: (310) 255-6200<br><br>☐ Individual *appearing without an attorney*<br>☒ Attorney for: Alan Gomperts, Daniel Halevy, and Susan Halevy | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>SEATON INVESTMENT, LLC, et al. | LEAD CASE NO.: 2:24-bk-12079-VZ |
|---|---|
| | Jointly Administered with Case Nos.:<br>2:24-bk-12080-VZ; 2:24-bk-12081-VZ;<br>2:24-bk-12082-VZ; 2:24-bk-12091-VZ;<br>2:24-bk-12074-VZ; 2:24-bk-12075-VZ<br>and 2:24-bk-12076-VZ |
| | CHAPTER: 11 |
| | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):<br>STIPULATION TO CONTINUE HEARING ON OMNIBUS OBJECTION TO PRIORITY PROOFS OF CLAIM FILED BY DEPARTMENT OF TREASURY - INTERNAL REVENUE SERVICE |
| Debtor(s) and Debtors in Possession | |
| ☐ Affects All Debtors.<br>☒ Affects Seaton Investments, LLC<br>☐ Affects Colyton Investments, LLC<br>☒ Affects Broadway Avenue Investments, LLC<br>☒ Affects SLA Investments, LLC<br>☐ Affects Negev Investments, LLC<br>☒ Affects Alan Gomperts<br>☒ Affects Daniel Halevy<br>☒ Affects Susan Halevy | |

---

[1] Please abbreviate if title cannot fit into text field.

52876246.1 390855-00001

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*          Page 1          **F 9021-1.2.BK.NOTICE.LODGMENT**

PLEASE TAKE NOTE that the order titled ORDER APPROVING STIPULATION TO CONTINUE HEARING ON OMNIBUS OBJECTION TO PRIORITY PROOFS OF CLAIM FILED BY DEPARTMENT OF TREASURY - INTERNAL REVENUE SERVICE RE: Alan Gomperts Claim #3-1; Daniel Halevy Claim #3-1; Susan Halevy Calim #2-1; Seaton Investments, LLC Claim #1-1; Broadway Avenue Investments, LLC Claim #1-1; SLA Investments, LLC Claim #1-1 was lodged on (*date*) August 16, 2024  and is attached. This order relates to the motion which is docket number 143.

52876246.1 390855-00001

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 1    **F 9021-1.2.BK.NOTICE.LODGMENT**

Zev Shechtman (State Bar No. 266280)
Zev.Shechtman@saul.com
Ryan F. Coy (State Bar No. 324939)
Ryan.Coy@saul.com
Turner N. Falk (Admitted *pro hac vice*)
turner.falk@saul.com
SAUL EWING LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: (310) 255-6100

Counsel to Debtors Alan Gomperts, Daniel Halevy, and Susan Halevy

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>SEATON INVESTMENTS, LLC, *et al.*,<br><br>Debtors and Debtors in Possession. | Lead Case No. 2:24-bk-12079-VZ<br><br>Jointly Administered with Case Nos.:<br>2:24-bk-12080-VZ; 2:24-bk-12081-VZ;<br>2:24-bk-12082-VZ; 2:24-bk-12091-VZ;<br>2:24-bk-12074-VZ; 2:24-bk-12075-VZ<br>and 2:24-bk-12076-VZ<br><br>Chapter 11 |

