**CHASE PRIVATE CLIENT**
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

March 01, 2024 through March 29, 2024
Account Number: 9118



### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-888-994-5626 |
| Para Espanol: | 1-888-994-5626 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00453775 DRE 703 210 09024 NNNNNNNNNNN  1 000000000 61 0000
SUE HALEVY
OR DAVID HALEVY
257 S LINDEN DR
BEVERLY HILLS CA 90212-3704

### Good news – we've eliminated the Non-Chase ATM Fee for balance inquiries and transfers

As of December 10, 2023, we stopped charging the $3 Non-Chase ATM Fee for each balance inquiry or transfer you make at a non-Chase ATM.

We continue to charge a fee for withdrawals made at a non-Chase ATM (waived for eligible accounts) and the ATM owner/network will still charge a Surcharge Fee.[1] You won't be charged these fees when you use a Chase ATM.

For more information, please see the Fee Schedule in the **Additional Banking Services and Fees** at chase.com/disclosures.

If you have any questions, please call us at the number listed on this statement. We accept operator relay calls.

[1] For Chase Sapphire[SM] Checking, Chase Private Client Checking [SM] and Chase Private Client Savings [SM] accounts, we waive the Chase fee and refund ATM Surcharge Fees charged to you at non-Chase ATMs. For Chase Premier Plus Checking [SM], we waive the Chase fee for the first four Non-Chase ATM transactions each statement period.

## SAVINGS SUMMARY  Chase Private Client Savings

| | AMOUNT |
|---|---:|
| **Beginning Balance** | $38,927.96 |
| Deposits and Additions | 0.42 |
| Other Withdrawals | -38,927.96 |
| **Ending Balance** | **$0.42** |
| Annual Percentage Yield Earned This Period | 0.02% |
| Interest Paid This Period | $0.42 |
| Interest Paid Year-to-Date | $1.72 |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---:|---:|
| | Beginning Balance | | $38,927.96 |
| 03/21 | Interest Payment | 0.42 | 38,928.38 |
| 03/21 | 03/21 Withdrawal | -38,927.96 | 0.42 |
| | **Ending Balance** | | **$0.42** |

Page 1 of 2

**CHASE PRIVATE CLIENT**

March 01, 2024 through March 29, 2024

Account Number: ▮▮▮▮▮▮9118

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

JPMorgan Chase Bank, N.A. Member FDIC

---



**CHASE PRIVATE CLIENT**
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

March 01, 2024 through March 29, 2024
Account Number: ████0611

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-888-994-5626 |
| Para Espanol: | 1-888-994-5626 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |



00400224 DRE 703 210 09024 NNNNNNNNNNN 1 000000000 61 0000
SUE HALEVY
OR DAVID HALEVY
257 S LINDEN DR
BEVERLY HILLS CA 90212-3704

## Good news – we've eliminated the Non-Chase ATM Fee for balance inquiries and transfers

As of December 10, 2023, we stopped charging the $3 Non-Chase ATM Fee for each balance inquiry or transfer you make at a non-Chase ATM.

We continue to charge a fee for withdrawals made at a non-Chase ATM (waived for eligible accounts) and the ATM owner/network will still charge a Surcharge Fee.[1] You won't be charged these fees when you use a Chase ATM.

For more information, please see the Fee Schedule in the **Additional Banking Services and Fees** at chase.com/disclosures.

If you have any questions, please call us at the number listed on this statement. We accept operator relay calls.

[1] For Chase Sapphire[SM] Checking, Chase Private Client Checking[SM] and Chase Private Client Savings[SM] accounts, we waive the Chase fee and refund ATM Surcharge Fees charged to you at non-Chase ATMs. For Chase Premier Plus Checking[SM], we waive the Chase fee for the first four Non-Chase ATM transactions each statement period.

## CHECKING SUMMARY   Chase Private Client Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | $32,199.72 |
| Deposits and Additions | 0.14 |
| Electronic Withdrawals | -8,219.34 |
| Other Withdrawals | -23,980.38 |
| **Ending Balance** | **$0.14** |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $0.14 |
| Interest Paid Year-to-Date | $0.77 |

Your account ending in 9118 is linked to this account for overdraft protection.

**CHASE PRIVATE CLIENT**

March 01, 2024 through March 29, 2024
Account Number: ████████0611

## TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---:|---:|
| | Beginning Balance | | | $32,199.72 |
| 03/05 | First Foundation Loan Pymt | PPD ID: 1320211527 | -6,789.84 | 25,409.88 |
| 03/15 | Yula Boys High Facts | 000000204199185 Web ID: 9470751402 | -1,429.50 | 23,980.38 |
| 03/21 | Interest Payment | | 0.14 | 23,980.52 |
| 03/21 | 03/21 Withdrawal | | -23,980.38 | 0.14 |
| | Ending Balance | | | $0.14 |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

JPMorgan Chase Bank, N.A. Member FDIC

# BANK OF AMERICA

P.O. Box 15284
Wilmington, DE 19850

SUE HALEVY
DAVID HALEVY
257 S LINDEN DR
BEVERLY HILLS, CA  90212-3704

## BANK OF AMERICA
# Preferred Rewards

**Customer service information**

- 1.888.888.RWDS (1.888.888.7937)
- En Español: 1.800.688.6086
- bankofamerica.com
- Bank of America, N.A.
  P.O. Box 25118
  Tampa, FL 33622-5118

## Your Adv Plus Banking
## Preferred Rewards Gold
for March 22, 2024 to April 22, 2024

SUE HALEVY    DAVID HALEVY

Account number: 8820

## Account summary

| | |
|---|---:|
| Beginning balance on March 22, 2024 | $24,272.19 |
| Deposits and other additions | 0.00 |
| ATM and debit card subtractions | -0.00 |
| Other subtractions | -24,172.19 |
| Checks | -0.00 |
| Service fees | -0.00 |
| **Ending balance on April 22, 2024** | **$100.00** |

## Can you spot a scam?  Be aware of these common red flags:

 Contacted unexpectedly and asked for sensitive information

 Pressured to act immediately

 Asked to provide codes or click links to verify information


Share these tips with friends and family so they can help protect themselves
Scan this code or visit **bofa.com/HelpProtectYourself** to see trending scams

When you use the QRC feature certain information is collected from your mobile device for business purposes.    SSM-02-23-0079.B | 5449173

Page 1 of 4



**BANK OF AMERICA**

SUE HALEVY  |  Account #XXXXXXXX8820  |  March 22, 2024 to April 22, 2024

## Withdrawals and other subtractions

### Other subtractions

| Date | Description | Amount |
|---|---|---|
| 03/25/24 | Customer Withdrawal Image | -24,172.19 |
| **Total other subtractions** | | **-$24,172.19** |

Braille and Large Print Request - You can request a copy of this statement in Braille or Large Print by calling 800.432.1000 or going to bankofamerica.com and enter Visually Impaired Access from the home page.

### Your opinion is important to us.

**How are we doing?**

You're invited to join the Bank of America® Advisory Panel and share what you think we're doing right—and what we need to do better. Enter code **CADD** at **bankofamerica.com/AdvisoryPanel** to learn more and join.

When you use the QRC feature, certain information is collected from your mobile device for business purposes

Inclusion on the Advisory Panel subject to qualifications.

SSM-08-23-0758_B | 5901785

Page 3 of 4