Case 2:24-bk-12079-VZ   Doc 167-1   Filed 08/21/24   Entered 08/21/24 23:57:06   Desc
Signature Page Attachments Proof of Service   Page 1 of 14

Debtor's Name SLA INVESTMENTS, LLC                                                          Case No. 24-12082

| Part 8: Individual Chapter 11 Debtors (Only) |
|---|

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯ No ⦿ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯ No ◯ N/A ⦿ |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

| | |
|---|---|
| /s/ Alan Gomperts | Alan Gomperts |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Manager | 08/21/2024 |
| Title | Date |

# SLA Investments, LLC
## Preliminary Balance Sheet
### As of July 31, 2024

|  | Jul 31, 24 |
|---|---:|
| **ASSETS** |  |
|   **Current Assets** |  |
|     **Checking/Savings** |  |
|       Farmers and Merchants Checking | 37,355.56 |
|       Farmers Tax Account | 200.00 |
|     **Total Checking/Savings** | 37,555.56 |
|   **Total Current Assets** | 37,555.56 |
|   **Fixed Assets** |  |
|     Accumulated Depreciation | -185,048.00 |
|     Buildings | 977,635.70 |
|     Land | 1,552,426.00 |
|   **Total Fixed Assets** | 2,345,013.70 |
|   **Other Assets** |  |
|     Accumulated Amort, loan fee | -32,558.00 |
|     Loan Fees | 72,350.00 |
|   **Total Other Assets** | 39,792.00 |
| **TOTAL ASSETS** | **2,422,361.26** |
| **LIABILITIES & EQUITY** |  |
|   **Liabilities** |  |
|     **Current Liabilities** |  |
|       **Other Current Liabilities** |  |
|         Loan payable, Seaton | -7,000.00 |
|         Loans payable, Sienna Rose | 128,100.00 |
|         Tenant Security Deposits Held | 15,619.10 |
|       **Total Other Current Liabilities** | 136,719.10 |
|     **Total Current Liabilities** | 136,719.10 |
|     **Long Term Liabilities** |  |
|       Harvest Small Business Finance | 1,829,856.95 |
|       Member Loans | -6,625.00 |
|     **Total Long Term Liabilities** | 1,823,231.95 |
|   **Total Liabilities** | 1,959,951.05 |
|   **Equity** |  |
|     Capital-Sue Halevy | 201,690.33 |
|     Capital, Alan Gomperts | 162,659.08 |
|     Capital, Daniel Halevy | 162,656.08 |
|     Capital, Harkam | 123,615.44 |
|     Retained Earnings | -193,210.02 |
|     Net Income | 4,999.30 |
|   **Total Equity** | 462,410.21 |
| **TOTAL LIABILITIES & EQUITY** | **2,422,361.26** |

## SLA Investments, LLC
## Preliminary Profit & Loss
### July 2024

|  | Jul 24 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Rental Income | 16,825.00 |
| **Total Income** | 16,825.00 |
| **Expense** | |
| Taxes and Licenses | 250.00 |
| Utilities | 7,856.39 |
| **Total Expense** | 8,106.39 |
| **Net Ordinary Income** | 8,718.61 |
| **Net Income** | **8,718.61** |

## SLA Investments, LLC
## Preliminary Statement of Cash Flows
### July 2024

|  | Jul 24 |
|---|---:|
| **OPERATING ACTIVITIES** | |
| Net Income | 8,718.61 |
| Adjustments to reconcile Net Income | |
| to net cash provided by operations: | |
| Tenant Security Deposits Held | 2,000.00 |
| **Net cash provided by Operating Activities** | 10,718.61 |
| **Net cash increase for period** | 10,718.61 |
| **Cash at beginning of period** | 26,836.95 |
| **Cash at end of period** | **37,555.56** |

SLA Investments, LLC Case No. 2-24-bk-12082-VZ Jul-24

**PART 5 - Schedule of Payments to Professionals**

| Professional/Role | Date of Retention | Retainer Paid | | Fees Approved by Court | | Expenses Approved by Court | | Retainer Applied | | Fees Paid (over retainer) | | Expenses Paid (over retainer) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Prepetition | At Petition Date | During Mo. | Cumulative | During Mo. | Cumulative | During Mo. | Cumulative | During Mo. | Cumulative | During Mo. | Cumulative |
| Weintraub Zolkin Talerico & Selth LLP (Insolvency Counsel) | 5/28/24 effective as of 3/19/24 | $ 20,000.00 | $ 16,998.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

