| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Jacquelyn H Choi (SBN 211560)<br>RIMON, P.C.<br>2029 Century Park East, Suite 400N<br>Los Angeles, California 90067-2905<br>Telephone: (310) 525-5859<br>Facsimile: (310) 525-5859<br>Email: jacquelyn.choi@rimonlaw.com<br><br>☐ Individual *appearing without an attorney*<br>☒ Attorney for: Los Angeles County Treasurer and Tax Collector | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>SEATON INVESTMENTS, LLC, *et al.*<br><br><br><br><br><br><br><br><br><br><br><br>Debtor(s) | CASE NO.: 2:24-bk-12079-VZ<br><br>Jointly Administered with Case Nos.:<br>2:24-bk-12080-VZ; 2:24-bk-12081-VZ;<br>2:24-bk-12082-VZ; 2:24-bk-12091-VZ;<br>2:24-bk-12074-VZ; 2:24-bk-12075-VZ<br>and 2:24-bk-12076-VZ<br><br>CHAPTER: 11 |
|---|---|
| | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE: STIPULATION EXTENDING DEADLINES RE COLYTON INVESTMENTS, LLC'S OBJECTION TO CLAIM NO. 1 OF LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR** |
| ☐ Affects All Debtors.<br>☐ Affects Seaton Investments, LLC<br>☒ Affects Colyton Investments, LLC<br>☐ Affects Broadway Avenue Investments, LLC<br>☐ Affects SLA Investments, LLC<br>☐ Affects Negev Investments, LLC<br>☐ Affects Alan Gomperts<br>☐ Affects Daniel Halevy<br>☐ Affects Susan Halevy | |

PLEASE TAKE NOTE that the order titled ORDER GRANTING STIPULATION EXTENDING DEADLINES RE COLYTON INVESTMENTS, LLC'S OBJECTION TO CLAIM NO. 1 OF LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR was lodged on (*date*) 8/23/2024 and is attached. This order relates to the motion which is docket number 169.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*　　　　　　　　　　Page 1　　　　　　　　　　**F 9021-1.2.BK.NOTICE.LODGMENT**

Jacquelyn H Choi (SBN 211560)
RIMON, P.C.
2029 Century Park East, Suite 400N
Los Angeles, California 90067-2905
Telephone: (310) 525-5859
Facsimile: (310) 525-5859
Email: jacquelyn.choi@rimonlaw.com

Attorneys for Los Angeles County Treasurer and Tax Collector

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>SEATON INVESTMENTS, LLC, *et al.*,<br><br>Debtor.<br><br>☐ Affects All Debtors.<br>☐ Affects Seaton Investments, LLC<br>☒ Affects Colyton Investments, LLC<br>☐ Affects Broadway Avenue Investments, LLC<br>☐ Affects SLA Investments, LLC<br>☐ Affects Negev Investments, LLC<br>☐ Affects Alan Gomperts<br>☐ Affects Daniel Halevy<br>☐ Affects Susan Halevy | Lead Case No. 2:24-bk-12079-VZ<br><br>Jointly Administered with Case Nos.: 2:24-bk-12080-VZ; 2:24-bk-12081-VZ; 2:24-bk-12082-VZ; 2:24-bk-12091-VZ; 2:24-bk-12074-VZ; 2:24-bk-12075-VZ and 2:24-12076-VZ<br><br>Chapter 11<br><br>**ORDER GRANTING STIPULATION EXTENDING DEADLINES RE COLYTON INVESTMENTS, LLC'S OBJECTION TO CLAIM NO. 1 OF LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR**<br><br>Hearing:<br>Date: September 10, 2024<br>Time: 9:00 a.m.<br>Place: Courtroom 1368<br>       United States Bankruptcy Court<br>       255 E. Temple Street<br>       Los Angeles, CA 90012<br>Judge: Honorable Vincent P. Zurzolo<br><br>[NO HEARING REQUIRED] |

1

Upon consideration of the *Stipulation Extending Deadlines Re Colyton Investments, LLC's Objection to Claim No. 1 of Los Angeles County Treasurer and Tax Collector* (the "**Stipulation**"), entered into by and between the above-captioned jointly-affiliated Debtor, Colyton Investments, LLC (the "**Debtor**") and the Los Angeles County Treasurer and Tax Collector (the "**County**"), which was filed in the above-captioned bankruptcy case on August 23, 2024 [Docket No.169] and good cause appearing therefore, the Court hereby orders as follows: [1]

1.  The Stipulation is approved;
2.  The Opposition Deadline is extended through August 29, 2024; and
3.  The Reply Deadline is extended through September 5, 2024.

---

[1] Unless otherwise defined herein, all capitalized terms shall have the same meaning as ascribed to them in the Stipulation.

