JaVonne M. Phillips, Esq. SBN 187474
Jennifer C. Wong, Esq. SBN 246725
**McCARTHY & HOLTHUS, LLP**
2763 Camino Del Rio South, Suite 100
San Diego, CA 92108
Phone (877) 369-6122
Fax (619) 685-4811

Attorneys for
Wells Fargo Bank, N.A.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Seaton Investments, LLC,<br><br>    Debtor.<br><br>☐ Affects All Debtors.<br>☐ Affects Seaton Investments, LLC<br>☐ Affects Colyton Investments, LLC<br>☐ Affects Broadway Avenue Investments, LLC<br>☐ Affects SLA Investments, LLC<br>☐ Affects Negev Investments, LLC<br>☒ Affects Alan Gomperts<br>☐ Affects Daniel Halevy<br>☐ Affects Susan Halevy | ) LEAD CASE NO. 2:24-bk-12079-VZ<br>) Chapter 11<br>)<br>) JOINTLY ADMINISTERED WITH:<br>) Case No. 2:24-bk-12074-VZ;<br>) Case No. 2:24-bk-12075-VZ;<br>) Case No. 2:24-bk-12076-VZ;<br>) Case No. 2:24-bk-12080-VZ;<br>) Case No. 2:24-bk-12081-VZ;<br>) Case No. 2:24-bk-12082-VZ;<br>) Case No. 2:24-bk-12091-VZ<br>)<br>)<br>) **RESPONSE TO OBJECTION TO PROOF**<br>) **OF CLAIM NUMBER 2-1**<br>)<br>)<br>) Date: 9/10/2024<br>) Time: 11:00AM<br>) Ctrm: 1368<br>) Place: 255 E. Temple Street<br>)   Los Angeles, CA 90012<br>)<br>)<br>) Judge: Vincent P. Zurzolo<br>)<br>) |

Response to Objection - 1       **McCarthy & Holthus, LLP**
                    2763 Camino Del Rio South, Suite 100
                    San Diego, CA 92108 (877) 369-6122

Wells Fargo Bank, N.A. ("Wells Fargo") hereby submits the following Response to the Objection to Claim #2-1 [Dkt. 147] filed by Seaton Investments, LLC, et al. ("Seaton").

**BACKGROUND**

1. Wells Fargo holds a Promissory Note dated 12/31/2016 in the original principal amount of $423,000.00 which is secured by a first Deed of Trust of the same date on the subject property commonly known as 2247 S Canfield Ave., Los Angeles, CA 90034 ("Property").

2. The Promissory Note was signed by Alan Gomperts and Sharon Halevy, as Trustees of the Gomperts and Halevy Family Trust under trust instrument dated June 1, 2015.

3. Alan Gomperts filed bankruptcy on 03/18/2024, 2:24-bk-12074-VZ.

4. Alan Gomperts' bankruptcy case was consolidated into the lead case Seaton Investments, LLC, 2:24-bk-12079-VZ. The Court entered an Order Granting Motion to Approve Joint Administration of Cases on 04/01/2024 (2:24-bk-12074-VZ, Dkt. 32).

5. Wells Fargo filed a Proof of Claim on 05/01/2024 (Claim #2-1). The total secured claim as of the petition date is $367,260.37 with $0 arrears.

6. Seaton filed an Objection to Claim on 08/09/2024 asserting Seaton does not own the Property and is not obligated on the loan.

**RESPONSE**

If a proof of claim is filed using the appropriate form, executed under penalty of perjury, and filed with the bankruptcy court, it is prima facie evidence of the legitimacy and sum of the claim. See Federal Rule of Bankruptcy Procedure Rule 3001(f); In re Southern Calif. Plastics, Inc. (9th Cir. 1999) 165 F3d 1243, 1247-1248. To overcome the presumption that the claim is valid and correct, debtor must provide evidence to the contrary which creates a triable issue of fact. See In re G.I. Indus., Inc. (9th Cir. 2000) 204 F.3d 1276, 1280; In re Medina (9th Cir. BAP 1996) 2005 BR 216, 222; In re Hemingway Transport, Inc. (1st Cir. 1993) 996 F.2d 915, 215; and In re Gran (8th Cir. 1992) 964 F.2d 822, 827.

Wells Fargo does not dispute Seaton's assertions that they are not the owner of the Property, is not obligated on the loan and is not the borrower on the Note. Wells Fargo acknowledges the Note and Deed of Trust were executed by Alan Gomperts, a Debtor in the associated cases.

On 04/05/2024, Seaton filed a Notice of Joint Administration of Cases and Requirements for Filing Documents (Dkt. 39). It is clear Alan Gomperts' individual bankruptcy petition was consolidated into Seaton's case to be administered jointly. Based on the case consolidation, Wells Fargo filed its claim in the lead case but intends to assert the claim against Alan Gomperts only. Therefore, Wells Fargo does not object to disallowance of the claim as to Seaton Investment LLC. In the alternative, Wells Fargo can amend its claim to solely name Alan Gomperts and remove the reference as to other Debtors in the associated cases, including Seaton.

Dated: 08/27/2024                  **McCARTHY & HOLTHUS, LLP**

                                             By:  /s/ Jennifer C. Wong
                                                        Jennifer C. Wong, Esq.
                                                        Attorney for Wells Fargo Bank, N.A.

M&H File No. CA-24-176405

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
2763 Camino Del Rio S., Suite 100
San Diego, CA 92108

A true and correct copy of the foregoing document entitled (*specify*): **RESPONSE TO OBJECTION TO PROOF OF CLAIM NUMBER 2-1** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 8/27/2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**US TRUSTEE COUNSEL**
Kelly L Morrison
kelly.l.morrison@usdoj.gov

**DEBTOR(S) COUNSEL**
Carol Chow
Carol.Chow@saul.com

**US TRUSTEE**
ustpregion16.la.ecf@usdoj.gov

**DEBTOR(S) COUNSEL**
Turner Falk
turner.falk@saul.com

**DEBTOR(S) COUNSEL**
Derrick Talerico
dtalerico@wztslaw.com

**DEBTOR(S) COUNSEL**
Zev Shechtman
Zev.Shechtman@saul.com

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) 8/27/2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR(S)**
Alan Gomperts, 264 South Oakhurst Drive, Beverly Hills, CA 90212

Seaton Investments, LLC, 264 S Oakhurst Dr, Beverly Hills, CA 90212

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 8/27/2024 | Hue Banh | /s/ Hue Banh |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

M&H File No. CA-24-176405

**ADDITIONAL SERVICE INFORMATION**

Broadway Avenue Investments, LLC, 264 South Oakhurst Drive, Beverly Hills, CA 90212

Colyton Investments LLC, 421 Colyton St, Los Angeles, CA 90013

Colyton Investments LLC, 257 S Linden Dr, Beverly Hills, CA 90212

Susan Halevy, 257 S Linden Dr, Beverly Hills, CA 90212

Daniel Halevy, 8561 Horner St. Los Angeles CA 90035

SLA Investments, LLC, 264 South Oakhurst Drive, Beverly Hills, CA 90212

Negev Investments, LLC, 257 S Linden Dr, Beverly Hills, CA 90212

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                       **F 9013-3.1.PROOF.SERVICE**