1  Zev Shechtman (State Bar No. 266280)
   Zev.Shechtman@saul.com
2  Ryan F. Coy (State Bar No. 324939)
   Ryan.Coy@saul.com
3  Turner N. Falk (Admitted *pro hac vice*)
   turner.falk@saul.com
4  SAUL EWING LLP
5  1888 Century Park East, Suite 1500
   Los Angeles, California 90067
6  Telephone: (310) 255-6100

7
   Counsel to Debtors Alan Gomperts, Daniel Halevy, and
8  Susan Halevy

**FILED & ENTERED**

**SEP 04 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** carranza **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>SEATON INVESTMENTS, LLC, *et al.*,<br><br>Debtors and Debtors in Possession. | Lead Case No. 2:24-bk-12079-VZ<br><br>Jointly Administered with Case Nos.: 2:24-bk-12080-VZ; 2:24-bk-12081-VZ; 2:24-bk-12082-VZ; 2:24-bk-12091-VZ; 2:24-bk-12074-VZ; 2:24-bk-12075-VZ and 2:24-bk-12076-VZ<br><br>Chapter 11 |
| ☐ Affects All Debtors.<br>☒ Affects Seaton Investments, LLC<br>☐ Affects Colyton Investments, LLC<br>☒ Affects Broadway Avenue Investments, LLC<br>☒ Affects SLA Investments, LLC<br>☐ Affects Negev Investments, LLC<br>☒ Affects Alan Gomperts<br>☒ Affects Daniel Halevy<br>☒ Affects Susan Halevy | **ORDER DENYING STIPULATION TO CONTINUE HEARING ON OMNIBUS OBJECTION TO PRIORITY PROOFS OF CLAIM FILED BY DEPARTMENT OF TREASURY - INTERNAL REVENUE SERVICE RE:**<br>• ***Alan Gomperts Claim #3-1***<br>• ***Daniel Halevy Claim #3-1***<br>• ***Susan Halevy Claim #2-1***<br>• ***Seaton Investments, LLC Claim #1-1***<br>• ***Broadway Avenue Investments, LLC Claim #1-1***<br>• ***SLA Investments, LLC Claim #1-1***<br><br>Current Hearing:<br>Date: September 10, 2024<br>Time: 11:00 a.m. |

The Court considered the *Stipulation to Continue Hearing on Omnibus Objection to Priority Proofs of Claim Filed By Department of Treasury - Internal Revenue Service* ("Stipulation") filed by debtors Alan Gomperts, Daniel Halevy, Susan Halevy Seaton Investments, LLC, Broadway Avenue Investments, LLC, and SLA Investments, LLC (collectively, the "Debtors"), together with the United States of America and its agency, the Department of Treasury - Internal Revenue Service.  In the Stipulation, the parties seek to continue the hearing on the Debtors' *Omnibus Objection to Priority Proofs of Claim Filed By Department of Treasury - Internal Revenue Service* ("Omnibus Objection," Doc. No. 143) and to modify the Court's *Order After Initial Status Conference in Chapter 11 Case* ("Scheduling Order," Doc. No. 83).

The timeline proposed in the Stipulation is insufficient to allow Debtors to file tax returns, the I.R.S. to file amended proofs of claim, and the Debtors to file new objections to claim on at least 30 days of notice, if such objections are needed.  Based on the foregoing, **IT IS ORDERED**:

1. The Stipulation is not approved.

2. For purposes of the claims that are the subject of the Omnibus Objection, the deadline of September 20, 2024, in the Scheduling Order is modified to allow the I.R.S. time to file amended proofs of claim and for the Debtors to file and litigate objections to the amended proofs of claim.

3. The Debtors must lodge an order denying the Omnibus Objection that is set for hearing on September 10, 2024.

###

Date: September 4, 2024

Vincent P. Zurzolo
United States Bankruptcy Judge