| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Zev Shechtman (State Bar No. 266280)<br>zev.shechtman@saul.com<br>Ryan F. Coy (State Bar No. 324939)<br>ryan.coy@saul.com<br>Turner N. Falk (Admitted *pro hac vice*)<br>turner.falk@saul.com<br>SAUL EWING LLP<br>1888 Century Park East, Suite 1500<br>Los Angeles, California 90067<br>Telephone: (310) 255-6100<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* Debtors Alan Gomperts, Daniel Halevy, and Susan Halevy | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>SEATON INVESTMENTS, LLC, et al.<br><br><br><br><br><br>Debtor(s) | LEAD CASE NO.: 2:24-bk-12079-VZ<br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):<br>Omnibus Objection to Priority Proofs of Claim Filed By Department of Treasury – Internal Revenue Service |
|---|---|

PLEASE TAKE NOTE that the order titled <u>Order Denying Omnibus Objection to Priority Proofs of Claim Filed by Department Treasury – Internal Revenue Service [Docket No. 143]</u>

was lodged on (*date*) <u>09/06/2024</u> and is attached. This order relates to the motion which is docket number <u>143</u>.

---

[1] Please abbreviate if title cannot fit into text field.

52982526.1
390855-00001 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page 1                    **F 9021-1.2.BK.NOTICE.LODGMENT**

# EXHIBIT A

Zev Shechtman (State Bar No. 266280)
zev.shechtman@saul.com
Ryan F. Coy (State Bar No. 324939)
ryan.coy@saul.com
Turner N. Falk (Admitted *pro hac vice*)
turner.falk@saul.com
SAUL EWING LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: (310) 255-6100

Counsel to Debtors
Alan Gomperts, Daniel Halevy, and
Susan Halevy

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>SEATON INVESTMENTS, LLC, *et al.*,<br><br>   Debtors and Debtors in Possession. | Lead Case No. 2:24-bk-12079-VZ<br><br>Jointly Administered with Case Nos.:<br>2:24-bk-12080-VZ; 2:24-bk-12081-VZ;<br>2:24-bk-12082-VZ; 2:24-bk-12091-VZ;<br>2:24-bk-12074-VZ; 2:24-bk-12075-VZ<br>and 2:24-bk-12076-VZ<br><br>Chapter 11 |

52976617.1
390855-00001

|  |  |
|---|---|
| _____<br><br>☐ Affects All Debtors.<br>☒ Affects Seaton Investments, LLC<br>☐ Affects Colyton Investments, LLC<br>☒ Affects Broadway Avenue Investments, LLC<br>☒ Affects SLA Investments, LLC<br>☐ Affects Negev Investments, LLC<br>☒ Affects Alan Gomperts<br>☒ Affects Daniel Halevy<br>☒ Affects Susan Halevy | **ORDER DENYING OMNIBUS OBJECTION TO PRIORITY PROOFS OF CLAIM FILED BY DEPARTMENT OF TREASURY - INTERNAL REVENUE SERVICE [DOCKET NO. 143]**<br><br><u>Hearing Vacated:</u><br>Date: September 10, 2024<br>Time: 11:00 a.m.<br>Crtrm.: 1368 |

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

52976617.1
390855-00001

2

      The Court has reviewed and considered the *Omnibus Objection to Priority Proofs of Claim Filed By Department of Treasury - Internal Revenue Service* ("Omnibus Objection," Doc. No. 143) filed by debtors Alan Gomperts, Daniel Halevy, Susan Halevy Seaton Investments, LLC, Broadway Avenue Investments, LLC, and SLA Investments, LLC (collectively, the "Debtors").

      On September 4, 2024, the Court entered the *Order Denying Stipulation to Continue Hearing on Omnibus Objection to Priority Proofs of Claim Filed By Department of Treasury - Internal Revenue Service* ("Order Denying Stipulation," Docket No. 185). In the Order Denying Stipulation, the Court stated that the parties' proposed timeline is insufficient to allow Debtors to file tax returns, the I.R.S. to file amended proofs of claim, and the Debtor to file new objections to claim on at least 30 days of notice, if such objections are needed. (Docket No. 185). The Court, then, modified the deadline to object to I.R.S. proofs of claim and ordered the Debtors to lodge an order denying the Omnibus Objection that is set for hearing on September 10, 2024 at 11:00 a.m. Accordingly,

      IT IS HEREBY ORDERED that:

      1.    The Omnibus Objection is denied without prejudice.

      2.    The hearing on the Debtors' Omnibus Objection, scheduled for September 10, 2024 at 11:00 a.m., is vacated.

###

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**Saul Ewing 1888 Century Park East, Suite 1500, Los Angeles, CA 90067.**

A true and correct copy of the foregoing document entitled: **Notice of Lodgment of Order in Bankruptcy Case** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **September 6, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 6, 2024 | Hannah Richmond | /s/ Hannah Richmond |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

52982526.1
390855-00001 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*　　　　　　　　　　　　　Page 2　　　　　　　　　**F 9021-1.2.BK.NOTICE.LODGMENT**

**1.** **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)(continued)**:
- **Scott R Albrecht**    salbrecht@gsaattorneys.com, jackie.nguyen@sgsattorneys.com
- **Tanya Behnam**    tbehnam@polsinelli.com, tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com
- **Jacquelyn H Choi**    jacquelyn.choi@rimonlaw.com, docketingsupport@rimonlaw.com
- **Carol Chow**    Carol.Chow@saul.com, easter.santamaria@saul.com
- **Robert F Conte**    robert.conte@usdoj.gov, caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov
- **Christopher Cramer**    secured@becket-lee.com
- **Turner Falk**    turner.falk@saul.com, tnfalk@recap.email
- **Michael G Fletcher**    mfletcher@frandzel.com, sking@frandzel.com
- **Todd S. Garan**    ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com
- **Richard Girgado**    rgirgado@counsel.lacounty.gov
- **Jacqueline L James**    jjames@hrhlaw.com
- **Kelly L Morrison**    kelly.l.morrison@usdoj.gov
- **Avi Edward Muhtar**    amuhtar@crownandstonelaw.com
- **Bruce D Poltrock**    bpoltrock@frandzel.com, achase@frandzel.com
- **Zev Shechtman**    Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com
- **Derrick Talerico**    dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Gerrick Warrington**    gwarrington@frandzel.com, achase@frandzel.com
- **Jennifer C Wong**    bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

52982526.1
390855-00001 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.BK.NOTICE.LODGMENT**