United States Bankruptcy Court

Central District of California

In re:     Case No. 24-12079-VZ

Seaton Investments, LLC     Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2     User: admin     Page 1 of 3

Date Rcvd: Sep 09, 2024     Form ID: pdf042     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Seaton Investments, LLC, 264 S Oakhurst Dr, Beverly Hills, CA 90212-3504 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Avi Edward Muhtar | on behalf of Interested Party Avi Muhtar amuhtar@crownandstonelaw.com |
| Bruce D Poltrock | on behalf of Creditor Archway Real Estate Income Fund I SPE I LLC bpoltrock@frandzel.com, achase@frandzel.com |
| Carol Chow | on behalf of Debtor Alan Gomperts Carol.Chow@saul.com easter.santamaria@saul.com |
| Carol Chow | on behalf of Debtor Susan Halevy Carol.Chow@saul.com easter.santamaria@saul.com |
| Carol Chow | on behalf of Debtor Daniel Halevy Carol.Chow@saul.com easter.santamaria@saul.com |
| Christopher Cramer | on behalf of Interested Party Courtesy NEF secured@becket-lee.com |

Case 2:24-bk-12079-VZ    Doc 191    Filed 09/11/24    Entered 09/11/24 21:32:32    Desc
Imaged Certificate of Notice    Page 2 of 5

| District/off: 0973-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 09, 2024 | Form ID: pdf042 | Total Noticed: 1 |

Derrick Talerico
on behalf of Debtor Broadway Avenue Investments LLC dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

Derrick Talerico
on behalf of Interested Party Susan Halevy dtalerico@wztslaw.com maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

Derrick Talerico
on behalf of Debtor SLA Investments LLC dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

Derrick Talerico
on behalf of Debtor Colyton Investments LLC dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

Derrick Talerico
on behalf of Interested Party Daniel Halevy dtalerico@wztslaw.com maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

Derrick Talerico
on behalf of Debtor Negev Investments LLC dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

Derrick Talerico
on behalf of Debtor Seaton Investments LLC dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

Gerrick Warrington
on behalf of Creditor Archway real estate income fund gwarrington@frandzel.com achase@frandzel.com

Gerrick Warrington
on behalf of Creditor Archway Real Estate Income Fund I SPE I LLC gwarrington@frandzel.com, achase@frandzel.com

Jacqueline L James
on behalf of Interested Party Harvest Small Business Finance LLC jjames@hrhlaw.com

Jacqueline L James
on behalf of Creditor Harvest Small Business Finance LLC jjames@hrhlaw.com

Jacquelyn H Choi
on behalf of Creditor LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR jacquelyn.choi@rimonlaw.com docketingsupport@rimonlaw.com

Jennifer C Wong
on behalf of Interested Party Courtesy NEF bknotice@mccarthyholthus.com jwong@ecf.courtdrive.com

Jennifer C Wong
on behalf of Creditor Wells Fargo Bank N.A. bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

Kelly L Morrison
on behalf of U.S. Trustee United States Trustee (LA) kelly.l.morrison@usdoj.gov

Michael G Fletcher
on behalf of Creditor Archway Real Estate Income Fund I SPE I LLC mfletcher@frandzel.com, sking@frandzel.com

Michael G Fletcher
on behalf of Creditor Archway real estate income fund mfletcher@frandzel.com sking@frandzel.com

Richard Girgado
on behalf of Creditor LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR rgirgado@counsel.lacounty.gov

Robert F Conte
on behalf of Creditor United States of America on behalf of Internal Revenue Service robert.conte@usdoj.gov caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov

Ryan Coy
on behalf of Interested Party Alan Gomperts ryan.coy@saul.com hannah.richmond@saul.com

Ryan Coy
on behalf of Interested Party Daniel Halevy ryan.coy@saul.com hannah.richmond@saul.com

Ryan Coy
on behalf of Interested Party Susan Halevy ryan.coy@saul.com hannah.richmond@saul.com

Scott R Albrecht
on behalf of Creditor First Foundation Bank salbrecht@gsaattorneys.com jackie.nguyen@sgsattorneys.com

Tanya Behnam
on behalf of Creditor Korth Direct Mortgage Inc. tbehnam@polsinelli.com tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com

