### Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ☐  No ☒ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ☐  No ☐  N/A ☒ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Alan Gomperts
Signature of Responsible Party

Manager
Title

Alan Gomperts
Printed Name of Responsible Party

09/23/2024
Date

# Seaton Investments, LLC
## Preliminary Balance Sheet
### As of August 31, 2024

|  | Aug 31, 24 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Farmers and Merchants - Tax Acc | 200.00 |
| Farmers and Merchants Checking | 84,728.36 |
| **Total Checking/Savings** | 84,928.36 |
| **Other Current Assets** | |
| Intercompany Receivable - SLA | -7,000.00 |
| Intercompany Receivable - SR | 155,910.00 |
| **Total Other Current Assets** | 148,910.00 |
| **Total Current Assets** | 233,838.36 |
| **Fixed Assets** | |
| Accum deprec, Leasehold imorov | -1,102,583.83 |
| Accumulated Depreciation | -1,051,978.50 |
| Buildings | 3,353,552.00 |
| Land | 2,706,028.39 |
| Leasehold Improvements | 2,581,707.64 |
| **Total Fixed Assets** | 6,486,725.70 |
| **Other Assets** | |
| Accum. Amortization loan fees | -769,747.00 |
| capitalized interest on bldg | 1,015,326.13 |
| Construction in process | 12,903,690.87 |
| Construction Reserve | 2,527.33 |
| Prepaid loan fees | 839,725.43 |
| **Total Other Assets** | 13,991,522.76 |
| **TOTAL ASSETS** | **20,712,086.82** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Other Current Liabilities** | |
| KDM- LOC | 2,507,292.98 |
| Loan Payable - Broadway Avenue | -250.00 |
| Payable Colyton | -5,402,117.87 |
| Tenant Security Deposits Held | 313,356.75 |
| **Total Other Current Liabilities** | -2,581,718.14 |
| **Total Current Liabilities** | -2,581,718.14 |
| **Long Term Liabilities** | |
| **Loan - KDM** | |
| Colyton's share on KDM loan | 8,968,306.28 |
| Loan - KDM - Other | 26,131,693.72 |
| **Total Loan - KDM** | 35,100,000.00 |
| Member Loans | 600,000.00 |
| **Total Long Term Liabilities** | 35,700,000.00 |

| | |
|---|---:|
| **Total Liabilities** | 33,118,281.86 |
| **Equity** | |
| **Capital, Alan Gomperts** | -1,383,141.61 |
| **Capital, Daniel Halevy** | -1,383,138.61 |
| **Capital, Simon Harkam** | -497,928.20 |
| **Capital, Sue Halevy** | -2,268,346.48 |
| **Retained Earnings** | -6,730,751.03 |
| **Net Income** | -142,889.11 |
| **Total Equity** | -12,406,195.04 |
| **TOTAL LIABILITIES & EQUITY** | **20,712,086.82** |

# Seaton Investments, LLC
# Preliminary Profit & Loss
**August 2024**

|  | Aug 24 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Rental Income | 19,644.00 |
| **Total Income** | 19,644.00 |
| **Expense** | |
| Bank Service Charges | 53.50 |
| Insurance Expense | 2,267.44 |
| Managment Fees | 2,500.00 |
| Repairs and Maintenance | 6,132.37 |
| Utilities | 4,281.01 |
| **Total Expense** | 15,234.32 |
| **Net Ordinary Income** | 4,409.68 |
| **Net Income** | **4,409.68** |

# Seaton Investments, LLC
## Preliminary Statement of Cash Flows
**August 2024**

|  | Aug 24 |
|---|---:|
| **OPERATING ACTIVITIES** | |
| Net Income | 4,409.68 |
| **Net cash provided by Operating Activities** | 4,409.68 |
| **INVESTING ACTIVITIES** | |
| Leasehold Improvements | -5,118.75 |
| **Net cash provided by Investing Activities** | -5,118.75 |
| **Net cash increase for period** | -709.07 |
| **Cash at beginning of period** | 85,637.43 |
| **Cash at end of period** | **84,928.36** |

**Seaton Investments, LLC**     **Case No. 2-24-bk-12079-VZ**     **Aug-24**

**PART 5 - Schedule of Payments to Professionals**

| Professional/Role | Date of Retention | Retainer Paid | | Fees Approved by Court | | Expenses Approved by Court | | Retainer Applied | | Fees Paid (over retainer) | | Expenses Paid (over retainer) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Prepetition | At Petition Date | During Mo. | Cumulative | During Mo. | Cumulative | During Mo. | Cumulative | During Mo. | Cumulative | During Mo. | Cumulative |
| Weintraub Zolkin Talerico & Selth LLP (Insolvency Counsel) | 5/28/24 effective as of 3/19/24 | $ 65,000.00 | $ 35,313.50 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

