1   Derrick Talerico (SBN 223763)
dtalerico@wztslaw.com
2   David B. Zolkin (SBN 155410
dzolkin@wztslaw.com
3   WEINTRAUB ZOLKIN TALERICO &
SELTH LLP
4   11766 Wilshire Boulevard, Suite 730
Los Angeles, CA 90025
5   Telephone: (424) 500-8552
6
7   *Attorneys for Debtors and Debtors
in Possession, Seaton Investments, LLC,*
8   *Colyton Investments, LLC, Broadway Avenue Investments, LLC,*
*SLA Investments, LLC, and Negev Investments, LLC*
9
10
11            **UNITED STATES BANKRUPTCY COURT**
12     **CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**
13
In re:                                          Lead Case No. 2:24-bk-12079-VZ

14  SEATON INVESTMENTS, LLC, *et al.*,           Jointly Administered with Case Nos.:
                                                 2:24-bk-12080-VZ; 2:24-bk-12081-VZ;
15                                               2:24-bk-12082-VZ; 2:24-bk-12091-VZ;
              Debtors and Debtors In             2:24-bk-12074-VZ; 2:24-bk-12075-VZ and
16            Possession.                        2:24-12076-VZ
17  ─────────────────────────────────
18  ☐  Affects All Debtors.                      Chapter 11

19  ☐  Affects Seaton Investments, LLC           **WITHDRAWAL OF DOC. NO. 196 -
                                                 COLYTON INVESTMENTS, LLC'S
20  ☒  Affects Colyton Investments, LLC          AMENDED WITHDRAWAL OF
                                                 OBJECTION TO CLAIM NO. 1 OF
21  ☐  Affects Broadway Avenue Investments, LLC  LOS ANGELES COUNTY
                                                 TREASURER AND TAX
22  ☐  Affects SLA Investments, LLC              COLLECTOR**

23  ☐  Affects Negev Investments, LLC
                                                 Hearing:
24  ☐  Affects Alan Gomperts                      Date:        September 24, 2024
                                                 Time:        11:00 a.m.
25  ☐  Affects Daniel Halevy                      Courtroom:   1368
                                                              255 East Temple St.
26  ☐  Affects Susan Halevy                                    Los Angeles, CA 90012
                                                 Judge:       Hon. Vincent Zurzolo
27
28

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

1    Colyton Investments, LLC, ("Colyton"), one of the debtors and debtors-in-possession in the

2  pending jointly administered chapter 11 bankruptcy cases herein, hereby withdraws Doc. No. 196 –

3  the *Amended Withdrawal of Objection to Claim No. 1 of Los Angeles County Tax Treasurer and Tax*

4  *Collector* pursuant to the Court's request to correct the cm/ecf filing event code.

5

6    DATED: October 1, 2024                **WEINTRAUB ZOLKIN TALERICO & SELTH LLP**

7

8                                By:*/s/ Derrick Talerico*
                                    Derrick Talerico
9                                *Attorneys for Debtors and Debtors in Possession,*
                                *Seaton Investments, LLC, Colyton Investments, LLC,*
10                               *Broadway Avenue Investments, LLC, SLA Investments,*
                                *LLC, and Negev Investments, LLC*
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**WEINTRAUB ZOLKIN TALERICO & SELTH LLP**
**11766 WILSHIRE BLVD., SUITE 730**
**LOS ANGELES, CA 90025**

WITHDRAWAL OF DOC. NO 196 - COLYTON'S AMENDED WITHDRAWAL OF
OBJECTION TO CLAIM NO. 1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
   11766 Wilshire Blvd, Suite 730, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled (*specify*): **WITHDRAWAL OF DOC. NO. 196 - COLYTON INVESTMENTS, LLCS AMENDED WITHDRAWAL OF OBJECTION TO CLAIM NO. 1 OF LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) October 1, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:


See attached NEF Service List


☒  Service information continued on attached page

**2**. **SERVED BY UNITED STATES MAIL**:
On (*date*)_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.


☐  Service information continued on attached page

**3**. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Pursuant to General Order 23-01, except for documents over 25 pages, including exhibits, the requirements to deliver judges' copies of documents to chambers (LBR 5005-2(d)) is temporarily suspended.


☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 1, 2024 | Martha E. Araki | /s/ Martha E. Araki |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                     **F 9013-3.1.PROOF.SERVICE**

Seaton Investments, LLC – Jointly Administered

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Attorneys for Corporate Debtors Seaton Investment, LLC, Colyton Investments, LLC, Broadway Avenue Investments, LLC, Negev Investments, LLC, SLA Investments, LCC.: **Derrick Talerico**: dtalerico@wztslaw.com; maraki@wztslaw.com; sfritz@wztslaw.com; admin@wztslaw.com
- Attorneys for Individual Debtors Alan Gomperts, Daniel Halevy, Susan Haley: **Zev Shechtman, Carol Chow, Turner Falk, Ryan Coy**: zev.shechtman@salu.com; zshechtman@ecf.inforuptcy.com; carol.chow@saul.com; easter.santamaria@saul.com; turner.falk@saul.com; ryan.coy@saul.com
- Attorneys for Creditor First Foundation Bank: **Scott R Albrecht**: scott.albrecht@sgsattorneys.com; jackie.nguyen@sgsattorneys.com
- Attorneys for Creditor Korth Direct Mortgage, Inc.: **Tanya Behnam**: tbehnam@polsinelli.com, tanyabehnam@gmail.com; ccripe@polsinelli.com; ladocketing@polsinelli.com
- Attorneys for Creditor Los Angeles County Treasurer and Tax Collector: **Jacquelyn H Choi**: jacquelyn.choi@rimonlaw.com; docketingsupport@rimonlaw.com
- Attorneys for Creditor United States of America on behalf of the Internal Revenue Service: **Robert F Conte**: robert.conte@usdoj.gov; caseview.ecf@usdoj.gov; usacac.tax@usdoj.gov
- Courtesy NEF/Interested Party: **Christopher Cramer**: secured@becket-lee.com
- Attorneys for Creditor Archway Real Estate Income Fund I SPE I, LLC: **Michael G. Fletcher, Bruce D. Poltrock, Gerrick Warrington**: mfletcher@frandzel.com; gwarrington@frandzel.com; bpoltrock@frandzel.com; sking@frandzel.com; achase@frandzel.com
- Attorneys for Creditor Wells Fargo National Bank West: **Todd S Garan**: ch11ecf@aldridgepite.com; TSG@ecf.inforuptcy.com; tgaran@aldridgepite.com
- Attorneys for Creditor Los Angeles County Treasurer and Tax Collector: **Richard Girgado**: rgirgado@counsel.lacounty.gov
- Attorneys for Creditor Harvest Small Business Finance, LLC: **Jacqueline L James**: jjames@hrhlaw.com
- Courtesy NEF/Interested Party Avi Muhtar: **Avi Edward Muhtar**: amuhtar@eaccidents.com
- Attorneys for Creditor Wells Fargo Bank, N.A.: **Jennifer C Wong**: bknotice@mccartyholthus.com; jwong@ecf.courtdrive.com
- US Trustee's Office: ustpregion16.la.ecf@usdoj.gov; **Kelly L. Morrison**: Kelly.l.morrison@usdoj.gov

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.