**Alan Gomperts**

**Income and Expense Reconcilaiton**

**Income**

| | | |
|---|---|---|
| Total income | Line d. of Part 8 | 42,326.00 |
| Payroll deductions | Line e. of Part 9 | (4,088.00) |
| Total Receipts | Line b. of part 1 | **38,238.00** |
| | | |
| Total Deposits in Wells Fargo account ending -3107 | | 83,167.55 |
| Reimbursed Expenses from agron, inc. (Employer) | | (44,929.55) |
| Net Deposits | | **38,238.00** |

**Expenses**

| | | |
|---|---|---|
| Total Expenses | Line i. of Part 8 | 40,266.56 |
| Payroll deductions | | 4,088.00 |
| Total disbursements | Line c. of part 1 | **36,178.56** |
| | | |
| Total withdrawals in Wells Fargo account ending -3107 | | 81,108.11 |
| | | |
| agron, inc Expenses | | (18,858.65) |
| agron, inc Expenses | | (26,070.90) |
| Total Agron Expenses | | **(44,929.55)** |
| | | |
| Net Disbursements | | **36,178.56** |