**Alan Gomperts**
**Part 8 Expenses**

| Date | Amount | Payee | Description |
|---|---|---|---|
| 8/1/2024 | (140.00) | BILL PAY Jun Ho. Choi ON-LINE No Account Number ON 08-01 | Personal Living - pool man |
| 8/2/2024 | (5,968.11) | CHASE CREDIT CRD EPAY 240801 7704006078 SHARON HALEVY | Personal Living - Credit card |
| 8/5/2024 | (95.51) | BILL PAY SOUTHERN CALIFOR ON-LINE xxxxxxx4834 ON 08-05 | Personal Living - gas bill |
| 8/5/2024 | (162.26) | BILL PAY NORTHWESTERN MUTUAL LIFE INSURAN ON-LINE xxxx4520 ON 08-05 | Personal Living - Life insurance |
| 8/5/2024 | (3,125.00) | BILL PAY WELLS FARGO Oakhurst ON-LINE 0512091XXX ON 08-05 | Personal Living - Mortgage |
| 8/6/2024 | (125.00) | ZELLE TO HERNANDEZ CIRO ON 08/06 REF #PP0SGBL4TL | Personal Living - gardener |
| 8/6/2024 | (1,876.46) | CITI CARD ONLINE PAYMENT 240805 421449326673844 SHARON HALEVY | Personal Living - Credit card |
| 8/8/2024 | (1,077.00) | Cash eWithdrawal in Branch 08/08/2024 13:13 PM 9354 WILSHIRE BLVD BEVERLY HILLS CA 08 | Personal Living - cash expenses |
| 8/9/2024 | (306.34) | CITI CARD ONLINE PAYMENT 240808 421449319812077 SHARON HALEVY | Personal Living - credit card |
| 8/14/2024 | (9,551.66) | AMERICAN EXPRESS ACH PMT 240814 W9568 ALAN GOMPERTS | Personal Living - Credit card |
| 8/16/2024 | (313.51) | MACYS ONLINE PMT 240815 621446697027954 SHARON HALEVY | Personal Living - clothes |
| 8/19/2024 | (526.74) | BLOOMINGDALES ONLINE PMT 240816 631459855655796 SHARON HALEVY | Personal Living - Clothes |
| 8/22/2024 | (100.00) | NCSY Summer NCSY Summe 240822 000000437814132 Alan Gomperts | Personal Living - donation |
| 8/22/2024 | (1,277.00) | Cash eWithdrawal in Branch 08/22/2024 10:12 AM 9354 WILSHIRE BLVD BEVERLY HILLS CA 08 | Personal Living - cash expenses |
| 8/27/2024 | (719.06) | BILL PAY WELLS FARGO AUTO ON-LINE xxxxxx6254 ON 08-27 | Personal Living - car payment |
| 8/29/2024 | (138.50) | TARGET CARD SRVC BILL PAY 240829 000000003530563 7S HALEVY M | Personal Living - supplies |

**Living Expenses**
**Line g. of Part 8      (25,502.15)**

| Date | Amount | Payee | Description |
|---|---|---|---|
| 8/1/2024 | (90.00) | BILL PAY 4 SEASON POOL SE ON-LINE No Account Number ON 08-01 | Pool Man Bagley |
| 8/19/2024 | (536.59) | ZELLE TO ACOCA CALIFORNIA REFRIGERATION ON 08/19 REF #RP0SGPM8LK INVOICE #82010 | HVAC Repair - Bagley |
| 8/19/2024 | (450.00) | ZELLE TO MONTES JOSE ON 08/19 REF #RP0SGPY2TD | Drywall Repair - Greenfield |
| 8/5/2024 | (1,274.41) | BILL PAY Derks Plumbing ON-LINE No Account Number ON 08-05 | Plumbing Repair Canfield |
| 8/1/2024 | (75.00) | BILL PAY Nicandro Barba ON-LINE No Account Number ON 08-01 | Gardener Bagely |
| 8/2/2024 | (155.00) | ZELLE TO GABRIEL ADULFO ON 08/02 REF #PP0SG6MX4X | Gardener Canfield and Greenfield |
| 8/5/2024 | (4,003.21) | BILL PAY WELLS FARGO Bagley ON-LINE 0512092XXX ON 08-05 | Mortgage - Bagley |

| Date | Amount | Description | Category |
|---|---:|---|---|
| 8/5/2024 | (2,050.00) | BILL PAY WELLS FARGO Canfield ON-LINE 0502483XXX ON 08-05 | Mortgage - Canfield |
| 8/16/2024 | (0.21) | BILL PAY WELLS FARGO Canfield ON-LINE 0502483XXX ON 08-16 | Mortgage - Canfield |
| 8/5/2024 | (1,416.91) | BILL PAY WFHM - Greenfield ON-LINE 0320648XXX ON 08-05 | Mortgage - Greenfield |
| 8/7/2024 | (625.08) | BILL PAY WFHM - Greenfield ON-LINE 0320648XXX ON 08-07 | Mortgage - Greenfield |

**All Other Expenses**

**Line h. of Part 8**    (10,676.41)    Expenses on Rental Properties