ZEV SHECHTMAN (Bar No. 266280)
zev.shechtman@saul.com
CAROL CHOW (Bar No. 169299)
carol.chow@saul.com
RYAN F. COY (Bar No. 324939)
ryan.coy@saul.com
SAUL EWING LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: (310) 255-6100

Counsel to Debtors
Alan Gomperts, Daniel Halevy, and
Susan Halevy

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>SEATON INVESTMENTS, LLC, *et al.*,<br><br>        Debtors and Debtors in Possession. | Lead Case No. 2:24-bk-12079-VZ<br><br>Jointly Administered with Case Nos.:<br>2:24-bk-12080-VZ; 2:24-bk-12081-VZ;<br>2:24-bk-12082-VZ; 2:24-bk-12091-VZ;<br>2:24-bk-12074-VZ; 2:24-bk-12075-VZ<br>and 2:24-bk-12076-VZ<br><br>Chapter 11 |

1

|  | **STIPULATION TO FURTHER CONTINUE HEARING ON MOTION TO AUTHORIZE USE OF CASH COLLATERAL PURSUANT TO 11 U.S.C. § 363(c)(2)** |
|---|---|
| ☐ Affects All Debtors. | |
| ☐ Affects Seaton Investments, LLC | Current Hearing: |
| ☐ Affects Colyton Investments, LLC | Date: October 8, 2024 |
| ☐ Affects Broadway Avenue Investments, LLC | Time: 11:00 a.m. |
| ☒ Affects SLA Investments, LLC | Crtrm.: 1368 |
| ☒ Affects Negev Investments, LLC | Proposed Continued Hearing: |
| ☒ Affects Alan Gomperts | Date: November 12, 2024 |
| ☐ Affects Daniel Halevy | Time: 11:00 a.m. |
| ☒ Affects Susan Halevy | Crtrm: 1368 |

SLA Investments, LLC ("SLA"), Negev Investments, LLC ("Negev"), Susan Halevy ("Susan" or "Susan Halevy"), and Alan Gomperts ("Alan" or "Alan Gomperts"), debtors and debtors-in-possession (the "Debtors"), Archway Real Estate Income Fund I SPI I, LLC ("Archway"), Wells Fargo Bank National West ("Wells Fargo") as to the 2220 Bagley Ave and 3538 Greenfield Properties, and Harvest Small Business Finance, LLC ("Harvest") (Archway, Wells Fargo and Harvest, collectively, the "Lenders")— in the above-entitled jointly administered chapter 11 bankruptcy cases (the "Bankruptcy Cases") hereby stipulate as follows:

## RECITALS

1. On March 18 and 19, 2024 the Debtors filed their jointly administered voluntary chapter 11 cases.

2. On June 7, 2024 the Debtors filed their *Motion By Affected Debtors For Entry Of An Order Authorizing Use Of Cash Collateral Pursuant To 11 U.S.C. § 363(c)(2)* ("Motion") (Docket No. 87).

3. The initial hearing on the Motion was held on June 20, 2024 on shortened time.

4. A continued hearing was scheduled for July 23, 2024, at 11:00 a.m.

5. On June 17, 2024, Wells Fargo filed Oppositions to Debtor's Motion with respect to the 2220 Bagley and 3538 Greenfield Properties. (*See* Docket Nos. 100 and 101).

6. On June 18, 2024, Archway filed a *Status Report re Objection by Archway Real*

2

*Estate Income Fund I SPE I, LLC to Motion by Affected Debtors for Entry of an Order Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. § 363(c)(2)* ("Status Report") (Docket No. 104). In the Status Report, Archway consented to limited use of cash collateral on an interim basis under certain conditions set forth therein, including that Archway's rights and remedies with respect to the Archway Objection be reserved and preserved and that it be granted certain adequate protection, including a replacement lien and restrictions on the use of cash collateral, as set forth therein (collectively, "Archway Rights and Protections").

7. On July 18, 2024, the Court entered its order authorizing the Debtors' interim use of cash collateral through July 23, 2024 (Docket No. 127) (the "Interim Cash Collateral Order"). The Interim Cash Collateral Order sets forth, preserves, and reaffirms certain rights and adequate protection measures in favor of the Lenders, including the Archway Rights and Protections (collectively, the "Lender Rights and Protections").

8. A continued hearing on interim use of cash collateral was scheduled for July 23, 2024.

9. On July 22, 2024, the Debtors and Lenders submitted a stipulation to continue the hearing interim use of cash collateral and extend authorization for use of cash collateral by approximately one month to August 27, 2024 (Docket No. 131).

10. On July 23, 2024, the Court entered its order approving the stipulation, thereby authorizing the use of cash collateral and continuing the hearing to August 27, 2024.

11. On August 26, 2024, the Debtors and Lenders submitted a stipulation to further continue the hearing on interim use of cash collateral and to extend authorization for use of cash collateral to October 8, 2024 (Docket No. 174).

