1  Michael Gerard Fletcher (State Bar No. 070849)
   mfletcher@frandzel.com
2  Paige S. Poupart (State Bar No. 343547)
   ppoupart@frandzel.com
3  FRANDZEL ROBINS BLOOM & CSATO, L.C.
   1000 Wilshire Boulevard, Nineteenth Floor
4  Los Angeles, California 90017-2427
   Telephone: (323) 852-1000
5  Facsimile: (323) 651-2577

6  Attorneys for Secured Creditor
   ARCHWAY BROADWAY LOAN SPE, LLC

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>SEATON INVESTMENTS, LLC, *et al.*,<br><br>      Debtors and Debtors-in-Possession.<br><br>Affects:<br><br>☐ All Debtors<br>☐ Seaton Investments, LLC<br>☐ Colyton Investments, LLC<br>☒ Broadway Avenue Investments, LLC<br>☐ SLA Investments, LLC<br>☐ Negev Investments, LLC<br>☐ Alan Gomperts<br>☐ Daniel Halevy<br>☐ Susan Halevy | Lead Case No. 2:24-bk-12079-VZ<br><br>Jointly Administered with Case Nos.:<br><br>2:24-bk-12080-VZ; 2:24-bk-12081-VZ; 2:24-bk-12082-VZ; 2:24-bk-12091-VZ; 2:24-bk-12074-VZ; 2:24-bk-12075-VZ; and 2:24-bk-12076-VZ<br><br>Chapter 11<br><br>**DECLARATION OF MICHAEL GERARD FLETCHER IN SUPPORT OF ARCHWAY BROADWAY LOAN SPE, LLC'S MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br>Date:    October 29, 2024<br>Time:    10:30 a.m.<br>Crtrm.:  1368<br>            255 E. Temple Street<br>            Los Angeles, CA 90012<br><br>Hon. Vincent P. Zurzolo |

5355717v1 | 101415-0002

1

DECLARATION OF MICHAEL GERARD FLETCHER

I, Michael Gerard Fletcher, declare:

1. I am a shareholder at Frandzel Robins Bloom & Csato, L.C., counsel of record for secured creditor Archway Broadway Loan SPE, LLC, a Delaware limited liability company, successor in interest to Archway Real Estate Income Fund I REIT, LLC fka Archway Real Estate Income Fund I SPE I, LLC ("Archway"). If called as a witness, I could and would competently testify to all facts within my personal knowledge, except where stated upon information and belief.

2. This declaration is submitted in support of Archway's *Motion for Relief From Automatic Stay* ("Stay Relief Motion") (Dkt. *pending*) filed in the lead case of those jointly-administered debtors, Seaton Investments, LLC ("Seaton"), Colyton Investments, LLC ("Colyton"), Broadway Avenue Investments, LLC ("Broadway"), SLA Investments, LLC ("SLA"), and Negev Investments, LLC ("Negev" and collectively with Seaton, Colyton, Broadway and SLA, the "Corporate Debtors") and Alan Gomperts ("Mr. Gomperts"), Daniel Halevy ("Mr. Halevy"), and Susan Halevy ("Ms. Halevy" and collectively with Mr. Gomperts and Mr. Halevy, the "Individual Debtors" and collectively with the Corporate Debtors, the "Debtors").

3. On July 1, 2024, I sent a letter to the Corporate Debtors' counsel, pointing out that the Joint Plan was untimely and patently unconfirmable, missing exhibits, filed after the 90-day single asset real estate deadline of June 17, 2024, and demanding that the SARE Debtors (Broadway, Negev, and SLA) immediately begin paying Archway nondefault contract rate interest on those obligations pursuant to 11 U.S.C. § 362(d)(3), among other things.

4. A true and correct copy of that letter is attached hereto as Exhibit 5 to the concurrently-filed Supplemental Declaration of Bobby Khorshidi.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on this 4th day of October, 2024, at Los Angeles, California.

/s/ Michael Gerard Fletcher
Michael Gerard Fletcher