1 | Michael Gerard Fletcher (State Bar No. 070849)
mfletcher@frandzel.com
2 | Paige S. Poupart (State Bar No. 343547)
ppoupart@frandzel.com
3 | FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
4 | Los Angeles, California 90017-2427
Telephone: (323) 852-1000
5 | Facsimile: (323) 651-2577

6 | Attorneys for Secured Creditor
ARCHWAY BROADWAY LOAN SPE, LLC
7

8 | **UNITED STATES BANKRUPTCY COURT**

9 | **CENTRAL DISTRICT OF CALIFORNIA**

10 | **LOS ANGELES DIVISION**

11

12 | In re | Lead Case No. 2:24-bk-12079-VZ

13 | SEATON INVESTMENTS, LLC, *et al.*, | Jointly Administered with Case Nos.:

14 | Debtors and Debtors-in-Possession. | 2:24-bk-12080-VZ; 2:24-bk-12081-VZ;
2:24-bk-12082-VZ; 2:24-bk-12091-VZ;
15 | | 2:24-bk-12074-VZ; 2:24-bk-12075-VZ; and
2:24-bk-12076-VZ

16 | Affects:

17 | ☐ All Debtors | Chapter 11

18 | ☐ Seaton Investments, LLC
☐ Colyton Investments, LLC | **DECLARATION OF PAIGE S. POUPART**
**IN SUPPORT OF ARCHWAY**
19 | ☒ Broadway Avenue Investments, LLC | **BROADWAY LOAN SPE, LLC'S**
**MOTION FOR RELIEF FROM**
☐ SLA Investments, LLC | **AUTOMATIC STAY**
20 | ☐ Negev Investments, LLC
☐ Alan Gomperts | Date:     October 29, 2024
21 | ☐ Daniel Halevy | Time:     10:30 a.m.
☐ Susan Halevy | Crtrm.:   1368
22 | | 255 E. Temple Street
Los Angeles, CA 90012
23

24 | | Hon. Vincent P. Zurzolo

25

26

27

28

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

I, Paige S. Poupart, declare:

1.      I am an associate at Frandzel Robins Bloom & Csato, L.C., counsel of record for secured creditor Archway Broadway Loan SPE, LLC, a Delaware limited liability company, successor in interest to Archway Real Estate Income Fund I REIT, LLC fka Archway Real Estate Income Fund I SPE I, LLC ("Archway"). If called as a witness, I could and would competently testify to all facts within my personal knowledge, except where stated upon information and belief.

2.      This declaration is submitted in support of Archway's *Motion for Relief From Automatic Stay* ("Stay Relief Motion") (Dkt. *pending*) filed in the lead case of those jointly-administered debtors, Seaton Investments, LLC ("Seaton"), Colyton Investments, LLC ("Colyton"), Broadway Avenue Investments, LLC ("Broadway"), SLA Investments, LLC ("SLA"), and Negev Investments, LLC ("Negev" and collectively with Seaton, Colyton, Broadway and SLA, the "Corporate Debtors") and Alan Gomperts ("Mr. Gomperts"), Daniel Halevy ("Mr. Halevy"), and Susan Halevy ("Ms. Halevy" and collectively with Mr. Gomperts and Mr. Halevy, the "Individual Debtors" and collectively with the Corporate Debtors, the "Debtors").

3.      On May 4, 2024, I appeared telephonically for the scheduled meeting of creditors for Broadway.

4.      At that time, the Debtor's manager, Mr. Gomperts, appeared and testified under oath.

5.      I asked Mr. Gomperts questions on behalf of Archway, and Mr. Gomperts testified regarding, among other things, the fact that he never sent the cash call notice as required under the Broadway Operating Agreement. Transcript of May 4, 2024, Meeting of Creditors at 16:2–5.

6.      When I asked him why, Mr. Gomperts testified that, "There was not enough cash to pay off the loan. No one, none of the members, had cash available to pay off the loan." Transcript at 16:6–9.

7.      Mr. Gomperts clarified that sometime around the time the note was due, he spoke with Broadway's members about a cash call, but that it was "pretty clear none of us had the 19.1 million to pay off the debt." Transcript at 16:23–24.

8. After the meeting of creditors, I requested and obtained a transcript of the Broadway meeting of creditors ("Broadway Transcript").

9. I have reviewed the Broadway Transcript, and it accurately reflects my recollection of what happened at the meeting. A true and correct copy of the relevant portions of the Broadway Transcript, appropriately bracketed, is attached hereto as **Exhibit 11**

10. On May 17, 2024, I appeared telephonically for the scheduled meeting of creditors for Ms. Halevy.

11. At that time, Ms. Halevy, appeared and testified under oath.

12. At that time, I asked Ms. Halevy if she transferred the 341 South Canon Drive property to South Cannon LLC within the past two years. *See* Ms. Halevy Transcript at 23:6–8. She responded by saying "yes." Transcript at 23:9.

13. After the meeting of creditors, I requested and obtained a transcript of Ms. Halevy's meeting of creditors ("Ms. Halevy Transcript"). I have reviewed the Ms. Halevy Transcript, and it accurately reflects my recollection of what happened at the meeting. A true and correct copy of the relevant portions of the Ms. Halevy Transcript, appropriately bracketed, is attached hereto as **Exhibit 12**.

14. On October 4, 2024, I requested that my paralegal pull certain records from the Los Angeles County Recorder's Office as well as the California Secretary of State. I have reviewed those records, which include the Articles of Organization for (a) Oakhurst Drive Investments, LLC ("Oakhurst LLC"), (b) Canfield Avenue Investments, LLC ("Canfield LLC"), and Bagley Avenue Investments, LLC ("Bagley LLC"), true and correct copies of which are attached, collectively, as **Exhibits 13, 14, and 15**, respectively.

15. I have also reviewed certain records from the Los Angeles Recorder's Office related to the real properties located at 264 S. Oakhurst Drive, Beverly Hills, CA 90212 ("Oakhurst Property"), 2247 S. Canfield Avenue, Los Angeles, CA 90034 ("Canfield Property"), and 2220 Bagley Avenue, Los Angeles, CA 90034 ("Bagley Property").

16. Those records include (a) a Grant Deed transferring the Oakhurst Property to the Oakhurst LLC, which was recorded on September 21, 2023, in the Los Angeles County

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

1    Recorder's Office, recording number 20230635538 ("Oakhurst Grant Deed"), (b) a Grant Deed

2    transferring the Canfield Property to the Canfield LLC, which was recorded on September 21,

3    2023, in the Los Angeles County Recorder's Office, recording number 20230635539 ("Canfield

4    Grant Deed"), and (c) a Grant Deed transferring the Bagley Property to the Bagley LLC, which

5    was recorded on September 21, 2023, in the Los Angeles County Recorder's Office, recording

6    number 20230635530 ("Bagley Grant Deed"). True and correct copies of the Oakhurst, Canfield,

7    and Bagley Grant Deeds are attached, collectively, as **Exhibits 16, 17, and 18**, respectively.

8          17.    I have also reviewed certain LLC cancellation forms filed by Mr. Alan Gomperts

9    on March 11, 2024, with the California Secretary of State, reflecting cancellations of the Oakhurst

10   LLC, Canfield LLC, and Bagley LLC, membership interests. True and correct copies of which are

11   attached, collectively, as **Exhibits 19, 20, and 21**, respectively.

12         18.    A true and correct copy of Broadway's chapter 11 petition (2:24-bk-12081-VZ

13   Dkt. 1) and schedules, including Schedule D (2:24-bk-12081-VZ Dkt. 22), are attached hereto as

14   **Exhibits 22 and 23**, respectively.

15         I declare under penalty of perjury under the laws of the United States of America that the

16   foregoing is true and correct and that this Declaration was executed on this $\frac{7}{}$ day of October,

17   2024, at Los Angeles, California.

18

19                                                          Paige S. Poupart

20

21

22

23

24

25

26

27

28

# Exhibit 11

# Exhibit 11

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA (LOS ANGELES)

_____    )
In re:                                     )
                                           )
BROADWAY INVESTMENTS, LLC,                 )    2:24-bk-12081-VZ
                               CH: 11      )
        Debtor.                            )
_____    )


                                    May 3, 2024

        BEFORE KELLY L. MORRISON, Chapter 11 Trustee

APPEARANCES:

For the Debtor:              Derrick Talerico
                             Weintraub Zolkin Talerico &
                             Selth LLP
                             11766 Wilshire Blvd
                             Suite 730
                             Los Angeles, CA 90025
                             310-207-1494

For Archway Real Estate      Paige Poupart
Income Fund I SPE I, LLC:    Frandzel Robins Bloom & Csato
                             LC
                             1000 Wilshire Boulevard
                             19th Floor
                             Los Angeles, CA 90017-2427
                             323-852-1000











Proceedings recorded by electronic sound recording;
transcript produced by TheRecordXchange.

Case 2:24-bk-12079-VZ    Doc 213-4    Filed 10/08/24    Entered 10/08/24 18:19:16    Desc
Declaration Of Paige S. Poupart    Page 7 of 86

2

1          THE TRUSTEE:  Good morning, my name is Kelly

2    Morrison, I am a trial attorney.  I represent Peter C.

3    Anderson, the United States Trustee for Region 16.

4          Today's date is Friday, May 3rd, 2024.  The time is

5    11:03.

