Michael Gerard Fletcher (State Bar No. 070849)
mfletcher@frandzel.com
Paige S. Poupart (State Bar No. 343547)
ppoupart@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, California 90017-2427
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for Secured Creditor
ARCHWAY BROADWAY LOAN SPE, LLC

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>SEATON INVESTMENTS, LLC, *et al.*,<br><br>   Debtors and Debtors-in-Possession.<br><br>Affects:<br><br>☐ All Debtors<br>☐ Seaton Investments, LLC<br>☐ Colyton Investments, LLC<br>☒ Broadway Avenue Investments, LLC<br>☐ SLA Investments, LLC<br>☐ Negev Investments, LLC<br>☐ Alan Gomperts<br>☐ Daniel Halevy<br>☐ Susan Halevy | Lead Case No. 2:24-bk-12079-VZ<br><br>Jointly Administered with Case Nos.:<br><br>2:24-bk-12080-VZ; 2:24-bk-12081-VZ;<br>2:24-bk-12082-VZ; 2:24-bk-12091-VZ;<br>2:24-bk-12074-VZ; 2:24-bk-12075-VZ; and<br>2:24-bk-12076-VZ<br><br>Chapter 11<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ARCHWAY BROADWAY LOAN SPE, LLC'S MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br>Date:      October 29, 2024<br>Time:     10:30 a.m.<br>Crtrm.:   1368<br>             255 E. Temple Street<br>             Los Angeles, CA 90012<br><br>Hon. Vincent P. Zurzolo |

**TO THE HONORABLE VINCENT P. ZURZOLO, UNITED STATES BANKRUPTCY JUDGE, PARTIES IN INTEREST AND THEIR COUNSEL:**

Secured creditor, Archway Broadway Loan SPE, LLC, a Delaware limited liability company, successor in interest to Archway Real Estate Income Fund I REIT, LLC ("Archway"), submits this Request for Judicial Notice in support of its *Motion for Relief From Automatic Stay* ("Stay Relief Motion") (Dkt. *pending*) filed in the lead case of those jointly-administered debtors, Seaton Investments, LLC ("Seaton"), Colyton Investments, LLC ("Colyton"), Broadway Avenue Investments, LLC ("Broadway"), SLA Investments, LLC ("SLA"), and Negev Investments, LLC ("Negev" and collectively with Seaton, Colyton, Broadway and SLA, the "Corporate Debtors") and Alan Gomperts ("Mr. Gomperts"), Daniel Halevy ("Mr. Halevy"), and Susan Halevy ("Ms. Halevy" and collectively with Mr. Gomperts and Mr. Halevy, the "Individual Debtors" and collectively with the Corporate Debtors, the "Debtors").

Pursuant to Rule 201 of the Federal Rules of Evidence, Archway requests that the Court take judicial notice of the following:

1. The Broadway Deed of Trust[1] recorded in the Los Angeles County Recorder's Office on July 26, 2021, which recording was assigned document number 20211142009. Supplemental Declaration of Bobby Khorshidi ("Supplemental Khorshidi Declaration"), Exh. 2.

2. The March 19, 2024, voluntary chapter 11 petition of Broadway filed as Dkt. 1 in case number 2:24-bk-12081-VZ. Declaration of Paige S. Poupart ("Poupart Declaration") Exh. 22.

3. The fact that on Broadway's chapter 11 petition it self-designated this as a single asset real estate case as defined in 11 U.S.C. § 101(51B). *See* Chapter 11 Petition 2:24-bk-12081-VZ Dkt. 1 at ¶ 7. Poupart Declaration Exh. 22.

4. Broadway's April 9, 2024, Schedules A/B and D (2:24-bk-12081-VZ Dkt. 22), reflecting Broadway's valuation of the Property at $11,500,000.00 and also reflecting that Archway is owed significantly more than that at over $15 million. Poupart Declaration Exh. 23.

---

[1] Defined terms have the same meaning as set forth in the concurrently-filed Memorandum of Points and Authorities.

