United States Bankruptcy Court

Central District of California

In re:  Case No. 24-12079-VZ
Seaton Investments, LLC  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0973-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Oct 09, 2024 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 11, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Seaton Investments, LLC, 264 S Oakhurst Dr, Beverly Hills, CA 90212-3504 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 9, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Avi Edward Muhtar | on behalf of Interested Party Avi Muhtar amuhtar@crownandstonelaw.com |
| Bruce D Poltrock | on behalf of Creditor Archway Real Estate Income Fund I SPE I LLC bpoltrock@frandzel.com, achase@frandzel.com |
| Carol Chow | on behalf of Debtor Alan Gomperts Carol.Chow@saul.com easter.santamaria@saul.com |
| Carol Chow | on behalf of Debtor Susan Halevy Carol.Chow@saul.com easter.santamaria@saul.com |
| Carol Chow | on behalf of Debtor Daniel Halevy Carol.Chow@saul.com easter.santamaria@saul.com |
| Christopher Cramer | on behalf of Interested Party Courtesy NEF secured@becket-lee.com |

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 2 of 3 |
| Date Rcvd: Oct 09, 2024 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| Derrick Talerico | on behalf of Debtor Broadway Avenue Investments LLC dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com |
| Derrick Talerico | on behalf of Interested Party Susan Halevy dtalerico@wztslaw.com maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com |
| Derrick Talerico | on behalf of Debtor SLA Investments LLC dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com |
| Derrick Talerico | on behalf of Debtor Colyton Investments LLC dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com |
| Derrick Talerico | on behalf of Interested Party Daniel Halevy dtalerico@wztslaw.com maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com |
| Derrick Talerico | on behalf of Debtor Negev Investments LLC dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com |
| Derrick Talerico | on behalf of Debtor Seaton Investments LLC dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com |
| Gerrick Warrington | on behalf of Creditor Archway Broadway Loan SPE LLC gwarrington@frandzel.com, achase@frandzel.com |
| Gerrick Warrington | on behalf of Creditor Archway real estate income fund gwarrington@frandzel.com achase@frandzel.com |
| Gerrick Warrington | on behalf of Creditor Archway Real Estate Income Fund I SPE I LLC gwarrington@frandzel.com, achase@frandzel.com |
| Jacqueline L James | on behalf of Interested Party Harvest Small Business Finance LLC jjames@hrhlaw.com |
| Jacqueline L James | on behalf of Creditor Harvest Small Business Finance LLC jjames@hrhlaw.com |
| Jacquelyn H Choi | on behalf of Creditor LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR jacquelyn.choi@rimonlaw.com docketingsupport@rimonlaw.com |
| Jennifer C Wong | on behalf of Interested Party Courtesy NEF bknotice@mccarthyholthus.com jwong@ecf.courtdrive.com |
| Jennifer C Wong | on behalf of Creditor Wells Fargo Bank N.A. bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com |
| Kelly L Morrison | on behalf of U.S. Trustee United States Trustee (LA) kelly.l.morrison@usdoj.gov |
| Michael G Fletcher | on behalf of Creditor Archway Real Estate Income Fund I SPE I LLC mfletcher@frandzel.com, sking@frandzel.com |
| Michael G Fletcher | on behalf of Creditor Archway real estate income fund mfletcher@frandzel.com sking@frandzel.com |
| Michael G Fletcher | on behalf of Creditor Archway Broadway Loan SPE LLC, fka Archway Real Estate Income Fund I REIT, LLC mfletcher@frandzel.com, sking@frandzel.com |
| Richard Girgado | on behalf of Creditor LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR rgirgado@counsel.lacounty.gov |
| Robert F Conte | on behalf of Creditor United States of America on behalf of Internal Revenue Service robert.conte@usdoj.gov caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov |
| Ryan Coy | on behalf of Interested Party Alan Gomperts ryan.coy@saul.com hannah.richmond@saul.com |
| Ryan Coy | on behalf of Interested Party Daniel Halevy ryan.coy@saul.com hannah.richmond@saul.com |
| Ryan Coy | on behalf of Interested Party Susan Halevy ryan.coy@saul.com hannah.richmond@saul.com |
| Scott R Albrecht | |

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Oct 09, 2024 | Form ID: pdf042 | Total Noticed: 1 |

on behalf of Creditor First Foundation Bank salbrecht@gsaattorneys.com  jackie.nguyen@sgsattorneys.com

Tanya Behnam

on behalf of Creditor Korth Direct Mortgage Inc. tbehnam@polsinelli.com tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com

Todd S. Garan

on behalf of Creditor Wells Fargo National Bank West ch11ecf@aldridgepite.com TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

Todd S. Garan

on behalf of Interested Party Courtesy NEF ch11ecf@aldridgepite.com  TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

