# Wells Fargo Everyday Checking

September 30, 2024 ∎ Page 1 of 5



SUE HALEVY
DEBTOR IN POSSESSION
CH11 CASE #24-12076 (CCA)
257 S LINDEN DR
BEVERLY HILLS CA 90212-3704

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711

**1-800-742-4932**

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ✓ |
| Online Bill Pay | ✓ | Auto Transfer/Payment | ☐ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ✓ | Debit Card | ✓ |
| My Spending Report | ✓ | Overdraft Service | ☐ |

Other Wells Fargo Benefits

Watch for debit card scams so you can avoid them

Pay close attention if you are contacted about fraudulent debit card activity. Scammers are impersonating Wells Fargo and they may contact you through a text or an automated phone service that seems legitimate.

No Wells Fargo employee will contact you to ask you:
- for your personal or card information, including your PIN.
- for your device account credentials, to share your screen with them, or to accept a video call.
- to transfer money to another person, account, or digital wallet to "protect your account" or "resolve a fraud issue".
- to collect your card in person, have you mail it, or leave it somewhere for pick-up.

Remember, don't respond to the request. Call us directly using the number on the back of your card to verify any potential issues with your card or account. You can also check for suspicious activity through our mobile app or online. If you think your card has been used fraudulently, please contact us as soon as possible.

**WELLS FARGO**

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 9/1 | $15,502.38 |
| Deposits/Additions | 9,420.38 |
| Withdrawals/Subtractions | - 24,227.12 |
| **Ending balance on 9/30** | **$695.64** |

Account number: ████ 4484

**SUE HALEVY**
**DEBTOR IN POSSESSION**
**CH11 CASE #24-12076 (CCA)**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 121042882

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 9/3 | | Purchase authorized on 09/02 Adidas 6580 Los An Los Angeles CA S████ 6923 Card 5292 | | 284.74 | |
| 9/3 | | Blueshieldca Bill Pay 240831 ████ 9311 Sue Halevy | | 168.90 | |
| 9/3 | | Blueshieldca Bill Pay 240831 ████ 6621 Sue Halevy | | 498.00 | |
| 9/3 | 205 | Check | | 140.00 | 14,410.74 |
| 9/5 | | First Foundation Loan Pymt 240903 000000000000000 0000000001████ 500 First Foundation Bank | | 6,789.84 | 7,620.90 |
| 9/9 | | Mobile Deposit : Ref Number :310090623445 | 107.50 | | |
| 9/9 | | Mobile Deposit : Ref Number :110090622318 | 1,379.00 | | |
| 9/9 | | Mobile Deposit : Ref Number :210090622639 | 1,495.00 | | |
| 9/9 | | Mobile Deposit : Ref Number :210090623032 | 1,675.00 | | 12,277.40 |
| 9/10 | | Wire Trans Svc Charge - Sequence: 240910074165 Srf# Ow00004909335792 Trn#240910074165 Rfb# Ow00004909335792 | | 25.00 | |
| 9/10 | | WT Fed#07743 Bank of America, N /Ftr/Bnf=Vig Private Lending Inc Srf# Ow00004909335792 Trn#240910074165 Rfb# Ow00004909335792 | | 14,072.50 | -1,820.10 |
| 9/11 | | SSA Treas 310 Xxsoc Sec 091124 xxxxx0735A SSA Sue Halevy | 2,817.00 | | 996.90 |
| 9/12 | | Deposited Item Retn Unpaid - Paper 240912 | | 107.50 | 889.40 |
| 9/20 | | Yeshiva Girls' H Facts ████ 9103 Sue Halevy | | 1,320.42 | -431.02 |
| 9/23 | | Overdraft Fee for a Transaction Posted on 09/20 $1,320.42 Yeshiva Girls' H Facts ████ 9103 Sue Halevy | | 35.00 | -466.02 |
| 9/24 | | Purchase Return authorized on 09/23 Adidas 6580 Los An Los Angeles CA ████ 1824 Card 5292 | 251.88 | | -214.14 |
| 9/26 | | eDeposit IN Branch 09/26/24 10:21:20 Am 9354 Wilshire Blvd Beverly Hills CA | 1,695.00 | | 1,480.86 |
| 9/30 | | Purchase authorized on 09/28 Tesla Insurance SE Fremont CA ████ 4228 Card 5292 | | 785.22 | 695.64 |
| **Ending balance on 9/30** | | | | | **695.64** |
| **Totals** | | | **$9,420.38** | **$24,227.12** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

September 30, 2024 ■ Page 3 of 5

**WELLS FARGO**

---

Summary of checks written *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount |
|--------|------|--------|
| 205 | 9/3 | 140.00 |

Summary of Overdraft Fees

| | Total this statement period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $35.00 | $35.00 |

