**Alan Gomperts**
**Income and Expense Reconcilaiton**

**Income**

| | | |
|---|---|---:|
| Total income | Line d. of Part 8 | 44,135.28 |
| Payroll deductions | Line e. of Part 9 | (4,312.50) |
| Total Receipts | Line b. of part 1 | **39,822.78** |
| | | |
| Total Deposits in Wells Fargo account ending -3107 | | 82,669.45 |
| Reimbursed Expenses from agron, inc. (Employer) | | (42,846.67) |
| Net Deposits | | **39,822.78** |

**Expenses**

| | | |
|---|---|---:|
| Total Expenses | Line i. of Part 8 | 37,330.50 |
| Payroll deductions | | 4,312.50 |
| Total disbursements | Line c. of part 1 | **33,018.00** |
| | | |
| Total withdrawals in Wells Fargo account ending -3107 | | 75,864.67 |
| | | |
| agron, inc Expenses | | (19,399.16) |
| agron, inc Expenses | | (23,447.51) |
| Total Agron Expenses | | **(42,846.67)** |
| | | |
| Net Disbursements | | **33,018.00** |