**Alan Gomperts**
**Part 8 Expenses**

| Date | Amount | Payee | Description |
|---|---|---|---|
| 9/3/2024 | (1,699.33) | CITI CARD ONLINE PAYMENT 240902 421471182638588 SHARON HALEVY | Personal Living - Credit Card |
| 9/3/2024 | (140.00) | BILL PAY Jun Ho. Choi ON-LINE No Account Number ON 09-03 | Personal Living - Pool Man |
| 9/4/2024 | (3,595.25) | CHASE CREDIT CRD EPAY 240903 7763862191 SHARON HALEVY | Personal Living - Credit Card |
| 9/4/2024 | (3,125.00) | BILL PAY WELLS FARGO Oakhurst ON-LINE 0512091XXX ON 09-04 | Personal Living - Mortgage |
| 9/4/2024 | (162.26) | BILL PAY NORTHWESTERN MUTUAL LIFE INSURAN ON-LINE xxxx4520 ON 09-04 | Personal Living - Life Insurance |
| 9/5/2024 | (125.00) | ZELLE TO HERNANDEZ CIRO ON 09/05 REF #PP0SH4DD8V | Personal Living - Gardener |
| 9/5/2024 | (69.11) | BILL PAY SOUTHERN CALIFOR ON-LINE xxxxxxx4834 ON 09-05 | Personal Living - Gas bill |
| 9/9/2024 | (1,828.29) | CITI CARD ONLINE PAYMENT 240906 431471169481935 SHARON HALEVY | Personal Living - Credit Card |
| 9/9/2024 | (500.00) | ZELLE TO GOMPERTS GABRIELLE ON 09/07 REF #RP0SH67JP8 | Personal Living - College expenses |
| 9/10/2024 | (131.00) | ZELLE TO HALEVY YOSEF ON 09/10 REF #RP0SH7KKTR | Personal Living - Clothing |
| 9/10/2024 | (80.00) | Cash eWithdrawal in Branch 09/10/2024 16:02 PM 10789 W PICO BLVD LOS ANGELES CA 6206 | Personal Living - Cash Expenses |
| 9/13/2024 | (4,689.23) | AMERICAN EXPRESS ACH PMT 240913 W5946 ALAN GOMPERTS | Personal Living - Credit Card |
| 9/16/2024 | (129.12) | BARCLAYCARD US CREDITCARD 1165447742 SHARON HALEVY | Personal Living - Credit Card |
| 9/17/2024 | (1,634.10) | MACYS ONLINE PMT 240916 631471805451466 SHARON HALEVY | Personal Living - Clothes |
| 9/19/2024 | (1,077.00) | Cash eWithdrawal in Branch 09/19/2024 13:40 PM 9354 WILSHIRE BLVD BEVERLY HILLS CA 0874 | Personal Living - Cash Expenses |
| 9/24/2024 | (303.95) | TARGET CARD SRVC BILL PAY 240924 000000003530563 7S HALEVY M | Personal Living - Supplies |
| 9/26/2024 | (718.66) | BILL PAY WELLS FARGO AUTO ON-LINE xxxxxx6254 ON 09-26 | Personal Living - Car Payment |
| **Living Expenses Line g. of Part 8** | **(20,007.30)** | | |
| 9/3/2024 | (75.00) | BILL PAY Nicandro Barba ON-LINE No Account Number ON 09-03 | Gardener Bagley |
| 9/3/2024 | (155.00) | ZELLE TO GABRIEL ADULFO ON 09/02 REF #PP0SH2G7WM | Gardener Canfield and Greenfield |
| 9/3/2024 | (90.00) | BILL PAY 4 SEASON POOL SE ON-LINE No Account Number ON 09-03 | Pool Man - Bagley Ave |
| 9/4/2024 | (4,003.21) | BILL PAY WELLS FARGO Bagley ON-LINE 0512092XXX ON 09-04 | Mortgage - Bagley |
| 9/4/2024 | (2,050.07) | BILL PAY WELLS FARGO Canfield ON-LINE 0502483XXX ON 09-04 | Mortgage - Canfield |
| 9/4/2024 | (1,625.27) | BILL PAY WFHM - Greenfield ON-LINE 0320648XXX ON 09-04 | Mortgage - Greenfield |

| Date | Amount | Payee | Description |
|---|---|---|---|
| 9/5/2024 | (5.00) | ZELLE TO DERKS PLUMBING ON 09/05 REF #RP0SH4CQQK | Plumbing Repair Canfield |
| 9/5/2024 | (1,269.41) | ZELLE TO DERKS PLUMBING ON 09/05 REF #RP0SH4DCXD | Plumbing Repair Canfield |
| 9/11/2024 | (1,595.74) | WESTWOOD APPLIAN SALE 240911 ALAN GOMPERTS | Appliance Repair - Bagley |
| 9/20/2024 | (1,042.00) | ZELLE TO DERKS PLUMBING ON 09/20 REF #RP0SHD87KT GREENFIELD | Plumbing Repair - Greenfield |
| 9/26/2024 | (1,100.00) | ZELLE TO ARRENDONDO ELIZABETH ON 09/25 REF #RP0SHGM99G | Tree Trimming - Bagley |

**All Other Expenses**

**Line h. of Part 8**    (13,010.70)  **Expenses on Rental Properties**