| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Derrick Talerico (SBN 223763)<br>David B. Zolkin (SBN 155410)<br>WEINTRAUB ZOLKIN TALERICO & SELTH LLP<br>11766 Wilshire Blvd., Suite 730<br>Los Angeles, CA 90025<br>Telephone:  424-500-8552<br>Email:  dtalerico@wztslaw.com<br>           dzolkin@wztslaw.com<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* Corporate Debtors | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>SEATON INVESTMENTS, LLC,<br><br>                                 Debtor.<br><br>___ Affects all Debtors.<br> X  Affects Seaton Investments, LLC<br>___ Affects Colyton Investments, LLC<br>___ Affects Broadway Avenue Investments, LLC<br>_ _ Affects SLA Investments, LLC<br>_ _ Affects Negev Investments, LLC<br>___ Affects Susan Halevy<br>___ Affects Daniel Halevy<br> X  Affects Alan Gomperts<br><br>                                                             Debtor(s) | CASE NO.: 2:24-bk-12079-VZ<br><br>Jointly Administered with Case Nos.<br>    2:24-bk-12080-VZ<br>    2:24-bk-12081-VZ<br>    2:24-bk-12082-VZ<br>    2:24-bk-12091-VZ<br>    2:24-bk-12076-VZ<br>    2:24-bk-12075-VZ<br>    2:24-bk-12074-VZ<br><br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:**  (*title of motion*[1]):<br>**SEATON INVESTMENTS, LLC'S OBJECTION TO CLAIM NO. 2 OF WELLS FARGO BANK, N.A.** |

PLEASE TAKE NOTE that the order titled <u>ORDER: (I) GRANTING SEATON INVESTMENTS, LLC'S OBJECTION TO CLAIM NO. 2 OF WELLS FARGO BANK, N.A.; AND (II) MOVING WELLS FARGO BANK, N.A.'S CLAIM TO THE RELATED BANKRUPTCY CASE OF ALAN GOMPERTS</u>
was lodged on (*date*) <u>October 21, 2024</u> and is attached.  This order relates to the motion which is docket number <u>147</u>.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                        Page 1                              **F 9021-1.2.BK.NOTICE.LODGMENT**

1  Derrick Talerico (SBN 223763)
   dtalerico@wztslaw.com
2  David B. Zolkin (SBN 155410
   dzolkin@wztslaw.com
3  WEINTRAUB ZOLKIN TALERICO & SELTH LLP
4  11766 Wilshire Boulevard, Suite 730
   Los Angeles, CA 90025
5  Telephone: (424) 500-8552

6
   *Attorneys for Debtors and Debtors*
7  *in Possession, Seaton Investments, LLC,*
   *Colyton Investments, LLC, Broadway Avenue Investments, LLC,*
8  *SLA Investments, LLC, and Negev Investments, LLC*

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| In re:<br><br>SEATON INVESTMENTS, LLC, *et al.*,<br><br>Debtors and Debtors In Possession.<br><br>☐ Affects All Debtors.<br>☒ Affects Seaton Investments, LLC<br>☐ Affects Colyton Investments, LLC<br>☐ Affects Broadway Avenue Investments, LLC<br>☐ Affects SLA Investments, LLC<br>☐ Affects Negev Investments, LLC<br>☒ Affects Alan Gomperts<br>☒ Affects Daniel Halevy<br>☒ Affects Susan Halevy | Lead Case No. 2:24-bk-12079-VZ<br><br>Jointly Administered with Case Nos.:<br>2:24-bk-12080-VZ; 2:24-bk-12081-VZ;<br>2:24-bk-12082-VZ; 2:24-bk-12091-VZ;<br>2:24-bk-12074-VZ; 2:24-bk-12075-VZ and<br>2:24-12076-VZ<br><br>Chapter 11<br><br>**ORDER: (I) GRANTING SEATON INVESTMENTS, LLC'S OBJECTION TO CLAIM NO. 2 OF WELLS FARGO BANK, N.A.; AND (II) MOVING WELLS FARGO BANK, N.A.'S CLAIM TO THE RELATED BANKRUPTCY CASE OF ALAN GOMPERTS**<br><br>Hearing:<br>Date:        September 10, 2024<br>Time:       11:00 a.m.<br>Courtroom: 1368<br>                  255 East Temple St.<br>                  Los Angeles, CA 90012<br>Judge:      Hon. Vincent Zurzolo |

On September 10, 2024, at 11:00 a.m., the Court held a hearing (the "Hearing") on the *Objection to Claim No. 2 of Wells Fargo Bank, N.A.* (the "Objection") [Doc. No. 147] filed by Seaton

-1-
ORDER RE; DEBTOR'S OBJECTION TO CLAIM OF WELLS FARGO BANK, N.A.

