United States Bankruptcy Court

Central District of California

In re:  Case No. 24-12079-VZ
Seaton Investments, LLC  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2      User: admin      Page 1 of 3
Date Rcvd: Oct 24, 2024      Form ID: pdf042      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Seaton Investments, LLC, 264 S Oakhurst Dr, Beverly Hills, CA 90212-3504 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Avi Edward Muhtar | on behalf of Interested Party Avi Muhtar amuhtar@crownandstonelaw.com |
| Bruce D Poltrock | on behalf of Creditor Archway Real Estate Income Fund I SPE I LLC bpoltrock@frandzel.com, achase@frandzel.com |
| Carol Chow | on behalf of Debtor Alan Gomperts Carol.Chow@saul.com hannah.richmond@saul.com,easter.santamaria@saul.com |
| Carol Chow | on behalf of Debtor Susan Halevy Carol.Chow@saul.com hannah.richmond@saul.com,easter.santamaria@saul.com |
| Carol Chow | on behalf of Debtor Daniel Halevy Carol.Chow@saul.com hannah.richmond@saul.com,easter.santamaria@saul.com |
| Christopher Cramer | on behalf of Interested Party Courtesy NEF secured@becket-lee.com |

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 2 of 3 |
| Date Rcvd: Oct 24, 2024 | Form ID: pdf042 | Total Noticed: 1 |

Derrick Talerico
on behalf of Debtor Broadway Avenue Investments LLC dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

Derrick Talerico
on behalf of Interested Party Susan Halevy dtalerico@wztslaw.com maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

Derrick Talerico
on behalf of Debtor SLA Investments LLC dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

Derrick Talerico
on behalf of Debtor Colyton Investments LLC dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

Derrick Talerico
on behalf of Interested Party Daniel Halevy dtalerico@wztslaw.com maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

Derrick Talerico
on behalf of Debtor Negev Investments LLC dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

Derrick Talerico
on behalf of Debtor Seaton Investments LLC dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

Gerrick Warrington
on behalf of Creditor Archway Broadway Loan SPE LLC gwarrington@frandzel.com, achase@frandzel.com

Gerrick Warrington
on behalf of Creditor Archway real estate income fund gwarrington@frandzel.com achase@frandzel.com

Gerrick Warrington
on behalf of Creditor Archway Broadway Loan SPE LLC, fka Archway Real Estate Income Fund I REIT, LLC gwarrington@frandzel.com, achase@frandzel.com

Gerrick Warrington
on behalf of Plaintiff Archway Broadway Loan SPE LLC, a Delaware limited liability company gwarrington@frandzel.com, achase@frandzel.com

Gerrick Warrington
on behalf of Creditor Archway Real Estate Income Fund I SPE I LLC gwarrington@frandzel.com, achase@frandzel.com

Jacqueline L James
on behalf of Interested Party Harvest Small Business Finance LLC jjames@hrhlaw.com

Jacqueline L James
on behalf of Creditor Harvest Small Business Finance LLC jjames@hrhlaw.com

Jacquelyn H Choi
on behalf of Creditor LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR jacquelyn.choi@rimonlaw.com docketingsupport@rimonlaw.com

Jennifer C Wong
on behalf of Interested Party Courtesy NEF bknotice@mccarthyholthus.com jwong@ecf.courtdrive.com

Jennifer C Wong
on behalf of Creditor Wells Fargo Bank N.A. bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

Kelly L Morrison
on behalf of U.S. Trustee United States Trustee (LA) kelly.l.morrison@usdoj.gov

Michael G Fletcher
on behalf of Creditor Archway Real Estate Income Fund I SPE I LLC mfletcher@frandzel.com, sking@frandzel.com

Michael G Fletcher
on behalf of Creditor Archway real estate income fund mfletcher@frandzel.com sking@frandzel.com

Michael G Fletcher
on behalf of Creditor Archway Broadway Loan SPE LLC, fka Archway Real Estate Income Fund I REIT, LLC mfletcher@frandzel.com, sking@frandzel.com

Michael G Fletcher
on behalf of Plaintiff Archway Broadway Loan SPE LLC, a Delaware limited liability company mfletcher@frandzel.com, sking@frandzel.com

Paige Selina Poupart
on behalf of Creditor Archway Real Estate Income Fund I SPE I LLC ppoupart@frandzel.com, achase@frandzel.com

Paige Selina Poupart
on behalf of Plaintiff Archway Broadway Loan SPE LLC, a Delaware limited liability company ppoupart@frandzel.com,

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Oct 24, 2024 | Form ID: pdf042 | Total Noticed: 1 |

achase@frandzel.com

Paige Selina Poupart
    on behalf of Creditor Archway Broadway Loan SPE LLC, fka Archway Real Estate Income Fund I REIT, LLC ppoupart@frandzel.com, achase@frandzel.com

Richard Girgado
    on behalf of Creditor LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR rgirgado@counsel.lacounty.gov

Robert F Conte
    on behalf of Creditor United States of America on behalf of Internal Revenue Service robert.conte@usdoj.gov caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov

Ryan Coy
    on behalf of Interested Party Alan Gomperts ryan.coy@saul.com hannah.richmond@saul.com

Ryan Coy
    on behalf of Interested Party Courtesy NEF ryan.coy@saul.com hannah.richmond@saul.com

Ryan Coy
    on behalf of Interested Party Daniel Halevy ryan.coy@saul.com hannah.richmond@saul.com

