Derrick Talerico (State Bar No. 223763)
dtalerico@wztslaw.com
David B. Zolkin (State Bar No. 155410
dzolkin@wztslaw.com
WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 Wilshire Boulevard, Suite 730
Los Angeles, CA 90025
Telephone: (424) 500-8552

Counsel to Broadway Avenue Investments, LLC

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>SEATON INVESTMENTS, LLC, *et al.*,<br><br>Debtors and Debtors In Possession.<br><br>☐ Affects All Debtors.<br>☐ Affects Seaton Investments, LLC<br>☐ Affects Colyton Investments, LLC<br>☒ Affects Broadway Avenue Investments, LLC<br>☐ Affects SLA Investments, LLC<br>☐ Affects Negev Investments, LLC<br>☐ Affects Alan Gomperts<br>☐ Affects Daniel Halevy<br>☐ Affects Susan Halevy | Lead Case No. 2:24-bk-12079-VZ<br><br>Jointly Administered with Case Nos.:<br>2:24-bk-12080-VZ; 2:24-bk-12081-VZ;<br>2:24-bk-12082-VZ; 2:24-bk-12091-VZ;<br>2:24-bk-12074-VZ; 2:24-bk-12075-VZ and<br>2:24-bk-12076-VZ<br><br>Chapter 11<br><br>**AMENDED DECLARATION OF STEVE BOMBOLA IN SUPPORT OF MOTION OF DEBTOR AND DEBTOR IN POSSESSION BROADWAY AVENUE INVESTMENTS, LLC FOR ORDER AUTHORIZING DEBTOR TO ENTER INTO POST-PETITION LEASE**<br><br>Hearing:<br>Date:        November 19, 2024<br>Time:       11:00 a.m.<br>Courtroom: 1368<br>                  255 E. Temple Street<br>                  Los Angeles, CA 90012 |

-1-
AMENDED DECLARATION OF STEVE BOMBOLA IN SUPPORT OF MOTION TO ENTER INTO LEASE

# DECLARATION OF STEVE BOMBOLA

I, Steve Bombola, hereby declare as follows:

1. I make this declaration in support of the Debtor's *Motion for Order Authorizing Debtor to Enter into Post-Petition Lease* (the "Motion"). Terms not defined herein shall have the same meanings ascribed to them in the Motion.

2. I am the managing member of Zenith Healthcare Management, LLC ("Zenith"). Zenith is in the business of providing management services to healthcare providers. I have been in the business of providing management services for 4 years. If the Lease is approved by the Bankruptcy Court, Zenith will manage the medical and social services to be provided at the Property, handling all financial aspects of the operations (provided by Levav Group, LLC) including on-site management of personnel, reimbursements from state and federal insurance or other sources of reimbursement for the services to be provided by Levav Group at the Property.

3. Zenith is committed to being a co-tenant on the lease attached as Exhibit A to the Motion (the "Lease"), subject only to the approval of the Bankruptcy Court of the Lease and the $4 million DIP Loan brought by separate motion to the Bankruptcy Court. Zenith's commitment as a tenant is not contingent upon the application or approval of grants, subsidies, and other government and NGO incentives that may be applied for in connection with the provision of medical and social services at the Property.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on  10/23/2024  , at  newport beach, ca  .

DocuSigned by:
*steve bombola*
3DD54ABDA7E741D...
STEVE BOMBOLA

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

**DECLARATION VERIFYING SOFTWARE GENERATED SIGNATURE(S)**
*(Attach this declaration immediately after the signature page of any document that is being Filed and that contains a Software Generated Signature, as those terms are defined in LBR 9011-1(b).)*

I, *(print name of declarant)* Derrick Talerico, declare as follows:

1. I have personal knowledge of the matters set forth in this declaration and, if called upon to testify, I could and would testify competently hereto. I am over 18 years of age.

2. I am an attorney admitted to practice in this district, or alternatively I am an attorney who has been granted leave to appear pro hac vice per LBR 2090-1.

