| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Derrick Talerico (SBN 223763)<br>David B. Zolkin (SBN 155410)<br>WEINTRAUB ZOLKIN TALERICO & SELTH LLP<br>11766 Wilshire Blvd., Suite 730<br>Los Angeles, CA 90025<br>Telephone: 424-500-8552<br>Email: dtalerico@wztslaw.com<br>        dzolkin@wztslaw.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* BROADWAY AVENUE INVESTMENTS, LLC | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>SEATON INVESTMENTS, LLC, *et al.*, | CASE NO.: 2:24-bk-12079-VZ (Jointly Administered)<br>CHAPTER: 11 |
|---|---|
| ___ Affects all Debtors.<br>___ Affects Seaton Investments, LLC (2:24-bk-12079-VZ)<br>___ Affects Colyton Investments, LLC (2:24-bk-12080-VZ)<br>_X_ Affects Broadway Avenue Investments, LLC<br>___ Affects SLA Investments, LLC (2:24-bk-12082-VZ)<br>___ Affects Negev Investments, LLC (2:24-bk-12091-VZ)<br>___ Affects Alan Gomperts (2:24-bk-12074-VZ)<br>___ Affects Daniel Halevy<br>___ Affects Susan Halevy (2:24-bk-12076-VZ)   Debtor(s). | **AMENDED STATEMENT REGARDING CASH COLLATERAL OR DEBTOR IN POSSESSION FINANCING [FRBP 4001; LBR 4001-2]**<br><br>DATE: November 19, 2024<br>TIME: 11:00 a.m.<br>COURTROOM: 1368<br>ADDRESS:   255 East Temple Street<br>                     Los Angeles, CA 90012 |

Secured party(ies): Archway Capital

The Debtor has requested the approval of either (1) a motion for use of cash collateral, or postpetition financing, or both, or (2) through a separately-filed motion, a stipulation providing for the use of cash collateral, or postpetition financing, or both. The proposed form of order on the motion or the stipulation contains the following provisions or findings of fact:

| **Disclosures Tracking FRBP 4001(c)(1)(B)(i) through (xi) and (d)(1)(B)** | **Page No.:** | **Line No. (if applicable)** |
|---|---|---|
| ☒ (i): "[A] grant of priority or a lien on property of the estate under § 364(c) or (d)" | 6 | 6-24 |
| ☐ (ii): "[T]he providing of adequate protection or priority for a claim that arose before the commencement of the case, including the granting of a lien on property of the estate to secure the claim, or the use of property of the estate or credit obtained under § 364 to make cash payments on account of the claim"<br>    ☐ Cross-collateralization, *i.e.*, clauses that secure prepetition debt by postpetition assets in which the secured party would not otherwise have a security interest by virtue of its prepetition security agreement or applicable law<br>    ☐ Roll-up, *i.e.*, provisions deeming prepetition debt to be postpetition debt or using postpetition loans from a prepetition secured party to pay part or all of that secured party's prepetition debt, other than as provided in § 552(b) | | |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*  Page 1  **F 4001-2.STMT.FINANCE**

| | | | |
|---|---|---|---|
| | *Continued from page 1*<br>☐ Grant a replacement lien in an amount in excess of the dollar amount of the lien on cash collateral as of the petition date | | |
| ☐ | (iii): "[A] determination of the validity, enforceability, priority, or amount of a claim that arose before the commencement of the case, or of any lien securing the claim" | | |
| ☐ | (iv): "[A] waiver or modification of Code provisions or applicable rules relating to the automatic stay"<br>☐ Automatic relief from the automatic stay upon occurrence of certain events. | | |
| ☐ | (v): "[A] waiver or modification of any entity's authority or right to file a plan, seek an extension of time in which the debtor has the exclusive right to file a plan, request the use of cash collateral under § 363(c), or request authority to obtain credit under § 364" | | |
| ☐ | (vi): "[T]he establishment of deadlines for filing a plan of reorganization, for approval of a disclosure statement, for a hearing on confirmation, or for entry of a confirmation order" | | |
| ☐ | (vii): "[A] waiver or modification of the applicability of nonbankruptcy law relating to the perfection of a lien on property of the estate, or on the foreclosure or other enforcement of the lien" | | |
| ☐ | (viii): "[A] release, waiver, or limitation on any claim or other cause of action belonging to the estate or the trustee, including any modification of the statute of limitations or other deadline to commence an action" | | |
| ☐ | (ix): "[T]he indemnification of any entity" | | |
| ☐ | (x): "[A] release, waiver, or limitation of any right under § 506(c)"<br>☐ The granting of any lien on any claim or cause of action arising under § 506(c) | | |
| ☐ | (xi): "The granting of any lien on any claim or cause of action arising under §§ 544, 545, 547, 548, 549, 553(b), 723(a), or 724(a)" | | |
| | **Additional Disclosures Required by LBR 4001-2** | **Page No.:** | **Line No. (if applicable)** |
| ☐ | With respect to a professional fee carve out, disparate treatment for professionals retained by a creditors' committee from that provided for the professionals retained by the debtor | | |
| ☐ | Pay down prepetition principal owed to a creditor | | |
| ☐ | Findings of fact on matters extraneous to the approval process | | |

