1  Derrick Talerico (State Bar No. 223763)
   dtalerico@wztslaw.com
2  David B. Zolkin (State Bar No. 155410
3  dzolkin@wztslaw.com
   WEINTRAUB ZOLKIN TALERICO & SELTH LLP
4  11766 Wilshire Boulevard, Suite 730
   Los Angeles, CA 90025
5  Telephone: (424) 500-8552

6
   Counsel to Broadway Avenue Investments, LLC
7

8  **UNITED STATES BANKRUPTCY COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

10

| In re:<br><br>SEATON INVESTMENTS, LLC, *et al.*,<br><br>Debtors and Debtors In Possession.<br><br>☐ Affects All Debtors.<br>☐ Affects Seaton Investments, LLC<br>☐ Affects Colyton Investments, LLC<br>☒ Affects Broadway Avenue Investments, LLC<br>☐ Affects SLA Investments, LLC<br>☐ Affects Negev Investments, LLC<br>☐ Affects Alan Gomperts<br>☐ Affects Daniel Halevy<br>☐ Affects Susan Halevy | Lead Case No. 2:24-bk-12079-VZ<br><br>Jointly Administered with Case Nos.:<br>2:24-bk-12080-VZ; 2:24-bk-12081-VZ;<br>2:24-bk-12082-VZ; 2:24-bk-12091-VZ;<br>2:24-bk-12074-VZ; 2:24-bk-12075-VZ and<br>2:24-bk-12076-VZ<br><br>Chapter 11<br><br>**AMENDED DECLARATION OF KIRK GILL IN SUPPORT OF MOTION OF DEBTOR AND DEBTOR IN POSSESSION BROADWAY AVENUE INVESTMENTS, LLC FOR ORDER AUTHORIZING DEBTOR TO OBTAIN POST-PETITION FINANCING PURSUANT TO 11 U.S.C. SECTION 364**<br><br>Hearing:<br>Date:       November 19, 2024<br>Time:       11:00 a.m.<br>Courtroom: 1368<br>                  255 E. Temple Street<br>                  Los Angeles, CA 90012 |
|---|---|

-1-
AMENDED DECLARATION OF KIRK GILL IN SUPPORT OF MOTION FOR POST-PETITION FINANCING

# DECLARATION OF KIRK GILL

I, Kirk Gill, hereby declare as follows:

1. I make this declaration in support of the Debtor's *Motion for Order Authorizing Debtor to Obtain Post-Petition Financing* (the "Motion"). Terms not defined herein shall have the same meanings ascribed to them in the Motion.

2. I am a principal with Honor Enterprise Funding LLC ("Honor"). Honor is in the business of providing financial solutions and credit to businesses across a wide range of industries, focusing mostly on loans in the range of $1 to $25 million. Honor has been in the business of brokering loans and direct lending for over 10 years.

3. Honor has been requested to provide a $4 million loan to Broadway to fund its project to develop the building at 737 S. Broadway and fund Broadway's project to provide homeless and transient health and social services (the "DIP Loan").

4. Honor has provided Broadway the term sheet attached hereto as Exhibit A for the DIP Loan (the "Term Sheet"). Honor is prepared to fund the DIP Loan to Debtor upon the Bankruptcy Court's entry of an order approving the material terms of the DIP Loan and execution of a loan agreement that reflects the material terms set forth in the Term Sheet.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on  10/23/2024  , at  City, State  .

*Kirk Gill*
KIRK GILL

**DECLARATION VERIFYING SOFTWARE GENERATED SIGNATURE(S)**
*(Attach this declaration immediately after the signature page of any document that is being Filed and that contains a Software Generated Signature, as those terms are defined in LBR 9011-1(b).)*

I, *(print name of declarant)* __Derrick Talerico_____, declare as follows:

1. I have personal knowledge of the matters set forth in this declaration and, if called upon to testify, I could and would testify competently hereto. I am over 18 years of age.

2. I am an attorney admitted to practice in this district, or alternatively I am an attorney who has been granted leave to appear pro hac vice per LBR 2090-1.

