1  Derrick Talerico (State Bar No. 223763)
   dtalerico@wztslaw.com
2  David B. Zolkin (State Bar No. 155410
   dzolkin@wztslaw.com
3  WEINTRAUB ZOLKIN TALERICO & SELTH LLP
4  11766 Wilshire Boulevard, Suite 730
   Los Angeles, CA 90025
5  Telephone: (424) 500-8552

6
7  Counsel to Broadway Avenue Investments, LLC

8              **UNITED STATES BANKRUPTCY COURT**

9      **CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

10

11 | In re:                                        | Lead Case No. 2:24-bk-12079-VZ

12 | SEATON INVESTMENTS, LLC, *et al.*,            | Jointly Administered with Case Nos.:
   |                                                | 2:24-bk-12080-VZ; 2:24-bk-12081-VZ;
13 |      Debtors and Debtors In Possession.       | 2:24-bk-12082-VZ; 2:24-bk-12091-VZ;
   |                                                | 2:24-bk-12074-VZ; 2:24-bk-12075-VZ and
14 |                                                | 2:24-bk-12076-VZ

15 | ☐ Affects All Debtors.                         | Chapter 11
16 | ☐ Affects Seaton Investments, LLC             |
   | ☐ Affects Colyton Investments, LLC            | **AMENDED DECLARATION OF KIRK
17 | ☒ Affects Broadway Avenue Investments, LLC    | GILL IN SUPPORT OF MOTION OF
   |                                                | DEBTOR AND DEBTOR IN
18 | ☐ Affects SLA Investments, LLC                | POSSESSION BROADWAY AVENUE
   | ☐ Affects Negev Investments, LLC              | INVESTMENTS, LLC FOR ORDER
19 |                                                | AUTHORIZING DEBTOR TO
   | ☐ Affects Alan Gomperts                       | OBTAIN POST-PETITION
20 | ☐ Affects Daniel Halevy                        | FINANCING PURSUANT TO 11
21 | ☐ Affects Susan Halevy                         | U.S.C. SECTION 364 (TO CORRECT
   |                                                | SIGNATURE VERIFICATION PAGE)**
22

23                                                  Hearing:
                                                    Date:       November 19, 2024
24                                                  Time:       11:00 a.m.
                                                    Courtroom:    1368
25                                                              255 E. Temple Street
                                                              Los Angeles, CA 90012
26

27

28

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

**WEINTRAUB ZOLKIN TALERICO & SELTH LLP**
**11766 WILSHIRE BLVD., SUITE 730**
**LOS ANGELES, CA 90025**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **DECLARATION OF KIRK GILL**

I, Kirk Gill, hereby declare as follows:

1.      I make this declaration in support of the Debtor's *Motion for Order Authorizing Debtor to Obtain Post-Petition Financing* (the "Motion"). Terms not defined herein shall have the same meanings ascribed to them in the Motion.

2.      I am a principal with Honor Enterprise Funding LLC ("Honor"). Honor is in the business of providing financial solutions and credit to businesses across a wide range of industries, focusing mostly on loans in the range of $1 to $25 million. Honor has been in the business of brokering loans and direct lending for over 10 years.

3.      Honor has been requested to provide a $4 million loan to Broadway to fund its project to develop the building at 737 S. Broadway and fund Broadway's project to provide homeless and transient health and social services (the "DIP Loan").

4.      Honor has provided Broadway the term sheet attached hereto as Exhibit A for the DIP Loan (the "Term Sheet"). Honor is prepared to fund the DIP Loan to Debtor upon the Bankruptcy Court's entry of an order approving the material terms of the DIP Loan and execution of a loan agreement that reflects the material terms set forth in the Term Sheet.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _____10/23/2024_____, at _____City, State_____.

DocuSigned by:

*kirk Gill*

5304340020C3440...

KIRK GILL

**DECLARATION VERIFYING SOFTWARE GENERATED SIGNATURE(S)**
*(Attach this declaration immediately after the signature page of any document that is being Filed and that contains a Software Generated Signature, as those terms are defined in LBR 9011-1(b).)*

I, *(print name of declarant)* Derrick Talerico_____, declare as follows:

1. I have personal knowledge of the matters set forth in this declaration and, if called upon to testify, I could and would testify competently hereto. I am over 18 years of age.

