**Fill in this information to identify the case:**

Debtor Name __**Susan Halevy**_____

United States Bankruptcy Court for the: __**Central**_____ District of **California**
                                                              (State)

Case number: __**2:24-bk-12076-VZ**_____

---

Official Form 426

# Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest

**12/17**

This is the *Periodic Report* as of **Sept. 30, 2024** on the value, operations, and profitability of those entities in which a Debtor holds, or two or more Debtors collectively hold, a substantial or controlling interest (a "Controlled Non-Debtor Entity"), as required by Bankruptcy Rule 2015.3. For purposes of this form, "Debtor" shall include the estate of such Debtor.

Daniel Halevy holds a substantial or controlling interest in the following entities:

| Name of Controlled Non-Debtor Entity | Interest of the Debtor | Tab # |
|---|---|---|
| **Sienna Rose Inc.** | **25%** | |
| **820 S. Spring Street, LLC** | **30.01%** | |
| **341 South Cannon, LLC** | **100%** | |
| **Seapiper Inn, Inc.** | **100%** | |
| **Unincorporated partnership Yeheskel/Nurit Muhtar & David/Susan Halevy** | **50%** | |

This *Periodic Report* contains separate reports (*Entity Reports*) on the value, operations, and profitability of each Controlled Non-Debtor Entity.

Each *Entity Report* consists of five exhibits.

*Exhibit A* contains the most recently available: balance sheet, statement of income (*loss*), statement of cash flows, and a statement of changes in shareholders' or partners' equity (*deficit*) for the period covered by the *Entity Report*, along with summarized footnotes.

*Exhibit B* describes the Controlled Non-Debtor Entity's business operations.

*Exhibit C* describes claims between the Controlled Non-Debtor Entity and any other Controlled Non-Debtor Entity.

*Exhibit D* describes how federal, state or local taxes, and any tax attributes, refunds, or other benefits, have been allocated between or among the Controlled Non-Debtor Entity and any Debtor or any other Controlled Non-Debtor Entity and includes a copy of each tax sharing or tax allocation agreement to which the Controlled Non-Debtor Entity is a party with any other Controlled Non-Debtor Entity.

*Exhibit E* describes any payment, by the Controlled Non-Debtor Entity, of any claims, administrative expenses or professional fees that have been or could be asserted against any Debtor, or the incurrence of any obligation to make such payments, together with the reason for the entity's payment thereof or incurrence of any obligation with respect thereto.

**This *Periodic Report* must be signed by a representative of the trustee or debtor in possession.**

Debtor Name   **Susan Halevy**

Case number   **2:24-bk-12076-VZ**

The undersigned, having reviewed the *Entity Reports* for each Controlled Non-Debtor Entity, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that to the best of his or her knowledge, (i) this *Periodic Report* and the attached *Entity Reports* are complete, accurate, and truthful to the best of his or her knowledge, and (ii) the Debtor did not cause the creation of any entity with actual deliberate intent to evade the requirements of Bankruptcy Rule 2015.3

| **For non-individual Debtors:** | ✘ |
|---|---|
| | Signature of Authorized Individual |
| | Printed name of Authorized Individual |
| | Date _____ |
| | MM / DD / YYYY |

| **For individual Debtors:** | *Sue Halevy* | ✘ |
|---|---|---|
| | Signature of Debtor 1 | Signature of Debtor 2 |
| | **Susan Halevy** | |
| | Printed name of Debtor 1 | Printed name of Debtor 2 |
| | 30 October 2024 | |
| | Date | Date _____ |
| | MM / DD / YYYY | MM / DD / YYYY |

