| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Derrick Talerico (State Bar No. 223763)<br>dtalerico@wztslaw.com<br>David B. Zolkin (State Bar No. 155410<br>dzolkin@wztslaw.com<br>WEINTRAUB ZOLKIN<br>TALERICO & SELTH LLP<br>11766 Wilshire Boulevard, Suite 730<br>Los Angeles, CA 90025<br>Telephone: (424) 500-8552<br><br>Zev Shechtman (State Bar No. 266280)<br>Zev.Shechtman@saul.com<br>Carol Chow (State Bar No. 169299)<br>carol.chow@saul.com<br>Turner N. Falk (Admitted pro hac vice)<br>turner.falk@saul.com<br>SAUL EWING LLP<br>1888 Century Park East, Suite 1500<br>Los Angeles, California 90067<br>Telephone: (310) 255-6100<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:*  Corporate Debtors ( | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>SEATON INVESTMENTS, LLC, *et al.*,<br><br>Debtors and Debtors In Possession. | LEAD CASE NO.:  2:24-bk-12079-VZ<br><br>Jointly Administered with Case Nos.:<br>2:24-bk-12080-VZ; 2:24-bk-12081-VZ; 2:24-bk-12082-VZ;<br>2:24-bk-12091-VZ; 2:24-bk-12074-VZ; 2:24-bk-12075-VZ<br>and 2:24-bk-12076-VZ<br><br>CHAPTER: 11 |
|---|---|
| ☒ Affects All Debtors.<br>☐ Affects Seaton Investments, LLC<br>☐ Affects Colyton Investments, LLC<br>☐ Affects Broadway Avenue Investments, LLC<br>☐ Affects SLA Investments, LLC<br>☐ Affects Negev Investments, LLC<br>☐ Affects Alan Gomperts<br>☐ Affects Daniel Halevy<br>☐ Affects Susan Halevy<br><br>Debtor(s). | **NOTICE OF HEARING ON ADEQUACY OF DISCLOSURE STATEMENT**<br><br>[11 U.S.C. § 1125; FRBP 3017; LBR 3017-1]<br><br>**Hearing Information:**<br>DATE:   December 12, 2024<br>TIME:    11:00 a.m.<br>COURTROOM: 1368, Roybal Federal Building<br>ADDRESS: 255 E. Temple Street, Los Angeles, CA 90012 |

1. <u>Hearing</u>: This hearing is required by 11 U.S.C. § 1125 and FRBP 3017. Pursuant to FRBP 2002(b) and (k), and LBR 3017-1, this hearing is set on 42 days of notice to the U.S. trustee, the debtor, and all claimants and parties in interest.

This form has been approved for use in chapter 11 cases assigned to Judge Vincent P. Zurzolo.

February 2019                                    Page 1                                    **VZ  CH11.NOTICE.HEARING.DISCLSR**

2. <u>Disclosure Statement</u>: Pursuant to FRBP 3016(b), a Disclosure Statement and Plan of Reorganization ("**DS and Plan**") was filed as docket entry # <u>267</u>. To avoid contradiction and confusion, the DS and Plan are combined into one document. **Sections I – VII and XI of the DS and Plan constitute the disclosure statement** ("**DS**"). Sections VIII – X of the DS and Plan constitute the plan.

3. <u>Viewing the Disclosure Statement</u>: The DS and Plan was served only on the U.S. trustee pursuant to FRBP 9034, and on the debtor. The DS and Plan will be served on claimants and parties in interest after the court determines the DS contains adequate information. To view the DS and Plan sooner, consult the docket in this bankruptcy case.

4. <u>Proponent of Disclosure Statement</u>: The party who filed the DS and Plan ("Proponent") is:  ☒ All Affected Debtors, or ☐ _____.

5. <u>Motion to Approve</u>: Pursuant to FRBP 9014 and LBR 9013-1(d), the Proponent of the DS and Plan will file a motion to approve disclosure statement ("**Motion to Approve DS**") no later than 21 days before the hearing. At the hearing the court will determine if the DS contains adequate information to help claimants and interest holders decide whether to submit a ballot to accept or reject the proposed treatment of their claim in the Plan, and/or to file a preliminary objection to confirmation of the Plan.

