Michael Gerard Fletcher (State Bar No. 070849)
  mfletcher@frandzel.com
Gerrick M. Warrington (State Bar No. 294890)
  gwarrington@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, California 90017-2427
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for Secured Creditor
ARCHWAY BROADWAY LOAN SPE, LLC

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>SEATON INVESTMENTS, LLC, *et al.*,<br><br>    Debtors and Debtors-in-Possession.<br><br>Affects:<br><br>☐ All Debtors<br>☐ Seaton Investments, LLC<br>☐ Colyton Investments, LLC<br>☒ Broadway Avenue Investments, LLC<br>☐ SLA Investments, LLC<br>☐ Negev Investments, LLC<br>☐ Alan Gomperts<br>☐ Daniel Halevy<br>☐ Susan Halevy | Lead Case No. 2:24-bk-12079-VZ<br><br>Jointly Administered with Case Nos.:<br><br>2:24-bk-12080-VZ; 2:24-bk-12081-VZ;<br>2:24-bk-12082-VZ; 2:24-bk-12091-VZ;<br>2:24-bk-12074-VZ; 2:24-bk-12075-VZ; and<br>2:24-bk-12076-VZ<br><br>Chapter 11<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ARCHWAY BROADWAY LOAN SPE, LLC'S OPPOSITIONS TO:**<br><br>**MOTIONS OF DEBTOR AND DEBTOR IN POSSESSION BROADWAY AVENUE INVESTMENTS, LLC FOR ORDERS AUTHORIZING DEBTOR TO ENTER INTO POST-PETITION LEASE AND AUTHORIZING DEBTOR TO OBTAIN POST-PETITION FINANCING PURSUANT TO 11 U.S.C. § 364**<br><br>Date:    November 19, 2024<br>Time:    11:00 a.m.<br>Crtrm.:  1368<br>         255 E. Temple Street<br>         Los Angeles, CA 90012<br><br>Hon. Vincent P. Zurzolo |

5388902v1 | 101415-0002

1

EVIDENTIARY OBJECTIONS TO DECLARATION OF ALAN D. GOMPERTS

Secured creditor, Archway Broadway Loan SPE, LLC, a Delaware limited liability company, successor in interest to Archway Real Estate Income Fund I REIT, LLC ("Archway"), requests that the Court take judicial notice of the following adjudicative facts pursuant to Rule 201 of the Federal Rules of Evidence:

1. The records of the United States Bankruptcy Court for the Eastern District of Oklahoma, in bankruptcy case numbers 23-80391 and 23-80390, attached to the Declaration of Gerrick M. Warrington as Exhibit 8.

2. The records of the United States District Court for the Eastern District of Oklahoma, in case number 6:23-cv-00196-DES, attached to the Warrington Declaration as Exhibits 9–11.

3. The records of the California Secretary of State attached to the Warrington Declaration as Exhibits 12, 13, 18.

4. The November 6, 2020, Opinion and Order entered by the Review Department of the State Bar Court of California, attached to the Warrington as Exhibit 14

5. The Order of Disbarment entered on February 2, 2022, in the Disciplinary Matter of David R. Schwarcz, (C.D. Cal. Case No: 2:21-ad-00461-PSG), attached to the Warrington Declaration as Exhibit 15.

6. The printout from the California State Bar for Attorney George Aaron Shohet, attached to the Warrington Declaration as Exhibit 17.

7. The records of the Arizona Secretary of State attached to the Warrington Declaration as Exhibits 20, 21.

8. The records of the Ohio Department of Commerce, Division of Securities, attached to the Warrington Declaration as Exhibit 22.

9. The records of the Financial Industry Regulatory Authority, attached to the Warrington Declaration as Exhibit 23.

DATED: November 5, 2024

FRANDZEL ROBINS BLOOM & CSATO, L.C.
MICHAEL GERARD FLETCHER
GERRICK M. WARRINGTON

By: /s/ Gerrick M. Warrington
GERRICK M. WARRINGTON
Attorneys for Secured Creditor
ARCHWAY BROADWAY LOAN SPE, LLC

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

5388902v1 | 101415-0002

3

EVIDENTIARY OBJECTIONS TO DECLARATION OF ALAN D. GOMPERTS