ZEV SHECHTMAN (BAR NO. 266280)
Zev.Shechtman@saul.com
CAROL CHOW (BAR NO. 169299)
carol.chow@saul.com
RYAN F. COY (Bar No. 324939)
ryan.coy@saul.com
SAUL EWING LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: (310) 255-6100
Facsimile: (310) 255-6200

Attorneys for Alan Gomperts, Daniel Halevy,
Susan Halevy, Debtors and Debtors in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>SEATON INVESTMENTS, LLC, *et al.*,<br><br>Debtors and Debtors In Possession.<br><br>☐ Affects All Debtors.<br>☐ Affects Seaton Investments, LLC<br>☐ Affects Colyton Investments, LLC<br>☐ Affects Broadway Avenue Investments, LLC<br>☐ Affects SLA Investments, LLC<br>☐ Affects Negev Investments, LLC<br>☒ Affects Alan Gomperts<br>☒ Affects Daniel Halevy<br>☒ Affects Susan Halevy | Lead Case No. 2:24-bk-12079-VZ<br><br>Jointly Administered with Case Nos.:<br>2:24-bk-12080-VZ; 2:24-bk-12081-VZ;<br>2:24-bk-12082-VZ; 2:24-bk-12091-VZ;<br>2:24-bk-12074-VZ; 2:24-bk-12075-VZ and<br>2:24-bk-12076-VZ<br><br>Chapter 11<br><br>**WITHDRAWAL OF NOTICE OF APPLICATION AND APPLICATION OF INDIVIDUAL DEBTORS AND DEBTORS-IN-POSSESSION TO AMEND PREVIOUSLY APPROVED EMPLOYMENT APPLICATION OF SAUL EWING LLP AS GENERAL BANKRUPTCY COUNSEL; STATEMENT OF DISINTERESTEDNESS**<br><br>**[No Hearing Required]** |

53328562.1
390855-00001

1     **PLEASE TAKE NOTICE** that the individual debtors and debtors in possession herein, Alan Gomperts, Daniel Halevy and Susan Halevy (the "**Individual Debtors**"), hereby withdraw Docket No. 277 filed on November 5, 2024.

DATED: November 6, 2024          SAUL EWING, LLP

By: _____
    ZEV SHECHTMAN
    Attorneys for Alan Gomperts, Daniel Halevy and
    Susan Halevy, Debtors and Debtors-in-Possession

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Saul Ewing LLP, 1888 Century Park East, Suite 1500, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **Withdrawal of Notice of Application and Application of Individual Debtors and Debtors-In-Possession to Amend Previously Approved Employment Application of Saul Ewing LLP as General Bankruptcy Counsel; Statement of Disinterestedness** be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **November 6, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **November 6, 2024,**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Debtor:**
Alan Gomperts
264 South Oakhurst Drive
Beverly Hills, CA 90212

**Debtor:**
Susan Halevy
257 South Linden Drive
Beverly Hills, CA 90212

**Debtor:**
Daniel Halevy
8561 Horner Street
Los Angeles, CA 90035

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 6, 2024 | Hannah Richmond | /s/ Hannah Richmond |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF) (continued)**:
   - **Scott R Albrecht**    salbrecht@gsaattorneys.com, jackie.nguyen@sgsattorneys.com
   - **Tanya Behnam**    tbehnam@polsinelli.com, tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com
   - **Jacquelyn H Choi**    jacquelyn.choi@rimonlaw.com, docketingsupport@rimonlaw.com
   - **Carol Chow**    Carol.Chow@saul.com, hannah.richmond@saul.com,easter.santamaria@saul.com
   - **Robert F Conte**    robert.conte@usdoj.gov, caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov
   - **Ryan Coy**    ryan.coy@saul.com, hannah.richmond@saul.com
   - **Christopher Cramer**    secured@becket-lee.com
   - **Turner Falk**    turner.falk@saul.com, tnfalk@recap.email
   - **Michael G Fletcher**    mfletcher@frandzel.com, sking@frandzel.com
   - **Todd S. Garan**    ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com
   - **Richard Girgado**    rgirgado@counsel.lacounty.gov
   - **Jacqueline L James**    jjames@hrhlaw.com
   - **Kelly L Morrison**    kelly.l.morrison@usdoj.gov
   - **Avi Edward Muhtar**    amuhtar@crownandstonelaw.com
   - **Bruce D Poltrock**    bpoltrock@frandzel.com, achase@frandzel.com
   - **Paige Selina Poupart**    ppoupart@frandzel.com, achase@frandzel.com
   - **Zev Shechtman**    Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com
   - **Derrick Talerico**    dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com
   - **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
   - **Gerrick Warrington**    gwarrington@frandzel.com, achase@frandzel.com
   - **Jennifer C Wong**    bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

