United States Bankruptcy Court

Central District of California

In re:                                                                                    Case No. 24-12079-VZ

Seaton Investments, LLC                                                    Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0973-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Nov 12, 2024 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Seaton Investments, LLC, 264 S Oakhurst Dr, Beverly Hills, CA 90212-3504 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2024                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Avi Edward Muhtar | on behalf of Interested Party Avi Muhtar amuhtar@crownandstonelaw.com |
| Bruce D Poltrock | on behalf of Creditor Archway Real Estate Income Fund I SPE I  LLC bpoltrock@frandzel.com, achase@frandzel.com |
| Carol Chow | on behalf of Debtor Alan Gomperts Carol.Chow@saul.com  hannah.richmond@saul.com,easter.santamaria@saul.com |
| Carol Chow | on behalf of Debtor Susan Halevy Carol.Chow@saul.com  hannah.richmond@saul.com,easter.santamaria@saul.com |
| Carol Chow | on behalf of Debtor Daniel Halevy Carol.Chow@saul.com  hannah.richmond@saul.com,easter.santamaria@saul.com |
| Christopher Cramer | on behalf of Interested Party Courtesy NEF secured@becket-lee.com |

District/off: 0973-2                                 User: admin                                 Page 2 of 3
Date Rcvd: Nov 12, 2024                              Form ID: pdf042                             Total Noticed: 1

Derrick Talerico
      on behalf of Debtor Broadway Avenue Investments  LLC dtalerico@wztslaw.com,
maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

Derrick Talerico
      on behalf of Interested Party Susan Halevy dtalerico@wztslaw.com
maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

Derrick Talerico
      on behalf of Debtor SLA Investments  LLC dtalerico@wztslaw.com,
maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

Derrick Talerico
      on behalf of Debtor Colyton Investments  LLC dtalerico@wztslaw.com,
maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

Derrick Talerico
      on behalf of Interested Party Daniel Halevy dtalerico@wztslaw.com
maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

Derrick Talerico
      on behalf of Debtor Negev Investments  LLC dtalerico@wztslaw.com,
maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

Derrick Talerico
      on behalf of Debtor Seaton Investments  LLC dtalerico@wztslaw.com,
maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

Gerrick Warrington
      on behalf of Creditor Archway Broadway Loan SPE  LLC gwarrington@frandzel.com, achase@frandzel.com

Gerrick Warrington
      on behalf of Creditor Archway real estate income fund gwarrington@frandzel.com  achase@frandzel.com

Gerrick Warrington
      on behalf of Creditor Archway Broadway Loan SPE  LLC, fka Archway Real Estate Income Fund I REIT, LLC
gwarrington@frandzel.com, achase@frandzel.com

Gerrick Warrington
      on behalf of Plaintiff Archway Broadway Loan SPE  LLC, a Delaware limited liability company gwarrington@frandzel.com,
achase@frandzel.com

Gerrick Warrington
      on behalf of Creditor Archway Real Estate Income Fund I SPE I  LLC gwarrington@frandzel.com, achase@frandzel.com

Jacqueline L James
      on behalf of Interested Party Harvest Small Business Finance  LLC jjames@hrhlaw.com

Jacqueline L James
      on behalf of Creditor Harvest Small Business Finance  LLC jjames@hrhlaw.com

Jacquelyn H Choi
      on behalf of Creditor LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR jacquelyn.choi@rimonlaw.com
docketingsupport@rimonlaw.com

Jennifer C Wong
      on behalf of Interested Party Courtesy NEF bknotice@mccarthyholthus.com  jwong@ecf.courtdrive.com

Jennifer C Wong
      on behalf of Creditor Wells Fargo Bank  N.A. bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

Kelly L Morrison
      on behalf of U.S. Trustee United States Trustee (LA) kelly.l.morrison@usdoj.gov

Michael G Fletcher
      on behalf of Creditor Archway Real Estate Income Fund I SPE I  LLC mfletcher@frandzel.com, sking@frandzel.com

Michael G Fletcher
      on behalf of Creditor Archway real estate income fund mfletcher@frandzel.com  sking@frandzel.com

