**Alan Gomperts**

**Income and Expense Reconcilaiton**

### Income

| | | |
|---|---|---:|
| Total income | Line d. of Part 8 | 42,802.56 |
| Payroll deductions | Line e. of Part 9 | (4,312.50) |
| **Total Receipts** | Line b. of part 1 | **38,490.06** |
| | | |
| Total Deposits in Wells Fargo account ending -3107 | | 75,151.57 |
| Reimbursed Expenses from agron, inc. (Employer) | | (36,661.51) |
| **Net Deposits** | | **38,490.06** |

### Expenses

| | | |
|---|---|---:|
| Total Expenses | Line i. of Part 8 | 35,148.25 |
| Payroll deductions | | 4,312.50 |
| **Total disbursements** | Line c. of part 1 | **30,835.75** |
| | | |
| Total withdrawals in Wells Fargo account ending -3107 | | 67,497.26 |
| | | |
| agron, inc Expenses | | (36,661.51) |
| **Total Agron Expenses** | | **(36,661.51)** |
| | | |
| Net Disbursements | | **30,835.75** |