**Alan Gomperts**
**Part 8 Expenses**

| Date | Amount | Payee | Description |
|---|---:|---|---|
| 10/1/2024 | (140.00) | BILL PAY Jun Ho. Choi ON-LINE No Account Number ON 10-01 | Personal Living - Pool Man |
| 10/2/2024 | (125.00) | ZELLE TO HERNANDEZ CIRO ON 10/01 REF #PP0SHKGKDW | Personal Living - Gardener |
| 10/4/2024 | (3,125.00) | BILL PAY WELLS FARGO Oakhurst ON-LINE 0512091XXX ON 10-04 | Personal Living - Mortgage |
| 10/4/2024 | (2,387.09) | CITI CARD ONLINE PAYMENT 241003 431485025933045 SHARON HALEVY | Personal Living - Credit Card |
| 10/4/2024 | (162.26) | BILL PAY NORTHWESTERN MUTUAL LIFE INSURAN ON-LINE xxxx4520 ON 10-04 | Personal Living - Life Insurance |
| 10/7/2024 | (2,448.96) | CHASE CREDIT CRD EPAY 241004 7837372342 SHARON HALEVY | Personal Living - Credit Card |
| 10/7/2024 | (1,277.00) | Cash eWithdrawal in Branch 10/07/2024 13:46 PM 9354 WILSHIRE BLVD BEVERLY HILLS CA 0874 | Personal Living - Cash Expenses |
| 10/8/2024 | (2,555.57) | CITI CARD ONLINE PAYMENT 241007 431497892987437 SHARON HALEVY | Personal Living - Credit Card |
| 10/15/2024 | (290.52) | BLOOMINGDALES ONLINE PMT 241011 601510677199508 SHARON HALEVY | Personal Living - Clothes |
| 10/16/2024 | (5,115.80) | AMERICAN EXPRESS ACH PMT 241016 W3266 ALAN GOMPERTS | Personal Living - Credit Card |
| 10/16/2024 | (40.54) | BILL PAY SOUTHERN CALIFOR ON-LINE xxxxxxx4834 ON 10-16 | Personal Living - Gas bill |
| 10/17/2024 | (150.26) | MACYS ONLINE PMT 241016 601497719421904 SHARON HALEVY | Personal Living - Clothes |
| 10/21/2024 | (1,077.00) | Cash eWithdrawal in Branch 10/21/2024 13:00 PM 15240 W SUNSET BLVD PACIFIC PALISADES CA | Personal Living - Cash Expenses |
| 10/21/2024 | (475.00) | ZELLE TO MONICA ON 10/20 REF #RP0Y5KJ75P | Personal Living - Education Tutor |
| 10/21/2024 | (5.00) | ZELLE TO MONICA ON 10/19 REF #RP0Y5K7MNZ | Personal Living - Education Tutor |
| 10/29/2024 | (718.66) | BILL PAY WELLS FARGO AUTO ON-LINE xxxxxx6254 ON 10-29 | Personal Living - Car Payment |
| 10/29/2024 | (43.50) | TARGET CARD SRVC BILL PAY 241029 000000003530563 7S HALEVY M | Personal Living - Supplies |
| 10/30/2024 | (100.00) | Cash eWithdrawal in Branch 10/30/2024 09:08 AM 10789 W PICO BLVD LOS ANGELES CA 6206 | Personal Living - Cash Expenses |

**Living Expenses**
**Line g. of Part 8**        **(20,237.16)**

| Date | Amount | Payee | Description |
|---|---:|---|---|
| 10/1/2024 | (75.00) | BILL PAY Nicandro Barba ON-LINE No Account Number ON 10-01 | Gardener Bagely |
| 10/1/2024 | (90.00) | BILL PAY 4 SEASON POOL SE ON-LINE No Account Number ON 10-01 | Pool Man Bagley Ave |
| 10/2/2024 | (155.00) | ZELLE TO GABRIEL ADULFO ON 10/01 REF #PP0SHKGJ52 | Gardener Canfield and Greenfield |
| 10/4/2024 | (4,003.21) | BILL PAY WELLS FARGO Bagley ON-LINE 0512092XXX ON 10-04 | Mortgage - Bagley |
| 10/4/2024 | (2,050.07) | BILL PAY WELLS FARGO Canfield ON-LINE 0502483XXX ON 10-04 | Mortgage - Canfield |
| 10/4/2024 | (1,625.27) | BILL PAY WFHM - Greenfield ON-LINE 0320648XXX ON 10-04 | Mortgage - Greenfield |
| 10/15/2024 | (458.62) | ZELLE TO ACOCA CALIFORNIA REFRIGERATION ON 10/14 REF #RP0Y527F39 | Repair - Bagley |
| 10/17/2024 | (1,746.42) | ClickPay PROPRTYPAY 241016 49973856 270283 | HOA dues Canfield and Bagley |
| 10/22/2024 | (395.00) | QUARTERLY FEE PAYMENT 241021 6QEED0S67V1 ALAN GOMPERTS | US Trustee |

**All Other Expenses**
**Line h. of Part 8**        **(10,598.59)** Expenses on Rental Properties