Michael Gerard Fletcher (State Bar No. 070849)
  mfletcher@frandzel.com
Gerrick M. Warrington (State Bar No. 294890)
  gwarrington@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, California 90017-2427
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for Secured Creditor
ARCHWAY BROADWAY LOAN SPE, LLC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re | Lead Case No. 2:24-bk-12079-VZ |
| SEATON INVESTMENTS, LLC, *et al.*, | Jointly Administered with Case Nos.: |
| Debtors and Debtors-in-Possession. | 2:24-bk-12080-VZ; 2:24-bk-12081-VZ; 2:24-bk-12082-VZ; 2:24-bk-12091-VZ; 2:24-bk-12074-VZ; 2:24-bk-12075-VZ; and 2:24-bk-12076-VZ |
| Affects: | Chapter 11 |
| ☐ All Debtors<br>☐ Seaton Investments, LLC<br>☐ Colyton Investments, LLC<br>☐ Broadway Avenue Investments, LLC<br>☐ SLA Investments, LLC<br>☐ Negev Investments, LLC<br>☒ Alan Gomperts<br>☒ Daniel Halevy<br>☒ Susan Halevy | **OBJECTION BY ARCHWAY BROADWAY LOAN SPE, LLC TO SUPPLEMENT TO APPLICATION OF INDIVIDUAL DEBTORS AND DEBTORS-IN-POSSESSION TO EXPAND SCOPE OF EMPLOYMENT APPLICATION OF SAUL EWING LLP AS GENERAL BANKRUPTCY COUNSEL**<br><br>[LBR 2014-1(b)(5)]<br><br>Hon. Vincent P. Zurzolo |

5403257v1 | 101415-0002

1

OBJECTION TO EMPLOYMENT SUPPLEMENT

1   Archway Broadway Loan SPE, LLC, a Delaware limited liability company, successor in
2   interest to Archway Real Estate Income Fund I REIT, LLC ("Archway"), objects to the Notice of
3   Supplement and Supplement to Application of Individual Debtors and Debtors-in-Possession to
4   Expand Scope of Employment Application of Saul Ewing LLP ("Applicant") as General
5   Bankruptcy Counsel ("Application") (Dkt. 285).

**The Application**

The Application seeks permission under § 327(a) of the Bankruptcy Code to expand the Applicant's previously-approved employment as counsel to the Individual Debtors as debtors-in-possession. *See* Application at 1–5.

**Applicable Legal Standards**

Section 327(a) of the Bankruptcy Code provides, in pertinent part, that "the trustee, with the court's approval, may employ one or more attorneys, accountants, appraisers, auctioneers, or other professional persons, that do not hold or represent an interest adverse to the estate, and that are disinterested persons, to represent or assist the trustee in carrying out the trustee's duties under this title." "The term 'disinterested person' means a person that—(A) is not a creditor, an equity security holder, or an insider; (B) is not and was not, within 2 years before the date of the filing of the petition, a director, officer, or employee of the debtor; and (C) does not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason." 11 U.S.C.A. § 101(14). An actual or potential conflict of interest may constitute grounds for disqualification of the applicant from employment under § 327(a). *See In re AFI Holding, Inc.*, 530 F.3d 832, 852 (9th Cir. 2008) (citation omitted).

**The Conflict**

The Application seeks to expand Applicant's employment to include concurrent representation of, not just the Individual Debtor Defendants (Mr. and Ms. Halevy), but also Ms. Halevy's wholly-owned non-debtor limited liability company, 341 South Cannon LLC ("South Cannon LLC"). The Application states that it seeks to represent South Cannon LLC to avoid a default and that the entity lacks independent funds to defend itself and judgment against

1  this entity would result in a loss to Ms. Halevy's estate. *See* Application at 2:11–15. Indeed, the

2  Applicant has already filed a Rule 12(b)(6) motion on behalf of the Halevys and South Cannon

3  LLC. *See* 2:24-ap-01241-VZ, Dkt. 9 ("Motion to Dismiss").

4        The problem is that South Cannon LLC is the alleged recipient of Ms. Halevy's prepetition

5  fraudulent transfer of the 341 South Canon Drive, Beverly Hills CA 90212 property ("Canon

6  Drive Property"). *See* Archway's Adversary Complaint ("Complaint"), 2:24-ap-01241-VZ, Adv.

7  Dkt. 1 at ¶¶ 6, 23, 26–31. And as alleged Mr. Halevy is the manager of South Cannon LLC and the

8  one who signed the deed of trust, hypothecating the Canon Drive Property after Ms. Halevy

9  transferred it to South Cannon LLC. *See* Complaint Exh. 11 at 314.

