| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Derrick Talerico (SBN 223763)<br>David B. Zolkin (SBN 155410)<br>WEINTRAUB ZOLKIN TALERICO & SELTH LLP<br>11766 Wilshire Blvd., Suite 730<br>Los Angeles, CA 90025<br>Telephone: 424-500-8552<br>Email: dtalerico@wztslaw.com<br>         dzolkin@wztslaw.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Broadway Avenue Investments, LLC | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>SEATON INVESTMENTS, LLC, et al.,<br><br>___ Affects all Debtors.<br>___ Affects Seaton Investments, LLC (2:24-bk-12079-VZ)<br>___ Affects Colyton Investments, LLC (2:24-bk-12080-VZ)<br> X  Affects Broadway Avenue Investments, LLC<br>        (2:24-bk-12081-VZ)<br>___ Affects SLA Investments, LLC (2:24-bk-12082-VZ)<br>___ Affects Negev Investments, LLC (2:24-bk-12091-VZ)<br>___ Affects Alan Gomperts (2:24-bk-12074-VZ)<br>___ Affects Daniel Halevy (2:24-bk-12075-VZ)<br>___ Affects Susan Halevy (2:24-bk-12076-VZ)<br><br>Debtor(s). | CASE NO.: 2:24-bk-12079-VZ (Jointly Administered)<br>CHAPTER: 11<br><br>**NOTICE OF MOTION FOR:**<br><br>ORDER AUTHORIZING DEBTOR TO ENTER INTO POST-PETITION LEASE<br><br><br>**(*Specify name of Motion*)**<br><br>DATE: December 12, 2024<br>TIME: 11:00 a.m.<br>COURTROOM: 1368<br>PLACE: 255 East Temple Street<br>            Los Angeles, CA 90012 |

1. TO (*specify name*): The Honorable Vincent P. Zurzolo, United States Bankruptcy Judge, and all Parties in Interest:

2. NOTICE IS HEREBY GIVEN that on the following date and time and in the indicated courtroom, Movant in the above-captioned matter will move this court for an Order granting the relief sought as set forth in the Motion and accompanying supporting documents served and filed herewith. Said Motion is based upon the grounds set forth in the attached Motion and accompanying documents.

3. **Your rights may be affected**. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                                   Page 1                                              **F 9013-1.1.HEARING.NOTICE**

4. **Deadline for Opposition Papers:** This Motion is being heard on regular notice pursuant to LBR 9013-1. If you wish to oppose this Motion, you must file a written response with the court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than fourteen (14) days prior to the above hearing date. If you fail to file a written response to this Motion within such time period, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

5. **Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure:** The undersigned hereby verifies that the above hearing date and time were available for this type of Motion according to the judge's self-calendaring procedures.

Date: 11/21/2024

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
Printed name of law firm

/s/ Derrick Talerico
Signature

Derrick Talerico
Printed name of attorney

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*     Page 2     **F 9013-1.1.HEARING.NOTICE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

11766 Wilshire Blvd., Suite 730, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION FOR** (*specify name of motion*) ORDER AUTHORIZING DEBTOR TO ENTER INTO POST-PETITION LEASE will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 11/21/2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See attached NEF Service List

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 11/21/2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

See attached US Mail Service List

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 11/21/2024, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Vincent Zurzolo    (via Priority Mail)
United States Bankruptcy Court
255 East Temple St., Suite 1360
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/21/2024 | Martha E. Araki | /s/ Martha E. Araki |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 3    **F 9013-1.1.HEARING.NOTICE**

