Michael Gerard Fletcher (State Bar No. 070849)
  mfletcher@frandzel.com
Gerrick M. Warrington (State Bar No. 294890)
  gwarrington@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, California 90017-2427
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for Secured Creditor
ARCHWAY BROADWAY LOAN SPE, LLC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>SEATON INVESTMENTS, LLC, *et al.*,<br><br>　　　Debtors and Debtors-in-Possession.<br><br>Affects:<br><br>☒ All Debtors<br>☐ Seaton Investments, LLC<br>☐ Colyton Investments, LLC<br>☐ Broadway Avenue Investments, LLC<br>☐ SLA Investments, LLC<br>☐ Negev Investments, LLC<br>☐ Alan Gomperts<br>☐ Daniel Halevy<br>☐ Susan Halevy | Lead Case No. 2:24-bk-12079-VZ<br><br>Jointly Administered with Case Nos.:<br><br>2:24-bk-12080-VZ; 2:24-bk-12081-VZ; 2:24-bk-12082-VZ; 2:24-bk-12091-VZ; 2:24-bk-12074-VZ; 2:24-bk-12075-VZ; and 2:24-bk-12076-VZ<br><br>Chapter 11<br><br>**EVIDENTIARY OBJECTIONS TO DECLARATION OF ARI STOCK IN SUPPORT OF MOTION AUTHORIZING DEBTOR TO ENTER INTO POST-PETITION LEASE**<br><br>Date:　　December 12, 2024<br>Time:　　11:00 a.m.<br>Crtrm.:　　1368<br>　　　　　255 E. Temple Street<br>　　　　　Los Angeles, CA 90012<br><br>Hon. Vincent P. Zurzolo |

Secured creditor, Archway Broadway Loan SPE, LLC, a Delaware limited liability company, successor in interest to Archway Real Estate Income Fund I REIT, LLC ("Archway") objects to and moves to strike certain portions of the Declaration Of Ari Stock In Support Of Motion Authorizing Debtor To Enter Into Post-Petition Lease ("Stock Declaration") (Dkt. 310-2) filed by these jointly administered debtors.

| No. | Testimony | Objections/Motion to Strike |
|---|---|---|
| 1. | Stock Declaration ¶ 2 2:7–8:<br><br>"Levav is in the healthcare business providing operational support of mental healthcare facilities. I have been in this business for 14 years." | **Lack of Foundation. Fed. R. Evid. 602.**<br>The quoted testimony lacks foundation. |
| 2. | Exhibit B<br><br>Levav's Financial Statements | **Hearsay. Fed. R. Evid. 802.**<br>The financial statements are not *Levav's* financial statements. These documents are being offered for the truth of the matter asserted. No exception to the hearsay prohibition is applicable. The Court should exclude and strike the entire exhibit. |

DATED: November 27, 2024

FRANDZEL ROBINS BLOOM & CSATO, L.C.
MICHAEL GERARD FLETCHER
GERRICK M. WARRINGTON

By:     /s/ Gerrick M. Warrington
GERRICK M. WARRINGTON
Attorneys for Secured Creditor
ARCHWAY BROADWAY LOAN SPE, LLC

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

5408115v1 | 101415-0002

2

EVIDENTIARY OBJECTIONS TO DECLARATION OF STEVE GOLD