Michael Gerard Fletcher (State Bar No. 070849)
  mfletcher@frandzel.com
Gerrick M. Warrington (State Bar No. 294890)
  gwarrington@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, California 90017-2427
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for Secured Creditor
ARCHWAY BROADWAY LOAN SPE, LLC

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re | Lead Case No. 2:24-bk-12079-VZ |
| SEATON INVESTMENTS, LLC, *et al.*, | Jointly Administered with Case Nos.: |
| Debtors and Debtors-in-Possession. | 2:24-bk-12080-VZ; 2:24-bk-12081-VZ; 2:24-bk-12082-VZ; 2:24-bk-12091-VZ; 2:24-bk-12074-VZ; 2:24-bk-12075-VZ; and 2:24-bk-12076-VZ |
| Affects: | Chapter 11 |
| ☒ All Debtors<br>☐ Seaton Investments, LLC<br>☐ Colyton Investments, LLC<br>☐ Broadway Avenue Investments, LLC<br>☐ SLA Investments, LLC<br>☐ Negev Investments, LLC<br>☐ Alan Gomperts<br>☐ Daniel Halevy<br>☐ Susan Halevy | **EVIDENTIARY OBJECTIONS TO DECLARATION OF STEVE GOLD IN SUPPORT OF MOTION AUTHORIZING DEBTOR TO ENTER INTO POST-PETITION LEASE**<br><br>Date:  December 12, 2024<br>Time:  11:00 a.m.<br>Crtrm.: 1368<br>  255 E. Temple Street<br>  Los Angeles, CA 90012<br><br>Hon. Vincent P. Zurzolo |

5408101v1 | 101415-0002

1

EVIDENTIARY OBJECTIONS TO DECLARATION OF STEVE GOLD

Secured creditor, Archway Broadway Loan SPE, LLC, a Delaware limited liability company, successor in interest to Archway Real Estate Income Fund I REIT, LLC ("Archway") objects to, and moves to strike, the Declaration Of Steve Gold In Support Of Motion Authorizing Debtor To Enter Into Post-Petition Lease ("Gold Declaration") (Dkt. 310-1) filed by these jointly administered debtors.

| No. | Testimony | Objections/Motion to Strike |
|---|---|---|
| 1. | Gold Declaration ¶ 2 2:8–9:<br><br>"DMB has the expertise to manage and process grants, subsidies, and other government and NGO incentives ("Incentives") available for private operators." | **Lack of Foundation (Fed. R. Evid. 602)**<br>The quoted testimony lacks foundation and should be stricken. Mr. Gold fails to establish how he knows what he is testifying to. |

DATED:  November 27, 2024

FRANDZEL ROBINS BLOOM & CSATO, L.C.
MICHAEL GERARD FLETCHER
GERRICK M. WARRINGTON


By:     /s/ Gerrick M. Warrington
GERRICK M. WARRINGTON
Attorneys for Secured Creditor
ARCHWAY BROADWAY LOAN SPE, LLC