1  Michael Gerard Fletcher (State Bar No. 070849)
     mfletcher@frandzel.com
2  Gerrick M. Warrington (State Bar No. 294890)
     gwarrington@frandzel.com
3  FRANDZEL ROBINS BLOOM & CSATO, L.C.
   1000 Wilshire Boulevard, Nineteenth Floor
4  Los Angeles, California 90017-2427
   Telephone: (323) 852-1000
5  Facsimile: (323) 651-2577

6  Attorneys for Secured Creditor
   ARCHWAY BROADWAY LOAN SPE, LLC

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>SEATON INVESTMENTS, LLC, *et al.*,<br><br>    Debtors and Debtors-in-Possession.<br><br>Affects:<br><br>☒ All Debtors<br>☐ Seaton Investments, LLC<br>☐ Colyton Investments, LLC<br>☐ Broadway Avenue Investments, LLC<br>☐ SLA Investments, LLC<br>☐ Negev Investments, LLC<br>☐ Alan Gomperts<br>☐ Daniel Halevy<br>☐ Susan Halevy | Lead Case No. 2:24-bk-12079-VZ<br><br>Jointly Administered with Case Nos.:<br><br>2:24-bk-12080-VZ; 2:24-bk-12081-VZ;<br>2:24-bk-12082-VZ; 2:24-bk-12091-VZ;<br>2:24-bk-12074-VZ; 2:24-bk-12075-VZ; and<br>2:24-bk-12076-VZ<br><br>Chapter 11<br><br>**EVIDENTIARY OBJECTIONS AND MOTION TO STRIKE DECLARATION OF ALAN D. GOMPERTS IN SUPPORT OF AUTHORITIES IN SUPPORT OF JOINT DEBTORS MOTION TO APPROVE ADEQUACY OF DISCLOSURE STATEMENT**<br><br>Date:    December 12, 2024<br>Time:    11:00 a.m.<br>Crtrm.:  1368<br>           255 E. Temple Street<br>           Los Angeles, CA 90012<br><br>Hon. Vincent P. Zurzolo |

5406816v1 | 101415-0002

1

EVIDENTIARY OBJECTIONS TO DECLARATION OF ALAN D. GOMPERTS

Secured creditor, Archway Broadway Loan SPE, LLC, a Delaware limited liability company, successor in interest to Archway Real Estate Income Fund I REIT, LLC ("Archway") objects to, and moves to strike, the Declaration of Alan D. Gomperts ("Gomperts Declaration") (Dkt. 306 at page 11 of 14) filed by these jointly administered debtors in support of their *Motion to Approve Adequacy of Disclosure Statement* (Dkt. 306).

Archway objects to, and moves to strike, the Gomperts Declaration and exhibits, as set forth below.

| No. | Testimony | Objections/Motion to Strike |
|---|---|---|
| 1. | The entire Gomperts Declaration. | **Declaration Not Signed (28 U.S.C. § 1746; Fed. R. Bankr. P. 9011)** The Gomperts Declaration is not signed/subscribed and, therefore, the entire declaration should be stricken. |

DATED: November 27, 2024

FRANDZEL ROBINS BLOOM & CSATO, L.C.
MICHAEL GERARD FLETCHER
GERRICK M. WARRINGTON

By: /s/ Gerrick M. Warrington
GERRICK M. WARRINGTON
Attorneys for Secured Creditor
ARCHWAY BROADWAY LOAN SPE, LLC

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000