Michael Gerard Fletcher (State Bar No. 070849)
mfletcher@frandzel.com
Gerrick M. Warrington (State Bar No. 294890)
gwarrington@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, California 90017-2427
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for Secured Creditor
ARCHWAY BROADWAY LOAN SPE, LLC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>SEATON INVESTMENTS, LLC, *et al.*,<br><br>      Debtors and Debtors-in-Possession.<br><br>Affects:<br><br>☐ All Debtors<br>☐ Seaton Investments, LLC<br>☐ Colyton Investments, LLC<br>☒ Broadway Avenue Investments, LLC<br>☐ SLA Investments, LLC<br>☐ Negev Investments, LLC<br>☐ Alan Gomperts<br>☐ Daniel Halevy<br>☐ Susan Halevy | Lead Case No. 2:24-bk-12079-VZ<br><br>Jointly Administered with Case Nos.:<br><br>2:24-bk-12080-VZ; 2:24-bk-12081-VZ;<br>2:24-bk-12082-VZ; 2:24-bk-12091-VZ;<br>2:24-bk-12074-VZ; 2:24-bk-12075-VZ; and<br>2:24-bk-12076-VZ<br><br>Chapter 11<br><br>**DECLARATION OF GERRICK M. WARRINGTON IN SUPPORT OF REPLY IN SUPPORT OF ARCHWAY BROADWAY LOAN SPE, LLC'S RENEWED MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br>Date:    December 10, 2024<br>Time:    10:30 a.m.<br>Crtrm.:  1368<br>           255 E. Temple Street<br>           Los Angeles, CA 90012<br><br>Hon. Vincent P. Zurzolo |

I, Gerrick M. Warrington, declare:

1. I am a partner at Frandzel Robins Bloom & Csato, L.C., counsel of record for secured creditor Archway Broadway Loan SPE, LLC, a Delaware limited liability company, successor in interest to Archway Real Estate Income Fund I REIT, LLC fka Archway Real Estate Income Fund I SPE I, LLC ("Archway"). If called as a witness, I could and would competently testify to all facts within my personal knowledge, except where stated upon information and belief.

2. This declaration is submitted in support of Archway's Renewed Motion for Relief from Stay (Dkt. 299).

3. On or about November 25, 2024, Archway issued discovery, including subpoenas directed to the proposed tenants, The DMB Fund and Levav Group LLC, as well as the proposed DIP lender, New Millennia Group.

4. To date, the process server's attempts to serve the proposed tenants and DIP lender have failed. True and correct copies of the declarations of the process server are attached hereto as **Exhibit 32**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on this 3rd day of December, 2024, at Los Angeles, California.

/s/ Gerrick M. Warrington
Gerrick M. Warrington

# EXHIBIT 32

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | | FOR COURT USE ONLY |
|---|---|---|
| Gerrick M. Warrington Esq. SBN: 294890<br>FRANDZEL ROBINS BLOOM & CSATO<br>1000 Wilshire Boulevard, 19th Floor   Los Angeles, CA 90017 | | |
| TELEPHONE NO.: **(323) 852-1000** | FAX NO.: | |
| E-MAIL ADDRESS *(Optional)*: | | |
| ATTORNEY FOR *(Name)*: | | |
| **USBC/LOS ANGELES/CENTRAL DIVISION** | | |
| STREET ADDRESS: **255 E. TEMPLE** | | |
| CITY AND ZIP CODE: **LOS ANGELES, CA 90012** | | REFERENCE NUMBER:<br>**101415-0002** |
| Plaintiff(s):   **Central In re  SEATON INVESTMENTS, LLC, et al**<br>Defendant(s):  **The DMB Fund, Attn** | | |
| **DECLARATION OF DILIGENCE** | | CASE NUMBER:<br>**2:24-bk-12079-VZ** |

I received the within assignment for filing and/or service on  November 25, 2024 and that after due and diligent effort I have not been able to serve said person. I attempted service on this servee on the following dates and times:

**Servee:**    **The DMB Fund, Attn**

**Documents:**  **SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMITINSPECTION OF PREMISES IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)**

**Address:**   **2350 Castle Heights Ave**
**Los Angeles, CA 90034**

As enumerated below:

**11/26/2024 -- 10:20 AM**    2350 Castle Heights Ave
**Business**                  Los Angeles, CA 90034
Arrived at address and knocked loudly on front door, several times with no answer. No activity seen anywhere in the home or on the property. No mail in the mailbox. No cars in driveway.

