CHRISTOPHER M. MCDERMOTT (SBN 253411)
cmcdermott@aldridgepite.com
TODD S. GARAN (CA SBN 236878)
tgaran@aldridgepite.com
**ALDRIDGE PITE, LLP**
3333 Camino del Rio South, Suite 225
San Diego, CA 92108
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for Secured Creditor/Movant:
Wells Fargo Bank National West

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>SEATON INVESTMENTS, LLC, *et al.*,<br><br>Debtor and Debtor in Possession.<br><br>☐ Affects All Debtors<br>☐ Affects Seaton Investments, LLC<br>☐ Affects Colyton Investments, LLC<br>☐ Affects Broadway Avenue Investments, LLC<br>☐ Affects SLA Investments, LLC<br>☐ Affects Negev Investments, LLC<br>Ξ **Affects Alan Gomperts**<br>☐ Affects Daniel Halevy<br>☐ Affects Susan Halevy | Lead Case No. 2:24-bk-12079-VZ<br><br>Jointly Administered with Case Nos: 2:24-bk-12080-VZ; 2:24-bk-12081-VZ; 2:24-bk-12082-VZ; 2:24-bk-12091-VZ; 2:24-bk-12074-VZ; 2:24-bk-12075-VZ and 2:24-bk-12076-VZ<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION AUTHORIZING THE USE OF CASH COLLATERAL**<br>**[Dkt. Nos, 87, 335]**<br><br>**Subject Property**:<br>*3538 Greenfield Avenue*<br>*Los Angeles, CA 90034*<br><br>**Hearing Date**:<br>DATE:    December 10, 2024<br>TIME:    11:00 a.m.<br>CTRM:   1368<br>            255 E. Temple<br>            Los Angeles, CA<br>JUDGE:   Hon. Vincent P. Zurzolo |

On December 4, 2024, Secured Creditor, Wells Fargo National Bank West ("Wells Fargo"), and Debtor, Alan Gomperts ("Debtor"), by and through their respective attorneys' of record, executed and filed a Stipulation Authorizing the Use of Cash Collateral ("Stipulation") with respect

- 1 -

to Wells Fargo's Claim secured by the real property commonly described as 3538 Greenfield Avenue, Los Angeles, CA 90034 ("Subject Property"). *See, Dkt. No.335.*

**IT IS HEREBY ORDERED:**

    I.    The Stipulation filed by the parties on December 4, 2024[Dkt. No. 335] with respect to the Subject Property is hereby approved; and

    II.    The Hearing on Debtors' Motion to Use Cash Collateral [Dkt. No.87] currently scheduled for December 10, 2024 at 11:00 a.m. in the above referenced Court, as it pertains solely to the Subject Property and Wells Fargo, is vacated and appearances waived.

####