```
1  CHRISTOPHER M. MCDERMOTT (SBN 253411)
   cmcdermott@aldridgepite.com
2  TODD S. GARAN (CA SBN 236878)
   tgaran@aldridgepite.com
3  ALDRIDGE PITE, LLP
   3333 Camino del Rio South,
4  Suite 225
   San Diego, CA 92108
5  Telephone: (858) 750-7600
   Facsimile: (619) 590-1385
6
7  Attorneys for Secured Creditor/Movant:
   Wells Fargo Bank National West
8
```

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>SEATON INVESTMENTS, LLC, *et al.*,<br><br>Debtor and Debtor in Possession.<br><br>☐ Affects All Debtors<br>☐ Affects Seaton Investments, LLC<br>☐ Affects Colyton Investments, LLC<br>☐ Affects Broadway Avenue Investments, LLC<br>☐ Affects SLA Investments, LLC<br>☐ Affects Negev Investments, LLC<br>Ξ **Affects Alan Gomperts**<br>☐ Affects Daniel Halevy<br>☐ Affects Susan Halevy | Lead Case No. 2:24-bk-12079-VZ<br><br>Jointly Administered with Case Nos: 2:24-bk-12080-VZ; 2:24-bk-12081-VZ; 2:24-bk-12082-VZ; 2:24-bk-12091-VZ; 2:24-bk-12074-VZ; 2:24-bk-12075-VZ and 2:24-bk-12076-VZ<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION AUTHORIZING THE USE OF CASH COLLATERAL**<br>**[Dkt. Nos 87, 338]**<br><br>**Subject Property**:<br> 2220 Bagley Avenue<br> Los Angeles, CA 90034<br><br>**Hearing Date**:<br>DATE:      December 10, 2024<br>TIME:      11:00 a.m.<br>CTRM:     1368<br>                255 E. Temple<br>                Los Angeles, CA<br>JUDGE:    Hon. Vincent P. Zurzolo |

On December 4, 2024, Secured Creditor, Wells Fargo National Bank West ("Wells Fargo"), and Debtor, Alan Gomperts ("Debtor"), by and through their respective attorneys' of record, executed and filed a Stipulation Authorizing the Use of Cash Collateral ("Stipulation") with respect

- 1 -

to Wells Fargo Claim secured by the real property commonly described as 2220 Bagley Avenue, Los Angeles, CA 90034 ("Subject Property"). *See, Dkt. No.338.*

**IT IS HEREBY ORDERED:**

    I.    The Stipulation filed by the parties on December 4, 2024[Dkt. No.338] with respect to the Subject Property is hereby approved; and

    II.    The Hearing on Debtors' Motion to Use Cash Collateral [Dkt. No.87] currently scheduled for December 10, 2024 at 11:00 a.m. in the above referenced Court, as it pertains solely to the Subject Property and Wells Fargo, is vacated and appearances waived

####