Derrick Talerico (State Bar No. 223763)
dtalerico@wztslaw.com
David B. Zolkin (State Bar No. 155410
dzolkin@wztslaw.com
WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 Wilshire Boulevard, Suite 730
Los Angeles, CA 90025
Telephone: (424) 500-8552

Counsel to Debtors Seaton Investments, LLC,
Colyton Investments, LLC, Broadway Avenue
Investments, LLC, SLA Investments, LLC, and
Negev Investments, LLC

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>SEATON INVESTMENTS, LLC, *et al.*,<br><br>    Debtors and Debtors In Possession.<br><br>☒ Affects All Debtors.<br>☐ Affects Seaton Investments, LLC<br>☐ Affects Colyton Investments, LLC<br>☐ Affects Broadway Avenue Investments, LLC<br>☐ Affects SLA Investments, LLC<br>☐ Affects Negev Investments, LLC<br>☐ Affects Alan Gomperts<br>☐ Affects Daniel Halevy<br>☐ Affects Susan Halevy | Lead Case No. 2:24-bk-12079-VZ<br><br>Jointly Administered with Case Nos.:<br>2:24-bk-12080-VZ; 2:24-bk-12081-VZ;<br>2:24-bk-12082-VZ; 2:24-bk-12091-VZ;<br>2:24-bk-12074-VZ; 2:24-bk-12075-VZ and<br>2:24-bk-12076-VZ<br><br>Chapter 11<br><br>**STIPULATION TO DISMISS PENDING MOTIONS ON APPROVAL OF DISCLOSURE STATEMENT, LEASE APPROVAL, AND DEBTOR-IN-POSSESSION FINANCING**<br><br><u>Hearing</u>:<br>Date:     December 12, 2024<br>Time:     11:00 a.m.<br>Courtroom: 1368<br>                  255 E. Temple Street<br>                  Los Angeles, CA 90012 |

Seaton Investments, LLC, ("Seaton"), Colyton Investments, LLC ("Colyton"), Broadway Avenue Investments, LLC ("Broadway"), SLA Investments, LLC ("SLA"), Negev Investments, LLC ("Negev," together with Seaton, Colyton, Broadway, and SLA, the "Corporate Debtors"), Susan Halevy ("Susan"), Daniel Halevy ("Daniel"), and Alan Gomperts ("Alan," together with Susan and Daniel, the "Individual Debtors," and the Individual Debtors, collectively with the Corporate Debtors, the "Debtors"), Archway Broadway Loan SPE, LLC ("Archway"), Korth Direct Mortgage, Inc. ("KDM"), Aire Ancient Baths Los Angeles, LLC ("AireSpa"), and Harvest Small Business Finance, LLC and Harvest Commercial Capital LLC (together, "Harvest") hereby stipulate as follows:

## RECITALS

The Debtors filed a pending motion to approve a disclosure statement [Dkt. 306] (the "Disclosure Statement Motion"). KDM [Dkt. 304], Archway [Dkt. 305, 332], and Harvest [Dkt. 329] opposed the Disclosure Statement Motion.

Broadway filed a pending motion to approve a lease [Dkt. 310] (the "Broadway Lease Motion"). Archway [Dkt. 330] opposed the Broadway Lease Motion.

Broadway filed a pending motion to approve debtor-in-possession financing [Dkt. 307] (the "Broadway DIP Motion"). Archway [Dkt. 331] opposed the Broadway DIP Motion.

Seaton filed a pending motion to approve a lease [Dkt. 314] (the "Seaton Lease Motion"). KDM [Dkt. 333] and AirSpa [Dkt. 342] opposed the Seaton Lease Motion.

Seaton filed a pending motion to approve debtor-in-possession financing [Dkt. 312] (the "Seaton DIP Motion"). KDM [Dkt. 333] opposed the Seaton DIP Motion.

A hearing on the Disclosure Statement Motion, the Broadway Lease Motion, the Broadway DIP Motion, the Seaton Lease Motion, and the Seaton DIP Motion (together, the "Motions") is scheduled for December 12, 2024.

## STIPULATION

The foregoing recitals are incorporated herein.

The Debtors and the opposing parties executing this Stipulation agree that the Debtors may

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

dismiss the Motions as applicable.

This stipulation is without prejudice to the Debtors bringing further motions to seek the relief, or similar relief, sought by the Motions or the opposing parties' rights to oppose any such further motions.

**SO STIPULATED.**

Dated: December 11 2024    **WEINTRAUB ZOLKIN TALERICO & SELTH LLP**

By: */s/ Derrick Talerico*
Derrick Talerico, Attorneys for Corporate Debtors

Dated: December 11, 2024    **SAUL EWING LLP**

By: _____
Zev Shechtman, Attorneys for Individual Debtors

Dated: December 11, 2024    **FRANDZEL ROBINS BLOOM & CSATO, L.C.**

By: _____
Gerrick M. Warrington, attorneys for ARCHWAY BROADWAY LOAN SPE, LLC

Dated: December 11, 2024    **HEMAR, ROUSSO & HEALD, LLP**

By: _____
Jacqueline L. James, attorneys for HARVEST SMALL BUSINESS FINANCE, LLC and HARVEST COMMERCIAL CAPITAL LLC

dismiss the Motions as applicable.

This stipulation is without prejudice to the Debtors bringing further motions to seek the relief, or similar relief, sought by the Motions or the opposing parties' rights to oppose any such further motions.

