Michael Gerard Fletcher (State Bar No. 070849)
mfletcher@frandzel.com
Gerrick M. Warrington (State Bar No. 294890)
gwarrington@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, California 90017-2427
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for Secured Creditor
ARCHWAY BROADWAY LOAN SPE, LLC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>SEATON INVESTMENTS, LLC, *et al.*,<br><br>      Debtors and Debtors-in-Possession.<br><br>Affects:<br><br>☐ All Debtors<br>☐ Seaton Investments, LLC<br>☐ Colyton Investments, LLC<br>☐ Broadway Avenue Investments, LLC<br>☐ SLA Investments, LLC<br>☐ Negev Investments, LLC<br>☐ Alan Gomperts<br>☒ Daniel Halevy<br>☒ Susan Halevy | Lead Case No. 2:24-bk-12079-VZ<br><br>Jointly Administered with Case Nos.:<br><br>2:24-bk-12080-VZ; 2:24-bk-12081-VZ; 2:24-bk-12082-VZ; 2:24-bk-12091-VZ; 2:24-bk-12074-VZ; 2:24-bk-12075-VZ; and 2:24-bk-12076-VZ<br><br>Chapter 11<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ARCHWAY BROADWAY LOAN SPE, LLC'S MOTION FOR RELIEF FROM AUTOMATIC STAY TO PROCEED IN NON-BANKRUPTCY FORUM**<br><br>Date:      January 7, 2025<br>Time:     10:30 a.m.<br>Crtrm.:    1368<br>             255 E. Temple Street<br>             Los Angeles, CA 90012<br><br>Hon. Vincent P. Zurzolo |

**TO THE HONORABLE VINCENT P. ZURZOLO, UNITED STATES BANKRUPTCY JUDGE, PARTIES IN INTEREST, AND THEIR COUNSEL:**

Archway Broadway Loan SPE, LLC, a Delaware limited liability company, successor in interest to Archway Real Estate Income Fund I REIT, LLC ("Archway"), requests that the Court take judicial notice of the following adjudicative facts pursuant to Rule 201 of the Federal Rules of Evidence:

1. The fact that on September 25, 2023, an Affidavit of Death was recorded in the Los Angeles County Recorder's Office as Document Number 20230643326. Khorshidi Declaration at Exh. 4.

2. The fact that on February 21, 2024, Mr. Daniel Halevy commenced a probate action on behalf of Mr. David Halevy ("Decedent") and his estate ("Decedent's Estate") in Los Angeles Superior Court as case number 24STPB01963 ("Probate Action").

3. The fact that on May 30, 2024, Archway filed its creditor's claim ("Creditor's Claim") in an amount not less than $18,327141.08 in the Probate Action. Khorshidi Declaration at Exh. 8.

4. The fact that on October 14, 2024, Archway filed its adversary complaint ("Adversary Complaint") (Adv. Dkt. 1) against Ms. Halevy, individually and in her capacity as Trustee of the Trust; 341 South Cannon LLC, a California limited liability company ("Cannon LLC"); Mr. Halevy, in his capacity as Personal Representative of the Decedent's Estate, and not in his individual capacity (collectively, the "Defendants"). The Adversary Complaint was filed in the lead Bankruptcy Case, commencing adversary proceeding number 2:24-ap-01241-VZ ("Adversary Proceeding").

5. The fact that on November 14, 2024, Defendants, through their proposed counsel, filed a Motion to Dismiss the Complaint ("Motion to Dismiss") (Adv. Dkt. 9), seeking to dismiss the Complaint in its entirety without leave to amend.

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

6. The fact that Archway opposed (Adv. Dkt. 12), and the Defendants filed a reply (Adv. Dkt. 13).

7. The fact that on December 12, 2024, the Court entered its order abstaining under 28 U.S.C. § 1334(c)(1) permissive abstention to permit Archway to proceed in a non-bankruptcy forum.

8. The fact that a grant deed was recorded on September 26, 2023, in the Los Angeles County Recorder's Office, as document number 20230646027, transferring the 341 S. Canon Drive property to 341 South Cannon LLC. Khorshidi Declaration at Exh. 6.

9. The fact that a Deed of Trust was recorded on September 26, 2023, in the Los Angeles County Recorder's Office, as document number 20230646028, concerning the 341 S. Canon Drive property. Khorshidi Declaration at Exh. 7.

DATED: December 17, 2024

FRANDZEL ROBINS BLOOM & CSATO, L.C.
MICHAEL GERARD FLETCHER
GERRICK M. WARRINGTON

By: /s/ Gerrick M. Warrington
GERRICK M. WARRINGTON
Attorneys for Secured Creditor
ARCHWAY BROADWAY LOAN SPE, LLC