1  ZEV SHECHTMAN (BAR NO. 266280)
   Zev.Shechtman@saul.com
2  CAROL CHOW (BAR NO. 169299)
   carol.chow@saul.com
3  RYAN F. COY (Bar No. 324939)
   ryan.coy@saul.com
4  SAUL EWING LLP
   1888 Century Park East, Suite 1500
5  Los Angeles, California 90067
   Telephone:  (310) 255-6100
6  Facsimile:  (310) 255-6200

7  Attorneys for Alan Gomperts, Daniel Halevy,
   Susan Halevy, Debtors and Debtors in Possession
8

9            **UNITED STATES BANKRUPTCY COURT**

10        **CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION**

11

12 | In re:                          | Lead Case No. 2:24-bk-12079-VZ
13 | SEATON INVESTMENTS, LLC, *et al.*,  | Jointly Administered with Case Nos.:
14 |                                 | 2:24-bk-12080-VZ; 2:24-bk-12081-VZ;
   |          Debtors and Debtors In | 2:24-bk-12082-VZ; 2:24-bk-12091-VZ;
15 |          Possession.            | 2:24-bk-12074-VZ; 2:24-bk-12075-VZ and
   |                                 | 2:24-bk-12076-VZ
16 | ☐ Affects All Debtors.          |
17 | ☐ Affects Seaton Investments, LLC | Chapter 11
18 | ☐ Affects Colyton Investments, LLC | **NOTICE OF APPLICATION AND**
19 | ☐ Affects Broadway Avenue Investments, LLC | **APPLICATION OF DANIEL HALEVY**
   |                                 | **AND SUSAN HALEVY, DEBTORS-IN-**
20 | ☐ Affects SLA Investments, LLC  | **POSSESSION, TO EMPLOY SOFFER**
   |                                 | **LAW GROUP AS SPECIAL**
21 | ☐ Affects Negev Investments, LLC | **PROBATE COUNSEL; STATEMENT**
   |                                 | **OF DISINTERESTEDNESS**
22 | ☐ Affects Alan Gomperts         |
23 | ☒ Affects Daniel Halevy         | **[No Hearing Required]**
24 | ☒ Affects Susan Halevy          |

25

26

27

28

53343971.4
390855-00001

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

**TO THE HONORABLE VINCENT P. ZURZOLO, UNITED STATES BANKRUPTCY JUDGE, AND INTERESTED PARTIES:**

PLEASE TAKE NOTICE that, debtors and debtors in possession herein, Daniel Halevy and Susan Halevy (collectively, the "**Applicants**"), will and hereby move for entry of an order under 11 U.S.C. § 327(e) authorizing them to employ Soffer Law Group, Inc. ("Soffer" or the "Firm") as their special probate counsel, effective as of November 1, 2024.  In compliance with Local Bankruptcy Rule 2014-1(b)(3), the Applicants hereby provide the following information regarding the Application:

1.    <u>Identity of professional and the purpose and scope for which it is being employed</u>

The Applicants seek to employ the services of special probate counsel with experience in probate, trusts, and estates.  The Applicants have selected Soffer as their probate counsel.

2.    <u>Whether professional seeks compensation pursuant to 11 U.S.C. § 328 or 11 U.S.C. § 330</u>

The Applicants seek to employ Soffer pursuant to 11 U.S.C. § 327.  Soffer will seek approval of its compensation and reimbursement of its expenses pursuant to 11 U.S.C. §§ 330 and 331.

3.    <u>Arrangements for compensation</u>

Applicants proposes to compensate Soffer on the following basis, except as the Court may otherwise determine and direct, after appropriate notice and hearing. Soffer will apply to the Court under sections 330 and 331 of the Bankruptcy Code for an allowance of fees and reimbursable expenses not more often than every 120 days.  All applications of Soffer for compensation will be heard upon notice to creditors and other parties-in-interest. The present hourly rates for applicable attorneys and paralegals of the Firm are set forth in this Application. These hourly rates are subject to periodic adjustments.

