**Alan Gomperts**
**Income and Expense Reconcilaiton**

**Income**

| | | |
|---|---|---:|
| Total income | Line d. of Part 8 | 42,327.23 |
| Payroll deductions | Line e. of Part 9 | (4,312.50) |
| Total Receipts | Line b. of part 1 | **38,014.73** |
| | | |
| Total Deposits in Wells Fargo account ending -3107 | | 91,617.38 |
| Reimbursed Expenses from agron, inc. (Employer) | | (53,602.65) |
| Net Deposits | | **38,014.73** |

**Expenses**

| | | |
|---|---|---:|
| Total Expenses | Line i. of Part 8 | 33,084.54 |
| Payroll deductions | | 4,312.50 |
| Total disbursements | Line c. of part 1 | **28,772.04** |
| | | |
| Total withdrawals in Wells Fargo account ending -3107 | | 82,374.69 |
| | | |
| agron, inc Expenses | | (53,602.65) |
| Total Agron Expenses | | **(53,602.65)** |
| | | |
| Net Disbursements | | **28,772.04** |