**Alan Gomperts**
**Part 8 Expenses**

| Date | Amount | Payee | Description |
|---|---|---|---|
| 11/1/2024 | (140.00) | BILL PAY Jun Ho. Choi ON-LINE No Account Number ON 11-01 | Personal Living - Pool Man |
| 11/4/2024 | (2,000.00) | Cash eWithdrawal in Branch 11/04/2024 11:36 AM 9354 WILSHIRE BLVD BEVERLY HILLS CA 0874 | Personal Living - Cash Expenses |
| 11/4/2024 | (1,878.38) | CHASE CREDIT CRD EPAY 241101 7917027752 SHARON HALEVY | Personal Living - Credit Card |
| 11/4/2024 | (125.00) | ZELLE TO HERNANDEZ CIRO ON 11/03 REF #PP0Y6XQWGK | Personal Living - Gardener |
| 11/5/2024 | (1,387.69) | CITI CARD ONLINE PAYMENT 241104 431527107912285 SHARON HALEVY | Personal Living - Credit Card |
| 11/5/2024 | (162.36) | BILL PAY NORTHWESTERN MUTUAL LIFE INSURAN ON-LINE xxxx4520 ON 11-05 | Personal Living - Life Insurance |
| 11/5/2024 | (3,125.00) | BILL PAY WELLS FARGO Oakhurst ON-LINE 0512091XXX ON 11-05 | Personal Living - Mortgage |
| 11/7/2024 | (2,802.24) | CITI CARD ONLINE PAYMENT 241106 431515056494319 SHARON HALEVY | Personal Living - Credit Card |
| 11/7/2024 | (60.76) | BILL PAY SOUTHERN CALIFOR ON-LINE xxxxxxx4834 ON 11-07 | Personal Living - Gas bill |
| 11/18/2024 | (319.62) | MACYS ONLINE PMT 241115 631525619747390 SHARON HALEVY | Personal Living - Clothes |
| 11/18/2024 | (809.36) | BLOOMINGDALES ONLINE PMT 241115 601538298334068 SHARON HALEVY | Personal Living - Clothes |
| 11/18/2024 | (5,265.43) | AMERICAN EXPRESS ACH PMT 241118 W6562 ALAN GOMPERTS | Personal Living - Credit Card |
| 11/20/2024 | (90.82) | PURCHASE AUTHORIZED ON 11/18 TST*FISHGRILL - PI Los Angeles CA S384323733589468 CARD 6 | Personal Living - Lunch |
| 11/26/2024 | (718.66) | BILL PAY WELLS FARGO AUTO ON-LINE xxxxxx6254 ON 11-26 | Personal Living - Car Payment |
| 11/27/2024 | (19.29) | MACYS ONLINE PMT 241126 621550411480367 SHARON HALEVY | Personal Living - Clothes |

**Living Expenses**
**Line g. of Part 8** (18,904.61)

| Date | Amount | Payee | Description |
|---|---|---|---|
| 11/1/2024 | (75.00) | BILL PAY Nicandro Barba ON-LINE No Account Number ON 11-01 | Gardener Bagely |
| 11/1/2024 | (90.00) | BILL PAY 4 SEASON POOL SE ON-LINE No Account Number ON 11-01 | Pool Man Bagley Ave |
| 11/4/2024 | (155.00) | ZELLE TO GABRIEL ADULFO ON 11/03 REF #PP0Y6XQV35 | Gardener Canfield and Greenfield |
| 11/4/2024 | (1,868.88) | IRS USATAXPYMT 110424 222470955653769 ALAN D GOMPERTS & SHAR | Tax Payment |
| 11/5/2024 | (4,003.21) | BILL PAY WELLS FARGO Bagley ON-LINE 0512092XXX ON 11-05 | Mortgage - Bagley |
| 11/5/2024 | (2,050.07) | BILL PAY WELLS FARGO Canfield ON-LINE 0502483XXX ON 11-05 | Mortgage - Canfield |
| 11/5/2024 | (1,625.27) | BILL PAY WFHM - Greenfield ON-LINE 0320648XXX ON 11-05 | Mortgage - Greenfield |

**All Other Expenses Line h. of Part 8** (9,867.43) Expenses on Rental Properties