| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ZEV SHECHTMAN (BAR NO. 266280)<br>Zev.Shechtman@saul.com<br>CAROL CHOW (BAR NO. 169299)<br>carol.chow@saul.com<br>RYAN F. COY (Bar No. 324939)<br>ryan.coy@saul.com<br>SAUL EWING LLP<br>1888 Century Park East, Suite 1500<br>Los Angeles, California 90067<br>Telephone:  (310) 255-6100<br>Facsimile:  (310) 255-6200<br><br>☐ *Movant(s) appearing without an attorney*<br>☒ *Attorney for Movant(s)* | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br>SEATON INVESTMENTS, LLC, et al.,<br><br>                Debtors and Debtors In Possession. | LEAD CASE NO.: 2:24-bk-12079-VZ |
| | JOINTLY ADMINISTERED WITH CASE NOS.:<br>2:24-bk-12080-VZ; 2:24-bk-12081-VZ; 2:24-bk-12082-VZ;<br>2:24-bk-12091-VZ; 2:24-bk-12074-VZ; 2:24-bk-12075-VZ<br>and 2:24-bk-12076-VZ |
| ☐ Affects All Debtors. | CHAPTER:  11 |
| ☐ Affects Seaton Investments, LLC | |
| ☐ Affects Colyton Investments, LLC | |
| ☐ Affects Broadway Avenue Investments, LLC | |
| ☐ Affects SLA Investments, LLC | **DECLARATION THAT NO PARTY REQUESTED A HEARING ON MOTION LBR 9013-1(o)(3)** |
| ☐ Affects Negev Investments, LLC | |
| ☐ Affects Alan Gomperts | |
| ☒ Affects Daniel Halevy | |
| ☒ Affects Susan Halevy | |
| | [No Hearing Required] |

1.  I am the ☐ Movant(s) or ☒ attorney for Movant(s) or ☐ employed by attorney for Movant(s).

2.  On (*date*):  12/18/2024   Movant(s) filed a motion or application (Motion) entitled:   NOTICE OF APPLICATION AND APPLICATION OF DANIEL HALEVY AND SUSAN HALEVY, DEBTORS IN POSSESSION TO EMPLOY SOFFER GROUP AS SPECIAL PROBATE COUNSEL; STATEMENT OF DISINTERESTEDNESS (doc. 360)

3.  A copy of the Motion and notice of motion is attached to this declaration.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                                    Page 2                        **F 9013-1.2.NO.REQUEST.HEARING.DEC**

4.  On *(date):* 12/18/2024___ Movant(s), served a copy of ☐ the notice of motion or ☒ the Motion and notice of motion on required parties using the method(s) identified on the Proof of Service of the notice of motion.

5.  Pursuant to LBR 9013-1(o), the notice of motion provides that the deadline to file and serve a written response and request for a hearing is 14 days after the date of service of the notice of motion, plus 3 additional days if served by mail, or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).

6.  More than 17 days have passed after Movant(s) served the notice of motion.

7.  I checked the docket for this bankruptcy case and/or adversary proceeding, and no response and request for hearing was timely filed.

8.  No response and request for hearing was timely served on Movant(s) via Notice of Electronic Filing, or at the street address, email address, or facsimile number specified in the notice of motion.

9.  Based on the foregoing, and pursuant to LBR 9013-1(o), a hearing is not required.

Movant(s) requests that the court grant the motion and enter an order without a hearing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct

Date: 1/7/2025___                          _____
                                                    Signature

                                                    Zev Shechtman_____
                                                    Printed name

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

# EXHIBIT A

ZEV SHECHTMAN (BAR NO. 266280)
Zev.Shechtman@saul.com
CAROL CHOW (BAR NO. 169299)
carol.chow@saul.com
RYAN F. COY (Bar No. 324939)
ryan.coy@saul.com
SAUL EWING LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: (310) 255-6100
Facsimile: (310) 255-6200

