| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ZEV SHECHTMAN (BAR NO. 266280)<br>Zev.Shechtman@saul.com<br>RYAN F. COY (Bar No. 324939)<br>ryan.coy@saul.com<br>SAUL EWING LLP<br>1888 Century Park East, Suite 1500<br>Los Angeles, California 90067<br>Telephone: (310) 255-6100<br>Facsimile: (310) 255-6200<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for: Alan Gomperts, Daniel Halevy and Susan Halevy, Debtors and Debtors in Possession* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>SEATON INVESTMENTS, LLC, et al<br><br><br><br><br><br>Debtor(s) | CASE NO.: 2:24-bk-12079-VZ<br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):<br>Individual Debtors and Debtors-in-Possession to Expand Scope of Employment Application of Saul Ewing LLP |
|---|---|

PLEASE TAKE NOTE that the order titled  Order Approving Supplemental Application of Individual Debtors and Debtors-in-Possession to Expand Scope of Employment Application of Saul Ewing LLP as General Bankruptcy Counsel

was lodged on (*date*)  1/9/2025  and is attached. This order relates to the motion which is docket number 285.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*      Page 1      **F 9021-1.2.BK.NOTICE.LODGMENT**

# EXHIBIT A

ZEV SHECHTMAN (BAR NO. 266280)
Zev.Shechtman@saul.com
RYAN F. COY (Bar No. 324939)
ryan.coy@saul.com
SAUL EWING LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: (310) 255-6100
Facsimile: (310) 255-6200

*Attorneys for Alan Gomperts, Daniel Halevy and Susan Halevy, Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>SEATON INVESTMENTS, LLC, *et al.*,<br><br>Debtors and Debtors In Possession.<br><br>☐ Affects All Debtors.<br>☐ Affects Seaton Investments, LLC<br>☐ Affects Colyton Investments, LLC<br>☐ Affects Broadway Avenue Investments, LLC<br>☐ Affects SLA Investments, LLC<br>☐ Affects Negev Investments, LLC<br>☒ Affects Alan Gomperts<br>☒ Affects Daniel Halevy<br>☒ Affects Susan Halevy | Lead Case No. 2:24-bk-12079-VZ<br><br>Jointly Administered with Case Nos.:<br>2:24-bk-12080-VZ; 2:24-bk-12081-VZ;<br>2:24-bk-12082-VZ; 2:24-bk-12091-VZ;<br>2:24-bk-12074-VZ; 2:24-bk-12075-VZ and<br>2:24-bk-12076-VZ<br><br>Chapter 11<br><br>**ORDER APPROVING SUPPLEMENTAL APPLICATION OF INDIVIDUAL DEBTORS AND DEBTORS-IN-POSSESSION TO EXPAND SCOPE OF EMPLOYMENT APPLICATION OF SAUL EWING LLP AS GENERAL BANKRUPTCY COUNSEL**<br><br>Date: January 9, 2025<br>Time: 10:00 a.m.<br>Courtroom: 1368<br>255 East Temple Street<br>Los Angeles, CA 90012 |

52143293.1

**Exhibit A**

**2**

1  At the above-captioned date and time, the Court considered the *Supplemental*
2  *Application of Individual Debtors and Debtors-in-Possession to Expand Scope of*
3  *Employment Application of Saul Ewing LLP as General Bankruptcy Counsel*
4  ("Application," Docket No. 285) filed by Alan Gomperts, Susan Halevy, and Daniel
5  Halevy (collectively, the "Individual Debtors").
6
7  The Court having read and considered the Application, the objection of Archway Broadway
8  Loan SPE, LLC's ("Archway") to the Application (doc no. 303), the stipulation (doc. no. 379) and
9  order thereon entered on December 27, 2024 (doc no. 381) withdrawing Archway's objection to the
10 Application, and all papers filed in support thereof, having found that notice of the Application was
11 adequate and proper, having waived appearances, and good cause appearing, it is
12 ORDERED THAT:
13
14 1.    The Application is granted in its entirety.
15 2.    The scope of Saul Ewing's employment is expanded as requested in the Application,
16 effective as of October 14, 2024.
17                                              ####

2

52143293.1

**Exhibit A**
**3**

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Saul Ewing LLP, 1888 Century Park East, Suite 1500, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **Notice of Lodgment of Order in Bankruptcy Case**
be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **January 9, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 9, 2025 | Hannah Richmond | /s/ Hannah Richmond |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                             **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF) (continued)**:
   - **Scott R Albrecht**    salbrecht@gsaattorneys.com, jackie.nguyen@sgsattorneys.com
   - **Tanya Behnam**    tbehnam@polsinelli.com, tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com
   - **Jacquelyn H Choi**    jacquelyn.choi@rimonlaw.com, docketingsupport@rimonlaw.com
   - **Carol Chow**    Carol.Chow@saul.com, hannah.richmond@saul.com,easter.santamaria@saul.com
   - **Robert F Conte**    robert.conte@usdoj.gov, caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov
   - **Ryan Coy**    ryan.coy@saul.com, hannah.richmond@saul.com;Shelly.Guise@saul.com;LitigationDocketing@saul.com
   - **Christopher Cramer**    secured@becket-lee.com
   - **Christopher Crowell**    ccrowell@hrhlaw.com
   - **Turner Falk**    turner.falk@saul.com, tnfalk@recap.email
   - **Michael G Fletcher**    mfletcher@frandzel.com, sking@frandzel.com
   - **Todd S. Garan**    ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com
   - **Richard Girgado**    rgirgado@counsel.lacounty.gov
   - **Jacqueline L James**    jjames@hrhlaw.com
   - **Kelly L Morrison**    kelly.l.morrison@usdoj.gov
   - **Avi Edward Muhtar**    amuhtar@crownandstonelaw.com
   - **Bruce D Poltrock**    bpoltrock@frandzel.com, achase@frandzel.com
   - **Paige Selina Poupart**    ppoupart@frandzel.com, achase@frandzel.com
   - **Lovee D Sarenas**    lovee.sarenas@dinsmore.com, wendy.yones@dinsmore.com
   - **Zev Shechtman**    Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com
   - **David B Shemano**    dshemano@shemanolaw.com
   - **Derrick Talerico**    dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com
   - **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
   - **Garrick Vanderfin**    gvanderfin@polsinelli.com, zyoung@Polsinelli.com;ladocketing@polsinelli.com
   - **Gerrick Warrington**    gwarrington@frandzel.com, achase@frandzel.com
   - **Jennifer C Wong**    bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                          **F 9013-3.1.PROOF.SERVICE**