United States Bankruptcy Court
Central District of California

| | |
|---|---|
| In re: | Case No. 24-12079-VZ |
| Seaton Investments, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Jan 10, 2025 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Seaton Investments, LLC, 264 S Oakhurst Dr, Beverly Hills, CA 90212-3504 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jan 12, 2025 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Avi Edward Muhtar | on behalf of Interested Party Avi Muhtar amuhtar@crownandstonelaw.com |
| Bruce D Poltrock | on behalf of Creditor Archway Real Estate Income Fund I SPE I LLC bpoltrock@frandzel.com, achase@frandzel.com |
| Carol Chow | on behalf of Debtor Alan Gomperts Carol.Chow@saul.com hannah.richmond@saul.com,easter.santamaria@saul.com |
| Carol Chow | on behalf of Debtor Susan Halevy Carol.Chow@saul.com hannah.richmond@saul.com,easter.santamaria@saul.com |
| Carol Chow | on behalf of Debtor Daniel Halevy Carol.Chow@saul.com hannah.richmond@saul.com,easter.santamaria@saul.com |
| Christopher Cramer | on behalf of Interested Party Courtesy NEF secured@becket-lee.com |

Case 2:24-bk-12079-VZ    Doc 389    Filed 01/12/25    Entered 01/12/25 21:17:11    Desc
Imaged Certificate of Notice    Page 2 of 6

| District/off: 0973-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 10, 2025 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| Christopher Crowell | on behalf of Creditor Harvest Small Business Finance LLC ccrowell@hrhlaw.com |
| David B Shemano | on behalf of Creditor AIRE Ancient Baths Los Angeles LLC dshemano@shemanolaw.com |
| Derrick Talerico | on behalf of Debtor Broadway Avenue Investments LLC dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com |
| Derrick Talerico | on behalf of Interested Party Susan Halevy dtalerico@wztslaw.com maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com |
| Derrick Talerico | on behalf of Interested Party Daniel Halevy dtalerico@wztslaw.com maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com |
| Derrick Talerico | on behalf of Debtor SLA Investments LLC dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com |
| Derrick Talerico | on behalf of Debtor Colyton Investments LLC dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com |
| Derrick Talerico | on behalf of Debtor Negev Investments LLC dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com |
| Derrick Talerico | on behalf of Debtor Seaton Investments LLC dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com |
| Garrick Vanderfin | on behalf of Creditor Korth Direct Mortgage Inc. gvanderfin@polsinelli.com zyoung@Polsinelli.com;ladocketing@polsinelli.com |
| Gerrick Warrington | on behalf of Creditor Archway Real Estate Income Fund I SPE I LLC gwarrington@frandzel.com, achase@frandzel.com |
| Gerrick Warrington | on behalf of Creditor Archway Broadway Loan SPE LLC gwarrington@frandzel.com, achase@frandzel.com |
| Gerrick Warrington | on behalf of Creditor Archway real estate income fund gwarrington@frandzel.com achase@frandzel.com |
| Gerrick Warrington | on behalf of Creditor Archway Broadway Loan SPE LLC, fka Archway Real Estate Income Fund I REIT, LLC gwarrington@frandzel.com, achase@frandzel.com |
| Gerrick Warrington | on behalf of Plaintiff Archway Broadway Loan SPE LLC, a Delaware limited liability company gwarrington@frandzel.com, achase@frandzel.com |
| Jacqueline L James | on behalf of Interested Party Harvest Small Business Finance LLC jjames@hrhlaw.com |
| Jacqueline L James | on behalf of Creditor Harvest Small Business Finance LLC jjames@hrhlaw.com |
| Jacquelyn H Choi | on behalf of Creditor LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR jacquelyn.choi@rimonlaw.com docketingsupport@rimonlaw.com |
| Jennifer C Wong | on behalf of Interested Party Courtesy NEF bknotice@mccarthyholthus.com jwong@ecf.courtdrive.com |
| Jennifer C Wong | on behalf of Creditor Wells Fargo Bank N.A. bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com |
| Kelly L Morrison | on behalf of U.S. Trustee United States Trustee (LA) kelly.l.morrison@usdoj.gov |
| Lovee D Sarenas | on behalf of Creditor Urbanlime Real Estate lovee.sarenas@dinsmore.com wendy.yones@dinsmore.com |
| Michael G Fletcher | on behalf of Creditor Archway Real Estate Income Fund I SPE I LLC mfletcher@frandzel.com, sking@frandzel.com |
| Michael G Fletcher | on behalf of Creditor Archway real estate income fund mfletcher@frandzel.com sking@frandzel.com |

