| | |
|---|---|
| 1  ZEV SHECHTMAN (BAR NO. 266280)<br>Zev.Shechtman@saul.com<br>2  CAROL CHOW (BAR NO. 169299)<br>carol.chow@saul.com<br>3  RYAN COY (BAR NO. 324939)<br>ryan.coy@saul.com<br>4  SAUL EWING LLP<br>1888 Century Park East, Suite 1500<br>5  Los Angeles, California 90067<br>Telephone:  (310) 255-6100<br>6  Facsimile:  (310) 255-6200 | <br>**FILED & ENTERED**<br><br>**JAN 15 2025**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY carranza  DEPUTY CLERK** |

*Attorneys for Alan Gomperts, Daniel Halevy and Susan Halevy, Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>SEATON INVESTMENTS, LLC, *et al.*,<br><br>　　　Debtors and Debtors In Possession.<br><br>☐ Affects All Debtors.<br>☐ Affects Seaton Investments, LLC<br>☐ Affects Colyton Investments, LLC<br>☐ Affects Broadway Avenue Investments, LLC<br>☐ Affects SLA Investments, LLC<br>☐ Affects Negev Investments, LLC<br>☐ Affects Alan Gomperts<br>☒ Affects Daniel Halevy<br>☒ Affects Susan Halevy | Lead Case No. 2:24-bk-12079-VZ<br><br>Jointly Administered with Case Nos.:<br>2:24-bk-12080-VZ; 2:24-bk-12081-VZ;<br>2:24-bk-12082-VZ; 2:24-bk-12091-VZ;<br>2:24-bk-12074-VZ; 2:24-bk-12075-VZ and<br>2:24-bk-12076-VZ<br><br>Chapter 11<br><br>**ORDER GRANTING APPLICATION OF DANIEL HALEVY AND SUSAN HALEVY, DEBTORS-IN POSSESSION, TO EMPLOY SOFFER LAW GROUP AS SPECIAL PROBATE COUNSEL**<br><br>[No Hearing Required] |

On December 18, 2024, the individual debtors and debtors in possession herein, Daniel Halevy and Susan Halevy (the "**Individual Debtors**"), filed their *Application of Individual Debtors and Debtors-In-Possession to Employ Soffer Law Group as Special Probate Counsel* (the "**Application**") (docket no. 360).

The Court considered the Application, the Statement of Disinterestedness (docket no. 360), and all papers filed in support thereof, which was filed and served using the procedure of LBR 9013-1(o). No parties filed an opposition or request for a hearing.

Good cause appearing, **IT IS ORDERED**:

1. The Application is granted in its entirety.

2. The Individual Debtors are authorized to retain Soffer Law Group as their special probate counsel, effective as of November 1, 2024, pursuant to 11 U.S.C. § 327(e).

3. The compensation to be awarded shall be fixed by the Court after notice and a hearing as may be required by 11 U.S.C. §§ 330 and 331 and other applicable provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Central District of California, and the practice and procedure of this Court.

####

Date: January 15, 2025

Vincent P. Zurzolo
United States Bankruptcy Judge

2