United States Bankruptcy Court
Central District of California

| | |
|---|---|
| In re: | Case No. 24-12079-VZ |
| Seaton Investments, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Jan 13, 2025 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2025:**

**Recip ID        Recipient Name and Address**
db           +  Seaton Investments, LLC, 264 S Oakhurst Dr, Beverly Hills, CA 90212-3504

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2025            Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Avi Edward Muhtar | on behalf of Interested Party Avi Muhtar amuhtar@crownandstonelaw.com |
| Bruce D Poltrock | on behalf of Creditor Archway Real Estate Income Fund I SPE I  LLC bpoltrock@frandzel.com, achase@frandzel.com |
| Carol Chow | on behalf of Debtor Alan Gomperts Carol.Chow@saul.com  hannah.richmond@saul.com,easter.santamaria@saul.com |
| Carol Chow | on behalf of Debtor Susan Halevy Carol.Chow@saul.com  hannah.richmond@saul.com,easter.santamaria@saul.com |
| Carol Chow | on behalf of Debtor Daniel Halevy Carol.Chow@saul.com  hannah.richmond@saul.com,easter.santamaria@saul.com |
| Christopher Cramer | on behalf of Interested Party Courtesy NEF secured@becket-lee.com |

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 2 of 4 |
| Date Rcvd: Jan 13, 2025 | Form ID: pdf042 | Total Noticed: 1 |

Christopher Crowell
 on behalf of Creditor Harvest Small Business Finance  LLC ccrowell@hrhlaw.com

David B Shemano
 on behalf of Creditor AIRE Ancient Baths Los Angeles  LLC dshemano@shemanolaw.com

Derrick Talerico
 on behalf of Debtor Broadway Avenue Investments  LLC dtalerico@wztslaw.com,
 maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

Derrick Talerico
 on behalf of Interested Party Susan Halevy dtalerico@wztslaw.com
 maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

Derrick Talerico
 on behalf of Interested Party Daniel Halevy dtalerico@wztslaw.com
 maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

Derrick Talerico
 on behalf of Debtor SLA Investments  LLC dtalerico@wztslaw.com,
 maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

Derrick Talerico
 on behalf of Debtor Colyton Investments  LLC dtalerico@wztslaw.com,
 maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

Derrick Talerico
 on behalf of Debtor Negev Investments  LLC dtalerico@wztslaw.com,
 maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

Derrick Talerico
 on behalf of Debtor Seaton Investments  LLC dtalerico@wztslaw.com,
 maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

Garrick Vanderfin
 on behalf of Creditor Korth Direct Mortgage Inc. gvanderfin@polsinelli.com
 zyoung@Polsinelli.com;ladocketing@polsinelli.com

Gerrick Warrington
 on behalf of Creditor Archway Real Estate Income Fund I SPE I  LLC gwarrington@frandzel.com, achase@frandzel.com

Gerrick Warrington
 on behalf of Creditor Archway Broadway Loan SPE  LLC gwarrington@frandzel.com, achase@frandzel.com

Gerrick Warrington
 on behalf of Creditor Archway real estate income fund gwarrington@frandzel.com  achase@frandzel.com

Gerrick Warrington
 on behalf of Creditor Archway Broadway Loan SPE  LLC, fka Archway Real Estate Income Fund I REIT, LLC
 gwarrington@frandzel.com, achase@frandzel.com

Gerrick Warrington
 on behalf of Plaintiff Archway Broadway Loan SPE  LLC, a Delaware limited liability company gwarrington@frandzel.com,
 achase@frandzel.com

Jacqueline L James
 on behalf of Interested Party Harvest Small Business Finance  LLC jjames@hrhlaw.com

Jacqueline L James
 on behalf of Creditor Harvest Small Business Finance  LLC jjames@hrhlaw.com

Jacquelyn H Choi
 on behalf of Creditor LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR jacquelyn.choi@rimonlaw.com
 docketingsupport@rimonlaw.com

