**Alan Gomperts**

**Income and Expense Reconcilaiton**

### Income

| | | |
|---|---|---:|
| Total income | Line d. of Part 8 | 597,537.24 |
| Payroll deductions | Line e. of Part 9 | (278,460.00) |
| **Total Receipts** | Line b. of part 1 | **319,077.24** |
| | | |
| Total Deposits in Wells Fargo account ending -3107 | | 363,113.93 |
| Reimbursed Expenses from agron, inc. (Employer) | | (44,036.69) |
| **Net Deposits** | | **319,077.24** |

### Expenses

| | | |
|---|---|---:|
| Total Expenses | Line i. of Part 8 | 401,064.05 |
| Payroll deductions | | 278,460.00 |
| **Total disbursements** | Line c. of part 1 | **122,604.05** |
| | | |
| Total withdrawals in Wells Fargo account ending -3107 | | 166,640.74 |
| | | |
| agron, inc Expenses | | (44,036.69) |
| **Total Agron Expenses** | | **(44,036.69)** |
| | | |
| Net Disbursements | | **122,604.05** |