**Alan Gomperts**
**Part 8 Expenses**

| Date | Amount | Payee | Description |
|---|---|---|---|
| 12/5/2024 | (800.00) | ZELLE TO GOMPERTS GABRIELLE ON 12/05 REF #RP0Y9XG9RD | Personal Living - College Expenses |
| 12/27/2024 | (718.66) | BILL PAY WELLS FARGO AUTO ON-LINE xxxxxx6254 ON 12-27 | Personal Living - Car Payment |
| 12/3/2024 | (2,110.00) | Cash eWithdrawal in Branch 12/03/2024 12:29 PM 9354 WILSHIRE BLVD BEVERLY HILLS CA 0874 | Personal Living - Cash Expenses |
| 12/18/2024 | (1,877.00) | Cash eWithdrawal in Branch 12/18/2024 10:47 AM 9354 WILSHIRE BLVD BEVERLY HILLS CA 0874 | Personal Living - Cash Expenses |
| 12/12/2024 | (140.00) | Cash eWithdrawal in Branch 12/12/2024 09:02 AM 10789 W PICO BLVD LOS ANGELES CA 6206 | Personal Living - Cash Expenses |
| 12/19/2024 | (1,216.88) | BLOOMINGDALES ONLINE PMT 241218 621568757293451 SHARON HALEVY | Personal Living - Clothes |
| 12/23/2024 | (66.73) | BARCLAYCARD US CREDITCARD 1211157378 SHARON HALEVY | Personal Living - Clothes |
| 12/9/2024 | (7,717.48) | AMERICAN EXPRESS ACH PMT 241209 W5382 ALAN GOMPERTS | Personal Living - Credit Card |
| 12/6/2024 | (2,681.26) | CITI CARD ONLINE PAYMENT 241205 421543525472631 SHARON HALEVY | Personal Living - Credit Card |
| 12/3/2024 | (2,288.50) | CHASE CREDIT CRD EPAY 241202 7998673113 SHARON HALEVY | Personal Living - Credit Card |
| 12/4/2024 | (403.33) | CITI CARD ONLINE PAYMENT 241203 431536629358638 SHARON HALEVY | Personal Living - Credit Card |
| 12/2/2024 | (125.00) | ZELLE TO HERNANDEZ CIRO ON 12/02 REF #PP0Y9MP4J2 | Personal Living - Gardener |
| 12/10/2024 | (123.91) | BILL PAY SOUTHERN CALIFORNIA GAS COMPANY ON-LINE xxxxxxx4842 ON 12-10 | Personal Living - Gas bill |
| 12/5/2024 | (162.36) | BILL PAY NORTHWESTERN MUTUAL LIFE INSURAN ON-LINE xxxx4520 ON 12-05 | Personal Living - Life Insurance |
| 12/30/2024 | (63.56) | TARGET CARD SRVC BILL PAY 241229 000000003530563 7S HALEVY M | Personal Living - Misc |
| 12/5/2024 | (3,125.00) | BILL PAY WELLS FARGO Oakhurst ON-LINE 0512091XXX ON 12-05 | Personal Living - Mortgage |
| 12/31/2024 | (140.00) | BILL PAY Jun Ho. Choi ON-LINE No Account Number ON 12-31 | Personal Living - Pool Man |
| 12/2/2024 | (140.00) | BILL PAY Jun Ho. Choi ON-LINE No Account Number ON 12-02 | Personal Living - Pool Man |

**Living Expenses Line g.**
**of Part 8**        **(23,899.67)**

| Date | Amount | Payee | Description |
|---|---|---|---|
| 12/18/2024 | (28,400.00) | YU TUITION 2 PURCHASE 241218 133265 ALAN GOMPERTS | College Tuition - Alexandra Gomperts |
| 12/18/2024 | (27,600.00) | YU TUITION 2 PURCHASE 241218 133264 ALAN GOMPERTS | College Tuition - Gabriella Gomperts |
| 12/31/2024 | (75.00) | BILL PAY Nicandro Barba ON-LINE No Account Number ON 12-31 | Gardener Bagely |
| 12/2/2024 | (75.00) | BILL PAY Nicandro Barba ON-LINE No Account Number ON 12-02 | Gardener Bagely |
| 12/2/2024 | (155.00) | ZELLE TO GABRIEL ADULFO ON 12/02 REF #PP0Y9MNWTY | Gardener Canfield and Greenfield |
| 12/4/2024 | (30.00) | ZELLE TO GABRIEL ADULFO ON 12/04 REF #PP0Y9RDN64 | Gardener Canfield and Greenfield |
| 12/5/2024 | (4,003.21) | BILL PAY WELLS FARGO Bagley ON-LINE 0512092XXX ON 12-05 | Mortgage - Bagley |
| 12/5/2024 | (2,050.07) | BILL PAY WELLS FARGO Canfield ON-LINE 0502483XXX ON 12-05 | Mortgage - Canfield |
| 12/5/2024 | (1,625.27) | BILL PAY WFHM - Greenfield ON-LINE 0320648XXX ON 12-05 | Mortgage - Greenfield |

| 12/31/2024 | (90.00) | BILL PAY 4 SEASON POOL SE ON-LINE No Account Number ON 12-31 | Pool Man Bagley Ave |
| 12/2/2024 | (90.00) | BILL PAY 4 SEASON POOL SE ON-LINE No Account Number ON 12-02 | Pool Man Bagley Ave |
| 12/10/2024 | (34,510.83) | LA Co TTC Paymnt 2139742111 3887733022 Alan Gomperts | Property Tax payment - 4 properties |

**All Other Expenses**

**Line h. of Part 8**    **(98,704.38)  Expenses on Rental Properties**