| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Derrick Talerico (State Bar No. 223763)<br>dtalerico@wztslaw.com<br>David B. Zolkin (State Bar No. 155410)<br>dzolkin@wztslaw.com<br>WEINTRAUB ZOLKIN TALERICO & SELTH LLP<br>11766 Wilshire Boulevard, Suite 730<br>Los Angeles, CA 90025<br>Telephone: (424) 500-8552<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorneys for:* Corporate Debtors | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>SEATON INVESTMENTS, LLC, *et al.*<br>_____<br><br>☐ Affects All Debtors.<br>☐ Affects Seaton Investments, LLC<br>☐ Affects Colyton Investments, LLC<br>☒ Affects Broadway Avenue Investments, LLC<br>☒ Affects SLA Investments, LLC<br>☒ Affects Negev Investments, LLC<br>☒ Affects Alan Gomperts<br>☒ Affects Daniel Halevy<br>☒ Affects Susan Halevy<br><br>                                                            Debtor(s). | LEAD CASE NO.: 2:24-bk-12079-VZ<br><br>Jointly Administered with Case Nos.:<br>2:24-bk-12080-VZ; 2:24-bk-12081-VZ; 2:24-bk-12082-VZ;<br>2:24-bk-12091-VZ; 2:24-bk-12074-VZ; 2:24-bk-12075-VZ<br>and 2:24-bk-12076-VZ<br><br>CHAPTER: 11<br><br>**NOTICE OF HEARING ON ADEQUACY OF DISCLOSURE STATEMENT**<br><br>[11 U.S.C. § 1125; FRBP 3017; LBR 3017-1]<br><br>**Hearing Information:**<br>DATE:     February 27, 2025<br>TIME:     11:00 a.m.<br>COURTROOM: 1368, Roybal Federal Building<br>ADDRESS: 255 E. Temple Street, Los Angeles, CA 90012 |

1. <u>Hearing</u>: This hearing is required by 11 U.S.C. § 1125 and FRBP 3017. Pursuant to FRBP 2002(b) and (k), and LBR 3017-1, this hearing is set on 42 days of notice to the U.S. trustee, the debtor, and all claimants and parties in interest.

2. <u>Disclosure Statement</u>: Pursuant to FRBP 3016(b), a Disclosure Statement and Plan of Reorganization ("**DS and Plan**") was filed as docket entry # <u>398</u>. To avoid contradiction and confusion, the DS and Plan are combined into one document. **Sections I – VII and XI of the DS and Plan constitute the disclosure statement** ("**DS**"). Sections VIII – X of the DS and Plan constitute the plan.

3. <u>Viewing the Disclosure Statement</u>: The DS and Plan was served only on the U.S. trustee pursuant to FRBP 9034, and on the debtor. The DS and Plan will be served on claimants and parties in interest after the court determines the DS contains adequate information. To view the DS and Plan sooner, consult the docket in this bankruptcy case.

4. <u>Proponent of Disclosure Statement</u>: The party who filed the DS and Plan ("Proponent") is: ☒ Debtors, or ☐ _____.

This form has been approved for use in chapter 11 cases assigned to Judge Vincent P. Zurzolo.

February 2019                                           Page 1                              VZ CH11.NOTICE.HEARING.DISCLSR

5. <u>Motion to Approve</u>: Pursuant to FRBP 9014 and LBR 9013-1(d), the Proponent of the DS and Plan will file a motion to approve disclosure statement ("**Motion to Approve DS**") no later than 21 days before the hearing. At the hearing the court will determine if the DS contains adequate information to help claimants and interest holders decide whether to submit a ballot to accept or reject the proposed treatment of their claim in the Plan, and/or to file a preliminary objection to confirmation of the Plan.

