United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 24-12079-VZ |
| Seaton Investments, LLC | Chapter 11 |
|     Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Jan 15, 2025 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Seaton Investments, LLC, 264 S Oakhurst Dr, Beverly Hills, CA 90212-3504 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jan 17, 2025 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Avi Edward Muhtar | on behalf of Interested Party Avi Muhtar amuhtar@crownandstonelaw.com |
| Bruce D Poltrock | on behalf of Creditor Archway Real Estate Income Fund I SPE I LLC bpoltrock@frandzel.com, achase@frandzel.com |
| Carol Chow | on behalf of Debtor Alan Gomperts Carol.Chow@saul.com hannah.richmond@saul.com,easter.santamaria@saul.com |
| Carol Chow | on behalf of Debtor Susan Halevy Carol.Chow@saul.com hannah.richmond@saul.com,easter.santamaria@saul.com |
| Carol Chow | on behalf of Debtor Daniel Halevy Carol.Chow@saul.com hannah.richmond@saul.com,easter.santamaria@saul.com |
| Christopher Cramer | on behalf of Interested Party Courtesy NEF secured@becket-lee.com |

Case 2:24-bk-12079-VZ   Doc 403   Filed 01/17/25   Entered 01/17/25 21:20:26   Desc
Imaged Certificate of Notice   Page 2 of 6

| District/off: 0973-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 15, 2025 | Form ID: pdf042 | Total Noticed: 1 |

Christopher Crowell
    on behalf of Creditor Harvest Small Business Finance  LLC ccrowell@hrhlaw.com

David B Shemano
    on behalf of Creditor AIRE Ancient Baths Los Angeles  LLC dshemano@shemanolaw.com

Derrick Talerico
    on behalf of Debtor Broadway Avenue Investments  LLC dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

Derrick Talerico
    on behalf of Interested Party Susan Halevy dtalerico@wztslaw.com maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

Derrick Talerico
    on behalf of Interested Party Daniel Halevy dtalerico@wztslaw.com maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

Derrick Talerico
    on behalf of Debtor SLA Investments  LLC dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

Derrick Talerico
    on behalf of Debtor Colyton Investments  LLC dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

Derrick Talerico
    on behalf of Debtor Negev Investments  LLC dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

Derrick Talerico
    on behalf of Debtor Seaton Investments  LLC dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

Garrick Vanderfin
    on behalf of Creditor Korth Direct Mortgage Inc. gvanderfin@polsinelli.com zyoung@Polsinelli.com;ladocketing@polsinelli.com

Gerrick Warrington
    on behalf of Creditor Archway Real Estate Income Fund I SPE I  LLC gwarrington@frandzel.com, achase@frandzel.com

Gerrick Warrington
    on behalf of Creditor Archway Broadway Loan SPE  LLC gwarrington@frandzel.com, achase@frandzel.com

Gerrick Warrington
    on behalf of Creditor Archway real estate income fund gwarrington@frandzel.com achase@frandzel.com

Gerrick Warrington
    on behalf of Creditor Archway Broadway Loan SPE  LLC, fka Archway Real Estate Income Fund I REIT, LLC gwarrington@frandzel.com, achase@frandzel.com

Gerrick Warrington
    on behalf of Plaintiff Archway Broadway Loan SPE  LLC, a Delaware limited liability company gwarrington@frandzel.com, achase@frandzel.com

Jacqueline L James
    on behalf of Interested Party Harvest Small Business Finance  LLC jjames@hrhlaw.com

Jacqueline L James
    on behalf of Creditor Harvest Small Business Finance  LLC jjames@hrhlaw.com

Jacquelyn H Choi
    on behalf of Creditor LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR jacquelyn.choi@rimonlaw.com docketingsupport@rimonlaw.com

Jennifer C Wong
    on behalf of Interested Party Courtesy NEF bknotice@mccarthyholthus.com  jwong@ecf.courtdrive.com

Jennifer C Wong
    on behalf of Creditor Wells Fargo Bank  N.A. bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

Kelly L Morrison
    on behalf of U.S. Trustee United States Trustee (LA) kelly.l.morrison@usdoj.gov

