

ORDER No. _____

# UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

**TRANSCRIPT ORDER FORM**

CHAPTER 11.00

APPEAL?  ☐ Yes  ☒ No
APPEAL No. _____
(if known)

(File this form on the related case docket)

Ordering Party's Name: Gerrick M. Warrington     Attorney Bar# 294890
Law Firm: Frandzel Robins Bloom & Csato, L.C.
Mailing Address: 1000 Wilshire Blvd., 19th Floor, Los Angeles, CA 90017

Person to Contact (**If Judge-ordered: Transcriber to contact Procurement**\*\*): Gerrick M. Warringtoin
Telephone: (615) 479-3559     E-mail: gwarrington@frandzel.com
Bankruptcy Case #: 2:24-bk-12079-VZ     Adversary Proceeding #/MP #: 2:24-ap-01241-VZ
Date of Hearing (**complete a SEPARATE form for EACH hearing date**): 12/10/2024   Time: 10:30 a.m.
Debtor: Seaton Investments (Lead Case)
Adversary Proceeding Name: _____ vs. _____
Hearing Judge: V. Zurzolo     Courtroom #: LA 1368
**TRANSCRIBER:** Exceptional Reporting     **ALTERNATE:** Briggs Reporting
(Select from the Court-approved list of Transcription Service Providers. This provider will contact you regarding payment)

**341(a) MEETING OF CREDITORS:** The Meeting of Creditors is recorded by the Trustee. **DO NOT USE THIS FORM**. For *341(a) Recording Request Procedures click here*, visit the U.S. Trustee website

| **Transcript Type:** | **NOTE:** The Court is not responsible for determining if a hearing has been previously transcribed. Check the case docket to determine if a filed transcript already exists or is being transcribed before filing this form. |
| --- | --- |
| | **Copy of Existing Transcript:** Contact the transcriber directly for a copy. |
| ☐ 30 Days (Ordinary)  ☐ 3 Days  ☒ Entire Hearing | |
| ☐ 14 Days  ☒ Next Day (24 hours)  ☐ Ruling/Opinion of Judge only | |
| ☐ 7 Days  ☐ Testimony of Witness _____ | |
| | ☐ Other* _____ (name of witness) |

\*Special Instructions: _____

**Transcript due dates** are computed from the date the deposit is received by the Transcriber. The cost of a transcript varies for each type. See *Transcript Ordering Instructions*, **Transcript Costs/Forms of Payment**.

**TO BE COMPLETED BY THE COURT**

☐ **Judge Ordered Transcript**\*\*: Clerk must **docket this form**; CM/ECF will automatically notify Procurement.
Date Request Filed: _____  Date Sent to Transcriber: _____  By ☐ FDS  ☐ Mail  ☐ Messenger
Digital Recording (or Analog Tape Recording)
(Tape #:___)Time Start (Index #): ____ Time End (Index #): ____ Time Start: ____ Time End: ____
(Tape #:___)Time Start (Index #): ____ Time End (Index #): ____ Time Start: ____ Time End: ____
Court Recorder: _____  Division: _____  Processed by: _____

**\*\*TRANSCRIBER INSTRUCTIONS**

**Judge-ordered transcripts:** email price quote & invoice to procurement@cacb.uscourts.gov.  Provide quote <u>prior</u> to transcribing.

*Rev. October 2023. This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.*