Derrick Talerico (State Bar No. 223763)
dtalerico@wztslaw.com
David B. Zolkin (State Bar No. 155410
dzolkin@wztslaw.com
WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 Wilshire Boulevard, Suite 730
Los Angeles, CA 90025
Telephone: (424) 500-8552

Counsel to Broadway Avenue Investments, LLC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>SEATON INVESTMENTS, LLC, *et al.*,<br><br>Debtors and Debtors In Possession.<br><br>☐ Affects All Debtors.<br>☐ Affects Seaton Investments, LLC<br>☐ Affects Colyton Investments, LLC<br>☒ Affects Broadway Avenue Investments, LLC<br>☐ Affects SLA Investments, LLC<br>☐ Affects Negev Investments, LLC<br>☐ Affects Alan Gomperts<br>☐ Affects Daniel Halevy<br>☐ Affects Susan Halevy | Lead Case No. 2:24-bk-12079-VZ<br><br>Jointly Administered with Case Nos.:<br>2:24-bk-12080-VZ; 2:24-bk-12081-VZ;<br>2:24-bk-12082-VZ; 2:24-bk-12091-VZ;<br>2:24-bk-12074-VZ; 2:24-bk-12075-VZ and<br>2:24-bk-12076-VZ<br><br>Chapter 11<br><br>**DECLARATIONS IN SUPPORT OF MOTIONS OF DEBTOR AND DEBTOR IN POSSESSION BROADWAY AVENUE INVESTMENTS, LLC FOR ORDERS:**<br>**1) AUTHORIZING DEBTOR TO OBTAIN POST-PETITION FINANCING PURSUANT TO 11 U.S.C. § 364; AND \2) AUTHORIZING DEBTOR TO ENTER INTO POST-PETITION LEASE**<br><br><u>Hearing</u>:<br>Date:        February 25, 2025<br>Time:       11:00 a.m.<br>Courtroom: 1368<br>                   255 E. Temple Street<br>                   Los Angeles, CA 90012 |

-1-
DECLARATIONS IN SUPPORT OF FINANCING AND LEASE MOTIONS

Broadway Avenue Investments, LLC ("Broadway"), one of the debtors and debtors-in-possession in the pending jointly administered chapter 11 bankruptcy cases herein, hereby files the attached declarations ("Declarations") in support of the concurrently filed *Motion of Debtor and Debtor in Possession Broadway Avenue Investments, LLC for Order Authorizing Debtor to Obtain Post-Petition Financing Pursuant to 11 U.S.C. Section 364; Memorandum of Points and Authorities* (the "Financing Motion"); and *Motion of Debtor and Debtor in Possession Broadway Avenue Investments, LLC for Order Authorizing Debtor to Enter into Post-Petition Lease; Memorandum of Points and Authorities* (the "Lease Motion," and with the Financing Motion, the "Motions"):

- *Declaration of Alan D. Gomperts*;
- *Declaration of Daniel Halevy* and related exhibit;
- *Declaration of Christopher Maling* and related exhibit;
- *Declaration of Jack Stephens* and related exhibits; and
- *Declaration of Auriel Streit* and related exhibits.

Dated: February 4, 2025    **WEINTRAUB ZOLKIN TALERICO & SELTH LLP**

By: /s/ Derrick Talerico
    Derrick Talerico
Counsel to Debtor Broadway Avenue Investments, LLC,