-6-

# DECLARATION OF
# DANIEL HALEVY

## **DECLARATION OF DANIEL HALEVY**

I, Daniel Halevy, hereby declare as follows:

1. I am a member of Broadway Investments, LLC ("Broadway"). Broadway acquired 737 S. Broadway, Los Angeles, CA, 90014 (the "Broadway Building") in 2013. During these Bankruptcy Cases, I have personally provided property management services to Broadway and the Property. I have visited the Property almost daily during the pendency of these Bankruptcy Cases. I regularly access the Property for inspections with city inspectors. I regularly test the electrical, plumbing, and fire and life safety systems.

2. The Broadway Building is an eight-story structure. At the time it was acquired by Broadway, only the ground floor was habitable. I understand the seven higher floors had not been occupied since the 1950s.

3. In 2015, Broadway entered into a 15-year lease with The GAP for the ground floor of the Broadway Building and developed a plan to remodel and modernize the entire Broadway Building to make every floor habitable and available to lease to commercial tenants. The GAP took possession of the ground floor on a temporary certificate of occupancy. In March 2020, after first confirming the full term of its lease, The GAP exercised a one-time early termination provision on its lease as the uncertainty of COVID began to take hold. No other tenant has occupied the Broadway Building since The GAP moved out.

4. A majority of the intensive remodel and modernization of the Broadway Building took place between 2015 and 2020. The improvements that were performed included the rehabilitation of the façade of the first three floors of the Broadway Building per the guidance of the Cultural Heritage Commission, installation of a fire and life safety system throughout the building, modernization of the elevator, installation of an HVAC system, fire pump and sprinkler system, emergency backup generator and replacement and installation of electric and plumbing systems throughout the building.

5. Over the past four years, there have been a multitude of issues that have prevented us from obtaining a certificate of occupancy for the building. In 2020 the backup generator and fire

pump help up issuance of a certificate of occupancy. Subcontractors had ordered incorrect items for the generator and the pump. The generator was not powerful enough to handle all energy loads in an emergency. The fire pump controller was ordered with the wrong voltage and had to be replaced. The new parts were ordered, but due to COVID it took months to get the needed parts. In addition, Broadway had to relocate the the generator. After the Building Department authorized locating the generator at the back of the building, LAFD directed that the generator had to be relocated to an area with additional surrounding clearance. This caused a substantial delay to the certificate of occupancy. The sprinkler system also delayed the certificate of occupancy. We were told the Broadway Building didn't need water curtains on the upper floors, however when LAFD came to close out permits they said water curtains were required. This required us to go back to the architect and engineer to redo calculations for the fire pump and sprinkler systems. This process took a year to complete. We also had to make revisions due to a code change for the DAS (Distributed Antenna System) fire alert system.

6.  All of the issues standing in the way of obtaining a certificate of occupancy have been addressed. The spreadsheet attached as Exhibit 1 identifies all of the remaining open permits for work needed to be completed for a certificate of occupancy. All of these permits have either been closed or are scheduled for inspection in early February. I am also scheduling fire alarm and backup generator inspections with LAFD for early February after which we will be ready for a final building walk-through for a certificate of occupancy. Even if some final items are identified for repair or change, I have no reason to believe it would result in any significant delay in obtaining the certificate of occupancy.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 04th day of February, 2025, at _____Los angeles_____, California.



