| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Derrick Talerico (SBN 223763)<br>David B. Zolkin (SBN 155410)<br>WEINTRAUB ZOLKIN TALERICO & SELTH LLP<br>11766 Wilshire Blvd., Suite 730<br>Los Angeles, CA 90025<br>Telephone: 424-500-8552<br>Email: dtalerico@wztslaw.com<br>         dzolkin@wztslaw.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Broadway Avenue Investments, LLC | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>SEATON INVESTMENTS, LLC, et al.,<br><br>___ Affects all Debtors.<br>___ Affects Seaton Investments, LLC (2:24-bk-12079-VZ)<br>___ Affects Colyton Investments, LLC (2:24-bk-12080-VZ)<br> X  Affects Broadway Avenue Investments, LLC<br>        (2:24-bk-12081-VZ)<br>___ Affects SLA Investments, LLC (2:24-bk-12082-VZ)<br>___ Affects Negev Investments, LLC (2:24-bk-12091-VZ)<br>___ Affects Alan Gomperts (2:24-bk-12074-VZ)<br>___ Affects Daniel Halevy (2:24-bk-12075-VZ)<br>___ Affects Susan Halevy (2:24-bk-12076-VZ)<br><br>                                              Debtor(s). | CASE NO.: 2:24-bk-12079-VZ (Jointly Administered)<br>CHAPTER: 11<br><br>**NOTICE OF MOTION FOR:**<br><br>Order Authorizing Debtor to Enter into Post-Petition Lease<br><br><br><br>**(*Specify name of Motion*)**<br><br>DATE: February 25, 2025<br>TIME: 11:00 a.m.<br>COURTROOM: 1368<br>PLACE:   255 East Temple Street<br>              Los Angeles, CA 90012 |

1. TO (*specify name*): The Honorable Vincent P. Zurzolo, United States Bankruptcy Judge, and all Parties in Interest:

2. NOTICE IS HEREBY GIVEN that on the following date and time and in the indicated courtroom, Movant in the above-captioned matter will move this court for an Order granting the relief sought as set forth in the Motion and accompanying supporting documents served and filed herewith. Said Motion is based upon the grounds set forth in the attached Motion and accompanying documents.

3. **Your rights may be affected**. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                                    Page 1                                        **F 9013-1.1.HEARING.NOTICE**

4. **Deadline for Opposition Papers:** This Motion is being heard on regular notice pursuant to LBR 9013-1. If you wish to oppose this Motion, you must file a written response with the court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than fourteen (14) days prior to the above hearing date. If you fail to file a written response to this Motion within such time period, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

5. **Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure:** The undersigned hereby verifies that the above hearing date and time were available for this type of Motion according to the judge's self-calendaring procedures.

Date: 02/04/2025

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
Printed name of law firm

/s/ Derrick Talerico
Signature

Derrick Talerico
Printed name of attorney

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9013-1.1.HEARING.NOTICE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

11766 Wilshire Blvd., Suite 730, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION FOR** (*specify name of motion*) Motion of Debtor and Debtor in Possession Broadway Avenue Investments, LLC for Order Authorizing Debtor to Enter into Post-Petition Lease; Memorandum of Points and Authorities in Support Thereof
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 02/04/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See attached NEF Service List

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 02/04/2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

See attached US Mail Service List

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 02/04/2025, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Vincent Zurzolo
United States Bankruptcy Court
255 East Temple St., Suite 1360
Los Angeles, CA 90012

(via Priority Mail)

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 02/04/2025 | Martha E. Araki | /s/ Martha E. Araki |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*      Page 3      **F 9013-1.1.HEARING.NOTICE**

