Michael Gerard Fletcher (State Bar No. 070849)
    mfletcher@frandzel.com
Gerrick M. Warrington (State Bar No. 294890)
    gwarrington@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, California 90017-2427
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for Secured Creditor
ARCHWAY BROADWAY LOAN SPE, LLC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re | Lead Case No. 2:24-bk-12079-VZ |
| SEATON INVESTMENTS, LLC, *et al.*, | Jointly Administered with Case Nos.: |
| Debtors and Debtors-in-Possession. | 2:24-bk-12080-VZ; 2:24-bk-12081-VZ; 2:24-bk-12082-VZ; 2:24-bk-12091-VZ; 2:24-bk-12074-VZ; 2:24-bk-12075-VZ; and 2:24-bk-12076-VZ |

Affects:

☐ All Debtors
☐ Seaton Investments, LLC
☐ Colyton Investments, LLC
☒ Broadway Avenue Investments, LLC
☐ SLA Investments, LLC
☐ Negev Investments, LLC
☐ Alan Gomperts
☐ Daniel Halevy
☐ Susan Halevy

Chapter 11

**DECLARATION OF KIMBERLINA WHETTAM IN SUPPORT OF ARCHWAY BROADWAY LOAN SPE, LLC'S OMNIBUS OBJECTIONS TO:**

**MOTION OF DEBTOR AND DEBTOR IN POSSESSION BROADWAY AVENUE INVESTMENTS, LLC FOR ORDER AUTHORIZING DEBTOR TO ENTER INTO POST-PETITION LEASE; AND**

**MOTION OF DEBTOR AND DEBTOR IN POSSESSION BROADWAY AVENUE INVESTMENTS, LLC FOR ORDER AUTHORIZING DEBTOR TO OBTAIN POST-PETITION FINANCING PURSUANT TO 11 U.S.C. § 364**

Date:       February 25, 2025
Time:       11:00 a.m.
Crtrm.:     1368
            255 E. Temple Street
            Los Angeles, CA 90012

Hon. Vincent P. Zurzolo

I, Kimberlina Whettam, declare:

1.  I am a principal of Kimberlina Whettam & Associates, a full-service permit expediting and development consultation firm.

2.  I specialize in real estate development, due diligence research, project analysis, management of the entitlement, public hearing, development permit, and expediting process. I have worked in this industry for decades. Notable projects include, Dodgers Stadium, LAX Central Utility Plant, Columbia Square, 4th and Traction, Qantas Hanger, Occidental College, Academy Square, and a number of single-family residences around Los Angeles. A true and correct copy of my biography is attached hereto as **Exhibit 1**.

3.  If called as a witness, I could and would competently testify to all facts within my personal knowledge, except where stated upon information and belief.

4.  This declaration is submitted in support of Archway Broadway Loan SPE, LLC's Omnibus Objections to Motion of Debtor and Debtor in Possession Broadway Avenue Investments, LLC for Order Authorizing Debtor to Obtain Post-Petition Financing Pursuant to 11 U.S.C. § 364 ("DIP Motion") (Dkt. 418) and Motion of Debtor and Debtor in Possession Broadway Avenue Investments, LLC for Order Authorizing Debtor to Enter into Post-Petition Lease ("Lease Motion") (Dkt. 421) filed in the lead case of those jointly-administered debtors, Seaton Investments, LLC ("Seaton"), Colyton Investments, LLC ("Colyton"), Broadway Avenue Investments, LLC ("Broadway"), SLA Investments, LLC ("SLA"), and Negev Investments, LLC ("Negev" and collectively with Seaton, Colyton, Broadway and SLA, the "Corporate Debtors") and Alan Gomperts ("Mr. Gomperts"), Daniel Halevy ("Mr. Halevy"), and Susan Halevy ("Ms. Halevy" and collectively with Mr. Gomperts and Mr. Halevy, the "Individual Debtors" and collectively with the Corporate Debtors, the "Debtors") concerning that certain real property located at 737 South Broadway, in Los Angeles, California ("Broadway Property").

5.  In preparing this Declaration, I reviewed the Motions, as well as the materials cited herein and attached hereto, including:

  a.  The City of Los Angeles' Zone Information and Map Access System ("Zimas"), the City of Los Angeles's web-based mapping tool;

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

b.    The applications for building permits and certificates of occupancy on file for the Broadway Property at the Los Angeles Department of Building and Safety, and the records for the Broadway Property available through the website for the Los Angeles Department of Building and Safety ("LADBS"); and

c.    The plan check to certificate of occupancy process, including current policies as they relate to process for the proposed Lessee.

6.    In reviewing these materials, it is my opinion that it will take at least 1–2 years, at best, for Broadway to obtain a Certificate of Occupancy ("CofO"), inclusive of hiring a design team to prepare the necessary drawings for the plan check to permit process, based on the proposed change in use from office/retail to behavioral health treatment. The existing use for the Broadway Property is an eight-story mixed use property with retail and office use. Attached as **Exhibit 2** is a true and correct copies of the permits for Broadway.

7.    The permits show that this property has been used as retail/office, but not as a behavioral health facility. For example, the Application for Building Permit and Certificate of Occupancy dated March 1, 2023 ("March 2023 Permit") shows that the upper floors are office. And the 2014 GAP retail ground floor tenant improvement permit ("GAP 2014 Permit") shows that the ground floors are retail. The seismic retrofitting permit from 2018 shows the existing use as office/retail as well.

8.    However, the proposed use stated in the Motion and Lease is as a Behavioral Health Treatment Facility (designated as Community Care Facility-Social Services in the code). This proposed use is a different use than the current office and retail uses of the Broadway Property as per the permits attached as Exhibit 2, including specifically, the March 2023 Permit and GAP 2014 Permit.

9.    To convert the existing use to the proposed use requires a different permit than the existing one as well as City approval of that new permit. Based on my review of public records, the City permitting and approval process for such a change in use project has not yet begun. *See* **Exhibit 3** (building permit record history, with highlighting).

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

10.    In addition, the process to convert the existing retail/office space to a Community Care Facility-Social Service use, providing behavioral health treatment, requires a formal Plan Check submittal to the City, inclusive of outside agency reviews and clearances, as well as approval by City Planning to ensure compliance with the Broadway Community Design Overlay (CDO) and Community Plan Implementation Overlay (CPIO).

11.    There are no such records that could be found of any previous change of use from the existing Office or Retail at the subject site. *See* **Exhibit 2**, *supra*, as well as a ZIMAS report, a true and correct copy of which is attached as **Exhibit 4**.

12.    Thus, the proposed change in use and associated tenant improvements would need to be approved through the City. That City process, which appears not to have started, generally takes anywhere from 1–2 years to complete from start to finish, inclusive of hiring a design team to prepare the necessary drawings for the plan check to permit process.

13.    A complete architectural and structural set of plans would also be required prior to submittal to the City. There is no evidence of any submittals to the City to change the use from retail or office to Community Care Facility-Social Service.

14.    Prior to operating the new business, plans must be submitted to LADBS and the Los Angeles Fire Department (LAFD) for a 5-7-month plan check and agency clearances process, permits must be obtained, construction must commence, inspections must be completed, pre-CofO clearances must be satisfied, and the issuance of a CofO must be finalized.

15.    The process to obtain a permit, complete construction, and obtain a CofO for the treatment facility will take anywhere from 1–2 years to complete.

16.    Note, this does not include any processing time delays due to the January fires and the influx of pending submittals that the City must prioritize to comply with Emergency Executive Order No. 1: "Return & Rebuild," Executive Directive 1 (ED1) to expedite the permitting process for affordable housing projects, nor any delays due to the urgent and high priority 2028 Olympics related projects.

[Signature on Following Page]

1      I declare under penalty of perjury under the laws of the United States of America that the

2  foregoing is true and correct and that this Declaration was executed on this 11th day of February,

3  2025, at Los Angeles, California.

4

5                                      _Kimberlina Whettam_

6                                    Kimberlina Whettam

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

# Exhibit 1

# Exhibit 1

KIMBERLINA-006

# KIMBERLINA WHETTAM

With a strong background in managing real estate developments from conceptualization through completion, Kimberlina specializes in due diligence research, project analysis, management of the entitlement, public hearing, development permit, and expediting process. She leverages her strong governmental and industry relationships to facilitate project approvals in a timely and cost-effective manner.

## EXPERIENCE

**2008-Present**    **Kimberlina Whettam & Associates**                      **Los Angeles, CA**
*Principal*

- Manage full-service permit expediting and development consultation firm with ability to oversee all aspects of the development process. Notable projects include, Dodgers Stadium, LAX Central Utility Plant, Columbia Square, 4th and Traction, Qantas Hanger, Occidental College, Academy Square, and a number of single-family residences around Los Angeles
- Provide essential services for development projects, including government and community relations, project appeals, permit expediting and responses to permit enforcement actions
- Facilitate clearance through Los Angeles Department of Building & Safety by offering expertise in project team selection and coordination, project timelines, and fee estimate services. Strengthening the connection between developers and the public clearance process
- Leverage public service background to bring more resources to bear as she coordinates and negotiates with community-based organizations, elected officials, and government agencies to help move development projects through the regulatory process

**2007-2008**    **Pacific Crest Consultants**                      **Los Angeles, CA**
*Vice President, Land Use Consulting and government Relations*

- Responsible for managing active development projects including high-rise commercial and residental projects, hotels, restaurants, mixed use developments, single family homes, hillside, multi family, and sports facilities
- Project lead on the 130,500 square-foot California Marketplace project in Los Angeles
- Manage early clearance of planning conditions and secure a variance and tentative tract approvals from City Departments for The Grand Avenue high-rise mixed-use project in Downtown Los Angeles

**2001-2007**    **Los Angeles City Councilmember Jack Weiss**                      **Los Angeles, CA**
*Chief Planning & Environmental Deputy*

- Manage publicly funded capital improvement projects and conduct community outreach on both public and private development projects throughout Los Angeles' Westside and parts of the San Fernando Valley

213-228-5303 • KIMBERLINA@KWHETTAM.COM

241 S FIGUEROA ST. SUITE 370• LOS ANGELES, CA 90012

- Serve as Councilmember's primary liaison and spearhead new policies with key government agencies responsible for regulating development projects
- Negotiate and secure local community support for the Van Nuys Airport Masterplan, allowing for modernization of the world's busiest general aviation airport
- Create Los Angeles Department of Building & Safety's green building incentive program to expedite the plan check review of proposed projects with environmentally friendly features
- Work closely with Los Angeles City Planning Department, Building & Safety, Los Angeles Fire Department, Los Angeles Bureau of Engineering, and Los Angeles Department of Water and Power

**1998-2000**      **PeaceCorps**                                                        **Paraguay**
*Early Childhood Education Consultant*
- Work with the Ministry of Education and local schools to implement a new curriculum to bolster childhood literacy

## EDUCATION

**University of Arizona**                                                        **Tucson, AZ**
*Bachelor of Arts- Political Science & Women's Studies*
- Graduated with high honors

## COMMUNITY ENGAGEMENT AND NON-PROFITS

**La Charla**

*Founder*

- Providing college scholarship to rural students in Nicaragua

**Union Rescue Mission-Los Angeles Dodgers**

*Donor*

- Helping men, women, and children experiencing homelessness in Los Angeles

**Habitat for Humanity**

*Volunteer*

- Frequent volunteer helping provide affordable housing across Los Angeles

## REFERENCES

**Los Angeles Dodgers – Janet Marie Smith, Sr VP of Planning & Development 323-224-4248**

- I have worked with LA Doders for over 12 years processing all of their approvals

**House & Robertson Architects – Jim House, Principal 323-935-3158 ext. 222**

- I have worked with HRA for many years on a variety of large scale commercial projects

**Hudson Pacific Properties – Chris Pearson, Sr Project Manager 323-468-3258**

- I have worked with HPP for many years on a variety of large scale commercial projects

KIMBERLINA-008

# Exhibit 2

# Exhibit 2

KIMBERLINA-009

**737 S Broadway 5TH FLOOR**



Permit #:

**22016 - 30000 - 02631**

Plan Check #: B22WL00346

Printed: 05/18/23 01:33 PM

Event Code:

| | |
|---|---|
| Bldg-Alter/Repair **GREEN - NONE** | |
| Commercial | |
| Plan Check at Counter | |
| Plan Check | |

City of Los Angeles - Department of Building and Safety

# APPLICATION FOR BUILDING PERMIT
# AND CERTIFICATE OF OCCUPANCY

Issued on:  03/01/2023

Last Status: Issued

Status Date:03/01/2023

| **1. TRACT** | **BLOCK** | **LOT(s)** | | **ARB** | **COUNTY MAP REF #** | **PARCEL ID # (PIN #)** | **2. ASSESSOR PARCEL #** |
|---|---|---|---|---|---|---|---|
| HUBER TRACT | BLK 25 | 4 | | | M R 2-280 | 127-5A209  77 | 5144 - 014 - 030 |

**3. PARCEL INFORMATION**

LADBS Branch Office - LA
Bldg. Line - 5
Council District - 14
Certified Neighborhood Council - Downtown Los Angele
Census Tract - 2073.01

District Map - 127-5A209
Energy Zone - 9
Fire District - 1 (Entire parcel)
Parking Dist. - CCPD
Parking Dist. - DPD

Thomas Brothers Map Grid - 634-E5
Area Planning Commission - Central
Community Plan Area - Central City
Near Source Zone Distance - 0.8
Community Design Overlay District - Broadway

**ZONES(S): [Q]C5-4D-CDO-SN**

**4. DOCUMENTS**

| | | |
|---|---|---|
| ZI - ZI-2374 State Enterprise Zone: Los , ZI - ZI-2452 Transit Priority Area in the ZA - ZA-2002-4441-YV-SPP | | ORD - ORD-164307-SA1875 |
| ZI - ZI-2385 Greater Downtown Housing ZI - ZI-2488 Redevelopment Project Are ORD - ORD-129944 | | ORD - ORD-175038 |
| ZI - ZI-2408 Community Design Overlay ZI - ZI-2498 Local Emergency Temporal ORD - ORD-135901 | | ORD - ORD-180871 |
| ZI - ZI-2450 Downtown Streetcar | ZI - ZI-2502 Broadway Theater and Con ORD - ORD-137036 | ORD - ORD-184055 |

**5. CHECKLIST ITEMS**

Permit Flag - Fire Life Safety by LADBS
Std. Work Descr - Interior Non-struct. Remo
Std. Work Descr - Seismic Gas Shut Off Valve

**6. PROPERTY OWNER, TENANT, APPLICANT INFORMATION**

Owner(s):
BROADWAY AVENUE INVESTMENTS I  264 OAKHURST DR                BEVERLY HILLS CA 90212

Tenant:

Applicant:   (Relationship: Agent for Owner)
JILA KOHAN -                                                                                    (310) 279-8577

| **7. EXISTING USE** | **PROPOSED USE** | **8. DESCRIPTION OF WORK** |
|---|---|---|
| (13) Office | | Tenant improvement in existing office on the 5th floor of 8 story building Scope of work to include new partitions to create new offices and conference room.  No change in use. Interior work only. |

**9. # Bldgs on Site & Use:**

**10. APPLICATION PROCESSING INFORMATION**

BLDG. PC By:  Jason Jangada
OK for Cashier:  Daisy Guillen
Signature:

DAS PC By:  Shine Lin
Coord. OK:

Date: 5/18/23

For inspection requests, call toll-free **(888) LA4BUILD (524-2845)**, or request inspections via **www.ladbs.org**.  To speak to a Call Center agent, call **311**.  Outside LA County, call (213) 473-3231.

**For Cashier's Use Only**                     **W/O #: 21602631**

**11. PROJECT VALUATION & FEE INFORMATION**  **Final Fee Period**

Permit Valuation:  $20,000                  PC Valuation:

| | |
|---|---|
| FINAL TOTAL Bldg-Alter/Repair | 415.14 |
| Permit Fee Subtotal Bldg-Alter/Re | 326.25 |
| Handicapped Access | |
| Plan Check Subtotal Bldg-Alter/Re | 0.00 |
| E.Q. Instrumentation | 5.60 |
| D.S.C. Surcharge | 9.96 |
| Sys. Surcharge | 19.91 |
| Planning Surcharge | 19.58 |
| Planning Surcharge Misc Fee | 10.00 |
| Planning Gen Plan Maint Surcharg | 22.84 |
| CA Bldg Std Commission Surchar | 1.00 |
| Permit Issuing Fee | 0.00 |
| Linkage Fee | 0.00 |
| Sewer Cap ID: | Total Bond(s) Due: |

Payment Date: 03/01/23
Receipt No: 1527900
Amount: $415.14
Method: ECHECK

**2023ON 02946**

**12. ATTACHMENTS**

Plot Plan
Signed Declaration

* 0 8 0 0 1 2 2 0 1 6 3 0 0 0 0 0 2 6 3 1 F N *

**13. STRUCTURE INVENTORY**   (Note: Numeric measurement data in the format "number / number" implies "change in numeric value / total resulting numeric value")   **22016 - 30000 - 02631**

**14. APPLICATION COMMENTS:**

** Approved Seismic Gas Shut-Off Valve may be required. **

In the event that any box (i.e. 1-16) is filled to capacity , it is possible that additional information has been captured electronically and could not be printed due to space restrictions. Nevertheless the information printed exceeds that required by section 19825 of the Health and Safety Code of the State of California.

**15. BUILDING RELOCATED FROM:**

**16. CONTRACTOR, ARCHITECT & ENGINEER NAME**

| NAME | ADDRESS | | CLASS | LICENSE # | PHONE # |
|---|---|---|---|---|---|
| (A)  HEFNER,, CHARLES DAVID | 6320 VAN NUYS BOULEVARD #225, | VAN NUYS, CA 91401 | | C23963 | |
| (C)  ALMIGHTY BUILDERS INC | 133 SOUTH PALM DR APT 5, | BEVERLY HILLS, CA 902 | B | 1075367 | (310) 467-4703 |

**PERMIT EXPIRATION/REFUNDS:** This permit expires two years after the date of the permit issuance. This permit will also expire if no construction work is performed for a continuous period of 180 days (Sec. 98.0602 LAMC). Claims for refund of fees paid must be filed within one year from the date of expiration for permits granted by LADBS (Sec. 22.12 & 22.13 LAMC). The permittee may be entitled to reimbursement of permit fees if the Department fails to conduct an inpection within 60 days of receiving a request for final inspection (HS 17951).

**17. LICENSED CONTRACTOR'S DECLARATION**

I hereby affirm under penalty of perjury that I am licensed under the provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect. The following applies to B contractors only: I understand the limitations of Section 7057 of the Business and Professional Code related to my ability to take prime contracts or subcontracts involving specialty trades.

License Class: **B**          License No.: **1075367**          Contractor: **ALMIGHTY BUILDERS INC**

**18. WORKERS' COMPENSATION DECLARATION**

I hereby affirm, under penalty of perjury, one of the following declarations:

( ) I have and will maintain a certificate of consent to self insure for workers' compensation, as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.

( ) I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers' compensation insurance carrier and policy number are:

Carrier: _____          Policy Number: _____

( ) I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES

**19. ASBESTOS REMOVAL DECLARATION / LEAD HAZARD WARNING**

I certify that notification of asbestos removal is either not applicable or has been submitted to the AQMD or EPA as per section 19827.5 of the Health and Safety Code. Information is available at (909) 396-2336 and the notification form at www.aqmd.gov. Lead safe construction practices are required when doing repairs that disturb paint in pre-1978 buildings due to the presence of lead per section 6716 and 6717 of the Labor Code. Information is available at Health Services for LA County at (800) 524-5323 or the State of California at (800) 597-5323 or www.dhs.ca.gov/childlead.

**20. CONSTRUCTION LENDING AGENCY DECLARATION**

I hereby affirm under penalty of perjury that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civil Code).

Lender's Name (If Any): _____          Lender's Address: _____

**21. FINAL DECLARATION**

I certify that I have read this application **INCLUDING THE ABOVE DECLARATIONS** and state that the above information **INCLUDING THE ABOVE DECLARATIONS** is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes. I realize that this permit is an application for inspection and that it does not approve or authorize the work specified herein, and it does not authorize or permit any violation or failure to comply with any applicable law. Furthermore, neither the City of Los Angeles nor any board, department officer, or employee thereof, make any warranty, nor shall be responsible for the performance or results of any work described herein, nor the condition of the property nor the soil upon which such work is performed. I further affirm under penalty of perjury, that the proposed work will not destroy or unreasonably interfere with any access or utility easement belonging to others and located on my property, but in the event such work does destroy or unreasonably interfere with such easement, a substitute easement(s) satisfactory to the holder(s) of the easement will be provided (Sec. 91.0106.4.3.4 LAMC).

**By signing below, I certify that:**

(1) I accept all the declarations above namely the Licensed Contractor's Declaration, Workers' Compensation Declaration, Asbestos Removal Declaration / Lead Hazard Warning, Construction Lending Agency Declaration, and Final Declaration; and

(2) This permit is being obtained with the consent of the legal owner of the property.

Print Name: _____   Sign: _____   Date: _____   ☐ Contractor   ☐ Authorized Agent

Job Address: 737 S. Broadway 5th FLR   Application #: 22016-30000-02631

## City of Los Angeles – Department of Building and Safety
### Signature Declaration Attachment Form

## Instructions

**Applicant (contractor, owner, or agent):** Complete and sign the appropriate statements below only **after** completely reviewing the entire permit application for accuracy. Also, indicate the job address on the top of the form. This attachment will become part of the permit application.

**Building and Safety Staff Member:** Complete the "APPLICATION#:" and make sure the job address is shown above. Give a copy of the permit application to the applicant.

### "Signature Declaration"

PERMIT EXPIRATION/REFUNDS: This permit expires two years after the date of the permit issuance. This permit will also expire if no construction work is performed for a continuous period of 180 days (Sec. 98.0602 LAM C). Claims for refund of fees paid must be filed within one year from the date of expiration for permits granted by LADBS (Sec. 22.12 & 22.13 LAMC). The permittee may be entitled to reimbursement of permit fees if the Department fails to conduct an inspection within 60 days of receiving a request for final inspection (HS 17951).

### 17. LICENSED CONTRACTOR'S DECLARATION

I hereby affirm under penalty of perjury that I am licensed under the provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect. The following applies to B contractors only: I understand the limitations of Section 7057 of the Business and Professional Code related to my ability to take prime contracts or subcontracts involving specialty trades.

License Class: B   License No.: 1075367   Contractor: Almighty Builders inc

### 18. WORKERS' COMPENSATION DECLARATION

I hereby affirm, under penalty of perjury, one of the following declarations:

( ) I have and will maintain a certificate of consent to self insure for workers' compensation, as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.

( ) I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers' compensation insurance carrier and policy number are:

Carrier: _____   Policy Number: _____

(✓) I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.

### 19. ASBESTOS REMOVAL DECLARATION / LEAD HAZARD WARNING

I certify that notification of asbestos removal is either not applicable or has been submitted to the AQ.MD or EPA as per section 19827.5 of the Health and Safety Code. Information is available at (909) 396-2336 and the notification form at www.agmd.gov. Lead safe construction practices are required when doing repairs that disturb paint in pre-1978 buildings due to the presence of lead per section 6716 and 6717 of the Labor Code. Information is available at Health Services for LA County at (800) 524-5323 or the State of California at (800) 597-5323 or www.dhs.ca.gov/childlead.

### 20. CONSTRUCTION LENDING AGENCY DECLARATION

I hereby affirm under penalty of perjury that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civil Code).

Lender's Name (If Any): _____   Lender's Address: _____

### 21. FINAL DECLARATION

I certify that I have read this application INCLUDING THE ABOVE DECLARATIONS and state that the above information INCLUDING THE ABOVE DECLARATIONS is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes. I realize that this permit is an application for inspection and that it does not approve or authorize the work specified herein, and it does not authorize or permit any violation or failure to comply with any applicable law. Furthermore, neither the City of Los Angeles nor any board, department officer, or employee thereof, make any warranty, nor shall be responsible for the performance or results of any work described herein, nor the condition of the property nor the soil upon which such work is performed. I further affirm under penalty of perjury, that the proposed work will not destroy or unreasonably interfere with any access or utility easement belonging to others and located on my property, but in the event such work does destroy or unreasonably interfere with such easement, a substitute easement(s) satisfactory to the holder(s) of the easement will be provided (Sec. 91.0106.4.3.4 LAMC).

**By signing below, I certify that:**

(1) I accept all the declarations above namely the Licensed Contractor's Declaration, Workers' Compensation Declaration, Asbestos Removal Declaration / Lead Hazard Warning, Construction Lending Agency Declaration, and Final Declaration; and

(2) This permit is being obtained with the consent of the legal owner of the property.

