Michael Gerard Fletcher (State Bar No. 070849)
  mfletcher@frandzel.com
Gerrick M. Warrington (State Bar No. 294890)
  gwarrington@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, California 90017-2427
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for Secured Creditor
ARCHWAY BROADWAY LOAN SPE, LLC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>SEATON INVESTMENTS, LLC, *et al.*,<br><br>Debtors and Debtors-in-Possession.<br><br>Affects:<br><br>☐ All Debtors<br>☐ Seaton Investments, LLC<br>☐ Colyton Investments, LLC<br>☒ Broadway Avenue Investments, LLC<br>☐ SLA Investments, LLC<br>☐ Negev Investments, LLC<br>☐ Alan Gomperts<br>☐ Daniel Halevy<br>☐ Susan Halevy | Lead Case No. 2:24-bk-12079-VZ<br><br>Jointly Administered with Case Nos.:<br><br>2:24-bk-12080-VZ; 2:24-bk-12081-VZ; 2:24-bk-12082-VZ; 2:24-bk-12091-VZ; 2:24-bk-12074-VZ; 2:24-bk-12075-VZ; and 2:24-bk-12076-VZ<br><br>Chapter 11<br><br>**DECLARATION OF RYAN MICHAEL LEADERMAN IN SUPPORT OF ARCHWAY BROADWAY LOAN SPE, LLC'S OMNIBUS OBJECTIONS TO:**<br><br>**MOTION OF DEBTOR AND DEBTOR IN POSSESSION BROADWAY AVENUE INVESTMENTS, LLC FOR ORDER AUTHORIZING DEBTOR TO ENTER INTO POST-PETITION LEASE; AND**<br><br>**MOTION OF DEBTOR AND DEBTOR IN POSSESSION BROADWAY AVENUE INVESTMENTS, LLC FOR ORDER AUTHORIZING DEBTOR TO OBTAIN POST-PETITION FINANCING PURSUANT TO 11 U.S.C. § 364**<br><br>Date:      February 25, 2025<br>Time:      11:00      a.m.<br>Crtrm.:    1368<br>                 255 E. Temple Street<br>                 Los Angeles, CA 90012<br><br>Hon. Vincent P. Zurzolo |

I, Ryan Michael Leaderman, declare:

1. I am a partner at Holland & Knight LLP.

2. I focus my practice on obtaining and negotiating land use entitlements for complex land use planning and mixed-use developments. I also handle securing project approvals for all types of major developments in California. A true and correct copy of my biography is attached hereto as **Exhibit 1**.

3. If called as a witness, I could and would competently testify to all facts within my personal knowledge, except where stated upon information and belief.

4. This declaration is submitted in support of Archway Broadway Loan SPE, LLC's Omnibus Objections to Motion of Debtor and Debtor in Possession Broadway Avenue Investments, LLC for Order Authorizing Debtor to Obtain Post-Petition Financing Pursuant to 11 U.S.C. § 364 ("DIP Motion") (Dkt. 418) and Motion of Debtor and Debtor in Possession Broadway Avenue Investments, LLC for Order Authorizing Debtor to Enter into Post-Petition Lease ("Lease Motion") (Dkt. 421) filed in the lead case of those jointly-administered debtors, Seaton Investments, LLC ("Seaton"), Colyton Investments, LLC ("Colyton"), Broadway Avenue Investments, LLC ("Broadway"), SLA Investments, LLC ("SLA"), and Negev Investments, LLC ("Negev" and collectively with Seaton, Colyton, Broadway and SLA, the "Corporate Debtors") and Alan Gomperts ("Mr. Gomperts"), Daniel Halevy ("Mr. Halevy"), and Susan Halevy ("Ms. Halevy" and collectively with Mr. Gomperts and Mr. Halevy, the "Individual Debtors" and collectively with the Corporate Debtors, the "Debtors") concerning that certain real property located at 737 South Broadway, in Los Angeles, California ("Broadway Property").

5. I have worked in land use and entitlements since 2000, with an emphasis on development within the City of Los Angeles, and in particular in Downtown Los Angeles.

