Michael Gerard Fletcher (State Bar No. 070849)
  mfletcher@frandzel.com
Gerrick M. Warrington (State Bar No. 294890)
  gwarrington@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, California 90017-2427
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for Secured Creditor
ARCHWAY BROADWAY LOAN SPE, LLC

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>SEATON INVESTMENTS, LLC, *et al.*,<br><br>Debtors and Debtors-in-Possession.<br><br>Affects:<br><br>☒ All Debtors<br>☐ Seaton Investments, LLC<br>☐ Colyton Investments, LLC<br>☐ Broadway Avenue Investments, LLC<br>☐ SLA Investments, LLC<br>☐ Negev Investments, LLC<br>☐ Alan Gomperts<br>☐ Daniel Halevy<br>☐ Susan Halevy | Lead Case No. 2:24-bk-12079-VZ<br><br>Jointly Administered with Case Nos.:<br><br>2:24-bk-12080-VZ; 2:24-bk-12081-VZ; 2:24-bk-12082-VZ; 2:24-bk-12091-VZ; 2:24-bk-12074-VZ; 2:24-bk-12075-VZ; and 2:24-bk-12076-VZ<br><br>Chapter 11<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ARCHWAY BROADWAY LOAN SPE, LLC'S OBJECTION TO:**<br><br>**MOTION OF DEBTOR AND DEBTOR IN POSSESSION BROADWAY AVENUE INVESTMENTS, LLC FOR ORDER AUTHORIZING DEBTOR TO ENTER INTO POST-PETITION LEASE; and**<br><br>**MOTION OF DEBTOR AND DEBTOR IN POSSESSION BROADWAY AVENUE INVESTMENTS, LLC FOR ORDER AUTHORIZING DEBTOR TO OBTAIN POST-PETITION FINANCING PURSUANT TO 11 U.S.C. § 364**<br><br>Date:    February 25, 2025<br>Time:   11:00 a.m.<br>Crtrm.: 1368<br>            255 E. Temple Street<br>            Los Angeles, CA 90012<br><br>Hon. Vincent P. Zurzolo |

1

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ARCHWAY'S OBJECTIONS TO LEASE AND DIP LOAN MOTIONS

Archway Broadway Loan SPE, LLC, a Delaware limited liability company, successor in interest to Archway Real Estate Income Fund I REIT, LLC requests that the Court take judicial notice of the following matters pursuant to Federal Rule of Evidence 201:

1. Declaration of Gerrick M. Warrington filed November 27, 2024, at Docket No. 330-2, and exhibits thereto.

2. Relief From Stay Order entered December 19, 2024, at Docket No. 364.

DATED: February 11, 2025    FRANDZEL ROBINS BLOOM & CSATO, L.C.

By:   /s/ Gerrick M. Warrington
       GERRICK M. WARRINGTON
       Attorneys for Secured Creditor
       ARCHWAY BROADWAY LOAN SPE, LLC

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ARCHWAY'S OBJECTIONS TO LEASE AND DIP LOAN MOTIONS