**Alan Gomperts**
**Income and Expense Reconcilaiton**

**Income**

| | | |
|---|---|---:|
| Total income | Line d. of Part 8 | 43,408.78 |
| Payroll deductions | Line e. of Part 9 | (5,802.92) |
| Total Receipts | Line b. of part 1 | **37,605.86** |
| | | |
| Total Deposits in Wells Fargo account ending -3107 | | 108,950.08 |
| Reimbursed Expenses from agron, inc. (Employer) | | (71,344.22) |
| Net Deposits | | **37,605.86** |

**Expenses**

| | | |
|---|---|---:|
| Total Expenses | Line i. of Part 8 | 39,195.12 |
| Payroll deductions | | 5,802.92 |
| Total disbursements | Line c. of part 1 | **33,392.20** |
| | | |
| Total withdrawals in Wells Fargo account ending -3107 | | 104,736.42 |
| | | |
| agron, inc Expenses | | (71,344.22) |
| Total Agron Expenses | | **(71,344.22)** |
| | | |
| Net Disbursements | | **33,392.20** |