**Alan Gomperts**
**Part 8 Expenses**

| Date | Amount | Payee | Description |
|---|---|---|---|
| 1/29/2025 | (718.66) | BILL PAY WELLS FARGO AUTO ON-LINE xxxxxx6254 ON 01-29 | Personal Living - Car Payment |
| 1/29/2025 | (140.00) | Cash eWithdrawal in Branch 01/29/2025 16:53 PM 10789 W PICO BLVD LOS ANGELES CA 620 | Personal Living - Cash Expenses |
| 1/21/2025 | (1,277.00) | Cash eWithdrawal in Branch 01/21/2025 12:16 PM 9354 WILSHIRE BLVD BEVERLY HILLS CA 0 | Personal Living - Cash Expenses |
| 1/30/2025 | (1,877.00) | Cash eWithdrawal in Branch 01/30/2025 14:52 PM 9354 WILSHIRE BLVD BEVERLY HILLS CA 0 | Personal Living - Cash Expenses |
| 1/16/2025 | (370.34) | MACYS ONLINE PMT 250115 611593691259637 SHARON HALEVY | Personal Living - Clothes |
| 1/8/2025 | (500.00) | ZELLE TO GOMPERTS GABRIELLE ON 01/07 REF #RP0YDZSD37 | Personal Living - College Expenses |
| 1/6/2025 | (1,469.24) | CITI CARD ONLINE PAYMENT 250103 431563467206486 SHARON HALEVY | Personal Living - Credit Card |
| 1/8/2025 | (1,515.22) | CITI CARD ONLINE PAYMENT 250107 431566852857978 SHARON HALEVY | Personal Living - Credit Card |
| 1/3/2025 | (2,731.73) | CHASE CREDIT CRD EPAY 250102 8056487926 SHARON HALEVY | Personal Living - Credit Card |
| 1/23/2025 | (8,148.93) | AMERICAN EXPRESS ACH PMT 250123 W1836 ALAN GOMPERTS | Personal Living - Credit Card |
| 1/2/2025 | (125.00) | ZELLE TO HERNANDEZ CIRO ON 01/01 REF #PP0YDGZCFH | Personal Living - Gardener |
| 1/8/2025 | (250.00) | ZELLE TO HERNANDEZ CIRO ON 01/07 REF #PP0YDZSDKW | Personal Living - Gardener |
| 1/16/2025 | (151.92) | BILL PAY SOUTHERN CALIFORNIA GAS COMPANY ON-LINE xxxxxxx4842 ON 01-16 | Personal Living - Gas bill |
| 1/6/2025 | (161.58) | BILL PAY NORTHWESTERN MUTUAL LIFE INSURAN ON-LINE xxxx4520 ON 01-06 | Personal Living - Life Insurance |
| 1/27/2025 | (20.00) | SAFE BOX ANNUAL FEE CA-CNB00389-300 | Personal Living - Misc |
| 1/6/2025 | (3,125.00) | BILL PAY WELLS FARGO Oakhurst ON-LINE 0512091XXX ON 01-06 | Personal Living - Mortgage |
| 1/22/2025 | (853.00) | TADS TUITION AID TADS PMNT 012125 13478654 ALAN GOMPERTS | Personal Living - School Tuition |

**Living Expenses**
**Line g. of Part 8**    **(23,434.62)**

| | | | |
|---|---|---|---|
| 1/2/2025 | (155.00) | ZELLE TO GABRIEL ADULFO ON 01/01 REF #PP0YDGZB5D | Gardener Canfield and Greenfield |
| 1/6/2025 | (4,003.21) | BILL PAY WELLS FARGO Bagley ON-LINE 0512092XXX ON 01-06 | Mortgage - Bagley |
| 1/6/2025 | (2,050.07) | BILL PAY WELLS FARGO Canfield ON-LINE 0502483XXX ON 01-06 | Mortgage - Canfield |
| 1/6/2025 | (1,625.27) | BILL PAY WFHM - Greenfield ON-LINE 0320648XXX ON 01-06 | Mortgage - Greenfield |
| 1/27/2025 | (640.03) | ZELLE TO DERKS PLUMBING ON 01/27 REF #RP0YGQK7W6 | Plumber - Canfield |
| 1/30/2025 | (755.00) | BILL PAY 4 SEASON POOL SE ON-LINE No Account Number ON 01-30 | Pool Man - Bagley Ave |
| 1/23/2025 | (729.00) | BUSINESS TO BUSINESS ACH QUARTERLY FEE PAYMENT 250122 0000 ALAN GOMPERTS | US Trustee |

**All Other Expenses**
**Line h. of Part 8**    **(9,957.58)** Expenses on Rental Properties