# DECLARATION OF JACK STEPHENS

I, Jack Stephens, hereby declare as follows:

1. I am the Chief Executive Officer and 65% owner of View Behavioral Health, LLC ("VBH"). VBH wholly owns (i) Collaborative Neuroscience Network LLC dba Oceanview Adult Psychiatric Hospital, (ii) View Behavioral Health Colton, LLC and (iii) View Behavioral Health Colton 2 LLC.

2. Through its ownership of its subsidiaries, VBH provides medical and social services on both an in-patient and out-patient basis, serving over 1,000 patients per year. VBH and/or its operating subsidiaries have been in business for over 15 years. I have personally worked in the medical services industry for 40 years.

3. As to the draft lease (the "Lease") attached as Exhibit 1 to my declaration submitted in support of the Motion, I make the following statements.

4. The opposition to the Lease contends that the obligation to begin rent payments in month seven only triggers from six months following the issuance of a certificate of occupancy. In reviewing the Lease, I see how the opposition comes to that conclusion, but this was not my understanding of the Lease nor is it my intent. My understanding of the obligation to begin rent payments in month seven is that at some time prior to month seven, the Property has a certificate of occupancy. If the entire building has a certificate of occupancy prior to month seven then VBH will be obligated to begin rent payments at $200,000 per month in month seven. VBH and Broadway will amend the Lease to make this clear.

5. VBH and Broadway will also amend the Lease to make clear that the reimbursement obligation for the investment made by the lessee on the upper floors is paid: (i) only from proceeds of a sale or refinance after existing liens are paid in full plus a 5% retention; and (ii) the amount of the reimbursement will be reduced dollar-for-dollar on account of any reimbursement already received from grants or other government subsidies lessee receives.

6. The Lease provides for the lessee to be VBH "or its designee" to reflect the intended corporate structure for which VBH will own and operate the services to be provided at the Property. In all of its current facilities, VBH creates wholly-owned subsidiaries to operate each facility. VBH

1 intends to use the same structure for operations at the Property. VBH will execute the Lease along with this Lease-specific designee. VBH and Broadway will amend the Lease as necessary to make this clear.

7. I have responded to the discovery requests issued to me personally which included responsive documents and financials for VBH. I have directed financials for VBH Colton and VBH Colton II to be produced. To the extent follow-up requests are made I will immediately respond to them, although none have been made to date. I have not received a request for a deposition, but will make myself available for a deposition when and if requested without the need for formal service of a subpoena.

8. I have contacted Debbie Simon regarding her response to discovery issued to Simon Financial. I understand she is returning from vacation this week and will be responding this week.

9. The Lease and the services VBH will provide at the Property are an important project for me from both a business standpoint and for the redevelopment of downtown Los Angeles. I am fully dedicated to doing whatever is needed to see this project through.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 18, 2025, at _____.

JACK STEPHENS

**DECLARATION VERIFYING SOFTWARE GENERATED SIGNATURE(S)**
*(Attach this declaration immediately after the signature page of any document that is being Filed and that contains a Software Generated Signature, as those terms are defined in LBR 9011-1(b).)*

I, *(print name of declarant)* Derrick Talerico , declare as follows:

1. I have personal knowledge of the matters set forth in this declaration and, if called upon to testify, I could and would testify competently hereto. I am over 18 years of age.

2. I am an attorney admitted to practice in this district, or alternatively I am an attorney who has been granted leave to appear pro hac vice per LBR 2090-1.

3. As set forth in the table below, either–
   a. <u>Oral verification</u>: I have obtained oral verification from the following person(s), whose Software Generated Signature (as defined in LBR 9011-1(b)(4)(B)) appear(s) on the accompanying document, that the signer intended to sign this document electronically, or alternatively
   b. <u>Explanation</u>: I provide the following explanation why no such verification is provided (*e.g.*, that the signer is represented by a different attorney who will provide a separate declaration confirming their client's oral verification):

|   | Name of signer | Date of oral* verification | -OR-  Explanation why no verification is provided |
|---|---|---|---|
| 1. | Jack Stephens | 2/18/2025 | ☐ See explanation below. |
| 2. |  |  | ☐ See explanation below. |
| 3. |  |  | ☐ See explanation below. |
| 4. |  |  | ☐ See explanation below. |
| 5. |  |  | ☐ See explanation below. |

Explanation(s) *(if applicable)*:

☐ see attached continuation sheet

\*<u>Verification must be oral</u>. For the avoidance of doubt, verification must be oral, and any written verification is insufficient even if it includes a purported holographic signature, so as to protect against persons who might have access to the hardware and software of the alleged signer and could use such access to create (A) false Software Generated Signatures and (B) false images of holographic signatures purporting to verify those electronic signatures. *See* LBR 9011-1(b)(4)(B).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 02/18/2025 | Derrick Talerico | /s/ Derrick Talerico |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*October 2024* — Page 1 — **F 9011-1.SIGNATURE.VERIF.DEC**