WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

# DECLARATION OF TIMA BELL

I, Tima Bell, hereby declare as follows:

1. I make this declaration in support of Broadway Avenue Investments LLC's *Reply to Archway Broadway Loan SPE, LLC's Opposition to the Motion for Order Authorizing Debtor to Enter into Post-Petition Lease*.

2. I am currently the principal and founder of Bell Design Group, an architecture firm in Los Angeles and have been practicing in the city for over 30 years. I am familiar with building codes and requirements and the process for plan check submission to obtain a certificate of occupancy, to obtain a change of permitted use, and a conditional use permit (CUP). I have completed over 30 Los Angeles CUP's in my career and have designed and permitted over 200 projects in Los Angeles area alone, many of them as a change of use.

3. My firms, initially Relativity Architects and now Bell Design Group have been the Architect of Record on the building located at 737 S. Broadway (the "Property") for over 13 years. I am responsible for the permitting and use history of the Property over that time. I am also abreast of the current use and permit restrictions that apply to the Property including the applicable Community Mixed Use District CX4 (CX4), the Downtown Community Plan Implementation Overlay (CPIO), the Community Design Overlay (CDO), and historic resource restrictions.

4. The Property is within the CX4 district. I understand that the Property will be used for medical offices, a medical clinic (out-patient services), social services, and supportive housing (medical care and transitional housing). All these proposed uses are permitted uses within the CX4 district.

5. I have reviewed the declarations of Kimberlina Whetten and Ryan Leaderman submitted to this Court. Although I agree with most of the general requirements put forth in those declarations, much of the assumptions regarding the estimated time to design and permit a Community Care facility are conjecture.

6. The Property is finalizing a certificate of occupancy for the high rise retrofit ordinance (HRRO). It has an existing permitted use of retail/office. Once the certificate of

occupancy is issued for the HRRO, the process to apply for and change the permitted use to any of the other permitted uses set forth in the prior paragraph is an administrative process that is typical for changes in office buildings in Los Angeles.  The Zoning Code regarding a Community Care Facility indicates: *Community Care facilities encompass a wide variety of different types of care (i.e. Rehab centers, wards of court, hospices, homes fo aged, etc.) In general they are allowed in C2 Zones or above but if not, a variance is required. Conditional uses (those requiring a CUP) include counseling/referral facilities (12.24 W 14) and hospitals/sanitariums (12.24 U 12.* It appears that the uses described below do not fall under those categories, however it is understood that the CUP requirement is left to the discretion of the Planning Dept.

7. Once the design process is completed, plans will be submitted to LADBS and the Planning Dept. for a Change of Use and Interior tenant improvement.  Once accepted into screening and expedited approval is requested, a "Clearance Summary Worksheet" will be returned by LADBS requesting several department approvals & concurrently to determine if a CUP will be required (likely not).  The list of departments may include but are not limited to

A. Department of Building and Safety

B. Planning Dept. (reviews a number of items including CPIO and CDO requirements)

C. LA Fire Dept.

D. Public Works

E. Sanitation/Sewer

F. DAS (ADA requirements)

G. CRA & Historic resource review and approval.

It is important to note that all these department reviews and approvals are standard for any permit process involving a change of use, and many of them just for a tenant improvement (no Change of Use).

8. Rebuilding from the LA fires and the upcoming Olympics will add to the work for LADBS and the LAFD, but to date I have not seen any delays in operations resulting from these events to date and do not anticipate any resulting delays in the upcoming months. Furthermore, the City of Los Angeles has indicated prioritizing the services proposed to be offered at the Property

which will facilitate the processing of permitting and approvals at the Property.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 18, 2025, at __LA, CA_____.

TIMA BELL

**DECLARATION VERIFYING SOFTWARE GENERATED SIGNATURE(S)**
*(Attach this declaration immediately after the signature page of any document that is being Filed and that contains a Software Generated Signature, as those terms are defined in LBR 9011-1(b).)*

I, *(print name of declarant)* Derrick Talerico _____, declare as follows:

1. I have personal knowledge of the matters set forth in this declaration and, if called upon to testify, I could and would testify competently hereto. I am over 18 years of age.

2. I am an attorney admitted to practice in this district, or alternatively I am an attorney who has been granted leave to appear pro hac vice per LBR 2090-1.

3. As set forth in the table below, either–
   a. Oral verification: I have obtained oral verification from the following person(s), whose Software Generated Signature (as defined in LBR 9011-1(b)(4)(B)) appear(s) on the accompanying document, that the signer intended to sign this document electronically, or alternatively
   b. Explanation: I provide the following explanation why no such verification is provided (*e.g.,* that the signer is represented by a different attorney who will provide a separate declaration confirming their client's oral verification):

|   | Name of signer | Date of oral* verification | -OR-  Explanation why no verification is provided |
|---|---|---|---|
| 1. | Tima Bell | 2/18/2025 | ☐ See explanation below. |
| 2. |  |  | ☐ See explanation below. |
| 3. |  |  | ☐ See explanation below. |
| 4. |  |  | ☐ See explanation below. |
| 5. |  |  | ☐ See explanation below. |

Explanation(s) *(if applicable)*:

☐ see attached continuation sheet

*Verification must be oral.  For the avoidance of doubt, verification must be oral, and any written verification is insufficient even if it includes a purported holographic signature, so as to protect against persons who might have access to the hardware and software of the alleged signer and could use such access to create (A) false Software Generated Signatures and (B) false images of holographic signatures purporting to verify those electronic signatures.  *See* LBR 9011-1(b)(4)(B).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 02/18/2025 | Derrick Talerico | /s/ Derrick Talerico |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*October 2024*    Page 1    **F 9011-1.SIGNATURE.VERIF.DEC**