Michael Gerard Fletcher (State Bar No. 070849)
  mfletcher@frandzel.com
Gerrick M. Warrington (State Bar No. 294890)
  gwarrington@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, California 90017-2427
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for Secured Creditor
ARCHWAY BROADWAY LOAN SPE, LLC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re | Lead Case No. 2:24-bk-12079-VZ |
| SEATON INVESTMENTS, LLC, *et al.*, | Jointly Administered with Case Nos.: |
| Debtors and Debtors-in-Possession. | 2:24-bk-12080-VZ; 2:24-bk-12081-VZ; 2:24-bk-12082-VZ; 2:24-bk-12091-VZ; 2:24-bk-12074-VZ; 2:24-bk-12075-VZ; and 2:24-bk-12076-VZ |
| Affects: | Chapter 11 |
| ☐ All Debtors<br>☐ Seaton Investments, LLC<br>☐ Colyton Investments, LLC<br>☒ Broadway Avenue Investments, LLC<br>☐ SLA Investments, LLC<br>☐ Negev Investments, LLC<br>☐ Alan Gomperts<br>☐ Daniel Halevy<br>☐ Susan Halevy | **DECLARATION OF GERRICK M. WARRINGTON IN SUPPORT OF ARCHWAY BROADWAY LOAN SPE, LLC'S STATUS REPORT RE CONTINUED HEARING ON ORDER TO APPEAR TO EXPLAIN WHY CASES SHOULD NOT BE DISMISSED** |
| | Date:      February 27, 2025<br>Time:      11:00 a.m.<br>Crtrm.:    1368<br>                  255 E. Temple Street<br>                  Los Angeles, CA 90012 |
| | Hon. Vincent P. Zurzolo |

I, Gerrick M. Warrington, declare:

1.      I am a partner at Frandzel Robins Bloom & Csato, L.C., counsel of record for secured creditor Archway Broadway Loan SPE, LLC, a Delaware limited liability company, successor in interest to Archway Real Estate Income Fund I REIT, LLC fka Archway Real Estate Income Fund I SPE I, LLC ("Archway"). If called as a witness, I could and would competently testify to all facts within my personal knowledge, except where stated upon information and belief.

2.      This declaration is submitted in support of Archway's Status Report re Continued Hearing on Order to Appear and Explain Why Cases Should Not be Dismissed.

3.      Attached as **Exhibit 1** is a true and correct copy of an Affidavit of Due Diligence from a registered process server at First Legal (an attorney service) regarding attempts to serve a subpoena issued by me on February 5, 2025, on subpoena deponent, The DMB Fund.

4.      Attached as **Exhibit 2** is a true and correct copy of an Affidavit of Due Diligence from a registered process server at Nationwide Legal (an attorney service) regarding attempts to serve a subpoena issued by me on November 4, 2024, on subpoena deponent, The DMB Fund.

5.      Attached as **Exhibit 3** is a true and correct copy of an email chain between myself and counsel to the Debtors.

6.      Attached as **Exhibit 4** is a true and correct copy of an email chain between myself and counsel to the former proposed DIP lender, Streit Capital/Vicino.

7.      Attached as **Exhibit 5** are collectively true and correct copies of the Debtors' objections to subpoenas, which objections were received by my office on February 20, 2025, by mail.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on this 21st day of February, 2025, at Los Angeles, California.

/s/ Gerrick M. Warrington
Gerrick M. Warrington

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

# Exhibit 1

# Exhibit 1

OSC-003

| | | | | |
|---|---|---|---|---|
| *Attorney or Party without Attorney:*<br>Gerrick M. Warrington<br>FRANDZEL ROBINS BLOOM & CSATO, L.C.<br>1000 Wilshire Blvd., 19th Floor<br>Los Angeles, CA 90017<br>  *Telephone No:*   323-852-1000 | | | | *For Court Use Only* |
| *Attorney For:*   Archway Broadway Loan SPE, LLC | | *Ref. No. or File No.:*<br>101415-0002 | | |

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES BANKRUPTCY COURT Central District of California

*Plaintiff:*   In re SEATON INVESTMENTS, LLC, et al.,
*Defendant:*

| **AFFIDAVIT OF DUE DILIGENCE** | *Hearing Date:*<br>March 10, 2025 | *Time:*<br>10:00 a.m. Pacific Time | *Dept/Div:* | *Case Number:*<br>2:24-bk-12079-VZ |
|---|---|---|---|---|

1.   I, Esmeralda Pech 2015248418, Los Angeles, and any employee or independent contractors retained by FIRST LEGAL are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on subject The DMB Fund, Attn: Judy Cox, Agent for Service of Process as follows:

2.   *Documents:* Subpoena To Produce Documents, Information, Or Objects Or To Permit Inspection Of Premises In A Bankruptcy Case (Or Adversary Proceeding)

| **Attempt Detail** |
|---|

1) Unsuccessful Attempt by: Esmeralda Pech (2015248418, Los Angeles) on: Feb 6, 2025, 6:02 pm PST at 2350 Castle Heights Avenue, Los Angeles, CA 90034
There was no answer at the home. I can see the lights and television were on inside the home. I rang the doorbell and waited but no one came out.

2) Unsuccessful Attempt by: Esmeralda Pech (2015248418, Los Angeles) on: Feb 7, 2025, 11:17 am PST at 2350 Castle Heights Avenue, Los Angeles, CA 90034
I spoke to John Doe (male, Caucasian, gray hair, 50's, 5'6, 175lbs, glasses), and he said we had the wrong address. The subject is unknown and does not live here.



AFFIDAVIT OF
DUE DILIGENCE

*12661071*
*(17098307)*
Page 1 of 2

OSC-004

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| Gerrick M. Warrington<br>FRANDZEL ROBINS BLOOM & CSATO, L.C.<br>1000 Wilshire Blvd., 19th Floor<br>Los Angeles, CA 90017<br>Telephone No:  323-852-1000 | | |
| Attorney For:  Archway Broadway Loan SPE, LLC | Ref. No. or File No.:<br>101415-0002 | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| UNITED STATES BANKRUPTCY COURT Central District of California |

| Plaintiff:  In re SEATON INVESTMENTS, LLC, et al.,<br>Defendant: |
|---|

| **AFFIDAVIT OF DUE DILIGENCE** | Hearing Date:<br>March 10, 2025 | Time:<br>10:00 a.m. Pacific Time | Dept/Div: | Case Number:<br>2:24-bk-12079-VZ |
|---|---|---|---|---|

Recoverable cost Per CCP 1033.5(a)(4)(B)

*3. Person Who Served Papers:*
  a. Esmeralda Pech (2015248418, Los Angeles)
  **b. FIRST LEGAL**
    1517 W. Beverly Blvd.
    LOS ANGELES, CA 90026
  c. (213) 250-1111

  **d.** *The Fee* for Service was: $244.07
  **e.** I am: A Registered California Process Server

4.   *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States of America that the foregoing is true and correct.*

_____02/07/2025_____
*(Date)*

_____
*(Signature)*



**AFFIDAVIT OF**
**DUE DILIGENCE**

*12661071*
*(17098307)*
Page 2 of 2

OSC-005

# Exhibit 2

# Exhibit 2

| Attorney or Party without Attorney:<br>Gerrick M. Warrington,Esq, SBN: 294890<br>FRANDZEL ROBINS BLOOM & CSATO<br>1000 Wilshire Boulevard, 19th Floor<br>Los Angeles, CA 90017<br>TELEPHONE No.: (323) 852-1000 | FOR COURT USE ONLY |
|---|---|

E-MAIL ADDRESS (Optional): gwarrington@frandzel.com
FAX No. (Optional):

Attorney for:

| Ref No. or File No.: |
|---|
| 101415-0002 |

Insert name of Court, and Judicial District and Branch Court:

United States District Court Central District of California - Western Division

Petitioner: In re SEATON INVESTMENTS, LLC, et al.

Respondent:

| **DECLARATION<br>OF DUE DILIGENCE** | HEARING DATE:<br>12/16/2024 | TIME:<br>10:00 AM | DEPT.: | CASE NUMBER:<br>2:24-bk-12079-VZ |
|---|---|---|---|---|

After due search, careful inquiry and diligent attempts at the following address(es), I have not been able to effect service of said process on: **The DMB Fund**

Documents: **SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMITINSPECTION OF PREMISES IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)**

| Date | Time | | Results |
|---|---|---|---|
| 11/8/2024 | 2:04 PM | Home | 2350 Castle Heights Ave,  Los Angeles, CA 90034-1050<br>Per David, Judy Cox does not live here. |
| 11/9/2024 | 10:18 AM | Home | 2350 Castle Heights Ave,  Los Angeles, CA 90034-1050<br>Cars in driveway, rang doorbell nobody answered |
| 11/13/2024 | 2:14 PM | Home | 2350 Castle Heights Ave,  Los Angeles, CA 90034-1050<br>Same car in driveway. Rang doorbell several times, but nobody answered. |

Fee for Service: **$ 83.96**

County:  **Los Angeles**
Registration No.:  **3267**
**Nationwide Legal, LLC
1609 James M Wood Blvd.
Los Angeles, CA 90015
(213) 249-9999**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on November 22, 2024.

Signature: _____

**Alfredo Ricardo Paz**

**DUE DILIGENCE REPORT**

Order#: LA581237

OSC-007

# Exhibit 3

# Exhibit 3

**From:** Coy, Ryan <ryan.coy@saul.com>
**Sent:** Wednesday, February 19, 2025 5:07 PM
**To:** Gerrick Warrington <gwarrington@frandzel.com>
**Cc:** Shechtman, Zev M. <zev.shechtman@saul.com>; Derrick Talerico
<dtalerico@wztslaw.com>; Chow, Carol <Carol.Chow@saul.com>
**Subject:** [EXTERNAL] RE: Broadway / Derrick, Discovery and Possible Depositions

Gerrick,

We have been working diligently to be cooperative and forthcoming in order to facilitate discovery in this contested matter. Your email below, however, makes clear that Archway is not interested in engaging in good faith discovery but rather is attempting to contrive controversies to use against the Debtors. We remain willing to cooperate with Archway and to help facilitate any legitimate discovery that Archway may have. However, we will not tolerate any abuses of the discovery process. To that end, it is important to clarify and correct the record on the procedural history of this contested matter.

**First**, we have made repeated requests that Archway maintain the confidentiality of the financially sensitive records that are being produced, but you have repeatedly rejected and/or ignored our overtures and requests. As you are well aware, in complex litigation, parties routinely enter into stipulated protective orders to safeguard the confidentiality of sensitive information and agree to standard processes and procedures for filing materials under seal and resolving disputes over confidentiality designations. This is a standard practice that facilitates the litigation process while protecting the interests of all parties. In this case, due the exigencies of the circumstances, we did not have time to negotiate a formal stipulated protective order. Nonetheless, on February 12th, we asked that Archway agree to maintain the confidentiality of financial sensitive information and went ahead and began a rolling document production, in the interest of getting the documents to Archway sooner – well in advance of the stated document production deadline of March 10th. And on February 11th, Derrick asked if you would agree to maintain the confidentiality of specific bank records to be produced by Streit and Vicino.

However, you waited until February 18th to belatedly announce for the first time that Archway will not agree to any confidentiality agreement because it does not want "any strings attached" and that we were purportedly "barring" Archway from using the documents. That is a clear misstatement of the record. At no point did the Debtors ever state that Archway was precluded from using any documents. As you are well aware, Archway can file documents under seal – which would both protect the confidentiality of the documents and permit Archway to use the documents. Moreover, I had assumed that the parties would consensually discuss and resolve these issues beforehand. In my experience, the parties typically are able to resolve these issues consensually and minimize the necessity of filing materials under seal. However, if, instead, you want a formal stipulated protective order that formalizes the processes and procedures for designations, dispute resolution, filing of materials under seal, etc., we are amenable to negotiating and agreeing to a stipulated protective order as well. Please provide us with a draft protective order and we will endeavor to get back to you right away.

**Second**, we have not improperly withheld any documents for production and your email ignores our communications to the contrary.  As Zev stated in his February 10, 2025, 1:30 pm email to you, he stated to you that we do not represent the subpoenaed parties, but we will be facilitating the collection and production of documents on behalf of the subpoenaed parties in order to facilitate and speed up the pace of production.  You never responded to his February 10th email nor raised any objections to my office's efforts to facilitate the discovery process.  Based on the subpoenas' stated production deadlines, the productions would not arrive until a month later, on March 10th.  Instead of waiting for another month, we were able to facilitate and commence the rolling production on February 12th.  I will note, however, that many of Archway's document requests were entirely overbroad and implicate privileged and protected documents.  We will provide you with a privilege log and serve objections in compliance with FRCP 45 in order to preserve all appropriate objections.  Concurrently, we are continuing to gather and produce documents to Archway on a rolling basis.

**Third**, we have **no** knowledge and **no** involvement with your office's service of the subpoenas.  We also have had **no** communications with any of the subpoenaed parties about your service of the subpoenas.  That is entirely your responsibility to effectuate proper service.   Do not attempt to blame the Debtors for your failure to abide by the service requirements under the FRCP.

Respectfully,
-Ryan

> **Ryan Coy**
> Associate
> **SAUL EWING LLP** | Los Angeles
> **Office:** (310) 255-6168

---

**From:** Gerrick Warrington <gwarrington@frandzel.com>
**Sent:** Tuesday, February 18, 2025 10:38:08 PM
**To:** Derrick Talerico <dtalerico@wztslaw.com>
**Cc:** Shechtman, Zev M. <zev.shechtman@saul.com>
**Subject:** Broadway / Derrick, Discovery and Possible Depositions

**\*\*EXTERNAL EMAIL\*\* - This message originates from outside our Firm. Please consider carefully before responding or clicking links/attachments.**

Derrick,

To date, we haven't received any documents from any of the subpoena deponents, including the Lessees, much less a full-production, which would be required prior to scheduling depositions. What we did receive was an apparent selection of documents from Debtors' counsel—
**purporting to bar Archway from using the documents**. Archway has not agreed, and will not agree, to any production "with strings attached."

Were these selected documents only those in the Debtors' counsel's possession, custody, or control or were they in the respective subpoena deponent's possession, custody, or control, or both? What exactly is being produced and what is being withheld? What is the basis for withholding any documents? How are you deciding what to produce and what not to produce? What, exactly, is your role vis-à-vis the subpoena deponents? Agent or what? Are you accepting service of the subpoenas on their behalf? What objections, if any, are you making on their behalf, if any? When, if ever, can we expect a full document production from all of the subpoena deponents?

And just as before, Archway's attempted service of the subpoenas on the Lessees and others has been stymied. The DMB Fund is clearly evading service, exactly as before. And per our process server, VBH apparently hasn't been located at their address per the California Secretary of State's website for two years.

**Gerrick Warrington**
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, 19th Floor
Los Angeles, CA  90017-2427
Phone:     (323) 852-1000
Mobile:    (615) 479-3559
Facsimile: (323) 651-2577
E-mail:      gwarrington@frandzel.com
Web:        http://www.frandzel.com

FRANDZEL

**GO GREEN: Please consider the environment before you print.**
This electronic message contains information which may be confidential and privileged and is intended only for the named addressee.  Unless you are the addressee of this message you may not use, copy or disclose the contents of this message to anyone. If you have received this message in error, please delete the message and advise the sender by reply e-mail or by calling (323) 852-1000. Thank you.
To ensure compliance with Internal Revenue Service Circular 230, we inform you that any U.S. Federal Tax advice contained in this communication is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.
….
**From:** Derrick Talerico <dtalerico@wztslaw.com>
**Sent:** Thursday, February 13, 2025 3:02 PM
**To:** Gerrick Warrington <gwarrington@frandzel.com>
**Cc:** zev.shechtman@saul.com
**Subject:** [EXTERNAL] Discovery and Possible Depositions

Gerrick - You should have received document productions on a number of the discovery requests you issued.

I understand Debbie Simon will be producing documents. Streit/Vicino are consulting with their counsel but please let me know if you are agreeable to confidentiality on their bank statement.

You have not yet requested depos, but in the event you want depos, we will do our best to facilitate with the third parties. I know Jack Stephens is available for a depo any time next week other than Wednesday the 19th. Chris Maling was available tomorrow but I presume that is too short notice. He is out of town next week but could do the week after.

Nobody you sent discovery requests to is avoiding service. We are in contact directly with most of the people served with discovery and they have either now responded or I expect they will shortly.

Please let me know if there are any deficiencies to be addressed or any other issues to resolve or to attend to.

Thanks,
Derrick

-

**Weintraub Zolkin Talerico & Selth LLP**
Derrick Talerico
11766 Wilshire Blvd., Suite 730
Los Angeles, CA 90025
Direct 424-500-8552 | Cell 310-403-0090
dtalerico@wztslaw.com | www.wztslaw.com

"Saul Ewing LLP (saul.com)" has made the following annotations:
+~~~~~~~~~~~~~~~~~~~~~~~+
This e-mail may contain privileged, confidential, copyrighted, or other legally protected information. If you are not the intended recipient (even if the e-mail address is yours), you may not use, copy, or retransmit it. If you have received this by mistake please notify us by return e-mail, then delete.
+~~~~~~~~~~~~~~~~~~~~~~~+

OSC-012

# Exhibit 4

# Exhibit 4

OSC-013

From: Gerrick Warrington
Sent: Friday, February 21, 2025 8:38 AM
To: David Brownstein <david@brownsteinfirm.com>
Subject: Broadway / Subpoena to Streit/Vicino / [EXTERNAL] In re Seaton Investments, LLC
et al. (Unserved Subpoena on Vicino Limited Partnership & Streit Capital Corp.)

David,

Thanks for your email. Because Streit/Vicino have apparently cancelled the LOI, the scope of the
subpoena can be limited to just documents and communications related to the Broadway Lease,
which Lease we understand Broadway still intends to seek approval of.

But you're correct that our process server has not been able to serve Streit or Vicino, given that
the addresses on the Secretary of State's Website are apparently no longer good addresses.

Are you authorized to accept service of the subpoena—as limited by the above—on behalf of
Streit/Vicino?

Gerrick Warrington
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, 19th Floor
Los Angeles, CA  90017-2427
Phone:      (323) 852-1000
Mobile:     (615) 479-3559
Facsimile: (323) 651-2577
E-mail:      gwarrington@frandzel.com
Web:        http://www.frandzel.com
FRANDZEL

P GO GREEN: Please consider the environment before you print.
This electronic message contains information which may be confidential and privileged and is
intended only for the named addressee.  Unless you are the addressee of this message you may
not use, copy or disclose the contents of this message to anyone. If you have received this
message in error, please delete the message and advise the sender by reply e-mail or by calling
(323) 852-1000. Thank you.
To ensure compliance with Internal Revenue Service Circular 230, we inform you that any U.S.
Federal Tax advice contained in this communication is not intended or written to be used, and
cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2)
promoting, marketing or recommending to another party any tax-related matter(s) addressed
herein.

From: David Brownstein <david@brownsteinfirm.com>
Sent: Thursday, February 20, 2025 3:10 PM
To: Gerrick Warrington <gwarrington@frandzel.com>
Subject: [EXTERNAL] In re Seaton Investments, LLC et al. (Unserved Subpoena on Vicino
Limited Partnership & Streit Capital Corp.)

Mr. Warrington,

I represent Vicino Limited Partnership and Streit Capital Corp.
My clients were informed by email, via Debtor's counsel at approximately 6 pm on the evening
of February 11, 2025, that subpoenas were issued on these two entities in the Broadway Avenue
Investments LLC Bankruptcy case.  This was the first that they were made aware that any such
subpoenas had been issued

However, my understanding is that these subpoenas were never served on Vicino nor Streit, as
these companies recently moved their offices and were no longer at the 15350 Sherman Way
#210 address as of February 6, 2025.
I believe the old office would have been locked and inaccessible for any deliveries.  In any case,
they have never received service of the same.

That being said, if I am mistaken and you believe you have a valid proof of service, please
provide the same as soon as possible, as Vicino and Streit are unaware of their alleged response
deadlines.

If the subpoenas were actually somehow served on February 6, 2025, the date they were signed
by you, then the response date for objections would fall on today February 20, 2025.  If that is
the case, then we would request an additional 5 days to February 25, 2025 for objections, as they
first learned of the subpoenas on February 11, 2025.

As you are also likely aware, Vicino Limited Partnership informed counsel for the Debtor on
February 17, 2025, that they had decided to withdraw their Letter of Intent and would not
proceed with a potential loan. A declaration to that effect by Mr. Auriel Streit was filed with the
Court on February 19, 2025.

That being said, perhaps your desire to seek such documentation is no longer necessary, or the
potential deadlines would be less consequential.

Please let me know at your earliest.

Respectfully,

David Brownstein

Law Office of David I. Brownstein
1 Park Plaza, Suite 600
Irvine, California 92614
(949) 486-4404 - O
(949) 566-3884 - C
david@brownsteinfirm.com

# Exhibit 5

# Exhibit 5

DERRICK TALERICO (State Bar No. 223763)
dtalerico@wztslaw.com
DAVID B. ZOLKIN (State Bar No. 155410)
dzolkin@wztslaw.com
WEINTRAUB ZOLKIN TALERICO &
SELTH LLP
11766 Wilshire Boulevard, Suite 730
Los Angeles, CA 90025
Telephone: (424) 500-8552

ZEV SHECHTMAN (BAR NO. 266280)
Zev.Shechtman@saul.com
CAROL CHOW (BAR NO. 169299)
carol.chow@saul.com
RYAN COY (BAR NO. 324939)
ryan.coy@saul.com
SAUL EWING LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: (310) 255-6100
Facsimile: (310) 255-6200

Attorneys for Debtors and Debtors in Possession

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re | Lead Case No. 2:24-bk-12079-VZ |
| SEATON INVESTMENTS, LLC, et al.,, | Jointly Administered with Case Nos.: 2:24-bk-12080-VZ; 2:24-bk-12081-VZ; 2:24-bk-12082-VZ; 2:24-bk-12091-VZ; 2:24-bk-12074-VZ; 2:24-bk-12075-VZ and 2:24-bk-12076-VZ |
| Debtors and Debtors In Possession. | |

☐ Affects All Debtors.

☐ Affects Seaton Investments, LLC

☐ Affects Colyton Investments, LLC

☒ Affects Broadway Avenue Investments, LLC

☐ Affects SLA Investments, LLC

☐ Affects Negev Investments, LLC

☐ Affects Alan Gomperts

☐ Affects Daniel Halevy

☐ Affects Susan Halevy

Chapter 11

**DEBTORS' OBJECTION TO SUBPOENA FOR DOCUMENTS ISSUED BY ARCHWAY TO VIEW BEHAVIORAL HEALTH, LLC**

55087182.1 390855-00001

1    Debtors in the above-captioned jointly administered cases (collectively, "Debtors") hereby

2  object to the Subpoena to Produce Documents, Information, or Objects (the "Subpoena")

3  propounded by Archway Broadway Loan SPE, LLC ("Archway") to View Behavioral Health,

4  LLC (the "Subpoenaed Party"), as follows:

5

6                                **GENERAL OBJECTIONS**

7    1.    Debtors object to the Subpoena and to each document request contained therein

8  (each a "Request," and collectively "Requests") to the extent that it seeks information or

9  documents that are not relevant to the subject matter of this contested matter nor reasonably

10  calculated to lead to the discovery of admissible evidence.

11    2.    Debtors object to the Subpoena to the extent that Archway has failed to timely and

12  properly serve the Subpoena upon the Subpoenaed Party.

13    3.    Debtors object to each Request that is unlimited in time on the grounds that it is

14  overbroad and unduly burdensome.

15    4.    Debtors object to each Request to the extent that it seeks information not within the

16  knowledge of the Subpoenaed Party or seek documents not in the Subpoenaed Party's possession,

17  custody or control.

18    5.    The Requests do not, on their face, limit the call for information or documents to

19  those matters not protected or privileged from disclosure by law.  Debtors object to each Request

20  to the extent that it seeks information or documents that are protected by the attorney-client

21  privilege, the work-product doctrine, or other applicable privileges and protections.

22    6.    Debtors object to each Request to the extent it is vague, ambiguous, compound,

23  overbroad or overly burdensome.

24    7.    Debtors object to each Request to the extent that it seeks information or documents

25  that are private, confidential, proprietary to Debtors and/or the Subpoenaed Party and/or constitute

26  the trade secrets of Debtors and/or the Subpoenaed Party.

27    8.    To the extent that any Request seeks information or documents which are available

28  to the public (including documents filed with the courts), already in Archway's possession,

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

DEBTORS' OBJECTION TO SUBPOENA FOR DOCUMENTS ISSUED BY ARCHWAY TO VIEW
BEHAVIORAL HEALTH, LLC

OSC-018

1   custody, or control, and/or previously provided or produced to Archway, Debtors object to such

2   Request as seeking information or documents equally or more readily available and accessible to

3   Archway, and as such, is unduly burdensome, harassing, and oppressive.

4       9.      These Requests shall be governed by the requirements of the Federal Rules of

5   Bankruptcy Procedure and all applicable law.  To the extent any Request, or the Definitions of the

6   Requests, attempts or purports to impose additional requirements on the Subpoenaed Party or to

7   exceed applicable limitations, Debtors object.  The Subpoenaed Party should only be required to

8   comply with applicable law.

9       10.     Debtors object to the "DEFINITIONS" contained in the Requests on the grounds

10  that it is vague, ambiguous, overbroad and likely, in the context of specific Requests, to impose an

11  undue burden upon the Subpoenaed Party.

