ZEV SHECHTMAN (Bar No. 266280)
zev.shechtman@saul.com
CAROL CHOW (Bar No. 169299)
carol.chow@saul.com
RYAN F. COY (Bar No. 324939)
ryan.coy@saul.com
SAUL EWING LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: (310) 255-6100

Counsel to Debtors
Alan Gomperts, Daniel Halevy, and
Susan Halevy

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| In re: | Lead Case No. 2:24-bk-12079-VZ |
|---|---|
| SEATON INVESTMENTS, LLC, *et al.*, | Jointly Administered with Case Nos.: 2:24-bk-12080-VZ; 2:24-bk-12081-VZ; 2:24-bk-12082-VZ; 2:24-bk-12091-VZ; 2:24-bk-12074-VZ; 2:24-bk-12075-VZ and 2:24-bk-12076-VZ |
| Debtors and Debtors in Possession. | Chapter 11 |

☐ Affects All Debtors.
☐ Affects Seaton Investments, LLC
☐ Affects Colyton Investments, LLC
☐ Affects Broadway Avenue Investments, LLC
☒ Affects SLA Investments, LLC
☒ Affects Negev Investments, LLC
☒ Affects Alan Gomperts
☐ Affects Daniel Halevy
☒ Affects Susan Halevy

**STIPULATION TO FURTHER CONTINUE HEARING ON MOTION TO AUTHORIZE USE OF CASH COLLATERAL PURSUANT TO 11 U.S.C. § 363(c)(2)**

Current Hearing:
Date: February 25, 2025
Time: 11:00 a.m.
Crtrm.: 1368

Proposed Continued Hearing:
Date: April 1, 2025
Time: 11:00 a.m.
Crtrm: 1368

---

55129599-v1                                    1
STIPULATION TO FURTHER CONTINUE HEARING ON MOTION TO AUTHORIZE USE OF CASH COLLATERAL

SLA Investments, LLC ("SLA"), Negev Investments, LLC ("Negev"), Susan Halevy ("Susan" or "Susan Halevy"), and Alan Gomperts ("Alan" or "Alan Gomperts"), debtors and debtors-in-possession (the "Debtors"), Archway Broadway Loan SPE, LLC, successor-in-interest to Archway Real Estate Income I REIT, LLC fka Archway Real Estate Income Fund I SPE I, LLC ("Archway"), Wells Fargo Bank National West ("Wells Fargo") as to the 2220 Bagley Ave and 3538 Greenfield Properties, and Harvest Small Business Finance, LLC ("Harvest") (Archway, Wells Fargo and Harvest, collectively, the "Lenders")— in the above-entitled jointly administered chapter 11 bankruptcy cases (the "Bankruptcy Cases") hereby stipulate as follows:

## RECITALS

1. On March 18 and 19, 2024 the Debtors filed their jointly administered voluntary chapter 11 cases.

2. On June 7, 2024 the Debtors filed their *Motion By Affected Debtors For Entry Of An Order Authorizing Use Of Cash Collateral Pursuant To 11 U.S.C. § 363(c)(2)* ("Motion") (Docket No. 87).

3. The initial hearing on the Motion was held on June 20, 2024 on shortened time.

4. A continued hearing was scheduled for July 23, 2024, at 11:00 a.m.

5. On June 17, 2024, Wells Fargo filed Oppositions to Debtor's Motion with respect to the 2220 Bagley and 3538 Greenfield Properties. *See* Docket Nos. 100 and 101.

6. On June 17, 2024, Archway filed an *Objection by Archway Real Estate Income Fund I SPE I, LLC to Motion by Affected Debtors for Entry of an Order Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. § 363(c)(2)* ("Archway Objection") (Docket No. 99).

7. On June 18, 2024, Archway filed a *Status Report re Objection by Archway Real Estate Income Fund I SPE I, LLC to Motion by Affected Debtors for Entry of an Order Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. § 363(c)(2)* ("Status Report") (Docket No. 104). In the Status Report, Archway consented to limited use of cash collateral on an interim basis under certain conditions set forth therein, including that Archway's rights and remedies with respect to the Archway Objection be reserved and preserved and that it be granted certain adequate protection,

including a replacement lien and restrictions on the use of cash collateral, as set forth therein (collectively, "Archway Rights and Protections").

8. On July 18, 2024, the Court entered its order authorizing the Debtors' interim use of cash collateral through July 23, 2024 (Docket No. 127) (the "Interim Cash Collateral Order"). The Interim Cash Collateral Order sets forth, preserves, and reaffirms certain rights and adequate protection measures in favor of the Lenders, including the Archway Rights and Protections (collectively, the "Lender Rights and Protections").

