

**FILED & ENTERED**

**MAR 06 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** carranza  **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA -- LOS ANGELES DIVISION

| | |
|---|---|
| In re: SEATON INVESTMENTS, LLC, -- *Now a dismissed case*<br><br>Debtor and Debtor-in-Possession<br><br>☐ Affects All Debtors<br><br>☐ Affects Case No.: 2:24-12074-VZ<br>    ALLAN GOMPERTS<br><br>☐ Affects Case No.: 2:24-12075-VZ<br>    DANIEL HALEVY<br><br>☐ Affects Case No.: 2:24-12076-VZ<br>    SUSAN HALEVY<br><br>☒ Affects Case No.: 2:24-12080-VZ<br>    COLYTON INVESTMENTS, LLC – *Now a Dismissed Case*<br><br>☐ Affects Case No.: 2:24-12081-VZ<br>    BROADWAY AVENUE INVESTMENTS, LLC<br><br>☐ Affects 2:24-12082-VZ<br>    SLA INVESTMENTS, LLC<br><br>☐ Affects 2:24-12091-VZ<br>    NAGEV INVESTMENTS, LLC | Case No.: 2:24-bk-12079-VZ<br><br>Jointly Administered With:<br>Case No.: 2:24-12074-VZ; Case No.: 2:24-12075-VZ;<br>Case No.: 2:24-12076-VZ; Case No.: 2:24-12080-VZ;<br>Case No.: 2:24-12081-VZ; Case No.: 2:24-12082-VZ;<br>Case No.: 2:24-12091-VZ<br><br>Chapter 11<br><br>**ORDER AFTER HEARING ON ORDER TO SHOW CAUSE WHETHER BANKRUPTCY CASES SHOULD BE DISMISSED:**<br><br>**1) DISMISSING CASE OF SEATON INVESTMENTS LLC, 2:24-BK-12079-VZ;**<br><br>**2) DISMISSING CASE OF COLYTON INVESTMENTS LLC, 2:24-BK-12080-VZ; AND**<br><br>**3) RETAINING CAPTION PAGE SHOWING JOINTLY ADMINISTERED CASES, INCLUDING SEATON INVESTMENTS LLC AS THE LEAD CASE DOCKET, WITH NOTATION OF TWO DISMISSED CASES**<br><br>**4) CONTINUING HEARING ON OSC AS TO REMAINING SIX CASES**<br><br>Continued Hearing<br>DATE:    February 27, 2025<br>TIME:    11:00 a.m.<br>PLACE:   Courtroom 1368, 255 E. Temple Street<br>             Los Angeles, CA 90012 |

On January 30, 2025, a hearing was held on an Order to Appear and File Written Explanation Whether Bankruptcy Cases Should be Dismissed, involving SEATON INVESTMENTS, LLC ("Debtor" and "Lead Case"), as well as seven related cases which are all jointly administered with the Lead Case as indicated in the caption of this order.  Appearances are noted on the record.  Based on the findings and conclusions made at the hearing, **IT IS ORDERED**:

1) The case of SEATON INVESTMENTS LLC, 2:24-bk-12079-VZ, is **DISMISSED**;

2) The case of COLYTON INVESTMENTS LLC, 2:24-bk-12080-VZ, is **DISMISSED**;

3) For purposes of filing documents and maintaining a jointly administered docket, all parties must retain the caption page currently in use, with the adjustment illustrated on page one that indicates which cases have been dismissed; and

4) The hearing on the OSC as to the remaining six cases is continued to February 27, 2025 at 11:00 a.m.

###

Date: March 6, 2025

Vincent P. Zurzolo
United States Bankruptcy Judge