United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 24-12079-VZ |
| Seaton Investments, LLC | Chapter 11 |
| Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Mar 06, 2025 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Seaton Investments, LLC, 264 S Oakhurst Dr, Beverly Hills, CA 90212-3504 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Mar 08, 2025 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Avi Edward Muhtar | on behalf of Interested Party Avi Muhtar amuhtar@crownandstonelaw.com |
| Bruce D Poltrock | on behalf of Creditor Archway Real Estate Income Fund I SPE I  LLC bpoltrock@frandzel.com, achase@frandzel.com |
| Carol Chow | on behalf of Debtor Alan Gomperts Carol.Chow@saul.com  hannah.richmond@saul.com,easter.santamaria@saul.com |
| Carol Chow | on behalf of Debtor Susan Halevy Carol.Chow@saul.com  hannah.richmond@saul.com,easter.santamaria@saul.com |
| Carol Chow | on behalf of Debtor Daniel Halevy Carol.Chow@saul.com  hannah.richmond@saul.com,easter.santamaria@saul.com |
| Christopher Cramer | on behalf of Interested Party Courtesy NEF secured@becket-lee.com |

Case 2:24-bk-12079-VZ    Doc 460    Filed 03/08/25    Entered 03/08/25 21:16:34    Desc
Imaged Certificate of Notice    Page 2 of 6

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 2 of 4 |
| Date Rcvd: Mar 06, 2025 | Form ID: pdf042 | Total Noticed: 1 |

Christopher Crowell
    on behalf of Creditor Harvest Small Business Finance LLC ccrowell@hrhlaw.com

David B Shemano
    on behalf of Creditor AIRE Ancient Baths Los Angeles LLC dshemano@shemanolaw.com

Derrick Talerico
    on behalf of Debtor Broadway Avenue Investments LLC dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

Derrick Talerico
    on behalf of Interested Party Susan Halevy dtalerico@wztslaw.com maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

Derrick Talerico
    on behalf of Interested Party Daniel Halevy dtalerico@wztslaw.com maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

Derrick Talerico
    on behalf of Debtor SLA Investments LLC dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

Derrick Talerico
    on behalf of Debtor Colyton Investments LLC dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

Derrick Talerico
    on behalf of Debtor Negev Investments LLC dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

Derrick Talerico
    on behalf of Debtor Seaton Investments LLC dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

Garrick Vanderfin
    on behalf of Creditor Korth Direct Mortgage Inc. gvanderfin@polsinelli.com zyoung@Polsinelli.com;ladocketing@polsinelli.com

Gerrick Warrington
    on behalf of Creditor Archway Real Estate Income Fund I SPE I LLC gwarrington@frandzel.com, achase@frandzel.com

Gerrick Warrington
    on behalf of Creditor Archway Broadway Loan SPE LLC gwarrington@frandzel.com, achase@frandzel.com

Gerrick Warrington
    on behalf of Creditor Archway real estate income fund gwarrington@frandzel.com achase@frandzel.com

Gerrick Warrington
    on behalf of Creditor Archway Broadway Loan SPE LLC, fka Archway Real Estate Income Fund I REIT, LLC gwarrington@frandzel.com, achase@frandzel.com

Gerrick Warrington
    on behalf of Plaintiff Archway Broadway Loan SPE LLC, a Delaware limited liability company gwarrington@frandzel.com, achase@frandzel.com

Jacqueline L James
    on behalf of Interested Party Harvest Small Business Finance LLC jjames@hrhlaw.com

Jacqueline L James
    on behalf of Creditor Harvest Small Business Finance LLC jjames@hrhlaw.com

Jacquelyn H Choi
    on behalf of Creditor LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR jacquelyn.Choi@rimonlaw.com docketingsupport@rimonlaw.com

Jennifer C Wong
    on behalf of Interested Party Courtesy NEF bknotice@mccarthyholthus.com jwong@ecf.courtdrive.com

Jennifer C Wong
    on behalf of Creditor Wells Fargo Bank N.A. bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

Kelly L Morrison
    on behalf of U.S. Trustee United States Trustee (LA) kelly.l.morrison@usdoj.gov

Lovee D Sarenas
    on behalf of Creditor Urbanlime Real Estate lovee.sarenas@dinsmore.com wendy.yones@dinsmore.com

