| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| WEINTRAUB ZOLKIN TALERICO & SELTH LLP<br>Derrick Talerico - Bar # 223763<br>dtalerico@wztslaw.com<br>11766 Wilshire Blvd., Suite 730<br>Los Angeles, CA 90025<br>Telephone: 424-500-8552<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Corporate Debtors | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>SEATON INVESTMENTS, LLC, | CASE NO.: Lead Case: 2:24-bk-12079-VZ<br>CHAPTER: 11   (Jointly Administered) |
|---|---|
| Affects:<br>x  Broadway Avenue Investments, LLC;<br>       Case No. 2:24-bk-12081-VZ<br>_  Negev Investments, LLC; Case No. 2:24-bk-12091-VZ<br>_  SLA Investments, LLC; Case No. 2:24-bk-12082-VZ<br>_  Alan Gomperts; Case No. 2:24-bk-12074-VZ<br>_  Daniel Halevy; Case No. 2:24-bk-12075-VZ<br>_  Susan Halevy; Case No. 2:24-bk-12076-VZ | **NOTICE OF VOLUNTARY DISMISSAL OF A CONTESTED MATTER**<br>**[FRBP 9014(c) and LBR 9013-1(k)]**<br><br>DATE:  February 25, 2025<br>TIME:  11:00 am<br>COURTROOM: 1368<br>PLACE: 255 E. Temple Street<br>           Los Angeles, CA 90012 |
| Debtor(s). | |

A motion for an order __Authorizing Debtor to Obtain Post-Petition Financing Pursuant to 11 U.S.C. Section 364__
was filed on (*date*) __02/04/2025__ and

☐  No response was filed with the court or served on the movant; or

☒  The parties stipulated to dismiss on (*date*) __02/25/2025__ on the record of the court; or

☐  The parties filed a stipulation to dismiss on (*date*) _____ .

Notice is given that the above-entitled contested matter [docket entry number __418__ ] is dismissed pursuant to FRBP 9014(c).

Date: __03/11/2025__

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
_____
Printed name of law firm (if applicable)

 Derrick Talerico
_____
Printed name of individual Movant or attorney for Movant

 /s/ Derrick Talerico
_____
Signature of individual Movant or attorney for Movant

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
11766 Wilshire Blvd., Suite 730, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled: **NOTICE OF VOLUNTARY DISMISSAL OF A CONTESTED MATTER** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 03/11/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See attached NEF service list

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 03/11/2025 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

See attached US Mail service list

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 03/11/2025, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Vincent P. Zurzolo    (via Priority Mail)
United States Bankruptcy Judge
255 E. Temple St., Suite 1360
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 03/11/2025 | Martha E. Araki | /s/ Martha E. Araki |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2014*    Page 2    **F 9013-1.5.MOTION.VOL.DISMISSAL**

