Derrick Talerico (SBN 223763)
dtalerico@wztslaw.com
David B. Zolkin (SBN 155410)
dzolkin@wztslaw.com
WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 Wilshire Boulevard, Suite 730
Los Angeles, CA 90025
Telephone: (424) 500-8552

Counsel to Debtor Broadway Avenue Investments, LLC

**FILED & ENTERED**

**MAR 18 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** carranza **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>SEATON INVESTMENTS, LLC, *et al.*,<br><br>Debtors and Debtors In Possession. | Lead Case No. 2:24-bk-12079-VZ<br><br>Jointly Administered with Case Nos.: 2:24-bk-12080-VZ; 2:24-bk-12081-VZ; 2:24-bk-12082-VZ; 2:24-bk-12091-VZ; 2:24-bk-12074-VZ; 2:24-bk-12075-VZ and 2:24-12076-VZ |
| ☐ Affects All Debtors.<br>☐ Affects Seaton Investments, LLC (*Dismissed*)<br>☐ Affects Colyton Investments, LLC (*Dismissed*)<br>☒ Affects Broadway Avenue Investments, LLC<br>☐ Affects SLA Investments, LLC<br>☐ Affects Negev Investments, LLC<br>☐ Affects Alan Gomperts<br>☐ Affects Daniel Halevy<br>☐ Affects Susan Halevy | Chapter 11<br><br>**ORDER DISMISSING MOTION FOR ORDER AUTHORIZING DEBTOR TO OBTAIN POST-PETITION FINANCING PURSUANT TO 11 U.S.C. § 364 [Dkt. 418]**<br><br>Hearing:<br>Date:   February 25, 2025<br>Time:   11:00 a.m.<br>Courtroom: 1368<br>         255 East Temple St.<br>         Los Angeles, CA 90012 |

-1-
ORDER DISMISSING POST-PETITION FINANCING MOTION

A hearing was held at the above-indicated date and time to consider the *Motion Authorizing Debtor to Obtain Post-Petition Financing Pursuant to 11 U.S.C. Section 364* (the "Loan Motion") [Dkt. 418] filed by Broadway Avenue Investments, LLC ("Broadway"), one of the debtors and debtors-in-possession in the pending jointly administered chapter 11 bankruptcy cases herein. The Court's record reflects the appearances counsel and other parties at the hearing. Having heard the oral stipulation by counsel for Broadway and Archway Broadway Loan SPE, LLC to consent to allow Broadway to dismiss the Loan Motion, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Loan Motion is dismissed.

###

Date: March 18, 2025

Vincent P. Zurzolo
United States Bankruptcy Judge

-2-
ORDER DISMISSING POST-PETITION FINANCING MOTION