1  Derrick Talerico (SBN 223763)
   dtalerico@wztslaw.com
2  David B. Zolkin (SBN 155410)
   dzolkin@wztslaw.com
3  WEINTRAUB ZOLKIN TALERICO & SELTH LLP
4  11766 Wilshire Boulevard, Suite 730
   Los Angeles, CA 90025
5  Telephone: (424) 500-8552

6
7  Counsel to Debtor Broadway Avenue
   Investments, LLC

8

**FILED & ENTERED**

**MAR 18 2025**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY carranza  DEPUTY CLERK

9                  **UNITED STATES BANKRUPTCY COURT**

10     **CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

11

12  In re:                                    Lead Case No. 2:24-bk-12079-VZ

13  SEATON INVESTMENTS, LLC, *et al.*,        Jointly Administered with Case Nos.:
                                              2:24-bk-12080-VZ; 2:24-bk-12081-VZ;
14                  Debtors and Debtors In    2:24-bk-12082-VZ; 2:24-bk-12091-VZ;
                    Possession.               2:24-bk-12074-VZ; 2:24-bk-12075-VZ and
15                                            2:24-12076-VZ

16  ☐ Affects All Debtors.                    Chapter 11

17  ☐ Affects Seaton Investments, LLC  (***Dismissed***)   **ORDER DISMISSING MOTION FOR
                                              ORDER AUTHORIZING DEBTOR TO
18  ☐ Affects Colyton Investments, LLC (***Dismissed***)   ENTER INTO POST-PETITION
                                              LEASE [Dkt. 420]**
19  ☒ Affects Broadway Avenue Investments, LLC

20  ☐ Affects SLA Investments, LLC           Hearing:
                                              Date:      February 25, 2025
21  ☐ Affects Negev Investments, LLC         Time:      11:00 a.m.
                                              Courtroom: 1368
22  ☐ Affects Alan Gomperts                             255 East Temple St.
                                                        Los Angeles, CA 90012
23  ☐ Affects Daniel Halevy

24  ☐ Affects Susan Halevy

25

26

27

28

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

A hearing was held at the above-indicated date and time to consider the *Motion Authorizing Debtor to Enter into Post-Petition Lease* (the "Lease Motion") [Dkt. 420] filed by Broadway Avenue Investments, LLC ("Broadway"), one of the debtors and debtors-in-possession in the pending jointly administered chapter 11 bankruptcy cases herein.   The Court's record reflects the appearances of counsel and other parties at the hearing.   Having heard the oral stipulation by counsel for Broadway and Archway Broadway Loan SPE, LLC to consent to allow Broadway to dismiss the Lease Motion, and good cause appearing therefor,

**IT IS ORDERED** that the Lease Motion is dismissed.

###

Date: March 18, 2025

Vincent P. Zurzolo
United States Bankruptcy Judge

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025