Derrick Talerico (SBN 223763)
dtalerico@wztslaw.com
David B. Zolkin (SBN 155410)
dzolkin@wztslaw.com
WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 Wilshire Boulevard, Suite 730
Los Angeles, CA 90025
Telephone: (424) 500-8552

Counsel to Debtor Broadway Avenue Investments, LLC

**FILED & ENTERED**

**MAR 18 2025**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY carranza DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>SEATON INVESTMENTS, LLC, *et al.*,<br><br>Debtors and Debtors In Possession.<br><br>☐ Affects All Debtors.<br>☐ Affects Seaton Investments, LLC (*Dismissed*)<br>☐ Affects Colyton Investments, LLC (*Dismissed*)<br>☒ Affects Broadway Avenue Investments, LLC<br>☒ Affects SLA Investments, LLC<br>☒ Affects Negev Investments, LLC<br>☒ Affects Alan Gomperts<br>☒ Affects Daniel Halevy<br>☒ Affects Susan Halevy | Lead Case No. 2:24-bk-12079-VZ<br><br>Jointly Administered with Case Nos.:<br>2:24-bk-12080-VZ; 2:24-bk-12081-VZ;<br>2:24-bk-12082-VZ; 2:24-bk-12091-VZ;<br>2:24-bk-12074-VZ; 2:24-bk-12075-VZ and<br>2:24-12076-VZ<br><br>Chapter 11<br><br>**ORDER DISMISSING MOTION FOR ORDER TO APPROVE ADEQUACY OF DISCLOSURE STATEMENT [Dkt. 427]**<br><br>Hearing:<br>Date:        February 27, 2025<br>Time:       11:00 a.m.<br>Courtroom: 1368<br>                   255 East Temple St.<br>                   Los Angeles, CA 90012 |

A hearing was held at the above-indicated date and time to consider the *Motion to Approve Adequacy of Disclosure Statement* (the "DS Motion") [Dkt. 427] filed by Broadway Avenue Investments, LLC, SLA Investments, LLC, Negev Investments, LLC, Alan Gomperts, Daniel Halevy and Susan Halevy (collectively, the "Debtors"), the debtors and debtors-in-possession in the pending jointly administered chapter 11 bankruptcy cases herein. The Court's record reflects the appearances of counsel and other parties at the hearing. Having heard the oral stipulation by counsel for the Debtors and Archway Broadway Loan SPE, LLC to consent to allow the Debtors to dismiss the DS Motion, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1. The DS Motion is dismissed.

###

Date: March 18, 2025

Vincent P. Zurzolo
United States Bankruptcy Judge

-2-
ORDER DISMISSING MOTION TO APPROVE DISCLOSURE STATEMENT