

February 28, 2025
Page 1 of 5

# Wells Fargo Prime Checking

Questions? Please contact us:

Available 24 hours a day, 7 days a week
We accept all relay calls, including 711
Phone: **1-800-TO-WELLS** (1-800-869-3557)
En español: 1-877-727-2932

Online: wellsfargo.com

Write: Wells Fargo Bank, N.A.
P.O. Box 6995
Portland, OR 97228-6995

ALAN D GOMPERTS
SHARON HALEVY
DEBTOR IN POSSESSION
CH11 CASE #24-12074 (CCA)
264 S OAKHURST DR
BEVERLY HILLS CA 90212-3504

## Accounts linked to your Wells Fargo Prime Checking account:

### Bank Deposit Account(s)

| Account (Account Number) | $ Balance |
|---|---|
| Wells Fargo Prime Checking (         3107) - **Your primary account** | 288,928.51 |

**Your Qualification Balance this month:** $288,928.51

*Accounts linked in Summary will be provided a separate statement.*



Important Account Information

(A) If your Prime Checking account is closed or converted to another checking product, all linked accounts are delinked from the Prime Checking account and effective immediately, your Prime Checking relationship benefits no longer apply, including associated benefits to your now delinked accounts. You'll no longer receive discounts, options to avoid fees on other products or services, or the Relationship Interest Rate. Your delinked accounts will revert to the Bank's current applicable interest rate or fee at that time. For Certificates of Deposit (CDs), this change will occur at renewal. (B) If you or we delink an account from your Prime Checking account, but other accounts remain linked, the loss of all benefits and the other consequences described above in (A) will immediately apply to the delinked account. Benefits available to your Prime Checking account and any remaining linked accounts will continue.

Important Account Information

The balances within the "Accounts linked to your Wells Fargo Prime Checking account" section of your statement may not match your statement of record for investment products due to differences in statement periods between this statement and the statement for your investment products. This section shows balance information from (1) consumer bank deposit accounts, bank fiduciary and custody accounts, (2) investment accounts with Wells Fargo Advisors, which is a trade name used by Wells Fargo Clearing Services, LLC, and Wells Fargo Advisors Financial Network, LLC, Members SIPC, registered broker-dealers and separate non-bank affiliates of Wells Fargo & Company.

Investment and Insurance Products are:
- Not Insured by the FDIC or Any Federal Government Agency
- Not a Deposit or Other Obligation of, or Guaranteed by, the Bank or Any Bank Affiliate
- Subject to Investment Risks, Including Possible Loss of the Principal Amount Invested
Deposit products offered by Wells Fargo Bank, N.A. Member FDIC.
RSNIP-07092026-7513140.1.1

Other Wells Fargo Benefits

File your taxes early to help prevent identity theft

Early filing helps prevent someone else from filing taxes in your name.
Find other tips at wellsfargo.com/spottaxscams

A new twist on romance scams

Scammers make friends with you on social media, then offer to show you how to invest in crypto.
Watch for: Promises of big returns, help with downloading a crypto app, or requests to wire money.



# Wells Fargo Prime Checking

This is your primary checking account

## Statement period activity summary

| | |
|---|---|
| Balance on 2/1 | 285,419.35 |
| Deposits/Additions | 77,431.74 |
| Withdrawals/Subtractions | - 73,922.58 |
| **Balance on 2/28** | **$288,928.51** |

Account number:    3107  (primary account)
ALAN D GOMPERTS
SHARON HALEVY
DEBTOR IN POSSESSION
CH11 CASE #24-12074 (CCA)

Wells Fargo Bank, N.A.  (Member FDIC)
CALIFORNIA   account terms and conditions apply

Questions about your account:   1-800-869-3557

## Interest summary

| | |
|---|---|
| Interest paid this statement | $2.18 |
| Interest earned this statement period | $2.18 |
| Average collected balance | $284,431.63 |
| Annual percentage yield earned | 0.01% |
| Interest paid this year | $4.61 |
| Total interest paid in 2024 | $6.71 |

