**Alan Gomperts**
**Income and Expense Reconcilaiton**

**Income**

| | | |
|---|---|---:|
| Total income | Line d. of Part 8 | 43,460.53 |
| Payroll deductions | Line e. of Part 9 | (5,802.92) |
| Total Receipts | Line b. of part 1 | **37,657.61** |
| | | |
| Total Deposits in Wells Fargo account ending -3107 | | 77,431.74 |
| Reimbursed Expenses from agron, inc. (Employer) | | (39,774.13) |
| Net Deposits | | **37,657.61** |

**Expenses**

| | | |
|---|---|---:|
| Total Expenses | Line i. of Part 8 | 39,951.37 |
| Payroll deductions | | 5,802.92 |
| Total disbursements | Line c. of part 1 | **34,148.45** |
| | | |
| Total withdrawals in Wells Fargo account ending -3107 | | 73,922.58 |
| | | |
| agron, inc Expenses | | (39,774.13) |
| Total Agron Expenses | | **(39,774.13)** |
| | | |
| Net Disbursements | | **34,148.45** |