**Alan Gomperts**
**Part 8 Expenses**

| Date | Amount | Payee | Description |
|---|---|---|---|
| 2/3/2025 | (500.00) | ZELLE TO GOMPERTS GABRIELLE ON 02/03 REF #RP0YHFWVLY | Personal Living - College Expenses |
| 2/3/2025 | (125.00) | ZELLE TO HERNANDEZ CIRO ON 02/02 REF #PP0YHCV5F4 | Personal Living - Gardener |
| 2/3/2025 | (140.00) | BILL PAY Jun Ho. Choi ON-LINE No Account Number ON 02-03 | Personal Living - Pool Man |
| 2/4/2025 | (1,002.94) | BLOOMINGDALES ONLINE PMT 250203 611593692532275 SHARON HALEVY | Personal Living - Credit Card |
| 2/4/2025 | (2,792.12) | CHASE CREDIT CRD EPAY 250203 8133958516 SHARON HALEVY | Personal Living - Credit Card |
| 2/4/2025 | (161.58) | BILL PAY NORTHWESTERN MUTUAL LIFE INSURAN ON-LINE xxxx4520 ON 02-04 | Personal Living - Life Insurance |
| 2/4/2025 | (5,208.33) | BILL PAY WELLS FARGO Oakhurst ON-LINE 0512091XXX ON 02-04 | Personal Living - Mortgage |
| 2/5/2025 | (480.36) | CITI CARD ONLINE PAYMENT 250204 431604116272536 SHARON HALEVY | Personal Living - Credit Card |
| 2/7/2025 | (3,111.42) | CITI CARD ONLINE PAYMENT 250206 421593694549102 SHARON HALEVY | Personal Living - Credit Card |
| 2/11/2025 | (160.00) | ZELLE TO MONICA ON 02/11 REF #RP0YJ8GGMQ | Personal Living - School Tuition |
| 2/13/2025 | (145.17) | SO CAL GAS PAID SCGC 250212 1291016484 301601474275483748 | Personal Living - Gas bill |
| 2/14/2025 | (582.00) | ST OF CA DMV INTERNET 250213 074973762250213 ALAN GOMPERTS | Personal Living - Car License fee |
| 2/18/2025 | (308.44) | MACYS ONLINE PMT 250214 621604134667628 SHARON HALEVY | Personal Living - Clothes |
| 2/24/2025 | (7,875.52) | AMERICAN EXPRESS ACH PMT 250224 W4872 ALAN GOMPERTS | Personal Living - Credit Card |
| 2/25/2025 | (718.66) | BILL PAY WELLS FARGO AUTO ON-LINE xxxxxx6254 ON 02-25 | Personal Living - Car Payment |
| 2/25/2025 | (2,077.00) | Cash eWithdrawal in Branch 02/25/2025 11:56 AM 9354 WILSHIRE BLVD BEVERLY HILLS CA 0874 | Personal Living - Cash Expenses |
| 2/25/2025 | (400.00) | Transfer in Branch - To ELIZABETH GOMPERTS DDA XXXXXX8971 9354 WILSHIRE BLVD BEVERLY HILLS | Personal Living - College Expenses |
| 2/26/2025 | (61.36) | BARCLAYCARD US CREDITCARD 1235370194 SHARON HALEVY | Personal Living - Clothes |

**Living Expenses**
**Line g. of Part 8    (25,849.90)**

| | | | |
|---|---|---|---|
| 2/3/2025 | (75.00) | BILL PAY Nicandro Barba ON-LINE No Account Number ON 02-03 | Gardener Bagely |
| 2/3/2025 | (155.00) | ZELLE TO GABRIEL ADULFO ON 02/02 REF #PP0YHCV3PS | Gardener Canfield and Greenfield |
| 2/3/2025 | (90.00) | BILL PAY 4 SEASON POOL SE ON-LINE No Account Number ON 02-03 | Pool Man - Bagley Ave |
| 2/4/2025 | (4,003.21) | BILL PAY WELLS FARGO Bagley ON-LINE 0512092XXX ON 02-04 | Mortgage - Bagley |
| 2/4/2025 | (2,050.07) | BILL PAY WELLS FARGO Canfield ON-LINE 0502483XXX ON 02-04 | Mortgage - Canfield |

| Date | Amount | Description | Category |
|---|---|---|---|
| 2/4/2025 | (1,625.27) | BILL PAY WFHM - Greenfield ON-LINE 0320648XXX ON 02-04 | Mortgage - Greenfield |
| 2/27/2025 | (300.00) | ZELLE TO MONTES JOSE ON 02/27 REF #RP0YKRTYDQ | Repairs - Canfield |

**All Other Expenses Line h. of Part 8**    **(8,298.55)**    **Expenses on Rental Properties**