

March 31, 2025
Page 1 of 7

# Wells Fargo Prime Checking

Questions? Please contact us:

Available 24 hours a day, 7 days a week
We accept all relay calls, including 711
**Phone:** **1-800-TO-WELLS** (1-800-869-3557)
En español: 1-877-727-2932

**Online:** wellsfargo.com

**Write:** Wells Fargo Bank, N.A.
P.O. Box 6995
Portland, OR 97228-6995

ALAN D GOMPERTS
SHARON HALEVY
DEBTOR IN POSSESSION
CH11 CASE #24-12074 (CCA)
264 S OAKHURST DR
BEVERLY HILLS CA 90212-3504

## Accounts linked to your Wells Fargo Prime Checking account:

### Bank Deposit Account(s)

| Account (Account Number) | $ Balance |
|---|---|
| Wells Fargo Prime Checking (          3107) - **Your primary account** | 238,724.40 |

**Your Qualification Balance this month:** $238,724.40

*Accounts linked in Summary will be provided a separate statement.*

March 31, 2025 ■ Page 2 of 7



Important Account Information

(A) If your Prime Checking account is closed or converted to another checking product, all linked accounts are delinked from the Prime Checking account and effective immediately, your Prime Checking relationship benefits no longer apply, including associated benefits to your now delinked accounts. You'll no longer receive discounts, options to avoid fees on other products or services, or the Relationship Interest Rate. Your delinked accounts will revert to the Bank's current applicable interest rate or fee at that time. For Certificates of Deposit (CDs), this change will occur at renewal. (B) If you or we delink an account from your Prime Checking account, but other accounts remain linked, the loss of all benefits and the other consequences described above in (A) will immediately apply to the delinked account. Benefits available to your Prime Checking account and any remaining linked accounts will continue.

Important Account Information

The balances within the "Accounts linked to your Wells Fargo Prime Checking account" section of your statement may not match your statement of record for investment products due to differences in statement periods between this statement and the statement for your investment products. This section shows balance information from (1) consumer bank deposit accounts, bank fiduciary and custody accounts, (2) investment accounts with Wells Fargo Advisors, which is a trade name used by Wells Fargo Clearing Services, LLC, and Wells Fargo Advisors Financial Network, LLC, Members SIPC, registered broker-dealers and separate non-bank affiliates of Wells Fargo & Company.

Investment and Insurance Products are:
- Not Insured by the FDIC or Any Federal Government Agency
- Not a Deposit or Other Obligation of, or Guaranteed by, the Bank or Any Bank Affiliate
- Subject to Investment Risks, Including Possible Loss of the Principal Amount Invested
Deposit products offered by Wells Fargo Bank, N.A. Member FDIC.
RSNIP-07092026-7513140.1.1

Other Wells Fargo Benefits

This tax season, don't get scammed by an IRS impersonator.

Scammers are impersonating the Internal Revenue Service to steal your identity and convince you to send them money.

Know that the IRS will not:
- Initiate contact with you or request sensitive information by email, text, or social media.
- Demand immediate payment or offer to assist you with receiving a payment.
- Threaten to immediately have you arrested, deported, or revoke your driver's license for not paying.
- Ask you to pay your taxes using a gift or prepaid card, cryptocurrency, or wire transfer.

If you do get an unexpected call from the IRS, hang up right away, and do not provide any additional information, even if the caller already has the last four digits of your Social Security number.

Remember, if you do owe taxes, the IRS will contact you by mail before attempting to call you.

Learn more at wellsfargo.com/spottaxscams



March 31, 2025 ■ Page 3 of 7

# Wells Fargo Prime Checking

This is your primary checking account

## Statement period activity summary

| | |
|---|---:|
| Balance on 3/1 | 288,928.51 |
| Deposits/Additions | 81,645.38 |
| Withdrawals/Subtractions | - 131,849.49 |
| **Balance on 3/31** | **$238,724.40** |

Account number:    3107  (primary account)
ALAN D GOMPERTS
SHARON HALEVY
DEBTOR IN POSSESSION
CH11 CASE #24-12074 (CCA)

Wells Fargo Bank, N.A.  (Member FDIC)
CALIFORNIA   account terms and conditions apply

