**Alan Gomperts**

**Income and Expense Reconcilaiton**

**Income**

| | | |
|---|---|---:|
| Total income | Line d. of Part 8 | 43,782.66 |
| Payroll deductions | Line e. of Part 9 | (5,802.92) |
| **Total Receipts** | Line b. of part 1 | **37,979.74** |
| | | |
| Total Deposits in Wells Fargo account ending -3107 | | 81,645.38 |
| Reimbursed Expenses from agron, inc. (Employer) | | (43,665.64) |
| **Net Deposits** | | **37,979.74** |

**Expenses**

| | | |
|---|---|---:|
| Total Expenses | Line i. of Part 8 | 93,986.77 |
| Payroll deductions | | 5,802.92 |
| **Total disbursements** | Line c. of part 1 | **88,183.85** |
| | | |
| Total withdrawals in Wells Fargo account ending -3107 | | 131,849.49 |
| | | |
| agron, inc Expenses | | (43,665.64) |
| **Total Agron Expenses** | | **(43,665.64)** |
| | | |
| Net Disbursements | | **88,183.85** |