**Alan Gomperts**
**Part 8 Expenses**

| Date | Amount | Payee | Description |
|---|---|---|---|
| 3/3/2025 | (125.00) | ZELLE TO HERNANDEZ CIRO ON 03/03 REF #PP0YL76HYP | Personal Living - Gardener |
| 3/3/2025 | (140.00) | BILL PAY Jun Ho. Choi ON-LINE No Account Number ON 03-03 | Personal Living - Pool Man |
| 3/4/2025 | (768.75) | BLOOMINGDALES ONLINE PMT 250303 631618903857739 SHARON HALEVY | Personal Living - Clothes |
| 3/4/2025 | (2,450.60) | CHASE CREDIT CRD EPAY 250303 8172020320 SHARON HALEVY | Personal Living - Credit Card |
| 3/4/2025 | (161.58) | BILL PAY NORTHWESTERN MUTUAL LIFE INSURAN ON-LINE xxxx4520 ON 03-04 | Personal Living - Life Insurance |
| 3/4/2025 | (5,208.33) | BILL PAY WELLS FARGO Oakhurst ON-LINE 0512091XXX ON 03-04 | Personal Living - Mortgage |
| 3/5/2025 | (531.61) | CITI CARD ONLINE PAYMENT 250304 431618921234334 SHARON HALEVY | Personal Living - Credit Card |
| 3/7/2025 | (3,502.21) | CITI CARD ONLINE PAYMENT 250306 431625749451441 SHARON HALEVY | Personal Living - Credit Card |
| 3/7/2025 | (149.42) | SO CAL GAS PAID SCGC 250306 1291016484 301601474278123482 | Personal Living - Gas bill |
| 3/11/2025 | (100.00) | Cash eWithdrawal in Branch 03/11/2025 16:29 PM 10789 W PICO BLVD LOS ANGELES CA 6206 | Personal Living - Cash Expenses |
| 3/20/2025 | (3,512.14) | AMERICAN EXPRESS ACH PMT 250320 W7340 ALAN GOMPERTS | Personal Living - Credit Card |
| 3/26/2025 | (718.66) | BILL PAY WELLS FARGO AUTO ON-LINE xxxxxx6254 ON 03-26 | Personal Living - Car Payment |
| 3/31/2025 | (2,877.00) | Cash eWithdrawal in Branch 03/31/2025 10:54 AM 9354 WILSHIRE BLVD BEVERLY HILLS CA 0874 | Personal Living - Cash Expenses |

**Living Expenses**
**Line g. of Part 8    (20,245.30)**

| Date | Amount | Payee | Description |
|---|---|---|---|
| 3/3/2025 | (75.00) | BILL PAY Nicandro Barba ON-LINE No Account Number ON 03-03 | Gardener Bagely |
| 3/3/2025 | (225.00) | ZELLE TO GABRIEL ADULFO ON 03/03 REF #PP0YL76FM5 | Gardener Canfield and Greenfield |
| 3/3/2025 | (90.00) | BILL PAY 4 SEASON POOL SE ON-LINE No Account Number ON 03-03 | Pool Man - Bagley Ave |
| 3/4/2025 | (4,003.21) | BILL PAY WELLS FARGO Bagley ON-LINE 0512092XXX ON 03-04 | Mortgage - Bagley |
| 3/4/2025 | (2,050.07) | BILL PAY WELLS FARGO Canfield ON-LINE 0502483XXX ON 03-04 | Mortgage - Canfield |
| 3/4/2025 | (1,625.27) | BILL PAY WFHM - Greenfield ON-LINE 0320648XXX ON 03-04 | Mortgage - Greenfield |
| 3/6/2025 | (28,450.00) | YU TUITION 2 PURCHASE 250306 140125 ALAN GOMPERTS | College Tuition - Alexandra Gomperts |
| 3/6/2025 | (28,450.00) | YU TUITION 2 PURCHASE 250306 140124 ALAN GOMPERTS | College Tuition - Gabriella Gomperts |

| Date | Amount | Description | Category |
|---|---|---|---|
| 3/10/2025 | (600.00) | BILL PAY 4 SEASON POOL SE ON-LINE No Account Number ON 03-10 | Repairs - Pool - Bagley |
| 3/11/2025 | (175.00) | ZELLE TO MONTES JOSE ON 03/11 REF #RP0YLZ6M3Q | Repairs - Canfield |
| 3/18/2025 | (2,195.00) | ZELLE TO LA OVERHEAD DOOR INC. ON 03/18 REF #RP0YMMWWVH | Repairs - Canfield |

**All Other Expenses**

**Line h. of Part 8**     (67,938.55)  Expenses on Rental Properties