| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Todd S. Garan (SBN 236878)<br>tgaran@aldridgepite.com<br>**ALDRIDGE PITE, LLP**<br>3333 Camino del Rio South, Suite 225<br>San Diego, CA 92108<br>Telephone: (858) 750-7600<br>Facsimile: (619) 590-1385<br><br>☐ Individual *appearing without an attorney*<br>☒ Attorney for:    Wells Fargo Bank National West | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re<br><br>SEATON INVESTMENTS, LLC, *et al.*,<br><br>Debtor and Debtor in Possession. | Lead Case No. 2:24-bk-12079-VZ<br><br>Jointly Administered with Case Nos: 2:24-bk-12080-VZ; 2:24-bk-12081-VZ; 2:24-bk-12082-VZ; 2:24-bk-12091-VZ; 2:24-bk-12074-VZ; 2:24-bk-12075-VZ and 2:24-bk-12076-VZ<br><br>CHAPTER: 11 |
|---|---|
| ☐ Affects All Debtors<br>☐ Affects Seaton Investments, LLC<br>☐ Affects Colyton Investments, LLC<br>☐ Affects Broadway Avenue Investments, LLC<br>☐ Affects SLA Investments, LLC<br>☐ Affects Negev Investments, LLC<br>☒ **Affects Alan Gomperts**<br>☐ Affects Daniel Halevy<br>☐ Affects Susan Halevy<br><br>Debtors and Debtors in Possession | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE: STIPULATION AUTHORIZING THE USE OF CASH COLLATERAL [Dkt. Nos, 87, 335] WITH RESPECT TO 3538 GREENFIELD AVENUE, LOS ANGELES, CA 90034** |

PLEASE TAKE NOTE that the order titled Order Approving Stipulation Authorizing the use of Cash Collateral was lodged on *(date)* 4/15/2025 and is attached.  This order relates to the motion which is docket numbers 87, 335.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*     **F 9013-3.1.PROOF.SERVICE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
3333 Camino del Rio South, Suite 225 San Diego, CA 92108

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) 4/15/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**U.S. TRUSTEE:**
ustpregion16.la.ecf@usdoj.gov
Kelly L. Morrison- Kelly.l.morrison@usdoj.gov

**ATTORNEY FOR DEBTOR:**
Derrick Talerico - dtalerico@wztslaw.com

**2. SERVED BY UNITED STATES MAIL**: On (date) 4/15/2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**PRESIDING JUDGE:**
Honorable Vincent P. Zurzolo
United States Bankruptcy Court
Central District of California
255 E. Temple Street, Suite 1360 / Courtroom 1368
Los Angeles, CA 90012

**DEBTOR:**
Seaton Investments, LLC
264 S Oakhurst Dr
Beverly Hills, CA 90212

**Additional Parties and Creditors Served, List Attached**

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 4/15/2025 | Lauren Timby | /s/ Lauren Timby |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                    F 9013-3.1.PROOF.SERVICE

**Additional Parties and Creditors Served:**

Alta Fire Pro
PO Box 7007
Mission Hills, CA 91346-7007

California Refrigeration & Supply
1926 Glendon Ave Apt 4
Los Angeles, CA 90025-4661

Deborah Feldman Esq
12466 Marsh Pointe Rd
Sarasota, FL 34238-2115

Deborah Feldman Esq
24611 Mulholland Hwy
Calabasas, CA 91302-2325

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Simply Electrical
14101 S Budlong Ave
Gardena, CA 90247-2231

Urban Lime
915 Mateo St
Los Angeles, CA 90021-1784

Derrick Talerico
Weintraub Zolkin Talerico & Selth LLP
11766 Wilshire Blvd
Suite 730
Los Angeles, CA 90025-6577

Sue Halevy
257 S Linden Dr
Beverly Hills, CA 90212-3704

Polsinelli LLP
Attn Garrick Vanderin Esq
2049 Century Park E Ste 2900
Los Angeles, CA 90067-3221

Korth Direct Mortgage Inc
135 San Lorenzo Ave Ste 600
Miami, FL 33146-1875

Colyton Investments LLC
421 Colyton St
Los Angeles, CA 90013-2210

(p)BALBOA CAPITAL CORPORATION
575 ANTON BOULEVARD
12H FLOOR
COSTA MESA CA 92626-7685

Harvest Small Business Finance, LLC
Hemar, Rousso & Heald, LLP
c/o Jacqueline L. James
15910 Ventura Blvd., 12th Floor
Encino, CA 91436-2829

Korth Direct Mortgage Inc.
c/o Polsinelli LLP
2049 Century Park East
Suite 2900
Los Angeles, CA 90067-3221

Alan D Gomperts
264 S Oakhurst Dr
Beverly Hills, CA 90212-3504

CA Dept of Tax and Fee Admin
Account Info Group MIC29
PO Box 942879
Sacramento, CA 94279-0029

Daniel Halevy
257 S Linden Dr
Beverly Hills, CA 90212-3704

Franchise Tax Board
Bankruptcy Section MS A-340
PO Box 2952
Sacramento, CA 95812-2952

(p)LOS ANGELES COUNTY TREASURER AND TAX COLLE
ATTN BANKRUPTCY UNIT
PO BOX 54110
LOS ANGELES CA 90054-0110

RG Fire Inc
8721 Laurel Canyon Blvd
Sun Valley, CA 91352-2919

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*     **F 9013-3.1.PROOF.SERVICE**