Debtor's Name BROADWAY AVENUE INVESTMENTS, LLC           Case No. 24-12081

### Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---:|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○ No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○ No ○ N/A ● |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Alan Gomperts     *(signature)*                          Alan Gomperts
Signature of Responsible Party                               Printed Name of Responsible Party
Manager                                                      04/22/2025
Title                                                        Date

UST Form 11-MOR (12/01/2021) - Mac              9

# Broadway Avenue Investments, LLC
## Preliminary Balance Sheet
### As of March 31, 2025

|  | Mar 31, 25 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Farmers and Merchants Checking | 11,523.22 |
| Farmers Tax Account | 200.00 |
| **Total Checking/Savings** | 11,723.22 |
| **Other Current Assets** | |
| Construction In Progress | 145,902.99 |
| Intercompany Receivable-Seaton | -250.00 |
| Intercompany Receivable - SR | -25,774.01 |
| **Total Other Current Assets** | 119,878.98 |
| **Total Current Assets** | 131,602.20 |
| **Fixed Assets** | |
| Accumulated Depreciation | -1,327,676.00 |
| Building | 7,785,613.74 |
| Land | 2,847,848.00 |
| **Total Fixed Assets** | 9,305,785.74 |
| **Other Assets** | |
| Accumulated amort, loan fees | -519,347.00 |
| Loan Fees | 519,347.00 |
| **Total Other Assets** | 0.00 |
| **TOTAL ASSETS** | **9,437,387.94** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Other Current Liabilities** | |
| Loan - Archway | 19,393,418.02 |
| Member Loans - Daniel Halevy | 73,708.25 |
| Member Loans - Sue Halevy | 251,629.82 |
| **Total Other Current Liabilities** | 19,718,756.09 |
| **Total Current Liabilities** | 19,718,756.09 |
| **Long Term Liabilities** | |
| Acoca Loan | 50,000.00 |
| **Total Long Term Liabilities** | 50,000.00 |
| **Total Liabilities** | 19,768,756.09 |
| **Equity** | |
| Member 1 Equity_Alan | -3,341,013.51 |
| Member 2 Equity_Sue | -1,405,412.02 |
| Member3 Equity_Daniel | -3,341,022.02 |
| Retained Earnings | -2,239,193.70 |
| Net Income | -4,726.90 |
| **Total Equity** | -10,331,368.15 |
| **TOTAL LIABILITIES & EQUITY** | **9,437,387.94** |

# Broadway Avenue Investments, LLC
## Preliminary Profit & Loss
### March 2025

|  | Mar 25 |
|---|---:|
| **Ordinary Income/Expense** | |
|     **Expense** | |
|         Taxes and Licenses | 2,292.00 |
|         Telephone Expense | 546.28 |
|     **Total Expense** | 2,838.28 |
|   **Net Ordinary Income** | -2,838.28 |
| **Net Income** | **-2,838.28** |

# Broadway Avenue Investments, LLC
## Preliminary Statement of Cash Flows
### March 2025

|  | Mar 25 |
|---|---|
| **OPERATING ACTIVITIES** | |
| Net Income | -2,838.28 |
| **Net cash provided by Operating Activities** | -2,838.28 |
| **Net cash increase for period** | -2,838.28 |
| Cash at beginning of period | 14,561.50 |
| **Cash at end of period** | **11,723.22** |

**Broadway Avenue Investments, LLC**  **Case No. 2-24-bk-12081-VZ**  **Mar-25**

**PART 5 - Schedule of Payments to Professionals**

| Professional/Role | Date of Retention | Retainer Paid | | Fees Approved by Court | | Expenses Approved by Court | | Retainer Applied | | Fees Paid (over retainer) | | Expenses Paid (over retainer) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Prepetition | At Petition Date | During Mo. | Cumulative | During Mo. | Cumulative | During Mo. | Cumulative | During Mo. | Cumulative | During Mo. | Cumulative |
| Weintraub Zolkin Talerico & Selth LLP (Insolvency Counsel) | 5/28/24 effective as of 3/19/24 | $ 40,000.00 | $ 14,665.50 | $ - | $ - | $ - | $ - | $ - | $ 14,665.50 | $ - | $ - | $ - | $ - |

**Broadway Avenue Investments, LLC**
**Insurance Schedule**

| Name of Insurance Carrier | Type of Insurance | Policy Number | Policy Expiration Date | Payment Date |
|---|---|---|---|---|
| Evanston Insurance Company | General Liability | 3AA779613 | 4/30/25 | 5/17/24 |
| Starr Specialty insurance Company | Property | SLSTPTY12067624 | 5/10/25 | 5/10/24 |

