| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ZEV SHECHTMAN (Bar No. 266280)<br>zev.shechtman@saul.com<br>CAROL CHOW (Bar No. 169299)<br>carol.chow@saul.com<br>RYAN F. COY (Bar No. 324939)<br>ryan.coy@saul.com<br>SAUL EWING LLP<br>1888 Century Park East, Suite 1500<br>Los Angeles, California 90067<br>Telephone: (310) 255-6100<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* Alan Gomperts, Daniel Halevy, and Susan Halevy | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>SEATON INVESTMENTS, LLC, *et al.*, -- *Now a dismissed case*<br><br>☐ Affects All Debtors.<br>☐ Affects Seaton Investments, LLC (**Dismissed**)<br>☐ Affects Colyton Investments, LLC (**Dismissed**)<br>☐ Affects Broadway Avenue Investments, LLC<br>☒ Affects SLA Investments, LLC<br>☒ Affects Negev Investments, LLC<br>☒ Affects Alan Gomperts<br>☐ Affects Daniel Halevy<br>☒ Affects Susan Halevy<br><br>Debtor(s) | CASE NO.: 2:24-bk-12079-VZ<br>Jointly Administered with Case Nos.:<br>2:24-bk-12080-VZ; 2:24-bk-12081-VZ; 2:24-bk-12082-VZ;<br>2:24-bk-12091-VZ; 2:24-bk-12074-VZ; 2:24-bk-12075-VZ<br>and 2:24-bk-12076-VZ<br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):<br><br>*Stipulation to Further Continue Hearing on Motion to Authorize Use of Cash Collateral Pursuant to 11 U.S.C. § 363(c)(2)* |

PLEASE TAKE NOTE that the order titled Order Approving Stipulation to Further Continue the Hearing on Motion to Authorize Use of Cash Collateral Pursuant to 11 U.S.C. § 363(c)(2)

was lodged on (*date*) 4/25/2025 and is attached. This order relates to the motion which is docket number 490.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 1    **F 9021-1.2.BK.NOTICE.LODGMENT**

# EXHIBIT A

ZEV SHECHTMAN (Bar No. 266280)
zev.shechtman@saul.com
CAROL CHOW (Bar No. 169299)
carol.chow@saul.com
RYAN F. COY (Bar No. 324939)
ryan.coy@saul.com
SAUL EWING LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: (310) 255-6100

Counsel to Debtors
Alan Gomperts, Daniel Halevy, and
Susan Halevy

## United States Bankruptcy Court

## Central District Of California – Los Angeles Division

| | |
|---|---|
| In re:<br><br>SEATON INVESTMENTS, LLC, *et al.*, -- ***Now a dismissed case***<br><br>Debtors and Debtors in Possession. | Lead Case No. 2:24-bk-12079-VZ<br><br>Jointly Administered with Case Nos.:<br>2:24-bk-12080-VZ; 2:24-bk-12081-VZ;<br>2:24-bk-12082-VZ; 2:24-bk-12091-VZ;<br>2:24-bk-12074-VZ; 2:24-bk-12075-VZ<br>and 2:24-bk-12076-VZ<br><br>Chapter 11 |
| ☐ Affects All Debtors.<br>☐ Affects Seaton Investments, LLC (*Dismissed*)<br>☐ Affects Colyton Investments, LLC (*Dismissed*)<br>☐ Affects Broadway Avenue Investments, LLC<br>☒ Affects SLA Investments, LLC<br>☒ Affects Negev Investments, LLC<br>☒ Affects Alan Gomperts<br>☐ Affects Daniel Halevy<br>☒ Affects Susan Halevy | **ORDER APPROVING STIPULATION TO FURTHER CONTINUE HEARING ON MOTION TO AUTHORIZE USE OF CASH COLLATERAL PURSUANT TO 11 U.S.C. § 363(c)(2)**<br><br><u>Current Hearing</u>:<br>Date: April 1, 2025<br>Time: 11:00 a.m.<br>Crtrm.: 1368<br><br><u>Continued Hearing</u>:<br>Date:   May 6, 2025<br>Time:  11:00 a.m.<br>Crtrm: 1368 |

