ZEV SHECHTMAN (Bar No. 266280)
zev.shechtman@saul.com
CAROL CHOW (Bar No. 169299)
carol.chow@saul.com
RYAN F. COY (Bar No. 324939)
ryan.coy@saul.com
SAUL EWING LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: (310) 255-6100

Counsel to Debtors
Alan Gomperts, Daniel Halevy, and
Susan Halevy

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>SEATON INVESTMENTS, LLC, *et al.*, -- *Now a dismissed case*,<br><br>Debtors and Debtors in Possession. | Lead Case No. 2:24-bk-12079-VZ<br><br>Jointly Administered with Case Nos.: 2:24-bk-12080-VZ; 2:24-bk-12081-VZ; 2:24-bk-12082-VZ; 2:24-bk-12091-VZ; 2:24-bk-12074-VZ; 2:24-bk-12075-VZ and 2:24-bk-12076-VZ<br><br>Chapter 11 |
| ☐ Affects All Debtors.<br>☐ Affects Seaton Investments, LLC (***Dismissed***)<br>☐ Affects Colyton Investments, LLC (***Dismissed***)<br>☐ Affects Broadway Avenue Investments, LLC<br>☐ Affects SLA Investments, LLC<br>☐ Affects Negev Investments, LLC<br>☒ Affects Alan Gomperts<br>☐ Affects Daniel Halevy<br>☐ Affects Susan Halevy | **STIPULATION BETWEEN WELLS FARGO NATIONAL BANK WEST AND ALAN GOMPERTS TO AUTHORIZE FINAL USE OF CASH COLLATERAL**<br><br><u>Current Hearing</u>:<br>Date: May 6, 2025<br>Time: 11:00 a.m.<br>Crtrm.: 1368 |

1

Wells Fargo National Bank West (hereinafter "Creditor"), secured creditor in the above entitled matter, and Debtor, Alan Gomperts ("Debtor," and together with the Creditor, the "Parties"), by and through their respective counsel of record, hereby enter into this stipulation ("Stipulation") concerning the Debtor's use of Creditor's Cash Collateral with respect to the real properties located at 2220 Bagley Ave, Los Angeles, CA 90034 and 3538 Greenfield Avenue, Los Angeles, CA 90034 (the "Subject Properties").

## Recitals

WHEREAS, the Parties have entered into several combined stipulations for continued use of cash collateral, which have required interim hearings and stipulations;

WHEREAS, the Parties previously entered into two stipulations for final use of cash collateral as to each of the Subject Properties, which were filed on December 4, 2024 (the "Greenfield Stipulation," Docket No. 335, and the "Bagley Stipulation," Docket No. 338);

WHEREAS, thereafter, on December 20, 2024, the Court entered orders approving the Greenfield Stipulation and the Bagley Stipulation (Docket Nos. 365, 366), however, the Court modified the proposed orders to only approve the Debtor's cash collateral use "on an interim basis" through the next continued cash collateral hearing date (*compare* Notices of Lodgment at Docket Nos. 336 and 339, *with* Orders entered at Docket Nos. 365 and 366);

WHEREAS, the Parties wish to agree to a final cash collateral use in accordance with the Greenfield Stipulation and Bagley Stipulation and to avoid the unnecessary expense and time of continuing to enter into interim, continued use stipulations; and

WHEREAS, the Parties agree to final cash collateral use as to the Subject Properties as stated in the Greenfield Stipulation and Bagley Stipulation, and they believe that it is in the best interests of the Parties and judicial economy to approve the terms and conditions as detailed in the Greenfield Stipulation and Bagley Stipulation on a final basis.

## STIPULATION

NOW, THEREFORE, IT IS STIPULATED AND AGREED, subject to court approval, as follows:

1. The foregoing recitals are hereby incorporated by reference.

2. The terms and conditions of the Greenfield Stipulation and the Bagley Stipulation are hereby incorporated by reference, as if fully stated herein.

3. The Parties stipulate and agree to authorization to use cash collateral as to the Subject Properties, subject to the same terms and conditions stated in the Greenfield Stipulation and the Bagley Stipulation, on a final basis.

