**Alan Gomperts**
**Income and Expense Reconcilaiton**

**Income**

| | | |
|---|---|---:|
| Total income | Line d. of Part 8 | 43,460.34 |
| Payroll deductions | Line e. of Part 9 | (5,802.92) |
| Total Receipts | Line b. of part 1 | **37,657.42** |
| | | |
| Total Deposits in Wells Fargo account ending -3107 | | 81,818.57 |
| Reimbursed Expenses from agron, inc. (Employer) | | (44,161.15) |
| Net Deposits | | **37,657.42** |

**Expenses**

| | | |
|---|---|---:|
| Total Expenses | Line i. of Part 8 | 88,861.07 |
| Payroll deductions | | 5,802.92 |
| Total disbursements | Line c. of part 1 | **83,058.15** |
| | | |
| Total withdrawals in Wells Fargo account ending -3107 | | 83,058.15 |
| | | |
| agron, inc Expenses | | (44,161.15) |
| Total Agron Expenses | | **(44,161.15)** |
| | | |
| Net Disbursements | | **38,897.00** |