**Alan Gomperts**
**Part 8 Expenses**

| Date | Amount | Payee | Description |
|---|---|---|---|
| 4/1/2025 | (140.00) | BILL PAY Jun Ho. Choi ON-LINE No Account Number ON 04-01 | Personal Living - Pool Man |
| 4/1/2025 | (320.00) | ZELLE TO MONICA ON 04/01 REF #RP0YP2KPLN | Personal Living - SAT Tuition |
| 4/2/2025 | (28.45) | MACYS ONLINE PMT 250401 611658843946617 SHARON HALEVY | Personal Living - Clothes |
| 4/4/2025 | (566.04) | BLOOMINGDALES ONLINE PMT 250403 631642819467146 SHARON HALEVY | Personal Living - Clothes |
| 4/4/2025 | (989.13) | CITI CARD ONLINE PAYMENT 250403 421642822024689 SHARON HALEVY | Personal Living - Credit Card |
| 4/4/2025 | (2,771.81) | CHASE CREDIT CRD EPAY 250403 8279455129 SHARON HALEVY | Personal Living - Credit Card |
| 4/4/2025 | (125.00) | ZELLE TO HERNANDEZ CIRO ON 04/03 REF #PP0YPBC2TS | Personal Living - Gardener |
| 4/4/2025 | (161.58) | BILL PAY NORTHWESTERN MUTUAL LIFE INSURAN ON-LINE xxxx4520 ON 04-04 | Personal Living - Life Insurance |
| 4/4/2025 | (5,208.33) | BILL PAY WELLS FARGO Oakhurst ON-LINE 0512091XXX ON 04-04 | Personal Living - Mortgage |
| 4/7/2025 | (0.45) | PSVJ JPMC FEE 250404 0373854 ALAN *GOMPERTS | Personal Living - Gas bill |
| 4/7/2025 | (40.33) | SO CAL GAS PAID SCGC 250404 1291016484 301601474280926347 | Personal Living - Gas bill |
| 4/8/2025 | (1,899.58) | CITI CARD ONLINE PAYMENT 250407 431647222519538 SHARON HALEVY | Personal Living - Credit Card |
| 4/24/2025 | (15,698.86) | AMERICAN EXPRESS ACH PMT 250424 W8774 ALAN GOMPERTS | Personal Living - Credit Card |
| 4/25/2025 | (718.66) | BILL PAY WELLS FARGO AUTO ON-LINE xxxxx6254 ON 04-25 | Personal Living - Car Payment |
| 4/28/2025 | (1,000.00) | ZELLE TO GOMPERTS GABRIELLE ON 04/28 REF #RP0YRP5S6H | Personal Living - College expenses |
| 4/29/2025 | (314.18) | MACYS ONLINE PMT 250428 611682648039103 SHARON HALEVY | Personal Living - Clothes |

**Living Expenses**
**Line g. of Part 8** **(29,982.40)**

| Date | Amount | Payee | Description |
|---|---|---|---|
| 4/1/2025 | (75.00) | BILL PAY Nicandro Barba ON-LINE No Account Number ON 04-01 | Gardener Bagely |
| 4/1/2025 | (90.00) | BILL PAY 4 SEASON POOL SE ON-LINE No Account Number ON 04-01 | Pool Man - Bagley Ave |
| 4/4/2025 | (155.00) | ZELLE TO GABRIEL ADULFO ON 04/03 REF #PP0YPBC27P | Gardener Canfield and Greenfield |
| 4/4/2025 | (4,003.21) | BILL PAY WELLS FARGO Bagley ON-LINE 0512092XXX ON 04-04 | Mortgage - Bagley |
| 4/4/2025 | (2,050.07) | BILL PAY WELLS FARGO Canfield ON-LINE 0502483XXX ON 04-04 | Mortgage - Canfield |
| 4/4/2025 | (1,625.27) | BILL PAY WFHM - Greenfield ON-LINE 0320648XXX ON 04-04 | Mortgage - Greenfield |
| 4/7/2025 | (93.15) | LA HOUSINGONLINE LAHSGONLIN 250404 0373790 ALAN *GOMPERTS | LA Rental housing fees |
| 4/7/2025 | (200.00) | ZELLE TO MONTES JOSE ON 04/06 REF #RP0YPKTZN3 | Repairs - Canfield |
| 4/22/2025 | (622.90) | QUARTERLY FEE PAYMENT 250421 6QT875INSH1 ALAN GOMPERTS | US Trustee Payment |

**All Other Expenses**
**Line h. of Part 8** **(8,914.60)** **Expenses on Rental Properties**