| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Derrick Talerico (SBN 223763)<br>David B. Zolkin (SBN 155410)<br>WEINTRAUB ZOLKIN TALERICO & SELTH LLP<br>11766 Wilshire Blvd., Suite 730<br>Los Angeles, CA 90025<br>Telephone:  424-500-8552<br>Email:  dtalerico@wztslaw.com<br>          dzolkin@wztslaw.com<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* Corporate Debtors | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>SEATON INVESTMENTS, LLC,<br><br>                              Debtor.<br>_____<br><br>___ Affects all Debtors.<br>___ Affects Seaton Investments, LLC *(Dismissed)*<br>___ Affects Colyton Investments, LLC *(Dismissed)*<br>___ Affects Broadway Avenue Investments, LLC<br> X  Affects SLA Investments, LLC<br>___ Affects Negev Investments, LLC<br>___ Affects Susan Halevy<br>___ Affects Daniel Halevy<br>___ Affects Alan Gomperts<br><br>                              Debtor(s) | CASE NO.: 2:24-bk-12079-VZ<br><br>Jointly Administered with Case Nos.<br>    2:24-bk-12080-VZ<br>    2:24-bk-12081-VZ<br>    2:24-bk-12082-VZ<br>    2:24-bk-12091-VZ<br>    2:24-bk-12076-VZ<br>    2:24-bk-12075-VZ<br>    2:24-bk-12074-VZ<br><br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):<br>**Stipulation Between SLA Investments, LLC and Harvest Small Business Finance, LLC to Authorize Final Use of Cash Collateral Pursuant to 11 U.S.C. Section 363(c)(2)** |

PLEASE TAKE NOTE that the order titled <u>ORDER APPROVING STIPULATION TO AUTHORIZE FINAL USE OF CASH COLLATERAL PURSUANT TO 11 U.S.C. § 363(c)(2)</u>

was lodged on (*date*) <u>May 23, 2025</u> and is attached.  This order relates to the motion which is docket number <u>510</u>.

---

[1]  Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                    Page 1                                    **F 9021-1.2.BK.NOTICE.LODGMENT**

Derrick Talerico (State Bar No. 223763)
dtalerico@wztslaw.com
Paige T. Rolfe (State Bar No. 331096)
prolfe@wztslaw.com
WEINTRAUB ZOLKIN
TALERICO & SELTH LLP
11766 Wilshire Boulevard, Suite 730
Los Angeles, CA 90025
Telephone: (424) 500-8552

Counsel to Debtors Broadway Avenue
Investments, LLC, SLA Investments, LLC,
and Negev Investments, LLC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>SEATON INVESTMENTS, LLC, *et al.*, -- ***Now a dismissed case***<br><br>           Debtors and Debtors in Possession. | Lead Case No. 2:24-bk-12079-VZ<br><br>Jointly Administered with Case Nos.:<br>2:24-bk-12080-VZ; 2:24-bk-12081-VZ;<br>2:24-bk-12082-VZ; 2:24-bk-12091-VZ;<br>2:24-bk-12074-VZ; 2:24-bk-12075-VZ<br>and 2:24-bk-12076-VZ<br><br>Chapter 11 |
| ☐ Affects All Debtors.<br>☐ Affects Seaton Investments, LLC (***Dismissed***)<br>☐ Affects Colyton Investments, LLC (***Dismissed***)<br>☐ Affects Broadway Avenue Investments, LLC<br>☒ Affects SLA Investments, LLC<br>☐ Affects Negev Investments, LLC<br>☐ Affects Alan Gomperts<br>☐ Affects Daniel Halevy<br>☐ Affects Susan Halevy | **ORDER APPROVING STIPULATION TO AUTHORIZE FINAL USE OF CASH COLLATERAL PURSUANT TO 11 U.S.C. § 363(c)(2)**<br><br>[No Hearing Required] |

1

The Court considered the Stipulation between SLA Investments, LLC and Harvest Small Business Finance, LLC to Authorize Final Use of Cash Collateral (the "<u>Stipulation</u>") submitted by Debtor SLA Investments, LLC ("<u>SLA</u>" or the "<u>Debtor</u>") and Harvest Small Business Finance, LLC ("<u>Harvest</u>," and together with SLA, the "<u>Parties</u>"), and good cause appearing therefor,

IT IS ORDERED that:

1. The Stipulation is approved and incorporated herein. The Court retains jurisdiction to interpret and enforce the Stipulation and this Order.

2. The Debtor's authorization to use cash collateral, as set forth in the Stipulation, is approved on a final basis, *nunc pro tunc* from May 6, 2025.

