

# Wells Fargo Prime Checking

May 31, 2025
Page 1 of 6

**Questions? Please contact us:**

Available 24 hours a day, 7 days a week
We accept all relay calls, including 711
Phone: **1-800-TO-WELLS** (1-800-869-3557)
En español: 1-877-727-2932

Online: wellsfargo.com

Write: Wells Fargo Bank, N.A.
P.O. Box 6995
Portland, OR 97228-6995

ALAN D GOMPERTS
SHARON HALEVY
DEBTOR IN POSSESSION
CH11 CASE #24-12074 (CCA)
264 S OAKHURST DR
BEVERLY HILLS CA 90212-3504

## Accounts linked to your Wells Fargo Prime Checking account:

### Bank Deposit Account(s)

| Account (Account Number) | | $ Balance |
|---|---|---:|
| Wells Fargo Prime Checking | 3107) - **Your primary account** | 191,821.23 |

**Your Qualification Balance this month:** $191,821.23

*Accounts linked in Summary will be provided a separate statement.*

RSNIP-05202026-7364133.1.1



Important Account Information

(A) If your Prime Checking account is closed or converted to another checking product, all linked accounts are delinked from the Prime Checking account and effective immediately, your Prime Checking relationship benefits no longer apply, including associated benefits to your now delinked accounts. You'll no longer receive discounts, options to avoid fees on other products or services, or the Relationship Interest Rate. Your delinked accounts will revert to the Bank's current applicable interest rate or fee at that time. For Certificates of Deposit (CDs), this change will occur at renewal. (B) If you or we delink an account from your Prime Checking account, but other accounts remain linked, the loss of all benefits and the other consequences described above in (A) will immediately apply to the delinked account. Benefits available to your Prime Checking account and any remaining linked accounts will continue.

Important Account Information

The balances within the "Accounts linked to your Wells Fargo Prime Checking account" section of your statement may not match your statement of record for investment products due to differences in statement periods between this statement and the statement for your investment products. This section shows balance information from (1) consumer bank deposit accounts, bank fiduciary and custody accounts, (2) investment accounts with Wells Fargo Advisors, which is a trade name used by Wells Fargo Clearing Services, LLC, and Wells Fargo Advisors Financial Network, LLC, Members SIPC, registered broker-dealers and separate non-bank affiliates of Wells Fargo & Company.

Investment and Insurance Products are:
- Not Insured by the FDIC or Any Federal Government Agency
- Not a Deposit or Other Obligation of, or Guaranteed by, the Bank or Any Bank Affiliate
- Subject to Investment Risks, Including Possible Loss of the Principal Amount Invested
Deposit products offered by Wells Fargo Bank, N.A. Member FDIC.
RSNIP-07092026-7513140.1.1

Other Wells Fargo Benefits

Fraud and scam tips to help keep your money safe: Check fraud and government impersonator scams

Quickly spot check fraud and scams:
- Review check images after they've cleared to look for any changes. If something doesn't look right, report it right away.
- Verify your recipient received the money.
- Set up Alerts in the Wells Fargo Mobile® app* or online banking to be notified when a check clears.
- Be wary if someone sends you a check and asks you to send money back. That's likely a scam.

Government impersonation scams are on the rise.
Scammers impersonate government agencies to get at your money or personal information.

What to know:
- A government agency will never ask you to move your money, even to a "protected account."
- Keep your Social Security and Medicare numbers secure and never share them.
- If you have a real tax issue, the IRS will contact you through the U.S. Mail prior to calling you. If you get an unexpected call from the IRS, hang up right away, even if the caller already has your Social Security number.
- If someone asks you to move your money to another account for any reason, it's probably a scam.

*Sign-up may be required. Availability may be affected by your mobile carrier's coverage area. Your mobile carrier's message and data rates may apply.



May 31, 2025 ■ Page 3 of 6

# Wells Fargo Prime Checking

This is your primary checking account

### Statement period activity summary

| | |
|---|---|
| Balance on 5/1 | 237,484.82 |
| Deposits/Additions | 110,618.59 |
| Withdrawals/Subtractions | - 156,282.18 |
| **Balance on 5/31** | **$191,821.23** |

Account number:    3107  (primary account)
ALAN D GOMPERTS
SHARON HALEVY
DEBTOR IN POSSESSION
CH11 CASE #24-12074 (CCA)

Wells Fargo Bank, N.A.  (Member FDIC)
CALIFORNIA   account terms and conditions apply

Questions about your account:   1-800-869-3557

### Interest summary

| | |
|---|---|
| Interest paid this statement | $1.66 |
| Interest earned this statement period | $1.66 |
| Average collected balance | $194,959.03 |
| Annual percentage yield earned | 0.01% |
| Interest paid this year | $10.28 |

