**Alan Gomperts**
**Income and Expense Reconciliaton**

### Income

| | | |
|---|---|---:|
| Total income | Line d. of Part 8 | 44,037.62 |
| Payroll deductions | Line e. of Part 9 | (5,802.92) |
| Total Receipts | Line b. of part 1 | **38,234.70** |
| | | |
| Total Deposits in Wells Fargo account ending -3107 | | 110,618.59 |
| Reimbursed Expenses from agron, inc. (Employer) | | (72,383.89) |
| Net Deposits | | **38,234.70** |

### Expenses

| | | |
|---|---|---:|
| Total Expenses | Line i. of Part 8 | 89,701.21 |
| Payroll deductions | | 5,802.92 |
| Total disbursements | Line c. of part 1 | **83,898.29** |
| | | |
| Total withdrawals in Wells Fargo account ending -3107 | | 156,282.18 |
| | | |
| agron, inc Expenses | | (72,383.89) |
| Total Agron Expenses | | **(72,383.89)** |
| | | |
| Net Disbursements | | **83,898.29** |