**Alan Gomperts**
**Part 8 Expenses**

| Date | Amount | Payee | Description |
|---|---|---|---|
| 5/1/2025 | (125.00) | ZELLE TO HERNANDEZ CIRO ON 05/01 REF #PP0YS2QTSL | Personal Living - Gardener |
| 5/1/2025 | (140.00) | BILL PAY Jun Ho. Choi ON-LINE No Account Number ON 05-01 | Personal Living - Pool Man |
| 5/2/2025 | (788.19) | BLOOMINGDALES ONLINE PMT 250501 611684308160132 SHARON HALEVY | Personal Living - Clothes |
| 5/5/2025 | (2,526.35) | CHASE CREDIT CRD EPAY 250502 8355242038 SHARON HALEVY | Personal Living - Credit Card |
| 5/5/2025 | (2,554.51) | CITI CARD ONLINE PAYMENT 250502 421679352542871 SHARON HALEVY | Personal Living - Credit Card |
| 5/5/2025 | (5,208.33) | BILL PAY WELLS FARGO Oakhurst ON-LINE 0512091XXX ON 05-05 | Personal Living - Mortgage |
| 5/5/2025 | (49,948.01) | TADS TUITION AID TADS PMNT 050225 13862156 ALAN GOMPERTS | Personal Living - School Tuition |
| 5/6/2025 | (49.46) | SO CAL GAS PAID SCGC 250505 1291016484 301601474282388641 | Personal Living - Gas bill |
| 5/6/2025 | (161.58) | BILL PAY NORTHWESTERN MUTUAL LIFE INSURAN ON-LINE xxxx4520 ON 05-06 | Personal Living - Life Insurance |
| 5/7/2025 | (2,000.00) | Cash eWithdrawal in Branch 05/07/2025 14:39 PM 9354 WILSHIRE BLVD BEVERLY HILLS CA | Personal Living - Cash Expenses |
| 5/8/2025 | (868.55) | CITI CARD ONLINE PAYMENT 250507 421679337546796 SHARON HALEVY | Personal Living - Credit Card |
| 5/15/2025 | (2,360.00) | YU TUITION 2 PURCHASE 250515 144184 ALAN GOMPERTS | Personal Living - College Tuition |
| 5/19/2025 | (7,964.18) | AMERICAN EXPRESS ACH PMT 250519 W6694 ALAN GOMPERTS | Personal Living - Credit Card |
| 5/28/2025 | (718.66) | BILL PAY WELLS FARGO AUTO ON-LINE xxxxxx6254 ON 05-28 | Personal Living - Car Payment |
| 5/29/2025 | (206.82) | MACYS ONLINE PMT 250528 611708483410739 SHARON HALEVY | Personal Living - Clothes |

**Living Expenses**
**Line g. of Part 8**    **(75,619.64)**

| Date | Amount | Payee | Description |
|---|---|---|---|
| 5/1/2025 | (75.00) | BILL PAY Nicandro Barba ON-LINE No Account Number ON 05-01 | Gardener Bagely |
| 5/1/2025 | (155.00) | ZELLE TO GABRIEL ADULFO ON 05/01 REF #PP0YS2QQYD | Gardener Canfield and Greenfield |
| 5/1/2025 | (90.00) | BILL PAY 4 SEASON POOL SE ON-LINE No Account Number ON 05-01 | Pool Man - Bagley Ave |
| 5/5/2025 | (4,003.21) | BILL PAY WELLS FARGO Bagley ON-LINE 0512092XXX ON 05-05 | Mortgage - Bagley |
| 5/5/2025 | (2,050.07) | BILL PAY WELLS FARGO Canfield ON-LINE 0502483XXX ON 05-05 | Mortgage - Canfield |
| 5/5/2025 | (1,625.27) | BILL PAY WFHM - Greenfield ON-LINE 0320648XXX ON 05-05 | Mortgage - Greenfield |
| 5/8/2025 | (280.00) | ZELLE TO GABRIEL ADULFO ON 05/08 REF #PP0YSSM7Y3 | Gardener Greenfield |
| 5/20/2025 | (0.10) | BUSINESS TO BUSINESS ACH QUARTERLY FEE PAYMENT 250519 0000 ALAN GOMPERTS | US Trustee Payment |

**All Other Expenses**
**Line h. of Part 8**    **(8,278.65)**    Expenses on Rental Properties

**(83,898.29)**