June 30, 2025
Page 1 of 6



# Wells Fargo Prime Checking

Questions? Please contact us:

Available 24 hours a day, 7 days a week
We accept all relay calls, including 711
**Phone:** **1-800-TO-WELLS** (1-800-869-3557)
En español: 1-877-727-2932

**Online:** wellsfargo.com

**Write:** Wells Fargo Bank, N.A.
P.O. Box 6995
Portland, OR  97228-6995

ALAN D GOMPERTS
SHARON HALEVY
DEBTOR IN POSSESSION
CH11 CASE #24-12074 (CCA)
264 S OAKHURST DR
BEVERLY HILLS CA 90212-3504

## Accounts linked to your Wells Fargo Prime Checking account:

### Bank Deposit Account(s)

| Account (Account Number) | $ Balance |
| --- | --- |
| Wells Fargo Prime Checking ( 3107) - **Your primary account** | 155,938.27 |
| **Your Qualification Balance this month:** | **$155,938.27** |

*Accounts linked in Summary will be provided a separate statement.*

RSNIP-05202026-7364133.1.1

Case 2:24-bk-12079-VZ    Doc 528-1    Filed 07/10/25    Entered 07/10/25 11:44:25    Desc
Bank Statement    Page 2 of 6



June 30, 2025
Page 2 of 6

---

Important Account Information

(A) If your Prime Checking account is closed or converted to another checking product, all linked accounts are delinked from the Prime Checking account and effective immediately, your Prime Checking relationship benefits no longer apply, including associated benefits to your now delinked accounts. You'll no longer receive discounts, options to avoid fees on other products or services, or the Relationship Interest Rate. Your delinked accounts will revert to the Bank's current applicable interest rate or fee at that time. For Certificates of Deposit (CDs), this change will occur at renewal. (B) If you or we delink an account from your Prime Checking account, but other accounts remain linked, the loss of all benefits and the other consequences described above in (A) will immediately apply to the delinked account. Benefits available to your Prime Checking account and any remaining linked accounts will continue.

---

Important Account Information

The balances within the "Accounts linked to your Wells Fargo Prime Checking account" section of your statement may not match your statement of record for investment products due to differences in statement periods between this statement and the statement for your investment products. This section shows balance information from (1) consumer bank deposit accounts, bank fiduciary and custody accounts, (2) investment accounts with Wells Fargo Advisors, which is a trade name used by Wells Fargo Clearing Services, LLC, and Wells Fargo Advisors Financial Network, LLC, Members SIPC, registered broker-dealers and separate non-bank affiliates of Wells Fargo & Company.

Investment and Insurance Products are:
- Not Insured by the FDIC or Any Federal Government Agency
- Not a Deposit or Other Obligation of, or Guaranteed by, the Bank or Any Bank Affiliate
- Subject to Investment Risks, Including Possible Loss of the Principal Amount Invested
Deposit products offered by Wells Fargo Bank, N.A. Member FDIC.
RSNIP-07092026-7513140.1.1

Other Wells Fargo Benefits

This June, be wary of scams targeting older and vulnerable adults

June 15 is World Elder Abuse Awareness Day, and now is a great time to learn how to help protect yourself and your loved ones from common scams, including:

- Investment scams, where the scammer makes friends with you on social media then offers to show you how to invest in crypto. Watch out for promises of big returns, suggestions to invest in crypto or requests to wire money.

- Tech Imposter scams, where scammers pose as legitimate tech support to convince you to give them access to your device. They can then plant fake evidence of fraud and pass you to another scammer posing as your bank, who asks you to wire money or courier cash or gold to "keep it safe". Wells Fargo will never ask you to do this. Watch out for unsolicited contact from "tech support" scammers. Never give up access to your device or accounts.

Remember, always be cautious when you're asked for your personal information or money. Don't respond until you validate the who and the why. You are in control when it's your money.



