**Alan Gomperts**
**Income and Expense Reconcilaiton**

**Income**

| | | |
|---|---|---:|
| Total income | Line d. of Part 8 | 48,376.35 |
| Payroll deductions | Line e. of Part 9 | (5,802.92) |
| Total Receipts | Line b. of part 1 | **42,573.43** |

| | |
|---|---:|
| Total Deposits in Wells Fargo account ending -3107 | 92,707.35 |
| Reimbursed Expenses from agron, inc. (Employer) | (50,133.92) |
| Net Deposits | **42,573.43** |

**Expenses**

| | | |
|---|---|---:|
| Total Expenses | Line i. of Part 8 | 134,393.23 |
| Payroll deductions | | 5,802.92 |
| Total disbursements | Line c. of part 1 | **128,590.31** |

| | |
|---|---:|
| Total withdrawals in Wells Fargo account ending -3107 | 128,590.31 |
| agron, inc Expenses | (50,133.92) |
| Total Agron Expenses | **(50,133.92)** |
| Net Disbursements | **78,456.39** |