**Alan Gomperts**
**Part 8 Expenses**

| Date | Amount | Payee | Description |
|---|---|---|---|
| 6/2/2025 | (125.00) | ZELLE TO HERNANDEZ CIRO ON 06/01 REF #PP0YW79F4M | Personal Living - Gardener |
| 6/3/2025 | (3,524.29) | CHASE CREDIT CRD EPAY 250602 8437466445 SHARON HALEVY | Personal Living - Credit Card |
| 6/3/2025 | (5,208.33) | BILL PAY WELLS FARGO Oakhurst ON-LINE 0512091XXX ON 06-03 | Personal Living - Mortgage |
| 6/3/2025 | (140.00) | BILL PAY Jun Ho. Choi ON-LINE No Account Number ON 06-03 | Personal Living - Pool Man |
| 6/4/2025 | (1,288.42) | CITI CARD ONLINE PAYMENT 250603 431694242348326 SHARON HALEVY | Personal Living - Credit Card |
| 6/5/2025 | (87.04) | SO CAL GAS PAID SCGC 250604 1291016484 301601474283715015 | Personal Living - Gas bill |
| 6/6/2025 | (161.58) | BILL PAY NORTHWESTERN MUTUAL LIFE INSURAN ON-LINE xxxx4520 ON 06-06 | Personal Living - Life Insurance |
| 6/9/2025 | (524.55) | BLOOMINGDALES ONLINE PMT 250606 601716317568289 SHARON HALEVY | Personal Living - Clothes |
| 6/9/2025 | (1,946.19) | CITI CARD ONLINE PAYMENT 250606 431700758761657 SHARON HALEVY | Personal Living - Credit Card |
| 6/9/2025 | (132.54) | PURCHASE AUTHORIZED ON 06/07 CUBESMART 156 800-8001717 CA S465158460579685 CARD 6206 | Personal Living - Miscellaneous |
| 6/10/2025 | (500.00) | Cash eWithdrawal in Branch 06/10/2025 15:55 PM 9354 WILSHIRE BLVD BEVERLY HILLS CA 0874 | Personal Living - Cash Expenses |
| 6/11/2025 | (2,891.00) | CITI CARD ONLINE PAYMENT 250610 421719803646469 SHARON HALEVY | Personal Living - Credit Card |
| 6/20/2025 | (14,541.93) | AMERICAN EXPRESS ACH PMT 250620 W7656 ALAN GOMPERTS | Personal Living - Credit Card |
| 6/23/2025 | (220.00) | VENMO PAYMENT 250622 1043036639034 SHARON HALEVY GOMPERTS | Personal Living - Miscellaneous |
| 6/26/2025 | (209.67) | NON-WF ATM WITHDRAWAL AUTHORIZED ON 06/26 Marom Naveh Ramat Gan ISR 465177451214985 ATM ID 20134 CARD 0874 | Personal Living - Cash Expenses |
| 6/30/2025 | (206.84) | MACYS ONLINE PMT 250629 631735577680638 SHARON HALEVY | Personal Living - Clothes |
| 6/30/2025 | (170.00) | VENMO PAYMENT 250628 1043171595519 SHARON HALEVY GOMPERTS | Personal Living - Miscellaneous |

**Living Expenses**
**Line g. of Part 8**     (31,877.38)

| Date | Amount | Payee | Description |
|---|---|---|---|
| 6/2/2025 | (155.00) | ZELLE TO GABRIEL ADULFO ON 06/01 REF #PP0YW79CVM | Gardener Canfield and Greenfield |
| 6/3/2025 | (75.00) | BILL PAY Nicandro Barba ON-LINE No Account Number ON 06-03 | Gardener Bagley |
| 6/3/2025 | (4,003.21) | BILL PAY WELLS FARGO Bagley ON-LINE 0512092XXX ON 06-03 | Mortgage - Bagley |

| Date | Amount | Description | Category |
|---|---|---|---|
| 6/3/2025 | (2,050.07) | BILL PAY WELLS FARGO Canfield ON-LINE 0502483XXX ON 06-03 | Mortgage - Canfield |
| 6/3/2025 | (1,523.85) | BILL PAY WFHM - Greenfield ON-LINE 0320648XXX ON 06-03 | Mortgage - Greenfield |
| 6/3/2025 | (120.00) | BILL PAY 4 SEASON POOL SE ON-LINE No Account Number ON 06-03 | Pool Man - Bagley Ave |
| 6/18/2025 | (650.00) | ZELLE TO MIRA JORGE ON 06/18 REF #RP0YXW5JX4 GLASS REPAIR | Repairs - Bagely |
| 6/24/2025 | (38,001.88) | LA Co TTC Paymnt 2139742111 3900767547 Alan Gomperts | Property Tax payment - 4 properties |

**All Other Expenses**

**Line h. of Part 8**   **(46,579.01)** Expenses on Rental Properties

(78,456.39)