# Wells Fargo Everyday Checking

June 30, 2025 ■ Page 1 of 5



SUE HALEVY
DEBTOR IN POSSESSION
CH11 CASE #24-12076 (CCA)
257 S LINDEN DR
BEVERLY HILLS CA 90212-3704

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711
1-800-TO-WELLS  (1-800-869-3557)

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

Other Wells Fargo Benefits

This June, be wary of scams targeting older and vulnerable adults

June 15 is World Elder Abuse Awareness Day, and now is a great time to learn how to help protect yourself and your loved ones from common scams, including:

- Investment scams, where the scammer makes friends with you on social media then offers to show you how to invest in crypto. Watch out for promises of big returns, suggestions to invest in crypto or requests to wire money.

- Tech Imposter scams, where scammers pose as legitimate tech support to convince you to give them access to your device. They can then plant fake evidence of fraud and pass you to another scammer posing as your bank, who asks you to wire money or courier cash or gold to "keep it safe". Wells Fargo will never ask you to do this. Watch out for unsolicited contact from "tech support" scammers. Never give up access to your device or accounts.

Remember, always be cautious when you're asked for your personal information or money. Don't respond until you validate the who and the why. You are in control when it's your money.



## Statement period activity summary

| | |
|---|---|
| Beginning balance on 6/1 | $21,041.17 |
| Deposits/Additions | 13,405.40 |
| Withdrawals/Subtractions | - 24,225.29 |
| **Ending balance on 6/30** | **$10,221.28** |

Account number:    4484  (primary account)
SUE HALEVY
DEBTOR IN POSSESSION
CH11 CASE #24-12076 (CCA)

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 121042882

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 6/2 | 264 | Check | | 140.00 | |
| 6/2 | | Blueshieldca Bill Pay 250531       2361 Sue Halevy | | 161.70 | |
| 6/2 | | Blueshieldca Bill Pay 250531 1    0061 Sue Halevy | | 575.00 | 20,164.47 |
| 6/5 | | First Foundation Loan Pymt 250603 000000000000000 00000000C    4500 First Foundation Bank | | 6,789.84 | 13,374.63 |
| 6/9 | | Mobile Deposit : Ref Number :913080448820 | 1,432.78 | | |
| 6/9 | | Mobile Deposit : Ref Number :213080449713 | 1,553.30 | | |
| 6/9 | | Mobile Deposit : Ref Number :013080448980 | 1,740.32 | | 18,101.03 |
| 6/11 | | SSA Treas 310 Xxsoc Sec 061125 xxxxx0735A SSA Sue Halevy | 2,879.00 | | |
| 6/11 | | eDeposit IN Branch 06/11/25 02:55:42 PM 9354 Wilshire Blvd Beverly Hills CA | 5,500.00 | | |
| 6/11 | | Zelle to Vlad on 06/11 Ref #Rp0Yx6Qcpl | | 14,072.50 | 12,407.53 |
| 6/12 | | Gc<>Honeycomb P Ho-Ddjd2M8 250612 2Dfc David Halevy | | 406.92 | 12,000.61 |
| 6/20 | | Yeshiva Girls' H Facts 000000     2491 Sue Halevy | | 1,320.42 | 10,680.19 |
| 6/24 | | Purchase authorized on 06/23 Tesla Insurance SE Fremont CA 5949 Card 5292 | | 758.91 | 9,921.28 |
| 6/27 | | Public Storage Dv01Df2506 250627      5007Psa Sue Halevy | 300.00 | | 10,221.28 |
| **Totals** | | | **$13,405.40** | **$24,225.29** | |

The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.

## Summary of checks written (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount |
|---|---|---|
| 264 | 6/2 | 140.00 |

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 06/01/2025 - 06/30/2025 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** Have any **ONE** of the following each fee period | Minimum required | This fee period |
| • Minimum daily balance | $500.00 | $9,921.28  ☑ |
| • Total amount of qualifying electronic deposits | $500.00 | $3,179.00  ☑ |



*Monthly service fee summary (continued)*

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| • Age of primary account owner | 17 - 24 | ☐ |
| • Account is linked to a Wells Fargo Campus ATM Card or Campus Debit Card | 1 | 0 ☐ |

RC/RC

# ✓ IMPORTANT ACCOUNT INFORMATION

Drawdown Wires incur a fee of $15 for Consumer and Small Business non-analyzed accounts. For Drawdown Wires on analyzed accounts, there is a fee of $22. For more information, please review the Consumer and Business Fee & Information Schedule.

Using a Digital Version of your Debit Card

Effective June 3, 2025, the following subsection will be added to the "Using Your Card" section of the Wells Fargo Debit and ATM Card Terms and Conditions:

Using a digital version of your debit card
You can use the digital version of your debit card, if eligible, for card-not-present transactions like online and in-app purchases, or for payments over the phone. You will not be able to use the digital version of your debit card for in-store purchases or to access Wells Fargo ATMs, unless you add the digital version of your debit card to a Mobile Device (see "Using Your Card Through A Mobile Device" for more details). Note that the PIN for a digital version of your debit card will be the same as the PIN for your physical debit card.

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

Other Wells Fargo Benefits

Help take control of your finances with a Wells Fargo personal loan.
Whether it's managing debt, making a large purchase, improving your home, or paying for unexpected expenses, a personal loan may be able to help. See personalized rates and payments in minutes with no impact to your credit score.
Get started at wellsfargo.com/personalloan.



## Important Information You Should Know

- **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts**

  Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- **If your account has a negative balance:**

  Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- **In case of errors or questions about your electronic transfers:**

  Telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

  1. Tell us your name and account number (if any).
  2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
  3. Tell us the dollar amount of the suspected error.

  We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

- **In case of errors or questions about other transactions (that are not electronic transfers):**

  Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

**WELLS FARGO**

| | Number | Items outstanding | Amount |
|---|---|---|---|

Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.
2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.
3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

ENTER
A. The ending balance
   shown on your statement.. . . . . . . . . . . . . . . .  $_____

ADD
B. Any deposits listed in your         $_____
   register or transfers into          $_____
   your account which are not          $_____
   shown on your statement.         + $_____
   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL  $_____

CALCULATE THE SUBTOTAL
   (Add Parts A and B)
   . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  TOTAL  $_____

SUBTRACT
C. The total outstanding checks and
   withdrawals from the chart above. . . . . . . . . - $_____

CALCULATE THE ENDING BALANCE
   (Part A + Part B - Part C)
   This amount should be the same
   as the current balance shown in
   your check register. . . . . . . . . . . . . . . . . . . . .  $_____

Total $_____

To download and print additional Account Balance Calculation Worksheets (PDF), enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

