Debtor's Name **SLA INVESTMENTS, LLC**         Case No. 24-12082

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---:|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | **$0** |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | **$0** |
| j. | Difference between total income and total expenses (d-i) | **$0** |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○ No ●|
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○ No ○ N/A ● |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." See 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Alan Gomperts         Alan Gomperts
Signature of Responsible Party      Printed Name of Responsible Party

Manager         07/21/2025
Title         Date

UST Form 11-MOR (12/01/2021) - Mac         9

# SLA Investments, LLC
## Preliminary Balance Sheet
### As of June 30, 2025

|  | Jun 30, 25 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| Checking/Savings | |
| Farmers and Merchants Checking | 90,142.75 |
| Farmers Tax Account | 200.00 |
| **Total Checking/Savings** | 90,342.75 |
| **Total Current Assets** | 90,342.75 |
| **Fixed Assets** | |
| Accumulated Depreciation | -214,996.00 |
| Buildings | 1,328,597.70 |
| Land | 2,109,733.00 |
| **Total Fixed Assets** | 3,223,334.70 |
| **Other Assets** | |
| Accumulated Amort, loan fee | -39,793.00 |
| Loan Fees | 72,350.00 |
| **Total Other Assets** | 32,557.00 |
| **TOTAL ASSETS** | **3,346,234.45** |
| **LIABILITIES & EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Other Current Liabilities | |
| Loan payable, Seaton | -7,000.00 |
| Loans payable, Sienna Rose | 128,100.00 |
| Tenant Security Deposits Held | 15,619.10 |
| **Total Other Current Liabilities** | 136,719.10 |
| **Total Current Liabilities** | 136,719.10 |
| Long Term Liabilities | |
| Harvest Small Business Finance | 1,802,928.00 |
| Member Loans | -6,625.00 |
| **Total Long Term Liabilities** | 1,796,303.00 |
| **Total Liabilities** | 1,933,022.10 |
| Equity | |
| Capital-Sue Halevy | 1,076,854.33 |
| Capital, Alan Gomperts | 135,961.11 |
| Capital, Daniel Halevy | 135,958.08 |
| Capital, Simon Harkam | 103,327.44 |
| Retained Earnings | -55,730.06 |
| Net Income | 16,841.45 |
| **Total Equity** | 1,413,212.35 |
| **TOTAL LIABILITIES & EQUITY** | **3,346,234.45** |

# SLA Investments, LLC
## Preliminary Profit & Loss
### June 2025

|  | Jun 25 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Rental Income | 6,200.00 |
| **Total Income** | 6,200.00 |
| **Expense** | |
| Interest Expense | 18,030.00 |
| **Total Expense** | 18,030.00 |
| **Net Ordinary Income** | -11,830.00 |
| **Net Income** | **-11,830.00** |

## SLA Investments, LLC
## Preliminary Statement of Cash Flows
### June 2025

| | Jun 25 |
|---|---:|
| **OPERATING ACTIVITIES** | |
| Net Income | -11,830.00 |
| **Net cash provided by Operating Activities** | -11,830.00 |
| **Net cash increase for period** | -11,830.00 |
| Cash at beginning of period | 102,172.75 |
| **Cash at end of period** | **90,342.75** |

SLA Investments, LLC    Case No. 2-24-bk-12082-VZ    Jun-25

**PART 5 - Schedule of Payments to Professionals**

| Professional/Role | Date of Retention | Retainer Paid Prepetition | Retainer Paid At Petition Date | Fees Approved by Court During Mo. | Fees Approved by Court Cumulative | Expenses Approved by Court During Mo. | Expenses Approved by Court Cumulative | Retainer Applied During Mo. | Retainer Applied Cumulative | Fees Paid (over retainer) During Mo. | Fees Paid (over retainer) Cumulative | Expenses Paid (over retainer) During Mo. | Expenses Paid (over retainer) Cumulative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Weintraub Zolkin Talerico & Selth LLP (Insolvency Counsel) | 5/28/24 effective as of 3/19/24 | $ 20,000.00 | $ 16,998.00 | $ - | $ - | $ - | $ - | $ - | $ 16,998.00 | $ - | $ - | $ - | $ - |

