ZEV SHECHTMAN (BAR NO. 266280)
Zev.Shechtman@saul.com
CAROL CHOW (BAR NO. 169299)
carol.chow@saul.com
RYAN COY (BAR NO. 324939)
ryan.coy@saul.com
SAUL EWING LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: (310) 255-6100
Facsimile: (310) 255-6200

Attorneys for Alan Gomperts, Daniel Halevy,
Susan Halevy, Debtors and Debtors in Possession

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re: SEATON INVESTMENTS, LLC, et al., *Now a dismissed case*<br><br>Debtors and Debtors In Possession.<br><br>☐ Affects All Debtors.<br>☐ Affects Case No.: 2:24-12080-VZ<br>Colyton Investments, LLC -*Now a dismissed case*<br>☒ Affects Case No.: 2:24-12081-VZ<br>Broadway Avenue Investments, LLC<br>☒ Affects 2:24-12082-VZ<br>SLA Investments, LLC<br>☒ Affects 2:24-12091-VZ<br>Negev Investments, LLC<br>☒ Affects Case No.: 2:24-12074-VZ<br>Alan Gomperts<br>☒ Affects Case No.: 2:24-12075-VZ<br>Daniel Halevy<br>☒ Affects Case No.: 2:24-12076-VZ<br>Susan Halevy | Lead Case No. 2:24-bk-12079-VZ<br><br>Jointly Administered with Case Nos.:<br>2:24-bk-12080-VZ; 2:24-bk-12081-VZ;<br>2:24-bk-12082-VZ; 2:24-bk-12091-VZ;<br>2:24-bk-12074-VZ; 2:24-bk-12075-VZ and<br>2:24-bk-12076-VZ<br><br>Chapter 11<br><br>**NOTICE TO PROFESSIONALS OF HEARING ON INTERIM FEE APPLICATIONS FOR APPROVAL OF FEES AND REIMBURSEMENT OF EXPENSES**<br><br><u>Hearing:</u><br><br>Date: September 25, 2025<br>Time: 11:00 a.m.<br>Courtroom: 1368<br>Location: 255 East Temple Street<br>Los Angeles, California 90012 |

55584690.1
390855-00001

**TO ALL PROFESSIONALS EMPLOYED PURSUANT TO COURT ORDER IN THE ABOVE-CAPTIONED BANKRUPTCY CASE:**

**PLEASE TAKE NOTICE** that the Court will hear interim applications for awards of compensation and reimbursement of expenses by professionals in this case on September 25, 2025, at 11:00 a.m., in Courtroom "1368" of the United States Bankruptcy Court, Los Angeles Division, 255 East Temple Street, Los Angeles, California 90012.

In compliance with Local Bankruptcy Rule 2016-1, the Debtors hereby notify all professionals as follows:

Other professional persons retained pursuant to court approval may also seek approval of interim fees at this hearing, provided that they file and serve their applications by September 4, 2025.

Any professional seeking interim and/or final fees at this time must comply with the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Central District of California, the Guidelines of the Office of the United States Trustee, and the relevant provisions of the Bankruptcy Code.

PLEASE TAKE FURTHER NOTICE that any professional who desires to be included in the Notice of Hearing in connection with interim and/or final fee applications must, not later than noon (Pacific Time) on **September 2, 2025**, advise Shelly Guise at Saul Ewing, LLP, 1888 Century Park East, Suite 1500, Los Angeles, California 90067 (310) 255-6100, or shelly.guise@saul.com of the amounts of requested compensation and expenses and the relevant time period for such compensation and expenses. Otherwise, you will be required to file and serve your own notice.

PLEASE TAKE FURTHER NOTICE that the Office of the United States Trustee generally requires professionals filing applications for compensation and reimbursement of expenses to comply with Appendix A-Guidelines for Reviewing Applications for Compensation filed under 11 U.S.C. § 330 in (1) larger chapter 11 cases by those seeking compensation who are not attorneys, (2) all chapter 11 cases below the larger case thresholds, and (3) cases under other chapters of the Bankruptcy Code ("Appendix A"). A copy of Appendix A can be found at:

http://www.justice.gov/ust/eo/rules_regulations/guidelines/index.htm. All applications for approval of fees and reimbursement of expenses must comply with Local Bankruptcy Rule 2016-1 (c)(2).

