**Alan Gomperts**

**Income and Expense Reconcilaiton**

**Income**

| | | |
|---|---|---:|
| Total income | Line d. of Part 8 | 44,080.09 |
| Payroll deductions | Line e. of Part 9 | (5,802.92) |
| **Total Receipts** | Line b. of part 1 | **38,277.17** |
| | | |
| Total Deposits in Wells Fargo account ending -3107 | | 82,444.52 |
| Reimbursed Expenses from agron, inc. (Employer) | | (44,167.37) |
| **Net Deposits** | | **38,277.15** |

**Expenses**

| | | |
|---|---|---:|
| Total Expenses | Line i. of Part 8 | 87,620.80 |
| Payroll deductions | | 5,802.92 |
| **Total disbursements** | Line c. of part 1 | **81,817.88** |
| | | |
| Total withdrawals in Wells Fargo account ending -3107 | | 81,817.88 |
| | | |
| agron, inc Expenses | | (44,167.37) |
| **Total Agron Expenses** | | **(44,167.37)** |
| | | |
| **Net Disbursements** | | **37,650.51** |