**Alan Gomperts**

**Part 8 Expenses**

| Date | Amount | Payee | Description |
|---|---|---|---|
| 7/1/2025 | (718.66) | BILL PAY WELLS FARGO AUTO ON-LINE xxxxxx6254 ON 07-01 | Personal Living - Auto Loan |
| 7/1/2025 | (1,277.00) | Cash eWithdrawal in Branch 07/01/2025 13:12 PM 9354 WILSHIRE BLVD BEVERLY HILLS CA 087 | Personal Living - Cash Expenses |
| 7/1/2025 | (125.00) | ZELLE TO HERNANDEZ CIRO ON 07/01 REF #PP0YZ6LNWT | Personal Living - Gardener |
| 7/1/2025 | (760.00) | ZELLE TO JARET EITAN ON 07/01 REF #RP0YZ6WQ9P | Personal Living - Miscellaneous |
| 7/2/2025 | (140.00) | BILL PAY Jun Ho. Choi ON-LINE No Account Number ON 07-02 | Personal Living - Pool Man |
| 7/3/2025 | (564.30) | BLOOMINGDALES ONLINE PMT 250702 621723691010327 SHARON HALEVY | Personal Living - Clothes |
| 7/3/2025 | (4,611.82) | CHASE CREDIT CRD EPAY 250702 8509146578 SHARON HALEVY | Personal Living - Credit Card |
| 7/7/2025 | (30.61) | SoCalGas PAID SCGC 250703 1291016484 301601474289831390 | Personal Living - Gas bill |
| 7/7/2025 | (5,208.55) | BILL PAY WELLS FARGO Oakhurst ON-LINE 0512091XXX ON 07-07 | Personal Living - Mortgage |
| 7/8/2025 | (1,335.17) | CITI CARD ONLINE PAYMENT 250707 431731635270357 SHARON HALEVY | Personal Living - Credit Card |
| 7/8/2025 | (161.58) | BILL PAY NORTHWESTERN MUTUAL LIFE INSURAN ON-LINE xxxx4520 ON 07-08 | Personal Living - Life Insurance |
| 7/15/2025 | (950.00) | ZELLE TO BADOYEN ACADEMICS LLC ON 07/15 REF #RP0Z2LC6VK TUTORING | Personal Living - SAT Tuition |
| 7/17/2025 | (80.00) | Cash eWithdrawal in Branch 07/17/2025 15:33 PM 10789 W PICO BLVD LOS ANGELES CA 5456 | Personal Living - Cash Expenses |
| 7/18/2025 | (50.00) | VENMO PAYMENT 250718 1043592312065 SHARON HALEVY GOMPERTS | Personal Living - Cash Expenses |
| 7/21/2025 | (2,000.00) | Cash eWithdrawal in Branch 07/21/2025 10:33 AM 9354 WILSHIRE BLVD BEVERLY HILLS CA 087 | Personal Living - Cash Expenses |
| 7/22/2025 | (10,039.28) | AMERICAN EXPRESS ACH PMT 250722 W5506 ALAN GOMPERTS | Personal Living - Credit Card |
| 7/24/2025 | (133.65) | BARCLAYCARD US CREDITCARD 1292617017 SHARON HALEVY | Personal Living - Credit Card |
| 7/25/2025 | (718.66) | BILL PAY WELLS FARGO AUTO ON-LINE xxxxxx6254 ON 07-25 | Personal Living - Auto Loan |
| 7/31/2025 | (43.60) | MACYS ONLINE PMT 250730 621762961537775 SHARON HALEVY | Personal Living - Clothes |

**Living Expenses**

**Line g. of Part 8**    **(28,947.88)**

| Date | Amount | Payee | Description |
|---|---|---|---|
| 7/2/2025 | (75.00) | BILL PAY Nicandro Barba ON-LINE No Account Number ON 07-02 | Gardener Bagley |
| 7/1/2025 | (155.00) | ZELLE TO GABRIEL ADULFO ON 07/01 REF #PP0YZ6LGSY | Gardener Canfield and Greenfield |
| 7/7/2025 | (4,003.21) | BILL PAY WELLS FARGO Bagley ON-LINE 0512092XXX ON 07-07 | Mortgage - Bagley |

| Date | Amount | Description | Category |
|---|---|---|---|
| 7/7/2025 | (2,050.07) | BILL PAY WELLS FARGO Canfield ON-LINE 0502483XXX ON 07-07 | Mortgage - Canfield |
| 7/7/2025 | (1,523.85) | BILL PAY WFHM - Greenfield ON-LINE 0320648XXX ON 07-07 | Mortgage - Greenfield |
| 7/2/2025 | (90.00) | BILL PAY 4 SEASON POOL SE ON-LINE No Account Number ON 07-02 | Pool Man - Bagley Ave |
| 7/23/2025 | (805.50) | QUARTERLY FEE PAYMENT 250722 6R4MIEC5S91 ALAN GOMPERTS | US Trusteee Payment |

**All Other Expenses**
**Line h. of Part 8**     (8,702.63) **Expenses on Rental Properties**

(37,650.51)