1  ZEV SHECHTMAN (BAR NO. 266280)
   Zev.Shechtman@saul.com
2  CAROL CHOW (BAR NO. 169299)
   carol.chow@saul.com
3  RYAN COY (BAR NO. 324939)
   ryan.coy@saul.com
4  SAUL EWING LLP
   1888 Century Park East, Suite 1500
5  Los Angeles, California 90067
   Telephone:  (310) 255-6100
6  Facsimile:  (310) 255-6200

7  Attorneys for Alan Gomperts, Daniel Halevy,
   Susan Halevy, Debtors and Debtors in Possession
8

9              **UNITED STATES BANKRUPTCY COURT**

10        **CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION**

11

| | |
|---|---|
| In re: SEATON INVESTMENTS, LLC, et al., <br> *Now a dismissed case* | Lead Case No. 2:24-bk-12079-VZ |
| Debtors and Debtors In Possession. | Jointly Administered with Case Nos.: <br> 2:24-bk-12080-VZ; 2:24-bk-12081-VZ; <br> 2:24-bk-12082-VZ; 2:24-bk-12091-VZ; <br> 2:24-bk-12074-VZ; 2:24-bk-12075-VZ and <br> 2:24-bk-12076-VZ |

☐  Affects All Debtors.

☐  Affects Case No.: 2:24-12080-VZ
   Colyton Investments, LLC - *Now a
   dismissed case*

☒  Affects Case No.: 2:24-12081-VZ
   Broadway Avenue Investments, LLC

☒  Affects 2:24-12082-VZ
   SLA Investments, LLC

☒  Affects 2:24-12091-VZ
   Negev Investments, LLC

☒  Affects Case No.: 2:24-12074-VZ
   Alan Gomperts

☒  Affects Case No.: 2:24-12075-VZ
   Daniel Halevy

☒  Affects Case No.: 2:24-12076-VZ
   Susan Halevy

Chapter 11

**NOTICE OF HEARING ON INTERIM
FEE APPLICATIONS FOR APPROVAL
OF FEES AND REIMBURSEMENT OF
EXPENSES BY PROFESSIONALS**

Hearing:

Date:  September 25, 2025
Time:  11:00 a.m.
Courtroom: 1368
Location:  255 East Temple Street
Los Angeles, California 90012

56150257.1
390855-00001

1    **NOTICE IS HEREBY GIVEN** that on September 25, 2025, at 11:00 a.m., in Courtroom

2    1368 of the United States Bankruptcy Court, located at 255 East Temple Street, Los Angeles,

3    California 90012, a hearing will be held on the interim applications for compensation and

4    reimbursement of expenses (collectively the "Applications") for the following professionals in the

5    following amounts:

6        1.      Saul Ewing LLP ("SE") as general counsel for Individual Debtors (as defined in the

7    Application), 1888 Century Park East, Suite 1500, Los Angeles, California 90067, Attn: Zev

8    Shechtman [March 18, 2024 to July 31, 2025][1]:

9            Fees:       $366,797.50

10           Costs:      $17,062.83

11       2.      Weintraub Zolkin Talerico & Selth LLP ("Weintraub"), as general counsel for

12   Debtor Broadway Avenue Investments, LLC, 11766 Wilshire Blvd., Suite 730, Los Angeles, CA

13   90025 Attn: Derrick Talerico [March 14, 2024 to July 31, 2025]:

14           Fees:       $261,539.00[2]

15           Costs:      $7,477.50

16       3.      Weintraub Zolkin Talerico & Selth LLP ("Weintraub"), as general counsel for

17   Debtor SLA Investments, LLC, 11766 Wilshire Blvd., Suite 730, Los Angeles, CA 90025 Attn:

18   Derrick Talerico [March 14, 2024 to July 31, 2025]:

19           Fees:       $41,174.00[3]

20           Costs:      $283.23

21       4.      Weintraub Zolkin Talerico & Selth LLP ("Weintraub"), as general counsel for

22   Debtor Negev Investments, LLC, 11766 Wilshire Blvd., Suite 730, Los Angeles, CA 90025 Attn:

23

24   [1] Applicant requests payment of $232,504.93 on an interim basis after application of the retainer
of $151,355.40.

25

26   [2] Applicant requests payment of $254,351.00 on an interim basis after application of the retainer
of $14,665.50.

27

28   [3] Applicant requests payment of $24,459.23 on an interim basis after application of the retainer of
$16,998.00.

56150257.1
390855-00001

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

1  Derrick Talerico [March 14, 2024 to July 31, 2025]:

2             Fees:         $34,249.00[4]

3             Costs:       $251.55

4        Copies of the applications may be viewed at the office of the Clerk of the Court at the

5  address indicated above, or you may contact the Individual Debtors' counsel named in the upper

6  left-hand corner of this notice.

