

August 31, 2025
Page 1 of 6

# Wells Fargo Prime Checking

**Questions? Please contact us:**

Available 24 hours a day, 7 days a week
We accept all relay calls, including 711
Phone: **1-800-TO-WELLS** (1-800-869-3557)
En español: 1-877-727-2932

Online: wellsfargo.com

Write: Wells Fargo Bank, N.A.
P.O. Box 6995
Portland, OR 97228-6995

ALAN D GOMPERTS
SHARON HALEVY
DEBTOR IN POSSESSION
CH11 CASE #24-12074 (CCA)
264 S OAKHURST DR
BEVERLY HILLS CA 90212-3504

## Accounts linked to your Wells Fargo Prime Checking account:

### Bank Deposit Account(s)

| Account (Account Number) | $ Balance |
|---|---|
| Wells Fargo Prime Checking ( 3107) - **Your primary account** | 151,965.60 |

**Your Qualification Balance this month:**  $151,965.60

*Accounts linked in Summary will be provided a separate statement.*



Important Account Information

(A) If your Prime Checking account is closed or converted to another checking product, all linked accounts are delinked from the Prime Checking account and effective immediately, your Prime Checking relationship benefits no longer apply, including associated benefits to your now delinked accounts. You'll no longer receive discounts, options to avoid fees on other products or services, or the Relationship Interest Rate. Your delinked accounts will revert to the Bank's current applicable interest rate or fee at that time. For Certificates of Deposit (CDs), this change will occur at renewal. (B) If you or we delink an account from your Prime Checking account, but other accounts remain linked, the loss of all benefits and the other consequences described above in (A) will immediately apply to the delinked account. Benefits available to your Prime Checking account and any remaining linked accounts will continue.

Important Account Information

The balances within the "Accounts linked to your Wells Fargo Prime Checking account" section of your statement may not match your statement of record for investment products due to differences in statement periods between this statement and the statement for your investment products. This section shows balance information from (1) consumer bank deposit accounts, bank fiduciary and custody accounts, (2) investment accounts with Wells Fargo Advisors, which is a trade name used by Wells Fargo Clearing Services, LLC, and Wells Fargo Advisors Financial Network, LLC, Members SIPC, registered broker-dealers and separate non-bank affiliates of Wells Fargo & Company.

Investment and Insurance Products are:
- Not Insured by the FDIC or Any Federal Government Agency
- Not a Deposit or Other Obligation of, or Guaranteed by, the Bank or Any Bank Affiliate
- Subject to Investment Risks, Including Possible Loss of the Principal Amount Invested
Deposit products offered by Wells Fargo Bank, N.A. Member FDIC.
RSNIP-07092026-7513140.1.1

Other Wells Fargo Benefits

You control your information - Be aware what you share

It could be something as innocent as your email address or where you bank or live. Be careful what you share and who you share it with.

Fraudsters can use your personal information to steal your identity. They'll get into your accounts or even open new accounts in your name. This costs you money, time to close unauthorized accounts and an emotional toll as you try to repair your good name.

Scammers use all kinds of ways to get you to give up your information:
- Scammers can pose as your bank claiming there is a "problem" with your account.
- Tech imposters will convince you there is "an issue" with your device and get you to give them access to it.
- They'll have you scan QR codes or get you to fill in personal information on fake websites or online surveys.

Don't give them that chance. Protect your information on- and offline!

What to do:
- Use strong, complex passwords on all your accounts. Use two-factor authentication whenever it's available.
- Avoid clicking links in emails or texts. Instead, go directly to the official website or app.
- Be mindful of what you share on social media and who with.
- Use secure Wi-Fi. Avoid public Wi-Fi if possible.
- Install and maintain antivirus and antimalware software on your devices.



- Don't share personal information unless you initiated the contact. Slow down and always verify who you're giving the information to and why to ensure it makes sense.

Remember, it's your information. Share it wisely.



