**Alan Gomperts**
**Income and Expense Reconcilaiton**

**Income**

| | | |
|---|---|---:|
| Total income | Line d. of Part 8 | 43,691.66 |
| Payroll deductions | Line e. of Part 9 | (4,261.25) |
| Total Receipts | Line b. of part 1 | **39,430.41** |
| | | |
| Total Deposits in Wells Fargo account ending -3107 | | 83,964.24 |
| Reimbursed Expenses from agron, inc. (Employer) | | (44,533.83) |
| Net Deposits | | **39,430.41** |

**Expenses**

| | | |
|---|---|---:|
| Total Expenses | Line i. of Part 8 | 88,563.57 |
| Payroll deductions | | 4,261.25 |
| Total disbursements | Line c. of part 1 | **84,302.32** |
| | | |
| Total withdrawals in Wells Fargo account ending -3107 | | 88,563.57 |
| | | |
| agron, inc Expenses | | (44,533.83) |
| Total Agron Expenses | | **(44,533.83)** |
| | | |
| Net Disbursements | | **44,029.74** |