**Alan Gomperts**
**Part 8 Expenses**

| Date | Amount | Payee | Description |
|---|---|---|---|
| 8/1/2025 | (29.60) | VENMO PAYMENT 250801 1043909426490 SHARON HALEVY GOMPERTS | Personal Living - Miscellaneous |
| 8/4/2025 | (961.67) | BLOOMINGDALES ONLINE PMT 250801 621750215171899 SHARON HALEVY | Personal Living - Clothes |
| 8/4/2025 | (3,990.83) | CHASE CREDIT CRD EPAY 250801 8583301875 SHARON HALEVY | Personal Living - Credit Card |
| 8/4/2025 | (125.00) | ZELLE TO HERNANDEZ CIRO ON 08/03 REF #PP0Z4L987Q | Personal Living - Gardener |
| 8/4/2025 | (5,208.55) | BILL PAY WELLS FARGO Oakhurst ON-LINE 0512091XXX ON 08-04 | Personal Living - Mortgage |
| 8/4/2025 | (847.09) | ZELLE TO DERKS PLUMBING ON 08/03 REF #RP0Z4L9543 | Personal Living - Plumber |
| 8/4/2025 | (230.00) | BILL PAY Jun Ho. Choi ON-LINE No Account Number ON 08-04 | Personal Living - Pool Man |
| 8/5/2025 | (84.00) | CITI CARD ONLINE PAYMENT 250804 421756085330913 SHARON HALEVY | Personal Living - Credit Card |
| 8/5/2025 | (84.94) | SoCalGas PAID SCGC 250804 1291016484 301601474292210348 | Personal Living - Gas bill |
| 8/6/2025 | (10.00) | ZELLE TO JESELSOHN JOEL ON 08/06 REF #RP0Z4T73ZG | Personal Living - College Rent |
| 8/6/2025 | (3,381.33) | ZELLE TO JESELSOHN JOEL ON 08/06 REF #RP0Z4T7JFC | Personal Living - College Rent |
| 8/7/2025 | (1,816.27) | CITI CARD ONLINE PAYMENT 250806 421756083513851 SHARON HALEVY | Personal Living - Credit Card |
| 8/7/2025 | (50.00) | VENMO PAYMENT 250807 1044036608823 SHARON HALEVY GOMPERTS | Personal Living - Miscellaneous |
| 8/8/2025 | (100.00) | Cash eWithdrawal in Branch 08/08/2025 10:32 AM 8901 W PICO BLVD LOS ANGELES CA 5456 | Personal Living - Cash Expenses |
| 8/8/2025 | (161.58) | BILL PAY NORTHWESTERN MUTUAL LIFE INSURAN ON-LINE xxxx4520 ON 08-08 | Personal Living - Life Insurance |
| 8/14/2025 | (2,277.00) | Cash eWithdrawal in Branch 08/14/2025 12:11 PM 9354 WILSHIRE BLVD BEVERLY HILLS CA 0874 | Personal Living - Cash Expenses |
| 8/19/2025 | (1,350.00) | ZELLE TO BADOYEN ACADEMICS LLC ON 08/18 REF #RP0Z64CCCS | Personal Living - SAT Tuition |
| 8/25/2025 | (13,998.83) | AMERICAN EXPRESS ACH PMT 250825 W9300 ALAN GOMPERTS | Personal Living - Credit Card |
| 8/28/2025 | (718.66) | BILL PAY WELLS FARGO AUTO ON-LINE xxxxxx6254 ON 08-28 | Personal Living - Auto Loan |
| 8/29/2025 | (707.26) | MACYS ONLINE PMT 250828 601788063107073 SHARON HALEVY | Personal Living - Clothes |

**Living Expenses**
**Line g. of Part 8**     **(36,132.61)**

| Date | Amount | Payee | Description |
|---|---|---|---|
| 8/4/2025 | (75.00) | BILL PAY Nicandro Barba ON-LINE No Account Number ON 08-04 | Gardener Bagley |
| 8/4/2025 | (155.00) | ZELLE TO GABRIEL ADULFO ON 08/03 REF #PP0Z4L97JJ | Gardener Canfield and Greenfield |
| 8/4/2025 | (4,003.21) | BILL PAY WELLS FARGO Bagley ON-LINE 0512092XXX ON 08-04 | Mortgage - Bagley |
| 8/4/2025 | (2,050.07) | BILL PAY WELLS FARGO Canfield ON-LINE 0502483XXX ON 08-04 | Mortgage - Canfield |

| Date | Amount | Description | Category |
|---|---|---|---|
| 8/4/2025 | (1,523.85) | BILL PAY WFHM - Greenfield ON-LINE 0320648XXX ON 08-04 | Mortgage - Greenfield |
| 8/4/2025 | (90.00) | BILL PAY 4 SEASON POOL SE ON-LINE No Account Number ON 08-04 | Pool Man - Bagley Ave |

**All Other Expenses**

**Line h. of Part 8**     **(7,897.13)  Expenses on Rental Properties**


(44,029.74)