# Wells Fargo Everyday Checking

August 31, 2025 ■ Page 1 of 6



SUE HALEVY
DEBTOR IN POSSESSION
CH11 CASE #24-12076 (CCA)
257 S LINDEN DR
BEVERLY HILLS CA 90212-3704

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711

**1-800-TO-WELLS**  (1-800-869-3557)

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

Other Wells Fargo Benefits

You control your information - Be aware what you share

It could be something as innocent as your email address or where you bank or live. Be careful what you share and who you share it with.

Fraudsters can use your personal information to steal your identity. They'll get into your accounts or even open new accounts in your name. This costs you money, time to close unauthorized accounts and an emotional toll as you try to repair your good name.

Scammers use all kinds of ways to get you to give up your information:
- Scammers can pose as your bank claiming there is a "problem" with your account.
- Tech imposters will convince you there is "an issue" with your device and get you to give them access to it.
- They'll have you scan QR codes or get you to fill in personal information on fake websites or online surveys.

Don't give them that chance. Protect your information on- and offline!

What to do:
- Use strong, complex passwords on all your accounts. Use two-factor authentication whenever it's available.

**WELLS FARGO**

- Avoid clicking links in emails or texts. Instead, go directly to the official website or app.
- Be mindful of what you share on social media and who with.
- Use secure Wi-Fi. Avoid public Wi-Fi if possible.
- Install and maintain antivirus and antimalware software on your devices.
- Don't share personal information unless you initiated the contact. Slow down and always verify who you're giving the information to and why to ensure it makes sense.

**Remember, it's your information. Share it wisely.**

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 8/1 | $2,490.66 |
| Deposits/Additions | 34,965.30 |
| Withdrawals/Subtractions | - 27,243.01 |
| **Ending balance on 8/31** | **$10,212.95** |

Account number:     **4484  (primary account)**

**SUE HALEVY**
**DEBTOR IN POSSESSION**
**CH11 CASE #24-12076 (CCA)**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 121042882

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 8/1 | | Zelle to Ester on 08/01 Ref #Pp0Z49Xts5 | | 500.00 | |
| 8/1 | | Blueshieldca Bill Pay 250731       8011 Sue Halevy | | 161.70 | |
| 8/1 | | Blueshieldca Bill Pay 250731       2791 Sue Halevy | | 575.00 | 1,253.96 |
| 8/4 | | Mobile Deposit : Ref Number :313040201034 | 1,432.78 | | |
| 8/4 | 266 | Check | | 150.00 | 2,536.74 |
| 8/5 | | Mobile Deposit : Ref Number :009050404784 | 117.30 | | |
| 8/5 | | Mobile Deposit : Ref Number :809050404425 | 4,000.00 | | |
| 8/5 | | Yeshiva Girls' H Retry Pymt 000000       6102 Sue Halevy | | 1,320.38 | 5,333.66 |
| 8/8 | | Mobile Deposit : Ref Number :011080549047 | 1,740.32 | | |
| 8/8 | | American Express Dv01DD2508 250808 C0000263290Axp Sue Halevy | 73.80 | | |
| 8/8 | | Mobile Deposit : Ref Number :111080549612 | 1,553.30 | | 8,701.08 |
| 8/12 | | Zelle to Daniel Halevy on 08/12 Ref #Pp0Z5Gmnpd | | 770.00 | |
| 8/12 | | Gc<>Honeycomb P Ho-Ddjd2M8 250812 Vszz David Halevy | | 406.92 | 7,524.16 |
| 8/13 | | SSA Treas 310 Xxsoc Sec 081325 xxxxx0735A SSA Sue Halevy | 2,879.00 | | |
| 8/13 | | First Foundation Retry Pymt 250811 000000000000000 00000000C       500 First Foundation Bank | | 6,789.84 | 3,613.32 |
| 8/18 | | Zelle From Nathan Halevy on 08/16 Ref # Bacgcv1Bbdsn | 900.00 | | 4,513.32 |
| 8/19 | | Zelle From Nathan Halevy on 08/19 Ref # Bacbq1Ktgk60 | 440.00 | | 4,953.32 |
| 8/21 | | Mobile Deposit : Ref Number :419210402480 | 1,500.00 | | |
| 8/21 | | Purchase authorized on 08/20 Tesla Insurance SE Fremont CA S465232305484738 Card 5292 | | 764.05 | 5,689.27 |
| 8/22 | | eDeposit IN Branch 08/22/25 09:09:01 Am 8901 W Pico Blvd Los Angeles CA | 15,000.00 | | 20,689.27 |
| 8/25 | | Zelle From Nathan Halevy on 08/23 Ref # Bachmdu3Fzx4 | 3,500.00 | | |
| 8/25 | | Zelle From Nathan Halevy on 08/25 Ref # Baccsn11Ctxk | 1,800.00 | | 25,989.27 |
| 8/27 | | Mobile Deposit : Ref Number :417270396712 | 28.80 | | 26,018.07 |
| 8/28 | 267 | Check | | 15,805.12 | 10,212.95 |
| **Totals** | | | **$34,965.30** | **$27,243.01** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

