United States Bankruptcy Court
Central District of California

| | |
|---|---|
| In re: | Case No. 24-12079-VZ |
| Seaton Investments, LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Sep 22, 2025 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2025:**

**Recip ID          Recipient Name and Address**
db              +  Seaton Investments, LLC, 264 S Oakhurst Dr, Beverly Hills, CA 90212-3504

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Sep 24, 2025 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2025 at the address(es) listed below:**

**Name**                **Email Address**

Avi Edward Muhtar
    on behalf of Interested Party Avi Muhtar amuhtar@crownandstonelaw.com

Bruce D Poltrock
    on behalf of Creditor Archway Real Estate Income Fund I SPE I  LLC bpoltrock@frandzel.com, sking@frandzel.com,autodocket@frandzel.com

Carol Chow
    on behalf of Debtor Alan Gomperts Carol.Chow@saul.com
    hannah.richmond@saul.com;easter.santamaria@saul.com;carol.chow@ecf.courtdrive.com;litigationdocketing@saul.com

Carol Chow
    on behalf of Debtor Susan Halevy Carol.Chow@saul.com
    hannah.richmond@saul.com;easter.santamaria@saul.com;carol.chow@ecf.courtdrive.com;litigationdocketing@saul.com

Carol Chow
    on behalf of Debtor Daniel Halevy Carol.Chow@saul.com

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 2 of 4 |
| Date Rcvd: Sep 22, 2025 | Form ID: pdf042 | Total Noticed: 1 |

hannah.richmond@saul.com;easter.santamaria@saul.com;carol.chow@ecf.courtdrive.com;litigationdocketing@saul.com

Christopher Cramer
    on behalf of Interested Party Courtesy NEF secured@becket-lee.com

Christopher Crowell
    on behalf of Creditor Harvest Small Business Finance  LLC ccrowell@hrhlaw.com

David B Shemano
    on behalf of Creditor AIRE Ancient Baths Los Angeles  LLC dshemano@shemanolaw.com

Derrick Talerico
    on behalf of Debtor Broadway Avenue Investments  LLC dtalerico@wztslaw.com,
    maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

Derrick Talerico
    on behalf of Debtor Negev Investments  LLC dtalerico@wztslaw.com,
    maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

Derrick Talerico
    on behalf of Interested Party Broadway Avenue Investments  LLC dtalerico@wztslaw.com,
    maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

Derrick Talerico
    on behalf of Interested Party Daniel Halevy dtalerico@wztslaw.com
    maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

Derrick Talerico
    on behalf of Interested Party Negev Investments  LLC dtalerico@wztslaw.com,
    maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

Derrick Talerico
    on behalf of Interested Party Susan Halevy dtalerico@wztslaw.com
    maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

Derrick Talerico
    on behalf of Debtor SLA Investments  LLC dtalerico@wztslaw.com,
    maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

Derrick Talerico
    on behalf of Debtor Colyton Investments  LLC dtalerico@wztslaw.com,
    maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

Derrick Talerico
    on behalf of Interested Party SLA Investments  LLC dtalerico@wztslaw.com,
    maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

Derrick Talerico
    on behalf of Debtor Seaton Investments  LLC dtalerico@wztslaw.com,
    maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

Garrick Vanderfin
    on behalf of Creditor Korth Direct Mortgage Inc. gvanderfin@polsinelli.com
    zyoung@Polsinelli.com;ladocketing@polsinelli.com

Gerrick Warrington
    on behalf of Creditor Archway real estate income fund gwarrington@frandzel.com
    achase@frandzel.com,autodocket@frandzel.com

Gerrick Warrington
    on behalf of Creditor Archway Broadway Loan SPE  LLC, fka Archway Real Estate Income Fund I REIT, LLC
    gwarrington@frandzel.com, achase@frandzel.com,autodocket@frandzel.com

Gerrick Warrington
    on behalf of Plaintiff Archway Broadway Loan SPE  LLC, a Delaware limited liability company gwarrington@frandzel.com,
    achase@frandzel.com,autodocket@frandzel.com

Gerrick Warrington
    on behalf of Creditor Archway Real Estate Income Fund I SPE I  LLC gwarrington@frandzel.com,
    achase@frandzel.com,autodocket@frandzel.com

Gerrick Warrington
    on behalf of Creditor Archway Broadway Loan SPE  LLC gwarrington@frandzel.com,
    achase@frandzel.com,autodocket@frandzel.com

Jacqueline L James
    on behalf of Creditor Harvest Small Business Finance  LLC jjames@buchalter.com, gvidales@buchalter.com

Jacqueline L James
    on behalf of Interested Party Harvest Small Business Finance  LLC jjames@buchalter.com, gvidales@buchalter.com

Jacquelyn H Choi
    on behalf of Creditor LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR jacquelyn.Choi@rimonlaw.com

