| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>ZEV SHECHTMAN (BAR NO. 266280)<br>Zev.Shechtman@saul.com<br>CAROL CHOW (BAR NO. 169299)<br>carol.chow@saul.com<br>RYAN COY (BAR NO. 324939)<br>ryan.coy@saul.com<br>SAUL EWING LLP<br>1888 Century Park East, Suite 1500<br>Los Angeles, California 90067<br>Telephone: (310) 255-6100<br>Facsimile: (310) 255-6200<br><br>☒ *Attorneys for*: Alan Gomperts, Daniel Halevy, and Susan Halevy, Debtors and Debtors-in-Possession | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**SEP 29 2025**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY johnson    DEPUTY CLERK** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -LOS ANGELES DIVISION**

| In re: SEATON INVESTMENTS, LLC, et al.,<br>*Now a dismissed case*<br><br>Debtors and Debtors In Possession.<br><br>☐ Affects All Debtors.<br>☐ Affects Case No.: 2:24-12080-VZ<br>  Colyton Investments, LLC -*Now a dismissed case*<br><br>☐ Affects Case No.: 2:24-12081-VZ<br>  Broadway Avenue Investments, LLC<br>☐ Affects 2:24-12082-VZ<br>  SLA Investments, LLC<br>☐ Affects 2:24-12091-VZ<br>  Negev Investments, LLC<br>☒ Affects Case No.: 2:24-12074-VZ<br>  Alan Gomperts<br>☒ Affects Case No.: 2:24-12075-VZ<br>  Daniel Halevy<br>☒ Affects Case No.: 2:24-12076-VZ<br>  Susan Halevy<br><br>Debtor(s). | CASE NO.: Lead Case No. 2:24-bk-12079-VZ<br><br>Jointly Administered with Case Nos.:<br>2:24-bk-12080-VZ; 2:24-bk-12081-VZ; 2:24-bk-12082-VZ; 2:24-bk-12091-VZ; 2:24-bk-12074-VZ; 2:24-bk-12075-VZ and 2:24-bk-12076-VZ<br><br>CHAPTER: 11<br><br>**ORDER ON APPLICATION FOR PAYMENT OF:**<br>☒ **INTERIM FEES AND/OR EXPENSES (11 U.S.C. § 331)**<br>☐ **FINAL FEES AND/OR EXPENSES (11 U.S.C. § 330)**<br><br>DATE: September 25, 2025<br>TIME: 11:00 a.m.<br>COURTROOM: 1368<br>PLACE: 255 East Temple Street,<br>       Los Angeles, CA 90012 |
|---|---|

1. Name of Applicant (*specify*): Saul Ewing, LLP

2. This proceeding was heard at the date and place set forth above and was    ☒ Contested    ☐ Uncontested
   A limited objection was filed by Creditor Archway Broadway Loan SPE, LLC, fka Archway Real Estate Income Fund I REIT, LLC (doc. no. 563).

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2013                                    Page 1                                    F 2016-1.3.ORDER.PAYMENT.FEES

3. Appearances were made as follows: Appearances waived.
   a. ☐ Applicant present in court
   b. ☐ Attorney for Applicant present in court (name): Zev Shechtman, Esq.
   c. ☐ Attorney for United States trustee present in court
   d. ☐ Other persons present as reflected in the court record

4. Applicant gave the required notice of the Application on (*specify date*): September 4, 2025 (*doc no. 556*)

5. The court orders as follows:
   a. ☒ Application for Payment of Interim Fees is approved as follows:
      (1) ☒ Total amount allowed: $366,797.50
      (2) ☒ Amount or percentage authorized for payment at this time: $232,504.93[1]

   b. ☒ Application for Reimbursement of Interim Expenses is approved:
      ☒ Total amount allowed: $ 17,062.83

   c. ☐ Application for Payment of Final Fees is approved in the amount of: $ _____

   d. ☐ Application for Reimbursement of Final Expenses is approved and authorized for payment:
      ☐ Total amount allowed: $ _____

   e. (1) ☐ Application is denied
         ☐ in full
         ☐ in part
         ☐ without prejudice
         ☐ with prejudice
      (2) Grounds for denial (*specify*):

   f. ☐ The court further orders (*specify*):

###

Date: September 29, 2025

Vincent P. Zurzolo
United States Bankruptcy Judge

---

[1] Applicant requests approval of fees of $366,797.50 and costs of $17,062.83 for a total of $383,860.33. After application of the retainer of $151,355.40, the balance remaining to be paid for the period through July 31, 2025 is $232,504.93.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 2    **F 2016-1.3.ORDER.PAYMENT.FEES**