| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Derrick Talerico (SBN 223763)<br>Paige T. Rolfe (SBN 331096)<br>WEINTRAUB ZOLKIN TALERICO & SELTH LLP<br>11766 Wilshire Blvd., Suite 730<br>Los Angeles, CA 90025<br>Telephone:  424-500-8552<br>Email:  dtalerico@wztslaw.com<br>            prolfe@wztslaw.com<br><br>☒ *Attorney for*: Corporate Debtors | **FILED & ENTERED**<br><br>**OCT 08 2025**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** johnson **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -LOS ANGELES DIVISION**

| In re:<br><br>SEATON INVESTMENTS, LLC,<br><br>                                             Debtor.<br>_____<br><br>___ Affects all Debtors.<br>___ Affects Seaton Investments, LLC *(dismissed)*<br>___ Affects Colyton Investments, LLC *(dismissed)*<br> X  Affects Broadway Avenue Investments, LLC<br> X  Affects SLA Investments, LLC<br> X  Affects Negev Investments, LLC<br>___ Affects Susan Halevy<br>___ Affects Daniel Halevy<br>___ Affects Alan Gomperts<br><br>                                             Debtor(s). | CASE NO.:  2:24-bk-12079-VZ<br>CHAPTER:  11<br><br>**ORDER ON APPLICATION**<br>**FOR PAYMENT OF:**<br>☒ **INTERIM FEES AND/OR EXPENSES**<br>    **(11 U.S.C. § 331)**<br>☐ **FINAL FEES AND/OR EXPENSES**<br>    **(11 U.S.C. § 330)**<br><br>DATE:              September 25, 2025<br>TIME:              11:00 a.m.<br>COURTROOM:  1368<br>PLACE:           255 E Temple St.<br>                        Los Angeles, CA 90012 |

1. Name of Applicant (*specify*): Weintraub Zolkin Talerico & Selth LLP

2. This proceeding was heard at the date and place set forth above and was      ☒ Contested      ☐ Uncontested

    An omnibus limited objection was filed by Creditor Archway Broadway Loan SPE, LLC [Dkt. No. 563]

3. Appearances were made as follows:  per tentative ruling, appearances were waived.

    a. ☐ Applicant present in court
    b. ☐ Attorney for Applicant present in court (name):
    c. ☐ Attorney for United States trustee present in court
    d. ☐ Other persons present as reflected in the court record

4. Applicant gave the required notice of the Application on (*specify date*): <u>September 4, 2025</u>

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                                  Page 1                                    **F 2016-1.3.ORDER.PAYMENT.FEES**

5. The court orders as follows:
   a. ☒ Application for Payment of Interim Fees is approved as follows:
      (1) ☒ Total amount allowed:
          Broadway Avenue Investments, LLC:  $ 261,439.00
          SLA Investments, LLC:  $ 41,174.00
          Negev Investments, LLC:  $ 34,249.00
      (2) ☒ Amount or percentage authorized for payment at this time as follows:
          Broadway Avenue Investments, LLC:  Balance after application of Retainer:  $ 246,886.26
          SLA Investments, LLC:  Balance after application of Retainer:  $ 24,419.71
          Negev Investments, LLC:  Balance after application of Retainer:  $ 27,309.08

   b. ☒ Application for Reimbursement of Interim Expenses is approved and authorized for payment:
      ☒ Total amount allowed:

      Broadway Avenue Investments, LLC: approved: $ 7,477.50; Balance after application of Retainer: $ 7,364.74
      SLA Investments, LLC:  approved: $ 283.23; Balance after application of Retainer:  $ 9.52
      Negev Investments, LLC:  approved:  $ 251.55; Balance after application of Retainer:  $ 206.15

   c. ☐ Application for Payment of Final Fees is approved in the amount of: $ _____

   d. ☐ Application for Reimbursement of Final Expenses is approved and authorized for payment:
      ☐ Total amount allowed: $ _____

   e. (1) ☐ Application is denied
          ☐ in full
          ☐ in part
          ☐ without prejudice
          ☐ with prejudice
      (2) Grounds for denial *(specify)*:

   f. ☐ The court further orders *(specify)*:

                                                ###

Date: October 8, 2025

Vincent P. Zurzolo
United States Bankruptcy Judge

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                              Page 2                              **F 2016-1.3.ORDER.PAYMENT.FEES**