**Alan Gomperts**
**Income and Expense Reconcilaiton**

**Income**

| | | |
|---|---|---:|
| Total income | Line d. of Part 8 | 43,522.66 |
| Payroll deductions | Line e. of Part 9 | (4,433.74) |
| **Total Receipts** | Line b. of part 1 | **39,088.92** |
| | | |
| Total Deposits in Wells Fargo account ending -3107 | | 83,395.66 |
| Reimbursed Expenses from agron, inc. (Employer) | | (44,306.74) |
| **Net Deposits** | | **39,088.92** |

**Expenses**

| | | |
|---|---|---:|
| Total Expenses | Line i. of Part 8 | 85,427.38 |
| Payroll deductions | | 4,261.25 |
| **Total disbursements** | Line c. of part 1 | **81,166.13** |
| | | |
| Total withdrawals in Wells Fargo account ending -3107 | | 81,166.13 |
| | | |
| agron, inc Expenses | | (44,306.74) |
| **Total Agron Expenses** | | **(44,306.74)** |
| | | |
| **Net Disbursements** | | **36,859.39** |