**Alan Gomperts**
**Part 8 Expenses**

| Date | Amount | Payee | Description |
|---|---|---|---|
| 9/2/2025 | (1,675.00) | ZELLE TO JESELSOHN JOEL ON 09/01 REF # WFCT0Z7GR63P | Personal Living - College Rent |
| 9/2/2025 | (125.00) | ZELLE TO HERNANDEZ CIRO ON 09/01 REF # WFCT0Z7GRCVD | Personal Living - Gardener |
| 9/3/2025 | (100.00) | CITI CARD ONLINE PAYMENT 250902 431779437469326 SHARON HALEVY | Personal Living - Credit Card |
| 9/3/2025 | (2,745.76) | CHASE CREDIT CRD EPAY 250902 8652946864 SHARON HALEVY | Personal Living - Credit Card |
| 9/3/2025 | (5,208.55) | BILL PAY WELLS FARGO Oakhurst ON-LINE 0512091XXX ON 09-03 | Personal Living - Mortgage |
| 9/3/2025 | (140.00) | BILL PAY Jun Ho. Choi ON-LINE No Account Number ON 09-03 | Personal Living - Pool Man |
| 9/5/2025 | (500.00) | ZELLE TO GOMPERTS GABRIELLE ON 09/05 REF # WFCT0Z7X3RCM | Personal Living - College Expenses |
| 9/5/2025 | (102.52) | SoCalGas PAID SCGC 250904 1291016484 301601474294635004 | Personal Living - Gas bill |
| 9/8/2025 | (80.00) | Cash eWithdrawal in Branch 09/08/2025 09:02 AM 10789 W PICO BLVD LOS ANGELES CA 5456 | Personal Living - Cash Expenses |
| 9/8/2025 | (5,057.81) | CITI CARD ONLINE PAYMENT 250905 421779435353073 SHARON HALEVY | Personal Living - Credit Card |
| 9/8/2025 | (161.58) | BILL PAY NORTHWESTERN MUTUAL LIFE INSURAN ON-LINE xxxx4520 ON 09-08 | Personal Living - Life Insurance |
| 9/12/2025 | (1,353.10) | BLOOMINGDALES ONLINE PMT 250911 601800226969121 SHARON HALEVY | Personal Living - Credit Card |
| 9/18/2025 | (3,000.00) | Cash eWithdrawal in Branch 09/18/2025 11:49 AM 9354 WILSHIRE BLVD BEVERLY HILLS CA 087 | Personal Living - Cash Expenses |
| 9/18/2025 | (500.00) | Transfer in Branch - To ELIZABETH GOMPERTS DDA XXXXXX8971 9354 WILSHIRE BLVD BEVERLY | Personal Living - Miscellaneous |
| 9/25/2025 | (6,863.13) | AMERICAN EXPRESS ACH PMT 250925 W0552 ALAN GOMPERTS | Personal Living - Credit Card |
| 9/26/2025 | (718.66) | BILL PAY WELLS FARGO AUTO ON-LINE xxxxxx6254 ON 09-26 | Personal Living - Auto Loan |
| 9/29/2025 | (39.50) | MACYS ONLINE PMT 250926 601813081198592 SHARON HALEVY | Personal Living - Clothes |
| 9/29/2025 | (291.65) | TARGET CARD SRVC PAYMENT H 364265408 HALEVY,SHARON | Personal Living - Clothes |

**Living Expenses**
**Line g. of Part 8**    **(28,662.26)**

| Date | Amount | Payee | Description |
|---|---|---|---|
| 9/2/2025 | (155.00) | ZELLE TO GABRIEL ADULFO ON 09/01 REF # WFCT0Z7GRBHT | Gardener Canfield and Greenfield |
| 9/3/2025 | (75.00) | BILL PAY Nicandro Barba ON-LINE No Account Number ON 09-03 | Gardener Bagley |
| 9/3/2025 | (4,003.21) | BILL PAY WELLS FARGO Bagley ON-LINE 0512092XXX ON 09-03 | Mortgage - Bagley |
| 9/3/2025 | (2,050.07) | BILL PAY WELLS FARGO Canfield ON-LINE 0502483XXX ON 09-03 | Mortgage - Canfield |

| Date | Amount | Description | Category |
|---|---|---|---|
| 9/3/2025 | (1,523.85) | BILL PAY WFHM - Greenfield ON-LINE 0320648XXX ON 09-03 | Mortgage - Greenfield |
| 9/3/2025 | (90.00) | BILL PAY 4 SEASON POOL SE ON-LINE No Account Number ON 09-03 | Pool Man - Bagley Ave |
| 9/18/2025 | (300.00) | BILL PAY Sky Pool Center ON-LINE No Account Number ON 09-18 | Repairs - Bagley |

**All Other Expenses**    (8,197.13)  Expenses on Rental Properties

(36,859.39)