JESSICA M. SIMON – SBN 277581
**HEMAR, ROUSSO & HEALD, LLP**
15910 Ventura Blvd., 12th Floor
Encino, California 91436
Telephone: (818) 501-3800
Facsimile: (818) 501-2985
Email: jsimon@hrhlaw.com

Attorneys for Creditor,
HARVEST SMALL BUSINESS FINANCE, LLC

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>SEATON INVESTMENTS, LLC, et al.,<br><br>Debtor.<br><br>☐ Affects All Debtors.<br>☒ Affects Seaton Investments, LLC<br>☐ Affects Colyton Investments, LLC<br>☐ Affects Broadway Avenue Investments, LLC<br>☒ Affects SLA Investments, LLC<br>☐ Affects Negev Investments, LLC<br>☒ Affects Alan Gomperts<br>☒ Affects Daniel Halevy<br>☒ Affects Susan Halevy | Chapter 11<br><br>Lead Case No. 2:24-BK-12079-VZ<br><br>Jointly Administered with Case Nos. 2:24-bk-12080-VZ, 2:24-bk-12081-VZ, 2:24-bk-12082-VZ, 2:24-bk-12091-VZ, 2:24-bk-12074-VZ, 2:24-bk-12075-VZ, and 2:24-bk-12076-VZ<br><br>**REQUEST FOR SPECIAL NOTICE** |

TO CLERK OF THIS COURT, DEBTORS, DEBTORS' ATTORNEYS, THE OFFICE OF THE UNITED STATES TRUSTEE, AND TO ALL INTERESTED PARTIES:

      PLEASE TAKE NOTICE that pursuant to Bankruptcy Rules 2002, 3017, 4001, 9007 and 9010(b), Hemar, Rousso & Heald, LLP hereby requests notice of all matters in the above-captioned case which require notice to creditors, or to other parties in interest, including without limitation, all notices and papers referred to in Bankruptcy Rules 2002, 3017, 4001, 9007 and 9010(b), notices of

any orders, applications, complaints, demands, hearings, motions, petitions, pleadings or requests (whether for relief from stay, adequate protection or otherwise), any other documents brought before the Court in this case, whether formal or informal, whether written or oral, or whether transmitted or conveyed by mail, delivery, telephone, facsimile, or otherwise. Said notices shall be sent as follows:

>Jessica Mickelsen Simon, Esq.
>HEMAR, ROUSSO & HEALD, LLP
>15910 Ventura Boulevard, 12th Floor
>Encino, California 91436-2829
>Tel. No. (818) 501-3800
>Fax No. (818) 501-2985
>Email: jsimon@hrhlaw.com

The undersigned represents HARVEST SMALL BUSINESS FINANCE, LLC a creditor and party in interest as to the above estate.

Dated: October 27, 2025                HEMAR, ROUSSO & HEALD, LLP

                                       /s/ *Jessica Mickelsen Simon*
                                       BY: _____
                                           JESSICA M. SIMON
                                           Attorneys for Creditor,
                                       HARVEST SMALL BUSINESS FINANCE, LLC