**Alan Gomperts**
**Income and Expense Reconcilaiton**

### Income

| | | |
|---|---|---:|
| Total income | Line d. of Part 8 | 43,689.76 |
| Payroll deductions | Line e. of Part 9 | (4,433.74) |
| **Total Receipts** | Line b. of part 1 | **39,256.02** |
| | | |
| Total Deposits in Wells Fargo account ending -3107 | | 83,982.87 |
| Reimbursed Expenses from agron, inc. (Employer) | | (44,726.85) |
| **Net Deposits** | | **39,256.02** |

### Expenses

| | | |
|---|---|---:|
| Total Expenses | Line i. of Part 8 | 47,966.53 |
| Payroll deductions | | 4,433.74 |
| **Total disbursements** | Line c. of part 1 | **43,532.79** |
| | | |
| Total withdrawals in Wells Fargo account ending -3107 | | 88,259.64 |
| | | |
| agron, inc Expenses | | (44,726.85) |
| **Total Agron Expenses** | | **(44,726.85)** |
| | | |
| Net Disbursements | | 43,532.79 |