**Alan Gomperts**
**Part 8 Expenses**

| Date | Amount | Payee | Description |
|---|---|---|---|
| 10/20/2025 | (3,000.00) | Cash eWithdrawal in Branch 10/20/2025 09:57 AM 9354 WILSHIRE BLVD BEVERLY HILLS CA 0 | Personal Living - Cash Expenses |
| 10/1/2025 | (1,675.00) | ZELLE TO JESELSOHN JOEL ON 10/01 REF # WFCT0ZBL8JTG | Personal Living - College Rent |
| 10/7/2025 | (1,903.33) | CITI CARD ONLINE PAYMENT 251006 421805443376993 SHARON HALEVY | Personal Living - Credit Card |
| 10/3/2025 | (3,104.68) | CHASE CREDIT CRD EPAY 251002 8731030731 SHARON HALEVY | Personal Living - Credit Card |
| 10/3/2025 | (3,125.72) | CITI CARD ONLINE PAYMENT 251002 421799274476146 SHARON HALEVY | Personal Living - Credit Card |
| 10/29/2025 | (12,102.14) | AMERICAN EXPRESS ACH PMT 251029 W2722 ALAN GOMPERTS | Personal Living - Credit Card |
| 10/22/2025 | (162.47) | PURCHASE AUTHORIZED ON 10/22 COSTCO WHSE #0729 HACKENSACK NJ P345295723886091 CARD 0874 | Personal Living - Food |
| 10/1/2025 | (125.00) | ZELLE TO HERNANDEZ CIRO ON 10/01 REF # WFCT0ZBN68FZ | Personal Living - Gardener |
| 10/6/2025 | (55.05) | SoCalGas PAID SCGC 251003 1291016484 301601474297192701 | Personal Living - Gas bill |
| 10/6/2025 | (161.58) | BILL PAY NORTHWESTERN MUTUAL LIFE INSURAN ON-LINE xxxx4520 ON 10-06 | Personal Living - Life Insurance |
| 10/20/2025 | (360.00) | Transfer in Branch - To ELIZABETH GOMPERTS DDA XXXXXX8971 9354 WILSHIRE BLVD BEVERLY HILLS CA | Personal Living - Miscellaneous |
| 10/3/2025 | (5,208.55) | BILL PAY WELLS FARGO Oakhurst ON-LINE 0512091XXX ON 10-03 | Personal Living - Mortgage |
| 10/2/2025 | (140.00) | BILL PAY Jun Ho. Choi ON-LINE No Account Number ON 10-02 | Personal Living - Pool Man |
| 10/15/2025 | (919.00) | FRANCHISE TAX BO PAYMENTS 251015 122605052 PM GOMPERTS | Personal Living - State Taxes |
| 10/14/2025 | (474.16) | QUARTERLY FEE PAYMENT 251010 6RBLP9OVH01 ALAN GOMPERTS | Personal Living - US Trustee Fee |
| 10/23/2025 | (718.66) | BILL PAY WELLS FARGO AUTO ON-LINE xxxxxx6254 ON 10-23 | Personal Living - Auto Loan |

**Living Expenses**
**Line g. of Part 8**    (33,235.34)

| Date | Amount | Payee | Description |
|---|---|---|---|
| 10/2/2025 | (75.00) | BILL PAY Nicandro Barba ON-LINE No Account Number ON 10-02 | Gardener Bagley |
| 10/27/2025 | (300.00) | ZELLE TO GABRIEL ADULFO ON 10/25 REF # WFCT0ZF79WJ7 | Gardener Canfield and Greenfield |
| 10/1/2025 | (305.00) | ZELLE TO GABRIEL ADULFO ON 10/01 REF # WFCT0ZBN66NF | Gardener Canfield and Greenfield |

| Date | Amount | Description | Category |
|---|---|---|---|
| 10/20/2025 | (1,890.32) | ClickPay PROPRTYPAY 251017 66396412 270283 | HOD Dues Canfield And Bagley |
| 10/3/2025 | (4,003.21) | BILL PAY WELLS FARGO Bagley ON-LINE 0512092XXX ON 10-03 | Mortgage - Bagley |
| 10/3/2025 | (2,050.07) | BILL PAY WELLS FARGO Canfield ON-LINE 0502483XXX ON 10-03 | Mortgage - Canfield |
| 10/3/2025 | (1,523.85) | BILL PAY WFHM - Greenfield ON-LINE 0320648XXX ON 10-03 | Mortgage - Greenfield |
| 10/2/2025 | (150.00) | BILL PAY 4 SEASON POOL SE ON-LINE No Account Number ON 10-02 | Pool Man - Bagley Ave |

**All Other Expenses**
**Line h. of Part 8**    **(10,297.45)**  Expenses on Rental Properties

(43,532.79)