# Wells Fargo Everyday Checking

October 31, 2025 ■ Page 1 of 6



DANIEL HALEVY
DEBTOR IN POSSESSION
CH11 CASE #24-12075 (CCA)
133 S PALM DR APT 5
BEVERLY HILLS CA 90212-3546

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711

**1-800-TO-WELLS**  (1-800-869-3557)

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

Other Wells Fargo Benefits

It's Cybersecurity Awareness Month.

In today's digital world, scammers are using advanced tools like AI to make impersonation scams harder to detect. Caller ID can be spoofed, emails can be faked, voices can be cloned, and images can be altered.

Imposters may contact you with messages that:
- Are unexpected.
- Appear to be from a legitimate source but could be spoofed.
- Claim to be urgent, asking you to act right away, without thinking.
- Use language that manipulates your emotions.
- Request payment through unusually specific methods like gift cards, cryptocurrency or payment apps.

If you have any doubts about a message, call the company or government agency directly to find out if there really is a problem.

And if they're impersonating Wells Fargo, don't engage. Instead, call us right away or you can always check your account in the Wells Fargo Mobile® app* or in online banking.



Learn more at www.wellsfargo.com/scams

*Availability may be affected by your mobile carrier's coverage area. Your mobile carrier's message and data rates may apply.*

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 10/1 | $1,860.46 |
| Deposits/Additions | 9,040.00 |
| Withdrawals/Subtractions | - 9,109.51 |
| **Ending balance on 10/31** | **$1,790.95** |

Account number:     **6106  (primary account)**

**DANIEL HALEVY**
**DEBTOR IN POSSESSION**
**CH11 CASE #24-12075 (CCA)**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 121042882

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 10/1 | | Online Transfer From Seapiper Inn Inc Business Checking xxxxxx0023 Ref #Ib0V4Wbdpq on 10/01/25 | 260.00 | | |
| 10/1 | | Jewish Montessor Facts 00000(      8028 Daniel Halevy | | 2,118.19 | 2.27 |
| 10/6 | | Zelle From Halevy Sue on 10/06 Ref # Wfct0Zc7Wcgp | 360.00 | | |
| 10/6 | | Online Transfer to Commune Events Inc Business Checking xxxxxx3785 Ref #Ib0V74Csp3 on 10/06/25 | | 322.00 | 40.27 |
| 10/10 | | Online Transfer From Commune Events Inc Business Checking xxxxxx3785 Ref #Ib0V8Kz5Qt on 10/10/25 | 250.00 | | 290.27 |
| 10/14 | | Online Transfer From Commune Events Inc Business Checking xxxxxx3785 Ref #Ib0V9L7L2T on 10/13/25 | 3,000.00 | | |
| 10/14 | | Quarterly Fee Payment 251010 6Rblp9L5Eo1 Daniel Halevy | | 250.00 | 3,040.27 |
| 10/15 | | Yula High Facts 00000(      6941 Daniel Halevy | | 1,924.59 | |
| 10/15 | | Hillel Hebrew Ac Direct-Pay 251014 xxxxx9328 Daniel Halevy | | 3,272.73 | -2,157.05 |
| 10/16 | | Online Transfer From Commune Events Inc Business Checking xxxxxx3785 Ref #Ib0Vbdkg9L on 10/15/25 | 2,600.00 | | 442.95 |
| 10/17 | | Online Transfer to Commune Events Inc Business Checking xxxxxx3785 Ref #Ib0Vc3Wwl7 on 10/17/25 | | 440.00 | 2.95 |
| 10/21 | | Zelle From Halevy Sue on 10/21 Ref # Wfct0Zdq2NM2 | 770.00 | | |
| 10/21 | | Online Transfer to Commune Events Inc Business Checking xxxxxx3785 Ref #Ib0Vd9Qxp2 on 10/21/25 | | 360.00 | |
| 10/21 | | Online Transfer to Seapiper Inn Inc Business Checking xxxxxx0023 Ref #Ib0Vd9R2Lq on 10/21/25 | | 260.00 | |
| 10/21 | | Online Transfer to Seapiper Inn Inc Business Checking xxxxxx0023 Ref #Ib0Vdd58Kf on 10/21/25 | | 28.00 | |
| 10/21 | | Online Transfer to Commune Events Inc Business Checking xxxxxx3785 Ref #Ib0Vdd5Gwx on 10/21/25 | | 124.00 | 0.95 |
| 10/24 | | Online Transfer From Commune Events Inc Business Checking xxxxxx3785 Ref #Ib0Vfg23Rf on 10/24/25 | 1,800.00 | | 1,800.95 |
| 10/31 | | Monthly Service Fee | | 10.00 | 1,790.95 |
| **Totals** | | | **$9,040.00** | **$9,109.51** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*



## Summary of Overdraft Fees

|  | Total this statement period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $35.00 |

