**Alan Gomperts**
**Income and Expense Reconcilaiton**

**Income**

| | | |
|---|---|---:|
| Total income | Line d. of Part 8 | 43,459.40 |
| Payroll deductions | Line e. of Part 9 | (4,433.74) |
| Total Receipts | Line b. of part 1 | **39,025.66** |
| | | |
| Total Deposits in Wells Fargo account ending -3107 | | 83,572.66 |
| Reimbursed Expenses from agron, inc. (Employer) | | (44,547.10) |
| Net Deposits | | **39,025.56** |

**Expenses**

| | | |
|---|---|---:|
| Total Expenses | Line i. of Part 8 | 83,865.39 |
| Payroll deductions | | 4,433.74 |
| Total disbursements | Line c. of part 1 | **79,431.65** |
| | | |
| Total withdrawals in Wells Fargo account ending -3107 | | 123,978.75 |
| | | |
| agron, inc Expenses | | (44,547.10) |
| Total Agron Expenses | | **(44,547.10)** |
| | | |
| Net Disbursements | | **79,431.65** |