**Alan Gomperts**
**Part 8 Expenses**

| Date | Amount | Payee | Description |
|---|---|---|---|
| 11/3/2025 | (1,675.00) | ZELLE TO JESELSOHN JOEL ON 11/02 REF # WFCT0ZG223HS | Personal Living - College Rent |
| 11/4/2025 | (2,218.33) | CHASE CREDIT CRD EPAY 251103 8823179495 SHARON HALEVY | Personal Living - Credit Card |
| 11/4/2025 | (3,815.82) | CITI CARD ONLINE PAYMENT 251103 431835880223564 SHARON HALEVY | Personal Living - Credit Card |
| 11/4/2025 | (125.00) | ZELLE TO HERNANDEZ CIRO ON 11/04 REF # WFCT0ZG9VMPH | Personal Living - Gardener |
| 11/4/2025 | (161.58) | BILL PAY NORTHWESTERN MUTUAL LIFE INSURAN ON-LINE xxxx4520 ON 11-04 | Personal Living - Life Insurance |
| 11/4/2025 | (5,208.55) | BILL PAY WELLS FARGO Oakhurst ON-LINE 0512091XXX ON 11-04 | Personal Living - Mortgage |
| 11/4/2025 | (140.00) | BILL PAY Jun Ho. Choi ON-LINE No Account Number ON 11-04 | Personal Living - Pool Man |
| 11/5/2025 | (50.00) | ATM WITHDRAWAL AUTHORIZED ON 11/05 10789 W Pico Blvd Los Angeles CA 0004820 ATM ID 0765E CARD 5456 | Personal Living - Cash Expenses |
| 11/5/2025 | (602.52) | BLOOMINGDALES ONLINE PMT 251104 621846785686852 SHARON HALEVY | Personal Living - Clothing |
| 11/5/2025 | (59.69) | SoCalGas PAID SCGC 251104 1291016484 301601474299863709 | Personal Living - Gas bill |
| 11/6/2025 | (2,000.00) | Cash eWithdrawal in Branch 11/06/2025 13:10 PM 9354 WILSHIRE BLVD BEVERLY HILLS CA 0874 | Personal Living - Cash Expenses |
| 11/7/2025 | (1,313.18) | CITI CARD ONLINE PAYMENT 251106 431835878959371 SHARON HALEVY | Personal Living - Credit Card |
| 11/14/2025 | (283.64) | MACYS ONLINE PMT 251113 631843309052222 SHARON HALEVY | Personal Living - Clothing |
| 11/17/2025 | (22,725.00) | YU TUITION 2 PURCHASE 251117 155565 ALAN GOMPERTS | Personal Living - College Tuition |
| 11/17/2025 | (27,690.00) | YU TUITION 2 PURCHASE 251117 155566 ALAN GOMPERTS | Personal Living - College Tuition |
| 11/19/2025 | (159.07) | BARCLAYCARD US CREDITCARD 1341068375 SHARON HALEVY | Personal Living - Credit Card |
| 11/20/2025 | (34.64) | FRANCHISE TAX BO PAYMENTS 251120 123474735 PM GOMPERTS | Personal Living - State Taxes |
| 11/24/2025 | (1,500.00) | VENMO PAYMENT 251124 1046427001625 SHARON HALEVY GOMPERTS | Personal Living - Miscellaneous |
| 11/25/2025 | (718.66) | BILL PAY WELLS FARGO AUTO ON-LINE xxxxxx6254 ON 11-25 | Personal Living - Auto Loan |

**Living Expenses**
**Line g. of Part 8**           (70,480.68)

| Date | Amount | Payee | Description |
|---|---|---|---|
| 11/4/2025 | (75.00) | BILL PAY Nicandro Barba ON-LINE No Account Number ON 11-04 | Gardener Bagley |
| 11/4/2025 | (155.00) | ZELLE TO GABRIEL ADULFO ON 11/04 REF # WFCT0ZG9VLQ6 | Gardener Canfield and Greenfield |

| Date | Amount | Description | Category |
|---|---|---|---|
| 11/4/2025 | (4,003.21) | BILL PAY WELLS FARGO Bagley ON-LINE 0512092XXX ON 11-04 | Mortgage - Bagley |
| 11/4/2025 | (2,050.07) | BILL PAY WELLS FARGO Canfield ON-LINE 0502483XXX ON 11-04 | Mortgage - Canfield |
| 11/4/2025 | (1,523.85) | BILL PAY WFHM - Greenfield ON-LINE 0320648XXX ON 11-04 | Mortgage - Greenfield |
| 11/4/2025 | (90.00) | BILL PAY 4 SEASON POOL SE ON-LINE No Account Number ON 11-04 | Pool Man - Bagley Ave |
| 11/10/2025 | (1,053.84) | ZELLE TO ACOCA CALIFORNIA REFRIGERATION ON 11/10 REF # WFCT0ZGWG32Q | Heater Repair - Greenfield |

**All Other Expenses**

**Line h. of Part 8**        (8,950.97) **Expenses on Rental Properties**