JESSICA M. SIMON – SBN 277581
**HEMAR, ROUSSO & HEALD, LLP**
15910 Ventura Boulevard, 12th Floor
Encino, California 91436
Telephone: (818) 501-3800
Facsimile: (818) 501-2985
Email: jsimon@hrhlaw.com
File No. 4969-20240337

Attorneys for Movant/Secured Creditor,
HARVEST SMALL BUSINESS FINANCE, LLC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA (LOS ANGELES DIVISION)

| | |
|---|---|
| IN RE:<br><br>SEATON INVESTMENTS, LLC,<br><br>☐ Affects All Debtors.<br>☐ Affects Seaton Investments, LLC (Dismissed)<br>☐ Affects Colyton Investments, LLC (Dismissed)<br>☐ Affects Broadway Avenue Investments, LLC<br>☒ Affects SLA Investments, LLC<br>☐ Affects Negev Investments, LLC<br>☐ Affects Alan Gomperts<br>☐ Affects Daniel Halevy<br>☐ Affects Susan Halevy<br><br>                                  Debtors.<br><br>HARVEST SMALL BUSINESS FINANCE, LLC,<br><br>                                  Movant,<br><br>vs.<br><br>SLA INVESTMENTS, LLC,<br><br>                                  Debtor. | Lead Case No. 2:24-bk-12079-VZ<br><br>Jointly Administered with Case Nos.:<br>2:24-bk-12080-VZ; 2:24-bk-12081-VZ;<br>**2:24-bk-12082-VZ**; 2:24-bk-12091-VZ;<br>2:24-bk-12074-VZ; 2:24-bk-12075-VZ<br>and 2:24-bk-12076-VZ<br><br>Chapter 11<br><br><br>**NOTICE OF ERRATA TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY [REAL PROPERTY: [1040 S. Los Angeles Street, Los Angeles, CA 90015, APN 5145-020-057] (Dkt. No. 594)**<br><br><br>DATE:  January 6, 2026<br>TIME:   10:30 a.m.<br>CTRM:  1368<br>JUDGE:  Vincent P. Zurzolo |

TO: THIS HONORABLE COURT, DEBTORS, DEBTORS' ATTORNEY AND TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

  Movant Harvest Small Business Finance, LLC ("Movant") hereby submits this Notice of Errata and attaches the corrected caption page for its Motion for Relief from the Automatic Stay (Real Property) which was filed with this Court on December 15, 2025 as Dkt. No. 594.

DATED: December 16, 2025      HEMAR, ROUSSO & HEALD, LLP

             /s/ *Jessica M. Simon*
BY: _____
    JESSICA M. SIMON
    Movant/Secured Creditor,
    HARVEST SMALL BUSINESS FINANCE, LLC

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>JESSICA M. SIMON – SBN 277581<br>HEMAR, ROUSSO & HEALD, LLP<br>15910 Ventura Boulevard, 12th Floor<br>Encino, California 91436<br>Telephone: (818) 501-3800<br>Facsimile: (818) 501-2985<br>Email: jsimon@hrhlaw.com<br><br>☐ *Movant appearing without an attorney*<br>☒ *Attorney for Movant* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re<br><br>SEATON INVESTMENTS, LLC, *et al.*,<br><br>Debtors and Debtors-in-Possession.<br><br>Affects:<br><br>☐ All Debtors<br>☐ Seaton Investments, LLC<br>☐ Colyton Investments, LLC<br>  Broadway Avenue Investments, LLC<br>☒ SLA Investments, LLC<br>☐ Negev Investments, LLC<br>☐ Alan Gomperts<br>☐ Daniel Halevy<br>☐ Susan Halevy<br><br>Debtor(s). | LEAD CASE NO.: 2:24-bk-12079-VZ<br><br>CHAPTER: 11<br><br>Jointly Administered with Case Nos.:<br><br>2:24-bk-12080-VZ; 2:24-bk-12081-VZ; **2:24-bk-12082-VZ**; 2:24-bk-12091-VZ; 2:24-bk-12074-VZ; 2:24-bk-12075-VZ; and 2:24-bk-12076-VZ<br><br>**NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362**<br>**(with supporting declarations)**<br>**(REAL PROPERTY)**<br><br>DATE: January 6, 2026<br>TIME: 10:30 a.m.<br>COURTROOM: 1368 |
|---|---|

**Movant: HARVEST SMALL BUSINESS FINANCE, LLC**

1. **Hearing Location**:

   ☒ 255 East Temple Street, Los Angeles, CA 90012     ☐ 411 West Fourth Street, Santa Ana, CA 92701
   ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367  ☐ 1415 State Street, Santa Barbara, CA 93101
   ☐ 3420 Twelfth Street, Riverside, CA 92501

2. Notice is given to the Debtor and trustee (*if any*)(Responding Parties), their attorneys (*if any*), and other interested parties that on the date and time and in the courtroom stated above, Movant will request that this court enter an order granting relief from the automatic stay as to Debtor and Debtor's bankruptcy estate on the grounds set forth in the attached Motion.

3. To file a response to the motion, you may obtain an approved court form at www.cacb.uscourts.gov/forms for use in preparing your response (optional LBR form F 4001-1 .RFS.RESPONSE), or you may prepare your response using the format required by LBR 9004-1 and the Court Manual.

