Debtor's Name SLA INVESTMENTS, LLC                                          Case No. 24-12082

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---:|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ☐   No ☒ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ☐   No ☐   N/A ☒ |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Alan Gomperts                                          Alan Gomperts
Signature of Responsible Party                             Printed Name of Responsible Party

Manager                                                    12/23/2025
Title                                                      Date

# SLA Investments, LLC
## Preliminary Balance Sheet
### As of November 30, 2025

|  | Nov 30, 25 |
|---|---:|
| **ASSETS** |  |
| **Current Assets** |  |
| **Checking/Savings** |  |
| Farmers and Merchants Checking | 83,172.25 |
| Farmers Tax Account | 200.00 |
| **Total Checking/Savings** | 83,372.25 |
| **Total Current Assets** | 83,372.25 |
| **Fixed Assets** |  |
| Accumulated Depreciation | -214,996.00 |
| Buildings | 1,328,597.70 |
| Land | 2,109,733.00 |
| **Total Fixed Assets** | 3,223,334.70 |
| **Other Assets** |  |
| Accumulated Amort, loan fee | -39,793.00 |
| Loan Fees | 72,350.00 |
| **Total Other Assets** | 32,557.00 |
| **TOTAL ASSETS** | **3,339,263.95** |
| **LIABILITIES & EQUITY** |  |
| **Liabilities** |  |
| **Current Liabilities** |  |
| **Other Current Liabilities** |  |
| Loan payable, Seaton | -7,000.00 |
| Loans payable, Sienna Rose | 128,100.00 |
| Tenant Security Deposits Held | 15,619.10 |
| **Total Other Current Liabilities** | 136,719.10 |
| **Total Current Liabilities** | 136,719.10 |
| **Long Term Liabilities** |  |
| Harvest Small Business Finance | 1,802,928.00 |
| Member Loans | -6,625.00 |
| **Total Long Term Liabilities** | 1,796,303.00 |
| **Total Liabilities** | 1,933,022.10 |
| **Equity** |  |
| Capital-Sue Halevy | 1,076,854.33 |
| Capital, Alan Gomperts | 135,961.11 |
| Capital, Daniel Halevy | 135,958.08 |
| Capital, Simon Harkam | 103,327.44 |
| Retained Earnings | -55,730.06 |
| Net Income | 9,870.95 |
| **Total Equity** | 1,406,241.85 |
| **TOTAL LIABILITIES & EQUITY** | **3,339,263.95** |

**SLA Investments, LLC**
# Preliminary Profit & Loss
**November 2025**

|  | Nov 25 |
|---|---:|
| **Ordinary Income/Expense** | |
|   **Income** | |
|     Rental Income | 10,450.00 |
|   **Total Income** | 10,450.00 |
|   **Expense** | |
|     Interest Expense | 9,015.00 |
|     Repairs and Maintenance | 2,550.00 |
|   **Total Expense** | 11,565.00 |
| **Net Ordinary Income** | -1,115.00 |
| **Net Income** | **-1,115.00** |

# SLA Investments, LLC
## Preliminary Statement of Cash Flows
**November 2025**

|  | Nov 25 |
|---|---:|
| **OPERATING ACTIVITIES** | |
| Net Income | -1,115.00 |
| **Net cash provided by Operating Activities** | -1,115.00 |
| **Net cash increase for period** | -1,115.00 |
| Cash at beginning of period | 84,487.25 |
| **Cash at end of period** | **83,372.25** |

# SLA Investments, LLC
## Preliminary Statement of Cash Flows

**SLA Investments, LLC**          **Case No. 2-24-bk-12082-VZ**          Nov-25

**PART 5 - Schedule of Payments to Professionals**

| Professional/Role | Date of Retention | Retainer Paid | | Fees Approved by Court | | Expenses Approved by Court | | Retainer Applied | | Fees Paid (over retainer) | | Expenses Paid (over retainer) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Prepetition | At Petition Date | During Mo. | Cumulative | During Mo. | Cumulative | During Mo. | Cumulative | During Mo. | Cumulative | During Mo. | Cumulative |
| Weintraub Zolkin Talerico & Selth LLP (Insolvency Counsel) | 5/28/24 effective as of 3/19/24 | $ 20,000.00 | $ 16,998.00 | $ - | $ 41,174.00 | $ - | $ 283.23 | $ - | $ 16,998.00 | $ - | $ - | $ - | $ - |

