JESSICA M. SIMON – SBN 277581
**HEMAR, ROUSSO & HEALD, LLP**
15910 Ventura Boulevard, 12th Floor
Encino, California 91436
Telephone: (818) 501-3800
Facsimile:  (818) 501-2985
Email: jsimon@hrhlaw.com
File No. 4969-20240337

Attorneys for Movant/Secured Creditor,
HARVEST SMALL BUSINESS FINANCE, LLC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA (LOS ANGELES DIVISION)

| | |
|---|---|
| IN RE:<br><br>SEATON INVESTMENTS, LLC,<br><br>☐ Affects All Debtors.<br>☐ Affects Seaton Investments, LLC (Dismissed)<br>☐ Affects Colyton Investments, LLC (Dismissed)<br>☐ Affects Broadway Avenue Investments, LLC<br>☒ Affects SLA Investments, LLC<br>☐ Affects Negev Investments, LLC<br>☐ Affects Alan Gomperts<br>☐ Affects Daniel Halevy<br>☐ Affects Susan Halevy<br>                                       Debtors.<br><br>HARVEST SMALL BUSINESS FINANCE, LLC,<br><br>                       Movant,<br><br>vs.<br><br>SLA INVESTMENTS, LLC,<br><br>                       Debtor. | Lead Case No. 2:24-bk-12079-VZ<br><br>Jointly Administered with Case Nos.:<br>2:24-bk-12080-VZ; 2:24-bk-12081-VZ;<br>**2:24-bk-12082-VZ**; 2:24-bk-12091-VZ;<br>2:24-bk-12074-VZ; 2:24-bk-12075-VZ<br>and 2:24-bk-12076-VZ<br><br>Chapter 11<br><br><br><br>**DECLARATION OF JESSICA SIMON IN SUPPORT OF REPLY TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY [REAL PROPERTY: [1040 S. Los Angeles Street, Los Angeles, CA 90015, APN 5145-020-057]**<br><br><u>Hearing</u><br>DATE:  January 6, 2026<br>TIME:    10:30 a.m.<br>CTRM:   1368<br>JUDGE:  Vincent P. Zurzolo |

# DECLARATION OF JESSICA SIMON

I, JESSICA SIMON, declare:

1. I am an attorney at law licensed to practice in the State of California. I am a Partner at the law firm Hemar, Rousso & Heald LLP, attorneys for Creditor Harvest Small Business Finance, LLC ("Harvest") in the above-captioned bankruptcy filed by debtor SLA Investments, LLC ("Debtor"), among other debtors. The following facts are of my own personal knowledge, except those stated upon information and belief, and as to all such facts stated upon information and belief, I am informed and believe that the same are true. If called as a witness, I could and would competently testify to the truth of the following facts.

2. On December 23, 2025, I, on behalf of Harvest, accessed property taxes due for the subject real property located at 1040 S. Los Angeles Street, Los Angeles, CA 90015, APN 5145-020-057 (the "Property") at the Los Angeles County Treasurer and Tax Collector's site, which shows that $21,559.91 were due on December 10, 2025, including a penalty amount of $1,959.99. It further shows the Defaulted Tax Roll for the year 2024 as $97,943.65, with monthly penalties accruing. Attached hereto as **Exhibit 7** is a true and correct copy of the property tax printout accessed on December 23, 2025 at the Los Angeles County Treasurer and Tax Collector's website.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct. Executed on this 29th day of December, 2025 at Encino, California.


