Derrick Talerico (State Bar No. 223763)
dtalerico@wztslaw.com
Paige T. Rolfe (State Bar No. 331096)
prolfe@wztslaw.com
WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 Wilshire Boulevard, Suite 730
Los Angeles, CA 90025
Telephone: (424) 500-8552

Counsel to Debtor SLA Investments, LLC

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>SEATON INVESTMENTS, LLC, *et al.*,<br><br>Debtors and Debtors In Possession.<br><br>☐ Affects All Debtors.<br>☐ Affects Seaton Investments, LLC<br>☐ Affects Colyton Investments, LLC<br>☐ Affects Broadway Avenue Investments, LLC<br>☒ Affects SLA Investments, LLC<br>☐ Affects Negev Investments, LLC<br>☐ Affects Alan Gomperts<br>☐ Affects Daniel Halevy<br>☐ Affects Susan Halevy | Lead Case No. 2:24-bk-12079-VZ<br><br>Jointly Administered with Case Nos.:<br>2:24-bk-12080-VZ; 2:24-bk-12081-VZ;<br>2:24-bk-12082-VZ; 2:24-bk-12091-VZ;<br>2:24-bk-12074-VZ; 2:24-bk-12075-VZ and<br>2:24-bk-12076-VZ<br><br>Chapter 11<br><br>**SUPPLEMENTAL DECLARATION OF DANIEL HALEVY RE DEBTOR'S OPPOSITION TO HARVEST SMALL BUSINESS FINANCE, LLC'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>Hearing:<br>Date:    January 6, 2026<br>Time:    10:30 a.m.<br>Crtrm:   1368<br>         255 E. Temple Street<br>         Los Angeles, CA 90012 |

-1-
SUPPLEMENTAL HALEVY DECLARATION

## DECLARATION OF DANIEL HALEVY

I, Daniel Halevy, hereby declare as follows:

1. I make this declaration in support of the *Debtor's Opposition to Harvest Small Business Finance, LLC's Motion for Relief from the Automatic Stay* (the "**Opposition**"). Terms not defined herein shall have the same meanings ascribed to them in the Opposition. I am one of the debtors in these jointly administered Bankruptcy Cases, and I am a member of SLA Investments, LLC (the "**Debtor**").

2. Debtor, through counsel, confirmed with the Bankruptcy Unit of the Revenue Assurance, Enforcement Division of the County of Los Angeles Treasurer and Tax Collector (the "**Tax Collector**") that total current post-petition taxes due to the County of Los Angeles by Debtor are $46,039.17. Email communications between Debtor's counsel and the Tax Collect regarding payment of post-petition taxes are attached as **Exhibit 1**.

3. Debtor mailed a check payable to the Los Angeles County Tax Collector on December 30, 2025.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 6th day of January, 2026, at Los Angeles, California.


DANIEL HALEVY

-2-
SUPPLEMENTAL HALEVY DECLARATION

# EXHIBIT 1

EXHIBIT 1 - Page 3

 Outlook

## RE: SLA Investments - Bankruptcy 2Case No. 24-12082

From  TTC-Bankruptcy <bankruptcy@ttc.lacounty.gov>
Date  Tue 12/30/2025 1:13 PM
To    Derrick Talerico <dtalerico@wztslaw.com>

1 attachment (511 KB)
Post-Petition Taxes for SLA Investments.pdf;

Good afternoon, Derrick,

It was a pleasure speaking with you.

Attached to this email are copies of the bills referencing the outstanding taxes regarding SLA Investments, LLC. As requested, I've indicated which taxes were generated after the petition date on the pink bill. (The Highlighted area). You can reference the additional taxes on the substitute bill below.

If mailing in a payment, please refer to our personal PO Box for accurate reception and processing.

**ATTN: BANKRUPTCY UNIT**
**PO BOX: 54110, Los Angeles, CA 90054-0110**

Please ensure that you include your bankruptcy case number on the check and any correspondence you submit with it. Also, please be aware that if the check received does not have valid postmark from the post-office, it will be processed accordingly and may face additional penalties and interest if not stamped for December.

For your reassessment inquiries, please feel free to reach out to the Assessor and/or Auditor-Controller for assistance.
**Assessor: (213)-974-3108**
**Auditor-Controller: ( 213)-974-8638**

Thank you,



**Maya Hill**
Tax Services Specialist ‖ Revenue Assurance, Enforcement Division | Bankruptcy Unit
County of Los Angeles | **Treasurer and Tax Collector**
PO Box: 54110, Los Angeles, CA 90054-0110
Phone: **1+(213)-974-7803** | Email: **Bankruptcy@ttc.lacounty.gov**
**MHill@ttc.lacounty.gov**

**(Direct Assessments)**

If you have any questions or would like me to provide additional information, please feel free to reach out to me.

