**Alan Gomperts**
**Income and Expense Reconcilaiton**

**Income**

| | | |
|---|---|---:|
| Total income | Line d. of Part 8 | 443,565.69 |
| Payroll deductions | Line e. of Part 8 | (224,333.82) |
| Total Receipts | Line b. of part 1 | **219,231.87** |
| | | |
| Total Deposits in Wells Fargo account ending -3107 | | 278,964.57 |
| Reimbursed Expenses from agron, inc. (Employer) | | (59,732.70) |
| Net Deposits | | **219,231.87** |

**Expenses**

| | | |
|---|---|---:|
| Total Expenses | Line i. of Part 8 | 288,911.81 |
| Payroll deductions | | 224,333.82 |
| Total disbursements | Line c. of part 1 | **64,577.99** |
| | | |
| Total withdrawals in Wells Fargo account ending -3107 | | 124,310.69 |
| | | |
| agron, inc Expenses | | (59,732.70) |
| Total Agron Expenses | | **(59,732.70)** |
| | | |
| Net Disbursements | | **64,577.99** |