**Alan Gomperts**
**Part 8 Expenses**

| Date | Amount | Payee | Description |
|---|---|---|---|
| 12/1/2025 | (1,675.00) | ZELLE TO JESELSOHN JOEL ON 12/01 REF # WFCT0ZJZTV7Q | Personal Living - College Rent |
| 12/2/2025 | (140.00) | BILL PAY Jun Ho. Choi ON-LINE No Account Number ON 12-02 | Personal Living - Pool Man |
| 12/3/2025 | (3,000.00) | Cash eWithdrawal in Branch 12/03/2025 14:05 PM 9354 WILSHIRE BLVD BEVERLY HILLS CA 0874 | Personal Living - Cash Expenses |
| 12/3/2025 | (1,472.87) | CHASE CREDIT CRD EPAY 251202 8908350936 SHARON HALEVY | Personal Living - Credit Card |
| 12/3/2025 | (200.00) | ZELLE TO HERNANDEZ CIRO ON 12/03 REF # WFCT0ZK8R689 | Personal Living - Gardener |
| 12/4/2025 | (623.48) | BLOOMINGDALES ONLINE PMT 251203 621859727472332 SHARON HALEVY | Personal Living - Clothing |
| 12/4/2025 | (1,998.63) | CITI CARD ONLINE PAYMENT 251203 431858914638433 SHARON HALEVY | Personal Living - Credit Card |
| 12/4/2025 | (161.58) | BILL PAY NORTHWESTERN MUTUAL LIFE INSURAN ON-LINE xxxx4520 ON 12-04 | Personal Living - Life Insurance |
| 12/4/2025 | (5,208.55) | BILL PAY WELLS FARGO Oakhurst ON-LINE 0512091XXX ON 12-04 | Personal Living - Mortgage |
| 12/4/2025 | (35,019.82) | LA Co TTC Paymnt 2139742111 3911269003 Alan Gomperts | Personal Living - Property Taxes |
| 12/8/2025 | (2,303.87) | CITI CARD ONLINE PAYMENT 251205 431858913728780 SHARON HALEVY | Personal Living - Credit Card |
| 12/8/2025 | (99.35) | SoCalGas PAID SCGC 251205 1291016484 301601474302598192 | Personal Living - Gas bill |
| 12/17/2025 | (3,000.00) | Cash eWithdrawal in Branch 12/17/2025 13:03 PM 8901 W PICO BLVD LOS ANGELES CA 0874 | Personal Living - Cash Expenses |
| 12/17/2025 | (979.05) | MACYS ONLINE PMT 251216 601869631200589 SHARON HALEVY | Personal Living - Clothing |
| 12/24/2025 | (80.00) | Cash eWithdrawal in Branch 12/24/2025 11:38 AM 8901 W PICO BLVD LOS ANGELES CA 5456 | Personal Living - Cash Expenses |
| 12/30/2025 | (718.66) | BILL PAY WELLS FARGO AUTO ON-LINE xxxxxx6254 ON 12-30 | Personal Living - Auto Loan |

**Living Expenses**
**Line g. of Part 8**           **(56,680.86)**

| Date | Amount | Payee | Description |
|---|---|---|---|
| 12/2/2025 | (75.00) | BILL PAY Nicandro Barba ON-LINE No Account Number ON 12-02 | Gardener Bagley |
| 12/2/2025 | (90.00) | BILL PAY 4 SEASON POOL SE ON-LINE No Account Number ON 12-02 | Pool Man - Bagley Ave |
| 12/3/2025 | (155.00) | ZELLE TO GABRIEL ADULFO ON 12/03 REF # WFCT0ZK8R42G | Gardener Canfield and Greenfield |
| 12/4/2025 | (4,003.21) | BILL PAY WELLS FARGO Bagley ON-LINE 0512092XXX ON 12-04 | Mortgage - Bagley |
| 12/4/2025 | (2,050.07) | BILL PAY WELLS FARGO Canfield ON-LINE 0502483XXX ON 12-04 | Mortgage - Canfield |
| 12/4/2025 | (1,523.85) | BILL PAY WFHM - Greenfield ON-LINE 0320648XXX ON 12-04 | Mortgage - Greenfield |

**All Other Expenses**
**Line h. of Part 8**           **(7,897.13)** Expenses on Rental Properties