Debtor's Name  Alan Gomperts                                              Case No. 24-12074

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---:|
| a. | Gross income (receipts) from salary and wages | $425,833 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $17,732 |
| d. | Total income in the reporting period (a+b+c) | $443,566 |
| e. | Payroll deductions | $224,334 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $56,681 |
| h. | All other expenses | $7,897 |
| i. | Total expenses in the reporting period (e+f+g+h) | $288,912 |
| j. | Difference between total income and total expenses (d-i) | $154,654 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ☐  No ☒ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ☐  No ☐  N/A ☒ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

X /s/ Alan Gomperts                                           Alan Gomperts
Signature of Responsible Party                                Printed Name of Responsible Party
Self                                                          01/07/2026
Title                                                         Date

UST Form 11-MOR (12/01/2021)                    9