ZEV SHECHTMAN (Bar No. 266280)
zev.shechtman@saul.com
CAROL CHOW (Bar No. 169299)
carol.chow@saul.com
SAUL EWING LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: (310) 255-6100

Counsel to Debtors
Alan Gomperts, Daniel Halevy, and
Susan Halevy

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>SEATON INVESTMENTS, LLC, *et al.*, -- ***Now a dismissed case***,<br><br>Debtors and Debtors in Possession. | Lead Case No. 2:24-bk-12079-VZ<br><br>Jointly Administered with Case Nos.:<br>2:24-bk-12080-VZ; 2:24-bk-12081-VZ;<br>2:24-bk-12082-VZ; 2:24-bk-12091-VZ;<br>2:24-bk-12074-VZ; 2:24-bk-12075-VZ<br>and 2:24-bk-12076-VZ<br><br>Chapter 11 |
| ☐ Affects All Debtors.<br>☐ Affects Seaton Investments, LLC (***Dismissed***)<br>☐ Affects Colyton Investments, LLC (***Dismissed***)<br>☒ Affects Broadway Avenue Investments, LLC<br>☒ Affects SLA Investments, LLC<br>☒ Affects Negev Investments, LLC<br>☒ Affects Alan Gomperts<br>☒ Affects Daniel Halevy<br>☒ Affects Susan Halevy | **DEBTORS' STATUS REPORT RE CONTINUED HEARING ON ORDER TO APPEAR TO EXPLAIN WHY CASES SHOULD NOT BE DISMISSED**<br><br>Hearing:<br>Date: January 27, 2026<br>Time: 11:00 a.m.<br>Crtrm.: 1368 |

57047585.2
390855-00001

1

Debtors Alan Gomperts, Daniel Halevy, and Susan Halevy (collectively, the "Individual Debtors") and debtors Broadway Avenue Investments, LLC ("Broadway"), SLA Investments, LLC ("SLA"), and Negev Investments, LLC ("Negev," and collectively with Broadway and SLA, the "Corporate Debtors," and collectively with the Individual Debtors, the "Debtors") hereby submit this status update to the responses of Debtors (Docket Nos. 397, 412) re Order to Appear to Explain why Cases Should Not Be Dismissed (Docket No. 367) (the "OSC"). The Debtors wish to apprise the Bankruptcy Court of the most recent developments in their cases prior to the continued OSC hearing scheduled for January 27, 2026, at 11:00 a.m.

Given the Debtors' progress toward confirmation, the Debtors request that the Court vacate the OSC hearing or continue the hearing by not less than 60 days.

**I.     BACKGROUND**

As of December 2024, Archway Broadway Loan SPE, LLC ("Archway") was granted relief from the automatic stay as to the real property located at 737 S. Broadway, Los Angeles, CA 90014 (the "Broadway Building"), effective immediately for foreclosure noticing purposes and effective April 11, 2025 for a foreclosure sale.

On December 20, 2024, the Court entered the OSC requiring the Debtors to "show cause why the above-captioned bankruptcy cases should not be converted or dismissed pursuant to 11 U.S.C. § 1112." OSC at p. 2.

On January 16, 2025, the Debtors filed a response to the OSC ("Response to OSC," Docket No. 397), and on January 29, 2025, the Debtors filed a further status update regarding the OSC ("Status Update re OSC," Docket No. 412).[1] On January 30, 2025, the Court held a hearing on the OSC, and at this hearing, the Debtors indicated that two of the debtors, Seaton Investments, LLC and Colyton Investments, LLC, could be dismissed based on a recent resolution with the secured creditor in those cases. The Court, then, continued the OSC hearing to February 27, 2025 at

---

[1] To avoid redundancy, the Debtors hereby incorporate the facts, evidence, and arguments contained in the Response to OSC and the Status Update re OSC.

57047585.2
390855-00001

2

11:00 a.m.

On February 20, 2025, the Debtors filed a status report re the continued OSC hearing (Docket No. 438), and then, in light of the status of settlement discussions with creditors and development of a new plan, on February 27, 2025, the Court held a continued OSC hearing and continued the hearing to April 10, 2025. Also on February 27, 2025, the Court gave oral findings on the Debtors' Disclosure Statement, which helped the Debtors identify the remaining issues for the disclosure statement and proposed joint plan.

On March 6, 2025, the Court entered an order dismissing the jointly administered bankruptcy cases of Seaton Investments, LLC and Colyton Investments, LLC (Docket No. 459).

On April 10, 2025, the Court held a continued OSC hearing and further continued the hearing to May 22, 2025 (Docket No. 484).

