Derrick Talerico (State Bar No. 223763)
dtalerico@wztslaw.com
David B. Zolkin (State Bar No. 155410
dzolkin@wztslaw.com
WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 Wilshire Boulevard, Suite 730
Los Angeles, CA 90025
Telephone: (424) 500-8552

Counsel to Debtors Broadway Avenue
Investments, LLC, SLA Investments, LLC, and
Negev Investments, LLC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>SEATON INVESTMENTS, LLC,<br>*Now a dismissed case*<br><br>Debtor and Debtor in Possession.<br><br>☐ Affects All Debtors.<br>☐ Affects Case No. 2:24-bk-12074-VZ<br>   ALAN GOMPERTS<br>☐ Affects Case No. 2:24-bk-12075-VZ<br>   DANIEL HALEVY<br>☐ Affects Case No. 2:24-bk-12076-VZ<br>   SUSAN HALEVY<br>☐ Affects Case No. 2:24-bk-12080-VZ<br>   COLYTON INVESTMENTS, LLC<br>   *Now a dismissed case*<br>☒ Affects Case No. 2:24-bk-12081-VZ<br>   BROADWAY AVENUE<br>   INVESTMENTS, LLC<br>☐ Affects Case No. 2:24-bk-12082-VZ<br>   SLA INVESTMENTS, LLC<br>☐ Affects Case No. 2:24-bk-12091-VZ<br>   NEGEV INVESTMENTS, LLC | Case No. 2:24-bk-12079-VZ<br><br>Jointly Administered with Case Nos.:<br>2:24-bk-12080-VZ; 2:24-bk-12081-VZ;<br>2:24-bk-12082-VZ; 2:24-bk-12091-VZ;<br>2:24-bk-12074-VZ; 2:24-bk-12075-VZ and<br>2:24-bk-12076-VZ<br><br>Chapter 11<br><br>**STATUS REPORT**<br><br><u>Hearing</u>:<br>Date:       January 27, 2026<br>Time:       11:00 a.m.<br>Courtroom:  1368<br>            255 E. Temple Street<br>            Los Angeles, CA 90012 |

-1-
DEBTORS' STATUS REPORT

Since May of last year, the debtors have been working on documenting a global settlement with Archway, the largest creditor in these cases. The settlement agreement centered upon a long-term lease and development of the real property (the "***Broadway Property***") owned by Broadway Avenue Investments, LLC and a schedule for repayment for Archway. Late last week, at the same time the negotiations on the Archway settlement had reached their conclusion and a final form of settlement agreement was at hand, the debtors were informed by View Behavior Health, LLC ("***VBH***"), the proposed lessee for the Broadway Property, that VBH would not enter into a lease but would purchase the Property. This was an unanticipated and unexpected turn of events for the debtors and put an abrupt and final end to the settlement structure the debtors and Archway had been working toward since May.

Since last Friday, the debtors and Archway have been communicating on how to go forward with the Broadway Property. At all times since Friday, Archway has been clear that unless Broadway was informed otherwise in writing, Archway would move forward with a foreclosure sale currently scheduled for this Thursday, January 29. Nevertheless, Archway and the debtors have been discussing the possibility of a sale of Broadway and other collateral through immediate 363 sales and reworking the settlement agreement around a property sale instead of a lease. VBH has provided Broadway with a written commitment to purchase the Broadway Property at a fair market value as determined by a professional appraisal. The attached Declaration of Jack Stephens sets forth that commitment and demonstrates an ability to fund and close such a sale.

As of the filing of this update, Archway and the debtors have not reached terms that would forestall the Thursday foreclosure, but Broadway expects to have more clarity as to this possibility prior to the status hearing to report to the Court. If the Broadway Property is foreclosed upon on Thursday, a dismissal of the Broadway case would likely be in order. In that event, the individual debtors will certainly propose a new joint plan to address their assets and liabilities with the possible inclusion of the remaining corporate debtors (SLA Investments, LLC and Negev Investments, LLC), although one or both of the remaining corporate debtors may also ask the Court to dismiss their cases.

