**Alan Gomperts**
**Income and Expense Reconcilaiton**

**Income**

| | | |
|---|---|---:|
| Total income | Line d. of Part 8 | 40,457.46 |
| Payroll deductions | Line e. of Part 8 | (3,836.66) |
| **Total Receipts** | Line b. of part 1 | **36,620.80** |
| | | |
| Total Deposits in Wells Fargo account ending -3107 | | 80,354.29 |
| Reimbursed Expenses from agron, inc. (Employer) | | (43,733.49) |
| **Net Deposits** | | **36,620.80** |

**Expenses**

| | | |
|---|---|---:|
| Total Expenses | Line i. of Part 8 | 92,388.81 |
| Payroll deductions | | 3,836.66 |
| **Total disbursements** | Line c. of part 1 | **88,552.15** |
| | | |
| Total withdrawals in Wells Fargo account ending -3107 | | 132,285.64 |
| | | |
| agron, inc Expenses | | (43,733.49) |
| **Total Agron Expenses** | | **(43,733.49)** |
| | | |
| Net Disbursements | | **88,552.15** |