**Alan Gomperts**
**Part 8 Expenses**

| Date | Amount | Payee | Description |
|---|---|---|---|
| 1/2/2026 | (1,563.77) | ZELLE TO JESELSOHN JOEL ON 01/02 REF # WFCT0ZNHB84B | Personal Living - College Rent |
| 1/2/2026 | (68.15) | PURCHASE AUTHORIZED ON 12/30 URTH CAFFE 004 - B 213-2298925 CA S345364696690733 CARD 0874 | Personal Living - Food |
| 1/2/2026 | (125.00) | ZELLE TO HERNANDEZ CIRO ON 01/02 REF # WFCT0ZNHBFPT | Personal Living - Gardener |
| 1/5/2026 | (112.39) | BLOOMINGDALES ONLINE PMT 260102 631882220639125 SHARON HALEVY | Personal Living - Clothing |
| 1/5/2026 | (2,275.11) | CITI CARD ONLINE PAYMENT 260102 421882224414123 SHARON HALEVY | Personal Living - Credit Card |
| 1/5/2026 | (2,423.90) | CHASE CREDIT CRD EPAY 260102 8964587369 SHARON HALEVY | Personal Living - Credit Card |
| 1/5/2026 | (161.58) | BILL PAY NORTHWESTERN MUTUAL LIFE INSURAN ON-LINE xxxx4520 ON 01-05 | Personal Living - Life Insurance |
| 1/5/2026 | (5,208.55) | BILL PAY WELLS FARGO Oakhurst ON-LINE 0512091XXX ON 01-05 | Personal Living - Mortgage |
| 1/5/2026 | (140.00) | BILL PAY Jun Ho. Choi ON-LINE No Account Number ON 01-05 | Personal Living - Pool Man |
| 1/6/2026 | (20.00) | SAFE BOX ANNUAL FEE CA-CNB00389-300 | Personal Living - Miscellaneous |
| 1/7/2026 | (2,600.00) | Cash eWithdrawal in Branch 01/07/2026 15:49 PM 8901 W PICO BLVD LOS ANGELES CA 0874 | Personal Living - Cash Expenses |
| 1/7/2026 | (1,177.91) | CITI CARD ONLINE PAYMENT 260106 431882223069420 SHARON HALEVY | Personal Living - Credit Card |
| 1/8/2026 | (159.08) | SoCalGas PAID SCGC 260107 1291016484 301601474305518412 | Personal Living - Gas bill |
| 1/14/2026 | (10,333.95) | AMERICAN EXPRESS ACH PMT 260114 W5460 ALAN GOMPERTS | Personal Living - Credit Card |
| 1/14/2026 | (750.17) | BUSINESS TO BUSINESS ACH QUARTERLY FEE PAYMENT 260113 0000 ALAN GOMPERTS | Personal Living - US Trustee Fee |
| 1/16/2026 | (41.80) | MACYS ONLINE PMT 260115 611894386629585 SHARON HALEVY | Personal Living - Clothing |
| 1/27/2026 | (718.66) | BILL PAY WELLS FARGO AUTO ON-LINE xxxxxx6254 ON 01-27 | Personal Living - Auto Loan |
| 1/28/2026 | (22,225.00) | YU TUITION 2 PURCHASE 260128 161509 ALAN GOMPERTS | Personal Living - College Tuition |
| 1/28/2026 | (30,550.00) | YU TUITION 2 PURCHASE 260128 161510 ALAN GOMPERTS | Personal Living - College Tuition |

**Living Expenses**
**Line g. of Part 8** **(80,655.02)**

| Date | Amount | Payee | Description |
|---|---|---|---|
| 1/2/2026 | (155.00) | ZELLE TO GABRIEL ADULFO ON 01/02 REF # WFCT0ZNHBD5K | Gardener Canfield and Greenfield |
| 1/5/2026 | (75.00) | BILL PAY Nicandro Barba ON-LINE No Account Number ON 01-05 | Gardener Bagley |
| 1/5/2026 | (4,003.21) | BILL PAY WELLS FARGO Bagley ON-LINE 0512092XXX ON 01-05 | Mortgage - Bagley |
| 1/5/2026 | (2,050.07) | BILL PAY WELLS FARGO Canfield ON-LINE 0502483XXX ON 01-05 | Mortgage - Canfield |
| 1/5/2026 | (1,523.85) | BILL PAY WFHM - Greenfield ON-LINE 0320648XXX ON 01-05 | Mortgage - Greenfield |
| 1/5/2026 | (90.00) | BILL PAY 4 SEASON POOL SE ON-LINE No Account Number ON 01-05 | Pool Man - Bagley Ave |

**All Other Expenses**

**Line h. of Part 8**  (7,897.13)  **Expenses on Rental Properties**