**FILED & ENTERED**

FEB 10 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY carranza DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Seaton Investments, LLC<br><br><br><br>Debtor(s). | Case No.: 2:24-bk-12079-VZ<br><br>CHAPTER 11<br><br>**ORDER DENYING MOTION TO APPROVE SETTLEMENT AGREEMENT**<br><br>Date:   January 27, 2026<br>Time:  11:00 AM<br>Ctrm:  1368, Roybal Federal Building<br>         255 E. Temple St., Los Angeles, CA 90012 |

The court held a continued hearing on the motion to approve settlement agreement ("Moition," docket #526. Appearances are noted on the record. Based on the findings and conclusions made at the hearing, **IT IS ORDERED** that the Motion is **DENIED**.

###

Date: February 10, 2026

Vincent P. Zurzolo
United States Bankruptcy Judge

-1-