United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 24-12079-VZ |
| Seaton Investments, LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Feb 10, 2026 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2026:**

**Recip ID    Recipient Name and Address**
db             + Seaton Investments, LLC, 264 S Oakhurst Dr, Beverly Hills, CA 90212-3504

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2026 at the address(es) listed below:

**Name**                    **Email Address**

Avi Edward Muhtar
        on behalf of Interested Party Avi Muhtar amuhtar@crownandstonelaw.com

Bruce D Poltrock
        on behalf of Creditor Archway Real Estate Income Fund I SPE I  LLC bpoltrock@frandzel.com, sking@frandzel.com,autodocket@frandzel.com

Carol Chow
        on behalf of Debtor Alan Gomperts Carol.Chow@saul.com
        hannah.richmond@saul.com;easter.santamaria@saul.com;carol.chow@ecf.courtdrive.com;litigationdocketing@saul.com

Carol Chow
        on behalf of Debtor Susan Halevy Carol.Chow@saul.com
        hannah.richmond@saul.com;easter.santamaria@saul.com;carol.chow@ecf.courtdrive.com;litigationdocketing@saul.com

Carol Chow
        on behalf of Debtor Daniel Halevy Carol.Chow@saul.com

| District/off: 0973-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 10, 2026 | Form ID: pdf042 | Total Noticed: 1 |

hannah.richmond@saul.com;easter.santamaria@saul.com;carol.chow@ecf.courtdrive.com;litigationdocketing@saul.com

Christopher Cramer
on behalf of Interested Party Courtesy NEF secured@becket-lee.com

Christopher Crowell
on behalf of Creditor Harvest Small Business Finance LLC ccrowell@frandzel.com, mbrandenberg@frandzel.com

David B Shemano
on behalf of Creditor AIRE Ancient Baths Los Angeles LLC dshemano@shemanolaw.com

Derrick Talerico
on behalf of Debtor Broadway Avenue Investments LLC dtalerico@wztslaw.com,
maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico
on behalf of Debtor Negev Investments LLC dtalerico@wztslaw.com,
maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico
on behalf of Interested Party Broadway Avenue Investments LLC dtalerico@wztslaw.com,
maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico
on behalf of Interested Party Daniel Halevy dtalerico@wztslaw.com
maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico
on behalf of Interested Party Negev Investments LLC dtalerico@wztslaw.com,
maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico
on behalf of Interested Party Susan Halevy dtalerico@wztslaw.com
maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico
on behalf of Debtor SLA Investments LLC dtalerico@wztslaw.com,
maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico
on behalf of Debtor Colyton Investments LLC dtalerico@wztslaw.com,
maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico
on behalf of Interested Party SLA Investments LLC dtalerico@wztslaw.com,
maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico
on behalf of Debtor Seaton Investments LLC dtalerico@wztslaw.com,
maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Garrick Vanderfin
on behalf of Creditor Korth Direct Mortgage Inc. gvanderfin@polsinelli.com
zyoung@Polsinelli.com;ladocketing@polsinelli.com

Gerrick Warrington
on behalf of Creditor Archway real estate income fund gwarrington@frandzel.com
achase@frandzel.com,autodocket@frandzel.com

Gerrick Warrington
on behalf of Creditor Archway Broadway Loan SPE LLC, fka Archway Real Estate Income Fund I REIT, LLC
gwarrington@frandzel.com, achase@frandzel.com,autodocket@frandzel.com

Gerrick Warrington
on behalf of Plaintiff Archway Broadway Loan SPE LLC, a Delaware limited liability company gwarrington@frandzel.com,
achase@frandzel.com,autodocket@frandzel.com

Gerrick Warrington
on behalf of Creditor Archway Real Estate Income Fund I SPE I LLC gwarrington@frandzel.com,
achase@frandzel.com,autodocket@frandzel.com

Gerrick Warrington
on behalf of Creditor Archway Broadway Loan SPE LLC gwarrington@frandzel.com,
achase@frandzel.com,autodocket@frandzel.com

Jacqueline L James
on behalf of Creditor Harvest Small Business Finance LLC jjames@buchalter.com,
gvidales@buchalter.com;docket@buchalter.com;pjolley@buchalter.com

Jacqueline L James
on behalf of Interested Party Harvest Small Business Finance LLC jjames@buchalter.com,
gvidales@buchalter.com;docket@buchalter.com;pjolley@buchalter.com

Case 2:24-bk-12079-VZ    Doc 624    Filed 02/12/26    Entered 02/12/26 21:20:54    Desc
Imaged Certificate of Notice    Page 3 of 5

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 3 of 4 |
| Date Rcvd: Feb 10, 2026 | Form ID: pdf042 | Total Noticed: 1 |

Jacquelyn H Choi
    on behalf of Creditor LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR jacquelyn.Choi@rimonlaw.com docketingsupport@rimonlaw.com

Jennifer C Wong
    on behalf of Interested Party Courtesy NEF bknotice@mccarthyholthus.com jwong@ecf.courtdrive.com

Jennifer C Wong
    on behalf of Creditor Wells Fargo Bank N.A. bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

Jessica M. Simon
    on behalf of Creditor Harvest Small Business Finance LLC jsimon@hrhlaw.com, mgranzow@hrhlaw.com

Kelly L Morrison
    on behalf of U.S. Trustee United States Trustee (LA) kelly.l.morrison@usdoj.gov

Michael G Fletcher
    on behalf of Creditor Archway Broadway Loan SPE LLC, fka Archway Real Estate Income Fund I REIT, LLC mfletcher@frandzel.com, sking@frandzel.com,autodocket@frandzel.com

