United States Bankruptcy Court
Central District of California

In re:                                                                                                   Case No. 24-12079-VZ
Seaton Investments, LLC                                                                  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2               User: admin                                     Page 1 of 4
Date Rcvd: Feb 12, 2026            Form ID: pdf042                            Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 14, 2026:**

**Recip ID        Recipient Name and Address**
db           +   Seaton Investments, LLC, 264 S Oakhurst Dr, Beverly Hills, CA 90212-3504

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2026                      Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 12, 2026 at the address(es) listed below:

**Name**                **Email Address**

Avi Edward Muhtar
    on behalf of Interested Party Avi Muhtar amuhtar@crownandstonelaw.com

Bruce D Poltrock
    on behalf of Creditor Archway Real Estate Income Fund I SPE I LLC bpoltrock@frandzel.com, sking@frandzel.com,autodocket@frandzel.com

Carol Chow
    on behalf of Debtor Alan Gomperts Carol.Chow@saul.com
    hannah.richmond@saul.com;easter.santamaria@saul.com;carol.chow@ecf.courtdrive.com;litigationdocketing@saul.com

Carol Chow
    on behalf of Debtor Susan Halevy Carol.Chow@saul.com
    hannah.richmond@saul.com;easter.santamaria@saul.com;carol.chow@ecf.courtdrive.com;litigationdocketing@saul.com

Carol Chow
    on behalf of Debtor Daniel Halevy Carol.Chow@saul.com

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 2 of 4 |
| Date Rcvd: Feb 12, 2026 | Form ID: pdf042 | Total Noticed: 1 |

hannah.richmond@saul.com;easter.santamaria@saul.com;carol.chow@ecf.courtdrive.com;litigationdocketing@saul.com

Christopher Cramer
on behalf of Interested Party Courtesy NEF secured@becket-lee.com

Christopher Crowell
on behalf of Creditor Harvest Small Business Finance  LLC ccrowell@frandzel.com, mbrandenberg@frandzel.com

David B Shemano
on behalf of Creditor AIRE Ancient Baths Los Angeles  LLC dshemano@shemanolaw.com

Derrick Talerico
on behalf of Debtor Broadway Avenue Investments  LLC dtalerico@wztslaw.com,
maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico
on behalf of Debtor Negev Investments  LLC dtalerico@wztslaw.com,
maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico
on behalf of Interested Party Broadway Avenue Investments  LLC dtalerico@wztslaw.com,
maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico
on behalf of Interested Party Daniel Halevy dtalerico@wztslaw.com
maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico
on behalf of Interested Party Negev Investments  LLC dtalerico@wztslaw.com,
maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico
on behalf of Interested Party Susan Halevy dtalerico@wztslaw.com
maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico
on behalf of Debtor SLA Investments  LLC dtalerico@wztslaw.com,
maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico
on behalf of Debtor Colyton Investments  LLC dtalerico@wztslaw.com,
maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico
on behalf of Interested Party SLA Investments  LLC dtalerico@wztslaw.com,
maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico
on behalf of Debtor Seaton Investments  LLC dtalerico@wztslaw.com,
maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Garrick Vanderfin
on behalf of Creditor Korth Direct Mortgage Inc. gvanderfin@polsinelli.com
zyoung@Polsinelli.com;ladocketing@polsinelli.com

Gerrick Warrington
on behalf of Creditor Archway real estate income fund gwarrington@frandzel.com
achase@frandzel.com,autodocket@frandzel.com

Gerrick Warrington
on behalf of Creditor Archway Broadway Loan SPE  LLC, fka Archway Real Estate Income Fund I REIT, LLC
gwarrington@frandzel.com, achase@frandzel.com,autodocket@frandzel.com

Gerrick Warrington
on behalf of Plaintiff Archway Broadway Loan SPE  LLC, a Delaware limited liability company gwarrington@frandzel.com,
achase@frandzel.com,autodocket@frandzel.com

Gerrick Warrington
on behalf of Creditor Archway Real Estate Income Fund I SPE I  LLC gwarrington@frandzel.com,
achase@frandzel.com,autodocket@frandzel.com

Gerrick Warrington
on behalf of Creditor Archway Broadway Loan SPE  LLC gwarrington@frandzel.com,
achase@frandzel.com,autodocket@frandzel.com

Jacqueline L James
on behalf of Creditor Harvest Small Business Finance  LLC jjames@buchalter.com,
gvidales@buchalter.com;docket@buchalter.com;pjolley@buchalter.com

