ZEV SHECHTMAN (BAR NO. 266280)
Zev.Shechtman@saul.com
SAUL EWING LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: (310) 255-6100
Facsimile: (310) 255-6200

Attorneys for Alan Gomperts, Daniel Halevy,
Susan Halevy, Debtors and Debtors in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re: SEATON INVESTMENTS, LLC, et al.,<br>*Now a dismissed case*<br><br>Debtors and Debtors In Possession.<br><br>☐ Affects All Debtors.<br><br>☐ Affects Case No.: 2:24-12080-VZ<br>Colyton Investments, LLC -*Now a dismissed case*<br><br>☐ Affects Case No.: 2:24-12081-VZ<br>Broadway Avenue Investments, LLC<br><br>☐ Affects 2:24-12082-VZ<br>SLA Investments, LLC<br><br>☐ Affects 2:24-12091-VZ<br>Negev Investments, LLC<br><br>☒ Affects Case No.: 2:24-12074-VZ<br>Alan Gomperts<br><br>☐ Affects Case No.: 2:24-12075-VZ<br>Daniel Halevy<br><br>☐ Affects Case No.: 2:24-12076-VZ<br>Susan Halevy | Lead Case No. 2:24-bk-12079-VZ<br><br>Jointly Administered with Case Nos.:<br>2:24-bk-12080-VZ; 2:24-bk-12081-VZ;<br>2:24-bk-12082-VZ; 2:24-bk-12091-VZ;<br>2:24-bk-12074-VZ; 2:24-bk-12075-VZ and<br>2:24-bk-12076-VZ<br><br>Chapter 11<br><br>**NOTICE OF WITHDRAWAL AND REFILING OF CHAPTER 11 MONTHLY OPERATING REPORT [Dkt. 626]** |

**PLEASE TAKE NOTICE** that Debtor Alan Gomperts hereby withdraws the Chapter 11 Monthly Operating Report for Month Ending 1/31/26, Docket 626.

1   **PLEASE TAKE FURTHER NOTICE** that the Chapter 11 Monthly Operating Report

2   has been re-filed under the correct docket name, Docket 627.

3   DATED:  March 4, 2026

By: _____
ZEV SHECHTMAN
Attorneys for Alan Gomperts, Daniel Halevy,
Susan Halevy, Debtors and Debtors in Possession

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 701 Brickell Avenue, Suite 1700, Miami, Florida  33131.

A true and correct copy of the foregoing document entitled *(specify)*: **NOTICE OF WITHDRAWAL AND REFILING OF CHAPTER 11 MONTHLY OPERATING REPORT [Dkt. 626]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On March 4, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Scott R Albrecht     salbrecht@gsaattorneys.com, jackie.nguyen@sgsattorneys.com
Tanya Behnam     tbehnam@polsinelli.com, tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com
Jacquelyn H Choi     jacquelyn.Choi@rimonlaw.com, docketingsupport@rimonlaw.com
Carol Chow     Carol.Chow@saul.com, hannah.richmond@saul.com;easter.santamaria@saul.com;carol.chow@ecf.courtdrive.com;litigationdocketing@saul.com
Robert F Conte     robert.conte@usdoj.gov, caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov
Ryan Coy     ryan.coy@blankrome.com, michelle.grams@blankrome.com
Christopher Cramer     secured@becket-lee.com
Christopher Crowell     ccrowell@frandzel.com, mbrandenberg@frandzel.com
Turner Falk     turner.falk@saul.com, tnfalk@recap.email
Michael G Fletcher     mfletcher@frandzel.com, sking@frandzel.com,autodocket@frandzel.com
Todd S. Garan     ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com
Richard Girgado     rgirgado@counsel.lacounty.gov
Jacqueline L James     jjames@buchalter.com, gvidales@buchalter.com;docket@buchalter.com;pjolley@buchalter.com
Kelly L Morrison     kelly.l.morrison@usdoj.gov
Avi Edward Muhtar     amuhtar@crownandstonelaw.com
Bruce D Poltrock     bpoltrock@frandzel.com, sking@frandzel.com,autodocket@frandzel.com
Paige Selina Poupart     ppoupart@frandzel.com, achase@frandzel.com
Zev Shechtman     Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com
David B Shemano     dshemano@shemanolaw.com
Jessica M. Simon     jsimon@hrhlaw.com, mgranzow@hrhlaw.com
Derrick Talerico     dtalerico@wztslaw.com, maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com
United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov
Garrick Vanderfin     gvanderfin@polsinelli.com, zyoung@Polsinelli.com;ladocketing@polsinelli.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

57415965.1

Gerrick Warrington    gwarrington@frandzel.com, achase@frandzel.com,autodocket@frandzel.com
Samantha White    samantha.white@wellsfargo.com
Jennifer C Wong    bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

**2. SERVED BY UNITED STATES MAIL:** On (date)_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) , I served the following persons and/or entities by personal delivery, overnight mail service or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 4, 2026 | Aida McLaughlin | /s/ Aida McLaughlin |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

57415965.1