**Alan Gomperts**

**Income and Expense Reconcilaiton**

**Income**

| | | |
|---|---|---|
| Total income | Line d. of Part 8 | 37,924.88 |
| Payroll deductions | Line e. of Part 8 | (3,836.66) |
| Total Receipts | Line b. of part 1 | **34,088.22** |

| | |
|---|---|
| Total Deposits in Wells Fargo account ending -3107 | 100,720.04 |
| Reimbursed Expenses from agron, inc. (Employer) | (66,631.82) |
| Net Deposits | **34,088.22** |

**Expenses**

| | | |
|---|---|---|
| Total Expenses | Line i. of Part 8 | 54,656.75 |
| Payroll deductions | | 3,836.66 |
| Total disbursements | Line c. of part 1 | **50,820.09** |

| | |
|---|---|
| Total withdrawals in Wells Fargo account ending -3107 | 117,451.91 |
| agron, inc Expenses | (66,631.82) |
| Total Agron Expenses | **(66,631.82)** |
| Net Disbursements | **50,820.09** |