**Alan Gomperts**
**Part 8 Expenses**

| Date | Amount | Payee | Description |
|---|---|---|---|
| 2/2/2026 | (1,675.00) | ZELLE TO JESELSOHN JOEL ON 02/02 REF # WFCT0ZRL8HQQ | Personal Living - College Rent |
| 2/2/2026 | (125.00) | ZELLE TO HERNANDEZ CIRO ON 02/02 REF # WFCT0ZRNB75J | Personal Living - Gardener |
| 2/3/2026 | (743.12) | BLOOMINGDALES ONLINE PMT 260202 611915014252584 SHARON HALEVY | Personal Living - Clothing |
| 2/3/2026 | (1,950.51) | CHASE CREDIT CRD EPAY 260202 9039947987 SHARON HALEVY | Personal Living - Credit Card |
| 2/3/2026 | (160.92) | BILL PAY NORTHWESTERN MUTUAL LIFE INSURAN ON-LINE xxxx4520 ON 02-03 | Personal Living - Life Insurance |
| 2/3/2026 | (6,770.83) | BILL PAY WELLS FARGO Oakhurst ON-LINE 0512091XXX ON 02-03 | Personal Living - Mortgage |
| 2/3/2026 | (140.00) | BILL PAY Jun Ho. Choi ON-LINE No Account Number ON 02-03 | Personal Living - Pool Man |
| 2/4/2026 | (1,062.71) | CITI CARD ONLINE PAYMENT 260203 431907332193533 SHARON HALEVY | Personal Living - Credit Card |
| 2/5/2026 | (1,500.00) | VENMO PAYMENT 260205 1048097807107 SHARON HALEVY GOMPERTS | Personal Living - College Tuition |
| 2/5/2026 | (153.39) | SoCalGas PAID SCGC 260204 1291016484 301601474308371077 | Personal Living - Gas bill |
| 2/6/2026 | (2,497.69) | CITI CARD ONLINE PAYMENT 260205 421915016624709 SHARON HALEVY | Personal Living - Credit Card |
| 2/9/2026 | (46.99) | PURCHASE WITH CASH BACK $ 40.00 AUTHORIZED ON 02/08 PAVILIONS #3237 BEVERLY HILLS CA P000000489211959 | Personal Living - Cash Expenses |
| 2/9/2026 | (65.49) | PURCHASE WITH CASH BACK $ 60.00 AUTHORIZED ON 02/08 PAVILIONS #3237 BEVERLY HILLS CA P000000856074642 | Personal Living - Cash Expenses |
| 2/11/2026 | (3,000.00) | Cash eWithdrawal in Branch 02/11/2026 12:53 PM 9354 WILSHIRE BLVD BEVERLY HILLS CA 0874 | Personal Living - Cash Expenses |
| 2/17/2026 | (561.00) | ST OF CA DMV INTERNET 260213 103152562260213 ALAN GOMPERTS | Personal Living - Auto License |
| 2/17/2026 | (356.27) | MACYS ONLINE PMT 260216 601920380091982 SHARON HALEVY | Personal Living - Clothing |
| 2/23/2026 | (11,395.38) | AMERICAN EXPRESS ACH PMT 260223 W3372 ALAN GOMPERTS | Personal Living - Credit Card |
| 2/25/2026 | (718.66) | BILL PAY WELLS FARGO AUTO ON-LINE xxxxxx6254 ON 02-25 | Personal Living - Auto Loan |

**Living Expenses**
**Line g. of Part 8**          **(32,922.96)**

| Date | Amount | Payee | Description |
|---|---|---|---|
| 2/2/2026 | (155.00) | ZELLE TO GABRIEL ADULFO ON 02/02 REF # WFCT0ZRNB5R4 | Gardener Canfield and Greenfield |
| 2/3/2026 | (75.00) | BILL PAY Nicandro Barba ON-LINE No Account Number ON 02-03 | Gardener Bagley |
| 2/3/2026 | (4,003.21) | BILL PAY WELLS FARGO Bagley ON-LINE 0512092XXX ON 02-03 | Mortgage - Bagley |
| 2/3/2026 | (2,050.07) | BILL PAY WELLS FARGO Canfield ON-LINE 0502483XXX ON 02-03 | Mortgage - Canfield |
| 2/3/2026 | (1,523.85) | BILL PAY WFHM - Greenfield ON-LINE 0320648XXX ON 02-03 | Mortgage - Greenfield |
| 2/3/2026 | (90.00) | BILL PAY 4 SEASON POOL SE ON-LINE No Account Number ON 02-03 | Pool Man - Bagley Ave |
| 2/3/2026 | (9,700.00) | ZELLE TO ADAM WILLMOUTH ON 02/03 REF # WFCT0ZRQSN8N | Rent Security Deposit return |
| 2/25/2026 | (300.00) | ZELLE TO GABRIEL ADULFO ON 02/25 REF # WFCT0ZV3PZWK | Gardener Canfield and Greenfield |

**All Other Expenses**
**Line h. of Part 8**          **(17,897.13)  Expenses on Rental Properties**