**Alan Gomperts**
**Income and Expense Reconciliaton**

**Income**

| | | |
|---|---|---:|
| Total income | Line d. of Part 8 | 37,784.91 |
| Payroll deductions | Line e. of Part 8 | (3,836.66) |
| Total Receipts | Line b. of part 1 | **33,948.25** |
| | | |
| Total Deposits in Wells Fargo account ending -3107 | | 81,297.30 |
| Reimbursed Expenses from agron, inc. (Employer) | | (47,349.05) |
| Net Deposits | | **33,948.25** |

**Expenses**

| | | |
|---|---|---:|
| Total Expenses | Line i. of Part 8 | 38,368.04 |
| Payroll deductions | | 3,836.66 |
| Total disbursements | Line c. of part 1 | **34,531.38** |
| | | |
| Total withdrawals in Wells Fargo account ending -3107 | | 81,880.43 |
| | | |
| agron, inc Expenses | | (47,349.05) |
| Total Agron Expenses | | **(47,349.05)** |
| | | |
| Net Disbursements | | **34,531.38** |