**Alan Gomperts**
**Part 8 Expenses**

| Date | Amount | Payee | Description |
|---|---|---|---|
| 3/2/2026 | (1,675.00) | ZELLE TO JESELSOHN JOEL ON 03/02 REF # WFCT0ZVR9L4C | Personal Living - College Rent |
| 3/3/2026 | (1,889.85) | CHASE CREDIT CRD EPAY 260302 9129362933 SHARON HALEVY | Personal Living - Credit Card |
| 3/3/2026 | (125.00) | ZELLE TO HERNANDEZ CIRO ON 03/03 REF # WFCT0ZVTCQBF | Personal Living - Gardener |
| 3/3/2026 | (160.92) | BILL PAY NORTHWESTERN MUTUAL LIFE INSURAN ON-LINE xxxx4520 ON 03-03 | Personal Living - Life Insurance |
| 3/3/2026 | (6,770.83) | BILL PAY WELLS FARGO Oakhurst ON-LINE 0512091XXX ON 03-03 | Personal Living - Mortgage |
| 3/3/2026 | (150.00) | BILL PAY Jun Ho. Choi ON-LINE No Account Number ON 03-03 | Personal Living - Pool Man |
| 3/4/2026 | (2,356.69) | CITI CARD ONLINE PAYMENT 260303 431937616059036 SHARON HALEVY | Personal Living - Credit Card |
| 3/6/2026 | (80.00) | Cash eWithdrawal in Branch 03/06/2026 11:26 AM 8901 W PICO BLVD LOS ANGELES CA 5456 | Personal Living - Cash Expenses |
| 3/9/2026 | (2,335.35) | CITI CARD ONLINE PAYMENT 260306 431937614953053 SHARON HALEVY | Personal Living - Credit Card |
| 3/9/2026 | (128.62) | SoCalGas PAID SCGC 260306 1291016484 301601474311378658 | Personal Living - Gas bill |
| 3/16/2026 | (190.00) | ATM WITHDRAWAL AUTHORIZED ON 03/16 10789 W Pico Blvd Los Angeles Ca 0009013 ATM ID 9971C CARD 5456 | Personal Living - Cash Expenses |
| 3/18/2026 | (387.98) | MACYS ONLINE PMT 260317 611962546333106 SHARON HALEVY | Personal Living - Clothing |
| 3/24/2026 | (384.82) | ATT PAYMENT 032326 827984003EPAYN Alan Gomberts | Personal Living - Telephone |
| 3/25/2026 | (8,968.53) | AMERICAN EXPRESS ACH PMT 260325 W5700 ALAN GOMPERTS | Personal Living - Credit Card |
| 3/26/2026 | (718.66) | BILL PAY WELLS FARGO AUTO ON-LINE xxxxxx6254 ON 03-26 | Personal Living - Auto Loan |

**Living Expenses**
**Line g. of Part 8**          **(26,322.25)**

| Date | Amount | Payee | Description |
|---|---|---|---|
| 3/3/2026 | (75.00) | BILL PAY Nicandro Barba ON-LINE No Account Number ON 03-03 | Gardener Bagley |
| 3/3/2026 | (155.00) | ZELLE TO GABRIEL ADULFO ON 03/03 REF # WFCT0ZVTCP23 | Gardener Canfield and Greenfield |
| 3/3/2026 | (4,003.21) | BILL PAY WELLS FARGO Bagley ON-LINE 0512092XXX ON 03-03 | Mortgage - Bagley |
| 3/3/2026 | (2,050.07) | BILL PAY WELLS FARGO Canfield ON-LINE 0502483XXX ON 03-03 | Mortgage - Canfield |
| 3/3/2026 | (1,523.85) | BILL PAY WFHM - Greenfield ON-LINE 0320648XXX ON 03-03 | Mortgage - Greenfield |
| 3/3/2026 | (100.00) | BILL PAY 4 SEASON POOL SE ON-LINE No Account Number ON 03-03 | Pool Man - Bagley Ave |
| 3/17/2026 | (302.00) | ZELLE TO MONTES JOSE ON 03/16 REF # WFCT0ZXCDXLY | Repairs - Canfield |

**All Other Expenses**
**Line h. of Part 8**          **(8,209.13)  Expenses on Rental Properties**