# Wells Fargo Everyday Checking

March 31, 2026 ■ Page 1 of 6



SUE HALEVY
DEBTOR IN POSSESSION
CH11 CASE #24-12076 (CCA)
257 S LINDEN DR
BEVERLY HILLS CA 90212-3704

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711

**1-800-TO-WELLS**  (1-800-869-3557)

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

Other Wells Fargo Benefits

Beware of bank impersonation scams.

Five signs the person contacting you is NOT Wells Fargo:

1. They ask for your password, PIN, or a verification code. Wells Fargo will not contact you and request this.
2. They tell you to return your card or move money by wiring funds, withdrawing cash, buying a cashier's check, or using a crypto or bank ATM. Wells Fargo will never ask you to return your card or move your money to protect it.
3. They urge you to keep the conversation or transaction secret due to "an investigation".
4. They refuse to let you end a call or text conversation. Real Wells Fargo employees won't pressure you to continue a conversation.
5. They give you exact instructions for how to complete a transaction or answer bank-employee questions.

If something feels off, contact us directly.

You're in charge when it comes to your money. Learn more at: www.wellsfargo.com/nophishing



## Statement period activity summary

| | |
|---|---:|
| Beginning balance on 3/1 | $301.20 |
| Deposits/Additions | 23,432.60 |
| Withdrawals/Subtractions | - 23,427.68 |
| **Ending balance on 3/31** | **$306.12** |

Account number:    **4484  (primary account)**

**SUE HALEVY**
**DEBTOR IN POSSESSION**
**CH11 CASE #24-12076 (CCA)**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 121042882

## Overdraft Protection

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---:|---:|---:|
| 3/2 | | Blueshieldca Bill Pay 260228 | 8221 Sue Halevy | | 199.70 | |
| 3/2 | | Blueshieldca Bill Pay 260228 | 3641 Sue Halevy | | 575.00 | -473.50 |
| 3/3 | | Overdraft Fee for a Transaction Posted on 03/02 $575.00 Blueshieldca Bill Pay 260228 15744553641 Sue Halevy | | | 35.00 | -508.50 |
| 3/5 | | Zelle From Gabriel Chavez on 03/05 Ref # Bacv2Yik56T6 Rent March | | 1,600.00 | | 1,091.50 |
| 3/9 | | Mobile Deposit : Ref Number :410090773405 | | 28.80 | | |
| 3/9 | | Mobile Deposit : Ref Number :210090770657 | | 1,475.76 | | |
| 3/9 | | Mobile Deposit : Ref Number :310090771845 | | 1,792.52 | | |
| 3/9 | 274 | Check | | | 140.00 | |
| 3/9 | | First Foundation Loan Pymt 260305 000000000000000 00000000C     4500 First Foundation Bank | | | 6,789.84 | -2,541.26 |
| 3/10 | | Zelle From Almighty Builders Inc . Ref # Hna0224Ofo8E | | 7,000.00 | | |
| 3/10 | | Zelle to Vlad on 03/10 Ref # Wfct0Zwl9Zyw 341 S. Canon | | | 4,072.50 | 386.24 |
| 3/11 | | SSA Treas 310 Xxsoc Sec 031126 xxxxx0735A SSA Sue Halevy | | 2,943.00 | | 3,329.24 |
| 3/12 | < | Business to Business ACH Debit - AFS Ibex ACH Pmnts 1073-3222767 Almighty Builders Inc. | | | 133.19 | |
| 3/12 | < | Business to Business ACH Debit - AFS Ibex ACH Pmnts 1073-3350683 Seapiper Corp DBA Sand | | | 1,125.26 | 2,070.79 |
| 3/13 | | eDeposit IN Branch 03/13/26 09:33:52 Am 8901 W Pico Blvd Los Angeles CA | | 5,500.00 | | |
| 3/13 | | Mobile Deposit : Ref Number :416130714415 | | 1,792.52 | | |
| 3/13 | | Billmatrix Paymentfee | 8760 Socalgas | | 1.50 | |
| 3/13 | | Socalgas Payment | 8760 Socalgas | | 660.38 | 8,701.43 |
| 3/18 | | Zelle to Daniel Halevy on 03/18 Ref # Wfct0Zxgrk5V | | | 5,200.00 | 3,501.43 |
| 3/24 | | Purchase authorized on 03/23 Tesla Insurance SE Fremont CA 8325 Card 5292 | | | 813.97 | 2,687.46 |
| 3/26 | | Gc<>Honeycomb P Ho-Cxzn4Gm 260326 3T84 David Halevy | | | 1,452.60 | 1,234.86 |
| 3/27 | | Zelle From Commune Events Inc on 03/27 Ref # Wfct0Zyhwmdr | | 1,000.00 | | 2,234.86 |
| 3/30 | | Zelle to Mike Reed on 03/30 Ref # Wfct0Zytnh72 | | | 40.00 | |
| 3/30 | | So Cal Edison CO Bill Paymt 260327 | 5466 Seapiper Inn, Inc | | 2,048.74 | |
| 3/30 | 275 | Check | | | 140.00 | 6.12 |
| 3/31 | | Public Storage Dv01Df2603 260331 | 5007Psa Sue Halevy | 300.00 | | 306.12 |
| **Totals** | | | | **$23,432.60** | **$23,427.68** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< **Business to Business ACH:**  *If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

