**Alan Gomperts**

**Income and Expense Reconcilaiton**

**Income**

| | | |
|---|---|---|
| Total income | Line d. of Part 8 | 37,885.30 |
| Payroll deductions | Line e. of Part 8 | (3,836.66) |
| Total Receipts | Line b. of part 1 | **34,048.64** |
| | | |
| Total Deposits in Wells Fargo account ending -3107 | | 79,897.06 |
| Reimbursed Expenses from agron, inc. (Employer) | | (45,848.42) |
| Net Deposits | | **34,048.64** |

**Expenses**

| | | |
|---|---|---|
| Total Expenses | Line i. of Part 8 | 77,061.73 |
| Payroll deductions | | 3,836.66 |
| Total disbursements | Line c. of part 1 | **73,225.07** |
| | | |
| Total withdrawals in Wells Fargo account ending -3107 | | 119,073.49 |
| | | |
| agron, inc Expenses | | (45,848.42) |
| Total Agron Expenses | | **(45,848.42)** |
| | | |
| Net Disbursements | | **73,225.07** |