**Alan Gomperts**
**Part 8 Expenses**

| Date | Amount | Payee | Description |
|------|--------|-------|-------------|
| 4/1/2026 | (1,675.00) | ZELLE TO JESELSOHN JOEL ON 04/01 REF # WFCT0ZZ2BKBS | Personal Living - College Rent |
| 4/1/2026 | (125.00) | ZELLE TO HERNANDEZ CIRO ON 04/01 REF # WFCT0ZZ2BNCN | Personal Living - Gardener |
| 4/2/2026 | (160.92) | BILL PAY NORTHWESTERN MUTUAL LIFE INSURAN ON-LINE xxxx4520 ON 04-02 | Personal Living - Life Insurance |
| 4/2/2026 | (150.00) | BILL PAY Jun Ho. Choi ON-LINE No Account Number ON 04-02 | Personal Living - Pool Man |
| 4/3/2026 | (719.86) | CITI CARD ONLINE PAYMENT 260402 421963460648786 SHARON HALEVY | Personal Living - Credit Card |
| 4/3/2026 | (3,094.56) | CHASE CREDIT CRD EPAY 260402 9213614449 SHARON HALEVY | Personal Living - Credit Card |
| 4/3/2026 | (6,770.83) | BILL PAY WELLS FARGO Oakhurst ON-LINE 0512091XXX ON 04-03 | Personal Living - Mortgage |
| 4/7/2026 | (2,600.00) | Cash eWithdrawal in Branch 04/07/2026 13:37 PM 9354 WILSHIRE BLVD BEVERLY HILLS CA 0874 | Personal Living - Cash Expenses |
| 4/7/2026 | (1,661.80) | CITI CARD ONLINE PAYMENT 260406 431963459500899 SHARON HALEVY | Personal Living - Credit Card |
| 4/7/2026 | (5.77) | SoCalGas PAID SCGC 260406 1291016484 301601474314430953 | Personal Living - Gas bill |
| 4/13/2026 | (1,071.79) | BLOOMINGDALES ONLINE PMT 260412 611985134341263 SHARON HALEVY | Personal Living - Clothing |
| 4/14/2026 | (1,500.00) | VENMO PAYMENT 260414 1049617596420 SHARON HALEVY GOMPERTS | Personal Living - School Tuition |
| 4/15/2026 | (100.00) | ATM WITHDRAWAL AUTHORIZED ON 04/15 1300 4th St Santa Monica Ca 0002304 ATM ID 0610A CARD 5456 | Personal Living - Cash Expenses |
| 4/24/2026 | (132.15) | BARCLAYCARD US CREDITCARD 1406155974 SHARON HALEVY | Personal Living - Credit Card |
| 4/24/2026 | (491.30) | ATT PAYMENT 042326 232795001EPAYS Alan Gomberts | Personal Living - Telephone |
| 4/27/2026 | (718.66) | BILL PAY WELLS FARGO AUTO ON-LINE xxxxxx6254 ON 04-27 | Personal Living - Auto Loan |
| 4/29/2026 | (6,552.60) | AMERICAN EXPRESS ACH PMT 260429 W2376 ALAN GOMPERTS | Personal Living - Credit Card |
| 4/30/2026 | (1,577.00) | Cash eWithdrawal in Branch 04/30/2026 12:32 PM 9354 WILSHIRE BLVD BEVERLY HILLS CA 0874 | Personal Living - Cash Expenses |

**Living Expenses**
**Line g. of Part 8**          **(29,107.24)**

| Date | Amount | Payee | Description |
|------|--------|-------|-------------|
| 4/1/2026 | (155.00) | ZELLE TO GABRIEL ADULFO ON 04/01 REF # WFCT0ZZ2BM38 | Gardener Canfield and Greenfield |
| 4/2/2026 | (75.00) | BILL PAY Nicandro Barba ON-LINE No Account Number ON 04-02 | Gardener Bagley |
| 4/2/2026 | (100.00) | BILL PAY 4 SEASON POOL SE ON-LINE No Account Number ON 04-02 | Pool Man - Bagley Ave |
| 4/3/2026 | (4,003.21) | BILL PAY WELLS FARGO Bagley ON-LINE 0512092XXX ON 04-03 | Mortgage - Bagley |
| 4/3/2026 | (2,050.07) | BILL PAY WELLS FARGO Canfield ON-LINE 0502483XXX ON 04-03 | Mortgage - Canfield |
| 4/3/2026 | (1,523.85) | BILL PAY WFHM - Greenfield ON-LINE 0320648XXX ON 04-03 | Mortgage - Greenfield |
| 4/7/2026 | (35,019.78) | LA Co TTC Paymnt 2139742111 3918950361 Alan Gomperts | Property Taxes - All Properties |
| 4/20/2026 | (695.62) | QUARTERLY FEE PAYMENT 260417 6RRS7PUIKC1 ALAN GOMPERTS | US Trustee fee |
| 4/28/2026 | (495.30) | BILL PAY Jun Ho. Choi ON-LINE No Account Number ON 04-28 | Repairs - Bagley |

**All Other Expenses**

**Line h. of Part 8**          **(44,117.83)  Expenses on Rental Properties**