# Wells Fargo Everyday Checking

April 30, 2026 ■ Page 1 of 6



SUE HALEVY
DEBTOR IN POSSESSION
CH11 CASE #24-12076 (CCA)
257 S LINDEN DR
BEVERLY HILLS CA 90212-3704

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711

**1-800-TO-WELLS**  (1-800-869-3557)

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

Other Wells Fargo Benefits

Spot the latest tax scam

Scammers posing as a tax consulting service are calling claiming you owe back taxes or have missed filings. They urge you to call them back immediately to "resolve" your tax debt. They often insist this is your "only chance" to avoid penalties.

Red Flags
- Unexpected calls regarding a tax issue.
- Claims of notices sent that you never received.
- Messages saying press a number to "be removed," a common scammer tactic to confirm working phone numbers.

What to Do
- Let unknown callers go to voicemail.
- Do NOT call back or share personal information.
- If you have concerns, contact the IRS directly - never use the number left on a voicemail.

For more information go to wellsfargo.com/spottaxscams



## Statement period activity summary

| | |
|---|---:|
| Beginning balance on 4/1 | $306.12 |
| Deposits/Additions | 17,819.74 |
| Withdrawals/Subtractions | - 17,693.48 |
| **Ending balance on 4/30** | **$432.38** |

| | |
|---|---|
| Account number: | **4484  (primary account)** |

**SUE HALEVY**
**DEBTOR IN POSSESSION**
**CH11 CASE #24-12076 (CCA)**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 121042882

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---:|---:|---:|
| 4/1 | | Blueshieldca Bill Pay 260331          7241 Sue Halevy | | 199.70 | 106.42 |
| 4/6 | | Blueshieldca Retry Pymt 260402          6731 Sue Halevy | | 650.00 | |
| 4/6 | | Zelle From Gabriel Chavez on 04/06 Ref # Bacx6Afinn4V | 1,600.00 | | 1,056.42 |
| 4/7 | | Zelle to Brian Kim on 04/06 Ref # Wfct0Zzqfz44 | | 1,050.00 | 6.42 |
| 4/8 | | SSA Treas 310 Xxsoc Sec 040826 xxxxx0735A SSA Sue Halevy | 2,943.00 | | |
| 4/8 | | Purchase authorized on 04/07 Wholefds Bvh 10022 Beverly Hills CA S386097706238632 Card 5292 | | 6.99 | |
| 4/8 | | Purchase authorized on 04/07 Ralphs #0156 Los Angeles CA S586097722574864 Card 5292 | | 9.99 | 2,932.44 |
| 4/10 | | Mobile Deposit : Ref Number :609100742925 | 1,475.76 | | |
| 4/10 | | Zelle From Commune Events Inc on 04/10 Ref # Wfct122422th | 1,800.00 | | |
| 4/10 | | Mobile Deposit : Ref Number :709100743953 | 1,792.52 | | |
| 4/10 | | Zelle to Vlad on 04/10 Ref # Wfct12242755 | | 4,072.50 | 3,928.22 |
| 4/14 | | eDeposit IN Branch 04/14/26 10:48:48 Am 433 N Camden Dr Beverly Hills CA | 5,500.00 | | |
| 4/14 | | Zelle From Seapiper Inn Inc on 04/14 Ref # Wfct122Jq8Lq | 2,500.00 | | |
| 4/14 | | First Foundation Retry Pymt 260410 000000000000000 00000000010364500 First Foundation Bank | | 6,789.84 | 5,138.38 |
| 4/15 | | Travelers Per Insur 260414          756 David Halevy David *Ha | | 296.83 | 4,841.55 |
| 4/17 | | Zelle to Commune on 04/17 Ref # Wfct122Vjl72 | | 1,800.00 | |
| 4/17 | | California Fair Debitpmt 260416 #594531060 CA Fair Plan | | 220.38 | 2,821.17 |
| 4/20 | | Mobile Deposit : Ref Number :508200712971 | 101.66 | | |
| 4/20 | | Mobile Deposit : Ref Number :408200712055 | 106.80 | | |
| 4/20 | | Quarterly Fee Payment 260417 6Rrs7Q385H1 Susan Halevy | | 279.38 | |
| 4/20 | | Lord's Insurance J2861 Ooff Cz10000R8Kpfc TRN*1*Cz10000R8Kpfc\Rmr*Ik*Lords Insurance Agency | | 1,410.10 | 1,340.15 |
| 4/24 | | Purchase authorized on 04/23 Tesla Insurance SE Fremont CA 2013 Card 5292 | | 813.97 | 526.18 |
| 4/27 | | Purchase authorized on 04/23 Glatt Western Kosh Los Angeles CA S386113743761058 Card 5292 | | 67.00 | 459.18 |
| 4/30 | | Purchase authorized on 04/28 Trader Joe S #237 Los Angeles CA          5959 Card 5292 | | 26.80 | 432.38 |
| **Totals** | | | **$17,819.74** | **$17,693.48** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

