ZEV SHECHTMAN (BAR NO. 266280)
zev.shechtman@saul.com
STEVEN WERTH (BAR NO. 205434)
steven.werth@saul.com
SAUL EWING LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone:  (310) 255-6100
Facsimile:  (310) 255-6200

Attorneys for Susan Halevy
Debtor and Debtor in Possession

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| In re: SEATON INVESTMENTS, LLC, et al.,<br>*Now a dismissed case*<br><br>Debtors and Debtors In Possession. | Lead Case No. 2:24-bk-12079-VZ<br><br>Jointly Administered with Case Nos.:<br>2:24-bk-12080-VZ; 2:24-bk-12081-VZ;<br>2:24-bk-12082-VZ; 2:24-bk-12091-VZ;<br>2:24-bk-12074-VZ; 2:24-bk-12075-VZ and<br>2:24-bk-12076-VZ |
|---|---|
| ☐  Affects All Debtors.<br><br>☐  Affects Case No.: 2:24-12080-VZ<br>Colyton Investments, LLC -*Now a dismissed case*<br><br>☐  Affects Case No.: 2:24-12081-VZ<br>Broadway Avenue Investments, LLC<br><br>☐  Affects 2:24-12082-VZ<br>SLA Investments, LLC<br><br>☐  Affects 2:24-12091-VZ<br>Negev Investments, LLC<br><br>☐  Affects Case No.: 2:24-12074-VZ<br>Alan Gomperts<br><br>☐  Affects Case No.: 2:24-12075-VZ<br>Daniel Halevy<br><br>☒  Affects Case No.: 2:24-12076-VZ<br>Susan Halevy | Chapter 11<br><br>**EXHIBIT 1 TO DECLARATION OF SUSAN HALEVY IN SUPPORT OF OPPOSITION [DOC. NO. 655] TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY FILED BY METROPOLITAN LIFE INSURANCE COMPANY [DOC. NO. 644]**<br><br>Date:       June 2, 2026<br>Time:      10:30 a.m.<br>Crtrm.:    1368 |

57915091.1 390855-00001

Attached hereto is Exhibit 1 to the Declaration of Susan Halevy in support of her opposition (doc. no. 655) to the Motion for Relief from the Automatic Stay (doc. no. 644) filed by Metropolitan Life Insurance Company.

DATED:  May 19, 2026                    SAUL EWING LLP


By:        /s/ Zev Shechtman
      ZEV SHECHTMAN
      Attorneys for Susan Halevy
      Debtor and Debtor in Possession

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255–6100

57915091.1 390855-00001                    2

**EXHIBIT 1**

# THE HALEVY FAMILY TRUST

This Declaration of Trust and Trust Agreement (hereinafter referred to as the Halevy Family Trust or Trust) is made on _____7 / 8_____, ~~2009~~ 2010, between David Halevy, Settlor-husband, and Sue Halevy, Settlor-wife, hereinafter sometimes referred to collectively as Settlors, and David Halevy and Sue Halevy, Trustees, hereinafter sometimes collectively referred to as the Trustee.

## ARTICLE 1

1. **ESTABLISHMENT OF TRUST**

   1.1 <u>Creation</u>. The Settlors hereby establish the Halevy Family Trust for the uses and purposes and subject to the terms, conditions, powers, and agreements hereinafter set forth.

   1.2 <u>Transfer to Trust</u>. Concurrently with the execution of this Trust, the Settlors have transferred to the Trustee the sum of Ten Dollars ($10) to hold the same in Trust.

   1.3 <u>Amendment or Revocation</u>. The Settlors reserve the power during their joint lifetimes to further amend, alter, or revoke this Trust in any and all respects. No such amendment, alteration, or revocation shall be effective unless executed jointly by the Settlors. If a Settlor who signs is not a Trustee, the instrument shall be delivered personally or by other commercial methods in which a signed receipt acknowledging receipt has been obtained ("authorized delivery") to one or more of the Trustees.

   1.3.1 After the death of the first Settlor to die (the "Deceased Settlor"), the Surviving Settlor may, in whole or in part, revoke or amend the Survivor's Trust by an instrument in writing signed and, if the Surviving Settlor is not a Trustee, delivered by authorized delivery to the Trustee. However, no person or persons may revoke or amend the Disclaimer Trust, except as may be authorized by a power of appointment expressly conferred by the terms of the Disclaimer Trust.

the Trustee. Such powers shall be effective for such duration as the Trustees may determine.

10.6.1  After the death of the Deceased Settlor, the Surviving Settlor, while serving as Trustee, shall have the right to execute such powers of attorney on the same terms as described in this paragraph 10.6 above.

## ARTICLE 11

11.    **TRUSTEE POWERS**

11.1   Grant of Powers. In addition to those powers now or hereafter conferred by law, the Trustee shall have the powers, discretions, and duties set forth in this Article. Such powers may be exercised by the Trustee at any time and repeatedly from time to time throughout the term of this Trust.

11.1.1   It is the Settlors' intention and direction that the Trustee shall exercise the powers and discretions granted in this Trust and by statute only in a manner consistent with the allowance of the federal estate tax marital deduction to which Settlors are entitled. Any powers and discretions that may disqualify the Trust or Trusts from qualifying for the marital deduction shall not be applicable to such Trust or Trusts.

