United States Bankruptcy Court

Central District of California

In re:

Seaton Investments, LLC

    Debtor

Case No. 24-12079-VZ

Chapter 11

# CERTIFICATE OF NOTICE

| District/off: 0973-2 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: May 20, 2026 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Seaton Investments, LLC, 264 S Oakhurst Dr, Beverly Hills, CA 90212-3504 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2026         Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Avi Edward Muhtar | on behalf of Interested Party Avi Muhtar amuhtar@crownandstonelaw.com |
| Bruce D Poltrock | on behalf of Creditor Archway Real Estate Income Fund I SPE I  LLC bpoltrock@frandzel.com, sking@frandzel.com,autodocket@frandzel.com |
| Carol Chow | on behalf of Debtor Alan Gomperts Carol.Chow@saul.com hannah.richmond@saul.com;easter.santamaria@saul.com;carol.chow@ecf.courtdrive.com;litigationdocketing@saul.com |
| Carol Chow | on behalf of Debtor Susan Halevy Carol.Chow@saul.com hannah.richmond@saul.com;easter.santamaria@saul.com;carol.chow@ecf.courtdrive.com;litigationdocketing@saul.com |
| Carol Chow | on behalf of Debtor Daniel Halevy Carol.Chow@saul.com hannah.richmond@saul.com;easter.santamaria@saul.com;carol.chow@ecf.courtdrive.com;litigationdocketing@saul.com |

District/off: 0973-2                        User: admin                                    Page 2 of 4

Date Rcvd: May 20, 2026                      Form ID: pdf042                                 Total Noticed: 1

Christopher Cramer
on behalf of Interested Party Courtesy NEF secured@becket-lee.com

Christopher Crowell
on behalf of Creditor Harvest Small Business Finance  LLC ccrowell@frandzel.com, mbrandenberg@frandzel.com

David B Shemano
on behalf of Creditor AIRE Ancient Baths Los Angeles  LLC dshemano@shemanolaw.com

Derrick Talerico
on behalf of Interested Party Susan Halevy dtalerico@wztslaw.com
maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico
on behalf of Debtor SLA Investments  LLC dtalerico@wztslaw.com,
maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico
on behalf of Debtor Colyton Investments  LLC dtalerico@wztslaw.com,
maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico
on behalf of Debtor Seaton Investments  LLC dtalerico@wztslaw.com,
maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico
on behalf of Debtor Broadway Avenue Investments  LLC dtalerico@wztslaw.com,
maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico
on behalf of Interested Party Daniel Halevy dtalerico@wztslaw.com
maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico
on behalf of Interested Party SLA Investments  LLC dtalerico@wztslaw.com,
maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico
on behalf of Debtor Negev Investments  LLC dtalerico@wztslaw.com,
maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico
on behalf of Interested Party Broadway Avenue Investments  LLC dtalerico@wztslaw.com,
maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico
on behalf of Interested Party Negev Investments  LLC dtalerico@wztslaw.com,
maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Garrick Vanderfin
on behalf of Creditor Korth Direct Mortgage Inc. gvanderfin@polsinelli.com
zyoung@Polsinelli.com;ladocketing@polsinelli.com

Gerrick Warrington
on behalf of Creditor Archway Real Estate Income Fund I SPE I  LLC gwarrington@frandzel.com,
achase@frandzel.com,autodocket@frandzel.com

Gerrick Warrington
on behalf of Creditor Archway Broadway Loan SPE  LLC, fka Archway Real Estate Income Fund I REIT, LLC
gwarrington@frandzel.com, achase@frandzel.com,autodocket@frandzel.com

Gerrick Warrington
on behalf of Plaintiff Archway Broadway Loan SPE  LLC, a Delaware limited liability company gwarrington@frandzel.com,
achase@frandzel.com,autodocket@frandzel.com

Gerrick Warrington
on behalf of Creditor Archway Broadway Loan SPE  LLC gwarrington@frandzel.com,
achase@frandzel.com,autodocket@frandzel.com

Gerrick Warrington
on behalf of Creditor Archway real estate income fund gwarrington@frandzel.com
achase@frandzel.com,autodocket@frandzel.com

Jacqueline L James
on behalf of Interested Party Harvest Small Business Finance  LLC jjames@buchalter.com,
gvidales@buchalter.com;docket@buchalter.com;pjolley@buchalter.com

Jacqueline L James
on behalf of Creditor Harvest Small Business Finance  LLC jjames@buchalter.com,
gvidales@buchalter.com;docket@buchalter.com;pjolley@buchalter.com

