Debtor's Name **SLA INVESTMENTS, LLC**                    Case No.  24-12082

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |

l.  Are you required to pay any Domestic Support Obligations as defined by 11        Yes ☐  No ☒
U.S.C § 101(14A)?

m.  If yes, have you made all Domestic Support Obligation payments?        Yes ☐  No ☐  N/A ☒

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/ eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**<u>I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.</u>**

/s/ Alan Gomperts                                           Alan Gomperts
Signature of Responsible Party                            Printed Name of Responsible Party

Manager                                                    05/27/2026
Title                                                      Date

UST Form 11-MOR (12/01/2021) - Mac                    9

**SLA Investments, LLC**
# Preliminary Balance Sheet
**As of April 30, 2026**

|  | Apr 30, 26 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| **Farmers and Merchants Checking** | 25,970.37 |
| **Farmers Tax Account** | 160.00 |
| **Total Checking/Savings** | 26,130.37 |
| **Total Current Assets** | 26,130.37 |
| **Fixed Assets** | |
| **Accumulated Depreciation** | -214,996.00 |
| **Buildings** | 1,328,597.70 |
| **Land** | 2,109,733.00 |
| **Total Fixed Assets** | 3,223,334.70 |
| **Other Assets** | |
| **Accumulated Amort, loan fee** | -39,793.00 |
| **Loan Fees** | 72,350.00 |
| **Total Other Assets** | 32,557.00 |
| **TOTAL ASSETS** | **3,282,022.07** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Other Current Liabilities** | |
| **Loan payable, Seaton** | -7,000.00 |
| **Loans payable, Sienna Rose** | 128,100.00 |
| **Tenant Security Deposits Held** | 15,619.10 |
| **Total Other Current Liabilities** | 136,719.10 |
| **Total Current Liabilities** | 136,719.10 |
| **Long Term Liabilities** | |
| **Harvest Small Business Finance** | 1,802,928.00 |
| **Member Loans** | -6,625.00 |
| **Total Long Term Liabilities** | 1,796,303.00 |
| **Total Liabilities** | 1,933,022.10 |
| **Equity** | |
| **Capital-Sue Halevy** | 1,076,854.33 |
| **Capital, Alan Gomperts** | 135,961.11 |
| **Capital, Daniel Halevy** | 135,958.08 |
| **Capital, Simon Harkam** | 103,327.44 |
| **Retained Earnings** | -44,600.33 |
| **Net Income** | -58,500.66 |
| **Total Equity** | 1,348,999.97 |
| **TOTAL LIABILITIES & EQUITY** | **3,282,022.07** |

**SLA Investments, LLC**
## Preliminary Profit & Loss
**April 2026**

|  | Apr 26 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Rental Income** | 11,200.00 |
| **Total Income** | 11,200.00 |
| **Expense** | |
| **Bank Service Charges** | 143.43 |
| **Franchise taxes paid** | 800.00 |
| **Interest Expense** | 9,015.00 |
| **Repairs and Maintenance** | 2,551.62 |
| **Taxes and Licenses** | 250.00 |
| **Utilities** | 11,285.54 |
| **Total Expense** | 24,045.59 |
| **Net Ordinary Income** | -12,845.59 |
| **Net Income** | **-12,845.59** |

## SLA Investments, LLC
## Preliminary Statement of Cash Flows
### April 2026

|  | Apr 26 |
|---|---|
| **OPERATING ACTIVITIES** |  |
| Net Income | -12,845.59 |
| **Net cash provided by Operating Activities** | -12,845.59 |
| **Net cash increase for period** | -12,845.59 |
| **Cash at beginning of period** | 38,975.96 |
| **Cash at end of period** | **26,130.37** |

**SLA Investments, LLC**                                 **Case No. 2-24-bk-12082-VZ**                                 **Apr-26**

**PART 5 - Schedule of Payments to Professionals**

| Professional/Role | Date of Retention | Retainer Paid | | Fees Approved by Court | | Expenses Approved by Court | | Retainer Applied | | Fees Paid (over retainer) | | Expenses Paid (over retainer) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Prepetition | At Petition Date | During Mo. | Cumulative | During Mo. | Cumulative | During Mo. | Cumulative | During Mo. | Cumulative | During Mo. | Cumulative |
| Weintraub Zolkin Talerico & Selth LLP (Insolvency Counsel) | 5/28/24 effective as of 3/19/24 | $ 20,000.00 | $ 16,998.00 | $ - | $ 41,174.00 | $ - | $ 283.23 | $ - | $ 16,998.00 | $ - | $ - | $ - | $ - |

