Derrick Talerico (State Bar No. 223763)
dtalerico@wztslaw.com
David B. Zolkin (State Bar No. 155410
dzolkin@wztslaw.com
WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 Wilshire Boulevard, Suite 730
Los Angeles, CA 90025
Telephone: (424) 500-8552

Counsel to Debtors Broadway Avenue
Investments, LLC, SLA Investments, LLC, and
Negev Investments, LLC

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

In re:

SEATON INVESTMENTS, LLC,
    *Now a dismissed case*

        Debtor and Debtor in Possession.

☐ Affects All Debtors.

☒ Affects Case No. 2:24-bk-12074-VZ
    ALAN GOMPERTS

☒ Affects Case No. 2:24-bk-12075-VZ
    DANIEL HALEVY

☒ Affects Case No. 2:24-bk-12076-VZ
    SUSAN HALEVY

☒ Affects Case No. 2:24-bk-12081-VZ
    BROADWAY AVENUE
    INVESTMENTS, LLC

☒ Affects Case No. 2:24-bk-12082-VZ
    SLA INVESTMENTS, LLC

☒ Affects Case No. 2:24-bk-12091-VZ
    NEGEV INVESTMENTS, LLC

☐ Affects Case No. 2:24-bk-12079-VZ
    SEATON INVESTMENTS, LLC
    *Now a dismissed case*

☐ Affects Case No. 2:24-bk-12080-VZ
    COLYTON INVESTMENTS, LLC
    *Now a dismissed case*

Case No. 2:24-bk-12079-VZ

Jointly Administered with Case Nos.:
2:24-bk-12080-VZ; 2:24-bk-12081-VZ;
2:24-bk-12082-VZ; 2:24-bk-12091-VZ;
2:24-bk-12074-VZ; 2:24-bk-12075-VZ and
2:24-bk-12076-VZ

Chapter 11

**NOTICE OF ERRATA RE PROOF
OF SERVICE ATTACHED TO
NOTICE OF HEARING ON MOTION
TO MODIFY VARIOUS ORDERS TO
DISMISS DEBTORS CASES [Dkt.
669]**

Hearing:
Date:          June 23, 2026
Time:          11:00 a.m.
Courtroom:   1368
                  255 E. Temple Street
                  Los Angeles, CA 90012

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

-1-
NOTICE OF ERRATA RE PROOF OF SERVICE

Broadway Avenue Investments, LLC, SLA Investments, LLC, and Negev Investments, LLC (the "Debtors"), the debtors and debtors-in-possession in the pending jointly administered chapter 11 bankruptcy cases herein, filed a *Notice of Hearing on Motion to Modify Various Orders to Dismiss Debtors Cases* (the "Notice") [Doc. No. 669] on June 2, 2026.

Upon review of the Notice following the filing, the Debtors' counsel realized that the U.S. Mail service list was inadvertently omitted from the filed copy of the Notice.  Attached hereto is a copy of the U.S. Mail service list.

Dated:  June 2, 2026               **WEINTRAUB ZOLKIN TALERICO & SELTH LLP**


By: */s/ Derrick Talerico*
     Derrick Talerico
Counsel to Debtors Broadway Avenue Investments, LLC, SLA Investments, LLC, and Negev Investments, LLC

NOTICE OF ERRATA RE PROOF OF SERVICE

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

**US Mail Service List - Consolidated Broadway Avenue Investments LLC; SLA Investments LLC; Negev Investments LLC; Alan Gomperts, Daniel Halevy, Susan Halevy (excluding NEF)**

Los Angeles Division
255 East Temple Street
Los Angeles, CA 90012-3332

**Secured Creditors – Broadway, SLA, Negev, Susan Halevy, Daniel Halevy, Alan Gomperts:**

Archway Real Estate Income Fund I REIT, LLC
Attn Bobby Khorshidi, Manager of AOL GP, LLC
Authorized Signer
10100 Santa Monica Blvd Ste 500
Los Angeles, CA 90067-4121

**Secured Creditor – Broadway:**

Los Angeles County Treasurer / Tax Collector
Attn Bankruptcy Unit
PO Box 54110
Los Angeles Ca 90054-0110

**Secured Creditor - SLA:**

Harvest Small Business Finance (SBA)
24422 Avenida de la Carlota Ste 400
Laguna Hills, CA 92653

**Secured Creditors - Negev**

Riverside County Treasurer-Tax Collector
4080 Lemon St 4th FL
Riverside, CA 92501-3609

Riverside County Tax Collector
PO Box 12005
Riverside, CA 92502-2205

**Secured Creditors - Alan Gomperts**

Wells Fargo Bank N.A.
dba Wells Fargo Auto
PO Box 169005
Irving, TX 75016

Wells Fargo Bank N.A.
Default Document Processing
MAC# N9286-01Y
PO Boz 1629
Minneapolis, MN 55440-9790

