**Alan Gomperts**
**Part 8 Expenses**

| Date | Amount | Payee | Description |
|---|---|---|---|
| 5/1/2026 | (125.00) | ZELLE TO HERNANDEZ CIRO ON 05/01 REF # WFCT124JP8V8 | Personal Living - Gardener |
| 5/1/2026 | (1,675.00) | ZELLE TO JESELSOHN JOEL ON 05/01 REF # WFCT124JPBW4 | Personal Living - College Rent |
| 5/4/2026 | (6,770.83) | BILL PAY WELLS FARGO  Oakhurst ON-LINE 0512091XXX ON 05-04 | Personal Living - Mortgage |
| 5/4/2026 | (160.92) | BILL PAY NORTHWESTERN MUTUAL LIFE INSURAN    ON-LINE xxxx4520 ON 05-04 | Personal Living - Life Insurance |
| 5/4/2026 | (1,743.49) | CITI CARD ONLINE PAYMENT   260503 431983282321219 SHARON HALEVY | Personal Living - Credit Card |
| 5/4/2026 | (3,955.98) | CHASE CREDIT CRD EPAY     260502 9292310166    SHARON HALEVY | Personal Living - Credit Card |
| 5/5/2026 | (150.00) | BILL PAY Jun Ho. Choi              ON-LINE No Account Number ON 05-05 | Personal Living - Pool Man |
| 5/6/2026 | (63.84) | SoCalGas      PAID SCGC  260505 1291016484    301601474316025523 | Personal Living - Gas bill |
| 5/8/2026 | (2,603.24) | CITI CARD ONLINE PAYMENT   260507 421988484489850 SHARON HALEVY | Personal Living - Credit Card |
| 5/14/2026 | (1,377.00) | Cash eWithdrawal in Branch 05/14/2026 11:54 AM 9354 WILSHIRE BLVD BEVERLY HILLS CA 0874 | Personal Living - Cash Expenses |
| 5/18/2026 | (44.88) | MACYS        ONLINE PMT 260517 602013741414831 SHARON HALEVY | Personal Living - Clothing |
| 5/26/2026 | (422.95) | ATT       PAYMENT   052326 198902001EPAYW  Alan Gomberts | Personal Living - Telephone |
| 5/28/2026 | (718.66) | BILL PAY WELLS FARGO AUTO             ON-LINE xxxxxx6254 ON 05-28 | Personal Living - Auto Loan |

**Living Expenses**
**Line g. of Part 8**        **(19,811.79)**

| Date | Amount | Payee | Description |
|---|---|---|---|
| 5/1/2026 | (155.00) | ZELLE TO GABRIEL ADULFO ON 05/01 REF # WFCT124JP6LP | Gardener Canfield and Greenfield |
| 5/4/2026 | (150.00) | BILL PAY Jun Ho. Choi              ON-LINE No Account Number ON 05-04 | Pool Man - Bagley Ave |
| 5/4/2026 | (1,523.85) | BILL PAY WFHM - Greenfield ON-LINE 0320648XXX ON 05-04 | Mortgage - Greenfield |
| 5/4/2026 | (2,050.07) | BILL PAY WELLS FARGO Canfield ON-LINE 0502483XXX ON 05-04 | Mortgage - Canfield |
| 5/4/2026 | (4,003.21) | BILL PAY WELLS FARGO Bagley ON-LINE 0512092XXX ON 05-04 | Mortgage - Bagley |
| 5/4/2026 | (75.00) | BILL PAY Nicandro Barba              ON-LINE No Account Number ON 05-04 | Gardener Bagley |

**All Other Expenses**
**Line h. of Part 8**        **(7,957.13)  Expenses on Rental Properties**