Derrick Talerico (State Bar No. 223763)
dtalerico@wztslaw.com
Paige T. Rolfe (State Bar No. 155410
prolfe@wztslaw.com
WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 Wilshire Boulevard, Suite 730
Los Angeles, CA 90025
Telephone: (424) 500-8552

Counsel to Debtors Broadway Avenue
Investments, LLC, SLA Investments, LLC, and
Negev Investments, LLC

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

In re:

SEATON INVESTMENTS, LLC,
*Now a dismissed case*

Debtor and Debtor in Possession.

☐ Affects All Debtors.
☐ Affects Case No. 2:24-bk-12074-VZ
ALAN GOMPERTS
☐ Affects Case No. 2:24-bk-12075-VZ
DANIEL HALEVY
☐ Affects Case No. 2:24-bk-12076-VZ
SUSAN HALEVY
☒ Affects Case No. 2:24-bk-12081-VZ
BROADWAY AVENUE
INVESTMENTS, LLC
☐ Affects Case No. 2:24-bk-12082-VZ
SLA INVESTMENTS, LLC
☐ Affects Case No. 2:24-bk-12091-VZ
NEGEV INVESTMENTS, LLC
☐ Affects Case No. 2:24-bk-12079-VZ
SEATON INVESTMENTS, LLC
*Now a dismissed case*
☐ Affects Case No. 2:24-bk-12080-VZ
COLYTON INVESTMENTS, LLC
*Now a dismissed case*

Case No. 2:24-bk-12079-VZ

Jointly Administered with Case Nos.:
2:24-bk-12080-VZ; 2:24-bk-12081-VZ;
2:24-bk-12082-VZ; 2:24-bk-12091-VZ;
2:24-bk-12074-VZ; 2:24-bk-12075-VZ and
2:24-bk-12076-VZ

Chapter 11

**NOTICE OF WITHDRAWAL OF
NOTICE OF MOTION AND
MOTION FOR ORDER: (1)
APPROVING BIDDING
PROCEDURES FOR THE SALE OF
REAL PROPERTY; (2)
AUTHORIZING EMPLOYMENT OF
ELIZABETH CLARK OF KIDDER
MATHEWS AS REAL ESTATE
BROKER; (3) AUTHORIZING SALE
OF REAL PROPERTY FREE AND
CLEAR OF LIENS, CLAIMS, AND
INTERESTS; AND RELATED
RELIEF; MEMORANDUM OF
POINTS AND AUTHORITIES;
DECLARATIONS OF ALAN D.
GOMPERTS, JACK STEPHENS,
AND ELIZABETH CLARK IN
SUPPORT THEREOF [Dkt. 680]**

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

-1-

Hearing**:**
Date:        June 23, 2026
Time:        11:00 a.m.
Courtroom:   1368
             255 E. Temple Street
             Los Angeles, CA 90012

At the instruction of the Court, Broadway Avenue Investments, LLC ("**Debtor**"), hereby withdraws the *Notice Of Motion And Motion For Order: (1) Approving Bidding Procedures For The Sale Of Real Property; (2) Authorizing Employment Of Elizabeth Clark Of Kidder Mathews As Real Estate Broker; (3) Authorizing Sale Of Real Property Free And Clear Of Liens, Claims, And Interests; And Related Relief; Memorandum Of Points And Authorities; Declarations Of Alan D. Gomperts, Jack Stephens, And Elizabeth Clark In Support Thereof* [Dkt. 680] (the "**Motion**") filed on June 16, 2026. The Debtor will re-file the Motion as directed by the Court.

Dated: June 17, 2026          **WEINTRAUB ZOLKIN TALERICO & SELTH LLP**


By */s/ Derrick Talerico*
        Derrick Talerico

Counsel for Broadway Avenue Investments, LLC,
Debtor and Debtor in Possession

**WEINTRAUB ZOLKIN TALERICO & SELTH LLP**
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025