Debtor's Name SLA INVESTMENTS, LLC                                    Case No. 24-12082

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○ No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○ No ○ N/A ● |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/ eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

<u>**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**</u>

| | |
|---|---|
| /s/ Alan Gomperts | Alan Gomperts |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Manager | 06/23/2026 |
| Title | Date |

UST Form 11-MOR (12/01/2021) - Mac                    9

## SLA Investments, LLC
## Preliminary Balance Sheet
### As of May 31, 2026

|  | May 31, 26 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| **Farmers and Merchants Checking** | 26,885.50 |
| **Farmers Tax Account** | 152.00 |
| **Total Checking/Savings** | 27,037.50 |
| **Total Current Assets** | 27,037.50 |
| **Fixed Assets** | |
| **Accumulated Depreciation** | -249,061.00 |
| **Buildings** | 1,328,597.70 |
| **Land** | 2,109,733.00 |
| **Total Fixed Assets** | 3,189,269.70 |
| **Other Assets** | |
| **Accumulated Amort, loan fee** | -47,028.00 |
| **Loan Fees** | 72,350.00 |
| **Total Other Assets** | 25,322.00 |
| **TOTAL ASSETS** | **3,241,629.20** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Other Current Liabilities** | |
| **Loan payable, Seaton** | -7,000.00 |
| **Loans payable, Sienna Rose** | 128,100.00 |
| **Tenant Security Deposits Held** | 15,619.10 |
| **Total Other Current Liabilities** | 136,719.10 |
| **Total Current Liabilities** | 136,719.10 |
| **Long Term Liabilities** | |
| **Harvest Small Business Finance** | 1,802,928.00 |
| **Member Loans** | -6,625.00 |
| **Total Long Term Liabilities** | 1,796,303.00 |
| **Total Liabilities** | 1,933,022.10 |
| **Equity** | |
| **Capital-Sue Halevy** | 1,076,854.33 |
| **Capital, Alan Gomperts** | 135,961.11 |
| **Capital, Daniel Halevy** | 135,958.08 |
| **Capital, Simon Harkam** | 103,327.44 |
| **Retained Earnings** | -85,900.33 |
| **Net Income** | -57,593.53 |
| **Total Equity** | 1,308,607.10 |
| **TOTAL LIABILITIES & EQUITY** | **3,241,629.20** |

## SLA Investments, LLC
## Preliminary Profit & Loss
**May 2026**

|  | May 26 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Rental Income | 12,500.00 |
| **Total Income** | 12,500.00 |
| **Expense** | |
| Bank Service Charges | 73.00 |
| Interest Expense | 9,015.00 |
| Repairs and Maintenance | 2,504.87 |
| Taxes and Licenses | 0.00 |
| **Total Expense** | 11,592.87 |
| **Net Ordinary Income** | 907.13 |
| **Net Income** | **907.13** |

## SLA Investments, LLC
## Preliminary Statement of Cash Flows
### May 2026

|  | May 26 |
|---|---|
| **OPERATING ACTIVITIES** |  |
| Net Income | 907.13 |
| **Net cash provided by Operating Activities** | 907.13 |
| **Net cash increase for period** | 907.13 |
| **Cash at beginning of period** | 26,130.37 |
| **Cash at end of period** | **27,037.50** |

**SLA Investments, LLC**                                 **Case No. 2-24-bk-12082-VZ**                                 **May-26**

**PART 5 - Schedule of Payments to Professionals**

| Professional/Role | Date of Retention | Retainer Paid | | Fees Approved by Court | | Expenses Approved by Court | | Retainer Applied | | Fees Paid (over retainer) | | Expenses Paid (over retainer) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Prepetition | At Petition Date | During Mo. | Cumulative | During Mo. | Cumulative | During Mo. | Cumulative | During Mo. | Cumulative | During Mo. | Cumulative |
| Weintraub Zolkin Talerico & Selth LLP (Insolvency Counsel) | 5/28/24 effective as of 3/19/24 | $ 20,000.00 | $ 16,998.00 | $ - | $ 41,174.00 | $ - | $ 283.23 | $ - | $ 16,998.00 | $ - | $ - | $ - | $ - |

