United States Bankruptcy Court

Central District of California

In re:                                                              Case No. 24-12079-VZ

Seaton Investments, LLC                                             Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0973-2 | User: admin | Page 1 of 5 |
|---|---|---|
| Date Rcvd: Jun 22, 2026 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2026:**

**Recip ID              Recipient Name and Address**
db              + Seaton Investments, LLC, 264 S Oakhurst Dr, Beverly Hills, CA 90212-3504

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2026 at the address(es) listed below:

**Name                    Email Address**

Avi Edward Muhtar
    on behalf of Interested Party Avi Muhtar amuhtar@crownandstonelaw.com

Avi Edward Muhtar
    on behalf of Interested Party Haskell & Nurit Muhtar amuhtar@crownandstonelaw.com

Bruce D Poltrock
    on behalf of Creditor Archway Real Estate Income Fund I SPE I  LLC bpoltrock@frandzel.com, sking@frandzel.com,autodocket@frandzel.com

Carol Chow
    on behalf of Debtor Susan Halevy Carol.Chow@saul.com
    hannah.richmond@saul.com;easter.santamaria@saul.com;carol.chow@ecf.courtdrive.com;litigationdocketing@saul.com

Carol Chow
    on behalf of Debtor Daniel Halevy Carol.Chow@saul.com
    hannah.richmond@saul.com;easter.santamaria@saul.com;carol.chow@ecf.courtdrive.com;litigationdocketing@saul.com

District/off: 0973-2                            User: admin                                    Page 2 of 5

Date Rcvd: Jun 22, 2026                         Form ID: pdf042                                Total Noticed: 1

Carol Chow
> on behalf of Debtor Alan Gomperts Carol.Chow@saul.com
> hannah.richmond@saul.com;easter.santamaria@saul.com;carol.chow@ecf.courtdrive.com;litigationdocketing@saul.com

Christopher Cramer
> on behalf of Interested Party Courtesy NEF secured@becket-lee.com

Christopher Crowell
> on behalf of Creditor Harvest Small Business Finance  LLC ccrowell@frandzel.com, rsantamaria@frandzel.com

David B Shemano
> on behalf of Creditor AIRE Ancient Baths Los Angeles  LLC dshemano@shemanolaw.com

Derrick Talerico
> on behalf of Interested Party Negev Investments  LLC dtalerico@wztslaw.com,
> maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico
> on behalf of Interested Party Daniel Halevy dtalerico@wztslaw.com
> maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico
> on behalf of Debtor Colyton Investments  LLC dtalerico@wztslaw.com,
> maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico
> on behalf of Debtor Seaton Investments  LLC dtalerico@wztslaw.com,
> maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico
> on behalf of Debtor Negev Investments  LLC dtalerico@wztslaw.com,
> maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico
> on behalf of Debtor SLA Investments  LLC dtalerico@wztslaw.com,
> maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico
> on behalf of Debtor Broadway Avenue Investments  LLC dtalerico@wztslaw.com,
> maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico
> on behalf of Interested Party SLA Investments  LLC dtalerico@wztslaw.com,
> maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico
> on behalf of Interested Party Broadway Avenue Investments  LLC dtalerico@wztslaw.com,
> maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico
> on behalf of Interested Party Susan Halevy dtalerico@wztslaw.com
> maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Garrick Vanderfin
> on behalf of Creditor Korth Direct Mortgage Inc. gvanderfin@polsinelli.com
> zyoung@Polsinelli.com;ladocketing@polsinelli.com

Gerrick Warrington
> on behalf of Creditor Archway Broadway Loan SPE  LLC, fka Archway Real Estate Income Fund I REIT, LLC
> gwarrington@frandzel.com, achase@frandzel.com,autodocket@frandzel.com

Gerrick Warrington
> on behalf of Plaintiff Archway Broadway Loan SPE  LLC, a Delaware limited liability company gwarrington@frandzel.com,
> achase@frandzel.com,autodocket@frandzel.com

