United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 24-12079-VZ |
| Seaton Investments, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 5 |
| Date Rcvd: Jun 29, 2026 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2026:**

**Recip ID              Recipient Name and Address**
db                    + Seaton Investments, LLC, 264 S Oakhurst Dr, Beverly Hills, CA 90212-3504

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Avi Edward Muhtar | on behalf of Interested Party Haskell & Nurit Muhtar amuhtar@crownandstonelaw.com |
| Avi Edward Muhtar | on behalf of Interested Party Avi Muhtar amuhtar@crownandstonelaw.com |
| Bruce D Poltrock | on behalf of Creditor Archway Real Estate Income Fund I SPE I  LLC bpoltrock@frandzel.com, sking@frandzel.com,autodocket@frandzel.com |
| Bruce D Poltrock | on behalf of Creditor Archway Broadway Loan SPE  LLC, fka Archway Real Estate Income Fund I REIT, LLC bpoltrock@frandzel.com, sking@frandzel.com,autodocket@frandzel.com |
| Carol Chow | on behalf of Debtor Daniel Halevy Carol.Chow@saul.com hannah.richmond@saul.com;easter.santamaria@saul.com;carol.chow@ecf.courtdrive.com;litigationdocketing@saul.com |

District/off: 0973-2                                    User: admin                                           Page 2 of 5

Date Rcvd: Jun 29, 2026                           Form ID: pdf042                                 Total Noticed: 1

Carol Chow
  on behalf of Debtor Alan Gomperts Carol.Chow@saul.com
  hannah.richmond@saul.com;easter.santamaria@saul.com;carol.chow@ecf.courtdrive.com;litigationdocketing@saul.com

Carol Chow
  on behalf of Debtor Susan Halevy Carol.Chow@saul.com
  hannah.richmond@saul.com;easter.santamaria@saul.com;carol.chow@ecf.courtdrive.com;litigationdocketing@saul.com

Christopher Cramer
  on behalf of Interested Party Courtesy NEF secured@becket-lee.com

Christopher Crowell
  on behalf of Creditor Harvest Small Business Finance  LLC ccrowell@frandzel.com, rsantamaria@frandzel.com

David B Shemano
  on behalf of Creditor AIRE Ancient Baths Los Angeles  LLC dshemano@shemanolaw.com

Derrick Talerico
  on behalf of Interested Party Susan Halevy dtalerico@wztslaw.com
  maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico
  on behalf of Interested Party SLA Investments  LLC dtalerico@wztslaw.com,
  maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico
  on behalf of Debtor Seaton Investments  LLC dtalerico@wztslaw.com,
  maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico
  on behalf of Debtor Colyton Investments  LLC dtalerico@wztslaw.com,
  maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico
  on behalf of Interested Party Daniel Halevy dtalerico@wztslaw.com
  maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico
  on behalf of Interested Party Negev Investments  LLC dtalerico@wztslaw.com,
  maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico
  on behalf of Debtor SLA Investments  LLC dtalerico@wztslaw.com,
  maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico
  on behalf of Debtor Negev Investments  LLC dtalerico@wztslaw.com,
  maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico
  on behalf of Debtor Broadway Avenue Investments  LLC dtalerico@wztslaw.com,
  maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico
  on behalf of Interested Party Broadway Avenue Investments  LLC dtalerico@wztslaw.com,
  maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Garrick Vanderfin
  on behalf of Creditor Korth Direct Mortgage Inc. gvanderfin@polsinelli.com
  zyoung@Polsinelli.com;ladocketing@polsinelli.com

Gerrick Warrington
  on behalf of Creditor Archway Real Estate Income Fund I SPE I  LLC gwarrington@frandzel.com,
  achase@frandzel.com,autodocket@frandzel.com

Gerrick Warrington
  on behalf of Creditor Archway Broadway Loan SPE  LLC, fka Archway Real Estate Income Fund I REIT, LLC
  gwarrington@frandzel.com, achase@frandzel.com,autodocket@frandzel.com

