**Alan Gomperts**
**Income and Expense Reconcilaiton**

**Income**

| | | |
|---|---|---|
| Total income | Line d. of Part 8 | 37,927.46 |
| Payroll deductions | Line e. of Part 8 | (3,836.66) |
| Total Receipts | Line b. of part 1 | **34,090.80** |
| | | |
| Total Deposits in Wells Fargo account ending -3107 | | 83,518.57 |
| Reimbursed Expenses from agron, inc. (Employer) | | (49,427.77) |
| Net Deposits | | **34,090.80** |

**Expenses**

| | | |
|---|---|---|
| Total Expenses | Line i. of Part 8 | 47,178.65 |
| Payroll deductions | | 3,836.66 |
| Total disbursements | Line c. of part 1 | **43,341.99** |
| | | |
| Total withdrawals in Wells Fargo account ending -3107 | | 92,769.76 |
| | | |
| agron, inc Expenses | | (49,427.77) |
| Total Agron Expenses | | **(49,427.77)** |
| | | |
| Net Disbursements | | **43,341.99** |