**Alan Gomperts**
**Part 8 Expenses**

| Date | Amount | Payee | Description |
|---|---|---|---|
| 6/1/2026 | (1,675.00) | ZELLE TO JESELSOHN JOEL ON 06/01 REF # WFCT1283THQ6 | Personal Living - College Rent |
| 6/1/2026 | (125.00) | ZELLE TO HERNANDEZ CIRO ON 06/01 REF # WFCT1283TMGK | Personal Living - Gardener |
| 6/2/2026 | (160.92) | BILL PAY NORTHWESTERN MUTUAL LIFE INSURAN    ON-LINE xxxx4520 ON 06-02 | Personal Living - Life Insurance |
| 6/2/2026 | (6,770.83) | BILL PAY WELLS FARGO  Oakhurst ON-LINE 0512091XXX ON 06-02 | Personal Living - Mortgage |
| 6/2/2026 | (300.00) | BILL PAY Jun Ho. Choi            ON-LINE No Account Number ON 06-02 | Personal Living - Pool Man |
| 6/4/2026 | (14,216.60) | CHASE CREDIT CRD EPAY    260603 9372685354    SHARON HALEVY | Personal Living - Credit Card includes $10k tuition |
| 6/5/2026 | (1,355.37) | CITI CARD ONLINE PAYMENT   260604 432011891391019 SHARON HALEVY | Personal Living - Credit Card |
| 6/8/2026 | (69.95) | SoCalGas       PAID SCGC  260605 1291016484    301601474318074039 | Personal Living - Gas bill |
| 6/9/2026 | (516.05) | CITI CARD ONLINE PAYMENT   260608 432013544679398 SHARON HALEVY | Personal Living - Credit Card |
| 6/11/2026 | (634.07) | BLOOMINGDALES   ONLINE PMT 260610 602036008281155 SHARON HALEVY | Personal Living - Clothing |
| | | Cash eWithdrawal in Branch 06/18/2026 13:13 PM 9354 WILSHIRE BLVD BEVERLY HILLS CA | |
| 6/18/2026 | (3,000.00) | 0874 | Personal Living - Cash Expenses |
| 6/18/2026 | (4,390.88) | AMERICAN EXPRESS ACH PMT   260618 W0370      ALAN GOMPERTS | Personal Living - Credit Card |
| | | ATM WITHDRAWAL        AUTHORIZED ON   06/22 10789 W Pico Blvd      Los Angeles  CA | |
| 6/22/2026 | (100.00) | 0009796      ATM ID 0765E   CARD 5456 | Personal Living - Cash Expenses |
| 6/23/2026 | (339.08) | TARGET CARD SRVC PAYMENT      H    401829165 HALEVY,SHARON | Personal Living - Clothing |
| 6/24/2026 | (568.47) | ATT        PAYMENT   062326 352395003EPAYB  Alan Gomberts | Personal Living - Telephone |
| 6/26/2026 | (718.66) | BILL PAY WELLS FARGO AUTO            ON-LINE xxxxx6254 ON 06-26 | Personal Living - Auto Loan |
| 6/29/2026 | (479.31) | MACYS         ONLINE PMT 260628 612051119675476 SHARON HALEVY | Personal Living - Clothing |

**Living Expenses**
**Line g. of Part 8**          (35,420.19)

| Date | Amount | Payee | Description |
|---|---|---|---|
| 6/1/2026 | (155.00) | ZELLE TO GABRIEL ADULFO ON 06/01 REF # WFCT1283TP5K | Gardener Canfield and Greenfield |
| 6/2/2026 | (75.00) | BILL PAY Nicandro Barba              ON-LINE No Account Number ON 06-02 | Gardener Bagley |
| 6/2/2026 | (4,003.21) | BILL PAY WELLS FARGO Bagley ON-LINE 0512092XXX ON 06-02 | Mortgage - Bagley |
| 6/2/2026 | (2,050.07) | BILL PAY WELLS FARGO Canfield ON-LINE 0502483XXX ON 06-02 | Mortgage - Canfield |
| 6/2/2026 | (1,488.52) | BILL PAY WFHM - Greenfield ON-LINE 0320648XXX ON 06-02 | Mortgage - Greenfield |
| 6/10/2026 | (150.00) | ZELLE TO  CHAIM GRABEL ON 06/10 REF # WFCT1295GHZD CANFIELD REPAIR | Repairs - Canfield |

**All Other Expenses**
**Line h. of Part 8**          (7,921.80)  **Expenses on Rental Properties**