# Wells Fargo Everyday Checking

June 30, 2026 ■ Page 1 of 5



SUE HALEVY
DEBTOR IN POSSESSION
CH11 CASE #24-12076 (CCA)
257 S LINDEN DR
BEVERLY HILLS CA 90212-3704

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711

**1-800-TO-WELLS**  (1-800-869-3557)

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

Other Wells Fargo Benefits

Be mindful of ongoing scams affecting older adults. Help protect yourself and loved ones from:

- Investment scams - the scammer makes friends with you on social media then offers to show you how to invest in crypto or another "money making" opportunity. Watch out for promises of big returns, suggestions to invest in crypto, or requests to wire money.
- Scam Callers Pretending to Be Tech Help - scammers pose as a computer technician, or you may get a pop-up window on your screen warning you about an issue with your device.

If you have a real tech issue: go to a local company that you know and trust. Be on the lookout for fake websites. Never trust someone who contacts you first or asks for access to your device. If this happens to you, it's a scam.

Learn more at wellsfargo.com/scams



## Statement period activity summary

| | |
|---|---:|
| Beginning balance on 6/1 | $619.09 |
| Deposits/Additions | 25,207.74 |
| Withdrawals/Subtractions | - 25,580.89 |
| **Ending balance on 6/30** | **$245.94** |

Account number:     **4484  (primary account)**

**SUE HALEVY
DEBTOR IN POSSESSION
CH11 CASE #24-12076 (CCA)**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 121042882

## Overdraft Protection

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---:|---:|---:|
| 6/1 | | Blueshieldca Bill Pay 260531 | 0611 Sue Halevy | | 199.70 | |
| 6/1 | | Blueshieldca Bill Pay 260531 | 5781 Sue Halevy | | 650.00 | -230.61 |
| 6/2 | | Overdraft Fee for a Transaction Posted on 06/01 $650.00 | | | 35.00 | -265.61 |
| | | Blueshieldca Bill Pay 260531 | 781 Sue Halevy | | | |
| 6/3 | | Zelle From Commune Events Inc on 06/03 Ref # Wfct128Bkbrv | | 520.00 | | |
| 6/3 | | California Fair Debitpmt 260602 | 071 CA Fair Plan | | 107.91 | 146.48 |
| 6/4 | | Zelle From Commune Events Inc on 06/04 Ref # Wfct128Fhjy5 | | 770.00 | | 916.48 |
| 6/5 | | Mobile Deposit : Ref Number :421040982193 | | 30.60 | | |
| 6/5 | | Mobile Deposit : Ref Number :321040981789 | | 1,475.76 | | |
| 6/5 | | Mobile Deposit : Ref Number :221040981313 | | 1,792.52 | | |
| 6/5 | | Zelle From Almighty Builders Inc . on 06/05 Ref # Hna0K6Kl4F27 | | 10,000.00 | | |
| 6/5 | | Purchase authorized on 06/04 Tesla Insurance SE Fremont CA S3       1670 Card 5292 | | | 813.97 | |
| 6/5 | | Zelle to Vig Private Lending on 06/05 Ref # Wfct128Ly8Wq 341 S. Canon | | | 5,000.00 | |
| 6/5 | | Zelle to Commune on 06/05 Ref # Wfct128Lyml9 | | | 5,000.00 | 3,401.39 |
| 6/8 | | Zelle From Gabriel Chavez on 06/06 Ref # Bacy4Uqflgpd Rent June | | 1,600.00 | | |
| 6/8 | | First Foundation Loan Pymt 260604 000000000000000 00000000C       500 First Foundation Bank | | | 6,789.84 | -1,788.45 |
| 6/9 | | eDeposit IN Branch 06/09/26 01:07:12 PM 9354 Wilshire Blvd Beverly Hills CA | | 5,500.00 | | |
| 6/9 | 277 | Check | | | 140.00 | 3,571.55 |
| 6/10 | | SSA Treas 310 Xxsoc Sec 061026 xxxxx0735A SSA Sue Halevy | | 2,943.00 | | |
| 6/10 | | Zelle to Ubriel Ramirez Shotcrete on 06/10 Ref # Wfct1294C2Jt 341 Canon Shotcrete | | | 5,000.00 | 1,514.55 |
| 6/12 | | Zelle to Alden on 06/12 Ref # Wfct129Fhp7M | | | 275.00 | |
| 6/12 | | Gc<>Honeycomb P Ho-Cxzn4Gm 260612 6Qz3 David Halevy | | | 423.67 | 815.88 |
| 6/23 | | Travelers Per Insur 260622     512 David *Halevy | | | 296.83 | 519.05 |
| 6/24 | | Purchase authorized on 06/23 Tesla Insurance SE Fremont CA S        50056 Card 5292 | | | 813.97 | |
| 6/24 | | Overdraft Fee for a Transaction Posted on 06/23 $296.83 Travelers Per Insur 260622       12 David *Halevy | | | 35.00 | -329.92 |
| 6/29 | | Mobile Deposit : Ref Number :317280492655 | | 131.43 | | |
| 6/29 | | Mobile Deposit : Ref Number :317280492167 | | 144.43 | | -54.06 |
| 6/30 | | Public Storage Dv01Df2606 260630 C       007Psa Sue Halevy | | 300.00 | | 245.94 |
| **Totals** | | | | **$25,207.74** | **$25,580.89** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

