Derrick Talerico (State Bar No. 223763)
dtalerico@wztslaw.com
Paige T. Rolfe (State Bar No. 331096)
prolfe@wztslaw.com
WEINTRAUB ZOLKIN
TALERICO & SELTH LLP
11766 Wilshire Boulevard, Suite 730
Los Angeles, CA 90025
Telephone: (424) 500-8552

Counsel to Debtors Broadway Avenue
Investments, LLC, SLA Investments, LLC,
and Negev Investments, LLC

**FILED & ENTERED**

**JUL 08 2026**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY vandenst DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>SEATON INVESTMENTS, LLC, *et al.*,<br><br>Debtors and Debtors in Possession. | Lead Case No. 2:24-bk-12079-VZ<br><br>Jointly Administered with Case Nos.:<br>2:24-bk-12080-VZ; 2:24-bk-12081-VZ;<br>2:24-bk-12082-VZ; 2:24-bk-12091-VZ;<br>2:24-bk-12074-VZ; 2:24-bk-12075-VZ<br>and 2:24-bk-12076-VZ<br><br>Chapter 11 |
| ☐ Affects All Debtors.<br>☐ Affects Seaton Investments, LLC (*Dismissed*)<br>☐ Affects Colyton Investments, LLC (*Dismissed*)<br>☒ Affects Broadway Avenue Investments, LLC<br>☒ Affects SLA Investments, LLC<br>☒ Affects Negev Investments, LLC<br>☒ Affects Alan Gomperts<br>☒ Affects Daniel Halevy<br>☒ Affects Susan Halevy | **ORDER GRANTING MOTION TO MODIFY VARIOUS ORDERS TO DISMISS THE DEBTORS' CASES**<br><br>Hearing:<br>Date:          June 23, 2026<br>Time:         11:00 a.m.<br>Courtroom:  1368<br>                   255 E. Temple Street<br>                   Los Angeles, CA 90012 |

1

On June 23, 2026, the Court held a hearing on the *Motion to Modify Various Orders to Dismiss the Debtors' Cases* (Dkt. No. 668, the "Motion") filed by Debtors Broadway Avenue Investments, LLC, SLA Investments, LLC, and Negev Investments, LLC ("Movants"). Appearances were as noted on the record. Having considered the Motion and heard argument at the hearing, and good cause appearing,

**IT IS HEREBY ORDERED:**

1.      The Motion is granted.

2.      Unless otherwise ordered by this Court, the Movants' bankruptcy cases shall be dismissed effective October 3, 2026.

###

Date: July 8, 2026

Vincent P. Zurzolo
United States Bankruptcy Judge

2