# EXHIBIT '1'

| | |
|---|---|
| **From:** | Derrick Talerico <dtalerico@wztlfirm.com> |
| **Sent:** | Monday, June 8, 2026 8:04 PM |
| **To:** | stephanie.bologna@chase.com; scott.schweer@chase.com |
| **Cc:** | Shechtman, Zev M.; Avi Muhtar |
| **Subject:** | Muhtar/Halevy Loan on Roxbury |
| **Attachments:** | Recorded_Documents-140_S_Roxbury_Dr_Beverly_Hills_CA_90212-2252_2021_6946.pdf; DRAFT Pledge and Security Agreement (Roxbury Property)(5910199.2).docx |

Stephanie - Thanks for talking earlier. I am counsel to the Halevy family's corporate interests in their chapter 11 cases. Zev Shechtman (cc'd) is counsel to Sue, Danny, and Alan Gomperts in their personal chapter 11 cases and represents Sue as to her ownership interest in the Roxbury Property vis-a-vis the Halevy Trust. Avi Muhtar (cc'd) is counsel to the Muhtars on their interest in the Roxbury Property.

As part of a global restructuring effort to address a $20M liability to Archway Capital, guaranteed by Sue, Danny, and Alan, the Halevy Trust's interest in its 50% ownership of the Roxbury property is required to be pledged to Archway as supporting collateral to a joint bankruptcy plan among the corporate and individual debtors. To that end, the attached Chase Deed of Trust contains restrictions on further encumbrances or changes of ownership (Section 4.13.1).

The proposed restructuring requires that a deed - as to the Halevy Trust's interest alone - be recorded as a junior lien on the Roxbury Property for the benefit of Archway, and that the Halevy Trust grant Archway a security interest in its 50% ownership of the Roxbury Property. In order to avoid the automatic default provisions of the Chase Deed of Trust, the Halevy Trust is asking Chase to consent to a junior lien in favor of Archway and a pledge of the Halevy Trust's 50% ownership to Archway.

Our timing on working this out is unfortunately short. In two weeks, we will be before the bankruptcy court where we will need to have this issue of Chase's consent resolved.

Subject to the Muhtars and Halevy's working out issues on estoppel and consent between them, I understand that the Muhtars would not oppose Chase consenting to this junior interest.

The draft Pledge and Security Agreement that would be junior to Chase is attached.

Please forward this email to whomever would be able to consider the request for Chase's consent.

Thank you,
Derrick

-

**Weintraub Zolkin Talerico & Liu LLP**

Derrick Talerico
11766 Wilshire Blvd., Suite 730
Los Angeles, CA 90025
Direct 424-500-8552 | Cell 310-403-0090
dtalerico@WZTLfirm.com| www.WZTLfirm.com