# EXHIBIT '2'

**From:**          Bologna, Stephanie <stephanie.bologna@chase.com>
**Sent:**          Tuesday, June 9, 2026 2:56 PM
**To:**            Avi Muhtar; Derrick Talerico; Schweer, Scott
**Cc:**            Shechtman, Zev M.
**Subject:**       RE: [EXTERNAL]Muhtar/Halevy Loan on Roxbury

From our legal counsel:
Chase is aware that the co-borrower/owner objects to the request to add a junior lien in favor of Archway and to pledge the Halevy Trust's 50% ownership to Archway. As a result, Chase is not willing to consent to the lien or pledge.

Thank you.

**From:** Avi Muhtar <amuhtar@crownandstonelaw.com>
**Sent:** Tuesday, June 09, 2026 1:57 PM
**To:** Bologna, Stephanie (CIB, USA) <stephanie.bologna@chase.com>; Derrick Talerico <dtalerico@wztlfirm.com>; Schweer, Scott (CIB, USA) <scott.schweer@chase.com>
**Cc:** Shechtman, Zev M. <zev.shechtman@saul.com>
**Subject:** RE: [EXTERNAL]Muhtar/Halevy Loan on Roxbury

Hi Stephanie,

Attached is the Muhtars' Opposition to the Debtors' Motion to Approve Settlement Agreement with Archway Broadway Loan SPE, LLC under Rule 9019, filed today.

The Opposition sets out the Muhtars' position in full, consistent with what I conveyed in my prior email on this thread.

**Avi E. Muhtar, Esq.**
CROWN & STONE LAW, P.C.
407 N. MAPLE DRIVE, GROUND FLOOR
BEVERLY HILLS, CALIFORNIA 90210
(844) 240-0444
Direct: 310.796.7677
www.crownandstonelaw.com

**From:** Bologna, Stephanie <stephanie.bologna@chase.com>
**Sent:** Tuesday, June 9, 2026 9:01 AM
**To:** Derrick Talerico <dtalerico@wztlfirm.com>; Schweer, Scott <scott.schweer@chase.com>
**Cc:** Shechtman, Zev M. <zev.shechtman@saul.com>; Avi Muhtar <amuhtar@crownandstonelaw.com>
**Subject:** RE: [EXTERNAL]Muhtar/Halevy Loan on Roxbury

Receive and forwarded to our legal counsel along with Avi's reply as well. We will be in touch.

Thank you.

**Stephanie Bologna Strother**   | Vice President  |  Team Schweer  |  **Commercial Banking**  |  3 Park Plaza, Suite 1000  |  Irvine, CA 92614  |  T: 949 833 4114  |  eFax: 866 494 6497  |  M: 949 278 3038  |  stephanie.bologna@chase.com  |  https://digital.jpmorgan.com/TeamScottSchweer/index.html  |  Sign in to your digital loan application

**Partner**: Scott Schweer  |  T: 949 833 4074   |  scott.schweer@chase.com

**Partner**: Cooper Dodd  |  T: 949 471 6918  |  cooper.dodd@chase.com

**From:** Derrick Talerico <dtalerico@wztlfirm.com>
**Sent:** Monday, June 08, 2026 8:04 PM
**To:** Bologna, Stephanie (CIB, USA) <stephanie.bologna@chase.com>; Schweer, Scott (CIB, USA) <scott.schweer@chase.com>
**Cc:** Shechtman, Zev M. <zev.shechtman@saul.com>; Avi Muhtar <amuhtar@crownandstonelaw.com>
**Subject:** [EXTERNAL]Muhtar/Halevy Loan on Roxbury

Stephanie - Thanks for talking earlier. I am counsel to the Halevy family's corporate interests in their chapter 11 cases. Zev Shechtman (cc'd) is counsel to Sue, Danny, and Alan Gomperts in their personal chapter 11 cases and represents Sue as to her ownership interest in the Roxbury Property vis-a-vis the Halevy Trust. Avi Muhtar (cc'd) is counsel to the Muhtars on their interest in the Roxbury Property.

As part of a global restructuring effort to address a $20M liability to Archway Capital, guaranteed by Sue, Danny, and Alan, the Halevy Trust's interest in its 50% ownership of the Roxbury property is required to be pledged to Archway as supporting collateral to a joint bankruptcy plan among the corporate and individual debtors. To that end, the attached Chase Deed of Trust contains restrictions on further encumbrances or changes of ownership (Section 4.13.1).

The proposed restructuring requires that a deed - as to the Halevy Trust's interest alone - be recorded as a junior lien on the Roxbury Property for the benefit of Archway, and that the Halevy Trust grant Archway a security interest in its 50% ownership of the Roxbury Property. In order to avoid the automatic default provisions of the Chase Deed of Trust, the Halevy Trust is asking Chase to consent to a junior lien in favor of Archway and a pledge of the Halevy Trust's 50% ownership to Archway.

Our timing on working this out is unfortunately short. In two weeks, we will be before the bankruptcy court where we will need to have this issue of Chase's consent resolved.

Subject to the Muhtars and Halevy's working out issues on estoppel and consent between them, I understand that the Muhtars would not oppose Chase consenting to this junior interest.

The draft Pledge and Security Agreement that would be junior to Chase is attached.

Please forward this email to whomever would be able to consider the request for Chase's consent.

Thank you,
Derrick

-

## Weintraub Zolkin Talerico & Liu LLP

Derrick Talerico
11766 Wilshire Blvd., Suite 730
Los Angeles, CA 90025
Direct 424-500-8552 | Cell 310-403-0090
dtalerico@WZTLfirm.com| www.WZTLfirm.com

This message is confidential and subject to terms at: https://www.jpmorgan.com/emaildisclaimer including on confidential, privileged or legal entity information, malicious content and monitoring of electronic messages. If you are not the intended recipient, please delete this message and notify the sender immediately. Any unauthorized use is strictly prohibited.
This message is confidential and subject to terms at: https://www.jpmorgan.com/emaildisclaimer including on confidential, privileged or legal entity information, malicious content and monitoring of electronic messages. If you are not the intended recipient, please delete this message and notify the sender immediately. Any unauthorized use is strictly prohibited.