# EXHIBIT '5'

| | |
|---|---|
| **From:** | Derrick Talerico <dtalerico@wztlfirm.com> |
| **Sent:** | Monday, June 22, 2026 10:12 AM |
| **To:** | Avi Muhtar |
| **Cc:** | Zev M. Shechtman; Werth, Steven |
| **Subject:** | Fw: Broadway Further Revised First Amendment |

Avi - Archway's response. Fletcher is incorrect on his "according to me," but he raises a valid concern which is the basis of my emails to Chase's counsel. I have since had a conversation with Fletcher and he sent a revised First Amendment which I think gets us closer.

-

## Weintraub Zolkin Talerico & Liu LLP

Derrick Talerico
Direct 424-500-8552 | Cell 310-403-0090

---

**From:** Michael Fletcher <mfletcher@frandzel.com>
**Sent:** Monday, June 22, 2026 6:51 AM
**To:** Derrick Talerico <dtalerico@wztlfirm.com>
**Cc:** Steven Bloom <sbloom@frandzel.com>; JOSHUA KOHAN (joshua@archwayfund.com) <joshua@archwayfund.com>; Bobby Khorshidi <bobby@archwayfund.com>; Gerrick Warrington <gwarrington@frandzel.com>; Zev M. Shechtman <zev.shechtman@saul.com>; Werth, Steven <steven.werth@saul.com>; Alan gomperts <alangomperts@hotmail.com>; daniel halevy <danhalevy@gmail.com>
**Subject:** RE: Broadway Further Revised First Amendment

See my comments below about the final draft I just sent to you, as to which my clients reserve all rights in that they haven't seen it. Otherwise, see my comments below in **BOLD.**

**Michael Fletcher**
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, 19th Floor
Los Angeles, CA  90017-2427
| | |
|---|---|
| Phone: | (323) 852-1000 |
| Facsimile: | (323) 651-2577 |
| E-mail: | mfletcher@frandzel.com |
| Web: | www.frandzel.com |



 **GO GREEN: Please consider the environment before you print.**

This electronic message contains information which may be confidential and privileged and is intended only for the named addressee.  Unless you are the addressee of this message you may not use, copy or disclose the contents of this message to anyone. If you have received this message in error, please delete the message and advise the sender by reply e-mail or by calling (323) 852-1000. Thank you.
To ensure compliance with Internal Revenue Service Circular 230, we inform you that any U.S. Federal Tax advice contained in this communication is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.

**From:** Derrick Talerico <dtalerico@wztlfirm.com>
**Sent:** Sunday, June 21, 2026 2:26 PM
**To:** Michael Fletcher <mfletcher@frandzel.com>
**Cc:** Steven Bloom <sbloom@frandzel.com>; JOSHUA KOHAN (joshua@archwayfund.com) <joshua@archwayfund.com>; Bobby Khorshidi <bobby@archwayfund.com>; Gerrick Warrington <gwarrington@frandzel.com>; Zev M. Shechtman

<zev.shechtman@saul.com>; Werth, Steven <steven.werth@saul.com>; Alan gomperts <alangomperts@hotmail.com>; daniel halevy <danhalevy@gmail.com>
**Subject:** [EXTERNAL] Re: Broadway Further Revised First Amendment

Thank you Michael. This addresses most of my points.

Remaining issues (if this draft is otherwise acceptable to our clients):

- Section15F:

  - Change "...and subject to the conditions of Sections 5.F and 10.C..."  to "...and if required by and subject to the conditions of Sections 5.F and 10.C...". As written, there creates some question as to whether these things are required absolutely and they are not, b/c they are alternate options not triggered simply by "conditions."  **I MADE THIS CHANGE WHICH IS CONSISTENT WITH MY UNDERSTANDING OF ARCHWAY'S INTENT.**

  - The Muhtars will still be heard on this requirement for the Roxbury Pledge and UCC prior to a monetization of Sue's interest in Roxbury partnership or Roxbury property. A monetization/liquidation of Sue's interest does not necessarily require Chase to be repaid. If Sue cashes out but Chase remains, the pledge and UCC will trigger a default on the Chase Deed of Trust. We need to replace this mechanism with something that give you comfort on attachment to the proceeds of this monetization...not the property or ownership of the property. **NO. ACCORDING TO YOU, CHASE HAS TO BE REFINANCED OUT NO MATTER WHAT, IN ALL EVENTS, BECAUSE IT HOLDS AN INTEREST IN ANY SUCH PROCEEDS. THAT HAS BEEN YOUR PITCH.  SO YOUR PREMISE IS UTTERLY FLAWED. IN ANY EVENT, WITHOUT THIS REQUIREMENT ARCHWAY WILL HAVE TO DEAL WITH ENDLESS WHINING FROM YOU AND YOUR CLIENTS WHEN ROXBURY MONEY BECOMES AVAILABLE TO THE TENOR OF "PLEASE PLEASE PLEASE CAN'T SUE JUST HAVE $_____" WHEN THE ONLY MONEY SHE GETS IS FROM CANON SALE PROCEEDS. UNDER THIS PROVISION, IT WILL BE AN EVENT OF DEFAULT NOT TO ASSIGN, LEADING TO ALL OF THE RAMIFICATIONS OF THAT FOR YOUR CLIENTS.**

- What are you looking for by 10K other than a general certification of trust?  A CERTIFICATION OF TRUST AS TO ANY DOCUMENT SIGNED BY THIS TRUST, SUFFICIENT TO SATISFY MY TRANSACTIONAL COLLEAGUES WHO SPEAK "TRUST CERTIFICATIONS."

- Can we have a mechanism where Linden can be Shortfall Residence Collateral if Broadway clears a certain proceeds benchmark? **NO; YOU ASKED; I TOLD THEM OF YOUR ASK AND POINTED OUT THE RAMIFICATIONS; ARCHWAY HAS NOT SAID "YES."**

-

## Weintraub Zolkin Talerico & Liu LLP

Derrick Talerico
Direct 424-500-8552 | Cell 310-403-0090

---

**From:** Michael Fletcher <mfletcher@frandzel.com>
**Sent:** Sunday, June 21, 2026 10:13 AM
**To:** Derrick Talerico <dtalerico@wztlfirm.com>
**Cc:** Steven Bloom <sbloom@frandzel.com>; JOSHUA KOHAN (joshua@archwayfund.com) <joshua@archwayfund.com>; Bobby Khorshidi <bobby@archwayfund.com>; Gerrick Warrington <gwarrington@frandzel.com>
**Subject:** Broadway Further Revised First Amendment

Here is a further revised First Amendment for your review. No one on my side has seen or approved this (although I think it is consistent with what is needed) and therefore reserve all rights to make further changes.

**Michael Fletcher**
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, 19th Floor
Los Angeles, CA  90017-2427
Phone:          (323) 852-1000
Facsimile:     (323) 651-2577
E-mail:          mfletcher@frandzel.com
Web:            www.frandzel.com





 **GO GREEN: Please consider the environment before you print.**

This electronic message contains information which may be confidential and privileged and is intended only for the named addressee.  Unless you are the addressee of this message you may not use, copy or disclose the contents of this message to anyone. If you have received this message in error, please delete the message and advise the sender by reply e-mail or by calling (323) 852-1000. Thank you.

To ensure compliance with Internal Revenue Service Circular 230, we inform you that any U.S. Federal Tax advice contained in this communication is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.