United States Bankruptcy Court

Central District of California

In re:                                                          Case No. 24-12079-VZ

Seaton Investments, LLC                                         Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2                  User: admin                    Page 1 of 5

Date Rcvd: Jul 08, 2026               Form ID: pdf042               Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2026:**

**Recip ID**           **Recipient Name and Address**
db            + Seaton Investments, LLC, 264 S Oakhurst Dr, Beverly Hills, CA 90212-3504

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2026                    Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2026 at the address(es) listed below:

**Name**           **Email Address**

Avi Edward Muhtar
    on behalf of Interested Party Haskell & Nurit Muhtar amuhtar@crownandstonelaw.com

Avi Edward Muhtar
    on behalf of Interested Party Avi Muhtar amuhtar@crownandstonelaw.com

Bruce D Poltrock
    on behalf of Creditor Archway Broadway Loan SPE  LLC, fka Archway Real Estate Income Fund I REIT, LLC
    bpoltrock@frandzel.com, sking@frandzel.com,autodocket@frandzel.com

Bruce D Poltrock
    on behalf of Creditor Archway Real Estate Income Fund I SPE I  LLC bpoltrock@frandzel.com,
    sking@frandzel.com,autodocket@frandzel.com

Carol Chow
    on behalf of Debtor Daniel Halevy Carol.Chow@saul.com
    hannah.richmond@saul.com;easter.santamaria@saul.com;carol.chow@ecf.courtdrive.com;litigationdocketing@saul.com

District/off: 0973-2                          User: admin                                    Page 2 of 5

Date Rcvd: Jul 08, 2026                       Form ID: pdf042                                Total Noticed: 1

Carol Chow
on behalf of Debtor Alan Gomperts Carol.Chow@saul.com
hannah.richmond@saul.com;easter.santamaria@saul.com;carol.chow@ecf.courtdrive.com;litigationdocketing@saul.com

Carol Chow
on behalf of Debtor Susan Halevy Carol.Chow@saul.com
hannah.richmond@saul.com;easter.santamaria@saul.com;carol.chow@ecf.courtdrive.com;litigationdocketing@saul.com

Christopher Cramer
on behalf of Interested Party Courtesy NEF secured@becket-lee.com

Christopher Crowell
on behalf of Creditor Harvest Small Business Finance  LLC ccrowell@frandzel.com, rsantamaria@frandzel.com

David B Shemano
on behalf of Creditor AIRE Ancient Baths Los Angeles  LLC dshemano@shemanolaw.com

Derrick Talerico
on behalf of Interested Party Broadway Avenue Investments  LLC dtalerico@wztslaw.com,
maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico
on behalf of Interested Party Daniel Halevy dtalerico@wztslaw.com
maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico
on behalf of Interested Party SLA Investments  LLC dtalerico@wztslaw.com,
maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico
on behalf of Interested Party Negev Investments  LLC dtalerico@wztslaw.com,
maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico
on behalf of Debtor Negev Investments  LLC dtalerico@wztslaw.com,
maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico
on behalf of Debtor Broadway Avenue Investments  LLC dtalerico@wztslaw.com,
maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico
on behalf of Debtor Seaton Investments  LLC dtalerico@wztslaw.com,
maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico
on behalf of Debtor Colyton Investments  LLC dtalerico@wztslaw.com,
maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico
on behalf of Interested Party Susan Halevy dtalerico@wztslaw.com
maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico
on behalf of Debtor SLA Investments  LLC dtalerico@wztslaw.com,
maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Garrick Vanderfin
on behalf of Creditor Korth Direct Mortgage Inc. gvanderfin@polsinelli.com
zyoung@Polsinelli.com;ladocketing@polsinelli.com

Gerrick Warrington
on behalf of Creditor Archway Broadway Loan SPE  LLC, fka Archway Real Estate Income Fund I REIT, LLC
gwarrington@frandzel.com, achase@frandzel.com,autodocket@frandzel.com

Gerrick Warrington
on behalf of Creditor Archway real estate income fund gwarrington@frandzel.com
achase@frandzel.com,autodocket@frandzel.com

Gerrick Warrington
on behalf of Creditor Archway Real Estate Income Fund I SPE I  LLC gwarrington@frandzel.com,
achase@frandzel.com,autodocket@frandzel.com

Gerrick Warrington
on behalf of Plaintiff Archway Broadway Loan SPE  LLC, a Delaware limited liability company gwarrington@frandzel.com,
achase@frandzel.com,autodocket@frandzel.com

Gerrick Warrington
on behalf of Creditor Archway Broadway Loan SPE  LLC gwarrington@frandzel.com,
achase@frandzel.com,autodocket@frandzel.com

Jacqueline L James
on behalf of Interested Party Harvest Small Business Finance  LLC jjames@buchalter.com,

