ZEV SHECHTMAN (BAR NO. 266280)
*Zev.Shechtman@saul.com*
SAUL EWING LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: (310) 255-6100
Facsimile: (310) 255-6200

Attorneys for Alan Gomperts, Daniel Halevy,
Susan Halevy, Debtors and Debtors in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re: SEATON INVESTMENTS, LLC, et al.,<br>  *Now a dismissed case*<br><br>  Debtors and Debtors In Possession. | Lead Case No. 2:24-bk-12079-VZ<br><br>Jointly Administered with Case Nos.:<br>2:24-bk-12080-VZ;2:24-bk-12081-VZ;<br>2:24-bk-12082-VZ;2:24-bk-12091-VZ;<br>2:24-bk-12074-VZ;2:24-bk-12075-VZ;  and<br>2:24-bk-12076-VZ |
| ☐  Affects All Debtors. | |
| ☐  Affects Case No.: 2:24-12080-VZ<br>    Colyton Investments, LLC -*Now a*<br>    *dismissed case* | Chapter 11 |
| ☐  Affects Case No.: 2:24-12081-VZ<br>    Broadway Avenue Investments, LLC | **DEBTOR'S NOTICE OF MOTION TO (1) CONFIRM SALE OF REAL PROPERTY COMMONLY KNOWN AS 3538 GREENFIELD AVENUE, LOS ANGELES, CALIFORNIA 90034 FREE AND CLEAR OF LIENS AND CLAIMS, AND (2) PAY REAL ESTATE BROKERS' COMMISSIONS; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATIONS OF ALAN GOMPERTS AND BEN KANANI IN SUPPORT THEREOF** |
| ☐  Affects 2:24-12082-VZ<br>    SLA Investments, LLC | |
| ☐  Affects 2:24-12091-VZ<br>    Negev Investments, LLC | |
| ☒  Affects Case No.: 2:24-12074-VZ<br>    Alan Gomperts | |
| ☐  Affects Case No.: 2:24-12075-VZ<br>    Daniel Halevy | |
| ☐  Affects Case No.: 2:24-12076-VZ<br>    Susan Halevy | Date: August 4, 2026<br>Time: 11:00 a.m.<br>Place: Courtroom 1368<br>    255 E. Temple St.<br>    Los Angeles, CA 90012 |

58209004.2
390855-00001
58209004.1

**TO THE HONORABLE VINCENT P. ZURZOLO, UNITED STATES BANKRUPTCY JUDGE, AND INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that on August 4, 2026, at 11:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 1368 of the United States Bankruptcy Court, 255 East Temple Street, Los Angeles, California, Alan Gomperts, the debtor and debtor-in-possession herein ("Gomperts" or the "Debtor"), will and hereby does move the Court for an order (1) confirming a sale under 11 U.S.C. § 363 and Local Bankruptcy Rules 6004-1(c) and 9013-1, by the Debtor, of residential real property commonly known as 3538 Greenfield Avenue, Los Angeles, California 90034 (the "Property") to Di Nalli Consulting, LLC, or its assignee (the "Buyer"), for $1,449,000.00; and (2) authorizing the Debtor to pay real estate brokers' commissions in connection with the sale (the "Motion"). The sale is to be "as is" and "where is" with no warranty or recourse whatsoever.  The Court may entertain higher and better bids at the time of the hearing on the Motion.

The Motion is based upon this Notice of Motion, the contemporaneously filed Motion, the Memorandum of Points and Authorities, and the Declarations of Alan Gomperts and Ben Kanani, all of which are attached to the Motion, the papers and pleadings in the Debtor's bankruptcy case, and such other evidence that may be presented at the hearing.

Pursuant to Local Bankruptcy Rule 6004-1(c)(3), the Debtor provides the following information:

      A.     The date, time and place of the hearing on the Motion are set forth above.

      B.     The Buyer is Di Nalli Consulting, LLC, or its assignee, and its address is 8537 Pickford Street, Los Angeles, CA 90035.

      C.     The property to be sold consists of the Debtor's right, title, and interest in residential real property located at 3538 Greenfield Avenue, Los Angeles, California 90034, which is a single family residence (the "Property").  Per a preliminary title report dated April 21, 2026, and attached to the Motion as Exhibit "2" (the "Title Report"), title to the Property is held by the Debtor's revocable living trust, the Gomperts & Halevy Family Trust (the "Family Trust").  For all intents and purposes, the fact that the Property is held by the Family Trust does not change its identity as property of the Debtor's estate and the use of the

proceeds for estate purposes. As a community property asset, the Property is property of the Debtor's estate.

