Michael Gerard Fletcher (State Bar No. 070849)
  mfletcher@frandzel.com
Gerrick M. Warrington (State Bar No. 294890)
  gwarrington@frandzel.com
Ashley Geilim (State Bar No. 365769)
  ageilim@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, California 90017-2427
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for Archway Broadway
Loan SPE, LLC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re | Lead Case No. 2:24-bk-12079-VZ |
| SEATON INVESTMENTS, LLC, *et al.*, | Jointly Administered with Case Nos.: |
|       Debtors and Debtors-in-Possession. | 2:24-bk-12080-VZ; 2:24-bk-12081-VZ; 2:24-bk-12082-VZ; 2:24-bk-12091-VZ; 2:24-bk-12074-VZ; 2:24-bk-12075-VZ; and 2:24-bk-12076-VZ |
| Affects: | Chapter 11 |
| ☐ All Debtors<br>☐ Seaton Investments, LLC (*Dismissed*)<br>☐ Colyton Investments, LLC (*Dismissed*)<br>☒ Broadway Avenue Investments, LLC<br>☒ SLA Investments, LLC<br>☒ Negev Investments, LLC<br>☒ Alan Gomperts<br>☒ Daniel Halevy<br>☒ Susan Halevy | **ARCHWAY BROADWAY LOAN SPE, LLC'S REPLY TO THE TO HASKELL AND MURIT MUHTAR'S SUPPLEMENTAL OPPOSITION TO DEBTORS' 9019 MOTION TO APPROVE SETTLEMENT AGREEMENT WITH ARCHWAY BROADWAY LOAN SPE, LLC**<br><br>Date:        July 21, 2026<br>Time:       11:00 a.m.<br>Courtroom:  1368<br>           255 E. Temple Street<br>           Los Angeles, CA 90012<br><br>Hon. Vincent P. Zurzolo |

6001201v2 | 101415-0002

1

ARCHWAY'S REPLY TO MUHTAR OPPOSITION TO DEBTORS' 9019 MOTION

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

Archway,[1] the estate's principal secured creditor, has reached a deal in principle with the Debtors to resolve their outstanding disputes. Archway concurs with the Reply filed by the Debtors, and it submits its own reply to the Supplemental Opposition ("Opposition") [Dkt. 713] filed by Haskell Muhtar and Nurit Muhtar (together, the "Muhtars"). The Opposition seeks to hinder approval of the Debtors' Rule 9019 motion ("Motion") [Dkt. 666] to approve the Settlement Agreement ("Settlement Agreement") with Archway, as amended by the First Amendment thereto ("First Amendment") [Dkt. 693].

The Muhtars spend most of their Opposition discussing hypothetical future Roxbury outcomes rather than analyzing whether the settlement itself falls within the range of reasonableness. Those hypothetical outcomes are not before the Court. Approval of the Settlement Agreement does not predetermine or prejudice any rights the Muhtars may assert in future litigation concerning the Roxbury Property.

The Muhtars are not creditors of any of the bankruptcy estates in these jointly administered cases. They have a co-ownership in only one real property (Roxbury) with only one Debtor (Sue), out of the many, many properties and assets held by the Debtors in the aggregate.

The Settlement Agreement, if approved, would resolve the central dispute in these cases between Archway and the Debtors concerning Archway's asserted claims of over $28 million and climbing and the Debtors' disputed views of those claims, their amounts, and their asserted bankruptcy rights. *See* Motion, Exhibit 1, Settlement Agreement, Recital AA, page 26 of 64. The compromise is simple:  Archway agreed to a significant $7+ million reduction in its claims to be allowed, from $28+ million to $21.3 million, in exchange for a concrete timeline for payments and liens to ensure such payments of the significantly reduced amounts.[2]

---

[1] Archway Broadway Loan SPE, LLC, a Delaware limited liability company, successor in interest to Archway Real Estate Income Fund I REIT, LLC fka Archway Real Estate Income Fund I SPE I, LLC  ("Archway").

