| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ZEV SHECHTMAN (BAR NO. 266280)<br>Zev.Shechtman@saul.com<br>SAUL EWING LLP<br>1888 Century Park East, Suite 1500<br>Los Angeles, California 90067<br>Telephone: (310) 255-6100<br>Facsimile: (310) 255-6200<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Alan Gomperts, Daniel Halevy and Sue Halevy | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -  LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br>SEATON INVESTMENTS, LLC, et al.,<br>   ***Now a dismissed case***<br><br>                    Debtors and Debtors In Possession | LEAD CASE NO.: 2:24-bk-12079-VZ<br><br>JOINTLY ADMINISTERED WITH CASE NOS.:<br>2:24-bk-12080-VZ; 2:24-bk-12081-VZ; 2:24-bk-12082-VZ;<br>2:24-bk-12091-VZ; 2:24-bk-12074-VZ; 2:24-bk-12075-VZ;<br>and 2:24-bk-12076-VZ |
| ☐   Affects All Debtors. | CHAPTER: 11 |
| ☐   Affects Case No.: 2:24-12080-VZ<br>      Colyton Investments, LLC -***Now a***<br>      ***dismissed case***<br><br>☐   Affects Case No.: 2:24-12081-VZ<br>      Broadway Avenue Investments, LLC<br><br>☐   Affects 2:24-12082-VZ<br>      SLA Investments, LLC<br><br>☐   Affects 2:24-12091-VZ<br>      Negev Investments, LLC<br><br>☒   Affects Case No.: 2:24-12074-VZ<br>      Alan Gomperts<br><br>☐   Affects Case No.: 2:24-12075-VZ<br>      Daniel Halevy<br><br>☐   Affects Case No.: 2:24-12076-VZ<br>      Susan Halevy. | **AMENDED NOTICE OF SALE OF ESTATE PROPERTY** |

| | |
|---|---|
| **Sale Date:** 08/04/2026 | **Time:** 11:00 am |

**Location:** 255 East Temple Street, Los Angeles, CA 90012, Courtroom 1368

**Type of Sale**: ☒ Public ☒ Private          **Last date to file objections**: 07/21/2026

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

58280009.1
390855-00001

**Description of property to be sold**:
single family residence located at 3538 Greenfield Avenue, Los Angeles, California 90034 (the "Property")

**Terms and conditions of sale**:
The Property is being sold "as-is," "where is," "with all faults," with no warranty by or recourse whatsoever, subject to higher and better bids for $1,449,000.00. There are no contingencies other than Court approval.

**Proposed sale price**: $1,449,000.00

**Overbid procedure (if any):**
See motion (docket no. 720) and notice (docket no. 721) for details

**If property is to be sold free and clear of liens or other interests, list date, time and location of hearing:**
Date: August 4, 2026
Time: 11:00 a.m.
Place: Courtroom 1368
       255 E. Temple St.
       Los Angeles, CA 90012

**Contact person for potential bidders *(include name, address, telephone, fax and/or email address):***
Ben Kanani, 17011 Beach Blvd., Suite 900
Huntington Beach, CA 92647
email: benkanani@gmail.com, Telephone # (310) 800-7405

or

Zev Shechtman, 1888 Century Park East, Suite 1500
Los Angeles, CA 90067, Telephone # (310) 255-6100
email: zev.shechtman@saul.com

Date: 7/20/2026

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

58280009.1
390855-00001

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**Saul Ewing LLP, 1888 Century Park East, Suite 1500, Los Angeles, CA 90067**

A true and correct copy of the foregoing document entitled (*specify*):**Amended Notice of Sale of Estate Property** served
or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner
stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
**July 20, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the
following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **_____**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or
adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class,
postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will
be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **_____**,  I served the
following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to
such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration
that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is
filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 20, 2026 | Hannah Richmond | /s/ Hannah Richmond |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

1. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF) (continued)**</u>:

- **Scott R Albrecht**    salbrecht@gsaattorneys.com, jackie.nguyen@sgsattorneys.com
- **Tanya Behnam**    tbehnam@polsinelli.com, tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com
- **Jacquelyn H Choi**    jacquelyn.Choi@rimonlaw.com, docketingsupport@rimonlaw.com
- **Carol Chow**    Carol.Chow@saul.com, hannah.richmond@saul.com;easter.santamaria@saul.com;carol.chow@ecf.courtdrive.com;litigationdocketing@saul.com
- **Robert F Conte**    robert.conte@usdoj.gov, caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov
- **Ryan Coy**    ryan.coy@blankrome.com, courtmail@blankrome.com
- **Christopher Cramer**    secured@becket-lee.com
- **Christopher Crowell**    ccrowell@frandzel.com, mbrandenberg@frandzel.com
- **Turner Falk**    turner.falk@saul.com, tnfalk@recap.email
- **Michael G Fletcher**    mfletcher@frandzel.com, sking@frandzel.com,autodocket@frandzel.com
- **Todd S. Garan**    ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com
- **Richard Girgado**    rgirgado@counsel.lacounty.gov
- **Jacqueline L James**    jjames@buchalter.com, gvidales@buchalter.com;docket@buchalter.com;pjolley@buchalter.com
- **Kelly L Morrison**    kelly.l.morrison@usdoj.gov
- **Avi Edward Muhtar**    amuhtar@crownandstonelaw.com
- **Bruce D Poltrock**    bpoltrock@frandzel.com, sking@frandzel.com,autodocket@frandzel.com
- **Paige Selina Poupart**    Ppoupart@smsm.com, achase@frandzel.com
- **Zev Shechtman**    Zev.Shechtman@saul.com, Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com
- **David B Shemano**    dshemano@shemanolaw.com
- **Jessica M. Simon**    jsimon@hrhlaw.com, mgranzow@hrhlaw.com
- **Derrick Talerico**    dtalerico@wztslaw.com, maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Garrick Vanderfin**    gvanderfin@polsinelli.com, zyoung@Polsinelli.com;ladocketing@polsinelli.com
- **Gerrick Warrington**    gwarrington@frandzel.com, achase@frandzel.com,autodocket@frandzel.com
- **Samantha White**    samantha.white@wellsfargo.com
- **Jennifer C Wong**    bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                          **F 9013-3.1.PROOF.SERVICE**