Michael Gerard Fletcher (State Bar No. 070849)
mfletcher@frandzel.com
Gerrick M. Warrington (State Bar No. 294890)
gwarrington@frandzel.com
Ashley Geilim (State Bar No. 365769)
ageilim@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, California 90017-2427
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for Archway Broadway
Loan SPE, LLC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re | Lead Case No. 2:24-bk-12079-VZ |
| SEATON INVESTMENTS, LLC, *et al.*, | Jointly Administered with Case Nos.: |
| Debtors and Debtors-in-Possession. | 2:24-bk-12080-VZ; 2:24-bk-12081-VZ; 2:24-bk-12082-VZ; 2:24-bk-12091-VZ; 2:24-bk-12074-VZ; 2:24-bk-12075-VZ; and 2:24-bk-12076-VZ |
| Affects: | Chapter 11 |
| ☐ All Debtors<br>☐ Seaton Investments, LLC (*Dismissed*)<br>☐ Colyton Investments, LLC (*Dismissed*)<br>☐ Broadway Avenue Investments, LLC<br>☐ SLA Investments, LLC<br>☐ Negev Investments, LLC<br>☒ Alan Gomperts<br>☐ Daniel Halevy<br>☐ Susan Halevy | **ARCHWAY BROADWAY LOAN SPE, LLC'S LIMITED OBJECTION TO DEBTOR'S NOTICE OF MOTION TO CONFIRM SALE OF REAL PROPERTY COMMONLY KNOWN AS 3538 GREENFIELD AVENUE, LOS ANGELES, CALIFORNIA 90034 FREE AND CLEAR OF LIENS AND CLAIMS** |
| | Date:        August 4, 2026<br>Time:        11:00 a.m.<br>Courtroom:  1368<br>                 255 E. Temple Street<br>                 Los Angeles, CA 90012 |
| | Hon. Vincent P. Zurzolo |

6011485v1 | 101415-0002                                      1

ARCHWAY'S LIMITED OBJECTION TO GREENFIELD SALE MOTION

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

Archway Broadway Loan SPE, LLC, a Delaware limited liability company, successor in interest to Archway Real Estate Income Fund I REIT, LLC fka Archway Real Estate Income Fund I SPE I, LLC ("Archway") submits this limited objection to the *Debtor's Notice Of Motion To Confirm Sale Of Real Property Commonly Known As 3538 Greenfield Avenue, Los Angeles, California 90034 Free And Clear Of Liens And Claims* ("Motion") (Dkt. 721).

As set forth herein, Archway supports the Motion, including the proposed sale, the purchase price, and entry of an order approving the sale. Archway's sole concern is clarification of the treatment of its deed of trust and the sale proceeds.

There is no dispute that, under the Settlement Agreement approved by the Court on July 21, 2026, subject to further notice to creditors, Archway is entitled to receive the approved net proceeds attributable to the Greenfield Property after payment of taxes, senior liens, and customary closing costs. Archway requests clarification that, as a form of adequate protection under § 363(e), such proceeds will be paid directly to Archway by wire transfer through escrow at closing.

Because Archway's deed of trust on the Greenfield Property secures a loan that remains secured by other collateral and real property, Archway does not consent to treatment that would provide only for its lien to attach to sale proceeds. Rather, Archway's lien on the Greenfield Property will be satisfied through direct payment from escrow, and Archway will provide a reconveyance limited to the Greenfield deed of trust, without affecting any other collateral securing the underlying indebtedness.

Subject to the foregoing clarification, Archway supports approval of the Motion.

DATED: July 21, 2026                    FRANDZEL ROBINS BLOOM & CSATO, L.C.


                                        By:  /s/ Michael Gerard Fletcher
                                             MICHAEL GERARD FLETCHER
                                             Attorneys for Archway Broadway Loan SPE, LLC

6011485v1 | 101415-0002                          2

ARCHWAY'S LIMITED OBJECTION TO GREENFIELD SALE MOTION

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1000 Wilshire Boulevard, Nineteenth Floor, Los Angeles, CA 90017-2427.

