ZEV SHECHTMAN (BAR NO. 266280)
*Zev.Shechtman@saul.com*
SAUL EWING LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone:  (310) 255-6100
Facsimile:  (310) 255-6200

Attorneys for Alan Gomperts, Daniel Halevy,
Susan Halevy, Debtors and Debtors in Possession

FILED & ENTERED

JUL 28 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY mohammad DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re: SEATON INVESTMENTS, LLC, et al.,<br>*Now a dismissed case*<br><br>Debtors and Debtors In Possession. | Lead Case No. 2:24-bk-12079-VZ<br><br>Jointly Administered with Case Nos.:<br>2:24-bk-12080-VZ;2:24-bk-12081-VZ;<br>2:24-bk-12082-VZ;2:24-bk-12091-VZ;<br>2:24-bk-12074-VZ;2:24-bk-12075-VZ;  and<br>2:24-bk-12076-VZ |

☐  Affects All Debtors.

☐  Affects Case No.: 2:24-12080-VZ
Colyton Investments, LLC -*Now a*
*dismissed case*

☐  Affects Case No.: 2:24-12081-VZ
Broadway Avenue Investments, LLC

☐  Affects 2:24-12082-VZ
SLA Investments, LLC

☐  Affects 2:24-12091-VZ
Negev Investments, LLC

☒  Affects Case No.: 2:24-12074-VZ
Alan Gomperts

☐  Affects Case No.: 2:24-12075-VZ
Daniel Halevy

☐  Affects Case No.: 2:24-12076-VZ
Susan Halevy

Chapter 11

**ORDER GRANTING DEBTOR'S
APPLICATION TO EMPLOY REAL
ESTATE BROKER AND TO ENTER
INTO AN EXCLUSIVE LISTING
AGREEMENT**

[No Hearing Required – LBR 9013-1(o)]

The Court considered the *Notice of Application and Application of Debtor Alan Gomperts to Employ Real Estate Broker and to Enter Into an Exclusive Listing Agreement* (the "Application," Docket No. 704), and good cause appearing therefor,

IT IS ORDERED:

1.      The Application is approved.

2.      The Debtor is authorized to employ United Real Estate Professionals, through its agent Ben Kanani, as the Debtor's real estate broker in this case and to enter into the listing agreement attached as Exhibit "1" to the Application.

3.      The Debtor is authorized to extend, modify (except as to commission) or terminate the listing agreement in his sole discretion without further notice or order of the Court.

###

Date: July 28, 2026

Vincent P. Zurzolo
United States Bankruptcy Judge