ZEV SHECHTMAN (BAR NO. 266280)
*Zev.Shechtman@saul.com*
SAUL EWING LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone:  (310) 255-6100
Facsimile:  (310) 255-6200

Attorneys for Alan Gomperts, Daniel Halevy,
Susan Halevy, Debtors and Debtors in Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re: SEATON INVESTMENTS, LLC, et al., <br>     *Now a dismissed case* <br><br>          Debtors and Debtors In Possession. | Lead Case No. 2:24-bk-12079-VZ <br><br> Jointly Administered with Case Nos.: <br> 2:24-bk-12080-VZ;2:24-bk-12081-VZ; <br> 2:24-bk-12082-VZ;2:24-bk-12091-VZ; <br> 2:24-bk-12074-VZ;2:24-bk-12075-VZ;  and <br> 2:24-bk-12076-VZ |
| ☐  Affects All Debtors. <br><br> ☐  Affects Case No.: 2:24-12080-VZ <br>      Colyton Investments, LLC -*Now a* <br>      *dismissed case* <br><br> ☐  Affects Case No.: 2:24-12081-VZ <br>      Broadway Avenue Investments, LLC <br><br> ☐  Affects 2:24-12082-VZ <br>      SLA Investments, LLC <br><br> ☐  Affects 2:24-12091-VZ <br>      Negev Investments, LLC <br><br> ☒  Affects Case No.: 2:24-12074-VZ <br>      Alan Gomperts <br><br> ☐  Affects Case No.: 2:24-12075-VZ <br>      Daniel Halevy <br><br> ☐  Affects Case No.: 2:24-12076-VZ <br>      Susan Halevy | Chapter 11 <br><br> **DEBTOR'S REPLY IN SUPPORT OF MOTION TO CONFIRM SALE OF REAL PROPERTY COMMONLY KNOWN AS 3538 GREENFIELD AVENUE, LOS ANGELES, CALIFORNIA 90034 FREE AND CLEAR OF LIENS AND CLAIMS [DOC. NO. 720]** <br><br> Date: August 4, 2026 <br> Time: 11:00 a.m. <br> Place: Courtroom 1368 <br>       255 E. Temple St. <br>       Los Angeles, CA 90012 |

58324767.1
390855-00001

The Debtor hereby replies in support of his *Motion to Confirm Sale of Real Property Commonly Known as 3538 Greenfield Avenue, Los Angeles, California 90034 Free and Clear of Liens and Claims* (doc. no. 720) (the "Motion"), as follows:

1.    The Debtor agrees with the requests in the Wells Fargo conditional opposition (doc. no. 727), and will seek Wells Fargo's approval of the form of order on the Motion.

2.    The Debtor agrees with the requests in the Archway limited objection (doc. no. 731), and will seek Archway's approval of the form of the order on the Motion.

3.    There were no other oppositions to the Motion.

Accordingly, and based on the grounds set forth in the Motion, the Debtor respectfully requests that the Court grant the Debtor's Motion and enter such other relief as the Court deems just and proper.

DATED:  July 28, 2026                    SAUL EWING LLP

By:  _____
ZEV SHECHTMAN
Attorneys for Alan Gomperts, Daniel Halevy,
Susan Halevy, Debtors and Debtors in Possession

58324767.1
390855-00001                              2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**Saul Ewing LLP, 1888 Century Park East, Suite 1500, Los Angeles, CA 90067**

A true and correct copy of the foregoing document entitled (*specify*):**Debtor's Reply in Support of Motion to Confirm Sale of Real Property Commonly Known as 3538 Greenfield Avenue, Los Angeles, California 90034 Free and Clear of Liens and Claims [Doc. No. 720]** served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **July 28, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **_____**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **_____**,  I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 28, 2026 | Hannah Richmond | /s/ Hannah Richmond |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF) (continued)**:

- **Scott R Albrecht**   salbrecht@gsaattorneys.com, jackie.nguyen@sgsattorneys.com
- **Tanya Behnam**   tbehnam@polsinelli.com, tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com
- **Jacquelyn H Choi**   jacquelyn.Choi@rimonlaw.com, docketingsupport@rimonlaw.com
- **Carol Chow**   Carol.Chow@saul.com, hannah.richmond@saul.com;easter.santamaria@saul.com;carol.chow@ecf.courtdrive.com;litigationdocketing@saul.com
- **Robert F Conte**   robert.conte@usdoj.gov, caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov
- **Ryan Coy**   ryan.coy@blankrome.com, courtmail@blankrome.com
- **Christopher Cramer**   secured@becket-lee.com
- **Christopher Crowell**   ccrowell@frandzel.com, mbrandenberg@frandzel.com
- **Turner Falk**   turner.falk@saul.com, tnfalk@recap.email
- **Michael G Fletcher**   mfletcher@frandzel.com, sking@frandzel.com,autodocket@frandzel.com
- **Todd S. Garan**   ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com
- **Richard Girgado**   rgirgado@counsel.lacounty.gov
- **Jacqueline L James**   jjames@buchalter.com, gvidales@buchalter.com;docket@buchalter.com;pjolley@buchalter.com
- **Kelly L Morrison**   kelly.l.morrison@usdoj.gov
- **Avi Edward Muhtar**   amuhtar@crownandstonelaw.com
- **Bruce D Poltrock**   bpoltrock@frandzel.com, sking@frandzel.com,autodocket@frandzel.com
- **Paige Selina Poupart**   Ppoupart@smsm.com, achase@frandzel.com
- **Zev Shechtman**   Zev.Shechtman@saul.com, Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com
- **David B Shemano**   dshemano@shemanolaw.com
- **Jessica M. Simon**   jsimon@hrhlaw.com, mgranzow@hrhlaw.com
- **Derrick Talerico**   dtalerico@wztslaw.com, maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **Garrick Vanderfin**   gvanderfin@polsinelli.com, zyoung@Polsinelli.com;ladocketing@polsinelli.com
- **Gerrick Warrington**   gwarrington@frandzel.com, achase@frandzel.com,autodocket@frandzel.com
- **Samantha White**   samantha.white@wellsfargo.com
- **Jennifer C Wong**   bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                          **F 9013-3.1.PROOF.SERVICE**