United States Bankruptcy Court

Central District of California

In re:

Seaton Investments, LLC

    Debtor

Case No. 24-12079-VZ

Chapter 11

# CERTIFICATE OF NOTICE

| District/off: 0973-2 | User: admin | Page 1 of 5 |
|---|---|---|
| Date Rcvd: Jul 28, 2026 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2026:**

**Recip ID**    **Recipient Name and Address**
db    + Seaton Investments, LLC, 264 S Oakhurst Dr, Beverly Hills, CA 90212-3504

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2026    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2026 at the address(es) listed below:

**Name**    **Email Address**

Avi Edward Muhtar
    on behalf of Interested Party Avi Muhtar amuhtar@crownandstonelaw.com

Avi Edward Muhtar
    on behalf of Interested Party Haskell & Nurit Muhtar amuhtar@crownandstonelaw.com

Bruce D Poltrock
    on behalf of Creditor Archway Real Estate Income Fund I SPE I  LLC bpoltrock@frandzel.com, sking@frandzel.com,autodocket@frandzel.com

Bruce D Poltrock
    on behalf of Creditor Archway Broadway Loan SPE  LLC, fka Archway Real Estate Income Fund I REIT, LLC bpoltrock@frandzel.com, sking@frandzel.com,autodocket@frandzel.com

Carol Chow
    on behalf of Debtor Daniel Halevy Carol.Chow@saul.com hannah.richmond@saul.com;easter.santamaria@saul.com;carol.chow@ecf.courtdrive.com;litigationdocketing@saul.com

District/off: 0973-2                    User: admin                                                Page 2 of 5

Date Rcvd: Jul 28, 2026                  Form ID: pdf042                                  Total Noticed: 1

Carol Chow
on behalf of Debtor Alan Gomperts Carol.Chow@saul.com
hannah.richmond@saul.com;easter.santamaria@saul.com;carol.chow@ecf.courtdrive.com;litigationdocketing@saul.com

Carol Chow
on behalf of Debtor Susan Halevy Carol.Chow@saul.com
hannah.richmond@saul.com;easter.santamaria@saul.com;carol.chow@ecf.courtdrive.com;litigationdocketing@saul.com

Christopher Cramer
on behalf of Interested Party Courtesy NEF secured@becket-lee.com

Christopher Crowell
on behalf of Creditor Harvest Small Business Finance  LLC ccrowell@frandzel.com, rsantamaria@frandzel.com

David B Shemano
on behalf of Creditor AIRE Ancient Baths Los Angeles  LLC dshemano@shemanolaw.com

Derrick Talerico
on behalf of Debtor Seaton Investments  LLC dtalerico@wztslaw.com,
maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico
on behalf of Debtor Negev Investments  LLC dtalerico@wztslaw.com,
maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico
on behalf of Interested Party Daniel Halevy dtalerico@wztslaw.com
maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico
on behalf of Debtor Broadway Avenue Investments  LLC dtalerico@wztslaw.com,
maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico
on behalf of Interested Party Susan Halevy dtalerico@wztslaw.com
maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico
on behalf of Debtor Colyton Investments  LLC dtalerico@wztslaw.com,
maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico
on behalf of Interested Party Negev Investments  LLC dtalerico@wztslaw.com,
maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico
on behalf of Debtor SLA Investments  LLC dtalerico@wztslaw.com,
maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico
on behalf of Interested Party Broadway Avenue Investments  LLC dtalerico@wztslaw.com,
maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico
on behalf of Interested Party SLA Investments  LLC dtalerico@wztslaw.com,
maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Garrick Vanderfin
on behalf of Creditor Korth Direct Mortgage Inc. gvanderfin@polsinelli.com
zyoung@Polsinelli.com;ladocketing@polsinelli.com

Gerrick Warrington
on behalf of Creditor Archway Broadway Loan SPE  LLC gwarrington@frandzel.com,
achase@frandzel.com,autodocket@frandzel.com

Gerrick Warrington
on behalf of Plaintiff Archway Broadway Loan SPE  LLC, a Delaware limited liability company gwarrington@frandzel.com,
achase@frandzel.com,autodocket@frandzel.com

Gerrick Warrington
on behalf of Creditor Archway Broadway Loan SPE  LLC, fka Archway Real Estate Income Fund I REIT, LLC
gwarrington@frandzel.com, achase@frandzel.com,autodocket@frandzel.com

Gerrick Warrington
on behalf of Creditor Archway real estate income fund gwarrington@frandzel.com
achase@frandzel.com,autodocket@frandzel.com

Gerrick Warrington
on behalf of Creditor Archway Real Estate Income Fund I SPE I  LLC gwarrington@frandzel.com,
achase@frandzel.com,autodocket@frandzel.com

Jacqueline L James
on behalf of Interested Party Harvest Small Business Finance  LLC jjames@buchalter.com,

