**Alan Gomperts**
**Income and Expense Reconcilaiton**

**Income**

| | | |
|---|---|---|
| Total income | Line d. of Part 8 | 48,204.89 |
| Payroll deductions | Line e. of Part 8 | (3,702.33) |
| Total Receipts | Line b. of part 1 | **44,502.56** |
| | | |
| Total Deposits in Wells Fargo account ending -3107 | | 91,409.70 |
| Reimbursed Expenses from agron, inc. (Employer) | | (46,907.14) |
| Net Deposits | | **44,502.56** |

**Expenses**

| | | |
|---|---|---|
| Total Expenses | Line i. of Part 8 | 46,601.69 |
| Payroll deductions | | 3,702.33 |
| Total disbursements | Line c. of part 1 | **42,899.36** |
| | | |
| Total withdrawals in Wells Fargo account ending -3107 | | 89,806.50 |
| | | |
| agron, inc Expenses | | (46,907.14) |
| Total Agron Expenses | | **(46,907.14)** |
| | | |
| Net Disbursements | | **42,899.36** |