**Alan Gomperts**
**Part 8 Expenses**

| Date | Amount | Payee | Description |
|---|---|---|---|
| 7/1/2026 | (1,675.00) | ZELLE TO JESELSOHN JOEL ON 07/01 REF # WFCT12CJS2QJ | Personal Living - College Rent |
| 7/1/2026 | (125.00) | ZELLE TO HERNANDEZ CIRO ON 07/01 REF # WFCT12CJS7HR | Personal Living - Gardener |
| 7/2/2026 | (500.00) | ZELLE TO GOMPERTS GABRIELLE ON 07/01 REF # WFCT12CMJMFN | Personal Living - College expenses |
| 7/2/2026 | (160.92) | BILL PAY NORTHWESTERN MUTUAL LIFE INSURAN    ON-LINE xxxx4520 ON 07-02 | Personal Living - Life Insurance |
| 7/2/2026 | (300.00) | BILL PAY Jun Ho. Choi          ON-LINE No Account Number ON 07-02 | Personal Living - Pool Man |
| 7/3/2026 | (3,907.64) | CHASE CREDIT CRD EPAY    260702 9439287415    SHARON HALEVY | Personal Living - Credit Card |
| 7/3/2026 | (6,770.83) | BILL PAY WELLS FARGO Oakhurst ON-LINE 0512091XXX ON 07-03 | Personal Living - Mortgage |
| 7/6/2026 | (124.33) | CITI CARD ONLINE PAYMENT   260703 422039443284231 SHARON HALEVY | Personal Living - Credit Card |
| 7/8/2026 | (1,819.59) | CITI CARD ONLINE PAYMENT   260707 432039444146036 SHARON HALEVY | Personal Living - Credit Card |
| 7/8/2026 | (47.64) | SoCalGas       PAID SCGC  260707 1291016484    3016014743208848055 | Personal Living - Gas bill |
| | | PURCHASE WITH CASH BACK      $ 213.36 AUTHORIZED ON   07/14 USPS PO 05454900 1270 S A LOS ANGELES  CA | |
| 7/14/2026 | (253.51) | P306195645974330   CARD 0874 | Personal Living - Passport Renewal |
| 7/16/2026 | (135.98) | BLOOMINGDALES   ONLINE PMT 260715 632066320582388 SHARON HALEVY | Personal Living - Clothing |
| 7/16/2026 | (311.80) | BARCLAYCARD US  CREDITCARD      1427404453    SHARON HALEVY | Personal Living - Credit Card |
| 7/17/2026 | (4,766.22) | AMERICAN EXPRESS ACH PMT   260717 W3762      ALAN GOMPERTS | Personal Living - Credit Card |
| 7/20/2026 | (577.35) | QUARTERLY FEE   PAYMENT   260717 6S47VJCK821   ALAN GOMPERTS | Personal Living - US Trustee Fee |
| | | ATM WITHDRAWAL        AUTHORIZED ON   07/22 10789 W Pico Blvd     Los Angeles  CA  0009478      ATM ID 9971C | |
| 7/22/2026 | (50.00) | CARD 5456 | Personal Living - Cash Expenses |
| 7/22/2026 | (150.00) | ZELLE TO  WILBUR JACO ON 07/22 REF # WFCT22FYJ88B | Personal Living - Plumber |
| 7/23/2026 | (150.00) | ZELLE TO  WILBUR JACO ON 07/23 REF # WFCT22G2V8JJ | Personal Living - Plumber |
| 7/24/2026 | (423.09) | ATT        PAYMENT   072326 567731001EPAYF  Alan Gomberts | Personal Living - Telephone |
| 7/28/2026 | (718.66) | BILL PAY WELLS FARGO AUTO          ON-LINE xxxxxx6254 ON 07-28 | Personal Living - Auto Loan |
| 7/30/2026 | (12,160.00) | YU TUITION 2   PURCHASE  260730 171467      ALAN GOMPERTS | Personal Living - College Tuition |

**Living Expenses**
**Line g. of Part 8          (35,127.56)**

| | | | |
|---|---|---|---|
| 7/2/2026 | (75.00) | BILL PAY Nicandro Barba          ON-LINE No Account Number ON 07-02 | Gardener Bagley |
| 7/1/2026 | (155.00) | ZELLE TO GABRIEL ADULFO ON 07/01 REF # WFCT12CJS4MY | Gardener Canfield and Greenfield |
| 7/3/2026 | (4,003.21) | BILL PAY WELLS FARGO Bagley ON-LINE 0512092XXX ON 07-03 | Mortgage - Bagley |
| 7/3/2026 | (2,050.07) | BILL PAY WELLS FARGO Canfield ON-LINE 0502483XXX ON 07-03 | Mortgage - Canfield |
| 7/3/2026 | (1,488.52) | BILL PAY WFHM - Greenfield ON-LINE 0320648XXX ON 07-03 | Mortgage - Greenfield |

**All Other Expenses**
**Line h. of Part 8          (7,771.80)  Expenses on Rental Properties**

(42,899.36)