Michael Gerard Fletcher (State Bar No. 070849)
mfletcher@frandzel.com
Gerrick M. Warrington (State Bar No. 294890)
gwarrington@frandzel.com
Ashley Geilim (State Bar No. 365769)
ageilim@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, California 90017-2427
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for Archway Broadway
Loan SPE, LLC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re | Lead Case No. 2:24-bk-12079-VZ |
| SEATON INVESTMENTS, LLC, *et al.*, | Jointly Administered with Case Nos.: |
| Debtors and Debtors-in-Possession. | 2:24-bk-12080-VZ; 2:24-bk-12081-VZ; 2:24-bk-12082-VZ; 2:24-bk-12091-VZ; 2:24-bk-12074-VZ; 2:24-bk-12075-VZ; and 2:24-bk-12076-VZ |
| Affects: | Chapter 11 |
| ☐ All Debtors<br>☐ Seaton Investments, LLC (*Dismissed*)<br>☐ Colyton Investments, LLC (*Dismissed*)<br>☒ Broadway Avenue Investments, LLC<br>☒ SLA Investments, LLC<br>☒ Negev Investments, LLC<br>☒ Alan Gomperts<br>☒ Daniel Halevy<br>☒ Susan Halevy | **ARCHWAY BROADWAY LOAN SPE, LLC'S REPLY TO THE OPPOSITION OF JPMORGAN CHASE BANK, N.A. TO DEBTORS' 9019 MOTION TO APPROVE SETTLEMENT AGREEMENT WITH ARCHWAY BROADWAY LOAN SPE, LLC**<br><br>Date:         August 13, 2026<br>Time:         11:00 a.m.<br>Courtroom:  1368<br>                   255 E. Temple Street<br>                   Los Angeles, CA 90012<br><br>Hon. Vincent P. Zurzolo |

6030281v1 | 101415-0002

1

ARCHWAY'S REPLY TO CHASE OPPOSITION TO DEBTORS' 9019 MOTION

Archway Broadway Loan SPE, LLC ("Archway") submits this reply to the Opposition [Dkt. 741] of JPMorgan Chase Bank, N.A. ("Chase").

First, Chase's Opposition is untimely. Pursuant to the Notice of First Amendment to Settlement Agreement [Dkt. 734], objections were required to be filed and served by July 30, 2026. Debtors subsequently filed a declaration [Dkt. 738] confirming that no objections had been received by the deadline. Chase did not file its Opposition until August 5, 2026, nearly one week late, and did not seek leave to file late or establish excusable neglect.

Second, Chase does not challenge the proposed settlement under the standards governing approval of compromises under Rule 9019. Instead, Chase raises concerns regarding hypothetical future transactions involving the Roxbury Property.

But approval of the Settlement Agreement does not alter, subordinate, avoid, or otherwise adjudicate Chase's alleged lien rights. To the extent any future transaction affecting the Roxbury Property requires additional court approval, Chase remains free to raise whatever objections it believes are appropriate at that time.

Accordingly, the Court should overrule Chase's Opposition, and enter the order granting the Rule 9019 motion [Dkts. 666] and approving the Settlement Agreement as amended [Dkt. 693].

DATED:  August 6, 2026                    FRANDZEL ROBINS BLOOM & CSATO, L.C.


By:  /s/ Gerrick M. Warrington
     GERRICK M. WARRINGTON
     Attorneys for Archway Broadway Loan SPE, LLC

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1000 Wilshire Boulevard, Nineteenth Floor, Los Angeles, CA 90017-2427.

A true and correct copy of the foregoing document entitled (*specify*): **ARCHWAY BROADWAY LOAN SPE, LLC'S REPLY TO THE OPPOSITION OF JPMORGAN CHASE BANK, N.A. TO DEBTORS' 9019 MOTION TO APPROVE SETTLEMENT AGREEMENT WITH ARCHWAY BROADWAY LOAN SPE, LLC** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) <u>August 6, 2026</u>, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Scott R Albrecht on behalf of Creditor First Foundation Bank
salbrecht@gsaattorneys.com, jackie.nguyen@sgsattorneys.com

Tanya Behnam on behalf of Creditor Korth Direct Mortgage Inc.
tbehnam@polsinelli.com, tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com

Jacquelyn H Choi on behalf of Creditor LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR
jacquelyn.Choi@rimonlaw.com, docketingsupport@rimonlaw.com

Carol Chow on behalf of Debtor Alan Gomperts
Carol.Chow@saul.com,
hannah.richmond@saul.com;easter.santamaria@saul.com;carol.chow@ecf.courtdrive.com;litigationdocketing@saul.com

Carol Chow on behalf of Debtor Daniel Halevy
Carol.Chow@saul.com,
hannah.richmond@saul.com;easter.santamaria@saul.com;carol.chow@ecf.courtdrive.com;litigationdocketing@saul.com

Carol Chow on behalf of Debtor Susan Halevy
Carol.Chow@saul.com,
hannah.richmond@saul.com;easter.santamaria@saul.com;carol.chow@ecf.courtdrive.com;litigationdocketing@saul.com

