# Wells Fargo Everyday Checking

July 31, 2026  ■  Page 1 of 5



DANIEL HALEVY
DEBTOR IN POSSESSION
CH11 CASE #24-12075 (CCA)
133 S PALM DR APT 5
BEVERLY HILLS CA 90212-3546

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711

**1-800-TO-WELLS**  (1-800-869-3557)

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our
company and look forward to continuing to serve you with your financial needs.

Other Wells Fargo Benefits

Vet travel sites and agents to help avoid vacation scams

Scammers use AI to create realistic ads, booking sites, and even follow-up emails to steal your money and personal information.

A few smart habits can help protect your trip - and your wallet:
- Use official sites and apps. Fake travel sites often appear in search ads and are designed to steal your payment or login details.
- Don't click links in unexpected or urgent emails. Scammers may hack real reservation emails to request extra fees.
- Be careful with sponsored customer service search results. Scammers buy ads with fake airline or hotel customer service numbers. Travelers often encounter these scams during flight delays or cancellations.
- Think twice about unusually cheap deals. Too-good-to-be-true prices - especially amid today's rising travel costs - are a common scam tactic.

Slow down and verify before you click, call, or pay. Report suspicious messages or charges right away.



## Statement period activity summary

| | |
|---|---|
| Beginning balance on 7/1 | $1,736.12 |
| Deposits/Additions | 6,089.00 |
| Withdrawals/Subtractions | - 7,848.17 |
| **Ending balance on 7/31** | **-$23.05** |

Account number:  **6106  (primary account)**

**DANIEL HALEVY**
**DEBTOR IN POSSESSION**
**CH11 CASE #24-12075 (CCA)**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 121042882

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 7/1 | | Monthly Service Fee for 05/30 to 06/30 | | 15.00 | |
| 7/1 | | Online Transfer From Commune Events Inc Business Checking xxxxxx3785 Ref #Ib0Yr3x7WY on 07/01/26 | 120.00 | | |
| 7/1 | | Jewish Montessor Facts 000000    3278 Daniel Halevy | | 1,800.00 | 41.12 |
| 7/14 | | Online Transfer From Commune Events Inc Business Checking xxxxxx3785 Ref #Ib0Ywznpvb on 07/13/26 | 2,153.00 | | 2,194.12 |
| 7/15 | | Online Transfer From Commune Events Inc Business Checking xxxxxx3785 Ref #Ib0Yxjjh62 on 07/15/26 | 1,636.00 | | |
| 7/15 | | Online Transfer From Commune Events Inc Business Checking xxxxxx3785 Ref #Ib0Yxmkwkc on 07/15/26 | 2,000.00 | | |
| 7/15 | | Hillel Hebrew Ac Direct-Pay 260714 xxxxx2140 Daniel Halevy | | 1,636.37 | |
| 7/15 | | Yula High Facts 000000    7198 Daniel Halevy | | 1,924.51 | |
| 7/15 | | Tads Tuition Aid Tads Pmnt 071426    7483 Danny Halevy | | 2,172.29 | 96.95 |
| 7/20 | | Online Transfer From Commune Events Inc Business Checking xxxxxx3785 Ref #Ib0Yzrnh3Q on 07/20/26 | 180.00 | | |
| 7/20 | | Quarterly Fee Payment 260717 6S47Epnutu1 Daniel Halevy | | 250.00 | 26.95 |
| 7/31 | | Facts Facts 000000    4044 Daniel Halevy | | 50.00 | -23.05 |
| **Totals** | | | **$6,089.00** | **$7,848.17** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period: 05/30/2026 - 06/30/2026 | Standard monthly service fee $15.00 | You paid $15.00 |
|---|---|---|

| Your monthly service fee can be avoided with any one of the following each fee period: | This fee period |
|---|---|
| • Primary account owner is 17-24 years old | Not Met |
| • A qualifying monthly non-civilian military direct deposit with the Wells Fargo Worldwide Military Banking Program | Not Met |
| • Maintain a minimum daily balance of $1500.00 | $15.84 |
| • Qualifying electronic deposits totaling $500.00 or more | $0.00 |



---

*Monthly service fee summary (continued)*

| Your monthly service fee can be avoided with any one of the following each fee period: | This fee period |
|---|---|
| • $5,000 or more in qualifying deposit balances, investment balances or both | Not Met |

---

 Report check fraud right away. Fraudsters target the mail looking for checks they can alter and use. They may keep the amount the same, so it's important to review the check image as soon as it clears. Contact us to request check images or view them online. If you mail checks, make sure the person you sent it to receives it.

 IMPORTANT ACCOUNT INFORMATION

---

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

---

Other Wells Fargo Benefits

Help take control of your finances with a Wells Fargo personal loan.
Whether it's managing debt, making a large purchase, improving your home, or paying for unexpected expenses, a personal loan may be able to help. See personalized rates and payments in minutes with no impact to your credit score.
Get started at wellsfargo.com/personalloan.

---

Other Wells Fargo Benefits

Wells Fargo is serious about security.
Keeping your accounts and information secure is our priority. We use sophisticated tools to help safeguard your money - 24/7 fraud monitoring, data encryption, secure technology, and protection against suspicious activity. Visit our Security Center at wellsfargo.com/security to learn more.



## Important Information You Should Know

■ To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts

Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ If your account has a negative balance:

Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

■ In case of errors or questions about your electronic transfers:

Telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as  clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

■ In case of errors or questions about other transactions (that are not electronic transfers):

Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

**WELLS FARGO**

## Account Balance Calculation Worksheet

| Number | Items outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| | Total $ | |

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

### ENTER
A. The ending balance
shown on your statement.. . . . . . . . . . . . . .   $_____

### ADD
B. Any deposits listed in your          $_____
register or transfers into              $_____
your account which are not              $_____
shown on your statement.            + $_____
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL  $_____

### CALCULATE THE SUBTOTAL
(Add Parts A and B)
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   TOTAL  $_____

### SUBTRACT
C. The total outstanding checks and
withdrawals from the chart above. . . . . . . . . - $_____

### CALCULATE THE ENDING BALANCE
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register. . . . . . . . . . . . . . . . . . . . .   $_____

To download and print additional Account Balance Calculation Worksheets (PDF), enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

