ZEV SHECHTMAN (BAR NO. 266280)
*Zev.Shechtman@saul.com*
STEVEN F. WERTH (Bar No. 205434)
*Steven.Werth@saul.com*
SAUL EWING LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone:  (310) 255-6100
Facsimile:  (310) 255-6200

Attorneys for Alan Gomperts, Daniel Halevy,
Susan Halevy, Debtors and Debtors in Possession

FILED & ENTERED

AUG 10 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY johnson   DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| In re: SEATON INVESTMENTS, LLC, et al., | Lead Case No. 2:24-bk-12079-VZ |
|---|---|

*Now a dismissed case*

Debtors and Debtors In Possession.

☐  Affects All Debtors.

☐  Affects Case No.: 2:24-12080-VZ
Colyton Investments, LLC -*Now a*

*dismissed case*

☐  Affects Case No.: 2:24-12081-VZ
Broadway Avenue Investments, LLC

☐  Affects 2:24-12082-VZ
SLA Investments, LLC

☐  Affects 2:24-12091-VZ
Negev Investments, LLC

☒  Affects Case No.: 2:24-12074-VZ
Alan Gomperts

☐  Affects Case No.: 2:24-12075-VZ
Daniel Halevy

☐  Affects Case No.: 2:24-12076-VZ
Susan Halevy

Jointly Administered with Case Nos.:
2:24-bk-12080-VZ;2:24-bk-12081-VZ;
2:24-bk-12082-VZ;2:24-bk-12091-VZ;
2:24-bk-12074-VZ;2:24-bk-12075-VZ;  and
2:24-bk-12076-VZ

Chapter 11

**ORDER GRANTING MOTION TO CONFIRM SALE OF REAL PROPERTY COMMONLY KNOWN AS 3538 GREENFIELD AVENUE, LOS ANGELES, CALIFORNIA 90034 FREE AND CLEAR OF LIENS AND CLAIMS [DOC NO. 720]**

Date: August 4, 2026
Time: 11:00 a.m.
Place: Courtroom 1368
    255 E. Temple St.
    Los Angeles, CA 90012

A hearing was held at the above time and place on the *Debtor's Motion to Confirm Sale of Real Property Commonly Known as 3538 Greenfield Avenue, Los Angeles, California 90034 Free*

6027312v2 | 101415-0002

*and Clear of Liens and Claims* (the "Motion," Docket No. 720), filed by debtor Alan Gomperts (the "Debtor").  Oppositions by Wells Fargo Bank, N.A. (Docket. No. 727), and Archway Broadway Loan SPE, LLC (Docket. No. 731) and Debtor's reply (Docket. No. 736) were filed as reflected on the record.  Appearances, in person, or via telephone, were noted on the record.  The Debtors called for overbids, and no overbids were presented.

After considering the Motion, the papers filed in support of the Motion, the record in this bankruptcy case, the papers filed in opposition to the Motion, and the arguments of counsel at the hearing, and for the reasons stated on the record, and based on the findings made on the record at the hearing, **IT IS ORDERED** that the Motion is granted as follows:

1.      The sale by the Debtor of all of the right, title and interest of the Debtor in the real property commonly known as 3538 Greenfield Avenue, Los Angeles, California 90034 (the "Property"), to Di Nalli Consulting, LLC, or its assignee  (the "Buyer") for $1,449,000.00 (the "Purchase Price") is confirmed on the terms and conditions set forth in the Motion and in the agreement attached as Exhibit 1 to the Motion.

2.      The Property is sold "as is," "where is," "with all faults," with no warranty or recourse whatsoever.

3.      The overbid procedures proposed in the Motion are approved.

4.      The sale is free and clear of all liens and interests, as provided herein, including without limitation the following (collectively, the "Subject Liens") which may be of record:

(a)      any lien for real property taxes accrued prior to the date of the close of the sale (the "Tax Liens"), subject to payment by the Debtor of any undisputed portion of such Tax Liens incurred prior to closing; and

(b)      the first position Deed of Trust in favor of Wells Fargo Bank ("WFB") that was recorded in Los Angeles County on April 29, 2011, as instrument no. 20110619428 securing an original indebtedness of $258,000 (the "First Trust Deed"), with an estimated payoff amount of $170,479.87 as of August 31, 2026 per a payoff demand provided to Debtor's counsel prior to hearing on the Motion, is not disputed, and is to be paid in full through escrow in accordance with its payoff amount due as of the date of closing.  WFB reserves its right to provide an updated payoff

demand subsequent to entry of this Order and prior to close of any escrow to ensure its claim is paid in full if there is any delay in the closing of escrow (and the amount may be lower if the sale closes before August 31, 2026).  WFB shall provide a copy of any such updated payoff demand to escrow and Debtors' counsel.  Prior to any scheduled closing of escrow, counsel for WFB is authorized to communicate with the escrow agent and obtain a copy of the estimated HUD-1 Settlement/Closing Statement for review prior to closing to verify its claim is to be paid in full in accordance with this Order.

