United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 24-12079-VZ |
| Seaton Investments, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 5 |
| Date Rcvd: Aug 11, 2026 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2026:**

**Recip ID              Recipient Name and Address**
db              + Seaton Investments, LLC, 264 S Oakhurst Dr, Beverly Hills, CA 90212-3504

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2026              Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Avi Edward Muhtar | on behalf of Interested Party Avi Muhtar amuhtar@crownandstonelaw.com |
| Avi Edward Muhtar | on behalf of Interested Party Haskell & Nurit Muhtar amuhtar@crownandstonelaw.com |
| Bruce D Poltrock | on behalf of Creditor Archway Broadway Loan SPE  LLC, fka Archway Real Estate Income Fund I REIT, LLC bpoltrock@frandzel.com, sking@frandzel.com,autodocket@frandzel.com |
| Bruce D Poltrock | on behalf of Creditor Archway Real Estate Income Fund I SPE I  LLC bpoltrock@frandzel.com, sking@frandzel.com,autodocket@frandzel.com |
| Bryant S Delgadillo | on behalf of Creditor JPMorgan Chase Bank  N.A. bryant.delgadillo@piblaw.com, rhonda.viers@piblaw.com |

District/off: 0973-2    User: admin    Page 2 of 5

Date Rcvd: Aug 11, 2026    Form ID: pdf042    Total Noticed: 1

Carol Chow
on behalf of Debtor Alan Gomperts Carol.Chow@saul.com
hannah.richmond@saul.com;easter.santamaria@saul.com;carol.chow@ecf.courtdrive.com;litigationdocketing@saul.com

Carol Chow
on behalf of Debtor Susan Halevy Carol.Chow@saul.com
hannah.richmond@saul.com;easter.santamaria@saul.com;carol.chow@ecf.courtdrive.com;litigationdocketing@saul.com

Carol Chow
on behalf of Debtor Daniel Halevy Carol.Chow@saul.com
hannah.richmond@saul.com;easter.santamaria@saul.com;carol.chow@ecf.courtdrive.com;litigationdocketing@saul.com

Christopher Cramer
on behalf of Interested Party Courtesy NEF secured@becket-lee.com

Christopher Crowell
on behalf of Creditor Harvest Small Business Finance  LLC ccrowell@frandzel.com, rsantamaria@frandzel.com

David B Shemano
on behalf of Creditor AIRE Ancient Baths Los Angeles  LLC dshemano@shemanolaw.com

Derrick Talerico
on behalf of Debtor Broadway Avenue Investments  LLC dtalerico@wztslaw.com,
maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico
on behalf of Interested Party Daniel Halevy dtalerico@wztslaw.com
maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico
on behalf of Debtor Negev Investments  LLC dtalerico@wztslaw.com,
maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico
on behalf of Interested Party Negev Investments  LLC dtalerico@wztslaw.com,
maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico
on behalf of Interested Party SLA Investments  LLC dtalerico@wztslaw.com,
maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico
on behalf of Debtor SLA Investments  LLC dtalerico@wztslaw.com,
maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico
on behalf of Interested Party Broadway Avenue Investments  LLC dtalerico@wztslaw.com,
maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico
on behalf of Debtor Colyton Investments  LLC dtalerico@wztslaw.com,
maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico
on behalf of Interested Party Susan Halevy dtalerico@wztslaw.com
maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico
on behalf of Debtor Seaton Investments  LLC dtalerico@wztslaw.com,
maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Garrick Vanderfin
on behalf of Creditor Korth Direct Mortgage Inc. gvanderfin@polsinelli.com
zyoung@Polsinelli.com;ladocketing@polsinelli.com

Gerrick Warrington
on behalf of Creditor Archway real estate income fund gwarrington@frandzel.com
achase@frandzel.com,autodocket@frandzel.com

Gerrick Warrington
on behalf of Creditor Archway Real Estate Income Fund I SPE I  LLC gwarrington@frandzel.com,
achase@frandzel.com,autodocket@frandzel.com

Gerrick Warrington
on behalf of Creditor Archway Broadway Loan SPE  LLC, fka Archway Real Estate Income Fund I REIT, LLC
gwarrington@frandzel.com, achase@frandzel.com,autodocket@frandzel.com

Gerrick Warrington
on behalf of Creditor Archway Broadway Loan SPE  LLC gwarrington@frandzel.com,
achase@frandzel.com,autodocket@frandzel.com

Gerrick Warrington
on behalf of Plaintiff Archway Broadway Loan SPE  LLC, a Delaware limited liability company gwarrington@frandzel.com,

