Debtor's Name **NEGEV INVESTMENTS, LLC** Case No. **24-12091**

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | **$0** |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | **$0** |
| j. | Difference between total income and total expenses (d-i) | **$0** |
| k. | List the total amount of all postpetition debts that are past due | **$0** |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯ No ◉ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯ No ◯ N/A ◉ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

| | |
|---|---|
| /s/ Alan Gomperts | Alan Gomperts |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Authorized Representative | 08/24/2026 |
| Title | Date |

## Negev Investments, LLC
# Preliminary Balance Sheet
### As of July 31, 2026

| | Jul 31, 26 |
|---|---|
| **ASSETS** | |
| Current Assets | |
| Checking/Savings | |
| Farmers Checking | 28.06 |
| Farmers Tax Account | 136.00 |
| Total Checking/Savings | 164.06 |
| Other Current Assets | |
| Receivable - Seapiper | 16,791.90 |
| Total Other Current Assets | 16,791.90 |
| Total Current Assets | 16,955.96 |
| Fixed Assets | |
| Building Improvements - Solar | 171,200.00 |
| Buildings and Improvements | 954,800.00 |
| Land | 145,200.00 |
| Total Fixed Assets | 1,271,200.00 |
| **TOTAL ASSETS** | **1,288,155.96** |
| **LIABILITIES & EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Other Current Liabilities | |
| Member Loan | 200.00 |
| Note Payable - Ygrene | 160,357.43 |
| Total Other Current Liabilities | 160,557.43 |
| Total Current Liabilities | 160,557.43 |
| Total Liabilities | 160,557.43 |
| Equity | |
| Members Equity | 1,127,710.53 |
| Net Income | -112.00 |
| Total Equity | 1,127,598.53 |
| **TOTAL LIABILITIES & EQUITY** | **1,288,155.96** |

**Negev Investments, LLC**

## Preliminary Profit & Loss

**July 2026**

| | Jul 26 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Gift Income** | 250.00 |
| **Total Income** | 250.00 |
| **Gross Profit** | 250.00 |
| **Expense** | |
| **Bank Service Charges** | 16.00 |
| **Taxes and Licenses** | 250.00 |
| **Total Expense** | 266.00 |
| **Net Ordinary Income** | -16.00 |
| **Net Income** | **-16.00** |

## Negev Investments, LLC
# Preliminary Statement of Cash Flows
### July 2026

| | Jul 26 |
|---|---|
| **OPERATING ACTIVITIES** | |
| **Net Income** | -16.00 |
| **Net cash provided by Operating Activities** | -16.00 |
| **Net cash increase for period** | -16.00 |
| **Cash at beginning of period** | 180.06 |
| **Cash at end of period** | **164.06** |

**Negev Investments, LLC**
**Insurance Schedule**

| Name of Insurance Carrier | Type of Insurance | Policy Number | Policy Expiration Date | Payment Date |
|---|---|---|---|---|
| Great Lakes Insurance SE | Building and General Liability | KGLPK001122-01 | 2/3/27 | Monthly Payments |

Policy in the name of Seapiper Inn, Inc., Negev Investments, LLC Listed as additional Insured.

**Negev Investments, LLC** **Case No. 2-24-bk-12091-VZ**

**PART 5 - Schedule of Payments to Professionals**

| | | Retainer Paid | | Fees Approved by Court | | Expenses Approved by Court | | Retainer Applied | | Fees Paid (over retainer) | | Expenses Paid (over retainer) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Professional/Role | Date of Retention | Prepetition | At Petition Date | During Mo. | Cumulative | During Mo. | Cumulative | During Mo. | Cumulative | During Mo. | Cumulative | During Mo. | Cumulative |
| Weintraub Zolkin Talerico & Selth LLP (Insolvency Counsel) | 5/28/204 effective as of 3/19/24 | $ 10,000.00 | $ 7,017.00 | $ - | $ 34,249.00 | $ - | $ 251.55 | $ - | $ 7,017.00 | $ - | $ - | $ - | $ - |

## Negev Investments, LLC
# Reconciliation Summary
### Farmers Checking, Period Ending 07/31/2026

| | Jul 31, 26 |
|---|---|
| **Beginning Balance** | 36.06 |
| **Cleared Transactions** | |
| **Checks and Payments - 1 item** | -8.00 |
| **Total Cleared Transactions** | -8.00 |
| **Cleared Balance** | **28.06** |
| **Register Balance as of 07/31/2026** | 28.06 |
| **Ending Balance** | 28.06 |

