<table>
<tr><td>
Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>
Derrick Talerico (SBN 223763)<br>
Paige T. Rolfe (SBN 331096)<br>
WEINTRAUB ZOLKIN TALERICO & SELTH LLP<br>
11766 Wilshire Blvd., Suite 730<br>
Los Angeles, CA 90025<br>
Telephone: 424-500-8552<br>
Email: dtalerico@wztslaw.com<br>
prolfe@wztslaw.com<br><br>
☐ Individual *appearing without an attorney*<br>
☒ *Attorney for:* Corporate Debtors
</td><td>FOR COURT USE ONLY</td></tr>
<tr><td colspan="2">

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

</td></tr>
<tr><td>
In re:<br><br>
SEATON INVESTMENTS, LLC,<br><br>
Debtor.<br>
_______________________________________________<br><br>
___ Affects all Debtors.<br>
___ Affects Seaton Investments, LLC<br>
___ Affects Colyton Investments, LLC<br>
_X_ Affects Broadway Avenue Investments, LLC<br>
_X_ Affects SLA Investments, LLC<br>
_X_ Affects Negev Investments, LLC<br>
_X_ Affects Susan Halevy<br>
_X_ Affects Daniel Halevy<br>
_X_ Affects Alan Gomperts<br><br>
Debtor(s)
</td><td>
CASE NO.: 2:24-bk-12079-VZ<br><br>
Jointly Administered with Case Nos.<br>
2:24-bk-12080-VZ; 2:24-bk-12081-VZ;<br>
2:24-bk-12082-VZ; 2:24-bk-12091-VZ;<br>
2:24-bk-12076-VZ; 2:24-bk-12075-VZ<br>
2:24-bk-12074-VZ<br><br>
CHAPTER: 11<br><br>
**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]): Motion to Approve Settlement Agreement with Archway Broadway Loan SPE, LLC Under Rule 9019 of the Federal Rules of Bankruptcy Procedure
</td></tr>
</table>

PLEASE TAKE NOTE that the order titled Order Granting Motion to Approve Settlement Agreement with Archway Broadway Loan SPE, LLC Under Rule 9019 of the Federal Rules of Bankruptcy Procedure was lodged on (*date*) August 28, 2026 and is attached. This order relates to the motion which is docket number 666.

[1] Please abbreviate if title cannot fit into text field.

Derrick Talerico (State Bar No. 223763)
dtalerico@wztslaw.com
Paige T. Rolfe (State Bar No. 331096)
prolfe@wztslaw.com
WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 Wilshire Boulevard, Suite 730
Los Angeles, CA 90025
Telephone: (424) 500-8552

Counsel to Debtors Broadway Avenue Investments, LLC, SLA Investments, LLC, and Negev Investments, LLC

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>SEATON INVESTMENTS, LLC, *et al.*,<br><br>Debtors and Debtors in Possession.<br><br>☐ Affects All Debtors.<br>☐ Affects Seaton Investments, LLC (*Dismissed*)<br>☐ Affects Colyton Investments, LLC (*Dismissed*)<br>☒ Affects Broadway Avenue Investments, LLC<br>☒ Affects SLA Investments, LLC<br>☒ Affects Negev Investments, LLC<br>☒ Affects Alan Gomperts<br>☒ Affects Daniel Halevy<br>☒ Affects Susan Halevy | Lead Case No. 2:24-bk-12079-VZ<br><br>Jointly Administered with Case Nos.:<br>2:24-bk-12080-VZ; 2:24-bk-12081-VZ;<br>2:24-bk-12082-VZ; 2:24-bk-12091-VZ;<br>2:24-bk-12074-VZ; 2:24-bk-12075-VZ and<br>2:24-bk-12076-VZ<br><br>Chapter 11<br><br>**ORDER GRANTING MOTION TO APPROVE SETTLEMENT AGREEMENT WITH ARCHWAY BROADWAY LOAN SPE, LLC UNDER RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**<br><br><u>Initial Hearing</u>:<br>Date: June 23, 2026<br>Time: 11:00 a.m.<br><u>Continued Hearing</u>:<br>Date: July 21, 2026<br>Time: 11:00 a.m.<br><u>Final Hearing</u>:<br>Date: August 13, 2026<br>Time: 11:00 a.m.<br>Courtroom: 1368<br>255 E. Temple Street<br>Los Angeles, CA 90012 |

On June 2, 2026, Broadway Avenue Investments, LLC ("**Broadway**"), SLA Investments, LLC ("**SLA**"), Negev Investments, LLC ("**Negev**," together with Broadway and SLA, the "**Corporate Debtors**"), Susan Halevy ("**Susan**" or "**Susan Halevy**"), Daniel Halevy ("**Daniel**" or "**Daniel Halevy**"), and Alan Gomperts ("**Alan**" or "**Alan Gomperts**," together with Susan and Daniel, the "**Individual Debtors**," and the Individual Debtors, collectively with the Corporate Debtors, the "**Debtors**"), the debtors and debtors-in-possession in the pending jointly administered chapter 11 bankruptcy cases herein (the "**Cases**"), submitted a *Motion to Approve Settlement Agreement and Supporting Documents with Archway Broadway Loan SPE, LLC* [Dkt. 666] (the "**Motion**") pursuant to Federal Rule of Bankruptcy Procedure ("**FRBP**") 9019 along with various supporting documents, including further Declarations of Derrick Talerico in support of the Motion [Dkt. 693, 694, and 705], a *Notice of First Amendment to Settlement Agreement* [Dkt. 734], and the *Declaration of Derrick Talerico That No Party Filed an Opposition to Notice of First Amendment to Settlement Agreement and Related Motion to Approve Settlement Agreement* [Dkt. 738].

