**Alan Gomperts**

**Income and Expense Reconciliation**

| | | |
|---|---|---|
| **Income** | | |
| Total income | Line d. of Part 8 | 37,894.78 |
| Payroll deductions | Line e. of Part 8 | (2,303.32) |
| Total Receipts | Line b. of part 1 | **35,591.46** |
| | | |
| Total Deposits in Wells Fargo account ending -3107 | | 82,211.67 |
| Reimbursed Expenses from agron, inc. (Employer) | | (46,620.21) |
| Net Deposits | | **35,591.46** |
| | | |
| **Expenses** | | |
| Total Expenses | Line i. of Part 8 | 57,637.88 |
| Payroll deductions | | 2,303.32 |
| Total disbursements | Line c. of part 1 | **55,334.56** |
| | | |
| Total withdrawals in Wells Fargo account ending -3107 | | 101,954.77 |
| | | |
| agron, inc Expenses | | (46,620.21) |
| Total Agron Expenses | | **(46,620.21)** |
| | | |
| Net Disbursements | | **55,334.56** |