**Alan Gomperts**

**Part 8 Expenses**

| Date | Amount | Payee | Description |
|---|---|---|---|
| 8/3/2026 | (1,675.00) | ZELLE TO JESELSOHN JOEL ON 08/03 REF # WFCT22HDZLWK | Personal Living - College Rent |
| 8/3/2026 | (125.00) | ZELLE TO CIRO HERNANDEZ ON 08/03 REF # WFCT22HDZZ4L | Personal Living - Gardener |
| 8/4/2026 | (17,648.08) | CHASE CREDIT CRD EPAY 260803 9538968924 SHARON HALEVY | Personal Living - Credit Card includes $10k tuition |
| 8/4/2026 | (160.92) | BILL PAY NORTHWESTERN MUTUAL LIFE INSURAN ON-LINE xxxx4520 ON 08-04 | Personal Living - Life Insurance |
| 8/4/2026 | (6,770.83) | BILL PAY WELLS FARGO Oakhurst ON-LINE 0512091XXX ON 08-04 | Personal Living - Mortgage |
| 8/4/2026 | (300.00) | BILL PAY Jun Ho. Choi ON-LINE No Account Number ON 08-04 | Personal Living - Pool Man |
| 8/5/2026 | (3,000.00) | Cash eWithdrawal in Branch 08/05/2026 13:10 PM 9354 WILSHIRE BLVD BEVERLY HILLS CA 0874 | Personal Living - Cash Expenses |
| 8/6/2026 | (60.91) | SoCalGas PAID SCGC 260805 1291016484 301601474323521295 | Personal Living - Gas bill |
| 8/10/2026 | (1,661.87) | CITI CARD ONLINE PAYMENT 260807 422066318344207 SHARON HALEVY | Personal Living - Credit Card |
| 8/11/2026 | (28.50) | BARCLAYCARD US CREDITCARD 1444303871 SHARON HALEVY | Personal Living - Credit Card |
| 8/18/2026 | (306.50) | NON-WF ATM WITHDRAWAL AUTHORIZED ON 08/18 555 E NORTH LN CONSHOHOCKEN PA 586230597470740 ATM ID WR000170 CARD 0874 | Personal Living - Cash Expenses |
| 8/18/2026 | (255.73) | BLOOMINGDALES ONLINE PMT 260817 602090429674281 SHARON HALEVY | Personal Living - Clothing |
| 8/24/2026 | (13,207.46) | AMERICAN EXPRESS ACH PMT 260824 W2682 ALAN GOMPERTS | Personal Living - Credit Card |
| 8/25/2026 | (423.09) | ATT PAYMENT 082326 341318001EPAYK Alan Gomberts | Personal Living - Telephone |
| 8/27/2026 | (718.66) | BILL PAY WELLS FARGO AUTO ON-LINE xxxxxx6254 ON 08-27 | Personal Living - Auto Loan |
| 8/27/2026 | (2,200.00) | Cash eWithdrawal in Branch 08/27/2026 16:07 PM 9354 WILSHIRE BLVD BEVERLY HILLS CA 0874 | Personal Living - Cash Expenses |
| 8/28/2026 | (508.73) | MACYS ONLINE PMT 260827 632103393066747 SHARON HALEVY | Personal Living - Clothing |

**Living Expenses**

**Line g. of Part 8** **(49,051.28)**

| Date | Amount | Payee | Description |
|---|---|---|---|
| 8/3/2026 | (155.00) | ZELLE TO GABRIEL ADULFO ON 08/03 REF # WFCT22HD7WX5 | Gardener Canfield and Greenfield |
| 8/4/2026 | (75.00) | BILL PAY Nicandro Barba ON-LINE No Account Number ON 08-04 | Gardener Bagley |
| 8/4/2026 | (4,003.21) | BILL PAY WELLS FARGO Bagley ON-LINE 0512092XXX ON 08-04 | Mortgage - Bagley |

| | | | |
|---|---|---|---|
| 8/4/2026 | (2,050.07) | BILL PAY WELLS FARGO Canfield ON-LINE 0502483XXX ON 08-04 | Mortgage - Canfield |
| **All Other Expenses** | | | |
| **Line h. of Part 8** | **(6,283.28)** | **Expenses on Rental Properties** | |
| | (55,334.56) | | |