Derrick Talerico (State Bar No. 223763)
dtalerico@wztslaw.com
Paige T. Rolfe (State Bar No. 331096)
prolfe@wztslaw.com
WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 Wilshire Boulevard, Suite 730
Los Angeles, CA 90025
Telephone: (424) 500-8552

Counsel to Debtors Broadway Avenue Investments, LLC, SLA Investments, LLC, and Negev Investments, LLC

FILED & ENTERED

SEP 04 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY mohammad DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

In re:

SEATON INVESTMENTS, LLC, *et al.*,

Debtors and Debtors in Possession.

☐ Affects All Debtors.
☐ Affects Seaton Investments, LLC (*Dismissed*)
☐ Affects Colyton Investments, LLC (*Dismissed*)
☒ Affects Broadway Avenue Investments, LLC
☒ Affects SLA Investments, LLC
☒ Affects Negev Investments, LLC
☒ Affects Alan Gomperts
☒ Affects Daniel Halevy
☒ Affects Susan Halevy

Lead Case No. 2:24-bk-12079-VZ

Jointly Administered with Case Nos.:
2:24-bk-12080-VZ; 2:24-bk-12081-VZ;
2:24-bk-12082-VZ; 2:24-bk-12091-VZ;
2:24-bk-12074-VZ; 2:24-bk-12075-VZ and
2:24-bk-12076-VZ

Chapter 11

**ORDER GRANTING MOTION TO APPROVE SETTLEMENT AGREEMENT WITH ARCHWAY BROADWAY LOAN SPE, LLC UNDER RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Final Hearing:
Date: August 13, 2026
Time: 11:00 a.m.
Courtroom: 1368
255 E. Temple Street
Los Angeles, CA 90012

On June 2, 2026, Broadway Avenue Investments, LLC ("**Broadway**"), SLA Investments, LLC ("**SLA**"), Negev Investments, LLC ("**Negev**," together with Broadway and SLA, the "**Corporate Debtors**"), Susan Halevy ("**Susan**" or "**Susan Halevy**"), Daniel Halevy ("**Daniel**" or "**Daniel Halevy**"), and Alan Gomperts ("**Alan**" or "**Alan Gomperts**," together with Susan and Daniel, the "**Individual Debtors**," and the Individual Debtors, collectively with the Corporate Debtors, the "**Debtors**"), the debtors and debtors-in-possession in the pending jointly administered chapter 11 bankruptcy cases herein (the "**Cases**"), submitted a *Motion to Approve Settlement Agreement and Supporting Documents with Archway Broadway Loan SPE, LLC* [Dkt. 666] (the "**Motion**") pursuant to Federal Rule of Bankruptcy Procedure ("**FRBP**") 9019 along with various supporting documents, including further Declarations of Derrick Talerico in support of the Motion [Dkt. 693, 694, and 705], a *Notice of First Amendment to Settlement Agreement* [Dkt. 734], and the *Declaration of Derrick Talerico That No Party Filed an Opposition to Notice of First Amendment to Settlement Agreement and Related Motion to Approve Settlement Agreement* [Dkt. 738].

Haskell and Nurit Muhtar (the "**Muhtars**") filed oppositions to the Motion [Dkt. 678 and 713], to which replies were filed by Archway Broadway Loan SPE, LLC, fka Archway Real Estate Income Fund I REIT, LLC ("**Archway**") [Dkt. 718] and the Corporate Debtors [Dkt. 722]. Creditor JPMorgan Chase Bank, N.A. ("**Chase**") filed an untimely opposition to the Motion [Dkt. 741], to which Archway filed a reply [Dkt. 743].

Having considered the Motion, all supporting documents filed in support thereof, oppositions and replies, the record in the Cases, and the arguments and comments of counsel at the Hearing, and good cause appearing therefor,

**THE COURT ORDERS** that:

1. The Motion is granted.
2. The Settlement Agreement,[1] attached as Exhibit 1 to Dkt. 666, is approved as modified by the First Amendment to Settlement Agreement attached as Exhibit 1 to Dkt. 693.
3. Neither the granting of the Motion nor this Order serve to fix or finalize the amount

[1] Terms not defined herein are ascribed the same meaning given to them in the Motion.

owed to Chase on account of the Chase debt secured by 140 South Roxbury Drive, Beverly Hills, CA 90212 (the "**Roxbury Property**").

4. Neither the granting of the Motion nor this Order shall be deemed to direct, sweep, or adjudicate any proceeds attributable to the Muhtars' interest in the Roxbury Property.

5. The Debtors are authorized to execute any and all documents necessary to effectuate the Settlement Agreement, the First Amendment and any ancillary documents without further order of this Court.

6. To the extent applicable, the 14-day stay to effectiveness of this Order provided by Bankruptcy Rule 6004(h) is waived and this Order shall be effective and enforceable immediately upon entry.

###

**AGREED AS TO FORM:**

CROWN & STONE LAW, P.C.

______________________________
Avi E. Muhtar
Counsel to Haskell Muhtar
and Nurit Muhtar

Date: September 4, 2026

Vincent P. Zurzolo
United States Bankruptcy Judge

owed to Chase on account of the Chase debt secured by 140 South Roxbury Drive, Beverly Hills, CA 90212 (the "**Roxbury Property**").

4. Neither the granting of the Motion nor this Order shall be deemed to direct, sweep, or adjudicate any proceeds attributable to the Muhtars' interest in the Roxbury Property.

5. The Debtors are authorized to execute any and all documents necessary to effectuate the Settlement Agreement, the First Amendment and any ancillary documents without further order of this Court.

6. To the extent applicable, the 14-day stay to effectiveness of this Order provided by Bankruptcy Rule 6004(h) is waived and this Order shall be effective and enforceable immediately upon entry.

**AGREED AS TO FORM:**

CROWN & STONE LAW, P.C.

Avi E. Muhtar
Counsel to Haskell Muhtar
and Nurit Muhtar

###