Derrick Talerico (State Bar No. 223763)
dtalerico@wztslaw.com
Paige T. Rolfe (State Bar No. 331096)
prolfe@wztslaw.com
WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 Wilshire Boulevard, Suite 730
Los Angeles, CA 90025
Telephone: (424) 500-8552

Counsel to Debtors Broadway Avenue Investments, LLC, SLA Investments, LLC, and Negev Investments, LLC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>SEATON INVESTMENTS, LLC, *et al.*,<br><br>Debtors and Debtors in Possession.<br><br>☐ Affects All Debtors.<br>☐ Affects Seaton Investments, LLC (*Dismissed*)<br>☐ Affects Colyton Investments, LLC (*Dismissed*)<br>☒ Affects Broadway Avenue Investments, LLC<br>☐ Affects SLA Investments, LLC<br>☐ Affects Negev Investments, LLC<br>☐ Affects Alan Gomperts<br>☐ Affects Daniel Halevy<br>☐ Affects Susan Halevy | Lead Case No. 2:24-bk-12079-VZ<br><br>Jointly Administered with Case Nos.: 2:24-bk-12080-VZ; 2:24-bk-12081-VZ; 2:24-bk-12082-VZ; 2:24-bk-12091-VZ; 2:24-bk-12074-VZ; 2:24-bk-12075-VZ and 2:24-bk-12076-VZ<br><br>Chapter 11<br><br>**MOTION TO MODIFY ORDER GRANTING MOTION FOR ORDER APPROVING BIDDING PROCEDURES FOR THE SALE OF REAL PROPERTY AND RELATED RELIEF**<br><br><u>Hearing</u>:<br>Date: September 29, 2026<br>Time: 11:00 a.m.<br>Courtroom: 1368<br>255 E. Temple Street<br>Los Angeles, CA 90012 |

Broadway Avenue Investments, LLC (“**Broadway**”), SLA Investments, LLC (“**SLA**”), Negev Investments, LLC (“**Negev**,” together with Broadway and SLA, the “**Corporate Debtors**”), the debtors and debtors-in-possession in the above-captioned chapter 11 bankruptcy cases (the “**Cases**”), hereby submit this *Motion to Modify Order Granting Motion for Order Approving Bidding Procedures for the Sale of Real Property and Related Relief* (“**Motion**”).

On June 29, 2026, the Court entered an order [Dkt. 703] (the “**Bid Procedures Order**”) granting the Corporate Debtors’ *Motion for Order Approving Bidding Procedures for the Sale of Real Property and Related Relief* [Dkt. 690] and approving the bidding procedures (the “**Bidding Procedures**”) attached to the Order as Exhibit 1. This Motion seeks entry of an order modifying the Bid Procedures Order as follows:

1. Extending the Bid Deadline from August 16, 2026 to September 17, 2026;
2. If the Debtor has received a Qualified Bid by the Bid Deadline, modifying the date of the Auction from August 18, 2026 to September 18, 2026;
3. Modifying the deadline for Movants to file a declaration with the Court submitting the Successful Bid, Successful Bidder, Back-Up Bid, and Back-Up Bidder (as applicable) for Court approval from August 20, 2026 to September 22, 2026;
4. Continuing the hearing to approve a sale of the Property to the Successful Bidder or the Back-Up Bidder from September 1, 2026 at 11:00 a.m. to October 20, 2026 at 11:00 a.m.;
5. Extending the deadline for any Opposition to the Sale from August 25, 2026 at 12:00 p.m. noon to October 13, 2026 at 12:00 p.m. noon; and
6. Extending the deadline for the Debtor to file a reply to any Opposition from August 27, 2026 at 12:00 p.m. noon to October 15, 2026 at 12:00 p.m. noon.

## I. <u>STATEMENT OF FACTS</u>

On June 29, 2026, the Court entered an order [Dkt. 703] (the “**Order**”) granting the Corporate Debtors’ *Motion for Order Approving Bidding Procedures for the Sale of Real Property and Related Relief* [Dkt. 690] and approving the bidding procedures (the “**Bidding Procedures**”) attached to the

Order as Exhibit 1. The Bidding Procedures set a Bid Deadline[1] of August 16, 2026, and further stated that "[t]he Debtor may extend the Bid Deadline once or successively but is not obligated to do so."

