| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Derrick Talerico (State Bar No. 223763)<br>dtalerico@wztslaw.com<br>Paige T. Rolfe (State Bar No. 331096)<br>prolfe@wztslaw.com<br>WEINTRAUB ZOLKIN TALERICO & SELTH LLP<br>11766 Wilshire Boulevard, Suite 730<br>Los Angeles, CA 90025<br>Telephone: (424) 500-8552<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Corporate Debtors | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br>SEATON INVESTMENTS, LLC, et al.<br><br>___ Affects all Debtors.<br>___ Affects Seaton Investments, LLC (Dismissed)<br>___ Affects Colyton Investments, LLC (Dismissed)<br>X Affects Broadway Avenue Investments, LLC<br>X Affects SLA Investments, LLC<br>X Affects Negev Investments, LLC<br>X Affects Susan Halevy<br>X Affects Daniel Halevy<br>X Affects Alan Gomperts<br><br>Debtor(s). | CASE NO.: 2:24-bk-12079-VZ<br>CHAPTER: 11<br><br>**NOTICE OF MOTION FOR:**<br>Motion To Further Modify Various Orders to Dismiss the Debtors Cases<br><br>(***Specify name of Motion***)<br><br>DATE: 09/29/2026<br>TIME: 11:00 am<br>COURTROOM: 1368<br>PLACE: 255 E. Temple Street, Los Angeles, CA 90012 |

1. TO (*specify name*): All Creditors and Parties in Interest

2. NOTICE IS HEREBY GIVEN that on the following date and time and in the indicated courtroom, Movant in the above-captioned matter will move this court for an Order granting the relief sought as set forth in the Motion and accompanying supporting documents served and filed herewith. Said Motion is based upon the grounds set forth in the attached Motion and accompanying documents.

3. **Your rights may be affected**. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

4. **Deadline for Opposition Papers:** This Motion is being heard on regular notice pursuant to LBR 9013-1. If you wish to oppose this Motion, you must file a written response with the court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than fourteen (14) days prior to the above hearing date. If you fail to file a written response to this Motion within such time period, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

5. **Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure:** The undersigned hereby verifies that the above hearing date and time were available for this type of Motion according to the judge's self-calendaring procedures.

Date: 09/08/2026

Weintraub Zolkin Talerico & Selth LLP
Printed name of law firm

/s/ Paige T. Rolfe
Signature

Paige T. Rolfe
Printed name of attorney

Derrick Talerico (State Bar No. 223763)
dtalerico@wztslaw.com
Paige T. Rolfe (State Bar No. 331096)
prolfe@wztslaw.com
WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 Wilshire Boulevard, Suite 730
Los Angeles, CA 90025
Telephone: (424) 500-8552

Counsel to Debtors Broadway Avenue Investments, LLC, SLA Investments, LLC, and Negev Investments, LLC

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>SEATON INVESTMENTS, LLC, *et al.*,<br><br>Debtors and Debtors in Possession. | Lead Case No. 2:24-bk-12079-VZ<br><br>Jointly Administered with Case Nos.: 2:24-bk-12080-VZ; 2:24-bk-12081-VZ; 2:24-bk-12082-VZ; 2:24-bk-12091-VZ; 2:24-bk-12074-VZ; 2:24-bk-12075-VZ and 2:24-bk-12076-VZ<br><br>Chapter 11 |
| ☐ Affects All Debtors.<br>☐ Affects Seaton Investments, LLC (*Dismissed*)<br>☐ Affects Colyton Investments, LLC (*Dismissed*)<br>☒ Affects Broadway Avenue Investments, LLC<br>☒ Affects SLA Investments, LLC<br>☒ Affects Negev Investments, LLC<br>☒ Affects Alan Gomperts<br>☒ Affects Daniel Halevy<br>☒ Affects Susan Halevy | **MOTION TO FURTHER MODIFY VARIOUS ORDERS TO DISMISS THE DEBTORS' CASES**<br><br><u>Hearing</u>:<br>Date: September 29, 2026<br>Time: 11:00 a.m.<br>Courtroom: 1368<br>255 E. Temple Street<br>Los Angeles, CA 90012 |

