Derrick Talerico (State Bar No. 223763)
dtalerico@wztslaw.com
Paige T. Rolfe (State Bar No. 155410
prolfe@wztslaw.com
WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 Wilshire Boulevard, Suite 730
Los Angeles, CA 90025
Telephone: (424) 500-8552

Counsel to Debtors Broadway Avenue Investments, LLC, SLA Investments, LLC, and Negev Investments, LLC



**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

In re:

SEATON INVESTMENTS, LLC,
***Now a dismissed case***

Debtor and Debtor in Possession.

- ☐ Affects All Debtors.
- ☐ Affects Case No. 2:24-bk-12074-VZ ALAN GOMPERTS
- ☐ Affects Case No. 2:24-bk-12075-VZ DANIEL HALEVY
- ☐ Affects Case No. 2:24-bk-12076-VZ SUSAN HALEVY
- ☐ Affects Case No. 2:24-bk-12081-VZ BROADWAY AVENUE INVESTMENTS, LLC
- ☒ Affects Case No. 2:24-bk-12082-VZ SLA INVESTMENTS, LLC
- ☐ Affects Case No. 2:24-bk-12091-VZ NEGEV INVESTMENTS, LLC
- ☐ Affects Case No. 2:24-bk-12079-VZ SEATON INVESTMENTS, LLC ***Now a dismissed case***
- ☐ Affects Case No. 2:24-bk-12080-VZ COLYTON INVESTMENTS, LLC ***Now a dismissed case***

Case No. 2:24-bk-12079-VZ

Jointly Administered with Case Nos.:
2:24-bk-12080-VZ; 2:24-bk-12081-VZ; 2:24-bk-12082-VZ; 2:24-bk-12091-VZ; 2:24-bk-12074-VZ; 2:24-bk-12075-VZ and 2:24-bk-12076-VZ

Chapter 11

**NOTICE OF WITHDRAWAL OF DKT. 767 - NOTICE OF MOTION AND MOTION IN CHAPTER 11 CASE FOR ORDER AUTHORIZING DEBTOR IN POSSESSION TO EMPLOY PROFESSIONAL (OTHER THAN GENERAL BANKRUPTCY COUNSEL) [LBR 2014-1]**

[No Hearing Required Unless Requested]

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

At the instruction of the Court, SLA Investments, LLC ("**Debtor**"), hereby withdraws the *Notice of Motion and Motion in Chapter 11 Case for Order Authorizing Debtor in Possession to Employ Professional (Other than General Bankruptcy Counsel) [LBR 2014-1]* [Dkt. 767] (the "**Motion**") filed on September 10, 2026. The Debtor will re-file the Motion as directed by the Court.

Dated: September 10, 2026

**WEINTRAUB ZOLKIN TALERICO & SELTH LLP**

By *<u>/s/ Derrick Talerico</u>*
Derrick Talerico
Counsel for SLA Investments, LLC,
Debtor and Debtor in Possession