**Alan Gomperts**

**Income and Expense Reconcilaiton**

| | | |
|---|---|---|
| **Income** | | |
| Total income | Line d. of Part 8 | 38,309.95 |
| Payroll deductions | Line e. of Part 8 | (2,303.32) |
| Total Receipts | Line b. of part 1 | **36,006.63** |
| | | |
| Total Deposits in Wells Fargo account ending -3107 | | 81,819.45 |
| Reimbursed Expenses from agron, inc. (Employer) | | (45,812.82) |
| Net Deposits | | **36,006.63** |
| | | |
| **Expenses** | | |
| Total Expenses | Line i. of Part 8 | 33,040.33 |
| Payroll deductions | | 2,303.32 |
| Total disbursements | Line c. of part 1 | **30,737.01** |
| | | |
| Total withdrawals in Wells Fargo account ending -3107 | | 76,549.83 |
| | | |
| agron, inc Expenses | | (45,812.82) |
| Total Agron Expenses | | **(45,812.82)** |
| | | |
| Net Disbursements | | **30,737.01** |