**Alan Gomperts**
**Part 8 Expenses**

| Date | Amount | Payee | Description |
|---|---|---|---|
| 9/1/2026 | (1,675.00) | ZELLE TO JESELSOHN JOEL ON 09/01 REF # WFCT22LQCG2X | Personal Living - College Rent |
| 9/1/2026 | (125.00) | ZELLE TO CIRO HERNANDEZ ON 09/01 REF # WFCT22LQCN6M | Personal Living - Gardener |
| 9/2/2026 | (60.00) | ATM WITHDRAWAL AUTHORIZED ON 09/02 10789 W Pico Blvd Los Angeles CA 0001515 ATM ID 0765E CARD 5456 | Personal Living - Cash Expenses |
| 9/2/2026 | (300.00) | BILL PAY Jun Ho. Choi ON-LINE No Account Number ON 09-02 | Personal Living - Pool Man |
| 9/4/2026 | (160.92) | BILL PAY NORTHWESTERN MUTUAL LIFE INSURAN ON-LINE xxxx4520 ON 09-04 | Personal Living - Life Insurance |
| 9/4/2026 | (6,770.83) | BILL PAY WELLS FARGO Oakhurst ON-LINE 0512091XXX ON 09-04 | Personal Living - Mortgage |
| 9/8/2026 | (1,623.76) | CITI CARD ONLINE PAYMENT 260907 432098293307153 SHARON HALEVY | Personal Living - Credit Card |
| 9/8/2026 | (5,094.68) | CHASE CREDIT CRD EPAY 260904 9615528935 SHARON HALEVY | Personal Living - Credit Card |
| 9/14/2026 | (46.52) | SOCAL GAS PAID SCGC 260911 001291016484 ALAN GOMPERTS | Personal Living - Gas bill |
| 9/17/2026 | (168.16) | BLOOMINGDALES ONLINE PMT 260916 622116614766428 SHARON HALEVY | Personal Living - Clothing |
| 9/22/2026 | (100.00) | Cash eWithdrawal in Branch 09/22/2026 09:02 AM 10789 W PICO BLVD LOS ANGELES CA 5456 | Personal Living - Cash Expenses |
| 9/23/2026 | (2,000.00) | Cash eWithdrawal in Branch 09/23/2026 14:48 PM 9354 WILSHIRE BLVD BEVERLY HILLS CA 0874 | Personal Living - Cash Expenses |
| 9/23/2026 | (154.07) | TARGET CARD SRVC PAYMENT H 414329597 HALEVY,SHARON | Personal Living - Clothing |
| 9/23/2026 | (5,078.03) | AMERICAN EXPRESS ACH PMT 260923 W9140 ALAN GOMPERTS | Personal Living - Credit Card |
| 9/24/2026 | (3.30) | ZELLE TO KAREN ACOCA ON 09/24 REF # WFCT22PDTFC3 | Personal Living - Miscellaneous |
| 9/24/2026 | (451.80) | ATT PAYMENT 092326 830885001EPAYP Alan Gomberts | Personal Living - Telephone |
| 9/25/2026 | (718.66) | BILL PAY WELLS FARGO AUTO ON-LINE xxxxxx6254 ON 09-25 | Personal Living - Auto Loan |

**Living Expenses**
**Line g. of Part 8** **(24,530.73)**

| Date | Amount | Payee | Description |
|---|---|---|---|
| 9/1/2026 | (78.00) | ZELLE TO GABRIEL ADULFO ON 09/01 REF # WFCT22LQCL8M | Gardener Canfield |

| | | | | |
|---|---|---|---|---|
| 9/2/2026 | (75.00) | BILL PAY Nicandro Barba | ON-LINE No Account Number ON 09-02 | Gardener Bagley |
| 9/4/2026 | (4,003.21) | BILL PAY WELLS FARGO Bagley ON-LINE 0512092XXX ON 09-04 | | Mortgage - Bagley |
| 9/4/2026 | (2,050.07) | BILL PAY WELLS FARGO Canfield ON-LINE 0502483XXX ON 09-04 | | Mortgage - Canfield |
| **All Other Expenses** | | | | |
| **Line h. of Part 8** | **(6,206.28)** | **Expenses on Rental Properties** | | |
| | (30,737.01) | | | |