# Wells Fargo Everyday Checking



WELLS FARGO

SUE HALEVY
DEBTOR IN POSSESSION
CH11 CASE #24-12076 (CCA)
257 S LINDEN DR
BEVERLY HILLS CA 90212-3704

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711
**1-800-TO-WELLS** (1-800-869-3557)

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

**Other Wells Fargo Benefits**

**Strengthen Your Security Before Peak Shopping Season**

Fraud increases in the fall and during the busy holiday shopping season. Help protect your account by taking advantage of the security tools already available to you:

**1) Add your card to a digital wallet**(1)
- Pay conveniently and securely both in-store and online.
- Your card number remains private, helping to protect your account and information.

**2) Know how to turn your credit or debit card on or off**(2)
- Misplaced your card? No problem.
- Turning your card off can help stop unauthorized use until you find it again.

**3) Enable two-factor authentication**
- Add a second layer of account protection.
- Help detect and prevent unauthorized access to your accounts if your password is stolen.

The best part? It takes less than 10 minutes to set up. Just sign-on to the Wells Fargo Mobile® app(3) now to add these features.

1. Digital wallets may not be available on all devices.
2. Turning off your card is not a replacement for reporting your card lost or stolen. Contact us immediately if you believe that unauthorized transactions have been made. Turning your card off will not stop card transactions presented as recurring transactions or the posting of refunds, reversals, or credit adjustments to your account. Any digital card numbers linked to the card will also be turned off. For debit cards, turning off your card will not stop transactions using other cards linked to your deposit account. For credit cards, turning off your card will turn off all cards associated with your credit card account.
3. Availability may be affected by your mobile carrier's coverage area. Your mobile carrier's message and data rates may apply.

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 9/1 | $3,856.48 |
| Deposits/Additions | 28,311.28 |
| Withdrawals/Subtractions | - 24,970.18 |
| **Ending balance on 9/30** | **$7,197.58** |

Account number: **4484 (primary account)**

**SUE HALEVY**
**DEBTOR IN POSSESSION**
**CH11 CASE #24-12076 (CCA)**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 121042882

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| *Date* | *Check Number* | *Description* | *Deposits/ Additions* | *Withdrawals/ Subtractions* | *Ending daily balance* |
|---|---|---|---|---|---|
| 9/1 | | Purchase authorized on 08/31 Wholefds Bvh 10022 Beverly Hills CA S586243737546352 Card 5292 | | 23.27 | |
| 9/1 | | Blueshieldca Bill Pay 260831 3871 Sue Halevy | | 199.70 | |
| 9/1 | | Blueshieldca Bill Pay 260831 8011 Sue Halevy | | 650.00 | 2,983.51 |
| 9/2 | | Purchase authorized on 08/31 Elat Kosher Market Los Angeles CA S 47655 Card 5292 | | 17.47 | |
| 9/2 | | Purchase authorized on 08/31 Beverlyhills*Cagen 310-285-2436 CA S 195581 Card 5292 | | 426.00 | |
| 9/2 | | Zelle to Stan on 09/02 Ref # Wfct22Lwxskf Thank You From Daniel and Sue | | 400.00 | 2,140.04 |
| 9/3 | | Mobile Deposit : Ref Number :614030980747 | 1,475.76 | | 3,615.80 |
| 9/8 | | Mobile Deposit : Ref Number :619070852035 | 1,792.52 | | |
| 9/8 | | eDeposit IN Branch 09/08/26 09:15:04 Am 8901 W Pico Blvd Los Angeles CA | 15,000.00 | | |
| 9/8 | | Purchase authorized on 09/03 Trader Joe S #237 Los Angeles CA S 14215 Card 5292 | | 23.83 | |
| 9/8 | | First Foundation Loan Pymt 260903 000000000000000 00000000( 4500 First Foundation Bank | | 6,789.84 | |
| 9/8 | 280 | Check | | 150.00 | 13,444.65 |
| 9/9 | | SSA Treas 310 Xxsoc Sec 090926 xxxxx0735A SSA Sue Halevy | 2,943.00 | | |
| 9/9 | | Zelle to Vig Private Lending on 09/09 Ref # Wfct22Mnv9Kd 341 S Canon | | 14,072.50 | 2,315.15 |
| 9/10 | | Mobile Deposit : Ref Number :113100437621 | 5,500.00 | | |
| 9/10 | | Purchase authorized on 09/09 Dr Richard Corn's Beverly Hills CA S 3029 Card 5292 | | 775.00 | |
| 9/10 | | Purchase authorized on 09/09 Wholefds Bvh 10022 Beverly Hills CA S 2213 Card 5292 | | 13.28 | |
| 9/10 | | Gc<>Honeycomb P Ho-Cxzn4Gm 260910 7Qbp David Halevy | | 423.67 | 6,603.20 |
| 9/11 | | Zelle From Gabriel Chavez on 09/10 Ref # Bacn544R2UT3 | 1,600.00 | | 8,203.20 |
| 9/14 | | Purchase authorized on 09/10 Trader Joe S #237 Los Angeles CA S 09391 Card 5292 | | 48.18 | 8,155.02 |
| 9/16 | | Travelers Per Insur 260915 304 David *Halevy | | 251.29 | 7,903.73 |
| 9/24 | | Purchase authorized on 09/23 Tesla Insurance CO Fremont CA S 4173 Card 5292 | | 593.74 | 7,309.99 |
| 9/28 | | California Fair Debitpmt 260925 2582 Daniel Halevy | | 112.41 | 7,197.58 |
| **Totals** | | | **$28,311.28** | **$24,970.18** | |

