Derrick Talerico (State Bar No. 223763)
dtalerico@wztslaw.com
Paige T. Rolfe (State Bar No. 331096)
prolfe@wztslaw.com
WEINTRAUB ZOLKIN
TALERICO & SELTH LLP
11766 Wilshire Boulevard, Suite 730
Los Angeles, CA 90025
Telephone: (424) 500-8552

Counsel to Debtors Broadway Avenue Investments, LLC, SLA Investments, LLC, and Negev Investments, LLC

FILED & ENTERED

OCT 09 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY johnson DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

In re:

SEATON INVESTMENTS, LLC, *et al.*,

Debtors and Debtors in Possession.

☐ Affects All Debtors.
☐ Affects Seaton Investments, LLC (*Dismissed*)
☐ Affects Colyton Investments, LLC (*Dismissed*)
☒ Affects Broadway Avenue Investments, LLC
☐ Affects SLA Investments, LLC
☐ Affects Negev Investments, LLC
☐ Affects Alan Gomperts
☐ Affects Daniel Halevy
☐ Affects Susan Halevy

Lead Case No. 2:24-bk-12079-VZ

Jointly Administered with Case Nos.: 2:24-bk-12080-VZ; 2:24-bk-12081-VZ; 2:24-bk-12082-VZ; 2:24-bk-12091-VZ; 2:24-bk-12074-VZ; 2:24-bk-12075-VZ and 2:24-bk-12076-VZ

Chapter 11

**ORDER GRANTING MOTION TO MODIFY ORDER GRANTING MOTION FOR ORDER APPROVING BIDDING PROCEDURES FOR THE SALE OF REAL PROPERTY AND RELATED RELIEF**

Motion Hearing:
Date: September 29, 2026
Time: 11:00 a.m.
Courtroom: 1368

Sale Hearing:
Date: October 20, 2026
Time: 11:00 a.m.
Courtroom: 1368
255 E. Temple Street
Los Angeles, CA 90012

On September 29, 2026, the Court held a hearing on the *Motion to Modify Order Granting Motion for Order Approving Bidding Procedures for the Sale of Real Property and Related Relief* (Dkt. 761, the "**Motion**") filed by Debtors Broadway Avenue Investments, LLC ("**Debtors**") to approve procedures for the marketing of the real property located at 737 S. Broadway, Los Angeles, CA, 90014 (the "**Property**") and for potential purchasers to submit offers to purchase the Property. Appearances were as noted on the record.

Capitalized terms not defined in the Order shall have the definitions ascribed to the in the Motion.

Having considered the Motion and heard argument at the hearing, and good cause appearing,

**IT IS ORDERED:**

1. The Motion is granted;
2. The Bid Deadline is extended to September 17, 2026. By the Bid Deadline, prospective bidders shall have satisfied the requirements to be deemed a Qualified Bidder and submit a Minimum Competing Offer to Purchase the Property (a "**Qualified Bid**");
3. If the Debtor has received a Qualified Bid by the Bid Deadline, an auction will be held September 18, 2026 (the "**Auction**") in which each Qualified Bidder may participate;
4. Movants shall file a declaration with the Court submitting the Successful Bid, Successful Bidder, Back-Up Bid, and Back-Up Bidder (as applicable) for Court approval by September 22, 2026.
5. A hearing to approve a sale of the Property to the Successful Bidder or the Back-Up Bidder (a "**Sale**") shall be held on October 20, 2026 at 11:00 a.m.;
6. Any opposition to the Sale (an "**Opposition**") must be filed and served no later than October 13, 2026 at 12:00 p.m. noon.

//

7. Debtor may file a reply to any Opposition no later than October 15, 2026 at 12:00 p.m.

###

Date: October 9, 2026

Vincent P. Zurzolo
United States Bankruptcy Judge