Derrick Talerico (State Bar No. 223763)
dtalerico@wztslaw.com
Paige T. Rolfe (State Bar No. 331096)
prolfe@wztslaw.com
WEINTRAUB ZOLKIN
TALERICO & SELTH LLP
11766 Wilshire Boulevard, Suite 730
Los Angeles, CA 90025
Telephone: (424) 500-8552

Counsel to Debtors Broadway Avenue Investments, LLC, SLA Investments, LLC, and Negev Investments, LLC

FILED & ENTERED

OCT 09 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY johnson DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

In re:

SEATON INVESTMENTS, LLC, *et al.*,

Debtors and Debtors in Possession.

☐ Affects All Debtors.
☐ Affects Seaton Investments, LLC (*Dismissed*)
☐ Affects Colyton Investments, LLC (*Dismissed*)
☒ Affects Broadway Avenue Investments, LLC
☒ Affects SLA Investments, LLC
☒ Affects Negev Investments, LLC
☒ Affects Alan Gomperts
☒ Affects Daniel Halevy
☒ Affects Susan Halevy

Lead Case No. 2:24-bk-12079-VZ

Jointly Administered with Case Nos.:
2:24-bk-12080-VZ; 2:24-bk-12081-VZ; 2:24-bk-12082-VZ; 2:24-bk-12091-VZ; 2:24-bk-12074-VZ; 2:24-bk-12075-VZ and 2:24-bk-12076-VZ

Chapter 11

**ORDER GRANTING MOTION TO FURTHER MODIFY VARIOUS ORDERS[1] TO DISMISS THE DEBTORS' CASES**

<u>Hearing</u>:
Date: September 29, 2026
Time: 11:00 a.m.
Courtroom: 1368
255 E. Temple Street
Los Angeles, CA 90012

[1] The Dismissal Orders ("**Dismissal Orders**") are found at the following docket entries for each of the Debtors: Broadway – Dkt. 30; SLA – Dkt. 30; Negev – Dkt. 34; Alan – Dkt. 54; Daniel – Dkt. 53; Susan – Dkt. 51.

On September 29, 2026, the Court held a hearing on the *Motion to Further Modify Various Orders to Dismiss the Debtors' Cases* (Dkt. No. 762, the "**Motion**") filed by Debtors Broadway Avenue Investments, LLC, SLA Investments, LLC, and Negev Investments, LLC ("**Movants**"). Appearances were as noted on the record. Having considered the Motion and heard argument at the hearing, and good cause appearing,

**IT IS ORDERED:**

1. The Motion is granted.
2. Unless otherwise ordered by this Court, the Dismissal Orders and the *Order Granting Motion to Modify Various Orders to Dismiss the Debtors' Cases* (Dkt. No. 712, the "**Extension Order**") are modified such that the Movants' bankruptcy cases shall be dismissed effective March 9, 2027.

###

Date: October 9, 2026

Vincent P. Zurzolo
United States Bankruptcy Judge