52817622.1
390855-00001

|  |  |
|---|---|
| ☐ Affects All Debtors.<br>☒ Affects Seaton Investments, LLC<br>☐ Affects Colyton Investments, LLC<br>☒ Affects Broadway Avenue Investments, LLC<br>☒ Affects SLA Investments, LLC<br>☐ Affects Negev Investments, LLC<br>☒ Affects Alan Gomperts<br>☒ Affects Daniel Halevy<br>☒ Affects Susan Halevy | **ORDER APPROVING STIPULATION TO CONTINUE HEARING ON OMNIBUS OBJECTION TO PRIORITY PROOFS OF CLAIM FILED BY DEPARTMENT OF TREASURY - INTERNAL REVENUE SERVICE RE:**<br>• *Alan Gomperts Claim #3-1*<br>• *Daniel Halevy Claim #3-1*<br>• *Susan Halevy Claim #2-1*<br>• *Seaton Investments, LLC Claim #1-1*<br>• *Broadway Avenue Investments, LLC Claim #1-1*<br>• *SLA Investments, LLC Claim #1-1*<br><br>Current Hearing:<br>Date: September 10, 2024<br>Time: 11:00 a.m.<br>Crtrm.: 1368<br><br>Continued Hearing:<br>Date: November 12, 2024<br>Time: 11:00 a.m.<br>Crtrm.: 1368 |

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

2

52817622.1 855-00001

The Court has reviewed and considered the *Stipulation to Continue Hearing on Omnibus Objection to Priority Proofs of Claim Filed By Department of Treasury - Internal Revenue Service* ("Stipulation") filed by debtors Alan Gomperts, Daniel Halevy, Susan Halevy Seaton Investments, LLC, Broadway Avenue Investments, LLC, and SLA Investments, LLC (collectively, the "Debtors"), together with the United States of America and its agency, the Department of Treasury - Internal Revenue Service.

The Stipulation seeks to continue the hearing on the Debtors' *Omnibus Objection to Priority Proofs of Claim Filed By Department of Treasury - Internal Revenue Service* ("Omnibus Objection," Doc. No. 143) and to modify the Court's *Order After Initial Status Conference in Chapter 11 Case* ("Scheduling Order," Doc. No. 83). There appears good cause for approval of the Stipulation. Accordingly,

IT IS HEREBY ORDERED that:

1. The Stipulation is approved.

2. The hearing on the Debtors' Omnibus Objection scheduled for September 10, 2024 at 11:00 a.m. is continued to November 12, 2024 at 11:00 a.m.

3. The respective deadlines related to the hearing on the Omnibus Objection shall be calculated from November 12, 2024.

4. The Scheduling Order is modified to allow the hearing on the Omnibus Objection to occur after the September 20, 2024 deadline, with all other dates and deadlines in the Scheduling Order to remain in effect.

IT IS SO ORDERED.

###

3

52817622.1 855-00001

 **Bankruptcy LODGED ORDER UPLOAD FORM**

Friday, August 16, 2024

CONFIRMATION :

Your Lodged Order Info:
( **11307627.docx** )
  A new order has been added

- **Office**: Los Angeles
- **Case Title**: Seaton Investments, LLC
- **Case Number**: 24-12079
- **Judge Initial**: VZ
- **Case Type**: bk ( Bankruptcy )
- **Document Number**: 157
- **On Date**: 08/16/2024 @ 02:19 PM

Thank You!

---

United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 East Temple Street
Los Angeles, CA 90012

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Saul Ewing LLP, 1888 Century Park East, Suite 1500, Los Angeles, CA  90067

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE: STIPULATION TO CONTINUE HEARING ON OMNIBUS OBJECTION TO PRIORITY PROOFFS OF CLAIM FILED BY DEPARTMENT OF TREASURY – INTERNAL REVENUE SERVICE RE:  • Alan Gomperts Claim #3-1; • Daniel Halevy Claim #3-1; • Susan Halevy Claim #2-1; • Seaton Investments, LLC Claim #1-1; • Broadway Avenue Investments, LLC Claim #1-1; • SLA Investments, LLC Claim #1-1** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) <u>August 16, 2024</u>, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Tanya Behnam on behalf of Creditor Korth Direct Mortgage Inc.
tbehnam@polsinelli.com, tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com

Carol Chow on behalf of Debtor Alan Gomperts
Carol.Chow@saul.com, easter.santamaria@saul.com

Carol Chow on behalf of Debtor Daniel Halevy
Carol.Chow@saul.com, easter.santamaria@saul.com

Carol Chow on behalf of Debtor Susan Halevy
Carol.Chow@saul.com, easter.santamaria@saul.com