SLA Investments, LLC
**Insurance Schedule**

| Name of Insurance Carrier | Type of Insurance | Policy Number | Policy Expiration | Date Premium Paid |
|---|---|---|---|---|
| Mt. Hawley Insurance Company | Property and GL Insurance | GPK0034397 | 8/24/24 | 9/11/23 |

**SLA Investments, LLC**
**Reconciliation Summary**
**Farmers and Merchants Checking, Period Ending 07/31/2024**

|  | Jul 31, 24 |
|---|---:|
| **Beginning Balance** | 26,636.95 |
|    **Cleared Transactions** |  |
|       **Checks and Payments - 3 items** | -8,106.39 |
|       **Deposits and Credits - 10 items** | 18,825.00 |
|    **Total Cleared Transactions** | 10,718.61 |
| **Cleared Balance** | **37,355.56** |
| **Register Balance as of 07/31/2024** | 37,355.56 |
| **Ending Balance** | 37,355.56 |

![F&M Bank]

Date 7/31/24
Account No. 5678
Page 1 of 2

SLA INVESTMENTS LLC
DIP CASE 2:24-BK-12082-VZ
OPERATING ACCOUNT
264 S OAKHURST DR
BEVERLY HILLS CA 90212-3504



Did you know
F&M Bank is rated
5-Stars by
Bauer Financial?
Learn more at
FMB.com.

## Account Title

SLA Investments LLC
DIP Case 2:24-bk-12082-VZ
Operating Account

## Bankruptcy Trustee Summary

| | | | |
|---|---:|---|---:|
| Account Number | 5678 | Number of Enclosures | 0 |
| Beginning Balance | 26,636.95 | Statement Dates | 7/01/24 thru 7/31/24 |
| 10   Deposits/Credits | 18,825.00 | Days in the statement period | 31 |
| 3   Checks/Debits | 8,106.39 | Average Ledger | 29,842.85 |
| Service Charge | 0.00 | | |
| Interest Paid | 0.00 | | |
| Ending Balance | 37,355.56 | | |

## Deposits and Other Credits

| Date | Description | Amount |
|---|---|---:|
| 7/02 | EARTH BEAN COFFE 9200502235 11136707787 SLA Investments ACH Pmt 02100002966CCD | 2,300.00 |
| 7/05 | PIRATEWORLDWIDE 9024218048 11137251959 ACH Pmt 02100002840CCD | 2,600.00 |

Continued on next page

Questions? Call us: (866) 437-0011





NMLS# 537388

| | |
|---|---|
| Date | 7/31/24 |
| Account No. | 5678 |
| | Page 2 of 2 |

Bankruptcy Trustee                                      5678 (continued)

### Deposits and Other Credits

| Date | Description | Amount |
|---|---|---|
| 7/05 | Incoming Wire-eNotice DOJO IN THE SKY | 1,000.00 |
| 7/22 | Mobile Deposit - Checking | 1,000.00 |
| 7/22 | Mobile Deposit - Checking | 2,000.00 |
| 7/29 | Mobile Deposit - Checking | 925.00 |
| 7/29 | Mobile Deposit - Checking | 1,000.00 |
| 7/29 | Mobile Deposit - Checking | 1,000.00 |
| 7/29 | Mobile Deposit - Checking | 1,000.00 |
| 7/31 | Mobile Deposit - Checking | 6,000.00 |

### Checks and Other Debits

| Date | Description | Amount |
|---|---|---|
| 7/17 | NASASERVICESINC PURCHASE 091000013276507 3383693141 PPD ROSE | 1,352.55- |
| 7/18 | LADWP 4956000736 7545068044 SLA Investments WEB PAY 09100001853CCD | 6,503.84- |
| 7/19 | QUARTERLY FEE 1501000502 0000 SLA INVESTMENTS, PAYMENT 04103604696CCD | 250.00- |

### Checking Account Daily Balances

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 7/01 | 26,636.95 | 7/17 | 31,184.40 | 7/22 | 27,430.56 |
| 7/02 | 28,936.95 | 7/18 | 24,680.56 | 7/29 | 31,355.56 |
| 7/05 | 32,536.95 | 7/19 | 24,430.56 | 7/31 | 37,355.56 |

### End of Statement

Thank you for banking with Farmers & Merchants Bank.



F&M Bank does not charge for this service, however, your wireless carrier may charge you fees related to this service.