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 30941 Agoura Road, Suit2 126, Westlake Village, CA 91361.

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE: STIPULATION EXTENDING DEADLINES RE COLYTON INVESTMENTS, LLC'S OBJECTION TO CLAIM NO. 1 OF LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) <u>August 23, 2024</u>, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Tanya Behnam on behalf of Creditor Korth Direct Mortgage Inc.
tbehnam@polsinelli.com, tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com

Carol Chow on behalf of Debtor Alan Gomperts Carol.Chow@saul.com, easter.santamaria@saul.com

Carol Chow on behalf of Debtor Daniel Halevy Carol.Chow@saul.com, easter.santamaria@saul.com

Carol Chow on behalf of Debtor Susan Halevy Carol.Chow@saul.com, easter.santamaria@saul.com

Christopher Cramer on behalf of Interested Party Courtesy NEF secured@becket-lee.com

Turner Falk on behalf of Debtor Alan Gomperts turner.falk@saul.com, tnfalk@recap.email

Turner Falk on behalf of Debtor Daniel Halevy turner.falk@saul.com, tnfalk@recap.email

Turner Falk on behalf of Debtor Susan Halevy turner.falk@saul.com, tnfalk@recap.email

Turner Falk on behalf of Interested Party Susan Halevy turner.falk@saul.com, tnfalk@recap.email

Michael G Fletcher on behalf of Creditor Archway Real Estate Income Fund I SPE I, LLC mfletcher@frandzel.com, sking@frandzel.com

Michael G Fletcher on behalf of Creditor Archway real estate income fund mfletcher@frandzel.com, sking@frandzel.com

Todd S. Garan on behalf of Creditor Wells Fargo National Bank West ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

Todd S. Garan on behalf of Interested Party Courtesy NEF ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

Jacqueline L James on behalf of Creditor Harvest Small Business Finance, LLC
jjames@hrhlaw.com

Jacqueline L James on behalf of Interested Party Harvest Small Business Finance, LLC jjames@hrhlaw.com

Kelly L Morrison on behalf of U.S. Trustee United States Trustee (LA) kelly.l.morrison@usdoj.gov

Avi Edward Muhtar on behalf of Interested Party Avi Muhtar amuhtar@crownandstonelaw.com

Bruce D Poltrock on behalf of Creditor Archway Real Estate Income Fund I SPE I, LLC bpoltrock@frandzel.com, achase@frandzel.com

<u>Zev Shechtman on behalf of Debtor Alan Gomperts</u>

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                    Page 2                          **F 9021-1.2.BK.NOTICE.LODGMENT**

Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com

Zev Shechtman on behalf of Debtor Daniel Halevy
Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com

Zev Shechtman on behalf of Debtor Susan Halevy
Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com

Zev Shechtman on behalf of Interested Party Alan Gomperts
Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com

Zev Shechtman on behalf of Interested Party Daniel Halevy
Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com

Zev Shechtman on behalf of Interested Party Susan Halevy
Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;easter.santamaria@saul.com

Derrick Talerico on behalf of Debtor Broadway Avenue Investments, LLC dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com

Derrick Talerico on behalf of Debtor Colyton Investments, LLC dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com

Derrick Talerico on behalf of Debtor Negev Investments, LLC dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com

Derrick Talerico on behalf of Debtor SLA Investments, LLC dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com

Derrick Talerico on behalf of Debtor Seaton Investments, LLC dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com

Derrick Talerico on behalf of Interested Party Alan Gomperts dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com

Derrick Talerico on behalf of Interested Party Daniel Halevy dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com

Derrick Talerico on behalf of Interested Party Susan Halevy dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com

United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

Gerrick Warrington on behalf of Creditor Archway Real Estate Income Fund I SPE I, LLC gwarrington@frandzel.com, achase@frandzel.com

Gerrick Warrington on behalf of Creditor Archway real estate income fund gwarrington@frandzel.com, achase@frandzel.com

Jennifer C Wong on behalf of Interested Party Courtesy NEF bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

☐ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 3    **F 9021-1.2.BK.NOTICE.LODGMENT**

**2. SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) August 23, 2024, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**BY PERSONAL DELIVERY**:
Hon. Vincent P. Zurzolo
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street, **(**BIN OUTSIDE SUITE 1360**)**
Los Angeles, CA  90012

**BY EMAIL:**

| | |
|---|---|
| Derrick Talerico<br>dtalerico@wztslaw.com | Attorneys for the Corporate Debtors |
| Robert Conte<br>RConte@usa.doj.gov | Attorneys for the United States of America |

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 8/23/2024 | Jessica Hawley | /s/ Jessica Hawley |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 4    **F 9021-1.2.BK.NOTICE.LODGMENT**