Todd S. Garan

| District/off: 0973-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 09, 2024 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Creditor Wells Fargo National Bank West ch11ecf@aldridgepite.com TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com |
| Todd S. Garan | on behalf of Interested Party Courtesy NEF ch11ecf@aldridgepite.com  TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com |
| Turner Falk | on behalf of Debtor Susan Halevy turner.falk@saul.com  tnfalk@recap.email |
| Turner Falk | on behalf of Debtor Alan Gomperts turner.falk@saul.com  tnfalk@recap.email |
| Turner Falk | on behalf of Interested Party Susan Halevy turner.falk@saul.com  tnfalk@recap.email |
| Turner Falk | on behalf of Interested Party Daniel Halevy turner.falk@saul.com  tnfalk@recap.email |
| Turner Falk | on behalf of Debtor Daniel Halevy turner.falk@saul.com  tnfalk@recap.email |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |
| Zev Shechtman | on behalf of Interested Party Susan Halevy Zev.Shechtman@saul.com zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com |
| Zev Shechtman | on behalf of Debtor Daniel Halevy Zev.Shechtman@saul.com  zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com |
| Zev Shechtman | on behalf of Debtor Susan Halevy Zev.Shechtman@saul.com  zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com |
| Zev Shechtman | on behalf of Debtor Alan Gomperts Zev.Shechtman@saul.com  zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com |
| Zev Shechtman | on behalf of Interested Party Daniel Halevy Zev.Shechtman@saul.com zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com |

TOTAL: 43

Zev Shechtman (State Bar No. 266280)
zev.shechtman@saul.com
Ryan F. Coy (State Bar No. 324939)
ryan.coy@saul.com
Turner N. Falk (Admitted *pro hac vice*)
turner.falk@saul.com
SAUL EWING LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: (310) 255-6100

Counsel to Debtors
Alan Gomperts, Daniel Halevy, and
Susan Halevy

**FILED & ENTERED**

**SEP 09 2024**

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY** mohammad **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>SEATON INVESTMENTS, LLC, *et al.*,<br><br>　　　　Debtors and Debtors in Possession. | Lead Case No. 2:24-bk-12079-VZ<br><br>Jointly Administered with Case Nos.:<br>2:24-bk-12080-VZ; 2:24-bk-12081-VZ;<br>2:24-bk-12082-VZ; 2:24-bk-12091-VZ;<br>2:24-bk-12074-VZ; 2:24-bk-12075-VZ<br>and 2:24-bk-12076-VZ<br><br>Chapter 11 |
| ☐ Affects All Debtors.<br>☒ Affects Seaton Investments, LLC<br>☐ Affects Colyton Investments, LLC<br>☒ Affects Broadway Avenue Investments, LLC<br>☒ Affects SLA Investments, LLC<br>☐ Affects Negev Investments, LLC<br>☒ Affects Alan Gomperts<br>☒ Affects Daniel Halevy<br>☒ Affects Susan Halevy | **ORDER DENYING OMNIBUS OBJECTION TO PRIORITY PROOFS OF CLAIM FILED BY DEPARTMENT OF TREASURY - INTERNAL REVENUE SERVICE [DOCKET NO. 143]**<br><br>Hearing Vacated:<br>Date: September 10, 2024<br>Time: 11:00 a.m.<br>Crtrm.: 1368 |

52976617.1
390855-00001

    The Court reviewed and considered the *Omnibus Objection to Priority Proofs of Claim Filed By Department of Treasury - Internal Revenue Service* ("Omnibus Objection," Doc. No. 143) filed by debtors Alan Gomperts, Daniel Halevy, Susan Halevy Seaton Investments, LLC, Broadway Avenue Investments, LLC, and SLA Investments, LLC (collectively, the "Debtors").

    On September 4, 2024, the Court entered the *Order Denying Stipulation to Continue Hearing on Omnibus Objection to Priority Proofs of Claim Filed By Department of Treasury - Internal Revenue Service* ("Order Denying Stipulation," Docket No. 185). In the Order Denying Stipulation, the Court stated that the parties' proposed timeline is insufficient to allow Debtors to file tax returns, the I.R.S. to file amended proofs of claim, and the Debtor to file new objections to claim on at least 30 days of notice, if such objections are needed. (Docket No. 185). The Court, then, modified the deadline to object to I.R.S. proofs of claim and ordered the Debtors to lodge an order denying the Omnibus Objection that is set for hearing on September 10, 2024 at 11:00 a.m. Accordingly,

    **IT IS ORDERED** that:

    1.    The Omnibus Objection is denied without prejudice.

    2.    The hearing on the Debtors' Omnibus Objection, scheduled for September 10, 2024 at 11:00 a.m., is vacated.

###

Date: September 9, 2024

Vincent P. Zurzolo
United States Bankruptcy Judge

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

2