**Seaton Investments, LLC**
**Insurance Schedule**

| Insurance Carrier | Insurance Type | Policy Number | Expiration Date | Date Premium Paid |
|---|---|---|---|---|
| Associated Industries Insurance Co, Inc | 431 Colyton buildings | SLSTPTY12067624 | 6/10/25 | 5/29/24 |
| Lloyd's, London | Terrorism | UTS2574228.23 | 8/30/24 | 9/6/23 |
| SENECA | 440 Seaton Building | SLSTPTY12067624 | 6/5/25 | 5/29/24 |
| James River Insurance | General Liability | 00097801-3 | 11/30/24 | 8/2/24 |

# Seaton Investments, LLC
## Reconciliation Summary
### Farmers and Merchants Checking, Period Ending 08/31/2024

|  | Aug 31, 24 |
|---|---:|
| **Beginning Balance** | 85,437.43 |
|   **Cleared Transactions** | |
|     Checks and Payments - 6 items | -20,353.07 |
|     Deposits and Credits - 2 items | 19,644.00 |
|   **Total Cleared Transactions** | -709.07 |
| **Cleared Balance** | **84,728.36** |
| **Register Balance as of 08/31/2024** | 84,728.36 |

| | |
|---|---|
| Date | 8/30/24 |
| Account No. | 5619 |
| | Page 1 of 3 |



SEATON INVESTMENTS LLC
DIP CASE 2:24-BK-12079-VZ
OPERATING ACCOUNT
264 S OAKHURST DR
BEVERLY HILLS CA 90212-3504

Avoid paper clutter.
Sign up for F&M eStatements.
Log in to Online Banking to get started.

## Account Title

Seaton Investments LLC
DIP Case 2:24-bk-12079-VZ
Operating Account

## Bankruptcy Trustee Summary

| | | | |
|---|---|---|---|
| Account Number | 5619 | Number of Enclosures | 3 |
| Beginning Balance | 85,437.43 | Statement Dates | 8/01/24 thru 9/02/24 |
| 2  Deposits/Credits | 19,644.00 | Days in the statement period | 33 |
| 6  Checks/Debits | 20,353.07 | Average Ledger | 87,336.82 |
| Service Charge | 0.00 | | |
| Interest Paid | 0.00 | | |
| Ending Balance | 84,728.36 | | |

## Deposits and Other Credits

| Date | Description | Amount |
|---|---|---|
| 8/08 | Mobile Deposit - Checking | 10,500.00 |
| 8/30 | WGW SALES INC ACH ITEM 042000013318328 1260516436 PPD Seaton Investments | 9,144.00 |

Questions? Call us: (866) 437-0011





NMLS# 537388

| | |
|---|---|
| Date | 8/30/24 |
| Account No. | 5619 |
| | Page 2 of 3 |

Bankruptcy Trustee                                              5619 (continued)

## Checks and Other Debits

| Date | Description | Amount |
|---|---|---|
| 8/05 | Account Analysis Charge | 53.50- |
| 8/06 | PATHWARD NA D420747941 1073-2933299 SEATON INVESTMEN ACH PMNTS 07397218307CCD | 2,267.44- |
| 8/22 | LADWP 4956000736 7381600000 SIENNA ROSE INC WEB PAY 09100001935CCD | 4,281.01- |

## Checks In Number Order

| Date | Check# | Amount | Date | Check# | Amount | Date | Check# | Amount |
|---|---|---|---|---|---|---|---|---|
| 8/22 | 1011 | 5,118.75 | 8/26 | 1012 | 6,132.37 | 8/26 | 1013 | 2,500.00 |

\* Denotes missing check numbers

## Checking Account Daily Balances

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 8/01 | 85,437.43 | 8/08 | 93,616.49 | 8/30 | 84,728.36 |
| 8/05 | 85,383.93 | 8/22 | 84,216.73 | | |
| 8/06 | 83,116.49 | 8/26 | 75,584.36 | | |

## End of Statement

Thank you for banking with Farmers & Merchants Bank.



F&M Bank does not charge for this service, however, your wireless carrier may charge you fees related to this service.

Questions? Call us: (866) 437-0011





NMLS# 537388

![F&M Bank Logo]

Date  8/30/24
Account No.  5619
Page 3 of 3

# 1011   $5,118.75   Posted Date   8/22/2024

# 1012   $6,132.37   Posted Date   8/26/2024

# 1013   $2,500.00   Posted Date   8/26/2024

# Seaton Investments, LLC
## Reconciliation Summary
### Farmers and Merchants - Tax Acc, Period Ending 08/31/2024

|  | Aug 31, 24 |
|---|---:|
| **Beginning Balance** | 200.00 |
| **Cleared Balance** | 200.00 |
| **Register Balance as of 08/31/2024** | 200.00 |
| **Ending Balance** | 200.00 |

| | |
|---|---|
| Date | 8/30/24 |
| Account No. | 5627 |
| | Page 1 of 2 |

SEATON INVESTMENTS LLC
DIP CASE 2:24-BK-12079-VZ
TAX ACCOUNT
264 S OAKHURST DR
BEVERLY HILLS CA 90212-3504



Avoid paper clutter.
Sign up for F&M eStatements.
Log in to Online Banking to get started.