12. On August 26, 2024, the Court entered its order approving the stipulation, which authorized cash collateral use and continued the hearing to October 8, 2024 (Docket No. 176).

13. The Lenders and the Debtors remain engaged in negotiations regarding the terms of long-term authorization for the Debtors' use of cash collateral and require more time to negotiate those terms.

3

53099550.1
390855-00001

14. Accordingly the Lenders and the Debtors enter into this stipulation.

**STIPULATION**

15. The foregoing recitals are incorporated herein.

16. The Lenders and the Debtors stipulate and agree that the hearing on the Motion should be further continued from October 8, 2024, at 11:00 a.m. to November 12, 2024 at 11:00 a.m. (based on the Court's "Available Self-Calendaring Dates"), or to another date convenient to the Court that is approximately one month after October 8, 2024.

17. The Lenders and the Debtors stipulate and agree that the Debtors' authorization to use cash collateral should be extended through the same date as the further continued hearing.

18. The Lenders and the Debtors stipulate and agree that all the terms of the Interim Cash Collateral Order shall remain in full force and effect and unchanged except for the extension of the period of authorization to use cash collateral and the continuance of the hearing date on the Motion.

**IT IS SO STIPULATED.**

Dated: October 3, 2024         **SAUL EWING LLP**

                               By: /s/ Zev Shechtman
                               Zev Shechtman, Attorneys for Individual Debtors

Dated: October 2, 2024         **WEINTRAUB ZOLKIN TALERICO & SELTH LLP**

                               By: [signature]
                               Derrick Talerico, Attorneys for Corporate Debtors

4

53099550.1
390855-00001

Dated: October 2, 2024        **FRANDZEL ROBINS BLOOM & CSATO, L.C.**

By: /s/ Gerrick M. Warrington
Gerrick M. Warrington, attorneys for ARCHWAY
REAL ESTATE INCOME FUND I SPE I, LLC

Dated: October 3, 2024        **HEMAR, ROUSSO & HEALD, LLP**

By: /s/
Jacqueline L. James, attorneys for HARVEST
SMALL BUSINESS FINANCE, LLC

Dated: October __, 2024        **ALDRIDGE PITE, LLP**

By:_____
Todd S. Garan, attorneys for WELLS FARGO
BANK NATIONAL WEST

5

53099550.1
390855-00001

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: October __, 2024 | **FRANDZEL ROBINS BLOOM & CSATO, L.C.** |
| 3 | | |
| 4 | | By:_____ <br> Gerrick M. Warrington, attorneys for ARCHWAY |
| 5 | | REAL ESTATE INCOME FUND I SPE I, LLC |
| 6 | Dated: October __, 2024 | **HEMAR, ROUSSO & HEALD, LLP** |
| 7 | | |
| 8 | | By:_____ <br> Jacqueline L. James , attorneys for HARVEST |
| 9 | | SMALL BUSINESS FINANCE, LLC |
| 10 | | |
| 11 | Dated: October 2, 2024 | **ALDRIDGE PITE, LLP** |
| 12 | | By:_____ |
| 13 | | Todd S. Garan, attorneys for WELLS FARGO <br> BANK NATIONAL WEST |

5

53099550.1
390855-00001

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Saul Ewing LLP, 1888 Century Park East, Suite 1500, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **Stipulation to Further Continue Hearing on Motion to Authorize use of Cash Collateral Pursuant to 11 U.S.C. § 363(c)(2)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **October 3, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Scott R Albrecht**  salbrecht@gsaattorneys.com, jackie.nguyen@sgsattorneys.com
- **Tanya Behnam**  tbehnam@polsinelli.com, tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com
- **Jacquelyn H Choi**  jacquelyn.choi@rimonlaw.com, docketingsupport@rimonlaw.com
- **Carol Chow**  Carol.Chow@saul.com, easter.santamaria@saul.com
- **Robert F Conte**  robert.conte@usdoj.gov, caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov
- **Ryan Coy**  ryan.coy@saul.com, hannah.richmond@saul.com
- **Christopher Cramer**  secured@becket-lee.com
- **Turner Falk**  turner.falk@saul.com, tnfalk@recap.email
- **Michael G Fletcher**  mfletcher@frandzel.com, sking@frandzel.com
- **Todd S. Garan**  ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com
- **Richard Girgado**  rgirgado@counsel.lacounty.gov
- **Jacqueline L James**  jjames@hrhlaw.com
- **Kelly L Morrison**  kelly.l.morrison@usdoj.gov
- **Avi Edward Muhtar**  amuhtar@crownandstonelaw.com
- **Bruce D Poltrock**  bpoltrock@frandzel.com, achase@frandzel.com
- **Zev Shechtman**  Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com
- **Derrick Talerico**  dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com
- **United States Trustee (LA)**  ustpregion16.la.ecf@usdoj.gov
- **Gerrick Warrington**  gwarrington@frandzel.com, achase@frandzel.com
- **Jennifer C Wong**  bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 3, 2024 | Hannah Richmond | /s/ Hannah Richmond |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**