6          This is the Chapter 11, 341A, in the case of In Re:

7    Broadway Avenue Investments, LLC, case number 2-24-bk-12081-

8    VZ.

9          Let me officially record appearances for the record.

10   May I have an appearance from Counsel for the Debtor, please?

11         MR. TALERICO:  Derrick Talerico on behalf of the

12   Debtor, Broadway Avenue Investments.

13         THE TRUSTEE:  Okay.  Thank you.

14         Principal of the Debtor, please?

15         MR. GOMPERTS:  Alan Gomperts.

16         THE TRUSTEE:  Thank you.

17         And then Counsel for Archway?

18         MS. POUPART:  Paige Poupart of Frandzel for Archway

19   Real Estate Fund.

20         THE TRUSTEE:  Great.  Thank you.  And has anyone

21   else joined the call?  Okay.  I don't hear anybody, so we will

22   go ahead and get started.

23         Mr. Gomperts, I will swear you in.  Let me know when

24   you are ready?

25         MR. GOMPERTS:  Okay.

Case 2:24-bk-12079-VZ   Doc 213-4   Filed 10/08/24   Entered 10/08/24 18:19:16   Desc
Declaration Of Paige S. Poupart   Page 8 of 86

3

1          THE TRUSTEE:  Do you solemnly swear to tell the

2    truth, the whole truth --

3          MR. GOMPERTS:  Go ahead.

4          THE TRUSTEE:  I am sorry.

5      (Debtor Sworn)

6          THE TRUSTEE:  Okay.  Thank you.

7          And Mr. Talerico, have you identified Mr. Gomperts

8    identity, or verified Mr. Gomperts?

9          MR. TALERICO:  Yes, I have.

10         THE TRUSTEE:  Sorry.  We are -- I am going to get a

11   little tired by the time the fifth one rolls around, so you

12   will have to forgive me.

13         Okay.  So great, verification done.  Let's go ahead

14   and get a brief statement from Mr. Talerico about the Debtor's

15   filing, why the case was filed, what sort of business the

16   Debtor conducts, and what the Debtor's plan is.

17         MR. TALERICO:  Yeah.  So it is, the Debtor owns,

18   operates, manages real estate.  And currently, has no tenants

19   at the moment, but he is executing a plan to lease out the

20   space and pre-petitioned, because of the lack of income, he

21   was unable to make payments to its senior secured lender,

22   which precipitated an action by that lender, Archway, on the

23   guarantees, which ultimately led to the filing here.

24         This case is related to four other corporate cases,

25   and three individual cases.  The individuals are guarantors in

Case 2:24-bk-12079-VZ   Doc 213-4   Filed 10/08/24   Entered 10/08/24 18:19:16   Desc
Declaration Of Paige S. Poupart   Page 9 of 86

16

1  provision.  Can you ask your question again, please?

2          MS. POUPART:  Based off of that provision, did he

3  elect, did he make a cash call, as mandatory, as required by

4  the operating agreement?

5          MR. GOMPERTS:  I didn't.  I did not.

6          MS. POUPART:  And why did you, why didn't you?

7          MR. GOMPERTS:  There was not enough cash to pay off

8  the loan.  No one, none of the members, had cash available to

9  pay off the loan.

10         MS. POUPART:  Okay.  But did you advise the members

11 of the requirement in writing?

12         MR. GOMPERTS:  I did not.

13         MS. POUPART:  Okay.  So did you ever speak to them

14 about -- how did you know that they did not have the money to

15 contribute?

16         MR. GOMPERTS:  Because I, you know, obviously, we

17 spoke, and they -- they did not have the funds on hand to pay

18 down the debt.

19         MS. POUPART:  Okay.  So you spoke with them about a

20 cash call specifically though?

21         MR. GOMPERTS:  Yeah, we had -- yes.  Obviously, when

22 the note was due, we figured out how are we going to pay it,

23 how are we going to pay it off?  And yeah, it's pretty clear

24 none of us had the 19.1 million to pay off the debt.

25         MS. POUPART:  Okay.  And also, in Schedule D, value

Case 2:24-bk-12079-VZ    Doc 213-4    Filed 10/08/24    Entered 10/08/24 18:19:16    Desc
Declaration Of Paige S. Poupart    Page 10 of 86

26

C E R T I F I C A T E


    I hereby certify that the foregoing is a true and
correct transcript from the electronic sound recording of the
proceedings in the above-entitled matter.




*John Buckley*
John Buckley, CET-623
Digital Court Proofreader

# Exhibit 12

# Exhibit 12

PAIGE-011

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA (LOS ANGELES)

```
_____
                                         )
In re:                                   )
                                         )
SUSAN HALEVY,            CH: 11          )    2:24-bk-12076-VZ
                                         )
                 Debtor.                 )
_____ )
```

May 17, 2024

BEFORE KELLY L. MORRISON, Chapter 11 Trustee

<u>APPEARANCES:</u>

For the Debtor:                 Zev Shechtman
                                Turner Falk
                                Saul Ewing LLP
                                1888 Century Park East
                                Suite 1500
                                Los Angeles, CA 90067
                                310-255-6130

For Archway Real Estate         Paige Poupart
Income Fund, 1 SPE 1 LLC:       Frandzel Robins Bloom & Csato
                                LC
                                1000 Wilshire Boulevard
                                19th Floor
                                Los Angeles, CA 90017-2427
                                323-852-1000

For Harvest Small Business      Jacqueline L James
Finance, LLC:                   Hemar, Rousso & Heald, LLP
                                15910 Ventura Blvd., 12th Floor
                                Encino, CA 91436
                                818-501-3800

Proceedings recorded by electronic sound recording;
transcript produced by TheRecordXchange.

Case 2:24-bk-12079-VZ    Doc 213-4    Filed 10/08/24    Entered 10/08/24 18:19:16    Desc
Declaration Of Paige S. Poupart    Page 13 of 86

2

1  MAY 17, 2024                                    9:00 A.M.

2         THE TRUSTEE:  Good morning.  This is Kelly Morrison.

3  I'm a trial attorney.  I represent Peter C. Anderson, the

4  United States Trustee for Region 16.  Today's date is Friday,

5  May 17, 2024.  The time is 11:03.  This is the Chapter 11

6  341(a) examination in the case of Susan Halevy.  Case number

7  24-bk-12076-VZ.

8         So let me start taking appearances with Debtors

9  counsel, please.

10         MR. SHECHTMAN:  Good morning.  This is Zev Shechtman

11  with Saul Ewing, LLC.  I'm accompanied by my colleague, Turner

12  Falk, and we have our client Sue Halevy with us also

13  telephonically.  She's accompanied by her relatives who are

14  also Debtors in the administrative cases.  Mr. Alan Gomperts

15  and Daniel Halevy.  I should say that me and Mr. Gomperts in

16  particular but also Mr. Halevy are advising, have been helping

17  Ms. Halevy on the schedules and payments of financial affairs.

18  Mr. Gomperts has a background in accounting.  And they are

19  likely to have the ability to chime in and provide information

20  regarding certain things that, you know, in the way a

21  financial advisor to a Chapter 11 Debtor might do in other

22  cases.  So you might hear from them as well.

23         We're all on Zoom together, the client and counsel

24  so that we can have the share screen capacity so that when

25  somebody refers to a page of the documents on the record, we

Case 2:24-bk-12079-VZ   Doc 213-4   Filed 10/08/24   Entered 10/08/24 18:19:16   Desc
Declaration Of Paige S. Poupart   Page 14 of 86

3

1   will be able to show that to the client.

2              THE TRUSTEE:  Okay.  All right.  And then may I have

3   an appearance for Archway, please?

4              MS. POUPART:  That's Page Poupart, representing

5   Archway Real Estate Income Fund I SPE I, LLC.

6              THE TRUSTEE:  Thank you.  And then do I have Ms.

7   James back on the phone?

8              MS. JAMES:  Yes.  Jacqueline James, Hemar, Russo &

9   Heald on behalf of creditor Harvest Small Business Finance.

10             THE TRUSTEE:  Okay, great.  All right.  Ms. Halevy,

11  could you state your name for the record?

12             THE DEBTOR:  Sue Halevy.

13             THE TRUSTEE:  Okay.  Thank you.  And I have verified

14  the social security information that was provided to me before

15  this meeting.  And I have a photo ID in front of me.  Mr.

16  Shechtman, does the photograph resemble the person that has

17  presented themselves as Sue Halevy?

18             MR. SHECHTMAN: Yes.

19             THE COURT:  Okay.  Thank you.  All right.  Ms.

20  Halevy, if you could raise your right hand, please.  Please

21  let me know when you are ready, and I will swear you in.

22             THE DEBTOR:  I'm ready.

23                         DEBTOR, SWORN

24             THE TRUSTEE:  Okay.  All right.  So let me start

25  with Mr. Shechtman, get a brief statement about why the case

Case 2:24-bk-12079-VZ    Doc 213-4    Filed 10/08/24    Entered 10/08/24 18:19:16    Desc
Declaration Of Paige S. Poupart    Page 15 of 86

23

1          THE TRUSTEE:  Okay.  All right.

2          MR. POURPART:  Oh, sorry.  Actually, I lied.

3          THE TRUSTEE:  Oh, sorry.

4          MR. POURPART:  Sorry.  Sorry.  Sorry.  I do have one

5   more question.

6          Ms. Halevy, did you transfer the 341 South Cannon

7   Drive property to 341 South Cannon LLC within the past two

8   years?

9          MR. GOMPERTS:  Yes.

10         THE DEBTOR:  I said yes.

11         MR. POURPART:  I'm sorry, I didn't hear it?

12         THE DEBTOR:  Yes.  Yes, yes, yes.

13         MR. POURPART:  And is it in -- is it still in the

14  341 South Cannon LLC?