5. The fact that 90 days after March 19, 2024, is June 17, 2024.

6. The fact that the "Disclosure Statement and Plan of Reorganization" ("Joint Plan") (Dkt. 107) was filed on June 18, 2024, which is more than 90 days after Broadway's March 19, 2024, petition date.

7. The Grant Deed recorded on September 26, 2023, in the Los Angeles County Recorder's Office, assigned document number 20230646027, reflecting a transfer of that certain real property located at 341 South Canon Drive, Beverly Hills, California 90212 ("Canon Drive Property") from the Halevy Family Trust, dated September 8, 2010 ("Halevy Trust") to an entity called 341 South Cannon LLC ("Cannon LLC"). Supplemental Khorshidi Declaration, Exh. 7.

8. The fact that Ms. Halevy's Schedule A/B (2:24-bk-12076-VZ Dkt. 40) reflects that (a) she is a 100% owner of Cannon LLC (Dkt. 40 at 7 of 40); (b) the value of that LLC is "unknown" (Dkt. 40 at 7 of 40); and (c) she is a trustee and beneficiary of the Halevy Trust (Dkt. 40 at 8 of 40).

9. The fact that Cannon LLC is a California limited liability company that was formed on November 3, 2021, as entity number 202130910155, as per the LLC Registration – Articles of Organization filed on November 3, 2021, with the California Secretary of State. Supplemental Khorshidi Declaration, Exh. 8.

10. The fact that Ms. Halevy is the sole member and manager of Cannon LLC, entity number 202130910155, as per the Statement of Information filed on September 5, 2023, with the California Secretary of State. Supplemental Khorshidi Declaration, Exh. 8.

11. The Canon Drive Deed of Trust, which was recorded on September 26, 2023, in the Los Angeles County Recorder's Office as document number 20230646028. Supplemental Khorshidi Declaration, Exh. 9.

12. Individual Debtors' Cash Collateral Motion, Dkt. 87 at 16:11–13 (providing that the Property does not generate rent).

13. Mr. Gomperts's Declaration, Dkt. 87 Exh. 9 at 55 (reflecting "N/A" postpetition cash collateral).

14. Broadway's Statement of Financial Affairs 2:24-bk-12081-VZ Dkt. 22 at ¶¶ 1–2 (reflecting no revenue since January of 2023).

15. The fact that the records of the California Secretary of State reflect that on September 8, 2023, Mr. Gomperts form three new entitles: Oakhurst Drive Investments, LLC ("Oakhurst LLC"), Canfield Avenue Investments, LLC ("Canfield LLC"), and Bagley Avenue Investments, LLC ("Bagley LLC" and collectively, the "Gomperts-LLCs"). *See* Poupart Decl., Exhs. 13–15.

16. The fact that the records of the Los Angeles County Recorder's Office reflect that on September 21, 2024, grant deeds were recorded transferring (a) the real property located at 264 S. Oakhurst Drive, Beverly Hills, CA 90212 from the G&H Trust to the Oakhurst LLC; (b) the real property located at 2247 S. Canfield Ave., Los Angeles, CA 90034 from the G&H Trust to the Canfield LLC; and (c) the real property located at 2220 Bagley Ave., Los Angeles, CA 90034 from the G&H Trust to the Bagley LLC. *See* Poupart Decl., Exhs. 16–18.

17. The fact that the records of the California Secretary of State reflect that on March 11, 2024, various Short Form Certificate of Cancellation – LLC Termination forms were filed with the California Secretary of State regarding the Gomperts-LLCs. *See* Poupart Decl., Exhs. 19–21.

18. The fact that Mr. Gomperts's schedules and Statement of Financial Affairs do not reflect the transfers referenced above.

DATED: October 8, 2024

FRANDZEL ROBINS BLOOM & CSATO, L.C.
MICHAEL GERARD FLETCHER
PAIGE S. POUPART

By:    /s/ Michael Gerard Fletcher
MICHAEL GERARD FLETCHER
Attorneys for Secured Creditor
ARCHWAY BROADWAY LOAN SPE, LLC