Turner Falk

on behalf of Debtor Susan Halevy turner.falk@saul.com  tnfalk@recap.email

Turner Falk

on behalf of Debtor Alan Gomperts turner.falk@saul.com  tnfalk@recap.email

Turner Falk

on behalf of Interested Party Susan Halevy turner.falk@saul.com  tnfalk@recap.email

Turner Falk

on behalf of Interested Party Daniel Halevy turner.falk@saul.com  tnfalk@recap.email

Turner Falk

on behalf of Debtor Daniel Halevy turner.falk@saul.com  tnfalk@recap.email

United States Trustee (LA)

ustpregion16.la.ecf@usdoj.gov

Zev Shechtman

on behalf of Interested Party Susan Halevy Zev.Shechtman@saul.com zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com

Zev Shechtman

on behalf of Debtor Daniel Halevy Zev.Shechtman@saul.com  zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com

Zev Shechtman

on behalf of Interested Party Alan Gomperts Zev.Shechtman@saul.com zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com

Zev Shechtman

on behalf of Debtor Susan Halevy Zev.Shechtman@saul.com  zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com

Zev Shechtman

on behalf of Debtor Alan Gomperts Zev.Shechtman@saul.com  zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com

Zev Shechtman

on behalf of Interested Party Daniel Halevy Zev.Shechtman@saul.com zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com

TOTAL: 46

ZEV SHECHTMAN (Bar No. 266280)
zev.shechtman@saul.com
CAROL CHOW (Bar No. 169299)
carol.chow@saul.com
RYAN F. COY (Bar No. 324939)
ryan.coy@saul.com
SAUL EWING LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: (310) 255-6100

Counsel to Debtors Alan Gomperts,
Daniel Halevy, and Susan Halevy

**FILED & ENTERED**

**OCT 09 2024**

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY johnson   DEPUTY CLERK**

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>SEATON INVESTMENTS, LLC, *et al.*,<br><br>Debtors and Debtors in Possession.<br><br>☐ Affects All Debtors.<br>☐ Affects Seaton Investments, LLC<br>☐ Affects Colyton Investments, LLC<br>☐ Affects Broadway Avenue Investments, LLC<br>☒ Affects SLA Investments, LLC<br>☒ Affects Negev Investments, LLC<br>☒ Affects Alan Gomperts<br>☐ Affects Daniel Halevy<br>☒ Affects Susan Halevy | Lead Case No. 2:24-bk-12079-VZ<br><br>Jointly Administered with Case Nos.: 2:24-bk-12080-VZ; 2:24-bk-12081-VZ; 2:24-bk-12082-VZ; 2:24-bk-12091-VZ; 2:24-bk-12074-VZ; 2:24-bk-12075-VZ and 2:24-bk-12076-VZ<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION TO CONTINUE HEARING ON MOTION TO AUTHORIZE USE OF CASH COLLATERAL PURSUANT TO 11 U.S.C. § 363(c)(2)**<br><br>Current Hearing:<br>Date: October 8, 2024<br>Time: 11:00 a.m.<br>Crtm: 1368<br><br>Continued Hearing:<br>Date: November 12, 2024<br>Time: 11:00 a.m.<br>Crtm: 1368, Roybal Federal Building<br>    255 E. Temple St.,<br>    Los Angeles, CA 90012 |

SLA Investments, LLC ("SLA"), Negev Investments, LLC ("Negev"), Susan Halevy

1

("Susan" or "Susan Halevy"), and Alan Gomperts ("Alan" or "Alan Gomperts"), debtors and debtors-in-possession (the "Debtors"), Archway Real Estate Income Fund I REIT, LLC, fka Archway Real Estate Income Fund I SPE I, LLC ("Archway"), Wells Fargo Bank National West ("Wells Fargo") as to the 2220 Bagley Ave and 3538 Greenfield Properties, and Harvest Small Business Finance, LLC ("Harvest") (Archway, Wells Fargo and Harvest, collectively, the "Lenders")— in the above-entitled jointly administered chapter 11 bankruptcy cases (the "Bankruptcy Cases"), having submitted their *Stipulation to Further Continue Hearing on Motion to Authorize Use of Cash Collateral Pursuant to 11 U.S.C. § 363(c)(2)* (the "Stipulation") on September 3, 2024, and good cause appearing therefor, **IT IS ORDERED**:

1. The Stipulation is approved.

2. The hearing on the *Motion by Affected Debtors for Entry of an Order Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. § 363(c)(2)* (doc. no. 87) is further continued from October 8, 2024 to November 12, 2024, at 11:00 a.m. (the "**Continued Cash Collateral Hearing Date**").

3. The Debtors' authorization to use cash collateral is extended through the Continued Cash Collateral Hearing Date.

4. All the terms of the Interim Cash Collateral Order (Docket No. 127), including the Lender Rights and Protections, shall remain in full force and effect and unchanged, except for the extension of the period of authorization to use cash collateral, during the continued interim period between October 8, 2024 and the Continued Cash Collateral Hearing Date.

###

Date: October 9, 2024

Vincent P. Zurzolo
United States Bankruptcy Judge

2