*Year-to-date totals reflect fees assessed or reversed since the first full statement period of the calendar year. Negative values indicate that fee reversals exceed fees assessed.*

Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 09/01/2024 - 09/30/2024 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| How to avoid the monthly service fee | Minimum required | This fee period |
| Have any ONE of the following each fee period | | |
| • Minimum daily balance | $500.00 | -$1,820.10 ☐ |
| • Total amount of qualifying electronic deposits | $500.00 | $2,817.00 ☑ |
| • Age of primary account owner | 17 - 24 | ☐ |
| • Account is linked to a Wells Fargo Campus ATM Card or Campus Debit Card | 1 | 0 ☐ |

RC/RC

# ☑ IMPORTANT ACCOUNT INFORMATION

---

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

---

Updated limits on Overdraft Fees

Effective October 1, 2024, we will no longer assess overdraft fees on items of $10 or less. Additionally, if both your ending daily account balance and available balance are overdrawn by $10 or less after we have processed your transactions, we won't assess an overdraft fee on those items.

---

This notice re-establishes that Wells Fargo has the right to conduct setoff for overdrawn deposit account balances, where applicable, and in accordance with your governing Deposit Account Agreement. When we exercise this right, we may reduce funds in any account you hold with us for purposes of paying the amount of the debt, either due or past due, that is owed to us as allowed by the laws governing your account. Our right of setoff won't apply if it would invalidate the tax-deferred status of any tax-deferred retirement account (e.g., a SEP or an IRA) you keep with us. To review a copy of your Deposit Account Agreement, including the provisions related to the right of setoff, please visit wellsfargo.com/online-banking/consumer-account-fees/ or wellsfargo.com/biz/fee-information/.



---

As a reminder, your Everyday Checking account monthly service fee is $10 per fee period. You can avoid the $10 monthly service fee if you meet any one of the following conditions during each fee period*:
$500 minimum daily balance
$500 or more in total qualifying electronic deposits**
The primary account owner is 17 - 24 years old***
A linked Wells Fargo Campus ATM Card or Campus Debit Card****
A non-civilian military direct deposit with the Wells Fargo Worldwide Military Banking program*****

*The fee period is the period used to calculate the monthly service fee. The fee period details are provided on the Monthly Service Fee Summary located in your account statement and in the Monthly Service Fee Summary section through Wells Fargo Online® in your Activity Summary or Wells Fargo Mobile® in Routing & Details.
**A qualifying electronic deposit is a deposit of funds, such as your salary, government benefit payment, or other income, that has posted to your account and is (1) a direct deposit made through the Automated Clearing House (ACH) network, (2) an instant payment processed through the RTP® network (real-time payment system) or FedNow Service, or (3) an electronic credit from a third party service that facilitates payments to your debit card using the Visa® or Mastercard® network (e.g. an Original Credit Transaction). Transfers from one account to another, mobile deposits, Zelle®, or deposits made at a branch or ATM are not considered a qualifying electronic deposit.
***When the primary account owner reaches the age of 25, age can no longer be used to avoid the monthly service fee.
****Eligibility is based on university and college participation in the Wells Fargo Campus Card program. Ask a banker or visit wellsfargo.com/campuscard for additional details.
*****You will receive your Worldwide Military Banking program benefits 45 days after your qualifying non-civilian military direct deposit is deposited into your eligible Wells Fargo checking account. For more information on the qualifying non-civilian military direct deposit, program qualifications and benefits, please visit wellsfargo.com/military/worldwide-military-banking or wellsfargo.com/depositdisclosures.

---

Other Wells Fargo Benefits

Help take control of your finances with a Wells Fargo personal loan.
Whether it's managing debt, making a large purchase, improving your home, or paying for unexpected expenses, a personal loan may be able to help. See personalized rates and payments in minutes with no impact to your credit score.
Get started at wellsfargo.com/personalloan.

**WELLS FARGO**

## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** **Enter the ending balance** on this statement.                      $ _____

**B** **List outstanding deposits and other credits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| Total | $ |

                                                                          + $ _____

**C** **Add** **A** **and** **B** to calculate the subtotal.                      = $ _____

**D** **List outstanding checks, withdrawals, other debits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Number/Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| Total | $ |

                                                                          - $ _____

**E** **Subtract** **D** **from** **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.                      = $ _____

## Important Information You Should Know

- **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.**
  Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- **If your account has a negative balance:** Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- **In case of errors or questions about your electronic transfers:**
  Telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

  1. Tell us your name and account number (if any).
  2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
  3. Tell us the dollar amount of the suspected error.

  We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

- **In case of errors or questions about other transactions (that are not electronic transfers):**

  Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- To download and print an Account Balance Calculation Worksheet (PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