Investments, LLC ("Seaton"), one of the debtors and debtors-in-possession in the pending jointly administered chapter 11 bankruptcy cases herein, to Claim No. 2-1 (the "WFB Claim") filed by Wells Fargo Bank, N.A. ("WFB") on May 1, 2024. Appearances at the Hearing were as noted on the record.

The Court, having considered the Objection, the *Response to Objection to Proof of Claim Number 2*-1 (the "Response") [Doc. No. 179] filed by WFB, the arguments and representations of counsel at the Hearing, and having found notice of the Objection to have been proper, and good cause appearing therefor,

**IT IS ORDERED:**

1. Seaton's Objection to the WFB Claim is granted.

2. The Clerk is directed to move the WFB Claim from the claims register of Seaton (Case No. 2:24-bk-12079-VZ) to the claims register of Alan Gomperts (Case No. 2:24-bk-12074-VZ).

###

---

-2-

ORDER RE; DEBTOR'S OBJECTION TO CLAIM OF WELLS FARGO BANK, N.A.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

   11766 Wilshire Blvd, Suite 730, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) October 21, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See attached NEF service list

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Pursuant to General Order 23-01, LBR 5005-2(d) continues to be temporarily suspended except for documents over 25 pages, including exhibits.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 21, 2024 | Martha E. Araki | /s/ Martha E. Araki |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012* Page 2  **F 9021-1.2.BK.NOTICE.LODGMENT**

Seaton Investments, LLC – Jointly Administered

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Attorneys for Corporate Debtors Seaton Investment, LLC, Colyton Investments, LLC, Broadway Avenue Investments, LLC, Negev Investments, LLC, SLA Investments, LCC.: **Derrick Talerico**: dtalerico@wztslaw.com; maraki@wztslaw.com; sfritz@wztslaw.com; admin@wztslaw.com
- Attorneys for Individual Debtors Alan Gomperts, Daniel Halevy, Susan Haley: **Zev Shechtman, Carol Chow, Turner Falk, Ryan Coy**: zev.shechtman@saul.com; zshechtman@ecf.inforuptcy.com; carol.chow@saul.com; easter.santamaria@saul.com; turner.falk@saul.com; ryan.coy@saul.com
- Attorneys for Creditor First Foundation Bank: **Scott R Albrecht**: scott.albrecht@sgsattorneys.com; jackie.nguyen@sgsattorneys.com
- Attorneys for Creditor Korth Direct Mortgage, Inc.: **Tanya Behnam**: tbehnam@polsinelli.com, tanyabehnam@gmail.com; ccripe@polsinelli.com; ladocketing@polsinelli.com
- Attorneys for Creditor Los Angeles County Treasurer and Tax Collector: **Jacquelyn H Choi**: jacquelyn.choi@rimonlaw.com; docketingsupport@rimonlaw.com
- Attorneys for Creditor United States of America on behalf of the Internal Revenue Service: **Robert F Conte**: robert.conte@usdoj.gov; caseview.ecf@usdoj.gov; usacac.tax@usdoj.gov
- Courtesy NEF/Interested Party: **Christopher Cramer**: secured@becket-lee.com
- Attorneys for Creditor Archway Real Estate Income Fund I SPE I, LLC: **Michael G. Fletcher, Bruce D. Poltrock, Paige Selina Poupart, Gerrick Warrington**: mfletcher@frandzel.com; ppoupart@franddzel.com; gwarrington@frandzel.com; bpoltrock@frandzel.com; sking@frandzel.com; achase@frandzel.com
- Attorneys for Creditor Wells Fargo National Bank West: **Todd S Garan**: ch11ecf@aldridgepite.com; TSG@ecf.inforuptcy.com; tgaran@aldridgepite.com
- Attorneys for Creditor Los Angeles County Treasurer and Tax Collector: **Richard Girgado**: rgirgado@counsel.lacounty.gov
- Attorneys for Creditor Harvest Small Business Finance, LLC: **Jacqueline L James**: jjames@hrhlaw.com
- Courtesy NEF/Interested Party Avi Muhtar: **Avi Edward Muhtar**: amuhtar@eaccidents.com
- Attorneys for Creditor Wells Fargo Bank, N.A.: **Jennifer C Wong**: bknotice@mccartyholthus.com; jwong@ecf.courtdrive.com
- US Trustee's Office: ustpregion16.la.ecf@usdoj.gov; **Kelly L. Morrison**: Kelly.l.morrison@usdoj.gov
- 

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 3    **F 9021-1.2.BK.NOTICE.LODGMENT**