Ryan Coy
    on behalf of Interested Party Susan Halevy ryan.coy@saul.com hannah.richmond@saul.com

Scott R Albrecht
    on behalf of Creditor First Foundation Bank salbrecht@gsaattorneys.com jackie.nguyen@sgsattorneys.com

Tanya Behnam
    on behalf of Creditor Korth Direct Mortgage Inc. tbehnam@polsinelli.com tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com

Todd S. Garan
    on behalf of Creditor Wells Fargo National Bank West ch11ecf@aldridgepite.com TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

Todd S. Garan
    on behalf of Interested Party Courtesy NEF ch11ecf@aldridgepite.com TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

Turner Falk
    on behalf of Debtor Susan Halevy turner.falk@saul.com tnfalk@recap.email

Turner Falk
    on behalf of Debtor Alan Gomperts turner.falk@saul.com tnfalk@recap.email

Turner Falk
    on behalf of Interested Party Susan Halevy turner.falk@saul.com tnfalk@recap.email

Turner Falk
    on behalf of Interested Party Daniel Halevy turner.falk@saul.com tnfalk@recap.email

Turner Falk
    on behalf of Debtor Daniel Halevy turner.falk@saul.com tnfalk@recap.email

United States Trustee (LA)
    ustpregion16.la.ecf@usdoj.gov

Zev Shechtman
    on behalf of Interested Party Susan Halevy Zev.Shechtman@saul.com zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com

Zev Shechtman
    on behalf of Debtor Daniel Halevy Zev.Shechtman@saul.com zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com

Zev Shechtman
    on behalf of Interested Party Alan Gomperts Zev.Shechtman@saul.com zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com

Zev Shechtman
    on behalf of Debtor Susan Halevy Zev.Shechtman@saul.com zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com

Zev Shechtman
    on behalf of Debtor Alan Gomperts Zev.Shechtman@saul.com zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com

Zev Shechtman
    on behalf of Interested Party Courtesy NEF Zev.Shechtman@saul.com zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com

Zev Shechtman
    on behalf of Interested Party Daniel Halevy Zev.Shechtman@saul.com zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com

TOTAL: 54

Derrick Talerico (SBN 223763)
dtalerico@wztslaw.com
David B. Zolkin (SBN 155410)
dzolkin@wztslaw.com
WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 Wilshire Boulevard, Suite 730
Los Angeles, CA 90025
Telephone: (424) 500-8552

**FILED & ENTERED**

**OCT 24 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY carranza   DEPUTY CLERK**

*Attorneys for Debtors and Debtors*
*in Possession, Seaton Investments, LLC,*
*Colyton Investments, LLC, Broadway Avenue Investments, LLC,*
*SLA Investments, LLC, and Negev Investments, LLC*

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Lead Case No. 2:24-bk-12079-VZ |
| SEATON INVESTMENTS, LLC, *et al.*, | Jointly Administered with Case Nos.: 2:24-bk-12080-VZ; 2:24-bk-12081-VZ; 2:24-bk-12082-VZ; 2:24-bk-12091-VZ; 2:24-bk-12074-VZ; 2:24-bk-12075-VZ and 2:24-12076-VZ |
| Debtors and Debtors In Possession. | |
| ☐ Affects All Debtors. | Chapter 11 |
| ☒ Affects Seaton Investments, LLC | **ORDER GRANTING SEATON INVESTMENTS, LLC'S OBJECTION TO CLAIM NO. 2 OF WELLS FARGO BANK, N.A.** |
| ☐ Affects Colyton Investments, LLC | |
| ☐ Affects Broadway Avenue Investments, LLC | |
| ☐ Affects SLA Investments, LLC | Hearing: |
| ☐ Affects Negev Investments, LLC | Date:       September 10, 2024 |
| ☒ Affects Alan Gomperts | Time:      11:00 a.m. |
| ☒ Affects Daniel Halevy | Courtroom: 1368 |
| ☒ Affects Susan Halevy | 255 East Temple St. |
| | Los Angeles, CA 90012 |
| | Judge:      Hon. Vincent Zurzolo |

On September 10, 2024, at 11:00 a.m., the Court held a hearing (the "Hearing") on the *Objection to Claim No. 2 of Wells Fargo Bank, N.A.* (the "Objection") [Doc. No. 147] filed by Seaton

Investments, LLC ("Seaton"), one of the debtors and debtors-in-possession in the pending jointly administered chapter 11 bankruptcy cases herein, to Claim No. 2-1 (the "WFB Claim") filed by Wells Fargo Bank, N.A. ("WFB") on May 1, 2024.  Appearances at the Hearing were as noted on the record.

The Court considered the Objection, the *Response to Objection to Proof of Claim Number 2*-1 (the "Response") [Doc. No. 179] filed by WFB, and the arguments and representations of counsel at the Hearing.  At the hearing, the parties agreed that the WFB Claim should have been filed on the Claims Register for the case of Alan Gomperts (Case No. 2:24-bk-12074-VZ).

Based on the findings and conclusions made at the hearing, **IT IS ORDERED:**

1. Seaton's Objection to the WFB Claim is **granted**.

2. WFB may file is proof of claim on the claims register for the case of Alan Gomperts. pursuant to the instructions found in the Notice of Joint Administration, docket #25, page 2, paragraph 4.

###

Date: October 24, 2024

Vincent P. Zurzolo
United States Bankruptcy Judge