3. As set forth in the table below, either–
    a. Oral verification: I have obtained oral verification from the following person(s), whose Software Generated Signature (as defined in LBR 9011-1(b)(4)(B)) appear(s) on the accompanying document, that the signer intended to sign this document electronically, or alternatively
    b. Explanation: I provide the following explanation why no such verification is provided (*e.g.,* that the signer is represented by a different attorney who will provide a separate declaration confirming their client's oral verification):

|   | Name of signer | Date of oral* verification | -OR-  Explanation why no verification is provided |
|---|---|---|---|
| 1. | Steve Bombola | 10/23/2024 | ☐ See explanation below. |
| 2. |  |  | ☐ See explanation below. |
| 3. |  |  | ☐ See explanation below. |
| 4. |  |  | ☐ See explanation below. |
| 5. |  |  | ☐ See explanation below. |

Explanation(s) *(if applicable)*:

☐ see attached continuation sheet

*Verification must be oral. For the avoidance of doubt, verification must be oral, and any written verification is insufficient even if it includes a purported holographic signature, so as to protect against persons who might have access to the hardware and software of the alleged signer and could use such access to create (A) false Software Generated Signatures and (B) false images of holographic signatures purporting to verify those electronic signatures. *See* LBR 9011-1(b)(4)(B).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/24/2024 | Derrick Talerico | /s/ Derrick Talerico |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*October 2024*    Page 1    **F 9011-1.SIGNATURE.VERIF.DEC**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
11766 Wilshire Blvd, Suite 730, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled (*specify*): **AMENDED DECLARATION OF STEVE BOMBOLA IN SUPPORT OF MOTION OF DEBTOR AND DEBTOR IN POSSESSION BROADWAY AVENUE INVESTMENTS, LLC FOR ORDER AUTHORIZING DEBTOR TO ENTER INTO POST-PETITION LEASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) October 28, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See attached NEF Service List

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 10/28/2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

See attached US Mail service list

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) October 28, 2024, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Vincent Zurzolo          (via Priority Mail)
United States Bankruptcy Court
255 E Temple St Suite 1360
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 28, 2024 | Martha E. Araki | /s/ Martha E. Araki |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                    **F 9013-3.1.PROOF.SERVICE**

Seaton Investments, LLC – Jointly Administered

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Attorneys for Corporate Debtors Seaton Investment, LLC, Colyton Investments, LLC, Broadway Avenue Investments, LLC, Negev Investments, LLC, SLA Investments, LCC.: **Derrick Talerico**: dtalerico@wztslaw.com; maraki@wztslaw.com; sfritz@wztslaw.com; admin@wztslaw.com
- Attorneys for Individual Debtors Alan Gomperts, Daniel Halevy, Susan Haley: **Zev Shechtman, Carol Chow, Turner Falk, Ryan Coy**: zev.shechtman@saul.com; zshechtman@ecf.inforuptcy.com; carol.chow@saul.com; easter.santamaria@saul.com; turner.falk@saul.com; ryan.coy@saul.com
- Attorneys for Creditor First Foundation Bank: **Scott R Albrecht**: scott.albrecht@sgsattorneys.com; jackie.nguyen@sgsattorneys.com
- Attorneys for Creditor Korth Direct Mortgage, Inc.: **Tanya Behnam**: tbehnam@polsinelli.com, tanyabehnam@gmail.com; ccripe@polsinelli.com; ladocketing@polsinelli.com
- Attorneys for Creditor Los Angeles County Treasurer and Tax Collector: **Jacquelyn H Choi**: jacquelyn.choi@rimonlaw.com; docketingsupport@rimonlaw.com
- Attorneys for Creditor United States of America on behalf of the Internal Revenue Service: **Robert F Conte**: robert.conte@usdoj.gov; caseview.ecf@usdoj.gov; usacac.tax@usdoj.gov
- Courtesy NEF/Interested Party: **Christopher Cramer**: secured@becket-lee.com
- Attorneys for Creditor Archway Real Estate Income Fund I SPE I, LLC: **Michael G. Fletcher, Bruce D. Poltrock, Paige Selina Poupart, Gerrick Warrington**: mfletcher@frandzel.com; ppoupart@franddzel.com; gwarrington@frandzel.com; bpoltrock@frandzel.com; sking@frandzel.com; achase@frandzel.com
- Attorneys for Creditor Wells Fargo National Bank West: **Todd S Garan**: ch11ecf@aldridgepite.com; TSG@ecf.inforuptcy.com; tgaran@aldridgepite.com
- Attorneys for Creditor Los Angeles County Treasurer and Tax Collector: **Richard Girgado**: rgirgado@counsel.lacounty.gov
- Attorneys for Creditor Harvest Small Business Finance, LLC: **Jacqueline L James**: jjames@hrhlaw.com
- Courtesy NEF/Interested Party Avi Muhtar: **Avi Edward Muhtar**: amuhtar@eaccidents.com
- Attorneys for Creditor Wells Fargo Bank, N.A.: **Jennifer C Wong**: bknotice@mccartyholthus.com; jwong@ecf.courtdrive.com
- US Trustee's Office: ustpregion16.la.ecf@usdoj.gov; **Kelly L. Morrison**: Kelly.l.morrison@usdoj.gov