10/28/2024      Derrick Talerico                          /s/ Derrick Talerico
*Date*          *Printed Name*                            *Signature*

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*                         Page 2                          **F 4001-2.STMT.FINANCE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
11766 Wilshire Blvd., Suite 730, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled: **STATEMENTREGARDING CASH COLLATERAL OR DEBTOR IN POSSESSION FINANCING [FRBP 4001; LBR 4001-2]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 10/28/2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See attached NEF Service List

[X] Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 10/28/2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

See attached U.S. Mail service list

[X] Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 10/28/2024, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Vincent Zurzolo    (via Priority Mail)
United States Bankruptcy Court
255 E. Temple St, Suite 1360
Los Angeles, CA 90012

[ ] Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/28/2024 | Martha E. Araki | /s/ Martha E. Araki |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 3    **F 4001-2.STMT.FINANCE**

Seaton Investments, LLC – Jointly Administered

**1**. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

- <u>Attorneys for Corporate Debtors Seaton Investment, LLC, Colyton Investments, LLC, Broadway Avenue Investments, LLC, Negev Investments, LLC, SLA Investments, LCC.</u>: **Derrick Talerico**: dtalerico@wztslaw.com; maraki@wztslaw.com; sfritz@wztslaw.com; admin@wztslaw.com
- <u>Attorneys for Individual Debtors Alan Gomperts, Daniel Halevy, Susan Haley</u>: **Zev Shechtman, Carol Chow, Turner Falk, Ryan Coy**: zev.shechtman@saul.com; zshechtman@ecf.inforuptcy.com; carol.chow@saul.com; easter.santamaria@saul.com; turner.falk@saul.com; ryan.coy@saul.com
- <u>Attorneys for Creditor First Foundation Bank</u>: **Scott R Albrecht**: scott.albrecht@sgsattorneys.com; jackie.nguyen@sgsattorneys.com
- <u>Attorneys for Creditor Korth Direct Mortgage, Inc.</u>: **Tanya Behnam**: tbehnam@polsinelli.com, tanyabehnam@gmail.com; ccripe@polsinelli.com; ladocketing@polsinelli.com
- <u>Attorneys for Creditor Los Angeles County Treasurer and Tax Collector</u>: **Jacquelyn H Choi**: jacquelyn.choi@rimonlaw.com; docketingsupport@rimonlaw.com
- <u>Attorneys for Creditor United States of America on behalf of the Internal Revenue Service</u>: **Robert F Conte**: robert.conte@usdoj.gov; caseview.ecf@usdoj.gov; usacac.tax@usdoj.gov
- <u>Courtesy NEF/Interested Party</u>: **Christopher Cramer**: secured@becket-lee.com
- <u>Attorneys for Creditor Archway Real Estate Income Fund I SPE I, LLC</u>: **Michael G. Fletcher, Bruce D. Poltrock, Paige Selina Poupart, Gerrick Warrington**: mfletcher@frandzel.com; ppoupart@franddzel.com; gwarrington@frandzel.com; bpoltrock@frandzel.com; sking@frandzel.com; achase@frandzel.com
- <u>Attorneys for Creditor Wells Fargo National Bank West</u>: **Todd S Garan**: ch11ecf@aldridgepite.com; TSG@ecf.inforuptcy.com; tgaran@aldridgepite.com
- <u>Attorneys for Creditor Los Angeles County Treasurer and Tax Collector</u>: **Richard Girgado**: rgirgado@counsel.lacounty.gov
- <u>Attorneys for Creditor Harvest Small Business Finance, LLC</u>: **Jacqueline L James**: jjames@hrhlaw.com
- <u>Courtesy NEF/Interested Party Avi Muhtar</u>: **Avi Edward Muhtar**: amuhtar@eaccidents.com
- <u>Attorneys for Creditor Wells Fargo Bank, N.A.</u>: **Jennifer C Wong**: bknotice@mccartyholthus.com; jwong@ecf.courtdrive.com
- <u>US Trustee's Office</u>: ustpregion16.la.ecf@usdoj.gov; **Kelly L. Morrison**: Kelly.l.morrison@usdoj.gov