3. As set forth in the table below, either–
   a. Oral verification: I have obtained oral verification from the following person(s), whose Software Generated Signature (as defined in LBR 9011-1(b)(4)(B)) appear(s) on the accompanying document, that the signer intended to sign this document electronically, or alternatively
   b. Explanation: I provide the following explanation why no such verification is provided (*e.g.,* that the signer is represented by a different attorney who will provide a separate declaration confirming their client's oral verification):

|   | Name of signer | Date of oral* verification | -OR-   Explanation why no verification is provided |
|---|---|---|---|
| 1. | Kirk Gill | 10/23/2024 | ☐ See explanation below. |
| 2. |  |  | ☐ See explanation below. |
| 3. |  |  | ☐ See explanation below. |
| 4. |  |  | ☐ See explanation below. |
| 5. |  |  | ☐ See explanation below. |

Explanation(s) *(if applicable)*:

☐ see attached continuation sheet

*Verification must be oral*. For the avoidance of doubt, verification must be oral, and any written verification is insufficient even if it includes a purported holographic signature, so as to protect against persons who might have access to the hardware and software of the alleged signer and could use such access to create (A) false Software Generated Signatures and (B) false images of holographic signatures purporting to verify those electronic signatures. *See* LBR 9011-1(b)(4)(B).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/24/2024 | Derrick Talerico |  |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*October 2024*    Page 1    **F 9011-1.SIGNATURE.VERIF.DEC**

# EXHIBIT A

October 10, 2024

*Term Sheet*

Loan Amount:      $4,000,000
Interest Rate:    14%
Loan Term:        12 Months [With renewal option after 1yr]
Loan Amortization: Interest Only
Borrower:    Broadway Avenue Investments LLC, (the "Debtor")
Co-Obligor:  Zenith Healthcare Management, LLC.
Collateral/Security: Debtor-In-Possession Loan ("DIP Loan")  in the **U.S. Bankruptcy Court Central District of California (Los Angeles) Bankruptcy Petition #: 2:24-bk-12081-VZ**
Priority Lien on all monies paid to the Debtor in the form of grants, subsidies and incentives by the State of California, County of Los Angeles,  City of Los Angeles or any related third party for (i) the tenant improvements of the real property commonly referred to as 737 Broadway, Los Angeles, Ca 90014 (the "Property")  and (ii) all operations conducted on the Property including without limitation in-patient and out-patient behavioral  health therapy and all other related therapies, and programs (the "Government Funds").
Loan Purpose: Tenant Improvements of the Property, administrative expenses, and costs of operation.
 Origination Fee: 6.00% Origination Fee paid to lender at closing.  Due
 Diligence Fee: $10,000
LOI Expiration: This LOI will expire on 11/02/2024 at 5:00pm Pacific.

Main Document    Page 6 of 11

Other Terms and Conditions:

*4 Month interest reserve fully funded at closing
*Monthly interest payments are due on the 1st of each month
*Payments must be made by ACH withdrawal
*Borrower will maintain all required insurance and list the lender as the additional insured
*Lender reserves the right to assign this loan to its affiliates as it desires
*Lender reserves the right to reprice the loan if said loan is not approved by the Bankruptcy Court within 60 days of this LOI
*Borrower to pay all closing costs at closing as stated in the Closing Statement as a debit against the DIP Loan proceeds
*Lender will file a UCC to perfect a security interest on the Government Funds and all equipment or personal property purchased with the Government Funds

Principal, Kirk Gill

_____

Accepted: Honor Enterprise Funding LLC

**By executing this Letter of Interest, you are certifying that all legal action taken against the Borrower has been disclosed in the Borrower's bankruptcy proceedings.**

**By signing this Letter of Interest, borrower acknowledges that lender may use certain information from this loan for advertising purposes. Said information may include, but not be limited to property location, type of property, photographs of property, loan amount, and type/purpose of loan**.