2. I am an attorney admitted to practice in this district, or alternatively I am an attorney who has been granted leave to appear pro hac vice per LBR 2090-1.

3. As set forth in the table below, either–
      a. <u>Oral verification</u>: I have obtained oral verification from the following person(s), whose Software Generated Signature (as defined in LBR 9011-1(b)(4)(B)) appear(s) on the accompanying document, that the signer intended to sign this document electronically, or alternatively
      b. <u>Explanation</u>: I provide the following explanation why no such verification is provided (*e.g.,* that the signer is represented by a different attorney who will provide a separate declaration confirming their client's oral verification):

|  | Name of signer | Date of oral* verification | -OR-   Explanation why no verification is provided |
|---|---|---|---|
| 1. | Kirk Gill | 10/23/2024 | ☐ See explanation below. |
| 2. |  |  | ☐ See explanation below. |
| 3. |  |  | ☐ See explanation below. |
| 4. |  |  | ☐ See explanation below. |
| 5. |  |  | ☐ See explanation below. |

Explanation(s) *(if applicable)*:

☐ see attached continuation sheet

      *<u>Verification must be oral</u>.* For the avoidance of doubt, verification must be oral, and any written verification is insufficient even if it includes a purported holographic signature, so as to protect against persons who might have access to the hardware and software of the alleged signer and could use such access to create (A) false Software Generated Signatures and (B) false images of holographic signatures purporting to verify those electronic signatures. *See* LBR 9011-1(b)(4)(B).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/24/2024 | Derrick Talerico | /s/ Derrick Talerico |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*October 2024*                                     Page 1                              **F 9011-1.SIGNATURE.VERIF.DEC**

# EXHIBIT A

October 10, 2024

*Term Sheet*

Loan Amount:          $4,000,000
Interest Rate:          14%
Loan Term:              12 Months [With renewal option after 1yr]
Loan Amortization: Interest Only
Borrower:     Broadway Avenue Investments LLC, (the "Debtor")
Co-Obligor:  Zenith Healthcare Management, LLC.
Collateral/Security: Debtor-In-Possession Loan ("DIP Loan")  in the **U.S. Bankruptcy Court
Central District of California (Los Angeles) Bankruptcy Petition #: 2:24-bk-12081-VZ**
Priority Lien on all monies paid to the Debtor in the form of grants, subsidies and incentives by the
State of California, County of Los Angeles,  City of Los Angeles or any related third party for (i) the
tenant improvements of the real property commonly referred to as 737 Broadway, Los Angeles, Ca
90014 (the "Property")  and (ii) all operations conducted on the Property including without limitation
in-patient and out-patient behavioral  health therapy and all other related therapies, and programs
(the "Government Funds").
Loan Purpose: Tenant Improvements of the Property, administrative expenses, and costs of
operation.
 Origination Fee: 6.00% Origination Fee paid to lender at closing.  Due
 Diligence Fee: $10,000
LOI Expiration: This LOI will expire on 11/02/2024 at 5:00pm Pacific.

**EXHIBIT A - Page 4**

Other Terms and Conditions:

*4 Month interest reserve fully funded at closing
*Monthly interest payments are due on the 1st of each month
*Payments must be made by ACH withdrawal
*Borrower will maintain all required insurance and list the lender as the additional insured
*Lender reserves the right to assign this loan to its affiliates as it desires
*Lender reserves the right to reprice the loan if said loan is not approved by the Bankruptcy Court within 60 days of this LOI
*Borrower to pay all closing costs at closing as stated in the Closing Statement as a debit against the DIP Loan proceeds
*Lender will file a UCC to perfect a security interest on the Government Funds and all equipment or personal property purchased with the Government Funds

Principal, Kirk Gill

_____

Accepted: Honor Enterprise Funding LLC

**By executing this Letter of Interest, you are certifying that all legal action taken against the Borrower has been disclosed in the Borrower's bankruptcy proceedings.**

**By signing this Letter of Interest, borrower acknowledges that lender may use certain information from this loan for advertising purposes. Said information may include, but not be limited to property location, type of property, photographs of property, loan amount, and type/purpose of loan**.