Debtor Name    **Susan Halevy**

Case number    **2:24-bk-12076-VZ**

**Exhibit A: Financial Statements for Controlled Non-Debtor Entities**

**See attached Exhibit A, prepared by Alan Gomperts upon review of the books and records.**

Debtor Name   **Susan Halevy**

Case number   **2:24-bk-12076-VZ**

**Exhibit A-1: Balance Sheet for** Controlled Non-Debtor Entities **as of 9/30/24**

**See attached Exhibit A, prepared by Alan Gomperts upon review of the books and records.**

Debtor Name  **Susan Halevy**

Case number  **2:24-bk-12076-VZ**

**Exhibit A-2: Statement of Income (*Loss*) for Controlled Non-Debtor Entities for period ending 9/30/24**

**See attached Exhibit A, prepared by Alan Gomperts upon review of the books and records.**

Debtor Name  **Susan Halevy**

Case number  **2:24-bk-12076-VZ**

**Exhibit A-3: Statement of Cash Flows for Controlled Non-Debtor Entities for period ending 9/30/24**

**See attached Exhibit A, prepared by Alan Gomperts upon review of the books and records.**

# EXHIBIT A

**Sienna Rose, Inc.**

# Preliminary Balance Sheet

**As of September 30, 2024**

|  | Sep 30, 24 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| **Checking** | -453.65 |
| **Total Checking/Savings** | -453.65 |
| **Other Current Assets** | |
| **Inventory** | 97,538.17 |
| **Total Other Current Assets** | 97,538.17 |
| **Total Current Assets** | 97,084.52 |
| **Other Assets** | |
| **Due to Affiliates** | -2,036.10 |
| **Total Other Assets** | -2,036.10 |
| **TOTAL ASSETS** | **95,048.42** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Long Term Liabilities** | |
| **Officer Loan Payable** | 4,000.00 |
| **Total Long Term Liabilities** | 4,000.00 |
| **Total Liabilities** | 4,000.00 |
| **Equity** | |
| **Additional Paid in Capital** | 1,343,010.84 |
| **Capital Stock** | 10,000.00 |
| **Retained Earnings** | -1,257,755.85 |
| **Net Income** | -4,206.57 |
| **Total Equity** | 91,048.42 |
| **TOTAL LIABILITIES & EQUITY** | **95,048.42** |

**Sienna Rose, Inc.**
## Preliminary Profit & Loss
**April through September 2024**

|  | Apr - Sep 24 |
|---|---|
| **Net Income** | **0.00** |

## Sienna Rose, Inc.
## Preliminary Statement of Cash Flows
### April through September 2024

|  | Apr - Sep 24 |
|---|---|
| **Cash at beginning of period** | -453.65 |
| **Cash at end of period** | **-453.65** |

**Sienna Rose, Inc.**
# Preliminary Balance Sheet
**As of December 31, 2023**

|  | Dec 31, 23 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Checking | 193.92 |
| **Total Checking/Savings** | 193.92 |
| **Other Current Assets** | |
| Inventory | 97,538.17 |
| **Total Other Current Assets** | 97,538.17 |
| **Total Current Assets** | 97,732.09 |
| **Other Assets** | |
| Due to Affiliates | -2,477.10 |
| **Total Other Assets** | -2,477.10 |
| **TOTAL ASSETS** | 95,254.99 |
| **LIABILITIES & EQUITY** | |
| **Equity** | |
| Additional Paid in Capital | 1,343,010.84 |
| Capital Stock | 10,000.00 |
| Retained Earnings | -784,308.18 |
| Net Income | -473,447.67 |
| **Total Equity** | 95,254.99 |
| **TOTAL LIABILITIES & EQUITY** | 95,254.99 |

**Sienna Rose, Inc.**

# Preliminary Profit & Loss

**January through December 2023**

|  | Jan - Dec 23 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Sales** | |
| **Wholesale** | 889.26 |
| **Total Sales** | 889.26 |
| **Total Income** | 889.26 |
| **Cost of Goods Sold** | |
| **Cost of Goods Sold** | 400.00 |
| **Total COGS** | 400.00 |
| **Gross Profit** | 489.26 |
| **Expense** | |
| **Selling, General & Admin** | 39,516.79 |
| **Total Expense** | 39,516.79 |
| **Net Ordinary Income** | -39,027.53 |
| **Other Income/Expense** | |
| **Other Income** | |
| **Other Income** | 0.00 |
| **Total Other Income** | 0.00 |
| **Other Expense** | |
| **Loss on Disposition of Asset** | 434,420.14 |
| **Total Other Expense** | 434,420.14 |
| **Net Other Income** | -434,420.14 |
| **Net Income** | **-473,447.67** |

# Sienna Rose, Inc.
# Preliminary Statement of Cash Flows
### January through December 2023

|  | Jan - Dec 23 |
|---|---|
| **OPERATING ACTIVITIES** | |
| Net Income | -473,447.67 |
| **Adjustments to reconcile Net Income** | |
| **to net cash provided by operations:** | |
| Inventory | 400.00 |
| **Net cash provided by Operating Activities** | -473,047.67 |
| **INVESTING ACTIVITIES** | |
| **Net cash provided by Investing Activities** | 449,580.14 |
| **FINANCING ACTIVITIES** | |
| Non Cash Loan Adjustments | 22,477.00 |
| **Net cash provided by Financing Activities** | 22,477.00 |
| **Net cash increase for period** | -990.53 |
| **Cash at beginning of period** | 1,184.45 |
| **Cash at end of period** | **193.92** |

# 820 S. Spring Street, LLC.
# Preliminary Balance Sheet
### As of September 30, 2024

|  | Sept 30, 24 |
|---|---|
| **ASSETS** | 0.00 |
| **LIABILITIES & EQUITY** | |
| **Equity** | |
| **Total Equity** | 0.00 |
| **TOTAL LIABILITIES & EQUITY** | **0.00** |