6. <u>Filing and Serving a Response to Motion</u>: All claimants and parties in interest may file a response to the Motion to Approve DS; however, the Motion to Approve DS will be served only on the U.S. trustee pursuant to FRBP 9034 and on the debtor pursuant to LBR 9013-1(d). If you wish to oppose the Motion to Approve DS, obtain a copy of the Motion to approve DS from the court's docket, file and serve a written response no later than 14 days before the hearing, and appear at the hearing. When serving a response, serve it on the debtor, debtor's attorney, and the proponent's attorney (if the proponent is not the debtor) at the addresses set forth below. If you fail to file a written response or appear at the hearing, the court may treat such failure as a waiver of your right to oppose the Motion to Approve DS and may approve the DS.

    **a. DEADLINE:** (*date*) <u>November 21, 2024</u>

    **b. DEBTORS' ADDRESS:** All Affected Debtors to be served via counsel.

    **c. DEBTORS' ATTORNEY'S ADDRESS:**

        ☒ Do not mail the response. The Debtors' attorney will be served by Notice of Electronic Filing; **or**

        ☐ Mailing Address:

    **d. PROPONENT'S ADDRESS** (*If Proponent is not the Debtor*): N/A

    **e. PROPONENT'S ATTORNEY'S ADDRESS** (*If Proponent is not the Debtor*): N/A

        ☐ Do not mail the response. The Proponent's attorney will be served by Notice of Electronic Filing; **or**

        ☐ Mailing Address: N/A

Date: <u>October 31, 2024</u>           /s/ Derrick Talerico
                                                        Signature of attorney for proponent (*if any*)

                                                        Derrick Talerico
                                                        Printed name of attorney for proponent (*if any*)

This form has been approved for use in chapter 11 cases assigned to Judge Vincent P. Zurzolo.

February 2019          Page 2          **VZ CH11.NOTICE.HEARING.DISCLSR**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

11766 Wilshire Blvd., Suite 730, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled:  **NOTICE OF HEARING ON ADEQUACY OF DISCLOSURE STATEMENT** [11 U.S.C. § 1125; FRBP 3017; LBR 3017-1] will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) October 31, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See attached NEF Service List.

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) October 31, 2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

See attached US Mail Service List.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) October 31, 2024, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Vincent P. Zurzolo     (via Priority Mail)
United States Bankruptcy Court
255 E Temple St., Suite 1368
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/31/2024 | Martha E. Araki | /s/ Martha E. Araki |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form has been approved for use in chapter 11 cases assigned to Judge Vincent P. Zurzolo.

February 2019                    Page 3                    **VZ  CH11.NOTICE.HEARING.DISCLSR**