2. **SERVED BY UNITED STATES MAIL (continued)**:

| | | |
|---|---|---|
| Los Angeles County Treasurer/Tax Collector<br>Attn Bankruptcy Unit<br>PO Box 54110<br>Los Angeles Ca 90054-0110 | US Small Business Administration<br>14925 Kingsport Rd<br>Fort Worth, TX 76155-2243 | US Small Business Administration<br>409 3rd St SW<br>Washington, DC 20416-0005 |
| U S Small Business Administration<br>312 N Spring St 5th Floor<br>Los Angeles Ca 90012-2678 | CA Dept of Tax and Fee Admin<br>Account Info Group MIC29<br>PO Box 942879<br>Sacramento, CA 94279-0029 | Employment Development Dept<br>Bankruptcy Group MIC 92E<br>PO Box 826880<br>Sacramento, CA 94280-0001 |
| Franchise Tax Board<br>Bankruptcy Section MS A-340<br>PO Box 2952<br>Sacramento, CA 95812-2952 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | 802 Mateo Street LLC<br>Attn Daniel Halevy<br>802 Mateo St<br>Los Angeles, CA 90021-1712 |
| Alta Fire Pro<br>PO Box 7007<br>Mission Hills, CA 91346-7007 | Balboa Capital Corporation<br>575 Anton Blvd 12th Floor<br>Costa Mesa Ca 92626-7685 | California Refrigeration & Supply<br>1926 Glendon Ave Apt 4<br>Los Angeles, CA 90025-4661 |
| Deborah Feldman Esq<br>12466 Marsh Pointe Rd<br>Sarasota, FL 34238-2115 | ~~Deborah Feldman Esq~~<br>~~24611 Mulholland Hwy~~<br>~~Calabasas, CA 91302-2325~~<br>Incorrect | Los Angeles Dept of Water and Power<br>PO Box 30808<br>Los Angeles, CA 90030-0808 |
| Mark Berkowitz CPA<br>5850 Canoga Ave, Suite 220<br>Woodland Hills, CA 91367-6505 | Mordechai Miky Acoca<br>1926 Glendon Ave #4<br>Los Angeles, CA 90025-4661 | RG Fire Inc<br>8721 Laurel Canyon Blvd<br>Sun Valley, CA 91352-2919 |
| Sienna Rose Inc | Simply Electrical | Southern California Edison Company |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| 433 Colyton St<br>Los Angeles, CA 90013-2210 | 14101 S Budlong Ave<br>Gardena, CA 90247-2231 | 2244 Walnut Grove Avenue<br>Rosemead, CA 91770 |
| Southern California Gas<br>Centralized Correspondence<br>PO Box 1626<br>Monterey Park, CA 91754-8626 | ~~Urban Lime~~<br>~~915 Mateo St~~<br>~~Los Angeles, CA 90021-1784~~<br>**RETURNED** | American Express<br>PO Box 001<br>Los Angeles, CA 90096-0001 |
| Silver Jeans<br>Attn Robert Silver<br>433 Colyton St Stes 201-203<br>Los Angeles, CA 90013-2210 | Riverside County Tax Collector<br>PO Box 12005<br>Riverside, CA 92502-2205 | Seapiper Inn Inc<br>264 S Oakhurst Dr<br>Beverly Hills, CA 90212-3504 |
| Joshua Mogin Esq<br>Thompson Coburn LLP<br>10100 Santa Monica Blvd Ste 500<br>Los Angeles, CA 90067-4121 | American Express<br>PO Box 981535<br>El Paso, TX 79998-1535 | Athas Capital Group Inc<br>3990 Westerly Place Ste 240<br>Newport Beach, CA 92660 |
| Jose Benssouson<br>2220 Bagley Ave<br>Los Angeles, CA 90034 | Brian Boyken<br>133 S Palm Dr #1<br>Beverly Hills, CA 90212 | Drexter Castillo<br>133 S Palm Dr #2<br>Beverly Hills, CA 90212 |
| Gabrielle Chavez<br>133 S Palm Dr #4<br>Beverly Hills, CA 90212 | First Foundation Bank<br>18101 Von Karman Ave Ste 750<br>Irvine, CA 92612<br>Attn Erica Dorsett Chief Legal Counsel | Gomperts & Halevy Family Trust<br>264 S Oakhurst Dr<br>Beverly Hills, CA 90212 |
| Nathan Halevy<br>133 S Palm Dr #5<br>Beverly Hills, CA 90212 | Halevy Family Trust<br>257 S Linden Dr<br>Beverly Hills, CA 90212 | Shmuel Levy<br>2247 S Canfield Ave<br>Los Angeles, CA 90034 |
| Perla Segla<br>133 S Palm Dr #4<br>Beverly Hills, CA 90212 | Shellpoint Mortgage Servicing<br>A division of Newrez LLC<br>c/o CSC–Lawyers Incorporating Service<br>2710 Gateway Oaks Dr Ste 150N<br>Sacramento, CA 95833 | Wells Fargo Auto / Wells Fargo Bank<br>c/o CSC-Lawyers Incorporating Service<br>2710 Gateway Oaks Dr Ste 150N<br>Sacramento, CA 95833 |
| Adam Willmouth, Ericka Ochoa<br>3538 Greenfield Ave<br>Los Angeles, CA 90034 | AIRE Ancient Baths Los Angeles LLC<br>88 Franklin St<br>New York, NY 10013 | ~~Sean Rudes and Monfrere~~<br>~~3891 Beverly Blvd #328~~<br>~~Los Angeles, CA 90048~~<br>**RETURNED** |
| WGW Sales Inc<br>555 Logan Ave<br>Winnipeg, MB R3A O54<br>CANADA | | |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                    **F 9013-3.1.PROOF.SERVICE**