Michael G Fletcher
      on behalf of Creditor Archway Broadway Loan SPE  LLC, fka Archway Real Estate Income Fund I REIT, LLC
mfletcher@frandzel.com, sking@frandzel.com

Michael G Fletcher
      on behalf of Plaintiff Archway Broadway Loan SPE  LLC, a Delaware limited liability company mfletcher@frandzel.com,
sking@frandzel.com

Paige Selina Poupart
      on behalf of Creditor Archway Real Estate Income Fund I SPE I  LLC ppoupart@frandzel.com, achase@frandzel.com

Paige Selina Poupart
      on behalf of Plaintiff Archway Broadway Loan SPE  LLC, a Delaware limited liability company ppoupart@frandzel.com,

District/off: 0973-2                                    User: admin                                    Page 3 of 3
Date Rcvd: Nov 12, 2024                            Form ID: pdf042                            Total Noticed: 1

achase@frandzel.com

Paige Selina Poupart

on behalf of Creditor Archway Broadway Loan SPE LLC, fka Archway Real Estate Income Fund I REIT, LLC
ppoupart@frandzel.com, achase@frandzel.com

Richard Girgado

on behalf of Creditor LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR rgirgado@counsel.lacounty.gov

Robert F Conte

on behalf of Creditor United States of America on behalf of Internal Revenue Service robert.conte@usdoj.gov
caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov

Ryan Coy

on behalf of Interested Party Alan Gomperts ryan.coy@saul.com  hannah.richmond@saul.com

Ryan Coy

on behalf of Interested Party Courtesy NEF ryan.coy@saul.com  hannah.richmond@saul.com

Ryan Coy

on behalf of Interested Party Daniel Halevy ryan.coy@saul.com  hannah.richmond@saul.com

Ryan Coy

on behalf of Interested Party Susan Halevy ryan.coy@saul.com  hannah.richmond@saul.com

Scott R Albrecht

on behalf of Creditor First Foundation Bank salbrecht@gsaattorneys.com  jackie.nguyen@sgsattorneys.com

Tanya Behnam

on behalf of Creditor Korth Direct Mortgage Inc. tbehnam@polsinelli.com
tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com

Todd S. Garan

on behalf of Creditor Wells Fargo National Bank West ch11ecf@aldridgepite.com
TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

Todd S. Garan

on behalf of Interested Party Courtesy NEF ch11ecf@aldridgepite.com  TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

Turner Falk

on behalf of Debtor Susan Halevy turner.falk@saul.com  tnfalk@recap.email

Turner Falk

on behalf of Debtor Alan Gomperts turner.falk@saul.com  tnfalk@recap.email

Turner Falk

on behalf of Interested Party Susan Halevy turner.falk@saul.com  tnfalk@recap.email

Turner Falk

on behalf of Interested Party Daniel Halevy turner.falk@saul.com  tnfalk@recap.email

Turner Falk

on behalf of Debtor Daniel Halevy turner.falk@saul.com  tnfalk@recap.email

United States Trustee (LA)

ustpregion16.la.ecf@usdoj.gov

Zev Shechtman

on behalf of Interested Party Susan Halevy Zev.Shechtman@saul.com
zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com

Zev Shechtman

on behalf of Debtor Daniel Halevy Zev.Shechtman@saul.com  zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com

Zev Shechtman

on behalf of Interested Party Alan Gomperts Zev.Shechtman@saul.com
zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com

Zev Shechtman

on behalf of Debtor Susan Halevy Zev.Shechtman@saul.com  zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com

Zev Shechtman

on behalf of Debtor Alan Gomperts Zev.Shechtman@saul.com  zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com

Zev Shechtman

on behalf of Interested Party Courtesy NEF Zev.Shechtman@saul.com
zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com

Zev Shechtman

on behalf of Interested Party Daniel Halevy Zev.Shechtman@saul.com
zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com

TOTAL: 54

1  ZEV SHECHTMAN (Bar No. 266280)
   zev.shechtman@saul.com
2  CAROL CHOW (Bar No. 169299)
   carol.chow@saul.com
3  RYAN F. COY (Bar No. 324939)
   ryan.coy@saul.com
4  SAUL EWING LLP
5  1888 Century Park East, Suite 1500
   Los Angeles, California 90067
6  Telephone: (310) 255-6100