10        More specifically, in its Complaint, Archway alleges that Ms. Halevy transferred the

11  Canon Drive Property to South Cannon LLC, an insider of hers, as a "gift" and as part of a scheme

12  to defraud Ms. Halevy's creditors. *See* Complaint at ¶¶ 64–77. Archway alleges that Mr. Halevy

13  was involved in another transfer, which entailed his execution of a deed of trust whereby Mr. and

14  Mrs. Halevy were able to siphon $1.3 million in equity out of the Canon Drive Property. *See*

15  Complaint at ¶ 30; Exh. 314. Archway seeks a judgment against both Ms. Halevy and South

16  Cannon LLC to avoid the transfer, enjoin further transfers of assets or proceeds, impress an

17  equitable lien on proceeds of the transfer, and/or for damages against both Ms. Halevy and South

18  Cannon LLC. *See* Complaint at 24:18–27.

19        Representation of both the alleged recipient of a fraudulent transfer (South Cannon LLC)

20  and the debtors-in-possession who made the alleged transferors (Ms. Halevy and Mr. Halevy)

21  creates a conflict for the Applicant. As debtors-in-possession, the Halevys owe fiduciary duties to

22  their respective bankruptcy estates, as does the Applicant as counsel to the Halevys. *See In re*

23  *McConville*, 110 F.3d 47, 50 (9th Cir. 1997) (citation omitted); *In re Woodson*, 839 F.2d 610, 614

24  n. 5 (9th Cir. 1988) (citations omitted); *In re Perez*, 30 F.3d 1209, 1219 (9th Cir. 1994).

25        These duties are brought into conflict in the *Archway v. Halevy, et al.* adversary

26  proceeding. The Halevys, as debtors in possession, are fiduciaries to their respective estates to

27  maximize creditor recoveries. *See In re Feiler*, 218 F.3d 948, 952 (9th Cir. 2000) (citation

28  omitted). By contrast, the interests of the Halevys and South Cannon LLC, as defendants in the

1  *Archway v. Halevy, et al.* adversary proceeding, are just the opposite—to prevent estate creditor
2  Archway's recoveries. In the Motion to Dismiss, the Halevys and South Cannon LLC seek to
3  prevent Archway from avoiding the alleged fraudulent transfers orchestrated by the Halevys,
4  which resulted in the prepetition transfer of a multimillion-dollar real property to a non-debtor
5  entity, South Cannon LLC.

### Conclusion

Under these circumstances, an actual conflict of interests exists, which negates Applicant's disinterestedness and creates a materially adverse interest. Accordingly, under § 327(a), the Applicant should not be permitted to concurrently represent both the Halevys as debtors in possession and defendants *and* South Cannon LLC as alleged transferee of a fraudulent transfer that could be recovered for the benefit of an estate creditor.

DATED: November 20, 2024            FRANDZEL ROBINS BLOOM & CSATO, L.C.


By:     /s/ Gerrick M. Warrington
        GERRICK M. WARRINGTON
        Attorneys for Secured Creditor
        ARCHWAY BROADWAY LOAN SPE, LLC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1000 Wilshire Boulevard, Nineteenth Floor, Los Angeles, CA 90017-2427.

A true and correct copy of the foregoing document entitled (*specify*): OBJECTION BY ARCHWAY BROADWAY LOAN SPE, LLC TO SUPPLEMENT TO APPLICATION OF INDIVIDUAL DEBTORS AND DEBTORS-IN-POSSESSION TO EXPAND SCOPE OF EMPLOYMENT APPLICATION OF SAUL EWING LLP AS GENERAL BANKRUPTCY COUNSEL will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) November 20, 2024 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Counsel to Party in Interest: Scott R Albrecht    salbrecht@gsaattorneys.com, jackie.nguyen@sgsattorneys.com
- Counsel to KDM: Tanya Behnam    tbehnam@polsinelli.com, tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com
- Counsel to Party in Interest: Jacquelyn H Choi    jacquelyn.choi@rimonlaw.com, docketingsupport@rimonlaw.com
- Counsel to Individual Debtors: Carol Chow    Carol.Chow@saul.com, easter.santamaria@saul.com
- Counsel to Party in Interest: Robert F Conte    robert.conte@usdoj.gov, caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov
- Counsel to Individual Debtors: Ryan Coy    ryan.coy@saul.com, hannah.richmond@saul.com
- Counsel to Party in Interest: Christopher Cramer    secured@becket-lee.com
- Counsel to Individual Debtors: Turner Falk    turner.falk@saul.com, tnfalk@recap.email
- Counsel to Archway: Michael G Fletcher    mfletcher@frandzel.com, sking@frandzel.com
- Counsel to Party in Interest: Todd S. Garan    ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com
- Counsel to Party in Interest: Richard Girgado    rgirgado@counsel.lacounty.gov
- Counsel to Party in Interest: Jacqueline L James    jjames@hrhlaw.com
- Trial Counsel to U.S. Trustee: Kelly L Morrison    kelly.l.morrison@usdoj.gov
- Counsel to Party in Interest: Avi Edward Muhtar    amuhtar@crownandstonelaw.com
- Counsel to Archway: Bruce D Poltrock    bpoltrock@frandzel.com, achase@frandzel.com
- Counsel to Individual Debtors: Zev Shechtman    Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com
- Counsel to Corporate Debtors: Derrick Talerico    dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Counsel to Archway: Gerrick Warrington    gwarrington@frandzel.com, achase@frandzel.com
- Counsel to Party in Interest: Jennifer C Wong    bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

☐ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) November 20, 2024, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Hon. Vincent Zurzolo (**Overnight Mail; Early Delivery**)
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street
Bin outside of Suite 1368
Los Angeles, CA 90012

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 20, 2024 | Annette Chase | /s/ Annette Chase |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                      F 9013-3.1.PROOF.SERVICE