Seaton Investments, LLC – Jointly Administered

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Attorneys for Corporate Debtors Seaton Investment, LLC, Colyton Investments, LLC, Broadway Avenue Investments, LLC, Negev Investments, LLC, SLA Investments, LCC.: **Derrick Talerico**: dtalerico@wztslaw.com; maraki@wztslaw.com; sfritz@wztslaw.com; admin@wztslaw.com
- Attorneys for Individual Debtors Alan Gomperts, Daniel Halevy, Susan Haley: **Zev Shechtman, Carol Chow, Turner Falk, Ryan Coy**: zev.shechtman@saul.com; zshechtman@ecf.inforuptcy.com; carol.chow@saul.com; easter.santamaria@saul.com; turner.falk@saul.com; ryan.coy@saul.com
- Attorneys for Creditor First Foundation Bank: **Scott R Albrecht**: scott.albrecht@sgsattorneys.com; jackie.nguyen@sgsattorneys.com
- Attorneys for Creditor Korth Direct Mortgage, Inc.: **Tanya Behnam**: tbehnam@polsinelli.com, tanyabehnam@gmail.com; ccripe@polsinelli.com; ladocketing@polsinelli.com
- Attorneys for Creditor Los Angeles County Treasurer and Tax Collector: **Jacquelyn H Choi**: jacquelyn.choi@rimonlaw.com; docketingsupport@rimonlaw.com
- Attorneys for Creditor United States of America on behalf of the Internal Revenue Service: **Robert F Conte**: robert.conte@usdoj.gov; caseview.ecf@usdoj.gov; usacac.tax@usdoj.gov
- Courtesy NEF/Interested Party: **Christopher Cramer**: secured@becket-lee.com
- Attorneys for Creditor Archway Real Estate Income Fund I SPE I, LLC: **Michael G. Fletcher, Bruce D. Poltrock, Paige Selina Poupart, Gerrick Warrington**: mfletcher@frandzel.com; ppoupart@franddzel.com; gwarrington@frandzel.com; bpoltrock@frandzel.com; sking@frandzel.com; achase@frandzel.com
- Attorneys for Creditor Wells Fargo National Bank West: **Todd S Garan**: ch11ecf@aldridgepite.com; TSG@ecf.inforuptcy.com; tgaran@aldridgepite.com
- Attorneys for Creditor Los Angeles County Treasurer and Tax Collector: **Richard Girgado**: rgirgado@counsel.lacounty.gov
- Attorneys for Creditor Harvest Small Business Finance, LLC: **Jacqueline L James**: jjames@hrhlaw.com
- Courtesy NEF/Interested Party Avi Muhtar: **Avi Edward Muhtar**: amuhtar@eaccidents.com
- Attorneys for Creditor Wells Fargo Bank, N.A.: **Jennifer C Wong**: bknotice@mccartyholthus.com; jwong@ecf.courtdrive.com
- US Trustee's Office: ustpregion16.la.ecf@usdoj.gov; **Kelly L. Morrison**: Kelly.l.morrison@usdoj.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

```
Label Matrix for local noticing          Archway Broadway Loan SPE, LLC           Broadway Avenue Investments, LLC
0973-2                                   Frandzel Robins Bloom & Csato, L.C.      264 S. Oakhurst Dr
Case 2:24-bk-12081-VZ                    c/o Michael Gerard Fletcher              Beverly Hills, CA 90212-3504
Central District of California           1000 Wilshire Blvd., 19th Fl.
Los Angeles                              Los Angeles, CA 90017-2457   NEF PARTY


Los Angeles Division                     802 Mateo Street LLC                     Alan D Gomperts
255 East Temple Street,                  Attn Daniel Halevy                       264 S Oakhurst Dr
Los Angeles, CA 90012-3332               802 Mateo St                             Beverly Hills, CA 90212-3504
                                         Los Angeles, CA 90021-1712


Alta Fire Pro                            Archway Broadway Loan SPE, LLC           Archway Real Estate Income
PO Box 7007                              c/o Michael Fletcher                     Fund I SPE I, LLC
Mission Hills, CA 91346-7007             Frandzel Robins Bloom & Csato, L.C.      10100 Santa Monica Blvd Ste 500
                                         1000 Wilshire Blvd., 19th Fl             Los Angeles, CA 90067-4121
                                         Los Angeles, CA 90017-2457   NEF PARTY


Archway Real Estate Income Fund I REIT, LLC   CA Dept of Tax and Fee Admin        California Refrigeration & Supply
Michael Gerard Fletcher                       Account Info Group MIC29            1926 Glendon Ave Apt 4
c/o FRANDZEL ROBINS BLOOM & CSATO, L.C        PO Box 942879                       Los Angeles, CA 90025-4661
1000 Wilshire Boulevard, 19th Floor           Sacramento, CA 94279-0029
Los Angeles, California 90017-2457   NEF PARTY


Capital One                              Commune Events Inc                       Daniel Halevy
PO Box 30285                             802 Mateo St                             257 S Linden Dr
Salt Lake City, UT 84130-0285            Los Angeles, CA 90021-1712               Beverly Hills, CA 90212-3704


Employment Development Dept              Franchise Tax Board                      Gomperts and Halevy Family Trust
Bankruptcy Group MIC 92E                 Bankruptcy Section MS A-340              264 Oakhurst Dr
PO Box 826880                            PO Box 2952                              Beverly Hills, CA 90212-3504
Sacramento, CA 94280-0001                Sacramento, CA 95812-2952


Halevy Family Trust                      Internal Revenue Service                 Joshua Mogin Esq
Dated September 6 2010                   PO Box 7346                              Thompson Coburn LLP
257 S Linden Dr                          Philadelphia, PA 19101-7346              10100 Santa Monica Blvd Ste 500
Beverly Hills, CA 90212-3704                                                      Los Angeles, CA 90067-4121


(p)LOS ANGELES COUNTY TREASURER AND TAX COLLE   Mark Berkowitz                    Mordechai Miky Acoca
ATTN BANKRUPTCY UNIT                            5850 Canoga Ave                   1926 Glendon Ave #4
PO BOX 54110                                    Woodland Hills, CA 91367-6505     Los Angeles, CA 90025-4661
LOS ANGELES CA 90054-0110


RG Fire Inc                              Seaton Investments LLC                   Sharon Gomperts
8721 Laurel Canyon Blvd                  264 S Oakhurst Dr                        264 S Oakhurst Dr
Sun Valley, CA 91352-2919                Beverly Hills, CA 90212-3504             Beverly Hills, CA 90212-3504


Sienna Rose Inc                          (p)SOUTHERN CALIFORNIA EDISON COMPANY    Sue Halevy
433 Colyton St                           1551 W SAN BERNARDINO ROAD               257 S Linden Dr
Los Angeles, CA 90013-2210               COVINA CA 91722-3407                     Beverly Hills, CA 90212-3704
```

United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560
 NEF PARTY

Derrick Talerico
Weintraub Zolkin Talerico & Selth LLP
11766 Wilshire Blvd
Suite 730
Los Angeles, CA 90025-6577
 FILING ATTORNEY