**11/29/2024 -- 9:08 AM**     2350 Castle Heights Ave
**Business**                  Los Angeles, CA 90034
Returned to property, and knocked loudly on front door several times. I got no answer. No activity seen or heard. No cars parked on driveway or in front of home.

**12/1/2024 -- 6:19 PM**      2350 Castle Heights Ave
**Business**                  Los Angeles, CA 90034
Returned to property, and knocked loudly on front door several times. I got no answer. No activity seen or heard. No cars parked on driveway or in front of home.



County:  **Los Angeles**
Registration No.:  **2018032404**
**Nationwide Legal, LLC**
**1609 James M Wood Blvd.**
**Los Angeles, CA 90015**

I declare under penalty of perjury under the laws of the State of California that I am over the age of 18, not a party to this action and that the foregoing is true and correct.  This declaration was executed on 12/3/2024.

Signature: _____
                                        **Robert Brooks**

**DECLARATION OF DILIGENCE**

Order#: LA587842/DilFormat.mdl

4

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | | FOR COURT USE ONLY |
|---|---|---|
| Gerrick M. Warrington Esq. SBN: 294890<br>FRANDZEL ROBINS BLOOM & CSATO<br>1000 Wilshire Boulevard, 19th Floor   Los Angeles, CA 90017 | | |
| TELEPHONE NO.: **(323) 852-1000** | FAX NO.: | |
| E-MAIL ADDRESS *(Optional)*: | | |
| ATTORNEY FOR *(Name)*: | | |

| USBC/LOS ANGELES/CENTRAL DIVISION | |
|---|---|
| STREET ADDRESS: **255 E. TEMPLE** | |
| CITY AND ZIP CODE: **LOS ANGELES, CA 90012** | REFERENCE NUMBER:<br>**101415-0002** |

Plaintiff(s):  **SEATON INVESTMENTS, LLC, et al.**
Defendant(s):

| **DECLARATION OF DILIGENCE** | CASE NUMBER:<br>**2:24-bk-12079-VZ** |
|---|---|

I received the within assignment for filing and/or service on November 25, 2024 and that after due and diligent effort I have not been able to serve said person. I attempted service on this servee on the following dates and times:

Servee:  **Levav Group LLC**

Documents:  **SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMITINSPECTION OF PREMISES IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)**

Address:  **1702 S Robertson Blvd # 261**
**Los Angeles, CA 900354316**

As enumerated below:

**11/26/2024 -- 11:01 AM**    1702 S Robertson Blvd # 261
**Business**                  Los Angeles, CA 900354316

Arrived at address which is a PO box shipping store. Upon speaking with the store manager, she stated that PO box number 261 is being used by an individual by the name of Aaron Stock.



County:  **Los Angeles**
Registration No.:  **2018032404**
**Nationwide Legal, LLC**
**1609 James M Wood Blvd.**
**Los Angeles, CA 90015**

I declare under penalty of perjury under the laws of the State of California that I am over the age of 18, not a party to this action and that the foregoing is true and correct.  This declaration was executed on 12/3/2024.

Signature: _____
**Robert Brooks**

**DECLARATION OF DILIGENCE**

Order#: LA587839/DilFormat.mdl

5

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): <br> **Gerrick M. Warrington, Esq. SBN: 294890** <br> **FRANDZEL ROBINS BLOOM & CSATO** <br> 1000 Wilshire Boulevard, 19th Floor   Los Angeles, CA 90017 | | FOR COURT USE ONLY |
|---|---|---|
| TELEPHONE NO.: **(323) 852-1000** | FAX NO.: | |
| E-MAIL ADDRESS *(Optional)*: | | |
| ATTORNEY FOR *(Name)*: | | |
| **USBC/LOS ANGELES/CENTRAL DISTRICT OF CA** <br> STREET ADDRESS: **255 E. TEMPLE ST.** <br> CITY AND ZIP CODE: **LOS ANGELES, CA 90012** | | REFERENCE NUMBER: <br> **101415-0002** |
| Plaintiff(s):  **In re SEATON INVESTMENTS, LLC, et al.** <br> Defendant(s): | | |
| **DECLARATION OF DILIGENCE** | | CASE NUMBER: <br> **2:24-bk-12079-VZ** |