**SO STIPULATED.**

Dated: December 11 2024   **WEINTRAUB ZOLKIN TALERICO & SELTH LLP**

By:_____
Derrick Talerico, Attorneys for Corporate Debtors

Dated: December 11, 2024   **SAUL EWING LLP**

By:_____
Zev Shechtman, Attorneys for Individual Debtors

Dated: December 11, 2024   **FRANDZEL ROBINS BLOOM & CSATO, L.C.**

By:_____
Gerrick M. Warrington, attorneys for ARCHWAY BROADWAY LOAN SPE, LLC

Dated: December 11, 2024   **HEMAR, ROUSSO & HEALD, LLP**

By:_____
Jacqueline L. James, attorneys for HARVEST SMALL BUSINESS FINANCE, LLC and HARVEST COMMERCIAL CAPITAL LLC

1 | Dated: December 11, 2024  **POLSINELLI LLP**

 By: */s/ Garrick Vanderfin*
 Garrick Vanderfin, attorneys for KORTH DIRECT
 MORTGAGE, INC.

Dated: December 11, 2024  **SHEMANOLAW**

 By:_____
 David B. Shemano, attorneys for AIRE ANCIENT
 BATHS LOS ANGELES, LLC

Dated: December 11, 2024

**POLSINELLI LLP**

By:_____
Garrick Vanderfin, attorneys for KORTH DIRECT MORTGAGE, INC.

Dated: December 11, 2024

**SHEMANOLAW**

By: /s/ David B. Shemano
David B. Shemano, attorneys for AIRE ANCIENT BATHS LOS ANGELES, LLC

-4-
STIPULATION TO DISMISS MOTIONS

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
11766 Wilshire Blvd, Suite 730, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION TO DISMISS PENDING MOTIONS ON APPROVAL OF DISCLOSURE STATEMENT, LEASE APPROVAL, AND DEBTOR-IN-POSSESSION FINANCING**, will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) December 11, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See attached NEF Service List

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*)_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) December 11, 2024, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Vincent Zurzolo        (via personal delivery)
United States Bankruptcy Court
255 E Temple St Suite 1360
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 11, 2024 | Martha E. Araki | /s/ Martha E. Araki |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    **F 9013-3.1.PROOF.SERVICE**

Seaton Investments, LLC – Jointly Administered

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Attorneys for Corporate Debtors Seaton Investment, LLC, Colyton Investments, LLC, Broadway Avenue Investments, LLC, Negev Investments, LLC, SLA Investments, LCC.: **Derrick Talerico**: dtalerico@wztslaw.com; maraki@wztslaw.com; sfritz@wztslaw.com; admin@wztslaw.com
- Attorneys for Individual Debtors Alan Gomperts, Daniel Halevy, Susan Haley: **Zev Shechtman, Carol Chow, Turner Falk, Ryan Coy**: zev.shechtman@saul.com; zshechtman@ecf.inforuptcy.com; carol.chow@saul.com; easter.santamaria@saul.com; turner.falk@saul.com; ryan.coy@saul.com
- Attorneys for Creditor First Foundation Bank: **Scott R Albrecht**: scott.albrecht@sgsattorneys.com; jackie.nguyen@sgsattorneys.com
- Attorneys for Creditor Korth Direct Mortgage, Inc.: **Tanya Behnam, Garrick Vanderfin**: tbehnam@polsinelli.com, tanyabehnam@gmail.com; ccripe@polsinelli.com; ladocketing@polsinelli.com; gvanderfin@polsinelli.com, jnava@polsinelli.com; zyoung@polsinelli.com; mschuster@polsinelli.com;
- Attorneys for Creditor Los Angeles County Treasurer and Tax Collector: **Jacquelyn H Choi**: jacquelyn.choi@rimonlaw.com; docketingsupport@rimonlaw.com
- Attorneys for Creditor United States of America on behalf of the Internal Revenue Service: **Robert F Conte**: robert.conte@usdoj.gov; caseview.ecf@usdoj.gov; usacac.tax@usdoj.gov
- Courtesy NEF/Interested Party: **Christopher Cramer**: secured@becket-lee.com
- Attorneys for Creditor Archway Real Estate Income Fund I SPE I, LLC: **Michael G. Fletcher, Bruce D. Poltrock, Paige Selina Poupart, Gerrick Warrington**: mfletcher@frandzel.com; ppoupart@franddzel.com; gwarrington@frandzel.com; bpoltrock@frandzel.com; sking@frandzel.com; achase@frandzel.com
- Attorneys for Creditor Wells Fargo National Bank West: **Todd S Garan**: ch11ecf@aldridgepite.com; TSG@ecf.inforuptcy.com; tgaran@aldridgepite.com
- Attorneys for Creditor Los Angeles County Treasurer and Tax Collector: **Richard Girgado**: rgirgado@counsel.lacounty.gov
- Attorneys for Creditor Harvest Small Business Finance, LLC: **Jacqueline L James, Christopher Crowell**: jjames@hrhlaw.com; ccrowell@hrhlaw.com
- Courtesy NEF/Interested Party Avi Muhtar: **Avi Edward Muhtar**: amuhtar@eaccidents.com
- Attorneys for Creditor AIRE Ancient Baths Los Angeles, LLC: **David B Shemano**: dshemano@shemanolaw.com
- Attorneys for Creditor Wells Fargo Bank, N.A.: **Jennifer C Wong**: bknotice@mccartyholthus.com; jwong@ecf.courtdrive.com
- US Trustee's Office: ustpregion16.la.ecf@usdoj.gov; **Kelly L. Morrison**: Kelly.l.morrison@usdoj.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**