Soffer will also seek reimbursement for reasonable and necessary expenses incurred, which may include, among other things, travel expenses, work-related meals, telephone and facsimile (outgoing only), tolls and other charges, mail and express or overnight mail charges, special or hand

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

delivery charges, document processing, process servers' fees, court reporter fees, parking, photocopying, scanning and printing charges, vendor charges, computerized research, transcription costs, filing fees, non-ordinary overhead expenses (which shall *not* include secretarial or other overtime) and other out-of-pocket expenses incurred in providing professional services to the Applicants. Soffer will charge for these expenses in a manner and at rates consistent with charges made generally to its other clients.

The attorneys at Soffer who will be principally responsible for performing the legal services on behalf of the Applicants are David Soffer, Judy Portnoy, and Lauren Scher, whose 2024 rates are respectively, $750.00 per hour, $600.00 per hour and $450.00 per hour (with 2025 rates set forth in the Application).

However, Soffer has other partners, counsel, associates, and paralegals all of whom are experienced in probate and estate as well as various other areas of law which could be relevant. Depending upon the complexity and amount of legal services required in this case, other professionals at Soffer may be called upon to provide legal services.

4.    <u>Name, address and telephone number of person who will provide a copy of the Application</u>

A copy of the Application is appended hereto. Copies may also be requested by contacting undersigned counsel for the Individual Debtors.

**NOTICE IS GIVEN** that pursuant to Local Bankruptcy Rule 9013-1(o), any party who opposes the Application may request a hearing on the Application. The deadline to file and serve a written opposition and request for a hearing is 14 days after the date of service of this notice, plus 3 additional days if you were served by mail or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).  If you timely file and serve a written opposition and request for a hearing, the Individual Debtors will file and serve a notice of hearing at least 14 days in advance of the hearing. [LBR 9013-1(o)(4)].

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

1    Pursuant to Local Bankruptcy Rule 9013-1(h), failure to timely file and serve papers may

2    be deemed by the Court to be consent to the granting or denial of the Application, as the case may

3    be without further hearing and/or notice.

4

5

6    DATED:  December 17, 2024          SAUL EWING LLP

7

8                                By:  _____

9                                     ZEV SHECHTMAN
                                      Attorneys for Alan Gomperts, Daniel Halevy,
10                                    Susan Halevy, Debtors and Debtors in Possession

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

## MEMORANDUM OF POINTS AND AUTHORITIES

### A.    BANKRUPTCY BACKGROUND

On March 18 and 19, 2024 (the "**Petition Date**"), the Applicants, together with Alan Gomperts (collectively, the "**Individual Debtors**") and the above-captioned non-individual debtors filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code.  The debtors remain in possession of their properties and continue to operate their businesses as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Code.  The above-captioned cases are jointly administered.

### B.    THE INDIVIDUAL DEBTOR'S PROPOSED RETENTION OF SOFFER AS THEIR PROBATE COUNSEL

Debtors Susan and Daniel Halevy are seeking the employment of special probate counsel to assist them in the administration of a pending probate proceeding in the Los Angeles County Superior Court, in a matter entitled *Estate of David Halevy, Decedent,* assigned case number 24STPB01963 (the "Decedent's Estate Proceeding").  Susan and Daniel are both involved in the administration of the decedent estate, Susan as the trustee of the Halevy Family Trust, and Daniel as the personal representative of the decedent's estate.

It is necessary for the Applicants to employ probate counsel to advise and represent the Applicants in the Decedent's Estate Proceeding.

The professional services that Soffer will render to the Applicants will include, but shall not be limited to, the following:

    a.  preparing, on behalf of the Individual Debtors, necessary applications, motions, answers, orders, reports, and other legal papers in the Decedent's Estate Proceeding;

    b.  representing the Individual Debtors in administrative matter, proceedings, and at related hearings in the Decedent's Estate Proceeding;

    c.  providing all legal services that are necessary or appropriate in the circumstances relating to the decedent's estate, including tax legal work and/or the preparation of

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

1    tax returns, or otherwise relating to the Applicants' roles as administrators, trustees,

2    or otherwise with respect to the decedent's estate.

3    The Individual Debtors propose to retain Soffer as their probate counsel, effective as of

4    November 1, 2024. Soffer has extensive experience and knowledge in the field of probate, trusts and

5    estates. The Individual Debtors believe that Soffer's expertise and experience in practicing before

6    the Probate Court, in out-of-court trust and estate matters, and related tax matters, will enable the

7    Firm to work in an efficient and cost-effective manner on behalf of the estate. See Exhibit "1" for

8    length of experience.