Attorneys for Alan Gomperts, Daniel Halevy,
Susan Halevy, Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>SEATON INVESTMENTS, LLC, *et al.*,<br><br>Debtors and Debtors In Possession.<br><br>☐ Affects All Debtors.<br>☐ Affects Seaton Investments, LLC<br>☐ Affects Colyton Investments, LLC<br>☐ Affects Broadway Avenue Investments, LLC<br>☐ Affects SLA Investments, LLC<br>☐ Affects Negev Investments, LLC<br>☐ Affects Alan Gomperts<br>☒ Affects Daniel Halevy<br>☒ Affects Susan Halevy | Lead Case No. 2:24-bk-12079-VZ<br><br>Jointly Administered with Case Nos.:<br>2:24-bk-12080-VZ; 2:24-bk-12081-VZ;<br>2:24-bk-12082-VZ; 2:24-bk-12091-VZ;<br>2:24-bk-12074-VZ; 2:24-bk-12075-VZ and<br>2:24-bk-12076-VZ<br><br>Chapter 11<br><br>**NOTICE OF APPLICATION AND APPLICATION OF DANIEL HALEVY AND SUSAN HALEVY, DEBTORS-IN-POSSESSION, TO EMPLOY SOFFER LAW GROUP AS SPECIAL PROBATE COUNSEL; STATEMENT OF DISINTERESTEDNESS**<br><br>**[No Hearing Required]** |

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

53343971.4
390855-00001

**Exhibit A**
3

1    **TO THE HONORABLE VINCENT P. ZURZOLO, UNITED STATES**

2    **BANKRUPTCY JUDGE, AND INTERESTED PARTIES:**

3        PLEASE TAKE NOTICE that, debtors and debtors in possession herein, Daniel Halevy and

4    Susan Halevy (collectively, the "**Applicants**"), will and hereby move for entry of an order under 11

5    U.S.C. § 327(e) authorizing them to employ Soffer Law Group, Inc. ("Soffer" or the "Firm") as

6    their special probate counsel, effective as of November 1, 2024.  In compliance with Local

7    Bankruptcy Rule 2014-1(b)(3), the Applicants hereby provide the following information regarding

8    the Application:

9

10    1.   <u>Identity of professional and the purpose and scope for which it is being employed</u>

11        The Applicants seek to employ the services of special probate counsel with experience in

12    probate, trusts, and estates.  The Applicants have selected Soffer as their probate counsel.

13

14    2.   <u>Whether professional seeks compensation pursuant to 11 U.S.C. § 328 or 11 U.S.C. § 330</u>

15        The Applicants seek to employ Soffer pursuant to 11 U.S.C. § 327.  Soffer will seek approval

16    of its compensation and reimbursement of its expenses pursuant to 11 U.S.C. §§ 330 and 331.

17

18    3.   <u>Arrangements for compensation</u>

19        Applicants proposes to compensate Soffer on the following basis, except as the Court may

20    otherwise determine and direct, after appropriate notice and hearing. Soffer will apply to the Court

21    under sections 330 and 331 of the Bankruptcy Code for an allowance of fees and reimbursable

22    expenses not more often than every 120 days.  All applications of Soffer for compensation will be

23    heard upon notice to creditors and other parties-in-interest. The present hourly rates for applicable

24    attorneys and paralegals of the Firm are set forth in this Application. These hourly rates are subject

25    to periodic adjustments.

26        Soffer will also seek reimbursement for reasonable and necessary expenses incurred, which

27    may include, among other things, travel expenses, work-related meals, telephone and facsimile

28    (outgoing only), tolls and other charges, mail and express or overnight mail charges, special or hand

53343971.4
390855-00001

2

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

**Exhibit A**
**4**

1   delivery charges, document processing, process servers' fees, court reporter fees, parking,

2   photocopying, scanning and printing charges, vendor charges, computerized research, transcription

3   costs, filing fees, non-ordinary overhead expenses (which shall *not* include secretarial or other

4   overtime) and other out-of-pocket expenses incurred in providing professional services to the

5   Applicants. Soffer will charge for these expenses in a manner and at rates consistent with charges

6   made generally to its other clients.