Case 2:24-bk-12079-VZ    Doc 389    Filed 01/12/25    Entered 01/12/25 21:17:11    Desc
Imaged Certificate of Notice    Page 3 of 6

| District/off: 0973-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 10, 2025 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| Michael G Fletcher | on behalf of Creditor Archway Broadway Loan SPE LLC, fka Archway Real Estate Income Fund I REIT, LLC mfletcher@frandzel.com, sking@frandzel.com |
| Michael G Fletcher | on behalf of Plaintiff Archway Broadway Loan SPE LLC, a Delaware limited liability company mfletcher@frandzel.com, sking@frandzel.com |
| Paige Selina Poupart | on behalf of Creditor Archway Real Estate Income Fund I SPE I LLC ppoupart@frandzel.com, achase@frandzel.com |
| Paige Selina Poupart | on behalf of Plaintiff Archway Broadway Loan SPE LLC, a Delaware limited liability company ppoupart@frandzel.com, achase@frandzel.com |
| Paige Selina Poupart | on behalf of Creditor Archway Broadway Loan SPE LLC, fka Archway Real Estate Income Fund I REIT, LLC ppoupart@frandzel.com, achase@frandzel.com |
| Richard Girgado | on behalf of Creditor LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR rgirgado@counsel.lacounty.gov |
| Robert F Conte | on behalf of Creditor United States of America on behalf of Internal Revenue Service robert.conte@usdoj.gov caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov |
| Ryan Coy | on behalf of Defendant Susan Halevy ryan.coy@saul.com hannah.richmond@saul.com;Shelly.Guise@saul.com;LitigationDocketing@saul.com |
| Ryan Coy | on behalf of Interested Party Alan Gomperts ryan.coy@saul.com hannah.richmond@saul.com;Shelly.Guise@saul.com;LitigationDocketing@saul.com |
| Ryan Coy | on behalf of Interested Party Courtesy NEF ryan.coy@saul.com hannah.richmond@saul.com;Shelly.Guise@saul.com;LitigationDocketing@saul.com |
| Ryan Coy | on behalf of Interested Party Daniel Halevy ryan.coy@saul.com hannah.richmond@saul.com;Shelly.Guise@saul.com;LitigationDocketing@saul.com |
| Ryan Coy | on behalf of Interested Party Susan Halevy ryan.coy@saul.com hannah.richmond@saul.com;Shelly.Guise@saul.com;LitigationDocketing@saul.com |
| Ryan Coy | on behalf of Defendant Daniel Halevy ryan.coy@saul.com hannah.richmond@saul.com;Shelly.Guise@saul.com;LitigationDocketing@saul.com |
| Scott R Albrecht | on behalf of Creditor First Foundation Bank salbrecht@gsaattorneys.com jackie.nguyen@sgsattorneys.com |
| Tanya Behnam | on behalf of Creditor Korth Direct Mortgage Inc. tbehnam@polsinelli.com tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com |
| Todd S. Garan | on behalf of Creditor Wells Fargo National Bank West ch11ecf@aldridgepite.com TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com |
| Todd S. Garan | on behalf of Interested Party Courtesy NEF ch11ecf@aldridgepite.com TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com |
| Turner Falk | on behalf of Debtor Susan Halevy turner.falk@saul.com tnfalk@recap.email |
| Turner Falk | on behalf of Debtor Alan Gomperts turner.falk@saul.com tnfalk@recap.email |
| Turner Falk | on behalf of Interested Party Susan Halevy turner.falk@saul.com tnfalk@recap.email |
| Turner Falk | on behalf of Interested Party Daniel Halevy turner.falk@saul.com tnfalk@recap.email |
| Turner Falk | on behalf of Debtor Daniel Halevy turner.falk@saul.com tnfalk@recap.email |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |
| Zev Shechtman | |