Jennifer C Wong
 on behalf of Interested Party Courtesy NEF bknotice@mccarthyholthus.com  jwong@ecf.courtdrive.com

Jennifer C Wong
 on behalf of Creditor Wells Fargo Bank  N.A. bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

Kelly L Morrison
 on behalf of U.S. Trustee United States Trustee (LA) kelly.l.morrison@usdoj.gov

Lovee D Sarenas
 on behalf of Creditor Urbanlime Real Estate lovee.sarenas@dinsmore.com  wendy.yones@dinsmore.com

Michael G Fletcher
 on behalf of Creditor Archway Real Estate Income Fund I SPE I  LLC mfletcher@frandzel.com, sking@frandzel.com

Michael G Fletcher
 on behalf of Creditor Archway real estate income fund mfletcher@frandzel.com  sking@frandzel.com

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 3 of 4 |
| Date Rcvd: Jan 13, 2025 | Form ID: pdf042 | Total Noticed: 1 |

Michael G Fletcher
    on behalf of Creditor Archway Broadway Loan SPE  LLC, fka Archway Real Estate Income Fund I REIT, LLC mfletcher@frandzel.com, sking@frandzel.com

Michael G Fletcher
    on behalf of Plaintiff Archway Broadway Loan SPE  LLC, a Delaware limited liability company mfletcher@frandzel.com, sking@frandzel.com

Paige Selina Poupart
    on behalf of Creditor Archway Real Estate Income Fund I SPE I  LLC ppoupart@frandzel.com, achase@frandzel.com

Paige Selina Poupart
    on behalf of Plaintiff Archway Broadway Loan SPE  LLC, a Delaware limited liability company ppoupart@frandzel.com, achase@frandzel.com

Paige Selina Poupart
    on behalf of Creditor Archway Broadway Loan SPE  LLC, fka Archway Real Estate Income Fund I REIT, LLC ppoupart@frandzel.com, achase@frandzel.com

Richard Girgado
    on behalf of Creditor LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR rgirgado@counsel.lacounty.gov

Robert F Conte
    on behalf of Creditor United States of America on behalf of Internal Revenue Service robert.conte@usdoj.gov caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov

Ryan Coy
    on behalf of Defendant Susan Halevy ryan.coy@saul.com hannah.richmond@saul.com;Shelly.Guise@saul.com;LitigationDocketing@saul.com

Ryan Coy
    on behalf of Interested Party Alan Gomperts ryan.coy@saul.com hannah.richmond@saul.com;Shelly.Guise@saul.com;LitigationDocketing@saul.com

Ryan Coy
    on behalf of Interested Party Courtesy NEF ryan.coy@saul.com hannah.richmond@saul.com;Shelly.Guise@saul.com;LitigationDocketing@saul.com

Ryan Coy
    on behalf of Interested Party Daniel Halevy ryan.coy@saul.com hannah.richmond@saul.com;Shelly.Guise@saul.com;LitigationDocketing@saul.com

Ryan Coy
    on behalf of Interested Party Susan Halevy ryan.coy@saul.com hannah.richmond@saul.com;Shelly.Guise@saul.com;LitigationDocketing@saul.com

Ryan Coy
    on behalf of Defendant Daniel Halevy ryan.coy@saul.com hannah.richmond@saul.com;Shelly.Guise@saul.com;LitigationDocketing@saul.com

Scott R Albrecht
    on behalf of Creditor First Foundation Bank salbrecht@gsaattorneys.com  jackie.nguyen@sgsattorneys.com

Tanya Behnam
    on behalf of Creditor Korth Direct Mortgage Inc. tbehnam@polsinelli.com tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com

Todd S. Garan
    on behalf of Creditor Wells Fargo National Bank West ch11ecf@aldridgepite.com TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

Todd S. Garan
    on behalf of Interested Party Courtesy NEF ch11ecf@aldridgepite.com  TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