6. <u>Filing and Serving a Response to Motion</u>: All claimants and parties in interest may file a response to the Motion to Approve DS; however, the Motion to Approve DS will be served only on the U.S. trustee pursuant to FRBP 9034 and on the debtor pursuant to LBR 9013-1(d). If you wish to oppose the Motion to Approve DS, obtain a copy of the Motion to approve DS from the court's docket, file and serve a written response no later than 14 days before the hearing, and appear at the hearing. When serving a response, serve it on the debtor, debtor's attorney, and the proponent's attorney (if the proponent is not the debtor) at the addresses set forth below. If you fail to file a written response or appear at the hearing, the court may treat such failure as a waiver of your right to oppose the Motion to Approve DS and may approve the DS.

    a. **DEADLINE:** (*date*) <u>February 13, 2025</u>

    b. **DEBTOR'S ADDRESS:** All Affected Debtors to be served via Counsel

    **c. DEBTORS' ATTORNEYS' ADDRESSES:**

☒ Do not mail the response. The Debtor's attorney will be served by Notice of Electronic Filing; **or**

☐ Mailing Address:

    **d. PROPONENT'S ADDRESS** (*If Proponent is not the Debtor*)**:** N/A

    **e. PROPONENT'S ATTORNEY'S ADDRESS** (*If Proponent is not the Debtor*): N/A

☐ Do not mail the response. The Proponent's attorney will be served by Notice of Electronic Filing; **or**

☐ Mailing Address: N/A

Date: <u>January 16, 2025</u>

/s/ Derrick Talerico
Signature of attorney for proponent (*if any*)

WEINTRAUB ZOLKIN TALERICO & SELTH LLP

Derrick Talerico
Counsel for Broadway Avenue Investments, LLC, SLA Investments, LLC, Negev Investments, LLC

And

SAUL EWING LLP
Zev Shechtman
Counsel to Debtors Alan Gomperts, Daniel Halevy, and Susan Halevy

This form has been approved for use in chapter 11 cases assigned to Judge Vincent P. Zurzolo.

February 2019      Page 2      **VZ CH11.NOTICE.HEARING.DISCLSR**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

11766 Wilshire Blvd., Suite 730, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled: **NOTICE OF HEARING ON ADEQUACY OF DISCLOSURE STATEMENT** [11 U.S.C. § 1125; FRBP 3017; LBR 3017-1] will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) January 16, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See attached NEF service list

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) January 16, 2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

See attached US Mail service list

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) January 16, 2025, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Vincent P. Zurzolo     (via Priority Mail)
United States Bankruptcy Court
255 E Temple St., Suite 1368
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 16, 2025 | Martha E. Araki | /s/ Martha E. Araki |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form has been approved for use in chapter 11 cases assigned to Judge Vincent P. Zurzolo.

February 2019                                      Page 3                          VZ  CH11.NOTICE.HEARING.DISCLSR