Lovee D Sarenas
    on behalf of Creditor Urbanlime Real Estate lovee.sarenas@dinsmore.com  wendy.yones@dinsmore.com

Michael G Fletcher
    on behalf of Creditor Archway Real Estate Income Fund I SPE I  LLC mfletcher@frandzel.com, sking@frandzel.com

Michael G Fletcher
    on behalf of Creditor Archway real estate income fund mfletcher@frandzel.com  sking@frandzel.com

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 3 of 4 |
| Date Rcvd: Jan 15, 2025 | Form ID: pdf042 | Total Noticed: 1 |

Michael G Fletcher
    on behalf of Creditor Archway Broadway Loan SPE LLC, fka Archway Real Estate Income Fund I REIT, LLC mfletcher@frandzel.com, sking@frandzel.com

Michael G Fletcher
    on behalf of Plaintiff Archway Broadway Loan SPE LLC, a Delaware limited liability company mfletcher@frandzel.com, sking@frandzel.com

Paige Selina Poupart
    on behalf of Creditor Archway Real Estate Income Fund I SPE I LLC ppoupart@frandzel.com, achase@frandzel.com

Paige Selina Poupart
    on behalf of Plaintiff Archway Broadway Loan SPE LLC, a Delaware limited liability company ppoupart@frandzel.com, achase@frandzel.com

Paige Selina Poupart
    on behalf of Creditor Archway Broadway Loan SPE LLC, fka Archway Real Estate Income Fund I REIT, LLC ppoupart@frandzel.com, achase@frandzel.com

Richard Girgado
    on behalf of Creditor LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR rgirgado@counsel.lacounty.gov

Robert F Conte
    on behalf of Creditor United States of America on behalf of Internal Revenue Service robert.conte@usdoj.gov caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov

Ryan Coy
    on behalf of Defendant Susan Halevy ryan.coy@saul.com hannah.richmond@saul.com;Shelly.Guise@saul.com;LitigationDocketing@saul.com

Ryan Coy
    on behalf of Interested Party Alan Gomperts ryan.coy@saul.com hannah.richmond@saul.com;Shelly.Guise@saul.com;LitigationDocketing@saul.com

Ryan Coy
    on behalf of Interested Party Courtesy NEF ryan.coy@saul.com hannah.richmond@saul.com;Shelly.Guise@saul.com;LitigationDocketing@saul.com

Ryan Coy
    on behalf of Interested Party Daniel Halevy ryan.coy@saul.com hannah.richmond@saul.com;Shelly.Guise@saul.com;LitigationDocketing@saul.com

Ryan Coy
    on behalf of Interested Party Susan Halevy ryan.coy@saul.com hannah.richmond@saul.com;Shelly.Guise@saul.com;LitigationDocketing@saul.com

Ryan Coy
    on behalf of Defendant Daniel Halevy ryan.coy@saul.com hannah.richmond@saul.com;Shelly.Guise@saul.com;LitigationDocketing@saul.com

Scott R Albrecht
    on behalf of Creditor First Foundation Bank salbrecht@gsaattorneys.com jackie.nguyen@sgsattorneys.com

Tanya Behnam
    on behalf of Creditor Korth Direct Mortgage Inc. tbehnam@polsinelli.com tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com

Todd S. Garan
    on behalf of Creditor Wells Fargo National Bank West ch11ecf@aldridgepite.com TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

Todd S. Garan
    on behalf of Interested Party Courtesy NEF ch11ecf@aldridgepite.com TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

Turner Falk
    on behalf of Debtor Susan Halevy turner.falk@saul.com tnfalk@recap.email

Turner Falk
    on behalf of Debtor Alan Gomperts turner.falk@saul.com tnfalk@recap.email

Turner Falk
    on behalf of Interested Party Susan Halevy turner.falk@saul.com tnfalk@recap.email

Turner Falk
    on behalf of Interested Party Daniel Halevy turner.falk@saul.com tnfalk@recap.email

Turner Falk
    on behalf of Debtor Daniel Halevy turner.falk@saul.com tnfalk@recap.email