DANIEL HALEVY

-8-

# HALEVY DECL. - EXHIBIT 1

# REMAINING OPEN PERMITS

**Broadway Open Permits**

**LADBS**

| Permit Number | Type | Work Description | Issue Date | Contractor | Work Completion | Permit Status | Notes | Inspector | Inspection Type and Date |
|---|---|---|---|---|---|---|---|---|---|
| 17041-10000-21292 | Electrical | Run water pump line | 6/23/2017 | Ozair Construction | Work complete | Issued | 2/20/2024 partial inspection | Charles Coffey | Final Signoff Required. Inspection to be scheduled for Week of February 3, 2025 |
| 14041-10000-15364 | Electrical | New Multi Meter Service | 9/19/2014 | BBB Electric | Work complete | Issued | 4/16/2024 Partial inspection | Charles Coffey | Final Signoff Required. Inspection to be scheduled for Week of February 3, 2025 |
| 14043-20000-05200 | Mechanical - Fire Sprinkler | New Fire sprinkler installation | 8/25/2015 | Alta Pro Fire | Work complete | Issued | Rough Partial approval 3/21/2022 | Jason Wilson | Main Fire Sprinkler Permit - Final signoff required. Contractor scheduling inspection date asap. |
| 14043-20000-05075 | Mechanical - Fire Sprinkler | Fire sprinkler installation add 23 heads | 12/10/2014 | Alta Pro Fire | Work complete | Issued | 12/12/2014 partial approval | Kirk Walker | Suplemental Permit will be closed when main permit is closed |
| 14043-20001-05200 | Mechanical - Fire Sprinkler | New Fire sprinkler installation Revisions | 4/20/2018 | Alta Pro Fire | Work complete | Issued | Rough Partial approval 6/11/2018 | Kirk Walker | Suplemental Permit will be closed when main permit is closed |
| 14043-20002-05200 | Mechanical - Fire Sprinkler | Work Description change | 5/18/2028 | Alta Pro Fire | Work complete | Issued | | | Suplemental Permit will be closed when main permit is closed |
| 14043-10004-05200 | Mechanical - Fire Sprinkler | Revisions to plan | 10/3/2018 | Alta Pro Fire | Work complete | Issued | Rough Partial approval 3/21/2022 | Jason Wilson | Suplemental Permit will be closed when main permit is closed |
| 23043-10000-01859 | Mechanical - Fire Sprinkler | Water Curtains | 5/30/2023 | | Work complete | Issued | Rough Corrections issued 7/6/2023 | Gregory Schmitz | Suplemental Permit will be closed when main permit is closed |
| 17044-30000-10350 | Mechanical - HVAC | Run exhaust fans 22 fans | 8/15/2017 | Mlky | Work complete | Issued | Conditional approval 4/16/2024 | Michael Mclay | Final Signoff Required. Inspection to be scheduled for Week of February 3, 2025 |
| 24044-90000-08224 | Mechanical - HVAC | Install 2 damper in fire pump room | 4/16/2024 | Almighty Builders | Work complete | Issued | Partial inspection 6/11/2024 | Bernard Grant | Final Signoff Required. Inspection to be scheduled for Week of February 3, 2025 |
| 1742-20000-06965 | Mechanical - Plumbing | Booster pump | 6/23/2017 | Ozair Construction | Work complete | Issued | Corrections issued 4/16/2024 | Robert Ingersoll | Final Signoff Required. Inspection to be scheduled for Week of February 3, 2025 |
| 17042-10000-14377 | Mechanical - Plumbing | Run new water line | 6/23/2017 | Ozair Construction | Work complete | Issued | 2/20/2024 partial inspection | Charles Coffey | Final Signoff Required. Inspection to be scheduled for Week of February 3, 2025 |
| 15016-10000-03746 | Building | Build Restrooms | 3/10/2015 | Ozair Construction | Work complete | Issued | 4/16/2024 not ready for inspection | Luis Ccamcho | Final Signoff Required. Inspection to be scheduled for Week of February 3, 2025 |
| 15016-10000-15230 | Building | Interior TI - Fire Control and utility rooms in basement | 8/27/2015 | Ozair Construction | Work complete | Issued | 7/2/2024 not ready for insepction | Luis Ccamcho | Final Signoff Required. Inspection to be scheduled for Week of February 3, 2025 |
| 18016-10000-09280 | Building | Architectural Requirements for high rise retrofit | 8/23/2018 | Ozair Construction | Work complete | Issued | 11/8/2023 Not ready for inspection | Katy Ramirez | Final Signoff Required. Inspection to be scheduled for Week of February 3, 2025 |
| 18016-10001-09280 | Building | Water Curtains | 2/16/2023 | Almighty Builders | Work complete | Issued | 6/3/2024 not ready for inspection | Luis Ccamcho | Final Signoff Required. Inspection to be scheduled for Week of February 3, 2025 |

**LAFD**

| | |
|---|---|
| Fire alarm inspection | Inspection requested for next week. Waiting for confirmation |
| Backup Generator inspection | Inspection to be scheduled for week of February 3, 2025 |
| Final building Walkthrough to clear for C of O | To be determined |