Seaton Investments, LLC – Jointly Administered

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Attorneys for Corporate Debtors Seaton Investment, LLC, Colyton Investments, LLC, Broadway Avenue Investments, LLC, Negev Investments, LLC, SLA Investments, LCC.: **Derrick Talerico**: dtalerico@wztslaw.com; maraki@wztslaw.com; sfritz@wztslaw.com; admin@wztslaw.com
- Attorneys for Individual Debtors Alan Gomperts, Daniel Halevy, Susan Haley: **Zev Shechtman, Carol Chow, Turner Falk, Ryan Coy**: zev.shechtman@saul.com; zshechtman@ecf.inforuptcy.com; carol.chow@saul.com; easter.santamaria@saul.com; turner.falk@saul.com; ryan.coy@saul.com
- Attorneys for Creditor First Foundation Bank: **Scott R Albrecht**: scott.albrecht@sgsattorneys.com; jackie.nguyen@sgsattorneys.com
- Attorneys for Creditor Korth Direct Mortgage, Inc.: **Tanya Behnam, Garrick Vanderfin**: tbehnam@polsinelli.com, tanyabehnam@gmail.com; ccripe@polsinelli.com; ladocketing@polsinelli.com; gvanderfin@polsinelli.com, jnava@polsinelli.com; zyoung@polsinelli.com; mschuster@polsinelli.com;
- Attorneys for Creditor Los Angeles County Treasurer and Tax Collector: **Jacquelyn H Choi**: jacquelyn.choi@rimonlaw.com; docketingsupport@rimonlaw.com
- Attorneys for Creditor United States of America on behalf of the Internal Revenue Service: **Robert F Conte**: robert.conte@usdoj.gov; caseview.ecf@usdoj.gov; usacac.tax@usdoj.gov
- Courtesy NEF/Interested Party: **Christopher Cramer**: secured@becket-lee.com
- Attorneys for Creditor Harvest Small Business Finance, LLC: **Christopher Crowell**: ccrowell@hrhlaw.com
- Attorneys for Creditors Archway Real Estate Income Fund I SPE I, LLC, Archway Broadway Loan SPE, LLC, fka Archway Real Estate Income Fund I REIT, LLC, Archway Real Estate Income Fund, and Plaintiff Archway Broadway Loan SPE, LLC: **Michael G. Fletcher, Bruce D. Poltrock, Paige Selina Poupart, Gerrick Warrington**: mfletcher@frandzel.com; ppoupart@franddzel.com; gwarrington@frandzel.com; bpoltrock@frandzel.com; sking@frandzel.com; achase@frandzel.com
- Attorneys for Creditor Wells Fargo National Bank West: **Todd S Garan**: ch11ecf@aldridgepite.com; TSG@ecf.inforuptcy.com; tgaran@aldridgepite.com
- Attorneys for Creditor Los Angeles County Treasurer and Tax Collector: **Richard Girgado**: rgirgado@counsel.lacounty.gov
- Attorneys for Creditor Harvest Small Business Finance, LLC: **Jacqueline L James**: jjames@hrhlaw.com
- Courtesy NEF/Interested Party Avi Muhtar: **Avi Edward Muhtar**: amuhtar@eaccidents.com
- Attorneys for Creditor UrbanLime Real Estate: **Lovee D Sarenas**: lovee.sarenas@dinsmore.com; wendy.yones@dinsmore.com
- Attorneys for Creditor AIRE Ancient Baths Los Angeles, LLC: **David B Shemano**: dshemano@shemanolaw.com
- Attorneys for Creditor Wells Fargo Bank, N.A.: **Jennifer C Wong**: bknotice@mccartyholthus.com; jwong@ecf.courtdrive.com
- US Trustee's Office: ustpregion16.la.ecf@usdoj.gov; **Kelly L. Morrison**: Kelly.l.morrison@usdoj.gov

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

Broadway Avenue Investments, LLC
Attn Alan Gomperts Manager
264 S. Oakhurst Dr
Beverly Hills, CA 90212-3504

Los Angeles Division
255 E Temple St
Los Angeles, CA 90012-3332

802 Mateo Street LLC
Attn Daniel Halevy Manager
802 Mateo St
Los Angeles, CA 90021-1712

Alan D Gomperts
264 S Oakhurst Dr
Beverly Hills, CA 90212-3504

Alta Fire Pro
Attn Albert Nikghosian, CEO, CFO
PO Box 7007
Mission Hills, CA 91346-7007

Archway Real Estate Income Fund I REIT, LLC
Attn Bobby Khorshidi, Manager of AOL GP, LLC
Authorized Signer
10100 Santa Monica Blvd Ste 500
Los Angeles, CA 90067-4121

CA Dept of Tax and Fee Admin
Account Info Group MIC29
PO Box 942879
Sacramento, CA 94279-0029

California Refrigeration & Supply
Attn Officer
1926 Glendon Ave Apt 4
Los Angeles, CA 90025-4661

Capital One
PO Box 30285
Salt Lake City, UT 84130-0285

Commune Events Inc
Attn Daniel Halevy CEO/CFO
802 Mateo St
Los Angeles, CA 90021-1712

Daniel Halevy
257 S. Linden Dr
Los Angeles, CA 90212-3704

Employment Development Dept
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001

Franchise Tax Board
Bankruptcy Section MS A-340
PO Box 2952
Sacramento, CA 95812-2952

Gomperts & Halevy Family Trust
Alan Gomperts and Sharon Halevy Tstees
267 Oakhurst Dr
Beverly Hills, CA 90212-3504

Halevy Family Trust Dated Sept 6 2010
Attn Susan Haley Trustee
257 S Linden Dr
Beverly Hills, CA 90212-3704

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Joshua Mogin Esq
Thompson Coburn LLP
10100 Santa Monica Blvd Ste 500
Los Angeles, CA 90067-4121

Los Angeles County Treasurer / Tax Collector
Attn Bankruptcy Unit
PO Box 54110
Los Angeles Ca 90054-0110

Mark Berkowitz CPA
5850 Canoga Ave Suite 220
Woodland Hills, CA 91367-6505

Mordechai Miky Acoca
1926 Glendon Ave #4
Los Angeles, CA 90025-4661

RG Fire Inc
Attn Rafael Goforth Dominguez CEO/CFO
8721 Laurel Canyon Blvd
Sun Valley, CA 91352-2919

Seaton Investments LLC
Attn Alan Gomperts Manager
264 S Oakhurst Dr
Beverly Hills, CA 90212-3504

Sharon Gomperts
264 S Oakhurst Dr
Beverly Hills, CA 90212-3504

Sienna Rose Inc
Attn Alan Gomperts CFO
433 Colyton St
Los Angeles, CA 90013-2210

Southern California Edison Company
Attn Steven D Powell CEO
2244 Walnut Grove Ave
Rosemead, CA 91770

Sue Halevy
257 S Linden Dr
Beverly Hills, CA 90212-3704

Archway Broadway Loan SPE LLC
Frandzel Robins Bloom & Csato LC
c/o Michael Gerard Fletcher
1000 Wilshire Blvd 19th FL
Los Angeles, CA 90017-2457

United States Trustee (LA)
915 Wilshire Blvd Ste 1850
Los Angeles, CA 90017-3560