Print Name: Daniel Haley   Sign: _____   Date: MAR 22/22   Owner (✓) Contractor   ( ) Authorized Agent

Permit Application # : **22016 - 30000 - 02631**

Case 2.24-bk-12079-VZ   Doc 429-3   Filed 02/11/25   Entered 02/11/25 17:37:06   Desc
Declaration of Kimberlina Whettam   Page 13 of 77

Bldg-Alter/Repair
Commercial
Plan Check

City of Los Angeles - Department of Building and Safety

**PLOT PLAN ATTACHMENT**

Plan Check #:  B22WL00346
Initiating Office:  WEST LA
Printed on: 02/01/22  14:21:02



(DO NOT DRAW, WRITE, OR PASTE ATTACHMENTS OUTSIDE BORDER)

ALLEY

PROPERTY LINE

REAR SETBACK

EXISTING EXIT STAIR

PATH OF
ASSEMBLE EXIT

PATH OF EXIT

EXISTING 8 STORY BUILDING
USE: OFFICE/ RETAIL

INTERIOR TENANT IMPROVEMENT
NEW NONE—BEARING PARTITION
WALL TO PROVIDE 12 OFFICES
AND ONE CONFERENCE ROOM
IN EXISTING OFFICE.

"FUTURE TI UNDER SEPARATE
PERMIT(S)"

TOTAL AREA: 7,619 S.F.

ADJACENT 8 STORY BUILDING

ADJACENT 6 STORY BUILDING

PATH OF EXIT

READY TO ISSUE
BY JASON JANGADA

APR 12 2022

Signature

10' SIDE WALK

B R O A D W A Y

(E) SITE PLAN
SCALE: 3/32" = 1'-0"

COUNCIL DISTRICT:  14          INSPECTION DISTRICT:  BIGIM3          PLOT PLAN

**737 S Broadway**



Permit #:

Plan Check #: B15LA02531

Event Code:

**15016 - 10000 - 03746**

Printed: 03/10/15 01:31 PM

| Bldg-Alter/Repair<br>Commercial<br>Plan Check at Counter<br>Plan Check | City of Los Angeles - Department of Building and Safety<br>**APPLICATION FOR BUILDING PERMIT**<br>**AND CERTIFICATE OF OCCUPANCY** | Issued on: 03/10/2015<br>Last Status: Issued<br>Status Date: 03/10/2015 |

| **1. TRACT** | **BLOCK** | **LOT(s)** | **ARB** | **COUNTY MAP REF #** | **PARCEL ID # (PIN #)** | **2. ASSESSOR PARCEL #** |
|---|---|---|---|---|---|---|
| HUBER TRACT | BLK 25 | 4 | | M R 2-280 | 127-5A209 77 | 5144 - 014 - 030 |

**3. PARCEL INFORMATION**

Area Planning Commission - Central
LADBS Branch Office - LA
Bldg. Line - 5
Council District - 14
Community Design Overlay District - Broadway

Certified Neighborhood Council - Downtown Los Angeles
Community Plan Area - Central City
Census Tract - 2073.01
District Map - 127-5A209
Energy Zone - 9

Fire District - 1 (Entire parcel)
Methane Hazard Site - Methane Buffer Zone
Near Source Zone Distance - .8
Parking Dist. - CCPD
Parking Dist. - DPD

**ZONES(S):** [Q]C5-4D-CDO

**4. DOCUMENTS**

| | | |
|---|---|---|
| ZI - ZI-2374 LOS ANGELES STATE ENTER ORD - ORD-129944 | ORD - ORD-180871 | DTRM - DIR-2014-2349-CDO |
| ZI - ZI-2385 Greater Downtown Housing Ince ORD - ORD-135901 | ORD - ORD-75667 | DTRM - DIR-2014-4538-CDO |
| ZI - ZI-2408 Broadway ORD - ORD-137036 | OHD - Yes | CRA - ZI 2316 CITY CENTER REDEV PRJC |
| ZA - ZA-2002-4441-YV-SPP ORD - ORD-164307-SA1875 | HCM - US-79000484 | CPC - CPC-1985-342-ZC |

**5. CHECKLIST ITEMS**

Permit Flag - Not a Fire Life Safety Project
Std. Work Descr - Seismic Gas Shut Off Valve

**6. PROPERTY OWNER, TENANT, APPLICANT INFORMATION**

Owner(s):
BROADWAY AVENUE INVESTMENTS LLC
264 OAKHURST DR, BEVERLY HILLS CA 90212 --
Tenant:

Applicant: (Relationship: Architect)
RELATIVITY ARCHITECTS -
6056 HARLOS WAY, LOS ANGELES, CA 90028 -- (310) 573-4300

**7. EXISTING USE**                              **PROPOSED USE**

(16) Retail
(13) Office

**8. DESCRIPTION OF WORK**

INTERIOR TENANT IMPROVEMENT TO REMOVE AND REBUILD RESTROOMS ON
THE BASEMENT LEVEL AND 2ND TO 8TH FLOORS. ADD PLUMBING FIXTURES
TO THE BASEMENT RESTROOM. CONSTRUCT NONBEARING WALLS AND
RELATED FINISHES. BASEMENT AND SECOND FLOOR TO 8TH FLOOR TO BE

**9. # Bldgs on Site & Use:**

**10. APPLICATION PROCESSING INFORMATION**

| BLDG. PC By: Bok Goh | DAS PC By: |
| OK for Cashier: Yvonne Zuniga | Coord. OK: |
| Signature: | Date: 03/10/2015 |

**11. PROJECT VALUATION**  Final Fee Period

Permit Valuation: $40,000          PC Valuation:

Sewer Cap ID:                Total Bond(s) Due:

**12. ATTACHMENTS**
Plot Plan

For Cashier's Use Only                              W/O #: 51603746

| LA 0037 104059482 3/10/2015 1:31:15 PM | |
|---|---|
| BUILDING PERMIT COMM | $461.25 |
| BUILDING PLAN CHECK | $0.00 |
| BUILDING PLAN CHECK | $104.00 |
| EI COMMERCIAL | $11.20 |
| ONE STOP SURCH | $11.53 |
| SYSTEMS DEVT FEE | $34.59 |
| CITY PLANNING SURCH | $33.92 |
| MISCELLANEOUS | $10.00 |
| PLANNING GEN PLAN MAINT SURCH | $28.26 |
| CA BLDG STD COMMISSION SURCHARGE | $2.00 |
| BUILDING PLAN CHECK | $0.00 |
| **Sub Total:** | **$696.75** |

Permit #: 150161000003746
Building Card #: 2015LA44804
Receipt #: 0104411454

For inspection requests, call toll-free (888) LA4BUILD (524-2845). Outside LA County, call
(213) 482-0000 or request inspections via www.ladbs.org. To speak to a Call Center agent, call
311. Outside LA County, call (213) 473-3231.

* P 1 5 0 1 6 1 0 0 0 0 0 3 7 4 6 F N *

| 13. STRUCTURE INVENTORY | (Note: Numeric measurement data in the format "number / number" implies "change in existing value / total resulting numeric value") | | 15016 - 10000 - 03746 |
|---|---|---|---|

**14. APPLICATION COMMENTS:**
** Approved Seismic Gas Shut-Off Valve may be required. ** [1] Permit No : 1924LA34197 for existing offices and retail uses. [2] Plumbing fixture calculation for basement and second to 8th floor provided. No work on ground floor.

In the event that any box (i.e. 1-16) is filled to capacity, it is possible that additional information has been captured electronically and could not be printed due to space restrictions. Nevertheless the information printed exceeds that required by section 19825 of the Health and Safety Code of the State of California.

**15. BUILDING RELOCATED FROM:**

| 16. CONTRACTOR, ARCHITECT & ENGINEER NAME | ADDRESS | | CLASS | LICENSE # | PHONE # |
|---|---|---|---|---|---|
| (C)   OZAIR CONSTRUCTION & DESIGN INC | 443 SOUTH OAKHURST DRIVE #207, | BEVERLY HILLS, CA 90212 | B | 992682 | |

**PERMIT EXPIRATION/REFUNDS:** This permit expires two years after the date of the permit issuance. This permit will also expire if no construction work is performed for a continuous period of 180 days (Sec. 98.0602 LAMC). Claims for refund of fees paid must be filed within one year from the date of expiration for permits granted by LADBS (Sec. 22.12 & 22.13 LAMC). The permitee may be entitled to reimbursement of permit fees if the Department fails to conduct an inspection within 60 days of receiving a request for final inspection (HS 17951).

**17. LICENSED CONTRACTOR'S DECLARATION**

I hereby affirm under penalty of perjury that I am licensed under the provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect. The following applies to B contractors only: I understand the limitations of Section 7057 of the Business and Professional Code related to my ability to take prime contracts or subcontracts involving specialty trades.

License Class:   **B**   License No.:   **992682**   Contractor:   **OZAIR CONSTRUCTION & DESIGN INC**

**18. WORKERS' COMPENSATION DECLARATION**

I hereby affirm, under penalty of perjury, one of the following declarations:

( ) I have and will maintain a certificate of consent to self insure for workers' compensation, as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.

(X) I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers' compensation insurance carrier and policy number are:

Carrier:   **STATE COMP. INS. FUND**   Policy Number:   **9110045**

( ) I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.

**19. ASBESTOS REMOVAL DECLARATION / LEAD HAZARD WARNING**

I certify that notification of asbestos removal is either not applicable or has been submitted to the AQMD or EPA as per section 19827.5 of the Health and Safety Code. Information is available at (909) 396-2336 and the notification form at www.aqmd.gov. Lead safe construction practices are required when doing repairs that disturb paint in pre-1978 buildings due to the presence of lead per section 6716 and 6717 of the Labor Code. Information is available at Health Services for LA County at (800) 524-5323 or the State of California at (800) 597-5323 or www.dhs.ca.gov/childlead.

**20. CONSTRUCTION LENDING AGENCY DECLARATION**

I hereby affirm under penalty of perjury that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civil Code).

Lender's Name (If Any):   Lender's Address :

**21. FINAL DECLARATION**

I certify that I have read this application INCLUDING THE ABOVE DECLARATIONS and state that the above information INCLUDING THE ABOVE DECLARATIONS is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes. I realize that this permit is an application for inspection and that it does not approve or authorize the work specified herein, and it does not authorize or permit any violation or failure to comply with any applicable law. Furthermore, neither the City of Los Angeles nor any board, department officer, or employee thereof, make any warranty, nor shall be responsible for the performance or results of any work described herein, nor the condition of the property nor the soil upon which such work is performed. I further affirm under penalty of perjury, that the proposed work will not destroy or unreasonably interfere with any access or utility easement belonging to others and located on my property, but in the event such work does destroy or unreasonably interfere with such easement, a substitute easement(s) satisfactory to the holder(s) of the easement will be provided (Sec. 91.0106.4.3.4 LAMC).

**By signing below, I certify that:**

(1) I accept all the declarations above namely the Licensed Contractor's Declaration, Workers' Compensation Declaration, Asbestos Removal Declaration / Lead Hazard Warning, Construction Lending Agency Declaration, and Final Declaration; and

(2) This permit is being obtained with the consent of the legal owner of the property.

Print Name:   **SHAUL OZAIR**   Sign:   Date:   **03/10/2015**   [X] Contractor   [ ] Authorized Agent

**737 S Broadway**

Permit Application # : **15016 - 10000 - 03746**

Bldg-Alter/Repair
Commercial
Plan Check

City of Los Angeles - Department of Building and Safety

**PLOT PLAN ATTACHMENT**

Plan Check #: B15LA02531
Initiating Office: METRO
Printed on: 03/06/15 15:53:51



**737 S Broadway**



Permit #:
Plan Check #: B16LA03008

**16026 - 10000 - 00093**

Printed: 03/15/16 01:32 PM

Event Code:

| Bldg-Alter/Repair | City of Los Angeles - Department of Building and Safety | Issued on: 03/15/2016 |
|---|---|---|
| Commercial | **APPLICATION FOR BUILDING PERMIT** | Last Status: Issued |
| Plan Check at Counter | **AND CERTIFICATE OF OCCUPANCY** | Status Date: 03/15/2016 |
| Plan Check | | |

| 1. TRACT | BLOCK | LOT(s) | ARB | COUNTY MAP REF # | PARCEL ID # (PIN #) | 2. ASSESSOR PARCEL # |
|---|---|---|---|---|---|---|
| HUBER TRACT | BLK 25 | 4 | | M R 2-280 | 127-5A209 77 | 5144 - 014 - 030 |

**3. PARCEL INFORMATION**
Area Planning Commission - Central
LADBS Branch Office - LA
Bldg. Line - 5
Council District - 14
Community Design Overlay District - Broadway

Certified Neighborhood Council - Downtown Los Angeles
Community Plan Area - Central City
Census Tract - 2073.01
District Map - 127-5A209
Energy Zone - 9

Fire District - 1 (Entire parcel)
Methane Hazard Site - Methane Buffer Zone
Near Source Zone Distance - .8
Parking Dist. - CCPD
Parking Dist. - DPD

ZONES(S):  [Q]C5-4D-CDO-SN

**4. DOCUMENTS**

| | | |
|---|---|---|
| ZI - ZI-145-2063 | ZI - ZI-2408 Broadway | ORD - ORD-135901 |
| ZI - ZI-145-2065 | ZI - ZI-2452 Transit Priority Area in the Cit | ORD - ORD-137036 |
| ZI - ZI-2374 LOS ANGELES STATE ENTER | ZA - ZA-2002-4441-YV-SPP | ORD - ORD-164307-SA1875 |
| ZI - ZI-2385 Greater Downtown Housing Ince | ORD - ORD-129944 | ORD - ORD-180871 |

ORD - ORD-184055
ORD - ORD-184056
ORD - ORD-75667
OHD - Yes

**5. CHECKLIST ITEMS**
Std. Work Descr - Excess Flow Shut Off Valve
Permit Flag - Fire Life Safety by LADBS
Std. Work Descr - Seismic Gas Shut Off Valve

**6. PROPERTY OWNER, TENANT, APPLICANT INFORMATION**
Owner(s):
BROADWAY AVENUE INVESTMENTS LLC
264 OAKHURST DR, BEVERLY HILLS CA 90212 --

Tenant:

Applicant:  (Relationship: Agent for Owner)
ELEVATOR COMPANY - THE ELEVATOR COMPANY
8816 FOOTHILL BLVD, RANCHO CUCAMONGA, CA -- (626) 475-8547

**For Cashier's Use Only**

W/O #: 62600093

**7. EXISTING USE**                    **PROPOSED USE**
(16) Retail
(13) Office

**8. DESCRIPTION OF WORK**
REPLACE ELEVATOR HALL LANDINGS

**9. # Bldgs on Site & Use:**

**10. APPLICATION PROCESSING INFORMATION**
BLDG. PC By:  James Detchmendy            DAS PC By:
OK for Cashier:  James Detchmendy         Coord. OK:
Signature:                                Date: 03/15/2016

**11. PROJECT VALUATION    Final Fee Period**
Permit Valuation:   $18,000          PC Valuation:
Sewer Cap ID:                         Total Bond(s) Due:

**12. ATTACHMENTS**
Plot Plan

For inspection requests, call toll-free **(888) LA4BUILD (524-2845)**.  Outside LA County, call
(213) 482-0000 or request inspections via **www.ladbs.org**.  To speak to a Call Center agent, call
**311**.  Outside LA County, call (213) 473-3231.

LA MITC 103080138 3/15/2016 1:31:54 PM

| | |
|---|---|
| BUILDING PERMIT COMM | $298.13 |
| BUILDING PLAN CHECK | $0.00 |
| EI COMMERCIAL | $5.04 |
| ONE STOP SURCH | $6.06 |
| SYSTEMS DEVT FEE | $18.19 |
| CITY PLANNING SURCH | $17.89 |
| MISCELLANEOUS | $10.00 |
| PLANNING GEN PLAN MAINT SURCH | $14.91 |
| CA BLDG STD COMMISSION SURCHARGE | $1.00 |
| BUILDING PLAN CHECK | $0.00 |

| Sub Total: | $371.22 |
|---|---|

Permit #: 160261000000093
Building Card #: 2016LA61411
Receipt #: 0103558051

* P 1 6 0 2 6 1 0 0 0 0 0 0 0 9 3 F N *

Case 2:24-bk-12079-VZ   Doc 429-3   Filed 02/11/25   Entered 02/11/25 17:37:06   Desc
Declaration of Kimberlina Whettam   Page 18 of 77

| 13. STRUCTURE INVENTORY | (Note: Numeric measurement data in the format "number / number" implies "change in numeric value / total resulting numeric value") | 16026 - 10000 - 00093 |
|---|---|---|

**14. APPLICATION COMMENTS:**

** Approved Seismic Gas Shut-Off Valve may be required. **

In the event that any box (i.e. 1-16) is filled to capacity, it is possible that additional information has been captured electronically and could not be printed due to space restrictions. Nevertheless the information printed exceeds that required by section 19825 of the Health and Safety Code of the State of California.

**15. BUILDING RELOCATED FROM:**

| 16. CONTRACTOR, ARCHITECT & ENGINEER NAME | ADDRESS | | CLASS | LICENSE # | PHONE # |
|---|---|---|---|---|---|
| (C)   ELEVATOR COMPANY THE | 8342 JADE DRIVE, | RANCHO CUCAMONGA, CA | C11 | 986247 | |

**PERMIT EXPIRATION/REFUNDS:** This permit expires two years after the date of the permit issuance. This permit will also expire if no construction work is performed for a continuous period of 180 days (Sec. 98.0602 LAMC). Claims for refund of fees paid must be filed within one year from the date of expiration for permits granted by LADBS (Sec. 22.12 & 22.13 LAMC). The permittee may be entitled to reimbursement of permit fees if the Department fails to conduct an inspection within 60 days of receiving a request for final inspection (HS 17951).

**17. LICENSED CONTRACTOR'S DECLARATION**

I hereby affirm under penalty of perjury that I am licensed under the provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect. The following applies to B contractors only: I understand the limitations of Section 7057 of the Business and Professional Code related to my ability to take prime contracts or subcontracts involving specialty trades.

License Class: __C11__   License No.: __986247__   Contractor: __ELEVATOR COMPANY THE__

**18. WORKERS' COMPENSATION DECLARATION**

I hereby affirm, under penalty of perjury, one of the following declarations:

( ) I have and will maintain a certificate of consent to self insure for workers' compensation, as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.

(X) I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers' compensation insurance carrier and policy number are:

Carrier: __PREFERRED EMPLOYERS INS. CO.__   Policy Number: __WKN151486__

( ) I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.

**19. ASBESTOS REMOVAL DECLARATION / LEAD HAZARD WARNING**

I certify that notification of asbestos removal is either not applicable or has been submitted to the AQMD or EPA as per section 19827.5 of the Health and Safety Code. Information is available at (909) 396-2336 and the notification form at www.aqmd.gov. Lead safe construction practices are required when doing repairs that disturb paint in pre-1978 buildings due to the presence of lead per section 6716 and 6717 of the Labor Code. Information is available at Health Services for LA County at (800) 524-5323 or the State of California at (800) 597-5323 or www.dhs.ca.gov/childlead.

**20. CONSTRUCTION LENDING AGENCY DECLARATION**

I hereby affirm under penalty of perjury that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civil Code).

Lender's Name (If Any): _____   Lender's Address : _____

**21. FINAL DECLARATION**

I certify that I have read this application INCLUDING THE ABOVE DECLARATIONS and state that the above information INCLUDING THE ABOVE DECLARATIONS is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes. I realize that this permit is an application for inspection and that it does not approve or authorize the work specified herein, and it does not authorize or permit any violation or failure to comply with any applicable law. Furthermore, neither the City of Los Angeles nor any board, department officer, or employee thereof, make any warranty, nor shall be responsible for the performance or results of any work described herein, nor the condition of the property nor the soil upon which such work is performed. I further affirm under penalty of perjury, that the proposed work will not destroy or unreasonably interfere with any access or utility easement belonging to others and located on my property, but in the event such work does destroy or unreasonably interfere with such easement, a substitute easement(s) satisfactory to the holder(s) of the easement will be provided (Sec. 91.0106.4.3.4 LAMC).

**By signing below, I certify that:**

(1) I accept all the declarations above namely the Licensed Contractor's Declaration, Workers' Compensation Declaration, Asbestos Removal Declaration / Lead Hazard Warning, Construction Lending Agency Declaration, and Final Declaration; and

(2) This permit is being obtained with the consent of the legal owner of the property.

Print Name: __AARON SEMLER__   Sign: _____   Date: __03/15/2016__   [X] Contractor   ☐ Authorized Agent

# 737 S Broadway

**Permit Application # : 16026 - 10000 - 00093**

| Bldg-Alter/Repair | City of Los Angeles - Department of Building and Safety | Plan Check #: B16LA03008 |
|---|---|---|
| Commercial | | Initiating Office: METRO |
| Plan Check | **PLOT PLAN ATTACHMENT** | Printed on: 03/15/16  13:26:57 |



1050532016607390

(DO NOT DRAW, WRITE, OR PASTE ATTACHMENTS OUTSIDE BORDER)

| COUNCIL DISTRICT: 14 | INSPECTION DISTRICT: BIGIM3 | PLOT PLAN |
|---|---|---|

Case 2:24-bk-12079-VZ   Doc 429-3   Filed 02/11/25   Entered 02/11/25 17:37:06   Desc
Declaration of Kimberlina Whettam   Page 20 of 77

**737 - 741 S Broadway**



City of Los Angeles - Department of Building and Safety

Permit #:

Plan Check #: B14LA08387

Event Code:

**14016 - 10000 - 12343**

Printed: 08/18/14 10:03 AM

| Bldg-Alter/Repair **GREEN - MANDATORY**<br>Commercial<br>Regular Plan Check<br>Plan Check | **APPLICATION FOR BUILDING PERMIT**<br>**AND CERTIFICATE OF OCCUPANCY** | Issued on: 08/18/2014<br>Last Status: Issued<br>Status Date: 08/18/2014 |
|---|---|---|

**1. TRACT** | **BLOCK** | **LOT(s)** | **ARB** | **COUNTY MAP REF #** | **PARCEL ID # (PIN #)** | **2. ASSESSOR PARCEL #**

HUBER TRACT | BLK 25 | 4 | | M R 2-280 | 127-5A209  77 | 5144 - 014 - 030

**3. PARCEL INFORMATION**

Area Planning Commission - Central
LADBS Branch Office - LA
Bldg. Line - 5
Council District - 14
Community Design Overlay District - Broadway

Certified Neighborhood Council - Downtown Los Angeles
Community Plan Area - Central City
Census Tract - 2073.01
District Map - 127-5A209
Energy Zone - 9

Fire District - 1 (Entire parcel)
Methane Hazard Site - Methane Buffer Zone
Near Source Zone Distance - .8
Parking Dist. - CCPD
Parking Dist. - DPD

ZONES(S): [Q]C5-4D-CDO

**4. DOCUMENTS**

| | | |
|---|---|---|
| ZI - ZI-2374 LOS ANGELES STATE ENTER ORD - ORD-129944 | ORD - ORD-180871 | CRA - ZI 2316 CITY CENTER REDEV PRJC |
| ZI - ZI-2385 Greater Downtown Housing Ince ORD - ORD-135901 | ORD - ORD-75667 | CPC - CPC-1985-342-ZC |
| ZI - ZI-2408 Broadway | ORD - ORD-137036 | OHD - Yes | CPC - CPC-1986-606-GPC |
| ZA - ZA-2002-4441-YV-SPP | ORD - ORD-164307-SA1875 | HCM - US-79000484 | CPC - CPC-2005-1122-CA |

**5. CHECKLIST ITEMS**

Permit Flag - Fire Life Safety Clearnce Reqd
Std. Work Descr - Seismic Gas Shut Off Valve

**6. PROPERTY OWNER, TENANT, APPLICANT INFORMATION**

Owner(s):
BROADWAY AVENUE INVESTMENTS LLC
264 OAKHURST DR, BEVERLY HILLS CA 90212 --
Tenant:

Applicant: (Relationship: Tenant)
DAVID  GLASSMAN - GPA INC.
1309 POST AVE., TORRANCE, CA 90501 -- (310) 781-8250

For Cashier's Use Only                                W/O #: 41612343

**7. EXISTING USE** | **PROPOSED USE**

(16) Retail

**8. DESCRIPTION OF WORK**

GAP RETAIL STORE TENANT IMPROVEMENT on ground  floor  irregular 58' 9" x 140' 2"

**9. # Bldgs on Site & Use:**     RETAIL

**10. APPLICATION PROCESSING INFORMATION**

BLDG. PC By: Eric Cabrera
OK for Cashier: Nancy Jung
Signature:

DAS PC By: Shine Lin
Coord. OK:
Date: 08/18/2014

**11. PROJECT VALUATION:**     Final Fee Period

Permit Valuation: $350,000          PC Valuation:

Sewer Cap ID:                        Total Bond(s) Due:

**12. ATTACHMENTS**

Plot Plan

For inspection requests, call toll-free (888) LA4BUILD (524-2845).  Outside LA County, call (213) 482-0000 or request inspections via www.ladbs.org.  To speak to a Call Center agent, call **311**.  Outside LA County, call (213) 473-3231.