6. Notable Downtown Los Angeles projects I entitled and assisted with environmental review, include the approximately two million square foot and 1,500 dwelling unit plus, 350 room hotel, and retail project known as Metropolis at Francisco Street and 9th Street, as well as the 781 dwelling unit residential tower at 8th Street and Francisco Street known as the Beaudry, Los

1  Angeles Streetcar, Realm's 33-story 452 dwelling unit mixed-use housing project at 7th and Maple

2  Streets, the 350 dwelling unit Alexan at 850 S. Hill Street, and many other projects.

3      7. For over a decade, the City of Los Angeles embarked on a process to create a new

4  zoning code and Community Plan for the Downtown Los Angeles community, called DTLA 2040.

5  After many years, the new zoning became effective only last week, on February 6, 2025.

6      8. The new zoning in the Downtown Los Angeles area in which the 737-741 South

7  Broadway parcel (the "Property") is located within Subarea D of the Downtown Community Plan

8  Implementation Overlay ("CPIO") District. The Property is also an Eligible Historic Resource per

9  City of Los Angeles definitions. Per Section I-4 of the CPIO, a "Project" within Subarea D

10 includes any "major remodel" or "façade modification." The proposed conversion of vacant floors

11 to supportive residential use, as well as the modification of lower floors into a social services

12 clinic, likely constitutes a "major remodel" under the Ordinance.

13     9. Pursuant to Section I-6 of the CPIO, the Los Angeles Department of Building and

14 Safety ("LADBS") shall not issue a permit for any Project within a Downtown CPIO District

15 Subarea unless it has undergone review and approval per the procedures outlined in the CPIO. At

16 a minimum, this requires submission of detailed permit drawings and any other materials

17 necessary to demonstrate compliance with the CPIO District's provisions. Planning Director

18 Approval, via Administrative Review, is required under CPIO Section I-6(C)(2)(a).

19     10. Additionally, because the property is a historic resource, the Planning Director

20 must determine that either: a. the Project is consistent with the Secretary of the Interior's

21 Standards for the Treatment of Historic Properties, or b. the Project undergoes environmental

22 review in compliance with CEQA.

23     11. CPIO clearance via Planning Director Approval is required for the proposed

24 conversion due to the property's historic status and the scope of work qualifying as a major

25 remodel. I have reviewed the City of Los Angeles' Zone Information and Map Access System

26 ("Zimas"), the City of Los Angeles's web-based mapping tool that provides zoning information

27 for properties located in the City of Los Angeles for Planning Department clearance of the CPIO

28 for the remodel and historic issues, and did not see any such clearance or permit.

5477443v1 | 101415-0002

3

DECLARATION OF RYAN MICHAEL LEADERMAN

12. I have also reviewed the LADBS on-line property records and have not found any recent building permits finalized for remodeling or a change of use to the supportive residential use, as well as the modification of lower floors into a social services clinic. The last building permit application 22016-30000-02631 was issued on March 1, 2023 for tenant improvements on the 5th floor for an existing office for partitions to create new offices with no change of use.

13. I have reviewed the Lease Motion and Lease discussed therein. The Lease contemplates leasing the Property to Lessee for providing medical and social services on both an in-patient and out-patient basis. The Lessee provides that the Lessee is to construct tenant improvements for both the Lower Floors and Upper Floors, including the Lessee obtaining the requisite licenses to operate a residential behavioral health facility on the Upper Floors and constructing tenant improvements to convert Floors 7 and 8 into a licensed psychiatric health facility. At a minimum, to allow the proposed use at the Property that the Lease Motion and Lease contemplates, a CPIO clearance, building permit, and application for a change of use would be necessary.

14. I have not seen any evidence of a filing for a CPIO clearance, building permit, or certificate of occupancy for the proposed change of use to a facility that could accommodate medical and social services on both an in-patient and out-patient basis.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on this 11th day of February, 2025, at Palm Springs, California.

Ryan Michael Leaderman

# Exhibit 1

# Exhibit 1


RYAN-000005

# Holland & Knight



## Ryan Michael Leaderman
PARTNER

Ryan.Leaderman@hklaw.com

Los Angeles
+1.213.896.2405

---

**PRACTICES**

West Coast Land Use and Environment | Environment | Environmental Litigation | Land Use and Government

**INDUSTRY**

Healthcare & Life Sciences

---

**Ryan Leaderman** is a Los Angeles environmental attorney who focuses his practice on obtaining and negotiating land use entitlements for complex land use planning and mixed-use developments. Mr. Leaderman also handles securing project approvals for all types of major developments in California.