12              **SPECIFIC OBJECTIONS TO DOCUMENT REQUESTS**

13  **DOCUMENT REQUEST NO. 1:**

14          ALL DOCUMENTS RELATING TO BROADWAY.

15  **DOCUMENT REQUEST NO. 1:**

16          Debtors incorporate by reference each of the General Objections set forth above.  Debtors

17  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

18  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

19  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

20  Debtors further object to this Request to the extent that it seeks documents that are subject to the

21  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

22  laws.

23  **DOCUMENT REQUEST NO. 2:**

24          ALL DOCUMENTS RELATING TO the BROADWAY PROPERTY.

25  **OBJECTION TO DOCUMENT REQUEST NO. 2:**

26          Debtors incorporate by reference each of the General Objections set forth above.  Debtors

27  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

28  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

1  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

2  Debtors further object to this Request to the extent that it seeks documents that are subject to the

3  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

4  laws.

5  **DOCUMENT REQUEST NO. 3:**

6        ALL DOCUMENTS RELATING TO the BANKRUPTCY CASE.

7  **OBJECTION TO DOCUMENT REQUEST NO. 3:**

8        Debtors incorporate by reference each of the General Objections set forth above. Debtors

9  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

10  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

11  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

12  Debtors further object to this Request to the extent that it seeks documents that are subject to the

13  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

14  laws.

15  **DOCUMENT REQUEST NO. 4:**

16        ALL DOCUMENTS RELATING TO the DIP LOAN.

17  **OBJECTION TO DOCUMENT REQUEST NO. 4:**

18        Debtors incorporate by reference each of the General Objections set forth above. Debtors

19  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

20  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

21  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

22  Debtors further object to this Request to the extent that it seeks documents that are subject to the

23  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

24  laws.

25  **DOCUMENT REQUEST NO. 5:**

26        ALL DOCUMENTS RELATING TO the DIP LENDER.

27  **OBJECTION TO DOCUMENT REQUEST NO. 5:**

28        Debtors incorporate by reference each of the General Objections set forth above. Debtors

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

55087182.1 390855-00001        4

DEBTORS' OBJECTION TO SUBPOENA FOR DOCUMENTS ISSUED BY ARCHWAY TO VIEW
BEHAVIORAL HEALTH, LLC

1  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

2  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

3  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

4  Debtors further object to this Request to the extent that it seeks documents that are subject to the

5  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

6  laws.

7  **DOCUMENT REQUEST NO. 6:**

8        ALL DOCUMENTS RELATING TO the LEASE.

9  **OBJECTION TO DOCUMENT REQUEST NO. 6:**

10       Debtors incorporate by reference each of the General Objections set forth above. Debtors

11  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

12  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

13  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

14  Debtors further object to this Request to the extent that it seeks documents that are subject to the

15  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

16  laws.

17  **DOCUMENT REQUEST NO. 7:**

18        ALL DOCUMENTS RELATING TO the LEASE MOTION.

19  **OBJECTION TO DOCUMENT REQUEST NO. 7:**

20       Debtors incorporate by reference each of the General Objections set forth above. Debtors

21  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

22  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

23  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

24  Debtors further object to this Request to the extent that it seeks documents that are subject to the

25  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

26  laws.

27  **DOCUMENT REQUEST NO. 8:**

28        ALL DOCUMENTS RELATING TO DMB.

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

DEBTORS' OBJECTION TO SUBPOENA FOR DOCUMENTS ISSUED BY ARCHWAY TO VIEW
BEHAVIORAL HEALTH, LLC

OSC-021

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

**OBJECTION TO DOCUMENT REQUEST NO. 8:**

Debtors incorporate by reference each of the General Objections set forth above. Debtors further object to this Request on the grounds that this Request is vague, ambiguous, overbroad, unduly burdensome, and seeks documents that are neither relevant to the subject matter of this contested matter nor reasonably calculated to lead to the discovery of admissible evidence. Debtors further object to this Request to the extent that it seeks documents that are subject to the attorney-client privilege, the attorney work product doctrine, or other applicable privileges and laws.

**DOCUMENT REQUEST NO. 9:**

ALL DOCUMENTS RELATING TO YOUR current audited and/or unaudited financial statements, including profit and loss statements, income statements, cash flow statements, balance sheets, and interest-holder and/or shareholder equity.

**OBJECTION TO DOCUMENT REQUEST NO. 9:**

Debtors incorporate by reference each of the General Objections set forth above. Debtors further object to this Request on the grounds that this Request is vague, ambiguous, overbroad, unduly burdensome, and seeks documents that are neither relevant to the subject matter of this contested matter nor reasonably calculated to lead to the discovery of admissible evidence. Debtors further object to this Request to the extent that it seeks documents that are subject to the attorney-client privilege, the attorney work product doctrine, or other applicable privileges and laws. Debtors further object to this Request to the extent that it seeks information or documents that constitute the private, confidential, proprietary, and/or commercially sensitive information of the Subpoenaed Party.

**DOCUMENT REQUEST NO. 10:**

ANY DOCUMENTS RELATING TO YOUR tax returns.

**OBJECTION TO DOCUMENT REQUEST NO. 10:**

Debtors incorporate by reference each of the General Objections set forth above. Debtors further object to this Request on the grounds that this Request is vague, ambiguous, overbroad, unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

55087182.1 390855-00001

6

DEBTORS' OBJECTION TO SUBPOENA FOR DOCUMENTS ISSUED BY ARCHWAY TO VIEW
BEHAVIORAL HEALTH, LLC

1  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

2  Debtors further object to this Request to the extent that it seeks documents that are subject to the

3  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

4  laws.  Debtors further object to this Request to the extent that it seeks information or documents

5  that constitute the private, confidential, proprietary, and/or commercially sensitive information of

6  the Subpoenaed Party.

7  **DOCUMENT REQUEST NO. 11:**

8      ANY DOCUMENTS RELATING TO licenses, permits, both governmental and private,

9  RELATING TO the BROADWAY PROPERTY.

10  **OBJECTION TO DOCUMENT REQUEST NO. 11:**

11      Debtors incorporate by reference each of the General Objections set forth above.  Debtors

12  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

13  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

14  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

15  Debtors further object to this Request to the extent that it seeks documents that are subject to the

16  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

17  laws.  Debtors further object to this Request to the extent that it seeks information or documents

18  that constitute the private, confidential, proprietary, and/or commercially sensitive information of

19  the Subpoenaed Party.

20  **DOCUMENT REQUEST NO. 12:**

21      ANY DOCUMENTS RELATING TO YOUR savings, checking, deposit, and/or other

22  financial accounts, including bank statements.

23  **OBJECTION TO DOCUMENT REQUEST NO. 12:**

24      Debtors incorporate by reference each of the General Objections set forth above.  Debtors

25  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

26  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

27  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

28  Debtors further object to this Request to the extent that it seeks documents that are subject to the

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

DEBTORS' OBJECTION TO SUBPOENA FOR DOCUMENTS ISSUED BY ARCHWAY TO VIEW
BEHAVIORAL HEALTH, LLC

OSC-023

1  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

2  laws. Debtors further object to this Request to the extent that it seeks information or documents

3  that constitute the private, confidential, proprietary, and/or commercially sensitive information of

4  the Subpoenaed Party.

5  **DOCUMENT REQUEST NO. 13:**

6       ANY DOCUMENTS RELATING TO YOUR hierarchical and/or organizational structure.

7  **OBJECTION TO DOCUMENT REQUEST NO. 13:**

8       Debtors incorporate by reference each of the General Objections set forth above. Debtors

9  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

10  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

11  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

12  Debtors further object to this Request to the extent that it seeks documents that are subject to the

13  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

14  laws. Debtors further object to this Request to the extent that it seeks information or documents

15  that constitute the private, confidential, proprietary, and/or commercially sensitive information of

16  the Subpoenaed Party.

17  **DOCUMENT REQUEST NO. 14:**

18       ANY DOCUMENTS RELATING TO YOUR current and/or fixed assets.

19  **OBJECTION TO DOCUMENT REQUEST NO. 14:**

20       Debtors incorporate by reference each of the General Objections set forth above. Debtors

21  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

22  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

23  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

24  Debtors further object to this Request to the extent that it seeks documents that are subject to the

25  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

26  laws. Debtors further object to this Request to the extent that it seeks information or documents

27  that constitute the private, confidential, proprietary, and/or commercially sensitive information of

28  the Subpoenaed Party.

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

55087182.1 390855-00001                                    8

OSC-024

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

1  **DOCUMENT REQUEST NO. 15:**

2       ANY DOCUMENTS RELATING TO YOUR liabilities.

3  **OBJECTION TO DOCUMENT REQUEST NO. 15:**

4       Debtors incorporate by reference each of the General Objections set forth above.  Debtors

5  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

6  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

7  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

8  Debtors further object to this Request to the extent that it seeks documents that are subject to the

9  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

10  laws.  Debtors further object to this Request to the extent that it seeks information or documents

11  that constitute the private, confidential, proprietary, and/or commercially sensitive information of

12  the Subpoenaed Party.

13  **DOCUMENT REQUEST NO. 16:**

14       ANY DOCUMENTS RELATING TO YOUR revenue and expenses.

15  **OBJECTION TO DOCUMENT REQUEST NO. 16:**

16       Debtors incorporate by reference each of the General Objections set forth above.  Debtors

17  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

18  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

19  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

20  Debtors further object to this Request to the extent that it seeks documents that are subject to the

21  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

22  laws.  Debtors further object to this Request to the extent that it seeks information or documents

23  that constitute the private, confidential, proprietary, and/or commercially sensitive information of

24  the Subpoenaed Party.

25  **DOCUMENT REQUEST NO. 17:**

26       ALL DOCUMENTS RELATING TO YOUR license to conduct business in California.

27  **OBJECTION TO DOCUMENT REQUEST NO. 17:**

28       Debtors incorporate by reference each of the General Objections set forth above.  Debtors

DEBTORS' OBJECTION TO SUBPOENA FOR DOCUMENTS ISSUED BY ARCHWAY TO VIEW
BEHAVIORAL HEALTH, LLC

OSC-025

1    further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

2    unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

3    contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

4    Debtors further object to this Request to the extent that it seeks documents that are subject to the

5    attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

6    laws.

7    **DOCUMENT REQUEST NO. 18:**

8         ALL DOCUMENTS RELATING TO any litigation or claims, commenced or threatened,

9    against YOU or any of YOUR current or former officers, owners, and/or controllers, within the

10   past five years.

11   **OBJECTION TO DOCUMENT REQUEST NO. 18:**

12        Debtors incorporate by reference each of the General Objections set forth above.  Debtors

13   further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

14   unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

15   contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

16   Debtors further object to this Request to the extent that it seeks documents that are subject to the

17   attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

18   laws.

19   **DOCUMENT REQUEST NO. 19:**

20        ALL DOCUMENTS RELATING TO any civil sanctions or judgments entered against

21   YOU or any of YOUR current or former officers, owners, or controllers in the past five years.

22   **OBJECTION TO DOCUMENT REQUEST NO. 19:**

23        Debtors incorporate by reference each of the General Objections set forth above.  Debtors

24   further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

25   unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

26   contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

27   Debtors further object to this Request to the extent that it seeks documents that are subject to the

28   attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

DEBTORS' OBJECTION TO SUBPOENA FOR DOCUMENTS ISSUED BY ARCHWAY TO VIEW
BEHAVIORAL HEALTH, LLC

1  laws.

2  **DOCUMENT REQUEST NO. 20:**

3  ALL DOCUMENTS RELATING TO any criminal sanctions, convictions, or judgments

4  entered against YOU or any of YOUR current or former officers, owners, or controllers in the past

5  five years.

6  **OBJECTION TO DOCUMENT REQUEST NO. 20:**

7  Debtors incorporate by reference each of the General Objections set forth above.  Debtors

8  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

9  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

10  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

11  Debtors further object to this Request to the extent that it seeks documents that are subject to the

12  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

13  laws.

14  **DOCUMENT REQUEST NO. 21:**

15  ALL DOCUMENTS RELATING TO any contempt sanctions entered against YOU or any

16  of YOUR current or former officers, owners, or controllers in the past five years.

17  **OBJECTION TO DOCUMENT REQUEST NO. 21:**

18  Debtors incorporate by reference each of the General Objections set forth above.  Debtors

19  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

20  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

21  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

22  Debtors further object to this Request to the extent that it seeks documents that are subject to the

23  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

24  laws.

25

26

27

28

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

55087182.1 390855-00001

11

DEBTORS' OBJECTION TO SUBPOENA FOR DOCUMENTS ISSUED BY ARCHWAY TO VIEW
BEHAVIORAL HEALTH, LLC

1   DATED: February 19, 2025                SAUL EWING LLP

2

3                                           By: _____

4                                               ZEV SHECHTMAN
                                                CAROL CHOW
5                                               RYAN COY
                                                Attorneys for Debtors and Debtors in Possession
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

55087182.1 390855-00001                            12
          DEBTORS' OBJECTION TO SUBPOENA FOR DOCUMENTS ISSUED BY ARCHWAY TO VIEW
                                    BEHAVIORAL HEALTH, LLC

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

OSC-028

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Saul Ewing LLP, 1888 Century Park East, Suite 1500, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **Debtor's Objection to Subpoena for Documents Issued by Archway to View Behavioral Health, LLC** be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. ~~**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**~~ ~~Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:~~

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) **February 19, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Derrick Talerico
David B. Zolkin
WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 Wilshire Boulevard, Suite 730
Los Angeles, CA 90025

Michael Gerard Fletcher
Gerrick M. Warrington
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, CA 90017

View Behavioral Health, LLC
c/o Conrad Nilo, Agent for Service of Process
2600 Redondo Avenue, Suite 500
Long Beach, CA 90806

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 19, 2025 | Hannah Richmond | /s/ Hannah Richmond |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

OSC-029

1  DERRICK TALERICO (State Bar No. 223763)
   dtalerico@wztslaw.com
2  DAVID B. ZOLKIN (State Bar No. 155410)
   dzolkin@wztslaw.com
3  WEINTRAUB ZOLKIN TALERICO &
4  SELTH LLP
   11766 Wilshire Boulevard, Suite 730
5  Los Angeles, CA 90025
   Telephone: (424) 500-8552
6
7  ZEV SHECHTMAN (BAR NO. 266280)
   Zev.Shechtman@saul.com
8  CAROL CHOW (BAR NO. 169299)
   carol.chow@saul.com
9  RYAN COY (BAR NO. 324939)
   ryan.coy@saul.com
10 SAUL EWING LLP
   1888 Century Park East, Suite 1500
11 Los Angeles, California 90067
   Telephone:  (310) 255-6100
12 Facsimile:  (310) 255-6200

13 Attorneys for Debtors and Debtors in Possession

14            **UNITED STATES BANKRUPTCY COURT**

15      **CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION**

16 | In re | Lead Case No. 2:24-bk-12079-VZ |

17 | SEATON INVESTMENTS, LLC, et al.,, | Jointly Administered with Case Nos.: |
18 |       Debtors and Debtors In Possession. | 2:24-bk-12080-VZ; 2:24-bk-12081-VZ; 2:24-bk-12082-VZ; 2:24-bk-12091-VZ; |
19 | | 2:24-bk-12074-VZ; 2:24-bk-12075-VZ and 2:24-bk-12076-VZ |
20 | ☐ Affects All Debtors. | |
21 | ☐ Affects Seaton Investments, LLC | Chapter 11 |
   | ☐ Affects Colyton Investments, LLC | |
22 | ☒ Affects Broadway Avenue Investments, LLC | **DEBTORS' OBJECTION TO SUBPOENA FOR DOCUMENTS ISSUED BY ARCHWAY TO VIEW BEHAVIORAL HEALTH-COLTON LLC** |
23 | ☐ Affects SLA Investments, LLC | |
24 | ☐ Affects Negev Investments, LLC | |
25 | ☐ Affects Alan Gomperts | |
26 | ☐ Affects Daniel Halevy | |
27 | ☐ Affects Susan Halevy | |
28 | | |

DEBTORS' OBJECTION TO SUBPOENA FOR DOCUMENTS ISSUED BY ARCHWAY TO VIEW
BEHAVIORAL HEALTH-COLTON LLC

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

OSC-030

1    Debtors in the above-captioned jointly administered cases (collectively, "Debtors") hereby

2 object to the Subpoena to Produce Documents, Information, or Objects (the "Subpoena")

3 propounded by Archway Broadway Loan SPE, LLC ("Archway") to View Behavioral Health-

4 Colton LLC (the "Subpoenaed Party"), as follows:

5

6                              **GENERAL OBJECTIONS**

7    1.    Debtors object to the Subpoena and to each document request contained therein

8 (each a "Request," and collectively "Requests") to the extent that it seeks information or

9 documents that are not relevant to the subject matter of this contested matter nor reasonably

10 calculated to lead to the discovery of admissible evidence.

11    2.    Debtors object to the Subpoena to the extent that Archway has failed to timely and

12 properly serve the Subpoena upon the Subpoenaed Party.

13    3.    Debtors object to each Request that is unlimited in time on the grounds that it is

14 overbroad and unduly burdensome.

15    4.    Debtors object to each Request to the extent that it seeks information not within the

16 knowledge of the Subpoenaed Party or seek documents not in the Subpoenaed Party's possession,

17 custody or control.

18    5.    The Requests do not, on their face, limit the call for information or documents to

19 those matters not protected or privileged from disclosure by law.  Debtors object to each Request

20 to the extent that it seeks information or documents that are protected by the attorney-client

21 privilege, the work-product doctrine, or other applicable privileges and protections.

22    6.    Debtors object to each Request to the extent it is vague, ambiguous, compound,

23 overbroad or overly burdensome.

24    7.    Debtors object to each Request to the extent that it seeks information or documents

25 that are private, confidential, proprietary to Debtors and/or the Subpoenaed Party and/or constitute

26 the trade secrets of Debtors and/or the Subpoenaed Party.

27    8.    To the extent that any Request seeks information or documents which are available

28 to the public (including documents filed with the courts), already in Archway's possession,

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

55126818.1 390855-00001                    2
DEBTORS' OBJECTION TO SUBPOENA FOR DOCUMENTS ISSUED BY ARCHWAY TO VIEW
BEHAVIORAL HEALTH-COLTON LLC

OSC-031

1  custody, or control, and/or previously provided or produced to Archway, Debtors object to such

2  Request as seeking information or documents equally or more readily available and accessible to

3  Archway, and as such, is unduly burdensome, harassing, and oppressive.

4      9.    These Requests shall be governed by the requirements of the Federal Rules of

5  Bankruptcy Procedure and all applicable law.  To the extent any Request, or the Definitions of the

6  Requests, attempts or purports to impose additional requirements on the Subpoenaed Party or to

7  exceed applicable limitations, Debtors object.  The Subpoenaed Party should only be required to

8  comply with applicable law.

9      10.    Debtors object to the "DEFINITIONS" contained in the Requests on the grounds

10  that it is vague, ambiguous, overbroad and likely, in the context of specific Requests, to impose an

11  undue burden upon the Subpoenaed Party.

12             **SPECIFIC OBJECTIONS TO DOCUMENT REQUESTS**

13  **DOCUMENT REQUEST NO. 1:**

14      ALL DOCUMENTS RELATING TO BROADWAY.

15  **DOCUMENT REQUEST NO. 1:**

16      Debtors incorporate by reference each of the General Objections set forth above.  Debtors

17  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

18  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

19  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

20  Debtors further object to this Request to the extent that it seeks documents that are subject to the

21  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

22  laws.

23  **DOCUMENT REQUEST NO. 2:**

24      ALL DOCUMENTS RELATING TO the BROADWAY PROPERTY.

25  **OBJECTION TO DOCUMENT REQUEST NO. 2:**

26      Debtors incorporate by reference each of the General Objections set forth above.  Debtors

27  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

28  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

55126818.1 390855-00001        3

DEBTORS' OBJECTION TO SUBPOENA FOR DOCUMENTS ISSUED BY ARCHWAY TO VIEW
BEHAVIORAL HEALTH-COLTON LLC

1  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

2  Debtors further object to this Request to the extent that it seeks documents that are subject to the

3  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

4  laws.

5  **DOCUMENT REQUEST NO. 3:**

6      ALL DOCUMENTS RELATING TO the BANKRUPTCY CASE.

7  **OBJECTION TO DOCUMENT REQUEST NO. 3:**

8      Debtors incorporate by reference each of the General Objections set forth above.  Debtors

9  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

10  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

11  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

12  Debtors further object to this Request to the extent that it seeks documents that are subject to the

13  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

14  laws.

15  **DOCUMENT REQUEST NO. 4:**

16      ALL DOCUMENTS RELATING TO the DIP LOAN.

17  **OBJECTION TO DOCUMENT REQUEST NO. 4:**

18      Debtors incorporate by reference each of the General Objections set forth above.  Debtors

19  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

20  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

21  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

22  Debtors further object to this Request to the extent that it seeks documents that are subject to the

23  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

24  laws.

25  **DOCUMENT REQUEST NO. 5:**

26      ALL DOCUMENTS RELATING TO the DIP LENDER.

27  **OBJECTION TO DOCUMENT REQUEST NO. 5:**

28      Debtors incorporate by reference each of the General Objections set forth above.  Debtors

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

55126818.1 390855-00001                    4

DEBTORS' OBJECTION TO SUBPOENA FOR DOCUMENTS ISSUED BY ARCHWAY TO VIEW
BEHAVIORAL HEALTH-COLTON LLC

1  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

2  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

3  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

4  Debtors further object to this Request to the extent that it seeks documents that are subject to the

5  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

6  laws.

7  **DOCUMENT REQUEST NO. 6:**

8       ALL DOCUMENTS RELATING TO the LEASE.

9  **OBJECTION TO DOCUMENT REQUEST NO. 6:**

10      Debtors incorporate by reference each of the General Objections set forth above.  Debtors

11  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

12  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

13  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

14  Debtors further object to this Request to the extent that it seeks documents that are subject to the

15  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

16  laws.

17  **DOCUMENT REQUEST NO. 7:**

18      ALL DOCUMENTS RELATING TO the LEASE MOTION.

19  **OBJECTION TO DOCUMENT REQUEST NO. 7:**

20      Debtors incorporate by reference each of the General Objections set forth above.  Debtors

21  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

22  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

23  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

24  Debtors further object to this Request to the extent that it seeks documents that are subject to the

25  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

26  laws.

27  **DOCUMENT REQUEST NO. 8:**

28      ALL DOCUMENTS RELATING TO DMB.

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

55126818.1 390855-00001          5

DEBTORS' OBJECTION TO SUBPOENA FOR DOCUMENTS ISSUED BY ARCHWAY TO VIEW
BEHAVIORAL HEALTH-COLTON LLC

1 **OBJECTION TO DOCUMENT REQUEST NO. 8:**

2      Debtors incorporate by reference each of the General Objections set forth above. Debtors

3 further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

4 unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

5 contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

6 Debtors further object to this Request to the extent that it seeks documents that are subject to the

7 attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

8 laws.

9 **DOCUMENT REQUEST NO. 9:**

10      ALL DOCUMENTS RELATING TO YOUR current audited and/or unaudited financial

11 statements, including profit and loss statements, income statements, cash flow statements, balance

12 sheets, and interest-holder and/or shareholder equity.

13 **OBJECTION TO DOCUMENT REQUEST NO. 9:**

14      Debtors incorporate by reference each of the General Objections set forth above. Debtors

15 further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

16 unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

17 contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

18 Debtors further object to this Request to the extent that it seeks documents that are subject to the

19 attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

20 laws. Debtors further object to this Request to the extent that it seeks information or documents

21 that constitute the private, confidential, proprietary, and/or commercially sensitive information of

22 the Subpoenaed Party.

23 **DOCUMENT REQUEST NO. 10:**

24      ANY DOCUMENTS RELATING TO YOUR tax returns.

25 **OBJECTION TO DOCUMENT REQUEST NO. 10:**

26      Debtors incorporate by reference each of the General Objections set forth above. Debtors

27 further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

28 unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

55126818.1 390855-00001          6

DEBTORS' OBJECTION TO SUBPOENA FOR DOCUMENTS ISSUED BY ARCHWAY TO VIEW
BEHAVIORAL HEALTH-COLTON LLC

1  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

2  Debtors further object to this Request to the extent that it seeks documents that are subject to the

3  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

4  laws. Debtors further object to this Request to the extent that it seeks information or documents

5  that constitute the private, confidential, proprietary, and/or commercially sensitive information of

6  the Subpoenaed Party.

7  **DOCUMENT REQUEST NO. 11:**

8      ANY DOCUMENTS RELATING TO licenses, permits, both governmental and private,

9  RELATING TO the BROADWAY PROPERTY.

10  **OBJECTION TO DOCUMENT REQUEST NO. 11:**

11      Debtors incorporate by reference each of the General Objections set forth above. Debtors

12  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

13  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

14  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

15  Debtors further object to this Request to the extent that it seeks documents that are subject to the

16  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

17  laws.

18  **DOCUMENT REQUEST NO. 12:**

19      ANY DOCUMENTS RELATING TO YOUR savings, checking, deposit, and/or other

20  financial accounts, including bank statements.