9. A continued hearing on interim use of cash collateral was scheduled for July 23, 2024.

10. On July 22, 2024, the Debtors and Lenders submitted a stipulation to continue the hearing interim use of cash collateral and extend authorization for use of cash collateral by approximately one month to August 27, 2024 (Docket No. 131).

11. On July 23, 2024, the Court entered its order approving the stipulation, thereby authorizing the use of cash collateral and continuing the hearing to August 27, 2024.

12. On August 26, 2024, the Debtors and Lenders submitted a stipulation to further continue the hearing on interim use of cash collateral and to extend authorization for use of cash collateral to October 8, 2024 (Docket No. 174).

13. On August 26, 2024, the Court entered its order approving the stipulation, which authorized cash collateral use and continued the hearing to October 8, 2024 (Docket No. 176).

14. On October 3, 2024, the Debtors and Lenders submitted a further stipulation to continue the hearing on interim use of cash collateral and to extend authorization for use of cash collateral to November 12, 2024 at 11:00 a.m. (Docket No. 210).

15. On October 9, 2024, the Court entered its order approving the stipulation, which authorized cash collateral use and continued the hearing to November 12, 2024 (Docket No. 215).

16. On November 8, 2024, the Debtors and Lenders submitted a further stipulation to continue the hearing on interim use of cash collateral and to extend authorization for use of cash collateral to December 10, 2024 at 11:00 a.m. (Docket No. 288).

17. On November 12, 2024, the Court entered its order approving the stipulation, which

1  authorized cash collateral use and continued the hearing to December 10, 2024 (Docket No. 290).

2      18.    On December 4, 2024, Alan Gomperts and Wells Fargo submitted two stipulations
3  authorizing the use of cash collateral as to the 2220 Bagley Ave and 3538 Greenfield Properties
4  (together, the "Wells Fargo Stipulations," Docket Nos. 335, 338).

5      19.    On December 10, 2024, the Court rescheduled/continued the hearing on the continued
6  use of cash collateral to February 25, 2025 at 11:00 a.m.

7      20.    On December 20, 2024, the Court entered orders approving the Wells Fargo
8  Stipulations, but the Court only approved the continued use of cash collateral on an interim basis
9  through the date of the continued hearing on February 25, 2025 (Docket Nos. 365, 366).

10      21.    The Lenders and the Debtors discussed and agreed to further extend cash collateral
11  use, subject to adequate protection in the form of, without limitation, the Lender Rights and
12  Protections.

13      22.    Accordingly the Lenders and the Debtors enter into this stipulation.

## **STIPULATION**

15      23.    The foregoing recitals are incorporated herein.

16      24.    The Lenders and the Debtors stipulate and agree that the hearing on the Motion
17  should be further continued from February 25, 2025 at 11:00 a.m. to April 1, 2025 at 11:00 a.m.
18  (based on the Court's "Available Self-Calendaring Dates"), or to another date convenient to the
19  Court that is approximately one month after February 25, 2025.

20      25.    The Lenders and the Debtors stipulate and agree that the Debtors' authorization to
21  use cash collateral should be extended through the same date as the further continued hearing,
22  subject to the Lender Rights and Protections.

23      26.    Wells Fargo and debtor Alan Gomperts stipulate and agree to authorization to use
24  cash collateral subject to the same terms and conditions in the Wells Fargo Stipulations, which
25  shall be incorporated herein, through the date of the further continued hearing.

26      27.    The Lenders and the Debtors stipulate and agree that all the terms of the Interim
27  Cash Collateral Order, including the Lender Rights and Protections, shall remain in full force and
28

55129599-v1    4

STIPULATION TO FURTHER CONTINUE HEARING ON MOTION TO AUTHORIZE USE OF CASH
COLLATERAL

effect and unchanged except for the extension of the period of authorization to use cash collateral and the continuance of the hearing date on the Motion.