Michael G Fletcher
    on behalf of Creditor Archway Real Estate Income Fund I SPE I LLC mfletcher@frandzel.com, sking@frandzel.com

Michael G Fletcher
    on behalf of Creditor Archway real estate income fund mfletcher@frandzel.com sking@frandzel.com

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 3 of 4 |
| Date Rcvd: Mar 06, 2025 | Form ID: pdf042 | Total Noticed: 1 |

Michael G Fletcher
    on behalf of Creditor Archway Broadway Loan SPE  LLC, fka Archway Real Estate Income Fund I REIT, LLC mfletcher@frandzel.com, sking@frandzel.com

Michael G Fletcher
    on behalf of Plaintiff Archway Broadway Loan SPE  LLC, a Delaware limited liability company mfletcher@frandzel.com, sking@frandzel.com

Paige Selina Poupart
    on behalf of Creditor Archway Real Estate Income Fund I SPE I  LLC ppoupart@frandzel.com, achase@frandzel.com

Paige Selina Poupart
    on behalf of Plaintiff Archway Broadway Loan SPE  LLC, a Delaware limited liability company ppoupart@frandzel.com, achase@frandzel.com

Paige Selina Poupart
    on behalf of Creditor Archway Broadway Loan SPE  LLC, fka Archway Real Estate Income Fund I REIT, LLC ppoupart@frandzel.com, achase@frandzel.com

Richard Girgado
    on behalf of Creditor LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR rgirgado@counsel.lacounty.gov

Robert F Conte
    on behalf of Creditor United States of America on behalf of Internal Revenue Service robert.conte@usdoj.gov caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov

Ryan Coy
    on behalf of Defendant Susan Halevy ryan.coy@saul.com hannah.richmond@saul.com;Shelly.Guise@saul.com;LitigationDocketing@saul.com

Ryan Coy
    on behalf of Interested Party Alan Gomperts ryan.coy@saul.com hannah.richmond@saul.com;Shelly.Guise@saul.com;LitigationDocketing@saul.com

Ryan Coy
    on behalf of Interested Party Courtesy NEF ryan.coy@saul.com hannah.richmond@saul.com;Shelly.Guise@saul.com;LitigationDocketing@saul.com

Ryan Coy
    on behalf of Interested Party Daniel Halevy ryan.coy@saul.com hannah.richmond@saul.com;Shelly.Guise@saul.com;LitigationDocketing@saul.com

Ryan Coy
    on behalf of Interested Party Susan Halevy ryan.coy@saul.com hannah.richmond@saul.com;Shelly.Guise@saul.com;LitigationDocketing@saul.com

Ryan Coy
    on behalf of Defendant Daniel Halevy ryan.coy@saul.com hannah.richmond@saul.com;Shelly.Guise@saul.com;LitigationDocketing@saul.com

Scott R Albrecht
    on behalf of Creditor First Foundation Bank salbrecht@gsaattorneys.com  jackie.nguyen@sgsattorneys.com

Tanya Behnam
    on behalf of Creditor Korth Direct Mortgage Inc. tbehnam@polsinelli.com tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com

Todd S. Garan
    on behalf of Creditor Wells Fargo National Bank West ch11ecf@aldridgepite.com TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

Todd S. Garan
    on behalf of Interested Party Courtesy NEF ch11ecf@aldridgepite.com  TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

Turner Falk
    on behalf of Debtor Susan Halevy turner.falk@saul.com  tnfalk@recap.email

Turner Falk
    on behalf of Debtor Alan Gomperts turner.falk@saul.com  tnfalk@recap.email

Turner Falk
    on behalf of Interested Party Susan Halevy turner.falk@saul.com  tnfalk@recap.email

Turner Falk
    on behalf of Interested Party Daniel Halevy turner.falk@saul.com  tnfalk@recap.email

Turner Falk
    on behalf of Debtor Daniel Halevy turner.falk@saul.com  tnfalk@recap.email