Seaton Investments, LLC – Jointly Administered

**1**. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

- <u>Attorneys for Corporate Debtors Seaton Investment, LLC, Colyton Investments, LLC, Broadway Avenue Investments, LLC, Negev Investments, LLC, SLA Investments, LCC.</u>: **Derrick Talerico**: dtalerico@wztslaw.com; maraki@wztslaw.com; sfritz@wztslaw.com; admin@wztslaw.com
- <u>Attorneys for Individual Debtors Alan Gomperts, Daniel Halevy, Susan Haley</u>: **Zev Shechtman, Carol Chow, Turner Falk, Ryan Coy**: zev.shechtman@saul.com; zshechtman@ecf.inforuptcy.com; carol.chow@saul.com; easter.santamaria@saul.com; turner.falk@saul.com; ryan.coy@saul.com
- <u>Attorneys for Creditor First Foundation Bank</u>: **Scott R Albrecht**: scott.albrecht@sgsattorneys.com; jackie.nguyen@sgsattorneys.com
- <u>Attorneys for Creditor Korth Direct Mortgage, Inc.</u>: **Tanya Behnam, Garrick Vanderfin**: tbehnam@polsinelli.com, tanyabehnam@gmail.com; ccripe@polsinelli.com; ladocketing@polsinelli.com; gvanderfin@polsinelli.com, jnava@polsinelli.com; zyoung@polsinelli.com; mschuster@polsinelli.com;
- <u>Attorneys for Creditor Los Angeles County Treasurer and Tax Collector</u>: **Jacquelyn H Choi**: jacquelyn.choi@rimonlaw.com; docketingsupport@rimonlaw.com
- <u>Attorneys for Creditor United States of America on behalf of the Internal Revenue Service</u>: **Robert F Conte**: robert.conte@usdoj.gov; caseview.ecf@usdoj.gov; usacac.tax@usdoj.gov
- <u>Courtesy NEF/Interested Party</u>: **Christopher Cramer**: secured@becket-lee.com
- <u>Attorneys for Creditor Harvest Small Business Finance, LLC</u>: **Christopher Crowell**: ccrowell@hrhlaw.com
- <u>Attorneys for Creditors Archway Real Estate Income Fund I SPE I, LLC, Archway Broadway Loan SPE, LLC, fka Archway Real Estate Income Fund I REIT, LLC, Archway Real Estate Income Fund, and Plaintiff Archway Broadway Loan SPE, LLC</u>: **Michael G. Fletcher, Bruce D. Poltrock, Paige Selina Poupart, Gerrick Warrington**: mfletcher@frandzel.com; ppoupart@franddzel.com; gwarrington@frandzel.com; bpoltrock@frandzel.com; sking@frandzel.com; achase@frandzel.com
- <u>Attorneys for Creditor Wells Fargo National Bank West</u>: **Todd S Garan**: ch11ecf@aldridgepite.com; TSG@ecf.inforuptcy.com; tgaran@aldridgepite.com
- <u>Attorneys for Creditor Los Angeles County Treasurer and Tax Collector</u>: **Richard Girgado**: rgirgado@counsel.lacounty.gov
- <u>Attorneys for Creditor Harvest Small Business Finance, LLC</u>: **Jacqueline L James**: jjames@hrhlaw.com
- <u>Courtesy NEF/Interested Party Avi Muhtar</u>: **Avi Edward Muhtar**: amuhtar@eaccidents.com
- <u>Attorneys for Creditor UrbanLime Real Estate</u>: **Lovee D Sarenas**: lovee.sarenas@dinsmore.com; wendy.yones@dinsmore.com
- <u>Attorneys for Creditor AIRE Ancient Baths Los Angeles, LLC</u>: **David B Shemano**: dshemano@shemanolaw.com
- <u>Attorneys for Creditor Wells Fargo Bank, N.A.</u>: **Jennifer C Wong**: bknotice@mccartyholthus.com; jwong@ecf.courtdrive.com
- <u>US Trustee's Office</u>: ustpregion16.la.ecf@usdoj.gov; **Kelly L. Morrison**: Kelly.l.morrison@usdoj.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| **US Mail Service List**<br>**In re Broadway Avenue Investments LLC;**<br>**Case No. 2:24-bk-12081-VZ**<br>**Case No. 2:24-bk-12079-VZ (Lead Case)** | Debtor<br>Broadway Avenue Investments LLC<br>Attn Alan D Gomperts Manager<br>264 S Oakhurst Dr<br>Beverly Hills, CA 90212 | US Trustee<br>Office of the United States Trustee<br>Attn Kelly L Morrison Attorney<br>915 Wilshire Blvd Ste 1850<br>Los Angeles, CA 90017 |
| **Secured Creditors:** | Archway Real Estate Income Fund I REIT, LLC<br>Attn Bobby Khorshidi, Manager of AOL GP, LLC<br>Authorized Signer<br>10100 Santa Monica Blvd Ste 500<br>Los Angeles, CA 90067-4121 | Los Angeles County Treasurer / Tax Collector<br>Attn Bankruptcy Unit<br>PO Box 54110<br>Los Angeles Ca 90054-0110 |
| **Priority Tax Creditors:** | CA Dept of Tax and Fee Admin<br>Account Info Group MIC29<br>PO Box 942879<br>Sacramento, CA 94279-0029 | Employment Development Dept<br>Bankruptcy Group MIC 92E<br>PO Box 826880<br>Sacramento, CA 94280-0001 |
| Franchise Tax Board<br>Bankruptcy Section MS A-340<br>PO Box 2952<br>Sacramento, CA 95812-2952 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | |
| **20 Largest Unsecured Creditors:** | California Refrigeration & Supply<br>Attn Officer<br>1926 Glendon Ave Apt 4<br>Los Angeles, CA 90025-4661 | Capital One<br>Attn Officer or Manager<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 |
| Mordechai Miky Acoca<br>1926 Glendon Ave #4<br>Los Angeles, CA 90025-4661 | | |
| **Other Unsecured Creditors:** | Alta Fire Pro<br>Attn Albert Nikghosian, CEO, CFO<br>PO Box 7007<br>Mission Hills, CA 91346-7007 | Commune Events Inc<br>Attn Daniel Halevy CEO/CFO<br>802 Mateo St<br>Los Angeles, CA 90021-1712 |
| Mark Berkowitz CPA<br>5850 Canoga Ave Suite 220<br>Woodland Hills, CA 91367-6505 | RG Fire Inc<br>Attn Rafael Goforth Dominguez CEO/CFO<br>8721 Laurel Canyon Blvd<br>Sun Valley, CA 91352-2919 | Seaton Investments LLC<br>Attn Alan Gomperts Manager<br>264 S Oakhurst Dr<br>Beverly Hills, CA 90212-3504 |
| Sharon Gomperts<br>264 S Oakhurst Dr<br>Beverly Hills, CA 90212-3504 | Sienna Rose Inc<br>Attn Alan Gomperts CFO<br>433 Colyton St<br>Los Angeles, CA 90013-2210 | Southern California Edison Company<br>Attn Steven D Powell CEO<br>2244 Walnut Grove Ave<br>Rosemead, CA 91770 |
| **Other Parties in Interest/Special Notice:** | Archway Broadway Loan SPE LLC<br>Frandzel Robins Bloom & Csato LC<br>c/o Michael Gerard Fletcher<br>1000 Wilshire Blvd 19th FL<br>Los Angeles, CA 90017-2457 | Joshua Mogin Esq<br>Thompson Coburn LLP<br>10100 Santa Monica Blvd Ste 500<br>Los Angeles, CA 90067-4121 |

Daniel Halevy
257 S. Linden Dr
Los Angeles, CA 90212-3704

Sue Halevy
257 S Linden Dr
Beverly Hills, CA 90212-3704

Gomperts & Halevy Family Trust
Alan Gomperts and Sharon Halevy Tstees
267 Oakhurst Dr
Beverly Hills, CA 90212-3504

Halevy Family Trust Dated Sept 6 2010
Attn Susan Haley Trustee
257 S Linden Dr
Beverly Hills, CA 90212-3704

802 Mateo Street LLC
Attn Daniel Halevy Manager
802 Mateo St
Los Angeles, CA 90021-1712