## Transaction history

| Date | Description | Check No. | Deposits/Additions | Withdrawals/Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| 2/3 | Zelle From Ericka Ochoa On 01/31 Ref # Jpm99Awo30Ik Rent | | 1,375.00 | | |
| 2/3 | Mobile Deposit : Ref Number :412020022967 | | 7,200.00 | | |
| 2/3 | Bill Pay Nicandro Barba On-Line No Account Number On 02-03 | | | 75.00 | |
| 2/3 | Bill Pay 4 Season Pool SE On-Line No Account Number On 02-03 | | | 90.00 | |
| 2/3 | Bill Pay Jun Ho. Choi On-Line No Account Number On 02-03 | | | 140.00 | |
| 2/3 | Zelle to Gabriel Adulfo On 02/02 Ref #Pp0Yhcv3Ps | | | 155.00 | |
| 2/3 | Zelle to Hernandez Ciro On 02/02 Ref #Pp0Yhcv5F4 | | | 125.00 | |
| 2/3 | Zelle to Gomperts Gabrielle On 02/03 Ref #Rp0Yhfwvly | | | 500.00 | 292,909.35 |
| 2/4 | Bill Pay WFHM - Greenfield On-Line 0320648Xxx On 02-04 | | | 1,625.27 | |
| 2/4 | Bill Pay Wells Fargo Canfield On-Line 0502483Xxx On 02-04 | | | 2,050.07 | |
| 2/4 | Bill Pay Wells Fargo Bagley On-Line 0512092Xxx On 02-04 | | | 4,003.21 | |
| 2/4 | Bill Pay Wells Fargo Oakhurst On-Line 0512091Xxx On 02-04 | | | 5,208.33 | |
| 2/4 | Bill Pay Northwestern Mutual Life Insuran On-Line Xxxx4520 On 02-04 | | | 161.58 | |
| 2/4 | Bloomingdales Online Pmt Sharon Halevy | 2275 | | 1,002.94 | |
| 2/4 | Chase Credit Crd Epay | 8516 Sharon Halevy | | 2,792.12 | 276,065.83 |
| 2/5 | Citi Card Online Payment Sharon Halevy | 2536 | | 480.36 | 275,585.47 |
| 2/6 | Zelle From Adam Spencer Willmouth Ref # Usbsehrn43Yb February Rent | | 3,500.00 | | 279,085.47 |
| 2/7 | Citi Card Online Payment Sharon Halevy | 9102 | | 3,111.42 | 275,974.05 |
| 2/11 | Zelle to Monica On 02/11 Ref #Rp0Yj8Ggmq | | | 160.00 | 275,814.05 |
| 2/12 | Agron Inc PC Clear Alagom1 Alan Gomperts | | 39,774.13 | | 315,588.18 |
| 2/13 | So Cal Gas Paid Scgc | 6484 3748 | | 145.17 | 315,443.01 |
| 2/14 | Agron Inc Payroll 10658800027547X Gomperts, Alan D | | 10,015.21 | | |
| 2/14 | St of CA Dmv Internet Gomperts | 0213 Alan | | 582.00 | |
| 2/14 | American Express ACH Pmt 250214 W4314 Alan Gomperts | | | 39,774.13 | 285,102.09 |
| 2/18 | Macys Online Pmt Sharon Halevy | 7628 Sharon | | 308.44 | 284,793.65 |
| 2/20 | M Bensoussan Jos Payments Alan D Gomperts | 4680 | 2,000.00 | | 286,793.65 |
| 2/24 | American Express ACH Pmt 250224 W4872 Alan Gomperts | | | 7,875.52 | 278,918.13 |