Questions about your account:   1-800-869-3557

## Interest summary

| | |
|---|---:|
| Interest paid this statement | $2.02 |
| Interest earned this statement period | $2.02 |
| Average collected balance | $237,682.07 |
| Annual percentage yield earned | 0.01% |
| Interest paid this year | $6.63 |
| Total interest paid in 2024 | $6.71 |

## Transaction history

| Date | Description | Check No. | Deposits/Additions | Withdrawals/Subtractions | Ending Daily Balance |
|---|---|---|---:|---:|---:|
| 3/3 | Zelle From Ericka Ochoa On 03/01 Ref # Jpm99Aztk7Jz Rent | | 1,375.00 | | |
| 3/3 | Bill Pay Nicandro Barba On-Line No Account Number On 03-03 | | | 75.00 | |
| 3/3 | Bill Pay 4 Season Pool SE On-Line No Account Number On 03-03 | | | 90.00 | |
| 3/3 | Bill Pay Jun Ho. Choi On-Line No Account Number On 03-03 | | | 140.00 | |
| 3/3 | Zelle to Gabriel Adulfo On 03/03 Ref #Pp0Yl76Fm5 | | | 225.00 | |
| 3/3 | Zelle to Hernandez Ciro On 03/03 Ref #Pp0Yl76Hyp | | | 125.00 | 289,648.51 |
| 3/4 | Mobile Deposit : Ref Number :619040052447 | | 7,200.00 | | |
| 3/4 | Bill Pay WFHM - Greenfield On-Line 0320648Xxx On 03-04 | | | 1,625.27 | |
| 3/4 | Bill Pay Wells Fargo Canfield On-Line 0502483Xxx On 03-04 | | | 2,050.07 | |
| 3/4 | Bill Pay Wells Fargo Bagley On-Line 0512092Xxx On 03-04 | | | 4,003.21 | |
| 3/4 | Bill Pay Wells Fargo Oakhurst On-Line 0512091Xxx On 03-04 | | | 5,208.33 | |
| 3/4 | Bill Pay Northwestern Mutual Life Insuran On-Line Xxxx4520 On 03-04 | | | 161.58 | |
| 3/4 | Bloomingdales Online Pmt Sharon Halevy | 7739 | | 768.75 | |
| 3/4 | Chase Credit Crd Epay | 0320 Sharon Halevy | | 2,450.60 | 280,580.70 |
| 3/5 | Citi Card Online Payment Sharon Halevy | 4334 | | 531.61 | 280,049.09 |
| 3/6 | Zelle From Adam Spencer Willmouth On 03/06 Ref # Usblbdqncio4 | | 3,500.00 | | |
| 3/6 | Yu Tuition 2 Purchase | 0124 Alan Gomperts | | 28,450.00 | |
| 3/6 | Yu Tuition 2 Purchase | 0125 Alan Gomperts | | 28,450.00 | 226,649.09 |
| 3/7 | So Cal Gas Paid Scgc 3016014742781234 82 | 6484 | | 149.42 | |
| 3/7 | Citi Card Online Payment Sharon Halevy | 1441 | | 3,502.21 | 222,997.46 |
| 3/10 | Mobile Deposit : Ref Number :719080154103 | | 125.45 | | |
| 3/10 | Bill Pay 4 Season Pool SE On-Line No Account Number On 03-10 | | | 600.00 | 222,522.91 |
| 3/11 | Zelle to Montes Jose On 03/11 Ref #Rp0Ylz6M3Q | | | 175.00 | |
| 3/11 | Cash eWithdrawal IN Branch 03/11/2025 16:29 Pm 10789 W Pico Blvd Los Angeles CA 6206 | | | 100.00 | 222,247.91 |
| 3/12 | Agron Inc PC Clear Alagom1 Alan Gomperts | | 43,665.64 | | |
| 3/12 | American Express ACH Pmt 250312 W2368 Alan Gomperts | | | 43,665.64 | 222,247.91 |
| 3/14 | Agron Inc Payroll 11179700044634X Gomperts, Alan D | | 10,015.21 | | |
| 3/14 | Zelle From Lewis Craig On 03/14 Ref # Pp0Ym863Lq | | 20.00 | | 232,283.12 |