# Broadway Avenue Investments, LLC
## Reconciliation Summary
### Farmers and Merchants Checking, Period Ending 03/31/2025

|  | Mar 31, 25 |
|---|---|
| **Beginning Balance** | 14,361.50 |
| **Cleared Transactions** | |
|     **Checks and Payments - 4 items** | -2,838.28 |
|   **Total Cleared Transactions** | -2,838.28 |
| **Cleared Balance** | **11,523.22** |
| **Register Balance as of 03/31/2025** | 11,523.22 |
| **Ending Balance** | 11,523.22 |



Date 3/31/25
Account No. 5694
Page 1 of 3

BROADWAY AVENUE INVESTMENTS LLC
DIP CASE 2:24-BK-12081-VZ
OPERATING ACCOUNT
264 S OAKHURST DR
BEVERLY HILLS CA 90212-3504



Brick & Mortar.
Online & Mobile.
At F&M Bank, some things will always be.

## Account Title

Broadway Avenue Investments LLC
DIP Case 2:24-bk-12081-VZ
Operating Account

## Bankruptcy Trustee Summary

| | | | |
|---|---:|---|---:|
| Account Number | 5694 | Number of Enclosures | 1 |
| Beginning Balance | 14,361.50 | Statement Dates | 3/03/25 thru 3/31/25 |
| Deposits/Credits | 0.00 | Days in the statement period | 29 |
| 4  Checks/Debits | 2,838.28 | Average Ledger | 12,245.21 |
| Service Charge | 0.00 | | |
| Interest Paid | 0.00 | | |
| Ending Balance | 11,523.22 | | |

## Checks and Other Debits

| Date | Description | Amount |
|---|---|---:|
| 3/06 | ATT Payment 031100204469600 9864031005WEB 778594003MYW4A | 53.50- |
| 3/06 | ATT Payment 031100204469585 9864031005WEB 772548003MYW4A | 439.28- |
| 3/24 | ATT Payment 031100204870520 9864031005WEB 544751003MYW4R | 53.50- |

Questions? Call us: (866) 437-0011


Member FDIC

fMB.com

NMLS# 537388  



Date 3/31/25
Account No. 5694
Page 2 of 3

Bankruptcy Trustee                              5694 (continued)

### Checks In Number Order

| Date | Check# | Amount | Date | Check# | Amount | Date | Check# | Amount |
|------|--------|--------|------|--------|--------|------|--------|--------|
| 3/11 | 1009 | 2,292.00 | | | | | | |

* Denotes missing check numbers

### Checking Account Daily Balances

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 3/03 | 14,361.50 | 3/11 | 11,576.72 | | |
| 3/06 | 13,868.72 | 3/24 | 11,523.22 | | |

### End of Statement

Thank you for banking with Farmers & Merchants Bank.




F&M Bank does not charge for this service, however, your wireless carrier may charge you fees related to this service.

Questions? Call us: (866) 437-0011





NMLS# 537388

F&M BANK

Date 3/31/25
Account No. 5694
Page 3 of 3

# 1009   $2,292.00   Posted Date   3/11/2025

**Broadway Avenue Investments, LLC**

## Reconciliation Summary

**Farmers Tax Account, Period Ending 03/31/2025**

|  | Mar 31, 25 |
|---|---:|
| **Beginning Balance** | 200.00 |
| **Cleared Balance** | 200.00 |
| **Register Balance as of 03/31/2025** | 200.00 |
| **Ending Balance** | 200.00 |



Date 3/31/25
Account No. 5716
Page 1 of 2

BROADWAY AVENUE INVESTMENTS LLC
DIP CASE 2:24-BK-12081-VZ
TAX ACCOUNT
264 S OAKHURST DR
BEVERLY HILLS CA 90212-3504



Brick & Mortar.
Online & Mobile.
At F&M Bank, some things will always be.

## Account Title

Broadway Avenue Investments LLC
DIP Case 2:24-bk-12081-VZ
Tax Account

## Bankruptcy Trustee Summary

| | | | |
|---|---|---|---|
| Account Number | 5716 | Number of Enclosures | 0 |
| Beginning Balance | 200.00 | Statement Dates | 3/03/25 thru 3/31/25 |
| Deposits/Credits | 0.00 | Days in the statement period | 29 |
| Checks/Debits | 0.00 | Average Ledger | 200.00 |
| Service Charge | 0.00 | | |
| Interest Paid | 0.00 | | |
| Ending Balance | 200.00 | | |

## Checking Account Daily Balances

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 3/03 | 200.00 | | | | |

### End of Statement

Thank you for banking with Farmers & Merchants Bank.