1

**Exhibit A**

**2**

SLA Investments, LLC ("SLA"), Negev Investments, LLC ("Negev"), Susan Halevy ("Susan" or "Susan Halevy"), and Alan Gomperts ("Alan" or "Alan Gomperts"), debtors and debtors-in-possession (the "Debtors"), Archway Broadway Loan SPE, LLC, successor in interest to Archway Real Estate Income Fund I REIT, LLC, fka Archway Real Estate Income Fund I SPE I, LLC ("Archway"), Wells Fargo Bank National West ("Wells Fargo") as to the 2220 Bagley Ave and 3538 Greenfield Properties, and Harvest Small Business Finance, LLC ("Harvest") (Archway, Wells Fargo and Harvest, collectively, the "Lenders")— in the above-entitled jointly administered chapter 11 bankruptcy cases (the "Bankruptcy Cases"), having submitted their *Stipulation to Further Continue Hearing on Motion to Authorize Use of Cash Collateral Pursuant to 11 U.S.C. § 363(c)(2)* (the "Stipulation") on April 25, 2025, and good cause appearing therefor,

IT IS HEREBY ORDERED that:

1. The Stipulation is approved and incorporated herein. The Court retains jurisdiction to interpret and enforce the Stipulation and this Order.

2. The status conference on the *Motion by Affected Debtors for Entry of an Order Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. § 363(c)(2)* (doc. no. 87) is further continued from April 1, 2025 at 11:00 a.m. to May 6, 2025 at 11:00 a.m. (the "Continued Cash Collateral Status Conference Date").

3. The Debtors' authorization to use cash collateral, including under the Wells Fargo Stipulations, is extended through the Continued Cash Collateral Status Conference Date.

4. All the terms of the Interim Cash Collateral Order (Docket No. 127), including the Lender Rights and Protections, and the Wells Fargo Stipulations, shall remain in full force and

///
///

**Exhibit A**
3

1 | effect and unchanged, except for the extension of the period of authorization to use cash collateral.
2 | ###

3

**Exhibit A**
4

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**Saul Ewing LLP, 1888 Century Park East, Suite 1500, Los Angeles, CA 90067**

A true and correct copy of the foregoing document entitled (*specify*): **Notice of Lodgment of Order in Bankruptcy Case** be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **April 25, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____,  I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____,  I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 25, 2025 | Hannah Richmond | /s/ Hannah Richmond |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

1. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF) (continued)**</u>:

- **Scott R Albrecht**   salbrecht@gsaattorneys.com, jackie.nguyen@sgsattorneys.com
- **Tanya Behnam**   tbehnam@polsinelli.com, tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com
- **Jacquelyn H Choi**   jacquelyn.Choi@rimonlaw.com, docketingsupport@rimonlaw.com
- **Carol Chow**   Carol.Chow@saul.com, hannah.richmond@saul.com;easter.santamaria@saul.com;carol.chow@ecf.courtdrive.com;litigationdocketing@saul.com
- **Robert F Conte**   robert.conte@usdoj.gov, caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov
- **Ryan Coy**   ryan.coy@saul.com, hannah.richmond@saul.com;Shelly.Guise@saul.com;LitigationDocketing@saul.com;ryan.coy@ecf.courtdrive.com
- **Christopher Cramer**   secured@becket-lee.com
- **Christopher Crowell**   ccrowell@hrhlaw.com
- **Turner Falk**   turner.falk@saul.com, tnfalk@recap.email
- **Michael G Fletcher**   mfletcher@frandzel.com, sking@frandzel.com,autodocket@frandzel.com
- **Todd S. Garan**   ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com
- **Richard Girgado**   rgirgado@counsel.lacounty.gov
- **Jacqueline L James**   jjames@hrhlaw.com, gvidales@buchalter.com
- **Kelly L Morrison**   kelly.l.morrison@usdoj.gov
- **Avi Edward Muhtar**   amuhtar@crownandstonelaw.com
- **Bruce D Poltrock**   bpoltrock@frandzel.com, sking@frandzel.com
- **Paige Selina Poupart**   ppoupart@frandzel.com, achase@frandzel.com
- **Lovee D Sarenas**   lovee.sarenas@dinsmore.com, wendy.yones@dinsmore.com
- **Zev Shechtman**   Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com
- **David B Shemano**   dshemano@shemanolaw.com
- **Derrick Talerico**   dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **Garrick Vanderfin**   gvanderfin@polsinelli.com, zyoung@Polsinelli.com;ladocketing@polsinelli.com
- **Gerrick Warrington**   gwarrington@frandzel.com, achase@frandzel.com
- **Jennifer C Wong**   bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*   **F 9013-3.1.PROOF.SERVICE**