4. The Parties agree that as to the Creditor and the Debtor, the Motion to Use Cash Collateral (Docket No. 87) shall be resolved and any further appearances by the Parties at a related continued hearing should be waived.

IT IS SO STIPULATED.

Dated: May 2, 2025                    SAUL EWING LLP

                                      By: _____
                                          Zev Shechtman
                                          Ryan Coy
                                          Attorneys for Debtor, Alan Gomperts

Dated: May ___, 2025                  ALDRIDGE PITE, LLP


                                      By: _____
                                          Todd S. Garan
                                          Attorneys for Creditor, Wells Fargo National Bank West

3

2. The terms and conditions of the Greenfield Stipulation and the Bagley Stipulation are hereby incorporated by reference, as if fully stated herein.

3. The Parties stipulate and agree to authorization to use cash collateral as to the Subject Properties, subject to the same terms and conditions stated in the Greenfield Stipulation and the Bagley Stipulation, on a final basis.

4. The Parties agree that as to the Creditor and the Debtor, the Motion to Use Cash Collateral (Docket No. 87) shall be resolved and any further appearances by the Parties at a related continued hearing should be waived.

IT IS SO STIPULATED.

Dated: May __, 2025         SAUL EWING LLP


By: _____
    Zev Shechtman
    Ryan Coy
    Attorneys for Debtor, Alan Gomperts


Dated: May 2, 2025          ALDRIDGE PITE, LLP


By: _____
    Todd S. Garan
    Attorneys for Creditor, Wells Fargo National Bank West

3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**Saul Ewing LLP, 1888 Century Park East, Suite 1500, Los Angeles, CA 90067**

A true and correct copy of the foregoing document entitled (*specify*): **Stipulation Between Wells Fargo National Bank West and Alan Gomperts to Authorize Final Use of Cash Collateral** be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **May 2, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____,  I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____,  I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 2, 2025 | Hannah Richmond | /s/ Hannah Richmond |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    F 9013-3.1.PROOF.SERVICE

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF) (continued)**:

- **Scott R Albrecht**   salbrecht@gsaattorneys.com, jackie.nguyen@sgsattorneys.com
- **Tanya Behnam**   tbehnam@polsinelli.com, tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com
- **Jacquelyn H Choi**   jacquelyn.Choi@rimonlaw.com, docketingsupport@rimonlaw.com
- **Carol Chow**   Carol.Chow@saul.com, hannah.richmond@saul.com;easter.santamaria@saul.com;carol.chow@ecf.courtdrive.com;litigationdocketing@saul.com
- **Robert F Conte**   robert.conte@usdoj.gov, caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov
- **Ryan Coy**   ryan.coy@saul.com, hannah.richmond@saul.com;Shelly.Guise@saul.com;LitigationDocketing@saul.com;ryan.coy@ecf.courtdrive.com
- **Christopher Cramer**   secured@becket-lee.com
- **Christopher Crowell**   ccrowell@hrhlaw.com
- **Turner Falk**   turner.falk@saul.com, tnfalk@recap.email
- **Michael G Fletcher**   mfletcher@frandzel.com, sking@frandzel.com,autodocket@frandzel.com
- **Todd S. Garan**   ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com
- **Richard Girgado**   rgirgado@counsel.lacounty.gov
- **Jacqueline L James**   jjames@buchalter.com, gvidales@buchalter.com
- **Kelly L Morrison**   kelly.l.morrison@usdoj.gov
- **Avi Edward Muhtar**   amuhtar@crownandstonelaw.com
- **Bruce D Poltrock**   bpoltrock@frandzel.com, sking@frandzel.com
- **Paige Selina Poupart**   ppoupart@frandzel.com, achase@frandzel.com
- **Lovee D Sarenas**   lovee.sarenas@dinsmore.com, wendy.yones@dinsmore.com
- **Zev Shechtman**   Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com
- **David B Shemano**   dshemano@shemanolaw.com
- **Derrick Talerico**   dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **Garrick Vanderfin**   gvanderfin@polsinelli.com, zyoung@Polsinelli.com;ladocketing@polsinelli.com
- **Gerrick Warrington**   gwarrington@frandzel.com, achase@frandzel.com
- **Jennifer C Wong**   bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                **F 9013-3.1.PROOF.SERVICE**