3. The Motion to Use Cash Collateral (the "Motion") (Docket No. 87) is considered resolved as to the Parties and the appearances of the Parties at any continued hearings on the Motion are waived.

###

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

   11766 Wilshire Blvd, Suite 730, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) May 23, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See attached NEF service list

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Pursuant to General Order 23-01, LBR 5005-2(d) continues to be temporarily suspended except for documents over 25 pages, including exhibits.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 23, 2025 | Martha E. Araki | /s/ Martha E. Araki |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.BK.NOTICE.LODGMENT**

Seaton Investments, LLC – Jointly Administered

**1**. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

- <u>Attorneys for Corporate Debtors Broadway Avenue Investments, LLC, Negev Investments, LLC, SLA Investments, LCC.</u>:  **Derrick Talerico**:  dtalerico@wztslaw.com; maraki@wztslaw.com; sfritz@wztslaw.com; admin@wztslaw.com
- <u>Attorneys for Individual Debtors Alan Gomperts, Daniel Halevy, Susan Haley</u>:  **Zev Shechtman, Carol Chow, Turner Falk, Ryan Coy**:  zev.shechtman@saul.com; zshechtman@ecf.inforuptcy.com; carol.chow@saul.com; easter.santamaria@saul.com; turner.falk@saul.com; ryan.coy@saul.com
- <u>Attorneys for Creditor First Foundation Bank</u>:  **Scott R Albrecht**:  scott.albrecht@sgsattorneys.com; jackie.nguyen@sgsattorneys.com
- <u>Attorneys for Creditor Korth Direct Mortgage, Inc.</u>:  **Garrick Vanderfin**:  gvanderfin@polsinelli.com, ladocketing@polsinelli.com; zyoung@polsinelli.com
- <u>Attorneys for Creditor Los Angeles County Treasurer and Tax Collector</u>:  **Jacquelyn H Choi**:  jacquelyn.choi@rimonlaw.com; docketingsupport@rimonlaw.com
- <u>Attorneys for Creditor United States of America on behalf of the Internal Revenue Service</u>:  **Robert F Conte**:  robert.conte@usdoj.gov; caseview.ecf@usdoj.gov; usacac.tax@usdoj.gov
- <u>Courtesy NEF/Interested Party</u>:  **Christopher Cramer**:  secured@becket-lee.com
- <u>Attorneys for Creditor Harvest Small Business Finance, LLC</u>:  **Christopher Crowell**:  ccrowell@hrhlaw.com
- <u>Attorneys for Creditors Archway Real Estate Income Fund I SPE I, LLC, Archway Broadway Loan SPE, LLC, fka Archway Real Estate Income Fund I REIT, LLC, Archway Real Estate Income Fund, and Plaintiff Archway Broadway Loan SPE, LLC</u>:  **Michael G. Fletcher, Bruce D. Poltrock, Paige Selina Poupart, Gerrick Warrington**:  mfletcher@frandzel.com; ppoupart@franddzel.com; gwarrington@frandzel.com; bpoltrock@frandzel.com; sking@frandzel.com; achase@frandzel.com
- <u>Attorneys for Creditor Wells Fargo National Bank West</u>:  **Todd S Garan**:  ch11ecf@aldridgepite.com; TSG@ecf.inforuptcy.com; tgaran@aldridgepite.com
- <u>Attorneys for Creditor Los Angeles County Treasurer and Tax Collector</u>:  **Richard Girgado**:  rgirgado@counsel.lacounty.gov
- <u>Attorneys for Creditor Harvest Small Business Finance, LLC</u>:  **Jacqueline L James**:  jjames@buchalter.com; gvidales@buchalter.com
- <u>Courtesy NEF/Interested Party Avi Muhtar</u>:  **Avi Edward Muhtar**:  amuhtar@crownandstonelaw.com
- <u>Attorneys for Creditor UrbanLime Real Estate</u>:  **Lovee D Sarenas**:  lovee.sarenas@dinsmore.com; wendy.yones@dinsmore.com
- <u>Attorneys for Creditor AIRE Ancient Baths Los Angeles, LLC</u>:  **David B Shemano**:  dshemano@shemanolaw.com
- <u>Attorneys for Creditor Wells Fargo Bank, N.A.</u>:  **Jennifer C Wong**:  bknotice@mccartyholthus.com; jwong@ecf.courtdrive.com
- <u>US Trustee's Office</u>:  ustpregion16.la.ecf@usdoj.gov; **Kelly L. Morrison**:  Kelly.l.morrison@usdoj.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 3    **F 9021-1.2.BK.NOTICE.LODGMENT**