## Transaction history

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| 5/1 | Klm Royal D2577 EDI Paymnt May 01    2280 Ref*TN*0745802280*93774840101193774840101\ | | 292.62 | | |
| 5/1 | Bill Pay Nicandro Barba On-Line No Account Number On 05-01 | | | 75.00 | |
| 5/1 | Bill Pay 4 Season Pool SE On-Line No Account Number On 05-01 | | | 90.00 | |
| 5/1 | Bill Pay Jun Ho. Choi On-Line No Account Number On 05-01 | | | 140.00 | |
| 5/1 | Zelle to Gabriel Adulfo On 05/01 Ref #Pp0Ys2Qqyd | | | 155.00 | |
| 5/1 | Zelle to Hernandez Ciro On 05/01 Ref #Pp0Ys2Qtsl | | | 125.00 | 237,192.44 |
| 5/2 | Bloomingdales Online Pmt 250501    0132 Sharon Halevy | | | 788.19 | 236,404.25 |
| 5/5 | Mobile Deposit : Ref Number :310040218601 | | 7,200.00 | | |
| 5/5 | Zelle From Ericka Ochoa On 05/05 Ref # Jpm99B7D3Niy May Rent | | 2,000.00 | | |
| 5/5 | Bill Pay WFHM - Greenfield On-Line 0320648Xxx On 05-05 | | | 1,625.27 | |
| 5/5 | Bill Pay Wells Fargo Canfield On-Line 0502483Xxx On 05-05 | | | 2,050.07 | |
| 5/5 | Bill Pay Wells Fargo Bagley On-Line 0512092Xxx On 05-05 | | | 4,003.21 | |
| 5/5 | Bill Pay Wells Fargo Oakhurst On-Line 0512091Xxx On 05-05 | | | 5,208.33 | |
| 5/5 | Chase Credit Crd Epay 250502    2038 Sharon Halevy | | | 2,526.35 | |
| 5/5 | Citi Card Online Payment 250502    2871 Sharon Halevy | | | 2,554.51 | |
| 5/5 | Tads Tuition Aid Tads Pmnt 050225    2156 Alan Gomperts | | | 49,948.01 | 177,688.50 |
| 5/6 | Zelle From Adam Spencer Willmouth On 05/06 Ref # Usbltbxntcfc Rent | | 2,875.00 | | |
| 5/6 | Bill Pay Northwestern Mutual Life Insuran On-Line Xxxx4520 On 05-06 | | | 161.58 | |
| 5/6 | So Cal Gas Paid Scgc 250505    6484 3    8641 | | | 49.46 | 180,352.46 |
| 5/7 | Zelle From Halevy Hoops LLC On 05/07 Ref # Jpm99B7Mq560 | | 100.00 | | |
| 5/7 | Cash eWithdrawal IN Branch 05/07/2025 14:39 Pm 9354 Wilshire Blvd Beverly Hills CA 0874 | | | 2,000.00 | 178,452.46 |
| 5/8 | Agron Inc PC Clear Alagom1 Alan Gomperts | | 72,383.89 | | |
| 5/8 | Zelle to Gabriel Adulfo On 05/08 Ref #Pp0Yssm7Y3 | | | 280.00 | |
| 5/8 | Citi Card Online Payment 250507    6796 Sharon Halevy | | | 868.55 | 249,687.80 |
| 5/9 | Chase Credit Crd Epay 250508    2140 Sharon Halevy | | | 28,373.77 | 221,314.03 |
| 5/12 | American Express ACH Pmt 250512 W0686 Alan Gomperts | | | 44,010.12 | 177,303.91 |

=> **Wells Fargo Prime Checking (continued)**

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| 5/15 | Agron Inc Payroll 11996200001414X Gomperts, Alan D | | 10,015.21 | | |
| 5/15 | Yu Tuition 2 Purchase 250515 | 184 Alan Gomperts | | 2,360.00 | 184,959.12 |
| 5/19 | American Express ACH Pmt 250519 W6694 Alan Gomperts | | | 7,964.18 | 176,994.94 |
| 5/20 | M Bensoussan Jos Payments 250520 Alan D Gomperts | 4725 | 2,000.00 | | |
| 5/20 | Mobile Deposit : Ref Number :417200422188 | | 180.00 | | |
| 5/20 < | Business to Business ACH Debit - Quarterly Fee Payment 250519 0000 Alan Gomperts | | | 0.10 | 179,174.84 |
| 5/21 | Zelle From Fandango Ticket Fee Settlement On 05/21 Ref # Bmoq000Rlzok Your Fandango Ticket Fee Settlement Paymen | | 5.00 | | 179,179.84 |
| 5/22 | Mobile Deposit : Ref Number :916220082779 | | 3,550.00 | | 182,729.84 |
| 5/28 | Bill Pay Wells Fargo Auto On-Line Xxxxxx6254 On 05-28 | | | 718.66 | 182,011.18 |
| 5/29 | Macys Online Pmt 250528 | 0739 Sharon Halevy | | 206.82 | 181,804.36 |
| 5/30 | Agron Inc Payroll 12149400005144X Gomperts, Alan D | | 10,015.21 | | |
| 5/30 | Interest Payment | | 1.66 | | 191,821.23 |
| **Totals** | | | **$110,618.59** | **$156,282.18** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