# Wells Fargo Prime Checking

This is your primary checking account

## Statement period activity summary

| | |
|---|---:|
| Balance on 6/1 | 191,821.23 |
| Deposits/Additions | 92,707.35 |
| Withdrawals/Subtractions | - 128,590.31 |
| **Balance on 6/30** | **$155,938.27** |

Account number:    3107  (primary account)
ALAN D GOMPERTS
SHARON HALEVY
DEBTOR IN POSSESSION
CH11 CASE #24-12074 (CCA)

Wells Fargo Bank, N.A.  (Member FDIC)
CALIFORNIA   account terms and conditions apply

Questions about your account:   1-800-869-3557

## Interest summary

| | |
|---|---:|
| Interest paid this statement | $1.46 |
| Interest earned this statement period | $1.46 |
| Average collected balance | $177,693.27 |
| Annual percentage yield earned | 0.01% |
| Interest paid this year | $11.74 |

## Transaction history

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---:|---:|---:|
| 6/2 | Zelle to Gabriel Adulfo On 06/01 Ref #Pp0Yw79Cvm | | | 155.00 | |
| 6/2 | Zelle to Hernandez Ciro On 06/01 Ref #Pp0Yw79F4M | | | 125.00 | 191,541.23 |
| 6/3 | Bill Pay WFHM - Greenfield On-Line 0320648Xxx On 06-03 | | | 1,523.85 | |
| 6/3 | Bill Pay Wells Fargo Canfield On-Line 0502483Xxx On 06-03 | | | 2,050.07 | |
| 6/3 | Bill Pay Wells Fargo Bagley On-Line 0512092Xxx On 06-03 | | | 4,003.21 | |
| 6/3 | Bill Pay Wells Fargo Oakhurst On-Line 0512091Xxx On 06-03 | | | 5,208.33 | |
| 6/3 | Bill Pay Nicandro Barba On-Line No Account Number On 06-03 | | | 75.00 | |
| 6/3 | Bill Pay 4 Season Pool SE On-Line No Account Number On 06-03 | | | 120.00 | |
| 6/3 | Bill Pay Jun Ho. Choi On-Line No Account Number On 06-03 | | | 140.00 | |
| 6/3 | Chase Credit Crd Epay 250602         6445 Sharon Halevy | | | 3,524.29 | 174,896.48 |
| 6/4 | Zelle From Adam Spencer Willmouth On 06/04 Ref # Usbckiynbpyd Payment One of 2 | | 3,500.00 | | |
| 6/4 | Citi Card Online Payment 250603         8326 Sharon Halevy | | | 1,288.42 | 177,108.06 |
| 6/5 | Zelle From Adam Spencer Willmouth Ref # Usbm1Oonbpyg Payment 2 of 2. | | 1,375.00 | | |
| 6/5 | Mobile Deposit : Ref Number :108050088578 | | 7,200.00 | | |
| 6/5 | So Cal Gas Paid Scgc 250604 1         6484 5015 | | | 87.04 | 185,596.02 |
| 6/6 | Zelle From Kahal Joseph Congregation On 06/06 Ref # Bacxv3H0Rhel For The Outstanding Job At Kahal Joseph | | 2,891.00 | | |
| 6/6 | Bill Pay Northwestern Mutual Life Insuran On-Line Xxxx4520 On 06-06 | | | 161.58 | 188,325.44 |
| 6/9 | Provisional Credit For Claim-Ref #2506070019245 | | 132.54 | | |
| 6/9 | Zelle From Devorah C Halevy On 06/08 Ref # Jpm99Bbgystm Dress | | 92.00 | | |
| 6/9 | Purchase Authorized On 06/07 Cubesmart 156 800-8001717 CA         9685 Card 6206 | | | 132.54 | |
| 6/9 | Bloomingdales Online Pmt 250606         8289 Sharon Halevy | | | 524.55 | |
| 6/9 | Citi Card Online Payment 250606         1657 Sharon Halevy | | | 1,946.19 | 185,946.70 |
| 6/10 | Zelle From Jaunty Navi On 06/10 Ref # Cofknkwmf2R4 Tesla Repair | | 1,796.99 | | |
| 6/10 | Cash eWithdrawal IN Branch 06/10/2025 15:55 Pm 9354 Wilshire Blvd Beverly Hills CA 0874 | | | 500.00 | 187,243.69 |
| 6/11 | Agron Inc PC Clear Alagom1 Alan Gomperts | | 50,133.92 | | |

**WELLS FARGO**

=> Wells Fargo Prime Checking (continued)