**SLA Investments, LLC**
**Insurance Schedule**

| Name of Insurance Carrier | Type of Insurance | Policy Number | Policy Expiration | Date Premium Paid |
|---|---|---|---|---|
| Westchester Surplus Lines Insurance Company | Property and GL Insurance | FSF17912367001 | 8/24/25 | 9/11/24 |

## SLA Investments, LLC
## Reconciliation Summary
### Farmers and Merchants Checking, Period Ending 06/30/2025

|  | Jun 30, 25 |
|---|---:|
| **Beginning Balance** | 101,972.75 |
|   **Cleared Transactions** |  |
|     Checks and Payments - 1 item | -18,030.00 |
|     Deposits and Credits - 4 items | 6,200.00 |
|   Total Cleared Transactions | -11,830.00 |
| **Cleared Balance** | **90,142.75** |
| **Register Balance as of 06/30/2025** | 90,142.75 |



Date 6/30/25
Account No. 5678
Page 1 of 2

SLA INVESTMENTS LLC
DIP CASE 2:24-BK-12082-VZ
OPERATING ACCOUNT
264 S OAKHURST DR
BEVERLY HILLS CA 90212-3504



## Account Title

SLA Investments LLC
DIP Case 2:24-bk-12082-VZ
Operating Account

## Bankruptcy Trustee Summary

| | | | |
|---|---:|---|---:|
| Account Number | 5678 | Number of Enclosures | 0 |
| Beginning Balance | 101,972.75 | Statement Dates | 6/02/25 thru 6/30/25 |
| 4   Deposits/Credits | 6,200.00 | Days in the statement period | 29 |
| 1   Checks/Debits | 18,030.00 | Average Ledger | 98,002.06 |
| Service Charge | 0.00 | | |
| Interest Paid | 0.00 | | |
| Ending Balance | 90,142.75 | | |

## Deposits and Other Credits

| Date | Description | Amount |
|---|---|---:|
| 6/03 | EARTH BEAN COFFE 9200502235 11174846294 SLA Investments ACH Pmt 02100002376CCD | 2,300.00 |
| 6/04 | PIRATEWORLDWIDE 9200502235 11175074395 SLA Investments ACH Pmt 02100002677CCD | 2,600.00 |
| 6/12 | Incoming Wire-eNotice NIJAI D BURCH UNIT 13 | 300.00 |
| 6/16 | THE MIRACLE LIFE 9200502235 11176436980 sla investments ACH Pmt 02100002137CCD | 1,000.00 |

Questions? Call us: (866) 437-0011





NMLS# 537388



Date 6/30/25
Account No. 5678
Page 2 of 2

Bankruptcy Trustee                                      5678 (continued)

## Checks and Other Debits

| Date | Description | Amount |
|---|---|---|
| 6/16 | OLB Outgoing Wire-eNotice Harvest Small Business 000000000 20250616L2LFFM1C000037 | 18,030.00- |

## Checking Account Daily Balances

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 6/02 | 101,972.75 | 6/04 | 106,872.75 | 6/16 | 90,142.75 |
| 6/03 | 104,272.75 | 6/12 | 107,172.75 | | |

## End of Statement

Thank you for banking with Farmers & Merchants Bank.



F&M Bank does not charge for this service, however, your wireless carrier may charge you fees related to this service.

Questions? Call us: (866) 437-0011





NMLS# 537388

# Important Changes Regarding Our Funds Availability Policy
## Effective July 1, 2025

Dear Client,

On the reverse side of this letter, please find an updated Funds Availability Policy that includes changes to the amount of funds available when you deposit a check.  These changes are effective <u>July 1, 2025</u>.   Any other terms of your deposit account not described in this policy will continue to apply.  For all other account related services, fees and benefits, please refer to the "Services and Fees" document on our website at **FMB.com/fees**.