DATED: August 8, 2025         SAUL EWING LLP

By: _____
ZEV SHECHTMAN
CAROL CHOW
RYAN COY
Attorneys for Alan Gomperts, Daniel Halevy, Susan Halevy, Debtors and Debtors in Possession

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

55584690.1
390855-00001

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
Saul Ewing LLP, 1888 Century Park East, Suite 1500, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **Notice to Professionals of Hearing on Interim Fee Applications for Approval of Fees and Reimbursement of Expenses** be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **August 8, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **August 8, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| **Special Probate Counsel**<br>Soffer Law Group<br>Attn:  David Soffer, Esq.<br>345 North Maple Drive, Suite 386<br>Beverly Hills, CA 90210 | **Debtor**<br>Alan Gomperts<br>264 S Oakhurst Dr<br>Beverly Hills, CA 90212 | **Debtor**<br>Daniel Halevy<br>257 S Linden Dr<br>Los Angeles, CA 90212 | **Debtor**<br>Sue Halevy<br>257 S Linden Dr<br>Beverly Hills, CA 90212 |
|---|---|---|---|
| **Debtor**<br>Broadway Avenue Investments LLC<br>Attn: Alan D Gomperts Manager<br>264 S Oakhurst Dr<br>Beverly Hills, CA 90212 | **Debtor**<br>SLA Investments LLC<br>Attn Alan D Gomperts Manager<br>264 S Oakhurst Dr<br>Beverly Hills, CA 90212 | **Debtor**<br>Negev Investments LLC<br>Attn Susan Halevy Manager<br>257 S Linden Dr<br>Los Angeles, CA 90212-3704 | |

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **August 8, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA EMAIL:**
David Soffer: david@sofferlawgroup.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 8, 2025 | Hannah Richmond | /s/ Hannah Richmond |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012     **F 9013-3.1.PROOF.SERVICE**

**1**. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF) (continued)**</u>:

- **Scott R Albrecht**    salbrecht@gsaattorneys.com, jackie.nguyen@sgsattorneys.com
- **Tanya Behnam**    tbehnam@polsinelli.com, tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com
- **Jacquelyn H Choi**    jacquelyn.Choi@rimonlaw.com, docketingsupport@rimonlaw.com
- **Carol Chow**    Carol.Chow@saul.com, hannah.richmond@saul.com;easter.santamaria@saul.com;carol.chow@ecf.courtdrive.com;litigationdocketing@saul.com
- **Robert F Conte**    robert.conte@usdoj.gov, caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov
- **Ryan Coy**    ryan.coy@saul.com, hannah.richmond@saul.com;Shelly.Guise@saul.com;LitigationDocketing@saul.com;ryan.coy@ecf.courtdrive.com
- **Christopher Cramer**    secured@becket-lee.com
- **Christopher Crowell**    ccrowell@hrhlaw.com
- **Turner Falk**    turner.falk@saul.com, tnfalk@recap.email
- **Michael G Fletcher**    mfletcher@frandzel.com, sking@frandzel.com,autodocket@frandzel.com
- **Todd S. Garan**    ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com
- **Richard Girgado**    rgirgado@counsel.lacounty.gov
- **Jacqueline L James**    jjames@buchalter.com, gvidales@buchalter.com
- **Kelly L Morrison**    kelly.l.morrison@usdoj.gov
- **Avi Edward Muhtar**    amuhtar@crownandstonelaw.com
- **Bruce D Poltrock**    bpoltrock@frandzel.com, sking@frandzel.com,autodocket@frandzel.com
- **Paige Selina Poupart**    ppoupart@frandzel.com, achase@frandzel.com
- **Zev Shechtman**    Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com
- **David B Shemano**    dshemano@shemanolaw.com
- **Derrick Talerico**    dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Garrick Vanderfin**    gvanderfin@polsinelli.com, zyoung@Polsinelli.com;ladocketing@polsinelli.com
- **Gerrick Warrington**    gwarrington@frandzel.com, achase@frandzel.com,autodocket@frandzel.com
- **Jennifer C Wong**    bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**