7        **PLEASE TAKE FURTHER NOTICE** that, pursuant to the Local Bankruptcy Rule

8  9013-1, any opposition to the applications must be in writing in the format required by Local

9  Bankruptcy Rules, filed with the Clerk of the Court and served upon the affected applicant,

10  counsel for the Individual Debtors at the address in the upper left corner of the face of this notice,

11  and upon the United States Trustee, 915 Wilshire Blvd., Suite 1850, Los Angeles, California

12  90017, not less than fourteen (14) days before the hearing.  Failure to comply with this procedure

13  may be deemed consent to the granting of the relief requested.

14

15  DATED:  September 4, 2025          SAUL EWING LLP

16

17                                By:

18                                ZEV SHECHTMAN
                              CAROL CHOW

19                                RYAN COY

20                                Attorneys for Alan Gomperts, Daniel Halevy,
                              Susan Halevy, Debtors and Debtors in Possession

21

22

23

24

25

26  p

27

28

---

[4] Applicant requests payment of $27,483.55 on an interim basis after application of the retainer of $7,017.00.

56150257.1
390855-00001

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
Saul Ewing LLP, 1888 Century Park East, Suite 1500, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **Notice of Hearing on Interim Fee Applications for Approval of Fees and Reimbursement of Expenses by Professionals** be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **September 4, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **September 4, 2025,**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

| **Debtor:** | **Debtor:** | **Debtor:** |
|---|---|---|
| Alan Gomperts | Susan Halevy | Daniel Halevy |
| 264 South Oakhurst Drive | 257 South Linden Drive | 8561 Horner Street |
| Beverly Hills, CA 90212 | Beverly Hills, CA 90212 | Los Angeles, CA 90035 |
| | | |
| **Debtor:** | **Debtor:** | **Debtor:** |
| Negev Investments LLC | Broadway Avenue Investments LLC | SLA Investments LLC |
| Attn Susan Halevy Manager | Attn: Alan D Gomperts Manager | Attn Alan D Gomperts Manager |
| 257 S Linden Dr | 264 S Oakhurst Dr | 264 S Oakhurst Dr |
| Los Angeles, CA 90212-3704 | Beverly Hills, CA 90212 | Beverly Hills, CA 90212 |

☒  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 4, 2025 | Hannah Richmond | /s/ Hannah Richmond |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                          **F 9013-3.1.PROOF.SERVICE**

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF) (continued)**:
- **Scott R Albrecht**    salbrecht@gsaattorneys.com, jackie.nguyen@sgsattorneys.com
- **Tanya Behnam**    tbehnam@polsinelli.com,
tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com
- **Jacquelyn H Choi**    jacquelyn.Choi@rimonlaw.com, docketingsupport@rimonlaw.com
- **Carol Chow**    Carol.Chow@saul.com,
hannah.richmond@saul.com;easter.santamaria@saul.com;carol.chow@ecf.courtdrive.com;litigationdo
cketing@saul.com
- **Robert F Conte**    robert.conte@usdoj.gov, caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov
- **Ryan Coy**    ryan.coy@saul.com,
hannah.richmond@saul.com;Shelly.Guise@saul.com;LitigationDocketing@saul.com;ryan.coy@ecf.cou
rtdrive.com
- **Christopher Cramer**    secured@becket-lee.com
- **Christopher Crowell**    ccrowell@hrhlaw.com
- **Turner Falk**    turner.falk@saul.com, tnfalk@recap.email
- **Michael G Fletcher**    mfletcher@frandzel.com, sking@frandzel.com,autodocket@frandzel.com
- **Todd S. Garan**    ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com
- **Richard Girgado**    rgirgado@counsel.lacounty.gov
- **Jacqueline L James**    jjames@buchalter.com, gvidales@buchalter.com
- **Kelly L Morrison**    kelly.l.morrison@usdoj.gov
- **Avi Edward Muhtar**    amuhtar@crownandstonelaw.com
- **Bruce D Poltrock**    bpoltrock@frandzel.com, sking@frandzel.com,autodocket@frandzel.com
- **Paige Selina Poupart**    ppoupart@frandzel.com, achase@frandzel.com
- **Zev Shechtman**    Zev.Shechtman@saul.com,
zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com
- **David B Shemano**    dshemano@shemanolaw.com
- **Derrick Talerico**    dtalerico@wztslaw.com,
maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Garrick Vanderfin**    gvanderfin@polsinelli.com, zyoung@Polsinelli.com;ladocketing@polsinelli.com
- **Gerrick Warrington**    gwarrington@frandzel.com, achase@frandzel.com,autodocket@frandzel.com
- **Jennifer C Wong**    bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