# Wells Fargo Prime Checking

This is your primary checking account

## Statement period activity summary

| | |
|---|---|
| Balance on 8/1 | 156,564.93 |
| Deposits/Additions | 83,964.24 |
| Withdrawals/Subtractions | - 88,563.57 |
| **Balance on 8/31** | **$151,965.60** |

Account number:    3107  (primary account)
ALAN D GOMPERTS
SHARON HALEVY
DEBTOR IN POSSESSION
CH11 CASE #24-12074 (CCA)

Wells Fargo Bank, N.A.  (Member FDIC)
CALIFORNIA   account terms and conditions apply

Questions about your account:   1-800-869-3557

## Interest summary

| | |
|---|---|
| Interest paid this statement | $1.32 |
| Interest earned this statement period | $1.32 |
| Average collected balance | $155,849.57 |
| Annual percentage yield earned | 0.01% |
| Interest paid this year | $14.38 |

## Transaction history

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| 8/1 | Venmo Payment 250801 1043909426490 Sharon Halevy Gomperts | | | 29.60 | 156,535.33 |
| 8/4 | Mobile Deposit : Ref Number :220030059290 | | 7,200.00 | | |
| 8/4 | Zelle From Adam Spencer Willmouth Ref # Usb9Wlnns33A Payment 1 of 2 | | 3,500.00 | | |
| 8/4 | Zelle From Adam Spencer Willmouth On 08/04 Ref # Usb1Nvbntbdl Plumbing Deducted Rent Part 2 | | 799.00 | | |
| 8/4 | Bill Pay WFHM - Greenfield On-Line 0320648Xxx On 08-04 | | | 1,523.85 | |
| 8/4 | Bill Pay Wells Fargo Canfield On-Line 0502483Xxx On 08-04 | | | 2,050.07 | |
| 8/4 | Bill Pay Wells Fargo Bagley On-Line 0512092Xxx On 08-04 | | | 4,003.21 | |
| 8/4 | Bill Pay Wells Fargo Oakhurst On-Line 0512091Xxx On 08-04 | | | 5,208.55 | |
| 8/4 | Bill Pay Nicandro Barba On-Line No Account Number On 08-04 | | | 75.00 | |
| 8/4 | Bill Pay 4 Season Pool SE On-Line No Account Number On 08-04 | | | 90.00 | |
| 8/4 | Bill Pay Jun Ho. Choi On-Line No Account Number On 08-04 | | | 230.00 | |
| 8/4 | Zelle to Derks Plumbing On 08/03 Ref #Rp0Z4L9543 | | | 847.09 | |
| 8/4 | Zelle to Gabriel Adulfo On 08/03 Ref #Pp0Z4L97JJ | | | 155.00 | |
| 8/4 | Zelle to Hernandez Ciro On 08/03 Ref #Pp0Z4L987Q | | | 125.00 | |
| 8/4 | Bloomingdales Online Pmt 250801          1899 Sharon Halevy | | | 961.67 | |
| 8/4 | Chase Credit Crd Epay 250801         1875 Sharon Halevy | | | 3,990.83 | 148,774.06 |
| 8/5 | Citi Card Online Payment 250804 4          0913 Sharon Halevy | | | 84.00 | |
| 8/5 | Socalgas Paid Scgc 250804          6484 3016014474292210348 | | | 84.94 | 148,605.12 |
| 8/6 | Zelle to Jeselsohn Joel On 08/06 Ref #Rp0Z4T73Zg | | | 10.00 | |
| 8/6 | Zelle to Jeselsohn Joel On 08/06 Ref #Rp0Z4T7Jfc | | | 3,381.33 | 145,213.79 |
| 8/7 | Citi Card Online Payment 250806 4          3851 Sharon Halevy | | | 1,816.27 | |
| 8/7 | Venmo Payment 250807 1044036608823 Sharon Halevy Gomperts | | | 50.00 | 143,347.52 |
| 8/8 | Bill Pay Northwestern Mutual Life Insuran On-Line Xxxx4520 On 08-08 | | | 161.58 | |
| 8/8 | Cash eWithdrawal IN Branch 08/08/2025 10:32 Am 8901 W Pico Blvd Los Angeles CA 5456 | | | 100.00 | 143,085.94 |
| 8/11 | Mobile Deposit : Ref Number :920090318836 | | 120.00 | | 143,205.94 |
| 8/13 | El AL Israel Air ACH 250813 Alan Gomperts | | 688.00 | | |
| 8/13 | Agron Inc PC Clear Alagom1 Alan Gomperts | | 44,533.83 | | 188,427.77 |