**WELLS FARGO**

Summary of checks written *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|
| 266 | 8/4 | 150.00 | 267 | 8/28 | 15,805.12 |

Items returned unpaid

| Date | Description | | | Amount |
|------|-------------|---|---|--------|
| 8/6 | First Foundation Loan Pymt 250801 000000000000000 000000000C 122287580000068 | 500 First Foundation Bank | Reference # | 6,789.84 |

Summary of Overdraft Fees

| | Total this statement period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $70.00 |

*Year-to-date totals reflect fees assessed or reversed since the first full statement period of the calendar year. Negative values indicate that fee reversals exceed fees assessed.*

Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 08/01/2025 - 08/31/2025 | Standard monthly service fee $10.00 | You paid $0.00 | |
|---|---|---|---|
| How to avoid the monthly service fee | Minimum required | This fee period | |
| Have any ONE of the following each fee period | | | |
| · Minimum daily balance | $500.00 | $1,253.96 | ☒ |
| · Total amount of qualifying electronic deposits | $500.00 | $2,952.80 | ☒ |
| · Age of primary account owner | 17 - 24 | | ☐ |
| · Account is linked to a Wells Fargo Campus ATM Card or Campus Debit Card | 1 | 0 | ☐ |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
RC/RC

☑ IMPORTANT ACCOUNT INFORMATION

---

We're updating our Everyday Checking account, offering customers an option to use relationship balances to avoid the monthly service fee.

What's happening?
You'll avoid the $10 monthly service fee when you meet any one of the following conditions for fee periods* that begin on or after October 25, 2025:
- Most used: $500 or more in total qualifying** electronic deposits (such as direct deposits of payroll or Social Security benefits)
- New: $5,000 or more in qualifying deposit balances, investment balances, or both***
- Updated: $1,500 minimum daily balance (increased from $500)



- A primary account owner who is 17 to 24 years old****
- A qualifying monthly non-civilian military direct deposit with the Wells Fargo Worldwide Military Banking program*****
The $10 fee will continue to be waived if your Everyday Checking account is linked to a Prime Checking or Premier Checking account.
For more information about the changes to Everyday Checking, visit wellsfargo.com/everydaycheckingchanges.

Need help?
If you have questions, want to make changes to your account, or want to learn more about other checking account options, please call us anytime at 1-800-TO-WELLS (1-800-869-3557).

*The fee period is the period used to calculate the monthly service fee. The fee period details are provided on the Monthly Service Fee Summary located in your account statement.
**A qualifying electronic deposit is a deposit of funds, such as your salary, government benefit payment, or other income, that has posted to your account and is (1) a direct deposit made through the Automated Clearing House (ACH) network, (2) an instant payment processed through the RTP® network (real-time payment system) or FedNow× Service, or (3) an electronic credit from a third party service that facilitates payments to your debit card using the Visa® or Mastercard® network (e.g., an Original Credit Transaction). Transfers from one account to another, mobile deposits, Zelle®, or deposits made at a branch or ATM are not considered a qualifying electronic deposit.
***On the last business day of each fee period balances in eligible Wells Fargo accounts will be automatically totaled. Eligible accounts include consumer deposit account balances (checking, savings, CDs, FDIC-insured IRAs), certain investment account balances, and applicable Wells Fargo bank fiduciary and custody accounts.
****When the primary account owner reaches the age of 25, age can no longer be used to avoid the monthly service fee.
*****Worldwide Military Banking program benefits will take effect 45 days after a qualifying non-civilian military direct deposit is deposited into an eligible Wells Fargo checking account. For more information on the qualifying non-civilian military direct deposit, program qualifications and benefits, please visit wellsfargo.com/military/worldwide-military-banking.

———————

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

———————

Other Wells Fargo Benefits

Help take control of your finances with a Wells Fargo personal loan.
Whether it's managing debt, making a large purchase, improving your home, or paying for unexpected expenses, a personal loan may be able to help. See personalized rates and payments in minutes with no impact to your credit score.
Get started at wellsfargo.com/personalloan.



## Important Information You Should Know

■ To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts

Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ If your account has a negative balance:

Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

■ In case of errors or questions about your electronic transfers:

Telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

■ In case of errors or questions about other transactions (that are not electronic transfers):

Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

**WELLS FARGO**

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

### ENTER
A. The ending balance
shown on your statement... . . . . . . . . . . . . . . .    $_____

### ADD
B. Any deposits listed in your        $_____
register or transfers into          $_____
your account which are not          $_____
shown on your statement.          + $_____
. . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $_____

### CALCULATE THE SUBTOTAL
(Add Parts A and B)
. . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $_____

### SUBTRACT
C. The total outstanding checks and
withdrawals from the chart above. . . . . . . . . - $_____

### CALCULATE THE ENDING BALANCE
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register. . . . . . . . . . . . . . . . . . . .    $_____

| Number | Items outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | Total $ |  |

To download and print additional Account Balance Calculation Worksheets (PDF), enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801


EQUAL HOUSING LENDER