Case 2:24-bk-12079-VZ    Doc 571    Filed 09/24/25    Entered 09/24/25 21:31:44    Desc
Imaged Certificate of Notice    Page 3 of 6

| District/off: 0973-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 22, 2025 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| | docketingsupport@rimonlaw.com |
| Jennifer C Wong | on behalf of Interested Party Courtesy NEF bknotice@mccarthyholthus.com  jwong@ecf.courtdrive.com |
| Jennifer C Wong | on behalf of Creditor Wells Fargo Bank  N.A. bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com |
| Kelly L Morrison | on behalf of U.S. Trustee United States Trustee (LA) kelly.l.morrison@usdoj.gov |
| Michael G Fletcher | on behalf of Creditor Archway Broadway Loan SPE  LLC, fka Archway Real Estate Income Fund I REIT, LLC mfletcher@frandzel.com, sking@frandzel.com,autodocket@frandzel.com |
| Michael G Fletcher | on behalf of Plaintiff Archway Broadway Loan SPE  LLC, a Delaware limited liability company mfletcher@frandzel.com, sking@frandzel.com,autodocket@frandzel.com |
| Michael G Fletcher | on behalf of Creditor Archway Real Estate Income Fund I SPE I  LLC mfletcher@frandzel.com, sking@frandzel.com,autodocket@frandzel.com |
| Michael G Fletcher | on behalf of Creditor Archway real estate income fund mfletcher@frandzel.com  sking@frandzel.com,autodocket@frandzel.com |
| Paige Selina Poupart | on behalf of Creditor Archway Real Estate Income Fund I SPE I  LLC ppoupart@frandzel.com, achase@frandzel.com |
| Paige Selina Poupart | on behalf of Plaintiff Archway Broadway Loan SPE  LLC, a Delaware limited liability company ppoupart@frandzel.com, achase@frandzel.com |
| Paige Selina Poupart | on behalf of Creditor Archway Broadway Loan SPE  LLC, fka Archway Real Estate Income Fund I REIT, LLC ppoupart@frandzel.com, achase@frandzel.com |
| Richard Girgado | on behalf of Creditor LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR rgirgado@counsel.lacounty.gov |
| Robert F Conte | on behalf of Creditor United States of America on behalf of Internal Revenue Service robert.conte@usdoj.gov caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov |
| Ryan Coy | on behalf of Interested Party Daniel Halevy ryan.coy@saul.com hannah.richmond@saul.com;Shelly.Guise@saul.com;LitigationDocketing@saul.com;ryan.coy@ecf.courtdrive.com |
| Ryan Coy | on behalf of Defendant Susan Halevy ryan.coy@saul.com hannah.richmond@saul.com;Shelly.Guise@saul.com;LitigationDocketing@saul.com;ryan.coy@ecf.courtdrive.com |
| Ryan Coy | on behalf of Interested Party Alan Gomperts ryan.coy@saul.com hannah.richmond@saul.com;Shelly.Guise@saul.com;LitigationDocketing@saul.com;ryan.coy@ecf.courtdrive.com |
| Ryan Coy | on behalf of Interested Party Courtesy NEF ryan.coy@saul.com hannah.richmond@saul.com;Shelly.Guise@saul.com;LitigationDocketing@saul.com;ryan.coy@ecf.courtdrive.com |
| Ryan Coy | on behalf of Defendant Daniel Halevy ryan.coy@saul.com hannah.richmond@saul.com;Shelly.Guise@saul.com;LitigationDocketing@saul.com;ryan.coy@ecf.courtdrive.com |
| Ryan Coy | on behalf of Interested Party Susan Halevy ryan.coy@saul.com hannah.richmond@saul.com;Shelly.Guise@saul.com;LitigationDocketing@saul.com;ryan.coy@ecf.courtdrive.com |
| Scott R Albrecht | on behalf of Creditor First Foundation Bank salbrecht@gsaattorneys.com  jackie.nguyen@sgsattorneys.com |
| Tanya Behnam | on behalf of Creditor Korth Direct Mortgage Inc. tbehnam@polsinelli.com tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com |
| Todd S. Garan | on behalf of Creditor Wells Fargo National Bank West ch11ecf@aldridgepite.com TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com |
| Todd S. Garan | on behalf of Interested Party Courtesy NEF ch11ecf@aldridgepite.com  TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com |
| Todd S. Garan | |

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Sep 22, 2025 | Form ID: pdf042 | Total Noticed: 1 |

on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing ch11ecf@aldridgepite.com TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

Turner Falk
on behalf of Debtor Susan Halevy turner.falk@saul.com  tnfalk@recap.email

Turner Falk
on behalf of Debtor Alan Gomperts turner.falk@saul.com  tnfalk@recap.email

Turner Falk
on behalf of Interested Party Susan Halevy turner.falk@saul.com  tnfalk@recap.email