*Year-to-date totals reflect fees assessed or reversed since the first full statement period of the calendar year. Negative values indicate that fee reversals exceed fees assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 10/01/2025 - 10/31/2025 | Standard monthly service fee $10.00 | You paid $10.00 |
|---|---|---|
| How to avoid the monthly service fee<br>Have any ONE of the following each fee period | Minimum required | This fee period |
| · Minimum daily balance | $500.00 | -$2,157.05 ☐ |
| · Total amount of qualifying electronic deposits | $500.00 | $0.00 ☐ |
| · Age of primary account owner | 17 - 24 | ☐ |

RC/RC

 IMPORTANT ACCOUNT INFORMATION

---

After November 19, 2025, Wells Fargo will no longer offer the option to establish new overdraft protection linkages from a home equity line of credit to deposit accounts. If there is a home equity line of credit account that is currently providing overdraft protection for your checking account, it will be delinked from overdraft protection on February 9, 2026. Unless your checking account is linked to another overdraft protection source, you will lose overdraft protection on or after February 9, 2026. Your home equity line of credit account is not being closed or changed and as long as you have available credit, you can continue to make credit advances in other ways such as access checks (if applicable), online, visiting a branch and by phone. Call us anytime for additional details at 1-800-TO-WELLS (1-800-869-3557) or visit your local branch.

---

Updates to your Everyday Checking account
In addition to the changes we shared in your August statement, the monthly service fee will be $15 for fee periods that begin on or after November 29, 2025.

Reminder: You can avoid the monthly service fee when you meet any one of the following conditions for fee periods that begin on or after October 25, 2025 (1):
- Most used: $500 or more in total qualifying (2) electronic deposits (such as direct deposits of payroll or Social Security benefits)
- New: $5,000 or more in qualifying deposit balances, investment balances, or both (3)
- Updated: $1,500 minimum daily balance (increased from $500)
- A primary account owner who is 17 to 24 years old (4)
- A qualifying monthly non-civilian military direct deposit with the Wells Fargo Worldwide Military Banking program (5)

The $15 fee ($10 for fee periods before November 29, 2025) will continue to be waived if your Everyday Checking account is linked to a Prime Checking or Premier Checking account.

For more information about the changes to Everyday Checking, visit wellsfargo.com/everydaycheckingchanges.

Need help?



If you have questions, want to make changes to your account, or want to learn more about other checking account options, please call us anytime at 1-800-TO-WELLS (1-800-869-3557).

1. The fee period is the period used to calculate the monthly service fee. The fee period details are provided on the Monthly Service Fee Summary located in your account statement.

2. A qualifying electronic deposit is a deposit of funds, such as your salary, government benefit payment, or other income, that has posted to your account and is (1) a direct deposit made through the Automated Clearing House (ACH) network, (2) an instant payment processed through the RTP® network (real-time payment system) or FedNow SM Service, or (3) an electronic credit from a third party service that facilitates payments to your debit card using the Visa® or Mastercard® network (e.g., an Original Credit Transaction). Transfers from one account to another, mobile deposits, Zelle®, or deposits made at a branch or ATM are not considered a qualifying electronic deposit.

3. On the last business day of each fee period balances in eligible Wells Fargo accounts will be automatically totaled. Eligible accounts include consumer deposit account balances (checking, savings, CDs, FDIC-insured IRAs), certain investment account balances, and applicable Wells Fargo bank fiduciary and custody accounts.

4. When the primary account owner reaches the age of 25, age can no longer be used to avoid the monthly service fee.

5. Worldwide Military Banking program benefits will take effect 45 days after a qualifying non-civilian military direct deposit is deposited into an eligible Wells Fargo checking account. For more information on the qualifying non-civilian military direct deposit, program qualifications and benefits, please visit wellsfargo.com/military/worldwide-military-banking.

---

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

---

Other Wells Fargo Benefits

Help take control of your finances with a Wells Fargo personal loan.

Whether it's managing debt, making a large purchase, improving your home, or paying for unexpected expenses, a personal loan may be able to help. See personalized rates and payments in minutes with no impact to your credit score.

Get started at wellsfargo.com/personalloan.



## Important Information You Should Know

■ To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts

Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ If your account has a negative balance:

Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

■ In case of errors or questions about your electronic transfers:

Telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

■ In case of errors or questions about other transactions (that are not electronic transfers):

Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

October 31, 2025 ■ Page 6 of 6

**WELLS FARGO**

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

### ENTER
A. The ending balance shown on your statement.. . . . . . . . . . . . . . . $_____

### ADD
B. Any deposits listed in your    $_____
register or transfers into    $_____
your account which are not    $_____
shown on your statement.    + $_____
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $_____

### CALCULATE THE SUBTOTAL
(Add Parts A and B)
. . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $_____

### SUBTRACT
C. The total outstanding checks and withdrawals from the chart above. . . . . . . . . - $_____

### CALCULATE THE ENDING BALANCE
(Part A + Part B - Part C)
This amount should be the same as the current balance shown in your check register. . . . . . . . . . . . . . . . . . . . . . $_____

| Number | Items outstanding | Amount |
|--------|-------------------|--------|
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |      Total $      |        |

To download and print additional Account Balance Calculation Worksheets (PDF), enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