5340477v2 | 101415-0002 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2014                                                       Page 1                                          F 4001-1.RFS.RP.MOTION

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
15910 Ventura Blvd., 12th Floor, Encino, CA 91436

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF ERRATA TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY [REAL PROPERTY: [1040 S. Los Angeles Street, Los Angeles, CA 90015, APN 5145-020-057] (Dkt. No. 594)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) December 16, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) December 16, 2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) December 16, 2025, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 16, 2025 | MARY ANN GRANZOW | /s/ *MaryAnn Granzow* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

## SERVICE LIST

**BY PERSONAL DELIVERY:**

*Chambers' Copy:*
Hon Vincent P. Zurzolo
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1360 / Courtroom 1368
Los Angeles, CA 90012

**SERVED BY U.S. MAIL:**

**Debtor**
SLA Investments, LLC
264 S. Oakhurst Drive
Beverly Hills, CA 90212

**Debtor's Attorneys**
Derrick Talerico
Weintraub Zolkin Talerico & Selth LLP
11766 Wilshire Blvd., Suite 730
Los Angeles, CA 90025

**U.S. Trustee**
Kelly L. Morrison
Office of the US Trustee
915 Wilshire Blvd., Ste. 1850
Los Angeles, CA 90017

**Lienholder**
Second Lienholder
Archway Broadway Loan SPE, LLC
c/o Michael Gerard Fletcher
Frandzel Robins Bloom & Csato, L.C.
1000 Wilshire Blvd., 19th Floor
Los Angeles, CA 90017-2427

Los Angeles County Tax Collector
PO Box 54110
Los Angeles, CA 90054-0110

**List of Creditors**

| | |
|---|---|
| Joshua Mogin Esq.<br>Thompson Coburn LLP<br>10100 Santa Monica Blvd., Suite 500<br>Los Angeles, CA 90067<br><br>US Small Business Administration<br>Office of General Counsel<br>312 N. Spring Street, 5th Floor<br>Los Angeles, CA 90012<br><br>CA Dept of Tax and Fee Admin<br>Account Info Group MIC29<br>PO Box 942879<br>Sacramento, CA 94279-0029<br><br>Employment Development Dept<br>Bankruptcy Group MIC 92E<br>PO Box 826880<br>Sacramento, CA 94280<br><br>Franchise Tax Board<br>Bankruptcy Section MS A-340<br>PO Box 2952<br>Sacramento, CA 95812<br><br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346<br><br>Commune Events Inc<br>802 Mateo Street<br>Los Angeles, CA 90021<br><br>David Garay<br>1040 S. Los Angeles St., Unit 8<br>Los Angeles, CA 90015<br><br>Earth Bean Coffee LLC<br>1200 S. Grand Avenue #658<br>Los Angeles, CA 90015 | El Hadj Sy dba Entrapreneur/David Garay<br>1040 S. Los Angeles Street, Unit #10<br>Los Angeles, CA 90015<br><br>Los Angeles Dept of Water and Power<br>PO Box 30808<br>Los Angeles, CA 90030<br><br>Miracle Watts<br>1040 S. Los Angeles Street<br>Los Angeles, CA 90015<br><br>Nijai Burch dba Instant Bae LLC<br>1040 S. Los Angeles St., Unit #14<br>Los Angeles, CA 90015<br><br>Saul Edi Faal<br>1040 S. Los Angeles St., Unit #17<br>Los Angeles, CA 90015<br><br>Serafin Canizares<br>1040 S. Los Angeles Street<br>Los Angeles, CA 90015<br><br>Sienna Rose Inc.<br>433 Colyton Street<br>Los Angeles, CA 90013<br><br>Southern California Gas<br>PO Box C<br>Monterey Park, CA 91756 |

**SERVED BY COURT VIA NEF:**

- Scott R Albrecht    salbrecht@gsaattorneys.com, jackie.nguyen@sgsattorneys.com
- Tanya Behnam    tbehnam@polsinelli.com, tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com
- Jacquelyn H Choi    jacquelyn.Choi@rimonlaw.com, docketingsupport@rimonlaw.com
- Carol Chow    Carol.Chow@saul.com, hannah.richmond@saul.com;easter.santamaria@saul.com;carol.chow@ecf.courtdrive.com;litigationdocketing@saul.com
- Robert F Conte    robert.conte@usdoj.gov, caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov
- Ryan Coy    ryan.coy@blankrome.com
- Christopher Cramer    secured@becket-lee.com
- Christopher Crowell    ccrowell@frandzel.com, mbrandenberg@frandzel.com
- Turner Falk    turner.falk@saul.com, tnfalk@recap.email
- Michael G Fletcher    mfletcher@frandzel.com, sking@frandzel.com,autodocket@frandzel.com
- Todd S. Garan    ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com
- Richard Girgado    rgirgado@counsel.lacounty.gov
- Jacqueline L James    jjames@buchalter.com, gvidales@buchalter.com;docket@buchalter.com
- Kelly L Morrison    kelly.l.morrison@usdoj.gov
- Avi Edward Muhtar    amuhtar@crownandstonelaw.com
- Bruce D Poltrock    bpoltrock@frandzel.com, sking@frandzel.com,autodocket@frandzel.com
- Paige Selina Poupart    ppoupart@frandzel.com, achase@frandzel.com
- Zev Shechtman    Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com
- David B Shemano    dshemano@shemanolaw.com
- Jessica M. Simon    jsimon@hrhlaw.com, mgranzow@hrhlaw.com
- Derrick Talerico    dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Garrick Vanderfin    gvanderfin@polsinelli.com, zyoung@Polsinelli.com;ladocketing@polsinelli.com
- Gerrick Warrington    gwarrington@frandzel.com, achase@frandzel.com,autodocket@frandzel.com
- Jennifer C Wong    bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com