**SLA Investments, LLC**
**Insurance Schedule**

| Name of Insurance Carrier | Type of Insurance | Policy Number | Policy Expiration | Date Premium Paid |
|---|---|---|---|---|
| Westchester Surplus Lines Insurance Company | Property and GL Insurance | FSF17912367002 | 8/24/26 | 8/7/25 |

## SLA Investments, LLC
## Reconciliation Summary
### Farmers and Merchants Checking, Pe

|  | Nov 30, 25 |
|---|---:|
| **Beginning Balance** | 84,287.25 |
| **Cleared Transactions** | |
| Checks and Payments - 3 items | -13,565.00 |
| Deposits and Credits - 9 items | 12,450.00 |
| Total Cleared Transactions | -1,115.00 |
| **Cleared Balance** | **83,172.25** |
| **Register Balance as of 11/30/2025** | 83,172.25 |
| **Ending Balance** | 83,172.25 |

Date 11/28/25
Account No. 5678
Page 1 of 3

SLA INVESTMENTS LLC
DIP CASE 2:24-BK-12082-VZ
OPERATING ACCOUNT
264 S OAKHURST DR
BEVERLY HILLS CA 90212-3504



Contactless Debit Cards coming soon to F&M Bank,
offering a secure, quick, and
convenient touch-free payment method.

### Account Title

SLA Investments LLC
DIP Case 2:24-bk-12082-VZ
Operating Account

### Bankruptcy Trustee Summary

| | | | |
|---|---|---|---|
| Account Number | 5678 | Number of Enclosures | 1 |
| Beginning Balance | 84,287.25 | Statement Dates | 11/03/25 thru 11/30/25 |
| 9  Deposits/Credits | 12,450.00 | Days in the statement period | 28 |
| 3  Checks/Debits | 13,565.00 | Average Ledger | 81,702.60 |
| Service Charge | 0.00 | | |
| Interest Paid | 0.00 | | |
| Ending Balance | 83,172.25 | | |

### Deposits and Other Credits

| Date | Description | Amount |
|---|---|---|
| 11/03 | EARTH BEAN COFFE 9200502235 11193861658 SLA Investments ACH Pmt 02100002955CCD | 2,300.00 |
| 11/03 | Mobile Deposit - Checking | 1,250.00 |
| 11/03 | Incoming Wire NIJAI D BURCH | 300.00 |
| 11/06 | PIRATEWORLDWIDE 9200502235 11194495264 SLA Investments ACH Pmt 02100002855CCD | 2,600.00 |

Continued on next page

Questions? Call us: (866) 437-0011





NMLS# 537388

### UPDATING YOUR CONTACT INFORMATION:

If your contact information has changed, you can update our records by visiting your local Branch Office, calling us, or logging into F&M Online & Mobile Banking. Contact information includes mailing address, email address, and phone number.

### DEPOSIT AGREEMENT:

At account opening, you were provided a deposit account Terms & Conditions document. This document sets forth the rules that govern your deposit account with us. If you continue to have an account with us, you agree to the terms and conditions referenced in the document. You may obtain a copy of the current document by visiting your local Branch Office or by calling us. A copy is also posted on our website.

### DIRECT DEPOSITS:

If you have arranged to have direct deposits made to your account at least once every sixty (60) days from the same person or company, you may call us to find out if the deposit was made as scheduled. If you are enrolled in F&M's Online & Mobile Banking, you may also review your activity online for information.

### ELECTRONIC TRANSFERS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:

If you think your statement or receipt is wrong or if you need more information about an electronic transfer (e.g. ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone us at (800) 253-6655 or write us at FARMERS & MERCHANTS BANK, PO Box 2400, Seal Beach, CA 90740 as soon as you can. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.

2. Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

3. Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family, or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days (twenty (20) business days if you are a new customer, for electronic transfers occurring during the first thirty (30) days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error; so that you will have the use of the money during the time it takes us to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we will credit your account at the conclusion of our investigation.

### REPORTING OTHER PROBLEMS:

You must examine your statement and check images and/or notices as soon as you receive them and report any errors, irregularities or unauthorized transactions to us immediately. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us promptly, but no later than sixty (60) days following the day we make the statement available to you, then you agree that you cannot assert any error, problem or unauthorized transaction or forged, altered or unauthorized item against us.