Jessica Simon

# EXHIBIT 7




Los Angeles County
**Treasurer and Tax Collector**

### Property Tax Payment Inquiry

Last updated Tuesday December 23, 2025

**Assessor ID Number:** 5145-020-057    **Year:** 25    **Seq. No.:** 000

**ELECTRONIC FUND TRANSFER (EFT) NUMBER**
**ID#:** 19 5145 020 057 4    **YEAR:** 25    **SEQUENCE:** 000 1

| Installment 1 | | Installment 2 | |
|---|---|---|---|
| Tax Amount | $19,599.92 | Tax Amount | $19,599.91 |
| Penalty Amount | $1,959.99 | Pen/Cost Amount | $0.00 |
| Total Due | $21,559.91 | Total Due | $19,599.91 |
| Paid Amount | $0.00 | Paid Amount | $0.00 |
| Balance Due | $21,559.91 | Balance Due | $19,599.91 |
| Delinquent If Not Paid By | 12/10/2025 | Delinquent If Not Paid By | 04/10/2026 |

**Message:**

# Defaulted Tax Roll

Last updated Tuesday December 23, 2025

| | | | |
|---|---|---|---|
| AIN Number | 5145-020-057 | 5-Pay Account Number | |
| Default Year | 2024 | 5-Pay Status | |
| Redemption Amount | $97,943.65 | 5-Pay Installment Amount Due | |
| Monthly Penalty Amount | $1,148.22 | 5-Pay Due Date | |
| Amount Paid | $0.00 | 5-Pay Installment Paid | |
| Last Payment Date | | | |

**Message:**
STATE LAW REQUIRES THAT WE APPLY PAYMENTS TO COSTS, PENALTIES AND THE BALANCE TO TAXES. IF YOU HAVE QUESTIONS, PLEASE VISIT OUR **PUBLIC INQUIRIES** WEBPAGE.

**Tax Status: TAX DEFAULTED**

Select Another Account

For help or inquiries regarding online payments, visit: ttc.lacounty.gov/public-inquiries.
Our business hours are 8:00 a.m. to 5:00 p.m., Pacific Time, Monday through Friday, excluding **Los Angeles County holidays**.
Our office is located in the Kenneth Hahn Hall of Administration, 225 North Hill Street, First Floor Lobby, Los Angeles, CA 90012.

If you are having trouble using this site, it may be because you are using a slightly older internet browser or an unsupported internet browser.
See a **list of supported internet browsers**.

Terms of Use  |  Privacy & Security Policy

©2002-2025 Los Angeles County Treasurer and Tax Collector. All Rights Reserved.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
15910 Ventura Blvd., 12th Floor, Encino, CA 91436

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF JESSICA SIMON IN SUPPORT OF REPLY TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY [REAL PROPERTY: [1040 S. Los Angeles Street, Los Angeles, CA 90015, APN 5145-020-057]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) December 16, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) December 29, 2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY (state method for each person or entity served)**:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) December 29, 2025, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 29, 2025   MARY ANN GRANZOW | /s/ *MaryAnn Granzow* |
|---|---|
| *Date          Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

## SERVICE LIST

**BY PERSONAL DELIVERY:**

*Chambers' Copy:*
Hon Vincent P. Zurzolo
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1360 / Courtroom 1368
Los Angeles, CA 90012

**SERVED BY U.S. MAIL:**

**Debtor**
SLA Investments, LLC
264 S. Oakhurst Drive
Beverly Hills, CA 90212

**Debtor's Attorneys**
Derrick Talerico
Weintraub Zolkin Talerico & Selth LLP
11766 Wilshire Blvd., Suite 730
Los Angeles, CA 90025

**U.S. Trustee**
Kelly L. Morrison
Office of the US Trustee
915 Wilshire Blvd., Ste. 1850
Los Angeles, CA 90017

**Lienholder**
Second Lienholder
Archway Broadway Loan SPE, LLC
c/o Michael Gerard Fletcher
Frandzel Robins Bloom & Csato, L.C.
1000 Wilshire Blvd., 19th Floor
Los Angeles, CA 90017-2427

Los Angeles County Tax Collector
PO Box 54110
Los Angeles, CA 90054-0110

## List of Creditors

Joshua Mogin Esq.
Thompson Coburn LLP
10100 Santa Monica Blvd., Suite 500
Los Angeles, CA 90067