---

**From:** Derrick Talerico <dtalerico@wztslaw.com>
**Sent:** Monday, December 29, 2025 2:58 PM
**To:** TTC-Bankruptcy <bankruptcy@ttc.lacounty.gov>
**Cc:** Alan gomperts <alangomperts@hotmail.com>; daniel halevy <danhalevy@gmail.com>
**Subject:** SLA Investments - Bankruptcy 2Case No. 24-12082

## CAUTION: External Email. Proceed Responsibly.

Juana - I am bankruptcy counsel to SLA Investments. SLA's principals are copied on this email. I just spoke with Hector about paying the post-petition taxes due on the property and reassessing the roll value for prior and future tax years.

SLA Investments filed for bankruptcy in March 2024. At that time I believe there were two payments due ($18,934.12 each). Since the bankruptcy was filed, three payments have come due. The chart below shows the due dates, amounts, and the roll value of the property used at the time of assessment.

| Pay by Date | Payment     | Roll Value  |
| ----------- | ----------- | ----------- |
| 12/10/25    | $19,599.92  | $3,046,406  |
| 4/10/25     | $19,399.99  | $2,986,674  |
| 12/10/24    | $19,340.00  | $2,986,674  |
| 4/10/24     | $18,934.12  | $2,928,113  |
| 12/10/23    | $18,934.12  | $2,928,113  |

SLA Investments would like to pay the post-petition taxes this week. But we would also like to have the roll value for all of these payments reassessed. The senior secured creditor (Harvest) has recently submitted an extensive property appraisal valuing the property at $2.1 million. This is significantly less than the assessed value used over the prior two years.

Please call me back to discuss payment and reassessment. It is always best to reach me on my cell. 310.403.0090

Thank you,
Derrick

---

**Weintraub Zolkin Talerico & Selth** LLP
Derrick Talerico
11766 Wilshire Blvd., Suite 730
Los Angeles, CA 90025

CRT: R#43
R#43

# LOS ANGELES COUNTY TAX COLLECTOR
225 NORTH HILL STREET, LOS ANGELES, CA 90012
## STATEMENT OF PRIOR YEAR TAXES
AS OF 12/30/25

### PARCEL INFORMATION

ASSESSOR'S ID# **5145 020 057**    YRSEQ    AIN

SLA INVESTMENTS LLC
264 S OAKHURST DR
BEVERLY HILLS CA 90212-3504

DESCRIPTION
O W CHILDS TRACT EX OF ST LOT 4 BLK 4

### SPECIAL INFORMATION

TAX DEFAULTED IN 2024 FOR UNPAID TAXES OF 2023.

| ASSESSOR'S ID NO | YRSEQ | D/O YR | TAX AMOUNT ORIGINAL | TAX AMOUNT BALANCE | PENALTY & COST ORIGINAL | PENALTY & COST BALANCE | REDEMPTION PENALTY | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 5145 020 057 | 23000 | 24 | 37868.24 | 37868.24 | 3796.82 | 3796.82 | 10224.42 | 51889.48 |
| 5145 020 057 | 24000 | 25 | 38679.99 | 38679.99 | 3877.99 | 3877.99 | 3481.19 | 46039.17 |
| | TOTAL | | 76548.23 | | 7674.81 | | 13705.61 | 97928.65 |

REDEMPTION FEE:    15.00
AMOUNT TO PAY:    97943.65*

*ADD $1148.22 PENALTY PER MONTH, FROM 01/26, IF NOT PAID BY 01/29/26.

THERE WILL BE A $50.00 SERVICE CHARGE FOR ANY CHECK RETURNED BY THE BANK.
KEEP THIS UPPER PORTION OF THE BILL FOR YOUR RECORDS. YOUR CANCELLED CHECK IS YOUR RECEIPT.

---

DETACH AND MAIL THIS STUB WITH YOUR PAYMENT    STATEMENT OF PRIOR YEAR TAXES

PLEASE SEE
REVERSE FOR
PERTINENT
INFORMATION

SLA INVESTMENTS LLC
264 S OAKHURST DR
BEVERLY HILLS CA 90212-3504

| YR SEQ | MPBK | PGE | PCL | PK | TYPE | AK | DSEQ |
|---|---|---|---|---|---|---|---|
| 00 000 | 5145 | 020 | 057 | 7 | 1 | 0 | 000 |

TOTAL DUE    INDICATE AMOUNT PAID
97943.65

MUST BE RECEIVED BY: 01/29/26
COMP DTE 2512 TAX DEF 2024
LOAN ID: _____

MAKE CHECK PAYABLE TO:
CRT: R#43
R#43

LOS ANGELES COUNTY TAX COLLECTOR
P. O. BOX 54088
LOS ANGELES, CA 90054-0088

3581

0000070003514502005750009794365810260129251 21

**EXHIBIT 1 - Page 6**

76C157B (02/2020)