On May 22, 2025, the Court held a continued OSC hearing and further continued the hearing to July 10, 2025. Thereafter, the OSC hearing was further continued to November 6, 2025, and then to January 27, 2026.

## II. STATUS UPDATE

The Debtors' status updates of the progress on their settlement with Archway are well known to the Court. For the past eight months, the Debtors and Archway have been working through details and documentation on the material terms of a settlement first reached in May 2025. The issues were myriad but have been overcome. The most significant issue dictating the timing of the presentation of the settlement to the Court pursuant to a 9019 motion is the presentation to Archway of the final form of lease between Broadway and its proposed tenant for approval.

Each of the Debtors and/or their assets are integral to the success of the Archway settlement. Until the recent relief from stay motion (the "Harvest Motion") filed by Harvest Small Business Finance, LLC ("Harvest") on the SLA property, the only significant opposition to the Debtors' reorganizational efforts have been posed by Archway, who at this point is expected to be a plan proponent. The Harvest Motion was resolved by order of this Court granting relief from stay such that Harvest may not foreclose earlier than July 10, 2026, thereby addressing Harvest's issues on the timing

57047585.2
390855-00001

3

of SLA's bankruptcy.

The settlement reached between the Debtors and Archway is the basis upon which a joint plan for all Debtors will be proposed and confirmed. Harvest is the only creditor who currently takes issue with the time it has taken Debtors to resolve their Cases, but their concern has been addressed by the RFS Order. As such, Debtors should be afforded additional time to submit their settlement with Archway to the Court and to confirm their joint plan.

### III. CONCLUSION

For the foregoing reasons, the Debtors request that the Court continue the OSC by not less than 60 days.

Dated: January 13, 2026        SAUL EWING LLP

By: _____
    Zev Shechtman
    Carol Chow
Attorneys for Individual Debtors

Dated:  January 13, 2026        WEINTRAUB ZOLKIN TALERICO & SELTH LLP

By: _____
    Derrick Talerico
Attorneys for Corporate Debtors

57047585.2
390855-00001

4

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**Saul Ewing LLP, 1888 Century Park East, Suite 1500, Los Angeles, CA 90067**

A true and correct copy of the foregoing document entitled (*specify*): **Debtors' Status Report Re Continued Hearing on Order to Appear to Explain Why Cases Should not be Dismissed** be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **January 13, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 13, 2026 | Hannah Richmond | /s/ Hannah Richmond |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

**1**. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF) (continued)**</u>:

- **Scott R Albrecht**    salbrecht@gsaattorneys.com, jackie.nguyen@sgsattorneys.com
- **Tanya Behnam**    tbehnam@polsinelli.com, tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com
- **Jacquelyn H Choi**    jacquelyn.Choi@rimonlaw.com, docketingsupport@rimonlaw.com
- **Carol Chow**    Carol.Chow@saul.com, hannah.richmond@saul.com;easter.santamaria@saul.com;carol.chow@ecf.courtdrive.com;litigationdocketing@saul.com
- **Robert F Conte**    robert.conte@usdoj.gov, caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov
- **Ryan Coy**    ryan.coy@blankrome.com, michelle.grams@blankrome.com
- **Christopher Cramer**    secured@becket-lee.com
- **Christopher Crowell**    ccrowell@frandzel.com, mbrandenberg@frandzel.com
- **Turner Falk**    turner.falk@saul.com, tnfalk@recap.email
- **Michael G Fletcher**    mfletcher@frandzel.com, sking@frandzel.com,autodocket@frandzel.com
- **Todd S. Garan**    ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com
- **Richard Girgado**    rgirgado@counsel.lacounty.gov
- **Jacqueline L James**    jjames@buchalter.com, gvidales@buchalter.com;docket@buchalter.com
- **Kelly L Morrison**    kelly.l.morrison@usdoj.gov
- **Avi Edward Muhtar**    amuhtar@crownandstonelaw.com
- **Bruce D Poltrock**    bpoltrock@frandzel.com, sking@frandzel.com,autodocket@frandzel.com
- **Paige Selina Poupart**    ppoupart@frandzel.com, achase@frandzel.com
- **Zev Shechtman**    Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com
- **David B Shemano**    dshemano@shemanolaw.com
- **Jessica M. Simon**    jsimon@hrhlaw.com, mgranzow@hrhlaw.com
- **Derrick Talerico**    dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Garrick Vanderfin**    gvanderfin@polsinelli.com, zyoung@Polsinelli.com;ladocketing@polsinelli.com
- **Gerrick Warrington**    gwarrington@frandzel.com, achase@frandzel.com,autodocket@frandzel.com
- **Samantha White**    samantha.white@wellsfargo.com
- **Jennifer C Wong**    bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                             **F 9013-3.1.PROOF.SERVICE**