Dated:  January 27, 2026   **WEINTRAUB ZOLKIN TALERICO & SELTH LLP**

By: /s/ *Derrick Talerico*
    Derrick Talerico
Counsel to Debtors Broadway Avenue Investments, LLC,
SLA Investments, LLC, and Negev Investments, LLC

**DECLARATION OF JACK STEPHENS**

I, Jack Stephens, hereby declare as follows:

1. I am the Chief Executive Officer and 65% owner of View Behavioral Health, LLC ("***VBH***"). VBH wholly owns (i) Collaborative Neuroscience Network LLC dba Oceanview Adult Psychiatric Hospital, (ii) View Behavioral Health Colton, LLC and (iii) View Behavioral Health Colton 2 LLC.

2. Through its ownership of its subsidiaries, VBH provides medical and social services on both an in-patient and out-patient basis, serving over 1,000 patients per year. VBH and/or its operating subsidiaries have been in business for over 15 years. I have personally worked in the medical services industry for 40 years.

3. For close to one year, I, on behalf of VBH, have been working toward the goal of operating a community health facility at 737 South Broadway (the "***Property***") that will meet guidelines set by the by the City of Los Angeles to qualify for certain government incentives. To this end, I have engaged a team of professionals including political consultants, grant writers, attorneys, and others to facilitate the many components of this project.

4. These efforts included the negotiation of a long-term lease for the Property. Last week, the VBH board of directors decided VBH required the certainty of property ownership to continue with development of the Property and instructed me to terminate lease negotiations and pivot to acquisition of the Property. On Thursday, January 20, I informed Alan Gomperts and Daniel Halevy that VBH would not sign a lease but would purchase the Property.

5. VBH will purchase the Property for a fair market value as determined by a professional appraiser. VBH will accept the conclusion of value of such an appraisal acquired and/or supplied by the owner of the Property. If for example, a credible appraisal concludes the value of the Property to be $12 million, then the purchase price VBH would pay for the Property would be $12 million. Attached as **Exhibit 1** is a financial statement from Grant Shapolsky (the "***Financial Statement***"), an experienced real estate developer. Mr. Shapolsky has committed to funding VBH for the purchase of the Property. The Financial Statement was provided to me in response to my request to Mr. Shapolsky for documentation to demonstrate his ability to fund VBH

with sufficient capital to acquire the Property. Based upon my prior business dealings with Mr. Shapolsky and the Financial Statement, it is my belief that VBH can (and does) commit to purchasing the Property for fair market value as set forth herein.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 26, 2026, at _____.

_____
JACK STEPHENS

# EXHIBIT 1

EXHIBIT 1 - Page 6



P: (973) 740-0880
F: (973) 740-0025
354 Eisenhower Parkway, #2775
Livingston, NJ 07039

www.Kamenscpa.com

_____

# GRANT SHAPOLSKY
## STATEMENT OF FINANCIAL CONDITION
### January 20th 2026

## ASSETS

| | |
|---|---|
| Cash and Investments in Marketable Securities | $ 203,986,239.29 |
| 171 Bowery Equity: | $ 7,150,000 |
| | (65% of $11MM valuation) |
| 44 Hudson Street Equity: | $ 11,250,000 |
| | (75% of $15MM valuation) |
| 1470-1494 York Avenue AKA 501-555 East 78th Street AKA 502-542 East 79th Street | $ 26,250,000 (15% of $1MM SF of FAR $175/SF valuation, 60% of Air Rights are in contract to be sold) |
| **Total Assets:** | **$248,636,239** |

## LIABILITIES AND NET WORTH

| | |
|---|---|
| 171 Bowery Debt: | $ 4,550,000 |
| | (65% of $7MM Loan) |
| 44 Hudson Street Debt: | $ 8,250,000 |
| | (75% of $11MM Loan) |
| Total Liabilities | $12,800,000 |
| **TOTAL NET WORTH** | **$235,836,239** |

EXHIBIT 1 - Page 7

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
11766 Wilshire Blvd, Suite 730, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled (*specify*):  **Status Report** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) January 27, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See attached NEF Service List

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*)_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 01/27/2026, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Vincent Zurzolo     (via Personal Delivery)

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 27, 2026 | Martha E. Araki | /s/ Martha E. Araki |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