Michael G Fletcher
    on behalf of Plaintiff Archway Broadway Loan SPE LLC, a Delaware limited liability company mfletcher@frandzel.com, sking@frandzel.com,autodocket@frandzel.com

Michael G Fletcher
    on behalf of Creditor Archway Real Estate Income Fund I SPE I LLC mfletcher@frandzel.com, sking@frandzel.com,autodocket@frandzel.com

Michael G Fletcher
    on behalf of Creditor Archway real estate income fund mfletcher@frandzel.com sking@frandzel.com,autodocket@frandzel.com

Paige Selina Poupart
    on behalf of Creditor Archway Real Estate Income Fund I SPE I LLC ppoupart@frandzel.com, achase@frandzel.com

Paige Selina Poupart
    on behalf of Plaintiff Archway Broadway Loan SPE LLC, a Delaware limited liability company ppoupart@frandzel.com, achase@frandzel.com

Paige Selina Poupart
    on behalf of Creditor Archway Broadway Loan SPE LLC, fka Archway Real Estate Income Fund I REIT, LLC ppoupart@frandzel.com, achase@frandzel.com

Richard Girgado
    on behalf of Creditor LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR rgirgado@counsel.lacounty.gov

Robert F Conte
    on behalf of Creditor United States of America on behalf of Internal Revenue Service robert.conte@usdoj.gov caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov

Ryan Coy
    on behalf of Interested Party Daniel Halevy ryan.coy@blankrome.com michelle.grams@blankrome.com

Ryan Coy
    on behalf of Defendant Susan Halevy ryan.coy@blankrome.com michelle.grams@blankrome.com

Ryan Coy
    on behalf of Interested Party Alan Gomperts ryan.coy@blankrome.com michelle.grams@blankrome.com

Ryan Coy
    on behalf of Interested Party Courtesy NEF ryan.coy@blankrome.com michelle.grams@blankrome.com

Ryan Coy
    on behalf of Defendant Daniel Halevy ryan.coy@blankrome.com michelle.grams@blankrome.com

Ryan Coy
    on behalf of Interested Party Susan Halevy ryan.coy@blankrome.com michelle.grams@blankrome.com

Samantha White
    on behalf of Creditor Wells Fargo Bank N.A. d/b/a Wells Fargo Auto samantha.white@wellsfargo.com

Scott R Albrecht
    on behalf of Creditor First Foundation Bank salbrecht@gsaattorneys.com jackie.nguyen@sgsattorneys.com

Tanya Behnam
    on behalf of Creditor Korth Direct Mortgage Inc. tbehnam@polsinelli.com tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com

Todd S. Garan
    on behalf of Creditor Wells Fargo National Bank West ch11ecf@aldridgepite.com TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

Todd S. Garan
    on behalf of Interested Party Courtesy NEF ch11ecf@aldridgepite.com TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

District/off: 0973-2 | User: admin | Page 4 of 4
Date Rcvd: Feb 10, 2026 | Form ID: pdf042 | Total Noticed: 1

Todd S. Garan
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing ch11ecf@aldridgepite.com
    TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

Turner Falk
    on behalf of Debtor Susan Halevy turner.falk@saul.com tnfalk@recap.email

Turner Falk
    on behalf of Debtor Alan Gomperts turner.falk@saul.com tnfalk@recap.email

Turner Falk
    on behalf of Interested Party Susan Halevy turner.falk@saul.com tnfalk@recap.email

Turner Falk
    on behalf of Interested Party Daniel Halevy turner.falk@saul.com tnfalk@recap.email

Turner Falk
    on behalf of Debtor Daniel Halevy turner.falk@saul.com tnfalk@recap.email

United States Trustee (LA)
    ustpregion16.la.ecf@usdoj.gov

Zev Shechtman
    on behalf of Debtor Susan Halevy Zev.Shechtman@saul.com
    zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com

Zev Shechtman
    on behalf of Interested Party Daniel Halevy Zev.Shechtman@saul.com
    zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com

Zev Shechtman
    on behalf of Debtor Alan Gomperts Zev.Shechtman@saul.com
    zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com

Zev Shechtman
    on behalf of Debtor Daniel Halevy Zev.Shechtman@saul.com
    zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com

Zev Shechtman
    on behalf of Interested Party Alan Gomperts Zev.Shechtman@saul.com
    zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com

Zev Shechtman
    on behalf of Defendant Susan Halevy Zev.Shechtman@saul.com
    zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com

Zev Shechtman
    on behalf of Defendant Daniel Halevy Zev.Shechtman@saul.com
    zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com

Zev Shechtman
    on behalf of Interested Party Courtesy NEF Zev.Shechtman@saul.com
    zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com

Zev Shechtman
    on behalf of Interested Party Susan Halevy Zev.Shechtman@saul.com
    zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com

TOTAL: 67



**FILED & ENTERED**

**FEB 10 2026**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY carranza  DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Seaton Investments, LLC<br><br><br>Debtor(s). | Case No.: 2:24-bk-12079-VZ<br><br>CHAPTER 11<br><br>**ORDER DENYING MOTION TO APPROVE SETTLEMENT AGREEMENT**<br><br>Date:   January 27, 2026<br>Time:  11:00 AM<br>Ctrm:  1368, Roybal Federal Building<br>       255 E. Temple St., Los Angeles, CA 90012 |

The court held a continued hearing on the motion to approve settlement agreement ("Moition," docket #526.  Appearances are noted on the record.  Based on the findings and conclusions made at the hearing, **IT IS ORDERED** that the Motion is **DENIED**.

###

Date: February 10, 2026

Vincent P. Zurzolo
United States Bankruptcy Judge

-1-