Jacqueline L James
on behalf of Interested Party Harvest Small Business Finance  LLC jjames@buchalter.com,
gvidales@buchalter.com;docket@buchalter.com;pjolley@buchalter.com

Case 2:24-bk-12079-VZ    Doc 625    Filed 02/14/26    Entered 02/14/26 21:15:53    Desc
Imaged Certificate of Notice    Page 3 of 6

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 3 of 4 |
| Date Rcvd: Feb 12, 2026 | Form ID: pdf042 | Total Noticed: 1 |

| | |
|---|---|
| Jacquelyn H Choi | on behalf of Creditor LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR jacquelyn.Choi@rimonlaw.com docketingsupport@rimonlaw.com |
| Jennifer C Wong | on behalf of Interested Party Courtesy NEF bknotice@mccarthyholthus.com jwong@ecf.courtdrive.com |
| Jennifer C Wong | on behalf of Creditor Wells Fargo Bank N.A. bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com |
| Jessica M. Simon | on behalf of Creditor Harvest Small Business Finance LLC jsimon@hrhlaw.com, mgranzow@hrhlaw.com |
| Kelly L Morrison | on behalf of U.S. Trustee United States Trustee (LA) kelly.l.morrison@usdoj.gov |
| Michael G Fletcher | on behalf of Creditor Archway Broadway Loan SPE LLC, fka Archway Real Estate Income Fund I REIT, LLC mfletcher@frandzel.com, sking@frandzel.com,autodocket@frandzel.com |
| Michael G Fletcher | on behalf of Plaintiff Archway Broadway Loan SPE LLC, a Delaware limited liability company mfletcher@frandzel.com, sking@frandzel.com,autodocket@frandzel.com |
| Michael G Fletcher | on behalf of Creditor Archway Real Estate Income Fund I SPE I LLC mfletcher@frandzel.com, sking@frandzel.com,autodocket@frandzel.com |
| Michael G Fletcher | on behalf of Creditor Archway real estate income fund mfletcher@frandzel.com sking@frandzel.com,autodocket@frandzel.com |
| Paige Selina Poupart | on behalf of Creditor Archway Real Estate Income Fund I SPE I LLC ppoupart@frandzel.com, achase@frandzel.com |
| Paige Selina Poupart | on behalf of Plaintiff Archway Broadway Loan SPE LLC, a Delaware limited liability company ppoupart@frandzel.com, achase@frandzel.com |
| Paige Selina Poupart | on behalf of Creditor Archway Broadway Loan SPE LLC, fka Archway Real Estate Income Fund I REIT, LLC ppoupart@frandzel.com, achase@frandzel.com |
| Richard Girgado | on behalf of Creditor LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR rgirgado@counsel.lacounty.gov |
| Robert F Conte | on behalf of Creditor United States of America on behalf of Internal Revenue Service robert.conte@usdoj.gov caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov |
| Ryan Coy | on behalf of Interested Party Daniel Halevy ryan.coy@blankrome.com michelle.grams@blankrome.com |
| Ryan Coy | on behalf of Defendant Susan Halevy ryan.coy@blankrome.com michelle.grams@blankrome.com |
| Ryan Coy | on behalf of Interested Party Alan Gomperts ryan.coy@blankrome.com michelle.grams@blankrome.com |
| Ryan Coy | on behalf of Interested Party Courtesy NEF ryan.coy@blankrome.com michelle.grams@blankrome.com |
| Ryan Coy | on behalf of Defendant Daniel Halevy ryan.coy@blankrome.com michelle.grams@blankrome.com |
| Ryan Coy | on behalf of Interested Party Susan Halevy ryan.coy@blankrome.com michelle.grams@blankrome.com |
| Samantha White | on behalf of Creditor Wells Fargo Bank N.A. d/b/a Wells Fargo Auto samantha.white@wellsfargo.com |
| Scott R Albrecht | on behalf of Creditor First Foundation Bank salbrecht@gsaattorneys.com jackie.nguyen@sgsattorneys.com |
| Tanya Behnam | on behalf of Creditor Korth Direct Mortgage Inc. tbehnam@polsinelli.com tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com |
| Todd S. Garan | on behalf of Creditor Wells Fargo National Bank West ch11ecf@aldridgepite.com TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com |
| Todd S. Garan | on behalf of Interested Party Courtesy NEF ch11ecf@aldridgepite.com TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com |