**Summary of checks written** *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|
| 274 | 3/9 | 140.00 | 275 | 3/30 | 140.00 |

## Summary of Overdraft Fees

| | *Total this statement period* | *Total year-to-date* |
|---|---|---|
| Total Overdraft Fees | $35.00 | $35.00 |

*Year-to-date totals reflect fees assessed or reversed since the first full statement period of the calendar year.  Negative values indicate that fee reversals exceed fees assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 03/01/2026 - 03/31/2026 | Standard monthly service fee $15.00 | You paid $0.00 |
|---|---|---|
| How to avoid the monthly service fee | Minimum required | This fee period |
| Have any ONE of the following each fee period | | |
| • Minimum daily balance | $1,500.00 | -$2,541.26 ☐ |
| • Total amount of qualifying electronic deposits | $500.00 | $3,243.00 ÷ |
| • Age of primary account owner | 17 - 24 | ☐ |

RC/RC

#  IMPORTANT ACCOUNT INFORMATION

Effective July 1, 2026, the fee for stop payment requests on checks drawn on your account, or on pre-authorized (Automated Clearing House) items, will be $30 per item. The fee may not be applicable to all customers depending on the type of account you have. For more details, refer to the Fee and Information Schedule applicable to your account.

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

Other Wells Fargo Benefits

Help take control of your finances with a Wells Fargo personal loan.
Whether it's managing debt, making a large purchase, improving your home, or paying for unexpected expenses, a personal loan may be able to help. See personalized rates and payments in minutes with no impact to your credit score.
Get started at wellsfargo.com/personalloan.

Other Wells Fargo Benefits

Wells Fargo is serious about security.
Keeping your accounts and information secure is our priority. We use sophisticated tools to help safeguard your money - 24/7 fraud monitoring, data encryption, secure technology, and protection against suspicious activity. Visit our Security Center at wellsfargo.com/security to learn more.



## Important Information You Should Know

∎ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts**

Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

∎ **If your account has a negative balance:**

Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

∎ **In case of errors or questions about your electronic transfers:**

Telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

∎ **In case of errors or questions about other transactions (that are not electronic transfers):**

Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

**WELLS FARGO**

## Account Balance Calculation Worksheet

| Number | Items outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | Total $ |  |

1.  Use the following worksheet to calculate your overall account balance.

2.  Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3.  Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

### ENTER
A.  The ending balance
shown on your statement.. . . . . . . . . . . . . . .  $_____

### ADD
B.  Any deposits listed in your                        $_____
register or transfers into                              $_____
your account which are not                        $_____
shown on your statement.              + $_____
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL  $_____

### CALCULATE THE SUBTOTAL
(Add Parts A and B)
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  TOTAL  $_____

### SUBTRACT
C.  The total outstanding checks and
withdrawals from the chart above. . . . . . . . .  - $_____

### CALCULATE THE ENDING BALANCE
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register. . . . . . . . . . . . . . . . . . . . .  $_____

To download and print additional Account Balance Calculation Worksheets (PDF), enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