April 30, 2026 ■ Page 3 of 6



Items returned unpaid

| Date | Description | | Amount |
|---|---|---|---|
| 4/2 | Blueshieldca Bill Pay 260331 15752766731 Sue Halevy     Reference # | 031101110789731 | 650.00 |
| 4/9 | First Foundation Loan Pymt 260406 000000000000000 00000000C 122287580000208 | 500 First Foundation Bank     Reference # | 6,789.84 |

Summary of Overdraft Fees

| | Total this statement period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $35.00 |

*Year-to-date totals reflect fees assessed or reversed since the first full statement period of the calendar year. Negative values indicate that fee reversals exceed fees assessed.*

Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 04/01/2026 - 04/30/2026 | Standard monthly service fee $15.00 | You paid $0.00 |
|---|---|---|
| How to avoid the monthly service fee Have any ONE of the following each fee period | Minimum required | This fee period |
| • Minimum daily balance | $1,500.00 | -$543.58 ☐ |
| • Total amount of qualifying electronic deposits | $500.00 | $2,943.00 ÷ |
| • Age of primary account owner | 17 - 24 | ☐ |

RC/RC

 # IMPORTANT ACCOUNT INFORMATION

Effective July 1, 2026, the fee for stop payment requests on checks drawn on your account, or on pre-authorized (Automated Clearing House) items, will be $30 per item. The fee may not be applicable to all customers depending on the type of account you have. For more details, refer to the Fee and Information Schedule applicable to your account.

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

Other Wells Fargo Benefits

Help take control of your finances with a Wells Fargo personal loan.
Whether it's managing debt, making a large purchase, improving your home, or paying for unexpected expenses, a personal loan may be able to help. See personalized rates and payments in minutes with no impact to your credit score.
Get started at wellsfargo.com/personalloan.

Other Wells Fargo Benefits

Wells Fargo is serious about security.
Keeping your accounts and information secure is our priority. We use sophisticated tools to help safeguard your money - 24/7 fraud monitoring, data encryption, secure technology, and protection against suspicious activity. Visit our Security Center at wellsfargo.com/security to learn more.



## Important Information You Should Know

■ To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts

Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ If your account has a negative balance:

Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

■ In case of errors or questions about your electronic transfers:

Telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

■ In case of errors or questions about other transactions (that are not electronic transfers):

Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

WELLS FARGO

## Account Balance Calculation Worksheet

1.  Use the following worksheet to calculate your overall account balance.

2.  Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3.  Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

### ENTER
A.  The ending balance
shown on your statement.. . . . . . . . . . . . . .   $_____

### ADD
B.  Any deposits listed in your                          $_____
register or transfers into                              $_____
your account which are not                              $_____
shown on your statement.                             + $_____
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL  $_____

### CALCULATE THE SUBTOTAL
(Add Parts A and B)
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL  $_____

### SUBTRACT
C.  The total outstanding checks and
withdrawals from the chart above. . . . . . . . .  - $_____

### CALCULATE THE ENDING BALANCE
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register. . . . . . . . . . . . . . . . . . . . .   $_____

| Number | Items outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | Total $ |  |

To download and print additional Account Balance Calculation Worksheets (PDF), enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

©2021 Wells Fargo Bank, N.A All rights reserved. Member FDIC. NMLSR ID 399801