11.2   General Powers. The Trustee shall have the power to invest and reinvest Trust funds in every kind of property, whether real, personal, or mixed, and in every kind of investment, in corporate obligations of every kind, in preferred or common stocks, in shares in investment trusts, or investment companies, in mutual funds, mortgages, market and index funds, deeds of trust, notes, real estate, and in any common trust fund that is administered by a corporate trustee. Such investments need not be diversified.

11.3   Retain Assets. The Trustee may continue to hold and retain any or all assets in the form received by the Trustee as long as the Trustee deems such holding and retention advisable.

11.4   Business Activity. The Trustee is authorized to do the following:

estate in accordance with Division Ten (10) of the California Probate Code entitled "Proration of Taxes."

      15.1.2  Any such taxes shall be allocated and paid in a manner that is consistent with the allowance of the estate tax marital deduction

      15.2  <u>Person</u>. The word "person" as used herein means any natural person, corporation, partnership, limited liability company, business organization, or representative or successor in interest, whenever the context so requires.

      **WE CERTIFY** that we have read the this Declaration of Trust, and that it correctly states the terms and conditions under which The Halevy Family Trust is to be held, managed and administered. We approve The Halevy Family Trust in all particulars.

Dated: September 8, 2010

_____
David Halevy
Settlor and Trustee


_____
Sue Halevy
Settlor and Trustee

## ACKNOWLEDGMENT

STATE OF CALIFORNIA        )

                                     ) ss.

COUNTY OF LOS ANGELES    )

On _Sept 8,_ _2010_ , 2009, before me, _Victoria C. Sands_ a Notary Public in and for said County and State, personally appeared **David Halevy** and **Sue Halevy** who proved to me on the basis of satisfactory evidence to be the persons whose names are subscribed to the within instrument and acknowledged to me that they executed the same in their authorized capacities, and that by their signatures on the instrument the persons, or the entity upon behalf of which the persons acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

VICTORIA C. SANDS
Commission # 1893639
Notary Public - California
Los Angeles County
My Comm. Expires Jun 25, 2014

_Victoria C. Sands_

Notary Public in and for said State

## RECEIPT

We the undersigned, as Trustees, do hereby acknowledge receipt of the sum of Ten Dollars ($10) to be held, managed, administered, and distributed pursuant to the terms of this Declaration of Trust.

Dated: September 9, 2010

_____
David Halevy
Trustee

_____
Sue Halevy
Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
SAUL EWING LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067

A true and correct copy of the foregoing document entitled (*specify*): EXHIBIT 1 TO DECLARATION OF SUSAN HALEVY IN SUPPORT OF OPPOSITION [DOC. NO. 655] TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY FILED BY METROPOLITAN LIFE INSURANCE COMPANY [DOC. NO. 644]

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 05/19/2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:


Scott R Albrecht     salbrecht@gsaattorneys.com, jackie.nguyen@sgsattorneys.com
Tanya Behnam     tbehnam@polsinelli.com, tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com
Jacquelyn H Choi     jacquelyn.Choi@rimonlaw.com, docketingsupport@rimonlaw.com
Carol Chow     Carol.Chow@saul.com,
hannah.richmond@saul.com;easter.santamaria@saul.com;carol.chow@ecf.courtdrive.com;litigationdocketing@saul.com
Robert F Conte     robert.conte@usdoj.gov, caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov
Ryan Coy     ryan.coy@blankrome.com, courtmail@blankrome.com
Christopher Cramer     secured@becket-lee.com
Christopher Crowell     ccrowell@frandzel.com, mbrandenberg@frandzel.com
Turner Falk     turner.falk@saul.com, tnfalk@recap.email
Michael G Fletcher     mfletcher@frandzel.com, sking@frandzel.com,autodocket@frandzel.com
Todd S. Garan     ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com
Richard Girgado     rgirgado@counsel.lacounty.gov
Jacqueline L James     jjames@buchalter.com, gvidales@buchalter.com;docket@buchalter.com;pjolley@buchalter.com
Kelly L Morrison     kelly.l.morrison@usdoj.gov
Avi Edward Muhtar     amuhtar@crownandstonelaw.com
Bruce D Poltrock     bpoltrock@frandzel.com, sking@frandzel.com,autodocket@frandzel.com
Paige Selina Poupart     Ppoupart@smsm.com, achase@frandzel.com
Zev Shechtman     Zev.Shechtman@saul.com,
Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com
;Isaiah.Bribiesca@saul.com
David B Shemano     dshemano@shemanolaw.com
Jessica M. Simon     jsimon@hrhlaw.com, mgranzow@hrhlaw.com
Derrick Talerico     dtalerico@wztslaw.com, maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com
United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov
Garrick Vanderfin     gvanderfin@polsinelli.com, zyoung@Polsinelli.com;ladocketing@polsinelli.com
Gerrick Warrington     gwarrington@frandzel.com, achase@frandzel.com,autodocket@frandzel.com
Samantha White     samantha.white@wellsfargo.com
Jennifer C Wong     bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com


☐ Service information continued on attached page


**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy

57915130.1
390855-00001 This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                              **F 9013-3.1.PROOF.SERVICE**

case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/19/2026 | Zev Shechtman | /s/ Zev Shechtman |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

57915130.1
390855-00001 This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                **F 9013-3.1.PROOF.SERVICE**