Jacquelyn H Choi
on behalf of Creditor LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR jacquelyn.Choi@rimonlaw.com

District/off: 0973-2                              User: admin                                    Page 3 of 4
Date Rcvd: May 20, 2026                          Form ID: pdf042                               Total Noticed: 1

docketingsupport@rimonlaw.com

Jennifer C Wong
   on behalf of Creditor Wells Fargo Bank  N.A. bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

Jennifer C Wong
   on behalf of Interested Party Courtesy NEF bknotice@mccarthyholthus.com  jwong@ecf.courtdrive.com

Jessica M. Simon
   on behalf of Creditor Harvest Small Business Finance  LLC jsimon@hrhlaw.com, mgranzow@hrhlaw.com

Kelly L Morrison
   on behalf of U.S. Trustee United States Trustee (LA) kelly.l.morrison@usdoj.gov

Michael G Fletcher
   on behalf of Creditor Archway Real Estate Income Fund I SPE I  LLC mfletcher@frandzel.com,
sking@frandzel.com,autodocket@frandzel.com

Michael G Fletcher
   on behalf of Plaintiff Archway Broadway Loan SPE  LLC, a Delaware limited liability company mfletcher@frandzel.com,
sking@frandzel.com,autodocket@frandzel.com

Michael G Fletcher
   on behalf of Creditor Archway Broadway Loan SPE  LLC, fka Archway Real Estate Income Fund I REIT, LLC
mfletcher@frandzel.com, sking@frandzel.com,autodocket@frandzel.com

Michael G Fletcher
   on behalf of Creditor Archway real estate income fund mfletcher@frandzel.com  sking@frandzel.com,autodocket@frandzel.com

Paige Selina Poupart
   on behalf of Creditor Archway Broadway Loan SPE  LLC, fka Archway Real Estate Income Fund I REIT, LLC
Ppoupart@smsm.com, achase@frandzel.com

Paige Selina Poupart
   on behalf of Creditor Archway Real Estate Income Fund I SPE I  LLC Ppoupart@smsm.com, achase@frandzel.com

Paige Selina Poupart
   on behalf of Plaintiff Archway Broadway Loan SPE  LLC, a Delaware limited liability company Ppoupart@smsm.com,
achase@frandzel.com

Richard Girgado
   on behalf of Creditor LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR rgirgado@counsel.lacounty.gov

Robert F Conte
   on behalf of Creditor United States of America on behalf of Internal Revenue Service robert.conte@usdoj.gov
caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov

Ryan Coy
   on behalf of Interested Party Alan Gomperts ryan.coy@blankrome.com  courtmail@blankrome.com

Ryan Coy
   on behalf of Interested Party Susan Halevy ryan.coy@blankrome.com  courtmail@blankrome.com

Ryan Coy
   on behalf of Defendant Susan Halevy ryan.coy@blankrome.com  courtmail@blankrome.com

Ryan Coy
   on behalf of Defendant Daniel Halevy ryan.coy@blankrome.com  courtmail@blankrome.com

Ryan Coy
   on behalf of Interested Party Daniel Halevy ryan.coy@blankrome.com  courtmail@blankrome.com

Ryan Coy
   on behalf of Interested Party Courtesy NEF ryan.coy@blankrome.com  courtmail@blankrome.com

Samantha White
   on behalf of Creditor Wells Fargo Bank N.A.  d/b/a Wells Fargo Auto samantha.white@wellsfargo.com

Scott R Albrecht
   on behalf of Creditor First Foundation Bank salbrecht@gsaattorneys.com  jackie.nguyen@sgsattorneys.com

Tanya Behnam
   on behalf of Creditor Korth Direct Mortgage Inc. tbehnam@polsinelli.com
tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com

Todd S. Garan
   on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing ch11ecf@aldridgepite.com
TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

Todd S. Garan
   on behalf of Creditor US Bank trust national Association  not in its individual capacity, bot solely as owner trustee for GS
Mortgage-Backed Securities Trust 2020-NQM1 ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

District/off: 0973-2                                        User: admin                                                Page 4 of 4

Date Rcvd: May 20, 2026                                Form ID: pdf042                                      Total Noticed: 1

Todd S. Garan

on behalf of Interested Party Courtesy NEF ch11ecf@aldridgepite.com  TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

Todd S. Garan

on behalf of Creditor Wells Fargo National Bank West ch11ecf@aldridgepite.com
TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