**SLA Investments, LLC**
**Insurance Schedule**

| Name of Insurance Carrier | Type of Insurance | Policy Number | Policy Expiration | Date Premium Paid |
|---|---|---|---|---|
| Westchester Surplus Lines Insurance Company | Property and GL  Insurance | FSF17912367002 | 8/24/26 | 8/7/25 |

## SLA Investments, LLC
## Reconciliation Summary
### Farmers and Merchants Checking, Period Ending 04/30/2026

|  | Apr 30, 26 |
|---|---|
| **Beginning Balance** | 38,807.96 |
| **Cleared Transactions** | |
| **Checks and Payments - 12 items** | -24,037.59 |
| **Deposits and Credits - 8 items** | 11,200.00 |
| **Total Cleared Transactions** | -12,837.59 |
| **Cleared Balance** | **25,970.37** |
| **Register Balance as of 04/30/2026** | 25,970.37 |
| **Ending Balance** | 25,970.37 |



Date 4/30/26
Account No. 5678
Page 1 of 4

SLA INVESTMENTS LLC
DIP CASE 2:24-BK-12082-VZ
OPERATING ACCOUNT
264 S OAKHURST DR
BEVERLY HILLS CA 90212-3504



Beware of fraudsters
Impersonating bank employees
Received a suspicious call?
Call the F&M Client Care
Center at 866-437-0011

## Account Title

SLA Investments LLC
DIP Case 2:24-bk-12082-VZ
Operating Account

## Bankruptcy Trustee Summary

| | | | |
|---|---|---|---|
| Account Number | 5678 | Number of Enclosures | 1 |
| Beginning Balance | 38,807.96 | Statement Dates | 4/01/26 thru 4/30/26 |
| 8 Deposits/Credits | 11,200.00 | Days in the statement period | 30 |
| 12 Checks/Debits | 24,037.59 | Average Ledger | 24,860.13 |
| Service Charge | 0.00 | | |
| Interest Paid | 0.00 | | |
| Ending Balance | 25,970.37 | | |

## Deposits and Other Credits

| Date | Description | Amount |
|---|---|---|
| 4/01 | EARTH BEAN COFFE 9200502235 11212898248 SLA Investments ACH Pmt 02100002435CCD | 2,300.00 |
| 4/02 | PIRATEWORLDWIDE 9200502235 11213348850 SLA Investments ACH Pmt 02100002505CCD | 2,600.00 |

Continued on next page

Questions? Call us: (866) 437-0011

 Member FDIC

 FMB.com


NMLS# 537388



| | |
|---|---|
| Date | 4/30/26 |
| Account No. | 5678 |
| | Page 2 of 4 |

Bankruptcy Trustee                                            5678 (continued)

## Deposits and Other Credits

| Date | Description | Amount |
|---|---|---|
| 4/09 | Incoming Wire NIJAI D BURCH | 300.00 |
| 4/20 | Mobile Deposit - Checking | 1,000.00 |
| 4/20 | Incoming Wire NIJAI D BURCH | 300.00 |
| 4/21 | Incoming Wire TYLER LEPLEY | 1,000.00 |
| 4/27 | Incoming Wire NIJAI D BURCH | 300.00 |
| 4/28 | Mobile Deposit - Checking | 3,400.00 |

## Checks and Other Debits

| Date | Description | Amount |
|---|---|---|
| 4/02 | OLB Outgoing Wire Harvest Small Business Finance | 9,015.00- |
| 4/02 | Wire Transfer Fee | 15.00- |
| 4/03 | LADWP 4956000736 7545068044 SLA Investments WEB PAY 09100001407CCD | 9,805.40- |
| 4/09 | Wire Transfer Fee | 10.00- |
| 4/13 | FRANCHISE TAX BO 1282532045 127947910 PSLA INVE PAYMENTS 04200001835CCD | 800.00- |
| 4/20 | QUARTERLY FEE 1501000502 0000 SLA INVESTMENTS, PAYMENT 04103604897CCD | 250.00- |
| 4/20 | Wire Transfer Fee | 10.00- |
| 4/21 | Wire Transfer Fee | 10.00- |
| 4/22 | QUARTERLY FEE 1501000502 0000 SLA INVESTMENTS, PAYMENT 04103604050CCD | 80.43- |
| 4/27 | Wire Transfer Fee | 10.00- |
| 4/28 | NASASERVICESINC PURCHASE 091000016130597 3383693141 PPD ROSE | 1,480.14- |