**Secured Creditors - Daniel Halevy**

Athas Capital Group Inc
Attn Officer
3990 Westerly Pl Ste 240
Newport Beach, CA 92660

**Secured Creditors - Susan Halevy**

Shellpoint Mortgage Servicing
PO Box 10826
Greenville, SC 29603-0826

First Foundation Bank
Attn Thomas C Shafer, CEO
1810 Von Karman Ave Ste 750
Irvine, CA 92612

**20 Largest - Broadway:**

California Refrigeration & Supply
Attn Officer
1926 Glendon Ave Apt 4
Los Angeles, CA 90025-4661

Capital One
Attn Officer or Manager
PO Box 30285
Salt Lake City, UT 84130-0285

Mordechai Miky Acoca
1926 Glendon Ave #4
Los Angeles, CA 90025-4661

**20 Largest - SLA:**

Los Angeles Dept of Water and Power
PO Box 30808
Los Angeles, CA 90030

Southern California Gas
Centralized Correspondence
PO Box 1626
Monterey Park, 91754-8626

**20 Largest - Alan Gomperts:**

Archway Real Estate Income Fund I SPE I LLC
Attn Bobby Khorshidi, Manager of AOL GP, LLC
Authorized Signer
10100 Santa Monica Blvd Ste 500
Los Angeles, CA 90067-4121

Balboa Capital Corp
Attn Phil Silva, President
575 Anton Blvd 12th FL
Costa Mesa, CA 92626

KDM California LLC
Attn Keith M Heinrich
135 San Lorenzo Ave Ste 600
Miami, FL 33146-1875

Wells Fargo Bank
PO Box 51162
Los Angeles, CA 90051-5482

Harvest Small Business Finance
Attn Officer or Manager
24422 Avenida de la Carlota Ste 400
Laguna Hills, CA 92653-3634

**20 Largest - Daniel Halevy:**

American Express
PO Box 981535
El Paso, TX 79998-1535

KDM California LLC
Attn Keith M Heinrich
135 San Lorenzo Ave Ste 600
Miami, FL 33146-1875

Harvest Small Business Finance
Attn Officer or Manager
24422 Avenida de la Carlota Ste 400
Laguna Hills, CA 92653-3634

**Other Unsecured Creditors – Broadway:**

Alta Fire Pro
Attn Albert Nikghosian, CEO, CFO
PO Box 7007
Mission Hills, CA 91346-7007

Southern California Edison Company
Attn Steven D Powell CEO
2244 Walnut Grove Ave
Rosemead, CA 91770

Mark Berkowitz CPA
5850 Canoga Ave Suite 220
Woodland Hills, CA 91367-6505

RG Fire Inc
Attn Rafael Goforth Dominguez CEO/CFO
8721 Laurel Canyon Blvd
Sun Valley, CA 91352-2919

**Other Unsecured Creditors - SLA:**

David Garay
1040 S Los Angeles St Unit 8
Los Angeles, CA 90015

Earth Bean Coffee LLC
1200 S Grand Ave #658
Los Angeles, CA 90015

El Hadj Sy dba Entrapreneur
Attn David Garay
1040 S Los Angeles St Unit #10
Los Angeles, CA 90015

Miracle Watts
1040 S Los Angeles, St
Los Angeles, CA 90015

Nijai Burch dba Instant Bae LLC
1040 S Los Angeles St Unit #14
Los Angeles, CA 90015

Saul Edi Faal
1040 S Los Angeles St Unit #17
Los Angeles, CA 90015

Serafin Canizares
1040 S Los Angeles St
Los Angeles, CA 90015

Davix Foreman dba Dojo in the Sky
1040 S Los Angeles St Unit #18
Los Angeles, CA 90015

Juliana Contreras Sanchez
1040 S Los Angeles St Unit #11
Los Angeles, CA 90015

**Other Unsecured Creditors - Negev**

Seapiper Inn Inc
264 S Oakhurst Dr
Beverly Hills, CA 90212

Commune Events Inc
Attn Officer
802 Mateo St
Los Angeles, CA 90021

**Other Unsecured Creditors – Alan Gomperts:**

American Express
PO Box 981535
El Paso, TX 79998-1535

Los Angeles County Tax Collector
Attn Bankruptcy Unit
PO Box 54110
Los Angeles Ca 90054-0110

**Other Unsecured Creditors - Daniel Halevy:**

Balboa Capital Corp
Attn Phil Silva, President
575 Anton Blvd 12th Fl
Costa Mesa, CA 92626

**Other Unsecured Creditors - Susan Halevy:**

Balboa Capital Corp
Attn Phil Silva, President
575 Anton Blvd 12th Fl
Costa Mesa, CA 92626