**SLA Investments, LLC**
**Insurance Schedule**

| Name of Insurance Carrier | Type of Insurance | Policy Number | Policy Expiration | Date Premium Paid |
|---|---|---|---|---|
| Westchester Surplus Lines Insurance Company | Property and GL Insurance | FSF17912367002 | 8/24/26 | 8/7/25 |

## SLA Investments, LLC
# Reconciliation Summary
### Farmers and Merchants Checking, Period Ending 05/31/2026

|  | May 31, 26 |
|---|---|
| **Beginning Balance** | 25,970.37 |
| **Cleared Transactions** | |
| **Checks and Payments - 9 items** | -11,834.87 |
| **Deposits and Credits - 11 items** | 12,750.00 |
| **Total Cleared Transactions** | 915.13 |
| **Cleared Balance** | **26,885.50** |
| **Register Balance as of 05/31/2026** | 26,885.50 |
| **Ending Balance** | 26,885.50 |



| | |
|---|---|
| Date | 5/29/26 |
| Account No. | 5678 |
| | Page 1 of 4 |

SLA INVESTMENTS LLC
DIP CASE 2:24-BK-12082-VZ
OPERATING ACCOUNT
264 S OAKHURST DR
BEVERLY HILLS CA 90212-3504

Gain practical knowledge you can use right away.
Join our educational webinars led by trusted experts.
Register now at FMB.com/Webinars

## Account Title

SLA Investments LLC
DIP Case 2:24-bk-12082-VZ
Operating Account

## Bankruptcy Trustee Summary

| | | | |
|---|---|---|---|
| Account Number | 5678 | Number of Enclosures | 2 |
| Beginning Balance | 25,970.37 | Statement Dates | 5/01/26 thru 5/31/26 |
| 11  Deposits/Credits | 12,750.00 | Days in the statement period | 31 |
| 9  Checks/Debits | 11,834.87 | Average Ledger | 21,706.93 |
| Service Charge | 0.00 | | |
| Interest Paid | 0.00 | | |
| Ending Balance | 26,885.50 | | |

## Deposits and Other Credits

| Date | Description | Amount |
|---|---|---|
| 5/01 | EARTH BEAN COFFE 9200502235 11217372248 SLA Investments ACH Pmt 02100002588CCD | 2,300.00 |
| 5/04 | Mobile Deposit - Checking | 250.00 |
| 5/04 | Mobile Deposit - Checking | 1,000.00 |
| 5/05 | Incoming Wire NIJAI D BURCH | 300.00 |

Continued on next page

Questions? Call us: (866) 437-0011

Member FDIC

 **FMB.com**

NMLS# 537388



| | |
|---|---|
| Date | 5/29/26 |
| Account No. | 5678 |
| Page 2 of 4 | |

Bankruptcy Trustee                                    5678 (continued)

## Deposits and Other Credits

| Date | Description | Amount |
|---|---|---|
| 5/06 | PIRATEWORLDWIDE 9200502235 11218003135 SLA Investments ACH Pmt 02100002337CCD | 2,600.00 |
| 5/12 | Incoming Wire NIJAI D BURCH | 300.00 |
| 5/18 | Incoming Wire NIJAI D BURCH | 300.00 |
| 5/19 | Incoming Wire TYLER LEPLEY | 1,000.00 |
| 5/26 | Incoming Wire NIJAI D BURCH | 300.00 |
| 5/27 | Mobile Deposit - Checking | 1,000.00 |
| 5/29 | Mobile Deposit - Checking | 3,400.00 |

## Checks and Other Debits

| Date | Description | Amount |
|---|---|---|
| 5/01 | OLB Outgoing Wire Harvest Small Business Finance | 9,015.00- |
| 5/01 | Wire Transfer Fee | 15.00- |
| 5/05 | Wire Transfer Fee | 10.00- |
| 5/12 | Wire Transfer Fee | 10.00- |
| 5/18 | Wire Transfer Fee | 10.00- |
| 5/19 | Wire Transfer Fee | 10.00- |
| 5/26 | Wire Transfer Fee | 10.00- |

## Checks In Number Order

| Date | Check# | Amount | Date | Check# | Amount | Date | Check# | Amount |
|---|---|---|---|---|---|---|---|---|
| 5/04 | 1025 | 2,504.87 | 5/18 | 1026 | 250.00 | | | |

* Denotes missing check numbers

## Checking Account Daily Balances

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 5/01 | 19,240.37 | 5/12 | 21,165.50 | 5/27 | 23,485.50 |
| 5/04 | 17,985.50 | 5/18 | 21,205.50 | 5/29 | 26,885.50 |
| 5/05 | 18,275.50 | 5/19 | 22,195.50 | | |
| 5/06 | 20,875.50 | 5/26 | 22,485.50 | | |

## End of Statement

Thank you for banking with Farmers & Merchants Bank.