Gerrick Warrington
> on behalf of Creditor Archway Broadway Loan SPE  LLC gwarrington@frandzel.com,
> achase@frandzel.com,autodocket@frandzel.com

Gerrick Warrington
> on behalf of Creditor Archway real estate income fund gwarrington@frandzel.com
> achase@frandzel.com,autodocket@frandzel.com

Gerrick Warrington
> on behalf of Creditor Archway Real Estate Income Fund I SPE I  LLC gwarrington@frandzel.com,
> achase@frandzel.com,autodocket@frandzel.com

Jacqueline L James
> on behalf of Interested Party Harvest Small Business Finance  LLC jjames@buchalter.com,
> gvidales@buchalter.com;docket@buchalter.com;pjolley@buchalter.com

Jacqueline L James
> on behalf of Creditor Harvest Small Business Finance  LLC jjames@buchalter.com,

District/off: 0973-2                          User: admin                                Page 3 of 5

Date Rcvd: Jun 22, 2026                       Form ID: pdf042                            Total Noticed: 1

gvidales@buchalter.com;docket@buchalter.com;pjolley@buchalter.com

Jacquelyn H Choi

on behalf of Creditor LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR jacquelyn.Choi@rimonlaw.com
docketingsupport@rimonlaw.com

Jennifer C Wong

on behalf of Interested Party Courtesy NEF bknotice@mccarthyholthus.com  jwong@ecf.courtdrive.com

Jennifer C Wong

on behalf of Creditor Wells Fargo Bank  N.A. bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

Jessica M. Simon

on behalf of Creditor Harvest Small Business Finance  LLC jsimon@hrhlaw.com, mgranzow@hrhlaw.com

Kelly L Morrison

on behalf of U.S. Trustee United States Trustee (LA) kelly.l.morrison@usdoj.gov

Michael G Fletcher

on behalf of Creditor Archway real estate income fund mfletcher@frandzel.com  sking@frandzel.com,autodocket@frandzel.com

Michael G Fletcher

on behalf of Plaintiff Archway Broadway Loan SPE  LLC, a Delaware limited liability company mfletcher@frandzel.com,
sking@frandzel.com,autodocket@frandzel.com

Michael G Fletcher

on behalf of Creditor Archway Real Estate Income Fund I SPE I  LLC mfletcher@frandzel.com,
sking@frandzel.com,autodocket@frandzel.com

Michael G Fletcher

on behalf of Creditor Archway Broadway Loan SPE  LLC, fka Archway Real Estate Income Fund I REIT, LLC
mfletcher@frandzel.com, sking@frandzel.com,autodocket@frandzel.com

Paige Selina Poupart

on behalf of Creditor Archway Real Estate Income Fund I SPE I  LLC Ppoupart@smsm.com, achase@frandzel.com

Paige Selina Poupart

on behalf of Plaintiff Archway Broadway Loan SPE  LLC, a Delaware limited liability company Ppoupart@smsm.com,
achase@frandzel.com

Paige Selina Poupart

on behalf of Creditor Archway Broadway Loan SPE  LLC, fka Archway Real Estate Income Fund I REIT, LLC
Ppoupart@smsm.com, achase@frandzel.com

Richard Girgado

on behalf of Creditor LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR rgirgado@counsel.lacounty.gov

Robert F Conte

on behalf of Creditor United States of America on behalf of Internal Revenue Service robert.conte@usdoj.gov
caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov

Ryan Coy

on behalf of Defendant Daniel Halevy ryan.coy@blankrome.com  courtmail@blankrome.com

Ryan Coy

on behalf of Defendant Susan Halevy ryan.coy@blankrome.com  courtmail@blankrome.com

Ryan Coy

on behalf of Interested Party Courtesy NEF ryan.coy@blankrome.com  courtmail@blankrome.com