Gerrick Warrington
  on behalf of Plaintiff Archway Broadway Loan SPE  LLC, a Delaware limited liability company gwarrington@frandzel.com,
  achase@frandzel.com,autodocket@frandzel.com

Gerrick Warrington
  on behalf of Creditor Archway real estate income fund gwarrington@frandzel.com
  achase@frandzel.com,autodocket@frandzel.com

Gerrick Warrington
  on behalf of Creditor Archway Broadway Loan SPE  LLC gwarrington@frandzel.com,
  achase@frandzel.com,autodocket@frandzel.com

Jacqueline L James
  on behalf of Interested Party Harvest Small Business Finance  LLC jjames@buchalter.com,

District/off: 0973-2                                      User: admin                                              Page 3 of 5

Date Rcvd: Jun 29, 2026                              Form ID: pdf042                                      Total Noticed: 1

gvidales@buchalter.com;docket@buchalter.com;pjolley@buchalter.com

Jacqueline L James
    on behalf of Creditor Harvest Small Business Finance  LLC jjames@buchalter.com,
gvidales@buchalter.com;docket@buchalter.com;pjolley@buchalter.com

Jacquelyn H Choi
    on behalf of Creditor LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR jacquelyn.Choi@rimonlaw.com
docketingsupport@rimonlaw.com

Jennifer C Wong
    on behalf of Interested Party Courtesy NEF bknotice@mccarthyholthus.com  jwong@ecf.courtdrive.com

Jennifer C Wong
    on behalf of Creditor Wells Fargo Bank  N.A. bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

Jessica M. Simon
    on behalf of Creditor Harvest Small Business Finance  LLC jsimon@hrhlaw.com, mgranzow@hrhlaw.com

Kelly L Morrison
    on behalf of U.S. Trustee United States Trustee (LA) kelly.l.morrison@usdoj.gov

Michael G Fletcher
    on behalf of Creditor Archway Broadway Loan SPE  LLC, fka Archway Real Estate Income Fund I REIT, LLC
mfletcher@frandzel.com, sking@frandzel.com,autodocket@frandzel.com

Michael G Fletcher
    on behalf of Plaintiff Archway Broadway Loan SPE  LLC, a Delaware limited liability company mfletcher@frandzel.com,
sking@frandzel.com,autodocket@frandzel.com

Michael G Fletcher
    on behalf of Creditor Archway real estate income fund mfletcher@frandzel.com  sking@frandzel.com,autodocket@frandzel.com

Michael G Fletcher
    on behalf of Creditor Archway Real Estate Income Fund I SPE I  LLC mfletcher@frandzel.com,
sking@frandzel.com,autodocket@frandzel.com

Paige Selina Poupart
    on behalf of Creditor Archway Real Estate Income Fund I SPE I  LLC Ppoupart@smsm.com, achase@frandzel.com

Paige Selina Poupart
    on behalf of Creditor Archway Broadway Loan SPE  LLC, fka Archway Real Estate Income Fund I REIT, LLC
Ppoupart@smsm.com, achase@frandzel.com

Paige Selina Poupart
    on behalf of Plaintiff Archway Broadway Loan SPE  LLC, a Delaware limited liability company Ppoupart@smsm.com,
achase@frandzel.com

Richard Girgado
    on behalf of Creditor LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR rgirgado@counsel.lacounty.gov

Robert F Conte
    on behalf of Creditor United States of America on behalf of Internal Revenue Service robert.conte@usdoj.gov
caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov

Ryan Coy
    on behalf of Interested Party Alan Gomperts ryan.coy@blankrome.com  courtmail@blankrome.com

Ryan Coy
    on behalf of Defendant Susan Halevy ryan.coy@blankrome.com  courtmail@blankrome.com

Ryan Coy
    on behalf of Interested Party Susan Halevy ryan.coy@blankrome.com  courtmail@blankrome.com