**WELLS FARGO**

Summary of checks written *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount |
|---|---|---|
| 277 | 6/9 | 140.00 |

Summary of Overdraft Fees

| | Total this statement period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $70.00 | $105.00 |

*Year-to-date totals reflect fees assessed or reversed since the first full statement period of the calendar year. Negative values indicate that fee reversals exceed fees assessed.*

 **TIP** Report check fraud right away. Fraudsters target the mail looking for checks they can alter and use. They may keep the amount the same, so it's important to review the check image as soon as it clears. Contact us to request check images or view them online. If you mail checks, make sure the person you sent it to receives it.

# ☑ IMPORTANT ACCOUNT INFORMATION

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

Other Wells Fargo Benefits

Help take control of your finances with a Wells Fargo personal loan.
Whether it's managing debt, making a large purchase, improving your home, or paying for unexpected expenses, a personal loan may be able to help. See personalized rates and payments in minutes with no impact to your credit score.
Get started at wellsfargo.com/personalloan.

Other Wells Fargo Benefits

Wells Fargo is serious about security.
Keeping your accounts and information secure is our priority. We use sophisticated tools to help safeguard your money - 24/7 fraud monitoring, data encryption, secure technology, and protection against suspicious activity. Visit our Security Center at wellsfargo.com/security to learn more.



## Important Information You Should Know

- To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts

  Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- If your account has a negative balance:

  Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- In case of errors or questions about your electronic transfers:

  Telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

  1. Tell us your name and account number (if any).
  2. Describe the error or the transfer you are unsure about, and explain as  clearly as you can why you believe it is an error or why you need more information.
  3. Tell us the dollar amount of the suspected error.

  We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

- In case of errors or questions about other transactions (that are not electronic transfers):

  Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

**WELLS FARGO**

## Account Balance Calculation Worksheet

| Number | Items outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | Total $ | |

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**
A. The ending balance
shown on your statement.. . . . . . . . . . . . . .   $_____

**ADD**
B. Any deposits listed in your     $_____
register or transfers into     $_____
your account which are not     $_____
shown on your statement.     + $_____
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL  $_____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)
. . . . . . . . . . . . . . . . . . . . . . . . . . . . .  TOTAL  $_____

**SUBTRACT**
C. The total outstanding checks and
withdrawals from the chart above.  . . . . . . . .  - $_____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register. . . . . . . . . . . . . . . . . . . . .   $_____

To download and print additional Account Balance Calculation Worksheets (PDF), enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