District/off: 0973-2

Date Rcvd: Jul 08, 2026

Form ID: pdf042

Total Noticed: 1

gvidales@buchalter.com;docket@buchalter.com;pjolley@buchalter.com

Jacqueline L James

on behalf of Creditor Harvest Small Business Finance  LLC jjames@buchalter.com,
gvidales@buchalter.com;docket@buchalter.com;pjolley@buchalter.com

Jacquelyn H Choi

on behalf of Creditor LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR jacquelyn.Choi@rimonlaw.com
docketingsupport@rimonlaw.com

Jennifer C Wong

on behalf of Interested Party Courtesy NEF bknotice@mccarthyholthus.com  jwong@ecf.courtdrive.com

Jennifer C Wong

on behalf of Creditor Wells Fargo Bank  N.A. bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

Jessica M. Simon

on behalf of Creditor Harvest Small Business Finance  LLC jsimon@hrhlaw.com, mgranzow@hrhlaw.com

Kelly L Morrison

on behalf of U.S. Trustee United States Trustee (LA) kelly.l.morrison@usdoj.gov

Michael G Fletcher

on behalf of Creditor Archway Broadway Loan SPE  LLC, fka Archway Real Estate Income Fund I REIT, LLC
mfletcher@frandzel.com, sking@frandzel.com,autodocket@frandzel.com

Michael G Fletcher

on behalf of Creditor Archway Real Estate Income Fund I SPE I  LLC mfletcher@frandzel.com,
sking@frandzel.com,autodocket@frandzel.com

Michael G Fletcher

on behalf of Plaintiff Archway Broadway Loan SPE  LLC, a Delaware limited liability company mfletcher@frandzel.com,
sking@frandzel.com,autodocket@frandzel.com

Michael G Fletcher

on behalf of Creditor Archway real estate income fund mfletcher@frandzel.com  sking@frandzel.com,autodocket@frandzel.com

Paige Selina Poupart

on behalf of Creditor Archway Real Estate Income Fund I SPE I  LLC Ppoupart@smsm.com, achase@frandzel.com

Paige Selina Poupart

on behalf of Creditor Archway Broadway Loan SPE  LLC, fka Archway Real Estate Income Fund I REIT, LLC
Ppoupart@smsm.com, achase@frandzel.com

Paige Selina Poupart

on behalf of Plaintiff Archway Broadway Loan SPE  LLC, a Delaware limited liability company Ppoupart@smsm.com,
achase@frandzel.com

Richard Girgado

on behalf of Creditor LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR rgirgado@counsel.lacounty.gov

Robert F Conte

on behalf of Creditor United States of America on behalf of Internal Revenue Service robert.conte@usdoj.gov
caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov

Ryan Coy

on behalf of Defendant Daniel Halevy ryan.coy@blankrome.com  courtmail@blankrome.com

Ryan Coy

on behalf of Defendant Susan Halevy ryan.coy@blankrome.com  courtmail@blankrome.com

Ryan Coy

on behalf of Interested Party Daniel Halevy ryan.coy@blankrome.com  courtmail@blankrome.com

Ryan Coy

on behalf of Interested Party Courtesy NEF ryan.coy@blankrome.com  courtmail@blankrome.com

Ryan Coy

on behalf of Interested Party Alan Gomperts ryan.coy@blankrome.com  courtmail@blankrome.com

Ryan Coy

on behalf of Interested Party Susan Halevy ryan.coy@blankrome.com  courtmail@blankrome.com

Samantha White

on behalf of Creditor Wells Fargo Bank N.A.  d/b/a Wells Fargo Auto samantha.white@wellsfargo.com

Scott R Albrecht

on behalf of Creditor First Foundation Bank salbrecht@gsaattorneys.com  jackie.nguyen@sgsattorneys.com

Steven Werth

on behalf of Interested Party Susan Halevy steven.werth@saul.com
swerth@ecf.courtdrive.com;hannah.richmond@saul.com;litigationdocketing@saul.com

District/off: 0973-2                             User: admin                                    Page 4 of 5

Date Rcvd: Jul 08, 2026                          Form ID: pdf042                                Total Noticed: 1

Steven Werth
       on behalf of Interested Party Alan Gomperts steven.werth@saul.com
       swerth@ecf.courtdrive.com;hannah.richmond@saul.com;litigationdocketing@saul.com

Steven Werth
       on behalf of Interested Party Daniel Halevy steven.werth@saul.com
       swerth@ecf.courtdrive.com;hannah.richmond@saul.com;litigationdocketing@saul.com

Tanya Behnam
       on behalf of Creditor Korth Direct Mortgage Inc. tbehnam@polsinelli.com
       tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com

Todd S. Garan
       on behalf of Creditor Metropolitan Life Insurance Company ch11ecf@aldridgepite.com
       TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

Todd S. Garan
       on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing ch11ecf@aldridgepite.com
       TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

Todd S. Garan
       on behalf of Creditor US Bank trust national Assocition  not in its individual capacity, bot solely as owner trustee for GS
       Mortgage-Backed Securities Trust 2020-NQM1 ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