D.     The terms and conditions of the sale are that the Property is being sold "as-is," "where is," "with all faults," with no warranty by or recourse whatsoever, subject to higher and better bids for $1,449,000.00. There are no contingencies other than Court approval.

E.     The Debtor intends to sell the Property free and clear of all liens and claims (collectively the "Subject Liens") as provided below, with all liens removed from the Property and the allowed amounts of certain liens and claims to be paid through escrow, and any disputed sums to attach to like amounts of the net sale proceeds, with the same force, effect, validity and priority that they had as of the petition date as against the Property.

1.     Real property taxes for the fiscal year 2025-2026 have been paid. The sale will be free and clear of any lien for real property taxes accrued prior to the date of the close of the sale. The Debtor will pay the real property taxes based on the proportion of the first installment period that runs through the closing date. The Buyer will be responsible for such taxes thereafter.

2.     The first position Deed of Trust in favor of Wells Fargo Bank ("WFB") that was recorded in Los Angeles County on April 29, 2011, as instrument no. 20110619428 securing an original indebtedness of $258,000 (the "First Trust Deed"), with a payoff of $169,715.60. The Debtor proposes to pay through escrow all undisputed amounts owed on the First Trust Deed. The sale will be free and clear of the First Trust Deed, and any disputed amount will not be paid but will attach to a like amount of the net sale proceeds, with the same force, effect, and validity that it had as against the Property.

3.     The second position Deed of Trust in favor Archway Real Estate Income Fund I SPE I, LLC ("Archway") that was recorded in Los Angeles County on April 24, 2023, as instrument no. 20230261978 securing an original indebtedness of $2,575,000.00. The sale will be free and clear based on Archway's consent.

F.      The proposed sale is subject to higher and better bids.  By way of the Motion, the Debtor is requesting that the Court approve the overbid procedures as set forth in the Motion.

G.      If a sale were to close by the end of August 2026, the estimated sale proceeds would be as shown in the below chart:

| | |
|---|---|
| Sale Price | $1,449,000.00 |
| Mortgage | ($169,715.60) |
| Costs of sale (6%) | ($86,940.00) |
| Capital gains taxes | ($0) |
| Projected Net Equity | $1,192,344.40 |

H.      The Debtor also seeks authority from the Court to pay total commissions to the brokers through escrow aggregating 5 percent (5%) of the selling price for the Property made payable only upon the close of sale.  The commission will be reduced to 3.5% in the event there are no other agents involved.  The seller's broker is United Real Estate Professionals, through its agent Ben Kanani (the "Broker").  The Debtor has separately filed an application to employ the Broker.  The buyer's broker is represented by Beverly & Co.

I.      The Debtor (who serves as his own accountant) estimates that there will be no federal or state capital gains tax consequences as a result of the proposed sale.

J.      Any objection to the Motion must be filed and served not later than 14 days before the date of the hearing, i.e., July 21, 2026.

K.      The Debtor also seeks a Court ruling that the party to whom the Court confirms the sale and any backup buyers are good faith purchasers for purposes of 11 U.S.C. § 363(m).  A declaration or other evidence establishing the good faith of the Buyer and any overbidder will be submitted prior to the hearing.

L.      The Debtor also seeks a waiver of the 14-day stay provided by Federal Rule of Bankruptcy Procedure 6004(h).

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 9013-1(f), each interested party opposing, joining, or responding to the Motion must, not later than 14 days

58209004.2

390855-00001                    4

58209004.1

before the date of the hearing, file with the Clerk of the Bankruptcy Court and serve upon the Debtor's general bankruptcy counsel, Zev Shechtman, Saul Ewing LLP, 1888 Century Park East, Suite 1500, Los Angeles, California 90067, and the United States Trustee, 915 Wilshire Blvd., Suite 1850, Los Angeles, California 90017, either: (i) a complete written statement of all reasons in opposition thereto or in support or joinder thereof, declarations and copies of all photographs and documentary evidence on which the responding party intends to rely, and any responding memorandum of points and authorities; or (ii) a written statement that the Motion will not be opposed.

Pursuant to Local Bankruptcy Rule 9013-1(h), failure to timely file and serve papers may be deemed by the Court to be consent to the granting or denial of the Motion, as the case may be.