[2] This is not an academic dispute about the value and the amounts owed under the timely-filed Archway proofs of claim in these bankruptcies. Archway has at various times in the course of these cases noted that it holds pre-petition financial statements from two of the Debtors, Alan Gomperts and Sue Halevy, who guaranty all of the prepetition debts owed to Archway. Those

6001201v2 | 101415-0002

2

ARCHWAY'S REPLY TO MUHTAR OPPOSITION TO DEBTORS' 9019 MOTION

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

Importantly, no creditor or any other party in interest, other than the Muhtars, has objected to the Settlement Agreement.

Through the Settlement Agreement, Archway acknowledges the significant discretion of the Debtors as to how to achieve those payment targets:  $16 million or more by the March 2027 Drop Dead Date and $21.3 million overall achieved through at least real property sales for the most part throughout the process.

For instance, while the Settlement Agreement requires the Debtors to initiate sale processes for only a select few identified of their many properties—Greenfield (sale motion apparently being filed this week); Palm; South Los Angeles; Negev (Foxdale); and Canon—the Debtors only have to complete a sale of one of those properties (not including Canon) by September 1, 2026. *See* Settlement Agreement at § 6.D., page 31 of 64; § 7.B, page 32 of 64. The Court has already approved bid procedures as to the Broadway Property, and a sale hearing is set for September 1, 2026. *See* Order Dkt. 703.

Under the Settlement Agreement, how to sell, on what terms, to whom to sell, and when to sell are decisions mainly reserved to the Debtors. The Debtors have to make payments to Archway by certain dates. How they do that is primarily up to them. Under the Settlement Agreement, the Muhtars co-owned Roxbury property is not required to be sold. The Settlement Agreement, through the First Amendment, gives the Debtors multiple options to unlock the net value to Sue on her 50% undivided interest in Roxbury and bring that value into the settlement. Depending on what the Debtors decide to do, and how they decide to do it, the Debtors could both timely pay Archway and otherwise retain their interests in various properties that they choose to try to keep. It is up to them to decide which properties.

The First Amendment removes mandates for the Debtors about the Roxbury property. Nothing Roxbury-related is a condition precedent to the Settlement Agreement any longer, and

financial statements show their aggregate net worth to be in excess of $50 million. This raises numerous bankruptcy issues that have to be resolved about estate solvency, the value of the assets, and the rights of Archway to payment in full, to identify just a few. These are issues that the Settlement Agreement seeks to resolve so that the parties can otherwise avoid having to litigate those issues in this Court to conclusion.

what remains are conditions subsequent, the occurrence of which are conditioned on a number of things. *See* Talerico Declaration [Dkt. 693], Exhibit 1, First Amendment §§ 5 and 6, pages 8–9 of 17 (deleting the Roxbury conditions precedent and adding them only as conditions subsequent based on numerous conditions). The Debtors must now use their "best efforts" to monetize the value Sue holds in Roxbury as a co-owner of a 50% undivided interest in the property prior to the Drop Dead Date. *Id.* § 4, page 7 of 17 (amending and restating section 10.C of the initial Settlement Agreement). The Debtors are required to try to monetize property interests to enable them timely to hit the required aggregate payments to Archway of no less than $16 million by the Drop Dead Date as one component of the overall consideration supporting Archway's compromise. Archway retains full discretion to alter deadlines depending on timely performance by the Debtors.[3]

In conclusion, Archway respectfully submits that the Court should overrule the Muhtars' Opposition and approve the Settlement Agreement under Rule 9019.

A bankruptcy estate such as Sue's may monetize the interests of the Debtor in co-owned property. Depending on what the Debtors decide to do, and when, and how, they could timely satisfy their payment obligations to Archway while otherwise retaining property holdings of significant value in the process, to be dealt with under their forthcoming plan. Only time will tell. The Settlement Agreement is a "win" for the Debtors, their estates, and Archway, allowing these reorganizations to proceed. The Court should not allow the Muhtars to disrupt that progress.

DATED: July 14, 2026

FRANDZEL ROBINS BLOOM & CSATO, L.C.

By: /s/ Gerrick M. Warrington

GERRICK M. WARRINGTON
Attorneys for Archway Broadway Loan SPE, LLC

---

[3] The Muhtars comments in the Supplemental Opposition open up another option for the Debtors. Simply partition Roxbury and sell it outright. Archway is agreeable to adding that to the options available to the Debtors.