A true and correct copy of the foregoing document entitled (*specify*): **ARCHWAY BROADWAY LOAN SPE, LLC'S LIMITED OBJECTION TO DEBTOR'S NOTICE OF MOTION TO CONFIRM SALE OF REAL PROPERTY COMMONLY KNOWN AS 3538 GREENFIELD AVENUE, LOS ANGELES, CALIFORNIA 90034 FREE AND CLEAR OF LIENS AND CLAIMS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) <u>July 21, 2026</u>, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Scott R Albrecht on behalf of Creditor First Foundation Bank
salbrecht@gsaattorneys.com, jackie.nguyen@sgsattorneys.com

Tanya Behnam on behalf of Creditor Korth Direct Mortgage Inc.
tbehnam@polsinelli.com, tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com

Jacquelyn H Choi on behalf of Creditor LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR
jacquelyn.Choi@rimonlaw.com, docketingsupport@rimonlaw.com

Carol Chow on behalf of Individual Debtors Carol.Chow@saul.com,
hannah.richmond@saul.com;easter.santamaria@saul.com;carol.chow@ecf.courtdrive.com;litigationdocketing@saul.com

Robert F Conte on behalf of Creditor United States of America on behalf of Internal Revenue Service
robert.conte@usdoj.gov, caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov

Ryan Coy on behalf of Individual Debtors/Defendants
ryan.coy@blankrome.com, courtmail@blankrome.com

Christopher Cramer on behalf of Interested Party Courtesy NEF
secured@becket-lee.com

Christopher Crowell on behalf of Creditor Harvest Small Business Finance, LLC
ccrowell@frandzel.com, rsantamaria@frandzel.com

Turner Falk on behalf of Individual Debtors
turner.falk@saul.com, tnfalk@recap.email

Michael G Fletcher on behalf of Creditor Archway Broadway Loan SPE, LLC, fka Archway Real Estate Income Fund I REIT, LLC
mfletcher@frandzel.com, sking@frandzel.com,autodocket@frandzel.com

Todd S. Garan on behalf of Creditor Metropolitan Life Insurance Company
ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

Todd S. Garan on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing
ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

Todd S. Garan on behalf of Creditor US Bank trust national Association, not in its individual capacity, bot solely as owner trustee for GS Mortgage-Backed Securities Trust 2020-NQM1
ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

Todd S. Garan on behalf of Creditor Wells Fargo National Bank West

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

Todd S. Garan on behalf of Interested Party Courtesy NEF
ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

Richard Girgado on behalf of Creditor LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR
rgirgado@counsel.lacounty.gov

Jacqueline L James on behalf of Interested Party Harvest Small Business Finance, LLC
jjames@buchalter.com, gvidales@buchalter.com;docket@buchalter.com;pjolley@buchalter.com

Kelly L Morrison on behalf of U.S. Trustee United States Trustee (LA)
kelly.l.morrison@usdoj.gov

Avi Edward Muhtar on behalf of Interested Party Avi Muhtar
amuhtar@crownandstonelaw.com

Bruce D Poltrock on behalf of Creditor Archway Real Estate Income Fund I SPE I, LLC
bpoltrock@frandzel.com, sking@frandzel.com,autodocket@frandzel.com

Paige Selina Poupart on behalf of Creditor Archway Broadway Loan SPE, LLC, fka Archway Real Estate Income Fund
I REIT, LLC
Ppoupart@smsm.com, achase@frandzel.com

Zev Shechtman on behalf of Individual Debtors
Zev.Shechtman@saul.com,
Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.c
om;Isaiah.Bribiesca@saul.com

David B Shemano on behalf of Creditor AIRE Ancient Baths Los Angeles, LLC
dshemano@shemanolaw.com

Jessica M. Simon on behalf of Creditor Harvest Small Business Finance, LLC
jsimon@hrhlaw.com, mgranzow@hrhlaw.com

Derrick Talerico on behalf of Corporate Debtors
dtalerico@wztslaw.com, maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Garrick Vanderfin on behalf of Creditor Korth Direct Mortgage Inc.
gvanderfin@polsinelli.com, zyoung@Polsinelli.com;ladocketing@polsinelli.com

Gerrick Warrington on behalf of Archway Broadway Loan SPE, LLC
gwarrington@frandzel.com, achase@frandzel.com,autodocket@frandzel.com

Steven Werth on behalf of Individual Debtors steven.werth@saul.com,
swerth@ecf.courtdrive.com;hannah.richmond@saul.com;litigationdocketing@saul.com

Samantha White on behalf of Creditor Wells Fargo Bank N.A., d/b/a Wells Fargo Auto
samantha.white@wellsfargo.com

Jennifer C Wong on behalf of Creditor Wells Fargo Bank, N.A.
bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

☐ Service information continued on attached page.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**2.  SERVED BY UNITED STATES MAIL**:

On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Email:**

**Counsel to Corporate Debtors:**
Derrick Talerico    dtalerico@wztslaw.com
Paige T. Rolfe prolfe@wztslaw.com

**Counsel to Individual Debtors:**
Zev Shechtman    Zev.Shechtman@saul.com
Turner Falk    turner.falk@saul.com

**United States Trustee:**
Kelly L Morrison kelly.l.morrison@usdoj.gov

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 21, 2026 | Annette Chase | /s/ Annette Chase |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                    **F 9013-3.1.PROOF.SERVICE**