District/off: 0973-2

User: admin

Page 3 of 5

Date Rcvd: Jul 28, 2026

Form ID: pdf042

Total Noticed: 1

gvidales@buchalter.com;docket@buchalter.com;pjolley@buchalter.com

Jacqueline L James
on behalf of Creditor Harvest Small Business Finance  LLC jjames@buchalter.com, gvidales@buchalter.com;docket@buchalter.com;pjolley@buchalter.com

Jacquelyn H Choi
on behalf of Creditor LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR jacquelyn.Choi@rimonlaw.com docketingsupport@rimonlaw.com

Jennifer C Wong
on behalf of Creditor Wells Fargo Bank  N.A. bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

Jennifer C Wong
on behalf of Interested Party Courtesy NEF bknotice@mccarthyholthus.com  jwong@ecf.courtdrive.com

Jessica M. Simon
on behalf of Creditor Harvest Small Business Finance  LLC jsimon@hrhlaw.com, mgranzow@hrhlaw.com

Kelly L Morrison
on behalf of U.S. Trustee United States Trustee (LA) kelly.l.morrison@usdoj.gov

Michael G Fletcher
on behalf of Creditor Archway real estate income fund mfletcher@frandzel.com  sking@frandzel.com,autodocket@frandzel.com

Michael G Fletcher
on behalf of Creditor Archway Real Estate Income Fund I SPE I  LLC mfletcher@frandzel.com, sking@frandzel.com,autodocket@frandzel.com

Michael G Fletcher
on behalf of Creditor Archway Broadway Loan SPE  LLC, fka Archway Real Estate Income Fund I REIT, LLC mfletcher@frandzel.com, sking@frandzel.com,autodocket@frandzel.com

Michael G Fletcher
on behalf of Plaintiff Archway Broadway Loan SPE  LLC, a Delaware limited liability company mfletcher@frandzel.com, sking@frandzel.com,autodocket@frandzel.com

Paige Selina Poupart
on behalf of Creditor Archway Real Estate Income Fund I SPE I  LLC Ppoupart@smsm.com, achase@frandzel.com

Paige Selina Poupart
on behalf of Creditor Archway Broadway Loan SPE  LLC, fka Archway Real Estate Income Fund I REIT, LLC Ppoupart@smsm.com, achase@frandzel.com

Paige Selina Poupart
on behalf of Plaintiff Archway Broadway Loan SPE  LLC, a Delaware limited liability company Ppoupart@smsm.com, achase@frandzel.com

Richard Girgado
on behalf of Creditor LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR rgirgado@counsel.lacounty.gov

Robert F Conte
on behalf of Creditor United States of America on behalf of Internal Revenue Service robert.conte@usdoj.gov caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov

Ryan Coy
on behalf of Interested Party Susan Halevy ryan.coy@blankrome.com  courtmail@blankrome.com

Ryan Coy
on behalf of Interested Party Daniel Halevy ryan.coy@blankrome.com  courtmail@blankrome.com

Ryan Coy
on behalf of Interested Party Alan Gomperts ryan.coy@blankrome.com  courtmail@blankrome.com

Ryan Coy
on behalf of Interested Party Courtesy NEF ryan.coy@blankrome.com  courtmail@blankrome.com

Ryan Coy
on behalf of Defendant Susan Halevy ryan.coy@blankrome.com  courtmail@blankrome.com

Ryan Coy
on behalf of Defendant Daniel Halevy ryan.coy@blankrome.com  courtmail@blankrome.com

Samantha White
on behalf of Creditor Wells Fargo Bank N.A.  d/b/a Wells Fargo Auto samantha.white@wellsfargo.com

Scott R Albrecht
on behalf of Creditor First Foundation Bank salbrecht@gsaattorneys.com  jackie.nguyen@sgsattorneys.com

Steven Werth
on behalf of Interested Party Susan Halevy steven.werth@saul.com swerth@ecf.courtdrive.com;hannah.richmond@saul.com;litigationdocketing@saul.com

District/off: 0973-2                              User: admin                                    Page 4 of 5

Date Rcvd: Jul 28, 2026                          Form ID: pdf042                                Total Noticed: 1

Steven Werth
on behalf of Interested Party Daniel Halevy steven.werth@saul.com
swerth@ecf.courtdrive.com;hannah.richmond@saul.com;litigationdocketing@saul.com

Steven Werth
on behalf of Interested Party Alan Gomperts steven.werth@saul.com
swerth@ecf.courtdrive.com;hannah.richmond@saul.com;litigationdocketing@saul.com

Tanya Behnam
on behalf of Creditor Korth Direct Mortgage Inc. tbehnam@polsinelli.com
tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com

Todd S. Garan
on behalf of Creditor Wells Fargo National Bank West ch11ecf@aldridgepite.com
TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

Todd S. Garan
on behalf of Creditor Metropolitan Life Insurance Company ch11ecf@aldridgepite.com
TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

Todd S. Garan
on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing ch11ecf@aldridgepite.com
TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

Todd S. Garan
on behalf of Creditor Wells Fargo Bank  N.A. ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