Robert F Conte on behalf of Creditor United States of America on behalf of Internal Revenue Service
robert.conte@usdoj.gov, caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov

Ryan Coy on behalf of Defendant Daniel Halevy
ryan.coy@blankrome.com, courtmail@blankrome.com

Ryan Coy on behalf of Defendant Susan Halevy
ryan.coy@blankrome.com, courtmail@blankrome.com

Ryan Coy on behalf of Interested Party Courtesy NEF
ryan.coy@blankrome.com, courtmail@blankrome.com

Ryan Coy on behalf of Interested Party Alan Gomperts
ryan.coy@blankrome.com, courtmail@blankrome.com

Ryan Coy on behalf of Interested Party Daniel Halevy
ryan.coy@blankrome.com, courtmail@blankrome.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Ryan Coy on behalf of Interested Party Susan Halevy
ryan.coy@blankrome.com, courtmail@blankrome.com

Christopher Cramer on behalf of Interested Party Courtesy NEF
secured@becket-lee.com

Christopher Crowell on behalf of Creditor Harvest Small Business Finance, LLC
ccrowell@frandzel.com, rsantamaria@frandzel.com

Turner Falk on behalf of Debtor Alan Gomperts
turner.falk@saul.com, tnfalk@recap.email

Turner Falk on behalf of Debtor Daniel Halevy
turner.falk@saul.com, tnfalk@recap.email

Turner Falk on behalf of Debtor Susan Halevy
turner.falk@saul.com, tnfalk@recap.email

Turner Falk on behalf of Interested Party Daniel Halevy
turner.falk@saul.com, tnfalk@recap.email

Turner Falk on behalf of Interested Party Susan Halevy
turner.falk@saul.com, tnfalk@recap.email

Michael G Fletcher on behalf of Creditor Archway Broadway Loan SPE, LLC, fka Archway Real Estate Income Fund I
REIT, LLC
mfletcher@frandzel.com, sking@frandzel.com,autodocket@frandzel.com

Michael G Fletcher on behalf of Creditor Archway Real Estate Income Fund I SPE I, LLC
mfletcher@frandzel.com, sking@frandzel.com,autodocket@frandzel.com

Michael G Fletcher on behalf of Creditor Archway real estate income fund
mfletcher@frandzel.com, sking@frandzel.com,autodocket@frandzel.com

Michael G Fletcher on behalf of Plaintiff Archway Broadway Loan SPE, LLC, a Delaware limited liability company
mfletcher@frandzel.com, sking@frandzel.com,autodocket@frandzel.com

Todd S. Garan on behalf of Creditor Metropolitan Life Insurance Company
ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

Todd S. Garan on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing
ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

Todd S. Garan on behalf of Creditor US Bank trust national Associtation, not in its individual capacity, bot solely as
owner trustee for GS Mortgage-Backed Securities Trust 2020-NQM1
ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

Todd S. Garan on behalf of Creditor Wells Fargo National Bank West
ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

Todd S. Garan on behalf of Interested Party Courtesy NEF
ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

Richard Girgado on behalf of Creditor LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR
rgirgado@counsel.lacounty.gov

Jacqueline L James on behalf of Creditor Harvest Small Business Finance, LLC
jjames@buchalter.com, gvidales@buchalter.com;docket@buchalter.com;pjolley@buchalter.com

Jacqueline L James on behalf of Interested Party Harvest Small Business Finance, LLC
jjames@buchalter.com, gvidales@buchalter.com;docket@buchalter.com;pjolley@buchalter.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                     **F 9013-3.1.PROOF.SERVICE**

Kelly L Morrison on behalf of U.S. Trustee United States Trustee (LA)
kelly.l.morrison@usdoj.gov

Avi Edward Muhtar on behalf of Interested Party Avi Muhtar
amuhtar@crownandstonelaw.com

Avi Edward Muhtar on behalf of Interested Party Haskell & Nurit Muhtar
amuhtar@crownandstonelaw.com

Bruce D Poltrock on behalf of Creditor Archway Broadway Loan SPE, LLC, fka Archway Real Estate Income Fund I REIT, LLC
bpoltrock@frandzel.com, sking@frandzel.com,autodocket@frandzel.com

Bruce D Poltrock on behalf of Creditor Archway Real Estate Income Fund I SPE I, LLC
bpoltrock@frandzel.com, sking@frandzel.com,autodocket@frandzel.com

Paige Selina Poupart on behalf of Creditor Archway Broadway Loan SPE, LLC, fka Archway Real Estate Income Fund I REIT, LLC
Ppoupart@smsm.com, achase@frandzel.com

Paige Selina Poupart on behalf of Creditor Archway Real Estate Income Fund I SPE I, LLC
Ppoupart@smsm.com, achase@frandzel.com

Paige Selina Poupart on behalf of Plaintiff Archway Broadway Loan SPE, LLC, a Delaware limited liability company
Ppoupart@smsm.com, achase@frandzel.com