5.    As for Archway Broadway Loan SPE, LLC, a Delaware limited liability company, successor in interest to Archway Real Estate Income Fund I REIT, LLC fka Archway Real Estate Income Fund I SPE I, LLC ("Archway"), it is the beneficiary under that certain Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing against the Property recorded in Los Angeles County on April 24, 2023, as instrument no. 20230261978 ("Archway-Greenfield Deed of Trust"). Escrow is authorized and directed to disburse all net sale proceeds remaining after payment of senior liens, approved brokerage commissions, and authorized closing costs directly to Archway by wire transfer through escrow at closing. Upon Archway's receipt of such net sale proceeds, Archway is authorized to deliver such reconveyance documents as are reasonably necessary to release its Archway-Greenfield Deed of Trust (the "Reconveyance"). As evidenced by their respective counsels' approval of this Order, Alan Gomperts, Daniel Halevy, Susan Halevy, Broadway Avenue Investments, LLC, Negev Investments, LLC, and SLA Investments, LLC, expressly consent to the Reconveyance and acknowledge that the Reconveyance (a) is limited solely to the Archway-Greenfield Deed of Trust, and (b) shall not release, satisfy, impair, waive, extinguish, or otherwise affect any other lien, claim, security interest, collateral, guaranty, remedy, or indebtedness held by or owing to Archway. Prior to any scheduled closing of escrow, counsel for Archway is authorized to communicate with the escrow agent and obtain a copy of the estimated HUD-1 Settlement/Closing Statement for review and approval prior to closing. Archway's rights to approve the HUD-1 Settlement/Closing Statement, along with all other rights of Archway under the Settlement Agreement (Docket No. 666, Exh. 1), as amended (Docket No.

693), loan documents, security documents, and related orders, are specifically reserved and preserved.

6.      The Tax Liens and First Trust Deed shall be removed from the Property upon payment through escrow. The Archway-Greenfield Deed of Trust shall be removed from the property upon Archway's receipt of the net sale proceeds required by this Order and its submission of the Reconveyance.

7.      The Debtor is authorized to pay through escrow all ordinary closing costs.

8.      The Debtor is authorized to pay through escrow a 5 percent (5%) commission as follows: 2.5 percent (2.5%) to United Real Estate Professionals as the Debtor's broker in connection with the closing of the sale and 2.5 percent (2.5%) to Beverly & Co, as the Buyer's broker in connection with the closing of the sale.

9.      The Buyer is found to be a good faith purchaser within the meaning of 11 U.S.C. § 363(m).

10.     If the Buyer does not deliver to the Debtor the balance of the Purchase Price in good funds on or before the first business day after 14 calendar days following the entry of this order (the "Closing Date"), provided that no stay of this order has been granted, the Debtor is authorized to retain the Buyer's deposit of $43,500.00.

11.     The Debtor is authorized to execute all documents and otherwise take all actions he deems necessary and appropriate to close the sale of the Property.

12.     The 14-day stay provided by Rule 6004(h) is waived.

###

Date: August 10, 2026

Vincent P. Zurzolo
United States Bankruptcy Judge

APPROVED AS TO FORM AND CONTENT:


_/s/ Zev Shechtman_____
Zev Shechtman
Saul Ewing LLP
Attorney for Alan Gomperts, individually
and in his capacity as trustee of the
Gomperts and Halevy Family Trust; Daniel
Halevy, individually and in his capacity as
personal representative of the probate estate
of David Halevy; and Susan Halevy,
individually and in her capacity as trustee of
the Halevy Family Trust dated September 6,
2010

_____
Derrick Talerico
Weintraub Zolkin Talerico & Liu LLP
Attorney for Broadway Avenue
Investments, LLC, Negev Investments,
LLC, and SLA Investments, LLC


_____
Gerrick M. Warrington
Frandzel Robins Bloom & Csato, L.C.
Attorneys for Archway Broadway Loan
SPE, LLC, a Delaware limited liability
company, successor in interest to Archway
Real Estate Income Fund I REIT, LLC fka
Archway Real Estate Income Fund I SPE I,
LLC



_____
Todd Garan
Aldridge | Pite, LLP
Attorney for Wells Fargo Bank

APPROVED AS TO FORM AND CONTENT:


   _/s/ Zev Shechtman_
Zev Shechtman
Saul Ewing LLP
Attorney for Alan Gomperts, individually
and in his capacity as trustee of the
Gomperts and Halevy Family Trust; Daniel
Halevy, individually and in his capacity as
personal representative of the probate estate
of David Halevy; and Susan Halevy,
individually and in her capacity as trustee of
the Halevy Family Trust dated September 6,
2010


_____
Derrick Talerico
Weintraub Zolkin Talerico & Liu LLP
Attorney for Broadway Avenue
Investments, LLC, Negev Investments,
LLC, and SLA Investments, LLC


_____
Gerrick M. Warrington
Frandzel Robins Bloom & Csato, L.C.
Attorneys for Archway Broadway Loan
SPE, LLC, a Delaware limited liability
company, successor in interest to Archway
Real Estate Income Fund I REIT, LLC fka
Archway Real Estate Income Fund I SPE I,
LLC


_____
Todd Garan
Aldridge | Pite, LLP
Attorney for Wells Fargo Bank


6027312v2 | 101415-0002                                    5