District/off: 0973-2
Date Rcvd: Aug 11, 2026

User: admin
Form ID: pdf042

Page 3 of 5
Total Noticed: 1

achase@frandzel.com,autodocket@frandzel.com

Jacqueline L James

on behalf of Interested Party Harvest Small Business Finance  LLC jjames@buchalter.com,
gvidales@buchalter.com;docket@buchalter.com;pjolley@buchalter.com

Jacqueline L James

on behalf of Creditor Harvest Small Business Finance  LLC jjames@buchalter.com,
gvidales@buchalter.com;docket@buchalter.com;pjolley@buchalter.com

Jacquelyn H Choi

on behalf of Creditor LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR jacquelyn.Choi@rimonlaw.com
docketingsupport@rimonlaw.com

Jennifer C Wong

on behalf of Interested Party Courtesy NEF bknotice@mccarthyholthus.com  jwong@ecf.courtdrive.com

Jennifer C Wong

on behalf of Creditor Wells Fargo Bank  N.A. bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

Jessica M. Simon

on behalf of Creditor Harvest Small Business Finance  LLC jsimon@hrhlaw.com, mgranzow@hrhlaw.com

Kelly L Morrison

on behalf of U.S. Trustee United States Trustee (LA) kelly.l.morrison@usdoj.gov

Michael G Fletcher

on behalf of Creditor Archway Real Estate Income Fund I SPE I  LLC mfletcher@frandzel.com,
sking@frandzel.com,autodocket@frandzel.com

Michael G Fletcher

on behalf of Plaintiff Archway Broadway Loan SPE  LLC, a Delaware limited liability company mfletcher@frandzel.com,
sking@frandzel.com,autodocket@frandzel.com

Michael G Fletcher

on behalf of Creditor Archway real estate income fund mfletcher@frandzel.com  sking@frandzel.com,autodocket@frandzel.com

Michael G Fletcher

on behalf of Creditor Archway Broadway Loan SPE  LLC, fka Archway Real Estate Income Fund I REIT, LLC
mfletcher@frandzel.com, sking@frandzel.com,autodocket@frandzel.com

Paige Selina Poupart

on behalf of Creditor Archway Broadway Loan SPE  LLC, fka Archway Real Estate Income Fund I REIT, LLC
Ppoupart@smsm.com, achase@frandzel.com

Paige Selina Poupart

on behalf of Plaintiff Archway Broadway Loan SPE  LLC, a Delaware limited liability company Ppoupart@smsm.com,
achase@frandzel.com

Paige Selina Poupart

on behalf of Creditor Archway Real Estate Income Fund I SPE I  LLC Ppoupart@smsm.com, achase@frandzel.com

Richard Girgado

on behalf of Creditor LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR rgirgado@counsel.lacounty.gov

Robert F Conte

on behalf of Creditor United States of America on behalf of Internal Revenue Service robert.conte@usdoj.gov
caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov

Ryan Coy

on behalf of Defendant Daniel Halevy ryan.coy@blankrome.com  courtmail@blankrome.com

Ryan Coy

on behalf of Interested Party Alan Gomperts ryan.coy@blankrome.com  courtmail@blankrome.com

Ryan Coy

on behalf of Interested Party Susan Halevy ryan.coy@blankrome.com  courtmail@blankrome.com

Ryan Coy

on behalf of Defendant Susan Halevy ryan.coy@blankrome.com  courtmail@blankrome.com

Ryan Coy

on behalf of Interested Party Daniel Halevy ryan.coy@blankrome.com  courtmail@blankrome.com

Ryan Coy

on behalf of Interested Party Courtesy NEF ryan.coy@blankrome.com  courtmail@blankrome.com

Samantha White

on behalf of Creditor Wells Fargo Bank N.A.  d/b/a Wells Fargo Auto samantha.white@wellsfargo.com

Scott R Albrecht

on behalf of Creditor First Foundation Bank salbrecht@gsaattorneys.com  jackie.nguyen@sgsattorneys.com

District/off: 0973-2                              User: admin                                              Page 4 of 5

Date Rcvd: Aug 11, 2026                          Form ID: pdf042                                          Total Noticed: 1

Steven Werth
                    on behalf of Interested Party Susan Halevy steven.werth@saul.com
                    swerth@ecf.courtdrive.com;hannah.richmond@saul.com;litigationdocketing@saul.com

Steven Werth
                    on behalf of Interested Party Daniel Halevy steven.werth@saul.com
                    swerth@ecf.courtdrive.com;hannah.richmond@saul.com;litigationdocketing@saul.com