F&M BANK

Date 7/31/26
Account No. 5635
Page 1 of 2

NEGEV INVESTMENTS LLC
DIP CASE NO 2:24-BK-12091-VZ
OPERATING ACCOUNT
257 S LINDEN DR
BEVERLY HILLS CA 90212-3704

Where Tradition & Technology Come Together

F&M Bank Fee Schedules
Effective Now.
Learn more at FMB.com/Fee-Changes

## Account Title

Negev Investments LLC
DIP Case No 2:24-bk-12091-VZ
Operating Account

## Bankruptcy Trustee Summary

| | | | |
|---|---|---|---|
| Account Number | 5635 | Number of Enclosures | 0 |
| Beginning Balance | 36.06 | Statement Dates | 7/01/26 thru 8/02/26 |
| Deposits/Credits | 0.00 | Days in the statement period | 33 |
| Checks/Debits | 0.00 | Average Ledger | 36.06 |
| Service Charge | 8.00 | | |
| Interest Paid | 0.00 | | |
| Ending Balance | 28.06 | | |

## Service Charge Detail

| Description | Amount |
|---|---|
| Minimum Balance Fee | 8.00 |

## Checks and Other Debits

| Date | Description | Amount |
|---|---|---|
| 7/31 | Service Charge | 8.00- |

Questions? Call us: (866) 437-0011

F&M BANK

Date 7/31/26
Account No. 5635


Bankruptcy Trustee 5635 (continued)

## Checking Account Daily Balances

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 7/01 | 36.06 | 7/31 | 28.06 | | |

## End of Statement

Thank you for banking with Farmers & Merchants Bank.

Download the App
FMB-Mobile 2.0
GET IT ON Google Play
Download on the App Store
F&M Bank does not charge for this service, however, your wireless carrier may charge you fees related to this service.

## Negev Investments, LLC
# Reconciliation Summary
### Farmers Tax Account, Period Ending 07/31/2026

| | Jul 31, 26 |
|---|---|
| **Beginning Balance** | 144.00 |
| **Cleared Transactions** | |
| **Checks and Payments - 1 item** | -8.00 |
| **Total Cleared Transactions** | -8.00 |
| **Cleared Balance** | **136.00** |
| **Register Balance as of 07/31/2026** | 136.00 |
| **Ending Balance** | 136.00 |

F&M BANK

Date 7/31/26
Account No. 5643
Page 1 of 2

NEGEV INVESTMENTS LLC
DIP CASE NO 2:24-BK-12091-VZ
TAX ACCOUNT
257 S LINDEN DR
BEVERLY HILLS CA 90212-3704

Where Tradition & Technology Come Together

F&M Bank Fee Schedules
Effective Now.
Learn more at FMB.com/Fee-Changes

## Account Title

Negev Investments LLC
DIP Case No 2:24-bk-12091-VZ
Tax Account

## Bankruptcy Trustee Summary

| | |
|---|---|
| Account Number | 5643 |
| Beginning Balance | 144.00 |
| Deposits/Credits | 0.00 |
| Checks/Debits | 0.00 |
| Service Charge | 8.00 |
| Interest Paid | 0.00 |
| Ending Balance | 136.00 |

| | |
|---|---|
| Number of Enclosures | 0 |
| Statement Dates | 7/01/26 thru 8/02/26 |
| Days in the statement period | 33 |
| Average Ledger | 144.00 |

## Service Charge Detail

| Description | Amount |
|---|---|
| Minimum Balance Fee | 8.00 |

## Checks and Other Debits

| Date | Description | Amount |
|---|---|---|
| 7/31 | Service Charge | 8.00- |

F&M BANK

Date 7/31/26
Account No. 5643


Bankruptcy Trustee 5643 (continued)

## Checking Account Daily Balances

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 7/01 | 144.00 | 7/31 | 136.00 | | |

## End of Statement

Thank you for banking with Farmers & Merchants Bank.

Download the App
FMB-Mobile 2.0
GET IT ON Google Play
Download on the App Store
F&M Bank does not charge for this service, however, your wireless carrier may charge you fees related to this service.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
11766 Wilshire Blvd, Suite 730, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled (*specify*): **MONTHLY OPERATING REPORT – JUNE 2026** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) August 25, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See attached NEF Service List

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) __________, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) __________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 25, 2026 | Martha E. Araki | */s/ Martha E. Araki* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