Haskell and Nurit Muhtar filed oppositions to the Motion [Dkt. 678 and 713], to which replies were filed by Archway Broadway Loan SPE, LLC, fka Archway Real Estate Income Fund I REIT, LLC ("**Archway**") [Dkt. 718] and the Corporate Debtors [Dkt. 722]. Creditor JPMorgan Chase Bank, N.A. filed an untimely opposition to the Motion [Dkt. 741], to which Archway filed a reply [Dkt. 743].

Having considered the Motion, all supporting documents filed in support thereof, oppositions and replies, the record in the Cases, and the arguments and comments of counsel at the Hearing, and good cause appearing therefor,

**THE COURT ORDERS** that:

1. The Motion is granted.
2. The Settlement Agreement,[1] attached as Exhibit 1 to Dkt. 666, is approved as modified by the First Amendment to Settlement Agreement attached as Exhibit 1 to Dkt. 693.

[1] Terms not defined herein are ascribed the same meaning given to them in the Motion.

3. The Debtors are authorized to execute any and all documents necessary to effectuate the Settlement Agreement, the First Amendment and any ancillary documents without further order of this Court.

4. To the extent applicable, the 14-day stay to effectiveness of this Order provided by Bankruptcy Rule 6004(h) is waived and this Order shall be effective and enforceable immediately upon entry.

###

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

11766 Wilshire Blvd, Suite 730, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) August 28, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See attached NEF service list

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) _______________, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) August 28, 2026, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 28, 2026 | Paige T. Rolfe | */s/ Paige T. Rolfe* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

Seaton Investments, LLC, et al. – Jointly Administered – Lead Case: 2:24-bk-12079-VZ

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Attorneys for Corporate Debtors Broadway Avenue Investments, LLC, Negev Investments, LLC, SLA Investments, LCC.: **Derrick Talerico**: dtalerico@wztslaw.com; maraki@wztslaw.com; sfritz@wztslaw.com; admin@wztslaw.com
- Attorneys for Individual Debtors Alan Gomperts, Daniel Halevy, Susan Halevy: **Zev Shechtman, Carol Chow, Turner Falk, Ryan Coy**: zev.shechtman@saul.com; zshechtman@ecf.inforuptcy.com; carol.chow@saul.com; easter.santamaria@saul.com; turner.falk@saul.com; ryan.coy@saul.com
- Attorneys for Creditor First Foundation Bank: **Scott R Albrecht**: scott.albrecht@sgsattorneys.com; jackie.nguyen@sgsattorneys.com
- Attorneys for Creditor Korth Direct Mortgage, Inc.: **Tanya Behnam, Garrick Vanderfin**: gvanderfin@polsinelli.com, tbehnam@polsinelli.com; tanyabehnam@gmail.com; ladocketing@polsinelli.com; zyoung@polsinelli.com; ccripe@polsinelli.com;
- Attorneys for Creditor Los Angeles County Treasurer and Tax Collector: **Jacquelyn H Choi**: jacquelyn.choi@rimonlaw.com; docketingsupport@rimonlaw.com
- Attorneys for Creditor United States of America on behalf of the Internal Revenue Service: **Robert F Conte**: robert.conte@usdoj.gov; caseview.ecf@usdoj.gov; usacac.tax@usdoj.gov
- Courtesy NEF/Interested Party: **Christopher Cramer**: secured@becket-lee.com
- Attorneys for Creditor Harvest Small Business Finance, LLC: **Christopher Crowell, Jessica M Simon**: ccrowell@frandzel.com; mbrandenberg@frandzel.com
- Attorneys for Creditors Archway Real Estate Income Fund I SPE I, LLC, Archway Broadway Loan SPE, LLC, fka Archway Real Estate Income Fund I REIT, LLC, Archway Real Estate Income Fund, and Plaintiff Archway Broadway Loan SPE, LLC: **Michael G. Fletcher, Bruce D. Poltrock, Paige Selina Poupart, Gerrick Warrington**: mfletcher@frandzel.com; ppoupart@franddzel.com; gwarrington@frandzel.com; bpoltrock@frandzel.com; sking@frandzel.com; achase@frandzel.com; autodocket@frandzel.com
- Attorneys for Creditors NewRez LLC d/b/a Shellpoint Mortgage Servicing, Wells Fargo National Bank West: **Todd S Garan**: ch11ecf@aldridgepite.com; TSG@ecf.inforuptcy.com; tgaran@aldridgepite.com
- Attorneys for Creditor Los Angeles County Treasurer and Tax Collector: **Richard Girgado**: rgirgado@counsel.lacounty.gov
- Attorneys for Creditor Harvest Small Business Finance, LLC: **Jacqueline L James**: jjames@buchalter.com; gvidales@buchalter.com; docket@buchalter.com
- Courtesy NEF/Interested Party Avi Muhtar: **Avi Edward Muhtar**: amuhtar@crownandstonelaw.com
- Attorneys for Creditor AIRE Ancient Baths Los Angeles, LLC: **David B Shemano**: dshemano@shemanolaw.com
- Attorneys for Creditor Harvest Small Business Finance, LLC: **Jessica M. Simon**: jsimon@hrhlaw.com; mgranzow@hrhlaw.com
- Attorneys for Creditor Wells Fargo Bank, N.A. dba Wells Fargo Auto: **Samantha White**: Samantha.white@wellsfargo.com
- Attorneys for Creditor Wells Fargo Bank, N.A.: **Jennifer C Wong**: bknotice@mccartyholthus.com; jwong@ecf.courtdrive.com
- US Trustee's Office: ustpregion16.la.ecf@usdoj.gov; **Kelly L. Morrison**: Kelly.l.morrison@usdoj.gov