## II. ARGUMENT

### A. Section 105(a) Grants the Court Broad Equitable Authority to Modify the Order

The Bankruptcy Court possesses broad equitable authority to modify its prior orders when necessary and appropriate to carry out the purposes of the Bankruptcy Code. Section 105(a) provides that the court may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title. 11 USCS § 105.

The proposed extension of the Bid Deadline is explicitly authorized by the Bidding Procedures. Bid Procedures Order, Ex. 1, p. 9 ("Notwithstanding any other provision herein, the Debtor may extend or alter any deadline contained herein if it will better promote the goals of the Bidding Process."). A corresponding extension of the subsequent deadlines and hearing are necessary to allow the Debtor time to present the Successful Bidder, and to brief and finalize the Sale. Extending the Bid Deadline will allow the Debtor the best opportunity to obtain the highest value for the Broadway property.

## III. CONCLUSION

For all of the reasons above, Movants respectfully request that the Court modify the Bid Procedures Order as follows:

1. Extending the Bid Deadline from August 16, 2026 to September 17, 2026;
2. If the Debtor has received a Qualified Bid by the Bid Deadline, modifying the date of the Auction from August 18, 2026 to September 18, 2026;
3. Modifying the deadline for Movants to file a declaration with the Court submitting the Successful Bid, Successful Bidder, Back-Up Bid, and Back-Up Bidder (as applicable) for Court approval from August 20, 2026 to September 22, 2026;
4. Continuing the hearing to approve a sale of the Property to the Successful Bidder or the Back-Up Bidder from September 1, 2026 at 11:00 a.m. to October 20, 2026 at

[1] Capitalized terms not defined herein shall have the definition ascribed to them in the *Motion for Order Approving Bidding Procedures for the Sale of Real Property and Related Relief* [Dkt. 690].

11:00 a.m.;

5. Extending the deadline for any Opposition to the Sale from August 25, 2026 at 12:00 p.m. noon to October 13, 2026 at 12:00 p.m. noon; and

6. Extending the deadline for the Debtor to file a reply to any Opposition from August 27, 2026 at 12:00 p.m. noon to October 15, 2026 at 12:00 p.m. noon.

Dated: September 8, 2026

WEINTRAUB ZOLKIN TALERICO & SELTH LLP

By: *___/s/ Paige T. Rolfe_________________*
Derrick Talerico
Paige T. Rolfe
Attorneys for Debtors Broadway Avenue Investments, LLC, SLA Investments, LLC, and Negev Investments, LLC

-and-

SAUL EWING LLP
Zev Shechtman
Attorneys for Debtors Alan Gomperts, Daniel Halevy, and Susan Halevy

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

11766 Wilshire Blvd, Suite 730, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled (*specify*): **MOTION TO MODIFY ORDER GRANTING MOTION FOR ORDER APPROVING BIDDING PROCEDURES FOR THE SALE OF REAL PROPERTY AND RELATED RELIEF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) September 8, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See attached NEF Service List

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*)_______, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) September 8, 2026, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 8, 2026 | Paige T. Rolfe | */s/ Paige T. Rolfe* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