Broadway Avenue Investments, LLC ("**Broadway**"), SLA Investments, LLC ("**SLA**"), Negev Investments, LLC ("**Negev**," together with Broadway and SLA, the "**Corporate Debtors**"), Susan Halevy ("**Susan**" or "**Susan Halevy**"), Daniel Halevy ("**Daniel**" or "**Daniel Halevy**"), and Alan Gomperts ("**Alan**" or "**Alan Gomperts**," together with Susan and Daniel, the "**Individual Debtors**," and the Individual Debtors, collectively with the Corporate Debtors, the "**Debtors**"), the debtors and debtors-in-possession in the pending jointly administered chapter 11 bankruptcy cases herein (the "**Cases**"), hereby submit this *Motion to Further Modify Various Orders to Dismiss the Debtors' Cases* ("**Motion**").

The Motion seeks entry of an order further modifying the Court's orders dismissing these Cases (the "**Dismissal Orders**")[1] and the *Order Granting Motion to Modify Various Orders to Dismiss the Debtors' Cases* (Dkt. No. 712, the "**Extension Order**"), solely to extend the effective date of dismissal by approximately four additional months, from October 3, 2026 through February 1, 2027, to permit the filing, solicitation, approval, and confirmation of a joint chapter 11 plan that is consistent with the Settlement Agreement among the Debtors and Archway Broadway Loan SPE, LLC ("**Archway**").

The proposed extension is necessary and appropriate to carry out the purposes of the Bankruptcy Code, which strongly favor reorganization over liquidation, and will serve the paramount interests of creditors and the estates by enabling confirmation of a plan that provides substantially greater recovery than the alternatives of dismissal, conversion to chapter 7, or foreclosure. The Court has entered an order [Dkt. No. 760] approving the settlement (the "**Settlement**") reached by the Debtors and Archway. The Settlement requires the Debtors to solicit and confirm a "conforming" plan (a "**Plan**") consistent with the terms set forth by the Settlement. The Debtors have begun certain performance of the Settlement – such as listing and selling certain properties – but must still file and confirm a Plan to retain the terms of the Settlement. the Debtors need more time to implement the settlement and confirm a joint Plan, avoiding the uncertainty of dismissals and mass foreclosures.

/ / /

[1] The Dismissal Orders are found at the following docket entries for each of the Debtors: Broadway – Dkt. 30; SLA – Dkt. 30; Negev – Dkt. 34; Alan – Dkt. 54; Daniel – Dkt. 53; Susan – Dkt. 51.

## I. STATEMENT OF FACTS

The Dismissal Order was entered on February 12, 2026, setting July 3, 2026 as the date upon which the Cases would be dismissed. On July 8, 2026, the Court entered the *Order Granting Motion to Modify Various Orders to Dismiss the Debtors' Cases* (Dkt. No. 712, the "**Extension Order**"), which extended the date on which the Cases would be dismissed, absent a Court order otherwise, to October 3, 2026.

Since the Extension Order was entered, further material developments have occurred which justify a further modification of the dismissal date to February 1, 2027. First, the comprehensive Settlement Agreement between the Debtors and Archway was approved by the Court at the hearing on August 13, 2026, which laid out a pathway for the Broadway property would be sold and a viable plan of reorganization could be solicited and confirmed. Second, the process of selling the Broadway Property is underway, as the Court approved bidding procedures for the sale. By a separate motion filed herewith, the Corporate Debtors are requesting that certain dates established by the Bid Procedures Order[2] [Dkt. 703] related to the Sale Hearing be extended, which if approved will set a Sale Hearing for the Broadway Property in October 2026.

These material developments constitute changed since entry of the Extension Order and justify further modification of the dismissal date to permit confirmation of a Plan.