WELLS FARGO

## *Transaction History (continued)*

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

**Summary of checks written** *(checks listed are also displayed in the preceding Transaction history)*

| *Number* | *Date* | *Amount* |
|---|---|---|
| 280 | 9/8 | 150.00 |

**Summary of Overdraft Fees**

| | *Total this statement period* | *Total year-to-date* |
|---|---|---|
| Total Overdraft Fees | $0.00 | $105.00 |

*Year-to-date totals reflect fees assessed or reversed since the first full statement period of the calendar year. Negative values indicate that fee reversals exceed fees assessed.*

**Monthly service fee summary**

For complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period: 08/01/2026 - 08/31/2026 | Standard monthly service fee $15.00 | You paid $0.00 |
|---|---|---|

The fee is waived for this period because you met the following waiver: Qualifying electronic deposits totaling $500.00 or more

Your monthly service fee can be avoided with any one of the following each fee period:

- A qualifying monthly non-civilian military direct deposit with the Wells Fargo Worldwide Military Banking Program
- Primary account owner is 17-24 years old
- Qualifying electronic deposits totaling $500.00 or more
- Maintain a minimum daily balance of $1500.00
- $5,000 or more in qualifying deposit balances, investment balances or both

TIP

**Report check fraud right away.** Fraudsters target the mail looking for checks they can alter and use. They may keep the amount the same, so **it's important to review the check image as soon as it clears.** Contact us to request check images or view them online. If you mail checks, make sure the person you sent it to receives it.

# IMPORTANT ACCOUNT INFORMATION

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

**Other Wells Fargo Benefits**

**Help take control of your finances with a Wells Fargo personal loan.**
Whether it's managing debt, making a large purchase, improving your home, or paying for unexpected expenses, a personal loan may be able to help. See personalized rates and payments in minutes with no impact to your credit score.
**Get started at wellsfargo.com/personalloan.**

**Other Wells Fargo Benefits**

**Wells Fargo is serious about security.**
Keeping your accounts and information secure is our priority. We use sophisticated tools to help safeguard your money - 24/7 fraud monitoring, data encryption, secure technology, and protection against suspicious activity. Visit our Security Center at **wellsfargo.com/security** to learn more.

## Important Information You Should Know

- **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts**

  Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- **If your account has a negative balance:**

  Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- **In case of errors or questions about your electronic transfers:**

  Telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

  1. Tell us your name and account number (if any).
  2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
  3. Tell us the dollar amount of the suspected error.

  We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

- **In case of errors or questions about other transactions (that are not electronic transfers):**

  Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

WELLS FARGO

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.
2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.
3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

### ENTER

**A.** The ending balance
shown on your statement. . . . . . . . . . . . . . . . . $________

### ADD

**B.** Any deposits listed in your $________
register or transfers into $________
your account which are not $________
shown on your statement. + $________
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $________

### CALCULATE THE SUBTOTAL

(Add Parts A and B)
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $________

### SUBTRACT

**C.** The total outstanding checks and
withdrawals from the chart above. . . . . . . . . - $________

### CALCULATE THE ENDING BALANCE

(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register. . . . . . . . . . . . . . . . . . . . . . $________

| Number | Items outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | **Total $** | |

**To download and print additional Account Balance Calculation Worksheets (PDF), enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.**

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

EQUAL HOUSING LENDER