Christopher Cramer on behalf of Interested Party Courtesy NEF
secured@becket-lee.com

Turner Falk on behalf of Debtor Alan Gomperts
turner.falk@saul.com, tnfalk@recap.email

Turner Falk on behalf of Debtor Daniel Halevy
turner.falk@saul.com, tnfalk@recap.email

Turner Falk on behalf of Debtor Susan Halevy
turner.falk@saul.com, tnfalk@recap.email

Turner Falk on behalf of Interested Party Susan Halevy
turner.falk@saul.com, tnfalk@recap.email

Michael G Fletcher on behalf of Creditor Archway Real Estate Income Fund I SPE I, LLC
mfletcher@frandzel.com, sking@frandzel.com

Michael G Fletcher on behalf of Creditor Archway real estate income fund
mfletcher@frandzel.com, sking@frandzel.com

Todd S. Garan on behalf of Creditor Wells Fargo National Bank West
ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

Todd S. Garan on behalf of Interested Party Courtesy NEF
ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

Jacqueline L James on behalf of Creditor Harvest Small Business Finance, LLC

52682561.1
390855-00001 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                                      Page 2                                                      **F 9021-1.2.BK.NOTICE.LODGMENT**

jjames@hrhlaw.com

Jacqueline L James on behalf of Interested Party Harvest Small Business Finance, LLC
jjames@hrhlaw.com

Kelly L Morrison on behalf of U.S. Trustee United States Trustee (LA)
kelly.l.morrison@usdoj.gov

Avi Edward Muhtar on behalf of Interested Party Avi Muhtar
amuhtar@crownandstonelaw.com

Bruce D Poltrock on behalf of Creditor Archway Real Estate Income Fund I SPE I, LLC
bpoltrock@frandzel.com, achase@frandzel.com

Zev Shechtman on behalf of Debtor Alan Gomperts
Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com

Zev Shechtman on behalf of Debtor Daniel Halevy
Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com

Zev Shechtman on behalf of Debtor Susan Halevy
Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com

Zev Shechtman on behalf of Interested Party Alan Gomperts
Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com

Zev Shechtman on behalf of Interested Party Daniel Halevy
Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com

Zev Shechtman on behalf of Interested Party Susan Halevy
Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com

Derrick Talerico on behalf of Debtor Broadway Avenue Investments, LLC
dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com

Derrick Talerico on behalf of Debtor Colyton Investments, LLC
dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com

Derrick Talerico on behalf of Debtor Negev Investments, LLC
dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com

Derrick Talerico on behalf of Debtor SLA Investments, LLC
dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com

Derrick Talerico on behalf of Debtor Seaton Investments, LLC
dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com

Derrick Talerico on behalf of Interested Party Alan Gomperts
dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com

Derrick Talerico on behalf of Interested Party Daniel Halevy
dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com

Derrick Talerico on behalf of Interested Party Susan Halevy
dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com

52682561.1

390855-00001 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                                                 Page 2                                                    **F 9021-1.2.BK.NOTICE.LODGMENT**

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Gerrick Warrington on behalf of Creditor Archway Real Estate Income Fund I SPE I, LLC
gwarrington@frandzel.com, achase@frandzel.com

Gerrick Warrington on behalf of Creditor Archway real estate income fund
gwarrington@frandzel.com, achase@frandzel.com

Jennifer C Wong on behalf of Interested Party Courtesy NEF
bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) August 16, 2024, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**BY PERSONAL DELIVERY**:

Hon. Vincent P. Zurzolo
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street, **(BIN OUTSIDE SUITE 1360)**
Los Angeles, CA  90012

**BY EMAIL:**

| | |
|---|---|
| Derrick Talerico<br>dtalerico@wztslaw.com | Attorneys for the Corporate Debtors |
| Robert Conte<br>RConte@usa.doj.gov | Attorneys for the United States of America |

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 16, 2024 | Easter A. Santa Maria | *[signature]* Easter A. Santa Maria |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

52682561.1
390855-00001 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.BK.NOTICE.LODGMENT**