Questions? Call us: (866) 437-0011





NMLS# 537388

**SLA Investments, LLC**
**Reconciliation Summary**
**Farmers Tax Account, Period Ending 07/31/2024**

|  | Jul 31, 24 |
|---|---:|
| **Beginning Balance** | 200.00 |
| **Cleared Balance** | 200.00 |
| **Register Balance as of 07/31/2024** | 200.00 |
| **Ending Balance** | 200.00 |



| | |
|---|---|
| Date | 7/31/24 |
| Account No. | 5686 |
| | Page 1 of 2 |

SLA INVESTMENTS LLC
DIP CASE 2:24-BK-12082-VZ
TAX ACCOUNT
264 S OAKHURST DR
BEVERLY HILLS CA 90212-3504



Did you know
F&M Bank is rated
5-Stars by
Bauer Financial?
Learn more at
FMB.com.

### Account Title

SLA Investments LLC
DIP Case 2:24-bk-12082-VZ
Tax Account

### Bankruptcy Trustee Summary

| | | | |
|---|---:|---|---:|
| Account Number | 5686 | Number of Enclosures | 0 |
| Beginning Balance | 200.00 | Statement Dates | 7/01/24 thru 7/31/24 |
| Deposits/Credits | 0.00 | Days in the statement period | 31 |
| Checks/Debits | 0.00 | Average Ledger | 200.00 |
| Service Charge | 0.00 | | |
| Interest Paid | 0.00 | | |
| Ending Balance | 200.00 | | |

### Checking Account Daily Balances

| Date | Balance | Date | Balance | Date | Balance |
|---|---:|---|---:|---|---:|
| 7/01 | 200.00 | | | | |

Questions? Call us: (866) 437-0011





NMLS# 537388



| | Date | 7/31/24 |
|---|---|---|
| | Account No. | 5686 |
| | | Page 2 of 2 |

Bankruptcy Trustee                                5686 (continued)

## End of Statement

Thank you for banking with Farmers & Merchants Bank.




F&M Bank does not charge for this service, however, your wireless carrier may charge you fees related to this service.

## Questions? Call us: (866) 437-0011





NMLS# 537388

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
    11766 Wilshire Blvd, Suite 730, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled (*specify*): **MONTHLY OPERATING REPORT – JULY 31, 2024** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) August 21, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See attached NEF Service List

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*)_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 21, 2024 | Martha E. Araki | /s/ Martha E. Araki |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

Seaton Investments, LLC – Jointly Administered

**1**. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

- Attorneys for Corporate Debtors Seaton Investment, LLC, Colyton Investments, LLC, Broadway Avenue Investments, LLC, Negev Investments, LLC, SLA Investments, LCC.: **Derrick Talerico**: dtalerico@wztslaw.com; maraki@wztslaw.com; sfritz@wztslaw.com
- Attorneys for Individual Debtors Alan Gomperts, Daniel Halevy, Susan Haley: **Zev Shechtman, Carol Chow, Turner Falk**: zev.shechtman@salu.com; zshechtman@ecf.inforuptcy.com; carol.chow@saul.com; easter.santamaria@saul.com; turner.falk@saul.com
- Attorneys for Creditor First Foundation Bank: **Scott R Albrecht**: scott.albrecht@sgsattorneys.com; jackie.nguyen@sgsattorneys.com
- Attorneys for Creditor Korth Direct Mortgage, Inc.: **Tanya Behnam**: tbehnam@polsinelli.com, tanyabehnam@gmail.com; ccripe@polsinelli.com; ladocketing@polsinelli.com
- Courtesy NEF/Interested Party: **Christopher Cramer**: secured@becket-lee.com
- Attorneys for Creditor Archway Real Estate Income Fund I SPE I, LLC: **Michael G. Fletcher, Bruce D. Poltrock, Gerrick Warrington**: mfletcher@frandzel.com; gwarrington@frandzel.com; bpoltrock@frandzel.com; sking@frandzel.com; achase@frandzel.com
- Attorneys for Creditor Wells Fargo National Bank West: **Todd S Garan**: ch11ecf@aldridgepite.com; TSG@ecf.inforuptcy.com; tgaran@aldridgepite.com
- Attorneys for Creditor Harvest Small Business Finance, LLC: **Jacqueline L James**: jjames@hrhlaw.com
- Courtesy NEF/Interested Party Avi Muhtar: **Avi Edward Muhtar**: amuhtar@eaccidents.com
- Courtesy NEF/Interested Party: **Jennifer C Wong**: bknotice@mccartyholthus.com; jwong@ecf.courtdrive.com
- US Trustee's Office: ustpregion16.la.ecf@usdoj.gov; **Kelly L. Morrison**: Kelly.l.morrison@usdoj.gov

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**