## Account Title

Seaton Investments LLC
DIP Case 2:24-bk-12079-VZ
Tax Account

## Bankruptcy Trustee Summary

| | | | |
|---|---|---|---|
| Account Number | 5627 | Number of Enclosures | 0 |
| Beginning Balance | 200.00 | Statement Dates | 8/01/24 thru 9/02/24 |
| Deposits/Credits | 0.00 | Days in the statement period | 33 |
| Checks/Debits | 0.00 | Average Ledger | 200.00 |
| Service Charge | 0.00 | | |
| Interest Paid | 0.00 | | |
| Ending Balance | 200.00 | | |

## Checking Account Daily Balances

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 8/01 | 200.00 | | | | |

### End of Statement

Thank you for banking with Farmers & Merchants Bank.

**Questions? Call us: (866) 437-0011**





NMLS# 537388



Date 8/30/24
Account No. 5627
Page 2 of 2

Bankruptcy Trustee                                    5627 (continued)




F&M Bank does not charge for this service, however, your wireless carrier may charge you fees related to this service.

Questions? Call us: (866) 437-0011


Member FDIC


FMB.com


NMLS# 537388

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
11766 Wilshire Blvd, Suite 730, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled (*specify*): **MONTHLY OPERATING REPORT – AUGUST 31, 2024** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) September 26, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See attached NEF Service List

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 26, 2024 | Martha E. Araki | */s/ Martha E. Araki* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

Seaton Investments, LLC – Jointly Administered

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Attorneys for Corporate Debtors Seaton Investment, LLC, Colyton Investments, LLC, Broadway Avenue Investments, LLC, Negev Investments, LLC, SLA Investments, LCC.: **Derrick Talerico**: dtalerico@wztslaw.com; maraki@wztslaw.com; sfritz@wztslaw.com; admin@wztslaw.com
- Attorneys for Individual Debtors Alan Gomperts, Daniel Halevy, Susan Haley: **Zev Shechtman, Carol Chow, Turner Falk, Ryan Coy**: zev.shechtman@salu.com; zshechtman@ecf.inforuptcy.com; carol.chow@saul.com; easter.santamaria@saul.com; turner.falk@saul.com; ryan.coy@saul.com
- Attorneys for Creditor First Foundation Bank: **Scott R Albrecht**: scott.albrecht@sgsattorneys.com; jackie.nguyen@sgsattorneys.com
- Attorneys for Creditor Korth Direct Mortgage, Inc.: **Tanya Behnam**: tbehnam@polsinelli.com, tanyabehnam@gmail.com; ccripe@polsinelli.com; ladocketing@polsinelli.com
- Attorneys for Creditor Los Angeles County Treasurer and Tax Collector: **Jacquelyn H Choi**: jacquelyn.choi@rimonlaw.com; docketingsupport@rimonlaw.com
- Attorneys for Creditor United States of America on behalf of the Internal Revenue Service: **Robert F Conte**: robert.conte@usdoj.gov; caseview.ecf@usdoj.gov; usacac.tax@usdoj.gov
- Courtesy NEF/Interested Party: **Christopher Cramer**: secured@becket-lee.com
- Attorneys for Creditor Archway Real Estate Income Fund I SPE I, LLC: **Michael G. Fletcher, Bruce D. Poltrock, Gerrick Warrington**: mfletcher@frandzel.com; gwarrington@frandzel.com; bpoltrock@frandzel.com; sking@frandzel.com; achase@frandzel.com
- Attorneys for Creditor Wells Fargo National Bank West: **Todd S Garan**: ch11ecf@aldridgepite.com; TSG@ecf.inforuptcy.com; tgaran@aldridgepite.com
- Attorneys for Creditor Los Angeles County Treasurer and Tax Collector: **Richard Girgado**: rgirgado@counsel.lacounty.gov
- Attorneys for Creditor Harvest Small Business Finance, LLC: **Jacqueline L James**: jjames@hrhlaw.com
- Courtesy NEF/Interested Party Avi Muhtar: **Avi Edward Muhtar**: amuhtar@eaccidents.com
- Attorneys for Creditor Wells Fargo Bank, N.A.: **Jennifer C Wong**: bknotice@mccartyholthus.com; jwong@ecf.courtdrive.com
- US Trustee's Office: ustpregion16.la.ecf@usdoj.gov; **Kelly L. Morrison**: Kelly.l.morrison@usdoj.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**