15         THE DEBTOR:  Yes.  Uh-huh.

16         MR. POURPART:  Okay.  That is all.

17         THE TRUSTEE:  Okay.  All right.

18         MS. JAMES:  This is Ms. James.

19         THE TRUSTEE:  Yes.

20         MS. JAMES:  Hi, may I ask one follow-up question?

21         THE TRUSTEE:  Sure.

22         MS. JAMES:  I will also send any questions that I

23  have with respect to, I guess, the estate planning or

24  probations directly to counsel for the Debtor.  But I'm just

25  wondering, is there a pending probate action or was whatever

Case 2:24-bk-12079-VZ   Doc 213-4   Filed 10/08/24   Entered 10/08/24 18:19:16   Desc
Declaration Of Paige S. Poupart   Page 16 of 86

27

# C E R T I F I C A T E

        I hereby certify that the foregoing is a true and
correct transcript from the electronic sound recording of the
proceedings in the above-entitled matter.


*John Buckley*
_____
John Buckley, CET-623
Digital Court Proofreader

# Exhibit 13

# Exhibit 13

B2509-9062 02/18/2024 12:58 PM Received by California Secretary of State



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION**
**LIMITED LIABILITY COMPANY**

California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

| For Office Use Only |
| --- |
| **-FILED-** |
| File No.: BA20240312221 |
| Date Filed: 2/18/2024 |

**Entity Details**

| | |
| --- | --- |
| Limited Liability Company Name | Oakhurst Drive Investments, LLC |
| Entity No. | 202358916752 |
| Formed In | CALIFORNIA |

**Street Address of Principal Office of LLC**

| | |
| --- | --- |
| Principal Address | 264 S. OAKHURST DRIVE<br>BEVERLY HILLS, CA 90212 |

**Mailing Address of LLC**

| | |
| --- | --- |
| Mailing Address | 264 S. OAKHURST DRIVE<br>BEVERLY HILLS, CA 90212 |
| Attention | |

**Street Address of California Office of LLC**

| | |
| --- | --- |
| Street Address of California Office | None |

**Manager(s) or Member(s)**

| Manager or Member Name | Manager or Member Address |
| --- | --- |
| ➕ Alan Gomperts | 264 S. OAKHURST DRIVE<br>BEVERLY HILLS, CA 90212 |

**Agent for Service of Process**

| | |
| --- | --- |
| Agent Name | Craig S Berman |
| Agent Address | 16255 VENTURA BLVD<br>SUITE 600<br>ENCINO, CA 91436 |

**Type of Business**

| | |
| --- | --- |
| Type of Business | Real Estate |

**Email Notifications**

| | |
| --- | --- |
| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |

**Chief Executive Officer (CEO)**

| CEO Name | CEO Address |
| --- | --- |
| None Entered | |

**Labor Judgment**

No Manager or Member, as further defined by California Corporations Code section 17702.09(a)(8), has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal is pending, for the violation of any wage order or provision of the Labor Code.

Electronic Signature

☒ By signing, I affirm under penalty of perjury that the information herein is true and correct and that I am authorized by
California law to sign.

*Alan Gomperts*                                          *02/18/2024*
Signature                                                Date

B2509-9063 02/18/2024 12:58 PM Received by California Secretary of State

# Exhibit 14

# Exhibit 14



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**ARTICLES OF ORGANIZATION**
**CA LIMITED LIABILITY COMPANY**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

| For Office Use Only |
|---|
| **-FILED-** |
| File No.: 202358916675 |
| Date Filed: 9/8/2023 |

| Limited Liability Company Name | |
|---|---|
| Limited Liability Company Name | Canfield Avenue Investments, LLC |

| Initial Street Address of Principal Office of LLC | |
|---|---|
| Principal Address | 264 S. OAKHURST DRIVE<br>BEVERLY HILLS, CA 90212 |

| Initial Mailing Address of LLC | |
|---|---|
| Mailing Address | 264 S. OAKHURST DRIVE<br>BEVERLY HILLS, CA 90212 |
| Attention | |

| Agent for Service of Process | |
|---|---|
| Agent Name | Craig S Berman |
| Agent Address | 16255 VENTURA BLVD.<br>SUITE 600<br>ENCINO, CA 91436 |

**Purpose Statement**

The purpose of the limited liability company is to engage in any lawful act or activity for which a limited liability company may be organized under the California Revised Uniform Limited Liability Company Act.

**Management Structure**

| The LLC will be managed by | One Manager |
|---|---|

Additional information and signatures set forth on attached pages, if any, are incorporated herein by reference and made part of this filing.

**Electronic Signature**

☒ By signing, I affirm under penalty of perjury that the information herein is true and correct and that I am authorized by California law to sign.

*Craig Berman*                                          *09/08/2023*
Organizer Signature                                    Date

BA20240112482



## STATE OF CALIFORNIA
*Office of the Secretary of State*
## STATEMENT OF INFORMATION
## LIMITED LIABILITY COMPANY

California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

For Office Use Only

**-FILED-**

File No.: BA20240112482

Date Filed: 1/18/2024

---

**Entity Details**

| | |
|---|---|
| Limited Liability Company Name | Canfield Avenue Investments, LLC |
| Entity No. | 202358916675 |
| Formed In | CALIFORNIA |

**Street Address of Principal Office of LLC**

| | |
|---|---|
| Principal Address | 264 S. OAKHURST DRIVE<br>BEVERLY HILLS, CA 90212 |

**Mailing Address of LLC**

| | |
|---|---|
| Mailing Address | 264 S. OAKHURST DRIVE<br>BEVERLY HILLS, CA 90212 |
| Attention | |

**Street Address of California Office of LLC**

| | |
|---|---|
| Street Address of California Office | None |

**Manager(s) or Member(s)**

| Manager or Member Name | Manager or Member Address |
|---|---|
| ➕ Alan Gomperts | 264 S OAKHURST DR<br>BEVERLY HILLS, CA 90212 |

**Agent for Service of Process**

| | |
|---|---|
| Agent Name | Craig S Berman |
| Agent Address | 16255 VENTURA BLVD<br>SUITE 600<br>ENCINO, CA 91436 |

**Type of Business**

| | |
|---|---|
| Type of Business | Real Estate |

**Email Notifications**

| | |
|---|---|
| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |

**Chief Executive Officer (CEO)**

| CEO Name | CEO Address |
|---|---|
| None Entered | |

**Labor Judgment**

No Manager or Member, as further defined by California Corporations Code section 17702.09(a)(8), has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal is pending, for the violation of any wage order or provision of the Labor Code.

Electronic Signature

☒ By signing, I affirm under penalty of perjury that the information herein is true and correct and that I am authorized by California law to sign.

*Alan D Gomperts*
_____
Signature

*01/18/2024*
_____
Date

B2424-8458  01/18/2024  2:20 PM Received by California Secretary of State

PAIGE-023

# Exhibit 15

# Exhibit 15

202358916719



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**ARTICLES OF ORGANIZATION**
**CA LIMITED LIABILITY COMPANY**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

| For Office Use Only |
| --- |
| **-FILED-** |
| File No.: 202358916719 |
| Date Filed: 9/8/2023 |

| Limited Liability Company Name | |
| --- | --- |
| Limited Liability Company Name | Bagley Avenue Investments, LLC |

| Initial Street Address of Principal Office of LLC | |
| --- | --- |
| Principal Address | 264 S. OAKHURST DRIVE<br>BEVERLY HILLS, CA 90212 |

| Initial Mailing Address of LLC | |
| --- | --- |
| Mailing Address | 264 S. OAKHURST DRIVE<br>BEVERLY HILLS, CA 90212 |
| Attention | |

| Agent for Service of Process | |
| --- | --- |
| Agent Name | Craig S Berman |
| Agent Address | 16255 VENTURA BLVD.<br>SUITE 600<br>ENCINO, CA 91436 |

**Purpose Statement**

The purpose of the limited liability company is to engage in any lawful act or activity for which a limited liability company may be organized under the California Revised Uniform Limited Liability Company Act.

**Management Structure**

| The LLC will be managed by | One Manager |
| --- | --- |

Additional information and signatures set forth on attached pages, if any, are incorporated herein by reference and made part of this filing.

**Electronic Signature**

☒ By signing, I affirm under penalty of perjury that the information herein is true and correct and that I am authorized by California law to sign.

*Craig Berman*

---

Organizer Signature

09/08/2023

---

Date

PAIGE-025   Page 1 of 1

B2097-9420  09/08/2023  3:14 PM Received by California Secretary of State

BA20240312230



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION
LIMITED LIABILITY COMPANY**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

| For Office Use Only |
| --- |
| **-FILED-** |
| File No.: BA20240312230 |
| Date Filed: 2/18/2024 |

| Entity Details | |
| --- | --- |
| Limited Liability Company Name | Bagley Avenue Investments, LLC |
| Entity No. | 202358916719 |
| Formed In | CALIFORNIA |

| Street Address of Principal Office of LLC | |
| --- | --- |
| Principal Address | 264 S. OAKHURST DRIVE
BEVERLY HILLS, CA 90212 |

| Mailing Address of LLC | |
| --- | --- |
| Mailing Address | 264 S. OAKHURST DRIVE
BEVERLY HILLS, CA 90212 |
| Attention | |

| Street Address of California Office of LLC | |
| --- | --- |
| Street Address of California Office | None |

| Manager(s) or Member(s) | |
| --- | --- |
| Manager or Member Name | Manager or Member Address |
| ➕ Alan Gomperts | 264 S. OAKHURST DRIVE
BEVERLY HILLS, CA 90212 |

| Agent for Service of Process | |
| --- | --- |
| Agent Name | Craig S Berman |
| Agent Address | 16255 VENTURA BLVD
SUITE 600
ENCINO, CA 91436 |

| Type of Business | |
| --- | --- |
| Type of Business | Real Estate |

| Email Notifications | |
| --- | --- |
| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |

| Chief Executive Officer (CEO) | |
| --- | --- |
| CEO Name | CEO Address |
| None Entered | |

**Labor Judgment**

No Manager or Member, as further defined by California Corporations Code section 17702.09(a)(8), has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal is pending, for the violation of any wage order or provision of the Labor Code.