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                          **F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0973-2<br>Case 2:24-bk-12081-VZ<br>Central District of California<br>Los Angeles<br>Mon Oct 28 14:54:26 PDT 2024 | ~~Archway Broadway Loan SPE, LLC~~<br>~~Frandzel Robins Bloom & Csato, L.C.~~<br>~~c/o Michael Gerard Fletcher~~<br>~~1000 Wilshire Blvd., 19th Fl.~~<br>~~Los Angeles, CA 90017-2457~~  NEF PARTY | Broadway Avenue Investments, LLC<br>264 S. Oakhurst Dr<br>Beverly Hills, CA 90212-3504 |
| Los Angeles Division<br>255 East Temple Street,<br>Los Angeles, CA 90012-3332 | 802 Mateo Street LLC<br>Attn Daniel Halevy<br>802 Mateo St<br>Los Angeles, CA 90021-1712 | Alan D Gomperts<br>264 S Oakhurst Dr<br>Beverly Hills, CA 90212-3504 |
| Alta Fire Pro<br>PO Box 7007<br>Mission Hills, CA 91346-7007 | ~~Archway Broadway Loan SPE, LLC~~<br>~~c/o Michael Fletcher~~<br>~~Frandzel Robins Bloom & Csato, L.C.~~<br>~~1000 Wilshire Blvd., 19th Fl~~<br>~~Los Angeles, CA 90017-2457~~  NEF PARTY | Archway Real Estate Income<br>Fund I SPE I, LLC<br>10100 Santa Monica Blvd Ste 500<br>Los Angeles, CA 90067-4121 |
| ~~Archway Real Estate Income Fund I REIT, LLC~~<br>~~Michael Gerard Fletcher~~<br>~~c/o FRANDZEL ROBINS BLOOM & CSATO, L.C~~<br>~~1000 Wilshire Boulevard, 19th Floor~~<br>~~Los Angeles, California 90017-2457~~  NEF PARTY | CA Dept of Tax and Fee Admin<br>Account Info Group MIC29<br>PO Box 942879<br>Sacramento, CA 94279-0029 | California Refrigeration & Supply<br>1926 Glendon Ave Apt 4<br>Los Angeles, CA 90025-4661 |
| Capital One<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Commune Events Inc<br>802 Mateo St<br>Los Angeles, CA 90021-1712 | Daniel Halevy<br>257 S Linden Dr<br>Beverly Hills, CA 90212-3704 |
| Employment Development Dept<br>Bankruptcy Group MIC 92E<br>PO Box 826880<br>Sacramento, CA 94280-0001 | Franchise Tax Board<br>Bankruptcy Section MS A-340<br>PO Box 2952<br>Sacramento, CA 95812-2952 | Gomperts and Halevy Family Trust<br>264 Oakhurst Dr<br>Beverly Hills, CA 90212-3504 |
| Halevy Family Trust<br>Dated September 6 2010<br>257 S Linden Dr<br>Beverly Hills, CA 90212-3704 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Joshua Mogin Esq<br>Thompson Coburn LLP<br>10100 Santa Monica Blvd Ste 500<br>Los Angeles, CA 90067-4121 |
| (p)LOS ANGELES COUNTY TREASURER AND TAX COLLE<br>ATTN BANKRUPTCY UNIT<br>PO BOX 54110<br>LOS ANGELES CA 90054-0110 | Mark Berkowitz<br>5850 Canoga Ave<br>Woodland Hills, CA 91367-6505 | Mordechai Miky Acoca<br>1926 Glendon Ave #4<br>Los Angeles, CA 90025-4661 |
| RG Fire Inc<br>8721 Laurel Canyon Blvd<br>Sun Valley, CA 91352-2919 | Seaton Investments LLC<br>264 S Oakhurst Dr<br>Beverly Hills, CA 90212-3504 | Sharon Gomperts<br>264 S Oakhurst Dr<br>Beverly Hills, CA 90212-3504 |
| Sienna Rose Inc<br>433 Colyton St<br>Los Angeles, CA 90013-2210 | (p)SOUTHERN CALIFORNIA EDISON COMPANY<br>1551 W SAN BERNARDINO ROAD<br>COVINA CA 91722-3407 | Sue Halevy<br>257 S Linden Dr<br>Beverly Hills, CA 90212-3704 |

United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560
 NEF PARTY

Derrick Talerico
Weintraub Zolkin Talerico & Selth LLP
11766 Wilshire Blvd
Suite 730
Los Angeles, CA 90025-6577
 FILING ATTORNEY