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

```
Label Matrix for local noticing          Archway Broadway Loan SPE, LLC          Broadway Avenue Investments, LLC
0973-2                                   Frandzel Robins Bloom & Csato, L.C.     264 S. Oakhurst Dr
Case 2:24-bk-12081-VZ                    c/o Michael Gerard Fletcher             Beverly Hills, CA 90212-3504
Central District of California           1000 Wilshire Blvd., 19th Fl.
Los Angeles                              Los Angeles, CA 90017-2457   NEF PARTY
Mon Oct 28 14:54:26 PDT 2024

Los Angeles Division                     802 Mateo Street LLC                    Alan D Gomperts
255 East Temple Street,                  Attn Daniel Halevy                      264 S Oakhurst Dr
Los Angeles, CA 90012-3332               802 Mateo St                            Beverly Hills, CA 90212-3504
                                         Los Angeles, CA 90021-1712

Alta Fire Pro                            Archway Broadway Loan SPE, LLC          Archway Real Estate Income
PO Box 7007                              c/o Michael Fletcher                    Fund I SPE I, LLC
Mission Hills, CA 91346-7007             Frandzel Robins Bloom & Csato, L.C.     10100 Santa Monica Blvd Ste 500
                                         1000 Wilshire Blvd., 19th Fl            Los Angeles, CA 90067-4121
                                         Los Angeles, CA 90017-2457   NEF PARTY

Archway Real Estate Income Fund I REIT, LLC   CA Dept of Tax and Fee Admin       California Refrigeration & Supply
Michael Gerard Fletcher                       Account Info Group MIC29           1926 Glendon Ave Apt 4
c/o FRANDZEL ROBINS BLOOM & CSATO, L.C        PO Box 942879                      Los Angeles, CA 90025-4661
1000 Wilshire Boulevard, 19th Floor           Sacramento, CA 94279-0029
Los Angeles, California 90017-2457   NEF PARTY

Capital One                              Commune Events Inc                     Daniel Halevy
PO Box 30285                             802 Mateo St                           257 S Linden Dr
Salt Lake City, UT 84130-0285            Los Angeles, CA 90021-1712             Beverly Hills, CA 90212-3704

Employment Development Dept              Franchise Tax Board                     Gomperts and Halevy Family Trust
Bankruptcy Group MIC 92E                 Bankruptcy Section MS A-340             264 Oakhurst Dr
PO Box 826880                            PO Box 2952                             Beverly Hills, CA 90212-3504
Sacramento, CA 94280-0001                Sacramento, CA 95812-2952

Halevy Family Trust                      Internal Revenue Service                Joshua Mogin Esq
Dated September 6 2010                   PO Box 7346                             Thompson Coburn LLP
257 S Linden Dr                          Philadelphia, PA 19101-7346             10100 Santa Monica Blvd Ste 500
Beverly Hills, CA 90212-3704                                                     Los Angeles, CA 90067-4121

(p)LOS ANGELES COUNTY TREASURER AND TAX COLLE   Mark Berkowitz                   Mordechai Miky Acoca
ATTN BANKRUPTCY UNIT                            5850 Canoga Ave                  1926 Glendon Ave #4
PO BOX 54110                                    Woodland Hills, CA 91367-6505    Los Angeles, CA 90025-4661
LOS ANGELES CA 90054-0110

RG Fire Inc                              Seaton Investments LLC                  Sharon Gomperts
8721 Laurel Canyon Blvd                  264 S Oakhurst Dr                       264 S Oakhurst Dr
Sun Valley, CA 91352-2919                Beverly Hills, CA 90212-3504            Beverly Hills, CA 90212-3504

Sienna Rose Inc                          (p)SOUTHERN CALIFORNIA EDISON COMPANY   Sue Halevy
433 Colyton St                           1551 W SAN BERNARDINO ROAD              257 S Linden Dr
Los Angeles, CA 90013-2210               COVINA CA 91722-3407                    Beverly Hills, CA 90212-3704
```

~~United States Trustee (LA)~~
~~915 Wilshire Blvd, Suite 1850~~
~~Los Angeles, CA 90017-3560~~
 NEF PARTY

~~Derrick Talerico~~
~~Weintraub Zolkin Talerico & Selth LLP~~
~~11766 Wilshire Blvd~~
~~Suite 730~~
~~Los Angeles, CA 90025-6577~~
 FILING ATTORNEY