ACCEPTED BY BORROWER:

BROADWAY AVENUE INVESTMENTS, LLC

_____

Alan Gomperts

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
11766 Wilshire Blvd, Suite 730, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled (*specify*): **AMENDED DECLARATION OF KIRK GILL IN SUPPORT OF MOTION OF DEBTOR AND DEBTOR IN POSSESSION BROADWAY AVENUE INVESTMENTS, LLC FOR ORDER AUTHORIZING DEBTOR TO OBTAIN POST-PETITION FINANCING PURSUANT TO 11 U.S.C. SECTION 364** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) October 28, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See attached NEF Service List

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 10/28/2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

See attached US Mail service list

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) October 28, 2024, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Vincent Zurzolo        (via Priority Mail)
United States Bankruptcy Court
255 E Temple St Suite 1360
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 28, 2024 | Martha E. Araki | /s/ Martha E. Araki |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                    **F 9013-3.1.PROOF.SERVICE**

Seaton Investments, LLC – Jointly Administered

**1**. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

- <u>Attorneys for Corporate Debtors Seaton Investment, LLC, Colyton Investments, LLC, Broadway Avenue Investments, LLC, Negev Investments, LLC, SLA Investments, LCC.</u>: **Derrick Talerico**: dtalerico@wztslaw.com; maraki@wztslaw.com; sfritz@wztslaw.com; admin@wztslaw.com
- <u>Attorneys for Individual Debtors Alan Gomperts, Daniel Halevy, Susan Haley</u>: **Zev Shechtman, Carol Chow, Turner Falk, Ryan Coy**: zev.shechtman@saul.com; zshechtman@ecf.inforuptcy.com; carol.chow@saul.com; easter.santamaria@saul.com; turner.falk@saul.com; ryan.coy@saul.com
- <u>Attorneys for Creditor First Foundation Bank</u>: **Scott R Albrecht**: scott.albrecht@sgsattorneys.com; jackie.nguyen@sgsattorneys.com
- <u>Attorneys for Creditor Korth Direct Mortgage, Inc.</u>: **Tanya Behnam**: tbehnam@polsinelli.com, tanyabehnam@gmail.com; ccripe@polsinelli.com; ladocketing@polsinelli.com
- <u>Attorneys for Creditor Los Angeles County Treasurer and Tax Collector</u>: **Jacquelyn H Choi**: jacquelyn.choi@rimonlaw.com; docketingsupport@rimonlaw.com
- <u>Attorneys for Creditor United States of America on behalf of the Internal Revenue Service</u>: **Robert F Conte**: robert.conte@usdoj.gov; caseview.ecf@usdoj.gov; usacac.tax@usdoj.gov
- <u>Courtesy NEF/Interested Party</u>: **Christopher Cramer**: secured@becket-lee.com
- <u>Attorneys for Creditor Archway Real Estate Income Fund I SPE I, LLC</u>: **Michael G. Fletcher, Bruce D. Poltrock, Paige Selina Poupart, Gerrick Warrington**: mfletcher@frandzel.com; ppoupart@franddzel.com; gwarrington@frandzel.com; bpoltrock@frandzel.com; sking@frandzel.com; achase@frandzel.com
- <u>Attorneys for Creditor Wells Fargo National Bank West</u>: **Todd S Garan**: ch11ecf@aldridgepite.com; TSG@ecf.inforuptcy.com; tgaran@aldridgepite.com
- <u>Attorneys for Creditor Los Angeles County Treasurer and Tax Collector</u>: **Richard Girgado**: rgirgado@counsel.lacounty.gov
- <u>Attorneys for Creditor Harvest Small Business Finance, LLC</u>: **Jacqueline L James**: jjames@hrhlaw.com
- <u>Courtesy NEF/Interested Party Avi Muhtar</u>: **Avi Edward Muhtar**: amuhtar@eaccidents.com
- <u>Attorneys for Creditor Wells Fargo Bank, N.A.</u>: **Jennifer C Wong**: bknotice@mccartyholthus.com; jwong@ecf.courtdrive.com
- <u>US Trustee's Office</u>: ustpregion16.la.ecf@usdoj.gov; **Kelly L. Morrison**: Kelly.l.morrison@usdoj.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                **F 9013-3.1.PROOF.SERVICE**

```
Label Matrix for local noticing          ~~Archway Broadway Loan SPE, LLC~~        Broadway Avenue Investments, LLC
0973-2                                   ~~Frandzel Robins Bloom & Csato, L.C.~~   264 S. Oakhurst Dr