ACCEPTED BY BORROWER:

BROADWAY AVENUE INVESTMENTS, LLC

_____

Alan Gomperts

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
  11766 Wilshire Blvd, Suite 730, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled (*specify*): **AMENDED DECLARATION OF KIRK GILL IN SUPPORT OF MOTION OF DEBTOR AND DEBTOR IN POSSESSION BROADWAY AVENUE INVESTMENTS, LLC FOR ORDER AUTHORIZING DEBTOR TO OBTAIN POST-PETITION FINANCING PURSUANT TO 11 U.S.C. SECTION 364 (TO CORRECT SIGNATURE VERIFICATION PAGE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) October 29, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:


See attached NEF Service List

☒   Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*)_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐   Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐   Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 29, 2024 | Martha E. Araki | /s/ Martha E. Araki |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                           **F 9013-3.1.PROOF.SERVICE**

Seaton Investments, LLC – Jointly Administered

**1**.  <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

- <u>Attorneys for Corporate Debtors Seaton Investment, LLC, Colyton Investments, LLC, Broadway Avenue Investments, LLC, Negev Investments, LLC, SLA Investments, LCC.</u>: **Derrick Talerico**: dtalerico@wztslaw.com; maraki@wztslaw.com; sfritz@wztslaw.com; admin@wztslaw.com
- <u>Attorneys for Individual Debtors Alan Gomperts, Daniel Halevy, Susan Haley</u>: **Zev Shechtman, Carol Chow, Turner Falk, Ryan Coy**: zev.shechtman@saul.com; zshechtman@ecf.inforuptcy.com; carol.chow@saul.com; easter.santamaria@saul.com; turner.falk@saul.com; ryan.coy@saul.com
- <u>Attorneys for Creditor First Foundation Bank</u>: **Scott R Albrecht**: scott.albrecht@sgsattorneys.com; jackie.nguyen@sgsattorneys.com
- <u>Attorneys for Creditor Korth Direct Mortgage, Inc.</u>: **Tanya Behnam**: tbehnam@polsinelli.com, tanyabehnam@gmail.com; ccripe@polsinelli.com; ladocketing@polsinelli.com
- <u>Attorneys for Creditor Los Angeles County Treasurer and Tax Collector</u>: **Jacquelyn H Choi**: jacquelyn.choi@rimonlaw.com; docketingsupport@rimonlaw.com
- <u>Attorneys for Creditor United States of America on behalf of the Internal Revenue Service</u>: **Robert F Conte**: robert.conte@usdoj.gov; caseview.ecf@usdoj.gov; usacac.tax@usdoj.gov
- <u>Courtesy NEF/Interested Party</u>: **Christopher Cramer**: secured@becket-lee.com
- <u>Attorneys for Creditor Archway Real Estate Income Fund I SPE I, LLC</u>: **Michael G. Fletcher, Bruce D. Poltrock, Paige Selina Poupart, Gerrick Warrington**: mfletcher@frandzel.com; ppoupart@franddzel.com; gwarrington@frandzel.com; bpoltrock@frandzel.com; sking@frandzel.com; achase@frandzel.com
- <u>Attorneys for Creditor Wells Fargo National Bank West</u>: **Todd S Garan**: ch11ecf@aldridgepite.com; TSG@ecf.inforuptcy.com; tgaran@aldridgepite.com
- <u>Attorneys for Creditor Los Angeles County Treasurer and Tax Collector</u>: **Richard Girgado**: rgirgado@counsel.lacounty.gov
- <u>Attorneys for Creditor Harvest Small Business Finance, LLC</u>: **Jacqueline L James**: jjames@hrhlaw.com
- <u>Courtesy NEF/Interested Party Avi Muhtar</u>: **Avi Edward Muhtar**: amuhtar@eaccidents.com
- <u>Attorneys for Creditor Wells Fargo Bank, N.A.</u>: **Jennifer C Wong**: bknotice@mccartyholthus.com; jwong@ecf.courtdrive.com
- <u>US Trustee's Office</u>: ustpregion16.la.ecf@usdoj.gov; **Kelly L. Morrison**: Kelly.l.morrison@usdoj.gov