## 820 S. Spring Street, LLC.
## Preliminary Statement of Cash Flows
### April through September 2024

| | Apr - Sept 24 |
|---|---|
| **Cash at end of period** | **0.00** |

## 820 S. Spring Street, LLC.
## Preliminary Profit & Loss
### April through September 2024

| | Apr - Sept 24 |
|---|---|
| **Net Income** | 0.00 |

**341 South Cannon LLC**

## Preliminary Balance Sheet

**As of September 30, 2024**

|  | Sept 30, '24 |
|---|---|
| **ASSETS** | |
| **Fixed Assets** | |
| Land | 1,300,100.00 |
| **Total Fixed Assets** | 1,300,100.00 |
| **TOTAL ASSETS** | **1,300,100.00** |
| **LIABILITIES & EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Loan Payable - Bank | 1,300,000.00 |
| Total Other Current Liabilities | 1,300,000.00 |
| Total Current Liabilities | 1,300,000.00 |
| Total Liabilities | 1,300,000.00 |
| Equity | |
| Capital Stock | 100.00 |
| Retained Earnings | 0.00 |
| Shareholder Distributions | 0.00 |
| Net Income | 0.00 |
| Total Equity | 100.00 |
| **TOTAL LIABILITIES & EQUITY** | **1,300,100.00** |

**341 South Cannon LLC**

## Preliminary Profit & Loss

**April through September 2024**

|  | Apr - Sept '24 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Income | 0.00 |
| **Total Income** | 0.00 |
| **Expense** | |
| Total Expense | 0.00 |
| **Net Ordinary Income** | 0.00 |
| **Net Income** | **0.00** |

**341 South Cannon LLC**

## Preliminary Cash Flows

**April through September 2024**

| | Apr - Sept '24 |
| --- | --- |
| **Ordinary Income/Expense** | 0.00 |

**Seapiper Inn, Inc.**

# Preliminary Balance Sheet

**As of September 30, 2024**

|  | Sep 30, 24 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Cash** | 3,667.49 |
| **Total Current Assets** | 3,667.49 |
| **TOTAL ASSETS** | **3,667.49** |
| **LIABILITIES & EQUITY** | |
| Liabilities | |
| **Long Term Liabilities** | |
| Shareholder Loan | -11,012.63 |
| **Total Long Term Liabilities** | -11,012.63 |
| **Total Liabilities** | -11,012.63 |
| Equity | |
| **Shareholders Equity** | 14,680.12 |
| **TOTAL LIABILITIES & EQUITY** | **3,667.49** |

**Seapiper Inn, Inc.**

## Preliminary Profit & Loss

**April through September 2024**

|  | Apr - Sep 24 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Lodging Sales** | 38,896.26 |
| **Total Income** | 38,896.26 |
| **Expense** | |
| **General, Selling & Admin Expenses** | 38,493.88 |
| **Total Expense** | 38,493.88 |
| **Net Ordinary Income** | 402.38 |
| **Net Income** | **402.38** |

**Seapiper Inn, Inc.**

## Preliminary Statement of Cash Flows

**April through September 2024**

|  | Apr - Sep 24 |
|---|---:|
| **OPERATING ACTIVITIES** | |
| **Net Income** | 402.38 |
| **Net cash provided by Operating Activities** | 402.38 |
| **FINANCING ACTIVITIES** | |
| **Shareholder Loan** | -556.00 |
| **Net cash provided by Financing Activities** | -556.00 |
| **Net cash decrease for period** | -153.62 |
| **Cash at beginning of period** | 3,821.11 |
| **Cash at end of period** | **3,667.49** |

**140 S Roxbury Drive**

## Preliminary Balance Sheet

**As of September 30, 2024**

|  | Sept 30, 24 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| **Checking Account** | 48,304.12 |
| **Total Checking/Savings** | 48,304.12 |
| **Total Current Assets** | 48,304.12 |
| **Fixed Assets** | |
| **Total Fixed Assets, Net of Accum. Deprn** | 804,285.00 |
| **TOTAL ASSETS** | **852,589.12** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Bank Loan** | 2,074,418.07 |
| **Total Liabilities** | 2,074,418.07 |
| **Total Current Liabilities** | 2,074,418.07 |
| **Total Liabilities** | 2,074,418.07 |
| **Equity** | |
| **Total Equity** | -1,221,828.95 |
| **TOTAL LIABILITIES & EQUITY** | **852,589.12** |