Seaton Investments, LLC – Jointly Administered

**1**. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

- <u>Attorneys for Corporate Debtors Seaton Investment, LLC, Colyton Investments, LLC, Broadway Avenue Investments, LLC, Negev Investments, LLC, SLA Investments, LCC.</u>: **Derrick Talerico**: dtalerico@wztslaw.com; maraki@wztslaw.com; sfritz@wztslaw.com; admin@wztslaw.com
- <u>Attorneys for Individual Debtors Alan Gomperts, Daniel Halevy, Susan Haley</u>: **Zev Shechtman, Carol Chow, Turner Falk, Ryan Coy**: zev.shechtman@saul.com; zshechtman@ecf.inforuptcy.com; carol.chow@saul.com; easter.santamaria@saul.com; turner.falk@saul.com; ryan.coy@saul.com
- <u>Attorneys for Creditor First Foundation Bank</u>: **Scott R Albrecht**: scott.albrecht@sgsattorneys.com; jackie.nguyen@sgsattorneys.com
- <u>Attorneys for Creditor Korth Direct Mortgage, Inc.</u>: **Tanya Behnam**: tbehnam@polsinelli.com, tanyabehnam@gmail.com; ccripe@polsinelli.com; ladocketing@polsinelli.com
- <u>Attorneys for Creditor Los Angeles County Treasurer and Tax Collector</u>: **Jacquelyn H Choi**: jacquelyn.choi@rimonlaw.com; docketingsupport@rimonlaw.com
- <u>Attorneys for Creditor United States of America on behalf of the Internal Revenue Service</u>: **Robert F Conte**: robert.conte@usdoj.gov; caseview.ecf@usdoj.gov; usacac.tax@usdoj.gov
- <u>Courtesy NEF/Interested Party</u>: **Christopher Cramer**: secured@becket-lee.com
- <u>Attorneys for Creditor Archway Real Estate Income Fund I SPE I, LLC</u>: **Michael G. Fletcher, Bruce D. Poltrock, Paige Selina Poupart, Gerrick Warrington**: mfletcher@frandzel.com; ppoupart@franddzel.com; gwarrington@frandzel.com; bpoltrock@frandzel.com; sking@frandzel.com; achase@frandzel.com
- <u>Attorneys for Creditor Wells Fargo National Bank West</u>: **Todd S Garan**: ch11ecf@aldridgepite.com; TSG@ecf.inforuptcy.com; tgaran@aldridgepite.com
- <u>Attorneys for Creditor Los Angeles County Treasurer and Tax Collector</u>: **Richard Girgado**: rgirgado@counsel.lacounty.gov
- <u>Attorneys for Creditor Harvest Small Business Finance, LLC</u>: **Jacqueline L James**: jjames@hrhlaw.com
- <u>Courtesy NEF/Interested Party Avi Muhtar</u>: **Avi Edward Muhtar**: amuhtar@eaccidents.com
- <u>Attorneys for Creditor Wells Fargo Bank, N.A.</u>: **Jennifer C Wong**: bknotice@mccartyholthus.com; jwong@ecf.courtdrive.com
- <u>US Trustee's Office</u>: ustpregion16.la.ecf@usdoj.gov; **Kelly L. Morrison**: Kelly.l.morrison@usdoj.gov

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                    **F 9013-3.1.PROOF.SERVICE**

Seaton Investments, LLC
264 S Oakhurst Dr
Beverly Hills, CA 90212-3504

Colyton Investments LLC
421 Colyton St
Los Angeles, CA 90013-2210

Broadway Avenue Investments, LLC
264 S. Oakhurst Dr
Beverly Hills, CA 90212-3504

SLA Investments, LLC
264 S Oakhurst Dr
Beverly Hills, CA 90212-3504

Negev Investments LLC
257 S Linden Dr
Beverly Hills, CA 90212-3705

Alan D Gomperts
264 S Oakhurst Dr
Beverly Hills, CA 90212-3504

Daniel Halevy
8561 Horner St
Los Angeles, CA 90035

Sue Halevy
257 S Linden Dr
Beverly Hills, CA 90212-3704

United States Trustee (LA)
Attn Kelly Morrison
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

Archway Real Estate Income
Fund I SPE I, LLC
10100 Santa Monica Blvd Ste 500
Los Angeles, CA 90067-4121

Los Angeles County Treasurer / Tax Collector
Attn Bankruptcy Unit
PO Box 54110
Los Angeles Ca 90054-0110

Harvest Small Business Finance (SBA)
24422 Avenida de la Carlota Ste 400
Laguna Hills, CA 92653-3634

Riverside County Treasurer-
Tax Collector
4080 Lemon St 4th FL
Riverside, CA 92501-3609

Korth Direct Mortgage Inc.
Attn Keith E Henrich
135 San Lorenzo Ave Ste 600
Coral Gables, FL 33146

First Foundation Bank
Attn Erica Dorsett, Chief Legal Counsel
18101 Von Karman Ave Suite 750
Irvine, CA 92612

US Small Business Administration
14925 Kingsport Rd
Fort Worth, TX 76155-2243

US Small Business Administration
409 3rd St SW
Washington, DC 20416-0005

U S Small Business Administration
312 N Spring St 5th Floor
Los Angeles Ca 90012-2678

Wells Fargo Auto / Wells Fargo Bank
PO Box 169005
Irving, TX 75016

Wells Fargo Bank
PO Box 51162
Los Angeles, CA 90051-5462

Wells Fargo National Bank West
c/o Wells Fargo Bank NA
Default Doc Processing MAC# N9286-01Y
PO Box 1629
Minneapolis, MN 55440-1629