7
   Counsel to Debtors
8  Alan Gomperts, Daniel Halevy, and
   Susan Halevy
9

```
┌─────────────────────────────────┐
│  FILED & ENTERED                │
│                                 │
│  ┌───────────────────────────┐  │
│  │    NOV 12 2024            │  │
│  │                           │  │
│  └───────────────────────────┘  │
│                                 │
│  CLERK U.S. BANKRUPTCY COURT    │
│  Central District of California │
│  BY carranza  DEPUTY CLERK      │
└─────────────────────────────────┘
```

10                **UNITED STATES BANKRUPTCY COURT**

11        **CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

12  In re:                                Lead Case No. 2:24-bk-12079-VZ

13                                        Jointly Administered with Case Nos.:
    SEATON INVESTMENTS, LLC, *et al.*,    2:24-bk-12080-VZ; 2:24-bk-12081-VZ;
14                                        2:24-bk-12082-VZ; 2:24-bk-12091-VZ;
15                                        2:24-bk-12074-VZ; 2:24-bk-12075-VZ
                    Debtors and Debtors in   and 2:24-bk-12076-VZ
16                  Possession.

17                                        Chapter 11

18  ─────────────────────────────────

19  ☐  Affects All Debtors.              **ORDER APPROVING**
    ☐  Affects Seaton Investments, LLC   **STIPULATION TO FURTHER**
20  ☐  Affects Colyton Investments, LLC  **CONTINUE HEARING ON MOTION**
                                         **TO AUTHORIZE USE OF CASH**
21  ☐  Affects Broadway Avenue Investments, LLC  **COLLATERAL PURSUANT TO 11**
    ☒  Affects SLA Investments, LLC      **U.S.C. § 363(c)(2)**
22  ☒  Affects Negev Investments, LLC
    ☒  Affects Alan Gomperts            Current Hearing:
23  ☐  Affects Daniel Halevy            Date: November 12, 2024
    ☒  Affects Susan Halevy             Time: 11:00 a.m.
24                                       Crtrm.: 1368

25                                       Continued Hearing:
                                         Date:  December 10, 2024
26                                       Time:  11:00 a.m.
                                         Crtrm: 1368
27

28

5391842v1 | 101415-0002

                                    1

SLA Investments, LLC ("SLA"), Negev Investments, LLC ("Negev"), Susan Halevy ("Susan" or "Susan Halevy"), and Alan Gomperts ("Alan" or "Alan Gomperts"), debtors and debtors-in-possession (the "Debtors"), Archway Broadway Loan SPE, LLC, successor in interest to Archway Real Estate Income Fund I REIT, LLC, fka Archway Real Estate Income Fund I SPE I, LLC ("Archway"), Wells Fargo Bank National West ("Wells Fargo") as to the 2220 Bagley Ave and 3538 Greenfield Properties, and Harvest Small Business Finance, LLC ("Harvest") (Archway, Wells Fargo and Harvest, collectively, the "Lenders")— in the above-entitled jointly administered chapter 11 bankruptcy cases (the "Bankruptcy Cases"), having submitted their *Stipulation to Further Continue Hearing on Motion to Authorize Use of Cash Collateral Pursuant to 11 U.S.C. § 363(c)(2)* (the "Stipulation") on November 8, 2024, and good cause appearing therefor,

IT IS HEREBY ORDERED that:

1.    The Stipulation is approved.

2.    The status conference on the *Motion by Affected Debtors for Entry of an Order Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. § 363(c)(2)* (doc. no. 87) is further continued from November 12, 2024 at 11:00 a.m. to December 10, 2024 at 11:00 a.m. (the "Continued Cash Collateral Status Conference Date").

3.    The Debtors' authorization to use cash collateral is extended through the Continued Cash Collateral Status Conference Date.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

4.      All the terms of the Interim Cash Collateral Order (Docket No. 127), including the
Lender Rights and Protections, shall remain in full force and effect and unchanged, except for the
extension of the period of authorization to use cash collateral, during the continued interim period
between November 12, 2024 and the Continued Cash Collateral Status Conference Date.

####

Date: November 12, 2024

Vincent P. Zurzolo
United States Bankruptcy Judge