I received the within assignment for filing and/or service on  November 25, 2024 and that after due and diligent effort I have not been able to serve said person. I attempted service on this servee on the following dates and times:

Servee: **Zenith Healthcare Management, LLC**

Documents: **SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)**

Address: **5030 Campus Dr**
**Newport Beach, CA 926602102**

As enumerated below:

**11/27/2024 -- 1:43 PM**    5030 Campus Dr
**Business**    Newport Beach, CA 926602102

Company at location is the Horowitz Group and staff has never heard of subject, company or agent we are looking for. The Horowitz Group is the only company at this address.



County:  **Orange**
Registration No.:  **1530**
**Nationwide Legal, LLC**
**1609 James M Wood Blvd.**
**Los Angeles, CA 90015**

I declare under penalty of perjury under the laws of the State of California that I am over the age of 18, not a party to this action and that the foregoing is true and correct.  This declaration was executed on 12/3/2024.

Signature: _____
**Frank Harrigan**

**DECLARATION OF DILIGENCE**    Order#: LA587876/DilFormat.mdl

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | | FOR COURT USE ONLY |
|---|---|---|
| Gerrick M. Warrington Esq; SBN: 294890<br>FRANDZEL ROBINS BLOOM & CSATO<br>1000 Wilshire Boulevard, 19th Floor   Los Angeles, CA 90017 | | |
| TELEPHONE NO.: **(323) 852-1000** | FAX NO.: | |
| E-MAIL ADDRESS (Optional): | | |
| ATTORNEY FOR (Name): | | |

| | |
|---|---|
| **USBC/LOS ANGELES/CENTRAL DISTRICT OF CA**<br>STREET ADDRESS: **255 E. TEMPLE ST.**<br>CITY AND ZIP CODE: **LOS ANGELES, CA 90012** | REFERENCE NUMBER:<br>**101415-0002** |

| | |
|---|---|
| Plaintiff(s):  **In Re: SEATON INVESTMENTS, LLC, et al.**<br>Defendant(s): | |

| **DECLARATION OF DILIGENCE** | CASE NUMBER:<br>**2:24-bk-12079-VZ** |
|---|---|

I received the within assignment for filing and/or service on November 25, 2024 and that after due and diligent effort I have not been able to serve said person. I attempted service on this servee on the following dates and times:

Servee: **New Millennia Group**

Documents: **SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMITINSPECTION OF PREMISES IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)**

Address: **2945 Townsgate Rd Ste 200<br>Westlake Village, CA 913615866**

As enumerated below:

**11/27/2024 -- 10:18 AM**   2945 Townsgate Rd Ste 200
**Business**                 Westlake Village, CA 913615866
Unable to gain access to suite this day. I will continue.

**11/29/2024 -- 3:11 PM**    2945 Townsgate Rd Ste 200
**Business**                 Westlake Village, CA 913615866
Door locked. I will continue.

**12/2/2024 -- 1:00 PM**     2945 Townsgate Rd Ste 200
**Business**                 Westlake Village, CA 913615866
Bad address. I spoke with onsite female for this executive suite who said New Millenia Group signed a lease in Feb 2022 but never moved in and returns their mail to USPS. The female receptionist is a black female, 35 years, Sitting, 180 lbs.

County:
Registration No.: **787**
**Nationwide Legal, LLC
1609 James M Wood Blvd.
Los Angeles, CA 90015**

I declare under penalty of perjury under the laws of the State of California that I am over the age of 18, not a party to this action and that the foregoing is true and correct.  This declaration was executed on 12/3/2024.

Signature: *Sandra Espinoza*
**Sandra Espinoza**

**DECLARATION OF DILIGENCE**

**Order#: LA587862/DilFormat.mdl**