9    Soffer is being engaged to provide probate and estate administrative legal services and is not

10   being engaged to provide probate or estate litigation services. The Applicants' general bankruptcy

11   counsel, Saul Ewing LLP, has recently filed a supplement to its application seeking to expand the

12   scope of Saul Ewing's employment to include such litigation that may arise in connection with claims

13   brought by Archway Broadway Loan SPE, LLC. *See* docket no. 285. The services provided by

14   Soffer will not be duplicative of Saul Ewing's which, with respect to probate, will be limited to

15   probate or probate related litigation.

16   Soffer intends to apply for compensation for professional services rendered in connection

17   with these Chapter 11 cases subject to the approval of this Court and in compliance with applicable

18   provisions of the Bankruptcy Code, Bankruptcy Rules, Local Bankruptcy Rules, the United States

19   Trustee ("UST") Guidelines and any Orders entered in this Chapter 11 case concerning compensation

20   of professionals, on an hourly basis, plus reimbursement of actual, necessary expenses and other

21   charges incurred by the Firm.

22   The professionals primarily responsible for representing the Applicants, and their current and

23   2025 hourly rates, are:

| **Name** | **Title** | **2024 Hourly Rate** | **2025 Hourly Rate** |
| --- | --- | --- | --- |
| David Soffer | Partner | $750.00 | $800.00 |
| Judy Portnoy | Partner | $600.00 | $650.00 |
| Lauren Scher | Partner | $450.00 | $500.00 |

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

The biographical information of the above-mentioned attorneys is attached as Exhibit "1" to the attached declaration of David Soffer.

In addition, other attorneys and paralegals will be involved as necessary and appropriate to represent the Individual Debtors, and Soffer's current and 2025 hourly rates for other attorneys and professionals are as follows:

| Billing Category | 2024 Rate Range | 2025 Rate Range |
|---|---|---|
| Associate Attorneys | $325-$575 | $350-$650 |
| Paralegals | $225-$325 | $250-$400 |
| Administrative Assistants | $150-$195 | $175-215 |

These hourly rates are subject to periodic adjustment to reflect economic and other conditions. Soffer will maintain detailed records of actual and necessary costs and expenses incurred in connection with the legal services described above.

Soffer will also seek reimbursement for reasonable and necessary expenses incurred, which may include, among other things, travel expenses, work-related meals, telephone and facsimile (outgoing only), tolls and other charges, mail and express or overnight mail charges, special or hand delivery charges, document processing, process servers' fees, court reporter fees, parking, photocopying, scanning and printing charges, vendor charges, computerized research, transcription costs, filing fees, non-ordinary overhead expenses (which shall *not* include secretarial or other overtime) and other out-of-pocket expenses incurred in providing professional services to the Individual Debtors. Soffer will charge for these expenses in a manner and at rates consistent with charges made generally to its other clients.

## C. RETAINER

Soffer was paid $15,000 pre-petition all of which has been applied to pre-petition services.

Soffer was inadvertently paid $5,000 post-petition (on August 28, 2024) for services rendered which payment has been applied to February and March 2024 services, leaving a balance due of approximately $12,000 post-petition, however, Soffer is willing to waive payment of this amount. Accordingly, Soffer does not have an administrative or pre-petition claim.

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

1       No retainer has been or will be paid by the estate in connection with this Application.

2

3    **D.**    **DISINTERESTEDNESS OF SOFFER**

4       As of the date of this Application, to the best of the Applicants' knowledge and after

5  consideration of the disclosures in the Statement of Disinterestedness filed concurrently herewith,

6  the Individual Debtors believes that Soffer and all of its partners and associates are disinterested

7  persons as that term is defined in 11 U.S.C. § 101(14), and neither the Firm nor any partners or

8  associates of the Firm are connected with the Individual Debtors, any other party in interest, its

9  attorneys and accountants, or to this estate, and has no relation to any bankruptcy judge presiding in

10  this district, the Clerk of the Court or any relation to the United States Trustee in this district, or any