7          The attorneys at Soffer who will be principally responsible for performing the legal services

8   on behalf of the Applicants are David Soffer, Judy Portnoy, and Lauren Scher, whose 2024 rates are

9   respectively, $750.00 per hour, $600.00 per hour and $450.00 per hour (with 2025 rates set forth in

10  the Application).

11         However, Soffer has other partners, counsel, associates, and paralegals all of whom are

12  experienced in probate and estate as well as various other areas of law which could be relevant.

13  Depending upon the complexity and amount of legal services required in this case, other

14  professionals at Soffer may be called upon to provide legal services.

15

16  4.      Name, address and telephone number of person who will provide a copy of the Application

17         A copy of the Application is appended hereto. Copies may also be requested by contacting

18  undersigned counsel for the Individual Debtors.

19

20         **NOTICE IS GIVEN** that pursuant to Local Bankruptcy Rule 9013-1(o), any party who

21  opposes the Application may request a hearing on the Application. The deadline to file and serve a

22  written opposition and request for a hearing is 14 days after the date of service of this notice, plus 3

23  additional days if you were served by mail or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).  If you timely

24  file and serve a written opposition and request for a hearing, the Individual Debtors will file and serve

25  a notice of hearing at least 14 days in advance of the hearing. [LBR 9013-1(o)(4)].

26

27

28

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

53343971.4
390855-00001                                        3

**Exhibit A**
5

1      Pursuant to Local Bankruptcy Rule 9013-1(h), failure to timely file and serve papers may

2 be deemed by the Court to be consent to the granting or denial of the Application, as the case may

3 be without further hearing and/or notice.

4

5

6 DATED:  December 17, 2024             SAUL EWING LLP

7

8                    By: _____

9                       ZEV SHECHTMAN

10                       Attorneys for Alan Gomperts, Daniel Halevy,
                      Susan Halevy, Debtors and Debtors in Possession

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

53343971.4
390855-00001

4

**MEMORANDUM OF POINTS AND AUTHORITIES**

**A.    BANKRUPTCY BACKGROUND**

On March 18 and 19, 2024 (the "**Petition Date**"), the Applicants, together with Alan Gomperts (collectively, the "**Individual Debtors**") and the above-captioned non-individual debtors filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code.  The debtors remain in possession of their properties and continue to operate their businesses as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Code.  The above-captioned cases are jointly administered.

**B.    THE INDIVIDUAL DEBTOR'S PROPOSED RETENTION OF SOFFER AS THEIR PROBATE COUNSEL**

Debtors Susan and Daniel Halevy are seeking the employment of special probate counsel to assist them in the administration of a pending probate proceeding in the Los Angeles County Superior Court, in a matter entitled *Estate of David Halevy, Decedent,* assigned case number 24STPB01963 (the "Decedent's Estate Proceeding").  Susan and Daniel are both involved in the administration of the decedent estate, Susan as the trustee of the Halevy Family Trust, and Daniel as the personal representative of the decedent's estate.

It is necessary for the Applicants to employ probate counsel to advise and represent the Applicants in the Decedent's Estate Proceeding.

The professional services that Soffer will render to the Applicants will include, but shall not be limited to, the following:

      a.  preparing, on behalf of the Individual Debtors, necessary applications, motions, answers, orders, reports, and other legal papers in the Decedent's Estate Proceeding;

      b.  representing the Individual Debtors in administrative matter, proceedings, and at related hearings in the Decedent's Estate Proceeding;

      c.  providing all legal services that are necessary or appropriate in the circumstances relating to the decedent's estate, including tax legal work and/or the preparation of

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

53343971.4
390855-00001

5

1    tax returns, or otherwise relating to the Applicants' roles as administrators, trustees,
2    or otherwise with respect to the decedent's estate.

3    The Individual Debtors propose to retain Soffer as their probate counsel, effective as of
4    November 1, 2024.  Soffer has extensive experience and knowledge in the field of probate, trusts and
5    estates.  The Individual Debtors believe that Soffer's expertise and experience in practicing before
6    the Probate Court, in out-of-court trust and estate matters, and related tax matters, will enable the
7    Firm to work in an efficient and cost-effective manner on behalf of the estate.  See Exhibit "1" for
8    length of experience.