District/off: 0973-2                                   User: admin                                                Page 4 of 4
Date Rcvd: Jan 10, 2025                          Form ID: pdf042                                        Total Noticed: 1

| | |
|---|---|
| | on behalf of Interested Party Susan Halevy Zev.Shechtman@saul.com zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com |
| Zev Shechtman | |
| | on behalf of Debtor Daniel Halevy Zev.Shechtman@saul.com zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com |
| Zev Shechtman | |
| | on behalf of Interested Party Alan Gomperts Zev.Shechtman@saul.com zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com |
| Zev Shechtman | |
| | on behalf of Debtor Susan Halevy Zev.Shechtman@saul.com zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com |
| Zev Shechtman | |
| | on behalf of Debtor Alan Gomperts Zev.Shechtman@saul.com zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com |
| Zev Shechtman | |
| | on behalf of Defendant Susan Halevy Zev.Shechtman@saul.com zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com |
| Zev Shechtman | |
| | on behalf of Defendant Daniel Halevy Zev.Shechtman@saul.com zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com |
| Zev Shechtman | |
| | on behalf of Interested Party Courtesy NEF Zev.Shechtman@saul.com zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com |
| Zev Shechtman | |
| | on behalf of Interested Party Daniel Halevy Zev.Shechtman@saul.com zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com |

TOTAL: 62

```
 1  ZEV SHECHTMAN (BAR NO. 266280)
    Zev.Shechtman@saul.com
 2  RYAN F. COY (Bar No. 324939)
    ryan.coy@saul.com
 3  SAUL EWING LLP
    1888 Century Park East, Suite 1500
 4  Los Angeles, California 90067
    Telephone: (310) 255-6100
 5  Facsimile: (310) 255-6200
 6  Attorneys for Alan Gomperts, Daniel Halevy and
    Susan Halevy, Debtors and Debtors in Possession
 7
```

**FILED & ENTERED**

**JAN 10 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** mohammad **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| In re: | Lead Case No. 2:24-bk-12079-VZ |
|---|---|
| SEATON INVESTMENTS, LLC, *et al.*, | Jointly Administered with Case Nos.: 2:24-bk-12080-VZ; 2:24-bk-12081-VZ; 2:24-bk-12082-VZ; 2:24-bk-12091-VZ; 2:24-bk-12074-VZ; 2:24-bk-12075-VZ and 2:24-bk-12076-VZ |
| Debtors and Debtors In Possession. | |
| ☐ Affects All Debtors. | Chapter 11 |
| ☐ Affects Seaton Investments, LLC | |
| ☐ Affects Colyton Investments, LLC | **ORDER APPROVING SUPPLEMENTAL APPLICATION OF INDIVIDUAL DEBTORS AND DEBTORS-IN-POSSESSION TO EXPAND SCOPE OF EMPLOYMENT APPLICATION OF SAUL EWING LLP AS GENERAL BANKRUPTCY COUNSEL** |
| ☐ Affects Broadway Avenue Investments, LLC | |
| ☐ Affects SLA Investments, LLC | |
| ☐ Affects Negev Investments, LLC | |
| ☒ Affects Alan Gomperts | |
| ☒ Affects Daniel Halevy | |
| ☒ Affects Susan Halevy | Date: January 9, 2025<br>Time: 10:00 a.m.<br>Courtroom: 1368<br>255 East Temple Street<br>Los Angeles, CA 90012 |

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

52143293.1

At the above-captioned date and time, the Court considered the *Supplemental Application of Individual Debtors and Debtors-in-Possession to Expand Scope of Employment Application of Saul Ewing LLP as General Bankruptcy Counsel* ("Application," Docket No. 285) filed by Alan Gomperts, Susan Halevy, and Daniel Halevy (collectively, the "Individual Debtors").

The Court having read and considered the Application, the objection of Archway Broadway Loan SPE, LLC's ("Archway") to the Application (doc no. 303), the stipulation (doc. no. 379) and order thereon entered on December 27, 2024 (doc no. 381) withdrawing Archway's objection to the Application, and all papers filed in support thereof, having found that notice of the Application was adequate and proper, having waived appearances, and good cause appearing, it is

ORDERED THAT:

1. The Application is granted in its entirety.

2. The scope of Saul Ewing's employment is expanded as requested in the Application, effective as of October 14, 2024.

####

Date: January 10, 2025

Vincent P. Zurzolo
United States Bankruptcy Judge

2

52143293.1