Turner Falk
    on behalf of Debtor Susan Halevy turner.falk@saul.com  tnfalk@recap.email

Turner Falk
    on behalf of Debtor Alan Gomperts turner.falk@saul.com  tnfalk@recap.email

Turner Falk
    on behalf of Interested Party Susan Halevy turner.falk@saul.com  tnfalk@recap.email

Turner Falk
    on behalf of Interested Party Daniel Halevy turner.falk@saul.com  tnfalk@recap.email

Turner Falk
    on behalf of Debtor Daniel Halevy turner.falk@saul.com  tnfalk@recap.email

United States Trustee (LA)
    ustpregion16.la.ecf@usdoj.gov

Zev Shechtman

| District/off: 0973-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jan 13, 2025 | Form ID: pdf042 | Total Noticed: 1 |

|  |  |
|---|---|
|  | on behalf of Interested Party Susan Halevy Zev.Shechtman@saul.com zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com |
| Zev Shechtman | on behalf of Debtor Daniel Halevy Zev.Shechtman@saul.com zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com |
| Zev Shechtman | on behalf of Interested Party Alan Gomperts Zev.Shechtman@saul.com zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com |
| Zev Shechtman | on behalf of Debtor Susan Halevy Zev.Shechtman@saul.com zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com |
| Zev Shechtman | on behalf of Debtor Alan Gomperts Zev.Shechtman@saul.com zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com |
| Zev Shechtman | on behalf of Defendant Susan Halevy Zev.Shechtman@saul.com zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com |
| Zev Shechtman | on behalf of Defendant Daniel Halevy Zev.Shechtman@saul.com zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com |
| Zev Shechtman | on behalf of Interested Party Courtesy NEF Zev.Shechtman@saul.com zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com |
| Zev Shechtman | on behalf of Interested Party Daniel Halevy Zev.Shechtman@saul.com zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com |

TOTAL: 62

**FILED & ENTERED**

**JAN 13 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** carranza **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA -- LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>SEATON INVESTMENTS, LLC,<br><br>       Debtor and Debtor-in-Possession<br><br>☐ Affects All Debtors<br><br>☐ Affects Case No.: 2:24-12074-VZ<br>   ALLAN GOMPERTS<br><br>☐ Affects Case No.: 2:24-12075-VZ<br>   DANIEL HALEVY<br><br>☐ Affects Case No.: 2:24-12076-VZ<br>   SUSAN HALEVY<br><br>☐ Affects Case No.: 2:24-12080-VZ<br>   COLYTON INVESTMENTS, LLC<br><br>☒ Affects Case No.: 2:24-12081-VZ<br>   BROADWAY AVENUE INVESTMENTS, LLC<br><br>☐ Affects 2:24-12082-VZ<br>   SLA INVESTMENTS, LLC<br><br>☐ Affects 2:24-12091-VZ<br>   NAGEV INVESTMENTS, LLC | Case No.: 2:24-bk-12079-VZ<br><br>Jointly Administered With:<br>Case No.: 2:24-12074-VZ; Case No.: 2:24-12075-VZ;<br>Case No.: 2:24-12076-VZ; Case No.: 2:24-12080-VZ;<br>Case No.: 2:24-12081-VZ; Case No.: 2:24-12082-VZ;<br>Case No.: 2:24-12091-VZ<br><br>Chapter 11<br><br>**ORDER DENYING DEBTORS' MOTION FOR AUTHORITY TO OBTAIN POST-PETITION FINANCING**<br><br>**DATE:** November 19, 2024<br>**TIME:** 11:00 a.m.<br>**PLACE:** Courtroom 1368, 255 E. Temple Street<br>          Los Angeles, CA 90012 |

-1-

A hearing was held on the debtors' motion for authority to obtain postpetition financing ("Motion," docket #233). Based on the findings and conclusions made at the hearing, **IT IS ORDERED** that the Motion is **DENIED**.

###

Date: January 13, 2025

Vincent P. Zurzolo
United States Bankruptcy Judge

-2-