Seaton Investments, LLC – Jointly Administered

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Attorneys for Corporate Debtors Seaton Investment, LLC, Colyton Investments, LLC, Broadway Avenue Investments, LLC, Negev Investments, LLC, SLA Investments, LCC.: **Derrick Talerico**: dtalerico@wztslaw.com; maraki@wztslaw.com; sfritz@wztslaw.com; admin@wztslaw.com
- Attorneys for Individual Debtors Alan Gomperts, Daniel Halevy, Susan Haley: **Zev Shechtman, Carol Chow, Turner Falk, Ryan Coy**: zev.shechtman@saul.com; zshechtman@ecf.inforuptcy.com; carol.chow@saul.com; easter.santamaria@saul.com; turner.falk@saul.com; ryan.coy@saul.com
- Attorneys for Creditor First Foundation Bank: **Scott R Albrecht**: scott.albrecht@sgsattorneys.com; jackie.nguyen@sgsattorneys.com
- Attorneys for Creditor Korth Direct Mortgage, Inc.: **Tanya Behnam, Garrick Vanderfin**: tbehnam@polsinelli.com, tanyabehnam@gmail.com; ccripe@polsinelli.com; ladocketing@polsinelli.com; gvanderfin@polsinelli.com, jnava@polsinelli.com; zyoung@polsinelli.com; mschuster@polsinelli.com;
- Attorneys for Creditor Los Angeles County Treasurer and Tax Collector: **Jacquelyn H Choi**: jacquelyn.choi@rimonlaw.com; docketingsupport@rimonlaw.com
- Attorneys for Creditor United States of America on behalf of the Internal Revenue Service: **Robert F Conte**: robert.conte@usdoj.gov; caseview.ecf@usdoj.gov; usacac.tax@usdoj.gov
- Courtesy NEF/Interested Party: **Christopher Cramer**: secured@becket-lee.com
- Attorneys for Creditor Harvest Small Business Finance, LLC: **Christopher Crowell**: ccrowell@hrhlaw.com
- Attorneys for Creditors Archway Real Estate Income Fund I SPE I, LLC, Archway Broadway Loan SPE, LLC, fka Archway Real Estate Income Fund I REIT, LLC, Archway Real Estate Income Fund, and Plaintiff Archway Broadway Loan SPE, LLC: **Michael G. Fletcher, Bruce D. Poltrock, Paige Selina Poupart, Gerrick Warrington**: mfletcher@frandzel.com; ppoupart@franddzel.com; gwarrington@frandzel.com; bpoltrock@frandzel.com; sking@frandzel.com; achase@frandzel.com
- Attorneys for Creditor Wells Fargo National Bank West: **Todd S Garan**: ch11ecf@aldridgepite.com; TSG@ecf.inforuptcy.com; tgaran@aldridgepite.com
- Attorneys for Creditor Los Angeles County Treasurer and Tax Collector: **Richard Girgado**: rgirgado@counsel.lacounty.gov
- Attorneys for Creditor Harvest Small Business Finance, LLC: **Jacqueline L James**: jjames@hrhlaw.com
- Courtesy NEF/Interested Party Avi Muhtar: **Avi Edward Muhtar**: amuhtar@eaccidents.com
- Attorneys for Creditor UrbanlimeReal Estate: **Lovee D Sarenas**: lovee.sarenas@dinsmore.com; wendy.yones@dinsmore.com
- Attorneys for Creditor AIRE Ancient Baths Los Angeles, LLC: **David B Shemano**: dshemano@shemanolaw.com
- Attorneys for Creditor Wells Fargo Bank, N.A.: **Jennifer C Wong**: bknotice@mccartyholthus.com; jwong@ecf.courtdrive.com
- US Trustee's Office: ustpregion16.la.ecf@usdoj.gov; **Kelly L. Morrison**: Kelly.l.morrison@usdoj.gov

This form has been approved for use in chapter 11 cases assigned to Judge Vincent P. Zurzolo.

*February 2019*    Page 4    **VZ  CH11.NOTICE.HEARING.DISCLSR**

Seaton Investments, LLC
264 S Oakhurst Dr
Beverly Hills, CA 90212-3504

Colyton Investments LLC
421 Colyton St
Los Angeles, CA 90013-2210

Broadway Avenue Investments, LLC
264 S. Oakhurst Dr
Beverly Hills, CA 90212-3504

SLA Investments, LLC
264 S Oakhurst Dr
Beverly Hills, CA 90212-3504

Negev Investments LLC
257 S Linden Dr
Beverly Hills, CA 90212-3705

Alan D Gomperts
264 S Oakhurst Dr
Beverly Hills, CA 90212-3504

Daniel Halevy
8561 Horner St
Los Angeles, CA 90035

Sue Halevy
257 S Linden Dr
Beverly Hills, CA 90212-3704

Archway Broadway Real Estate Income Fund I S
c/o Bruce D Poltrock
c/o Frandzel Robins Bloom & Czako LC
1000 Wilshire Blvd 19th FL
Los Angeles, CA 90017-2457

Archway Real Estate Income
Fund I SPE I, LLC
10100 Santa Monica Blvd Ste 500
Los Angeles, CA 90067-4121

Archway Broadway Loan SPE LLC
Frandzel Robins Bloom & Czako LC
Attn Michael Gerard Fletcher
1000 Wilshire Blvd 19th FL
Los Angeles, CA 90017-2457