United States Trustee (LA)
    ustpregion16.la.ecf@usdoj.gov

Zev Shechtman

| District/off: 0973-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jan 15, 2025 | Form ID: pdf042 | Total Noticed: 1 |

|  |  |
|---|---|
|  | on behalf of Interested Party Susan Halevy Zev.Shechtman@saul.com zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com |
| Zev Shechtman | on behalf of Debtor Daniel Halevy Zev.Shechtman@saul.com zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com |
| Zev Shechtman | on behalf of Interested Party Alan Gomperts Zev.Shechtman@saul.com zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com |
| Zev Shechtman | on behalf of Debtor Susan Halevy Zev.Shechtman@saul.com zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com |
| Zev Shechtman | on behalf of Debtor Alan Gomperts Zev.Shechtman@saul.com zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com |
| Zev Shechtman | on behalf of Defendant Susan Halevy Zev.Shechtman@saul.com zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com |
| Zev Shechtman | on behalf of Defendant Daniel Halevy Zev.Shechtman@saul.com zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com |
| Zev Shechtman | on behalf of Interested Party Courtesy NEF Zev.Shechtman@saul.com zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com |
| Zev Shechtman | on behalf of Interested Party Daniel Halevy Zev.Shechtman@saul.com zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com |

TOTAL: 62

Case 2:24-bk-12079-VZ    Doc 403    Filed 01/17/25    Entered 01/17/25 21:20:26    Desc
Imaged Certificate of Notice    Page 5 of 6

```
ZEV SHECHTMAN (BAR NO. 266280)
Zev.Shechtman@saul.com
CAROL CHOW (BAR NO. 169299)
carol.chow@saul.com
RYAN COY (BAR NO. 324939)
ryan.coy@saul.com
SAUL EWING LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone:  (310) 255-6100
Facsimile:  (310) 255-6200
```

*Attorneys for Alan Gomperts, Daniel Halevy and Susan Halevy, Debtors and Debtors in Possession*

**FILED & ENTERED**

**JAN 15 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** carranza **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

In re:

SEATON INVESTMENTS, LLC, *et al.*,

    Debtors and Debtors In Possession.

☐ Affects All Debtors.
☐ Affects Seaton Investments, LLC
☐ Affects Colyton Investments, LLC
☐ Affects Broadway Avenue Investments, LLC
☐ Affects SLA Investments, LLC
☐ Affects Negev Investments, LLC
☐ Affects Alan Gomperts
☒ Affects Daniel Halevy
☒ Affects Susan Halevy

Lead Case No. 2:24-bk-12079-VZ

Jointly Administered with Case Nos.:
2:24-bk-12080-VZ; 2:24-bk-12081-VZ;
2:24-bk-12082-VZ; 2:24-bk-12091-VZ;
2:24-bk-12074-VZ; 2:24-bk-12075-VZ and
2:24-bk-12076-VZ

Chapter 11

**ORDER GRANTING APPLICATION OF DANIEL HALEVY AND SUSAN HALEVY, DEBTORS-IN POSSESSION, TO EMPLOY SOFFER LAW GROUP AS SPECIAL PROBATE COUNSEL**

[No Hearing Required]

  On December 18, 2024, the individual debtors and debtors in possession herein, Daniel Halevy and Susan Halevy (the "**Individual Debtors**"), filed their *Application of Individual Debtors and Debtors-In-Possession to Employ Soffer Law Group as Special Probate Counsel* (the "**Application**") (docket no. 360).

The Court considered the Application, the Statement of Disinterestedness (docket no. 360), and all papers filed in support thereof, which was filed and served using the procedure of LBR 9013-1(o). No parties filed an opposition or request for a hearing.

Good cause appearing, **IT IS ORDERED**:

1. The Application is granted in its entirety.

2. The Individual Debtors are authorized to retain Soffer Law Group as their special probate counsel, effective as of November 1, 2024, pursuant to 11 U.S.C. § 327(e).

3. The compensation to be awarded shall be fixed by the Court after notice and a hearing as may be required by 11 U.S.C. §§ 330 and 331 and other applicable provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Central District of California, and the practice and procedure of this Court.

####

Date: January 15, 2025

Vincent P. Zurzolo
United States Bankruptcy Judge

2