LA 0005 106004078 8/18/2014 10:03:04 AM

| | |
|---|---|
| BUILDING PERMIT COMM | $1,984.50 |
| PLAN MAINTENANCE | $39.69 |
| EI COMMERCIAL | $98.00 |
| ONE STOP SURCH | $42.44 |
| SYSTEMS DEVT FEE | $127.33 |
| CITY PLANNING SURCH | $121.45 |
| MISCELLANEOUS | $10.00 |
| PLANNING GEN PLAN MAINT SURCH | $101.21 |
| CA BLDG STD COMMISSION SURCHARGE | $14.00 |
| **Sub Total:** | **$2,538.62** |

Permit #: 140161000012343
Building Card #: 2014LA36237
Receipt #: 0106334549

*P 1 4 0 1 6 1 0 0 0 0 1 2 3 4 3 F N*

**13. STRUCTURE INVENTORY**   (Note: Numeric measurement data in the format "number / number" implies "change in numeric value / total resulting numeric value")   **14016 - 10000 - 12343**

(P) Floor Area (ZC): 0 Sqft / 8161 Sqft
(P) Height (BC): 0 Feet / Feet
(P) Height (ZC): 0 Feet / Feet
(P) Highrise Building
(P) Stories: +9 Stories / 9 Stories
(P) M Occ. Group: 0 Sqft / 8161 Sqft
(P) Parking Req'd for Bldg (Auto+Bicycle): 0 Stalls / Stall
(P) Type I-A Construction
(P) Floor Construction - Concrete Slab on Grade

**14. APPLICATION COMMENTS:**
** Approved Seismic Gas Shut-Off Valve may be required. **

In the event that any box (i.e. 1-16) is filled to capacity, it is possible that additional information has been captured electronically and could not be printed due to space restrictions. Nevertheless the information printed exceeds that required by section 19825 of the Health and Safety Code of the State of California.

**15. BUILDING RELOCATED FROM:**

**16. CONTRACTOR, ARCHITECT & ENGINEER NAME**

| NAME | ADDRESS | CLASS | LICENSE # | PHONE # |
|---|---|---|---|---|
| (A) HEATH, DENNIS MICHAEL | MBH ARCHITECTS, 2470 MARINER SQUARE ALAMEDA, CA 945011010 | C12815 | (510) 865-8663 |
| (C) ICE BUILDERS INC | 421 E CERRITOS AVENUE, ANAHEIM, CA 92805 | B | 775947 |

**PERMIT EXPIRATION/REFUNDS:** This permit expires two years after the date of the permit issuance. This permit will also expire if no construction work is performed for a continuous period of 180 days (Sec. 98.0602 LAMC). Claims for refund of fees paid must be filed within one year from the date of expiration for permits granted by LADBS (Sec. 22.12 & 22.13 LAMC. The permittee may be entitled to reimbursement of permit fees if the Department fails to conduct an inspection within 60 days of receiving a request for final inspection (HS 17951).

**17. LICENSED CONTRACTOR'S DECLARATION**

I hereby affirm under penalty of perjury that I am licensed under the provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect. The following applies to B contractors only: I understand the limitations of Section 7057 of the Business and Professional Code related to my ability to take prime contracts or subcontracts involving specialty trades.

License Class: **B**   License No.: **775947**   Contractor: **ICE BUILDERS INC**

**18. WORKERS' COMPENSATION DECLARATION**

I hereby affirm, under penalty of perjury, one of the following declarations:

( ) I have and will maintain a certificate of consent to self insure for workers' compensation, as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.

(X) I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers' compensation insurance carrier and policy number are:

Carrier: **LIBERTY INS. CORP.**   Policy Number: **WA765D2896050**

( ) I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.

**19. ASBESTOS REMOVAL DECLARATION / LEAD HAZARD WARNING**

I certify that notification of asbestos removal is either not applicable or has been submitted to the AQMD or EPA as per section 19827.5 of the Health and Safety Code. Information is available at (909) 396-2336 and the notification form at www.aqmd.gov. Lead safe construction practices are required when doing repairs that disturb paint in pre-1978 buildings due to the presence of lead per section 6716 and 6717 of the Labor Code. Information is available at Health Services for LA County at (800) 524-5323 or the State of California at (800) 597-5323 or www.dhs.ca.gov/childlead.

**20. CONSTRUCTION LENDING AGENCY DECLARATION**

I hereby affirm under penalty of perjury that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civil Code).

Lender's Name (If Any): _____   Lender's Address : _____,

**21. FINAL DECLARATION**

I certify that I have read this application INCLUDING THE ABOVE DECLARATIONS and state that the above information INCLUDING THE ABOVE DECLARATIONS is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes. I realize that this permit is an application for inspection and that it does not approve or authorize the work specified herein, and it does not authorize or violation or failure to comply with any applicable law. Furthermore, neither the City of Los Angeles nor any board, department officer, or employee thereof, make any warranty, nor shall be responsible for the performance or results of any work described herein, nor the condition of the property nor the soil upon which such work is performed. I further affirm under penalty of perjury, that the proposed work will not destroy or unreasonably interfere with any access or utility easement belonging to others and located on my property, but in the event such work does destroy or unreasonably interfere with such easement, a substitute easement(s) satisfactory to the holder(s) of the easement will be provided (Sec. 91.0106.4.3.4 LAMC).

**By signing below, I certify that:**

(1) I accept all the declarations above namely the Licensed Contractor's Declaration, Workers' Compensation Declaration, Asbestos Removal Declaration / Lead Hazard Warning, Construction Lending Agency Declaration, and Final Declaration; and

(2) This permit is being obtained with the consent of the legal owner of the property.

Print Name: **ED KOLAR**   Sign: _____   Date: **08/18/2014**   [ ] Contractor   [X] Authorized Agent

# 737 - 741 S Broadway

**Permit Application # : 14016 - 10000 - 12343**

| | | |
|---|---|---|
| Bldg-Alter/Repair | **City of Los Angeles - Department of Building and Safety** | Plan Check #: **B14LA08387FO** |
| Commercial | | Initiating Office: METRO |
| Plan Check | **PLOT PLAN ATTACHMENT** | Printed on: 07/24/14  14:42:39 |



(D) ALLEY

GAP FACTORY STORE 21086
LEGAL DESCRIPTION
HUBER MAKEE TRACT
BLOCK: BLK 25
APN: 5144 011 030
ZONE: [PD]-4B-CDO
BUILDING HEIGHT: 127.93'

(D) BUS STOP — N.I.C.

(D) STREET PARKING — N.I.C.

(D) STREET CROSSWALK — N.I.C.

**NEW GAP FACTORY STORE**
ADDRESS: 737-741 S BROADWAY
LOS ANGELES, CA 90014
AREA: 8,161 SF

ACCESSIBLE PATH
OF TRAVEL

TI @ 1st floor
for retail.

(E) REFUSE &
RECYCLING
LOCATION,
TRG 3-YARD
BINS

RTI
JUL 2 4 2014

(DO NOT DRAW, WRITE, OR PASTE ATTACHMENTS OUTSIDE BORDER)

---

| COUNCIL DISTRICT: 14 | INSPECTION DISTRICT:  BIGIM3 | PLOT PLAN ATTACHMENT |
|---|---|---|

**737 S Broadway**



Permit #:
Plan Check #: B18LA05904
Event Code:

**18016 - 10000 - 09280**

Printed: 08/23/18 03:32 PM

| | | |
|---|---|---|
| Bldg-Alter/Repair **GREEN - NONE**<br>Commercial<br>Regular Plan Check<br>Plan Check | City of Los Angeles - Department of Building and Safety<br><br>**APPLICATION FOR BUILDING PERMIT**<br><br>**AND CERTIFICATE OF OCCUPANCY** | Issued on:   08/23/2018<br><br>Last Status:   Issued<br><br>Status Date:  08/23/2018 |

**1. TRACT**      **BLOCK**   **LOT(s)**      **ARB**   **COUNTY MAP REF #**    **PARCEL ID # (PIN #)**   **2. ASSESSOR PARCEL #**

HUBER TRACT     BLK 25   4        M R 2-280    127-5A209 77   5144 - 014 - 030

**3. PARCEL INFORMATION**

Area Planning Commission - Central    Certified Neighborhood Council - Downtown Los Angeles    Fire District - 1 (Entire parcel)
LADBS Branch Office - LA    Community Plan Area - Central City    Methane Hazard Site - Methane Buffer Zone
Bldg. Line - 5    Census Tract - 2073.01    Near Source Zone Distance - .8
Council District - 14    District Map - 127-5A209    Parking Dist. - CCPD
Community Design Overlay District - Broadway    Energy Zone - 9    Parking Dist. - DPD

**ZONES(S):**   [Q]C5-4D-CDO-SN

**4. DOCUMENTS**

| | | |
|---|---|---|
| ZI - ZI-2374 LOS ANGELES STATE ENTER ZI - ZI-2452 Transit Priority Area in the Cit | ORD - ORD-135901 | ORD - ORD-184055 |
| ZI - ZI-2385 Greater Downtown Housing Ince ZI - ZI-2457 Historic Broadway | ORD - ORD-137036 | ORD - ORD-184056 |
| ZI - ZI-2408 Broadway   ZA - ZA-2002-4441-YV-SPP | ORD - ORD-164307-SA1875 | ORD - ORD-75667 |
| ZI - ZI-2450 Downtown Streetcar   ORD - ORD-129944 | ORD - ORD-180871 | OHD - Yes |

**5. CHECKLIST ITEMS**

Special Inspect - Anchor Bolts                 Std. Work Descr - Seismic Gas Shut Off Valve
Fabricator Reqd - Structural Steel
Permit Flag - Fire Life Safety Clearnce Reqd

**6. PROPERTY OWNER, TENANT, APPLICANT INFORMATION**             For Cashier's Use Only           W/O #: 81609280

Owner(s):
BROADWAY AVENUE INVESTMENTS LLC
264 OAKHURST DR, BEVERLY HILLS CA 90212 --
Tenant:


Applicant:  (Relationship: Agent for Owner)
TIM BELL -
, -- (310) 573-4300

**7. EXISTING USE**              **PROPOSED USE**

(13) Office
(16) Retail

**8. DESCRIPTION OF WORK**

ARCHITECTURAL REQUIREMENTS FOR THE HIGH RISE RETROFIT ORD. 163,836
AND 165,319.  NO EXTERIOR WORK PER BROADWAY CDO.

**9. # Bldgs on Site & Use:**

| | |
|---|---|
| **10. APPLICATION PROCESSING INFORMATION**<br>BLDG. PC By:   Lawrence Quirante<br>OK for Cashier:   Michael Irigoyen<br>Signature: _____  Date: 08/23/2018 | DAS PC By:<br><br>Coord. OK: |

**11. PROJECT VALUATION**    Final Fee Period
Permit Valuation:  $80,000        PC Valuation:  $0

Sewer Cap ID:                Total Bond(s) Due:

**12. ATTACHMENTS**
Plot Plan

For inspection requests, call toll-free **(888) LA4BUILD (524-2845)**.  Outside LA County, call
(213) 482-0000 or request inspections via **www.ladbs.org**.  To speak to a Call Center agent, call
**311**.  Outside LA County, call (213) 473-3231.

LA PREC 102129663  8/23/2018 3:19:58 PM

| | |
|---|---|
| BUILDING PERMIT COMM | $714.38 |
| BUILDING PLAN CHECK | $0.00 |
| BUILDING PLAN CHECK | $0.00 |
| PLAN MAINTENANCE | $14.29 |
| EI COMMERCIAL | $22.40 |
| DEV SERV CENTER SURCH | $23.34 |
| SYSTEMS DEVT FEE | $46.68 |
| CITY PLANNING SURCH | $45.34 |
| MISCELLANEOUS | $10.00 |
| PLANNING GEN PLAN MAINT SURCH | $52.90 |
| CA BLDG STD COMMISSION SURCHARGE | $4.00 |
| BUILDING PLAN CHECK | $27.00 |
| LINKAGE FEE | $0.00 |
|                **Sub Total:** | **$960.33** |

Permit #: 180161000009280
Building Card #: 2018LA09092
Receipt #: 0102933972



\* P 1 8 0 1 6 1 0 0 0 0 0 9 2 8 0 F N \*

| 13. STRUCTURE INVENTORY | (Note: Numeric measurement data in the format "number / number" implies "change in numeric value / total resulting numeric value") | 18016 - 10000 - 09280 |
|---|---|---|

**14. APPLICATION COMMENTS:**

** Approved Seismic Gas Shut-Off Valve may be required. ** - See 14016-10000-08305 for (E) retail and office bldg.

In the event that any box (i.e. 1-16) is filled to capacity, it is possible that additional information has been captured electronically and could not be printed due to space restrictions. Nevertheless the information printed exceeds that required by section 19825 of the Health and Safety Code of the State of California.

**15. BUILDING RELOCATED FROM:**

| 16. CONTRACTOR, ARCHITECT & ENGINEER NAME | ADDRESS | | CLASS | LICENSE # | PHONE # |
|---|---|---|---|---|---|
| (A) SULLIVAN, SCOTT BERNARD | 828 11TH STREET # 5, | SANTA MONICA, CA 90403 | | C33139 | |
| (C) OZAIR CONSTRUCTION & DESIGN INC | 462 S PALM DRIVE, | BEVERLY HILLS, CA 90212 | B | 992682 | |

**PERMIT EXPIRATION/REFUNDS:** This permit expires two years after the date of the permit issuance. This permit will also expire if no construction work is performed for a continuous period of 180 days (Sec. 98.0602 LAMC). Claims for refund of fees paid must be filed within one year from the date of expiration for permits granted by LADBS (Sec. 22.12 & 22.13 LAMC). The permittee may be entitled to reimbursement of permit fees if the Department fails to conduct an inspection within 60 days of receiving a request for final inspection (HS 17951).

**17. LICENSED CONTRACTOR'S DECLARATION**

I hereby affirm under penalty of perjury that I am licensed under the provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect. The following applies to B contractors only: I understand the limitations of Section 7057 of the Business and Professional Code related to my ability to take prime contracts or subcontracts involving specialty trades.

License Class: __B__     License No.: ___992682___     Contractor: _____OZAIR CONSTRUCTION & DESIGN INC_____

**18. WORKERS' COMPENSATION DECLARATION**

I hereby affirm, under penalty of perjury, one of the following declarations:

( ) I have and will maintain a certificate of consent to self insure for workers' compensation, as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.

(X) I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers' compensation insurance carrier and policy number are:

Carrier: __STATE COMP. INS. FUND__     Policy Number: _____9110045_____

( ) I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.

**19. ASBESTOS REMOVAL DECLARATION / LEAD HAZARD WARNING**

I certify that notification of asbestos removal is either not applicable or has been submitted to the AQMD or EPA as per section 19827.5 of the Health and Safety Code. Information is available at (909) 396-2336 and the notification form at www.aqmd.gov. Lead safe construction practices are required when doing repairs that disturb paint in pre-1978 buildings due to the presence of lead per section 6716 and 6717 of the Labor Code. Information is available at Health Services for LA County at (800) 524-5323 or the State of California at (800) 597-5323 or www.dhs.ca.gov/childlead.

**20. CONSTRUCTION LENDING AGENCY DECLARATION**

I hereby affirm under penalty of perjury that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civil Code).

Lender's Name (If Any): _____     Lender's Address: _____

**21. FINAL DECLARATION**

I certify that I have read this application INCLUDING THE ABOVE DECLARATIONS and state that the above information INCLUDING THE ABOVE DECLARATIONS is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes. I realize that this permit is an application for inspection and that it does not approve or authorize the work specified herein, and it does not authorize or permit any violation or failure to comply with any applicable law. Furthermore, neither the City of Los Angeles nor any board, department officer, or employee thereof, make any warranty, nor shall be responsible for the performance or results of any work described herein, nor the condition of the property nor the soil upon which such work is performed. I further affirm under penalty of perjury, that the proposed work will not destroy or unreasonably interfere with any access or utility easement belonging to others and located on my property, but in the event such work does destroy or unreasonably interfere with such easement, a substitute easement(s) satisfactory to the holder(s) of the easement will be provided (Sec. 91.0106.4.3.4 LAMC).

**By signing below, I certify that:**

(1) I accept all the declarations above namely the Licensed Contractor's Declaration, Workers' Compensation Declaration, Asbestos Removal Declaration / Lead Hazard Warning, Construction Lending Agency Declaration, and Final Declaration; and

(2) This permit is being obtained with the consent of the legal owner of the property.

Print Name: __SHAUL OZAIR__     Sign: _____     Date: __08/23/2018__     [X] Contractor     [ ] Authorized Agent

Case 2:24-bk-12079-VZ  Doc 429-3  Filed 02/11/25  Entered 02/11/25 17:37:06  Desc
Declaration of Kimberlina Whettam  Page 25 of 77

**737 S Broadway**

Permit Application # : **18016 - 10000 - 09280**

Bldg-Alter/Repair

Commercial

Plan Check

City of Los Angeles - Department of Building and Safety

**PLOT PLAN ATTACHMENT**

Plan Check #:  B18LA05904FO

Initiating Office:  METRO

Printed on: 04/30/18  08:09:30



1060905201862709

(DO NOT DRAW, WRITE, OR PASTE ATTACHMENTS OUTSIDE BORDER)

ADJ. PARKING LOT

60'-0⅜"

23'-1¼"

ADJ 8 STORY BLDG

737 BROADWAY BLVD
8 STORY
TYPE I BLDG
7,500 SF FOOTPRINT
25,200 SF TOTAL BUILDING AREA

153'-1¾"

140'-0"

ADJ. 6 STORY BLDG

10'-0"

BROADWAY BLVD

40'-0"
CL

SITE PLAN - 1 / 16" =1'-0"

READY TO ISSUE
BY LAWRENCE QUIRANTE

AUG 1 4 2018

Signature

COUNCIL DISTRICT: 14

INSPECTION DISTRICT:  BIGIM3

PLOT PLAN

**737 S Broadway**



| | Permit #: | **15016 - 10000 - 15230** |
|---|---|---|
| | Plan Check #: B15LA10065 | Printed: 08/27/15 03:21 PM |
| | Event Code: | |

| Bldg-Alter/Repair | City of Los Angeles - Department of Building and Safety | Issued on: 08/27/2015 |
|---|---|---|
| Commercial | **APPLICATION FOR BUILDING PERMIT** | Last Status: Issued |
| Plan Check at Counter | **AND CERTIFICATE OF OCCUPANCY** | Status Date: 08/27/2015 |
| Plan Check | | |

| 1. TRACT | BLOCK | LOT(s) | | ARB | COUNTY MAP REF # | PARCEL ID # (PIN #) | 2. ASSESSOR PARCEL # |
|---|---|---|---|---|---|---|---|
| HUBER TRACT | BLK 25 | 4 | | | M R 2-280 | 127-5A209 77 | 5144 - 014 - 030 |

**3. PARCEL INFORMATION**

| | | |
|---|---|---|
| Area Planning Commission - Central | Certified Neighborhood Council - Downtown Los Angeles | Fire District - 1 (Entire parcel) |
| LADBS Branch Office - LA | Community Plan Area - Central City | Methane Hazard Site - Methane Buffer Zone |
| Bldg. Line - 5 | Census Tract - 2073.01 | Near Source Zone Distance - .8 |
| Council District - 14 | District Map - 127-5A209 | Parking Dist. - CCPD |
| Community Design Overlay District - Broadway | Energy Zone - 9 | Parking Dist. - DPD |

ZONES: [Q]C5-4D-CDO

**4. DOCUMENTS**

| | | | |
|---|---|---|---|
| ZI - ZI-145-2063 | ZI - ZI-2408 Broadway | ORD - ORD-137036 | OHD - Yes |
| ZI - ZI-145-2065 | ZA - ZA-2002-4441-YV-SPP | ORD - ORD-164307-SA1875 | HCM - US-79000484 |
| ZI - ZI-2374 LOS ANGELES STATE ENTER ORD - ORD-129944 | | ORD - ORD-180871 | DTRM - DIR-2014-2349-CDO |
| ZI - ZI-2385 Greater Downtown Housing Ince ORD - ORD-135901 | | ORD - ORD-75667 | DTRM - DIR-2014-4538-CDO |

**5. CHECKLIST ITEMS**

Permit Flag - Fire Life Safety by LADBS
Std. Work Descr - Interior Non-struct. Remo

**6. PROPERTY OWNER, TENANT, APPLICANT INFORMATION**

Owner(s):
BROADWAY AVENUE INVESTMENTS LLC
264 OAKHURST DR, BEVERLY HILLS CA 90212 --

Tenant:

Applicant: (Relationship: Architect)
TIMA BELL -
6056 HAROLD WAY, LOS ANGELES, CA 90028 -- (0) -

| For Cashier's Use Only | W/O #: 51615230 |
|---|---|

**7. EXISTING USE**        PROPOSED USE

(13) Office

**8. DESCRIPTION OF WORK**

INTERIOR T.I. - FIRE CONTROL AND UTILITY ROOMS IN BASEMENT

**9. # Bldgs on Site & Use:**

**10. APPLICATION PROCESSING INFORMATION**

| | |
|---|---|
| BLDG. PC By: Ricardo Supan | DAS PC By: |
| OK for Cashier: George Banning | Coord. OK: |
| Signature: _George Banning_ | Date: 08/27/2015 |

**11. PROJECT VALUATION**   Final Fee Period

| | |
|---|---|
| Permit Valuation: $5,000 | PC Valuation: |
| Sewer Cap ID: | Total Bond(s) Due: |

**12. ATTACHMENTS**
Plot Plan

For inspection requests, call toll-free **(888) LA4BUILD (524-2845)**. Outside LA County, call **(213) 482-0000** or request inspections via **www.ladbs.org**. To speak to a Call Center agent, call **311**. Outside LA County, call (213) 473-3231.

LA CARL 103069451 8/27/2015 3:21:42 PM

| | |
|---|---|
| BUILDING PERMIT COMM | $146.25 |
| BUILDING PLAN CHECK | $0.00 |
| EI COMMERCIAL | $1.40 |
| ONE STOP SURCH | $2.95 |
| SYSTEMS DEVT FEE | $8.86 |
| CITY PLANNING SURCH | $8.78 |
| MISCELLANEOUS | $10.00 |
| PLANNING GEN PLAN MAINT SURCH | $7.31 |
| CA BLDG STD COMMISSION SURCHARGE | $1.00 |
| BUILDING PLAN CHECK | $0.00 |
| **Sub Total:** | **$186.55** |

Permit #: 150161000015230
Building Card #: 2015LA52890
Receipt #: 0103482089

*P15016100001 5230FN*

| 13. STRUCTURE INVENTORY | (Note: Numeric measurement data in the format "number / number" implies "change in numeric value / total resulting numeric value") | 15016 - 10000 - 15230 |
|---|---|---|

**14. APPLICATION COMMENTS:**
ACCESSIBLE BATHROOM APPROVED ON PERMIT 15016-10000-03746

In the event that any box (i.e. 1-16) is filled to capacity, it is possible that additional information has been captured electronically and could not be printed due to space restrictions. Nevertheless the information printed exceeds that required by section 19825 of the Health and Safety Code of the State of California.

**15. BUILDING RELOCATED FROM:**

| 16. CONTRACTOR, ARCHITECT & ENGINEER NAME | ADDRESS | | CLASS | LICENSE # | PHONE # |
|---|---|---|---|---|---|
| (A)  SULLIVAN, SCOTT BERNARD | 828 11TH STREET # 5, | SANTA MONICA, CA 90403 | | C33139 | (310) 573-4300 |
| (C)  OZAIR CONSTRUCTION & DESIGN INC | 462 S PALM DRIVE, | BEVERLY HILLS, CA 90212 | B | 992682 | (818) 915-0109 |

**PERMIT EXPIRATION/REFUNDS:** This permit expires two years after the date of the permit issuance. This permit will also expire if no construction work is performed for a continuous period of 180 days (Sec. 98.0602 LAMC). Claims for refund of fees paid must be filed within one year from the date of expiration for permits granted by LADBS (Sec. 22.12 & 22.13 LAMC). The permittee may be entitled to reimbursement of permit fees if the Department fails to conduct an inspection within 60 days of receiving a request for final inspection (HS 17951).

**17. LICENSED CONTRACTOR'S DECLARATION**

I hereby affirm under penalty of perjury that I am licensed under the provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect. The following applies to B contractors only: I understand the limitations of Section 7057 of the Business and Professional Code related to my ability to take prime contracts or subcontracts involving specialty trades.

License Class: __B__      License No.: ___992682___      Contractor: __OZAIR CONSTRUCTION & DESIGN INC__

**18. WORKERS' COMPENSATION DECLARATION**

I hereby affirm, under penalty of perjury, one of the following declarations:

( )  I have and will maintain a certificate of consent to self insure for workers' compensation, as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.

(X)  I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers' compensation insurance carrier and policy number are:

Carrier: __STATE COMP. INS. FUND__ .                          Policy Number: ___9110045___

( )  I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.

**19. ASBESTOS REMOVAL DECLARATION / LEAD HAZARD WARNING**

I certify that notification of asbestos removal is either not applicable or has been submitted to the AQMD or EPA as per section 19827.5 of the Health and Safety Code. Information is available at (909) 396-2336 and the notification form at www.aqmd.gov. Lead safe construction practices are required when doing repairs that disturb paint in pre-1978 buildings due to the presence of lead per section 6716 and 6717 of the Labor Code. Information is available at Health Services for LA County at (800) 524-5323 or the State of California at (800) 597-5323 or www.dhs.ca.gov/childlead.

**20. CONSTRUCTION LENDING AGENCY DECLARATION**

I hereby affirm under penalty of perjury that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civil Code).