Mr. Leaderman represents clients in all aspects of the California Environmental Quality Act (CEQA). He has extensive experience in guiding high-profile residential, commercial, mixed-use and medical/hospital development projects through the approval process. Mr. Leaderman's experience encompasses all types of land use permits, such as variances and conditional use permits, as well as general plan and zoning amendments. He also interacts regularly with governmental agencies at all levels, including local governments and California's Housing and Community Development Department (HCD). Mr. Leaderman assists developers in complying with CEQA, and planning and zoning regulations throughout California, with a particular emphasis on mixed-use housing development projects in the Los Angeles area.

Mr. Leaderman has successfully navigated projects to completion by balancing community concerns with the rights and needs of clients. Mr. Leaderman is well versed in assisting with variances, general plan amendments, zone changes, conditional use permits, site plan reviews, subdivision maps, development agreements and other entitlements or permits necessary to move a project forward. He also utilizes recent state law changes, such as the State Density Bonus Law, Housing Accountability Act (HAA) SB 35, AB 2011, Surplus Land Act and Housing Crisis Act (SB 330), to further clients' interests. He advises clients with regard to any exaction or dedication requirements that governments may impose.

Mr. Leaderman has a wealth of knowledge with the preparation of environmental impact reports (EIRs) and mitigated negative declarations (MNDs) detailing the expected impacts of a project on the environment and assists with all aspects of mitigation measures. He is also well versed and experienced in CEQA streamlining options, such as sustainable communities environmental assessments (SCEAs), addenda to previous environmental review documents, and categorical or statutory exemptions. He has reviewed and supervised the preparation of many EIRs and other environmental review documents, and possesses extensive experience in CEQA compliance and provides counsel with regard to the air quality, coastal, climate change/greenhouse gases, historic resources, noise, transportation and wildfire issues that may confront clients and their projects. In addition, Mr. Leaderman handles water rights and supply issues, analyzes water rights issues and water supply sufficiency in order to aid clients in the project development.

RYAN-000006

Attorney Advertising. Copyright © 1996–2025 Holland & Knight LLP. All rights reserved.

**Holland & Knight**

In addition, Mr. Leaderman deploys his wealth of land use knowledge to conduct numerous complicated land use due diligence analyses.

## Representative Experience

**Environmental and Land Use Transactions**

- Represented client in acquiring entitlements and California Environmental Quality Act (CEQA) review for a 41-story, mixed-use high-rise and the conversion of an existing 19,972-square-foot historic church building into restaurant uses for a total of 36,400 square feet of commercial uses; the project will contain 367 residential dwelling units, including 11 percent as affordable housing (very low and extremely low income), with entitlements including a General Plan Amendment, Zone Change, Height District Change and a Main Conditional Use Permit for alcohol service, and an environmental review including an Addendum to a Sustainable Communities Environmental Assessment (SCEA).
- Represented client for a 70-story mixed use tower in downtown Los Angeles consisting of 794 dwelling units and more than 12,500 square feet of commercial space
- Represented client in entitlements and environmental review for a 64-story, 781 dwelling unit and 6,700-square-foot commercial mixed-use tower adjacent to the thriving FIGat7th retail center in downtown Los Angeles
- Represented client with all aspects of its project consisting of two seven-story buildings with a combined 369 apartments and 22,000 square feet of commercial uses
- Represented client on entitlements and environmental review for a mixed-use complex in the historic South Central area of Los Angeles; the seven-story building will include 296 apartments above 5,000 square feet of retail and restaurant space and a partially subterranean garage; the project includes 25 very low income residential units
- Represented client on entitlements and environmental review for a mixed-use complex consisting of 243 dwelling units and 3,500 square feet of commercial space; CEQA compliance includes adoption of a Mitigated Negative Declaration
- Represented client in acquiring entitlements and CEQA review for the 178 unit and approximately 37,000 square feet of commercial mixed-use 27-story tower in the Chinatown neighborhood of Los Angeles
- Represented client in the acquisition of entitlements and environmental review for a 27-story, mixed-use project consisting of 305 dwelling units and 6,171 square feet of commercial space adjacent to the historic Eastern Columbia in the South Park/Historic Core area of downtown Los Angeles
- Represented client in the acquisition of entitlements and environmental review for a mixed-use project consisting of 452 dwelling units more than 13,000 square feet of commercial space in the Fashion District area of downtown Los Angeles
- Represented the developer of a mixed-use project with nearly 2 million square feet of floor area, including 1,560 dwelling units, 310 hotel rooms and almost 75,000 square feet of retail in four high-rise buildings on 6.3 acres in downtown Los Angeles
- Represented client in the acquisition of entitlements and environmental review for a mixed-use project consisting of 154 dwelling units and 10,700 square feet of commercial space in downtown Los Angeles
- Represented client in the acquisition of entitlements and environmental review for the 28-story, mixed-use project consisting of 208 residential condominium units and 6,700 square feet of commercial space in the South Park area of downtown Los Angeles
- Represented client in the acquisition of entitlements for a 50-story, mixed-use project consisting of 583 dwelling