21  **OBJECTION TO DOCUMENT REQUEST NO. 12:**

22      Debtors incorporate by reference each of the General Objections set forth above. Debtors

23  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

24  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

25  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

26  Debtors further object to this Request to the extent that it seeks documents that are subject to the

27  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

28  laws. Debtors further object to this Request to the extent that it seeks information or documents

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

55126818.1 390855-00001

7

DEBTORS' OBJECTION TO SUBPOENA FOR DOCUMENTS ISSUED BY ARCHWAY TO VIEW
BEHAVIORAL HEALTH-COLTON LLC

OSC-036

1  that constitute the private, confidential, proprietary, and/or commercially sensitive information of

2  the Subpoenaed Party.

3  **DOCUMENT REQUEST NO. 13:**

4      ANY DOCUMENTS RELATING TO YOUR hierarchical and/or organizational structure.

5  **OBJECTION TO DOCUMENT REQUEST NO. 13:**

6      Debtors incorporate by reference each of the General Objections set forth above.  Debtors

7  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

8  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

9  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

10  Debtors further object to this Request to the extent that it seeks documents that are subject to the

11  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

12  laws.

13  **DOCUMENT REQUEST NO. 14:**

14      ANY DOCUMENTS RELATING TO YOUR current and/or fixed assets.

15  **OBJECTION TO DOCUMENT REQUEST NO. 14:**

16      Debtors incorporate by reference each of the General Objections set forth above.  Debtors

17  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

18  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

19  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

20  Debtors further object to this Request to the extent that it seeks documents that are subject to the

21  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

22  laws.  Debtors further object to this Request to the extent that it seeks information or documents

23  that constitute the private, confidential, proprietary, and/or commercially sensitive information of

24  the Subpoenaed Party.

25  **DOCUMENT REQUEST NO. 15:**

26      ANY DOCUMENTS RELATING TO YOUR liabilities.

27  **OBJECTION TO DOCUMENT REQUEST NO. 15:**

28      Debtors incorporate by reference each of the General Objections set forth above.  Debtors

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

55126818.1 390855-00001

8

OSC-037

1  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

2  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

3  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

4  Debtors further object to this Request to the extent that it seeks documents that are subject to the

5  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

6  laws.  Debtors further object to this Request to the extent that it seeks information or documents

7  that constitute the private, confidential, proprietary, and/or commercially sensitive information of

8  the Subpoenaed Party.

9  **DOCUMENT REQUEST NO. 16:**

10      ANY DOCUMENTS RELATING TO YOUR revenue and expenses.

11  **OBJECTION TO DOCUMENT REQUEST NO. 16:**

12      Debtors incorporate by reference each of the General Objections set forth above.  Debtors

13  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

14  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

15  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

16  Debtors further object to this Request to the extent that it seeks documents that are subject to the

17  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

18  laws.  Debtors further object to this Request to the extent that it seeks information or documents

19  that constitute the private, confidential, proprietary, and/or commercially sensitive information of

20  the Subpoenaed Party.

21  **DOCUMENT REQUEST NO. 17:**

22      ALL DOCUMENTS RELATING TO YOUR license to conduct business in California.

23  **OBJECTION TO DOCUMENT REQUEST NO. 17:**

24      Debtors incorporate by reference each of the General Objections set forth above.  Debtors

25  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

26  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

27  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

28  Debtors further object to this Request to the extent that it seeks documents that are subject to the

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

55126818.1 390855-00001                    9

1  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

2  laws.

3  **DOCUMENT REQUEST NO. 18:**

4      ALL DOCUMENTS RELATING TO any litigation or claims, commenced or threatened,

5  against YOU or any of YOUR current or former officers, owners, and/or controllers, within the

6  past five years.

7  **OBJECTION TO DOCUMENT REQUEST NO. 18:**

8      Debtors incorporate by reference each of the General Objections set forth above. Debtors

9  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

10  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

11  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

12  Debtors further object to this Request to the extent that it seeks documents that are subject to the

13  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

14  laws.

15  **DOCUMENT REQUEST NO. 19:**

16      ALL DOCUMENTS RELATING TO any civil sanctions or judgments entered against

17  YOU or any of YOUR current or former officers, owners, or controllers in the past five years.

18  **OBJECTION TO DOCUMENT REQUEST NO. 19:**

19      Debtors incorporate by reference each of the General Objections set forth above. Debtors

20  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

21  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

22  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

23  Debtors further object to this Request to the extent that it seeks documents that are subject to the

24  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

25  laws.

26

27

28

55126818.1 390855-00001

10

DEBTORS' OBJECTION TO SUBPOENA FOR DOCUMENTS ISSUED BY ARCHWAY TO VIEW
BEHAVIORAL HEALTH-COLTON LLC

1  **DOCUMENT REQUEST NO. 20:**

2      ALL DOCUMENTS RELATING TO any criminal sanctions, convictions, or judgments

3  entered against YOU or any of YOUR current or former officers, owners, or controllers in the past

4  five years.

5  **OBJECTION TO DOCUMENT REQUEST NO. 20:**

6      Debtors incorporate by reference each of the General Objections set forth above.  Debtors

7  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

8  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

9  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

10  Debtors further object to this Request to the extent that it seeks documents that are subject to the

11  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

12  laws.

13  **DOCUMENT REQUEST NO. 21:**

14      ALL DOCUMENTS RELATING TO any contempt sanctions entered against YOU or any

15  of YOUR current or former officers, owners, or controllers in the past five years.

16  **OBJECTION TO DOCUMENT REQUEST NO. 21:**

17      Debtors incorporate by reference each of the General Objections set forth above.  Debtors

18  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

19  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

20  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

21  Debtors further object to this Request to the extent that it seeks documents that are subject to the

22  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

23  laws.

24

25

26

27

28

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

55126818.1 390855-00001                 11
DEBTORS' OBJECTION TO SUBPOENA FOR DOCUMENTS ISSUED BY ARCHWAY TO VIEW
BEHAVIORAL HEALTH-COLTON LLC

OSC-040

DATED:  February 19, 2025

SAUL EWING LLP

By: _____

ZEV SHECHTMAN
CAROL CHOW
RYAN COY
Attorneys for Debtors and Debtors in Possession

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

55126818.1 390855-00001

12

DEBTORS' OBJECTION TO SUBPOENA FOR DOCUMENTS ISSUED BY ARCHWAY TO VIEW
BEHAVIORAL HEALTH-COLTON LLC

OSC-041

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Saul Ewing LLP, 1888 Century Park East, Suite 1500, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **Debtor's Objection to Subpoena for Documents Issued by Archway to View Behavioral Health-Colton LLC** be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

~~**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:~~

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **February 19, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Derrick Talerico
David B. Zolkin
WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 Wilshire Boulevard, Suite 730
Los Angeles, CA 90025

Michael Gerard Fletcher
Gerrick M. Warrington
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, CA 90017

View Behavioral Health-Colton LLC
c/o Conrad Nilo, Agent for Service of Process
2600 Redondo Avenue, Suite 500
Long Beach, CA 90806

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 19, 2025 | Hannah Richmond | /s/ Hannah Richmond |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

1 | DERRICK TALERICO (State Bar No. 223763)
dtalerico@wztslaw.com
2 | DAVID B. ZOLKIN (State Bar No. 155410)
dzolkin@wztslaw.com
3 | WEINTRAUB ZOLKIN TALERICO &
SELTH LLP
4 | 11766 Wilshire Boulevard, Suite 730
5 | Los Angeles, CA 90025
Telephone: (424) 500-8552
6 |

7 | ZEV SHECHTMAN (BAR NO. 266280)
Zev.Shechtman@saul.com
8 | CAROL CHOW (BAR NO. 169299)
carol.chow@saul.com
9 | RYAN COY (BAR NO. 324939)
ryan.coy@saul.com
10 | SAUL EWING LLP
1888 Century Park East, Suite 1500
11 | Los Angeles, California 90067
Telephone:  (310) 255-6100
12 | Facsimile:  (310) 255-6200

13 | Attorneys for Debtors and Debtors in Possession

14 | **UNITED STATES BANKRUPTCY COURT**

15 | **CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION**

16 | In re

17 | SEATON INVESTMENTS, LLC, et al.,,

18 |             Debtors and Debtors In Possession.

19 |
20 | ☐ Affects All Debtors.

21 | ☐ Affects Seaton Investments, LLC

22 | ☐ Affects Colyton Investments, LLC

23 | ☒ Affects Broadway Avenue Investments, LLC

24 | ☐ Affects SLA Investments, LLC

25 | ☐ Affects Negev Investments, LLC

26 | ☐ Affects Alan Gomperts

27 | ☐ Affects Daniel Halevy

28 | ☐ Affects Susan Halevy

Lead Case No. 2:24-bk-12079-VZ

Jointly Administered with Case Nos.:
2:24-bk-12080-VZ; 2:24-bk-12081-VZ;
2:24-bk-12082-VZ; 2:24-bk-12091-VZ;
2:24-bk-12074-VZ; 2:24-bk-12075-VZ and
2:24-bk-12076-VZ

Chapter 11

**DEBTORS' OBJECTION TO SUBPOENA
FOR DOCUMENTS ISSUED BY
ARCHWAY TO VIEW BEHAVIORAL
HEALTH-COLTON II LLC**

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

55127776.1 390855-00001

DEBTORS' OBJECTION TO SUBPOENA FOR DOCUMENTS ISSUED BY ARCHWAY TO VIEW
BEHAVIORAL HEALTH-COLTON II LLC

1   Debtors in the above-captioned jointly administered cases (collectively, "Debtors") hereby

2   object to the Subpoena to Produce Documents, Information, or Objects (the "Subpoena")

3   propounded by Archway Broadway Loan SPE, LLC ("Archway") to View Behavioral Health-

4   Colton II LLC (the "Subpoenaed Party"), as follows:

5   **GENERAL OBJECTIONS**

6   1.   Debtors object to the Subpoena and to each document request contained therein

7   (each a "Request," and collectively "Requests") to the extent that it seeks information or

8   documents that are not relevant to the subject matter of this contested matter nor reasonably

9   calculated to lead to the discovery of admissible evidence.

10   2.   Debtors object to the Subpoena to the extent that Archway has failed to timely and

11   properly serve the Subpoena upon the Subpoenaed Party.

12   3.   Debtors object to each Request that is unlimited in time on the grounds that it is

13   overbroad and unduly burdensome.

14   4.   Debtors object to each Request to the extent that it seeks information not within the

15   knowledge of the Subpoenaed Party or seek documents not in the Subpoenaed Party's possession,

16   custody or control.

17   5.   The Requests do not, on their face, limit the call for information or documents to

18   those matters not protected or privileged from disclosure by law.  Debtors object to each Request

19   to the extent that it seeks information or documents that are protected by the attorney-client

20   privilege, the work-product doctrine, or other applicable privileges and protections.

21   6.   Debtors object to each Request to the extent it is vague, ambiguous, compound,

22   overbroad or overly burdensome.

23   7.   Debtors object to each Request to the extent that it seeks information or documents

24   that are private, confidential, proprietary to Debtors and/or the Subpoenaed Party and/or constitute

25   the trade secrets of Debtors and/or the Subpoenaed Party.

26   8.   To the extent that any Request seeks information or documents which are available

27   to the public (including documents filed with the courts), already in Archway's possession,

28   custody, or control, and/or previously provided or produced to Archway, Debtors object to such

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

55127776.1 390855-00001   2
DEBTORS' OBJECTION TO SUBPOENA FOR DOCUMENTS ISSUED BY ARCHWAY TO VIEW
BEHAVIORAL HEALTH-COLTON II LLC

OSC-044

1  Request as seeking information or documents equally or more readily available and accessible to

2  Archway, and as such, is unduly burdensome, harassing, and oppressive.

3       9.    These Requests shall be governed by the requirements of the Federal Rules of

4  Bankruptcy Procedure and all applicable law.  To the extent any Request, or the Definitions of the

5  Requests, attempts or purports to impose additional requirements on the Subpoenaed Party or to

6  exceed applicable limitations, Debtors object.  The Subpoenaed Party should only be required to

7  comply with applicable law.

8       10.    Debtors object to the "DEFINITIONS" contained in the Requests on the grounds

9  that it is vague, ambiguous, overbroad and likely, in the context of specific Requests, to impose an

10  undue burden upon the Subpoenaed Party.

11                       **SPECIFIC OBJECTIONS TO DOCUMENT REQUESTS**

12  **DOCUMENT REQUEST NO. 1:**

13       ALL DOCUMENTS RELATING TO BROADWAY.

14  **DOCUMENT REQUEST NO. 1:**

15       Debtors incorporate by reference each of the General Objections set forth above.  Debtors

16  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

17  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

18  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

19  Debtors further object to this Request to the extent that it seeks documents that are subject to the

20  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

21  laws.

22  **DOCUMENT REQUEST NO. 2:**

23       ALL DOCUMENTS RELATING TO the BROADWAY PROPERTY.

24  **OBJECTION TO DOCUMENT REQUEST NO. 2:**

25       Debtors incorporate by reference each of the General Objections set forth above.  Debtors

26  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

27  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

28  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

DEBTORS' OBJECTION TO SUBPOENA FOR DOCUMENTS ISSUED BY ARCHWAY TO VIEW
BEHAVIORAL HEALTH-COLTON II LLC

1  Debtors further object to this Request to the extent that it seeks documents that are subject to the

2  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

3  laws.

4  **DOCUMENT REQUEST NO. 3:**

5       ALL DOCUMENTS RELATING TO the BANKRUPTCY CASE.

6  **OBJECTION TO DOCUMENT REQUEST NO. 3:**

7       Debtors incorporate by reference each of the General Objections set forth above. Debtors

8  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

9  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

10  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

11  Debtors further object to this Request to the extent that it seeks documents that are subject to the

12  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

13  laws.

14  **DOCUMENT REQUEST NO. 4:**

15       ALL DOCUMENTS RELATING TO the DIP LOAN.

16  **OBJECTION TO DOCUMENT REQUEST NO. 4:**

17       Debtors incorporate by reference each of the General Objections set forth above. Debtors

18  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

19  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

20  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

21  Debtors further object to this Request to the extent that it seeks documents that are subject to the

22  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

23  laws.

24  **DOCUMENT REQUEST NO. 5:**

25       ALL DOCUMENTS RELATING TO the DIP LENDER.

26  **OBJECTION TO DOCUMENT REQUEST NO. 5:**

27       Debtors incorporate by reference each of the General Objections set forth above. Debtors

28  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

55127776.1 390855-00001                    4

DEBTORS' OBJECTION TO SUBPOENA FOR DOCUMENTS ISSUED BY ARCHWAY TO VIEW
BEHAVIORAL HEALTH-COLTON II LLC

1  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

2  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

3  Debtors further object to this Request to the extent that it seeks documents that are subject to the

4  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

5  laws.

6  **DOCUMENT REQUEST NO. 6:**

7      ALL DOCUMENTS RELATING TO the LEASE.

8  **OBJECTION TO DOCUMENT REQUEST NO. 6:**

9      Debtors incorporate by reference each of the General Objections set forth above.  Debtors

10  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

11  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

12  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

13  Debtors further object to this Request to the extent that it seeks documents that are subject to the

14  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

15  laws.

16  **DOCUMENT REQUEST NO. 7:**

17      ALL DOCUMENTS RELATING TO the LEASE MOTION.

18  **OBJECTION TO DOCUMENT REQUEST NO. 7:**

19      Debtors incorporate by reference each of the General Objections set forth above.  Debtors

20  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

21  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

22  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

23  Debtors further object to this Request to the extent that it seeks documents that are subject to the

24  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

25  laws.

26  **DOCUMENT REQUEST NO. 8:**

27      ALL DOCUMENTS RELATING TO DMB.

28

SAUL  EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

DEBTORS' OBJECTION TO SUBPOENA FOR DOCUMENTS ISSUED BY ARCHWAY TO VIEW
BEHAVIORAL HEALTH-COLTON II LLC

OSC-047

**OBJECTION TO DOCUMENT REQUEST NO. 8:**

Debtors incorporate by reference each of the General Objections set forth above. Debtors further object to this Request on the grounds that this Request is vague, ambiguous, overbroad, unduly burdensome, and seeks documents that are neither relevant to the subject matter of this contested matter nor reasonably calculated to lead to the discovery of admissible evidence. Debtors further object to this Request to the extent that it seeks documents that are subject to the attorney-client privilege, the attorney work product doctrine, or other applicable privileges and laws.

**DOCUMENT REQUEST NO. 9:**

ALL DOCUMENTS RELATING TO YOUR current audited and/or unaudited financial statements, including profit and loss statements, income statements, cash flow statements, balance sheets, and interest-holder and/or shareholder equity.

**OBJECTION TO DOCUMENT REQUEST NO. 9:**

Debtors incorporate by reference each of the General Objections set forth above. Debtors further object to this Request on the grounds that this Request is vague, ambiguous, overbroad, unduly burdensome, and seeks documents that are neither relevant to the subject matter of this contested matter nor reasonably calculated to lead to the discovery of admissible evidence. Debtors further object to this Request to the extent that it seeks documents that are subject to the attorney-client privilege, the attorney work product doctrine, or other applicable privileges and laws. Debtors further object to this Request to the extent that it seeks information or documents that constitute the private, confidential, proprietary, and/or commercially sensitive information of the Subpoenaed Party.

**DOCUMENT REQUEST NO. 10:**

ANY DOCUMENTS RELATING TO YOUR tax returns.

**OBJECTION TO DOCUMENT REQUEST NO. 10:**

Debtors incorporate by reference each of the General Objections set forth above. Debtors further object to this Request on the grounds that this Request is vague, ambiguous, overbroad, unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

DEBTORS' OBJECTION TO SUBPOENA FOR DOCUMENTS ISSUED BY ARCHWAY TO VIEW
BEHAVIORAL HEALTH-COLTON II LLC

OSC-048

1  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

2  Debtors further object to this Request to the extent that it seeks documents that are subject to the

3  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

4  laws. Debtors further object to this Request to the extent that it seeks information or documents

5  that constitute the private, confidential, proprietary, and/or commercially sensitive information of

6  the Subpoenaed Party.

7  **DOCUMENT REQUEST NO. 11:**

8      ANY DOCUMENTS RELATING TO licenses, permits, both governmental and private,

9  RELATING TO the BROADWAY PROPERTY.

10  **OBJECTION TO DOCUMENT REQUEST NO. 11:**

11      Debtors incorporate by reference each of the General Objections set forth above. Debtors

12  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

13  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

14  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

15  Debtors further object to this Request to the extent that it seeks documents that are subject to the

16  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

17  laws.

18  **DOCUMENT REQUEST NO. 12:**

19      ANY DOCUMENTS RELATING TO YOUR savings, checking, deposit, and/or other

20  financial accounts, including bank statements.

21  **OBJECTION TO DOCUMENT REQUEST NO. 12:**

22      Debtors incorporate by reference each of the General Objections set forth above. Debtors

23  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

24  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

25  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

26  Debtors further object to this Request to the extent that it seeks documents that are subject to the

27  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

28  laws. Debtors further object to this Request to the extent that it seeks information or documents

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

55127776.1 390855-00001

7

DEBTORS' OBJECTION TO SUBPOENA FOR DOCUMENTS ISSUED BY ARCHWAY TO VIEW
BEHAVIORAL HEALTH-COLTON II LLC

1    that constitute the private, confidential, proprietary, and/or commercially sensitive information of

2    the Subpoenaed Party.

3    **DOCUMENT REQUEST NO. 13:**

4        ANY DOCUMENTS RELATING TO YOUR hierarchical and/or organizational structure.

5    **OBJECTION TO DOCUMENT REQUEST NO. 13:**

6        Debtors incorporate by reference each of the General Objections set forth above.  Debtors

7    further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

8    unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

9    contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

10    Debtors further object to this Request to the extent that it seeks documents that are subject to the

11    attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

12    laws.

13    **DOCUMENT REQUEST NO. 14:**

14        ANY DOCUMENTS RELATING TO YOUR current and/or fixed assets.

15    **OBJECTION TO DOCUMENT REQUEST NO. 14:**

16        Debtors incorporate by reference each of the General Objections set forth above.  Debtors

17    further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

18    unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

19    contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

20    Debtors further object to this Request to the extent that it seeks documents that are subject to the

21    attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

22    laws. Debtors further object to this Request to the extent that it seeks information or documents

23    that constitute the private, confidential, proprietary, and/or commercially sensitive information of

24    the Subpoenaed Party.

25    **DOCUMENT REQUEST NO. 15:**

26        ANY DOCUMENTS RELATING TO YOUR liabilities.

27    **OBJECTION TO DOCUMENT REQUEST NO. 15:**

28        Debtors incorporate by reference each of the General Objections set forth above.  Debtors

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

55127776.1 390855-00001                8

DEBTORS' OBJECTION TO SUBPOENA FOR DOCUMENTS ISSUED BY ARCHWAY TO VIEW
BEHAVIORAL HEALTH-COLTON II LLC

1 | further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

2 | unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

3 | contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

4 | Debtors further object to this Request to the extent that it seeks documents that are subject to the

5 | attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

6 | laws. Debtors further object to this Request to the extent that it seeks information or documents

7 | that constitute the private, confidential, proprietary, and/or commercially sensitive information of

8 | the Subpoenaed Party.

9 | **DOCUMENT REQUEST NO. 16:**

10 |     ANY DOCUMENTS RELATING TO YOUR revenue and expenses.

11 | **OBJECTION TO DOCUMENT REQUEST NO. 16:**

12 |     Debtors incorporate by reference each of the General Objections set forth above. Debtors

13 | further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

14 | unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

15 | contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

16 | Debtors further object to this Request to the extent that it seeks documents that are subject to the

17 | attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

18 | laws. Debtors further object to this Request to the extent that it seeks information or documents

19 | that constitute the private, confidential, proprietary, and/or commercially sensitive information of

20 | the Subpoenaed Party.

21 | **DOCUMENT REQUEST NO. 17:**

22 |     ALL DOCUMENTS RELATING TO YOUR license to conduct business in California.

23 | **OBJECTION TO DOCUMENT REQUEST NO. 17:**

24 |     Debtors incorporate by reference each of the General Objections set forth above. Debtors

25 | further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

26 | unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

27 | contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

28 | Debtors further object to this Request to the extent that it seeks documents that are subject to the

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

55127776.1 390855-00001                                                9

DEBTORS' OBJECTION TO SUBPOENA FOR DOCUMENTS ISSUED BY ARCHWAY TO VIEW
BEHAVIORAL HEALTH-COLTON II LLC

OSC-051

1  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

2  laws.

3  **DOCUMENT REQUEST NO. 18:**

4       ALL DOCUMENTS RELATING TO any litigation or claims, commenced or threatened,

5  against YOU or any of YOUR current or former officers, owners, and/or controllers, within the

6  past five years.

7  **OBJECTION TO DOCUMENT REQUEST NO. 18:**

8       Debtors incorporate by reference each of the General Objections set forth above.  Debtors

9  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

10  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

11  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

12  Debtors further object to this Request to the extent that it seeks documents that are subject to the

13  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

14  laws.

15  **DOCUMENT REQUEST NO. 19:**

16       ALL DOCUMENTS RELATING TO any civil sanctions or judgments entered against

17  YOU or any of YOUR current or former officers, owners, or controllers in the past five years.

18  **OBJECTION TO DOCUMENT REQUEST NO. 19:**

19       Debtors incorporate by reference each of the General Objections set forth above.  Debtors

20  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

21  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

22  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

23  Debtors further object to this Request to the extent that it seeks documents that are subject to the

24  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

25  laws.

26

27

28

SAUL EWING LLP
5 PARK PLAZA, SUITE 850
IRVINE, CALIFORNIA 92614
(949) 252-2777

DEBTORS' OBJECTION TO SUBPOENA FOR DOCUMENTS ISSUED BY ARCHWAY TO VIEW
BEHAVIORAL HEALTH-COLTON II LLC

OSC-052

1  **DOCUMENT REQUEST NO. 20:**

2      ALL DOCUMENTS RELATING TO any criminal sanctions, convictions, or judgments

3  entered against YOU or any of YOUR current or former officers, owners, or controllers in the past

4  five years.

5  **OBJECTION TO DOCUMENT REQUEST NO. 20:**

6      Debtors incorporate by reference each of the General Objections set forth above. Debtors

7  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

8  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

9  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

10  Debtors further object to this Request to the extent that it seeks documents that are subject to the

11  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

12  laws.

13  **DOCUMENT REQUEST NO. 21:**

14      ALL DOCUMENTS RELATING TO any contempt sanctions entered against YOU or any

15  of YOUR current or former officers, owners, or controllers in the past five years.

16  **OBJECTION TO DOCUMENT REQUEST NO. 21:**

17      Debtors incorporate by reference each of the General Objections set forth above. Debtors

18  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

19  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

20  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

21  Debtors further object to this Request to the extent that it seeks documents that are subject to the

22  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

23  laws.