      **IT IS SO STIPULATED.**

Dated:  February 24, 2025          **SAUL EWING LLP**

          By: /s/ Ryan Coy
          Zev Shechtman
          Ryan Coy
          Attorneys for debtors Susan Halevy and Alan Gomperts

Dated:  February 21, 2025          **WEINTRAUB ZOLKIN TALERICO & SELTH LLP**

          By: _____
          Derrick Talerico, Attorneys for debtors SLA and Negev

[Signatures Continued on Next Page]

**IT IS SO STIPULATED.**

Dated: February 19, 2025            **FRANDZEL ROBINS BLOOM & CSATO, L.C.**

By: /s/ Gerrick Warrington
Gerrick M. Warrington, attorneys for ARCHWAY BROADWAY LOAN SPE, LLC

Dated: February __, 2025            **HEMAR, ROUSSO & HEALD, LLP**

By: _____
Christopher Crowell, attorneys for HARVEST SMALL BUSINESS FINANCE, LLC

Dated: February __, 2025            **ALDRIDGE PITE, LLP**

By: _____
Todd S. Garan, attorneys for WELLS FARGO BANK NATIONAL WEST

**IT IS SO STIPULATED.**

Dated: February __, 2025      **FRANDZEL ROBINS BLOOM & CSATO, L.C.**

By:_____
Gerrick M. Warrington, attorneys for ARCHWAY BROADWAY LOAN SPE, LLC

Dated: February 21, 2025      **HEMAR, ROUSSO & HEALD, LLP**

By: /s/ Christopher Crowell
Christopher Crowell, attorneys for HARVEST SMALL BUSINESS FINANCE, LLC

Dated: February __, 2025      **ALDRIDGE PITE, LLP**

By:_____
Todd S. Garan, attorneys for WELLS FARGO BANK NATIONAL WEST

5484513v1 | 101415-0002  6

**IT IS SO STIPULATED.**

Dated: February __, 2025    **FRANDZEL ROBINS BLOOM & CSATO, L.C.**

By:_____
Gerrick M. Warrington, attorneys for ARCHWAY BROADWAY LOAN SPE, LLC

Dated: February __, 2025    **HEMAR, ROUSSO & HEALD, LLP**

By:_____
Christopher Crowell, attorneys for HARVEST SMALL BUSINESS FINANCE, LLC

Dated: February 21, 2025    **ALDRIDGE PITE, LLP**

By:_____
Todd S. Garan, attorneys for WELLS FARGO BANK NATIONAL WEST

5484513v1 | 101415-0002    6

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**Saul Ewing LLP, 1888 Century Park East, Suite 1500, Los Angeles, CA 90067**

A true and correct copy of the foregoing document entitled (*specify*): **Stipulation to Further Continue Hearing on Motion to Authorize Use of Cash Collateral Pursuant to 11 U.S.C. § 363(c)(2)** be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **February 24, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____,  I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____,  I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 24, 2025 | Hannah Richmond | /s/ Hannah Richmond |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

Main Document    Page 10 of 10

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF) (continued)**:

- **Scott R Albrecht**   salbrecht@gsaattorneys.com, jackie.nguyen@sgsattorneys.com
- **Tanya Behnam**   tbehnam@polsinelli.com, tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com
- **Jacquelyn H Choi**   jacquelyn.Choi@rimonlaw.com, docketingsupport@rimonlaw.com
- **Carol Chow**   Carol.Chow@saul.com, hannah.richmond@saul.com,easter.santamaria@saul.com
- **Robert F Conte**   robert.conte@usdoj.gov, caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov
- **Ryan Coy**   ryan.coy@saul.com, hannah.richmond@saul.com;Shelly.Guise@saul.com;LitigationDocketing@saul.com
- **Christopher Cramer**   secured@becket-lee.com
- **Christopher Crowell**   ccrowell@hrhlaw.com
- **Turner Falk**   turner.falk@saul.com, tnfalk@recap.email
- **Michael G Fletcher**   mfletcher@frandzel.com, sking@frandzel.com
- **Todd S. Garan**   ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com
- **Richard Girgado**   rgirgado@counsel.lacounty.gov
- **Jacqueline L James**   jjames@hrhlaw.com
- **Kelly L Morrison**   kelly.l.morrison@usdoj.gov
- **Avi Edward Muhtar**   amuhtar@crownandstonelaw.com
- **Bruce D Poltrock**   bpoltrock@frandzel.com, achase@frandzel.com
- **Paige Selina Poupart**   ppoupart@frandzel.com, achase@frandzel.com
- **Lovee D Sarenas**   lovee.sarenas@dinsmore.com, wendy.yones@dinsmore.com
- **Zev Shechtman**   Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com
- **David B Shemano**   dshemano@shemanolaw.com
- **Derrick Talerico**   dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **Garrick Vanderfin**   gvanderfin@polsinelli.com, zyoung@Polsinelli.com;ladocketing@polsinelli.com
- **Gerrick Warrington**   gwarrington@frandzel.com, achase@frandzel.com
- **Jennifer C Wong**   bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**