United States Trustee (LA)
    ustpregion16.la.ecf@usdoj.gov

Zev Shechtman

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Mar 06, 2025 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Interested Party Susan Halevy Zev.Shechtman@saul.com zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com |
| Zev Shechtman | |
| | on behalf of Debtor Daniel Halevy Zev.Shechtman@saul.com zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com |
| Zev Shechtman | |
| | on behalf of Interested Party Alan Gomperts Zev.Shechtman@saul.com zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com |
| Zev Shechtman | |
| | on behalf of Debtor Susan Halevy Zev.Shechtman@saul.com zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com |
| Zev Shechtman | |
| | on behalf of Debtor Alan Gomperts Zev.Shechtman@saul.com zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com |
| Zev Shechtman | |
| | on behalf of Defendant Susan Halevy Zev.Shechtman@saul.com zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com |
| Zev Shechtman | |
| | on behalf of Defendant Daniel Halevy Zev.Shechtman@saul.com zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com |
| Zev Shechtman | |
| | on behalf of Interested Party Courtesy NEF Zev.Shechtman@saul.com zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com |
| Zev Shechtman | |
| | on behalf of Interested Party Daniel Halevy Zev.Shechtman@saul.com zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com |

TOTAL: 62

**FILED & ENTERED**

**MAR 06 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** carranza **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA -- LOS ANGELES DIVISION

| | |
|---|---|
| In re: SEATON INVESTMENTS, LLC, -- *Now a dismissed case*<br><br>Debtor and Debtor-in-Possession<br><br>☐ Affects All Debtors<br><br>☐ Affects Case No.: 2:24-12074-VZ<br>ALLAN GOMPERTS<br><br>☐ Affects Case No.: 2:24-12075-VZ<br>DANIEL HALEVY<br><br>☐ Affects Case No.: 2:24-12076-VZ<br>SUSAN HALEVY<br><br>☒ Affects Case No.: 2:24-12080-VZ<br>COLYTON INVESTMENTS, LLC – *Now a Dismissed Case*<br><br>☐ Affects Case No.: 2:24-12081-VZ<br>BROADWAY AVENUE INVESTMENTS, LLC<br><br>☐ Affects 2:24-12082-VZ<br>SLA INVESTMENTS, LLC<br><br>☐ Affects 2:24-12091-VZ<br>NAGEV INVESTMENTS, LLC | Case No.: 2:24-bk-12079-VZ<br><br>Jointly Administered With:<br>Case No.: 2:24-12074-VZ; Case No.: 2:24-12075-VZ;<br>Case No.: 2:24-12076-VZ; Case No.: 2:24-12080-VZ;<br>Case No.: 2:24-12081-VZ; Case No.: 2:24-12082-VZ;<br>Case No.: 2:24-12091-VZ<br><br>Chapter 11<br><br>**ORDER AFTER HEARING ON ORDER TO SHOW CAUSE WHETHER BANKRUPTCY CASES SHOULD BE DISMISSED:**<br><br>**1) DISMISSING CASE OF SEATON INVESTMENTS LLC, 2:24-BK-12079-VZ;**<br><br>**2) DISMISSING CASE OF COLYTON INVESTMENTS LLC, 2:24-BK-12080-VZ; AND**<br><br>**3) RETAINING CAPTION PAGE SHOWING JOINTLY ADMINISTERED CASES, INCLUDING SEATON INVESTMENTS LLC AS THE LEAD CASE DOCKET, WITH NOTATION OF TWO DISMISSED CASES**<br><br>**4) CONTINUING HEARING ON OSC AS TO REMAINING SIX CASES**<br><br><u>Continued Hearing</u><br>DATE:    February 27, 2025<br>TIME:    11:00 a.m.<br>PLACE:  Courtroom 1368, 255 E. Temple Street<br>              Los Angeles, CA 90012 |

-1-

On January 30, 2025, a hearing was held on an Order to Appear and File Written Explanation Whether Bankruptcy Cases Should be Dismissed, involving SEATON INVESTMENTS, LLC ("Debtor" and "Lead Case"), as well as seven related cases which are all jointly administered with the Lead Case as indicated in the caption of this order. Appearances are noted on the record. Based on the findings and conclusions made at the hearing, **IT IS ORDERED**:

1) The case of SEATON INVESTMENTS LLC, 2:24-bk-12079-VZ, is **DISMISSED**;

2) The case of COLYTON INVESTMENTS LLC, 2:24-bk-12080-VZ, is **DISMISSED**;

3) For purposes of filing documents and maintaining a jointly administered docket, all parties must retain the caption page currently in use, with the adjustment illustrated on page one that indicates which cases have been dismissed; and

4) The hearing on the OSC as to the remaining six cases is continued to February 27, 2025 at 11:00 a.m.

###

Date: March 6, 2025

Vincent P. Zurzolo
United States Bankruptcy Judge