**=> Wells Fargo Prime Checking** (continued)

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| 2/25 | Mobile Deposit : Ref Number :714250186137 | | 3,550.00 | | |
| 2/25 | Bill Pay Wells Fargo Auto On-Line Xxxxxx6254 On 02-25 | | | 718.66 | |
| 2/25 | Transfer IN Branch - to Elizabeth Gomperts DDA Xxxxxx8971 9354 Wilshire Blvd Beverly Hills CA | | | 400.00 | |
| 2/25 | Cash eWithdrawal IN Branch 02/25/2025 11:56 Am 9354 Wilshire Blvd Beverly Hills CA 0874 | | | 2,077.00 | 279,272.47 |
| 2/26 | Barclaycard US Creditcard        0194 Sharon Halevy | | | 61.36 | 279,211.11 |
| 2/27 | Zelle to Montes Jose On 02/27 Ref #Rp0Ykrtydq | | | 300.00 | 278,911.11 |
| 2/28 | Agron Inc Payroll 10977700019974X Gomperts, Alan D | | 10,015.22 | | |
| 2/28 | Interest Payment | | 2.18 | | 288,928.51 |
| **Totals** | | | **$77,431.74** | **$73,922.58** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

---

**Important Account Information**

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

---

**Important Account Information**

The Wells Fargo Prime Checking account has a $25 monthly service fee which can be avoided each fee period with $20,000 or more in statement-ending qualifying linked (a) consumer bank deposit account balances (checking, savings, time accounts (CDs), FDIC-insured IRAs) and (b) investment account balances (investments available through our brokerage affiliate Wells Fargo Advisors*,**, and applicable bank fiduciary and custody accounts.) Refer to the Wells Fargo Bank Consumer Account Fee and Information Schedule at wellsfargo.com/online-banking/consumer-account-fees/ for further information about the Prime Checking account and applicable bank fees.

*Investment products and services are offered through Wells Fargo Advisors. Wells Fargo Advisors is a trade name used by Wells Fargo Clearing Services, LLC (WFCS) and Wells Fargo Advisors Financial Network, LLC, Members SIPC, separate registered broker-dealers and non-bank affiliates of Wells Fargo & Company.
**Certain investments or investment accounts are not eligible for linking.

Investment and Insurance Products are:
- Not Insured by the FDIC or Any Federal Government Agency
- Not a Deposit or Other Obligation of, or Guaranteed by, the Bank or Any Bank Affiliate
- Subject to Investment Risks, Including Possible Loss of the Principal Amount Invested
Deposit products offered by Wells Fargo Bank, N.A. Member FDIC.
RSNIP-07092026-7513649.1.1



February 28, 2025 ■ Page 5 of 5

## Important Information You Should Know

■ To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts:

Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ If your account has a negative balance:

Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

■ In case of errors or questions about your electronic transfers:

Telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

■ In case of errors or questions about other transactions (that are not electronic transfers):

Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

■ Early Pay Day information

With Early Pay Day, we may make funds from certain eligible direct deposits available for your use up to two days before we receive the funds from your payor. The Bank does not guarantee that any direct deposits will be made available before the date scheduled by the payor, and early availability of funds may vary between direct deposits from the same payor. When funds are made available early, this will be reflected in your account's available balance. Direct deposits made available early with Early Pay Day will not increase your account's ending daily balance, and will not count towards applicable options to avoid your account's monthly service fee, until the deposit posts to your account and is no longer pending (e.g., the pay date scheduled by your payor). Determinations about whether we will authorize and pay transactions and assess overdraft fees are based on an account's available balance. For example, using funds added to your available balance by Early Pay Day may lead to a negative ending daily balance showing on your account and statement while your available balance remains positive and no overdraft fees or returned items result. For interest-bearing accounts, interest on your incoming direct deposit will begin accruing on the business day we receive credit for the deposit from your payor's bank. For additional information about Early Pay Day, please refer to your Deposit Account Agreement.

■ To download and print an Account Balance Calculation Worksheet (PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

Deposit and credit products offered by Wells Fargo Bank, N.A., Member FDIC.
©2021 Wells Fargo Bank, N.A., All rights reserved. NMLSR ID 399801