**WELLS FARGO**

=> **Wells Fargo Prime Checking (continued)**

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| 3/18 | Zelle to LA Overhead Door Inc. On 03/18 Ref #Rp0Ymmwwvh | | | 2,195.00 | 230,088.12 |
| 3/19 | M Bensoussan Jos Payments Alan D Gomperts | 0480 | 2,000.00 | | 232,088.12 |
| 3/20 | American Express ACH Pmt 250320 W7340 Alan Gomperts | | | 3,512.14 | 228,575.98 |
| 3/24 | Mobile Deposit : Ref Number :817240215149 | | 3,550.00 | | 232,125.98 |
| 3/26 | Bill Pay Wells Fargo Auto On-Line Xxxxxx6254 On 03-26 | | | 718.66 | 231,407.32 |
| 3/27 | Zelle From Yesh Tikva Inc. On 03/27 Ref # Jpm99B2Q6Dyf Flowers | | 56.84 | | 231,464.16 |
| 3/31 | Agron Inc Payroll 11427800019084X Gomperts, Alan D | | 10,015.22 | | |
| 3/31 | Mobile Deposit : Ref Number :209300158324 | | 120.00 | | |
| 3/31 | Cash eWithdrawal IN Branch 03/31/2025 10:54 Am 9354 Wilshire Blvd Beverly Hills CA 0874 | | | 2,877.00 | |
| 3/31 | Interest Payment | | 2.02 | | 238,724.40 |
| Totals | | | $81,645.38 | $131,849.49 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

---

Important Account Information

Effective June 4, 2025, we are updating the following sections of the "Availability of Funds Policy" in our Deposit Account Agreement:
The "Longer delays may apply" section is deleted and replaced with the following:
In some cases, we will not make the first $400 of a business day's check deposits available to you on the day we receive the deposits. Further, in some cases, we will not make all the funds that you deposit by check available to you on the first business day after the day of your deposit.
Depending on the type of check that you deposit, funds may not be available until the second business day after the day of your deposit. The first $275 of your deposit, however, may be available on the first business day after the day of your deposit.
Except as otherwise explained in this paragraph, if we are not going to make all funds from your deposit available on the business day of deposit or the first business day after the day of deposit, we will notify you at the time you make your deposit. We will also tell you when the funds will be available. If your deposit is not made directly to a Wells Fargo employee, or if we decide to take this action after you have left the premises, we will mail you the notice by the first business day after we receive your deposit.
If you need the funds from a deposit right away, you should ask us when the funds will be available.
In addition, funds you deposit by check may be delayed for a longer period under the following circumstances:
- We believe a check you deposit will not be paid
- You deposit checks totaling more than $6,725 on any one day
- You redeposit a check that has been returned unpaid
- You have overdrawn your account repeatedly in the last six months
- There is an emergency, such as failure of computer or communications equipment
We will notify you if we delay your ability to withdraw funds for any of these reasons, and we will tell you when the funds will be available. The funds will generally be available no later than the seventh business day after the day of your deposit.
The "Special rules for new accounts" section is deleted and replaced with the following:
If you are a new customer, the following special rules apply during the first 30 days your account is open. Incoming wire transfers, electronic direct deposits, and cash deposited at a teller window and at a Wells Fargo ATM will be available on the day we receive the deposit. Funds from your check deposits will be available on the business day after the day we receive the deposits; no funds from a business day's check deposits are available on the day we receive the deposits.



=> **Wells Fargo Prime Checking** (continued)

If we delay the availability of your deposit the following special rules may apply:
- The first $6,725 of a day's total deposits of cashier's, certified, teller's, traveler's, and federal, state, and local government checks, and U.S. Postal Service money orders made payable to you will be available on the first business day after the day of your deposit, if your deposit meets certain conditions. For example, the checks must be payable to you. If your deposit of these checks (other than U.S. Treasury checks) is not made in person to one of our employees, the first $6,725 may not be available until the second business day after the day of your deposit.
- The excess over $6,725 and funds from all other check deposits will be available no later than the seventh business day after the day of your deposit. The first $275 of a day's total deposit of funds from all other check deposits, however, may be available on the first business day after the day of your deposit.
We will notify you if we delay your ability to withdraw funds and we will tell you when the funds will be available.