Questions? Call us: (866) 437-0011





NMLS# 537388

| | |
|---|---|
| Date | 3/31/25 |
| Account No. | 5716 |
| | Page 2 of 2 |

Bankruptcy Trustee                                        5716 (continued)

  

F&M Bank does not charge for this service, however, your wireless carrier may charge you fees related to this service.

Questions? Call us: (866) 437-0011

  

NMLS# 537388

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

11766 Wilshire Blvd, Suite 730, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled (*specify*): **MONTHLY OPERATING REPORT – MARCH 31, 2025** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) April 22, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See attached NEF Service List

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 22, 2025 | Martha E. Araki | /s/ Martha E. Araki |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

1. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

- <u>Attorneys for Corporate Debtors Broadway Avenue Investments, LLC, Negev Investments, LLC, SLA Investments, LCC.</u>: **Derrick Talerico**: dtalerico@wztslaw.com; maraki@wztslaw.com; sfritz@wztslaw.com; admin@wztslaw.com
- <u>Attorneys for Individual Debtors Alan Gomperts, Daniel Halevy, Susan Haley</u>: **Zev Shechtman, Carol Chow, Turner Falk, Ryan Coy**: zev.shechtman@saul.com; zshechtman@ecf.inforuptcy.com; carol.chow@saul.com; easter.santamaria@saul.com; turner.falk@saul.com; ryan.coy@saul.com
- <u>Attorneys for Creditor First Foundation Bank</u>: **Scott R Albrecht**: scott.albrecht@sgsattorneys.com; jackie.nguyen@sgsattorneys.com
- <u>Attorneys for Creditor Korth Direct Mortgage, Inc.</u>: **Tanya Behnam, Garrick Vanderfin**: tbehnam@polsinelli.com, tanyabehnam@gmail.com; ccripe@polsinelli.com; ladocketing@polsinelli.com; gvanderfin@polsinelli.com, jnava@polsinelli.com; zyoung@polsinelli.com; mschuster@polsinelli.com;
- <u>Attorneys for Creditor Los Angeles County Treasurer and Tax Collector</u>: **Jacquelyn H Choi**: jacquelyn.choi@rimonlaw.com; docketingsupport@rimonlaw.com
- <u>Attorneys for Creditor United States of America on behalf of the Internal Revenue Service</u>: **Robert F Conte**: robert.conte@usdoj.gov; caseview.ecf@usdoj.gov; usacac.tax@usdoj.gov
- <u>Courtesy NEF/Interested Party</u>: **Christopher Cramer**: secured@becket-lee.com
- <u>Attorneys for Creditor Harvest Small Business Finance, LLC</u>: **Christopher Crowell**: ccrowell@hrhlaw.com
- <u>Attorneys for Creditors Archway Real Estate Income Fund I SPE I, LLC, Archway Broadway Loan SPE, LLC, fka Archway Real Estate Income Fund I REIT, LLC, Archway Real Estate Income Fund, and Plaintiff Archway Broadway Loan SPE, LLC</u>: **Michael G. Fletcher, Bruce D. Poltrock, Paige Selina Poupart, Gerrick Warrington**: mfletcher@frandzel.com; ppoupart@franddzel.com; gwarrington@frandzel.com; bpoltrock@frandzel.com; sking@frandzel.com; achase@frandzel.com
- <u>Attorneys for Creditor Wells Fargo National Bank West</u>: **Todd S Garan**: ch11ecf@aldridgepite.com; TSG@ecf.inforuptcy.com; tgaran@aldridgepite.com
- <u>Attorneys for Creditor Los Angeles County Treasurer and Tax Collector</u>: **Richard Girgado**: rgirgado@counsel.lacounty.gov
- <u>Attorneys for Creditor Harvest Small Business Finance, LLC</u>: **Jacqueline L James**: jjames@hrhlaw.com
- <u>Courtesy NEF/Interested Party Avi Muhtar</u>: **Avi Edward Muhtar**: amuhtar@eaccidents.com
- <u>Attorneys for Creditor UrbanLime Real Estate</u>: **Lovee D Sarenas**: lovee.sarenas@dinsmore.com; wendy.yones@dinsmore.com
- <u>Attorneys for Creditor AIRE Ancient Baths Los Angeles, LLC</u>: **David B Shemano**: dshemano@shemanolaw.com
- <u>Attorneys for Creditor Wells Fargo Bank, N.A.</u>: **Jennifer C Wong**: bknotice@mccartyholthus.com; jwong@ecf.courtdrive.com
- <u>US Trustee's Office</u>: ustpregion16.la.ecf@usdoj.gov; **Kelly L. Morrison**: Kelly.l.morrison@usdoj.gov

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**