---

**Important Account Information**

Effective June 4, 2025, we are updating the following sections of the "Availability of Funds Policy" in our Deposit Account Agreement:
The "Longer delays may apply" section is deleted and replaced with the following:
In some cases, we will not make the first $400 of a business day's check deposits available to you on the day we receive the deposits. Further, in some cases, we will not make all the funds that you deposit by check available to you on the first business day after the day of your deposit.
Depending on the type of check that you deposit, funds may not be available until the second business day after the day of your deposit. The first $275 of your deposit, however, may be available on the first business day after the day of your deposit.
Except as otherwise explained in this paragraph, if we are not going to make all funds from your deposit available on the business day of deposit or the first business day after the day of deposit, we will notify you at the time you make your deposit. We will also tell you when the funds will be available. If your deposit is not made directly to a Wells Fargo employee, or if we decide to take this action after you have left the premises, we will mail you the notice by the first business day after we receive your deposit.
If you need the funds from a deposit right away, you should ask us when the funds will be available.
In addition, funds you deposit by check may be delayed for a longer period under the following circumstances:
- We believe a check you deposit will not be paid
- You deposit checks totaling more than $6,725 on any one day
- You redeposit a check that has been returned unpaid
- You have overdrawn your account repeatedly in the last six months
- There is an emergency, such as failure of computer or communications equipment
We will notify you if we delay your ability to withdraw funds for any of these reasons, and we will tell you when the funds will be available. The funds will generally be available no later than the seventh business day after the day of your deposit.
The "Special rules for new accounts" section is deleted and replaced with the following:
If you are a new customer, the following special rules apply during the first 30 days your account is open. Incoming wire transfers, electronic direct deposits, and cash deposited at a teller window and at a Wells Fargo ATM will be available on the day we receive the deposit. Funds from your check deposits will be available on the business day



May 31, 2025
Page 5 of 6

=>   Wells Fargo Prime Checking (continued)

after the day we receive the deposits; no funds from a business day's check deposits are available on the day we receive the deposits.
If we delay the availability of your deposit the following special rules may apply:
- The first $6,725 of a day's total deposits of cashier's, certified, teller's, traveler's, and federal, state, and local government checks, and U.S. Postal Service money orders made payable to you will be available on the first business day after the day of your deposit, if your deposit meets certain conditions. For example, the checks must be payable to you. If your deposit of these checks (other than U.S. Treasury checks) is not made in person to one of our employees, the first $6,725 may not be available until the second business day after the day of your deposit.
- The excess over $6,725 and funds from all other check deposits will be available no later than the seventh business day after the day of your deposit. The first $275 of a day's total deposit of funds from all other check deposits, however, may be available on the first business day after the day of your deposit.
We will notify you if we delay your ability to withdraw funds and we will tell you when the funds will be available.

―――――――――

Important Account Information

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

―――――――――

Important Account Information

The Wells Fargo Prime Checking account has a $25 monthly service fee which can be avoided each fee period with $20,000 or more in statement-ending qualifying linked (a) consumer bank deposit account balances (checking, savings, time accounts (CDs), FDIC-insured IRAs) and (b) investment account balances (investments available through our brokerage affiliate Wells Fargo Advisors*,**, and applicable bank fiduciary and custody accounts.) Refer to the Wells Fargo Bank Consumer Account Fee and Information Schedule at wellsfargo.com/online-banking/consumer-account-fees/ for further information about the Prime Checking account and applicable bank fees.

*Investment products and services are offered through Wells Fargo Advisors. Wells Fargo Advisors is a trade name used by Wells Fargo Clearing Services, LLC (WFCS) and Wells Fargo Advisors Financial Network, LLC, Members SIPC, separate registered broker-dealers and non-bank affiliates of Wells Fargo & Company.
**Certain investments or investment accounts are not eligible for linking.

Investment and Insurance Products are:
- Not Insured by the FDIC or Any Federal Government Agency
- Not a Deposit or Other Obligation of, or Guaranteed by, the Bank or Any Bank Affiliate
- Subject to Investment Risks, Including Possible Loss of the Principal Amount Invested
Deposit products offered by Wells Fargo Bank, N.A. Member FDIC.
RSNIP-07092026-7513649.1.1



## Important Information You Should Know

■ To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts:

Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ If your account has a negative balance:

Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

■ In case of errors or questions about your electronic transfers:

Telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

■ In case of errors or questions about other transactions (that are not electronic transfers):

Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

■ To download and print an Account Balance Calculation Worksheet (PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

Deposit and credit products offered by Wells Fargo Bank, N.A., Member FDIC.
©2021 Wells Fargo Bank, N.A., All rights reserved. NMLSR ID 399801