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| 6/11 | Citi Card Online Payment 250610 Sharon Halevy | 6469 | | 2,891.00 | |
| 6/11 | American Express ACH Pmt 250611 W7828 Alan Gomperts | | | 50,133.92 | 184,352.69 |
| 6/13 | Agron Inc Payroll 12365700008975X Gomperts, Alan D | | 10,015.22 | | 194,367.91 |
| 6/18 | Zelle to Mira Jorge On 06/18 Ref #Rp0Yxw5Jx4 Glass Repair | | | 650.00 | 193,717.91 |
| 6/20 | American Express ACH Pmt 250620 W7656 Alan Gomperts | | | 14,541.93 | 179,175.98 |
| 6/23 | eDeposit IN Branch 06/23/25 03:11:24 Pm 8901 W Pico Blvd Los Angeles CA | | 3,000.00 | | |
| 6/23 | Venmo Payment 250622 Gomperts | 9034 Sharon Halevy | | 220.00 | 181,955.98 |
| 6/24 | M Bensoussan Jos Payments 250624 Alan D Gomperts | 7714 | 2,550.00 | | |
| 6/24 | LA CO Ttc Paymnt | 547 Alan Gomperts | | 38,001.88 | 146,504.10 |
| 6/26 | Non-WF ATM Withdrawal Authorized On 06/26 Marom Naveh Ramat Gan Isr 0874 | 4985 ATM ID 20134 Card | | 209.67 | |
| 6/26 | International ATM Access Fee Reimbursement | | 4.00 | | 146,298.43 |
| 6/30 | Agron Inc Payroll 12509500009374X Gomperts, Alan D | | 10,015.22 | | |
| 6/30 | Venmo Payment 250628 Gomperts | 5519 Sharon Halevy | | 170.00 | |
| 6/30 | Macys Online Pmt 250629 Halevy | 0638 Sharon | | 206.84 | |
| 6/30 | Interest Payment | | 1.46 | | 155,938.27 |
| Totals | | | $92,707.35 | $128,590.31 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

---

Important Account Information

Drawdown Wires incur a fee of $15 for Consumer and Small Business non-analyzed accounts. For Drawdown Wires on analyzed accounts, there is a fee of $22. For more information, please review the Consumer and Business Fee & Information Schedule.

---

Important Account Information

Using a Digital Version of your Debit Card

Effective June 3, 2025, the following subsection will be added to the "Using Your Card" section of the Wells Fargo Debit and ATM Card Terms and Conditions:

Using a digital version of your debit card
You can use the digital version of your debit card, if eligible, for card-not-present transactions like online and in-app purchases, or for payments over the phone. You will not be able to use the digital version of your debit card for in-store purchases or to access Wells Fargo ATMs, unless you add the digital version of your debit card to a Mobile Device (see "Using Your Card Through A Mobile Device" for more details). Note that the PIN for a digital version of your debit card will be the same as the PIN for your physical debit card.

---

Important Account Information



=>  **Wells Fargo Prime Checking** (continued)

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

---

Important Account Information

The Wells Fargo Prime Checking account has a $25 monthly service fee which can be avoided each fee period with $20,000 or more in statement-ending qualifying linked (a) consumer bank deposit account balances (checking, savings, time accounts (CDs), FDIC-insured IRAs) and (b) investment account balances (investments available through our brokerage affiliate Wells Fargo Advisors*,**, and applicable bank fiduciary and custody accounts.) Refer to the Wells Fargo Bank Consumer Account Fee and Information Schedule at wellsfargo.com/online-banking/consumer-account-fees/ for further information about the Prime Checking account and applicable bank fees.

*Investment products and services are offered through Wells Fargo Advisors. Wells Fargo Advisors is a trade name used by Wells Fargo Clearing Services, LLC (WFCS) and Wells Fargo Advisors Financial Network, LLC, Members SIPC, separate registered broker-dealers and non-bank affiliates of Wells Fargo & Company.
**Certain investments or investment accounts are not eligible for linking.

Investment and Insurance Products are:
- Not Insured by the FDIC or Any Federal Government Agency
- Not a Deposit or Other Obligation of, or Guaranteed by, the Bank or Any Bank Affiliate
- Subject to Investment Risks, Including Possible Loss of the Principal Amount Invested
Deposit products offered by Wells Fargo Bank, N.A. Member FDIC.
RSNIP-07092026-7513649.1.1



## Important Information You Should Know

■ To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts:

Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ If your account has a negative balance:

Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

■ In case of errors or questions about your electronic transfers:

Telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

■ In case of errors or questions about other transactions (that are not electronic transfers):

Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

■ To download and print an Account Balance Calculation Worksheet (PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

Deposit and credit products offered by Wells Fargo Bank, N.A., Member FDIC.
©2021 Wells Fargo Bank, N.A., All rights reserved. NMLSR ID 399801