### What are the Important Changes?

| Description | Current Amount | Change Effective July 1, 2025 |
|---|---:|---:|
| Next-Day Available Funds from a Check Deposit | $225 | $275 |
| Cash from a New Account Opening | $5,525 | $6,725 |

### What Do I Need to Do?

Please read the Funds Availability Policy carefully and keep it with your records as it supersedes and replaces the policy in your deposit account Terms & Conditions Disclosure.  By continuing to maintain your deposit account with Farmers & Merchants Bank, you agree to these changes.

### Questions?

For questions regarding changes to the policy, please visit your local bank branch or contact Farmers & Merchants Bank's Call Center at (562) 344-2058, between the hours of 7:00 a.m. to 9:00 p.m. Monday through Friday,  8:00 a.m. to 9:00 p.m. Saturday, and 8:00 a.m. to 5:00 p.m. Sunday.

We look forward to continuing to serve you and thank you for being an F&M Bank client.

Sincerely,

Farmers & Merchants Bank




**FMB.com**



# FUNDS AVAILABILITY POLICY

**Your Ability to Withdraw Funds**

On the reverse side of this letter, please find an updated Funds Availability Policy that includes changes to the amount of funds available when you deposit a check. These changes are effective July 1, 2025. Any other terms of your deposit account not described in this policy will continue to apply. For all other account related services, fees and benefits, please refer to the "Services and Fees" document on our website at FMB.com/fees.

**Determining When Your Deposit is Received**

For determining the availability of your deposit, every day is a business day, except Saturdays, Sundays and federal holidays. If you make a deposit on a business day we are open and before our cutoff time, we will consider that to be the day of your deposit. If you make a deposit on a day that we are not open, or after our cutoff time, we will consider your deposit to have been made the next business day we are open.

Our deposit cutoff times are as follows:

- F&M ATM deposits: 4:30 PM (PST)
- Branch deposits (in person with one of our employees): when the branch closes for business; varies by location
- Night depository: 12:00 PM (PST)
- Mail deposits: when the deposit is received
- Incoming Wire Transfers: 3:00 PM (PST)
- *Internal Electronic Transfers: 9:30 PM (PST) (Online and Telephone Banking)
- *Mobile Banking deposits: 6:00 PM (PST)

*Refer to the separate Online Banking Access Agreement for more details

**Longer Delays May Apply**

In some cases we may not make all of the funds deposited by check available on the first (1st) business day after the day of your deposit. Depending on the type of check that you deposit, funds may not be available until the second (2nd) business day after the day of your deposit. If we take this action, we will make the first $275 available to you no later than the first (1st) business day after the day of your deposit. In addition, funds that you deposit by check may be delayed, generally up to the seventh (7th) business day after the day of your deposit for the following reasons:

- We believe a check you deposited will not be paid;
- You deposited checks totaling more than $6,725 on any one day;
- You redeposited a check that was previously returned unpaid;
- You have overdrawn your account repeatedly in the last six (6) months; or
- There is an emergency, such as failure of computer or communications equipment.

If we are going to delay the availability of the funds from your deposit, we will notify you at the time you make your deposit and we will tell you when the funds will be available. If your deposit is not made directly to one of our employees, or if we decide to take this action after you have left, we will send you the notice no later than the first (1st) business day after the day of your deposit.

If you need the funds from a deposit right away, ask us when the funds will be available.

**Special Rules for New Accounts**

If you are a new customer, the following special rules may apply during the first thirty (30) days your account is open.

Funds from electronic direct deposits to your account will be available on the day we receive the deposit. Funds from deposits of cash, wire transfers, and the first $6,725 of a day's total deposits of cashier's, certified, teller's, travelers, and federal, state, and local government checks will be available on the first (1st) business day after the day of your deposit if the deposit meets certain conditions. For example, the checks must be payable to you (and you may have to use a special deposit slip). The excess over $6,725 will be available no later than the ninth (9th) business day after the day of your deposit. If your deposit of these checks (other than U.S. Treasury checks) is not made in person to one of our employees, the first $6,725 will be available to you no later than the second (2nd) business day after the day of your deposit. Funds from all other check deposits will be available no later than the seventh (7th) business day after the day of your deposit.