**2.** **SERVED BY UNITED STATES MAIL (continued)**:

| | | |
|---|---|---|
| Los Angeles County Treasurer/Tax Collector<br>Attn Bankruptcy Unit<br>PO Box 54110<br>Los Angeles Ca 90054-0110 | US Small Business Administration<br>14925 Kingsport Rd<br>Fort Worth, TX 76155-2243 | US Small Business Administration<br>409 3rd St SW<br>Washington, DC 20416-0005 |
| U S  Small Business Administration<br>312 N Spring St 5th Floor<br>Los Angeles Ca 90012-2678 | CA Dept of Tax and Fee Admin<br>Account Info Group MIC29<br>PO Box 942879<br>Sacramento, CA 94279-0029 | Employment Development Dept<br>Bankruptcy Group MIC 92E<br>PO Box 826880<br>Sacramento, CA 94280-0001 |
| Franchise Tax Board<br>Bankruptcy Section MS A-340<br>PO Box 2952<br>Sacramento, CA 95812-2952 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | 802 Mateo Street LLC<br>Attn Daniel Halevy<br>802 Mateo St<br>Los Angeles, CA 90021-1712 |
| Alta Fire Pro<br>PO Box 7007<br>Mission Hills, CA 91346-7007 | Balboa Capital Corporation<br>575 Anton Blvd 12th Floor<br>Costa Mesa Ca 92626-7685 | California Refrigeration & Supply<br>1926 Glendon Ave Apt 4<br>Los Angeles, CA 90025-4661 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Deborah Feldman Esq
12466 Marsh Pointe Rd
Sarasota, FL 34238-2115

~~Deborah Feldman Esq~~
~~24611 Mulholland Hwy~~
~~Calabasas, CA 91302-2325~~
**RETURNED**

Los Angeles Dept of Water and Power
PO Box 30808
Los Angeles, CA 90030-0808

Mark Berkowitz CPA
5850 Canoga Ave, Suite 220
Woodland Hills, CA 91367-6505

Mordechai Miky Acoca
1926 Glendon Ave #4
Los Angeles, CA 90025-4661

RG Fire Inc
8721 Laurel Canyon Blvd
Sun Valley, CA 91352-2919

Sienna Rose Inc
433 Colyton St
Los Angeles, CA 90013-2210

Simply Electrical
14101 S Budlong Ave
Gardena, CA 90247-2231

Southern California Edison Company
2244 Walnut Grove Avenue
Rosemead, CA 91770

Southern California Gas
Centralized Correspondence
PO Box 1626
Monterey Park, CA 91754-8626

~~Urban Lime~~
~~915 Mateo St~~
~~Los Angeles, CA 90021-1784~~
**RETURNED**

American Express
PO Box 001
Los Angeles, CA 90096-0001

Silver Jeans
Attn Robert Silver
433 Colyton St Stes 201-203
Los Angeles, CA 90013-2210

Riverside County Tax Collector
PO Box 12005
Riverside, CA 92502-2205

Seapiper Inn Inc
264 S Oakhurst Dr
Beverly Hills, CA 90212-3504

Joshua Mogin Esq
Thompson Coburn LLP
10100 Santa Monica Blvd Ste 500
Los Angeles, CA 90067-4121

American Express
PO Box 981535
El Paso, TX 79998-1535

Athas Capital Group Inc
3990 Westerly Place Ste 240
Newport Beach, CA 92660

Jose Benssouson
2220 Bagley Ave
Los Angeles, CA 90034

Brian Boyken
133 S Palm Dr #1
Beverly Hills, CA 90212

Drexter Castillo
133 S Palm Dr #2
Beverly Hills, CA 90212

Gabrielle Chavez
133 S Palm Dr #4
Beverly Hills, CA 90212

First Foundation Bank
18101 Von Karman Ave Ste 750
Irvine, CA 92612
Attn Erica Dorsett Chief Legal Counsel

Gomperts & Halevy Family Trust
264 S Oakhurst Dr
Beverly Hills, CA 90212

Nathan Halevy
133 S Palm Dr #5
Beverly Hills, CA 90212

Halevy Family Trust
257 S Linden Dr
Beverly Hills, CA 90212

Shmuel Levy
2247 S Canfield Ave
Los Angeles, CA 90034

Perla Segla
133 S Palm Dr #4
Beverly Hills, CA 90212

Shellpoint Mortgage Servicing
A division of Newrez LLC
c/o CSC–Lawyers Incorporating
Service
2710 Gateway Oaks Dr Ste 150N
Sacramento, CA 95833

Wells Fargo Auto / Wells Fargo Bank
c/o CSC-Lawyers Incorporating
Service
2710 Gateway Oaks Dr Ste 150N
Sacramento, CA 95833

Adam Willmouth, Ericka Ochoa
3538 Greenfield Ave
Los Angeles, CA 90034

AIRE Ancient Baths Los Angeles LLC
88 Franklin St
New York, NY 10013

~~Sean Rudes and Monfrere~~
~~3891 Beverly Blvd #328~~
~~Los Angeles, CA 90048~~
**RETURNED**

WGW Sales Inc
555 Logan Ave
Winnipeg, MB R3A O54
CANADA

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.