**WELLS FARGO**

=> **Wells Fargo Prime Checking** (continued)

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| 8/14 | Cash eWithdrawal IN Branch 08/14/2025 12:11 Pm 9354 Wilshire Blvd Beverly Hills CA 0874 | | | 2,277.00 | 186,150.77 |
| 8/15 | Agron Inc Payroll 13180700042139X Gomperts, Alan D | | 10,816.04 | | 196,966.81 |
| 8/18 | American Express ACH Pmt 250818 W8210 Alan Gomperts | | | 44,533.83 | 152,432.98 |
| 8/19 | Zelle to Badoyen Academics LLC On 08/18 Ref #Rp0Z64Cccs | | | 1,350.00 | 151,082.98 |
| 8/21 | M Bensoussan Jos Payments 250821 C Alan D Gomperts | 1117 | 2,500.00 | | 153,582.98 |
| 8/22 | Mobile Deposit : Ref Number :116220017156 | | 3,050.00 | | 156,632.98 |
| 8/25 | American Express ACH Pmt 250825 W9300 Alan Gomperts | | | 13,998.83 | 142,634.15 |
| 8/28 | Bill Pay Wells Fargo Auto On-Line Xxxxxx6254 On 08-28 | | | 718.66 | 141,915.49 |
| 8/29 | Agron Inc Payroll 13373500035083X Gomperts, Alan D | | 10,756.05 | | |
| 8/29 | Macys Online Pmt 250828 Sharon Halevy | 7073 | | 707.26 | |
| 8/29 | Interest Payment | | 1.32 | | 151,965.60 |
| Totals | | | **$83,964.24** | **$88,563.57** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

---

**Important Account Information**

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

---

**Important Account Information**

The Wells Fargo Prime Checking account has a $25 monthly service fee which can be avoided each fee period with $20,000 or more in statement-ending qualifying linked (a) consumer bank deposit account balances (checking, savings, time accounts (CDs), FDIC-insured IRAs) and (b) investment account balances (investments available through our brokerage affiliate Wells Fargo Advisors*,**, and applicable bank fiduciary and custody accounts.) Refer to the Wells Fargo Bank Consumer Account Fee and Information Schedule at wellsfargo.com/online-banking/consumer-account-fees/ for further information about the Prime Checking account and applicable bank fees.

*Investment products and services are offered through Wells Fargo Advisors. Wells Fargo Advisors is a trade name used by Wells Fargo Clearing Services, LLC (WFCS) and Wells Fargo Advisors Financial Network, LLC, Members SIPC, separate registered broker-dealers and non-bank affiliates of Wells Fargo & Company.
**Certain investments or investment accounts are not eligible for linking.

Investment and Insurance Products are:
- Not Insured by the FDIC or Any Federal Government Agency
- Not a Deposit or Other Obligation of, or Guaranteed by, the Bank or Any Bank Affiliate
- Subject to Investment Risks, Including Possible Loss of the Principal Amount Invested
Deposit products offered by Wells Fargo Bank, N.A. Member FDIC.
RSNIP-07092026-7513649.1.1



August 31, 2025
Page 6 of 6

## Important Information You Should Know

■ To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts:

Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ If your account has a negative balance:

Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

■ In case of errors or questions about your electronic transfers:

Telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

■ In case of errors or questions about other transactions (that are not electronic transfers):

Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

■ To download and print an Account Balance Calculation Worksheet (PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

Deposit and credit products offered by Wells Fargo Bank, N.A., Member FDIC.
©2021 Wells Fargo Bank, N.A., All rights reserved. NMLSR ID 399801