Turner Falk
on behalf of Interested Party Daniel Halevy turner.falk@saul.com  tnfalk@recap.email

Turner Falk
on behalf of Debtor Daniel Halevy turner.falk@saul.com  tnfalk@recap.email

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Zev Shechtman
on behalf of Debtor Susan Halevy Zev.Shechtman@saul.com zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com

Zev Shechtman
on behalf of Interested Party Daniel Halevy Zev.Shechtman@saul.com zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com

Zev Shechtman
on behalf of Debtor Alan Gomperts Zev.Shechtman@saul.com zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com

Zev Shechtman
on behalf of Debtor Daniel Halevy Zev.Shechtman@saul.com zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com

Zev Shechtman
on behalf of Interested Party Alan Gomperts Zev.Shechtman@saul.com zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com

Zev Shechtman
on behalf of Defendant Susan Halevy Zev.Shechtman@saul.com zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com

Zev Shechtman
on behalf of Defendant Daniel Halevy Zev.Shechtman@saul.com zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com

Zev Shechtman
on behalf of Interested Party Courtesy NEF Zev.Shechtman@saul.com zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com

Zev Shechtman
on behalf of Interested Party Susan Halevy Zev.Shechtman@saul.com zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com

TOTAL: 65

Derrick Talerico (State Bar No. 223763)
dtalerico@wztslaw.com
Paige T. Rolfe (State Bar No. 331096)
prolfe@wztslaw.com
WEINTRAUB ZOLKIN
TALERICO & SELTH LLP
11766 Wilshire Boulevard, Suite 730
Los Angeles, CA 90025
Telephone: (424) 500-8552

Counsel to Debtors Broadway Avenue Investments, LLC, SLA Investments, LLC, and Negev Investments, LLC

**FILED & ENTERED**

**SEP 22 2025**

**CLERK U.S. BANKRUPTCY COURT**
Central District of California
BY penning DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>SEATON INVESTMENTS, LLC, *et al.*,<br><br>Debtors and Debtors in Possession. | Lead Case No. 2:24-bk-12079-VZ<br><br>Jointly Administered with Case Nos.:<br>2:24-bk-12080-VZ; 2:24-bk-12081-VZ;<br>2:24-bk-12082-VZ; 2:24-bk-12091-VZ;<br>2:24-bk-12074-VZ; 2:24-bk-12075-VZ<br>and 2:24-bk-12076-VZ<br><br>Chapter 11 |
| ☐ Affects All Debtors.<br>☐ Affects Seaton Investments, LLC (*Dismissed*)<br>☐ Affects Colyton Investments, LLC (*Dismissed*)<br>☒ Affects Broadway Avenue Investments, LLC<br>☒ Affects SLA Investments, LLC<br>☒ Affects Negev Investments, LLC<br>☒ Affects Alan Gomperts<br>☒ Affects Daniel Halevy<br>☒ Affects Susan Halevy | **ORDER GRANTING STIPULATION TO RESCHEDULE HEARING ON MOTION TO APPROVE SETTLEMENT AGREEMENT WITH ARCHWAY BROADWAY LOAN SPE, LLC UNDER RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**<br><br>Current Hearing:<br>Date:    September 23, 2025<br>Time:    11:00 a.m.<br><br>Continued Hearing:<br>Date:    November 18, 2025<br>Time:    11:00 a.m.<br>Courtroom: 1368<br>    255 E. Temple Street<br>    Los Angeles, CA 90012 |

1

On September 19, 2025, Broadway Avenue Investments, LLC ("Broadway"), SLA Investments, LLC ("SLA"), Negev Investments, LLC ("Negev," together with Broadway and SLA, the "Corporate Debtors"), Susan Halevy ("Susan" or "Susan Halevy"), Daniel Halevy ("Daniel" or "Daniel Halevy"), and Alan Gomperts ("Alan" or "Alan Gomperts," together with Susan and Daniel, the "Individual Debtors," and the Individual Debtors, collectively with the Corporate Debtors, the "Debtors"), and Archway Broadway Loan SPE, LLC ("Archway," together with the Debtors, the "Parties"), by and through their attorneys of record, filed a *Stipulation to Reschedule Hearing on Motion to Approve Settlement Agreement with Archway Broadway Loan SPE, LLC Under Rule 9019 of the Federal Rules of Bankruptcy Procedure* (the "Stipulation") [Dkt. 564];

The Court reviewed the Stipulation and good cause appearing therefore,

**IT IS ORDERED**:

1. The Stipulation is granted.

2. The hearing currently set for September 23, 2025 at 11:00 a.m. to consider the Motion to Approve the Settlement Agreement with Archway is continued to November 18, 2025 at 11:00 a.m.

###

Date: September 22, 2025

Vincent P. Zurzolo
United States Bankruptcy Judge

2