---

Banking Questions? Speak with a live representative: (866) 437-0011

Monday-Friday 7am-9pm • Saturday 8am-9pm • Sunday 8am-5pm PT

TeleBanker - Automated/24-hour telephone account information: (855) 416-5747

---





NMLS# 537388



Date 11/28/25
Account No. 5678
Page 2 of 3

Bankruptcy Trustee                                5678 (continued)

### Deposits and Other Credits

| Date | Description | Amount |
|---|---|---|
| 11/14 | Incoming Wire NIJAI D BURCH | 300.00 |
| 11/21 | Mobile Deposit - Checking | 1,800.00 |
| 11/24 | Mobile Deposit - Checking | 1,600.00 |
| 11/24 | Mobile Deposit - Checking | 2,000.00 |
| 11/24 | Incoming Wire NIJAI D BURCH | 300.00 |

### Checks and Other Debits

| Date | Description | Amount |
|---|---|---|
| 11/03 | OLB Outgoing Wire Harvest Small Business Finance | 9,015.00- |
| 11/26 | Chargeback | 2,000.00- |

### Checks In Number Order

| Date | Check# | Amount | Date | Check# | Amount | Date | Check# | Amount |
|---|---|---|---|---|---|---|---|---|
| 11/18 | 1017 | 2,550.00 | | | | | | |

* Denotes missing check numbers

### Checking Account Daily Balances

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 11/03 | 79,122.25 | 11/18 | 79,472.25 | 11/26 | 83,172.25 |
| 11/06 | 81,722.25 | 11/21 | 81,272.25 | | |
| 11/14 | 82,022.25 | 11/24 | 85,172.25 | | |

### End of Statement

Thank you for banking with Farmers & Merchants Bank.



F&M Bank does not charge for this service, however, your wireless carrier may charge you fees related to this service.

Questions? Call us: (866) 437-0011





NMLS# 537388

F&M BANK

Date 11/28/25
Account No. 5678
Page 3 of 3

# 1017    $2,550.00    Posted Date   11/18/2025

# SLA Investments, LLC
## Reconciliation Summary
### Farmers Tax Account, Period Ending 11/30/2025

|  | Nov 30, 25 |
|---|---|
| **Beginning Balance** | 200.00 |
| **Cleared Balance** | 200.00 |
| **Register Balance as of 11/30/2025** | 200.00 |
| **Ending Balance** | 200.00 |

Date 11/28/25
Account No. 5686
Page 1 of 2

SLA INVESTMENTS LLC
DIP CASE 2:24-BK-12082-VZ
TAX ACCOUNT
264 S OAKHURST DR
BEVERLY HILLS CA 90212-3504



Contactless Debit Cards coming soon to F&M Bank,
offering a secure, quick, and
convenient touch-free payment method.

### Account Title

SLA Investments LLC
DIP Case 2:24-bk-12082-VZ
Tax Account

### Bankruptcy Trustee Summary

| | | | |
|---|---|---|---|
| Account Number | 5686 | Number of Enclosures | 0 |
| Beginning Balance | 200.00 | Statement Dates | 11/03/25 thru 11/30/25 |
| Deposits/Credits | 0.00 | Days in the statement period | 28 |
| Checks/Debits | 0.00 | Average Ledger | 200.00 |
| Service Charge | 0.00 | | |
| Interest Paid | 0.00 | | |
| Ending Balance | 200.00 | | |

### Checking Account Daily Balances

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 11/03 | 200.00 | | | | |

### End of Statement

Thank you for banking with Farmers & Merchants Bank.

Questions? Call us: (866) 437-0011





Date 11/28/25
Account No. 5686
Page 2 of 2

Bankruptcy Trustee                                5686 (continued)

  

F&M Bank does not charge for this service, however, your wireless carrier may charge you fees related to this service.