US Small Business Administration
Office of General Counsel
312 N. Spring Street, 5th Floor
Los Angeles, CA 90012

CA Dept of Tax and Fee Admin
Account Info Group MIC29
PO Box 942879
Sacramento, CA 94279-0029

Employment Development Dept
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280

Franchise Tax Board
Bankruptcy Section MS A-340
PO Box 2952
Sacramento, CA 95812

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Commune Events Inc
802 Mateo Street
Los Angeles, CA 90021

David Garay
1040 S. Los Angeles St., Unit 8
Los Angeles, CA 90015

Earth Bean Coffee LLC
1200 S. Grand Avenue #658
Los Angeles, CA 90015

El Hadj Sy dba Entrapreneur/David Garay
1040 S. Los Angeles Street, Unit #10
Los Angeles, CA 90015

Los Angeles Dept of Water and Power
PO Box 30808
Los Angeles, CA 90030

Miracle Watts
1040 S. Los Angeles Street
Los Angeles, CA 90015

Nijai Burch dba Instant Bae LLC
1040 S. Los Angeles St., Unit #14
Los Angeles, CA 90015

Saul Edi Faal
1040 S. Los Angeles St., Unit #17
Los Angeles, CA 90015

Serafin Canizares
1040 S. Los Angeles Street
Los Angeles, CA 90015

Sienna Rose Inc.
433 Colyton Street
Los Angeles, CA 90013

Southern California Gas
PO Box C
Monterey Park, CA 91756

**SERVED BY COURT VIA NEF:**

- **Scott R Albrecht**  salbrecht@gsaattorneys.com, jackie.nguyen@sgsattorneys.com
- **Tanya Behnam**  tbehnam@polsinelli.com, tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com
- **Jacquelyn H Choi**  jacquelyn.Choi@rimonlaw.com, docketingsupport@rimonlaw.com
- **Carol Chow**  Carol.Chow@saul.com, hannah.richmond@saul.com;easter.santamaria@saul.com;carol.chow@ecf.courtdrive.com;litigationdocketing@saul.com
- **Robert F Conte**  robert.conte@usdoj.gov, caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov
- **Ryan Coy**  ryan.coy@blankrome.com, michelle.grams@blankrome.com
- **Christopher Cramer**  secured@becket-lee.com
- **Christopher Crowell**  ccrowell@frandzel.com, mbrandenberg@frandzel.com
- **Turner Falk**  turner.falk@saul.com, tnfalk@recap.email
- **Michael G Fletcher**  mfletcher@frandzel.com, sking@frandzel.com,autodocket@frandzel.com
- **Todd S. Garan**  ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com
- **Richard Girgado**  rgirgado@counsel.lacounty.gov
- **Jacqueline L James**  jjames@buchalter.com, gvidales@buchalter.com;docket@buchalter.com
- **Kelly L Morrison**  kelly.l.morrison@usdoj.gov
- **Avi Edward Muhtar**  amuhtar@crownandstonelaw.com
- **Bruce D Poltrock**  bpoltrock@frandzel.com, sking@frandzel.com,autodocket@frandzel.com
- **Paige Selina Poupart**  ppoupart@frandzel.com, achase@frandzel.com
- **Zev Shechtman**  Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com
- **David B Shemano**  dshemano@shemanolaw.com
- **Jessica M. Simon**  jsimon@hrhlaw.com, mgranzow@hrhlaw.com
- **Derrick Talerico**  dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com
- **United States Trustee (LA)**  ustpregion16.la.ecf@usdoj.gov
- **Garrick Vanderfin**  gvanderfin@polsinelli.com, zyoung@Polsinelli.com;ladocketing@polsinelli.com
- **Gerrick Warrington**  gwarrington@frandzel.com, achase@frandzel.com,autodocket@frandzel.com
- **Samantha White**  samantha.white@wellsfargo.com
- **Jennifer C Wong**  bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com