# SUBSTITUTE SECURED PROPERTY TAX BILL
## JULY 1, 2025 TO JUNE 30, 2026

CRT: R#43
R#43

**LOS ANGELES COUNTY TAX COLLECTOR**
225 North Hill Street, Los Angeles, CA 90012
FOR ASSISTANCE CALL 1(213) 974-2111 OR 1(888) 807-2111, ON THE WEB AT lacountypropertytax.com

5145 020 057
SLA INVESTMENTS LLC
264 S OAKHURST DR
BEVERLY HILLS CA 90212-3504

ELECTRONIC FUND TRANSFER NUMBER
ID#:19 5145 020 057 4 YR:25 SEQ:0001

SITUS ADDRESS:
1040 S LOS ANGELES ST
LOS ANGELES CA 90015-1707

### ASSESSOR'S ID. NO.

| Map Book | Page | Parcel | Year | Seq. No. | 1ST INSTALLMENT 10% Penalty After | 2ND INSTALLMENT 10% Penalty + $10.00 Cost After | TOTAL TAX Penalties Apply When Shown |
|---|---|---|---|---|---|---|---|
| 5145 | 020 | 057 | 25 | 000 | 12 10 25 | 04 10 26 | |
| TAX | | | | | 19599.92 | 19599.91 | 39199.83 |
| PENALTY | | | | | 1959.99 | .00 | 1959.99 |
| TOTAL | | | | | 21559.91 | 19599.91 | 41159.82 |
| NET PO/REF | | | | | .00 | .00 | .00 |
| DUE | | | | | 21559.91 | 19599.91 | 41159.82 |

| ROLL YEAR | CURRENT ASSESSED VALUE | PRIOR ASSESSED VALUE | TAXABLE VALUE |
|---|---|---|---|
| LAND | 1935033 | | 1935033 |
| IMPROVEMENTS | 1111373 | | 1111373 |
| FIXTURES | | | |
| TOTAL | 3046406 | | |
| LESS EXEMPTION | | | |
| NET TAXABLE VALUE | | | 3046406 |

AUTH. NO.: 000153 LC
PRINT DATE: 12 30 25

ANY RETURNED PAYMENT MAY BE SUBJECT TO A FEE UP TO $50.00.

IN ADDITION TO THIS BILL OUR RECORDS INDICATE THAT THERE ARE OTHER TAXES DUE ON THIS PROPERTY

---

ANNUAL    PRIOR DELINQUENCY

SLA INVESTMENTS LLC
264 S OAKHURST DR
BEVERLY HILLS CA 90212-3504

000153 LC    PAY THIS AMOUNT BY:  04 10 26

USE THESE NUMBERS ON ALL PAYMENTS AND CORRESPONDENCE

| ASSESSOR'S ID. NO. | | | | | Pay Key |
|---|---|---|---|---|---|
| Map Book | Page | Parcel | Year | Seq. No. | |
| 5145 | 020 | 057 | 25 | 000 | 2 |
| 2ND INSTALLMENT | | | | INDICATE AMOUNT PAID | |
| 19599.91 | | | | | |

41536

If not paid by add penalty and cost of to 2nd installment  04 10 26
1969.99
for a total of  21569.90

MAKE PAYMENT PAYABLE TO:
Please write the ASSESSOR'S ID NO on the lower left corner of your payment

LOS ANGELES COUNTY TAX COLLECTOR
P.O. BOX 54018
LOS ANGELES, CA  90054-0018

CRT: R#43
R#43

**2ND**

26425000151450200570001959991000215699053620410

**DETACH AND MAIL THIS STUB WITH 2ND INSTALLMENT PAYMENT**

---

ANNUAL    PRIOR DELINQUENCY

SLA INVESTMENTS LLC
264 S OAKHURST DR
BEVERLY HILLS CA 90212-3504

000153 LC    PAY THIS AMOUNT BY:  12 10 25

| ASSESSOR'S ID. NO. | | | | | Pay Key |
|---|---|---|---|---|---|
| Map Book | Page | Parcel | Year | Seq. No. | |
| 5145 | 020 | 057 | 25 | 000 | 1 |
| 1ST INSTALLMENT | | | | INDICATE AMOUNT PAID | |
| 21559.91 | | | | | |

61599

If not paid by add penalty of to 1st installment

MAKE PAYMENT PAYABLE TO:
Please write the ASSESSOR'S ID NO on the lower left corner of your payment

LOS ANGELES COUNTY TAX COLLECTOR
P.O. BOX 54018
LOS ANGELES, CA  90054-0018

for a total of:
CRT: R#43
R#43

**1ST**

99625000151450200570002155991000215599159919999

**DETACH AND MAIL THIS STUB WITH 1ST INSTALLMENT PAYMENT**

EXHIBIT 1 - Page 7

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
    11766 Wilshire Blvd, Suite 730, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled (*specify*): **Supplemental Declaration of Daniel Halevy re Debtors Opposition to Harvest Small Business Finance, LLCs Motion for Relief From the Automatic Stay** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) January 6, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See attached NEF Service List