Broadway Avenue Investments, LLC – Jointly Administered

**1**. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

- <u>Attorneys for Corporate Debtors Broadway Avenue Investments, LLC, Negev Investments, LLC, SLA Investments, LCC.</u>: **Derrick Talerico**: dtalerico@wztslaw.com; maraki@wztslaw.com; sfritz@wztslaw.com; admin@wztslaw.com
- <u>Attorneys for Individual Debtors Alan Gomperts, Daniel Halevy, Susan Halevy</u>: **Zev Shechtman, Carol Chow, Turner Falk, Ryan Coy**: zev.shechtman@saul.com; zshechtman@ecf.inforuptcy.com; carol.chow@saul.com; easter.santamaria@saul.com; turner.falk@saul.com; ryan.coy@saul.com
- <u>Attorneys for Creditor First Foundation Bank</u>: **Scott R Albrecht**: scott.albrecht@sgsattorneys.com; jackie.nguyen@sgsattorneys.com
- <u>Attorneys for Creditor Korth Direct Mortgage, Inc.</u>: **Tanya Behnam, Garrick Vanderfin**: gvanderfin@polsinelli.com, tbehnam@polsinelli.com; tanyabehnam@gmail.com; ladocketing@polsinelli.com; zyoung@polsinelli.com; ccripe@polsinelli.com;
- <u>Attorneys for Creditor Los Angeles County Treasurer and Tax Collector</u>: **Jacquelyn H Choi**: jacquelyn.choi@rimonlaw.com; docketingsupport@rimonlaw.com
- <u>Attorneys for Creditor United States of America on behalf of the Internal Revenue Service</u>: **Robert F Conte**: robert.conte@usdoj.gov; caseview.ecf@usdoj.gov; usacac.tax@usdoj.gov
- <u>Courtesy NEF/Interested Party</u>: **Christopher Cramer**: secured@becket-lee.com
- <u>Attorneys for Creditor Harvest Small Business Finance, LLC</u>: **Christopher Crowell, Jessica M Simon**: ccrowell@frandzel.com; mbrandenberg@frandzel.com
- <u>Attorneys for Creditors Archway Real Estate Income Fund I SPE I, LLC, Archway Broadway Loan SPE, LLC, fka Archway Real Estate Income Fund I REIT, LLC, Archway Real Estate Income Fund, and Plaintiff Archway Broadway Loan SPE, LLC</u>: **Michael G. Fletcher, Bruce D. Poltrock, Paige Selina Poupart, Gerrick Warrington**: mfletcher@frandzel.com; ppoupart@franddzel.com; gwarrington@frandzel.com; bpoltrock@frandzel.com; sking@frandzel.com; achase@frandzel.com; autodocket@frandzel.com
- <u>Attorneys for Creditors NewRez LLC d/b/a Shellpoint Mortgage Servicing, Wells Fargo National Bank West</u>: **Todd S Garan**: ch11ecf@aldridgepite.com; TSG@ecf.inforuptcy.com; tgaran@aldridgepite.com
- <u>Attorneys for Creditor Los Angeles County Treasurer and Tax Collector</u>: **Richard Girgado**: rgirgado@counsel.lacounty.gov
- <u>Attorneys for Creditor Harvest Small Business Finance, LLC</u>: **Jacqueline L James**: jjames@buchalter.com; gvidales@buchalter.com; docket@buchalter.com
- <u>Courtesy NEF/Interested Party Avi Muhtar</u>: **Avi Edward Muhtar**: amuhtar@crownandstonelaw.com
- <u>Attorneys for Creditor AIRE Ancient Baths Los Angeles, LLC</u>: **David B Shemano**: dshemano@shemanolaw.com
- <u>Attorneys for Creditor Harvest Small Business Finance, LLC</u>: **Jessica M. Simon**: jsimon@hrhlaw.com; mgranzow@hrhlaw.com
- <u>Attorneys for Creditor Wells Fargo Bank, N.A. dba Wells Fargo Auto</u>: **Samantha White**: Samantha.white@wellsfargo.com
- <u>Attorneys for Creditor Wells Fargo Bank, N.A.</u>: **Jennifer C Wong**: bknotice@mccartyholthus.com; jwong@ecf.courtdrive.com
- <u>US Trustee's Office</u>: ustpregion16.la.ecf@usdoj.gov; **Kelly L. Morrison**: Kelly.l.morrison@usdoj.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**