District/off: 0973-2 | User: admin | Page 4 of 4
Date Rcvd: Feb 12, 2026 | Form ID: pdf042 | Total Noticed: 1

| Name | Details |
|---|---|
| Todd S. Garan | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing ch11ecf@aldridgepite.com TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com |
| Turner Falk | on behalf of Debtor Susan Halevy turner.falk@saul.com tnfalk@recap.email |
| Turner Falk | on behalf of Debtor Alan Gomperts turner.falk@saul.com tnfalk@recap.email |
| Turner Falk | on behalf of Interested Party Susan Halevy turner.falk@saul.com tnfalk@recap.email |
| Turner Falk | on behalf of Interested Party Daniel Halevy turner.falk@saul.com tnfalk@recap.email |
| Turner Falk | on behalf of Debtor Daniel Halevy turner.falk@saul.com tnfalk@recap.email |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |
| Zev Shechtman | on behalf of Debtor Susan Halevy Zev.Shechtman@saul.com zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com |
| Zev Shechtman | on behalf of Interested Party Daniel Halevy Zev.Shechtman@saul.com zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com |
| Zev Shechtman | on behalf of Debtor Alan Gomperts Zev.Shechtman@saul.com zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com |
| Zev Shechtman | on behalf of Debtor Daniel Halevy Zev.Shechtman@saul.com zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com |
| Zev Shechtman | on behalf of Interested Party Alan Gomperts Zev.Shechtman@saul.com zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com |
| Zev Shechtman | on behalf of Defendant Susan Halevy Zev.Shechtman@saul.com zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com |
| Zev Shechtman | on behalf of Defendant Daniel Halevy Zev.Shechtman@saul.com zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com |
| Zev Shechtman | on behalf of Interested Party Courtesy NEF Zev.Shechtman@saul.com zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com |
| Zev Shechtman | on behalf of Interested Party Susan Halevy Zev.Shechtman@saul.com zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com |

TOTAL: 67

**FILED & ENTERED**

**FEB 12 2026**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** johnson **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:  SEATON INVESTMENTS, LLC, -- *Already a dismissed case*<br><br>Debtor and Debtor-in-Possession<br><br>☐ Affects All Debtors<br><br>☒ Affects Case No.: 2:24-12074-VZ<br>    ALLAN GOMPERTS<br><br>☒ Affects Case No.: 2:24-12075-VZ<br>    DANIEL HALEVY<br><br>☒ Affects Case No.: 2:24-12076-VZ<br>    SUSAN HALEVY<br><br>☐ Affects Case No.: 2:24-12080-VZ<br>    COLYTON INVESTMENTS, LLC – *Already a Dismissed Case*<br><br>☒ Affects Case No.: 2:24-12081-VZ<br>    BROADWAY AVENUE INVESTMENTS, LLC<br><br>☒ Affects 2:24-12082-VZ<br>    SLA INVESTMENTS, LLC<br><br>☒ Affects 2:24-12091-VZ<br>    NAGEV INVESTMENTS, LLC. | Case No.: 2:24-bk-12079-VZ<br><br>Jointly Administered With:<br>Case No.: 2:24-12074-VZ; Case No.: 2:24-12075-VZ;<br>Case No.: 2:24-12076-VZ; Case No.: 2:24-12080-VZ;<br>Case No.: 2:24-12081-VZ; Case No.: 2:24-12082-VZ;<br>Case No.: 2:24-12091-VZ<br><br>Chapter 11<br><br>**ORDER AFTER CONTINUED HEARING ON ORDER TO SHOW CAUSE WHETHER BANKRUPTCY CASES SHOULD BE DISMISSED:**<br><br>**1) THAT CAUSE IS NOT SHOWN; AND**<br><br>**2) THAT SIX REMAINING ARE DISMISSED EFFECTIVE ON JULY 3, 2026**<br><br>Continued Hearing<br>DATE:    January 27, 2026<br>TIME:    10:00 a.m.<br>PLACE:  Courtroom 1368, Roybal Federal Building<br>              255 E. Temple Street<br>              Los Angeles, CA 90012 |

-1-

On January 27, 2026, a continued hearing was held on an Order to Appear and File Written Explanation Whether Bankruptcy Cases Should be Dismissed, involving SEATON INVESTMENTS, LLC ("Debtor" and "Lead Case"), as well as seven related cases which are all jointly administered with the Lead Case as indicated in the caption of this order ("OSC," docket #367). Appearances are noted on the record. Based on a prior hearing, an order was entered dismissing the Lead case and the case of Colyton Investments, LLC. This hearing involved the six remaining cases that are checked in the caption.

Based on the findings and conclusions made at the hearing, **IT IS ORDERED:**

(1) Cause is not shown; and

(2) The remaining six cases are dismissed effective on July 3, 2026.

###

Date: February 12, 2026

Vincent P. Zurzolo
United States Bankruptcy Judge

-2-