Todd S. Garan

on behalf of Creditor Metropolitan Life Insurance Company ch11ecf@aldridgepite.com
TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

Turner Falk

on behalf of Interested Party Susan Halevy turner.falk@saul.com  tnfalk@recap.email

Turner Falk

on behalf of Debtor Alan Gomperts turner.falk@saul.com  tnfalk@recap.email

Turner Falk

on behalf of Debtor Susan Halevy turner.falk@saul.com  tnfalk@recap.email

Turner Falk

on behalf of Interested Party Daniel Halevy turner.falk@saul.com  tnfalk@recap.email

Turner Falk

on behalf of Debtor Daniel Halevy turner.falk@saul.com  tnfalk@recap.email

United States Trustee (LA)

ustpregion16.la.ecf@usdoj.gov

Zev Shechtman

on behalf of Debtor Alan Gomperts Zev.Shechtman@saul.com
Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com

Zev Shechtman

on behalf of Debtor Daniel Halevy Zev.Shechtman@saul.com
Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com

Zev Shechtman

on behalf of Defendant Susan Halevy Zev.Shechtman@saul.com
Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com

Zev Shechtman

on behalf of Interested Party Alan Gomperts Zev.Shechtman@saul.com
Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com

Zev Shechtman

on behalf of Interested Party Susan Halevy Zev.Shechtman@saul.com
Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com

Zev Shechtman

on behalf of Defendant Daniel Halevy Zev.Shechtman@saul.com
Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com

Zev Shechtman

on behalf of Interested Party Courtesy NEF Zev.Shechtman@saul.com
Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com

Zev Shechtman

on behalf of Interested Party Daniel Halevy Zev.Shechtman@saul.com
Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com

Zev Shechtman

on behalf of Debtor Susan Halevy Zev.Shechtman@saul.com
Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com


TOTAL: 69

BLANK ROME LLP
Ryan F. Coy, Bar No. 324939
ryan.coy@blankrome.com
2029 Century Park East, 6th Floor
Los Angeles, California 90067
Telephone:    424-239-3400
Facsimile:    424-239-3434

Former Counsel for Debtors
Alan Gomperts, Daniel Halevy, and
Susan Halevy

**FILED & ENTERED**

**MAY 20 2026**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY mohammad   DEPUTY CLERK**

**CHANGES MADE BY COURT**

**UNITED STATES BANKRUPCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

In re:

SEATON INVESTMENTS, LLC, et al., **--
Now a dismissed case,**

               Debtors and Debtors in
               Possession.

☐ Affects All Debtors.
☐ Affects Seaton Investments, LLC (Dismissed)
☐ Affects Colyton Investments, LLC (Dismissed)
☐ Affects Broadway Avenue Investments, LLC
☐ Affects SLA Investments, LLC
☐ Affects Negev Investments, LLC
☒ Affects Alan Gomperts
☒ Affects Daniel Halevy
☒ Affects Susan Halevy

Lead Case No. 2:24-bk-12079-VZ

Jointly Administered with Case Nos.:
2:24-bk-12080-VZ; 2:24-bk-12081-VZ;
2:24-bk-12082-VZ; 2:24-bk-12091-VZ;
2:24-bk-12074-VZ; 2:24-bk-12075-VZ and
2:24-bk-12076-VZ

Chapter 11

**ORDER GRANTING IN PART AND DENYING IN PART MOTION OF RYAN COY TO WITHDRAW AS COUNSEL**

[No Hearing Required Pursuant to Local Bankruptcy Rule 9013-1(p)]

    The Court considered Ryan F. Coy's Motion to Withdraw as Counsel ("Motion," docket #650), and for good cause, IT IS ORDERED

    1. The motion to withdraw as counsel is GRANTED as to  Ryan Coy's request for withdrawal as counsel of record to Debtors Alan Gomperts, Daniel Halevy, and Susan Halevy.

BLANK ROME LLP
ATTORNEYS AT LAW
LOS ANGELES

2. The request to direct the Clerk of Court to remove Ryan F. Coy from the CM/ECF service list for Notice of Electronic Filing (NEF) in this case IS DENIED.  **Ryan Coy may contact the CM/ECF Help Desk at (213) 894-2365 for assistance at following instructions found in the CM/ECF online manual for removing a name from NEF transmission in a case.**

### #

Date: May 20, 2026

Vincent P. Zurzolo
United States Bankruptcy Judge

- 2 -

BLANK ROME LLP
ATTORNEYS AT LAW
LOS ANGELES