## Checks In Number Order

| Date | Check# | Amount | Date | Check# | Amount | Date | Check# | Amount |
|---|---|---|---|---|---|---|---|---|
| 4/13 | 1024 | 2,551.62 | | | | | | |

* Denotes missing check numbers

## Checking Account Daily Balances

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 4/01 | 41,107.96 | 4/13 | 21,810.94 | 4/27 | 24,050.51 |
| 4/02 | 34,677.96 | 4/20 | 22,850.94 | 4/28 | 25,970.37 |
| 4/03 | 24,872.56 | 4/21 | 23,840.94 | | |
| 4/09 | 25,162.56 | 4/22 | 23,760.51 | | |

Questions? Call us: (866) 437-0011

Member FDIC





FMB.com

NMLS# 537388



| | |
|---|---|
| Date | 4/30/26 |
| Account No. | 5678 |
| | Page 3 of 4 |

Bankruptcy Trustee                                   5678 (continued)

<div style="background:#15502f;color:#fff;text-align:center;padding:8px">

**End of Statement**

</div>

Thank you for banking with Farmers & Merchants Bank.



Download the App
**FMB-Mobile 2.0**





F&M Bank does not charge for this service, however, your wireless carrier may charge you fees related to this service.

Questions? Call us: (866) 437-0011


Member
**FDIC**




NMLS# 537388

**F&M BANK**

# 1024   $2,551.62   Posted Date   4/13/2026

## SLA Investments, LLC
## Reconciliation Summary
### Farmers Tax Account, Period Ending 04/30/2026

|  | Apr 30, 26 |
|---|---|
| **Beginning Balance** | 168.00 |
| **Cleared Transactions** | |
| **Checks and Payments - 1 item** | -8.00 |
| **Total Cleared Transactions** | -8.00 |
| **Cleared Balance** | **160.00** |
| **Register Balance as of 04/30/2026** | 160.00 |
| **Ending Balance** | 160.00 |



| | |
|---|---|
| Date | 4/30/26 |
| Account No. | 5686 |
| | Page 1 of 2 |

SLA INVESTMENTS LLC
DIP CASE 2:24-BK-12082-VZ
TAX ACCOUNT
264 S OAKHURST DR
BEVERLY HILLS CA 90212-3504



Beware of fraudsters
Impersonating bank employees
Received a suspicious call?
Call the F&M Client Care
Center at 866-437-0011

## Account Title

SLA Investments LLC
DIP Case 2:24-bk-12082-VZ
Tax Account

## Bankruptcy Trustee Summary

| | | | |
|---|---|---|---|
| Account Number | 5686 | Number of Enclosures | 0 |
| Beginning Balance | 168.00 | Statement Dates | 4/01/26 thru 4/30/26 |
| Deposits/Credits | 0.00 | Days in the statement period | 30 |
| Checks/Debits | 0.00 | Average Ledger | 168.00 |
| Service Charge | 8.00 | | |
| Interest Paid | 0.00 | | |
| Ending Balance | 160.00 | | |

## Service Charge Detail

| Description | Amount |
|---|---|
| Minimum Balance Fee | 8.00 |

Questions? Call us: (866) 437-0011

Member
FDIC



fMB.com



NMLS# 537388



| | |
|---|---|
| Date | 4/30/26 |
| Account No. | 5686 |
| | Page 2 of 2 |

Bankruptcy Trustee                    5686 (continued)

## Checks and Other Debits

| Date | Description | Amount |
|------|-------------|--------|
| 4/30 | Service Charge | 8.00- |

## Checking Account Daily Balances

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 4/01 | 168.00 | 4/30 | 160.00 | | |

## End of Statement

Thank you for banking with Farmers & Merchants Bank.

  

F&M Bank does not charge for this service, however, your wireless carrier may charge you fees related to this service.