Harvest Small Business Finance
Attn Officer or Manager
24422 Avenida de la Carlota Ste 400
Laguna Hills, CA 92653-3634

KDM California LLC
Attn Keith M Heinrich
135 San Lorenzo Ave Ste 600
Miami, FL 33146-1875

**Other Parties in Interest/Special Notice - Broadway, SLA, Negev:**

Joshua Mogin Esq
Thompson Coburn LLP
10100 Santa Monica Blvd Ste 500
Los Angeles, CA 90067-4121

**Other Parties in Interest/Special Notice - SLA:**

US Small Business Administration
1429 Kingsport Rd
Forth Worth, TX 76155-2243

US Small Business Administration
Office of General Counsel
312 N Spring St 5th FL
Los Angeles, CA 99012

US Small Business Administration
409 3rd St SW
Washington, DC 20416

**Other Parties in Interest/Special Notice – Alan Gomperts**

Polsinelli LLP
2049 Century Park E Ste 2900
Los Angeles, CA 90067

Wells Fargo Bank
c/o CSC Lawyers Incorporating Svc
2710 Gateway Oaks Dr Ste 150N
Sacramento, CA 95833

Adam Willmouth and Ericka Ochoa
3538 Greenfield Ave
Los Angeles, CA 90034

Jose Benssouson
222 Bagley Ave
Los Angeles, CA 90034

Shmuel Levy
2247 S Canfield Ave
Los Angeles, CA 90034

**Other Parties in Interest/Special Notice - Daniel Halevy:**

Shellpoint Mortgage Servicing
PO Box 10826
Greenville, SC 29603-0826

Wells Fargo Bank Small Business Lending Unit
PO Box 29482 MAC S4101-08C
Phoenix, AZ 85038-9482

**Other Parties in Interest/Special Notice - Susan Halevy:**

Brian Boyken
133 S Palm Dr #1
Beverly Hills, CA 90212

Drexter Castillo
133 S Palm Dr #2
Beverly Hills, CA 90212

Gabrielle Chavez
133 S Palm Dr #4
Beverly Hills, CA 90212

Nathan Halevy
133 S Palm Dr #5
Beverly Hills, CA 90212

Perla Segla
133 S Palm Dr #4
Beverly Hills, CA 90212

Arianna Messbani
140 S Roxbury Dr Unit 5
Beverly Hills, CA 90212

Audrey Fratz
140 S Roxbury Dr Unit 17
Beverly Hills, CA 90212

Greg Morgan
140 S Roxbury Dr Unit 4
Beverly Hills, CA 90212

Heather Regan
140 S Roxbury Dr Unit 8
Beverly Hills, CA 90212

Jennifer Riddle
140 S Roxbury Dr Unit 11
Beverly Hills, CA 90212

Karen Egozi
140 S Roxbury Dr Unit 10
Beverly Hills, CA 90212

Kateryne Bien Alme
140 S Roxbury Dr Unit 6
Beverly Hills, CA 90212

Michael Giorgio
140 S Roxbury Dr Unit 9
Beverly Hills, CA 90212

Mona Forde
140 S Roxbury Dr Unit 2
Beverly Hills, CA 90212

Patro Kashani
140 S Roxbury Dr Unit 14
Beverly Hills, CA 90212

Saatsaz Sahel
140 S Roxbury Dr Unit 15
Beverly Hills, CA 90212

Satinder Chhokar
140 S Roxbury Dr Unit 12
Beverly Hills, CA 90212

Stephanie Dang
140 S Roxbury Dr Unit 1
Beverly Hills, CA 90212

Teresita Gomez
140 S Roxbury Dr Unit 3
Beverly Hills, CA 90212

Theodora Wade
140 S Roxbury Dr Unit 7
Beverly Hills, CA 90212

Vesna Pantelic
140 S Roxbury Dr Unit 16
Beverly Hills, CA 90212

Chase Bank
Court Orders & Levies - Mail Code LA4-7200
700 Kansas Lane
Monroe, LA 71203

**Priority Tax Creditors - All Debtors:**

CA Dept of Tax and Fee Admin
Account Info Group MIC29
PO Box 942879
Sacramento, CA 94279-0029

Employment Development Dept
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001

Franchise Tax Board
Bankruptcy Section MS A-340
PO Box 2952
Sacramento, CA 95812-2952

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
   11766 Wilshire Blvd, Suite 730, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled (*specify*): **Notice of Errata re Proof of Service Attached to Notice of Hearing on Motion To Modify Various Orders to Dismiss the Debtors Cases [Dkt. 669]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) June 2, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See attached NEF Service List