## Questions? Call us: (866) 437-0011

Member FDIC





NMLS# 537388



Date                                5/29/26
Account No.                         5678
Page 3 of 4

Bankruptcy Trustee                          5678 (continued)




F&M Bank does not charge for this service, however, your wireless carrier may charge you fees related to this service.

Questions? Call us: (866) 437-0011







NMLS# 537388

**F&M BANK**

# 1025   $2,504.87   Posted Date   5/04/2026

# 1026   $250.00   Posted Date   5/18/2026

## SLA Investments, LLC
## Reconciliation Summary
### Farmers Tax Account, Period Ending 05/31/2026

|  | May 31, 26 |
|---|---|
| **Beginning Balance** | 160.00 |
| **Cleared Transactions** | |
| **Checks and Payments - 1 item** | -8.00 |
| **Total Cleared Transactions** | -8.00 |
| **Cleared Balance** | **152.00** |
| **Register Balance as of 05/31/2026** | 152.00 |
| **Ending Balance** | 152.00 |



SLA INVESTMENTS LLC
DIP CASE 2:24-BK-12082-VZ
TAX ACCOUNT
264 S OAKHURST DR
BEVERLY HILLS CA 90212-3504



| | |
|---|---|
| Date | 5/29/26 |
| Account No. | 5686 |
| | Page 1 of 2 |

Gain practical knowledge you can use right away.
Join our educational webinars led by trusted experts.
Register now at FMB.com/Webinars

## Account Title

SLA Investments LLC
DIP Case 2:24-bk-12082-VZ
Tax Account

## Bankruptcy Trustee Summary

| | | | |
|---|---|---|---|
| Account Number | 5686 | Number of Enclosures | 0 |
| Beginning Balance | 160.00 | Statement Dates | 5/01/26 thru 5/31/26 |
| Deposits/Credits | 0.00 | Days in the statement period | 31 |
| Checks/Debits | 0.00 | Average Ledger | 160.00 |
| Service Charge | 8.00 | | |
| Interest Paid | 0.00 | | |
| Ending Balance | 152.00 | | |

## Service Charge Detail

| Description | Amount |
|---|---|
| Minimum Balance Fee | 8.00 |

## Checks and Other Debits

| Date | Description | Amount |
|---|---|---|
| 5/29 | Service Charge | 8.00- |

Questions? Call us: (866) 437-0011


Member
FDIC





NMLS# 537388



Date                 5/29/26
Account No.               5686
Page 2 of 2

Bankruptcy Trustee                    5686 (continued)

## Checking Account Daily Balances

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 5/01 | 160.00 | 5/29 | 152.00 | | |

## End of Statement

Thank you for banking with Farmers & Merchants Bank.

   

**Download the App**
**FMB-Mobile 2.0**

F&M Bank does not charge for this service, however, your wireless carrier may charge you fees related to this service.

Questions? Call us: (866) 437-0011







NMLS# 537388

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
     11766 Wilshire Blvd, Suite 730, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled (*specify*):  **MONTHLY OPERATING REPORT – MAY 2026**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in
the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
June 23, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the
following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:


See attached NEF Service List

☒   Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*)_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case
or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first
class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge
will be completed no later than 24 hours after the document is filed.

☐   Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the
following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to
such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration
that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is
filed.