Ryan Coy

on behalf of Interested Party Daniel Halevy ryan.coy@blankrome.com  courtmail@blankrome.com

Ryan Coy

on behalf of Interested Party Susan Halevy ryan.coy@blankrome.com  courtmail@blankrome.com

Ryan Coy

on behalf of Interested Party Alan Gomperts ryan.coy@blankrome.com  courtmail@blankrome.com

Samantha White

on behalf of Creditor Wells Fargo Bank N.A.  d/b/a Wells Fargo Auto samantha.white@wellsfargo.com

Scott R Albrecht

on behalf of Creditor First Foundation Bank salbrecht@gsaattorneys.com  jackie.nguyen@sgsattorneys.com

Steven Werth

on behalf of Interested Party Susan Halevy steven.werth@saul.com
swerth@ecf.courtdrive.com;hannah.richmond@saul.com;litigationdocketing@saul.com

Steven Werth

on behalf of Interested Party Alan Gomperts steven.werth@saul.com
swerth@ecf.courtdrive.com;hannah.richmond@saul.com;litigationdocketing@saul.com

District/off: 0973-2                              User: admin                                    Page 4 of 5

Date Rcvd: Jun 22, 2026                          Form ID: pdf042                                Total Noticed: 1

Steven Werth
                    on behalf of Interested Party Daniel Halevy steven.werth@saul.com
                    swerth@ecf.courtdrive.com;hannah.richmond@saul.com;litigationdocketing@saul.com

Tanya Behnam
                    on behalf of Creditor Korth Direct Mortgage Inc. tbehnam@polsinelli.com
                    tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com

Todd S. Garan
                    on behalf of Creditor US Bank trust national Association  not in its individual capacity, bot solely as owner trustee for GS
                    Mortgage-Backed Securities Trust 2020-NQM1 ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

Todd S. Garan
                    on behalf of Creditor Wells Fargo National Bank West ch11ecf@aldridgepite.com
                    TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

Todd S. Garan
                    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing ch11ecf@aldridgepite.com
                    TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

Todd S. Garan
                    on behalf of Creditor Metropolitan Life Insurance Company ch11ecf@aldridgepite.com
                    TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

Todd S. Garan
                    on behalf of Interested Party Courtesy NEF ch11ecf@aldridgepite.com  TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

Turner Falk
                    on behalf of Debtor Alan Gomperts turner.falk@saul.com  tnfalk@recap.email

Turner Falk
                    on behalf of Interested Party Daniel Halevy turner.falk@saul.com  tnfalk@recap.email

Turner Falk
                    on behalf of Interested Party Susan Halevy turner.falk@saul.com  tnfalk@recap.email

Turner Falk
                    on behalf of Debtor Susan Halevy turner.falk@saul.com  tnfalk@recap.email

Turner Falk
                    on behalf of Debtor Daniel Halevy turner.falk@saul.com  tnfalk@recap.email

United States Trustee (LA)
                    ustpregion16.la.ecf@usdoj.gov

Zev Shechtman
                    on behalf of Defendant Susan Halevy Zev.Shechtman@saul.com
                    Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.
                    Bribiesca@saul.com

Zev Shechtman
                    on behalf of Debtor Daniel Halevy Zev.Shechtman@saul.com
                    Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.
                    Bribiesca@saul.com

Zev Shechtman
                    on behalf of Interested Party Courtesy NEF Zev.Shechtman@saul.com
                    Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.
                    Bribiesca@saul.com

Zev Shechtman
                    on behalf of Debtor Alan Gomperts Zev.Shechtman@saul.com
                    Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.
                    Bribiesca@saul.com

Zev Shechtman
                    on behalf of Interested Party Alan Gomperts Zev.Shechtman@saul.com
                    Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.
                    Bribiesca@saul.com

Zev Shechtman
                    on behalf of Defendant Daniel Halevy Zev.Shechtman@saul.com
                    Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.
                    Bribiesca@saul.com

Zev Shechtman
                    on behalf of Interested Party Daniel Halevy Zev.Shechtman@saul.com
                    Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.
                    Bribiesca@saul.com

Zev Shechtman
                    on behalf of Debtor Susan Halevy Zev.Shechtman@saul.com
                    Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.