Ryan Coy
    on behalf of Interested Party Daniel Halevy ryan.coy@blankrome.com  courtmail@blankrome.com

Ryan Coy
    on behalf of Interested Party Courtesy NEF ryan.coy@blankrome.com  courtmail@blankrome.com

Ryan Coy
    on behalf of Defendant Daniel Halevy ryan.coy@blankrome.com  courtmail@blankrome.com

Samantha White
    on behalf of Creditor Wells Fargo Bank N.A.  d/b/a Wells Fargo Auto samantha.white@wellsfargo.com

Scott R Albrecht
    on behalf of Creditor First Foundation Bank salbrecht@gsaattorneys.com  jackie.nguyen@sgsattorneys.com

Steven Werth
    on behalf of Interested Party Susan Halevy steven.werth@saul.com
swerth@ecf.courtdrive.com;hannah.richmond@saul.com;litigationdocketing@saul.com

District/off: 0973-2      User: admin      Page 4 of 5

Date Rcvd: Jun 29, 2026      Form ID: pdf042      Total Noticed: 1

Steven Werth

on behalf of Interested Party Daniel Halevy steven.werth@saul.com
swerth@ecf.courtdrive.com;hannah.richmond@saul.com;litigationdocketing@saul.com

Steven Werth

on behalf of Interested Party Alan Gomperts steven.werth@saul.com
swerth@ecf.courtdrive.com;hannah.richmond@saul.com;litigationdocketing@saul.com

Tanya Behnam

on behalf of Creditor Korth Direct Mortgage Inc. tbehnam@polsinelli.com
tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com

Todd S. Garan

on behalf of Interested Party Courtesy NEF ch11ecf@aldridgepite.com TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

Todd S. Garan

on behalf of Creditor Wells Fargo National Bank West ch11ecf@aldridgepite.com
TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

Todd S. Garan

on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing ch11ecf@aldridgepite.com
TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

Todd S. Garan

on behalf of Creditor Metropolitan Life Insurance Company ch11ecf@aldridgepite.com
TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

Todd S. Garan

on behalf of Creditor US Bank trust national Assocition  not in its individual capacity, bot solely as owner trustee for GS
Mortgage-Backed Securities Trust 2020-NQM1 ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

Turner Falk

on behalf of Interested Party Daniel Halevy turner.falk@saul.com tnfalk@recap.email

Turner Falk

on behalf of Debtor Susan Halevy turner.falk@saul.com tnfalk@recap.email

Turner Falk

on behalf of Interested Party Susan Halevy turner.falk@saul.com tnfalk@recap.email

Turner Falk

on behalf of Debtor Daniel Halevy turner.falk@saul.com tnfalk@recap.email

Turner Falk

on behalf of Debtor Alan Gomperts turner.falk@saul.com tnfalk@recap.email

United States Trustee (LA)

ustpregion16.la.ecf@usdoj.gov

Zev Shechtman

on behalf of Interested Party Susan Halevy Zev.Shechtman@saul.com
Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com

Zev Shechtman

on behalf of Interested Party Alan Gomperts Zev.Shechtman@saul.com
Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com

Zev Shechtman

on behalf of Debtor Daniel Halevy Zev.Shechtman@saul.com
Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com

Zev Shechtman

on behalf of Interested Party Courtesy NEF Zev.Shechtman@saul.com
Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com

Zev Shechtman

on behalf of Debtor Alan Gomperts Zev.Shechtman@saul.com
Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com

Zev Shechtman

on behalf of Defendant Daniel Halevy Zev.Shechtman@saul.com
Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com

Zev Shechtman

on behalf of Defendant Susan Halevy Zev.Shechtman@saul.com
Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com

District/off: 0973-2                              User: admin                                      Page 5 of 5

Date Rcvd: Jun 29, 2026                          Form ID: pdf042                                 Total Noticed: 1

Zev Shechtman

on behalf of Interested Party Daniel Halevy Zev.Shechtman@saul.com
Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.
Bribiesca@saul.com