Todd S. Garan
       on behalf of Interested Party Courtesy NEF ch11ecf@aldridgepite.com  TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

Todd S. Garan
       on behalf of Creditor Wells Fargo National Bank West ch11ecf@aldridgepite.com
       TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

Turner Falk
       on behalf of Interested Party Susan Halevy turner.falk@saul.com  tnfalk@recap.email

Turner Falk
       on behalf of Debtor Susan Halevy turner.falk@saul.com  tnfalk@recap.email

Turner Falk
       on behalf of Debtor Alan Gomperts turner.falk@saul.com  tnfalk@recap.email

Turner Falk
       on behalf of Debtor Daniel Halevy turner.falk@saul.com  tnfalk@recap.email

Turner Falk
       on behalf of Interested Party Daniel Halevy turner.falk@saul.com  tnfalk@recap.email

United States Trustee (LA)
       ustpregion16.la.ecf@usdoj.gov

Zev Shechtman
       on behalf of Debtor Susan Halevy Zev.Shechtman@saul.com
       Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.
       Bribiesca@saul.com

Zev Shechtman
       on behalf of Defendant Daniel Halevy Zev.Shechtman@saul.com
       Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.
       Bribiesca@saul.com

Zev Shechtman
       on behalf of Interested Party Alan Gomperts Zev.Shechtman@saul.com
       Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.
       Bribiesca@saul.com

Zev Shechtman
       on behalf of Interested Party Courtesy NEF Zev.Shechtman@saul.com
       Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.
       Bribiesca@saul.com

Zev Shechtman
       on behalf of Debtor Alan Gomperts Zev.Shechtman@saul.com
       Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.
       Bribiesca@saul.com

Zev Shechtman
       on behalf of Interested Party Daniel Halevy Zev.Shechtman@saul.com
       Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.
       Bribiesca@saul.com

Zev Shechtman
       on behalf of Interested Party Susan Halevy Zev.Shechtman@saul.com
       Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.
       Bribiesca@saul.com

District/off: 0973-2                          User: admin                                    Page 5 of 5
Date Rcvd: Jul 08, 2026                       Form ID: pdf042                                Total Noticed: 1

Zev Shechtman

    on behalf of Debtor Daniel Halevy Zev.Shechtman@saul.com
    Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.
    Bribiesca@saul.com

Zev Shechtman

    on behalf of Defendant Susan Halevy Zev.Shechtman@saul.com
    Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.
    Bribiesca@saul.com


TOTAL: 74

Derrick Talerico (State Bar No. 223763)
dtalerico@wztslaw.com
Paige T. Rolfe (State Bar No. 331096)
prolfe@wztslaw.com
WEINTRAUB ZOLKIN
TALERICO & SELTH LLP
11766 Wilshire Boulevard, Suite 730
Los Angeles, CA 90025
Telephone: (424) 500-8552

Counsel to Debtors Broadway Avenue
Investments, LLC, SLA Investments, LLC,
and Negev Investments, LLC

**FILED & ENTERED**

**JUL 08 2026**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY vandenst DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

In re:

SEATON INVESTMENTS, LLC, *et al.*,

Debtors and Debtors in
Possession.

Lead Case No. 2:24-bk-12079-VZ

Jointly Administered with Case Nos.:
2:24-bk-12080-VZ; 2:24-bk-12081-VZ;
2:24-bk-12082-VZ; 2:24-bk-12091-VZ;
2:24-bk-12074-VZ; 2:24-bk-12075-VZ
and 2:24-bk-12076-VZ

Chapter 11

**ORDER GRANTING MOTION TO
MODIFY VARIOUS ORDERS TO
DISMISS THE DEBTORS' CASES**

Hearing:
Date:          June 23, 2026
Time:          11:00 a.m.
Courtroom:  1368
                     255 E. Temple Street
                     Los Angeles, CA 90012

☐ Affects All Debtors.
☐ Affects Seaton Investments, LLC (*Dismissed*)
☐ Affects Colyton Investments, LLC (*Dismissed*)
☒ Affects Broadway Avenue Investments, LLC
☒ Affects SLA Investments, LLC
☒ Affects Negev Investments, LLC
☒ Affects Alan Gomperts
☒ Affects Daniel Halevy
☒ Affects Susan Halevy

1

On June 23, 2026, the Court held a hearing on the *Motion to Modify Various Orders to Dismiss the Debtors' Cases* (Dkt. No. 668, the "Motion") filed by Debtors Broadway Avenue Investments, LLC, SLA Investments, LLC, and Negev Investments, LLC ("Movants"). Appearances were as noted on the record. Having considered the Motion and heard argument at the hearing, and good cause appearing,

**IT IS HEREBY ORDERED:**

1.    The Motion is granted.

2.    Unless otherwise ordered by this Court, the Movants' bankruptcy cases shall be dismissed effective October 3, 2026.

###

Date: July 8, 2026

Vincent P. Zurzolo
United States Bankruptcy Judge

2