DATED: July 13, 2026                                   SAUL EWING LLP

By: _____
ZEV SHECHTMAN
Attorneys for Alan Gomperts, Daniel Halevy, Susan Halevy, Debtors and Debtors in Possession

58209004.2
390855-00001
58209004.1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**Saul Ewing LLP, 1888 Century Park East, Suite 1500, Los Angeles, CA 90067**

A true and correct copy of the foregoing document entitled (*specify*):**Debtor's Notice of Motion to (1) Confirm Sale of Real Property Commonly Known as 3538 Greenfield Avenue, Los Angeles, California 90034 Free and Clear of Liens and Claims, and (2) Pay Real Estate Brokers' Commissions; Memorandum of Points and Authorities; Declarations of Alan Gomperts and Ben Kanani in Support Thereof** served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **July 14, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **July 14, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**Debtor**                                                                      **See attached creditor matrix**
Alan Gomperts
264 South Oakhurst Drive
Beverly Hills, CA 90212

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **July 14, 2026**,  I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**VIA PERSONAL DELIVERY:**
Honorable Vincent P. Zurzolo
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1360 / Courtroom 1368
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 14, 2026 | Hannah Richmond | /s/ Hannah Richmond |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                           **F 9013-3.1.PROOF.SERVICE**

**1**. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF) (continued)**</u>:

- **Scott R Albrecht**    salbrecht@gsaattorneys.com, jackie.nguyen@sgsattorneys.com
- **Tanya Behnam**    tbehnam@polsinelli.com, tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com
- **Jacquelyn H Choi**    jacquelyn.Choi@rimonlaw.com, docketingsupport@rimonlaw.com
- **Carol Chow**    Carol.Chow@saul.com, hannah.richmond@saul.com;easter.santamaria@saul.com;carol.chow@ecf.courtdrive.com;litigationdocketing@saul.com
- **Robert F Conte**    robert.conte@usdoj.gov, caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov
- **Ryan Coy**    ryan.coy@blankrome.com, courtmail@blankrome.com
- **Christopher Cramer**    secured@becket-lee.com
- **Christopher Crowell**    ccrowell@frandzel.com, mbrandenberg@frandzel.com
- **Turner Falk**    turner.falk@saul.com, tnfalk@recap.email
- **Michael G Fletcher**    mfletcher@frandzel.com, sking@frandzel.com,autodocket@frandzel.com
- **Todd S. Garan**    ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com
- **Richard Girgado**    rgirgado@counsel.lacounty.gov
- **Jacqueline L James**    jjames@buchalter.com, gvidales@buchalter.com;docket@buchalter.com;pjolley@buchalter.com
- **Kelly L Morrison**    kelly.l.morrison@usdoj.gov
- **Avi Edward Muhtar**    amuhtar@crownandstonelaw.com
- **Bruce D Poltrock**    bpoltrock@frandzel.com, sking@frandzel.com,autodocket@frandzel.com
- **Paige Selina Poupart**    Ppoupart@smsm.com, achase@frandzel.com
- **Zev Shechtman**    Zev.Shechtman@saul.com, Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com
- **David B Shemano**    dshemano@shemanolaw.com
- **Jessica M. Simon**    jsimon@hrhlaw.com, mgranzow@hrhlaw.com
- **Derrick Talerico**    dtalerico@wztslaw.com, maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Garrick Vanderfin**    gvanderfin@polsinelli.com, zyoung@Polsinelli.com;ladocketing@polsinelli.com
- **Gerrick Warrington**    gwarrington@frandzel.com, achase@frandzel.com,autodocket@frandzel.com
- **Samantha White**    samantha.white@wellsfargo.com
- **Jennifer C Wong**    bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                          **F 9013-3.1.PROOF.SERVICE**

Label Matrix for local noticing
0973-2
Case 2:24-bk-12074-VZ
Central District of California
Los Angeles
Tue Jul 14 11:49:24 PDT 2026

Archway Broadway Loan SPE, LLC
Frandzel Robins Bloom & Csato, L.C.
c/o Michael Gerard Fletcher
1000 Wilshire Blvd., 19th Fl.
Los Angeles, CA 90017-2457

Harvest Small Business Finance, LLC
Hemar, Rousso & Heald, LLP
c/o Jacqueline L. James
15910 Ventura Blvd., 12th Floor
Encino, CA 91436-2829

Korth Direct Mortgage Inc.
c/o Polsinelli LLP
2049 Century Park East
Suite 2900
Los Angeles, CA 90067-3221

United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

Wells Fargo Bank N.A., d/b/a Wells Fargo Aut
PO Box 169005
Irving, TX 75016-9005

Los Angeles Division
255 East Temple Street,
Los Angeles, CA 90012-3332

Wells Fargo Bank N.A., d/b/a Wells Farg
PO Box 169005
Irving, TX 75016-9005

Adam Willmouth, Ericka Ochoa
3538 Greenfield Avenue
Los Angeles, CA 90034-6102

Alan Gomperts
264 S. Oakhurst Drive
Beverly Hills, CA 90212-3504

American Express
PO Box 981535
El Paso, TX 79998-1535

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

Archway Broadway Loan SPE, LLC
c/o Michael Gerard Fletcher
Frandzel Robins Bloom & Csato, L.C.
1000 Wilshire Blvd., 19th Fl.
Los Angeles, CA 90017-2457