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

ARCHWAY'S REPLY TO MUHTAR OPPOSITION TO DEBTORS' 9019 MOTION

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1000 Wilshire Boulevard, Nineteenth Floor, Los Angeles, CA 90017-2427.

A true and correct copy of the foregoing document entitled (*specify*): **ARCHWAY BROADWAY LOAN SPE, LLC'S REPLY TO THE TO HASKELL AND MURIT MUHTAR'S SUPPLEMENTAL OPPOSITION TO DEBTORS' 9019 MOTION TO APPROVE SETTLEMENT AGREEMENT WITH ARCHWAY BROADWAY LOAN SPE, LLC** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) <u>July 14, 2026</u>, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Scott R Albrecht on behalf of Creditor First Foundation Bank
salbrecht@gsaattorneys.com, jackie.nguyen@sgsattorneys.com

Tanya Behnam on behalf of Creditor Korth Direct Mortgage Inc.
tbehnam@polsinelli.com, tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com

Jacquelyn H Choi on behalf of Creditor LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR
jacquelyn.Choi@rimonlaw.com, docketingsupport@rimonlaw.com

Carol Chow on behalf of Debtor Alan Gomperts
Carol.Chow@saul.com,
hannah.richmond@saul.com;easter.santamaria@saul.com;carol.chow@ecf.courtdrive.com;litigationdocketing@saul.com

Carol Chow on behalf of Debtor Daniel Halevy
Carol.Chow@saul.com,
hannah.richmond@saul.com;easter.santamaria@saul.com;carol.chow@ecf.courtdrive.com;litigationdocketing@saul.com

Carol Chow on behalf of Debtor Susan Halevy
Carol.Chow@saul.com,
hannah.richmond@saul.com;easter.santamaria@saul.com;carol.chow@ecf.courtdrive.com;litigationdocketing@saul.com

Robert F Conte on behalf of Creditor United States of America on behalf of Internal Revenue Service
robert.conte@usdoj.gov, caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov

Ryan Coy on behalf of Defendant Daniel Halevy
ryan.coy@blankrome.com, courtmail@blankrome.com

Ryan Coy on behalf of Defendant Susan Halevy
ryan.coy@blankrome.com, courtmail@blankrome.com

Ryan Coy on behalf of Interested Party Courtesy NEF
ryan.coy@blankrome.com, courtmail@blankrome.com

Ryan Coy on behalf of Interested Party Alan Gomperts
ryan.coy@blankrome.com, courtmail@blankrome.com

Ryan Coy on behalf of Interested Party Daniel Halevy
ryan.coy@blankrome.com, courtmail@blankrome.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                 **F 9013-3.1.PROOF.SERVICE**

Ryan Coy on behalf of Interested Party Susan Halevy
ryan.coy@blankrome.com, courtmail@blankrome.com

Christopher Cramer on behalf of Interested Party Courtesy NEF
secured@becket-lee.com

Christopher Crowell on behalf of Creditor Harvest Small Business Finance, LLC
ccrowell@frandzel.com, rsantamaria@frandzel.com

Turner Falk on behalf of Debtor Alan Gomperts
turner.falk@saul.com, tnfalk@recap.email

Turner Falk on behalf of Debtor Daniel Halevy
turner.falk@saul.com, tnfalk@recap.email

Turner Falk on behalf of Debtor Susan Halevy
turner.falk@saul.com, tnfalk@recap.email

Turner Falk on behalf of Interested Party Daniel Halevy
turner.falk@saul.com, tnfalk@recap.email

Turner Falk on behalf of Interested Party Susan Halevy
turner.falk@saul.com, tnfalk@recap.email

Michael G Fletcher on behalf of Creditor Archway Broadway Loan SPE, LLC, fka Archway Real Estate Income Fund I
REIT, LLC
mfletcher@frandzel.com, sking@frandzel.com,autodocket@frandzel.com

Michael G Fletcher on behalf of Creditor Archway Real Estate Income Fund I SPE I, LLC
mfletcher@frandzel.com, sking@frandzel.com,autodocket@frandzel.com