Todd S. Garan
on behalf of Creditor US Bank trust national Assocition  not in its individual capacity, bot solely as owner trustee for GS
Mortgage-Backed Securities Trust 2020-NQM1 ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

Todd S. Garan
on behalf of Interested Party Courtesy NEF ch11ecf@aldridgepite.com  TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

Turner Falk
on behalf of Interested Party Susan Halevy turner.falk@saul.com  tnfalk@recap.email

Turner Falk
on behalf of Interested Party Daniel Halevy turner.falk@saul.com  tnfalk@recap.email

Turner Falk
on behalf of Debtor Susan Halevy turner.falk@saul.com  tnfalk@recap.email

Turner Falk
on behalf of Debtor Daniel Halevy turner.falk@saul.com  tnfalk@recap.email

Turner Falk
on behalf of Debtor Alan Gomperts turner.falk@saul.com  tnfalk@recap.email

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Zev Shechtman
on behalf of Defendant Susan Halevy Zev.Shechtman@saul.com
Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.
Bribiesca@saul.com

Zev Shechtman
on behalf of Debtor Susan Halevy Zev.Shechtman@saul.com
Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.
Bribiesca@saul.com

Zev Shechtman
on behalf of Debtor Alan Gomperts Zev.Shechtman@saul.com
Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.
Bribiesca@saul.com

Zev Shechtman
on behalf of Interested Party Alan Gomperts Zev.Shechtman@saul.com
Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.
Bribiesca@saul.com

Zev Shechtman
on behalf of Interested Party Daniel Halevy Zev.Shechtman@saul.com
Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.
Bribiesca@saul.com

Zev Shechtman
on behalf of Defendant Daniel Halevy Zev.Shechtman@saul.com
Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.
Bribiesca@saul.com

Zev Shechtman

District/off: 0973-2                                          User: admin                                          Page 5 of 5

Date Rcvd: Jul 28, 2026                                    Form ID: pdf042                                    Total Noticed: 1

on behalf of Debtor Daniel Halevy Zev.Shechtman@saul.com
Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.
Bribiesca@saul.com

Zev Shechtman

on behalf of Interested Party Susan Halevy Zev.Shechtman@saul.com
Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.
Bribiesca@saul.com

Zev Shechtman

on behalf of Interested Party Courtesy NEF Zev.Shechtman@saul.com
Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.
Bribiesca@saul.com


TOTAL: 75

ZEV SHECHTMAN (BAR NO. 266280)
*Zev.Shechtman@saul.com*
SAUL EWING LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone:  (310) 255-6100
Facsimile:  (310) 255-6200

Attorneys for Alan Gomperts, Daniel Halevy,
Susan Halevy, Debtors and Debtors in Possession

**FILED & ENTERED**

**JUL 28 2026**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY mohammad DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION**

| | |
|---|---|
| In re: SEATON INVESTMENTS, LLC, et al.,<br>    ***Now a dismissed case***<br><br>        Debtors and Debtors In Possession. | Lead Case No. 2:24-bk-12079-VZ<br><br>Jointly Administered with Case Nos.:<br>2:24-bk-12080-VZ;2:24-bk-12081-VZ;<br>2:24-bk-12082-VZ;2:24-bk-12091-VZ;<br>2:24-bk-12074-VZ;2:24-bk-12075-VZ;  and<br>2:24-bk-12076-VZ |

☐  Affects All Debtors.

☐  Affects Case No.: 2:24-12080-VZ
    Colyton Investments, LLC -***Now a***
    ***dismissed case***

☐  Affects Case No.: 2:24-12081-VZ
    Broadway Avenue Investments, LLC

☐  Affects 2:24-12082-VZ
    SLA Investments, LLC

☐  Affects 2:24-12091-VZ
    Negev Investments, LLC

☒  Affects Case No.: 2:24-12074-VZ
    Alan Gomperts

☐  Affects Case No.: 2:24-12075-VZ
    Daniel Halevy

☐  Affects Case No.: 2:24-12076-VZ
    Susan Halevy

Chapter 11

**ORDER GRANTING DEBTOR'S
APPLICATION TO EMPLOY REAL
ESTATE BROKER AND TO ENTER
INTO AN EXCLUSIVE LISTING
AGREEMENT**

[No Hearing Required – LBR 9013-1(o)]

The Court considered the *Notice of Application and Application of Debtor Alan Gomperts to Employ Real Estate Broker and to Enter Into an Exclusive Listing Agreement* (the "Application," Docket No. 704), and good cause appearing therefor,

IT IS ORDERED:

1.      The Application is approved.

2.      The Debtor is authorized to employ United Real Estate Professionals, through its agent Ben Kanani, as the Debtor's real estate broker in this case and to enter into the listing agreement attached as Exhibit "1" to the Application.

3.      The Debtor is authorized to extend, modify (except as to commission) or terminate the listing agreement in his sole discretion without further notice or order of the Court.

###

Date: July 28, 2026

Vincent P. Zurzolo
United States Bankruptcy Judge