Zev Shechtman on behalf of Debtor Alan Gomperts
Zev.Shechtman@saul.com,
Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com

Zev Shechtman on behalf of Debtor Daniel Halevy
Zev.Shechtman@saul.com,
Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com

Zev Shechtman on behalf of Debtor Susan Halevy
Zev.Shechtman@saul.com,
Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com

Zev Shechtman on behalf of Defendant Daniel Halevy
Zev.Shechtman@saul.com,
Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com

Zev Shechtman on behalf of Defendant Susan Halevy
Zev.Shechtman@saul.com,
Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com

Zev Shechtman on behalf of Interested Party Courtesy NEF
Zev.Shechtman@saul.com,
Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com

Zev Shechtman on behalf of Interested Party Alan Gomperts
Zev.Shechtman@saul.com,
Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                F 9013-3.1.PROOF.SERVICE

Zev Shechtman on behalf of Interested Party Daniel Halevy
Zev.Shechtman@saul.com,
Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com

Zev Shechtman on behalf of Interested Party Susan Halevy
Zev.Shechtman@saul.com,
Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com

David B Shemano on behalf of Creditor AIRE Ancient Baths Los Angeles, LLC
dshemano@shemanolaw.com

Jessica M. Simon on behalf of Creditor Harvest Small Business Finance, LLC
jsimon@hrhlaw.com, mgranzow@hrhlaw.com

Derrick Talerico on behalf of Debtor Broadway Avenue Investments, LLC
dtalerico@wztslaw.com, maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico on behalf of Debtor Colyton Investments, LLC
dtalerico@wztslaw.com, maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico on behalf of Debtor Negev Investments, LLC
dtalerico@wztslaw.com, maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico on behalf of Debtor SLA Investments, LLC
dtalerico@wztslaw.com, maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico on behalf of Debtor Seaton Investments, LLC
dtalerico@wztslaw.com, maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico on behalf of Interested Party Broadway Avenue Investments, LLC
dtalerico@wztslaw.com, maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico on behalf of Interested Party Negev Investments, LLC
dtalerico@wztslaw.com, maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico on behalf of Interested Party SLA Investments, LLC
dtalerico@wztslaw.com, maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico on behalf of Interested Party Daniel Halevy
dtalerico@wztslaw.com, maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico on behalf of Interested Party Susan Halevy
dtalerico@wztslaw.com, maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Garrick Vanderfin on behalf of Creditor Korth Direct Mortgage Inc.
gvanderfin@polsinelli.com, zyoung@Polsinelli.com;ladocketing@polsinelli.com

Gerrick Warrington on behalf of Creditor Archway Broadway Loan SPE, LLC
gwarrington@frandzel.com, achase@frandzel.com,autodocket@frandzel.com

Gerrick Warrington on behalf of Creditor Archway Broadway Loan SPE, LLC, fka Archway Real Estate Income Fund I REIT, LLC
gwarrington@frandzel.com, achase@frandzel.com,autodocket@frandzel.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                 F 9013-3.1.PROOF.SERVICE

Gerrick Warrington on behalf of Creditor Archway Real Estate Income Fund I SPE I, LLC
gwarrington@frandzel.com, achase@frandzel.com,autodocket@frandzel.com

Gerrick Warrington on behalf of Creditor Archway real estate income fund
gwarrington@frandzel.com, achase@frandzel.com,autodocket@frandzel.com

Gerrick Warrington on behalf of Plaintiff Archway Broadway Loan SPE, LLC, a Delaware limited liability company
gwarrington@frandzel.com, achase@frandzel.com,autodocket@frandzel.com

Steven Werth on behalf of Interested Party Alan Gomperts
steven.werth@saul.com, swerth@ecf.courtdrive.com;hannah.richmond@saul.com;litigationdocketing@saul.com

Steven Werth on behalf of Interested Party Daniel Halevy
steven.werth@saul.com, swerth@ecf.courtdrive.com;hannah.richmond@saul.com;litigationdocketing@saul.com

Samantha White on behalf of Creditor Wells Fargo Bank N.A., d/b/a Wells Fargo Auto
samantha.white@wellsfargo.com

Jennifer C Wong on behalf of Creditor Wells Fargo Bank, N.A.
bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

☐ Service information continued on attached page.

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) August 6, 2026, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**Email:**

**Counsel to Chase:**
Bryant S. Delgadillo
Bryant.Delgadillo@piblaw.com

**Counsel to Corporate Debtors:**
Derrick Talerico    dtalerico@wztslaw.com
Paige T. Rolfe prolfe@wztslaw.com

**Counsel to Individual Debtors:**
Zev Shechtman    Zev.Shechtman@saul.com
Turner Falk    turner.falk@saul.com

**United States Trustee:**
Kelly L Morrison kelly.l.morrison@usdoj.gov

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 6, 2026 | Monica Brandenberg | /s/ Monica Brandenberg |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 **F 9013-3.1.PROOF.SERVICE**