Steven Werth
                    on behalf of Interested Party Alan Gomperts steven.werth@saul.com
                    swerth@ecf.courtdrive.com;hannah.richmond@saul.com;litigationdocketing@saul.com

Tanya Behnam
                    on behalf of Creditor Korth Direct Mortgage Inc. tbehnam@polsinelli.com
                    tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com

Todd S. Garan
                    on behalf of Creditor Wells Fargo Bank  N.A. ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

Todd S. Garan
                    on behalf of Creditor Wells Fargo National Bank West ch11ecf@aldridgepite.com
                    TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

Todd S. Garan
                    on behalf of Interested Party Courtesy NEF ch11ecf@aldridgepite.com  TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

Todd S. Garan
                    on behalf of Creditor Metropolitan Life Insurance Company ch11ecf@aldridgepite.com
                    TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

Todd S. Garan
                    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing ch11ecf@aldridgepite.com
                    TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

Todd S. Garan
                    on behalf of Creditor US Bank trust national Association  not in its individual capacity, bot solely as owner trustee for GS
                    Mortgage-Backed Securities Trust 2020-NQM1 ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

Turner Falk
                    on behalf of Debtor Daniel Halevy turner.falk@saul.com  tnfalk@recap.email

Turner Falk
                    on behalf of Debtor Susan Halevy turner.falk@saul.com  tnfalk@recap.email

Turner Falk
                    on behalf of Interested Party Daniel Halevy turner.falk@saul.com  tnfalk@recap.email

Turner Falk
                    on behalf of Interested Party Susan Halevy turner.falk@saul.com  tnfalk@recap.email

Turner Falk
                    on behalf of Debtor Alan Gomperts turner.falk@saul.com  tnfalk@recap.email

United States Trustee (LA)
                    ustpregion16.la.ecf@usdoj.gov

Zev Shechtman
                    on behalf of Interested Party Daniel Halevy Zev.Shechtman@saul.com
                    Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.
                    Bribiesca@saul.com

Zev Shechtman
                    on behalf of Debtor Daniel Halevy Zev.Shechtman@saul.com
                    Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.
                    Bribiesca@saul.com

Zev Shechtman
                    on behalf of Interested Party Courtesy NEF Zev.Shechtman@saul.com
                    Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.
                    Bribiesca@saul.com

Zev Shechtman
                    on behalf of Debtor Alan Gomperts Zev.Shechtman@saul.com
                    Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.
                    Bribiesca@saul.com

Zev Shechtman
                    on behalf of Defendant Daniel Halevy Zev.Shechtman@saul.com
                    Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.
                    Bribiesca@saul.com

Zev Shechtman
                    on behalf of Debtor Susan Halevy Zev.Shechtman@saul.com

District/off: 0973-2                                  User: admin                                  Page 5 of 5

Date Rcvd: Aug 11, 2026                               Form ID: pdf042                              Total Noticed: 1

                  Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.
                  Bribiesca@saul.com

Zev Shechtman

                  on behalf of Defendant Susan Halevy Zev.Shechtman@saul.com
                  Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.
                  Bribiesca@saul.com

Zev Shechtman

                  on behalf of Interested Party Susan Halevy Zev.Shechtman@saul.com
                  Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.
                  Bribiesca@saul.com

Zev Shechtman

                  on behalf of Interested Party Alan Gomperts Zev.Shechtman@saul.com
                  Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.
                  Bribiesca@saul.com

TOTAL: 76

ZEV SHECHTMAN (BAR NO. 266280)
*Zev.Shechtman@saul.com*
STEVEN F. WERTH (Bar No. 205434)
*Steven.Werth@saul.com*
SAUL EWING LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: (310) 255-6100
Facsimile: (310) 255-6200