Seaton Investments, LLC – Jointly Administered

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Attorneys for Corporate Debtors Broadway Avenue Investments, LLC, Negev Investments, LLC, SLA Investments, LCC.: **Derrick Talerico**: dtalerico@wztslaw.com; maraki@wztslaw.com; sfritz@wztslaw.com; admin@wztslaw.com
- Attorneys for Individual Debtors Alan Gomperts, Daniel Halevy, Susan Halevy: **Zev Shechtman, Carol Chow, Turner Falk, Steven Werth**: zev.shechtman@saul.com; zshechtman@ecf.inforuptcy.com; carol.chow@saul.com; easter.santamaria@saul.com; turner.falk@saul.com; steven.werth@saul.com; hannah.richmond@saul.com; litigationdocketing@saul.com
- Attorneys for Creditor First Foundation Bank: **Scott R Albrecht**: scott.albrecht@gsaattorneys.com; jackie.nguyen@sgsattorneys.com
- Attorneys for Creditor Korth Direct Mortgage, Inc.: **Tanya Behnam, Garrick Vanderfin**: tbehnam@polsinelli.com; gvanderfin@polsinelli.com, tanyabehnam@gmail.com; ladocketing@polsinelli.com; zyoung@polsinelli.com; ccripe@polsinelli.com;
- Attorneys for Creditor Los Angeles County Treasurer and Tax Collector: **Jacquelyn H Choi**: jacquelyn.choi@rimonlaw.com; docketingsupport@rimonlaw.com
- Attorneys for Creditor United States of America on behalf of the Internal Revenue Service: **Robert F Conte**: robert.conte@usdoj.gov; caseview.ecf@usdoj.gov; usacac.tax@usdoj.gov
- Attorneys for Defendants Alan Gomperts, Daniel Halevy, Susan Halevy: **Ryan Coy**: ryan.coy@blankrome.com; courtmail@blankrome.com
- Courtesy NEF/Interested Party: **Christopher Cramer**: secured@becket-lee.com
- Attorneys for Creditor Harvest Small Business Finance, LLC: **Christopher Crowell, Jessica M Simon**: ccrowell@frandzel.com; rsantamaria@frandzel.com
- Attorneys for Creditors Archway Real Estate Income Fund I SPE I, LLC, Archway Broadway Loan SPE, LLC, fka Archway Real Estate Income Fund I REIT, LLC, Archway Real Estate Income Fund, and Plaintiff Archway Broadway Loan SPE, LLC: **Michael G. Fletcher, Bruce D. Poltrock, Gerrick Warrington**: mfletcher@frandzel.com; gwarrington@frandzel.com; bpoltrock@frandzel.com; sking@frandzel.com; achase@frandzel.com; autodocket@frandzel.com
- Attorneys for Creditors Metropolitan Life Insurance Company, NewRez LLC d/b/a Shellpoint Mortgage Servicing, *US Bank Trust National Association, not in its individual capacity, but solely as owner trustee for GS Mortgage-Backed Securities Trust 2020-NQM1, and* Wells Fargo National Bank West: **Todd S Garan**: ch11ecf@aldridgepite.com; TSG@ecf.inforuptcy.com; tgaran@aldridgepite.com
- Attorneys for Creditor Los Angeles County Treasurer and Tax Collector: **Richard Girgado**: rgirgado@counsel.lacounty.gov
- Attorneys for Creditor Harvest Small Business Finance, LLC: **Jacqueline L James**: jjames@buchalter.com; gvidales@buchalter.com; docket@buchalter.com
- Attorneys for Interested Parties Avi Muhtar, and Haskell & Nurit Muhtar: **Avi Edward Muhtar**: amuhtar@crownandstonelaw.com
- Attorneys for Creditors Archway Real Estate Income Fund I SPE I, LLC, Archway Broadway Loan SPE, LLC, fka Archway Real Estate Income Fund I REIT, LLC, Archway Real Estate Income Fund, and Plaintiff Archway Broadway Loan SPE, LLC: **Paige Selina Poupart**: ppoupart@smsm.com; achase@frandzel.com
- Attorneys for Creditor AIRE Ancient Baths Los Angeles, LLC: **David B Shemano**: dshemano@shemanolaw.com
- Attorneys for Creditor Harvest Small Business Finance, LLC: **Jessica M. Simon**: jsimon@hrhlaw.com; mgranzow@hrhlaw.com
- Attorneys for Creditor Wells Fargo Bank, N.A. dba Wells Fargo Auto: **Samantha White**: Samantha.white@wellsfargo.com
- Attorneys for Creditor Wells Fargo Bank, N.A.: **Jennifer C Wong**: bknotice@mccartyholthus.com; jwong@ecf.courtdrive.com
- US Trustee's Office: ustpregion16.la.ecf@usdoj.gov; **Kelly L. Morrison**: Kelly.l.morrison@usdoj.gov