Broadway Avenue Investments, LLC – Jointly Administered

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Attorneys for Corporate Debtors Broadway Avenue Investments, LLC, Negev Investments, LLC, SLA Investments, LCC.: **Derrick Talerico, Paige T. Rolfe**: dtalerico@wztslaw.com; maraki@wztslaw.com; sfritz@wztslaw.com; admin@wztslaw.com; prolfe@wztslaw.com
- Attorneys for Individual Debtors Alan Gomperts, Daniel Halevy, Susan Halevy: **Zev Shechtman, Carol Chow, Turner Falk, Steven Werth**: zev.shechtman@saul.com; zshechtman@ecf.inforuptcy.com; carol.chow@saul.com; easter.santamaria@saul.com; turner.falk@saul.com; steven.werth@saul.com; hannah.richmond@saul.com; litigationdocketing@saul.com
- Attorneys for Creditor First Foundation Bank: **Scott R Albrecht**: scott.albrecht@gsaattorneys.com; jackie.nguyen@sgsattorneys.com
- Attorneys for Creditor Korth Direct Mortgage, Inc.: **Tanya Behnam, Garrick Vanderfin**: tbehnam@polsinelli.com; gvanderfin@polsinelli.com, tanyabehnam@gmail.com; ladocketing@polsinelli.com; zyoung@polsinelli.com; ccripe@polsinelli.com;
- Attorneys for Creditor Los Angeles County Treasurer and Tax Collector: **Jacquelyn H Choi**: jacquelyn.choi@rimonlaw.com; docketingsupport@rimonlaw.com
- Attorneys for Creditor United States of America on behalf of the Internal Revenue Service: **Robert F Conte**: robert.conte@usdoj.gov; caseview.ecf@usdoj.gov; usacac.tax@usdoj.gov
- Attorneys for Defendants Alan Gomperts, Daniel Halevy, Susan Halevy: **Ryan Coy**: ryan.coy@blankrome.com; courtmail@blankrome.com
- Courtesy NEF/Interested Party: **Christopher Cramer**: secured@becket-lee.com
- Attorneys for Creditor Harvest Small Business Finance, LLC: **Christopher Crowell, Jessica M Simon**: ccrowell@frandzel.com; rsantamaria@frandzel.com
- Attorneys for Creditors Archway Real Estate Income Fund I SPE I, LLC, Archway Broadway Loan SPE, LLC, fka Archway Real Estate Income Fund I REIT, LLC, Archway Real Estate Income Fund, and Plaintiff Archway Broadway Loan SPE, LLC: **Michael G. Fletcher, Bruce D. Poltrock, Gerrick Warrington**: mfletcher@frandzel.com; gwarrington@frandzel.com; bpoltrock@frandzel.com; sking@frandzel.com; achase@frandzel.com; autodocket@frandzel.com
- Attorneys for Creditors Metropolitan Life Insurance Company, NewRez LLC d/b/a Shellpoint Mortgage Servicing, *US Bank Trust National Association, not in its individual capacity, but solely as owner trustee for GS Mortgage-Backed Securities Trust 2020-NQM1, and* Wells Fargo National Bank West: **Todd S Garan**: ch11ecf@aldridgepite.com; TSG@ecf.inforuptcy.com; tgaran@aldridgepite.com
- Attorneys for Creditor Los Angeles County Treasurer and Tax Collector: **Richard Girgado**: rgirgado@counsel.lacounty.gov
- Attorneys for Creditor Harvest Small Business Finance, LLC: **Jacqueline L James**: jjames@buchalter.com; gvidales@buchalter.com; docket@buchalter.com
- Attorneys for Interested Parties Avi Muhtar, and Haskell & Nurit Muhtar: **Avi Edward Muhtar**: amuhtar@crownandstonelaw.com
- Attorneys for Creditors Archway Real Estate Income Fund I SPE I, LLC, Archway Broadway Loan SPE, LLC, fka Archway Real Estate Income Fund I REIT, LLC, Archway Real Estate Income Fund, and Plaintiff Archway Broadway Loan SPE, LLC: **Paige Selina Poupart**: ppoupart@smsm.com; achase@frandzel.com
- Attorneys for Creditor AIRE Ancient Baths Los Angeles, LLC: **David B Shemano**: dshemano@shemanolaw.com
- Attorneys for Creditor Harvest Small Business Finance, LLC: **Jessica M. Simon**: jsimon@hrhlaw.com; mgranzow@hrhlaw.com
- Attorneys for Creditor Wells Fargo Bank, N.A. dba Wells Fargo Auto: **Samantha White**: Samantha.white@wellsfargo.com
- Attorneys for Creditor Wells Fargo Bank, N.A.: **Jennifer C Wong**: bknotice@mccartyholthus.com; jwong@ecf.courtdrive.com
- US Trustee's Office: ustpregion16.la.ecf@usdoj.gov; **Kelly L. Morrison**: Kelly.l.morrison@usdoj.gov