## II. ARGUMENT

### A. Section 105(a) Grants the Court Broad Equitable Authority to Modify the Dismissal Orders.

The Bankruptcy Court possesses broad equitable authority to modify its prior orders when necessary and appropriate to carry out the purposes of the Bankruptcy Code. Section 105(a) provides that the court may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title. 11 USCS § 105. This foundational grant of authority extends to adjusting the timing of dismissal orders to facilitate the achievement of the Code's rehabilitative objectives, particularly where material developments occur after entry of the initial order.

[2] Capitalized terms not defined herein are defined as set forth in the *Motion for Order Approving Bidding Procedures for the Sale of Real Property and Related Relief*.

The extension is appropriate because it serves the fundamental purposes of the Bankruptcy Code. The Settlement represents a comprehensive resolution of the Debtors' obligations to its primary secured creditor, includes a structured collateral package, and establishes a payment structure designed to avoid foreclosure and the attendant costs and delays of state-court, probate, and community property litigation. Permitting the Court the opportunity to consider and confirm a Plan implementing the Settlement advances the interests of all stakeholders by providing an orderly reorganization path rather than forcing dismissal that would unravel the settlement and precipitate costly and protracted litigation.

**B. <u>Section 1112(b) Permits the Court to Decline Dismissal Based on Unusual Circumstances and Reasonable Likelihood of Plan Confirmation</u>**

Section 1112(b)(1) establishes that a case may be dismissed or converted for cause, including when dismissal is in the best interests of the estate and parties in interest. 11 USCS § 1112. However, section 1112(b)(2) provides critical flexibility by providing that the court may not convert or dismiss a case if the court finds and specifically identifies unusual circumstances establishing that converting or dismissing the case is not in the best interests of creditors and the estate, and the debtor establishes that there is a reasonable likelihood that a plan will be confirmed within the timeframes established in sections 1121(e) and 1129(e), or if such sections do not apply, within a reasonable period of time.

The statutory framework of section 1112(b)(2) reflects Congress's recognition that rigid application of dismissal provisions may sometimes frustrate the Code's rehabilitative purposes. The provision contemplates that courts possess discretion to manage the timing and implementation of dismissal orders when circumstances warrant. Extending the effective date of the existing dismissals represents a measured exercise of this discretion and is consistent with the Court's authority to decline dismissal when a reasonable likelihood of plan confirmation exists.

Here, unusual circumstances exist: a comprehensive settlement with the Debtors' primary secured creditor has been finalized and approved, property sales are underway, and a Plan can now be solicited with Archway's support. These developments constitute unusual circumstances that warrant a further extension of the October 3, 2026 dismissal date. A further extension to February 1, 2027 provides a reasonable time frame within which the Court can consider confirmation of a Plan

implementing the terms of the Settlement.

## III. <u>CONCLUSION</u>

These have been lengthy, arduous Cases. A successful conclusion is at hand. Because of the years of effort that the Debtors, Archway, and their professionals have put into getting to this point of consensus, it is all the more justified to grant the relief requested and extend the dismissal dates for a brief period to allow a Plan to be solicited and confirmed and for property sales to be implemented. The Debtors respectfully request that the Dismissal Orders and Extension Order be modified to move the automatic dismissal date to February 1, 2027.

Dated: September 8, 2026

WEINTRAUB ZOLKIN TALERICO & SELTH LLP

By: *<u>/s/ Paige T. Rolfe</u>*
Derrick Talerico
Paige T. Rolfe
Attorneys for Debtors Broadway Avenue Investments, LLC, SLA Investments, LLC, and Negev Investments, LLC

-and-

SAUL EWING LLP
Zev Shechtman
Attorneys for Debtors Alan Gomperts, Daniel Halevy, and Susan Halevy

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

11766 Wilshire Blvd., Suite 730, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION FOR** (*specify name of motion)*
Motion to Further Modify Various Orders to Dismiss the Debtors Cases

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 09/09/2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See attached NEF service list

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) 09/09/2026, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