PAIGE-026

B2509-9105 02/18/2024 1:02 PM Received by California Secretary of State

Electronic Signature

☒ By signing, I affirm under penalty of perjury that the information herein is true and correct and that I am authorized by California law to sign.

*Alan Gomperts*
_____
Signature

*02/18/2024*
_____
Date

B2509-9106 02/18/2024 1:02 PM Received by California Secretary of State

PAIGE-027

# Exhibit 16

# Exhibit 16

PAIGE-028



**This page is part of your document - DO NOT DISCARD**

## 20230635538





**Pages:**
**0003**

**Recorded/Filed in Official Records**
**Recorder's Office, Los Angeles County,**
**California**

**09/21/23 AT 01:07PM**

| | |
|---|---|
| FEES: | 27.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| SB2: | 75.00 |
| PAID: | 102.00 |



**L E A D S H E E T**



**202309210110174**

**00023796598**



**014288303**

**SEQ:**
**01**

.

**SECURE - Daily**



**THIS FORM IS NOT TO BE DUPLICATED**

E442318



E13-20230921

PAIGE-029

RECORDING REQUESTED BY:

Alan Gomperts

**WHEN RECORDED MAIL TO:**

NAME
Alan Gomperts
Sharon Halevy
MAILING ADDRESS
264 S. Oakhurst Drive

CITY, STATE and ZIP CODE
Beverly Hills, CA 90212

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE

**TITLE(S)**

GRANT DEED

8015 rev 20171228

RECORDING REQUESTED BY:
ALAN GOMPERTS

AND WHEN RECORDED MAIL THIS DEED AND, UNLESS:
OTHERWISE SHOWN BELOW, MAIL TAX STATEMENTS TO
ALAN GOMPERTS
SHARON HALEVY
264 S. OAKHURST DRIVE
**BEVERLY HILLS, CA 90212**

Order No..:
Escrow No:

A.P.N.: 4331-022-021

**SPACE ABOVE THIS LINE IS FOR RECORDER'S USE**

*"The grantors and the grantees in this conveyance are comprised of the same parties who continue to hold the same proportionate interest in the property, R & T 11923 (d)." "This conveyance transfers an interest into or out of a Living Trust, R & T 11930."*

THE UNDERSIGNED GRANTOR(S) DECLARE(S)

DOCUMENTARY TRANSFER TAX IS $ [    0    ]        CITY TAX $_____

[ ] computed on full value of property conveyed, or

[ ] computed on full value less value of liens or encumbrances remaining at time of sale.

[ ] unincorporated area        [ x ] city of BEVERLY HILLS        AND

FOR A VALUABLE CONSIDERATION receipt of which is hereby acknowledged, ALAN GOMPERTS AND SHARON HALEVY AS TRUSTEES OF THE GOMPERTS AND HALEVY FAMILY TRUST

hereby GRANT(S) to OAKHURST DRIVE INVESTMENTS, LLC

the following described real property in the

County of LOS ANGELES, State of California:

Lot 931 of Tract No 6380, in the City of Beverly Hills, county of Los Angeles, State of California, as per Map recorded in Book 69, Pages 11 to 20 inclusive of Maps, in the office of the County Recorder of said County.
Common Address: 264 S. Oakhurst Drive, Beverly Hills, CA 90212

Dated: September 18 2023

ALAN GOMPERTS, TRUSTEE
OF THE GOMPERTS AND HALEVY
FAMILY TRUST

SHARON HALEVY, TRUSTEE
OF THE GOMPERTS AND HALEVY
FAMILY TRUST

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES, **CALIFORNIA**        }SS.

On September 18 2023, before me, **REGINA BULAONG BENETUA** a Notary Public, personally appeared ALAN GOMPERTS and SHARON HALEVY, who proved to me on the basis of satisfactory evidence to be the person(s) whose name is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under penalty of perjury under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____

REGINA BULAONG BENETUA
Notary Public - California
Los Angeles County
Commission # 2357355
My Comm. Expires May 12, 2025

(This area for official notarial seal)

**MAIL TAX STATEMENTS AS DIRECTED ABOVE**

PAIGE-031

# Exhibit 17

# Exhibit 17

PAIGE-032



**This page is part of your document - DO NOT DISCARD**



## 20230635539



**Pages:**
**0003**

**Recorded/Filed in Official Records**
**Recorder's Office, Los Angeles County,**
**California**

**09/21/23 AT 01:07PM**

| | |
|---|---|
| FEES: | 27.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| SB2: | 75.00 |
| PAID: | 102.00 |



**L E A D S H E E T**



**202309210990043**

**00023796597**



**014288302**

**SEQ:**
**01**

**SECURE - Daily**



**THIS FORM IS NOT TO BE DUPLICATED**

*E497026*

**E13-20230921XXXXX59**

PAIGE-033

RECORDING REQUESTED BY:

Alan Gomperts

**WHEN RECORDED MAIL TO:**

NAME
Alan Gomperts
Sharon Halevy
MAILING ADDRESS
264 S. Oakhurst Drive

CITY, STATE and ZIP CODE

Beverly Hills, CA 90212

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE

**TITLE(S)**

GRANT DEED

RECORDING REQUESTED BY:
**ALAN GOMPERTS**

AND WHEN RECORDED MAIL THIS DEED AND, UNLESS:
OTHERWISE SHOWN BELOW, MAIL TAX STATEMENTS TO
**ALAN GOMPERTS**
**SHARON HALEVY**
**264 S. OAKHURST DRIVE**
**BEVERLY HILLS, CA 90212**

Order No..:
Escrow No:

A.P.N.: 4302-002-021

SPACE ABOVE THIS LINE IS FOR RECORDER'S USE

# GRANT DEED

"The grantors and the grantees in this conveyance are comprised of the same parties who continue to hold the same proportionate interest in the property, R & T 11923 (d)." "This conveyance transfers an interest into or out of a Living Trust, R & T 11930."

**THE UNDERSIGNED GRANTOR(S) DECLARE(S)**

DOCUMENTARY TRANSFER TAX IS $ [     0     ]          CITY TAX $_____

[ ] computed on full value of property conveyed, or

[ ] computed on full value less value of liens or encumbrances remaining at time of sale.

[ ] unincorporated area          [ x ] city of LOS ANGELES                    AND

**FOR A VALUABLE CONSIDERATION** receipt of which is hereby acknowledged, ALAN GOMPERTS AND SHARON HALEVY AS TRUSTEES OF THE GOMPERTS AND HALEVY FAMILY TRUST

hereby GRANT(S) to CANFIELD AVENUE INVESTMENTS, LLC

the following described real property in the

County of LOS ANGELES, State of California:

Lot 45 of Tract No 13803, in the City of Los Angeles, county of Los Angeles, State of California, as per Map recorded in Book 296, Page(s) 20 and 21 of Maps, in the office of the County Recorder of said County.
Common Address: 2247 S. Canfield Ave., Los Angeles, CA 90034

Dated: September 18, 2023

**ALAN GOMPERTS, TRUSTEE**
**OF THE GOMPERTS AND HALEVY**
**FAMILY TRUST**

**SHARON HALEVY, TRUSTEE**
**OF THE GOMPERTS AND HALEVY**
**FAMILY TRUST**

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES, CALIFORNIA )SS.

On September 18 2023, before me REGINA BULAONG BENETUA a Notary Public, personally appeared ALAN GOMPERTS and SHARON HALEVY, who proved to me on the basis of satisfactory evidence to be the person(s) whose name is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under penalty of perjury under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____

REGINA BULAONG BENETUA
Notary Public - California
Los Angeles County
Commission # 2357355
My Comm. Expires May 12, 2025

(This area for official notarial seal)

**MAIL TAX STATEMENTS AS DIRECTED ABOVE**

# Exhibit 18

# Exhibit 18

PAIGE-036



**This page is part of your document - DO NOT DISCARD**



## 20230635530



**Pages:
0003**

**Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California**

**09/21/23 AT 01:05PM**

| | |
|---|---|
| FEES: | 27.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| SB2: | 75.00 |
| PAID: | 102.00 |



**L E A D S H E E T**



202309210110172

00023796582



014288291

**SEQ:
01**

**SECURE - Daily**



**THIS FORM IS NOT TO BE DUPLICATED**



E13-20230921          49

PAIGE-037

RECORDING REQUESTED BY:

**Alan Gomperts**

**WHEN RECORDED MAIL TO:**

NAME

Alan Gomperts
Sharon Halevy
MAILING ADDRESS

264 S. Oakhurst Drive

CITY, STATE and ZIP CODE

Beverly Hills, CA 90212

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE

**TITLE(S)**

GRANT DEED

8015 rev 20171228

ALAN GOMPERTS

AND WHEN RECORDED MAIL THIS DEED AND, UNLESS:
OTHERWISE SHOWN BELOW, MAIL TAX STATEMENTS TO
ALAN GOMPERTS
SHARON HALEVY
264 S. OAKHURST DRIVE
**BEVERLY HILLS, CA 90212**

Order No..:
Escrow No:

A.P.N.: 4302-002-003

SPACE ABOVE THIS LINE IS FOR RECORDER'S USE

# GRANT DEED

*"The grantors and the grantees in this conveyance are comprised of the same parties who continue to hold the same proportionate interest in the property, R & T 11923 (d)." "This conveyance transfers an interest into or out of a Living Trust, R & T 11930."*

**THE UNDERSIGNED GRANTOR(S) DECLARE(S)**

DOCUMENTARY TRANSFER TAX IS $ [ **0** ]      CITY TAX $_____

[ ] computed on full value of property conveyed, or

[ ] computed on full value less value of liens or encumbrances remaining at time of sale.