Case 2:24-bk-12081-VZ                    ~~c/o Michael Gerard Fletcher~~           Beverly Hills, CA 90212-3504
Central District of California           ~~1000 Wilshire Blvd., 19th Fl.~~
Los Angeles                              ~~Los Angeles, CA 90017-2457~~   NEF PARTY
Mon Oct 28 14:54:26 PDT 2024

Los Angeles Division                     802 Mateo Street LLC                     Alan D Gomperts
255 East Temple Street,                  Attn Daniel Halevy                       264 S Oakhurst Dr
Los Angeles, CA 90012-3332               802 Mateo St                             Beverly Hills, CA 90212-3504
                                         Los Angeles, CA 90021-1712


Alta Fire Pro                            ~~Archway Broadway Loan SPE, LLC~~        Archway Real Estate Income
PO Box 7007                              ~~c/o Michael Fletcher~~                  Fund I SPE I, LLC
Mission Hills, CA 91346-7007             ~~Frandzel Robins Bloom & Csato, L.C.~~   10100 Santa Monica Blvd Ste 500
                                         ~~1000 Wilshire Blvd., 19th Fl~~          Los Angeles, CA 90067-4121
                                         ~~Los Angeles, CA 90017-2457~~   NEF PARTY


~~Archway Real Estate Income Fund I REIT, LLC~~  CA Dept of Tax and Fee Admin     California Refrigeration & Supply
~~Michael Gerard Fletcher~~                      Account Info Group MIC29         1926 Glendon Ave Apt 4
~~c/o FRANDZEL ROBINS BLOOM & CSATO, L.C~~       PO Box 942879                    Los Angeles, CA 90025-4661
~~1000 Wilshire Boulevard, 19th Floor~~          Sacramento, CA 94279-0029
~~Los Angeles, California 90017-2457~~   NEF PARTY


Capital One                              Commune Events Inc                       Daniel Halevy
PO Box 30285                             802 Mateo St                             257 S Linden Dr
Salt Lake City, UT 84130-0285            Los Angeles, CA 90021-1712               Beverly Hills, CA 90212-3704


Employment Development Dept              Franchise Tax Board                      Gomperts and Halevy Family Trust
Bankruptcy Group MIC 92E                 Bankruptcy Section MS A-340              264 Oakhurst Dr
PO Box 826880                            PO Box 2952                              Beverly Hills, CA 90212-3504
Sacramento, CA 94280-0001                Sacramento, CA 95812-2952


Halevy Family Trust                      Internal Revenue Service                 Joshua Mogin Esq
Dated September 6 2010                   PO Box 7346                              Thompson Coburn LLP
257 S Linden Dr                          Philadelphia, PA 19101-7346              10100 Santa Monica Blvd Ste 500
Beverly Hills, CA 90212-3704                                                      Los Angeles, CA 90067-4121


(p)LOS ANGELES COUNTY TREASURER AND TAX COLLE   Mark Berkowitz                    Mordechai Miky Acoca
ATTN BANKRUPTCY UNIT                     5850 Canoga Ave                          1926 Glendon Ave #4
PO BOX 54110                             Woodland Hills, CA 91367-6505            Los Angeles, CA 90025-4661
LOS ANGELES CA 90054-0110


RG Fire Inc                              Seaton Investments LLC                   Sharon Gomperts
8721 Laurel Canyon Blvd                  264 S Oakhurst Dr                        264 S Oakhurst Dr
Sun Valley, CA 91352-2919                Beverly Hills, CA 90212-3504             Beverly Hills, CA 90212-3504


Sienna Rose Inc                          (p)SOUTHERN CALIFORNIA EDISON COMPANY    Sue Halevy
433 Colyton St                           1551 W SAN BERNARDINO ROAD               257 S Linden Dr
Los Angeles, CA 90013-2210               COVINA CA 91722-3407                     Beverly Hills, CA 90212-3704
```

~~United States Trustee (LA)~~
~~915 Wilshire Blvd, Suite 1850~~
~~Los Angeles, CA 90017-3560~~
 NEF PARTY

~~Derrick Talerico~~
~~Weintraub Zolkin Talerico & Selth LLP~~
~~11766 Wilshire Blvd~~
~~Suite 730~~
~~Los Angeles, CA 90025-6577~~
 FILING ATTORNEY