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                **F 9013-3.1.PROOF.SERVICE**

Label Matrix for local noticing
0973-2
Case 2:24-bk-12081-VZ
Central District of California
Los Angeles
Mon Oct 28 14:54:26 PDT 2024

~~Archway Broadway Loan SPE, LLC~~
~~Frandzel Robins Bloom & Csato, L.C.~~
~~c/o Michael Gerard Fletcher~~
~~1000 Wilshire Blvd., 19th Fl.~~
~~Los Angeles, CA 90017-2457~~  NEF PARTY

Broadway Avenue Investments, LLC
264 S. Oakhurst Dr
Beverly Hills, CA 90212-3504

Los Angeles Division
255 East Temple Street,
Los Angeles, CA 90012-3332

802 Mateo Street LLC
Attn Daniel Halevy
802 Mateo St
Los Angeles, CA 90021-1712

Alan D Gomperts
264 S Oakhurst Dr
Beverly Hills, CA 90212-3504

Alta Fire Pro
PO Box 7007
Mission Hills, CA 91346-7007

~~Archway Broadway Loan SPE, LLC~~
~~c/o Michael Fletcher~~
~~Frandzel Robins Bloom & Csato, L.C.~~
~~1000 Wilshire Blvd., 19th Fl~~
~~Los Angeles, CA 90017-2457~~  NEF PARTY

Archway Real Estate Income
Fund I SPE I, LLC
10100 Santa Monica Blvd Ste 500
Los Angeles, CA 90067-4121

~~Archway Real Estate Income Fund I REIT, LLC~~
~~Michael Gerard Fletcher~~
~~c/o FRANDZEL ROBINS BLOOM & CSATO, L.C~~
~~1000 Wilshire Boulevard, 19th Floor~~
~~Los Angeles, California 90017-2457~~ NEF PARTY

CA Dept of Tax and Fee Admin
Account Info Group MIC29
PO Box 942879
Sacramento, CA 94279-0029

California Refrigeration & Supply
1926 Glendon Ave Apt 4
Los Angeles, CA 90025-4661

Capital One
PO Box 30285
Salt Lake City, UT 84130-0285

Commune Events Inc
802 Mateo St
Los Angeles, CA 90021-1712

Daniel Halevy
257 S Linden Dr
Beverly Hills, CA 90212-3704

Employment Development Dept
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001

Franchise Tax Board
Bankruptcy Section MS A-340
PO Box 2952
Sacramento, CA 95812-2952

Gomperts and Halevy Family Trust
264 Oakhurst Dr
Beverly Hills, CA 90212-3504

Halevy Family Trust
Dated September 6 2010
257 S Linden Dr
Beverly Hills, CA 90212-3704

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Joshua Mogin Esq
Thompson Coburn LLP
10100 Santa Monica Blvd Ste 500
Los Angeles, CA 90067-4121

(p)LOS ANGELES COUNTY TREASURER AND TAX COLLE
ATTN BANKRUPTCY UNIT
PO BOX 54110
LOS ANGELES CA 90054-0110

Mark Berkowitz
5850 Canoga Ave
Woodland Hills, CA 91367-6505

Mordechai Miky Acoca
1926 Glendon Ave #4
Los Angeles, CA 90025-4661

RG Fire Inc
8721 Laurel Canyon Blvd
Sun Valley, CA 91352-2919

Seaton Investments LLC
264 S Oakhurst Dr
Beverly Hills, CA 90212-3504

Sharon Gomperts
264 S Oakhurst Dr
Beverly Hills, CA 90212-3504

Sienna Rose Inc
433 Colyton St
Los Angeles, CA 90013-2210

(p)SOUTHERN CALIFORNIA EDISON COMPANY
1551 W SAN BERNARDINO ROAD
COVINA CA 91722-3407

Sue Halevy
257 S Linden Dr
Beverly Hills, CA 90212-3704

United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560
 NEF PARTY

Derrick Talerico
Weintraub Zolkin Talerico & Selth LLP
11766 Wilshire Blvd
Suite 730
Los Angeles, CA 90025-6577
 FILING ATTORNEY