**140 S Roxbury Drive**
## Preliminary Profit & Loss
**April through September 2024**

|  | Apr - Sept 24 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Rental Income | 171,339.17 |
| **Total Income** | 171,339.17 |
| **Expense** | |
| **Selling, General and Admin Epenses** | 92,799.73 |
| **Net Ordinary Income** | 78,539.44 |
| **Net Other Income** | 0.00 |
| **Net Income** | **78,539.44** |

**140 S Roxbury Drive**
## Preliminary Statement of Cash Flows
**April through September 2024**

|  | Apr - Sept 24 |
|---|---|
| **OPERATING ACTIVITIES** | |
| Net Income | 78,539.44 |
| **Adjustments to reconcile Net Income** | |
| **to net cash provided by operations:** | |
| **Net cash provided by Operating Activities** | 78,539.44 |
| **INVESTING ACTIVITIES** | |
| Fixed Assets | 0.00 |
| **Net cash provided by Investing Activities** | 0.00 |
| **FINANCING ACTIVITIES** | |
| Bank Loan | -16,063.93 |
| Shareholder Distributions | -70,000.00 |
| **Net cash provided by Financing Activities** | -86,063.93 |
| **Net cash increase for period** | -7,524.49 |
| **Cash at beginning of period** | 55,828.61 |
| **Cash at end of period** | **48,304.12** |

Debtor Name  **Susan Halevy**

Case number **2:24-bk-12076-VZ**

**Exhibit A-4: Statement of Changes in Shareholders'/Partners' Equity (*Deficit*) for Controlled Non-Debtor Entities for period ending 99/30/2424**

**Upon review of the books and records, no changes in shareholders'/partners' equity.**

Debtor Name  **Susan Halevy**

Case number  **2:24-bk-12076-VZ**

---

**Exhibit B: Description of Operations for Controlled Non-Debtor Entities**

---

**Sienna Rose Inc. - Wholesale women's clothing company**
**820 S. Spring Street, LLC - Defunct, previously real estate holding company**
**341 South Cannon, LLC - Real estate holding company**
**Seapiper Inn, Inc. - Real estate management company**
**unincorporated partnership Yeheskel/Nurit Muhtar & David/Susan Halevy - Real estate holding and
management company**

Debtor Name  **Susan Halevy**                                        Case number  **2:24-bk-12076-VZ**

**Exhibit C: Description of Intercompany Claims**

**Upon review of the books and records, there are none.**

Debtor Name  **Susan Halevy**

Case number **2:24-bk-12076-VZ**

**Exhibit D: Allocation of Tax Liabilities and Assets**

**Upon review of the books and records, there are none.**

Debtor Name  **Susan Halevy**

Case number  **2:24-bk-12076-VZ**

**Exhibit E: Description of Controlled Non-Debtor Entity's payments of Administrative Expenses, or Professional Fees otherwise payable by a Debtor**

**Upon review of the books and records, there are none.**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Saul Ewing LLP, 1888 Century Park East, Suite 1500, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **October 30, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____,I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 30, 2024 | Hannah Richmond | /s/ Hannah Richmond |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF) (continued)**:

- **Scott R Albrecht**   salbrecht@gsaattorneys.com, jackie.nguyen@sgsattorneys.com
- **Tanya Behnam**   tbehnam@polsinelli.com,
  tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com
- **Jacquelyn H Choi**   jacquelyn.choi@rimonlaw.com, docketingsupport@rimonlaw.com
- **Carol Chow**   Carol.Chow@saul.com, hannah.richmond@saul.com,easter.santamaria@saul.com
- **Robert F Conte**   robert.conte@usdoj.gov, caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov
- **Ryan Coy**   ryan.coy@saul.com, hannah.richmond@saul.com
- **Christopher Cramer**   secured@becket-lee.com
- **Turner Falk**   turner.falk@saul.com, tnfalk@recap.email
- **Michael G Fletcher**   mfletcher@frandzel.com, sking@frandzel.com
- **Todd S. Garan**   ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com
- **Richard Girgado**   rgirgado@counsel.lacounty.gov
- **Jacqueline L James**   jjames@hrhlaw.com
- **Kelly L Morrison**   kelly.l.morrison@usdoj.gov
- **Avi Edward Muhtar**   amuhtar@crownandstonelaw.com
- **Bruce D Poltrock**   bpoltrock@frandzel.com, achase@frandzel.com
- **Paige Selina Poupart**   ppoupart@frandzel.com, achase@frandzel.com
- **Zev Shechtman**   Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com
- **Derrick Talerico**   dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **Gerrick Warrington**   gwarrington@frandzel.com, achase@frandzel.com
- **Jennifer C Wong**   bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                      **F 9013-3.1.PROOF.SERVICE**