Wells Fargo Bank NA
Dba Wells Fargo Auto
PO Box 169005
Irving, TX 75016-9005

Shellpoint Mortgage Servicing
PO Box 10826
Greenville, SC 29603-0826

Shellpoint Mortgage Servicing
A division of Newrez LLC
c/o CSC – Lawyers Incorporating Services
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833

Wells Fargo Bank
Small Business Lending Division
PO Box 29482 MAC S4101-08C
Phoenix, AZ 85038-9482

CA Dept of Tax and Fee Admin
Account Info Group MIC29
PO Box 942879
Sacramento, CA 94279-0029

Employment Development Dept
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001

Franchise Tax Board
Bankruptcy Section MS A-340
PO Box 2952
Sacramento, CA 95812-2952

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

802 Mateo Street LLC
Attn Daniel Halevy
802 Mateo St
Los Angeles, CA 90021-1712

Commune Events
8561 Horner St
Los Angeles, CA 90035-3614

David Halevy
257 S Linden Dr
Beverly Hills, CA 90212-3704

Gomperts & Halevy Family Trust
264 S. Oakhurst Drive
Beverly Hills, CA 90212

Halevy Family Trust
257 S. Linden Drive
Beverly Hills, CA 90212

Nathan Halevy
133 S. Palm Drive #5
Beverly Hills, CA 90212

Seapiper Inn Inc
264 S Oakhurst Dr
Beverly Hills, CA 90212-3504

Sienna Rose Inc
433 Colyton St
Los Angeles, CA 90013-2210

Adam Willmouth, Ericka Ochoa
3538 Greenfield Avenue
Los Angeles, CA 90034

AIRE Ancient Baths Los Angeles LLC
88 Franklin St
New York, NY 10013-4085

Alta Fire Pro
PO Box 7007
Mission Hills, CA 91346-7007

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

American Express
PO Box 981535
El Paso, TX 79998-1535

American Express
PO Box 0001
Los Angeles, CA 90096-0001

Athas Capital Group Inc.
3990 Westerly Place Suite 240
Newport Beach, CA 92660

Balboa Capital Corporation
575 Anton Boulevard 12th Floor
Costa Mesa Ca 92626-7685

Brian Boyken
133 S. Palm Drive #1
Beverly Hills, CA 90212

California Refrigeration & Supply
1926 Glendon Ave Apt 4
Los Angeles, CA 90025-4661

Chase Bank
Court Orders & Levies
Mail Code LA4-7200
700 Kansas Lane
Monroe, LA 71203

Capital One
PO Box 30285
Salt Lake City, UT 84130-0285

David Garay
1040 S Los Angeles St Unit 8
Los Angeles, CA 90015-4758

Davix Foreman dba Dojo in the Sky
1040 S Los Angeles St Unit 18
Los Angeles, CA 90015-4755

Deborah Feldman Esq
12466 Marsh Pointe Rd
Sarasota, FL 34238-2115

Deborah Feldman Esq
24611 Mulholland Hwy
Calabasas, CA 91302-2325

Disguise Systems Inc
421 Colyton St
Los Angeles, CA 90013-2210

Drexter Castillo
133 S. Palm Drive #2
Beverly Hills, CA 90212

Earth Bean Coffee LLC
1200 S Grand Ave #658
Los Angeles, CA 90015-3960

El Hadj Sy dba Entrapreneur
David Garay
1040 S Los Angeles St Unit 10
Los Angeles, CA 90015-4758

Gabrielle Chavez
133 S. Palm Drive #4
Beverly Hills, CA 90212

Juliana Contreras Sanchez
1040 S Los Angeles St #11
Los Angeles, CA 90015-4758

Jose Benssouson
2220 Bagley Avenue
Los Angeles, CA 90034

Joshua Mogin Esq
Thompson Coburn LLP
10100 Santa Monica Blvd Ste 500
Los Angeles, CA 90067-4121

JP Morgan Chase Bank NA
Bankruptcy Mail Intake Team
700 Kansas Ln FL 01
Monroe, LA 71203-4774

Los Angeles Dept of Water and Power
City of Los Angeles
Attn Bankruptcy
PO Box 51111
Los Angeles, CA 90051-5700