11  person employed at the Court or the Office of the United States Trustee, nor does the Firm or its

12  attorneys represent or hold an adverse interest with respect to the Debtors, any creditor, or to this

13  estate, except that: (1) Soffer represented the Individual Debtors in the Decedent's Estate Proceeding

14  pre-petition, and (2) Soffer is owed approximately $12,192.322 for services provided by Soffer post-

15  petition, however, it has agreed to waive this amount.  To the extent such connections make Soffer

16  not disinterested under section 101(14), the engagement of Soffer is authorized under section 327(e),

17  which authorized the Debtors to employ for special purposes attorneys who previously represented

18  the Debtors, so long as the attorney does not hold or represent and adverse interest in the matter.

19  There being no such adversity, employment of Soffer as special counsel is appropriate in the

20  circumstances.

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

1    **WHEREFORE**, the Individual Debtors request that the Court enter an order authorizing

2  them to employ Soffer Law Group as its special probate counsel, effective as of November 1, 2024,

3  and for such other and further relief as may be determined just and proper.

4

5

6  Dated:                              By: _____

                                    DANIEL HALEVY

7                                   Debtor

8  Dated:                              By: _____

                                    SUSAN HALEVY

9                                   Debtor

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

53343971.2 390855-00001

## STATEMENT OF DISINTERESTEDNESS FOR EMPLOYMENT
## OF PROFESSIONAL PERSON UNDER F.R.B.P. 2014

1. Name, address and telephone number of the professional ("the Professional" or "the "Firm") submitting this Statement:

   Soffer Law Group
   345 North Maple Drive, Suite 386
   Beverly Hills, CA 90210
   Telephone: 310-284-7306

2. The services by the Professional in this case are (specify):

   See Page 5-6 of the Application.

3. The terms and source of the proposed compensation and reimbursement of the Professional are (specify):

   See Pages 6-7 of the Application.

4. The nature and terms of retainer (i.e., nonrefundable versus an advance against fees) held by the Professional are (specify):

   None.

5. The investigation of disinterestedness made by the Professional prior to submitting this Statement consisted of (specify):

   We conducted a conflict check with respect to the Individual Debtors, its principals and creditors to determine whether the Firm has any prior attorney-client relationship or other connections thereto.

6. The following is a complete description of all of the Professional's connections with the Debtor, principals of the Debtors, insiders, the Debtor's creditors, any other party or parties in interest, and their respective attorneys and accountants, the United States Trustee or any person employed in the Office of the United States Trustee (specify, attaching extra pages as necessary):

   None, except that the Firm represented the Individual Debtors in connection with the Decedent's Estate Proceeding pre-petition.

7. The Professional is not a creditor, an equity security holder or an insider of the Debtors except as follows (specify, attaching extra pages as necessary):

   See Para. C Retainer within the application.

8. The Professional is not and was not, within 2 years before the date of the filing of the petition, a director, officer or employee of the Debtors.

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

53343971.4
390855-00001

9.    The Professional does not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor, or for any other reason, except as follows (specify, attaching extra pages as necessary):

None.

10.    Name, address and telephone number of the person signing this Statement on behalf of the Professional and the relationship of such person to the Professional (specify):

David Soffer, Partner of
Soffer Law Group
345 North Maple Drive, Suite 386
Beverly Hills, CA 90210
Telephone: 310-284-7306
*david@sofferlawgroup.com*

See also biographical information of attorneys as Exhibit 1.

11.    The Professional is not a relative or employee of the United States Trustee or a Bankruptcy Judge, except as follows (specify, attaching extra pages as necessary):

None.

12.    Total number of attached pages of supporting documentation: 3 pages.

13.    After conducting or supervising the investigation described in paragraph 5 above, I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct except that I declare that paragraphs 6 through 9 and 11 are stated on information and belief.

Executed on December 18, 2024, at Beverly Hills, California.

David Soffer

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

53343971.2 390855-00001

11

# EXHIBIT 1

# SOFFER LAW GROUP

## BIOGRAPHIES

### DAVID SOFFER

David has been nominated by his peers as a Southern California SuperLawyer every year since 2013 for his work in the field of trusts and estates. David is a member of the Beverly Hills Estate Planning Council, previously was a member of the Los Angeles Estate Planning Council, and has presented on numerous occasions on unique estate planning and administration matters.  David has also been recognized by the Los Angeles Business Journal.