9    Soffer is being engaged to provide probate and estate administrative legal services and is not
10   being engaged to provide probate or estate litigation services.  The Applicants' general bankruptcy
11   counsel, Saul Ewing LLP, has recently filed a supplement to its application seeking to expand the
12   scope of Saul Ewing's employment to include such litigation that may arise in connection with claims
13   brought by Archway Broadway Loan SPE, LLC.  *See* docket no. 285.  The services provided by
14   Soffer will not be duplicative of Saul Ewing's which, with respect to probate, will be limited to
15   probate or probate related litigation.

16   Soffer intends to apply for compensation for professional services rendered in connection
17   with these Chapter 11 cases subject to the approval of this Court and in compliance with applicable
18   provisions of the Bankruptcy Code, Bankruptcy Rules, Local Bankruptcy Rules, the United States
19   Trustee ("UST") Guidelines and any Orders entered in this Chapter 11 case concerning compensation
20   of professionals, on an hourly basis, plus reimbursement of actual, necessary expenses and other
21   charges incurred by the Firm.

22   The professionals primarily responsible for representing the Applicants, and their current and
23   2025 hourly rates, are:

| **Name** | **Title** | **2024 Hourly Rate** | **2025 Hourly Rate** |
|---|---|---|---|
| David Soffer | Partner | $750.00 | $800.00 |
| Judy Portnoy | Partner | $600.00 | $650.00 |
| Lauren Scher | Partner | $450.00 | $500.00 |

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

53343971.4
390855-00001

**Exhibit A**
8

1    The biographical information of the above-mentioned attorneys is attached as Exhibit "1" to

2    the attached declaration of David Soffer.

3    In addition, other attorneys and paralegals will be involved as necessary and appropriate to

4    represent the Individual Debtors, and Soffer's current and 2025 hourly rates for other attorneys and

5    professionals are as follows:

6

| Billing Category | 2024 Rate Range | 2025 Rate Range |
|---|---|---|
| Associate Attorneys | $325-$575 | $350-$650 |
| Paralegals | $225-$325 | $250-$400 |
| Administrative Assistants | $150-$195 | $175-215 |

10    These hourly rates are subject to periodic adjustment to reflect economic and other conditions.

11    Soffer will maintain detailed records of actual and necessary costs and expenses incurred in

12    connection with the legal services described above.

13    Soffer will also seek reimbursement for reasonable and necessary expenses incurred, which

14    may include, among other things, travel expenses, work-related meals, telephone and facsimile

15    (outgoing only), tolls and other charges, mail and express or overnight mail charges, special or hand

16    delivery charges, document processing, process servers' fees, court reporter fees, parking,

17    photocopying, scanning and printing charges, vendor charges, computerized research, transcription

18    costs, filing fees, non-ordinary overhead expenses (which shall *not* include secretarial or other

19    overtime) and other out-of-pocket expenses incurred in providing professional services to the

20    Individual Debtors. Soffer will charge for these expenses in a manner and at rates consistent with

21    charges made generally to its other clients.

22

23    **C.    RETAINER**

24    Soffer was paid $15,000 pre-petition all of which has been applied to pre-petition services.

25    Soffer was inadvertently paid $5,000 post-petition (on August 28, 2024) for services

26    rendered which payment has been applied to February and March 2024 services, leaving a balance

27    due of approximately $12,000 post-petition, however, Soffer is willing to waive payment of this

28    amount. Accordingly, Soffer does not have an administrative or pre-petition claim.