Archway Real Estate Income Fund I REIT LLC
Michael Gerard Fletcher
c/o Frandzel Robins Bloom & Czako LC
1000 Wilshire Blvd 19th FL
Los Angeles, CA 90017-2457

First Foundation Bank
Attn Erica Dorsett, Chief Legal Counsel
18101 Von Karman Ave Suite 750
Irvine, CA 92612

First Foundation Bank
c/o Scott R. Albrecht Esq
19800 MacArthur Blvd Ste 1000
Irvine, CA 92612-2433

Los Angeles County Treasurer/Tax Collector
Attn Bankruptcy Unit
PO Box 54110
Los Angeles Ca 90054-0110

Riverside County Treasurer-
Tax Collector
4080 Lemon St 4th FL
Riverside, CA 92501-3609

Riverside County Tax Collector
PO Box 12005
Riverside, CA 92502-2205

Korth Direct Mortgage Inc.
Attn Keith E Henrich
135 San Lorenzo Ave Ste 600
Coral Gables, FL 33146

KDM California LLC
135 San Lorenzo Ave Ste 600
Miami, FL 33146-1875

Korth Direct Mortgage Inc
c/o Polsinelli LLP
2049 Century Park East Ste 2900
Los Angeles, CA 90067-3221

KDM California LLC
c/o Polsinelli LLP
2049 Century Park E Ste 2900
Los Angeles, CA 90067-3221

Polsinelli LLP
Attn Garrick Vanderin Esq
2049 Century Park East Ste 2900
Los Angeles, CA 90067-3221

Shellpoint Mortgage Servicing
PO Box 10826
Greenville, SC 29603-0826

Shellpoint Mortgage Servicing
A division of Newrez LLC
c/o CSC – Lawyers Incorporating Services
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833

Harvest Small Business Finance (SBA)
24422 Avenida de la Carlota Ste 400
Laguna Hills, CA 92653-3634

Harvest Small Business Finance LLC
Hemar Rousso & Heald LLP
15910 Ventura Blvd 12th FL
Encino, CA 91436-2829

Harvest Commercial Capital LLC
Hemar Rousso & Heald LLP
15910 Ventura Blvd 12th FL
Encino, CA 91436-2829

US Small Business Administration
14925 Kingsport Rd
Fort Worth, TX 76155-2243

US Small Business Administration
409 3rd St SW
Washington, DC 20416-0005

U S Small Business Administration
312 N Spring St 5th Floor
Los Angeles Ca 90012-2678

Wells Fargo Auto
PO Box 51963
Los Angeles, CA 90051-6263

Wells Fargo Bank
PO Box 51162
Los Angeles, CA 90051-5462

Wells Fargo National Bank West
c/o Wells Fargo Bank NA
Default Doc Processing MAC# N9286-01Y
PO Box 1629
Minneapolis, MN 55440-1629

Wells Fargo Bank NA
Dba Wells Fargo Auto
PO Box 169005
Irving, TX 75016-9005

Wells Fargo Bank
Small Business Lending Division
PO Box 29482 MAC S4101-08C
Phoenix, AZ 85038-9482

Wells Fargo Bank NA
c/o McCarthy & Holthus LLP
2763 Camino Del Rio South Ste 1000
San Diego, CA 92108-3708

United States Trustee (LA)
Attn Kelly Morrison
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

US Securities & Exchange Commission
Attn Bankruptcy Counsel
444 S Flower St Ste 900
Los Angeles, CA 90071-9591

CA Dept of Tax and Fee Admin
Account Info Group MIC29
PO Box 942879
Sacramento, CA 94279-0029

Employment Development Dept
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001

Franchise Tax Board
Bankruptcy Section MS A-340
PO Box 2952
Sacramento, CA 95812-2952

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

United States of America
On behalf of IRS
Attn Robert F Conte
300 N Los Angeles St Room 7211
Los Angeles, CA 90012-3342