Lender's Name (If Any): _____      Lender's Address : _____,

**21. FINAL DECLARATION**

I certify that I have read this application INCLUDING THE ABOVE DECLARATIONS and state that the above information INCLUDING THE ABOVE DECLARATIONS is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes. I realize that this permit is an application for inspection and that it does not approve or authorize the work specified herein, and it does not authorize or permit any violation or failure to comply with any applicable law. Furthermore, neither the City of Los Angeles nor any board, department officer, or employee thereof, make any warranty, nor shall be responsible for the performance or results of any work described herein, nor the condition of the property nor the soil upon which such work is performed. I further affirm under penalty of perjury, that the proposed work will not destroy or unreasonably interfere with any access or utility easement belonging to others and located on my property, but in the event such work does destroy or unreasonably interfere with such easement, a substitute easement(s) satisfactory to the holder(s) of the easement will be provided (Sec. 91.0106.4.3.4 LAMC).

**By signing below, I certify that:**

(1)  I accept all the declarations above namely the Licensed Contractor's Declaration, Workers' Compensation Declaration, Asbestos Removal Declaration  / Lead Hazard Warning, Construction Lending Agency Declaration, and Final Declaration; and

(2)  This permit is being obtained with the consent of the legal owner of the property.

Print Name: __SHAUL OZAIR__          Sign: _____          Date: __08/27/2015__      [X] Contractor      [ ] Authorized Agent

**737 S Broadway**

Permit Application # : **15016 - 10000 - 15230**

| Bldg-Alter/Repair | City of Los Angeles - Department of Building and Safety | Plan Check #:  B15LA10065 |
| Commercial | | Initiating Office:  METRO |
| Plan Check | **PLOT PLAN ATTACHMENT** | Printed on: 08/27/15  15:22:52 |

(DO NOT DRAW, WRITE, OR PASTE ATTACHMENTS OUTSIDE BORDER)

101001110220101

ADJ. PARKING LOT

ADJ 8 STORY BLDG

737, 739, 741 BROADWAY BLVD
8 STORY
TYPE I BLDG
7,500 SF FOOTPRINT
25,200 SF TOTAL BUILDING AREA

ADJ. 8 STORY BLDG

BROADWAY BLVD

SITE PLAN - 1/16"

N

G B
8/27/15

| COUNCIL DISTRICT: 14 | INSPECTION DISTRICT:  BIGIM3 | PLOT PLAN |

Case 2:24-bk-12079-VZ  Doc 429-3  Filed 02/11/25  Entered 02/11/25 17:37:06  Desc
Declaration of Kimberlina Whettam  Page 29 of 77

**737 S Broadway**



Permit #:

Plan Check #: B14LA13355

Event Code:

**14016 - 10000 - 19782**

Printed: 10/02/14 10:16 AM

| Bldg-Alter/Repair<br>Commercial<br>Plan Check at Counter<br>Plan Check | City of Los Angeles - Department of Building and Safety<br>**APPLICATION FOR BUILDING PERMIT**<br>**AND CERTIFICATE OF OCCUPANCY** | Issued on: 10/02/2014<br>Last Status: Issued<br>Status Date: 10/02/2014 |
|---|---|---|

| 1. TRACT | BLOCK | LOT(s) | | ARB | COUNTY MAP REF # | PARCEL ID # (PIN #) | 2. ASSESSOR PARCEL # |
|---|---|---|---|---|---|---|---|
| HUBER TRACT | BLK 25 | 4 | | | M R 2-280 | 127-5A209 77 | 5144 - 014 - 030 |

**3. PARCEL INFORMATION**

Area Planning Commission - Central
LADBS Branch Office - LA
Bldg. Line - 5
Council District - 14
Community Design Overlay District - Broadway

Certified Neighborhood Council - Downtown Los Angeles
Community Plan Area - Central City
Census Tract - 2073.01
District Map - 127-5A209
Energy Zone - 9

Fire District - 1 (Entire parcel)
Methane Hazard Site - Methane Buffer Zone
Near Source Zone Distance - .8
Parking Dist. - CCPD
Parking Dist. - DPD

ZONES(S): [Q]C5-4D-CDO

**4. DOCUMENTS**

| ZI - ZI-2374 LOS ANGELES STATE ENTER ORD - ORD-129944 | ORD - ORD-180871 | DTRM - DIR-2014-2349-CDO |
|---|---|---|
| ZI - ZI-2385 Greater Downtown Housing Ince ORD - ORD-135901 | ORD - ORD-75667 | CRA - ZI 2316 CITY CENTER REDEV PRJC |
| ZI - ZI-2408 Broadway ORD - ORD-137036 | OHD - Yes | CPC - CPC-1985-342-ZC |
| ZA - ZA-2002-4441-YV-SPP ORD - ORD-164307-SA1875 | HCM - US-79000484 | CPC - CPC-1986-606-GPC |

**5. CHECKLIST ITEMS**

Permit Flag - Fire Life Safety by LADBS
Std. Work Descr - Interior Non-struct. Remo

**6. PROPERTY OWNER, TENANT, APPLICANT INFORMATION**

Owner(s):
BROADWAY AVENUE INVESTMENTS LLC
264 OAKHURST DR, BEVERLY HILLS CA 90212 --
Tenant:


Applicant:  (Relationship: Architect)
KRISTI BAILEY -
6056 HAROLD WAY, LOS ANGELES, CA, 90028 --

For Cashier's Use Only                                W/O #: 41619782

**7. EXISTING USE**

(16) Retail
(13) Office

PROPOSED USE

**8. DESCRIPTION OF WORK**

Interior alteration to (E) retail/office bldg. non bering partition  length = 79'

**9. # Bldgs on Site & Use:**

**10. APPLICATION PROCESSING INFORMATION**

| BLDG. PC By: | Eric Cabrera | DAS PC By: |
|---|---|---|
| OK for Cashier: | Ronald Allen | Coord. OK: |
| Signature: | | Date: 10/02/2014 |

**11. PROJECT VALUATION**  Final Fee Period

| Permit Valuation: | $5,000 | PC Valuation: |
|---|---|---|
| Sewer Cap ID: | | Total Bond(s) Due: |

**12. ATTACHMENTS**

Plot Plan

For inspection requests, call toll-free (888) LA4BUILD (524-2845). Outside LA County, call
(213) 482-0000 or request inspections via **www.ladbs.org**. To speak to a Call Center agent, call
**311**. Outside LA County, call (213) 473-3231.

```
LA 0032 102045143 10/2/2014 10:16:21 AM
BUILDING PERMIT COMM              $146.25
BUILDING PLAN CHECK                $0.00
EI COMMERCIAL                      $1.40
ONE STOP SURCH                     $2.95
SYSTEMS DEVT FEE                   $8.86
CITY PLANNING SURCH                $8.78
MISCELLANEOUS                     $10.00
PLANNING GEN PLAN MAINT SURCH      $7.31
CA BLDG STD COMMISSION SURCHARGE   $1.00
BUILDING PLAN CHECK                $0.00

       Sub Total:                $186.55
Permit #: 140161000019782
Building Card #: 2014LA38386
Receipt #: 0102353049
```

*P14016100001 9782FN*

| 13. STRUCTURE INVENTORY | (Note: Numeric measurement data in the format "number / number" implies "change in numeric value / total resulting numeric value") | **14016 - 10000 - 19782** |
| --- | --- | --- |

| **14. APPLICATION COMMENTS:** | In the event that any box (i.e. 1-16) is filled to capacity, it is |
| --- | --- |
| NON STRUCTURAL DEMISING WALL ON FIRST FLOOR | possible that additional information has been captured electronically and could not be printed due to space restrictions. Nevertheless the information printed exceeds that required by section 19825 of the Health and Safety Code of the State of California. |

**15. BUILDING RELOCATED FROM:**

| 16. CONTRACTOR, ARCHITECT & ENGINEER NAME | | ADDRESS | | CLASS | LICENSE # | PHONE # |
| --- | --- | --- | --- | --- | --- | --- |
| (A) | SULLIVAN, SCOTT BERNARD | 828 11TH STREET # 5, | SANTA MONICA, CA 90403 | | C33139 | |
| (C) | OZAIR CONSTRUCTION & DESIGN INC | 443 SOUTH OAKHURST DRIVE #207, | BEVERLY HILLS, CA 90212 | B | 992682 | (818) 915-0109 |

**PERMIT EXPIRATION/REFUNDS:** This permit expires two years after the date of the permit issuance. This permit will also expire if no construction work is performed for a continuous period of 180 days (Sec. 98.0602 LAMC). Claims for refund of fees paid must be filed within one year from the date of expiration for permits granted by LADBS (Sec. 22.12 & 22.13 LAMC). The permittee may be entitled to reimbursement of permit fees if the Department fails to conduct an inspection within 60 days of receiving a request for final inspection (HS 17951).

**17. LICENSED CONTRACTOR'S DECLARATION**

I hereby affirm under penalty of perjury that I am licensed under the provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect. The following applies to B contractors only: I understand the limitations of Section 7057 of the Business and Professional Code related to my ability to take prime contracts or subcontracts involving specialty trades.

License Class: **B**   License No.: **992682**   Contractor: **OZAIR CONSTRUCTION & DESIGN INC**

**18. WORKERS' COMPENSATION DECLARATION**

I hereby affirm, under penalty of perjury, one of the following declarations :

( ) I have and will maintain a certificate of consent to self insure for workers' compensation, as provided for by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.

(X) I have and will maintain workers' compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My workers' compensation insurance carrier and policy number are:

Carrier: **STATE COMP. INS. FUND**   Policy Number: **9110045**

( ) I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the workers' compensation laws of California, and agree that if I should become subject to the workers' compensation provisions of Section 3700 of the Labor Code, I shall forthwith comply with those provisions.

WARNING: FAILURE TO SECURE WORKERS' COMPENSATION COVERAGE IS UNLAWFUL, AND SHALL SUBJECT AN EMPLOYER TO CRIMINAL PENALTIES AND CIVIL FINES UP TO ONE HUNDRED THOUSAND DOLLARS ($100,000), IN ADDITION TO THE COST OF COMPENSATION, DAMAGES AS PROVIDED FOR IN SECTION 3706 OF THE LABOR CODE, INTEREST, AND ATTORNEY'S FEES.

**19. ASBESTOS REMOVAL DECLARATION / LEAD HAZARD WARNING**

I certify that notification of asbestos removal is either not applicable or has been submitted to the AQMD or EPA as per section 19827.5 of the Health and Safety Code. Information is available at (909) 396-2336 and the notification form at www.aqmd.gov. Lead safe construction practices are required when doing repairs that disturb paint in pre-1978 buildings due to the presence of lead per section 6716 and 6717 of the Labor Code. Information is available at Health Services for LA County at (800) 524-5323 or the State of California at (800) 597-5323 or www.dhs.ca.gov/childlead.

**20. CONSTRUCTION LENDING AGENCY DECLARATION**

I hereby affirm under penalty of perjury that there is a construction lending agency for the performance of the work for which this permit is issued (Sec. 3097, Civil Code).

Lender's Name (If Any): _____   Lender's Address : _____

**21. FINAL DECLARATION**

I certify that I have read this application **INCLUDING THE ABOVE DECLARATIONS** and state that the above information **INCLUDING THE ABOVE DECLARATIONS** is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this city to enter upon the above-mentioned property for inspection purposes. I realize that this permit is an application for inspection and that it does not approve or authorize the work specified herein, and it does not authorize or permit any violation or failure to comply with any applicable law. Furthermore, neither the City of Los Angeles nor any board, department officer, or employee thereof, make any warranty, nor shall be responsible for the performance or results of any work described herein, nor the condition of the property nor the soil upon which such work is performed. I further affirm under penalty of perjury, that the proposed work will not destroy or unreasonably interfere with any access or utility easement belonging to others and located on my property, but in the event such work does destroy or unreasonably interfere with such easement, a substitute easement(s) satisfactory to the holder(s) of the easement will be provided (Sec. 91.0106.4.3.4 LAMC).

**By signing below, I certify that:**

(1) I accept all the declarations above namely the Licensed Contractor's Declaration, Workers' Compensation Declaration, Asbestos Removal Declaration / Lead Hazard Warning, Construction Lending Agency Declaration, and Final Declaration; and

(2) This permit is being obtained with the consent of the legal owner of the property.

Print Name: **SHAUL OZAIR**   Sign: _____   Date: **10/02/2014**   [X] Contractor   [ ] Authorized Agent

Case 2:24-bk-12079-VZ  Doc 429-3  Filed 02/11/25  Entered 02/11/25 17:37:06  Desc
Declaration of Kimberlina Whettam  Page 31 of 77

**737 S Broadway**

Permit Application # : **14016 - 10000 - 19782**

| Bldg-Alter/Repair | City of Los Angeles - Department of Building and Safety | Plan Check #:  B14LA13355 |
|---|---|---|
| Commercial | | Initiating Office:  METRO |
| Plan Check | **PLOT PLAN ATTACHMENT** | Printed on: 09/30/14  16:21:42 |



(DO NOT DRAW, WRITE, OR PASTE ATTACHMENTS OUTSIDE BORDER)

BROADWAY BLVD

40'-0"
CL

ADJ. 6 STORY BLDG

163'-11½"

140'-0"

PATH OF TRAVEL
FROM SIDEWALK

737, 739, 741 BROADWAY BLVD
8 STORY
TYPE I BLDG
7,500 SF FOOTPRINT
25,200 SF TOTAL BUILDING AREA

ADJ 8 STORY BLDG

90'-0"

COUNCIL DISTRICT: 14          INSPECTION DISTRICT:  BIGIM3

# Exhibit 3

# Exhibit 3

KIMBERLINA-032



**City of Los Angeles**
**Department of Building and Safety**



**PERMIT INFORMATION: 737 S BROADWAY 90014**

| ADDRESS | PERMIT # | PERMIT TYPE | STATUS | STATUS DATE | CERTIFICATE OF OCCUPANCY | DESCRIPTION |
|---------|----------|-------------|--------|-------------|--------------------------|-------------|
| 737  S BROADWAY 90014 | 14016-10000-12343 | BUILDING PERMIT BLDG-ALTER/REPAIR | PERMIT FINALED | 06/04/2015 | | GAP RETAIL STORE TENANT IMPROVEMENT on ground floor irregular 58' 9" x 140' 2" |
| 737  S BROADWAY 90014 | 14016-10000-12344 | BUILDING PERMIT BLDG-ALTER/REPAIR | PERMIT EXPIRED | 10/31/2016 | 128879 | GAP RETAIL STORE EXTERIOR FACADE REMODEL TO GROUND FLOOR.  NEW STOREFRONT SYSTEM and add awnings to the store front facacde as per architectural plans |
| 737  S BROADWAY 90014 | 14016-10000-14361 | BUILDING PERMIT BLDG-ALTER/REPAIR | PERMIT EXPIRED | 11/14/2016 | | INSTALLATION OF STORAGE RACKS ONLY at rear of retail tenant space |
| 737  S BROADWAY 90014 | 14016-10000-19782 | BUILDING PERMIT BLDG-ALTER/REPAIR | PERMIT FINALED | 06/08/2015 | | Interior alteration to (E) retail/office bldg. non bering partition length = 79' |
| 737  S BROADWAY 90014 | 14016-10000-22801 | BUILDING PERMIT BLDG-ALTER/REPAIR | PERMIT FINALED | 01/20/2017 | | 2HR SEPARATIONS AND 90 MIN. DOORS PER MODIFICATION REQUIREMENT OF HIGH RISE RETROFIT ORDINANCE (AS REQUIRED BY THE FIRE DEPARTMENT). NEW 2HR PARTITIONS TO ENCLOSE ELEVATOR SHAFT ON FLOORS 2 THROUGH 8. NEW PARTITION TO ENLARGE BATHROOM. |
| 737  S BROADWAY 90014 | 14016-10001-08305 | ADMINISTRATIVE APPROVAL EXTENSION OF TIME | PERMIT FINALED | 06/22/2018 | | ** SUPPLEMENTAL PERMIT FOR THE RENOVATION OF A PORTION OF THE FIRST/2ND/3RD FLOOR FACADE(INCLUDING DOUBLE DOORS), NEW WINDOWS IN EXISTING OPENINGS (2ND-3RD FLOORS ONLY), RESURFACE EXISTING MARQUEE < HISTORICAL.BUILDING><<2 hour SEPARATION WALL, FIRE DOORS etc,UNDER 14016-10000-22801>> |



# CITY LA DBS
## DEPARTMENT OF BUILDING AND SAFETY

**City of Los Angeles**
**Department of Building and Safety**

**PERMIT INFORMATION: 737 S BROADWAY 90014**

| ADDRESS | PERMIT # | PERMIT TYPE | STATUS | STATUS DATE | CERTIFICATE OF OCCUPANCY | DESCRIPTION |
|---------|----------|-------------|--------|-------------|--------------------------|-------------|
| 737 S BROADWAY 90014 | 14016-10001-08305 | BUILDING PERMIT BLDG-ALTER/REPAIR | PERMIT FINALED | 06/22/2018 | | ** SUPPLEMENTAL PERMIT FOR THE RENOVATION OF A PORTION OF THE FIRST/2ND/3RD FLOOR FACADE(INCLUDING DOUBLE DOORS), NEW WINDOWS IN EXISTING OPENINGS (2ND-3RD FLOORS ONLY), RESURFACE EXISTING MARQUEE < HISTORICAL.BUILDING><<2 hour SEPARATION WALL, FIRE DOORS etc,UNDER 14016-10000-22801>> |
| 737 S BROADWAY 90014 | 14041-10000-30856 | ELECTRICAL | PERMIT EXPIRED | 11/06/2014 | | Installation of new fire alarm system for existing commercial highrise building.  128 total devices + 1 control panel. |
| 737 S BROADWAY 90014 | 14043-10000-04058 | FIRE SPRINKLER | PERMIT FINALED | 09/29/2014 | | Installation of fire sprinkler system on 1st floor of 8 story building.  4" main to remain, branch lines are new  PER CRA:  Work shall not alter the historic facade |
| 737 S BROADWAY 90014 | 14043-10004-05200 | FIRE SPRINKLER | ISSUED | 08/31/2018 | | REVISION TO PREVIOUSLY APPROVED PLANS. FIRE PROTECTION TENANT IMPROVEMENT IN AN EXISTING 8 STORY BUILDING. NEW MASTER PRV AND REVISION TO BASEMENT LEVEL SPRINKLER SYSTEM. EXISTING 6" FIRE SERVICE @737 BROADWAY; EXISITING 6" RP DEVICE. |
| 737 S BROADWAY 90014 | 14043-20000-05200 | FIRE SPRINKLER | ISSUED | 12/18/2014 | | NEW FIRE SPRINKLER INSTALLATION IN EXISTING 5 STORY BUILDING. NEW ELEC FIRE PUMP W/EMERGENCY GEN. EXISTING 6" FIRE SERVICE @737 BROADWAY; NEW 6" RP DEVICE. |



**City of Los Angeles**
**Department of Building and Safety**



**PERMIT INFORMATION: 737 S BROADWAY 90014**

| ADDRESS | PERMIT # | PERMIT TYPE | STATUS | STATUS DATE | CERTIFICATE OF OCCUPANCY | DESCRIPTION |
|---------|----------|-------------|--------|-------------|--------------------------|-------------|
| 737 S BROADWAY 90014 | 14043-20002-05200 | FIRE SPRINKLER | ISSUED | 05/08/2018 | | PERMIT TO CHANGE WORK DESCRIPTION: NEW FIRE SPRINKLER SYSTEM FOR EXISTING 8 STORY BUILDING. NEW FIRE PUMP, EXISTING 6" FIRE SERVICE NEW 6" RP DEVICE. *NO FEE DEPARTMENT ERROR* |
| 737 S BROADWAY 90014 | 14044-10000-08285 | HVAC | PERMIT EXPIRED | 08/18/2014 | | TI -RETAIL CRA approval is limited to 1) interior work, 2) one new louver facing the rear of the building for exhaust & 3) replacement of existing split unit condenser on the roof of the rear 2 -story building projection. No approval for any other exterior alteration is approved under this permit. |
| 737 S BROADWAY 90014 | 15016-10000-03746 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 03/10/2015 | | INTERIOR TENANT IMPROVEMENT TO REMOVE AND REBUILD RESTROOMS ON THE BASEMENT LEVEL AND 2ND TO 8TH FLOORS. ADD PLUMBING FIXTURES TO THE BASEMENT RESTROOM. CONSTRUCT NONBEARING WALLS AND RELATED FINISHES. BASEMENT AND SECOND FLOOR TO 8TH FLOOR TO BE PRIVATE OPEN OFFICE ONLY. |
| 737 S BROADWAY 90014 | 15016-10000-15230 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 08/27/2015 | | INTERIOR T.I. - FIRE CONTROL AND UTILITY ROOMS IN BASEMENT |
| 737 S BROADWAY 90014 | 15044-10000-13362 | HVAC | PERMIT FINALED | 12/16/2015 | | INSTALL NEW AND REPLACE EXISTING HEAT PUMP SPLIT SYSTEMS SERVING AN EXISTING 8-STORY COMMERCIAL OFFICE BUILDING. SEE COMMENTS. |
| 737 S BROADWAY 90014 | 16026-10000-00093 | BUILDING PERMIT BLDG-ALTER/REPAIR | PERMIT EXPIRED | 04/16/2018 | | REPLACE ELEVATOR HALL LANDINGS |

**City of Los Angeles**
**Department of Building and Safety**



**PERMIT INFORMATION: 737 S BROADWAY 90014**

| ADDRESS | PERMIT # | PERMIT TYPE | STATUS | STATUS DATE | CERTIFICATE OF OCCUPANCY | DESCRIPTION |
|---------|----------|-------------|--------|-------------|--------------------------|-------------|
| 737  S BROADWAY 90014 | 16041-10000-30410 | ELECTRICAL | APPLICATION WITHDRAWN | 08/26/2016 | | INSTALLATION OF NEW (150KW)GENERATOR, TRANSFER SWITCH, AND (75HP)FIREPUMP TO EXISTING HIGHRISE BUILDING. |
| 737  S BROADWAY 90014 | 16041-10001-30410 | ELECTRICAL | PERMIT FINALED | 09/11/2018 | | FULL PLAN CHECK FOR EXISTING BUILDING WITH NEW CONNECTED LOAD >400A - SCOPE INCLUDES INSTALLATION OF NEW (150KW)GENERATOR, TRANSFER SWITCH, AND (75HP)FIREPUMP, 20 CONDENSING UNITS, 13 NEW PANELS ANBD ELECTRICAL EQUIPMENT  TO EXISTING HIGHRISE BUILDING |
| 737  S BROADWAY 90014 | 16041-10003-30410 | ELECTRICAL | PERMIT FINALED | 05/17/2021 | | Changes to an approved set of plans, changes include the revision of single line diagram. Note changes under delta 2.<br><br>_____<br><br>FULL PLAN CHECK FOR EXISTING BUILDING WITH NEW CONNECTED LOAD >400A - SCOPE INCLUDES INSTALLATION OF NEW (150KW)GENERATOR, TRANSFER SWITCH, AND (75HP)FIREPUMP, 20 CONDENSING UNITS, 13 NEW PANELS ANBD ELECTRICAL EQUIPMENT  TO EXISTING HIGHRISE BUILDING |
| 737  S BROADWAY 90014 | 17041-10000-26055 | ELECTRICAL | PERMIT FINALED | 08/01/2017 | | PC FOR RESTROOM TI IN A HIGH RISE BUILDING  ON THE BASEMENT LEVEL AND 2ND TO 8TH FLOORS FOR TITLE 24 ENERGY ONLY.<br>TOTAL AFFECTED AREA 1810 SQ.FT.<br>SCOPE INCLUDES NEW LIGHTS RECEPTACLES  AND CIRCUITS.<br>B# 15016-10000-03746 |

**City of Los Angeles**
**Department of Building and Safety**



**PERMIT INFORMATION: 737 S BROADWAY 90014**

| ADDRESS | PERMIT # | PERMIT TYPE | STATUS | STATUS DATE | CERTIFICATE OF OCCUPANCY | DESCRIPTION |
|---|---|---|---|---|---|---|
| 737  S BROADWAY 90014 | 18016-10000-09280 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 08/23/2018 | | ARCHITECTURAL REQUIREMENTS FOR THE HIGH RISE RETROFIT ORD. 163,836 AND 165,319.  NO EXTERIOR WORK PER BROADWAY CDO. |
| 737  S BROADWAY 90014 | 18016-10001-09280 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 02/16/2023 | | SUPPLEMENTAL PERMIT TO #18016-10000-09289: TO ADD WATER CURTAINS AND CHANGE SWING OF OPERABLE FIRE ESCAPE WINDOWS ON FLOORS 5 - 8 . |
| 737  S BROADWAY 90014 | 1907LA02463 | BUILDING PERMIT NEW CONSTRUCTION | ISSUED | 04/27/1907 | | REVIEWING STAND. |
| 737  S BROADWAY 90014 | 1908LA06097 | BUILDING PERMIT NEW CONSTRUCTION | ISSUED | 10/27/1908 | | STORE 3 ROOMS ALL. |
| 737  S BROADWAY 90014 | 1908LA06154 | BUILDING PERMIT NEW CONSTRUCTION | ISSUED | 10/29/1908 | | 3 FLOORS ALL. |
| 737  S BROADWAY 90014 | 1913LA02629 | BUILDING PERMIT BLDG-DEMOLITION | ISSUED | 03/01/1913 | | WRECK & REMOVE BLDG. |
| 737  S BROADWAY 90014 | 1913LA06189 | BUILDING PERMIT NEW CONSTRUCTION | ISSUED | 05/05/1913 | | STORES & LOFTS. |
| 737  S BROADWAY 90014 | 1913LA06393 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 05/08/1913 | | CUT CHASES IN PARTY WALL & FOUNDATION BLDG ON SOUTH IS A CLASS "B" CHASES ABOUT 17' - C C FOR COLUMNS 26 TO ABOUT 30" X 30". |
| 737  S BROADWAY 90014 | 1913LA07212 | BUILDING PERMIT NEW CONSTRUCTION | ISSUED | 05/24/1913 | | LOFTS 24 ROOMS. |