RYAN-000007

Attorney Advertising. Copyright © 1996–2025 Holland & Knight LLP. All rights reserved.

# Holland & Knight

- units and 4,500 square feet of commercial space, and a mixed-use project consisting of a 40-story tower and 31-story 310 dwelling unit tower atop 8,000 square feet of commercial space in the South Park area of downtown Los Angeles
- Represented client for a mixed-use, transit-oriented urban infill project in the South Park neighborhood of downtown Los Angeles; the project includes 410 apartments and 42,000 square feet of retail/commercial spaces on 1.86 acres
- Represented client in a mixed-use project that includes 464 dwelling units, 27,000 square feet of retail and up to 14,000 square feet of restaurants in the Wilshire Center area of Los Angeles
- Represented client in the mixed-use shopping center at the Santa Anita Racetrack, consisting of 804,000 square feet of retail and 300 residential dwelling units, as well as a 98,000-square-feet racetrack simulcast center
- Represented client on behalf of the owner of a large high-rise office tower to review and comment on the Los Angeles County Metropolitan Transportation Authority proposed Regional Connector mass transit project
- Represented client for review and comment on the California Department of Transportation's (Caltrans) environmental impact report (EIR) for an expansion of Interstate 10; filed CEQA litigation on behalf of a property owner adversely impacted and settled a lawsuit with Caltrans
- Represented client in the acquisition of entitlements to renovate and reposition the 200-room London Hotel (formerly the Bel Age) by adding up to 23 new hotel rooms, new bars and a restaurant
- Represented client in the proposed development of a 1.7 million-square-foot warehousing and distribution facility, counseling on preparation and approval of an EIR and a site plan

## Credentials

**Education**

- UCLA School of Law, J.D.
- UCLA, B.A., Political Science, *magna cum laude*

**Bar Admissions/Licenses**

- California

**Memberships**

- Central City Association of Los Angeles (CCA)
- West Hollywood Community Housing Corporation, Board of Directors Vice Chair
- Phi Beta Kappa

**Honors & Awards**

- Top Minority Attorney, *Los Angeles Business Journal*, 2020
- Southern California *Super Lawyers* magazine, 2014-2019
- Rising Star, Southern California *Super Lawyers* magazine, 2007-2013

## Publications

- Holland & Knight Wins First Superior Court Case Affirming California's "Builder's Remedy", *Holland & Knight Alert*,

RYAN-000008

Attorney Advertising. Copyright © 1996–2025 Holland & Knight LLP. All rights reserved.