24

25

26

27

28

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

DEBTORS' OBJECTION TO SUBPOENA FOR DOCUMENTS ISSUED BY ARCHWAY TO VIEW
BEHAVIORAL HEALTH-COLTON II LLC

OSC-053

1  DATED: February 19, 2025          SAUL EWING LLP

2

3

4                                    By: _____
                                         ZEV SHECHTMAN
5                                        CAROL CHOW
                                         RYAN COY
6                                        Attorneys for Debtors and Debtors in Possession

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEBTORS' OBJECTION TO SUBPOENA FOR DOCUMENTS ISSUED BY ARCHWAY TO VIEW
BEHAVIORAL HEALTH-COLTON II LLC

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

OSC-054

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Saul Ewing LLP, 1888 Century Park East, Suite 1500, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **Debtor's Objection to Subpoena for Documents Issued by Archway to View Behavioral Health-Colton II LLC** be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) **February 19, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Derrick Talerico
David B. Zolkin
WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 Wilshire Boulevard, Suite 730
Los Angeles, CA 90025

Michael Gerard Fletcher
Gerrick M. Warrington
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, CA 90017

View Behavioral Health, LLC-Colton II
c/o Conrad Nilo, Agent for Service of Process
2600 Redondo Avenue, Suite 500
Long Beach, CA 90806

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 19, 2025 | Hannah Richmond | /s/ Hannah Richmond |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

OSC-055

1 DERRICK TALERICO (State Bar No. 223763)
dtalerico@wztslaw.com
2 DAVID B. ZOLKIN (State Bar No. 155410)
dzolkin@wztslaw.com
3 WEINTRAUB ZOLKIN TALERICO &
SELTH LLP
4 11766 Wilshire Boulevard, Suite 730
5 Los Angeles, CA 90025
Telephone: (424) 500-8552
6

7 ZEV SHECHTMAN (BAR NO. 266280)
Zev.Shechtman@saul.com
8 CAROL CHOW (BAR NO. 169299)
carol.chow@saul.com
9 RYAN COY (BAR NO. 324939)
ryan.coy@saul.com
10 SAUL EWING LLP
1888 Century Park East, Suite 1500
11 Los Angeles, California 90067
Telephone: (310) 255-6100
12 Facsimile: (310) 255-6200

13 Attorneys for Debtors and Debtors in Possession

14 **UNITED STATES BANKRUPTCY COURT**

15 **CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION**

| 16 In re | Lead Case No. 2:24-bk-12079-VZ |
|---|---|
| 17 SEATON INVESTMENTS, LLC, et al.,, | Jointly Administered with Case Nos.: |
| 18 Debtors and Debtors In Possession. | 2:24-bk-12080-VZ; 2:24-bk-12081-VZ; 2:24-bk-12082-VZ; 2:24-bk-12091-VZ; |
| 19 | 2:24-bk-12074-VZ; 2:24-bk-12075-VZ and 2:24-bk-12076-VZ |
| 20 ☐ Affects All Debtors. | |
| 21 ☐ Affects Seaton Investments, LLC | Chapter 11 |
| 22 ☐ Affects Colyton Investments, LLC | **DEBTORS' OBJECTION TO SUBPOENA FOR DOCUMENTS ISSUED BY** |
| ☒ Affects Broadway Avenue Investments, LLC | **ARCHWAY TO CHRISTOPHER E. MALING** |
| 23 ☐ Affects SLA Investments, LLC | |
| 24 ☐ Affects Negev Investments, LLC | |
| 25 ☐ Affects Alan Gomperts | |
| 26 ☐ Affects Daniel Halevy | |
| 27 ☐ Affects Susan Halevy | |
| 28 | |

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

55128390.1 390855-00001

DEBTORS' OBJECTION TO SUBPOENA FOR DOCUMENTS ISSUED BY ARCHWAY TO CHRISTOPHER E.
MALING

1        Debtors in the above-captioned jointly administered cases (collectively, "Debtors") hereby

2   object to the Subpoena to Produce Documents, Information, or Objects (the "Subpoena")

3   propounded by Archway Broadway Loan SPE, LLC ("Archway") to Christopher E. Maling (the

4   "Subpoenaed Party"), as follows:

5                                        **GENERAL OBJECTIONS**

6        1.      Debtors object to the Subpoena and to each document request contained therein

7   (each a "Request," and collectively "Requests") to the extent that it seeks information or

8   documents that are not relevant to the subject matter of this contested matter nor reasonably

9   calculated to lead to the discovery of admissible evidence.

10       2.      Debtors object to the Subpoena to the extent that Archway has failed to timely and

11  properly serve the Subpoena upon the Subpoenaed Party.

12       3.      Debtors object to each Request that is unlimited in time on the grounds that it is

13  overbroad and unduly burdensome.

14       4.      Debtors object to each Request to the extent that it seeks information not within the

15  knowledge of the Subpoenaed Party or seek documents not in the Subpoenaed Party's possession,

16  custody or control.

17       5.      The Requests do not, on their face, limit the call for information or documents to

18  those matters not protected or privileged from disclosure by law.  Debtors object to each Request

19  to the extent that it seeks information or documents that are protected by the attorney-client

20  privilege, the work-product doctrine, or other applicable privileges and protections.

21       6.      Debtors object to each Request to the extent it is vague, ambiguous, compound,

22  overbroad or overly burdensome.

23       7.      Debtors object to each Request to the extent that it seeks information or documents

24  that are private, confidential, proprietary to Debtors and/or the Subpoenaed Party and/or constitute

25  the trade secrets of Debtors and/or the Subpoenaed Party.

26       8.      To the extent that any Request seeks information or documents which are available

27  to the public (including documents filed with the courts), already in Archway's possession,

28  custody, or control, and/or previously provided or produced to Archway, Debtors object to such

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

1  Request as seeking information or documents equally or more readily available and accessible to

2  Archway, and as such, is unduly burdensome, harassing, and oppressive.

3       9.     These Requests shall be governed by the requirements of the Federal Rules of

4  Bankruptcy Procedure and all applicable law.  To the extent any Request, or the Definitions of the

5  Requests, attempts or purports to impose additional requirements on the Subpoenaed Party or to

6  exceed applicable limitations, Debtors object.  The Subpoenaed Party should only be required to

7  comply with applicable law.

8       10.    Debtors object to the "DEFINITIONS" contained in the Requests on the grounds

9  that it is vague, ambiguous, overbroad and likely, in the context of specific Requests, to impose an

10  undue burden upon the Subpoenaed Party.

11  **SPECIFIC OBJECTIONS TO DOCUMENT REQUESTS**

12  **DOCUMENT REQUEST NO. 1:**

13       ALL DOCUMENTS RELATING TO BROADWAY.

14  **DOCUMENT REQUEST NO. 1:**

15       Debtors incorporate by reference each of the General Objections set forth above.  Debtors

16  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

17  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

18  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

19  Debtors further object to this Request to the extent that it seeks documents that are subject to the

20  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

21  laws.

22  **DOCUMENT REQUEST NO. 2:**

23       ALL DOCUMENTS RELATING TO the BROADWAY PROPERTY.

24  **OBJECTION TO DOCUMENT REQUEST NO. 2:**

25       Debtors incorporate by reference each of the General Objections set forth above.  Debtors

26  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

27  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

28  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

55128390.1 390855-00001       3

DEBTORS' OBJECTION TO SUBPOENA FOR DOCUMENTS ISSUED BY ARCHWAY TO CHRISTOPHER E.
MALING

1  Debtors further object to this Request to the extent that it seeks documents that are subject to the

2  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

3  laws.

4  **DOCUMENT REQUEST NO. 3:**

5  ALL DOCUMENTS RELATING TO the BANKRUPTCY CASE.

6  **OBJECTION TO DOCUMENT REQUEST NO. 3:**

7  Debtors incorporate by reference each of the General Objections set forth above. Debtors

8  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

9  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

10  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

11  Debtors further object to this Request to the extent that it seeks documents that are subject to the

12  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

13  laws.

14  **DOCUMENT REQUEST NO. 4:**

15  ALL DOCUMENTS RELATING TO the LOAN MOTION.

16  **OBJECTION TO DOCUMENT REQUEST NO. 4:**

17  Debtors incorporate by reference each of the General Objections set forth above. Debtors

18  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

19  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

20  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

21  Debtors further object to this Request to the extent that it seeks documents that are subject to the

22  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

23  laws.

24  **DOCUMENT REQUEST NO. 5:**

25  ALL DOCUMENTS RELATING TO the DIP LOAN.

26  **OBJECTION TO DOCUMENT REQUEST NO. 5:**

27  Debtors incorporate by reference each of the General Objections set forth above. Debtors

28  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

55128390.1 390855-00001                4

DEBTORS' OBJECTION TO SUBPOENA FOR DOCUMENTS ISSUED BY ARCHWAY TO CHRISTOPHER E.
MALING

1   unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

2   contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

3   Debtors further object to this Request to the extent that it seeks documents that are subject to the

4   attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

5   laws.

6   **DOCUMENT REQUEST NO. 6:**

7        ALL DOCUMENTS RELATING TO the DIP LENDER.

8   **OBJECTION TO DOCUMENT REQUEST NO. 6:**

9        Debtors incorporate by reference each of the General Objections set forth above.  Debtors

10  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

11  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

12  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

13  Debtors further object to this Request to the extent that it seeks documents that are subject to the

14  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

15  laws.

16  **DOCUMENT REQUEST NO. 7:**

17       ALL DOCUMENTS RELATING TO the LEASE.

18  **OBJECTION TO DOCUMENT REQUEST NO. 7:**

19       Debtors incorporate by reference each of the General Objections set forth above.  Debtors

20  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

21  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

22  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

23  Debtors further object to this Request to the extent that it seeks documents that are subject to the

24  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

25  laws.

26  **DOCUMENT REQUEST NO. 8:**

27       ALL DOCUMENTS RELATING TO the LEASE MOTION.

28

DEBTORS' OBJECTION TO SUBPOENA FOR DOCUMENTS ISSUED BY ARCHWAY TO CHRISTOPHER E.
MALING

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

OSC-060

1  **OBJECTION TO DOCUMENT REQUEST NO. 8:**

2       Debtors incorporate by reference each of the General Objections set forth above. Debtors

3  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

4  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

5  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

6  Debtors further object to this Request to the extent that it seeks documents that are subject to the

7  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

8  laws.

9  **DOCUMENT REQUEST NO. 9:**

10       ALL DOCUMENTS RELATING TO DMB.

11  **OBJECTION TO DOCUMENT REQUEST NO. 9:**

12       Debtors incorporate by reference each of the General Objections set forth above. Debtors

13  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

14  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

15  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

16  Debtors further object to this Request to the extent that it seeks documents that are subject to the

17  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

18  laws.

19  **DOCUMENT REQUEST NO. 10:**

20       ALL DOCUMENTS RELATING TO VBH.

21  **OBJECTION TO DOCUMENT REQUEST NO. 10:**

22       Debtors incorporate by reference each of the General Objections set forth above. Debtors

23  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

24  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

25  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

26  Debtors further object to this Request to the extent that it seeks documents that are subject to the

27  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

28  laws.

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

55128390.1 390855-00001

6

DEBTORS' OBJECTION TO SUBPOENA FOR DOCUMENTS ISSUED BY ARCHWAY TO CHRISTOPHER E.
MALING

**DOCUMENT REQUEST NO. 11:**

ANY DOCUMENTS RELATING TO any YOUR opinions concerning the BROADWAY PROPERTY as set forth in the LOAN MOTION..

**OBJECTION TO DOCUMENT REQUEST NO. 11:**

Debtors incorporate by reference each of the General Objections set forth above. Debtors further object to this Request on the grounds that this Request is vague, ambiguous, overbroad, unduly burdensome, and seeks documents that are neither relevant to the subject matter of this contested matter nor reasonably calculated to lead to the discovery of admissible evidence. Debtors further object to this Request to the extent that it seeks documents that are subject to the attorney-client privilege, the attorney work product doctrine, or other applicable privileges and laws.

**DOCUMENT REQUEST NO. 12:**

ALL DOCUMENTS RELATING TO YOUR declaration submitted in support of the LOAN MOTION and LEASE MOTION.

**OBJECTION TO DOCUMENT REQUEST NO. 12:**

Debtors incorporate by reference each of the General Objections set forth above. Debtors further object to this Request on the grounds that this Request is vague, ambiguous, overbroad, unduly burdensome, and seeks documents that are neither relevant to the subject matter of this contested matter nor reasonably calculated to lead to the discovery of admissible evidence. Debtors further object to this Request to the extent that it seeks documents that are subject to the attorney-client privilege, the attorney work product doctrine, or other applicable privileges and laws.

SAUL EWING LLP
5 PARK PLAZA, SUITE 850
IRVINE, CALIFORNIA 92614
(949) 252-2777

DEBTORS' OBJECTION TO SUBPOENA FOR DOCUMENTS ISSUED BY ARCHWAY TO CHRISTOPHER E. MALING

OSC-062

1   DATED:  February 19, 2025        SAUL EWING LLP

2

3

                   By: _____

4                      ZEV SHECHTMAN

                     CAROL CHOW

5                      RYAN COY

6                      Attorneys for Debtors and Debtors in Possession

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

55128390.1 390855-00001                          8

DEBTORS' OBJECTION TO SUBPOENA FOR DOCUMENTS ISSUED BY ARCHWAY TO CHRISTOPHER E.
MALING

OSC-063

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Saul Ewing LLP, 1888 Century Park East, Suite 1500, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **Debtor's Objection to Subpoena for Documents Issued by Archway to Christopher E. Mailing**  be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

~~**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:~~

☐ Service information continued on attached page

## 2. **SERVED BY UNITED STATES MAIL**:
On (*date*) **February 19, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Derrick Talerico
David B. Zolkin
WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 Wilshire Boulevard, Suite 730
Los Angeles, CA 90025

Christopher E. Maling
Avison Young
601 South Figueroa Street, Suite 4450
Los Angeles, CA 90017

Michael Gerard Fletcher
Gerrick M. Warrington
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, CA 90017

☐ Service information continued on attached page

## 3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 19, 2025 | Hannah Richmond | /s/ Hannah Richmond |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

1  DERRICK TALERICO (State Bar No. 223763)
   dtalerico@wztslaw.com
2  DAVID B. ZOLKIN (State Bar No. 155410)
   dzolkin@wztslaw.com
3  WEINTRAUB ZOLKIN TALERICO &
4  SELTH LLP
   11766 Wilshire Boulevard, Suite 730
5  Los Angeles, CA 90025
   Telephone: (424) 500-8552
6

7  ZEV SHECHTMAN (BAR NO. 266280)
   Zev.Shechtman@saul.com
8  CAROL CHOW (BAR NO. 169299)
   carol.chow@saul.com
9  RYAN COY (BAR NO. 324939)
   ryan.coy@saul.com
10 SAUL EWING LLP
   1888 Century Park East, Suite 1500
11 Los Angeles, California 90067
   Telephone:  (310) 255-6100
12 Facsimile:  (310) 255-6200

13 Attorneys for Debtors and Debtors in Possession

14          **UNITED STATES BANKRUPTCY COURT**

15     **CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION**

16 In re                                  | Lead Case No. 2:24-bk-12079-VZ

17 SEATON INVESTMENTS, LLC, et al.,,      | Jointly Administered with Case Nos.:
                                          | 2:24-bk-12080-VZ; 2:24-bk-12081-VZ;
18          Debtors and Debtors In Possession. | 2:24-bk-12082-VZ; 2:24-bk-12091-VZ;
                                          | 2:24-bk-12074-VZ; 2:24-bk-12075-VZ and
19 ┌─────────────────────────────────    | 2:24-bk-12076-VZ
   │ ☐ Affects All Debtors.
20 │                                      | Chapter 11
   │ ☐ Affects Seaton Investments, LLC
21 │                                      | **DEBTORS' OBJECTION TO SUBPOENA**
   │ ☐ Affects Colyton Investments, LLC   | **FOR DOCUMENTS ISSUED BY**
22 │                                      | **ARCHWAY TO STREIT CAPITAL**
   │ ☒ Affects Broadway Avenue Investments, LLC | **CORP.**
23 │
   │ ☐ Affects SLA Investments, LLC
24 │
   │ ☐ Affects Negev Investments, LLC
25 │
   │ ☐ Affects Alan Gomperts
26 │
   │ ☐ Affects Daniel Halevy
27 │
   │ ☐ Affects Susan Halevy
28 └─────────────────────────────────

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

55128922.1 390855-00001
DEBTORS' OBJECTION TO SUBPOENA FOR DOCUMENTS ISSUED BY ARCHWAY TO STREIT CAPITAL
CORP.

1        Debtors in the above-captioned jointly administered cases (collectively, "Debtors") hereby

2  object to the Subpoena to Produce Documents, Information, or Objects (the "Subpoena")

3  propounded by Archway Broadway Loan SPE, LLC ("Archway") to Streit Capital Corp. (the

4  "Subpoenaed Party"), as follows:

5                              **GENERAL OBJECTIONS**

6       1.      Debtors object to the Subpoena and to each document request contained therein

7  (each a "Request," and collectively "Requests") to the extent that it seeks information or

8  documents that are not relevant to the subject matter of this contested matter nor reasonably

9  calculated to lead to the discovery of admissible evidence.

10       2.      Debtors object to the Subpoena to the extent that Archway has failed to timely and

11  properly serve the Subpoena upon the Subpoenaed Party.

12       3.      Debtors object to each Request that is unlimited in time on the grounds that it is

13  overbroad and unduly burdensome.

14       4.      Debtors object to each Request to the extent that it seeks information not within the

15  knowledge of the Subpoenaed Party or seek documents not in the Subpoenaed Party's possession,

16  custody or control.

17       5.      The Requests do not, on their face, limit the call for information or documents to

18  those matters not protected or privileged from disclosure by law.  Debtors object to each Request

19  to the extent that it seeks information or documents that are protected by the attorney-client

20  privilege, the work-product doctrine, or other applicable privileges and protections.

21       6.      Debtors object to each Request to the extent it is vague, ambiguous, compound,

22  overbroad or overly burdensome.

23       7.      Debtors object to each Request to the extent that it seeks information or documents

24  that are private, confidential, proprietary to Debtors and/or the Subpoenaed Party and/or constitute

25  the trade secrets of Debtors and/or the Subpoenaed Party.

26       8.      To the extent that any Request seeks information or documents which are available

27  to the public (including documents filed with the courts), already in Archway's possession,

28  custody, or control, and/or previously provided or produced to Archway, Debtors object to such

SAUL  EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

DEBTORS' OBJECTION TO SUBPOENA FOR DOCUMENTS ISSUED BY ARCHWAY TO STREIT CAPITAL
CORP.

OSC-066

1  Request as seeking information or documents equally or more readily available and accessible to

2  Archway, and as such, is unduly burdensome, harassing, and oppressive.

3    9.  These Requests shall be governed by the requirements of the Federal Rules of

4  Bankruptcy Procedure and all applicable law. To the extent any Request, or the Definitions of the

5  Requests, attempts or purports to impose additional requirements on the Subpoenaed Party or to

6  exceed applicable limitations, Debtors object. The Subpoenaed Party should only be required to

7  comply with applicable law.

8    10.  Debtors object to the "DEFINITIONS" contained in the Requests on the grounds

9  that it is vague, ambiguous, overbroad and likely, in the context of specific Requests, to impose an

10  undue burden upon the Subpoenaed Party.

11         **SPECIFIC OBJECTIONS TO DOCUMENT REQUESTS**

12  **DOCUMENT REQUEST NO. 1:**

13    ALL DOCUMENTS RELATING TO BROADWAY.

14  **DOCUMENT REQUEST NO. 1:**

15    Debtors incorporate by reference each of the General Objections set forth above. Debtors

16  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

17  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

18  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

19  Debtors further object to this Request to the extent that it seeks documents that are subject to the

20  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

21  laws.

22  **DOCUMENT REQUEST NO. 2:**

23    ALL DOCUMENTS RELATING TO the BROADWAY PROPERTY.

24  **OBJECTION TO DOCUMENT REQUEST NO. 2:**

25    Debtors incorporate by reference each of the General Objections set forth above. Debtors

26  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

27  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

28  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

55128922.1 390855-00001   3

DEBTORS' OBJECTION TO SUBPOENA FOR DOCUMENTS ISSUED BY ARCHWAY TO STREIT CAPITAL
CORP.

1 Debtors further object to this Request to the extent that it seeks documents that are subject to the

2 attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

3 laws.

4 **DOCUMENT REQUEST NO. 3:**

5 ALL DOCUMENTS RELATING TO the BANKRUPTCY CASE.

6 **OBJECTION TO DOCUMENT REQUEST NO. 3:**

7 Debtors incorporate by reference each of the General Objections set forth above. Debtors

8 further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

9 unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

10 contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

11 Debtors further object to this Request to the extent that it seeks documents that are subject to the

12 attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

13 laws.

14 **DOCUMENT REQUEST NO. 4:**

15 ALL DOCUMENTS RELATING TO the LOAN MOTION.

16 **OBJECTION TO DOCUMENT REQUEST NO. 4:**

17 Debtors incorporate by reference each of the General Objections set forth above. Debtors

18 further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

19 unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

20 contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

21 Debtors further object to this Request to the extent that it seeks documents that are subject to the

22 attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

23 laws.

24 **DOCUMENT REQUEST NO. 5:**

25 ALL DOCUMENTS RELATING TO the DIP LOAN.

26 **OBJECTION TO DOCUMENT REQUEST NO. 5:**

27 Debtors incorporate by reference each of the General Objections set forth above. Debtors

28 further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

55128922.1 390855-00001                    4
DEBTORS' OBJECTION TO SUBPOENA FOR DOCUMENTS ISSUED BY ARCHWAY TO STREIT CAPITAL
CORP.

OSC-068

1 unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

2 contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

3 Debtors further object to this Request to the extent that it seeks documents that are subject to the

4 attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

5 laws.

6 **DOCUMENT REQUEST NO. 6:**

7      ALL DOCUMENTS RELATING TO the DIP LENDER.

8 **OBJECTION TO DOCUMENT REQUEST NO. 6:**

9      Debtors incorporate by reference each of the General Objections set forth above. Debtors

10 further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

11 unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

12 contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

13 Debtors further object to this Request to the extent that it seeks documents that are subject to the

14 attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

15 laws.

16 **DOCUMENT REQUEST NO. 7:**

17      ALL DOCUMENTS RELATING TO the letter of intent filed concurrently with the LOAN

18 MOTION.

19 **OBJECTION TO DOCUMENT REQUEST NO. 7:**

20      Debtors incorporate by reference each of the General Objections set forth above. Debtors

21 further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

22 unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

23 contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

24 Debtors further object to this Request to the extent that it seeks documents that are subject to the

25 attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

26 laws.

27 **DOCUMENT REQUEST NO. 8:**

28      ALL DOCUMENTS RELATING TO the LEASE.

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

55128922.1 390855-00001                    5

DEBTORS' OBJECTION TO SUBPOENA FOR DOCUMENTS ISSUED BY ARCHWAY TO STREIT CAPITAL
CORP.

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

1  **OBJECTION TO DOCUMENT REQUEST NO. 8:**

2      Debtors incorporate by reference each of the General Objections set forth above. Debtors

3  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

4  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

5  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

6  Debtors further object to this Request to the extent that it seeks documents that are subject to the

7  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

8  laws.

9  **DOCUMENT REQUEST NO. 9:**

10      ALL DOCUMENTS RELATING TO the LEASE MOTION.

11  **OBJECTION TO DOCUMENT REQUEST NO. 9:**

12      Debtors incorporate by reference each of the General Objections set forth above. Debtors

13  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

14  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

15  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

16  Debtors further object to this Request to the extent that it seeks documents that are subject to the

17  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

18  laws.

19  **DOCUMENT REQUEST NO. 10:**

20      ALL DOCUMENTS RELATING TO VBH.

21  **OBJECTION TO DOCUMENT REQUEST NO. 10:**

22      Debtors incorporate by reference each of the General Objections set forth above. Debtors

23  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

24  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

25  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

26  Debtors further object to this Request to the extent that it seeks documents that are subject to the

27  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

28  laws.

55128922.1 390855-00001    6
DEBTORS' OBJECTION TO SUBPOENA FOR DOCUMENTS ISSUED BY ARCHWAY TO STREIT CAPITAL
CORP.

1 **DOCUMENT REQUEST NO. 15 [sic]:**

2      ALL DOCUMENTS RELATING TO the source of capital RELATING TO the DIP

3 LOAN.

4 **OBJECTION TO DOCUMENT REQUEST NO. 15 [sic]:**

5      Debtors incorporate by reference each of the General Objections set forth above.  Debtors

6 further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

7 unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

8 contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

9 Debtors further object to this Request to the extent that it seeks documents that are subject to the

10 attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

11 laws.  Debtors further object to this Request to the extent that it seeks information or documents

12 that constitute the private, confidential, proprietary, and/or commercially sensitive information of

13 the Subpoenaed Party.

14 **DOCUMENT REQUEST NO. 16 [sic]:**

15      ALL DOCUMENTS RELATING TO any investor funds RELATING TO the DIP LOAN.

16 **OBJECTION TO DOCUMENT REQUEST NO. 16 [sic]:**

17      Debtors incorporate by reference each of the General Objections set forth above.  Debtors

18 further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

19 unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

20 contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

21 Debtors further object to this Request to the extent that it seeks documents that are subject to the

22 attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

23 laws.  Debtors further object to this Request to the extent that it seeks information or documents

24 that constitute the private, confidential, proprietary, and/or commercially sensitive information of

25 the Subpoenaed Party.

26 **DOCUMENT REQUEST NO. 11:**

27      ANY DOCUMENTS RELATING TO YOUR Financial wherewithal to make the LOAN.

28

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

55128922.1 390855-00001

7

DEBTORS' OBJECTION TO SUBPOENA FOR DOCUMENTS ISSUED BY ARCHWAY TO STREIT CAPITAL
CORP.

1 | **OBJECTION TO DOCUMENT REQUEST NO. 11:**

2      Debtors incorporate by reference each of the General Objections set forth above. Debtors

3 further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

4 unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

5 contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

6 Debtors further object to this Request to the extent that it seeks documents that are subject to the

7 attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

8 laws. Debtors further object to this Request to the extent that it seeks information or documents

9 that constitute the private, confidential, proprietary, and/or commercially sensitive information of

10 the Subpoenaed Party.