---

Important Account Information

Effective May 15, 2025, the section of the Deposit Account Agreement titled "Availability of Funds Policy," subsection "Your ability to withdraw funds," is deleted and replaced with the following:

Our policy is to make funds from your check deposits to your checking or savings account (in this policy, each account) available to you on the first business day after the day we receive your deposits. Incoming wire transfers, electronic direct deposits, cash deposited at a teller window and at a Wells Fargo ATM, and the first $400 of a day's check deposits at a teller window, at a Wells Fargo ATM, and with the Wells Fargo Mobile Banking app will be available on the day we receive the deposits. Certain electronic credit transfers, such as those through card networks or funds transfer systems, will generally be available on the day we receive the transfer. Once they are available, you can withdraw the funds in cash and we will use the funds to pay checks and other items presented for payment and applicable fees that you have incurred.

Effective May 15, 2025, the section of the Deposit Account Agreement titled "Fund Transfer Disclosures-General," subsection "ACH transactions," is deleted and replaced with the following:

These additional terms apply to payments to or from your account that you transmit through an ACH:
- Your rights as to payments to or from your account will be based on the laws governing your account.
- When we credit your account for an ACH payment, the payment is provisional until we receive final settlement through a Federal Reserve Bank or otherwise receive payment.
- If we don't receive final settlement or payment, we're entitled to a refund from you for the amount credited to your account and the sender of the payment will not be considered to have made the payment to you.
- For ACH debit entries that debit your non-Wells Fargo account and credit your Wells Fargo account, Wells Fargo Bank generally holds those funds for 3-4 business days to make sure that the funds will not be returned unpaid before we credit your Wells Fargo account. Longer holds may apply, or we may return the funds to the sending bank and not make the funds available to your Wells Fargo Account, if we - in our sole discretion - believe the transfer is irregular or suspicious.
- Any Originating Depository Financial Institution (ODFI) may initiate, pursuant to ACH Operating Rules, ACH debit entries to your account for presentment or re-presentment of items you write or authorize.

---

Important Account Information

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

---

Important Account Information



**=> Wells Fargo Prime Checking (continued)**

The Wells Fargo Prime Checking account has a $25 monthly service fee which can be avoided each fee period with $20,000 or more in statement-ending qualifying linked (a) consumer bank deposit account balances (checking, savings, time accounts (CDs), FDIC-insured IRAs) and (b) investment account balances (investments available through our brokerage affiliate Wells Fargo Advisors*,**, and applicable bank fiduciary and custody accounts.) Refer to the Wells Fargo Bank Consumer Account Fee and Information Schedule at wellsfargo.com/online-banking/consumer-account-fees/ for further information about the Prime Checking account and applicable bank fees.

*Investment products and services are offered through Wells Fargo Advisors. Wells Fargo Advisors is a trade name used by Wells Fargo Clearing Services, LLC (WFCS) and Wells Fargo Advisors Financial Network, LLC, Members SIPC, separate registered broker-dealers and non-bank affiliates of Wells Fargo & Company.
**Certain investments or investment accounts are not eligible for linking.

Investment and Insurance Products are:
- Not Insured by the FDIC or Any Federal Government Agency
- Not a Deposit or Other Obligation of, or Guaranteed by, the Bank or Any Bank Affiliate
- Subject to Investment Risks, Including Possible Loss of the Principal Amount Invested
Deposit products offered by Wells Fargo Bank, N.A. Member FDIC.
RSNIP-07092026-7513649.1.1



## Important Information You Should Know

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts:**

Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **If your account has a negative balance:**

Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

■ **In case of errors or questions about your electronic transfers:**

Telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

■ **In case of errors or questions about other transactions (that are not electronic transfers):**

Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

■ **To download and print an Account Balance Calculation Worksheet (PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.**

Deposit and credit products offered by Wells Fargo Bank, N.A., Member FDIC.
©2021 Wells Fargo Bank, N.A., All rights reserved. NMLSR ID 399801