**Holds On Other Funds (Other Account)**

If we accept a check for deposit that is drawn on another bank, we may make funds from that deposit available for immediate withdrawal but may delay your availability to withdraw a corresponding amount of funds that you have on deposit in another account with us. The funds in the other account would then not be available for withdrawal until the time periods that are described elsewhere in this disclosure for the type of check that you deposited.

**Holds On Other Funds (Check Cashing)**

If we cash a check for you that is drawn on another bank, we may withhold the availability of a corresponding amount of funds that are already in your account. Those funds will be available at the time funds from the check we cashed would have been available if you had deposited it.





## SLA Investments, LLC
## Reconciliation Summary
### Farmers Tax Account, Period Ending 06/30/2025

|  | Jun 30, 25 |
|---|---|
| **Beginning Balance** | 200.00 |
| **Cleared Balance** | 200.00 |
| **Register Balance as of 06/30/2025** | 200.00 |
| **Ending Balance** | 200.00 |

| | |
|---|---|
| Date | 6/30/25 |
| Account No. | 5686 |
| | Page 1 of 2 |

SLA INVESTMENTS LLC
DIP CASE 2:24-BK-12082-VZ
TAX ACCOUNT
264 S OAKHURST DR
BEVERLY HILLS CA 90212-3504



## Account Title

SLA Investments LLC
DIP Case 2:24-bk-12082-VZ
Tax Account

## Bankruptcy Trustee Summary

| | | | |
|---|---|---|---|
| Account Number | 5686 | Number of Enclosures | 0 |
| Beginning Balance | 200.00 | Statement Dates | 6/02/25 thru 6/30/25 |
| Deposits/Credits | 0.00 | Days in the statement period | 29 |
| Checks/Debits | 0.00 | Average Ledger | 200.00 |
| Service Charge | 0.00 | | |
| Interest Paid | 0.00 | | |
| Ending Balance | 200.00 | | |

## Checking Account Daily Balances

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 6/02 | 200.00 | | | | |

## End of Statement

Thank you for banking with Farmers & Merchants Bank.

Questions? Call us: (866) 437-0011





NMLS# 537388

Date 6/30/25
Account No. 5686
Page 2 of 2

Bankruptcy Trustee            5686 (continued)

  

F&M Bank does not charge for this service, however, your wireless carrier may charge you fees related to this service.

Questions? Call us: (866) 437-0011

  

NMLS# 537388

# Important Changes Regarding Our Funds Availability Policy
### Effective July 1, 2025

Dear Client,

On the reverse side of this letter, please find an updated Funds Availability Policy that includes changes to the amount of funds available when you deposit a check. These changes are effective <u>July 1, 2025</u>. Any other terms of your deposit account not described in this policy will continue to apply. For all other account related services, fees and benefits, please refer to the "Services and Fees" document on our website at **FMB.com/fees**.

## What are the Important Changes?

| Description | Current Amount | Change Effective July 1, 2025 |
|---|---:|---:|
| Next-Day Available Funds from a Check Deposit | $225 | $275 |
| Cash from a New Account Opening | $5,525 | $6,725 |

## What Do I Need to Do?

Please read the Funds Availability Policy carefully and keep it with your records as it supersedes and replaces the policy in your deposit account Terms & Conditions Disclosure. By continuing to maintain your deposit account with Farmers & Merchants Bank, you agree to these changes.

## Questions?

For questions regarding changes to the policy, please visit your local bank branch or contact Farmers & Merchants Bank's Call Center at (562) 344-2058, between the hours of 7:00 a.m. to 9:00 p.m. Monday through Friday, 8:00 a.m. to 9:00 p.m. Saturday, and 8:00 a.m. to 5:00 p.m. Sunday.

We look forward to continuing to serve you and thank you for being an F&M Bank client.

Sincerely,

Farmers & Merchants Bank




FMB.com



# FUNDS AVAILABILITY POLICY

**Your Ability to Withdraw Funds**

On the reverse side of this letter, please find an updated Funds Availability Policy that includes changes to the amount of funds available when you deposit a check. These changes are effective July 1, 2025. Any other terms of your deposit account not described in this policy will continue to apply. For all other account related services, fees and benefits, please refer to the "Services and Fees" document on our website at FMB.com/fees.