Questions? Call us: (866) 437-0011

  

NMLS# 537388

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
11766 Wilshire Blvd, Suite 730, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled (*specify*): **MONTHLY OPERATING REPORT – NOVEMBER, 2025** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) December 23, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See attached NEF Service List

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 23, 2025 | Martha E. Araki | */s/ Martha E. Araki* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

Seaton Investments, LLC – Jointly Administered

**1**. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

- <u>Attorneys for Corporate Debtors Broadway Avenue Investments, LLC, Negev Investments, LLC, SLA Investments, LCC.</u>: **Derrick Talerico**: dtalerico@wztslaw.com; maraki@wztslaw.com; sfritz@wztslaw.com; admin@wztslaw.com
- <u>Attorneys for Individual Debtors Alan Gomperts, Daniel Halevy, Susan Halevy</u>: **Zev Shechtman, Carol Chow, Turner Falk, Ryan Coy**: zev.shechtman@saul.com; zshechtman@ecf.inforuptcy.com; carol.chow@saul.com; easter.santamaria@saul.com; turner.falk@saul.com; ryan.coy@saul.com
- <u>Attorneys for Creditor First Foundation Bank</u>: **Scott R Albrecht**: scott.albrecht@sgsattorneys.com; jackie.nguyen@sgsattorneys.com
- <u>Attorneys for Creditor Korth Direct Mortgage, Inc.</u>: **Tanya Behnam, Garrick Vanderfin**: gvanderfin@polsinelli.com, tbehnam@polsinelli.com; tanyabehnam@gmail.com; ladocketing@polsinelli.com; zyoung@polsinelli.com; ccripe@polsinelli.com;
- <u>Attorneys for Creditor Los Angeles County Treasurer and Tax Collector</u>: **Jacquelyn H Choi**: jacquelyn.choi@rimonlaw.com; docketingsupport@rimonlaw.com
- <u>Attorneys for Creditor United States of America on behalf of the Internal Revenue Service</u>: **Robert F Conte**: robert.conte@usdoj.gov; caseview.ecf@usdoj.gov; usacac.tax@usdoj.gov
- <u>Courtesy NEF/Interested Party</u>: **Christopher Cramer**: secured@becket-lee.com
- <u>Attorneys for Creditor Harvest Small Business Finance, LLC</u>: **Christopher Crowell, Jessica M Simon**: ccrowell@frandzel.com; mbrandenberg@frandzel.com
- <u>Attorneys for Creditors Archway Real Estate Income Fund I SPE I, LLC, Archway Broadway Loan SPE, LLC, fka Archway Real Estate Income Fund I REIT, LLC, Archway Real Estate Income Fund, and Plaintiff Archway Broadway Loan SPE, LLC</u>: **Michael G. Fletcher, Bruce D. Poltrock, Paige Selina Poupart, Gerrick Warrington**: mfletcher@frandzel.com; ppoupart@franddzel.com; gwarrington@frandzel.com; bpoltrock@frandzel.com; sking@frandzel.com; achase@frandzel.com; autodocket@frandzel.com
- <u>Attorneys for Creditors NewRez LLC d/b/a Shellpoint Mortgage Servicing, Wells Fargo National Bank West</u>: **Todd S Garan**: ch11ecf@aldridgepite.com; TSG@ecf.inforuptcy.com; tgaran@aldridgepite.com
- <u>Attorneys for Creditor Los Angeles County Treasurer and Tax Collector</u>: **Richard Girgado**: rgirgado@counsel.lacounty.gov
- <u>Attorneys for Creditor Harvest Small Business Finance, LLC</u>: **Jacqueline L James**: jjames@buchalter.com; gvidales@buchalter.com; docket@buchalter.com
- <u>Courtesy NEF/Interested Party Avi Muhtar</u>: **Avi Edward Muhtar**: amuhtar@crownandstonelaw.com
- <u>Attorneys for Creditor AIRE Ancient Baths Los Angeles, LLC</u>: **David B Shemano**: dshemano@shemanolaw.com
- <u>Attorneys for Creditor Harvest Small Business Finance, LLC</u>: **Jessica M. Simon**: jsimon@hrhlaw.com; mgranzow@hrhlaw.com
- <u>Attorneys for Creditor Wells Fargo Bank, N.A. dba Wells Fargo Auto</u>: **Samantha White**: Samantha.white@wellsfargo.com
- <u>Attorneys for Creditor Wells Fargo Bank, N.A.</u>: **Jennifer C Wong**: bknotice@mccartyholthus.com; jwong@ecf.courtdrive.com
- <u>US Trustee's Office</u>: ustpregion16.la.ecf@usdoj.gov; **Kelly L. Morrison**: Kelly.l.morrison@usdoj.gov

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                         **F 9013-3.1.PROOF.SERVICE**