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 6, 2026 | Martha E. Araki | /s/ Martha E. Araki |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                               **F 9013-3.1.PROOF.SERVICE**

Broadway Avenue Investments, LLC – Jointly Administered

**1**. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

- <u>Attorneys for Corporate Debtors Broadway Avenue Investments, LLC, Negev Investments, LLC, SLA Investments, LCC.</u>: **Derrick Talerico**: dtalerico@wztslaw.com; maraki@wztslaw.com; sfritz@wztslaw.com; admin@wztslaw.com
- <u>Attorneys for Individual Debtors Alan Gomperts, Daniel Halevy, Susan Halevy</u>: **Zev Shechtman, Carol Chow, Turner Falk, Ryan Coy**: zev.shechtman@saul.com; zshechtman@ecf.inforuptcy.com; carol.chow@saul.com; easter.santamaria@saul.com; turner.falk@saul.com; ryan.coy@saul.com
- <u>Attorneys for Creditor First Foundation Bank</u>: **Scott R Albrecht**: scott.albrecht@sgsattorneys.com; jackie.nguyen@sgsattorneys.com
- <u>Attorneys for Creditor Korth Direct Mortgage, Inc.</u>: **Tanya Behnam, Garrick Vanderfin**: gvanderfin@polsinelli.com, tbehnam@polsinelli.com; tanyabehnam@gmail.com; ladocketing@polsinelli.com; zyoung@polsinelli.com; ccripe@polsinelli.com;
- <u>Attorneys for Creditor Los Angeles County Treasurer and Tax Collector</u>: **Jacquelyn H Choi**: jacquelyn.choi@rimonlaw.com; docketingsupport@rimonlaw.com
- <u>Attorneys for Creditor United States of America on behalf of the Internal Revenue Service</u>: **Robert F Conte**: robert.conte@usdoj.gov; caseview.ecf@usdoj.gov; usacac.tax@usdoj.gov
- <u>Courtesy NEF/Interested Party</u>: **Christopher Cramer**: secured@becket-lee.com
- <u>Attorneys for Creditor Harvest Small Business Finance, LLC</u>: **Christopher Crowell, Jessica M Simon**: ccrowell@frandzel.com; mbrandenberg@frandzel.com
- <u>Attorneys for Creditors Archway Real Estate Income Fund I SPE I, LLC, Archway Broadway Loan SPE, LLC, fka Archway Real Estate Income Fund I REIT, LLC, Archway Real Estate Income Fund, and Plaintiff Archway Broadway Loan SPE, LLC</u>: **Michael G. Fletcher, Bruce D. Poltrock, Paige Selina Poupart, Gerrick Warrington**: mfletcher@frandzel.com; ppoupart@franddzel.com; gwarrington@frandzel.com; bpoltrock@frandzel.com; sking@frandzel.com; achase@frandzel.com; autodocket@frandzel.com
- <u>Attorneys for Creditors NewRez LLC d/b/a Shellpoint Mortgage Servicing, Wells Fargo National Bank West</u>: **Todd S Garan**: ch11ecf@aldridgepite.com; TSG@ecf.inforuptcy.com; tgaran@aldridgepite.com
- <u>Attorneys for Creditor Los Angeles County Treasurer and Tax Collector</u>: **Richard Girgado**: rgirgado@counsel.lacounty.gov
- <u>Attorneys for Creditor Harvest Small Business Finance, LLC</u>: **Jacqueline L James**: jjames@buchalter.com; gvidales@buchalter.com; docket@buchalter.com
- <u>Courtesy NEF/Interested Party Avi Muhtar</u>: **Avi Edward Muhtar**: amuhtar@crownandstonelaw.com
- <u>Attorneys for Creditor AIRE Ancient Baths Los Angeles, LLC</u>: **David B Shemano**: dshemano@shemanolaw.com
- <u>Attorneys for Creditor Harvest Small Business Finance, LLC</u>: **Jessica M. Simon**: jsimon@hrhlaw.com; mgranzow@hrhlaw.com
- <u>Attorneys for Creditor Wells Fargo Bank, N.A. dba Wells Fargo Auto</u>: **Samantha White**: Samantha.white@wellsfargo.com
- <u>Attorneys for Creditor Wells Fargo Bank, N.A.</u>: **Jennifer C Wong**: bknotice@mccartyholthus.com; jwong@ecf.courtdrive.com
- <u>US Trustee's Office</u>: ustpregion16.la.ecf@usdoj.gov; **Kelly L. Morrison**: Kelly.l.morrison@usdoj.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**