Questions? Call us: (866) 437-0011







NMLS# 537388

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
   11766 Wilshire Blvd, Suite 730, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled (*specify*): **MONTHLY OPERATING REPORT – APRIL 2026**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in
the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
May 29, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the
following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:


See attached NEF Service List

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*)_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case
or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first
class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge
will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the
following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to
such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration
that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is
filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 29, 2026 | Martha E. Araki | /s/ Martha E. Araki |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

Seaton Investments, LLC – Jointly Administered

**1**.  <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

- <u>Attorneys for Corporate Debtors Broadway Avenue Investments, LLC, Negev Investments, LLC, SLA Investments, LCC.</u>: **Derrick Talerico**: dtalerico@wztslaw.com; maraki@wztslaw.com; sfritz@wztslaw.com; admin@wztslaw.com
- <u>Attorneys for Individual Debtors Alan Gomperts, Daniel Halevy, Susan Halevy</u>:  **Zev Shechtman, Carol Chow, Turner Falk, Ryan Coy**:  zev.shechtman@saul.com; zshechtman@ecf.inforuptcy.com; carol.chow@saul.com; easter.santamaria@saul.com; turner.falk@saul.com; ryan.coy@saul.com
- <u>Attorneys for Creditor First Foundation Bank</u>:  **Scott R Albrecht**: scott.albrecht@sgsattorneys.com; jackie.nguyen@sgsattorneys.com
- <u>Attorneys for Creditor Korth Direct Mortgage, Inc.</u>:  **Tanya Behnam, Garrick Vanderfin**:  gvanderfin@polsinelli.com, tbehnam@polsinelli.com; tanyabehnam@gmail.com; ladocketing@polsinelli.com; zyoung@polsinelli.com; ccripe@polsinelli.com;
- <u>Attorneys for Creditor Los Angeles County Treasurer and Tax Collector</u>:  **Jacquelyn H Choi**: jacquelyn.choi@rimonlaw.com; docketingsupport@rimonlaw.com
- <u>Attorneys for Creditor United States of America on behalf of the Internal Revenue Service</u>:  **Robert F Conte**: robert.conte@usdoj.gov; caseview.ecf@usdoj.gov; usacac.tax@usdoj.gov
- <u>Courtesy NEF/Interested Party</u>:  **Christopher Cramer**:  secured@becket-lee.com
- <u>Attorneys for Creditor Harvest Small Business Finance, LLC</u>:  **Christopher Crowell, Jessica M Simon**: ccrowell@frandzel.com; mbrandenberg@frandzel.com
- <u>Attorneys for Creditors Archway Real Estate Income Fund I SPE I, LLC, Archway Broadway Loan SPE, LLC, fka Archway Real Estate Income Fund I REIT, LLC, Archway Real Estate Income Fund, and Plaintiff Archway Broadway Loan SPE, LLC</u>:  **Michael G. Fletcher, Bruce D. Poltrock, Paige Selina Poupart, Gerrick Warrington**: mfletcher@frandzel.com; ppoupart@franddzel.com; gwarrington@frandzel.com; bpoltrock@frandzel.com; sking@frandzel.com; achase@frandzel.com; autodocket@frandzel.com
- <u>Attorneys for Creditors NewRez LLC d/b/a Shellpoint Mortgage Servicing, Wells Fargo National Bank West</u>:  **Todd S Garan**:  ch11ecf@aldridgepite.com; TSG@ecf.inforuptcy.com; tgaran@aldridgepite.com
- <u>Attorneys for Creditor Los Angeles County Treasurer and Tax Collector</u>:  **Richard Girgado**: rgirgado@counsel.lacounty.gov
- <u>Attorneys for Creditor Harvest Small Business Finance, LLC</u>:  **Jacqueline L James**:  jjames@buchalter.com; gvidales@buchalter.com; docket@buchalter.com
- <u>Courtesy NEF/Interested Party Avi Muhtar</u>:  **Avi Edward Muhtar**:  amuhtar@crownandstonelaw.com
- <u>Attorneys for Creditor AIRE Ancient Baths Los Angeles, LLC</u>:  **David B Shemano**:  dshemano@shemanolaw.com
- <u>Attorneys for Creditor Harvest Small Business Finance, LLC</u>:  **Jessica M. Simon**:  jsimon@hrhlaw.com; mgranzow@hrhlaw.com
- <u>Attorneys for Creditor Wells Fargo Bank, N.A. dba Wells Fargo Auto</u>:  **Samantha White**: Samantha.white@wellsfargo.com
- <u>Attorneys for Creditor Wells Fargo Bank, N.A.</u>:  **Jennifer C Wong**: bknotice@mccartyholthus.com; jwong@ecf.courtdrive.com
- <u>US Trustee's Office</u>: ustpregion16.la.ecf@usdoj.gov; **Kelly L. Morrison**: Kelly.l.morrison@usdoj.gov

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                **F 9013-3.1.PROOF.SERVICE**