☒   Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*)_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐   Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)  June 2, 2026, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Vincent Zurzolo                  (via Priority Mail)
United States Bankruptcy Court
255 E Temple St Suite 1360
Los Angeles, CA 90012

☐   Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 2, 2026 | Martha E. Araki | /s/ Martha E. Araki |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                        **F 9013-3.1.PROOF.SERVICE**

Broadway Avenue Investments, LLC – Jointly Administered

**1**. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

- <u>Attorneys for Corporate Debtors Broadway Avenue Investments, LLC, Negev Investments, LLC, SLA Investments, LCC.</u>: **Derrick Talerico**: dtalerico@wztslaw.com; maraki@wztslaw.com; sfritz@wztslaw.com; admin@wztslaw.com
- <u>Attorneys for Individual Debtors Alan Gomperts, Daniel Halevy, Susan Halevy</u>: **Zev Shechtman, Carol Chow, Turner Falk, Ryan Coy**: zev.shechtman@saul.com; zshechtman@ecf.inforuptcy.com; carol.chow@saul.com; easter.santamaria@saul.com; turner.falk@saul.com; ryan.coy@saul.com
- <u>Attorneys for Creditor First Foundation Bank</u>: **Scott R Albrecht**: scott.albrecht@sgsattorneys.com; jackie.nguyen@sgsattorneys.com
- <u>Attorneys for Creditor Korth Direct Mortgage, Inc.</u>: **Tanya Behnam, Garrick Vanderfin**: gvanderfin@polsinelli.com, tbehnam@polsinelli.com; tanyabehnam@gmail.com; ladocketing@polsinelli.com; zyoung@polsinelli.com; ccripe@polsinelli.com;
- <u>Attorneys for Creditor Los Angeles County Treasurer and Tax Collector</u>: **Jacquelyn H Choi**: jacquelyn.choi@rimonlaw.com; docketingsupport@rimonlaw.com
- <u>Attorneys for Creditor United States of America on behalf of the Internal Revenue Service</u>: **Robert F Conte**: robert.conte@usdoj.gov; caseview.ecf@usdoj.gov; usacac.tax@usdoj.gov
- <u>Courtesy NEF/Interested Party</u>: **Christopher Cramer**: secured@becket-lee.com
- <u>Attorneys for Creditor Harvest Small Business Finance, LLC</u>: **Christopher Crowell, Jessica M Simon**: ccrowell@frandzel.com; mbrandenberg@frandzel.com
- <u>Attorneys for Creditors Archway Real Estate Income Fund I SPE I, LLC, Archway Broadway Loan SPE, LLC, fka Archway Real Estate Income Fund I REIT, LLC, Archway Real Estate Income Fund, and Plaintiff Archway Broadway Loan SPE, LLC</u>: **Michael G. Fletcher, Bruce D. Poltrock, Paige Selina Poupart, Gerrick Warrington**: mfletcher@frandzel.com; ppoupart@franddzel.com; gwarrington@frandzel.com; bpoltrock@frandzel.com; sking@frandzel.com; achase@frandzel.com; autodocket@frandzel.com
- <u>Attorneys for Creditors NewRez LLC d/b/a Shellpoint Mortgage Servicing, Wells Fargo National Bank West</u>: **Todd S Garan**: ch11ecf@aldridgepite.com; TSG@ecf.inforuptcy.com; tgaran@aldridgepite.com
- <u>Attorneys for Creditor Los Angeles County Treasurer and Tax Collector</u>: **Richard Girgado**: rgirgado@counsel.lacounty.gov
- <u>Attorneys for Creditor Harvest Small Business Finance, LLC</u>: **Jacqueline L James**: jjames@buchalter.com; gvidales@buchalter.com; docket@buchalter.com
- <u>Courtesy NEF/Interested Party Avi Muhtar</u>: **Avi Edward Muhtar**: amuhtar@crownandstonelaw.com
- <u>Attorneys for Creditor AIRE Ancient Baths Los Angeles, LLC</u>: **David B Shemano**: dshemano@shemanolaw.com
- <u>Attorneys for Creditor Harvest Small Business Finance, LLC</u>: **Jessica M. Simon**: jsimon@hrhlaw.com; mgranzow@hrhlaw.com
- <u>Attorneys for Creditor Wells Fargo Bank, N.A. dba Wells Fargo Auto</u>: **Samantha White**: Samantha.white@wellsfargo.com
- <u>Attorneys for Creditor Wells Fargo Bank, N.A.</u>: **Jennifer C Wong**: bknotice@mccartyholthus.com; jwong@ecf.courtdrive.com
- <u>US Trustee's Office</u>: ustpregion16.la.ecf@usdoj.gov; **Kelly L. Morrison**: Kelly.l.morrison@usdoj.gov

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                  **F 9013-3.1.PROOF.SERVICE**