☐   Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 23, 2026 | Martha E. Araki | /s/ Martha E. Araki |
| --- | --- | --- |
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

Seaton Investments, LLC – Jointly Administered

**1**. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

- <u>Attorneys for Corporate Debtors Broadway Avenue Investments, LLC, Negev Investments, LLC, SLA Investments, LCC.</u>: **Derrick Talerico**: dtalerico@wztslaw.com; maraki@wztslaw.com; sfritz@wztslaw.com; admin@wztslaw.com
- <u>Attorneys for Individual Debtors Alan Gomperts, Daniel Halevy, Susan Halevy</u>:  **Zev Shechtman, Carol Chow, Turner Falk, Ryan Coy**:  zev.shechtman@saul.com; zshechtman@ecf.inforuptcy.com; carol.chow@saul.com; easter.santamaria@saul.com; turner.falk@saul.com; ryan.coy@saul.com
- <u>Attorneys for Creditor First Foundation Bank</u>:  **Scott R Albrecht**:  scott.albrecht@sgsattorneys.com; jackie.nguyen@sgsattorneys.com
- <u>Attorneys for Creditor Korth Direct Mortgage, Inc.</u>:  **Tanya Behnam, Garrick Vanderfin**:  gvanderfin@polsinelli.com, tbehnam@polsinelli.com; tanyabehnam@gmail.com; ladocketing@polsinelli.com; zyoung@polsinelli.com; ccripe@polsinelli.com;
- <u>Attorneys for Creditor Los Angeles County Treasurer and Tax Collector</u>:  **Jacquelyn H Choi**:  jacquelyn.choi@rimonlaw.com; docketingsupport@rimonlaw.com
- <u>Attorneys for Creditor United States of America on behalf of the Internal Revenue Service</u>:  **Robert F Conte**:  robert.conte@usdoj.gov; caseview.ecf@usdoj.gov; usacac.tax@usdoj.gov
- <u>Courtesy NEF/Interested Party</u>:  **Christopher Cramer**:  secured@becket-lee.com
- <u>Attorneys for Creditor Harvest Small Business Finance, LLC</u>:  **Christopher Crowell, Jessica M Simon**:  ccrowell@frandzel.com; mbrandenberg@frandzel.com
- <u>Attorneys for Creditors Archway Real Estate Income Fund I SPE I, LLC, Archway Broadway Loan SPE, LLC, fka Archway Real Estate Income Fund I REIT, LLC, Archway Real Estate Income Fund, and Plaintiff Archway Broadway Loan SPE, LLC</u>:  **Michael G. Fletcher, Bruce D. Poltrock, Paige Selina Poupart, Gerrick Warrington**:  mfletcher@frandzel.com; ppoupart@franddzel.com; gwarrington@frandzel.com; bpoltrock@frandzel.com; sking@frandzel.com; achase@frandzel.com; autodocket@frandzel.com
- <u>Attorneys for Creditors NewRez LLC d/b/a Shellpoint Mortgage Servicing, Wells Fargo National Bank West</u>:  **Todd S Garan**:  ch11ecf@aldridgepite.com; TSG@ecf.inforuptcy.com; tgaran@aldridgepite.com
- <u>Attorneys for Creditor Los Angeles County Treasurer and Tax Collector</u>:  **Richard Girgado**:  rgirgado@counsel.lacounty.gov
- <u>Attorneys for Creditor Harvest Small Business Finance, LLC</u>:  **Jacqueline L James**:  jjames@buchalter.com; gvidales@buchalter.com; docket@buchalter.com
- <u>Courtesy NEF/Interested Party Avi Muhtar</u>:  **Avi Edward Muhtar**:  amuhtar@crownandstonelaw.com
- <u>Attorneys for Creditor AIRE Ancient Baths Los Angeles, LLC</u>:  **David B Shemano**:  dshemano@shemanolaw.com
- <u>Attorneys for Creditor Harvest Small Business Finance, LLC</u>:  **Jessica M. Simon**:  jsimon@hrhlaw.com; mgranzow@hrhlaw.com
- <u>Attorneys for Creditor Wells Fargo Bank, N.A. dba Wells Fargo Auto</u>:  **Samantha White**:  Samantha.white@wellsfargo.com
- <u>Attorneys for Creditor Wells Fargo Bank, N.A.</u>:  **Jennifer C Wong**:  bknotice@mccartyholthus.com; jwong@ecf.courtdrive.com
- <u>US Trustee's Office</u>:  ustpregion16.la.ecf@usdoj.gov; **Kelly L. Morrison**:  Kelly.l.morrison@usdoj.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.