District/off: 0973-2

User: admin

Page 5 of 5

Date Rcvd: Jun 22, 2026

Form ID: pdf042

Total Noticed: 1

Bribiesca@saul.com

Zev Shechtman

on behalf of Interested Party Susan Halevy Zev.Shechtman@saul.com
Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.
Bribiesca@saul.com

TOTAL: 73

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Steven F. Werth 205434<br>SAUL EWING LLP<br>1888 Century Park East, Suite 1500<br>Los Angeles, CA 90067<br>(310) 255-6100<br>(310) 255-6200<br>steven.werth@saul.com<br><br><br>☒ *Attorney for Alan Gomperts, Daniel Halevy, Susan Halevy, Debtors and Debtors in Possession* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**JUN 22 2026**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY johnson   DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA –** LOS ANGELES DIVISION

| In re:<br>SEATON INVESTMENTS, LLC, et al.,<br>**Now a dismissed case**<br><br>☐ Affects All Debtors.<br><br>☐ Affects Case No.: 2:24-12080-VZ<br>  Colyton Investments, LLC -***Now a dismissed case***<br><br>☐ Affects Case No.: 2:24-12081-VZ<br>  Broadway Avenue Investments, LLC<br><br>☐ Affects 2:24-12082-VZ<br>  SLA Investments, LLC<br><br>☐ Affects 2:24-12091-VZ<br>  Negev Investments, LLC<br><br>☐ Affects Case No.: 2:24-12074-VZ<br>  Alan Gomperts<br><br>☐ Affects Case No.: 2:24-12075-VZ<br>  Daniel Halevy<br><br>☒ Affects Case No.: 2:24-12076-VZ<br>  Susan Halevy<br><br><br><br>Debtor(s). | CASE NO.: 2:24-bk-12079-VZ<br><br>CHAPTER: 11 |
| --- | --- |
| | **ORDER DENYING MOTION FOR<br>RELIEF FROM THE AUTOMATIC STAY<br>UNDER 11 U.S.C. § 362** |
| | DATE:  June 2, 2026<br>TIME:  10:30 a.m.<br>COURTROOM:  Courtroom 1368<br>PLACE:  255 E. Temple Street, Los Angeles, CA 90012 |

**Movant:** METROPOLITAN LIFE INSURANCE COMPANY

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

1. The Motion was:   ☒ Opposed   ☐ Unopposed   ☐ Not Prosecuted

2. The description of the Property or Nonbankruptcy Action to which this order applies is as follows *(specify street address, legal description, personal property description or Nonbankruptcy Action)*:

   257 S Linden Dr., Beverly Hills, CA 90212-3704

3. The Motion is denied:   ☒ without prejudice   ☐ with prejudice   ☐ on the following grounds:

   a.  ☐ Based upon the findings of fact and conclusions of law made on the record at the hearing

   b.  ☐ Unexcused non-appearance by Movant

   c.  ☐ Lack of proper service

   d.  ☐ Lack of good cause shown for relief from stay

   e.  ☐ No stay is in effect under:

   (1) ☐ 11 U.S.C. § 362(c)(2)(A)

   (2) ☐ 11 U.S.C. § 362(c)(2)(B)

   (3) ☐ 11 U.S.C. § 362(c)(3)(A)

   (4) ☐ 11 U.S.C. § 362(c)(4)(A)

   f.  ☐ Other *(specify)*:

4. ☐ Movant may not file another motion for relief from the stay in this bankruptcy case absent a court order authorizing the filing of another motion.

###

Date: June 22, 2026

Vincent P. Zurzolo
United States Bankruptcy Judge

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2014*                     Page 2                     **F 4001-1.RFS.DENY.ORDER**