Zev Shechtman

on behalf of Debtor Susan Halevy Zev.Shechtman@saul.com
Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.
Bribiesca@saul.com

TOTAL: 74

Derrick Talerico (State Bar No. 223763)
dtalerico@wztslaw.com
Paige T. Rolfe (State Bar No. 331096)
prolfe@wztslaw.com
WEINTRAUB ZOLKIN
TALERICO & SELTH LLP
11766 Wilshire Boulevard, Suite 730
Los Angeles, CA 90025
Telephone: (424) 500-8552

Counsel to Debtors Broadway Avenue
Investments, LLC, SLA Investments, LLC,
and Negev Investments, LLC

**FILED & ENTERED**

**JUN 29 2026**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY johnson   DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>SEATON INVESTMENTS, LLC, *et al.*,<br><br><br>Debtors and Debtors in Possession. | Lead Case No. 2:24-bk-12079-VZ<br><br>Jointly Administered with Case Nos.:<br>2:24-bk-12080-VZ; 2:24-bk-12081-VZ;<br>2:24-bk-12082-VZ; 2:24-bk-12091-VZ;<br>2:24-bk-12074-VZ; 2:24-bk-12075-VZ<br>and 2:24-bk-12076-VZ<br><br>Chapter 11 |
| ☐ Affects All Debtors.<br>☐ Affects Seaton Investments, LLC (*Dismissed*)<br>☐ Affects Colyton Investments, LLC (*Dismissed*)<br>☒ Affects Broadway Avenue Investments, LLC<br>☒ Affects SLA Investments, LLC<br>☒ Affects Negev Investments, LLC<br>☒ Affects Alan Gomperts<br>☒ Affects Daniel Halevy<br>☒ Affects Susan Halevy | **ORDER CONTINUING HEARING ON DEBTORS' MOTION TO APPROVE SETTLEMENT AGREEMENT WITH ARCHWAY BROADWAY LOAN SPE, LLC UNDER RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**<br><br>Hearing:<br>Date:           June 23, 2026<br>Time:          11:00 a.m.<br><br>Continued Hearing:<br>Date:           July 21, 2026<br>Time:          11:00 a.m.<br>Courtroom: 1368<br>                      255 E. Temple Street<br>                      Los Angeles, CA 90012 |

On June 23, 2026, the Court held a hearing (the "**Hearing**") on the *Motion to Approve Settlement Agreement with Archway Broadway Loan SPE, LLC Under Rule 9019 of the Federal Rules of Bankruptcy Procedure* (Dkt. 666, the "**Motion**") filed by Debtors Broadway Avenue Investments, LLC, SLA Investments, LLC, and Negev Investments, LLC (the "**Debtors**") seeking approval of the Settlement Agreement among the jointly administered debtors in these cases and Archway Broadway Loan, SPE, LLC (the "**Settlement Agreement**"). Haskell and Nurit Muhtar (the "**Muhtars**") filed a Limited Opposition to the Motion.

On June 23, 2026, prior to the Hearing, the Debtors filed the First Amendment to Settlement Agreement (Dkt. 693, the "**First Amendment**") and the form of ancillary documents considered by the Settlement Agreement (Dkt. 694, the "**Ancillary Documents**"). Appearances were as noted on the record.

In order to provide sufficient time for the Muhtars to consider the First Amendment and the Ancillary Documents, the Court continued the Hearing and set the dates and deadlines as set forth below.

Based on the foregoing, **IT IS ORDERED:**

1. Hearing on the Motion is continued to **July 21, 2026** at 11:00 a.m.;

2. Any opposition to the Motion shall be filed and served by **July 10, 2026**; and

3. Any reply to an opposition to the Motion shall be filed and served by **July 14, 2026**.

4. Judge's copies of filed documents must be delivered to **Chambers_VZurzolo@cacb.uscourts.gov**.

###

Date: June 29, 2026

Vincent P. Zurzolo
United States Bankruptcy Judge