Archway Real Estate Income Fund I
SPE1 LLC
10100 Santa Monica Boulevard
Suite 500
Los Angeles, CA 90067-4121

Archway Real Estate Income Fund I REIT, LLC
Michael Gerard Fletcher
c/o FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, 19th Floor
Los Angeles, CA 90017-2457

Archway Real Estate Income Fund I S
c/o Bruce D Poltrock
c/o Frandzel Robins Bloom & Csato
1000 Wilshire Blvd 19th Floor
Los Angeles, CA 90017-2457

Balboa Capital Corp
575 Anton Blvd
12th Floor
Costa Mesa, CA 92626-7685

Broadway Avenue Investments, LLC
264 S. Oakhurst Drive
Beverly Hills, CA 90212-3504

Colyton Investments, LLC
264 S. Oakhurst Drive
Beverly Hills, CA 90212-3504

Commune Events
8561 Horner Street
Los Angeles, CA 90035-3614

Daniel Halevy
8561 Horner Street
Los Angeles, CA 90035-3614

David Halevy
257 S. Linden Avenue
Beverly Hills, CA 90212-3704

Gomperts & Halevy Family Trust
264 S. Oakhurst Drive
Beverly Hills, CA 90212-3504

Halevy Family Trust
257 S. Linden Drive
Beverly Hills, CA 90212-3704

Harvest Small Business Finance
24422 Avenida de la Carlota
Ste 400
Laguna Hills, CA  92653-3634

Harvest Small Business Finance, LLC
c/o Jacqueline L. James
Hemar, Rousso & Heald, LLP
15910 Ventura Blvd., 12th Floor
Encino, CA 91436-2829

INTERNAL REVENUE SERVICE
P.O BOX 7346
PHILADELPHIA, PA 19101-7346

Jose Benssouson
2220 Bagley Avenue
Los Angeles, CA 90034-1109

KDM California LLC
135 San Lorenzo Avenue
Suite 600
Miami, FL 33146-1875

KDM California LLC
c/o Polsinelli LLP
2049 Century Park E Ste 2900
Los Angeles, CA 90067-3221

Korth Direct Mortgage Inc.
Attn: Keith E. Henrich
135 San Lorenzo Avenue, Suite 600
Coral Gables, FL 33146-1875

Los Angeles County Tax Collector
Kenneth Hahn Hall of
Administration
225 North Hill Street Room 160
Beverly Hills, CA  90212

SLA Investments, LLC
264 S. Oakhurst Drive
Beverly Hills, CA 90212-3504

Seaton Investments LLC
264 S. Oakhurst Drive
Beverly Hills, CA 90212-3504

Sharon Halevy
264 S. Oakhurst Drive
Beverly Hills, CA 90212-3504

Shmuel Levy
2247 S. Canfield Avenue
Los Angeles, CA 90034-1114

Susan Halevy
257 S. Linden Avenue
Beverly Hills, CA 90212-3704

Wells Fargo Auto
PO Box 51963
Los Angeles, CA 90051-6263

Wells Fargo Bank
PO Box 51162
Los Angeles, CA 90051-5462

Wells Fargo Bank, N.A.
Attn: Bankruptcy Department
MAC N9286-01Y Default Document Processin
P.O. Box 1629
Minneapolis, MN 55440-1629

Wells Fargo Bank, N.A.
Default Document Processing
MAC# N9286-01Y
P.O. Box 1629
Minneapolis, MN 55440-1629

Wells Fargo National Bank West
c/o Wells Fargo Bank, N.A.
Default Document Processing
MAC# N9286-01Y, P.O. Box 1629
Minneapolis, MN 55440-1629

Zev M. Shechtman
Saul Ewing LLP
1888 Century Park East, Suite 1500
Los Angeles, CA 90067-1719

Alan Gomperts
264 South Oakhurst Drive
Beverly Hills, CA 90212-3504

Carol Chow
Saul Ewing LLP
1888 Century Park East
Suite 1500
Los Angeles, CA 90067-1719

Turner Falk
Saul Ewing LLP
1500 Market St, 38th Fl
Philadelphia, PA 19102-2184

Zev Shechtman
Saul Ewing LLP
1888 Century Park East
Suite 1500
Los Angeles, CA 90067-1719

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Archway Real Estate Income Fund I SPE I, L
Frandzel
1000 Wilshire Blvd., 19th Fl.
Los Angeles

(u)Courtesy NEF

End of Label Matrix
Mailable recipients    46
Bypassed recipients     2
Total                  48