Michael G Fletcher on behalf of Creditor Archway real estate income fund
mfletcher@frandzel.com, sking@frandzel.com,autodocket@frandzel.com

Michael G Fletcher on behalf of Plaintiff Archway Broadway Loan SPE, LLC, a Delaware limited liability company
mfletcher@frandzel.com, sking@frandzel.com,autodocket@frandzel.com

Todd S. Garan on behalf of Creditor Metropolitan Life Insurance Company
ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

Todd S. Garan on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing
ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

Todd S. Garan on behalf of Creditor US Bank trust national Assocition, not in its individual capacity, bot solely as
owner trustee for GS Mortgage-Backed Securities Trust 2020-NQM1
ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

Todd S. Garan on behalf of Creditor Wells Fargo National Bank West
ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

Todd S. Garan on behalf of Interested Party Courtesy NEF
ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

Richard Girgado on behalf of Creditor LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR
rgirgado@counsel.lacounty.gov

Jacqueline L James on behalf of Creditor Harvest Small Business Finance, LLC
jjames@buchalter.com, gvidales@buchalter.com;docket@buchalter.com;pjolley@buchalter.com

Jacqueline L James on behalf of Interested Party Harvest Small Business Finance, LLC
jjames@buchalter.com, gvidales@buchalter.com;docket@buchalter.com;pjolley@buchalter.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                        **F 9013-3.1.PROOF.SERVICE**

Kelly L Morrison on behalf of U.S. Trustee United States Trustee (LA)
kelly.l.morrison@usdoj.gov

Avi Edward Muhtar on behalf of Interested Party Avi Muhtar
amuhtar@crownandstonelaw.com

Avi Edward Muhtar on behalf of Interested Party Haskell & Nurit Muhtar
amuhtar@crownandstonelaw.com

Bruce D Poltrock on behalf of Creditor Archway Broadway Loan SPE, LLC, fka Archway Real Estate Income Fund I
REIT, LLC
bpoltrock@frandzel.com, sking@frandzel.com,autodocket@frandzel.com

Bruce D Poltrock on behalf of Creditor Archway Real Estate Income Fund I SPE I, LLC
bpoltrock@frandzel.com, sking@frandzel.com,autodocket@frandzel.com

Paige Selina Poupart on behalf of Creditor Archway Broadway Loan SPE, LLC, fka Archway Real Estate Income Fund
I REIT, LLC
Ppoupart@smsm.com, achase@frandzel.com

Paige Selina Poupart on behalf of Creditor Archway Real Estate Income Fund I SPE I, LLC
Ppoupart@smsm.com, achase@frandzel.com

Paige Selina Poupart on behalf of Plaintiff Archway Broadway Loan SPE, LLC, a Delaware limited liability company
Ppoupart@smsm.com, achase@frandzel.com

Zev Shechtman on behalf of Debtor Alan Gomperts
Zev.Shechtman@saul.com,
Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.c
om;Isaiah.Bribiesca@saul.com

Zev Shechtman on behalf of Debtor Daniel Halevy
Zev.Shechtman@saul.com,
Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.c
om;Isaiah.Bribiesca@saul.com

Zev Shechtman on behalf of Debtor Susan Halevy
Zev.Shechtman@saul.com,
Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.c
om;Isaiah.Bribiesca@saul.com

Zev Shechtman on behalf of Defendant Daniel Halevy
Zev.Shechtman@saul.com,
Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.c
om;Isaiah.Bribiesca@saul.com

Zev Shechtman on behalf of Defendant Susan Halevy
Zev.Shechtman@saul.com,
Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.c
om;Isaiah.Bribiesca@saul.com

Zev Shechtman on behalf of Interested Party Courtesy NEF
Zev.Shechtman@saul.com,
Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.c
om;Isaiah.Bribiesca@saul.com

Zev Shechtman on behalf of Interested Party Alan Gomperts
Zev.Shechtman@saul.com,
Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.c
om;Isaiah.Bribiesca@saul.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                    **F 9013-3.1.PROOF.SERVICE**

Zev Shechtman on behalf of Interested Party Daniel Halevy
Zev.Shechtman@saul.com,
Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com