**FILED & ENTERED**

AUG 10 2026

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY johnson   DEPUTY CLERK**

Attorneys for Alan Gomperts, Daniel Halevy,
Susan Halevy, Debtors and Debtors in Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re: SEATON INVESTMENTS, LLC, et al.,<br>    *Now a dismissed case*<br><br>           Debtors and Debtors In Possession. | Lead Case No. 2:24-bk-12079-VZ<br><br>Jointly Administered with Case Nos.:<br>2:24-bk-12080-VZ;2:24-bk-12081-VZ;<br>2:24-bk-12082-VZ;2:24-bk-12091-VZ;<br>2:24-bk-12074-VZ;2:24-bk-12075-VZ;  and<br>2:24-bk-12076-VZ |
| ☐  Affects All Debtors.<br>☐  Affects Case No.: 2:24-12080-VZ<br>   Colyton Investments, LLC -*Now a*<br>   *dismissed case*<br>☐  Affects Case No.: 2:24-12081-VZ<br>   Broadway Avenue Investments, LLC<br>☐  Affects 2:24-12082-VZ<br>   SLA Investments, LLC<br>☐  Affects 2:24-12091-VZ<br>   Negev Investments, LLC<br>☒  Affects Case No.: 2:24-12074-VZ<br>   Alan Gomperts<br>☐  Affects Case No.: 2:24-12075-VZ<br>   Daniel Halevy<br>☐  Affects Case No.: 2:24-12076-VZ<br>   Susan Halevy | Chapter 11<br><br>**ORDER GRANTING MOTION TO CONFIRM SALE OF REAL PROPERTY COMMONLY KNOWN AS 3538 GREENFIELD AVENUE, LOS ANGELES, CALIFORNIA 90034 FREE AND CLEAR OF LIENS AND CLAIMS [DOC NO. 720]**<br><br>Date: August 4, 2026<br>Time: 11:00 a.m.<br>Place: Courtroom 1368<br>       255 E. Temple St.<br>       Los Angeles, CA 90012 |

A hearing was held at the above time and place on the *Debtor's Motion to Confirm Sale of Real Property Commonly Known as 3538 Greenfield Avenue, Los Angeles, California 90034 Free*

6027312v2 | 101415-0002

*and Clear of Liens and Claims* (the "Motion," Docket No. 720), filed by debtor Alan Gomperts (the "Debtor"). Oppositions by Wells Fargo Bank, N.A. (Docket. No. 727), and Archway Broadway Loan SPE, LLC (Docket. No. 731) and Debtor's reply (Docket. No. 736) were filed as reflected on the record. Appearances, in person, or via telephone, were noted on the record. The Debtors called for overbids, and no overbids were presented.

After considering the Motion, the papers filed in support of the Motion, the record in this bankruptcy case, the papers filed in opposition to the Motion, and the arguments of counsel at the hearing, and for the reasons stated on the record, and based on the findings made on the record at the hearing, **IT IS ORDERED** that the Motion is granted as follows:

1.      The sale by the Debtor of all of the right, title and interest of the Debtor in the real property commonly known as 3538 Greenfield Avenue, Los Angeles, California 90034 (the "Property"), to Di Nalli Consulting, LLC, or its assignee (the "Buyer") for $1,449,000.00 (the "Purchase Price") is confirmed on the terms and conditions set forth in the Motion and in the agreement attached as Exhibit 1 to the Motion.

2.      The Property is sold "as is," "where is," "with all faults," with no warranty or recourse whatsoever.

3.      The overbid procedures proposed in the Motion are approved.

4.      The sale is free and clear of all liens and interests, as provided herein, including without limitation the following (collectively, the "Subject Liens") which may be of record:

(a)      any lien for real property taxes accrued prior to the date of the close of the sale (the "Tax Liens"), subject to payment by the Debtor of any undisputed portion of such Tax Liens incurred prior to closing; and

(b)      the first position Deed of Trust in favor of Wells Fargo Bank ("WFB") that was recorded in Los Angeles County on April 29, 2011, as instrument no. 20110619428 securing an original indebtedness of $258,000 (the "First Trust Deed"), with an estimated payoff amount of $170,479.87 as of August 31, 2026 per a payoff demand provided to Debtor's counsel prior to hearing on the Motion, is not disputed, and is to be paid in full through escrow in accordance with its payoff amount due as of the date of closing. WFB reserves its right to provide an updated payoff

demand subsequent to entry of this Order and prior to close of any escrow to ensure its claim is paid in full if there is any delay in the closing of escrow (and the amount may be lower if the sale closes before August 31, 2026).  WFB shall provide a copy of any such updated payoff demand to escrow and Debtors' counsel.  Prior to any scheduled closing of escrow, counsel for WFB is authorized to communicate with the escrow agent and obtain a copy of the estimated HUD-1 Settlement/Closing Statement for review prior to closing to verify its claim is to be paid in full in accordance with this Order.