See attached US Mail service list

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 09/09/2026, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Hon. Vincent Zurzolo (Via Priority Mail)
United States Bankruptcy Court
255 E. Temple St., Suite 1360
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 09/09/2026 | Martha E. Araki | /s/ Martha E. Araki |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

Broadway Avenue Investments, LLC – Jointly Administered

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Attorneys for Corporate Debtors Broadway Avenue Investments, LLC, Negev Investments, LLC, SLA Investments, LCC.: **Derrick Talerico, Paige T. Rolfe**: dtalerico@wztslaw.com; prolfe@wztslaw.com; maraki@wztslaw.com; sfritz@wztslaw.com; admin@wztslaw.com
- Attorneys for Individual Debtors Alan Gomperts, Daniel Halevy, Susan Halevy: **Zev Shechtman, Carol Chow, Turner Falk, Steven Werth**: zev.shechtman@saul.com; zshechtman@ecf.inforuptcy.com; carol.chow@saul.com; easter.santamaria@saul.com; turner.falk@saul.com; steven.werth@saul.com; hannah.richmond@saul.com; litigationdocketing@saul.com
- Attorneys for Creditor First Foundation Bank: **Scott R Albrecht**: scott.albrecht@gsaattorneys.com; jackie.nguyen@sgsattorneys.com
- Attorneys for Creditor Korth Direct Mortgage, Inc.: **Tanya Behnam, Garrick Vanderfin**: tbehnam@polsinelli.com; gvanderfin@polsinelli.com, tanyabehnam@gmail.com; ladocketing@polsinelli.com; zyoung@polsinelli.com; ccripe@polsinelli.com;
- Attorneys for Creditor Los Angeles County Treasurer and Tax Collector: **Jacquelyn H Choi**: jacquelyn.choi@rimonlaw.com; docketingsupport@rimonlaw.com
- Attorneys for Creditor United States of America on behalf of the Internal Revenue Service: **Robert F Conte**: robert.conte@usdoj.gov; caseview.ecf@usdoj.gov; usacac.tax@usdoj.gov
- Attorneys for Defendants Alan Gomperts, Daniel Halevy, Susan Halevy: **Ryan Coy**: ryan.coy@blankrome.com; courtmail@blankrome.com
- Courtesy NEF/Interested Party: **Christopher Cramer**: secured@becket-lee.com
- Attorneys for Creditor Harvest Small Business Finance, LLC: **Christopher Crowell, Jessica M Simon**: ccrowell@frandzel.com; rsantamaria@frandzel.com
- Attorneys for Creditors Archway Real Estate Income Fund I SPE I, LLC, Archway Broadway Loan SPE, LLC, fka Archway Real Estate Income Fund I REIT, LLC, Archway Real Estate Income Fund, and Plaintiff Archway Broadway Loan SPE, LLC: **Michael G. Fletcher, Bruce D. Poltrock, Gerrick Warrington**: mfletcher@frandzel.com; gwarrington@frandzel.com; bpoltrock@frandzel.com; sking@frandzel.com; achase@frandzel.com; autodocket@frandzel.com
- Attorneys for Creditors Metropolitan Life Insurance Company, NewRez LLC d/b/a Shellpoint Mortgage Servicing, *US Bank Trust National Association, not in its individual capacity, but solely as owner trustee for GS Mortgage-Backed Securities Trust 2020-NQM1, and* Wells Fargo National Bank West: **Todd S Garan**: ch11ecf@aldridgepite.com; TSG@ecf.inforuptcy.com; tgaran@aldridgepite.com
- Attorneys for Creditor Los Angeles County Treasurer and Tax Collector: **Richard Girgado**: rgirgado@counsel.lacounty.gov
- Attorneys for Creditor Harvest Small Business Finance, LLC: **Jacqueline L James**: jjames@buchalter.com; gvidales@buchalter.com; docket@buchalter.com
- Attorneys for Interested Parties Avi Muhtar, and Haskell & Nurit Muhtar: **Avi Edward Muhtar**: amuhtar@crownandstonelaw.com
- Attorneys for Creditors Archway Real Estate Income Fund I SPE I, LLC, Archway Broadway Loan SPE, LLC, fka Archway Real Estate Income Fund I REIT, LLC, Archway Real Estate Income Fund, and Plaintiff Archway Broadway Loan SPE, LLC: **Paige Selina Poupart**: ppoupart@smsm.com; achase@frandzel.com
- Attorneys for Creditor AIRE Ancient Baths Los Angeles, LLC: **David B Shemano**: dshemano@shemanolaw.com
- Attorneys for Creditor Harvest Small Business Finance, LLC: **Jessica M. Simon**: jsimon@hrhlaw.com; mgranzow@hrhlaw.com
- Attorneys for Creditor Wells Fargo Bank, N.A. dba Wells Fargo Auto: **Samantha White**: Samantha.white@wellsfargo.com
- Attorneys for Creditor Wells Fargo Bank, N.A.: **Jennifer C Wong**: bknotice@mccartyholthus.com; jwong@ecf.courtdrive.com
- US Trustee's Office: ustpregion16.la.ecf@usdoj.gov; **Kelly L. Morrison**: Kelly.l.morrison@usdoj.gov