[ ] unincorporated area      [ x ] city of LOS ANGELES      AND

**FOR A VALUABLE CONSIDERATION** receipt of which is hereby acknowledged, ALAN GOMPERTS AND SHARON HALEVY AS TRUSTEES OF THE GOMPERTS AND HALEVY FAMILY TRUST

hereby GRANT(S) to BAGLEY AVENUE INVESTMESTS, LLC

the following described real property in the

County of LOS ANGELES, State of California:

Lot 8 of Tract No 12780, in the City of Los Angeles, county of Los Angeles, State of California, as per Map recorded in Book 263, Page 11 of Maps, in the office of the County Recorder of said County.
Common Address: 2220 Bagley Ave., Los Angeles, CA 90034

Dated: September 1**8** 2023

ALAN GOMPERTS, TRUSTEE
OF THE GOMPERTS AND HALEVY
FAMILY TRUST

SHARON HALEVY, TRUSTEE
OF THE GOMPERTS AND HALEVY
FAMILY TRUST

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES, CALIFORNIA )SS.

On September 1**8**, 2023, before me, REGINA BULAONG BENETUR Notary Public, personally appeared ALAN GOMPERTS and SHARON HALEVY, who proved to me on the basis of satisfactory evidence to be the person(s) whose name is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under penalty of perjury under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____

REGINA BULAONG BENETUA
Notary Public - California
Los Angeles County
Commission # 2357355
My Comm. Expires May 12, 2025

(This area for official notarial seal)

**MAIL TAX STATEMENTS AS DIRECTED ABOVE**

# Exhibit 19

# Exhibit 19



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**SHORT FORM CERTIFICATE OF CANCELLATION - LLC TERMINATION**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

For Office Use Only

**-FILED-**

File No.: BA20240463323
Date Filed: 3/11/2024

| Limited Liability Company | |
|---|---|
| Limited Liability Company Name | Oakhurst Drive Investments, LLC |
| Entity No. | 202358916752 |

**Required Statements**

The following statements are true:

1) This Short Form Certificate of Termination is being filed within twelve (12) months from the date the Articles of Organization were filed with the California Secretary of State.

2) The LLC does not have any debts or other liabilities, except as provided in Item (3).

3) All final tax returns required under the California Revenue and Taxation Code have been or will be filed with the California Franchise Tax Board.

4) The known assets of the LLC remaining after payment of, or adequately providing for, known debts and liabilities have been distributed or the LLC has acquired no known assets.

5) The LLC has not conducted any business from the time of the filing of the Articles of Organization.

6) 50 percent or more of the voting interests of the managers or members voted, or, if no managers or members, the person or 50 percent or more of the persons signing the Articles of Organization, voted to dissolve the LLC.

7) Payments received by the LLC for interests from investors, if any, have been returned to those investors.

**Termination Statement**

☒ Upon the effective date of this Short Form Cancellation, except as provided in California Corporations Code Section 17707.06, the Limited Liability Company's registration is cancelled and its powers, rights, and privileges will cease in California.

**Electronic Signature**

☒ By signing, I declare that I am the person who signed this instrument, which is my act and deed. I further affirm under penalty of perjury that the information herein is true and correct and that I am authorized by California law to sign.

*Alan Gomperts*
_____
Manager/Member/Organizer Signature

*03/11/2024*
_____
Date

B2573-8131 03/11/2024 10:46 AM Received by California Secretary of State

# Exhibit 20

# Exhibit 20



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**SHORT FORM CERTIFICATE OF CANCELLATION - LLC TERMINATION**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

| For Office Use Only |
| --- |
| **-FILED-** |
| File No.: BA20240463353 |
| Date Filed: 3/11/2024 |

B2573-8241  03/11/2024  10:49 AM Received by California Secretary of State

---

Limited Liability Company

| Limited Liability Company Name | Canfield Avenue Investments, LLC |
| --- | --- |
| Entity No. | 202358916675 |

---

Required Statements

The following statements are true:

1) This Short Form Certificate of Termination is being filed within twelve (12) months from the date the Articles of Organization were filed with the California Secretary of State.

2) The LLC does not have any debts or other liabilities, except as provided in Item (3).

3) All final tax returns required under the California Revenue and Taxation Code have been or will be filed with the California Franchise Tax Board.

4) The known assets of the LLC remaining after payment of, or adequately providing for, known debts and liabilities have been distributed or the LLC has acquired no known assets.

5) The LLC has not conducted any business from the time of the filing of the Articles of Organization.

6) 50 percent or more of the voting interests of the managers or members voted, or, if no managers or members, the person or 50 percent or more of the persons signing the Articles of Organization, voted to dissolve the LLC.

7) Payments received by the LLC for interests from investors, if any, have been returned to those investors.

---

Termination Statement

☒ Upon the effective date of this Short Form Cancellation, except as provided in California Corporations Code Section 17707.06, the Limited Liability Company's registration is cancelled and its powers, rights, and privileges will cease in California.

---

Electronic Signature

☒ By signing, I declare that I am the person who signed this instrument, which is my act and deed. I further affirm under penalty of perjury that the information herein is true and correct and that I am authorized by California law to sign.

| *Alan Gomperts* | *03/11/2024* |
| --- | --- |
| Manager/Member/Organizer Signature | Date |

# Exhibit 21

# Exhibit 21



BA20240463395



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**SHORT FORM CERTIFICATE OF CANCELLATION -
LLC TERMINATION**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

| For Office Use Only |
| --- |
| **-FILED-** |
| File No.: BA20240463395 |
| Date Filed: 3/11/2024 |

| Limited Liability Company | |
| --- | --- |
| Limited Liability Company Name | Bagley Avenue Investments, LLC |
| Entity No. | 202358916719 |

**Required Statements**

The following statements are true:

1) This Short Form Certificate of Termination is being filed within twelve (12) months from the date the Articles of Organization were filed with the California Secretary of State.

2) The LLC does not have any debts or other liabilities, except as provided in Item (3).

3) All final tax returns required under the California Revenue and Taxation Code have been or will be filed with the California Franchise Tax Board.

4) The known assets of the LLC remaining after payment of, or adequately providing for, known debts and liabilities have been distributed or the LLC has acquired no known assets.

5) The LLC has not conducted any business from the time of the filing of the Articles of Organization.

6) 50 percent or more of the voting interests of the managers or members voted, or, if no managers or members, the person or 50 percent or more of the persons signing the Articles of Organization, voted to dissolve the LLC.

7) Payments received by the LLC for interests from investors, if any, have been returned to those investors.

**Termination Statement**

☒ Upon the effective date of this Short Form Cancellation, except as provided in California Corporations Code Section 17707.06, the Limited Liability Company's registration is cancelled and its powers, rights, and privileges will cease in California.

**Electronic Signature**

☒ By signing, I declare that I am the person who signed this instrument, which is my act and deed. I further affirm under penalty of perjury that the information herein is true and correct and that I am authorized by California law to sign.

*Alan Gomperts*
_____
Manager/Member/Organizer Signature

*03/11/2024*
_____
Date

B2573-8348  03/11/2024  10:52 AM Received by California Secretary of State

# Exhibit 22

# Exhibit 22

<table>
<tr><td colspan="2"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

Case number *(if known)* _____    Chapter ___11___

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).**
**For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | BROADWAY AVENUE INVESTMENTS, LLC |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 46-3312843 |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | 737 S Broadway<br>Los Angeles, CA 90014<br>Number, Street, City, State & ZIP Code | 264 S Oakhurst Dr<br>Beverly Hills, CA 90212<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | Los Angeles<br>County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

PAIGE-047

| Debtor | BROADWAY AVENUE INVESTMENTS, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

   5311

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. **Check** *all* *that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | | When | | Case number | |
| District | | When | | Case number | |

---

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☒ Yes.