Mark Berkowitz CPA
5850 Canoga Ave Suite 220
Woodland Hills, CA 91367-6505

Miracle Watts
1040 S Los Angeles St
Los Angeles, CA 90015-4755

Mordechai Miky Acoca
1926 Glendon Ave #4
Los Angeles, CA 90025-4661

Nijai Burch dba Instant Bae LLC
1040 S Los Angeles St Unit 14
Los Angeles, CA 90015-4758

Perla Segla
133 S. Palm Drive #4
Beverly Hills, CA 90212

RG Fire Inc
8721 Laurel Canyon Blvd
Sun Valley, CA 91352-2919

Relativity Architects
421 Colyton St 2nd Floor
Los Angeles, CA 90013-2210

Saul Edi Faal
1040 S Los Angeles St Unit 17
Los Angeles, CA 90015-4755

Sean Rudes and Monfrere
10724 Wilshire Blvd
Los Angeles, CA 90024

Serafin Canizares
1040 S Los Angeles St Unit 13
Los Angeles, CA 90015-4758

Shmuel Levy
2247 S. Canfield Avenue
Los Angeles, CA 90034

Silver Jeans
Attn Robert Silver
433 Colyton St Stes 201-203
Los Angeles, CA 90013-2210

Simply Electrical
1219 West 121st Street
Los Angeles, CA 90044

SoCalGas
PO Box 30337
Los Angeles, CA 90030-0337

Southern California Gas
Centralized Correspondence
PO Box 1626
Monterey Park, CA 91754-8626

Southern California Edison Company
1551 W San Bernardino Road
Covina, CA 91722-3407

Southern California Edison Company
2244 Walnut Grove Ave
Rosemead, CA 91770

Urban Lime
915 Mateo St Ste 301
Los Angeles, CA 90021-1784

URBN US Retail LLC
Attn CEO and General Counsel
5000 S Broad St
Philadelphia, PA 19112-1402

WGW Sales Inc
555 Logan Ave
Winnipeg, MB R3A 054
CANADA

Arianna Messbani
140 S Roxbury Dr Unit 5
Beverly Hills, CA 90212

Audrey Fratz
140 S Roxbury Dr Unit 17
Beverly Hills, CA 90212

Greg Morgan
140 S Roxbury Dr Unit 4
Beverly Hills, CA 90212

Heather Regan
140 S Roxbury Dr Unit 8
Beverly Hills, CA 90212

Karen Egozi
140 S Roxbury Dr Unit 10
Beverly Hills, CA 90212

Kateryna Bien Aime
140 S Roxbury Dr Unit 6
Beverly Hills, CA 90212

Michael Giorgio
140 S Roxbury Dr Unit 9
Beverly Hills, CA 90212

Mona Forde
140 S Roxbury Dr Unit 2
Beverly Hills, CA 90212

Patro Kashani
140 S Roxbury Dr Unit 14
Beverly Hills, CA 90212

Saatsaz Sahel
140 S Roxbury Dr Unit 15
Beverly Hills, CA 90212

Satinder Chhokar
140 S Roxbury Dr Unit 12
Beverly Hills, CA 90212

Stephanie Dang
140 S Roxbury Dr Unit 1
Beverly Hills, CA 90212

Teresita Gomez
140 S Roxbury Dr Unit 3
Beverly Hills, CA 90212

Theodora Wade
140 S Roxbury Dr Unit 7
Beverly Hills, CA 90212

Vesna Pantelic
140 S Roxbury Dr Unit 16
Beverly Hills, CA 90212

Archway Real Estate Income
Fund I SPE I, LLC
Frandzel - c/o Bruce D Poltrock
1000 Wilshire Blvd 19th Fl
Los Angeles, CA 90017

Harvest Small Business Finance LLC
c/o Jacqueline L James
Hemar Rousso & Heald LLP
15910 Ventura Blvd 12th Floor
Encino, CA 91436-2829

Korth Direct Mortgage Inc
c/o Polsinelli LLP
2049 Century Park E Ste 2900
Los Angeles, CA 90067

United States of America
On behalf of IRS
Attn Robert F Conte
300 N Los Angeles St Room 7211
Los Angeles, CA 90012-3342