David received his undergraduate degree from the University of California at Berkeley, where he was a member of Phi Beta Kappa. He earned his J.D from the UCLA School of Law. David began practicing law as an associate at the multi-national law firms Jones Day and Proskauer Rose LLP. Determined he could better serve clients by starting his own firm, he returned to the UCLA School of Law and earned a Masters of Law, with a specialization in tax. He was a founding partner of the trusts and estates firm of Kanin Soffer LLP, before assembling his current team at the Soffer Law Group.

David's representative clients and matters include:

- Estate planning for a family whose real estate holdings and business ventures, in combination with the patriarch's siblings, exceed $1,000,000,000 in net worth. Representation includes ongoing work on various entities and trusts, both for the family itself and on behalf of the family in collaboration with the family's relatives and their representatives.

- Probate administration for the estate of a young actor and singer. Representation included counseling the administrator on the unique intellectual property assets held in the estate and the navigating of a fractious family dynamic.

- Estate planning for the creator of a historically successful entertainment enterprise, with a net worth exceeding $100 million.

- Trust administration for the various trusts and entities created by the founder and lead singer of an internationally renowned musical band.

- Estate planning, trust administration and probate administration for fellow lawyers practicing in other fields of law, both for the lawyers personally as well as for their clients.

**Exhibit 1**
**12**

- Representation of banks, trust companies and private fiduciaries in the settling and ongoing administration of trusts and estates.

## JUDY PORTNOY

Judy Portnoy works with individuals and families and focuses on matters involving estate and wealth transfer planning; advanced gift and generation-skipping transfer tax planning; the formation of grantor trusts, insurance trusts, and dynasty trusts; family governance and business succession planning; and the formation of charitable organizations. Judy is also active in trust and estate administration.

Prior to joining Soffer Law Group, Judy was a senior associate at Willkie Farr & Gallagher LLP. Prior to that, Judy practiced as an associate at Venable LLP and McDermott, Will & Emery LLP, all in their private client services groups.

Judy received her undergraduate degree from the University of Pennsylvania, where she graduated Magna Cum Laude.  She earned her J.D. from Cardozo School of Law, graduating Cum Laude and as a member of the Order of the Coif. Judy subsequently earned a Masters of Law in Taxation from New York University School of Law.

## LAUREN SCHER

Lauren is of counsel at Soffer Law Group. Lauren focuses on the drafting of estate plans.

Lauren received her undergraduate degree from The Johns Hopkins University and a Master of Arts degree from The Johns Hopkins University School of Advanced International Studies.  Lauren the obtained her J.D. degree from Columbia University School of Law. Lauren previously worked in the New York office of Morgan Lewis & Bockius LLP and the Los Angeles office of Paul Hastings LLP.

## SALLY COFFEY

Sally has been a trusts and estates paralegal for over 20 years. Sally is skilled in tax, trust administration, probate administration, accountings, corporate law, estate planning, and probate litigation.

Sally is a strong legal professional with a Bachelor of Science (BS) in Accounting from National University and her paralegal certificate from the University of Nevada, Las Vegas.

## MICHAEL KRUMME

Michael has been an estate planning paralegal for over 23 years. He has experience working in firms small, medium, and large, from international firms to "boutique" estate planning practices.

**Exhibit 1**
13

In addition to preparing straightforward revocable trust-based estate plans, Michael has experience drafting irrevocable life insurance trusts, gifting trusts, confidential residence-holding trusts, grantor retained annuity trusts, and qualified personal residence trusts.  He has also prepared applications for exemption from state and federal tax for private foundations and charitable trusts.  He most enjoys drafting intricate custom provisions for trusts that express clients' desired terms of distribution.

 Michael is a native of Los Angeles and received his B.A. in English Literature from the University of California – Los Angeles in 1987 and obtained his paralegal certification through UCLA Extension in 1999.