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

53493914
390855-00001

7

**Exhibit A**
**9**

Case 2:24-bk-12079-VZ    Doc 360    Filed 12/18/24    Entered 12/18/24 10:18:06    Desc
Main Document    Page 8 of 17

1    No retainer has been or will be paid by the estate in connection with this Application.

2

3    **D.    DISINTERESTEDNESS OF SOFFER**

4    As of the date of this Application, to the best of the Applicants' knowledge and after

5    consideration of the disclosures in the Statement of Disinterestedness filed concurrently herewith,

6    the Individual Debtors believes that Soffer and all of its partners and associates are disinterested

7    persons as that term is defined in 11 U.S.C. § 101(14), and neither the Firm nor any partners or

8    associates of the Firm are connected with the Individual Debtors, any other party in interest, its

9    attorneys and accountants, or to this estate, and has no relation to any bankruptcy judge presiding in

10    this district, the Clerk of the Court or any relation to the United States Trustee in this district, or any

11    person employed at the Court or the Office of the United States Trustee, nor does the Firm or its

12    attorneys represent or hold an adverse interest with respect to the Debtors, any creditor, or to this

13    estate, except that: (1) Soffer represented the Individual Debtors in the Decedent's Estate Proceeding

14    pre-petition, and (2) Soffer is owed approximately $12,192.322 for services provided by Soffer post-

15    petition, however, it has agreed to waive this amount.  To the extent such connections make Soffer

16    not disinterested under section 101(14), the engagement of Soffer is authorized under section 327(e),

17    which authorized the Debtors to employ for special purposes attorneys who previously represented

18    the Debtors, so long as the attorney does not hold or represent and adverse interest in the matter.

19    There being no such adversity, employment of Soffer as special counsel is appropriate in the

20    circumstances.

21    / / /

22    / / /

23    / / /

24    / / /

25    / / /

26    / / /

27    / / /

28

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

53343971.4
390855-00001

**Exhibit A**
**10**

1    **WHEREFORE**, the Individual Debtors request that the Court enter an order authorizing

2    them to employ Soffer Law Group as its special probate counsel, effective as of November 1, 2024,

3    and for such other and further relief as may be determined just and proper.

4

5

6    Dated:                          By: _____

7                                    DANIEL HALEVY
                                     Debtor

8    Dated:                          By: _____

9                                    SUSAN HALEVY
                                     Debtor

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

53343971.2 390855-00001                              9

**STATEMENT OF DISINTERESTEDNESS FOR EMPLOYMENT
OF PROFESSIONAL PERSON UNDER F.R.B.P. 2014**

1. Name, address and telephone number of the professional ("the Professional" or "the "Firm") submitting this Statement:

Soffer Law Group
345 North Maple Drive, Suite 386
Beverly Hills, CA 90210
Telephone: 310-284-7306

2. The services by the Professional in this case are (specify):

See Page 5-6 of the Application.

3. The terms and source of the proposed compensation and reimbursement of the Professional are (specify):

See Pages 6-7 of the Application.

4. The nature and terms of retainer (i.e., nonrefundable versus an advance against fees) held by the Professional are (specify):

None.

5. The investigation of disinterestedness made by the Professional prior to submitting this Statement consisted of (specify):

We conducted a conflict check with respect to the Individual Debtors, its principals and creditors to determine whether the Firm has any prior attorney-client relationship or other connections thereto.

6. The following is a complete description of all of the Professional's connections with the Debtor, principals of the Debtors, insiders, the Debtor's creditors, any other party or parties in interest, and their respective attorneys and accountants, the United States Trustee or any person employed in the Office of the United States Trustee (specify, attaching extra pages as necessary):

None, except that the Firm represented the Individual Debtors in connection with the Decedent's Estate Proceeding pre-petition.

7. The Professional is not a creditor, an equity security holder or an insider of the Debtors except as follows (specify, attaching extra pages as necessary):

See Para. C Retainer within the application.

8. The Professional is not and was not, within 2 years before the date of the filing of the petition, a director, officer or employee of the Debtors.

53343971.4
390855-00001

10

**Exhibit A**
**12**

9.    The Professional does not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor, or for any other reason, except as follows (specify, attaching extra pages as necessary):

None.

10.    Name, address and telephone number of the person signing this Statement on behalf of the Professional and the relationship of such person to the Professional (specify):

David Soffer, Partner of
Soffer Law Group
345 North Maple Drive, Suite 386
Beverly Hills, CA 90210
Telephone: 310-284-7306
*david@sofferlawgroup.com*

See also biographical information of attorneys as Exhibit 1.