802 Mateo Street LLC
Attn Daniel Halevy
802 Mateo St
Los Angeles, CA 90021-1712

Commune Events
8561 Horner St
Los Angeles, CA 90035-3614

David Halevy
257 S Linden Dr
Beverly Hills, CA 90212-3704

Gomperts & Halevy Family Trust
264 S. Oakhurst Drive
Beverly Hills, CA 90212

Sharon Gomperts
264 S Oakhurst Dr
Beverly Hills, CA 90212-3504

Halevy Family Trust
Dated September 6, 2010
257 S. Linden Drive
Beverly Hills, CA 90212

Nathan Halevy
133 S. Palm Drive #5
Beverly Hills, CA 90212

Seapiper Inn Inc
264 S Oakhurst Dr
Beverly Hills, CA 90212-3504

Sienna Rose Inc
433 Colyton St
Los Angeles, CA 90013-2210

Adam Willmouth, Ericka Ochoa
3538 Greenfield Avenue
Los Angeles, CA 90034

AIRE Ancient Baths Los Angeles LLC
88 Franklin St
New York, NY 10013-4085

Alta Fire Pro
PO Box 7007
Mission Hills, CA 91346-7007

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

American Express
PO Box 981535
El Paso, TX 79998-1535

American Express
PO Box 0001
Los Angeles, CA 90096-0001

Athas Capital Group Inc.
3990 Westerly Place Suite 240
Newport Beach, CA 92660

Balboa Capital Corporation
575 Anton Boulevard 12th Floor
Costa Mesa Ca 92626-7685

| | | |
|---|---|---|
| Brian Boyken<br>133 S. Palm Drive #1<br>Beverly Hills, CA 90212 | California Refrigeration & Supply<br>1926 Glendon Ave Apt 4<br>Los Angeles, CA 90025-4661 | Chase Bank<br>Court Orders & Levies<br>Mail Code LA4-7200<br>700 Kansas Lane<br>Monroe, LA 71203 |
| Capital One<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | David Garay<br>1040 S Los Angeles St Unit 8<br>Los Angeles, CA 90015-4758 | Davix Foreman dba Dojo in the Sky<br>1040 S Los Angeles St Unit 18<br>Los Angeles, CA 90015-4755 |
| Deborah Feldman Esq<br>12466 Marsh Pointe Rd<br>Sarasota, FL 34238-2115 | Deborah Feldman Esq<br>24611 Mulholland Hwy<br>Calabasas, CA 91302-2325 | Disguise Systems Inc<br>421 Colyton St<br>Los Angeles, CA 90013-2210 |
| Drexter Castillo<br>133 S. Palm Drive #2<br>Beverly Hills, CA 90212 | Earth Bean Coffee LLC<br>1200 S Grand Ave #658<br>Los Angeles, CA 90015-3960 | El Hadj Sy dba Entrapreneur<br>David Garay<br>1040 S Los Angeles St Unit 10<br>Los Angeles, CA 90015-4758 |
| Gabrielle Chavez<br>133 S. Palm Drive #4<br>Beverly Hills, CA 90212 | Juliana Contreras Sanchez<br>1040 S Los Angeles St #11<br>Los Angeles, CA 90015-4758 | Jose Benssouson<br>2220 Bagley Avenue<br>Los Angeles, CA 90034 |
| Joshua Mogin Esq<br>Thompson Coburn LLP<br>10100 Santa Monica Blvd Ste 500<br>Los Angeles, CA 90067-4121 | JP Morgan Chase Bank NA<br>Bankruptcy Mail Intake Team<br>700 Kansas Ln FL 01<br>Monroe, LA 71203-4774 | Los Angeles Dept of Water and Power<br>City of Los Angeles<br>Attn Bankruptcy<br>PO Box 51111<br>Los Angeles, CA 90051-5700 |
| Mark Berkowitz CPA<br>5850 Canoga Ave Suite 220<br>Woodland Hills, CA 91367-6505 | Miracle Watts<br>1040 S Los Angeles St<br>Los Angeles, CA 90015-4755 | Mordechai Miky Acoca<br>1926 Glendon Ave #4<br>Los Angeles, CA 90025-4661 |
| Nijai Burch dba Instant Bae LLC<br>1040 S Los Angeles St Unit 14<br>Los Angeles, CA 90015-4758 | Perla Segla<br>133 S. Palm Drive #4<br>Beverly Hills, CA 90212 | RG Fire Inc<br>8721 Laurel Canyon Blvd<br>Sun Valley, CA 91352-2919 |
| Relativity Architects<br>421 Colyton St 2nd Floor<br>Los Angeles, CA 90013-2210 | Saul Edi Faal<br>1040 S Los Angeles St Unit 17<br>Los Angeles, CA 90015-4755 | Sean Rudes and Monfrere<br>3891 Beverly Blvd #328<br>Los Angeles, CA 90004 |
| Serafin Canizares<br>1040 S Los Angeles St Unit 13<br>Los Angeles, CA 90015-4758 | Shmuel Levy<br>2247 S. Canfield Avenue<br>Los Angeles, CA 90034 | Silver Jeans<br>Attn Robert Silver<br>433 Colyton St Stes 201-203<br>Los Angeles, CA 90013-2210 |