**City of Los Angeles**
**Department of Building and Safety**



**PERMIT INFORMATION: 737 S BROADWAY 90014**

| ADDRESS | PERMIT # | PERMIT TYPE | STATUS | STATUS DATE | CERTIFICATE OF OCCUPANCY | DESCRIPTION |
|---------|----------|-------------|--------|-------------|--------------------------|-------------|
| 737 S BROADWAY 90014 | 1914LA20845 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 10/22/1914 | | LAYING 13/16" MAPLE FLOORING ON THE EAST 60' OF THE FIFTH FLOOR LOFT, SOUTH SIDE, NAILED TO 1 X 6 STRIPS SECURED TO FLOOR WITH SCREWS & EXPANSION SHIELDS. FIRE PROOF FILLING BETWEEN STRIPS. |
| 737 S BROADWAY 90014 | 1914LA23197 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 12/04/1914 | | DIVIDE THE UPPER NORTH LOFT 60 X 140 BY A 3" TILE PLASTERED PARTITION INTO 2 LOFTS NO OPENINGS (6TH FLOOR). 3" TILE PLASTERED WALL 2 ROOMS WIRE BETWEEN TILE HEIGHT 12" NO OPENINGS. |
| 737 S BROADWAY 90014 | 1915LA00132 | BUILDING PERMIT BLDG-ADDITION | ISSUED | 01/04/1915 | | WE PROPOSE TO DIVIDE THE NORTH LOFT ON 8TH FLOOR INTO ROOMS AS SET FORTH IN SKETCH HEREWITH SUBMITTED THE TILE WALLS WILL BE PLASTERED ON BOTH SIDES. PERMIT FOR CHGS & ADD'N IN ELECTRIC WIRING WILL BE OBTAINED. THE ROOMS ARE TO BE USED FOR LODGE PURPOSES. K OF P. |
| 737 S BROADWAY 90014 | 1915LA00385 | BUILDING PERMIT BLDG-ADDITION | ISSUED | 01/08/1915 | | MOVE PRESENT STORE FRONT BACK 10'-0" ADD 6'-0" TO PRESENT BALCONY. |
| 737 S BROADWAY 90014 | 1915LA01424 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 01/26/1915 | | BUILD A 6' TILE WALL ON FIRST STORY BETWEEN THE NORTH 30' & THE NEXT SOUTH 30' ON MIDDLE LINE OF COLUMNS. THE COLUMNS ARE 17' ON CENTERS, CLEAR SPACE 14'6" & 19' HIGH WALLS WILL BE BUILT AS PER ORDINANCE. |

**City of Los Angeles**
**Department of Building and Safety**



**PERMIT INFORMATION: 737 S BROADWAY 90014**

| ADDRESS | PERMIT # | PERMIT TYPE | STATUS | STATUS DATE | CERTIFICATE OF OCCUPANCY | DESCRIPTION |
|---|---|---|---|---|---|---|
| 737  S BROADWAY 90014 | 1915LA01886 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 02/04/1915 | | NEW REAR IRON STAIRWAY BSMNT TO SECOND FLOOR PRESENT ONE FROM MEZZANINE TO SECOND FLOOR OUT 2 NEW STAIRS IN REAR OF ELEVATOR, FIRST FLOOR TO BSMNT TILE PARTITION IN BSMNT & ABOUT STAIRS T & G PARTITION IN BSMNT NEW LINTELS IN BSMNT NEAR FRONT ELEVATOR (SEE OTHER SIDE). 3 DUMBWAITERS, BSMNT TO SECOND FLOOR REFRIGERATOR IN BSMNT TILE PARTITION AS SHOWN TOILETS OUT & NEW ONES IN PLUNGE CEILING MUSICIANS' GALLERY CUTTING FIRST FLOOR AS PER PLAN L CHANGING FRONT SHOWN CASE PARTITION.  ENTIRE PERMIT & PLUMBING PRESENT WILL BE TAKEN OUR LATER ALSO ONE FOR NEW WORK ON SECOND FLOOR. |
| 737  S BROADWAY 90014 | 1915LA02503 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 02/16/1915 | | IN SOUTH LOFT, EIGHTH FLOOR INSTALL 4' HOLLOW TILE PARTITIONS, OUT TWO OPENINGS IN SOUTH WALL & INSTALL TWO HOLLOW METAL WINDOWS WITH WIRE GLASS TO COMPLY WITH ORD AS SHOWN ON PLANS. |
| 737  S BROADWAY 90014 | 1915LA03441 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 03/06/1915 | | ALTER/REPAIR, BUILD A 3" HOLLOW TILE PARTITION IN THE NORTH LOFT OF THE FIFTH FLOOR OF THE BLDG. REINFORCED WITH METAL STRIPS PLASTERED ON BOTH SIDES. |



**City of Los Angeles**
**Department of Building and Safety**



**PERMIT INFORMATION: 737 S BROADWAY 90014**

| ADDRESS | PERMIT # | PERMIT TYPE | STATUS | STATUS DATE | CERTIFICATE OF OCCUPANCY | DESCRIPTION |
|---|---|---|---|---|---|---|
| 737 S BROADWAY 90014 | 1915LA03562 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 03/08/1915 | | ALTER/REPAIR, THE ALTERATIONS CONSIST OF CUTTING PASSAGEWAY THROUGH EXISTING WALL, ERECTING NEW CORRIDOR WALL & CUTTING THE WHOLE INTO BANQUET ROOMS, ALL AS PER PLANS ALL WALLS 4" TILE & ALL WORK ON 2ND FL NORTH OF ISAACS BLDG. |
| 737 S BROADWAY 90014 | 1915LA03750 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 03/10/1915 | | BUILD T & G PARTITIONS AS SHOWN & LAY MAPLE FLOOR OVER CONCRETE AS INDICATED. |
| 737 S BROADWAY 90014 | 1915LA05093 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 04/02/1915 | | PUT NEW SKYLIGHT IN ROOF. NORTH 8TH FLOOR ROOM OF SOUTH ENTRANCE SAME AS OTHER SKYLIGHTS. THE ORIGINAL FRAMING PROVIDED FOR IT. |
| 737 S BROADWAY 90014 | 1915LA06737 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 05/06/1915 | | CONSTRUCTION PLUMBING - WIRING - VENTILATION STORY FRONT - BANQUET TRAIN SASH & DOOR OF FLOOR DEVA?TAR & ?KING INCREASE INVALUATION OF PERMIT #1886. |
| 737 S BROADWAY 90014 | 1915LA14716 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 12/08/1915 | | INSTALL 3" TILE PARTITION ON SEVENTH FLOOR, SOUTH LOFT, AS PER PLANS. |
| 737 S BROADWAY 90014 | 1916LA03759 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 06/22/1916 | | BUILD A 3" TILE PARTITION 12' HIGH ON 6TH FLOOR NORTH LOFT ISAACS BLDG, EAST & WEST, SAME BEING PROVIDED FOR IN ORIGINAL CONSTRUCTION. TILE TO BE BONDED WITH METAL LATH & PLASTERED BOTH SIDES. |
| 737 S BROADWAY 90014 | 1916LA03785 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 06/23/1916 | | TO BUILD TWO SKYLIGHTS 8' X 12' EACH OVER 8TH FLOOR NORTH LOFT. SKYLIGHT SHALL CONFORM TO CITY ORDINANCE & NO LIGHT OF THE WIRE GLASS SHALL BE GREATER THAN 16 X 48. |

KIMBERLINA-040

**City of Los Angeles**
**Department of Building and Safety**



**PERMIT INFORMATION: 737 S BROADWAY 90014**

| ADDRESS | PERMIT # | PERMIT TYPE | STATUS | STATUS DATE | CERTIFICATE OF OCCUPANCY | DESCRIPTION |
|---|---|---|---|---|---|---|
| 737 S BROADWAY 90014 | 1916LA04184 | BUILDING PERMIT BLDG-ADDITION | ISSUED | 07/14/1916 | | TO CUT OFF 10' FROM FRONT OF MEZZANINE FLOOR & TAKE OUT MEZZANINE STAIRS, TO TAKE OUT PRESENT STAIRS TO BSMNT & PUT IN NEW IRON STAIRS WHERE SHOWN. TO BUILD TOILETS & LOCKERS WHERE & AS SHOWN WITH VENTS. WALLS 3" HOLLOW TILE & PLASTERED. |
| 737 S BROADWAY 90014 | 1916LA04235 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 07/18/1916 | | REMODEL STORE FRONT AS PER OF PLANS & SPECIFICATIONS. |
| 737 S BROADWAY 90014 | 1916LA04337 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 07/24/1916 | | REPLACE IRON STAIR BY CONCRETE STAIRWAY. |
| 737 S BROADWAY 90014 | 1917LA00224 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 01/12/1917 | | BUILD A 3" TILE PARTITION WHERE ORIGINALLY INTENDED ALONG LINE COLUMNS, NOT CHANGING FIRE ESCAPE ACROSS & REMOVE ONE PRESENT PARTITION 4TH FLOOR. |
| 737 S BROADWAY 90014 | 1918LA04337 | BUILDING PERMIT NEW CONSTRUCTION | ISSUED | 08/21/1918 | | RES 2 ROOMS 1 FAMILY. |
| 737 S BROADWAY 90014 | 1919LA05124 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 07/02/1919 | | WOOD & GLASS PARTITION ON PORCH & 5TH FLOOR. |
| 737 S BROADWAY 90014 | 1919LA11258 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 11/21/1919 | | PUT IN I BEAMS TO CARRY ELEVATOR NO MACHINE ROOM MACHINERY. |
| 737 S BROADWAY 90014 | 1919LA11536 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 11/28/1919 | | REMOVE ONE PARTITION AS SHOWN ON DRAWINGS. |
| 737 S BROADWAY 90014 | 1920LA08593 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 06/15/1920 | | TO INSTALL A WINDOW METAL SASH & WIRE GLASS IN SOUTH WALL, 5TH STORY, IN BRICK FILLER WALL - DIRECTLY UNDER WALL BEAM. TO TAKE OUT A PORTION OF TILE WALL. |



**City of Los Angeles**
**Department of Building and Safety**



**PERMIT INFORMATION: 737 S BROADWAY 90014**

| ADDRESS | PERMIT # | PERMIT TYPE | STATUS | STATUS DATE | CERTIFICATE OF OCCUPANCY | DESCRIPTION |
|---------|----------|-------------|--------|-------------|--------------------------|-------------|
| 737  S BROADWAY 90014 | 1922LA26409 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 08/05/1922 | | ALTER/REPAIR. |
| 737  S BROADWAY 90014 | 1924LA20919 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 05/02/1924 | | ALTER/REPAIR. |
| 737  S BROADWAY 90014 | 1924LA34197 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 08/22/1924 | | ALTER/REPAIR. |
| 737  S BROADWAY 90014 | 1928LA06844 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 03/08/1928 | | ALTER/REPAIR. |
| 737  S BROADWAY 90014 | 1931LA16687 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 08/18/1931 | | ALTER/REPAIR. |
| 737  S BROADWAY 90014 | 1931LA17259 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 08/25/1931 | | ALTER/REPAIR. |
| 737  S BROADWAY 90014 | 1931LA17314 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 08/26/1931 | | ALTER/REPAIR. |
| 737  S BROADWAY 90014 | 1931LA18074 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 09/03/1931 | | ALTER/REPAIR. |
| 737  S BROADWAY 90014 | 1931LA18536 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 09/10/1931 | | ALTER/REPAIR. |
| 737  S BROADWAY 90014 | 1931LA18754 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 09/12/1931 | | ALTER/REPAIR. |
| 737  S BROADWAY 90014 | 1934LA00581 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 01/16/1934 | | ALTER/REPAIR. |
| 737  S BROADWAY 90014 | 1936LA27342 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 10/06/1936 | | ALTER/REPAIR. |

**City of Los Angeles**
**Department of Building and Safety**



**PERMIT INFORMATION: 737 S BROADWAY 90014**

| ADDRESS | PERMIT # | PERMIT TYPE | STATUS | STATUS DATE | CERTIFICATE OF OCCUPANCY | DESCRIPTION |
|---------|----------|-------------|--------|-------------|--------------------------|-------------|
| 737  S BROADWAY 90014 | 1937LA22069 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 07/01/1937 | | ALTER/REPAIR. |
| 737  S BROADWAY 90014 | 1943  00969 | BUILDING PERMIT BLDG-ALTER/REPAIR | | 02/11/1943 | | This document shows the following information: Stories = 2. |
| 737  S BROADWAY 90014 | 1943  00970 | BUILDING PERMIT BLDG-ALTER/REPAIR | | 02/11/1943 | | This document shows the following information: Stories = 2. |
| 737  S BROADWAY 90014 | 1943LA00969 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 02/15/1943 | | ALTER/REPAIR. |
| 737  S BROADWAY 90014 | 1943LA00970 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 02/15/1943 | | ALTER/REPAIR. |
| 737  S BROADWAY 90014 | 1946  08152 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 03/22/1946 | | DEMOLISH OLD ELEVATOR & REMOVE FROM STORE BLDG. SEE LATER PERMIT FOR CHANGES. |
| 737  S BROADWAY 90014 | 1947  10581 | BUILDING PERMIT BLDG-ALTER/REPAIR | | 04/18/1947 | | This document shows the following information: Type Const 1 = 1; Stories = 5. |
| 737  S BROADWAY 90014 | 1947  23123 | BUILDING PERMIT BLDG-ALTER/REPAIR | | 08/07/1947 | | This document shows the following information: Type Const 1 = 1; Stories = 8. |
| 737  S BROADWAY 90014 | 1947  36694 | BUILDING PERMIT BLDG-ALTER/REPAIR | | 12/30/1947 | | This document shows the following information: Type Const 1 = 1; Stories = 8. |
| 737  S BROADWAY 90014 | 1947LA10581 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 03/18/1947 | | ALTER/REPAIR. |
| 737  S BROADWAY 90014 | 1947LA23123 | BUILDING PERMIT ALTERATION | ISSUED | 08/07/1947 | | REVISE FORMER PERMIT. |
| 737  S BROADWAY 90014 | 1947LA36694 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 12/30/1947 | | ALTER/REPAIR. |

KIMBERLINA-043

**City of Los Angeles**
**Department of Building and Safety**



**PERMIT INFORMATION: 737 S BROADWAY 90014**

| ADDRESS | PERMIT # | PERMIT TYPE | STATUS | STATUS DATE | CERTIFICATE OF OCCUPANCY | DESCRIPTION |
|---------|----------|-------------|--------|-------------|--------------------------|-------------|
| 737  S BROADWAY 90014 | 1951LA05583 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 03/30/1951 | | ALTER/REPAIR. |
| 737  S BROADWAY 90014 | 1953  50762 | BUILDING PERMIT BLDG-ALTER/REPAIR | | 01/26/1953 | | This document shows the following information: Type Const 1 = 5; Stories = 8. |
| 737  S BROADWAY 90014 | 1953LA50762 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 01/26/1953 | | ALTER/REPAIR. |
| 737  S BROADWAY 90014 | 1953LA63336 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 06/22/1953 | | ALTER/REPAIR. |
| 737  S BROADWAY 90014 | 1953LA70751 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 09/15/1953 | | ALTER/REPAIR. |
| 737  S BROADWAY 90014 | 1953LA76871 | BUILDING PERMIT BLDG-ADDITION | ISSUED | 12/31/1953 | | ADD'N STORE. |
| 737  S BROADWAY 90014 | 1954LA78231 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 01/20/1954 | | ALTER/REPAIR. |
| 737  S BROADWAY 90014 | 1970LA11477 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 07/01/1970 | | NEW TRANSFORMER VAULT & STAIR ENCL NEW STAIRS BSMNT TO 4TH FLR, STAIR BSMNT TO 1ST FLR NEW ELEV & ESCALATOR, NEW ELEC & AIR COND, NEW STORE FRONT CEILING ETC, BSMNT THRU 4TH FLOOR. |
| 737  S BROADWAY 90014 | 1970LA11557 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 07/01/1970 | | NEW TRANSFORMER VAULT & STAIR ENCL NEW STAIRS BSMNT TO 4TH FLOOR, STAIR BSMNT TO 1ST FLOOR, NEW ELEVATOR & ESCALATOR, NEW ELEC & AIR COND, NEW STORE FRONT CEILINGS ETC, BSMNT THRU 4TH. |
| 737  S BROADWAY 90014 | 1970LA17005 | BUILDING PERMIT SIGN | ISSUED | 10/07/1970 | | NEW LTRS 39 FT X 1 FT 8 INCH. |

**City of Los Angeles**
**Department of Building and Safety**



**PERMIT INFORMATION: 737 S BROADWAY 90014**

| ADDRESS | PERMIT # | PERMIT TYPE | STATUS | STATUS DATE | CERTIFICATE OF OCCUPANCY | DESCRIPTION |
|---|---|---|---|---|---|---|
| 737 S BROADWAY 90014 | 1986LA43508 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 08/12/1986 | | ALTER STORE FRONT & INTERIOR WALLS HC DRESSING ROOM. |
| 737 S BROADWAY 90014 | 1994LA14365 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 02/01/1994 | | 2-HOUR SEPARATION BETWEEN 1ST & 2ND FLOOR TO CREATE A PARTIALLY OCCUPIED BLDG FOR FIRE LIFE SAFETY. |
| 737 S BROADWAY 90014 | 1995LA35422 | BUILDING PERMIT BLDG-ADDITION | ISSUED | 05/12/1995 | | NEW SHELVES, STORE FRONT, NEW HANDICAPPED BATHROOMS. |
| 737 S BROADWAY 90014 | 1996LA48092 | BUILDING PERMIT SIGN | ISSUED | 02/20/1996 | | CHANNEL LETTERS URM-NO IMPACT TOOLS ALLOWED SERIAL 57889. |
| 737 S BROADWAY 90014 | 96043-10000-00552 | FIRE SPRINKLER | PERMIT FINALED | 12/04/1996 | | retrofit work on the first floor of the high rise building |
| 737 S BROADWAY 90014 | 98016-10000-04313 | BUILDING PERMIT BLDG-ALTER/REPAIR | PERMIT FINALED | 12/09/1998 | | NEW 2 HR. SHAFT WALL & 1-1/2 HR DOOR ON THE 4TH FLOOR. (9 LINEAR FT) Provide locking doors at he exit shafts per MGD 75. VACANT ABOVE THE 1ST FLOOR. |
| 737 S BROADWAY 90014 | AF 36740 | AFFIDAVIT MAINTENANCE OF BUILDING | ISSUED | 06/18/1970 | | |
| 737 S BROADWAY 90014 | AF 36741 | AFFIDAVIT MAINTENANCE OF BUILDING | ISSUED | 06/26/1970 | | |
| 737 S BROADWAY 5th floor 90014 | 22016-30000-02631 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 03/01/2023 | | Tenant improvement in existing office on the 5th floor of 8 story building Scope of work to include new partitions to create new offices and conference room. No change in use. Interior work only. |
| 737 S BROADWAY KB 737 BLD 90014 | 11016-10000-18048 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 12/29/2011 | | INFILL OPENINGS ON 1ST & 2ND FLOOR IN FLOOR. |

**City of Los Angeles**
**Department of Building and Safety**



## PERMIT INFORMATION: 739 S BROADWAY 90014

| ADDRESS | PERMIT # | PERMIT TYPE | STATUS | STATUS DATE | CERTIFICATE OF OCCUPANCY | DESCRIPTION |
|---------|----------|-------------|--------|-------------|--------------------------|-------------|
| 739  S BROADWAY 90014 | 0986G141 | ELECTRICAL PERMIT | | 09/17/1986 | | *ADDRESS INCLUDES 737, 739 BROADWAY S. |
| 739  S BROADWAY 90014 | 1907LA02463 | BUILDING PERMIT NEW CONSTRUCTION | ISSUED | 04/27/1907 | | REVIEWING STAND. |
| 739  S BROADWAY 90014 | 1908LA05580 | BUILDING PERMIT BLDG-DEMOLITION | ISSUED | 10/06/1908 | | DEMOLISH ONLY. |
| 739  S BROADWAY 90014 | 1908LA06154 | BUILDING PERMIT NEW CONSTRUCTION | ISSUED | 10/29/1908 | | 3 FLOORS ALL. |
| 739  S BROADWAY 90014 | 1914LA23142 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 12/03/1914 | | CHG OFC SO AS TO NOT COMPLETE WITH FIRE ESCAPE. |
| 739  S BROADWAY 90014 | 1914LA23563 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 12/10/1914 | | I WISH TO PUT A PARTITION ACROSS THE REAR OF ROOM 28' FROM REAR OF A T & G 7-0 HIGH LEAVING 7-6 OPENING TO CEILING LEAVE 4-0 CLEAR OPENING TO FIRE ESCAPE. |
| 739  S BROADWAY 90014 | 1915LA09382 | MECHANICAL PERMIT PLUMBING | ISSUED | 06/21/1915 | | |
| 739  S BROADWAY 90014 | 1916LA06947 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 11/24/1916 | | CHG OFFICES & PARTITIONS & CUT DOWN PARTITIONS IN HEIGHT CONSTRUCTION OF WOOD & GLASS 5'6" HIGH 7TH FLOOR. |
| 739  S BROADWAY 90014 | 1917LA00335 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 01/17/1917 | | PUT IN PARTITION 7' HIGH WITH 3' DOOR PUT IN SHELVING & OFC LOFT IS 12' HIGH SAME TENANT. |
| 739  S BROADWAY 90014 | 1917LA00521 | BUILDING PERMIT BLDG-ADDITION | ISSUED | 01/26/1917 | | BUILD ABOUT 12 DRESSING ROOMS 7' HIGH OPEN AT TOP. ALSO PARTITION OFF SPACE IN REAR FOR WORK ROOM. ALL HALLWAYS LEADING TO FIRE ESCAPES WILL HAVE AT LEAST 3' PASSAGE WAY. FIREPROOF PARTITION. |

**City of Los Angeles**
**Department of Building and Safety**



**PERMIT INFORMATION: 739 S BROADWAY 90014**

| ADDRESS | PERMIT # | PERMIT TYPE | STATUS | STATUS DATE | CERTIFICATE OF OCCUPANCY | DESCRIPTION |
|---|---|---|---|---|---|---|
| 739  S BROADWAY 90014 | 1917LA01294 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 03/05/1917 | | PARTITION OF WOOD & GLASS WITH SHOEMAKER BOARD PANELS. |
| 739  S BROADWAY 90014 | 1917LA01551 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 03/15/1917 | | CUT OPENING 5' WIDE IN NORTH BRICK WALL, 5TH FLOOR & INSTALL METAL WINDOW WITH WIRE GLASS SIMILAR TO THE ONES NOW IN WINDOW TO BE PLACED IMMEDIATELY BELOW CONCRETE BEAM. |
| 739  S BROADWAY 90014 | 1918LA03746 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 07/19/1918 | | TO CUT THIS CONCRETE FLOOR SLAB ON 7TH FLOOR & ERECT REINFORCED CONCRETE STAIRS FROM 6TH TO 7TH FLOOR. |
| 739  S BROADWAY 90014 | 1919LA02909 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 04/22/1919 | | STATED ON ATTACHED SHEET.  THE NEW WINDOWS ARE FIRE EXPOSED & ARE TO BE UNDERWRITER WINDOWS WIRE GLASS.  THE CUTTING IS ONLY THREE FILLER WALLS BELOW BEAM. |
| 739  S BROADWAY 90014 | 1919LA06115 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 07/31/1919 | | PLACE AN ELECTRIC SIGN ON ROOF. |
| 739  S BROADWAY 90014 | 1920LA10467 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 07/16/1920 | | CUTTING OPENING AT A RE? ING PARTITION FORM C TO D WILL PUT FIRE ESCAPE ?  AT OPING A & B. |
| 739  S BROADWAY 90014 | 1922LA17993 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 05/26/1922 | | ALTER/REPAIR. |
| 739  S BROADWAY 90014 | 1923LA62452 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 12/31/1923 | | ALTER/REPAIR. |
| 739  S BROADWAY 90014 | 1927LA06359 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 03/09/1927 | | ALTER/REPAIR, WALL, TOILET & DOOR. |
| 739  S BROADWAY 90014 | 1930LA09830 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 04/30/1930 | | ALTER/REPAIR. |