**Holland & Knight**

March 20, 2024

- "Builder's Remedy": Bay Area Will Soon Face a Powerful Housing Tool, *Holland & Knight Alert*, October 21, 2022
- SB 10 to Facilitate Upzonings, But Does Not Include CEQA Exemption for Corresponding Projects, *Holland & Knight Alert*, September 20, 2021
- California Gov. Signs Landmark Duplex and Lot-Split Legislation into Law, *Holland & Knight Alert*, September 17, 2021
- Environmental Leadership Development Project (ELDP) Eligibility Criteria: A Checklist, *Holland & Knight Alert*, June 24, 2021
- West Coast Webinar Series: A Look at California's Density Bonus Law, Other Legislative Updates, *Holland & Knight West Coast Real Estate and Land Use Blog*, June 15, 2021
- SB 7 Creates Expedited CEQA Litigation Schedule for Qualifying Projects, *Holland & Knight Alert*, May 28, 2021
- Is It Legal to Require Indemnification on Project Application or as Condition of Approval?, *Holland & Knight Alert*, March 11, 2021
- California Has New Pathway for Residential Use of Vacant Ground Floor Retail/Commercial Space, *Holland & Knight Alert*, November 11, 2020
- The Ever-Expanding Reach of Rent Control in California, *Holland & Knight West Coast Real Estate and Land Use Blog*, June 5, 2020
- Important Considerations to Avoid Planning and Environmental Review Challenges to Co-Living Developments, *Holland & Knight West Coast Real Estate and Land Use Blog*, May 27, 2020
- California Rules of Court Amendments Lead to Requests for Clarification Regarding CEQA Lawsuits, *Holland & Knight Alert*, April 10, 2020
- With Southern California Needing 1.3 Million Homes, State Attempts to Add Teeth to Housing Law, *Holland & Knight Alert*, August 29, 2019
- Clearing the Smoke: California Supreme Court Expands Scope of Activities Subject to CEQA Review, *Holland & Knight Alert*, August 22, 2019
- Does Proposition 26 Limit New California Environmental Quality Act (CEQA) Mitigation?, *Daily Journal*, December 2, 2010
- Mitigation Fees May Stall Development Resurgence, *Daily Journal*, March 23, 2010
- Big Solutions are Needed to Head Off a Serious Water Crisis, *E/The Environmental Magazine*, February 3, 2009

## Speaking Engagements

- Builder's Remedy - Landmine or Lottery?, ULI Los Angeles StimULI, May 10, 2023
- Density in My Neighbor's Backyard, Real Estate Law and Business Forum, USC Gould School of Law 2022, April 7, 2022
- California's 2022 Housing Laws: What Did Sacramento Do?, Part 1: West Coast Land Use and Real Estate Webinar Series, November 17, 2021
- Problems and Solutions to the Affordable Housing Crisis, Palmer Center for Entrepreneurship and the Law, Pepperdine University School of Law, October 12, 2021
- Practical Guide to Using the State Density Bonus Law (Bonus, Incentives, Waivers and Parking) and SB 35, Holland

RYAN-000009

Attorney Advertising. Copyright © 1996–2025 Holland & Knight LLP. All rights reserved.

# Holland & Knight

& Knight West Coast Land Use and Real Estate Summer Webinar Series, June 9, 2021

- CEQA Developments/Trends: SCEAs and SCPEs – What Are They? What Does It Take to Make Them Work? , Holland & Knight West Coast Land Use and Real Estate Spring Webinar Series, April 28, 2021
- The California Environmental Quality Act (CEQA), USC Real Estate Development, Entitlements & Zoning (Law 629), February 26, 2021
- Property and Land Use Law 101, University of Southern California Sol Price School of Public Policy, February 17, 2021
- Housing 2021: Regional Housing Production Mandates, Constraints and Vehicle Miles Traveled, Holland & Knight West Coast Real Estate Webinar Series, November 10, 2020
- Where Does the Real Estate Industry Go from Here? Managing the Economic Fallout from a Pandemic and Finding Opportunities in the Ashes, USC Gould School of Law 2020 Real Estate Law and Business Forum , October 29, 2020
- San Diego Navy Broadway Case: Exemptions and the General Plan, Law Seminars International 16th Annual Advanced Seminar on CEQA, September 21, 2020
- The California Environmental Quality Act (CEQA): Early Recognition of the Impact of Real Estate on Social and Environmental Issues, USC Gould School of Law, February 5, 2020
- Real Estate Law and Business, USC Gould School of Law, November 27, 2018
- CEQA Presentation for Real Estate Law and Business II (Land Development Law), USC Gould School of Law, January 26, 2017
- Land Use Impacts, Hollywood Chamber of Commerce Economic Development Committee, January 17, 2017
- Advanced CEQA Workshop, Association of Environmental Planners (AEP), February 12, 2014
- Land Use Law: Entitlements and the California Environmental Quality Act (CEQA), The Seminar Group 2nd Annual Best of CLE Conference, January 18, 2013
- Recent Developments in Land Use Law, The Seminar Group Best of CLE Conference, January 14, 2011
- Young Real Estate Professionals CEQA Presentation, IDS Real Estate Group, July 29, 2008
- Permitting Your Project – Navigating the Approval Process, American Resort Development Association (ARDA), April 8, 2008

RYAN-000010

Attorney Advertising. Copyright © 1996–2025 Holland & Knight LLP. All rights reserved.