11

12 | DATED: February 19, 2025          SAUL EWING LLP

13

14                                By: _____

15                                     ZEV SHECHTMAN
                                      CAROL CHOW
16                                     RYAN COY
                                      Attorneys for Debtors and Debtors in Possession

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
Saul Ewing LLP, 1888 Century Park East, Suite 1500, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **Debtor's Objection to Subpoena for Documents Issued by Archway to Streit Capital Corp.** be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1.  ~~**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:~~

☐ Service information continued on attached page

2.  **SERVED BY UNITED STATES MAIL**:
On (*date*) **February 19, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Derrick Talerico
David B. Zolkin
WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 Wilshire Boulevard, Suite 730
Los Angeles, CA 90025

Michael Gerard Fletcher
Gerrick M. Warrington
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, CA 90017

Noah Emanuel Streit
Agent for Service of Process for Streit Capital Corp.
15350 Sherman Way, #210
Van Nuys, CA 91406

☐ Service information continued on attached page

3.  **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 19, 2025 | Hannah Richmond | /s/ Hannah Richmond |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

OSC-073

1   DERRICK TALERICO (State Bar No. 223763)
    dtalerico@wztslaw.com
2   DAVID B. ZOLKIN (State Bar No. 155410)
    dzolkin@wztslaw.com
3   WEINTRAUB ZOLKIN TALERICO &
4   SELTH LLP
    11766 Wilshire Boulevard, Suite 730
5   Los Angeles, CA 90025
    Telephone: (424) 500-8552
6

7   ZEV SHECHTMAN (BAR NO. 266280)
    Zev.Shechtman@saul.com
8   CAROL CHOW (BAR NO. 169299)
    carol.chow@saul.com
9   RYAN COY (BAR NO. 324939)
    ryan.coy@saul.com
10  SAUL EWING LLP
    1888 Century Park East, Suite 1500
11  Los Angeles, California 90067
    Telephone:  (310) 255-6100
12  Facsimile:  (310) 255-6200

13  Attorneys for Debtors and Debtors in Possession

14              **UNITED STATES BANKRUPTCY COURT**

15      **CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION**

16  In re                                  | Lead Case No. 2:24-bk-12079-VZ

17  SEATON INVESTMENTS, LLC, et al.,,      | Jointly Administered with Case Nos.:
                                            | 2:24-bk-12080-VZ; 2:24-bk-12081-VZ;
18          Debtors and Debtors In Possession. | 2:24-bk-12082-VZ; 2:24-bk-12091-VZ;
                                            | 2:24-bk-12074-VZ; 2:24-bk-12075-VZ and
19  ──────────────────────────────         | 2:24-bk-12076-VZ
    ☐ Affects All Debtors.
20
    ☐ Affects Seaton Investments, LLC      | Chapter 11
21
    ☐ Affects Colyton Investments, LLC     | **DEBTORS' OBJECTION TO SUBPOENA**
22                                          | **FOR DOCUMENTS ISSUED BY**
    ☒ Affects Broadway Avenue Investments, LLC | **ARCHWAY TO JACK STEPHENS**
23
    ☐ Affects SLA Investments, LLC
24
    ☐ Affects Negev Investments, LLC
25
    ☐ Affects Alan Gomperts
26
    ☐ Affects Daniel Halevy
27
    ☐ Affects Susan Halevy
28

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

1    Debtors in the above-captioned jointly administered cases (collectively, "Debtors") hereby

2  object to the Subpoena to Produce Documents, Information, or Objects (the "Subpoena")

3  propounded by Archway Broadway Loan SPE, LLC ("Archway") to Jack Stephens (the

4  "Subpoenaed Party"), as follows:

5                                **GENERAL OBJECTIONS**

6    1.    Debtors object to the Subpoena and to each document request contained therein

7  (each a "Request," and collectively "Requests") to the extent that it seeks information or

8  documents that are not relevant to the subject matter of this contested matter nor reasonably

9  calculated to lead to the discovery of admissible evidence.

10    2.    Debtors object to the Subpoena to the extent that Archway has failed to timely and

11  properly serve the Subpoena upon the Subpoenaed Party.

12    3.    Debtors object to each Request that is unlimited in time on the grounds that it is

13  overbroad and unduly burdensome.

14    4.    Debtors object to each Request to the extent that it seeks information not within the

15  knowledge of the Subpoenaed Party or seek documents not in the Subpoenaed Party's possession,

16  custody or control.

17    5.    The Requests do not, on their face, limit the call for information or documents to

18  those matters not protected or privileged from disclosure by law.  Debtors object to each Request

19  to the extent that it seeks information or documents that are protected by the attorney-client

20  privilege, the work-product doctrine, or other applicable privileges and protections.

21    6.    Debtors object to each Request to the extent it is vague, ambiguous, compound,

22  overbroad or overly burdensome.

23    7.    Debtors object to each Request to the extent that it seeks information or documents

24  that are private, confidential, proprietary to Debtors and/or the Subpoenaed Party and/or constitute

25  the trade secrets of Debtors and/or the Subpoenaed Party.

26    8.    To the extent that any Request seeks information or documents which are available

27  to the public (including documents filed with the courts), already in Archway's possession,

28  custody, or control, and/or previously provided or produced to Archway, Debtors object to such

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

OSC-075

1    Request as seeking information or documents equally or more readily available and accessible to

2    Archway, and as such, is unduly burdensome, harassing, and oppressive.

3        9.      These Requests shall be governed by the requirements of the Federal Rules of

4    Bankruptcy Procedure and all applicable law.  To the extent any Request, or the Definitions of the

5    Requests, attempts or purports to impose additional requirements on the Subpoenaed Party or to

6    exceed applicable limitations, Debtors object.  The Subpoenaed Party should only be required to

7    comply with applicable law.

8        10.     Debtors object to the "DEFINITIONS" contained in the Requests on the grounds

9    that it is vague, ambiguous, overbroad and likely, in the context of specific Requests, to impose an

10   undue burden upon the Subpoenaed Party.

11                **SPECIFIC OBJECTIONS TO DOCUMENT REQUESTS**

12   **DOCUMENT REQUEST NO. 1:**

13        ALL DOCUMENTS RELATING TO BROADWAY.

14   **DOCUMENT REQUEST NO. 1:**

15        Debtors incorporate by reference each of the General Objections set forth above.  Debtors

16   further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

17   unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

18   contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

19   Debtors further object to this Request to the extent that it seeks documents that are subject to the

20   attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

21   laws.

22   **DOCUMENT REQUEST NO. 2:**

23        ALL DOCUMENTS RELATING TO the BROADWAY PROPERTY.

24   **OBJECTION TO DOCUMENT REQUEST NO. 2:**

25        Debtors incorporate by reference each of the General Objections set forth above.  Debtors

26   further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

27   unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

28   contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

SAUL  EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

55128817.1 390855-00001                          3

DEBTORS' OBJECTION TO SUBPOENA FOR DOCUMENTS ISSUED BY ARCHWAY TO JACK STEPHENS

OSC-076

1  Debtors further object to this Request to the extent that it seeks documents that are subject to the

2  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

3  laws.

4  **DOCUMENT REQUEST NO. 3:**

5       ALL DOCUMENTS RELATING TO the BANKRUPTCY CASE.

6  **OBJECTION TO DOCUMENT REQUEST NO. 3:**

7       Debtors incorporate by reference each of the General Objections set forth above.  Debtors

8  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

9  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

10  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

11  Debtors further object to this Request to the extent that it seeks documents that are subject to the

12  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

13  laws.

14  **DOCUMENT REQUEST NO. 4:**

15       ALL DOCUMENTS RELATING TO the DIP LOAN.

16  **OBJECTION TO DOCUMENT REQUEST NO. 4:**

17       Debtors incorporate by reference each of the General Objections set forth above.  Debtors

18  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

19  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

20  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

21  Debtors further object to this Request to the extent that it seeks documents that are subject to the

22  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

23  laws.

24  **DOCUMENT REQUEST NO. 5:**

25       ALL DOCUMENTS RELATING TO the DIP LENDER.

26  **OBJECTION TO DOCUMENT REQUEST NO. 5:**

27       Debtors incorporate by reference each of the General Objections set forth above.  Debtors

28  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

DEBTORS' OBJECTION TO SUBPOENA FOR DOCUMENTS ISSUED BY ARCHWAY TO JACK STEPHENS

OSC-077

1  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

2  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

3  Debtors further object to this Request to the extent that it seeks documents that are subject to the

4  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

5  laws.

6  **DOCUMENT REQUEST NO. 6:**

7      ALL DOCUMENTS RELATING TO the LEASE.

8  **OBJECTION TO DOCUMENT REQUEST NO. 6:**

9      Debtors incorporate by reference each of the General Objections set forth above. Debtors

10  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

11  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

12  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

13  Debtors further object to this Request to the extent that it seeks documents that are subject to the

14  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

15  laws.

16  **DOCUMENT REQUEST NO. 7:**

17      ALL DOCUMENTS RELATING TO the LEASE MOTION.

18  **OBJECTION TO DOCUMENT REQUEST NO. 7:**

19      Debtors incorporate by reference each of the General Objections set forth above. Debtors

20  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

21  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

22  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

23  Debtors further object to this Request to the extent that it seeks documents that are subject to the

24  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

25  laws.

26  **DOCUMENT REQUEST NO. 8:**

27      ALL DOCUMENTS RELATING TO DMB.

28

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

55128817.1 390855-00001      5

1    **OBJECTION TO DOCUMENT REQUEST NO. 8:**

2        Debtors incorporate by reference each of the General Objections set forth above. Debtors

3 further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

4 unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

5 contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

6 Debtors further object to this Request to the extent that it seeks documents that are subject to the

7 attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

8 laws.

9    **DOCUMENT REQUEST NO. 9:**

10        ALL DOCUMENTS RELATING TO VBH.

11    **OBJECTION TO DOCUMENT REQUEST NO. 9:**

12        Debtors incorporate by reference each of the General Objections set forth above. Debtors

13 further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

14 unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

15 contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

16 Debtors further object to this Request to the extent that it seeks documents that are subject to the

17 attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

18 laws.

19    **DOCUMENT REQUEST NO. 10:**

20        ALL DOCUMENTS RELATING TO VBH's current audited and/or unaudited financial

21 statements, including profit and loss statements, income statements, cash flow statements, balance

22 sheets, and interest-holder and/or shareholder equity.

23    **OBJECTION TO DOCUMENT REQUEST NO. 10:**

24        Debtors incorporate by reference each of the General Objections set forth above. Debtors

25 further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

26 unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

27 contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

28 Debtors further object to this Request to the extent that it seeks documents that are subject to the

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

1  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

2  laws. Debtors further object to this Request to the extent that it seeks information or documents

3  that constitute the private, confidential, proprietary, and/or commercially sensitive information of

4  the Subpoenaed Party and/or VBH.

5  **DOCUMENT REQUEST NO. 11:**

6        ANY DOCUMENTS RELATING TO VBH's tax returns.

7  **OBJECTION TO DOCUMENT REQUEST NO. 11:**

8        Debtors incorporate by reference each of the General Objections set forth above. Debtors

9  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

10  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

11  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

12  Debtors further object to this Request to the extent that it seeks documents that are subject to the

13  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

14  laws. Debtors further object to this Request to the extent that it seeks information or documents

15  that constitute the private, confidential, proprietary, and/or commercially sensitive information of

16  the Subpoenaed Party and/or VBH.

17  **DOCUMENT REQUEST NO. 12:**

18        ANY DOCUMENTS RELATING TO VBH's savings, checking, deposit, and/or other

19  financial accounts, including bank statements.

20  **OBJECTION TO DOCUMENT REQUEST NO. 12:**

21        Debtors incorporate by reference each of the General Objections set forth above. Debtors

22  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

23  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

24  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

25  Debtors further object to this Request to the extent that it seeks documents that are subject to the

26  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

27  laws. Debtors further object to this Request to the extent that it seeks information or documents

28  that constitute the private, confidential, proprietary, and/or commercially sensitive information of

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

1 | the Subpoenaed Party and/or VBH.

2 | **DOCUMENT REQUEST NO. 13:**

3 | ANY DOCUMENTS RELATING TO VBH's hierarchical and/or organizational structure.

4 | **OBJECTION TO DOCUMENT REQUEST NO. 13:**

5 | Debtors incorporate by reference each of the General Objections set forth above. Debtors

6 | further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

7 | unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

8 | contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

9 | Debtors further object to this Request to the extent that it seeks documents that are subject to the

10 | attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

11 | laws.

12 | **DOCUMENT REQUEST NO. 14:**

13 | ANY DOCUMENTS RELATING TO VBH's current and/or fixed assets.

14 | **OBJECTION TO DOCUMENT REQUEST NO. 14:**

15 | Debtors incorporate by reference each of the General Objections set forth above. Debtors

16 | further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

17 | unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

18 | contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

19 | Debtors further object to this Request to the extent that it seeks documents that are subject to the

20 | attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

21 | laws. Debtors further object to this Request to the extent that it seeks information or documents

22 | that constitute the private, confidential, proprietary, and/or commercially sensitive information of

23 | the Subpoenaed Party and/or VBH.

24 | **DOCUMENT REQUEST NO. 15:**

25 | ANY DOCUMENTS RELATING TO VBH's liabilities.

26 | **OBJECTION TO DOCUMENT REQUEST NO. 15:**

27 | Debtors incorporate by reference each of the General Objections set forth above. Debtors

28 | further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

55128817.1 390855-00001

8

DEBTORS' OBJECTION TO SUBPOENA FOR DOCUMENTS ISSUED BY ARCHWAY TO JACK STEPHENS

1  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

2  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

3  Debtors further object to this Request to the extent that it seeks documents that are subject to the

4  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

5  laws. Debtors further object to this Request to the extent that it seeks information or documents

6  that constitute the private, confidential, proprietary, and/or commercially sensitive information of

7  the Subpoenaed Party and/or VBH.

8  **DOCUMENT REQUEST NO. 16:**

9      ANY DOCUMENTS RELATING TO VBH's revenue and expenses.

10  **OBJECTION TO DOCUMENT REQUEST NO. 16:**

11      Debtors incorporate by reference each of the General Objections set forth above. Debtors

12  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

13  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

14  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

15  Debtors further object to this Request to the extent that it seeks documents that are subject to the

16  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

17  laws. Debtors further object to this Request to the extent that it seeks information or documents

18  that constitute the private, confidential, proprietary, and/or commercially sensitive information of

19  the Subpoenaed Party and/or VBH.

20  **DOCUMENT REQUEST NO. 17:**

21      ALL DOCUMENTS RELATING TO VBH's license to conduct business in California.

22  **OBJECTION TO DOCUMENT REQUEST NO. 17:**

23      Debtors incorporate by reference each of the General Objections set forth above. Debtors

24  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

25  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

26  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

27  Debtors further object to this Request to the extent that it seeks documents that are subject to the

28  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

1 | laws.

2 | **DOCUMENT REQUEST NO. 18:**

3 |     ALL DOCUMENTS RELATING TO any litigation or claims, commenced or threatened,

4 | against VBH or any of its current or former officers, owners, and/or controllers, within the past

5 | five years.

6 | **OBJECTION TO DOCUMENT REQUEST NO. 18:**

7 |     Debtors incorporate by reference each of the General Objections set forth above.  Debtors

8 | further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

9 | unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

10 | contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

11 | Debtors further object to this Request to the extent that it seeks documents that are subject to the

12 | attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

13 | laws.

14 | **DOCUMENT REQUEST NO. 19:**

15 |     ALL DOCUMENTS RELATING TO any civil sanctions or judgments entered against

16 | VBH or any of its current or former officers, owners, or controllers in the past five years.

17 | **OBJECTION TO DOCUMENT REQUEST NO. 19:**

18 |     Debtors incorporate by reference each of the General Objections set forth above.  Debtors

19 | further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

20 | unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

21 | contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

22 | Debtors further object to this Request to the extent that it seeks documents that are subject to the

23 | attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

24 | laws.

25 | **DOCUMENT REQUEST NO. 20:**

26 |     ALL DOCUMENTS RELATING TO any criminal sanctions, convictions, or judgments

27 | entered against VBH or any of its current or former officers, owners, or controllers in the past five

28 | years.

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

**OBJECTION TO DOCUMENT REQUEST NO. 20:**

Debtors incorporate by reference each of the General Objections set forth above. Debtors further object to this Request on the grounds that this Request is vague, ambiguous, overbroad, unduly burdensome, and seeks documents that are neither relevant to the subject matter of this contested matter nor reasonably calculated to lead to the discovery of admissible evidence. Debtors further object to this Request to the extent that it seeks documents that are subject to the attorney-client privilege, the attorney work product doctrine, or other applicable privileges and laws.

**DOCUMENT REQUEST NO. 21:**

ALL DOCUMENTS RELATING TO any contempt sanctions entered against VBH or any of its current or former officers, owners, or controllers in the past five years.

**OBJECTION TO DOCUMENT REQUEST NO. 21:**

Debtors incorporate by reference each of the General Objections set forth above. Debtors further object to this Request on the grounds that this Request is vague, ambiguous, overbroad, unduly burdensome, and seeks documents that are neither relevant to the subject matter of this contested matter nor reasonably calculated to lead to the discovery of admissible evidence. Debtors further object to this Request to the extent that it seeks documents that are subject to the attorney-client privilege, the attorney work product doctrine, or other applicable privileges and laws.

DATED:  February 19, 2025                SAUL EWING LLP

By: _____

ZEV SHECHTMAN
CAROL CHOW
RYAN COY
Attorneys for Debtors and Debtors in Possession

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Saul Ewing LLP, 1888 Century Park East, Suite 1500, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **Debtor's Objection to Subpoena for Documents Issued by Archway to Jack Stephens** be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **February 19, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Derrick Talerico
David B. Zolkin
WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 Wilshire Boulevard, Suite 730
Los Angeles, CA 90025

Michael Gerard Fletcher
Gerrick M. Warrington
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, CA 90017

Jack Stephens
2600 Redondo Avenue Suite 500
Long Beach, CA 90806

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 19, 2025 | Hannah Richmond | /s/ Hannah Richmond |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                      **F 9013-3.1.PROOF.SERVICE**

1  DERRICK TALERICO (State Bar No. 223763)
   dtalerico@wztslaw.com
2  DAVID B. ZOLKIN (State Bar No. 155410)
   dzolkin@wztslaw.com
3  WEINTRAUB ZOLKIN TALERICO &
   SELTH LLP
4  11766 Wilshire Boulevard, Suite 730
5  Los Angeles, CA 90025
   Telephone: (424) 500-8552
6

7  ZEV SHECHTMAN (BAR NO. 266280)
   Zev.Shechtman@saul.com
8  CAROL CHOW (BAR NO. 169299)
   carol.chow@saul.com
9  RYAN COY (BAR NO. 324939)
   ryan.coy@saul.com
10 SAUL EWING LLP
   1888 Century Park East, Suite 1500
11 Los Angeles, California 90067
   Telephone:  (310) 255-6100
12 Facsimile:  (310) 255-6200

13 Attorneys for Debtors and Debtors in Possession

14          UNITED STATES BANKRUPTCY COURT

15     CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

16 In re                                    | Lead Case No. 2:24-bk-12079-VZ

17 SEATON INVESTMENTS, LLC, et al.,,       | Jointly Administered with Case Nos.:
                                            | 2:24-bk-12080-VZ; 2:24-bk-12081-VZ;
18          Debtors and Debtors In Possession. | 2:24-bk-12082-VZ; 2:24-bk-12091-VZ;
                                            | 2:24-bk-12074-VZ; 2:24-bk-12075-VZ and
19 ┌─────────────────────────────────      | 2:24-bk-12076-VZ
   ☐ Affects All Debtors.
20                                          | Chapter 11
   ☐ Affects Seaton Investments, LLC
21                                          | **DEBTORS' OBJECTION TO SUBPOENA**
   ☐ Affects Colyton Investments, LLC      | **FOR DOCUMENTS ISSUED BY**
22                                          | **ARCHWAY TO VICINO LLC**
   ☒ Affects Broadway Avenue Investments, LLC
23
   ☐ Affects SLA Investments, LLC
24
   ☐ Affects Negev Investments, LLC
25
   ☐ Affects Alan Gomperts
26
   ☐ Affects Daniel Halevy
27
   ☐ Affects Susan Halevy
28 └─────────────────────────────────

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

1      Debtors in the above-captioned jointly administered cases (collectively, "Debtors") hereby

2  object to the Subpoena to Produce Documents, Information, or Objects (the "Subpoena")

3  propounded by Archway Broadway Loan SPE, LLC ("Archway") to Vicino LLC (the

4  "Subpoenaed Party"), as follows:

5                              **GENERAL OBJECTIONS**

6      1.    Debtors object to the Subpoena and to each document request contained therein

7  (each a "Request," and collectively "Requests") to the extent that it seeks information or

8  documents that are not relevant to the subject matter of this contested matter nor reasonably

9  calculated to lead to the discovery of admissible evidence.

10     2.    Debtors object to the Subpoena to the extent that Archway has failed to timely and

11  properly serve the Subpoena upon the Subpoenaed Party.

12     3.    Debtors object to each Request that is unlimited in time on the grounds that it is

13  overbroad and unduly burdensome.

14     4.    Debtors object to each Request to the extent that it seeks information not within the

15  knowledge of the Subpoenaed Party or seek documents not in the Subpoenaed Party's possession,

16  custody or control.

17     5.    The Requests do not, on their face, limit the call for information or documents to

18  those matters not protected or privileged from disclosure by law.  Debtors object to each Request

19  to the extent that it seeks information or documents that are protected by the attorney-client

20  privilege, the work-product doctrine, or other applicable privileges and protections.

21     6.    Debtors object to each Request to the extent it is vague, ambiguous, compound,

22  overbroad or overly burdensome.

23     7.    Debtors object to each Request to the extent that it seeks information or documents

24  that are private, confidential, proprietary to Debtors and/or the Subpoenaed Party and/or constitute

25  the trade secrets of Debtors and/or the Subpoenaed Party.

26     8.    To the extent that any Request seeks information or documents which are available

27  to the public (including documents filed with the courts), already in Archway's possession,

28  custody, or control, and/or previously provided or produced to Archway, Debtors object to such

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

55129015.1 390855-00001                    2

DEBTORS' OBJECTION TO SUBPOENA FOR DOCUMENTS ISSUED BY ARCHWAY TO VICINO LLC

1  Request as seeking information or documents equally or more readily available and accessible to

2  Archway, and as such, is unduly burdensome, harassing, and oppressive.

3       9.       These Requests shall be governed by the requirements of the Federal Rules of

4  Bankruptcy Procedure and all applicable law.  To the extent any Request, or the Definitions of the

5  Requests, attempts or purports to impose additional requirements on the Subpoenaed Party or to

6  exceed applicable limitations, Debtors object.  The Subpoenaed Party should only be required to

7  comply with applicable law.

8       10.      Debtors object to the "DEFINITIONS" contained in the Requests on the grounds

9  that it is vague, ambiguous, overbroad and likely, in the context of specific Requests, to impose an

10  undue burden upon the Subpoenaed Party.

11              **SPECIFIC OBJECTIONS TO DOCUMENT REQUESTS**

12  **DOCUMENT REQUEST NO. 1:**

13       ALL DOCUMENTS RELATING TO BROADWAY.

14  **DOCUMENT REQUEST NO. 1:**

15       Debtors incorporate by reference each of the General Objections set forth above.  Debtors

16  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

17  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

18  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

19  Debtors further object to this Request to the extent that it seeks documents that are subject to the

20  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

21  laws.

22  **DOCUMENT REQUEST NO. 2:**

23       ALL DOCUMENTS RELATING TO the BROADWAY PROPERTY.

24  **OBJECTION TO DOCUMENT REQUEST NO. 2:**

25       Debtors incorporate by reference each of the General Objections set forth above.  Debtors

26  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

27  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

28  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

DEBTORS' OBJECTION TO SUBPOENA FOR DOCUMENTS ISSUED BY ARCHWAY TO VICINO LLC

OSC-088

1  Debtors further object to this Request to the extent that it seeks documents that are subject to the

2  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

3  laws.

4  **DOCUMENT REQUEST NO. 3:**

5       ALL DOCUMENTS RELATING TO the BANKRUPTCY CASE.

6  **OBJECTION TO DOCUMENT REQUEST NO. 3:**

7       Debtors incorporate by reference each of the General Objections set forth above.  Debtors

8  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

9  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

10  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

11  Debtors further object to this Request to the extent that it seeks documents that are subject to the

12  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

13  laws.

14  **DOCUMENT REQUEST NO. 4:**

15       ALL DOCUMENTS RELATING TO the LOAN MOTION.

16  **OBJECTION TO DOCUMENT REQUEST NO. 4:**

17       Debtors incorporate by reference each of the General Objections set forth above.  Debtors

18  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

19  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

20  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

21  Debtors further object to this Request to the extent that it seeks documents that are subject to the

22  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

23  laws.

24  **DOCUMENT REQUEST NO. 5:**

25       ALL DOCUMENTS RELATING TO the DIP LOAN.

26  **OBJECTION TO DOCUMENT REQUEST NO. 5:**

27       Debtors incorporate by reference each of the General Objections set forth above.  Debtors

28  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

DEBTORS' OBJECTION TO SUBPOENA FOR DOCUMENTS ISSUED BY ARCHWAY TO VICINO LLC

1  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

2  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

3  Debtors further object to this Request to the extent that it seeks documents that are subject to the

4  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

5  laws.