**Determining When Your Deposit is Received**

For determining the availability of your deposit, every day is a business day, except Saturdays, Sundays and federal holidays. If you make a deposit on a business day we are open and before our cutoff time, we will consider that to be the day of your deposit. If you make a deposit on a day that we are not open, or after our cutoff time, we will consider your deposit to have been made the next business day we are open.

Our deposit cutoff times are as follows:

- F&M ATM deposits: 4:30 PM (PST)
- Branch deposits (in person with one of our employees): when the branch closes for business; varies by location
- Night depository: 12:00 PM (PST)
- Mail deposits: when the deposit is received
- Incoming Wire Transfers: 3:00 PM (PST)
- *Internal Electronic Transfers: 9:30 PM (PST) (Online and Telephone Banking)
- *Mobile Banking deposits: 6:00 PM (PST)

*Refer to the separate Online Banking Access Agreement for more details

**Longer Delays May Apply**

In some cases we may not make all of the funds deposited by check available on the first (1st) business day after the day of your deposit. Depending on the type of check that you deposit, funds may not be available until the second (2nd) business day after the day of your deposit. If we take this action, we will make the first $275 available to you no later than the first (1st) business day after the day of your deposit. In addition, funds that you deposit by check may be delayed, generally up to the seventh (7th) business day after the day of your deposit for the following reasons:

- We believe a check you deposited will not be paid;
- You deposited checks totaling more than $6,725 on any one day;
- You redeposited a check that was previously returned unpaid;
- You have overdrawn your account repeatedly in the last six (6) months; or
- There is an emergency, such as failure of computer or communications equipment.

If we are going to delay the availability of the funds from your deposit, we will notify you at the time you make your deposit and we will tell you when the funds will be available. If your deposit is not made directly to one of our employees, or if we decide to take this action after you have left, we will send you the notice no later than the first (1st) business day after the day of your deposit.

If you need the funds from a deposit right away, ask us when the funds will be available.

**Special Rules for New Accounts**

If you are a new customer, the following special rules may apply during the first thirty (30) days your account is open.

Funds from electronic direct deposits to your account will be available on the day we receive the deposit. Funds from deposits of cash, wire transfers, and the first $6,725 of a day's total deposits of cashier's, certified, teller's, travelers, and federal, state, and local government checks will be available on the first (1st) business day after the day of your deposit if the deposit meets certain conditions. For example, the checks must be payable to you (and you may have to use a special deposit slip). The excess over $6,725 will be available no later than the ninth (9th) business day after the day of your deposit. If your deposit of these checks (other than U.S. Treasury checks) is not made in person to one of our employees, the first $6,725 will be available to you no later than the second (2nd) business day after the day of your deposit. Funds from all other check deposits will be available no later than the seventh (7th) business day after the day of your deposit.

**Holds On Other Funds (Other Account)**

If we accept a check for deposit that is drawn on another bank, we may make funds from that deposit available for immediate withdrawal but may delay your availability to withdraw a corresponding amount of funds that you have on deposit in another account with us. The funds in the other account would then not be available for withdrawal until the time periods that are described elsewhere in this disclosure for the type of check that you deposited.

**Holds On Other Funds (Check Cashing)**

If we cash a check for you that is drawn on another bank, we may withhold the availability of a corresponding amount of funds that are already in your account. Those funds will be available at the time funds from the check we cashed would have been available if you had deposited it.





## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
11766 Wilshire Blvd, Suite 730, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled (*specify*): **MONTHLY OPERATING REPORT – JUNE 30, 2025**  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) July 21, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See attached NEF Service List

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*)_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 21, 2025 | Martha E. Araki | */s/ Martha E. Araki* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

Seaton Investments, LLC – Jointly Administered

**1**. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

- <u>Attorneys for Corporate Debtors Seaton Investment, LLC, Colyton Investments, LLC, Broadway Avenue Investments, LLC, Negev Investments, LLC, SLA Investments, LCC.</u>: **Derrick Talerico**: dtalerico@wztslaw.com; maraki@wztslaw.com; sfritz@wztslaw.com; admin@wztslaw.com
- <u>Attorneys for Individual Debtors Alan Gomperts, Daniel Halevy, Susan Haley</u>: **Zev Shechtman, Carol Chow, Turner Falk, Ryan Coy**: zev.shechtman@saul.com; zshechtman@ecf.inforuptcy.com; carol.chow@saul.com; easter.santamaria@saul.com; turner.falk@saul.com; ryan.coy@saul.com
- <u>Attorneys for Creditor First Foundation Bank</u>: **Scott R Albrecht**: scott.albrecht@sgsattorneys.com; jackie.nguyen@sgsattorneys.com
- <u>Attorneys for Creditor Korth Direct Mortgage, Inc.</u>: **Garrick Vanderfin, Tanya Behnam**: gvanderfin@polsinelli.com, tbehnam@polsinelli.com; tanyabehnam@gmail.com; ladocketing@polsinelli.com; zyoung@polsinelli.com; ccripe@polsinelli.com;
- <u>Attorneys for Creditor Los Angeles County Treasurer and Tax Collector</u>: **Jacquelyn H Choi**: jacquelyn.choi@rimonlaw.com; docketingsupport@rimonlaw.com
- <u>Attorneys for Creditor United States of America on behalf of the Internal Revenue Service</u>: **Robert F Conte**: robert.conte@usdoj.gov; caseview.ecf@usdoj.gov; usacac.tax@usdoj.gov
- <u>Courtesy NEF/Interested Party</u>: **Christopher Cramer**: secured@becket-lee.com
- <u>Attorneys for Creditor Harvest Small Business Finance, LLC</u>: **Christopher Crowell**: ccrowell@hrhlaw.com
- <u>Attorneys for Creditors Archway Real Estate Income Fund I SPE I, LLC, Archway Broadway Loan SPE, LLC, fka Archway Real Estate Income Fund I REIT, LLC, Archway Real Estate Income Fund, and Plaintiff Archway Broadway Loan SPE, LLC</u>: **Michael G. Fletcher, Bruce D. Poltrock, Paige Selina Poupart, Gerrick Warrington**: mfletcher@frandzel.com; ppoupart@franddzel.com; gwarrington@frandzel.com; bpoltrock@frandzel.com; sking@frandzel.com; achase@frandzel.com
- <u>Attorneys for Creditors NewRez LLC d/b/a Shellpoint Mortgage Servicing, Wells Fargo National Bank West</u>: **Todd S Garan**: ch11ecf@aldridgepite.com; TSG@ecf.inforuptcy.com; tgaran@aldridgepite.com
- <u>Attorneys for Creditor Los Angeles County Treasurer and Tax Collector</u>: **Richard Girgado**: rgirgado@counsel.lacounty.gov
- <u>Attorneys for Creditor Harvest Small Business Finance, LLC</u>: **Jacqueline L James**: jjames@buchalter.com; gvidales@buchalter.com
- <u>Courtesy NEF/Interested Party Avi Muhtar</u>: **Avi Edward Muhtar**: amuhtar@crownandstonelaw.com
- <u>Attorneys for Creditor UrbanLime Real Estate</u>: **Lovee D Sarenas**: lovee.sarenas@dinsmore.com; wendy.yones@dinsmore.com
- <u>Attorneys for Creditor AIRE Ancient Baths Los Angeles, LLC</u>: **David B Shemano**: dshemano@shemanolaw.com
- <u>Attorneys for Creditor Wells Fargo Bank, N.A.</u>: **Jennifer C Wong**: bknotice@mccartyholthus.com; jwong@ecf.courtdrive.com
- <u>US Trustee's Office</u>: ustpregion16.la.ecf@usdoj.gov; **Kelly L. Morrison**: Kelly.l.morrison@usdoj.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                **F 9013-3.1.PROOF.SERVICE**