Zev Shechtman on behalf of Interested Party Susan Halevy
Zev.Shechtman@saul.com,
Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com

David B Shemano on behalf of Creditor AIRE Ancient Baths Los Angeles, LLC
dshemano@shemanolaw.com

Jessica M. Simon on behalf of Creditor Harvest Small Business Finance, LLC
jsimon@hrhlaw.com, mgranzow@hrhlaw.com

Derrick Talerico on behalf of Debtor Broadway Avenue Investments, LLC
dtalerico@wztslaw.com, maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico on behalf of Debtor Colyton Investments, LLC
dtalerico@wztslaw.com, maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico on behalf of Debtor Negev Investments, LLC
dtalerico@wztslaw.com, maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico on behalf of Debtor SLA Investments, LLC
dtalerico@wztslaw.com, maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico on behalf of Debtor Seaton Investments, LLC
dtalerico@wztslaw.com, maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico on behalf of Interested Party Broadway Avenue Investments, LLC
dtalerico@wztslaw.com, maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico on behalf of Interested Party Negev Investments, LLC
dtalerico@wztslaw.com, maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico on behalf of Interested Party SLA Investments, LLC
dtalerico@wztslaw.com, maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico on behalf of Interested Party Daniel Halevy
dtalerico@wztslaw.com, maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico on behalf of Interested Party Susan Halevy
dtalerico@wztslaw.com, maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Garrick Vanderfin on behalf of Creditor Korth Direct Mortgage Inc.
gvanderfin@polsinelli.com, zyoung@Polsinelli.com;ladocketing@polsinelli.com

Gerrick Warrington on behalf of Creditor Archway Broadway Loan SPE, LLC
gwarrington@frandzel.com, achase@frandzel.com,autodocket@frandzel.com

Gerrick Warrington on behalf of Creditor Archway Broadway Loan SPE, LLC, fka Archway Real Estate Income Fund I REIT, LLC
gwarrington@frandzel.com, achase@frandzel.com,autodocket@frandzel.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Gerrick Warrington on behalf of Creditor Archway Real Estate Income Fund I SPE I, LLC
gwarrington@frandzel.com, achase@frandzel.com,autodocket@frandzel.com

Gerrick Warrington on behalf of Creditor Archway real estate income fund
gwarrington@frandzel.com, achase@frandzel.com,autodocket@frandzel.com

Gerrick Warrington on behalf of Plaintiff Archway Broadway Loan SPE, LLC, a Delaware limited liability company
gwarrington@frandzel.com, achase@frandzel.com,autodocket@frandzel.com

Steven Werth on behalf of Interested Party Alan Gomperts
steven.werth@saul.com, swerth@ecf.courtdrive.com;hannah.richmond@saul.com;litigationdocketing@saul.com

Steven Werth on behalf of Interested Party Daniel Halevy
steven.werth@saul.com, swerth@ecf.courtdrive.com;hannah.richmond@saul.com;litigationdocketing@saul.com

Samantha White on behalf of Creditor Wells Fargo Bank N.A., d/b/a Wells Fargo Auto
samantha.white@wellsfargo.com

Jennifer C Wong on behalf of Creditor Wells Fargo Bank, N.A.
bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

☐ Service information continued on attached page.

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state <u>method for each person or entity served</u>): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**Email:**

**Chambers of The Honorable Vincent P. Zurzolo:**
**Chambers_VZurzolo@cacb.uscourts.gov**

**Counsel to the Muhtars:**
amuhtar@crownandstonelaw.com

**Counsel to Corporate Debtors:**
Derrick Talerico     dtalerico@wztslaw.com
Paige T. Rolfe prolfe@wztslaw.com

**Counsel to Individual Debtors:**
Zev Shechtman     Zev.Shechtman@saul.com
Turner Falk     turner.falk@saul.com

**United States Trustee:**
Kelly L Morrison kelly.l.morrison@usdoj.gov

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 14, 2026 | Annette Chase | /s/ Annette Chase |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                   **F 9013-3.1.PROOF.SERVICE**