5.     As for Archway Broadway Loan SPE, LLC, a Delaware limited liability company, successor in interest to Archway Real Estate Income Fund I REIT, LLC fka Archway Real Estate Income Fund I SPE I, LLC ("Archway"), it is the beneficiary under that certain Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing against the Property recorded in Los Angeles County on April 24, 2023, as instrument no. 20230261978 ("Archway-Greenfield Deed of Trust"). Escrow is authorized and directed to disburse all net sale proceeds remaining after payment of senior liens, approved brokerage commissions, and authorized closing costs directly to Archway by wire transfer through escrow at closing. Upon Archway's receipt of such net sale proceeds, Archway is authorized to deliver such reconveyance documents as are reasonably necessary to release its Archway-Greenfield Deed of Trust (the "Reconveyance"). As evidenced by their respective counsels' approval of this Order, Alan Gomperts, Daniel Halevy, Susan Halevy, Broadway Avenue Investments, LLC, Negev Investments, LLC, and SLA Investments, LLC, expressly consent to the Reconveyance and acknowledge that the Reconveyance (a) is limited solely to the Archway-Greenfield Deed of Trust, and (b) shall not release, satisfy, impair, waive, extinguish, or otherwise affect any other lien, claim, security interest, collateral, guaranty, remedy, or indebtedness held by or owing to Archway. Prior to any scheduled closing of escrow, counsel for Archway is authorized to communicate with the escrow agent and obtain a copy of the estimated HUD-1 Settlement/Closing Statement for review and approval prior to closing. Archway's rights to approve the HUD-1 Settlement/Closing Statement, along with all other rights of Archway under the Settlement Agreement (Docket No. 666, Exh. 1), as amended (Docket No.

693), loan documents, security documents, and related orders, are specifically reserved and preserved.

6. The Tax Liens and First Trust Deed shall be removed from the Property upon payment through escrow. The Archway-Greenfield Deed of Trust shall be removed from the property upon Archway's receipt of the net sale proceeds required by this Order and its submission of the Reconveyance.

7. The Debtor is authorized to pay through escrow all ordinary closing costs.

8. The Debtor is authorized to pay through escrow a 5 percent (5%) commission as follows: 2.5 percent (2.5%) to United Real Estate Professionals as the Debtor's broker in connection with the closing of the sale and 2.5 percent (2.5%) to Beverly & Co, as the Buyer's broker in connection with the closing of the sale.

9. The Buyer is found to be a good faith purchaser within the meaning of 11 U.S.C. § 363(m).

10. If the Buyer does not deliver to the Debtor the balance of the Purchase Price in good funds on or before the first business day after 14 calendar days following the entry of this order (the "Closing Date"), provided that no stay of this order has been granted, the Debtor is authorized to retain the Buyer's deposit of $43,500.00.

11. The Debtor is authorized to execute all documents and otherwise take all actions he deems necessary and appropriate to close the sale of the Property.

12. The 14-day stay provided by Rule 6004(h) is waived.

###

Date: August 10, 2026

Vincent P. Zurzolo
United States Bankruptcy Judge

APPROVED AS TO FORM AND CONTENT:


_/s/ Zev Shechtman_____
Zev Shechtman
Saul Ewing LLP
Attorney for Alan Gomperts, individually
and in his capacity as trustee of the
Gomperts and Halevy Family Trust; Daniel
Halevy, individually and in his capacity as
personal representative of the probate estate
of David Halevy; and Susan Halevy,
individually and in her capacity as trustee of
the Halevy Family Trust dated September 6,
2010


_____
Derrick Talerico
Weintraub Zolkin Talerico & Liu LLP
Attorney for Broadway Avenue
Investments, LLC, Negev Investments,
LLC, and SLA Investments, LLC


_____
Gerrick M. Warrington
Frandzel Robins Bloom & Csato, L.C.
Attorneys for Archway Broadway Loan
SPE, LLC, a Delaware limited liability
company, successor in interest to Archway
Real Estate Income Fund I REIT, LLC fka
Archway Real Estate Income Fund I SPE I,
LLC


_____
Todd Garan
Aldridge | Pite, LLP
Attorney for Wells Fargo Bank

APPROVED AS TO FORM AND CONTENT:


___/s/ Zev Shechtman___
Zev Shechtman
Saul Ewing LLP
Attorney for Alan Gomperts, individually
and in his capacity as trustee of the
Gomperts and Halevy Family Trust; Daniel
Halevy, individually and in his capacity as
personal representative of the probate estate
of David Halevy; and Susan Halevy,
individually and in her capacity as trustee of
the Halevy Family Trust dated September 6,
2010



_____
Derrick Talerico
Weintraub Zolkin Talerico & Liu LLP
Attorney for Broadway Avenue
Investments, LLC, Negev Investments,
LLC, and SLA Investments, LLC



_____
Gerrick M. Warrington
Frandzel Robins Bloom & Csato, L.C.
Attorneys for Archway Broadway Loan
SPE, LLC, a Delaware limited liability
company, successor in interest to Archway
Real Estate Income Fund I REIT, LLC fka
Archway Real Estate Income Fund I SPE I,
LLC

_____
Todd Garan
Aldridge | Pite, LLP
Attorney for Wells Fargo Bank

6027312v2 | 101415-0002                               5