**US Mail Service List - Consolidated Broadway Avenue Investments LLC; SLA Investments LLC; Negev Investments LLC; Alan Gomperts, Daniel Halevy, Susan Halevy (excluding NEF)**

Los Angeles Division
255 East Temple Street
Los Angeles, CA 90012-3332

**Secured Creditors – Broadway, SLA, Negev, Susan Halevy, Daniel Halevy, Alan Gomperts:**

Archway Real Estate Income Fund I REIT, LLC
Attn Bobby Khorshidi, Manager of AOL GP, LLC
Authorized Signer
10100 Santa Monica Blvd Ste 500
Los Angeles, CA 90067-4121

**Secured Creditor – Broadway:**

Los Angeles County Treasurer / Tax Collector
Attn Bankruptcy Unit
PO Box 54110
Los Angeles Ca 90054-0110

**Secured Creditor - SLA:**

Harvest Small Business Finance (SBA)
24422 Avenida de la Carlota Ste 400
Laguna Hills, CA 92653

**Secured Creditors - Negev**

Riverside County Treasurer-Tax Collector
4080 Lemon St 4th FL
Riverside, CA 92501-3609

Riverside County Tax Collector
PO Box 12005
Riverside, CA 92502-2205

**Secured Creditors - Alan Gomperts**

Wells Fargo Bank N.A.
dba Wells Fargo Auto
PO Box 169005
Irving, TX 75016

Wells Fargo Bank N.A.
Default Document Processing
MAC# N9286-01Y
PO Boz 1629
Minneapolis, MN 55440-9790

**Secured Creditors - Daniel Halevy**

Athas Capital Group Inc
Attn Officer
3990 Westerly Pl Ste 240
Newport Beach, CA 92660

**Secured Creditors - Susan Halevy**

Shellpoint Mortgage Servicing
PO Box 10826
Greenville, SC 29603-0826

First Foundation Bank
Attn Thomas C Shafer, CEO
1810 Von Karman Ave Ste 750
Irvine, CA 92612

**20 Largest - Broadway:**

California Refrigeration & Supply
Attn Officer
1926 Glendon Ave Apt 4
Los Angeles, CA 90025-4661

Capital One
Attn Officer or Manager
PO Box 30285
Salt Lake City, UT 84130-0285

Mordechai Miky Acoca
1926 Glendon Ave #4
Los Angeles, CA 90025-4661

**20 Largest - SLA:**

Los Angeles Dept of Water and Power
PO Box 30808
Los Angeles, CA 90030

Southern California Gas
Centralized Correspondence
PO Box 1626
Monterey Park, 91754-8626