List all cases. If more than 1, attach a separate list

| | | | | |
|---|---|---|---|---|
| Debtor | See Attachment | | Relationship | |
| District | | When | Case number, if known | |

| Debtor | BROADWAY AVENUE INVESTMENTS, LLC | Case number (if known) | |
| | Name | | |

---

**11. Why is the case filed in this district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☒ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    BROADCAST 2 &... Case 2:24-bk-12080-VZ  Doc 1    Filed 03/19/24    Entered 03/19/24 07:41:17    Desc
          Name                                        Main Document      Page 4 of 13

**Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    03/18/2024
               MM / DD / YYYY

X _____          Alan Gomperts
Signature of authorized representative of debtor    Printed name

Title    Manager

**18. Signature of attorney**

X _____          Date    03/18/2024
Signature of attorney for debtor                      MM / DD / YYYY

Derrick Talerico
Printed name

Weintraub Zolkin Talerico & Selth LLP
Firm name

11766 Wilshire Blvd Suite 730
Los Angeles, CA 90025
Number, Street, City, State & ZIP Code

Contact phone    424-500-8552    Email address    dtalerico@wztslaw.com

223763 - CA
Bar number and State

PAIGE-050

Debtor    BROADWAY AVENUE INVESTMENTS, LLC                                    Case number *(if known)* _____
Name

---

| **Fill in this information to identify your case:** |
| --- |
| United States Bankruptcy Court for the: |
| CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION |
| Case number *(if known)* _____    Chapter ___11___ |

☐ Check if this an amended
    filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| Debtor | Alan D. Gomperts | | | Relationship to you | Manager and Member of Debtor |
| --- | --- | --- | --- | --- | --- |
| District | Los Angeles Division | When | 03/18/2024 | Case number, if known | 2:24-bk-12074-VZ |
| Debtor | Colyton Investments, LLC | | | Relationship to you | Affiliate |
| District | Los Angeles Division | When | | Case number, if known | Filed concurrently |
| Debtor | David Halevy | | | Relationship to you | Member of Debtor |
| District | Los Angeles Division | When | 03/18/2024 | Case number, if known | 2:24-bk-12075-VZ |
| Debtor | Negev Investments, LLC | | | Relationship to you | Affiliate |
| District | Riverside Division | When | | Case number, if known | Filed concurrently |
| Debtor | Seaton Investments, LLC | | | Relationship to you | Affiliate |
| District | Los Angeles Division | When | | Case number, if known | Filed concurrently |
| Debtor | SLA Investments, LLC | | | Relationship to you | Affiliate |
| District | Los Angeles Division | When | | Case number, if known | Filed concurrently |
| Debtor | Susan Halevy | | | Relationship to you | Member of Debtor |
| District | Los Angeles Division | When | 03/18/2024 | Case number, if known | 2:24-bk-12076-VZ |

CERTIFICATE OF RESOLUTIONS OF
BROADWAY AVENUE INVESTMENTS, LLC
AUTHORIZING FILING OF BANKRUPTCY PETITION

The undersigned, being the manager and a member of Broadway Avenue Investments, LLC, a California limited liability company ("Company"), organized under the laws of the State of California hereby certifies and adopts the following resolution.

RESOLVED that Alan D. Gomperts is authorized to execute and cause to be filed a petition under Chapter 11 of the United States Bankruptcy Code on behalf of Broadway Avenue Investments, LLC.

RESOLVED that the filing of a Chapter 11 case on behalf of Broadway Avenue Investments, LLC is in the best interests of the limited liability company and its managers, members and creditors.

RESOLVED that Weintraub Zolkin Talerico & Selth LLP is retained to act as general bankruptcy counsel in that proceeding.

RESOLVED that Alan D. Gomperts is the party designated to act on behalf of the company in all matters pertaining to the Chapter 11 proceeding including, but not limited to providing direction to counsel, executing documents, and appearing in Court as necessary.

Dated: March 18, 2024

By: _____
Alan D. Gomperts, Manager and Member

| Fill in this information to identify the case: |  |
|---|---|
| Debtor name | BROADWAY AVENUE INVESTMENTS, LLC |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| California Refrigeration & Supply 1926 Glendon Ave Apt 4 Los Angeles, CA 90025 | Vicky Litoya projects@calrhac.com (310) 409-1008 | Trade debt | | | | $303,655.00 |
| Capital One PO Box 30285 Salt Lake City, UT 84130-0285 | | Credit card purchases | | | | $15,207.00 |
| Mordechai Miky Acoca 1926 Glendon Ave #4 Los Angeles, CA 90025 | | Unsecured Loan | | | | $50.00 |

Case 2:24-bk-12079-VZ    Doc 213-4    Filed 10/08/24    Entered 10/08/24 18:19:16    Desc
Declaration Of Paige S. Poupart    Page 54 of 86

Case 2:24-bk-12081-VZ    Doc 1    Filed 03/19/24    Entered 03/19/24 07:41:17    Desc
Main Document    Page 8 of 13

---

**Fill in this information to identify the case:**

Debtor name    BROADWAY AVENUE INVESTMENTS, LLC

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

**WARNING --** Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*
☐    *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*
☐    *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*
☐    *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*
☐    *Schedule H: Codebtors (Official Form 206H)*
☐    *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*
☐    *Amended Schedule* _____
☒    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*
☐    *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    March 15, 2024    x _[signature]_

                     Signature of individual signing on behalf of debtor

                     Alan Gomperts
                     Printed name

                     Manager
                     Position or relationship to debtor

---

PAIGE-054

Case 2:24-bk-12079-VZ   Doc 213-4   Filed 10/08/24   Entered 10/08/24 18:19:16   Desc
Declaration Of Paige S. Poupart   Page 55 of 86

Case 2:24-bk-12081-VZ   Doc 1   Filed 03/19/24   Entered 03/19/24 07:41:17   Desc
Main Document   Page 9 of 13

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    None.

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    None.

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

Each of the following debtors are affiliates of each other. Debtors Seaton Investments, LLC and Colyton Investments, LLC are congruent commercial properties operated as a single economic unit with shared financing guaranteed by Debtors Susan Halevy, Daniel Halevy, and Alan Gomperts (the "Individual Debtors"). Debtor's Broadway Avenue Investments, LLC, SLA Investments, LLC, and Negev Investments, LLC are borrowers on financing obtained for the benefit of Broadway, guaranteed by the Individual Debtors. The five corporate debtors are owned in various percentages by the Individual Debtors. The Individual Debtors filed Chapter 11 cases on March 18, 2024 as follows: Alan Gomperts Case # 2:24-bk-12074-VZ; Daniel Halevy Case # 2:24-bk-12075-VZ; and Susan Halevy Case # 2:24-bk-12076-VZ.

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    Not applicable.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _Los Angeles_ , California

Date: _March 19, 2024_

Signature of Debtor 1

_____
Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

PAIGE-055

Case 2:24-bk-12079-VZ    Doc 213-4    Filed 10/08/24    Entered 10/08/24 18:19:16    Desc
Declaration Of Paige S. Poupart    Page 56 of 86

Case 2:24-bk-12081-VZ    Doc 1    Filed 03/19/24    Entered 03/19/24 07:41:17    Desc
Main Document    Page 10 of 13

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Derrick Talerico - Bar # 223763<br>WEINTRAUB ZOLKIN TALERICO & SELTH LLP<br>11766 Wilshire Blvd., Suite 730<br>Los Angeles, CA 90025<br>Telephone: 424-500-8552<br>Email: dtalerico@wztslaw.com<br><br><br>☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>BROADWAY AVENUE INVESTMENTS, LLC<br><br><br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 11<br><br>**VERIFICATION OF MASTER**<br>**MAILING LIST OF CREDITORS**<br>**[LBR 1007-1(a)]** |
|---|---|

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of 3 sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: March 19, 2024

_____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) (if applicable)

Date: _____

_____
Signature of Attorney for Debtor (if applicable)

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California

*December 2015*

**F 1007-1.MAILING.LIST.VERIFICATION**

PAIGE-056

802 Mateo Street LLC
Attn Daniel Halevy
802 Mateo St
Los Angeles, CA 90021


Alan D Gomperts
264 S Oakhurst Dr
Beverly Hills, CA 90212


Alta Fire Pro
PO Box 7007
Mission Hills, CA 91346


Archway Real Estate Income Fund I SPE I LLC
10100 Santa Monica Blvd Ste 500
Los Angeles, CA 90067


California Refrigeration & Supply
1926 Glendon Ave Apt 4
Los Angeles, CA 90025


CA Dept of Tax and Fee Admin
Account Info Group MIC29
PO Box 942879
Sacramento, CA 94279-0029


Capital One
PO Box 30285
Salt Lake City, UT 84130-0285


Daniel Halevy
257 S Linden Dr
Beverly Hills, CA 90212

Employment Development Dept
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94279-0029


Franchise Tax Board
Bankruptcy Section MS A-340
PO Box 2952
Sacramento, CA 95812-2952


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7436


Joshua Mogin Esq
Thompson Coburn LLP
10100 Santa Monica Blvd Ste 500
Los Angeles, CA 90067


Los Angeles County Tax Collector
PO Box 54110
Los Angeles, CA 90054-0110


Mark Berkowitz
5850 Canoga Ave
Woodland Hills, CA 91367


Mordechai Miky Acoca
1926 Glendon Ave #4
Los Angeles, CA 90025


RG Fire Inc
8721 Laurel Canyon Blvd
Sun Valley, CA 91352

Sienna Rose Inc
433 Colyton St
Los Angeles, CA 90013


Southern California Edison
1551 W San Bernardino Rd
Covina, CA 91722-3407


Sue Halevy
257 S Linden Dr
Beverly Hills, CA 90212

# United States Bankruptcy Court
# Central District of California

| | |
|---|---|
| In re:<br>Broadway Avenue Investments, LLC | CHAPTER NO.:  11 |
| | CASE NO.: 2:24−bk−12081−VZ |

## CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**

**A.** You must cure the following within 14 days from filing of your petition:

☑ Corporate Ownership Statement as specified by LBR 1007−4
☑ Disclosure of Compensation of Attorney for Debtor (Official Form 2030). [11 U.S.C. § 329; FRBP 2016(b)]

**B.** If you are a Small Business Debtor under a Subchapter V in a Chapter 11 case, within 7 days after the date of the filing of the petition, you must file the most recent:

1. Balance sheet
2. Statement of operations
3. Cash−flow statement
4. Federal tax return

OR

5.  Statement made under penalty of perjury that no balance sheet, statement of operations, or cash−flow statement has been prepared and no Federal tax return has been filed. [11 U.S.C.§1116]

**The Revised Official Bankruptcy Forms are mandatory and are available at www.cacb.uscourts.gov/forms**

For all items above that are not electronically filed, you must file the original and the following number of copies in accordance with Local Bankruptcy Rules 1002−1(c) and 5005−2, and Court Manual, section 2.5(a)(2).