**Exhibit 1**
**14**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
Saul Ewing LLP, 1888 Century Park East, Suite 1500, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **Notice of Application and Application of Daniel Halevy and Susan Halevy, Debtors-In-Possession, to Employ Soffer Law Group as Special Probate Counsel; Statement of Disinterestedness** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **December 18, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

⊠ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **December 18, 2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Debtor:**
Daniel Halevy
8561 Horner Street
Los Angeles, CA 90035

**Debtor:**
Susan Halevy
257 South Linden Drive
Beverly Hills, CA 90212

⊠ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 18, 2024 | Hannah Richmond | /s/ Hannah Richmond |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                      **F 9013-3.1.PROOF.SERVICE**

**1.** **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF) (continued)**:
- **Scott R Albrecht**    salbrecht@gsaattorneys.com, jackie.nguyen@sgsattorneys.com
- **Tanya Behnam**    tbehnam@polsinelli.com,
  tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com
- **Jacquelyn H Choi**    jacquelyn.choi@rimonlaw.com, docketingsupport@rimonlaw.com
- **Carol Chow**    Carol.Chow@saul.com, hannah.richmond@saul.com,easter.santamaria@saul.com
- **Robert F Conte**    robert.conte@usdoj.gov, caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov
- **Ryan Coy**    ryan.coy@saul.com,
  hannah.richmond@saul.com;Shelly.Guise@saul.com;LitigationDocketing@saul.com
- **Christopher Cramer**    secured@becket-lee.com
- **Christopher Crowell**    ccrowell@hrhlaw.com
- **Turner Falk**    turner.falk@saul.com, tnfalk@recap.email
- **Michael G Fletcher**    mfletcher@frandzel.com, sking@frandzel.com
- **Todd S. Garan**    ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com
- **Richard Girgado**    rgirgado@counsel.lacounty.gov
- **Jacqueline L James**    jjames@hrhlaw.com
- **Kelly L Morrison**    kelly.l.morrison@usdoj.gov
- **Avi Edward Muhtar**    amuhtar@crownandstonelaw.com
- **Bruce D Poltrock**    bpoltrock@frandzel.com, achase@frandzel.com
- **Paige Selina Poupart**    ppoupart@frandzel.com, achase@frandzel.com
- **Zev Shechtman**    Zev.Shechtman@saul.com,
  zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com
- **David B Shemano**    dshemano@shemanolaw.com
- **Derrick Talerico**    dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Garrick Vanderfin**    gvanderfin@polsinelli.com, zyoung@Polsinelli.com;ladocketing@polsinelli.com
- **Gerrick Warrington**    gwarrington@frandzel.com, achase@frandzel.com
- **Jennifer C Wong**    bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

**2.** **SERVED BY UNITED STATES MAIL (continued)**:

| | | |
|---|---|---|
| Alan D Gomperts<br>264 S Oakhurst Dr<br>Beverly Hills, CA 90212 | Alta Fire Pro<br>PO Box 7007<br>Mission Hills, CA 91346 | CA Dept of Tax and Fee Admin<br>Account Info Group MIC29<br>PO Box 942879<br>Sacramento, CA 94279-0029 |
| California Refrigeration & Supply<br>1926 Glendon Ave Apt 4<br>Los Angeles, CA 90025 | Colyton Investments LLC<br>421 Colyton St<br>Los Angeles, CA 90013 | Deborah Feldman Esq<br>12446 Marsh Pointe Rd<br>Sarasota, FL 34238-2115 |
| Franchise Tax Board<br>Bankruptcy Section MS A-340<br>PO Box 2952<br>Sacramento, CA 95812-2952 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Korth Direct Mortgage Inc<br>135 San Lorenzo Ave Ste 600<br>Miami, FL 33146 |
| Los Angeles County Tax Collector<br>PO Box 54110<br>Los Angeles, CA 90054-0110 | Mark Berkowitz CPA<br>5850 Canoga Ave<br>Woodland Hills, CA 91367 | Polsinelli LLP<br>Attn Garrick Vanderin Esq<br>2049 Century Park E Ste 2900<br>Los Angeles, CA 90067 |
| RG Fire Inc<br>8721 Laurel Canyon Blvd<br>Sun Valley, CA 91352 | Simply Electrical<br>14101 S Budlong Ave<br>Gardena, CA 90247 | Urban Lime<br>915 Mateo St<br>Los Angeles, CA 90021 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.