11.    The Professional is not a relative or employee of the United States Trustee or a Bankruptcy Judge, except as follows (specify, attaching extra pages as necessary):

None.

12.    Total number of attached pages of supporting documentation: 3 pages.

13.    After conducting or supervising the investigation described in paragraph 5 above, I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct except that I declare that paragraphs 6 through 9 and 11 are stated on information and belief.

Executed on December 18, 2024, at Beverly Hills, California.

David Soffer

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

53343971.2 390855-00001

11

**Exhibit A**
**13**

# EXHIBIT 1

**Exhibit A**
**14**

# SOFFER LAW GROUP

## BIOGRAPHIES

### DAVID SOFFER

David has been nominated by his peers as a Southern California SuperLawyer every year since 2013 for his work in the field of trusts and estates. David is a member of the Beverly Hills Estate Planning Council, previously was a member of the Los Angeles Estate Planning Council, and has presented on numerous occasions on unique estate planning and administration matters.  David has also been recognized by the Los Angeles Business Journal.

David received his undergraduate degree from the University of California at Berkeley, where he was a member of Phi Beta Kappa. He earned his J.D from the UCLA School of Law. David began practicing law as an associate at the multi-national law firms Jones Day and Proskauer Rose LLP. Determined he could better serve clients by starting his own firm, he returned to the UCLA School of Law and earned a Masters of Law, with a specialization in tax. He was a founding partner of the trusts and estates firm of Kanin Soffer LLP, before assembling his current team at the Soffer Law Group.

David's representative clients and matters include:

- Estate planning for a family whose real estate holdings and business ventures, in combination with the patriarch's siblings, exceed $1,000,000,000 in net worth. Representation includes ongoing work on various entities and trusts, both for the family itself and on behalf of the family in collaboration with the family's relatives and their representatives.

- Probate administration for the estate of a young actor and singer. Representation included counseling the administrator on the unique intellectual property assets held in the estate and the navigating of a fractious family dynamic.

- Estate planning for the creator of a historically successful entertainment enterprise, with a net worth exceeding $100 million.

- Trust administration for the various trusts and entities created by the founder and lead singer of an internationally renowned musical band.

- Estate planning, trust administration and probate administration for fellow lawyers practicing in other fields of law, both for the lawyers personally as well as for their clients.

Exhibit 1
12
Exhibit A
15

- Representation of banks, trust companies and private fiduciaries in the settling and ongoing administration of trusts and estates.

## JUDY PORTNOY

Judy Portnoy works with individuals and families and focuses on matters involving estate and wealth transfer planning; advanced gift and generation-skipping transfer tax planning; the formation of grantor trusts, insurance trusts, and dynasty trusts; family governance and business succession planning; and the formation of charitable organizations. Judy is also active in trust and estate administration.

Prior to joining Soffer Law Group, Judy was a senior associate at Willkie Farr & Gallagher LLP. Prior to that, Judy practiced as an associate at Venable LLP and McDermott, Will & Emery LLP, all in their private client services groups.

Judy received her undergraduate degree from the University of Pennsylvania, where she graduated Magna Cum Laude.  She earned her J.D. from Cardozo School of Law, graduating Cum Laude and as a member of the Order of the Coif. Judy subsequently earned a Masters of Law in Taxation from New York University School of Law.

## LAUREN SCHER

Lauren is of counsel at Soffer Law Group. Lauren focuses on the drafting of estate plans.

Lauren received her undergraduate degree from The Johns Hopkins University and a Master of Arts degree from The Johns Hopkins University School of Advanced International Studies.  Lauren the obtained her J.D. degree from Columbia University School of Law. Lauren previously worked in the New York office of Morgan Lewis & Bockius LLP and the Los Angeles office of Paul Hastings LLP.

## SALLY COFFEY

Sally has been a trusts and estates paralegal for over 20 years. Sally is skilled in tax, trust administration, probate administration, accountings, corporate law, estate planning, and probate litigation.