| | | |
|---|---|---|
| Simply Electrical<br>1219 West 121st Street<br>Los Angeles, CA 90044 | SoCalGas<br>PO Box 30337<br>Los Angeles, CA 90030-0337 | Southern California Gas<br>Centralized Correspondence<br>PO Box 1626<br>Monterey Park, CA 91754-8626 |
| Southern California Edison Company<br>1551 W San Bernardino Road<br>Covina, CA 91722-3407 | Southern California Edison Company<br>2244 Walnut Grove Ave<br>Rosemead, CA 91770 | Urban Lime<br>915 Mateo St Ste 301<br>Los Angeles, CA 90021-1784 |
| URBN US Retail LLC<br>Attn CEO and General Counsel<br>5000 S Broad St<br>Philadelphia, PA 19112-1402 | WGW Sales Inc<br>555 Logan Ave<br>Winnipeg, MB R3A 054<br>CANADA | Arianna Messbani<br>140 S Roxbury Dr Unit 5<br>Beverly Hills, CA 90212 |
| Audrey Fratz<br>140 S Roxbury Dr Unit 17<br>Beverly Hills, CA 90212 | Greg Morgan<br>140 S Roxbury Dr Unit 4<br>Beverly Hills, CA 90212 | Heather Regan<br>140 S Roxbury Dr Unit 8<br>Beverly Hills, CA 90212 |
| Karen Egozi<br>140 S Roxbury Dr Unit 10<br>Beverly Hills, CA 90212 | Kateryna Bien Aime<br>140 S Roxbury Dr Unit 6<br>Beverly Hills, CA 90212 | Michael Giorgio<br>140 S Roxbury Dr Unit 9<br>Beverly Hills, CA 90212 |
| Mona Forde<br>140 S Roxbury Dr Unit 2<br>Beverly Hills, CA 90212 | Patro Kashani<br>140 S Roxbury Dr Unit 14<br>Beverly Hills, CA 90212 | Saatsaz Sahel<br>140 S Roxbury Dr Unit 15<br>Beverly Hills, CA 90212 |
| Satinder Chhokar<br>140 S Roxbury Dr Unit 12<br>Beverly Hills, CA 90212 | Stephanie Dang<br>140 S Roxbury Dr Unit 1<br>Beverly Hills, CA 90212 | Teresita Gomez<br>140 S Roxbury Dr Unit 3<br>Beverly Hills, CA 90212 |
| Theodora Wade<br>140 S Roxbury Dr Unit 7<br>Beverly Hills, CA 90212 | Vesna Pantelic<br>140 S Roxbury Dr Unit 16<br>Beverly Hills, CA 90212 | Avi Muhtar<br>Crown & Stone Law PC<br>407 N Maple Dr, Ground Floor<br>Beverly Hills, CA 90210-4272 |