KIMBERLINA-047

**City of Los Angeles**
**Department of Building and Safety**



**PERMIT INFORMATION: 739 S BROADWAY 90014**

| ADDRESS | PERMIT # | PERMIT TYPE | STATUS | STATUS DATE | CERTIFICATE OF OCCUPANCY | DESCRIPTION |
|---------|----------|-------------|--------|-------------|--------------------------|-------------|
| 739  S BROADWAY 90014 | 1930LA11677 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 05/20/1930 | | ALTER/REPAIR. |
| 739  S BROADWAY 90014 | 1934LA00174 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 01/05/1934 | | ALTER/REPAIR. |
| 739  S BROADWAY 90014 | 1934LA09357 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 07/23/1934 | | ALTER/REPAIR. |
| 739  S BROADWAY 90014 | 1939LA20067 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 05/22/1939 | | ALTER/REPAIR. |
| 739  S BROADWAY 90014 | 1939LA22968 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 06/09/1939 | | TILE WORK AND PLASTERING OF PARTITION ON FIFTH FLOOR. |
| 739  S BROADWAY 90014 | 1940LA23763 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 06/18/1940 | | ALTER/REPAIR. |
| 739  S BROADWAY 90014 | 1940LA30539 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 08/02/1940 | | RE-ROOF. |
| 739  S BROADWAY 90014 | 1943LA01550 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 03/11/1943 | | ADDITION OF OFFICE PARTITIONS. |
| 739  S BROADWAY 90014 | 1946  05139 | BUILDING PERMIT BLDG-ALTER/REPAIR | | 01/06/1946 | | This document shows the following information: Type Const 1 = 1. |
| 739  S BROADWAY 90014 | 1946  05140 | BUILDING PERMIT BLDG-ALTER/REPAIR | | 01/06/1946 | | This document shows the following information: Type Const 1 = 1. |
| 739  S BROADWAY 90014 | 1946  08152 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 03/22/1946 | | DEMOLISH OLD ELEVATOR & REMOVE FROM STORE BLDG. SEE LATER PERMIT FOR CHANGES. |
| 739  S BROADWAY 90014 | 1947LA17885 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 08/12/1947 | | ALTER/REPAIR. |

**City of Los Angeles**
**Department of Building and Safety**



**PERMIT INFORMATION: 739 S BROADWAY 90014**

| ADDRESS | PERMIT # | PERMIT TYPE | STATUS | STATUS DATE | CERTIFICATE OF OCCUPANCY | DESCRIPTION |
|---------|----------|-------------|--------|-------------|--------------------------|-------------|
| 739  S BROADWAY 90014 | 1948LA05139 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 01/06/1948 | | ALTER/REPAIR. |
| 739  S BROADWAY 90014 | 1948LA05140 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 01/06/1948 | | ALTER/REPAIR. |
| 739  S BROADWAY 90014 | 1954LA78941 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 02/01/1954 | | ALTER/REPAIR. |
| 739  S BROADWAY 90014 | 1954LA91457 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 07/26/1954 | | ALTER/REPAIR. |
| 739  S BROADWAY 90014 | 1956LA52007 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 08/07/1956 | | CHG OF OCC. |
| 739  S BROADWAY 90014 | 1986LA46506 | BUILDING PERMIT SIGN | ISSUED | 09/23/1986 | | NEW INDIVIDUAL LETTERS (ON SITE). |
| 739  S BROADWAY 90014 | AF 3635 | AFFIDAVIT MISCELLANEOUS | ISSUED | 07/06/1943 | | |
| 739  S BROADWAY 90014 | AFF 3635 | AFFIDAVIT MISCELLANEOUS | | 07/06/1943 | | *PORTION OF LOTS 3 & 14 INCLUSIVE. |



**City of Los Angeles**
**Department of Building and Safety**



**PERMIT INFORMATION: 737 S BROADWAY 90014**

| ADDRESS | PERMIT # | PERMIT TYPE | STATUS | STATUS DATE | CERTIFICATE OF OCCUPANCY | DESCRIPTION |
|---------|----------|-------------|--------|-------------|--------------------------|-------------|
| 737 S BROADWAY 90014 | 14016-10000-12343 | BUILDING PERMIT BLDG-ALTER/REPAIR | PERMIT FINALED | 06/04/2015 | | GAP RETAIL STORE TENANT IMPROVEMENT on ground floor irregular 58' 9" x 140' 2" |
| 737 S BROADWAY 90014 | 14016-10000-12344 | BUILDING PERMIT BLDG-ALTER/REPAIR | PERMIT EXPIRED | 10/31/2016 | 128879 | GAP RETAIL STORE EXTERIOR FACADE REMODEL TO GROUND FLOOR. NEW STOREFRONT SYSTEM and add awnings to the store front facacde as per architectural plans |
| 737 S BROADWAY 90014 | 14016-10000-14361 | BUILDING PERMIT BLDG-ALTER/REPAIR | PERMIT EXPIRED | 11/14/2016 | | INSTALLATION OF STORAGE RACKS ONLY at rear of retail tenant space |
| 737 S BROADWAY 90014 | 14016-10000-19782 | BUILDING PERMIT BLDG-ALTER/REPAIR | PERMIT FINALED | 06/08/2015 | | Interior alteration to (E) retail/office bldg. non bering partition length = 79' |
| 737 S BROADWAY 90014 | 14016-10000-22801 | BUILDING PERMIT BLDG-ALTER/REPAIR | PERMIT FINALED | 01/20/2017 | | 2HR SEPARATIONS AND 90 MIN. DOORS PER MODIFICATION REQUIREMENT OF HIGH RISE RETROFIT ORDINANCE (AS REQUIRED BY THE FIRE DEPARTMENT). NEW 2HR PARTITIONS TO ENCLOSE ELEVATOR SHAFT ON FLOORS 2 THROUGH 8. NEW PARTITION TO ENLARGE BATHROOM. |
| 737 S BROADWAY 90014 | 14016-10001-08305 | ADMINISTRATIVE APPROVAL EXTENSION OF TIME | PERMIT FINALED | 06/22/2018 | | ** SUPPLEMENTAL PERMIT FOR THE RENOVATION OF A PORTION OF THE FIRST/2ND/3RD FLOOR FACADE(INCLUDING DOUBLE DOORS), NEW WINDOWS IN EXISTING OPENINGS (2ND-3RD FLOORS ONLY), RESURFACE EXISTING MARQUEE < HISTORICAL.BUILDING><<2 hour SEPARATION WALL, FIRE DOORS etc,UNDER 14016-10000-22801>> |

KIMBERLINA-050

**City of Los Angeles**
**Department of Building and Safety**



**PERMIT INFORMATION: 737 S BROADWAY 90014**

| ADDRESS | PERMIT # | PERMIT TYPE | STATUS | STATUS DATE | CERTIFICATE OF OCCUPANCY | DESCRIPTION |
|---|---|---|---|---|---|---|
| 737  S BROADWAY 90014 | 14016-10001-08305 | BUILDING PERMIT BLDG-ALTER/REPAIR | PERMIT FINALED | 06/22/2018 | | ** SUPPLEMENTAL PERMIT FOR THE RENOVATION OF A PORTION OF THE FIRST/2ND/3RD FLOOR FACADE(INCLUDING DOUBLE DOORS), NEW WINDOWS IN EXISTING OPENINGS (2ND-3RD FLOORS ONLY), RESURFACE EXISTING MARQUEE < HISTORICAL.BUILDING><<2 hour SEPARATION WALL, FIRE DOORS etc,UNDER 14016-10000-22801>> |
| 737  S BROADWAY 90014 | 14041-10000-30856 | ELECTRICAL | PERMIT EXPIRED | 11/06/2014 | | Installation of new fire alarm system for existing commercial highrise building.  128 total devices + 1 control panel. |
| 737  S BROADWAY 90014 | 14043-10000-04058 | FIRE SPRINKLER | PERMIT FINALED | 09/29/2014 | | Installation of fire sprinkler system on 1st floor of 8 story building.  4" main to remain, branch lines are new  PER CRA:  Work shall not alter the historic facade |
| 737  S BROADWAY 90014 | 14043-10004-05200 | FIRE SPRINKLER | ISSUED | 08/31/2018 | | REVISION TO PREVIOUSLY APPROVED PLANS. FIRE PROTECTION TENANT IMPROVEMENT IN AN EXISTING 8 STORY BUILDING. NEW MASTER PRV AND REVISION TO BASEMENT LEVEL SPRINKLER SYSTEM. EXISTING 6" FIRE SERVICE @737 BROADWAY; EXISITING 6" RP DEVICE. |
| 737  S BROADWAY 90014 | 14043-20000-05200 | FIRE SPRINKLER | ISSUED | 12/18/2014 | | NEW FIRE SPRINKLER INSTALLATION IN EXISTING 5 STORY BUILDING. NEW ELEC FIRE PUMP W/EMERGENCY GEN. EXISTING 6" FIRE SERVICE @737 BROADWAY; NEW 6" RP DEVICE. |

**City of Los Angeles**
**Department of Building and Safety**



PERMIT INFORMATION: 737 S BROADWAY 90014

| ADDRESS | PERMIT # | PERMIT TYPE | STATUS | STATUS DATE | CERTIFICATE OF OCCUPANCY | DESCRIPTION |
|---|---|---|---|---|---|---|
| 737  S BROADWAY 90014 | 14043-20002-05200 | FIRE SPRINKLER | ISSUED | 05/08/2018 | | PERMIT TO CHANGE WORK DESCRIPTION: NEW FIRE SPRINKLER SYSTEM FOR EXISTING 8 STORY BUILDING. NEW FIRE PUMP, EXISTING 6" FIRE SERVICE NEW 6" RP DEVICE. *NO FEE DEPARTMENT ERROR* |
| 737  S BROADWAY 90014 | 14044-10000-08285 | HVAC | PERMIT EXPIRED | 08/18/2014 | | TI -RETAIL CRA approval is limited to 1)  interior work, 2)  one new louver facing the rear of the building for exhaust & 3) replacement of existing split unit condenser on the roof of the rear 2-story building projection.  No approval for any other exterior alteration is approved under this permit. |
| 737  S BROADWAY 90014 | 15016-10000-03746 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 03/10/2015 | | INTERIOR TENANT IMPROVEMENT TO REMOVE AND REBUILD RESTROOMS ON THE BASEMENT LEVEL AND 2ND TO 8TH FLOORS.  ADD PLUMBING FIXTURES TO THE BASEMENT RESTROOM. CONSTRUCT NONBEARING WALLS AND RELATED FINISHES. BASEMENT AND SECOND FLOOR TO 8TH FLOOR TO BE PRIVATE OPEN OFFICE ONLY. |
| 737  S BROADWAY 90014 | 15016-10000-15230 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 08/27/2015 | | INTERIOR T.I. - FIRE CONTROL AND UTILITY ROOMS IN BASEMENT |
| 737  S BROADWAY 90014 | 15044-10000-13362 | HVAC | PERMIT FINALED | 12/16/2015 | | INSTALL NEW AND REPLACE EXISTING HEAT PUMP SPLIT SYSTEMS SERVING AN EXISTING 8-STORY COMMERCIAL OFFICE BUILDING. SEE COMMENTS. |
| 737  S BROADWAY 90014 | 16026-10000-00093 | BUILDING PERMIT BLDG-ALTER/REPAIR | PERMIT EXPIRED | 04/16/2018 | | REPLACE ELEVATOR HALL LANDINGS |

CITY LA DBS
DEPARTMENT OF BUILDING AND SAFETY

**City of Los Angeles**
**Department of Building and Safety**



**PERMIT INFORMATION: 737 S BROADWAY 90014**

| ADDRESS | PERMIT # | PERMIT TYPE | STATUS | STATUS DATE | CERTIFICATE OF OCCUPANCY | DESCRIPTION |
|---|---|---|---|---|---|---|
| 737  S BROADWAY 90014 | 16041-10000-30410 | ELECTRICAL | APPLICATION WITHDRAWN | 08/26/2016 | | INSTALLATION OF NEW (150KW)GENERATOR, TRANSFER SWITCH, AND (75HP)FIREPUMP TO EXISTING HIGHRISE BUILDING. |
| 737  S BROADWAY 90014 | 16041-10001-30410 | ELECTRICAL | PERMIT FINALED | 09/11/2018 | | FULL PLAN CHECK FOR EXISTING BUILDING WITH NEW CONNECTED LOAD >400A - SCOPE INCLUDES INSTALLATION OF NEW (150KW)GENERATOR, TRANSFER SWITCH, AND (75HP)FIREPUMP, 20 CONDENSING UNITS, 13 NEW PANELS ANBD ELECTRICAL EQUIPMENT  TO EXISTING HIGHRISE BUILDING |
| 737  S BROADWAY 90014 | 16041-10003-30410 | ELECTRICAL | PERMIT FINALED | 05/17/2021 | | Changes to an approved set of plans, changes include the revision of single line diagram. Note changes under delta 2.<br><br>_____<br><br>FULL PLAN CHECK FOR EXISTING BUILDING WITH NEW CONNECTED LOAD >400A - SCOPE INCLUDES INSTALLATION OF NEW (150KW)GENERATOR, TRANSFER SWITCH, AND (75HP)FIREPUMP, 20 CONDENSING UNITS, 13 NEW PANELS ANBD ELECTRICAL EQUIPMENT  TO EXISTING HIGHRISE BUILDING |
| 737  S BROADWAY 90014 | 17041-10000-26055 | ELECTRICAL | PERMIT FINALED | 08/01/2017 | | PC FOR RESTROOM TI IN A HIGH RISE BUILDING  ON THE BASEMENT LEVEL AND 2ND TO 8TH FLOORS FOR TITLE 24 ENERGY ONLY.<br>TOTAL AFFECTED AREA 1810 SQ.FT.<br>SCOPE INCLUDES NEW LIGHTS RECEPTACLES  AND CIRCUITS.<br>B# 15016-10000-03746 |

**City of Los Angeles**
**Department of Building and Safety**



**PERMIT INFORMATION: 737 S BROADWAY 90014**

| ADDRESS | PERMIT # | PERMIT TYPE | STATUS | STATUS DATE | CERTIFICATE OF OCCUPANCY | DESCRIPTION |
|---------|----------|-------------|--------|-------------|--------------------------|-------------|
| 737  S BROADWAY 90014 | 18016-10000-09280 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 08/23/2018 | | ARCHITECTURAL REQUIREMENTS FOR THE HIGH RISE RETROFIT ORD. 163,836 AND 165,319.  NO EXTERIOR WORK PER BROADWAY CDO. |
| 737  S BROADWAY 90014 | 18016-10001-09280 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 02/16/2023 | | SUPPLEMENTAL PERMIT TO #18016-10000-09289: TO ADD WATER CURTAINS AND CHANGE SWING OF OPERABLE FIRE ESCAPE WINDOWS ON FLOORS 5 - 8 . |
| 737  S BROADWAY 90014 | 1907LA02463 | BUILDING PERMIT NEW CONSTRUCTION | ISSUED | 04/27/1907 | | REVIEWING STAND. |
| 737  S BROADWAY 90014 | 1908LA06097 | BUILDING PERMIT NEW CONSTRUCTION | ISSUED | 10/27/1908 | | STORE 3 ROOMS ALL. |
| 737  S BROADWAY 90014 | 1908LA06154 | BUILDING PERMIT NEW CONSTRUCTION | ISSUED | 10/29/1908 | | 3 FLOORS ALL. |
| 737  S BROADWAY 90014 | 1913LA02629 | BUILDING PERMIT BLDG-DEMOLITION | ISSUED | 03/01/1913 | | WRECK & REMOVE BLDG. |
| 737  S BROADWAY 90014 | 1913LA06189 | BUILDING PERMIT NEW CONSTRUCTION | ISSUED | 05/05/1913 | | STORES & LOFTS. |
| 737  S BROADWAY 90014 | 1913LA06393 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 05/08/1913 | | CUT CHASES IN PARTY WALL & FOUNDATION BLDG ON SOUTH IS A CLASS "B" CHASES ABOUT 17' - C C FOR COLUMNS 26 TO ABOUT 30" X 30". |
| 737  S BROADWAY 90014 | 1913LA07212 | BUILDING PERMIT NEW CONSTRUCTION | ISSUED | 05/24/1913 | | LOFTS 24 ROOMS. |

**City of Los Angeles**
**Department of Building and Safety**



**PERMIT INFORMATION: 737 S BROADWAY 90014**

| ADDRESS | PERMIT # | PERMIT TYPE | STATUS | STATUS DATE | CERTIFICATE OF OCCUPANCY | DESCRIPTION |
|---|---|---|---|---|---|---|
| 737  S BROADWAY 90014 | 1914LA20845 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 10/22/1914 | | LAYING 13/16" MAPLE FLOORING ON THE EAST 60' OF THE FIFTH FLOOR LOFT, SOUTH SIDE, NAILED TO 1 X 6 STRIPS SECURED TO FLOOR WITH SCREWS & EXPANSION SHIELDS.  FIRE PROOF FILLING BETWEEN STRIPS. |
| 737  S BROADWAY 90014 | 1914LA23197 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 12/04/1914 | | DIVIDE THE UPPER NORTH LOFT 60 X 140 BY A 3" TILE PLASTERED PARTITION INTO 2 LOFTS NO OPENINGS (6TH FLOOR).  3" TILE PLASTERED WALL 2 ROOMS WIRE BETWEEN TILE HEIGHT 12" NO OPENINGS. |
| 737  S BROADWAY 90014 | 1915LA00132 | BUILDING PERMIT BLDG-ADDITION | ISSUED | 01/04/1915 | | WE PROPOSE TO DIVIDE THE NORTH LOFT ON 8TH FLOOR INTO ROOMS AS SET FORTH IN SKETCH HEREWITH SUBMITTED THE TILE WALLS WILL BE PLASTERED ON BOTH SIDES.  PERMIT FOR CHGS & ADD'N IN ELECTRIC WIRING WILL BE OBTAINED.  THE ROOMS ARE TO BE USED FOR LODGE PURPOSES.  K OF P. |
| 737  S BROADWAY 90014 | 1915LA00385 | BUILDING PERMIT BLDG-ADDITION | ISSUED | 01/08/1915 | | MOVE PRESENT STORE FRONT BACK 10'-0" ADD 6'-0" TO PRESENT BALCONY. |
| 737  S BROADWAY 90014 | 1915LA01424 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 01/26/1915 | | BUILD A 6' TILE WALL ON FIRST STORY BETWEEN THE NORTH 30' & THE NEXT SOUTH 30' ON MIDDLE LINE OF COLUMNS. THE COLUMNS ARE 17' ON CENTERS, CLEAR SPACE 14'6" & 19' HIGH WALLS WILL BE BUILT AS PER ORDINANCE. |

**City of Los Angeles**
**Department of Building and Safety**



**PERMIT INFORMATION: 737 S BROADWAY 90014**

| ADDRESS | PERMIT # | PERMIT TYPE | STATUS | STATUS DATE | CERTIFICATE OF OCCUPANCY | DESCRIPTION |
|---------|----------|-------------|--------|-------------|--------------------------|-------------|
| 737  S BROADWAY 90014 | 1915LA01886 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 02/04/1915 | | NEW REAR IRON STAIRWAY BSMNT TO SECOND FLOOR PRESENT ONE FROM MEZZANINE TO SECOND FLOOR OUT 2 NEW STAIRS IN REAR OF ELEVATOR, FIRST FLOOR TO BSMNT TILE PARTITION IN BSMNT & ABOUT STAIRS T & G PARTITION IN BSMNT NEW LINTELS IN BSMNT NEAR FRONT ELEVATOR (SEE OTHER SIDE). 3 DUMBWAITERS, BSMNT TO SECOND FLOOR REFRIGERATOR IN BSMNT TILE PARTITION AS SHOWN TOILETS OUT & NEW ONES IN PLUNGE CEILING MUSICIANS' GALLERY CUTTING FIRST FLOOR AS PER PLAN L CHANGING FRONT SHOWN CASE PARTITION.  ENTIRE PERMIT & PLUMBING PRESENT WILL BE TAKEN OUR LATER ALSO ONE FOR NEW WORK ON SECOND FLOOR. |
| 737  S BROADWAY 90014 | 1915LA02503 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 02/16/1915 | | IN SOUTH LOFT, EIGHTH FLOOR INSTALL 4' HOLLOW TILE PARTITIONS, OUT TWO OPENINGS IN SOUTH WALL & INSTALL TWO HOLLOW METAL WINDOWS WITH WIRE GLASS TO COMPLY WITH ORD AS SHOWN ON PLANS. |
| 737  S BROADWAY 90014 | 1915LA03441 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 03/06/1915 | | ALTER/REPAIR, BUILD A 3" HOLLOW TILE PARTITION IN THE NORTH LOFT OF THE FIFTH FLOOR OF THE BLDG. REINFORCED WITH METAL STRIPS PLASTERED ON BOTH SIDES. |



**City of Los Angeles**
**Department of Building and Safety**



**PERMIT INFORMATION: 737 S BROADWAY 90014**

| ADDRESS | PERMIT # | PERMIT TYPE | STATUS | STATUS DATE | CERTIFICATE OF OCCUPANCY | DESCRIPTION |
|---------|----------|-------------|--------|-------------|--------------------------|-------------|
| 737  S BROADWAY 90014 | 1915LA03562 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 03/08/1915 | | ALTER/REPAIR, THE ALTERATIONS CONSIST OF CUTTING PASSAGEWAY THROUGH EXISTING WALL, ERECTING NEW CORRIDOR WALL & CUTTING THE WHOLE INTO BANQUET ROOMS, ALL AS PER PLANS ALL WALLS 4" TILE & ALL WORK ON 2ND FL NORTH OF ISAACS BLDG. |
| 737  S BROADWAY 90014 | 1915LA03750 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 03/10/1915 | | BUILD T & G PARTITIONS AS SHOWN & LAY MAPLE FLOOR OVER CONCRETE AS INDICATED. |
| 737  S BROADWAY 90014 | 1915LA05093 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 04/02/1915 | | PUT NEW SKYLIGHT IN ROOF. NORTH 8TH FLOOR ROOM OF SOUTH ENTRANCE SAME AS OTHER SKYLIGHTS.  THE ORIGINAL FRAMING PROVIDED FOR IT. |
| 737  S BROADWAY 90014 | 1915LA06737 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 05/06/1915 | | CONSTRUCTION PLUMBING - WIRING - VENTILATION STORY FRONT - BANQUET TRAIN SASH & DOOR OF FLOOR DEVA?TAR & ?KING INCREASE INVALUATION OF PERMIT #1886. |
| 737  S BROADWAY 90014 | 1915LA14716 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 12/08/1915 | | INSTALL 3" TILE PARTITION ON SEVENTH FLOOR, SOUTH LOFT, AS PER PLANS. |
| 737  S BROADWAY 90014 | 1916LA03759 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 06/22/1916 | | BUILD A 3" TILE PARTITION 12' HIGH ON 6TH FLOOR NORTH LOFT ISAACS BLDG, EAST & WEST, SAME BEING PROVIDED FOR IN ORIGINAL CONSTRUCTION.  TILE TO BE BONDED WITH METAL LATH & PLASTERED BOTH SIDES. |
| 737  S BROADWAY 90014 | 1916LA03785 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 06/23/1916 | | TO BUILD TWO SKYLIGHTS 8' X 12' EACH OVER 8TH FLOOR NORTH LOFT.  SKYLIGHT SHALL CONFORM TO CITY ORDINANCE & NO LIGHT OF THE WIRE GLASS SHALL BE GREATER THAN 16 X 48. |

KIMBERLINA-057

**City of Los Angeles**
**Department of Building and Safety**



**PERMIT INFORMATION: 737 S BROADWAY 90014**

| ADDRESS | PERMIT # | PERMIT TYPE | STATUS | STATUS DATE | CERTIFICATE OF OCCUPANCY | DESCRIPTION |
|---------|----------|-------------|--------|-------------|--------------------------|-------------|
| 737  S BROADWAY 90014 | 1916LA04184 | BUILDING PERMIT BLDG-ADDITION | ISSUED | 07/14/1916 | | TO CUT OFF 10' FROM FRONT OF MEZZANINE FLOOR & TAKE OUT MEZZANINE STAIRS, TO TAKE OUT PRESENT STAIRS TO BSMNT & PUT IN NEW IRON STAIRS WHERE SHOWN.  TO BUILD TOILETS & LOCKERS WHERE & AS SHOWN WITH VENTS.  WALLS 3" HOLLOW TILE & PLASTERED. |
| 737  S BROADWAY 90014 | 1916LA04235 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 07/18/1916 | | REMODEL STORE FRONT AS PER OF PLANS & SPECIFICATIONS. |
| 737  S BROADWAY 90014 | 1916LA04337 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 07/24/1916 | | REPLACE IRON STAIR BY CONCRETE STAIRWAY. |
| 737  S BROADWAY 90014 | 1917LA00224 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 01/12/1917 | | BUILD A 3" TILE PARTITION WHERE ORIGINALLY INTENDED ALONG LINE COLUMNS, NOT CHANGING FIRE ESCAPE ACROSS & REMOVE ONE PRESENT PARTITION 4TH FLOOR. |
| 737  S BROADWAY 90014 | 1918LA04337 | BUILDING PERMIT NEW CONSTRUCTION | ISSUED | 08/21/1918 | | RES 2 ROOMS 1 FAMILY. |
| 737  S BROADWAY 90014 | 1919LA05124 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 07/02/1919 | | WOOD & GLASS PARTITION ON PORCH & 5TH FLOOR. |
| 737  S BROADWAY 90014 | 1919LA11258 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 11/21/1919 | | PUT IN I BEAMS TO CARRY ELEVATOR NO MACHINE ROOM MACHINERY. |
| 737  S BROADWAY 90014 | 1919LA11536 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 11/28/1919 | | REMOVE ONE PARTITION AS SHOWN ON DRAWINGS. |
| 737  S BROADWAY 90014 | 1920LA08593 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 06/15/1920 | | TO INSTALL A WINDOW METAL SASH & WIRE GLASS IN SOUTH WALL, 5TH STORY, IN BRICK FILLER WALL - DIRECTLY UNDER WALL BEAM.  TO TAKE OUT A PORTION OF TILE WALL. |