6  **DOCUMENT REQUEST NO. 6:**

7      ALL DOCUMENTS RELATING TO the DIP LENDER.

8  **OBJECTION TO DOCUMENT REQUEST NO. 6:**

9      Debtors incorporate by reference each of the General Objections set forth above.  Debtors

10  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

11  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

12  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

13  Debtors further object to this Request to the extent that it seeks documents that are subject to the

14  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

15  laws.

16  **DOCUMENT REQUEST NO. 7:**

17      ALL DOCUMENTS RELATING TO the letter of intent filed concurrently with the LOAN

18  MOTION.

19  **OBJECTION TO DOCUMENT REQUEST NO. 7:**

20      Debtors incorporate by reference each of the General Objections set forth above.  Debtors

21  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

22  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

23  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

24  Debtors further object to this Request to the extent that it seeks documents that are subject to the

25  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

26  laws.

27  **DOCUMENT REQUEST NO. 8:**

28      ALL DOCUMENTS RELATING TO the LEASE.

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

55129015.1 390855-00001

5

DEBTORS' OBJECTION TO SUBPOENA FOR DOCUMENTS ISSUED BY ARCHWAY TO VICINO LLC

OSC-090

1 | **OBJECTION TO DOCUMENT REQUEST NO. 8:**

2       Debtors incorporate by reference each of the General Objections set forth above. Debtors

3 further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

4 unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

5 contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

6 Debtors further object to this Request to the extent that it seeks documents that are subject to the

7 attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

8 laws.

9 | **DOCUMENT REQUEST NO. 9:**

10       ALL DOCUMENTS RELATING TO the LEASE MOTION.

11 | **OBJECTION TO DOCUMENT REQUEST NO. 9:**

12       Debtors incorporate by reference each of the General Objections set forth above. Debtors

13 further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

14 unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

15 contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

16 Debtors further object to this Request to the extent that it seeks documents that are subject to the

17 attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

18 laws.

19 | **DOCUMENT REQUEST NO. 10:**

20       ALL DOCUMENTS RELATING TO VBH.

21 | **OBJECTION TO DOCUMENT REQUEST NO. 10:**

22       Debtors incorporate by reference each of the General Objections set forth above. Debtors

23 further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

24 unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

25 contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

26 Debtors further object to this Request to the extent that it seeks documents that are subject to the

27 attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

28 laws.

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

55129015.1 390855-00001

6

DEBTORS' OBJECTION TO SUBPOENA FOR DOCUMENTS ISSUED BY ARCHWAY TO VICINO LLC

**DOCUMENT REQUEST NO. 15 [sic]:**

ALL DOCUMENTS RELATING TO the source of capital RELATING TO the DIP
LOAN.

**OBJECTION TO DOCUMENT REQUEST NO. 15:**

Debtors incorporate by reference each of the General Objections set forth above. Debtors
further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,
unduly burdensome, and seeks documents that are neither relevant to the subject matter of this
contested matter nor reasonably calculated to lead to the discovery of admissible evidence.
Debtors further object to this Request to the extent that it seeks documents that are subject to the
attorney-client privilege, the attorney work product doctrine, or other applicable privileges and
laws. Debtors further object to this Request to the extent that it seeks information or documents
that constitute the private, confidential, proprietary, and/or commercially sensitive information of
the Subpoenaed Party.

**DOCUMENT REQUEST NO. 16 [sic]:**

ALL DOCUMENTS RELATING TO any investor funds RELATING TO the DIP LOAN.

**OBJECTION TO DOCUMENT REQUEST NO. 16:**

Debtors incorporate by reference each of the General Objections set forth above. Debtors
further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,
unduly burdensome, and seeks documents that are neither relevant to the subject matter of this
contested matter nor reasonably calculated to lead to the discovery of admissible evidence.
Debtors further object to this Request to the extent that it seeks documents that are subject to the
attorney-client privilege, the attorney work product doctrine, or other applicable privileges and
laws. Debtors further object to this Request to the extent that it seeks information or documents
that constitute the private, confidential, proprietary, and/or commercially sensitive information of
the Subpoenaed Party.

**DOCUMENT REQUEST NO. 11:**

ANY DOCUMENTS RELATING TO DIP LENDER's financial wherewithal to make the
LOAN.

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

1 | **OBJECTION TO DOCUMENT REQUEST NO. 11:**

2 |      Debtors incorporate by reference each of the General Objections set forth above. Debtors

3 | further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

4 | unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

5 | contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

6 | Debtors further object to this Request to the extent that it seeks documents that are subject to the

7 | attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

8 | laws. Debtors further object to this Request to the extent that it seeks information or documents

9 | that constitute the private, confidential, proprietary, and/or commercially sensitive information of

10 | the Subpoenaed Party.

11 | **DOCUMENT REQUEST NO. 12:**

12 |      ANY DOCUMENTS RELATING TO Vicino Limited Partnership.

13 | **OBJECTION TO DOCUMENT REQUEST NO. 12:**

14 |      Debtors incorporate by reference each of the General Objections set forth above. Debtors

15 | further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

16 | unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

17 | contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

18 | Debtors further object to this Request to the extent that it seeks documents that are subject to the

19 | attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

20 | laws. Debtors further object to this Request to the extent that it seeks information or documents

21 | that constitute the private, confidential, proprietary, and/or commercially sensitive information of

22 | the Subpoenaed Party.

23

24

25

26

27

28

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

1  DATED: February 19, 2025            SAUL EWING LLP

2

3                                       By: _____

4                                          ZEV SHECHTMAN
                                           CAROL CHOW
5                                          RYAN COY
                                           Attorneys for Debtors and Debtors in Possession
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

DEBTORS' OBJECTION TO SUBPOENA FOR DOCUMENTS ISSUED BY ARCHWAY TO VICINO LLC

OSC-094

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Saul Ewing LLP, 1888 Century Park East, Suite 1500, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **Debtor's Objection to Subpoena for Documents Issued by Archway to Vicino LLC** be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

~~**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:~~

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **February 19, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Derrick Talerico
David B. Zolkin
WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 Wilshire Boulevard, Suite 730
Los Angeles, CA 90025

Aric A Streit
Agent for Service of Process, Vicino LLC
General Partner of Vicino Limited Partnership
15350 Sherman Way, #210,
Van Nuys, CA 91406

Michael Gerard Fletcher
Gerrick M. Warrington
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, CA 90017

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 19, 2025 | Hannah Richmond | /s/ Hannah Richmond |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                 **F 9013-3.1.PROOF.SERVICE**

1   DERRICK TALERICO (State Bar No. 223763)
    dtalerico@wztslaw.com
2   DAVID B. ZOLKIN (State Bar No. 155410)
    dzolkin@wztslaw.com
3   WEINTRAUB ZOLKIN TALERICO &
    SELTH LLP
4   11766 Wilshire Boulevard, Suite 730
5   Los Angeles, CA 90025
    Telephone: (424) 500-8552
6

7   ZEV SHECHTMAN (BAR NO. 266280)
    Zev.Shechtman@saul.com
8   CAROL CHOW (BAR NO. 169299)
    carol.chow@saul.com
9   RYAN COY (BAR NO. 324939)
    ryan.coy@saul.com
10  SAUL EWING LLP
    1888 Century Park East, Suite 1500
11  Los Angeles, California 90067
    Telephone:  (310) 255-6100
12  Facsimile:  (310) 255-6200

13  Attorneys for Debtors and Debtors in Possession

14              UNITED STATES BANKRUPTCY COURT

15      CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

16  In re                              | Lead Case No. 2:24-bk-12079-VZ

17  SEATON INVESTMENTS, LLC, et al.,,  | Jointly Administered with Case Nos.:
                                         2:24-bk-12080-VZ; 2:24-bk-12081-VZ;
18          Debtors and Debtors In Possession.  | 2:24-bk-12082-VZ; 2:24-bk-12091-VZ;
                                         2:24-bk-12074-VZ; 2:24-bk-12075-VZ and
19  ─────────────────────────────────── | 2:24-bk-12076-VZ

20  ☐ Affects All Debtors.

21  ☐ Affects Seaton Investments, LLC  | Chapter 11

22  ☐ Affects Colyton Investments, LLC | **DEBTORS' OBJECTION TO SUBPOENA**
                                         **FOR DOCUMENTS ISSUED BY**
    ☒ Affects Broadway Avenue Investments, LLC | **ARCHWAY TO SIMON FINANCIAL,**
23                                       **INC.**
24  ☐ Affects SLA Investments, LLC

25  ☐ Affects Negev Investments, LLC

26  ☐ Affects Alan Gomperts

27  ☐ Affects Daniel Halevy

28  ☐ Affects Susan Halevy

    ☐ Affects Susan Halevy

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92814
(949) 252-2777

55130030.1 390855-00001
DEBTORS' OBJECTION TO SUBPOENA FOR DOCUMENTS ISSUED BY ARCHWAY TO SIMON
FINANCIAL, INC.

1    Debtors in the above-captioned jointly administered cases (collectively, "Debtors") hereby

2  object to the Subpoena to Produce Documents, Information, or Objects (the "Subpoena")

3  propounded by Archway Broadway Loan SPE, LLC ("Archway") to Simon Financial, Inc. (the

4  "Subpoenaed Party"), as follows:

5    **GENERAL OBJECTIONS**

6    1.    Debtors object to the Subpoena and to each document request contained therein

7  (each a "Request," and collectively "Requests") to the extent that it seeks information or

8  documents that are not relevant to the subject matter of this contested matter nor reasonably

9  calculated to lead to the discovery of admissible evidence.

10    2.    Debtors object to the Subpoena to the extent that Archway has failed to timely and

11  properly serve the Subpoena upon the Subpoenaed Party.

12    3.    Debtors object to each Request that is unlimited in time on the grounds that it is

13  overbroad and unduly burdensome.

14    4.    Debtors object to each Request to the extent that it seeks information not within the

15  knowledge of the Subpoenaed Party or seek documents not in the Subpoenaed Party's possession,

16  custody or control.

17    5.    The Requests do not, on their face, limit the call for information or documents to

18  those matters not protected or privileged from disclosure by law.  Debtors object to each Request

19  to the extent that it seeks information or documents that are protected by the attorney-client

20  privilege, the work-product doctrine, or other applicable privileges and protections.

21    6.    Debtors object to each Request to the extent it is vague, ambiguous, compound,

22  overbroad or overly burdensome.

23    7.    Debtors object to each Request to the extent that it seeks information or documents

24  that are private, confidential, proprietary to Debtors and/or the Subpoenaed Party and/or constitute

25  the trade secrets of Debtors and/or the Subpoenaed Party.

26    8.    To the extent that any Request seeks information or documents which are available

27  to the public (including documents filed with the courts), already in Archway's possession,

28  custody, or control, and/or previously provided or produced to Archway, Debtors object to such

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

55130030.1 390855-00001                    2

DEBTORS' OBJECTION TO SUBPOENA FOR DOCUMENTS ISSUED BY ARCHWAY TO SIMON
FINANCIAL, INC.

1    Request as seeking information or documents equally or more readily available and accessible to

2    Archway, and as such, is unduly burdensome, harassing, and oppressive.

3         9.      These Requests shall be governed by the requirements of the Federal Rules of

4    Bankruptcy Procedure and all applicable law.  To the extent any Request, or the Definitions of the

5    Requests, attempts or purports to impose additional requirements on the Subpoenaed Party or to

6    exceed applicable limitations, Debtors object.  The Subpoenaed Party should only be required to

7    comply with applicable law.

8         10.     Debtors object to the "DEFINITIONS" contained in the Requests on the grounds

9    that it is vague, ambiguous, overbroad and likely, in the context of specific Requests, to impose an

10   undue burden upon the Subpoenaed Party.

11                    **SPECIFIC OBJECTIONS TO DOCUMENT REQUESTS**

12   **DOCUMENT REQUEST NO. 1:**

13        ALL DOCUMENTS RELATING TO BROADWAY.

14   **DOCUMENT REQUEST NO. 1:**

15        Debtors incorporate by reference each of the General Objections set forth above.  Debtors

16   further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

17   unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

18   contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

19   Debtors further object to this Request to the extent that it seeks documents that are subject to the

20   attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

21   laws.

22   **DOCUMENT REQUEST NO. 2:**

23        ALL DOCUMENTS RELATING TO the BROADWAY PROPERTY.

24   **OBJECTION TO DOCUMENT REQUEST NO. 2:**

25        Debtors incorporate by reference each of the General Objections set forth above.  Debtors

26   further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

27   unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

28   contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

55130030.1 390855-00001                          3

DEBTORS' OBJECTION TO SUBPOENA FOR DOCUMENTS ISSUED BY ARCHWAY TO SIMON
FINANCIAL, INC.

1  Debtors further object to this Request to the extent that it seeks documents that are subject to the

2  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

3  laws.

4  **DOCUMENT REQUEST NO. 3:**

5      ALL DOCUMENTS RELATING TO the BANKRUPTCY CASE.

6  **OBJECTION TO DOCUMENT REQUEST NO. 3:**

7      Debtors incorporate by reference each of the General Objections set forth above.  Debtors

8  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

9  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

10  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

11  Debtors further object to this Request to the extent that it seeks documents that are subject to the

12  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

13  laws.

14  **DOCUMENT REQUEST NO. 4:**

15      ALL DOCUMENTS RELATING TO the LOAN MOTION.

16  **OBJECTION TO DOCUMENT REQUEST NO. 4:**

17      Debtors incorporate by reference each of the General Objections set forth above.  Debtors

18  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

19  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

20  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

21  Debtors further object to this Request to the extent that it seeks documents that are subject to the

22  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

23  laws.

24  **DOCUMENT REQUEST NO. 5:**

25      ALL DOCUMENTS RELATING TO the DIP LOAN.

26  **OBJECTION TO DOCUMENT REQUEST NO. 5:**

27      Debtors incorporate by reference each of the General Objections set forth above.  Debtors

28  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

55130030.1 390855-00001                    4

1   unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

2   contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

3   Debtors further object to this Request to the extent that it seeks documents that are subject to the

4   attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

5   laws.

6   **DOCUMENT REQUEST NO. 6:**

7       ALL DOCUMENTS RELATING TO the DIP LENDER.

8   **OBJECTION TO DOCUMENT REQUEST NO. 6:**

9       Debtors incorporate by reference each of the General Objections set forth above.  Debtors

10  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

11  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

12  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

13  Debtors further object to this Request to the extent that it seeks documents that are subject to the

14  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

15  laws.

16  **DOCUMENT REQUEST NO. 7:**

17      ALL DOCUMENTS RELATING TO the LEASE.

18  **OBJECTION TO DOCUMENT REQUEST NO. 7:**

19      Debtors incorporate by reference each of the General Objections set forth above.  Debtors

20  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

21  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

22  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

23  Debtors further object to this Request to the extent that it seeks documents that are subject to the

24  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

25  laws.

26  **DOCUMENT REQUEST NO. 8:**

27      ALL DOCUMENTS RELATING TO the LEASE MOTION.

28

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

DEBTORS' OBJECTION TO SUBPOENA FOR DOCUMENTS ISSUED BY ARCHWAY TO SIMON
FINANCIAL, INC.

**OBJECTION TO DOCUMENT REQUEST NO. 8:**

Debtors incorporate by reference each of the General Objections set forth above. Debtors further object to this Request on the grounds that this Request is vague, ambiguous, overbroad, unduly burdensome, and seeks documents that are neither relevant to the subject matter of this contested matter nor reasonably calculated to lead to the discovery of admissible evidence. Debtors further object to this Request to the extent that it seeks documents that are subject to the attorney-client privilege, the attorney work product doctrine, or other applicable privileges and laws.

**DOCUMENT REQUEST NO. 9:**

ALL DOCUMENTS RELATING TO VBH.

**OBJECTION TO DOCUMENT REQUEST NO. 9:**

Debtors incorporate by reference each of the General Objections set forth above. Debtors further object to this Request on the grounds that this Request is vague, ambiguous, overbroad, unduly burdensome, and seeks documents that are neither relevant to the subject matter of this contested matter nor reasonably calculated to lead to the discovery of admissible evidence. Debtors further object to this Request to the extent that it seeks documents that are subject to the attorney-client privilege, the attorney work product doctrine, or other applicable privileges and laws.

**DOCUMENT REQUEST NO. 10:**

ALL DOCUMENTS RELATING TO CNN

**OBJECTION TO DOCUMENT REQUEST NO. 10:**

Debtors incorporate by reference each of the General Objections set forth above. Debtors further object to this Request on the grounds that this Request is vague, ambiguous, overbroad, unduly burdensome, and seeks documents that are neither relevant to the subject matter of this contested matter nor reasonably calculated to lead to the discovery of admissible evidence. Debtors further object to this Request to the extent that it seeks documents that are subject to the attorney-client privilege, the attorney work product doctrine, or other applicable privileges and laws.

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

DEBTORS' OBJECTION TO SUBPOENA FOR DOCUMENTS ISSUED BY ARCHWAY TO SIMON
FINANCIAL, INC.

1  **DOCUMENT REQUEST NO. 11:**

2          ANY DOCUMENTS RELATING TO VBHC.

3  **OBJECTION TO DOCUMENT REQUEST NO. 11:**

4          Debtors incorporate by reference each of the General Objections set forth above.  Debtors

5  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

6  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

7  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

8  Debtors further object to this Request to the extent that it seeks documents that are subject to the

9  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

10 laws.

11 **DOCUMENT REQUEST NO. 12:**

12          ANY DOCUMENTS RELATING TO VBHC2.

13 **OBJECTION TO DOCUMENT REQUEST NO. 12:**

14          Debtors incorporate by reference each of the General Objections set forth above.  Debtors

15 further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

16 unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

17 contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

18 Debtors further object to this Request to the extent that it seeks documents that are subject to the

19 attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

20 laws.

21 **DOCUMENT REQUEST NO. 13:**

22          ANY DOCUMENTS RELATING TO STEPHENS.

23 **OBJECTION TO DOCUMENT REQUEST NO. 13:**

24          Debtors incorporate by reference each of the General Objections set forth above.  Debtors

25 further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

26 unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

27 contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

28 Debtors further object to this Request to the extent that it seeks documents that are subject to the

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

55130030.1 390855-00001                    7

DEBTORS' OBJECTION TO SUBPOENA FOR DOCUMENTS ISSUED BY ARCHWAY TO SIMON
FINANCIAL, INC.

1  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

2  laws.

3  **DOCUMENT REQUEST NO. 14:**

4      ANY DOCUMENTS RELATING TO YOUR OPINION submitted in support of the

5  LOAN MOTION and LEASE MOTION.

6  **OBJECTION TO DOCUMENT REQUEST NO. 14:**

7      Debtors incorporate by reference each of the General Objections set forth above.  Debtors

8  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

9  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

10  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

11  Debtors further object to this Request to the extent that it seeks documents that are subject to the

12  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

13  laws.

14

15  DATED:  February 19, 2025                SAUL EWING LLP

16

17                                By: _____

18                                   ZEV SHECHTMAN
                                      CAROL CHOW
19                                   RYAN COY
                                      Attorneys for Debtors and Debtors in Possession
20

21

22

23

24

25

26

27

28

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

OSC-103

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Saul Ewing LLP, 1888 Century Park East, Suite 1500, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **Debtor's Objection to Subpoena for Documents Issued by Archway to Simon Financial, Inc.** be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

~~**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:~~

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **February 19, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Derrick Talerico
David B. Zolkin
WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 Wilshire Boulevard, Suite 730
Los Angeles, CA 90025

Michael Gerard Fletcher
Gerrick M. Warrington
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, CA 90017

Simon Financial, Inc.
c/o Agent for Service of Process, Debbie A Simon
12311 Darlington Avenue
Los Angeles, CA 90049

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 19, 2025 | Hannah Richmond | /s/ Hannah Richmond |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                          **F 9013-3.1.PROOF.SERVICE**

DERRICK TALERICO (State Bar No. 223763)
dtalerico@wztslaw.com
DAVID B. ZOLKIN (State Bar No. 155410)
dzolkin@wztslaw.com
WEINTRAUB ZOLKIN TALERICO &
SELTH LLP
11766 Wilshire Boulevard, Suite 730
Los Angeles, CA 90025
Telephone: (424) 500-8552

ZEV SHECHTMAN (BAR NO. 266280)
Zev.Shechtman@saul.com
CAROL CHOW (BAR NO. 169299)
carol.chow@saul.com
RYAN COY (BAR NO. 324939)
ryan.coy@saul.com
SAUL EWING LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone:  (310) 255-6100
Facsimile:  (310) 255-6200

Attorneys for Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION**

| In re | Lead Case No. 2:24-bk-12079-VZ |
|---|---|
| SEATON INVESTMENTS, LLC, et al.,, | Jointly Administered with Case Nos.: 2:24-bk-12080-VZ; 2:24-bk-12081-VZ; 2:24-bk-12082-VZ; 2:24-bk-12091-VZ; 2:24-bk-12074-VZ; 2:24-bk-12075-VZ and 2:24-bk-12076-VZ |
| Debtors and Debtors In Possession. | |

☐ Affects All Debtors.

☐ Affects Seaton Investments, LLC

☐ Affects Colyton Investments, LLC

☒ Affects Broadway Avenue Investments, LLC

☐ Affects SLA Investments, LLC

☐ Affects Negev Investments, LLC

☐ Affects Alan Gomperts

☐ Affects Daniel Halevy

☐ Affects Susan Halevy

Chapter 11

**DEBTORS' OBJECTION TO SUBPOENA FOR DOCUMENTS ISSUED BY ARCHWAY TO ALMIGHTY BUILDERS INC.**

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

55128495.1 390855-00001

DEBTORS' OBJECTION TO SUBPOENA FOR DOCUMENTS ISSUED BY ARCHWAY TO ALMIGHTY BUILDERS INC.

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

1    Debtors in the above-captioned jointly administered cases (collectively, "Debtors") hereby

2    object to the Subpoena to Produce Documents, Information, or Objects (the "Subpoena")

3    propounded by Archway Broadway Loan SPE, LLC ("Archway") to Almighty Builders Inc. (the

4    "Subpoenaed Party"), as follows:

5    **GENERAL OBJECTIONS**

6    1.    Debtors object to the Subpoena and to each document request contained therein

7    (each a "Request," and collectively "Requests") to the extent that it seeks information or

8    documents that are not relevant to the subject matter of this contested matter nor reasonably

9    calculated to lead to the discovery of admissible evidence.

10    2.    Debtors object to the Subpoena to the extent that Archway has failed to timely and

11    properly serve the Subpoena upon the Subpoenaed Party.

12    3.    Debtors object to each Request that is unlimited in time on the grounds that it is

13    overbroad and unduly burdensome.

14    4.    Debtors object to each Request to the extent that it seeks information not within the

15    knowledge of the Subpoenaed Party or seek documents not in the Subpoenaed Party's possession,

16    custody or control.

17    5.    The Requests do not, on their face, limit the call for information or documents to

18    those matters not protected or privileged from disclosure by law.  Debtors object to each Request

19    to the extent that it seeks information or documents that are protected by the attorney-client

20    privilege, the work-product doctrine, or other applicable privileges and protections.

21    6.    Debtors object to each Request to the extent it is vague, ambiguous, compound,

22    overbroad or overly burdensome.

23    7.    Debtors object to each Request to the extent that it seeks information or documents

24    that are private, confidential, proprietary to Debtors and/or the Subpoenaed Party and/or constitute

25    the trade secrets of Debtors and/or the Subpoenaed Party.

26    8.    To the extent that any Request seeks information or documents which are available

27    to the public (including documents filed with the courts), already in Archway's possession,

28    custody, or control, and/or previously provided or produced to Archway, Debtors object to such

55128495.1 390855-00001    2

OSC-106

1  Request as seeking information or documents equally or more readily available and accessible to

2  Archway, and as such, is unduly burdensome, harassing, and oppressive.

3      9.      These Requests shall be governed by the requirements of the Federal Rules of

4  Bankruptcy Procedure and all applicable law.  To the extent any Request, or the Definitions of the

5  Requests, attempts or purports to impose additional requirements on the Subpoenaed Party or to

6  exceed applicable limitations, Debtors object.  The Subpoenaed Party should only be required to

7  comply with applicable law.

8      10.     Debtors object to the "DEFINITIONS" contained in the Requests on the grounds

9  that it is vague, ambiguous, overbroad and likely, in the context of specific Requests, to impose an

10  undue burden upon the Subpoenaed Party.

11          **SPECIFIC OBJECTIONS TO DOCUMENT REQUESTS**

12  **DOCUMENT REQUEST NO. 1:**

13          ALL DOCUMENTS RELATING TO BROADWAY.

14  **DOCUMENT REQUEST NO. 1:**

15      Debtors incorporate by reference each of the General Objections set forth above.  Debtors

16  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

17  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

18  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

19  Debtors further object to this Request to the extent that it seeks documents that are subject to the

20  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

21  laws.

22  **DOCUMENT REQUEST NO. 2:**

23          ALL DOCUMENTS RELATING TO the BROADWAY PROPERTY.

24  **OBJECTION TO DOCUMENT REQUEST NO. 2:**

25      Debtors incorporate by reference each of the General Objections set forth above.  Debtors

26  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

27  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

28  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

55128495.1 390855-00001                    3

DEBTORS' OBJECTION TO SUBPOENA FOR DOCUMENTS ISSUED BY ARCHWAY TO ALMIGHTY
BUILDERS INC.