**20 Largest - Alan Gomperts:**

Archway Real Estate Income Fund I SPE I LLC
Attn Bobby Khorshidi, Manager of AOL GP, LLC
Authorized Signer
10100 Santa Monica Blvd Ste 500
Los Angeles, CA 90067-4121

Balboa Capital Corp
Attn Phil Silva, President
575 Anton Blvd 12th FL
Costa Mesa, CA 92626

KDM California LLC
Attn Keith M Heinrich
135 San Lorenzo Ave Ste 600
Miami, FL 33146-1875

Wells Fargo Bank
PO Box 51162
Los Angeles, CA 90051-5482

Harvest Small Business Finance
Attn Officer or Manager
24422 Avenida de la Carlota Ste 400
Laguna Hills, CA 92653-3634

**20 Largest - Daniel Halevy:**

American Express
PO Box 981535
El Paso, TX 79998-1535

KDM California LLC
Attn Keith M Heinrich
135 San Lorenzo Ave Ste 600
Miami, FL 33146-1875

Harvest Small Business Finance
Attn Officer or Manager
24422 Avenida de la Carlota Ste 400
Laguna Hills, CA 92653-3634

**Other Unsecured Creditors – Broadway:**

Alta Fire Pro
Attn Albert Nikghosian, CEO, CFO
PO Box 7007
Mission Hills, CA 91346-7007

Southern California Edison Company
Attn Steven D Powell CEO
2244 Walnut Grove Ave
Rosemead, CA 91770

Mark Berkowitz CPA
5850 Canoga Ave Suite 220
Woodland Hills, CA 91367-6505

RG Fire Inc
Attn Rafael Goforth Dominguez CEO/CFO
8721 Laurel Canyon Blvd
Sun Valley, CA 91352-2919

**Other Unsecured Creditors - SLA:**

David Garay
1040 S Los Angeles St Unit 8
Los Angeles, CA 90015

Earth Bean Coffee LLC
1200 S Grand Ave #658
Los Angeles, CA 90015

El Hadj Sy dba Entrapreneur
Attn David Garay
1040 S Los Angeles St Unit #10
Los Angeles, CA 90015

Miracle Watts
1040 S Los Angeles, St
Los Angeles, CA 90015

Nijai Burch dba Instant Bae LLC
1040 S Los Angeles St Unit #14
Los Angeles, CA 90015

Saul Edi Faal
1040 S Los Angeles St Unit #17
Los Angeles, CA 90015

Serafin Canizares
1040 S Los Angeles St
Los Angeles, CA 90015

Davix Foreman dba Dojo in the Sky
1040 S Los Angeles St Unit #18
Los Angeles, CA 90015

Juliana Contreras Sanchez
1040 S Los Angeles St Unit #11
Los Angeles, CA 90015

**Other Unsecured Creditors - Negev**

Seapiper Inn Inc
264 S Oakhurst Dr
Beverly Hills, CA 90212

Commune Events Inc
Attn Officer
802 Mateo St
Los Angeles, CA 90021

**Other Unsecured Creditors – Alan Gomperts:**

American Express
PO Box 981535
El Paso, TX 79998-1535

Los Angeles County Tax Collector
Attn Bankruptcy Unit
PO Box 54110
Los Angeles Ca 90054-0110

**Other Unsecured Creditors - Daniel Halevy:**

Balboa Capital Corp
Attn Phil Silva, President
575 Anton Blvd 12th Fl
Costa Mesa, CA 92626

**Other Unsecured Creditors - Susan Halevy:**

Balboa Capital Corp
Attn Phil Silva, President
575 Anton Blvd 12th Fl
Costa Mesa, CA 92626

Harvest Small Business Finance
Attn Officer or Manager
24422 Avenida de la Carlota Ste 400
Laguna Hills, CA 92653-3634

KDM California LLC
Attn Keith M Heinrich
135 San Lorenzo Ave Ste 600
Miami, FL 33146-1875