Chapter 11    Original and 2 Copies. 1 copy marked as "Judge's Copy."

**Please return the original or copy of this form with all required items to the following location:**

255 E. Temple Street, Room 100, Los Angeles, CA 90012

If you have any questions, please contact the Court's Call Center at the toll free number (855) 460−9641.

Dated: <u>March 19, 2024</u>

For the Court
**Kathleen J. Campbell**
Clerk of Court

(Form ccdn − Rev 02/2020)                                                                                **1 /**

# Exhibit 23

# Exhibit 23

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | BROADWAY AVENUE INVESTMENTS, LLC |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION |
| Case number (if known) | 2:24-bk-12081-VZ |

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

---

**Part 1:    Summary of Assets**

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*........................................................................................... $      11,500,000.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*......................................................................................... $      43,944.44

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*........................................................................................... $      11,543,944.44

---

**Part 2:    Summary of Liabilities**

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $      15,286,090.00

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $      0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................ +$      433,435.10

4.  **Total liabilities** ......................................................................................................
    Lines 2 + 3a + 3b                                                                                                  $      15,719,525.10

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

PAIGE-062

**Fill in this information to identify the case:**

Debtor name ___BROADWAY AVENUE INVESTMENTS, LLC___

United States Bankruptcy Court for the: ___CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION___

Case number (if known) ___2:24-bk-12081-VZ___

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No.   Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | Wells Fargo Bank | Checking | 0212 | $43,944.44 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $43,944.44 |
| --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☒ No.   Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

☒ No.   Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
| --- | --- |

**13. Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | BROADWAY AVENUE INVESTMENTS, LLC | Case number *(If known)* | 2:24-bk-12081-VZ |
|---|---|---|---|
| | Name | | |

---

### Part 5:     Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.  Go to Part 6.
☐ Yes Fill in the information below.

---

### Part 6:     Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

### Part 7:     Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No.  Go to Part 8.
☐ Yes Fill in the information below.

---

### Part 8:     Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No.  Go to Part 9.
☐ Yes Fill in the information below.

---

### Part 9:     Real property

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☒ Yes Fill in the information below.

**55.**     Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.    Non residential real property located at 737 S Broadway, Los Angeles, CA 90014 | Fee Simple | $7,861,000.00 | | $11,500,000.00* |

**56.**     **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

$11,500,000.00

**57.**     **Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

**58.**     **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

### Part 10:     Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

Official Form 206A/B       Schedule A/B Assets - Real and Personal Property       page 2

*Debtor currently estimates value of the real property somewhere between $10-13 million dollars.  Debtor submits the current value at $11.5 million as a mid-point in the likely value range, as it considers actual value with more precision.

| Debtor | BROADWAY AVENUE INVESTMENTS, LLC | Case number *(If known)* 2:24-bk-12081-VZ |
|---|---|---|
| | Name | |

☒ No.   Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No.   Go to Part 12.
☐ Yes Fill in the information below.

| Debtor | BROADWAY AVENUE INVESTMENTS, LLC | Case number *(If known)* | 2:24-bk-12081-VZ |
|---|---|---|---|
| | Name | | |

---

**Part 12:**    **Summary**

---

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $43,944.44 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................................>* | | $11,500,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $43,944.44 | + 91b. $11,500,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $11,543,944.44 |

| **Fill in this information to identify the case:** |
| --- |

Debtor name    <u>BROADWAY AVENUE INVESTMENTS, LLC</u>

United States Bankruptcy Court for the:    <u>CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION</u>

Case number (if known)    <u>2:24-bk-12081-VZ</u>

☐ Check if this is an amended filing

<u>Official Form 206D</u>
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☒ Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** | | | |
| --- | --- | --- | --- | --- |

| 2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |
| **2.1** Archway Real Estate Income<br>Creditor's Name<br>Fund I SPE I, LLC<br>10100 Santa Monica Blvd<br>Ste 500<br>Los Angeles, CA 90067<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>7/13/2021<br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes. Specify each creditor, including this creditor and its relative priority.<br>1. Los Angeles County Tax Collector<br>2. Archway Real Estate Income | **Describe debtor's property that is subject to a lien**<br>Non residential real property located at 737 S Broadway, Los Angeles, CA 90014<br><br><br>**Describe the lien**<br>First Mortgage<br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $15,241,093.00 | $11,500,000.00 |
| **2.2** Los Angeles County Tax Collector<br>Creditor's Name<br><br>PO Box 54110<br>Los Angeles, CA 90054-0110<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number** | **Describe debtor's property that is subject to a lien**<br>Non residential real property located at 737 S Broadway, Los Angeles, CA 90014<br><br><br>**Describe the lien**<br>Real Property Taxes<br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $44,997.00 | $11,500,000.00 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

PAIGE-067

| Debtor | BROADWAY AVENUE INVESTMENTS, LLC | Case number (if known) | 2:24-bk-12081-VZ |
|---|---|---|---|
| | Name | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☐ No | Check all that apply |
| ☒ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| Specified on line 2.1 | ☐ Disputed |

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $15,286,090.00

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Joshua Mogin Esq<br>Thompson Coburn LLP<br>10100 Santa Monica Blvd Ste 500<br>Los Angeles, CA 90067 | Line  2.1 | |

| Fill in this information to identify the case: |
|---|

Debtor name __BROADWAY AVENUE INVESTMENTS, LLC__

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

Case number (if known) __2:24-bk-12081-VZ__

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>CA Dept of Tax and Fee Admin<br>Account Info Group MIC29<br>PO Box 942879<br>Sacramento, CA 94279-0029 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>Taxes | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>Employment Development Dept<br>Bankruptcy Group MIC 92E<br>PO Box 826880<br>Sacramento, CA 94280-001 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>Notice Only | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| **2.3** | Priority creditor's name and mailing address<br>Franchise Tax Board<br>Bankruptcy Section MS A-340<br>PO Box 2952<br>Sacramento, CA 95812-2952 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>Taxes | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | BROADWAY AVENUE INVESTMENTS, LLC | | Case number (if known) | 2:24-bk-12081-VZ |
|---|---|---|---|---|
| | Name | | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | $0.00 | $0.00 |

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Taxes

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

Alta Fire Pro
PO Box 7007
Mission Hills, CA 91346

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $303,655.00 |

California Refrigeration & Supply
1926 Glendon Ave Apt 4
Los Angeles, CA 90025

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40,000.00 |

Commune Events Inc
802 Mateo St
Los Angeles, CA 90021

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** March 2024

Basis for the claim:  Intercompany loan

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

Mark Berkowitz
5850 Canoga Ave
Woodland Hills, CA 91367

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Accounting Services

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,000.00 |

Mordechai Miky Acoca
1926 Glendon Ave #4
Los Angeles, CA 90025

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 3/8/2024

Basis for the claim:  Unsecured Loan

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

RG Fire Inc
8721 Laurel Canyon Blvd
Sun Valley, CA 91352

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| Debtor | BROADWAY AVENUE INVESTMENTS, LLC | Case number (if known) | 2:24-bk-12081-VZ |
|---|---|---|---|
| | Name | | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|
| | Seaton Investments LLC
264 S Oakhurst Dr
Beverly Hills, CA 90212 | ☐ Contingent
☐ Unliquidated
☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Intercompany payable | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,756.09 |
|---|---|---|---|
| | Sharon Gomperts
264 S Oakhurst Dr
Beverly Hills, CA 90210 | ☐ Contingent
☐ Unliquidated
☐ Disputed | |
| | Date(s) debt was incurred  2023 | Basis for the claim:  Equipment purchases | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,774.01 |
|---|---|---|---|
| | Sienna Rose Inc
433 Colyton St
Los Angeles, CA 90013 | ☐ Contingent
☐ Unliquidated
☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Intercompany payable | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | Southern California Edison
1551 W San Bernardino Rd
Covina, CA 91722-3407 | ☐ Contingent
☐ Unliquidated
☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Utilities | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

**Part 3:**   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**   Total Amounts of the Priority and Nonpriority Unsecured Claims

5.   Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $  0.00 |
| 5b. Total claims from Part 2 | 5b.  + | $  433,435.10 |
| 5c. Total of Parts 1 and 2
      Lines 5a + 5b = 5c. | 5c. | $  433,435.10 |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor name | BROADWAY AVENUE INVESTMENTS, LLC |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION |
| Case number (if known) | 2:24-bk-12081-VZ |

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
    ☒ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

Official Form 206G          **Schedule G: Executory Contracts and Unexpired Leases**          Page 1 of 1

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | BROADWAY AVENUE INVESTMENTS, LLC |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION |
| Case number (if known) | 2:24-bk-12081-VZ |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** / **Mailing Address** | | **Name** | Check all schedules that apply: |
| 2.1 | 802 Mateo Street LLC<br>802 Mateo St<br>Los Angeles, CA 90021 | Mordechai Miky Acoca | ☐ D _____<br>☒ E/F __3.5__<br>☐ G _____ |
| 2.2 | Alan D Gomperts<br>264 S Oakhurst Dr<br>Beverly Hills, CA 90212 | Archway Real Estate Income | ☒ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | Daniel Halevy<br>8561 Horner St<br>Los Angeles, CA 90035 | Archway Real Estate Income | ☒ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | David Halevy (Deceased)<br>257 S Linden Dr<br>Beverly Hills, CA 90212 | Archway Real Estate Income | ☒ D __2.1__<br>☐ E/F _____<br>☐ G _____ |