Sally is a strong legal professional with a Bachelor of Science (BS) in Accounting from National University and her paralegal certificate from the University of Nevada, Las Vegas.

## MICHAEL KRUMME

Michael has been an estate planning paralegal for over 23 years. He has experience working in firms small, medium, and large, from international firms to "boutique" estate planning practices.

**Exhibit 1**
**13**
**Exhibit A**
**16**

In addition to preparing straightforward revocable trust-based estate plans, Michael has experience drafting irrevocable life insurance trusts, gifting trusts, confidential residence-holding trusts, grantor retained annuity trusts, and qualified personal residence trusts.  He has also prepared applications for exemption from state and federal tax for private foundations and charitable trusts.  He most enjoys drafting intricate custom provisions for trusts that express clients' desired terms of distribution.

 Michael is a native of Los Angeles and received his B.A. in English Literature from the University of California – Los Angeles in 1987 and obtained his paralegal certification through UCLA Extension in 1999.

**Exhibit 1**
**Exhibit A**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
Saul Ewing LLP, 1888 Century Park East, Suite 1500, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **Notice of Application and Application of Daniel Halevy and Susan Halevy, Debtors-In-Possession, to Employ Soffer Law Group as Special Probate Counsel; Statement of Disinterestedness** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **December 18, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **December 18, 2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Debtor:**
Daniel Halevy
8561 Horner Street
Los Angeles, CA 90035

**Debtor:**
Susan Halevy
257 South Linden Drive
Beverly Hills, CA 90212

☒  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| December 18, 2024 | Hannah Richmond | /s/ Hannah Richmond |
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                          **F 9013-3.1.PROOF.SERVICE**

**Exhibit A**
**18**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF) (continued)**:
- **Scott R Albrecht**    salbrecht@gsaattorneys.com, jackie.nguyen@sgsattorneys.com
- **Tanya Behnam**    tbehnam@polsinelli.com,
  tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com
- **Jacquelyn H Choi**    jacquelyn.choi@rimonlaw.com, docketingsupport@rimonlaw.com
- **Carol Chow**    Carol.Chow@saul.com, hannah.richmond@saul.com,easter.santamaria@saul.com
- **Robert F Conte**    robert.conte@usdoj.gov, caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov
- **Ryan Coy**    ryan.coy@saul.com,
  hannah.richmond@saul.com;Shelly.Guise@saul.com;LitigationDocketing@saul.com
- **Christopher Cramer**    secured@becket-lee.com
- **Christopher Crowell**    ccrowell@hrhlaw.com
- **Turner Falk**    turner.falk@saul.com, tnfalk@recap.email
- **Michael G Fletcher**    mfletcher@frandzel.com, sking@frandzel.com
- **Todd S. Garan**    ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com
- **Richard Girgado**    rgirgado@counsel.lacounty.gov
- **Jacqueline L James**    jjames@hrhlaw.com
- **Kelly L Morrison**    kelly.l.morrison@usdoj.gov
- **Avi Edward Muhtar**    amuhtar@crownandstonelaw.com
- **Bruce D Poltrock**    bpoltrock@frandzel.com, achase@frandzel.com
- **Paige Selina Poupart**    ppoupart@frandzel.com, achase@frandzel.com
- **Zev Shechtman**    Zev.Shechtman@saul.com,
  zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com
- **David B Shemano**    dshemano@shemanolaw.com
- **Derrick Talerico**    dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Garrick Vanderfin**    gvanderfin@polsinelli.com, zyoung@Polsinelli.com;ladocketing@polsinelli.com
- **Gerrick Warrington**    gwarrington@frandzel.com, achase@frandzel.com
- **Jennifer C Wong**    bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