**City of Los Angeles
Department of Building and Safety**



**PERMIT INFORMATION: 737 S BROADWAY 90014**

| ADDRESS | PERMIT # | PERMIT TYPE | STATUS | STATUS DATE | CERTIFICATE OF OCCUPANCY | DESCRIPTION |
|---------|----------|-------------|--------|-------------|--------------------------|-------------|
| 737  S BROADWAY 90014 | 1922LA26409 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 08/05/1922 | | ALTER/REPAIR. |
| 737  S BROADWAY 90014 | 1924LA20919 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 05/02/1924 | | ALTER/REPAIR. |
| 737  S BROADWAY 90014 | 1924LA34197 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 08/22/1924 | | ALTER/REPAIR. |
| 737  S BROADWAY 90014 | 1928LA06844 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 03/08/1928 | | ALTER/REPAIR. |
| 737  S BROADWAY 90014 | 1931LA16687 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 08/18/1931 | | ALTER/REPAIR. |
| 737  S BROADWAY 90014 | 1931LA17259 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 08/25/1931 | | ALTER/REPAIR. |
| 737  S BROADWAY 90014 | 1931LA17314 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 08/26/1931 | | ALTER/REPAIR. |
| 737  S BROADWAY 90014 | 1931LA18074 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 09/03/1931 | | ALTER/REPAIR. |
| 737  S BROADWAY 90014 | 1931LA18536 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 09/10/1931 | | ALTER/REPAIR. |
| 737  S BROADWAY 90014 | 1931LA18754 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 09/12/1931 | | ALTER/REPAIR. |
| 737  S BROADWAY 90014 | 1934LA00581 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 01/16/1934 | | ALTER/REPAIR. |
| 737  S BROADWAY 90014 | 1936LA27342 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 10/06/1936 | | ALTER/REPAIR. |

KIMBERLINA-059



**City of Los Angeles**
**Department of Building and Safety**



**PERMIT INFORMATION: 737 S BROADWAY 90014**

| ADDRESS | PERMIT # | PERMIT TYPE | STATUS | STATUS DATE | CERTIFICATE OF OCCUPANCY | DESCRIPTION |
|---------|----------|-------------|--------|-------------|--------------------------|-------------|
| 737  S BROADWAY 90014 | 1937LA22069 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 07/01/1937 | | ALTER/REPAIR. |
| 737  S BROADWAY 90014 | 1943  00969 | BUILDING PERMIT BLDG-ALTER/REPAIR | | 02/11/1943 | | This document shows the following information: Stories = 2. |
| 737  S BROADWAY 90014 | 1943  00970 | BUILDING PERMIT BLDG-ALTER/REPAIR | | 02/11/1943 | | This document shows the following information: Stories = 2. |
| 737  S BROADWAY 90014 | 1943LA00969 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 02/15/1943 | | ALTER/REPAIR. |
| 737  S BROADWAY 90014 | 1943LA00970 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 02/15/1943 | | ALTER/REPAIR. |
| 737  S BROADWAY 90014 | 1946  08152 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 03/22/1946 | | DEMOLISH OLD ELEVATOR & REMOVE FROM STORE BLDG. SEE LATER PERMIT FOR CHANGES. |
| 737  S BROADWAY 90014 | 1947  10581 | BUILDING PERMIT BLDG-ALTER/REPAIR | | 04/18/1947 | | This document shows the following information: Type Const 1 = 1; Stories = 5. |
| 737  S BROADWAY 90014 | 1947  23123 | BUILDING PERMIT BLDG-ALTER/REPAIR | | 08/07/1947 | | This document shows the following information: Type Const 1 = 1; Stories = 8. |
| 737  S BROADWAY 90014 | 1947  36694 | BUILDING PERMIT BLDG-ALTER/REPAIR | | 12/30/1947 | | This document shows the following information: Type Const 1 = 1; Stories = 8. |
| 737  S BROADWAY 90014 | 1947LA10581 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 03/18/1947 | | ALTER/REPAIR. |
| 737  S BROADWAY 90014 | 1947LA23123 | BUILDING PERMIT ALTERATION | ISSUED | 08/07/1947 | | REVISE FORMER PERMIT. |
| 737  S BROADWAY 90014 | 1947LA36694 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 12/30/1947 | | ALTER/REPAIR. |



**City of Los Angeles**
**Department of Building and Safety**



**PERMIT INFORMATION: 737 S BROADWAY 90014**

| ADDRESS | PERMIT # | PERMIT TYPE | STATUS | STATUS DATE | CERTIFICATE OF OCCUPANCY | DESCRIPTION |
|---------|----------|-------------|--------|-------------|--------------------------|-------------|
| 737  S BROADWAY 90014 | 1951LA05583 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 03/30/1951 | | ALTER/REPAIR. |
| 737  S BROADWAY 90014 | 1953  50762 | BUILDING PERMIT BLDG-ALTER/REPAIR | | 01/26/1953 | | This document shows the following information: Type Const 1 = 5; Stories = 8. |
| 737  S BROADWAY 90014 | 1953LA50762 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 01/26/1953 | | ALTER/REPAIR. |
| 737  S BROADWAY 90014 | 1953LA63336 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 06/22/1953 | | ALTER/REPAIR. |
| 737  S BROADWAY 90014 | 1953LA70751 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 09/15/1953 | | ALTER/REPAIR. |
| 737  S BROADWAY 90014 | 1953LA76871 | BUILDING PERMIT BLDG-ADDITION | ISSUED | 12/31/1953 | | ADD'N STORE. |
| 737  S BROADWAY 90014 | 1954LA78231 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 01/20/1954 | | ALTER/REPAIR. |
| 737  S BROADWAY 90014 | 1970LA11477 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 07/01/1970 | | NEW TRANSFORMER VAULT & STAIR ENCL NEW STAIRS BSMNT TO 4TH FLR, STAIR BSMNT TO 1ST FLR NEW ELEV & ESCALATOR, NEW ELEC & AIR COND, NEW STORE FRONT CEILING ETC, BSMNT THRU 4TH FLOOR. |
| 737  S BROADWAY 90014 | 1970LA11557 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 07/01/1970 | | NEW TRANSFORMER VAULT & STAIR ENCL NEW STAIRS BSMNT TO 4TH FLOOR, STAIR BSMNT TO 1ST FLOOR, NEW ELEVATOR & ESCALATOR, NEW ELEC & AIR COND, NEW STORE FRONT CEILINGS ETC, BSMNT THRU 4TH. |
| 737  S BROADWAY 90014 | 1970LA17005 | BUILDING PERMIT SIGN | ISSUED | 10/07/1970 | | NEW LTRS 39 FT X 1 FT 8 INCH. |

KIMBERLINA-061



**City of Los Angeles**
**Department of Building and Safety**



**PERMIT INFORMATION: 737 S BROADWAY 90014**

| ADDRESS | PERMIT # | PERMIT TYPE | STATUS | STATUS DATE | CERTIFICATE OF OCCUPANCY | DESCRIPTION |
|---------|----------|-------------|--------|-------------|--------------------------|-------------|
| 737  S BROADWAY 90014 | 1986LA43508 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 08/12/1986 | | ALTER STORE FRONT & INTERIOR WALLS HC DRESSING ROOM. |
| 737  S BROADWAY 90014 | 1994LA14365 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 02/01/1994 | | 2-HOUR SEPARATION BETWEEN 1ST & 2ND FLOOR TO CREATE A PARTIALLY OCCUPIED BLDG FOR FIRE LIFE SAFETY. |
| 737  S BROADWAY 90014 | 1995LA35422 | BUILDING PERMIT BLDG-ADDITION | ISSUED | 05/12/1995 | | NEW SHELVES, STORE FRONT, NEW HANDICAPPED BATHROOMS. |
| 737  S BROADWAY 90014 | 1996LA48092 | BUILDING PERMIT SIGN | ISSUED | 02/20/1996 | | CHANNEL LETTERS URM-NO IMPACT TOOLS ALLOWED SERIAL 57889. |
| 737  S BROADWAY 90014 | 96043-10000-00552 | FIRE SPRINKLER | PERMIT FINALED | 12/04/1996 | | retrofit work on the first floor of the high rise building |
| 737  S BROADWAY 90014 | 98016-10000-04313 | BUILDING PERMIT BLDG-ALTER/REPAIR | PERMIT FINALED | 12/09/1998 | | NEW 2 HR. SHAFT WALL & 1-1/2 HR DOOR ON THE 4TH FLOOR. (9 LINEAR FT) Provide locking doors at he exit shafts per MGD 75. VACANT ABOVE THE 1ST FLOOR. |
| 737  S BROADWAY 90014 | AF 36740 | AFFIDAVIT MAINTENANCE OF BUILDING | ISSUED | 06/18/1970 | | |
| 737  S BROADWAY 90014 | AF 36741 | AFFIDAVIT MAINTENANCE OF BUILDING | ISSUED | 06/26/1970 | | |
| 737  S BROADWAY   5th floor 90014 | 22016-30000-02631 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 03/01/2023 | | Tenant improvement in existing office on the 5th flloor of 8 story building Scope of work to include new partitions to create new offices and conference room.  No change in use. Interior work only. |
| 737  S BROADWAY   KB 737 BLD 90014 | 11016-10000-18048 | BUILDING PERMIT BLDG-ALTER/REPAIR | ISSUED | 12/29/2011 | | INFILL OPENINGS ON 1ST & 2ND FLOOR IN FLOOR. |

# Exhibit 4

# Exhibit 4

KIMBERLINA-063

**City of Los Angeles**
**Department of City Planning**

**2/10/2025**
**PARCEL PROFILE REPORT**

## PROPERTY ADDRESSES
737 S BROADWAY
739 S BROADWAY
741 S BROADWAY

## ZIP CODES
90014

## RECENT ACTIVITY
None

## CASE NUMBERS
CPC-2018-6005-CA
CPC-2017-432-CPU
CPC-2017-2107-MSC
CPC-2014-2711-CDO-SN-ZC
CPC-2014-1582-CA
CPC-2013-3169
CPC-2012-1737-MSC
CPC-2010-213-CA
CPC-2009-874-CDO-ZC
CPC-2008-4504-MSC
CPC-2008-4503-CA
CPC-2008-4502-GPA
CPC-2008-2648-CPU
CPC-2005-361-CA
CPC-2005-1124-CA
CPC-2005-1122-CA
CPC-2002-1128-CA
CPC-2001-4640-CRA
CPC-1986-606-GPC
CPC-1985-342-ZC
ORD-75667
ORD-188425
ORD-188418
ORD-187822-SA1390-A
ORD-184056
ORD-184055
ORD-180871
ORD-175038
ORD-164307-SA1875
ORD-137036
ORD-135901
ORD-129944
DIR-2014-4538-CDO
DIR-2014-2349-CDO
ZA-2002-4441-YV-SPP

| Address/Legal Information | |
| --- | --- |
| PIN Number | 127-5A209  77 |
| Lot/Parcel Area (Calculated) | 10,126.0 (sq ft) |
| Thomas Brothers Grid | PAGE 634 - GRID E5 |
| Assessor Parcel No. (APN) | 5144014030 |
| Tract | HUBER TRACT |
| Map Reference | M R 2-280 |
| Block | BLK 25 |
| Lot | 4 |
| Arb (Lot Cut Reference) | None |
| Map Sheet | 127-5A209 |
| **Jurisdictional Information** | |
| Community Plan Area | Downtown |
| Area Planning Commission | Central APC |
| Neighborhood Council | Downtown Los Angeles |
| Council District | CD 14 - Ysabel Jurado |
| Census Tract # | 2073.03000000 |
| LADBS District Office | Los Angeles Metro |
| **Permitting and Zoning Compliance Information** | |
| Administrative Review | None |
| **Planning and Zoning Information** | |
| Special Notes | None |
| Zoning | [DM4-CHC1-5] [CX4-FA] [SN-CPIO-CDO] |
| Zoning Information (ZI) | ZI-2512 Housing Element Sites |
| | ZI-2498 Local Emergency Temporary Regulations - Time Limits and Parking Relief - LAMC 16.02.1 |
| | ZI-2408 Community Design Overlay: Broadway |
| | ZI-2524 Community Plan Implementation Overlay: Downtown |
| | ZI-2450 Downtown Streetcar |
| | ZI-2452 Transit Priority Area in the City of Los Angeles |
| | ZI-2517 Al Fresco Ordinance within Planning Overlay and/or the Coastal Zone (Ordinance 188073) |
| | ZI-2502 Broadway Theater and Commercial District |
| | ZI-2374 State Enterprise Zone: Los Angeles |
| General Plan Land Use | Traditional Core |
| General Plan Note(s) | None |
| Minimum Density Requirement | No |
| Hillside Area (Zoning Code) | No |
| Specific Plan Area | None |
| Subarea | None |
| Special Land Use / Zoning | None |
| Historic Preservation Review | Yes |
| HistoricPlacesLA | Yes |
| Historic Preservation Overlay Zone | None |
| Other Historic Designations | Yes |
| Mills Act Contract | None |
| CDO: Community Design Overlay | Broadway |
| CPIO: Community Plan Imp. Overlay | Downtown |

This report is subject to the terms and conditions as set forth on the website.  For more details, please refer to the terms and conditions at zimas.lacity.org
(*) - APN Area is provided "as is" from the Los Angeles County's Public Works, Flood Control, Benefit Assessment.

KIMBERLINA-064

zimas.lacity.org    |    planning.lacity.gov

ENV-2019-4121-ND
ENV-2018-6006-CE
ENV-2017-433-EIR
ENV-2017-2108-CE
ENV-2014-4539-CE
ENV-2014-2712-MND
ENV-2014-2350-CE
ENV-2013-3392-CE
ENV-2013-3170-CE
ENV-2010-214-ND
ENV-2009-1487-ND
ENV-2008-4505-ND
ENV-2005-362-CE
ENV-2005-1125-CE
ENV-2005-1123-CE
ENV-2002-4442-CE
ENV-2002-1131-ND
ENV-2002-1130-ND

|  |  |
|---|---|
| | Subarea C |
| | Subarea A |
| | Subarea D |
| CPIO Historic Preservation Review | Yes |
| CUGU: Clean Up-Green Up | None |
| HCR: Hillside Construction Regulation | No |
| NSO: Neighborhood Stabilization Overlay | No |
| POD: Pedestrian Oriented Districts | None |
| RBP: Restaurant Beverage Program Eligible Area | None |
| ASP: Alcohol Sales Program | Restaurant & Bar Nightlife Area |
| RFA: Residential Floor Area District | None |
| RIO: River Implementation Overlay | No |
| SN: Sign District | Historic Broadway |
| AB 2334: Low Vehicle Travel Area | Yes |
| AB 2097: Within a half mile of a Major Transit Stop | Yes |
| Streetscape | Broadway |
| Adaptive Reuse Incentive Area | None |
| Affordable Housing Linkage Fee | |
|     Residential Market Area | Medium-High |
|     Non-Residential Market Area | Medium or High |
| Transit Oriented Communities (TOC) | Tier 3 |
| Mixed Income Incentive Programs | |
|     Transit Oriented Incentive Area (TOIA) | Not Eligible |
|     Opportunity Corridors Incentive Area | Not Eligible |
|     Corridor Transition Incentive Area | Not Eligible |
| TCAC Opportunity Area | Low Resource |
| High Quality Transit Corridor (within 1/2 mile) | Yes |
| ED 1 Eligibility | Not Eligible |
| RPA: Redevelopment Project Area | None |
| Central City Parking | Yes |
| Downtown Parking | Yes |
| Building Line | None |
| 500 Ft School Zone | None |
| 500 Ft Park Zone | None |

## Assessor Information

| | |
|---|---|
| Assessor Parcel No. (APN) | 5144014030 |
| APN Area (Co. Public Works)* | 0.227 (ac) |
| Use Code | 1206 - Commercial - Store Combination - Store and Office Combination - 6 to 13 Stories |
| Assessed Land Val. | $2,129,700 |
| Assessed Improvement Val. | $3,371,120 |
| Last Owner Change | 03/04/2015 |
| Last Sale Amount | $9 |
| Tax Rate Area | 13264 |
| Deed Ref No. (City Clerk) | 994818 |
| | 8-962 |
| | 300083 |
| | 1333587 |
| Building 1 | |
|     Year Built | 1913 |
|     Building Class | BXB |
|     Number of Units | 0 |
|     Number of Bedrooms | 0 |
|     Number of Bathrooms | 0 |
|     Building Square Footage | 68,160.0 (sq ft) |

This report is subject to the terms and conditions as set forth on the website. For more details, please refer to the terms and conditions at zimas.lacity.org
(*) - APN Area is provided "as is" from the Los Angeles County's Public Works, Flood Control, Benefit Assessment.

KIMBERLINA-065

zimas.lacity.org    |    planning.lacity.gov

| Building 2 | No data for building 2 |
|---|---|
| Building 3 | No data for building 3 |
| Building 4 | No data for building 4 |
| Building 5 | No data for building 5 |
| Rent Stabilization Ordinance (RSO) | No [APN: 5144014030] |

| **Additional Information** | |
|---|---|
| Airport Hazard | None |
| Coastal Zone | None |
| Farmland | Area Not Mapped |
| Urban Agriculture Incentive Zone | YES |
| Very High Fire Hazard Severity Zone | No |
| Fire District No. 1 | Yes |
| Flood Zone | 500 Yr |
| Watercourse | No |
| Methane Hazard Site | Methane Buffer Zone |
| High Wind Velocity Areas | No |
| Special Grading Area (BOE Basic Grid Map A-13372) | No |
| Wells | None |
| Sea Level Rise Area | No |
| Oil Well Adjacency | No |

| **Environmental** | |
|---|---|
| Santa Monica Mountains Zone | No |
| Biological Resource Potential | None |
| Mountain Lion Potential | None |
| Monarch Butterfly Potential | No |

| **Seismic Hazards** | |
|---|---|
| Active Fault Near-Source Zone | |
| Nearest Fault (Distance in km) | 0.78940152 |
| Nearest Fault (Name) | Puente Hills Blind Thrust |
| Region | Los Angeles Blind Thrusts |
| Fault Type | B |
| Slip Rate (mm/year) | 0.70000000 |
| Slip Geometry | Reverse |
| Slip Type | Moderately / Poorly Constrained |
| Down Dip Width (km) | 19.00000000 |
| Rupture Top | 5.00000000 |
| Rupture Bottom | 13.00000000 |
| Dip Angle (degrees) | 25.00000000 |
| Maximum Magnitude | 7.10000000 |
| Alquist-Priolo Fault Zone | No |
| Landslide | No |
| Liquefaction | No |
| Preliminary Fault Rupture Study Area | None |
| Tsunami Hazard Area | No |

| **Economic Development Areas** | |
|---|---|
| Business Improvement District | HISTORIC CORE |
| Hubzone | None |
| Jobs and Economic Development Incentive Zone (JEDI) | None |
| Opportunity Zone | No |
| Promise Zone | None |
| State Enterprise Zone | LOS ANGELES STATE ENTERPRISE ZONE |

| **Housing** | |
|---|---|
| Direct all Inquiries to | Los Angeles Housing Department |

This report is subject to the terms and conditions as set forth on the website.  For more details, please refer to the terms and conditions at zimas.lacity.org
(*) - APN Area is provided "as is" from the Los Angeles County's Public Works, Flood Control, Benefit Assessment.

KIMBERLINA-066

zimas.lacity.org   |   planning.lacity.gov

| | |
|---|---|
| Telephone | (866) 557/7368 |
| Website | https://housing.lacity.org |
| Rent Stabilization Ordinance (RSO) | No [APN: 5144014030] |
| Ellis Act Property | No |
| AB 1482: Tenant Protection Act | No |
| Housing Crisis Act Replacement Review | Yes |
| Housing Element Sites | |
|    HE Replacement Required | Yes |
|    SB 166 Units | 2.71 Units, Above Moderate |
| Housing Use within Prior 5 Years | No |

## Public Safety

| | |
|---|---|
| Police Information | |
|    Bureau | Central |
|       Division / Station | Central |
|          Reporting District | 163 |
| Fire Information | |
|    Bureau | Central |
|       Battallion | 1 |
|          District / Fire Station | 9 |
|    Red Flag Restricted Parking | No |

This report is subject to the terms and conditions as set forth on the website.  For more details, please refer to the terms and conditions at zimas.lacity.org
(*) - APN Area is provided "as is" from the Los Angeles County's Public Works, Flood Control, Benefit Assessment.

KIMBERLINA-067

**CASE SUMMARIES**

Note: Information for case summaries is retrieved from the Planning Department's Plan Case Tracking System (PCTS) database.

| Case Number: | CPC-2018-6005-CA |
|---|---|
| Required Action(s): | CA-CODE AMENDMENT |
| Project Descriptions(s): | RESOLUTION TO TRANSFER THE LAND USE AUTHORITY FROM THE COMMUNITY REDEVELOPMENT AGENCY OF THE CITY OF LOS ANGELES, DESIGNATED LOCAL AUTHORITY (CRA/LA-DLA) TO THE CITY OF LOS ANGELES AND CODE AMENDMENT TO ESTABLISH PROCEDURES FOR THE IMPLEMENTATION OF UNEXPIRED REDEVELOPMENT PLANS AND UPDATE OTHER RELEVANT CODE PROVISIONS IN THE LOS ANGELES MUNICIPAL CODE TO FACILITATE THE TRANSFER OF LAND USE AUTHROITY FROM THE CRA/LA-DLA TO THE CITY OF LOS ANGELES. |

| Case Number: | CPC-2017-432-CPU |
|---|---|
| Required Action(s): | CPU-COMMUNITY PLAN UPDATE |
| Project Descriptions(s): | COMMUNITY PLAN UPDATE |

| Case Number: | CPC-2017-2107-MSC |
|---|---|
| Required Action(s): | MSC-MISCELLANEOUS (POLICIES, GUIDELINES, RESOLUTIONS, ETC.) |
| Project Descriptions(s): | DOWNTOWN DESIGN GUIDE UPDATE |

| Case Number: | CPC-2014-2711-CDO-SN-ZC |
|---|---|
| Required Action(s): | CDO-COMMUNITY DESIGN OVERLAY DISTRICT |
| | SN-SIGN DISTRICT |
| | ZC-ZONE CHANGE |
| Project Descriptions(s): | ESTABLISHMENT OF SIGN DISTRICT; MODIFICATIONS TO EXISTING COMMUNITY DESIGN OVERLAY DISTRICT; AND ZONE CHANGES. |

| Case Number: | CPC-2014-1582-CA |
|---|---|
| Required Action(s): | CA-CODE AMENDMENT |
| Project Descriptions(s): | ZONE CODE AMENDMENT TO THE LOS ANGELES MUNICIPAL ZONING  CODE |

| Case Number: | CPC-2013-3169 |
|---|---|
| Required Action(s): | Data Not Available |
| Project Descriptions(s): | THE PROPOSED PROJECT CONSISTS OF: (1) A TECHNICAL MODIFICATION TO SECTIONS 12.03, 12.04, 12.21, 12.22, 12.24, 13.11, 14.5, 16.05 AND 16.11 OF THE LOS ANGELES MUNICIPAL CODE (LAMC) TO REMOVE OR AMEND REFERENCES TO THE FORMER COMMUNITY REDEVELOPMENT AGENCY (CRA); (2) TECHNICAL CORRECTIONS TO CLARIFY EXISTING REGULATIONS IN THE LAMC THAT ARE IMPACTED BY THE TRANSFER OF LAND USE AUTHORITY; AND (3) A RESOLUTION REQUESTING THAT ALL LAND USE RELATED PLANS AND FUNCTIONS OF THE CRA/LA BE TRANSFERRED TO THE DEPARTMENT OF CITY PLANNING |

| Case Number: | CPC-2012-1737-MSC |
|---|---|
| Required Action(s): | MSC-MISCELLANEOUS (POLICIES, GUIDELINES, RESOLUTIONS, ETC.) |
| Project Descriptions(s): | BROADWAY STREETSCAPE PLAN |

| Case Number: | CPC-2010-213-CA |
|---|---|
| Required Action(s): | CA-CODE AMENDMENT |
| Project Descriptions(s): | AN AMENDMENT TO ARTICLE 4.5 AND SECTION 16.05 OF ARTICLE 6.1 OF THE LOS ANGELES MUNICIPAL CODE (LAMC), AND RELEVANT<br>SECTIONS OF THE LOS ANGELES ADMINISTRATIVE CODE, TO MODIFY THE AUTHORITY AND PROCEDURES FOR EFFECTUATING A TRANSFER OF FLOOR AREA RIGHTS (TFAR) AND TO MAKE OTHER TECHNICAL CHANGES TO REFLECT THE EXPIRATION OF THE AMENDED CENTRAL BUSINESS DISTRICT REDEVELOPMENT<br>PROJECT AREA. |

| Case Number: | CPC-2009-874-CDO-ZC |
|---|---|
| Required Action(s): | CDO-COMMUNITY DESIGN OVERLAY DISTRICT |
| | ZC-ZONE CHANGE |
| Project Descriptions(s): | PROPOSED ESTABLISHMENT OF THE BROADWAY COMMUNITY DESIGN OVERLAY |

| Case Number: | CPC-2008-4504-MSC |
|---|---|
| Required Action(s): | MSC-MISCELLANEOUS (POLICIES, GUIDELINES, RESOLUTIONS, ETC.) |
| Project Descriptions(s): | CENTRAL CITY PLAN AMENDMENT FOR URBAN DESIGN STANDARDS AND GUIDELINES AND MODIFIED STREETS, CODE CLARIFICATIONS |

| Case Number: | CPC-2008-4503-CA |
|---|---|
| Required Action(s): | CA-CODE AMENDMENT |
| Project Descriptions(s): | CENTRAL CITY PLAN AMENDMENT FOR URBAN DESIGN STANDARDS AND GUIDELINES AND MODIFIED STREETS, CODE CLARIFICATIONS |

| Case Number: | CPC-2008-4502-GPA |
|---|---|
| Required Action(s): | GPA-GENERAL PLAN AMENDMENT |
| Project Descriptions(s): | CENTRAL CITY PLAN AMENDMENT FOR URBAN DESIGN STANDARDS AND GUIDELINES AND MODIFIED STREETS, CODE CLARIFICATIONS |

| Case Number: | CPC-2008-2648-CPU |
|---|---|

This report is subject to the terms and conditions as set forth on the website.  For more details, please refer to the terms and conditions at zimas.lacity.org
(*) - APN Area is provided "as is" from the Los Angeles County's Public Works, Flood Control, Benefit Assessment.