1  Debtors further object to this Request to the extent that it seeks documents that are subject to the

2  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

3  laws.

4  **DOCUMENT REQUEST NO. 3:**

5          ALL DOCUMENTS RELATING TO the BANKRUPTCY CASE.

6  **OBJECTION TO DOCUMENT REQUEST NO. 3:**

7          Debtors incorporate by reference each of the General Objections set forth above.  Debtors

8  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

9  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

10  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

11  Debtors further object to this Request to the extent that it seeks documents that are subject to the

12  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

13  laws.

14  **DOCUMENT REQUEST NO. 4:**

15          ALL DOCUMENTS RELATING TO the LOAN MOTION.

16  **OBJECTION TO DOCUMENT REQUEST NO. 4:**

17          Debtors incorporate by reference each of the General Objections set forth above.  Debtors

18  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

19  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

20  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

21  Debtors further object to this Request to the extent that it seeks documents that are subject to the

22  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

23  laws.

24  **DOCUMENT REQUEST NO. 5:**

25          ALL DOCUMENTS RELATING TO the DIP LOAN.

26  **OBJECTION TO DOCUMENT REQUEST NO. 5:**

27          Debtors incorporate by reference each of the General Objections set forth above.  Debtors

28  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

55128495.1 390855-00001                                4

DEBTORS' OBJECTION TO SUBPOENA FOR DOCUMENTS ISSUED BY ARCHWAY TO ALMIGHTY
BUILDERS INC.

OSC-108

1  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

2  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

3  Debtors further object to this Request to the extent that it seeks documents that are subject to the

4  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

5  laws.

6  **DOCUMENT REQUEST NO. 6:**

7      ALL DOCUMENTS RELATING TO the DIP LENDER.

8  **OBJECTION TO DOCUMENT REQUEST NO. 6:**

9      Debtors incorporate by reference each of the General Objections set forth above. Debtors

10 further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

11 unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

12 contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

13 Debtors further object to this Request to the extent that it seeks documents that are subject to the

14 attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

15 laws.

16 **DOCUMENT REQUEST NO. 7:**

17      ALL DOCUMENTS RELATING TO the LEASE.

18 **OBJECTION TO DOCUMENT REQUEST NO. 7:**

19      Debtors incorporate by reference each of the General Objections set forth above. Debtors

20 further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

21 unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

22 contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

23 Debtors further object to this Request to the extent that it seeks documents that are subject to the

24 attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

25 laws.

26 **DOCUMENT REQUEST NO. 8:**

27      ALL DOCUMENTS RELATING TO the LEASE MOTION.

28

55128495.1 390855-00001                    5

DEBTORS' OBJECTION TO SUBPOENA FOR DOCUMENTS ISSUED BY ARCHWAY TO ALMIGHTY
BUILDERS INC.

1  **OBJECTION TO DOCUMENT REQUEST NO. 8:**

2         Debtors incorporate by reference each of the General Objections set forth above. Debtors

3  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

4  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

5  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

6  Debtors further object to this Request to the extent that it seeks documents that are subject to the

7  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

8  laws.

9  **DOCUMENT REQUEST NO. 9:**

10        ALL DOCUMENTS RELATING TO any certificate of occupancy concerning the

11 BROADWAY PROPERTY.

12 **OBJECTION TO DOCUMENT REQUEST NO. 9:**

13        Debtors incorporate by reference each of the General Objections set forth above. Debtors

14 further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

15 unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

16 contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

17 Debtors further object to this Request to the extent that it seeks documents that are subject to the

18 attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

19 laws.

20 **DOCUMENT REQUEST NO. 10:**

21        ALL DOCUMENTS RELATING TO any temporary certificate of occupancy concerning

22 the BROADWAY PROPERTY.

23 **OBJECTION TO DOCUMENT REQUEST NO. 10:**

24        Debtors incorporate by reference each of the General Objections set forth above. Debtors

25 further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

26 unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

27 contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

28 Debtors further object to this Request to the extent that it seeks documents that are subject to the

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

55128495.1 390855-00001

6

OSC-110

1  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

2  laws.

3  **DOCUMENT REQUEST NO. 11:**

4  ALL DOCUMENTS RELATING TO construction budgets, subcontractors, labor,

5  materials, architectural plans, permits, approvals, inspections, construction timelines, cost

6  overruns RELATING TO the BROADWAY PROPERTY.

7  **OBJECTION TO DOCUMENT REQUEST NO. 11:**

8  Debtors incorporate by reference each of the General Objections set forth above.  Debtors

9  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

10  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

11  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

12  Debtors further object to this Request to the extent that it seeks documents that are subject to the

13  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

14  laws.

15  **DOCUMENT REQUEST NO. 12:**

16  ALL DOCUMENTS RELATING TO contracts, work orders, and/or change orders related

17  to the work performed at the BROADWAY PROPERTY.

18  **OBJECTION TO DOCUMENT REQUEST NO. 12:**

19  Debtors incorporate by reference each of the General Objections set forth above.  Debtors

20  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

21  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

22  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

23  Debtors further object to this Request to the extent that it seeks documents that are subject to the

24  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

25  laws.

26  **DOCUMENT REQUEST NO. 13:**

27  ALL DOCUMENTS RELATING TO work that YOU have completed on the

28  BROADWAY PROPERTY, including all improvements, repairs, renovations, or alterations made.

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

55128495.1 390855-00001                 7

DEBTORS' OBJECTION TO SUBPOENA FOR DOCUMENTS ISSUED BY ARCHWAY TO ALMIGHTY
BUILDERS INC.

1    **OBJECTION TO DOCUMENT REQUEST NO. 13:**

2    Debtors incorporate by reference each of the General Objections set forth above. Debtors

3    further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

4    unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

5    contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

6    Debtors further object to this Request to the extent that it seeks documents that are subject to the

7    attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

8    laws.

9    **DOCUMENT REQUEST NO. 14:**

10    ALL DOCUMENTS RELATING TO work that YOU have not yet completed on the

11    BROADWAY PROPERTY.

12    **OBJECTION TO DOCUMENT REQUEST NO. 14:**

13    Debtors incorporate by reference each of the General Objections set forth above. Debtors

14    further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

15    unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

16    contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

17    Debtors further object to this Request to the extent that it seeks documents that are subject to the

18    attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

19    laws.

20    **DOCUMENT REQUEST NO. 15:**

21    ALL DOCUMENTS RELATING TO reports, certifications, or documentation confirming

22    that the construction work at BROADWAY PROPERTY complies with applicable local, state,

23    and federal building codes and regulations.

24    **OBJECTION TO DOCUMENT REQUEST NO. 15:**

25    Debtors incorporate by reference each of the General Objections set forth above. Debtors

26    further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

27    unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

28    contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

55128495.1 390855-00001                8

DEBTORS' OBJECTION TO SUBPOENA FOR DOCUMENTS ISSUED BY ARCHWAY TO ALMIGHTY
BUILDERS INC.

OSC-112

1    Debtors further object to this Request to the extent that it seeks documents that are subject to the

2    attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

3    laws.

4    **DOCUMENT REQUEST NO. 16:**

5        ALL DOCUMENTS RELATING TO ANY completion certificate or any other

6    DOCUMENT verifying that the construction work on the BROADWAY PROPERTY has been

7    completed.

8    **OBJECTION TO DOCUMENT REQUEST NO. 16:**

9        Debtors incorporate by reference each of the General Objections set forth above. Debtors

10   further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

11   unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

12   contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

13   Debtors further object to this Request to the extent that it seeks documents that are subject to the

14   attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

15   laws.

16   **DOCUMENT REQUEST NO. 17:**

17       ALL DOCUMENTS RELATING TO ANY insurance policies covering the construction

18   project at BROADWAY PROPERTY, including but not limited to general liability, workers'

19   compensation, and property insurance.

20   **OBJECTION TO DOCUMENT REQUEST NO. 17:**

21       Debtors incorporate by reference each of the General Objections set forth above. Debtors

22   further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

23   unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

24   contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

25   Debtors further object to this Request to the extent that it seeks documents that are subject to the

26   attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

27   laws.

28

55128495.1 390855-00001                    9

DEBTORS' OBJECTION TO SUBPOENA FOR DOCUMENTS ISSUED BY ARCHWAY TO ALMIGHTY
BUILDERS INC.

1  **DOCUMENT REQUEST NO. 18:**

2      ALL DOCUMENTS RELATING TO ANY performance bond or payment bond was

3  required for the BROADWAY PROPERTY.

4  **OBJECTION TO DOCUMENT REQUEST NO. 18:**

5      Debtors incorporate by reference each of the General Objections set forth above.  Debtors

6  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

7  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

8  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

9  Debtors further object to this Request to the extent that it seeks documents that are subject to the

10  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

11  laws.

12  DATED:  February 19, 2025              SAUL EWING LLP

13

14

15                                          By: _____

16                                              ZEV SHECHTMAN
                                                CAROL CHOW
                                                RYAN COY

17                                              Attorneys for Debtors and Debtors in Possession

18

19

20

21

22

23

24

25

26

27

28

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

55128495.1 390855-00001                    10

DEBTORS' OBJECTION TO SUBPOENA FOR DOCUMENTS ISSUED BY ARCHWAY TO ALMIGHTY
BUILDERS INC.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Saul Ewing LLP, 1888 Century Park East, Suite 1500, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **Debtor's Objection to Subpoena for Documents Issued by Archway to Almighty Builders Inc.** be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL:**
On (*date*) **February 19, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Derrick Talerico
David B. Zolkin
WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 Wilshire Boulevard, Suite 730
Los Angeles, CA 90025

Michael Gerard Fletcher
Gerrick M. Warrington
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, CA 90017

Almighty Builders Inc.
Daniel Halevy, Agent for Service of Process
133 South Palm Dr Apt 5
Beverly Hills, CA 90212

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):**  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 19, 2025 | Hannah Richmond | /s/ Hannah Richmond |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

1 | DERRICK TALERICO (State Bar No. 223763)
dtalerico@wztslaw.com
2 | DAVID B. ZOLKIN (State Bar No. 155410)
dzolkin@wztslaw.com
3 | WEINTRAUB ZOLKIN TALERICO &
SELTH LLP
4 | 11766 Wilshire Boulevard, Suite 730
5 | Los Angeles, CA 90025
Telephone: (424) 500-8552
6

7 | ZEV SHECHTMAN (BAR NO. 266280)
Zev.Shechtman@saul.com
8 | CAROL CHOW (BAR NO. 169299)
carol.chow@saul.com
9 | RYAN COY (BAR NO. 324939)
ryan.coy@saul.com
10 | SAUL EWING LLP
1888 Century Park East, Suite 1500
11 | Los Angeles, California 90067
Telephone: (310) 255-6100
12 | Facsimile: (310) 255-6200

13 | Attorneys for Debtors and Debtors in Possession

14 | **UNITED STATES BANKRUPTCY COURT**

15 | **CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION**

16 | In re | Lead Case No. 2:24-bk-12079-VZ

17 | SEATON INVESTMENTS, LLC, et al.,, | Jointly Administered with Case Nos.:

18 | Debtors and Debtors In Possession. | 2:24-bk-12080-VZ; 2:24-bk-12081-VZ; 2:24-bk-12082-VZ; 2:24-bk-12091-VZ; 2:24-bk-12074-VZ; 2:24-bk-12075-VZ and 2:24-bk-12076-VZ

19

20 | ☐ Affects All Debtors.

21 | ☐ Affects Seaton Investments, LLC | Chapter 11

☐ Affects Colyton Investments, LLC | **DEBTORS' OBJECTION TO SUBPOENA FOR DOCUMENTS ISSUED BY ARCHWAY TO THE DMB FUND**

22 | ☒ Affects Broadway Avenue Investments, LLC

23 | ☐ Affects SLA Investments, LLC

24 | ☐ Affects Negev Investments, LLC

25 | ☐ Affects Alan Gomperts

26 | ☐ Affects Daniel Halevy

27 | ☐ Affects Susan Halevy

28

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

55127803.1 390855-00001

DEBTORS' OBJECTION TO SUBPOENA FOR DOCUMENTS ISSUED BY ARCHWAY TO THE DMB FUND

1    Debtors in the above-captioned jointly administered cases (collectively, "Debtors") hereby

2    object to the Subpoena to Produce Documents, Information, or Objects (the "Subpoena")

3    propounded by Archway Broadway Loan SPE, LLC ("Archway") to The DMB Fund (the

4    "Subpoenaed Party"), as follows:

5                                    **GENERAL OBJECTIONS**

6       1.    Debtors object to the Subpoena and to each document request contained therein

7    (each a "Request," and collectively "Requests") to the extent that it seeks information or

8    documents that are not relevant to the subject matter of this contested matter nor reasonably

9    calculated to lead to the discovery of admissible evidence.

10      2.    Debtors object to the Subpoena to the extent that Archway has failed to timely and

11   properly serve the Subpoena upon the Subpoenaed Party.

12      3.    Debtors object to each Request that is unlimited in time on the grounds that it is

13   overbroad and unduly burdensome.

14      4.    Debtors object to each Request to the extent that it seeks information not within the

15   knowledge of the Subpoenaed Party or seek documents not in the Subpoenaed Party's possession,

16   custody or control.

17      5.    The Requests do not, on their face, limit the call for information or documents to

18   those matters not protected or privileged from disclosure by law.  Debtors object to each Request

19   to the extent that it seeks information or documents that are protected by the attorney-client

20   privilege, the work-product doctrine, or other applicable privileges and protections.

21      6.    Debtors object to each Request to the extent it is vague, ambiguous, compound,

22   overbroad or overly burdensome.

23      7.    Debtors object to each Request to the extent that it seeks information or documents

24   that are private, confidential, proprietary to Debtors and/or the Subpoenaed Party and/or constitute

25   the trade secrets of Debtors and/or the Subpoenaed Party.

26      8.    To the extent that any Request seeks information or documents which are available

27   to the public (including documents filed with the courts), already in Archway's possession,

28   custody, or control, and/or previously provided or produced to Archway, Debtors object to such

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

55127803.1 390855-00001                    2

DEBTORS' OBJECTION TO SUBPOENA FOR DOCUMENTS ISSUED BY ARCHWAY TO THE DMB FUND

1  Request as seeking information or documents equally or more readily available and accessible to

2  Archway, and as such, is unduly burdensome, harassing, and oppressive.

3      9.      These Requests shall be governed by the requirements of the Federal Rules of

4  Bankruptcy Procedure and all applicable law.  To the extent any Request, or the Definitions of the

5  Requests, attempts or purports to impose additional requirements on the Subpoenaed Party or to

6  exceed applicable limitations, Debtors object.  The Subpoenaed Party should only be required to

7  comply with applicable law.

8      10.     Debtors object to the "DEFINITIONS" contained in the Requests on the grounds

9  that it is vague, ambiguous, overbroad and likely, in the context of specific Requests, to impose an

10  undue burden upon the Subpoenaed Party.

11                **SPECIFIC OBJECTIONS TO DOCUMENT REQUESTS**

12  **DOCUMENT REQUEST NO. 1:**

13          ALL DOCUMENTS RELATING TO BROADWAY.

14  **DOCUMENT REQUEST NO. 1:**

15          Debtors incorporate by reference each of the General Objections set forth above.  Debtors

16  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

17  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

18  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

19  Debtors further object to this Request to the extent that it seeks documents that are subject to the

20  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

21  laws.

22  **DOCUMENT REQUEST NO. 2:**

23          ALL DOCUMENTS RELATING TO the BROADWAY PROPERTY.

24  **OBJECTION TO DOCUMENT REQUEST NO. 2:**

25          Debtors incorporate by reference each of the General Objections set forth above.  Debtors

26  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

27  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

28  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

1 | Debtors further object to this Request to the extent that it seeks documents that are subject to the

2 | attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

3 | laws.

4 | **DOCUMENT REQUEST NO. 3:**

5 | ALL DOCUMENTS RELATING TO the BANKRUPTCY CASE.

6 | **OBJECTION TO DOCUMENT REQUEST NO. 3:**

7 | Debtors incorporate by reference each of the General Objections set forth above. Debtors

8 | further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

9 | unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

10 | contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

11 | Debtors further object to this Request to the extent that it seeks documents that are subject to the

12 | attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

13 | laws.

14 | **DOCUMENT REQUEST NO. 4:**

15 | ALL DOCUMENTS RELATING TO the DIP LOAN.

16 | **OBJECTION TO DOCUMENT REQUEST NO. 4:**

17 | Debtors incorporate by reference each of the General Objections set forth above. Debtors

18 | further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

19 | unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

20 | contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

21 | Debtors further object to this Request to the extent that it seeks documents that are subject to the

22 | attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

23 | laws.

24 | **DOCUMENT REQUEST NO. 5:**

25 | ALL DOCUMENTS RELATING TO the DIP LENDER.

26 | **OBJECTION TO DOCUMENT REQUEST NO. 5:**

27 | Debtors incorporate by reference each of the General Objections set forth above. Debtors

28 | further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

1  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

2  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

3  Debtors further object to this Request to the extent that it seeks documents that are subject to the

4  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

5  laws.

6  **DOCUMENT REQUEST NO. 6:**

7       ALL DOCUMENTS RELATING TO the LEASE.

8  **OBJECTION TO DOCUMENT REQUEST NO. 6:**

9       Debtors incorporate by reference each of the General Objections set forth above. Debtors

10  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

11  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

12  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

13  Debtors further object to this Request to the extent that it seeks documents that are subject to the

14  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

15  laws.

16  **DOCUMENT REQUEST NO. 7:**

17       ALL DOCUMENTS RELATING TO the LEASE MOTION.

18  **OBJECTION TO DOCUMENT REQUEST NO. 7:**

19       Debtors incorporate by reference each of the General Objections set forth above. Debtors

20  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

21  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

22  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

23  Debtors further object to this Request to the extent that it seeks documents that are subject to the

24  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

25  laws.

26  **DOCUMENT REQUEST NO. 8:**

27       ALL DOCUMENTS RELATING TO VBH.

28

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

55127803.1 390855-00001                          5

DEBTORS' OBJECTION TO SUBPOENA FOR DOCUMENTS ISSUED BY ARCHWAY TO THE DMB FUND

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

1 **OBJECTION TO DOCUMENT REQUEST NO. 8:**

2       Debtors incorporate by reference each of the General Objections set forth above. Debtors

3 further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

4 unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

5 contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

6 Debtors further object to this Request to the extent that it seeks documents that are subject to the

7 attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

8 laws.

9 **DOCUMENT REQUEST NO. 9:**

10       ALL DOCUMENTS RELATING TO David Schwarcz.

11 **OBJECTION TO DOCUMENT REQUEST NO. 9:**

12       Debtors incorporate by reference each of the General Objections set forth above. Debtors

13 further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

14 unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

15 contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

16 Debtors further object to this Request to the extent that it seeks documents that are subject to the

17 attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

18 laws.

19 **DOCUMENT REQUEST NO. 15 [sic]:**

20       ALL DOCUMENTS RELATING TO YOUR current audited and/or unaudited financial

21 statements, including profit and loss statements, income statements, cash flow statements, balance

22 sheets, and interest-holder and/or shareholder equity.

23 **OBJECTION TO DOCUMENT REQUEST NO. 15:**

24       Debtors incorporate by reference each of the General Objections set forth above. Debtors

25 further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

26 unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

27 contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

28 Debtors further object to this Request to the extent that it seeks documents that are subject to the

1    attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

2    laws.  Debtors further object to this Request to the extent that it seeks information or documents

3    that constitute the private, confidential, proprietary, and/or commercially sensitive information of

4    the Subpoenaed Party.

5    **DOCUMENT REQUEST NO. 10:**

6          ALL DOCUMENTS RELATING TO YOUR tax returns.

7    **OBJECTION TO DOCUMENT REQUEST NO. 10:**

8          Debtors incorporate by reference each of the General Objections set forth above.  Debtors

9    further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

10   unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

11   contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

12   Debtors further object to this Request to the extent that it seeks documents that are subject to the

13   attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

14   laws.  Debtors further object to this Request to the extent that it seeks information or documents

15   that constitute the private, confidential, proprietary, and/or commercially sensitive information of

16   the Subpoenaed Party.

17   **DOCUMENT REQUEST NO. 11:**

18         ANY DOCUMENTS RELATING TO YOUR savings, checking, deposit, and/or other

19   financial accounts, including bank statements.

20   **OBJECTION TO DOCUMENT REQUEST NO. 11:**

21         Debtors incorporate by reference each of the General Objections set forth above.  Debtors

22   further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

23   unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

24   contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

25   Debtors further object to this Request to the extent that it seeks documents that are subject to the

26   attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

27   laws.  Debtors further object to this Request to the extent that it seeks information or documents

28   that constitute the private, confidential, proprietary, and/or commercially sensitive information of

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

1   the Subpoenaed Party.

2   **DOCUMENT REQUEST NO. 12:**

3      ANY DOCUMENTS RELATING TO YOUR hierarchical and/or organizational structure.

4   **OBJECTION TO DOCUMENT REQUEST NO. 12:**

5      Debtors incorporate by reference each of the General Objections set forth above. Debtors

6   further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

7   unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

8   contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

9   Debtors further object to this Request to the extent that it seeks documents that are subject to the

10   attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

11   laws.

12   **DOCUMENT REQUEST NO. 13:**

13      ANY DOCUMENTS RELATING TO YOUR current and/or fixed assets.

14   **OBJECTION TO DOCUMENT REQUEST NO. 13:**

15      Debtors incorporate by reference each of the General Objections set forth above. Debtors

16   further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

17   unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

18   contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

19   Debtors further object to this Request to the extent that it seeks documents that are subject to the

20   attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

21   laws. Debtors further object to this Request to the extent that it seeks information or documents

22   that constitute the private, confidential, proprietary, and/or commercially sensitive information of

23   the Subpoenaed Party.

24   **DOCUMENT REQUEST NO. 14:**

25      ANY DOCUMENTS RELATING TO YOUR liabilities.

26   **OBJECTION TO DOCUMENT REQUEST NO. 14:**

27      Debtors incorporate by reference each of the General Objections set forth above. Debtors

28   further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

1  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

2  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

3  Debtors further object to this Request to the extent that it seeks documents that are subject to the

4  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

5  laws. Debtors further object to this Request to the extent that it seeks information or documents

6  that constitute the private, confidential, proprietary, and/or commercially sensitive information of

7  the Subpoenaed Party.

8  **DOCUMENT REQUEST NO. 15:**

9       ANY DOCUMENTS RELATING TO YOUR revenue and expenses.

10 **OBJECTION TO DOCUMENT REQUEST NO. 15:**

11      Debtors incorporate by reference each of the General Objections set forth above. Debtors

12 further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

13 unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

14 contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

15 Debtors further object to this Request to the extent that it seeks documents that are subject to the

16 attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

17 laws. Debtors further object to this Request to the extent that it seeks information or documents

18 that constitute the private, confidential, proprietary, and/or commercially sensitive information of

19 the Subpoenaed Party.

20 **DOCUMENT REQUEST NO. 16:**

21      ANY DOCUMENTS RELATING TO YOUR non-profit status.

22 **OBJECTION TO DOCUMENT REQUEST NO. 16:**

23      Debtors incorporate by reference each of the General Objections set forth above. Debtors

24 further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

25 unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

26 contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

27 Debtors further object to this Request to the extent that it seeks documents that are subject to the

28 attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

1  laws. Debtors further object to this Request to the extent that it seeks information or documents

2  that constitute the private, confidential, proprietary, and/or commercially sensitive information of

3  the Subpoenaed Party.

4  **DOCUMENT REQUEST NO. 17:**

5      ALL DOCUMENTS RELATING TO YOUR license to conduct business in California.

6  **OBJECTION TO DOCUMENT REQUEST NO. 17:**

7      Debtors incorporate by reference each of the General Objections set forth above.  Debtors

8  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

9  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

10  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

11  Debtors further object to this Request to the extent that it seeks documents that are subject to the

12  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

13  laws.

14  **DOCUMENT REQUEST NO. 18:**

15      ALL DOCUMENTS RELATING TO any litigation or claims, commenced or threatened,

16  against YOU or any of YOUR current or former officers, owners, and/or controllers, within the

17  past five years.

18  **OBJECTION TO DOCUMENT REQUEST NO. 18:**

19      Debtors incorporate by reference each of the General Objections set forth above.  Debtors

20  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

21  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

22  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

23  Debtors further object to this Request to the extent that it seeks documents that are subject to the

24  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

25  laws.

26  **DOCUMENT REQUEST NO. 19:**

27      ALL DOCUMENTS RELATING TO any civil sanctions or judgments entered against

28  YOU or any of YOUR current or former officers, owners, or controllers in the past five years.

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

1 **OBJECTION TO DOCUMENT REQUEST NO. 19:**

2     Debtors incorporate by reference each of the General Objections set forth above. Debtors

3 further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

4 unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

5 contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

6 Debtors further object to this Request to the extent that it seeks documents that are subject to the

7 attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

8 laws.

9 **DOCUMENT REQUEST NO. 20:**

10     ALL DOCUMENTS RELATING TO any criminal sanctions, convictions, or judgments

11 entered against YOU or any of YOUR current or former officers, owners, or controllers in the past

12 five years.