**Other Parties in Interest/Special Notice - Broadway, SLA, Negev:**

Joshua Mogin Esq
Thompson Coburn LLP
10100 Santa Monica Blvd Ste 500
Los Angeles, CA 90067-4121

**Other Parties in Interest/Special Notice - SLA:**

US Small Business Administration
1429 Kingsport Rd
Forth Worth, TX 76155-2243

US Small Business Administration
Office of General Counsel
312 N Spring St 5th FL
Los Angeles, CA 99012

US Small Business Administration
409 3rd St SW
Washington, DC 20416

**Other Parties in Interest/Special Notice – Alan Gomperts**

Polsinelli LLP
2049 Century Park E Ste 2900
Los Angeles, CA 90067

Wells Fargo Bank
c/o CSC Lawyers Incorporating Svc
2710 Gateway Oaks Dr Ste 150N
Sacramento, CA 95833

Adam Willmouth and Ericka Ochoa
3538 Greenfield Ave
Los Angeles, CA 90034

Jose Benssouson
222 Bagley Ave
Los Angeles, CA 90034

Shmuel Levy
2247 S Canfield Ave
Los Angeles, CA 90034

**Other Parties in Interest/Special Notice - Daniel Halevy:**

Shellpoint Mortgage Servicing
PO Box 10826
Greenville, SC 29603-0826

Wells Fargo Bank Small Business Lending Unit
PO Box 29482 MAC S4101-08C
Phoenix, AZ 85038-9482

**Other Parties in Interest/Special Notice - Susan Halevy:**

Brian Boyken
133 S Palm Dr #1
Beverly Hills, CA 90212

Drexter Castillo
133 S Palm Dr #2
Beverly Hills, CA 90212

Gabrielle Chavez
133 S Palm Dr #4
Beverly Hills, CA 90212

Nathan Halevy
133 S Palm Dr #5
Beverly Hills, CA 90212

Perla Segla
133 S Palm Dr #4
Beverly Hills, CA 90212

Arianna Messbani
140 S Roxbury Dr Unit 5
Beverly Hills, CA 90212

Audrey Fratz
140 S Roxbury Dr Unit 17
Beverly Hills, CA 90212

Greg Morgan
140 S Roxbury Dr Unit 4
Beverly Hills, CA 90212

Heather Regan
140 S Roxbury Dr Unit 8
Beverly Hills, CA 90212

Jennifer Riddle
140 S Roxbury Dr Unit 11
Beverly Hills, CA 90212

Karen Egozi
140 S Roxbury Dr Unit 10
Beverly Hills, CA 90212

Kateryne Bien Alme
140 S Roxbury Dr Unit 6
Beverly Hills, CA 90212

Michael Giorgio
140 S Roxbury Dr Unit 9
Beverly Hills, CA 90212

Mona Forde
140 S Roxbury Dr Unit 2
Beverly Hills, CA 90212

Patro Kashani
140 S Roxbury Dr Unit 14
Beverly Hills, CA 90212

Saatsaz Sahel
140 S Roxbury Dr Unit 15
Beverly Hills, CA 90212

Satinder Chhokar
140 S Roxbury Dr Unit 12
Beverly Hills, CA 90212

Stephanie Dang
140 S Roxbury Dr Unit 1
Beverly Hills, CA 90212

Teresita Gomez
140 S Roxbury Dr Unit 3
Beverly Hills, CA 90212

Theodora Wade
140 S Roxbury Dr Unit 7
Beverly Hills, CA 90212

Vesna Pantelic
140 S Roxbury Dr Unit 16
Beverly Hills, CA 90212

Chase Bank
Court Orders & Levies - Mail Code LA4-7200
700 Kansas Lane
Monroe, LA 71203

**Priority Tax Creditors - All Debtors:**

CA Dept of Tax and Fee Admin
Account Info Group MIC29
PO Box 942879
Sacramento, CA 94279-0029

Employment Development Dept
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001

Franchise Tax Board
Bankruptcy Section MS A-340
PO Box 2952
Sacramento, CA 95812-2952

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346