Case 2:24-bk-12079-VZ    Doc 213-4    Filed 10/08/24    Entered 10/08/24 18:19:16    Desc
Declaration Of Paige S. Poupart    Page 74 of 86

Case 2:24-bk-12081-VZ    Doc 22    Filed 04/09/24    Entered 04/09/24 23:55:33    Desc
Main Document    Page 13 of 25

**Fill in this information to identify the case:**

Debtor name __BROADWAY AVENUE INVESTMENTS, LLC__

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION__

Case number (if known) __2:24-bk-12081-VZ__

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒   Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
☒   Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☒   Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☒   Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☒   Schedule H: Codebtors (Official Form 206H)
☒   Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☐   Amended Schedule _____
☐   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __April 9, 2024__          x _____
                                        Signature of individual signing on behalf of debtor

                                        Alan Gompers
                                        Printed name

                                        Manager
                                        Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com

---

**Fill in this information to identify the case:**

Debtor name   BROADWAY AVENUE INVESTMENTS, LLC

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

Case number (if known)   2:24-bk-12081-VZ

☐ Check if this is an amended filing

---

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From 01/01/2024 to Filing Date | ☒ Operating a business<br>☐ Other | $0.00 |
| For prior year:<br>From 01/01/2023 to 12/31/2023 | ☒ Operating a business<br>☐ Other | $0.00 |
| For year before that:<br>From 01/01/2022 to 12/31/2022 | ☒ Operating a business<br>☐ Other | $9,478.00 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ☒ None.

| Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|
| | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☒ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| | | | |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount

Debtor    BROADWAY AVENUE INVESTMENTS, LLC    Case number *(if known)*    2:24-bk-12081-VZ

may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| | | | |

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

    ☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| | | | |

6.  **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

    ☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | |

**Part 3:    Legal Actions or Assignments**

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

    ☒ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| | | | |

8.  **Assignments and receivership**
    List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

    ☒ None

**Part 4:    Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

    ☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| | | | |

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

**Part 6:    Certain Payments or Transfers**

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   BROADWAY AVENUE INVESTMENTS, LLC                    Case number *(if known)*   2:24-bk-12081-VZ

---

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Weintraub Zolkin Talerico & Selth LLP<br>11766 Wilshire Blvd Ste 730<br>Los Angeles, CA 90025 | | March 21, 2024 | $40,000.00 |
| | **Email or website address**<br>www.wztslaw.com | | | |
| | **Who made the payment, if not debtor?**<br>Commune Events, Inc. | | | |

---

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:   Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:   Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

| Debtor | BROADWAY AVENUE INVESTMENTS, LLC | Case number (if known) | 2:24-bk-12081-VZ |
|---|---|---|---|

---

**Part 9:**    **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:**    **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:**    **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

---

**Part 12:**    **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

---

| Debtor | BROADWAY AVENUE INVESTMENTS LLC | Case number (if known) 2:24-bk-12081-VZ |

Report all notices, releases, and proceedings known, regardless of when they occurred.

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| | Name and address | Date of service<br>From-To |
|---|---|---|
| 26a.1. | Alan D Gomperts<br>264 S Oakhurst Dr<br>Beverly Hills, CA 90212 | 2013 - Present |
| 26a.2. | Mark Berkowitz CPA<br>5850 Canoga Ave<br>Woodland Hills, CA 91367 | 2023 - Present |
| 26a.3. | Baker Till US LLP<br>6320 Canoga Ave 17th FL<br>Woodland Hills, CA 91367 | Until 2022 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.
☐ None

| | Name and address | Date of service<br>From-To |
|---|---|---|
| 26b.1. | Mark Berkowitz<br>5850 Canoga Ave Ste 220<br>91367 | 2023 - Present |

Debtor    BROADWAY AVENUE INVESTMENTS, LLC                        Case number *(if known)*    2:24-bk-12081-VZ

| Name and address | Date of service From-To |
|---|---|
| 26b.2.   Baker Tilly US LLP<br>6320 Canoga Ave 17th FL<br>Woodland Hills, CA 91367 | Until 2022 |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   Alan D Gomperts<br>264 S Oakhurst Dr<br>Beverly Hills, CA 90212 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Gomperts and Halevy Family Trust | 264 S Oakhurst Dr<br>Beverly Hills, CA 90212 | Members; Alan Gomperts is the Manager of Debtor | 33.33 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Halevy Family Trust Dated September 6 2020 | 257 S Linden Dr<br>Beverly Hills, CA 90212 | Member | 33.33 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Daniel Halevy | 8561 Horner St<br>Los Angeles, CA 90035 | Member | 33.33 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☒ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| David Halevy | 254 S Linden Dr<br>Beverly Hills, CA 90210 | Co-Member with Sue Halevy, 33.33% shared interest | 2013-2023 (deceased) |

Debtor    BROADWAY AVENUE INVESTMENTS, LLC    Filed 04/09/24    Entered 04/09/24 23:55:33    Desc
Main Document    Page 20 of 25

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** – Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    April 9, 2024

Signature of individual signing on behalf of the debtor        Alan Gomperts
                                                              Printed name

Position or relationship to debtor    Manager

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Case 2:24-bk-12079-VZ    Doc 213-4    Filed 10/08/24    Entered 10/08/24 18:19:16    Desc
Declaration Of Paige S. Poupart    Page 82 of 86

Case 2:24-bk-12081-VZ    Doc 22    Filed 04/09/24    Entered 04/09/24 23:55:33    Desc
Main Document    Page 21 of 26

**United States Bankruptcy Court**
**Central District of California, Los Angeles Division**

| In re | BROADWAY AVENUE INVESTMENTS, LLC | | |
|---|---|---|---|
| | | Debtor(s) | |

| Case No. | 2:24-bk-12081-VZ |
|---|---|
| Chapter | 11 |

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Daniel Halevy<br>8561 Horner St<br>Los Angeles, CA 90035 | | | 33.33% membership interest |
| Gomperts and Halevy Family Trust<br>264 S Oakhurst Dr<br>Beverly Hills, CA 90212 | | | 33.33% membership interest |
| Halevy Family Trust Dated September  6 2020<br>257 S Linden Dr<br>Beverly Hills, CA 90212 | | | 33.33% membership interest |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

| Date | April 9, 2024 | Signature | /s/ Alan Gomperts |
|---|---|---|---|
| | | | Alan Gomperts |

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders
Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

PAIGE-082

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Derrick Talerico (State Bar No. 223763)<br>WEINTRAUB ZOLKIN TALERICO & SELTH LLP<br>11766 Wilshire Blvd., Suite 730<br>Los Angeles, CA 90025<br>Telephone: 424-500-8552<br>Email: dtalerico@wztslaw.com | |

☒ *Attorney for:* Broadway Avenue Investments, LLC

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>BROADWAY AVENUE INVESTMENTS, LLC,<br><br>Debtor(s). | CASE NO.: 2:24-bk-12081-VZ<br>ADVERSARY NO.:<br>CHAPTER: 11 |
|---|---|
| Plaintiff(s), | **CORPORATE OWNERSHIP STATEMENT**<br>**PURSUANT TO FRBP 1007(a)(1)**<br>**and 7007.1, and LBR 1007-4** |
| Defendant(s). | [No hearing] |

Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.

I, *(Printed name of attorney or declarant)* Alan D. Gomperts _____, the undersigned in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                    Page 1                    **F 1007-4.CORP.OWNERSHIP.STMT**

PAIGE-083

Case 2:24-bk-12079-VZ    Doc 213-4    Filed 10/08/24    Entered 10/08/24 18:19:16    Desc
Declaration Of Paige S. Poupart    Page 84 of 86

Case 2:24-bk-12081-VZ    Doc 22    Filed 04/09/24    Entered 04/09/24 23:55:33    Desc
Main Document    Page 23 of 25

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.   I have personal knowledge of the matters set forth in this Statement because:

   ☒ I am the president or other officer or an authorized agent of the Debtor corporation

   ☐ I am a party to an adversary proceeding

   ☐ I am a party to a contested matter

   ☐ I am the attorney for the Debtor corporation

2.a.   ☐ The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

   _____

   _____

   _____

   [For additional names, attach an addendum to this form.]

b.   ☒ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date: 04/09/2024 _____

By:  _____
Signature of Debtor, or attorney for Debtor

Name:  Broadway Avenue Investments, LLC
         _____
         Printed name of Debtor, or attorney for Debtor

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 2                    **F 1007-4.CORP.OWNERSHIP.STMT**

PAIGE-084

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

## Central District of California

**In re**    BROADWAY AVENUE INVESTMENTS, LLC

Case No. ___1:24-bk-12081-VZ___

**Debtor**    Chapter ___11_____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ As allowed per Sections 327 and
    330 of the Bankruptcy Code

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . $___40,000.00___

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____0.00___

2.  The source of the compensation paid to me was:

    ☐ Debtor    ☑ Other (specify)    Commune Events, Inc.

3.  The source of compensation to be paid to me is:

    ☑ Debtor    ☐ Other (specify)

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

04/09/2024 -
_Date_

/s/ Derrick Talerico
_Signature of Attorney_

Weintraub Zolkin Talerico & Selth LLP
_Name of law firm_