2. **SERVED BY UNITED STATES MAIL (continued)**:

| | | |
|---|---|---|
| Alan D Gomperts | Alta Fire Pro | CA Dept of Tax and Fee Admin |
| 264 S Oakhurst Dr | PO Box 7007 | Account Info Group MIC29 |
| Beverly Hills, CA 90212 | Mission Hills, CA 91346 | PO Box 942879 |
| | | Sacramento, CA 94279-0029 |
| | | |
| California Refrigeration & Supply | Colyton Investments LLC | Deborah Feldman Esq |
| 1926 Glendon Ave Apt 4 | 421 Colyton St | 12466 Marsh Pointe Rd |
| Los Angeles, CA 90025 | Los Angeles, CA 90013 | Sarasota, FL 34238-2115 |
| | | |
| Franchise Tax Board | Internal Revenue Service | Korth Direct Mortgage Inc |
| Bankruptcy Section MS A-340 | PO Box 7346 | 135 San Lorenzo Ave Ste 600 |
| PO Box 2952 | Philadelphia, PA 19101-7346 | Miami, FL 33146 |
| Sacramento, CA 95812-2952 | | |
| | | |
| Los Angeles County Tax Collector | Mark Berkowitz CPA | Polsinelli LLP |
| PO Box 54110 | 5850 Canoga Ave | Attn Garrick Vanderin Esq |
| Los Angeles, CA 90054-0110 | Woodland Hills, CA 91367 | 2049 Century Park E Ste 2900 |
| | | Los Angeles, CA 90067 |
| | | |
| RG Fire Inc | Simply Electrical | Urban Lime |
| 8721 Laurel Canyon Blvd | 14101 S Budlong Ave | 915 Mateo St |
| Sun Valley, CA 91352 | Gardena, CA 90247 | Los Angeles, CA 90021 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Saul Ewing LLP, 1888 Century Park East, Suite 1500, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **Declaration That No Party Requested a Hearing on Motion** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **January 7, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **January 7, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**Debtor:**
Daniel Halevy
8561 Horner Street
Los Angeles, CA 90035

**Debtor:**
Susan Halevy
257 South Linden Drive
Beverly Hills, CA 90212

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 7, 2025 | Hannah Richmond | /s/ Hannah Richmond |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF) (continued)**:
- **Scott R Albrecht**    salbrecht@gsaattorneys.com, jackie.nguyen@sgsattorneys.com
- **Tanya Behnam**    tbehnam@polsinelli.com,
  tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com
- **Jacquelyn H Choi**    jacquelyn.choi@rimonlaw.com, docketingsupport@rimonlaw.com
- **Carol Chow**    Carol.Chow@saul.com, hannah.richmond@saul.com,easter.santamaria@saul.com
- **Robert F Conte**    robert.conte@usdoj.gov, caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov
- **Ryan Coy**    ryan.coy@saul.com,
  hannah.richmond@saul.com;Shelly.Guise@saul.com;LitigationDocketing@saul.com
- **Christopher Cramer**    secured@becket-lee.com
- **Christopher Crowell**    ccrowell@hrhlaw.com
- **Turner Falk**    turner.falk@saul.com, tnfalk@recap.email
- **Michael G Fletcher**    mfletcher@frandzel.com, sking@frandzel.com
- **Todd S. Garan**    ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com
- **Richard Girgado**    rgirgado@counsel.lacounty.gov
- **Jacqueline L James**    jjames@hrhlaw.com
- **Kelly L Morrison**    kelly.l.morrison@usdoj.gov
- **Avi Edward Muhtar**    amuhtar@crownandstonelaw.com
- **Bruce D Poltrock**    bpoltrock@frandzel.com, achase@frandzel.com
- **Paige Selina Poupart**    ppoupart@frandzel.com, achase@frandzel.com
- **Zev Shechtman**    Zev.Shechtman@saul.com,
  zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com
- **David B Shemano**    dshemano@shemanolaw.com
- **Derrick Talerico**    dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Garrick Vanderfin**    gvanderfin@polsinelli.com, zyoung@Polsinelli.com;ladocketing@polsinelli.com
- **Gerrick Warrington**    gwarrington@frandzel.com, achase@frandzel.com
- **Jennifer C Wong**    bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                **F 9013-3.1.PROOF.SERVICE**