KIMBERLINA-068

zimas.lacity.org    |    planning.lacity.gov

| Required Action(s): | CPO-COMMUNITY PLAN UPDATE |
|---|---|
| Project Descriptions(s): | CENTRAL CITY COMMUNITY PLAN UPDATE PROGRAM |
| Case Number: | CPC-2005-361-CA |
| Required Action(s): | CA-CODE AMENDMENT |
| Project Descriptions(s): | CODE AMENDMENT TO UPDATE RESIDENTIAL STANDARDS AND INCENTIVIZE HOUSING IN THE CENTRAL CITY AREA. |
| Case Number: | CPC-2005-1124-CA |
| Required Action(s): | CA-CODE AMENDMENT |
| Project Descriptions(s): | TO REQUIRE PROJECTS IN THE CENTRAL CITY COMMUNITY PLAN TO COMPLY WITH DESIGN AND STREETSCAPE GUIDELINES |
| Case Number: | CPC-2005-1122-CA |
| Required Action(s): | CA-CODE AMENDMENT |
| Project Descriptions(s): | INCENTIVES FOR HTE PRODUCTION OF AFFORDABLE AND WORKFORCE HOUSING IN THE CENTRAL CITY PLAN AREA |
| Case Number: | CPC-2002-1128-CA |
| Required Action(s): | CA-CODE AMENDMENT |
| Project Descriptions(s): | |
| Case Number: | CPC-2001-4640-CRA |
| Required Action(s): | CRA-COMMUNITY REDEVELOPMENT AGENCY |
| Project Descriptions(s): | |
| Case Number: | CPC-1986-606-GPC |
| Required Action(s): | GPC-GENERAL PLAN/ZONING CONSISTENCY (AB283) |
| Project Descriptions(s): | GENERAL PLAN/ZONE CONCSISTENCY - CENTRAL CITY AREA - COMMUNITYWIDE ZONE CHANGES AND COMMUNITY PLAN CHNAGES TO BRING THE ZONING INTO CONSISTENCY WITH THE COMMUNITY PLAN. INCLUDING CHANGESOF HEIGHT AS NEEDED |
| Case Number: | CPC-1985-342-ZC |
| Required Action(s): | ZC-ZONE CHANGE |
| Project Descriptions(s): | ZONE CHANGE FROM M2, C5 AND CM TO (Q)C4 |
| Case Number: | ORD-187822-SA1390-A |
| Required Action(s): | A-PRIVATE STREET MODIFICATIONS (1ST REQUEST) |
| Project Descriptions(s): | Data Not Available |
| Case Number: | DIR-2014-4538-CDO |
| Required Action(s): | CDO-COMMUNITY DESIGN OVERLAY DISTRICT |
| Project Descriptions(s): | PURSUANT TO SECTION 13.80, A CDO REVIEW AND APPROVAL FOR FAÇADE IMPROVEMENTS. |
| Case Number: | DIR-2014-2349-CDO |
| Required Action(s): | CDO-COMMUNITY DESIGN OVERLAY DISTRICT |
| Project Descriptions(s): | PURSUANT TO LAMC 13.08 THE APPLICANT REQUEST AN APPROVAL OF PLANS FOR THE EXTERIOR RENOVATION OF AN EXISTING COMMERCIAL BUILDING IN THE BROADWAY COMMUNITY DESIGN OVERLAY ZONE. |
| Case Number: | ZA-2002-4441-YV-SPP |
| Required Action(s): | YV-HEIGHT AND DENSITY ADJUSTMENTS 20% OR MORE |
| | SPP-SPECIFIC PLAN PROJECT PERMIT COMPLIANCE |
| Project Descriptions(s): | REQUEST FOR A NEW SINGLE-FAMILY DWELLING. |
| Case Number: | ENV-2019-4121-ND |
| Required Action(s): | ND-NEGATIVE DECLARATION |
| Project Descriptions(s): | RESOLUTION TO TRANSFER THE LAND USE AUTHORITY FROM THE COMMUNITY REDEVELOPMENT AGENCY OF THE CITY OF LOS ANGELES, DESIGNATED LOCAL AUTHORITY (CRA/LA-DLA) TO THE CITY OF LOS ANGELES AND CODE AMENDMENT TO ESTABLISH PROCEDURES FOR THE IMPLEMENTATION OF UNEXPIRED REDEVELOPMENT PLANS AND UPDATE OTHER RELEVANT CODE PROVISIONS IN THE LOS ANGELES MUNICIPAL CODE TO FACILITATE THE TRANSFER OF LAND USE AUTHROITY FROM THE CRA/LA-DLA TO THE CITY OF LOS ANGELES. |
| Case Number: | ENV-2018-6006-CE |
| Required Action(s): | CE-CATEGORICAL EXEMPTION |
| Project Descriptions(s): | RESOLUTION TO TRANSFER THE LAND USE AUTHORITY FROM THE COMMUNITY REDEVELOPMENT AGENCY OF THE CITY OF LOS ANGELES, DESIGNATED LOCAL AUTHORITY (CRA/LA-DLA) TO THE CITY OF LOS ANGELES AND CODE AMENDMENT TO ESTABLISH PROCEDURES FOR THE IMPLEMENTATION OF UNEXPIRED REDEVELOPMENT PLANS AND UPDATE OTHER RELEVANT CODE PROVISIONS IN THE LOS ANGELES MUNICIPAL CODE TO FACILITATE THE TRANSFER OF LAND USE AUTHROITY FROM THE CRA/LA-DLA TO THE CITY OF LOS ANGELES. |
| Case Number: | ENV-2017-433-EIR |
| Required Action(s): | EIR-ENVIRONMENTAL IMPACT REPORT |
| Project Descriptions(s): | COMMUNITY PLAN UPDATE |
| Case Number: | ENV-2017-2108-CE |

This report is subject to the terms and conditions as set forth on the website. For more details, please refer to the terms and conditions at zimas.lacity.org
(*) - APN Area is provided "as is" from the Los Angeles County's Public Works, Flood Control, Benefit Assessment.

KIMBERLINA-069

zimas.lacity.org    |    planning.lacity.gov

| Required Action(s): | CE-CATEGORICAL EXEMPTION |
|---|---|
| Project Descriptions(s): | DOWNTOWN DESIGN GUIDE UPDATE |

| Case Number: | ENV-2014-4539-CE |
|---|---|
| Required Action(s): | CE-CATEGORICAL EXEMPTION |
| Project Descriptions(s): | PURSUANT TO SECTION 13.80, A CDO REVIEW AND APPROVAL FOR FAÇADE IMPROVEMENTS. |

| Case Number: | ENV-2014-2712-MND |
|---|---|
| Required Action(s): | MND-MITIGATED NEGATIVE DECLARATION |
| Project Descriptions(s): | ESTABLISHMENT OF SIGN DISTRICT; MODIFICATIONS TO EXISTING COMMUNITY DESIGN OVERLAY DISTRICT; AND ZONE CHANGES. |

| Case Number: | ENV-2014-2350-CE |
|---|---|
| Required Action(s): | CE-CATEGORICAL EXEMPTION |
| Project Descriptions(s): | PURSUANT TO LAMC 13.08 THE APPLICANT REQUEST AN APPROVAL OF PLANS FOR THE EXTERIOR RENOVATION OF AN EXISTING COMMERCIAL BUILDING IN THE BROADWAY COMMUNITY DESIGN OVERLAY ZONE. |

| Case Number: | ENV-2013-3392-CE |
|---|---|
| Required Action(s): | CE-CATEGORICAL EXEMPTION |
| Project Descriptions(s): | THE PROPOSED ORDINANCE MODIFIES SECTION 22.119 OF THE LOS ANGELES ADMINISTRATIVE CODE TO ALLOW ORIGINAL ART MURALS ON LOTS DEVELOPED WITH ONLY ONE SINGLE-FAMILY RESIDENTIAL STRUCTURE AND THAT ARE LOCATED WITHIN COUNCIL DISTRICTS 1, 9, AND 14. |

| Case Number: | ENV-2013-3170-CE |
|---|---|
| Required Action(s): | CE-CATEGORICAL EXEMPTION |
| Project Descriptions(s): | THE PROPOSED PROJECT CONSISTS OF: (1) A TECHNICAL MODIFICATION TO SECTIONS 12.03, 12.04, 12.21, 12.22, 12.24, 13.11, 14.5, 16.05 AND 16.11 OF THE LOS ANGELES MUNICIPAL CODE (LAMC) TO REMOVE OR AMEND REFERENCES TO THE FORMER COMMUNITY REDEVELOPMENT AGENCY (CRA); (2) TECHNICAL CORRECTIONS TO CLARIFY EXISTING REGULATIONS IN THE LAMC THAT ARE IMPACTED BY THE TRANSFER OF LAND USE AUTHORITY; AND (3) A RESOLUTION REQUESTING THAT ALL LAND USE RELATED PLANS AND FUNCTIONS OF THE CRA/LA BE TRANSFERRED TO THE DEPARTMENT OF CITY PLANNING |

| Case Number: | ENV-2010-214-ND |
|---|---|
| Required Action(s): | ND-NEGATIVE DECLARATION |
| Project Descriptions(s): | AN AMENDMENT TO ARTICLE 4.5 AND SECTION 16.05 OF ARTICLE 6.1 OF THE LOS ANGELES MUNICIPAL CODE (LAMC), AND RELEVANT SECTIONS OF THE LOS ANGELES ADMINISTRATIVE CODE, TO MODIFY THE AUTHORITY AND PROCEDURES FOR EFFECTUATING A TRANSFER OF FLOOR AREA RIGHTS (TFAR) AND TO MAKE OTHER TECHNICAL CHANGES TO REFLECT THE EXPIRATION OF THE AMENDED CENTRAL BUSINESS DISTRICT REDEVELOPMENT PROJECT AREA. |

| Case Number: | ENV-2009-1487-ND |
|---|---|
| Required Action(s): | ND-NEGATIVE DECLARATION |
| Project Descriptions(s): | PROPOSED ESTABLISHMENT OF THE BROADWAY COMMUNITY DESIGN OVERLAY |

| Case Number: | ENV-2008-4505-ND |
|---|---|
| Required Action(s): | ND-NEGATIVE DECLARATION |
| Project Descriptions(s): | CENTRAL CITY PLAN AMENDMENT FOR URBAN DESIGN STANDARDS AND GUIDELINES AND MODIFIED STREETS, CODE CLARIFICATIONS |

| Case Number: | ENV-2005-362-CE |
|---|---|
| Required Action(s): | CE-CATEGORICAL EXEMPTION |
| Project Descriptions(s): | CODE AMENDMENT TO UPDATE RESIDENTIAL STANDARDS AND INCENTIVIZE HOUSING IN THE CENTRAL CITY AREA. |

| Case Number: | ENV-2005-1125-CE |
|---|---|
| Required Action(s): | CE-CATEGORICAL EXEMPTION |
| Project Descriptions(s): | TO REQUIRE PROJECTS IN THE CENTRAL CITY COMMUNITY PLAN TO COMPLY WITH DESIGN AND STREETSCAPE GUIDELINES |

| Case Number: | ENV-2005-1123-CE |
|---|---|
| Required Action(s): | CE-CATEGORICAL EXEMPTION |
| Project Descriptions(s): | INCENTIVES FOR HTE PRODUCTION OF AFFORDABLE AND WORKFORCE HOUSING IN THE CENTRAL CITY PLAN AREA |

| Case Number: | ENV-2002-4442-CE |
|---|---|
| Required Action(s): | CE-CATEGORICAL EXEMPTION |
| Project Descriptions(s): | REQUEST FOR A NEW SINGLE-FAMILY DWELLING. |

| Case Number: | ENV-2002-1131-ND |
|---|---|
| Required Action(s): | ND-NEGATIVE DECLARATION |
| Project Descriptions(s): | |

| Case Number: | ENV-2002-1130-ND |
|---|---|
| Required Action(s): | ND-NEGATIVE DECLARATION |
| Project Descriptions(s): | |

This report is subject to the terms and conditions as set forth on the website.  For more details, please refer to the terms and conditions at zimas.lacity.org
(*) - APN Area is provided "as is" from the Los Angeles County's Public Works, Flood Control, Benefit Assessment.

KIMBERLINA-070

zimas.lacity.org    |    planning.lacity.gov

**DATA NOT AVAILABLE**

ORD-75667

ORD-188425

ORD-188418

ORD-184056

ORD-184055

ORD-180871

ORD-175038

ORD-164307-SA1875

ORD-137036

ORD-135901

ORD-129944

This report is subject to the terms and conditions as set forth on the website.  For more details, please refer to the terms and conditions at zimas.lacity.org
(*) - APN Area is provided "as is" from the Los Angeles County's Public Works, Flood Control, Benefit Assessment.

zimas.lacity.org    |    planning.lacity.gov

KIMBERLINA-071

# ZIMAS PUBLIC

Generalized Zoning

City of Los Angeles
Department of City Planning



**Address:** 737 S BROADWAY
**APN:** 5144014030
**PIN #:** 127-5A209  77

**Tract:** HUBER TRACT
**Block:** BLK 25
**Lot:** 4
**Arb:** None

**Zoning:** [DM4-CHC1-5] [CX4-FA] [SN-CPIO-CD]
**General Plan:** Traditional Core

KIMBERLINA-072

# LEGEND

## GENERALIZED ZONING

- OS, GW
- A, RA
- RE, RS, R1, RU, RZ, RW1
- R2, RD, RMP, RW2, R3, RAS, R4, R5, PVSP
- CR, C1, C1.5, C2, C4, C5, CW, WC, ADP, LASED, CEC, USC, PPSP, MU, NMU
- CM, MR, CCS, UV, UI, UC, M1, M2, LAX, M3, SL, HJ, HR, NI
- P, PB
- PF

## GENERAL PLAN LAND USE

### LAND USE

#### RESIDENTIAL

- Minimum Residential
- Very Low / Very Low I Residential
- Very Low II Residential
- Low / Low I Residential
- Low II Residential
- Low Medium / Low Medium I Residential
- Low Medium II Residential
- Medium Residential
- High Medium Residential
- High Density Residential
- Very High Medium Residential

#### COMMERCIAL

- Limited Commercial
- Limited Commercial - Mixed Medium Residential
- Highway Oriented Commercial
- Highway Oriented and Limited Commercial
- Highway Oriented Commercial - Mixed Medium Residential
- Neighborhood Office Commercial
- Community Commercial
- Community Commercial -Mixed High Residential
- Regional Center Commercial

### FRAMEWORK

#### COMMERCIAL

- Neighborhood Commercial
- General Commercial
- Community Commercial
- Regional Mixed Commercial

#### INDUSTRIAL

- Commercial Manufacturing
- Limited Manufacturing
- Light Manufacturing
- Heavy Manufacturing
- Hybrid Industrial

#### PARKING

- Parking Buffer

#### PORT OF LOS ANGELES

- General / Bulk Cargo - Non Hazardous (Industrial / Commercial)
- General / Bulk Cargo - Hazard
- Commercial Fishing
- Recreation and Commercial
- Intermodal Container Transfer Facility Site

#### LOS ANGELES INTERNATIONAL AIRPORT

- Airport Landside / Airport Landside Support
- Airport Airside
- LAX Airport Northside

#### OPEN SPACE / PUBLIC FACILITIES

- Open Space
- Public / Open Space
- Public / Quasi-Public Open Space
- Other Public Open Space
- Public Facilities

#### INDUSTRIAL

- Limited Industrial
- Light Industrial

# CHAPTER 1A LEGEND

## General Plan Designation



| | | |
|---|---|---|
| Transit Core | Medium Residential | Agriculture |
| Traditional Core | Low Neighborhood Residential | Hybrid Industrial |
| Regional Center | Low Medium Residential | Markets |
| High Residential | Low Residential | Light Industrial |
| Community Center | Compact Residential | Production |
| Village | Very Low Residential | Industrial |
| Neighborhood Center | Minimum Residential | Open Space |
| Medium Neighborhood Residential | | Public Facilities |
| | | Public Facilities - Freeways |

## Zone Use Districts



| | | |
|---|---|---|
| Open Space | Residential-Mixed | Industrial-Mixed |
| Agricultural | Commercial | Public |
| Residential Single Family | Commercial-Mixed | Freeway |
| Residential Multiple Family | Industrial | |

KIMBERLINA-074

# CIRCULATION

## STREET

Arterial Mountain Road

Collector Scenic Street

Collector Street

Collector Street (Hillside)

Collector Street (Modified)

Collector Street (Proposed)

Country Road

Divided Major Highway II

Divided Secondary Scenic Highway

Local Scenic Road

Local Street

Major Highway (Modified)

Major Highway I

Major Highway II

Major Highway II (Modified)

Major Scenic Highway

Major Scenic Highway (Modified)

Major Scenic Highway II

Mountain Collector Street

Park Road

Parkway

Principal Major Highway

Private Street

Scenic Divided Major Highway II

Scenic Park

Scenic Parkway

Secondary Highway

Secondary Highway (Modified)

Secondary Scenic Highway

Special Collector Street

Super Major Highway

## FREEWAYS

Freeway

Interchange

On-Ramp / Off- Ramp

Railroad

Scenic Freeway Highway

# MISC. LINES

Airport Boundary

Bus Line

Coastal Zone Boundary

Coastline Boundary

Collector Scenic Street (Proposed)

Commercial Areas

Commercial Center

Community Redevelopment Project Area

Country Road

DWP Power Lines

Desirable Open Space

Detached Single Family House

Endangered Ridgeline

Equestrian and/or Hiking Trail

Hiking Trail

Historical Preservation

Horsekeeping Area

Local Street

MSA Desirable Open Space

Major Scenic Controls

Multi-Purpose Trail

Natural Resource Reserve

Park Road

Park Road (Proposed)

Quasi-Public

Rapid Transit Line

Residential Planned Development

Scenic Highway (Obsolete)

Secondary Scenic Controls

Secondary Scenic Highway (Proposed)

Site Boundary

Southern California Edison Power

Special Study Area

Specific Plan Area

Stagecoach Line

Wildlife Corridor

# POINTS OF INTEREST

- Alternative Youth Hostel (Proposed)
- Animal Shelter
- Area Library
- Area Library (Proposed)
- Bridge
- Campground
- Campground (Proposed)
- Cemetery
- Church
- City Hall
- Community Center
- Community Library
- Community Library (Proposed Expansion)
- Community Library (Proposed)
- Community Park
- Community Park (Proposed Expansion)
- Community Park (Proposed)
- Community Transit Center
- Convalescent Hospital
- Correctional Facility
- Cultural / Historic Site (Proposed)
- Cultural / Historical Site
- Cultural Arts Center
- DMV Office
- DWP
- DWP Pumping Station
- Equestrian Center
- Fire Department Headquarters
- Fire Station
- Fire Station (Proposed Expansion)
- Fire Station (Proposed)
- Fire Supply & Maintenance
- Fire Training Site
- Fireboat Station
- Health Center / Medical Facility
- Helistop
- Historic Monument
- Historical / Cultural Monument
- Horsekeeping Area
- Horsekeeping Area (Proposed)

- Horticultural Center
- Hospital
- Hospital (Proposed)
- House of Worship
- Important Ecological Area
- Important Ecological Area (Proposed)
- Interpretive Center (Proposed)
- Junior College
- MTA / Metrolink Station
- MTA Station
- MTA Stop
- MWD Headquarters
- Maintenance Yard
- Municipal Office Building
- Municipal Parking lot
- Neighborhood Park
- Neighborhood Park (Proposed Expansion)
- Neighborhood Park (Proposed)
- Oil Collection Center
- Parking Enforcement
- Police Headquarters
- Police Station
- Police Station (Proposed Expansion)
- Police Station (Proposed)
- Police Training site
- Post Office
- Power Distribution Station
- Power Distribution Station (Proposed)
- Power Receiving Station
- Power Receiving Station (Proposed)
- Private College
- Private Elementary School
- Private Golf Course
- Private Golf Course (Proposed)
- Private Junior High School
- Private Pre-School
- Private Recreation & Cultural Facility
- Private Senior High School
- Private Special School
- Public Elementary (Proposed Expansion)

- Public Elementary School
- Public Elementary School (Proposed)
- Public Golf Course
- Public Golf Course (Proposed)
- Public Housing
- Public Housing (Proposed Expansion)
- Public Junior High School
- Public Junior High School (Proposed)
- Public Middle School
- Public Senior High School
- Public Senior High School (Proposed)
- Pumping Station
- Pumping Station (Proposed)
- Refuse Collection Center
- Regional Library
- Regional Library (Proposed Expansion)
- Regional Library (Proposed)
- Regional Park
- Regional Park (Proposed)
- Residential Plan Development
- Scenic View Site
- Scenic View Site (Proposed)
- School District Headquarters
- School Unspecified Loc/Type (Proposed)
- Skill Center
- Social Services
- Special Feature
- Special Recreation (a)
- Special School Facility
- Special School Facility (Proposed)
- Steam Plant
- Surface Mining
- Trail & Assembly Area
- Trail & Assembly Area (Proposed)
- Utility Yard
- Water Tank Reservoir
- Wildlife Migration Corridor
- Wildlife Preserve Gate

# SCHOOLS/PARKS WITH 500 FT. BUFFER

Existing School/Park Site    Planned School/Park Site    Inside 500 Ft. Buffer

Aquatic Facilities    Other Facilities    OS Opportunity School

Beaches    PR Park / Recreation Centers    CH Charter School

Child Care Centers    P Parks    ES Elementary School

Dog Parks    Performing / Visual Arts Centers    SP Span School

Golf Course    RC Recreation Centers    SE Special Education School

Historic Sites    SR Senior Citizen Centers    HS High School

Horticulture/Gardens    MS Middle School

Skate Parks    EEC Early Education Center

## COASTAL ZONE

Coastal Commission Permit Area
Dual Permit Jurisdiction Area
Single Permit Jurisdiction Area
Not in Coastal Zone

## TRANSIT ORIENTED COMMUNITIES (TOC)

Tier 1    Tier 3
Tier 2    Tier 4

Note: TOC Tier designation and map layers are for reference purposes only. Eligible projects shall demonstrate compliance with Tier eligibility standards prior to the issuance of any permits or approvals. As transit service changes, eligible TOC Incentive Areas will be updated.

## WAIVER OF DEDICATION OR IMPROVEMENT

Public Work Approval (PWA)
Waiver of Dedication or Improvement (WDI)

## OTHER SYMBOLS

Lot Line    Airport Hazard Zone    Flood Zone
Tract Line    Census Tract    Hazardous Waste
Lot Cut    Coastal Zone    High Wind Zone
Easement    Council District    Hillside Grading
Zone Boundary    LADBS District Office    Historic Preservation Overlay Zone
Building Line    Downtown Parking    Specific Plan Area
Lot Split    Fault Zone    Very High Fire Hazard Severity Zone
Community Driveway    Fire District No. 1    Wells - Acitive
Building Outlines 2020    Tract Map    Wells - Inactive
Building Outlines 2017    Parcel Map