13 **OBJECTION TO DOCUMENT REQUEST NO. 20:**

14     Debtors incorporate by reference each of the General Objections set forth above. Debtors

15 further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

16 unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

17 contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

18 Debtors further object to this Request to the extent that it seeks documents that are subject to the

19 attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

20 laws.

21 **DOCUMENT REQUEST NO. 21:**

22     ALL DOCUMENTS RELATING TO any contempt sanctions entered against YOU or any

23 of YOUR current or former officers, owners, or controllers in the past five years.

24 **OBJECTION TO DOCUMENT REQUEST NO. 21:**

25     Debtors incorporate by reference each of the General Objections set forth above. Debtors

26 further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

27 unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

28 contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

1 | Debtors further object to this Request to the extent that it seeks documents that are subject to the

2 | attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

3 | laws.

4 |

5 | DATED:  February 19, 2025                          SAUL EWING LLP

6 |

7 |                                                   By: _____

8 |                                                       ZEV SHECHTMAN
                                                         CAROL CHOW
9 |                                                       RYAN COY
                                                         Attorneys for Debtors and Debtors in Possession
10 |

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Saul Ewing LLP, 1888 Century Park East, Suite 1500, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **Debtor's Objection to Subpoena for Documents Issued by Archway to The DMB Fund** be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **February 19, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Derrick Talerico
David B. Zolkin
WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 Wilshire Boulevard, Suite 730
Los Angeles, CA 90025

Michael Gerard Fletcher
Gerrick M. Warrington
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, CA 90017

The DMB Fund
Attn: Judy Cox, Agent for Service of Process
2350 Castle Heights Avenue
Los Angeles, CA 90034

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 19, 2025 | Hannah Richmond | /s/ Hannah Richmond |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

OSC-128

1  DERRICK TALERICO (State Bar No. 223763)
   dtalerico@wztslaw.com
2  DAVID B. ZOLKIN (State Bar No. 155410)
   dzolkin@wztslaw.com
3  WEINTRAUB ZOLKIN TALERICO &
   SELTH LLP
4  11766 Wilshire Boulevard, Suite 730
5  Los Angeles, CA 90025
   Telephone: (424) 500-8552
6

7  ZEV SHECHTMAN (BAR NO. 266280)
   Zev.Shechtman@saul.com
8  CAROL CHOW (BAR NO. 169299)
   carol.chow@saul.com
9  RYAN COY (BAR NO. 324939)
   ryan.coy@saul.com
10 SAUL EWING LLP
   1888 Century Park East, Suite 1500
11 Los Angeles, California 90067
   Telephone: (310) 255-6100
12 Facsimile: (310) 255-6200

13 Attorneys for Debtors and Debtors in Possession

14          **UNITED STATES BANKRUPTCY COURT**

15    **CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION**

16 In re

17 SEATON INVESTMENTS, LLC, et al.,,

18          Debtors and Debtors In Possession.

19 ☐ Affects All Debtors.

20 ☐ Affects Seaton Investments, LLC

21 ☐ Affects Colyton Investments, LLC

22 ☒ Affects Broadway Avenue Investments, LLC

23 ☐ Affects SLA Investments, LLC

24 ☐ Affects Negev Investments, LLC

25 ☐ Affects Alan Gomperts

26 ☐ Affects Daniel Halevy

27 ☐ Affects Susan Halevy

28

Lead Case No. 2:24-bk-12079-VZ

Jointly Administered with Case Nos.:
2:24-bk-12080-VZ; 2:24-bk-12081-VZ;
2:24-bk-12082-VZ; 2:24-bk-12091-VZ;
2:24-bk-12074-VZ; 2:24-bk-12075-VZ and
2:24-bk-12076-VZ

Chapter 11

**DEBTORS' OBJECTION TO SUBPOENA
FOR DOCUMENTS ISSUED BY
ARCHWAY TO THE DMB FUND**

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

55127803.1 390855-00001

1    Debtors in the above-captioned jointly administered cases (collectively, "Debtors") hereby

2    object to the Subpoena to Produce Documents, Information, or Objects (the "Subpoena")

3    propounded by Archway Broadway Loan SPE, LLC ("Archway") to The DMB Fund (the

4    "Subpoenaed Party"), as follows:

5                              **GENERAL OBJECTIONS**

6    1.    Debtors object to the Subpoena and to each document request contained therein

7    (each a "Request," and collectively "Requests") to the extent that it seeks information or

8    documents that are not relevant to the subject matter of this contested matter nor reasonably

9    calculated to lead to the discovery of admissible evidence.

10    2.    Debtors object to the Subpoena to the extent that Archway has failed to timely and

11    properly serve the Subpoena upon the Subpoenaed Party.

12    3.    Debtors object to each Request that is unlimited in time on the grounds that it is

13    overbroad and unduly burdensome.

14    4.    Debtors object to each Request to the extent that it seeks information not within the

15    knowledge of the Subpoenaed Party or seek documents not in the Subpoenaed Party's possession,

16    custody or control.

17    5.    The Requests do not, on their face, limit the call for information or documents to

18    those matters not protected or privileged from disclosure by law.  Debtors object to each Request

19    to the extent that it seeks information or documents that are protected by the attorney-client

20    privilege, the work-product doctrine, or other applicable privileges and protections.

21    6.    Debtors object to each Request to the extent it is vague, ambiguous, compound,

22    overbroad or overly burdensome.

23    7.    Debtors object to each Request to the extent that it seeks information or documents

24    that are private, confidential, proprietary to Debtors and/or the Subpoenaed Party and/or constitute

25    the trade secrets of Debtors and/or the Subpoenaed Party.

26    8.    To the extent that any Request seeks information or documents which are available

27    to the public (including documents filed with the courts), already in Archway's possession,

28    custody, or control, and/or previously provided or produced to Archway, Debtors object to such

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

1  Request as seeking information or documents equally or more readily available and accessible to

2  Archway, and as such, is unduly burdensome, harassing, and oppressive.

3      9.      These Requests shall be governed by the requirements of the Federal Rules of

4  Bankruptcy Procedure and all applicable law.  To the extent any Request, or the Definitions of the

5  Requests, attempts or purports to impose additional requirements on the Subpoenaed Party or to

6  exceed applicable limitations, Debtors object.  The Subpoenaed Party should only be required to

7  comply with applicable law.

8      10.     Debtors object to the "DEFINITIONS" contained in the Requests on the grounds

9  that it is vague, ambiguous, overbroad and likely, in the context of specific Requests, to impose an

10  undue burden upon the Subpoenaed Party.

11              **SPECIFIC OBJECTIONS TO DOCUMENT REQUESTS**

12  **DOCUMENT REQUEST NO. 1:**

13      ALL DOCUMENTS RELATING TO BROADWAY.

14  **DOCUMENT REQUEST NO. 1:**

15      Debtors incorporate by reference each of the General Objections set forth above.  Debtors

16  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

17  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

18  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

19  Debtors further object to this Request to the extent that it seeks documents that are subject to the

20  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

21  laws.

22  **DOCUMENT REQUEST NO. 2:**

23      ALL DOCUMENTS RELATING TO the BROADWAY PROPERTY.

24  **OBJECTION TO DOCUMENT REQUEST NO. 2:**

25      Debtors incorporate by reference each of the General Objections set forth above.  Debtors

26  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

27  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

28  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

1  Debtors further object to this Request to the extent that it seeks documents that are subject to the

2  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

3  laws.

4  **DOCUMENT REQUEST NO. 3:**

5      ALL DOCUMENTS RELATING TO the BANKRUPTCY CASE.

6  **OBJECTION TO DOCUMENT REQUEST NO. 3:**

7      Debtors incorporate by reference each of the General Objections set forth above.  Debtors

8  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

9  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

10  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

11  Debtors further object to this Request to the extent that it seeks documents that are subject to the

12  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

13  laws.

14  **DOCUMENT REQUEST NO. 4:**

15      ALL DOCUMENTS RELATING TO the DIP LOAN.

16  **OBJECTION TO DOCUMENT REQUEST NO. 4:**

17      Debtors incorporate by reference each of the General Objections set forth above.  Debtors

18  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

19  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

20  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

21  Debtors further object to this Request to the extent that it seeks documents that are subject to the

22  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

23  laws.

24  **DOCUMENT REQUEST NO. 5:**

25      ALL DOCUMENTS RELATING TO the DIP LENDER.

26  **OBJECTION TO DOCUMENT REQUEST NO. 5:**

27      Debtors incorporate by reference each of the General Objections set forth above.  Debtors

28  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

1  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

2  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

3  Debtors further object to this Request to the extent that it seeks documents that are subject to the

4  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

5  laws.

6  **DOCUMENT REQUEST NO. 6:**

7       ALL DOCUMENTS RELATING TO the LEASE.

8  **OBJECTION TO DOCUMENT REQUEST NO. 6:**

9       Debtors incorporate by reference each of the General Objections set forth above.  Debtors

10  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

11  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

12  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

13  Debtors further object to this Request to the extent that it seeks documents that are subject to the

14  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

15  laws.

16  **DOCUMENT REQUEST NO. 7:**

17       ALL DOCUMENTS RELATING TO the LEASE MOTION.

18  **OBJECTION TO DOCUMENT REQUEST NO. 7:**

19       Debtors incorporate by reference each of the General Objections set forth above.  Debtors

20  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

21  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

22  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

23  Debtors further object to this Request to the extent that it seeks documents that are subject to the

24  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

25  laws.

26  **DOCUMENT REQUEST NO. 8:**

27       ALL DOCUMENTS RELATING TO VBH.

28

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

**OBJECTION TO DOCUMENT REQUEST NO. 8:**

Debtors incorporate by reference each of the General Objections set forth above. Debtors further object to this Request on the grounds that this Request is vague, ambiguous, overbroad, unduly burdensome, and seeks documents that are neither relevant to the subject matter of this contested matter nor reasonably calculated to lead to the discovery of admissible evidence. Debtors further object to this Request to the extent that it seeks documents that are subject to the attorney-client privilege, the attorney work product doctrine, or other applicable privileges and laws.

**DOCUMENT REQUEST NO. 9:**

ALL DOCUMENTS RELATING TO David Schwarcz.

**OBJECTION TO DOCUMENT REQUEST NO. 9:**

Debtors incorporate by reference each of the General Objections set forth above. Debtors further object to this Request on the grounds that this Request is vague, ambiguous, overbroad, unduly burdensome, and seeks documents that are neither relevant to the subject matter of this contested matter nor reasonably calculated to lead to the discovery of admissible evidence. Debtors further object to this Request to the extent that it seeks documents that are subject to the attorney-client privilege, the attorney work product doctrine, or other applicable privileges and laws.

**DOCUMENT REQUEST NO. 15 [sic]:**

ALL DOCUMENTS RELATING TO YOUR current audited and/or unaudited financial statements, including profit and loss statements, income statements, cash flow statements, balance sheets, and interest-holder and/or shareholder equity.

**OBJECTION TO DOCUMENT REQUEST NO. 15:**

Debtors incorporate by reference each of the General Objections set forth above. Debtors further object to this Request on the grounds that this Request is vague, ambiguous, overbroad, unduly burdensome, and seeks documents that are neither relevant to the subject matter of this contested matter nor reasonably calculated to lead to the discovery of admissible evidence. Debtors further object to this Request to the extent that it seeks documents that are subject to the

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

1    attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

2    laws. Debtors further object to this Request to the extent that it seeks information or documents

3    that constitute the private, confidential, proprietary, and/or commercially sensitive information of

4    the Subpoenaed Party.

5    **DOCUMENT REQUEST NO. 10:**

6           ALL DOCUMENTS RELATING TO YOUR tax returns.

7    **OBJECTION TO DOCUMENT REQUEST NO. 10:**

8           Debtors incorporate by reference each of the General Objections set forth above. Debtors

9    further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

10    unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

11    contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

12    Debtors further object to this Request to the extent that it seeks documents that are subject to the

13    attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

14    laws. Debtors further object to this Request to the extent that it seeks information or documents

15    that constitute the private, confidential, proprietary, and/or commercially sensitive information of

16    the Subpoenaed Party.

17    **DOCUMENT REQUEST NO. 11:**

18           ANY DOCUMENTS RELATING TO YOUR savings, checking, deposit, and/or other

19    financial accounts, including bank statements.

20    **OBJECTION TO DOCUMENT REQUEST NO. 11:**

21           Debtors incorporate by reference each of the General Objections set forth above. Debtors

22    further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

23    unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

24    contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

25    Debtors further object to this Request to the extent that it seeks documents that are subject to the

26    attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

27    laws. Debtors further object to this Request to the extent that it seeks information or documents

28    that constitute the private, confidential, proprietary, and/or commercially sensitive information of

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

7

SAUL EWING LLP
5 PARK PLAZA, SUITE 660
IRVINE, CALIFORNIA 92614
(949) 252-2777

1   the Subpoenaed Party.

2   **DOCUMENT REQUEST NO. 12:**

3       ANY DOCUMENTS RELATING TO YOUR hierarchical and/or organizational structure.

4   **OBJECTION TO DOCUMENT REQUEST NO. 12:**

5       Debtors incorporate by reference each of the General Objections set forth above. Debtors

6   further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

7   unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

8   contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

9   Debtors further object to this Request to the extent that it seeks documents that are subject to the

10  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

11  laws.

12  **DOCUMENT REQUEST NO. 13:**

13      ANY DOCUMENTS RELATING TO YOUR current and/or fixed assets.

14  **OBJECTION TO DOCUMENT REQUEST NO. 13:**

15      Debtors incorporate by reference each of the General Objections set forth above. Debtors

16  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

17  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

18  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

19  Debtors further object to this Request to the extent that it seeks documents that are subject to the

20  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

21  laws. Debtors further object to this Request to the extent that it seeks information or documents

22  that constitute the private, confidential, proprietary, and/or commercially sensitive information of

23  the Subpoenaed Party.

24  **DOCUMENT REQUEST NO. 14:**

25      ANY DOCUMENTS RELATING TO YOUR liabilities.

26  **OBJECTION TO DOCUMENT REQUEST NO. 14:**

27      Debtors incorporate by reference each of the General Objections set forth above. Debtors

28  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

1   unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

2   contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

3   Debtors further object to this Request to the extent that it seeks documents that are subject to the

4   attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

5   laws. Debtors further object to this Request to the extent that it seeks information or documents

6   that constitute the private, confidential, proprietary, and/or commercially sensitive information of

7   the Subpoenaed Party.

8   **DOCUMENT REQUEST NO. 15:**

9       ANY DOCUMENTS RELATING TO YOUR revenue and expenses.

10   **OBJECTION TO DOCUMENT REQUEST NO. 15:**

11       Debtors incorporate by reference each of the General Objections set forth above. Debtors

12   further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

13   unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

14   contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

15   Debtors further object to this Request to the extent that it seeks documents that are subject to the

16   attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

17   laws. Debtors further object to this Request to the extent that it seeks information or documents

18   that constitute the private, confidential, proprietary, and/or commercially sensitive information of

19   the Subpoenaed Party.

20   **DOCUMENT REQUEST NO. 16:**

21       ANY DOCUMENTS RELATING TO YOUR non-profit status.

22   **OBJECTION TO DOCUMENT REQUEST NO. 16:**

23       Debtors incorporate by reference each of the General Objections set forth above. Debtors

24   further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

25   unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

26   contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

27   Debtors further object to this Request to the extent that it seeks documents that are subject to the

28   attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

55127803.1 390855-00001       9

DEBTORS' OBJECTION TO SUBPOENA FOR DOCUMENTS ISSUED BY ARCHWAY TO THE DMB FUND

1  laws. Debtors further object to this Request to the extent that it seeks information or documents

2  that constitute the private, confidential, proprietary, and/or commercially sensitive information of

3  the Subpoenaed Party.

4  **DOCUMENT REQUEST NO. 17:**

5      ALL DOCUMENTS RELATING TO YOUR license to conduct business in California.

6  **OBJECTION TO DOCUMENT REQUEST NO. 17:**

7      Debtors incorporate by reference each of the General Objections set forth above. Debtors

8  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

9  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

10  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

11  Debtors further object to this Request to the extent that it seeks documents that are subject to the

12  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

13  laws.

14  **DOCUMENT REQUEST NO. 18:**

15      ALL DOCUMENTS RELATING TO any litigation or claims, commenced or threatened,

16  against YOU or any of YOUR current or former officers, owners, and/or controllers, within the

17  past five years.

18  **OBJECTION TO DOCUMENT REQUEST NO. 18:**

19      Debtors incorporate by reference each of the General Objections set forth above. Debtors

20  further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

21  unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

22  contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

23  Debtors further object to this Request to the extent that it seeks documents that are subject to the

24  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

25  laws.

26  **DOCUMENT REQUEST NO. 19:**

27      ALL DOCUMENTS RELATING TO any civil sanctions or judgments entered against

28  YOU or any of YOUR current or former officers, owners, or controllers in the past five years.

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

1    **OBJECTION TO DOCUMENT REQUEST NO. 19:**

2    Debtors incorporate by reference each of the General Objections set forth above. Debtors

3    further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

4    unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

5    contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

6    Debtors further object to this Request to the extent that it seeks documents that are subject to the

7    attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

8    laws.

9    **DOCUMENT REQUEST NO. 20:**

10    ALL DOCUMENTS RELATING TO any criminal sanctions, convictions, or judgments

11    entered against YOU or any of YOUR current or former officers, owners, or controllers in the past

12    five years.

13    **OBJECTION TO DOCUMENT REQUEST NO. 20:**

14    Debtors incorporate by reference each of the General Objections set forth above. Debtors

15    further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

16    unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

17    contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

18    Debtors further object to this Request to the extent that it seeks documents that are subject to the

19    attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

20    laws.

21    **DOCUMENT REQUEST NO. 21:**

22    ALL DOCUMENTS RELATING TO any contempt sanctions entered against YOU or any

23    of YOUR current or former officers, owners, or controllers in the past five years.

24    **OBJECTION TO DOCUMENT REQUEST NO. 21:**

25    Debtors incorporate by reference each of the General Objections set forth above. Debtors

26    further object to this Request on the grounds that this Request is vague, ambiguous, overbroad,

27    unduly burdensome, and seeks documents that are neither relevant to the subject matter of this

28    contested matter nor reasonably calculated to lead to the discovery of admissible evidence.

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

1  Debtors further object to this Request to the extent that it seeks documents that are subject to the

2  attorney-client privilege, the attorney work product doctrine, or other applicable privileges and

3  laws.

4

5  DATED:  February 19, 2025                    SAUL EWING LLP

6

7                                          By:  _____

8                                                ZEV SHECHTMAN
                                                 CAROL CHOW
9                                                RYAN COY
                                                 Attorneys for Debtors and Debtors in Possession

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEBTORS' OBJECTION TO SUBPOENA FOR DOCUMENTS ISSUED BY ARCHWAY TO THE DMB FUND

OSC-140

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Saul Ewing LLP, 1888 Century Park East, Suite 1500, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **Debtor's Objection to Subpoena for Documents Issued by Archway to The DMB Fund** be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1.  ~~**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:~~

☐ Service information continued on attached page

2.  **SERVED BY UNITED STATES MAIL**:
On (*date*) **February 19, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Derrick Talerico
David B. Zolkin
WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 Wilshire Boulevard, Suite 730
Los Angeles, CA 90025

Michael Gerard Fletcher
Gerrick M. Warrington
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, CA 90017

The DMB Fund
Attn: Judy Cox, Agent for Service of Process
2350 Castle Heights Avenue
Los Angeles, CA 90034

☐ Service information continued on attached page

3.  **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 19, 2025 | Hannah Richmond | /s/ Hannah Richmond |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

1  DERRICK TALERICO (State Bar No. 223763)
   dtalerico@wztslaw.com
2  DAVID B. ZOLKIN (State Bar No. 155410)
   dzolkin@wztslaw.com
3  WEINTRAUB ZOLKIN TALERICO &
4  SELTH LLP
   11766 Wilshire Boulevard, Suite 730
5  Los Angeles, CA 90025
   Telephone: (424) 500-8552
6

7  ZEV SHECHTMAN (BAR NO. 266280)
   Zev.Shechtman@saul.com
8  CAROL CHOW (BAR NO. 169299)
   carol.chow@saul.com
9  RYAN COY (BAR NO. 324939)
   ryan.coy@saul.com
10 SAUL EWING LLP
   1888 Century Park East, Suite 1500
11 Los Angeles, California 90067
   Telephone:  (310) 255-6100
12 Facsimile:  (310) 255-6200

13 Attorneys for Debtors and Debtors in Possession

14                  **UNITED STATES BANKRUPTCY COURT**

15     **CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION**

| 16 | In re | Lead Case No. 2:24-bk-12079-VZ |
|---|---|---|
| 17 | SEATON INVESTMENTS, LLC, et al.,, | Jointly Administered with Case Nos.: |
| 18 | Debtors and Debtors In Possession. | 2:24-bk-12080-VZ; 2:24-bk-12081-VZ; 2:24-bk-12082-VZ; 2:24-bk-12091-VZ; 2:24-bk-12074-VZ; 2:24-bk-12075-VZ and 2:24-bk-12076-VZ |

19  ☐ Affects All Debtors.

20  ☐ Affects Seaton Investments, LLC

21  ☐ Affects Colyton Investments, LLC

22  ☒ Affects Broadway Avenue Investments, LLC

23  ☐ Affects SLA Investments, LLC

24  ☐ Affects Negev Investments, LLC

25  ☐ Affects Alan Gomperts

26  ☐ Affects Daniel Halevy

27  ☐ Affects Susan Halevy

28

Chapter 11

**DEBTORS' PRIVILEGE LOG**

SAUL EWING LLP
5 PARK PLAZA, SUITE 650
IRVINE, CALIFORNIA 92614
(949) 252-2777

55137154.1 390855-00001

1    Attached please find a privilege log in connection with the documents that have been

2  produced thus far in connection with the Subpoenas propounded by Archway Broadway Loan

3  SPE, LLC.

4  DATED: February 19, 2025              SAUL EWING LLP

5

6                                        By: _____

7                                            ZEV SHECHTMAN
                                             CAROL CHOW
8                                            RYAN COY
                                             Attorneys for Debtors and Debtors in Possession
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

55137154.1 390855-00001                         2
                          DEBTORS' PRIVILEGE LOG

# ATTACHMENT

ARCHWAY BROADWAY LOAN SPE, LLC

Archway Subpoena re Almighty

LEAD CASE NO. 2:24-bk-12079-VZ

**PRIVILEGE LOG (2/19/25)**

| Bates No. | Date | From | To | Description | Privilege Asserted |
|-----------|------|------|----|-------------|--------------------|
| Almighty 000010 | 11/26/2024 | N/A | N/A | Almighty Builders, Inc. US Corporation Tax Return/Redacted Dan Halevy SSN | Confidential and Private social security number information |
| Almighty 000019 | 11/26/2024 | N/A | N/A | Almighty Builders, Inc. US Corporation Tax Return/Redacted Dan Halevy SSN | Confidential and Private social security number information |

1

ARCHWAY BROADWAY LOAN SPE, LLC

LEAD CASE NO. 2:24-bk-12079-VZ

Archway Subpoena re Broadway Avenue Investments

**PRIVILEGE LOG (2/19/25)**

| Bates No. | Date | From | To | Description | Privilege Asserted |
|---|---|---|---|---|---|
| Broadway 000001 | unknown | N/A | N/A | Cathy Bank Statement/Redacted Bank account no. | Confidential and Private Information |

1

OSC-146

**ARCHWAY BROADWAY LOAN SPC, LLC**

LEAD CASE NO. 2:24-bk-12079-VZ

Archway Subpoena re Maling

**PRIVILEGE LOG (2/19/25)**

| Bates No. | Date | From | To | Description | Privilege Asserted |
|---|---|---|---|---|---|
| Maling 000001 | 1/14/2025 | James Maddox | Derrick Talerico, Esq. | Email re Broadway Lease | Attorney Client Privilege; Attorney Work Production; Joint Interest Privilege |
| Maling 00001-00002 | 1/10/2025 | James Maddox | Derrick Talerico, Esq. | Email re Broadway Lease | Attorney Client Privilege; Attorney Work Production; Joint Interest Privilege |
| Maling 000002 | 1/8/2025 | Derrick Talerico, Esq. | James Maddox | Email re Broadway Lease | Attorney Client Privilege; Attorney Work Production; Joint Interest Privilege |
| Maling 00002 | 1/7/2025 | Derrick Talerico, Esq. | James Maddox | Email re Broadway Lease | Attorney Client Privilege; Attorney Work Production; Joint Interest Privilege |
| Maling 000022 | 1/14/2025 | James Maddox | Chris Maling and David Maling | Email re Broadway Lease [contains privileged communications which was redacted] | Attorney Client Privilege; Attorney Work Production; Joint Interest Privilege |

1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
Saul Ewing LLP, 1888 Century Park East, Suite 1500, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **Debtors' Privilege Log** served or was served **(a)** on
the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the
following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **February 19, 2025**, I served the following persons and/or entities at the last known addresses in this
bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United
States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that
mailing to the judge will be completed no later than 24 hours after the document is filed.

Derrick Talerico
David B. Zolkin
WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 Wilshire Boulevard, Suite 730
Los Angeles, CA 90025

Michael Gerard Fletcher
Gerrick M. Warrington
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, CA 90017

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served
the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to
such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration
that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is
filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 19, 2025 | Hannah Richmond | /s/ Hannah Richmond |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**