Michael Gerard Fletcher (State Bar No. 070849)
mfletcher@frandzel.com
Gerrick M. Warrington (State Bar No. 294890)
gwarrington@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Blvd., 19th Floor
Los Angeles, CA 90017
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for Secured Creditor Archway
Broadway Loan SPE, LLC

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>SEATON INVESTMENTS, LLC, et al.,<br><br>Debtor and Debtors-in-Possession.<br><br>Affects:<br><br>☐ All Debtors<br>☐ Seaton Investments, LLC<br>☐ Colyton Investments, LLC<br>☒ Broadway Avenue Investments, LLC<br>☒ SLA Investments, LLC<br>☒ Negev Investments, LLC<br>☒ Alan Gomperts<br>☒ Daniel Halevy<br>☒ Susan Halevy | CASE No. 2:24-bk-12079-VZ<br><br>Chapter 11<br><br>Jointly Administered with Case Nos.: 2:24-bk-12080-VZ; 2:24-bk-12081-VZ; 2:24-bk-12082-VZ; 2:24-bk-12091-VZ; 2:24-bk-12074-VZ; 2:24-bk-12075-VZ; and 2:24-bk-12076-VZ<br><br>**STATEMENT AND LIMITED OPPOSITION OF SECURED CREDITOR ARCHWAY BROADWAY LOAN SPE, LLC, RE BROADWAY REAL PROPERTY SALE**<br><br>Date: October 20, 2026<br>Time: 11:00 a.m.<br>Crtrm: 1368 |

The Debtors selected in the caption (collectively, "Debtors") have now moved to have the Court approve their proposed sale of and the successful bid for the Broadway bankruptcy estate's principal asset ("Sale"): the real property commonly known as 737 S. Broadway, Los Angeles, California ("Broadway Property") (*See Debtors' Motion to Approve Bidding Procedures for the Sale of 737 S. Broadway, Los Angeles, CA*) [Dkt. 690] and their *Notice of Successful Bid* [Dkt.

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, 19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
(323) 852-1000

778].[1]

This is the statement and limited opposition regarding that Sale presented by the principal secured creditor in these administratively consolidated bankruptcies, Archway Broadway Loan SPE, LLC, successor to Archway Real Estate Income Fund I REIT, LLC, formerly known as Archway Real Estate Income Fund I SPE I, LLC, and its affiliates (collectively, "Archway").

Archway entered into a Settlement Agreement with the Debtors. After the Debtors noticed their Rule 9019 Motion to approve the compromise evidenced by the Settlement Agreement [Dkt. 666], the parties gave notice of the First Amendment to the Settlement Agreement [Dkt. 734]. The Court then granted the compromise motion and entered its order approving the Settlement Agreement as amended (as modified or amended, "Settlement Agreement") [Dkt. 760].

Archway does not oppose the Sale of the Broadway Property. With a major caveat.

Nothing concerning the proposed Sale, including but not limited, its approval by this Court, or its delay, modification, or failure to close, shall impair in any way any of Archway's rights or remedies under the Settlement Agreement. Irrespective of whether, when, or on what terms the proposed Sale closes, all obligations that the Debtors have to Archway under the Settlement Agreement shall remain in full force and effect, including without limitation all payment targets, amounts, and deadlines, and especially the Debtors' obligations to pay the Floor Amount to Archway by the March 1, 2027, Drop Dead Date, and Archway's rights, if the Floor Amount payment is not timely received, to proceed with foreclosure against the collateral --- including without limitation the Broadway Property as a Tier 1 foreclosure --- in accordance with the Settlement Agreement's tiered foreclosure terms in Section 22, as amended.[2]

**WHEREFORE**, Archway respectfully requests that the Court enter an order consistent

---

[1] The hearing on the approval of the sale of the Broadway Property is scheduled for October 20, 2026, per the Notice of Successful Bid [Dkt. 778]. And per that Notice, the deadline to respond to the Debtors' proposed sale of the Broadway Property is October 13, 2026. *See* Dkt. 778 at 2:18–19. (*See Also Order Granting Motion to Approve Bidding Procedures for the Sale of Real Property and Related Relief* [Dkt. 703]).

[2] Unless otherwise defined, defined terms have the same meaning as in the Settlement Agreement.

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, 19TH FLOOR
LOS ANGELES, CALIFORNIA 90017
(323) 852-1000

with the foregoing as to the Sale, conditioned upon protecting Archway's rights and remedies under the Settlement Agreement as amended.

DATED: October 13, 2026

Respectfully submitted,

FRANDZEL ROBINS BLOOM & CSATO, L.C.

By: /s/ Michael Gerard Fletcher
MICHAEL GERARD FLETCHER
Attorneys for Archway Broadway Loan SPE, LLC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1000 Wilshire Boulevard, Nineteenth Floor, Los Angeles, CA 90017-2427.

A true and correct copy of the foregoing document entitled (*specify*): **STATEMENT OF SECURED CREDITOR ARCHWAY BROADWAY LOAN SPE, LLC RE BROADWAY REAL PROPERTY SALE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) October 13, 2026 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) ________________, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ________________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 13, 2026 | Sandra Young King | /s/ Sandra Young King |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**ADDITIONAL SERVICE INFORMATION (if needed):**

## 1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

Scott R Albrecht on behalf of Creditor First Foundation Bank
salbrecht@gsaattorneys.com, jackie.nguyen@sgsattorneys.com

Tanya Behnam on behalf of Creditor Korth Direct Mortgage Inc.
tbehnam@polsinelli.com, tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com

Jacquelyn H Choi on behalf of Creditor LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR
jacquelyn.Choi@rimonlaw.com, docketingsupport@rimonlaw.com

Carol Chow on behalf of Debtor Alan Gomperts
Carol.Chow@saul.com,
hannah.richmond@saul.com;easter.santamaria@saul.com;carol.chow@ecf.courtdrive.com;litigationdocketing@saul.com

Carol Chow on behalf of Debtor Daniel Halevy
Carol.Chow@saul.com,
hannah.richmond@saul.com;easter.santamaria@saul.com;carol.chow@ecf.courtdrive.com;litigationdocketing@saul.com

Carol Chow on behalf of Debtor Susan Halevy
Carol.Chow@saul.com,
hannah.richmond@saul.com;easter.santamaria@saul.com;carol.chow@ecf.courtdrive.com;litigationdocketing@saul.com

Robert F Conte on behalf of Creditor United States of America on behalf of Internal Revenue Service
robert.conte@usdoj.gov, caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov

Ryan Coy on behalf of Defendant Daniel Halevy
ryan.coy@blankrome.com, courtmail@blankrome.com

Ryan Coy on behalf of Defendant Susan Halevy
ryan.coy@blankrome.com, courtmail@blankrome.com

Ryan Coy on behalf of Interested Party Courtesy NEF
ryan.coy@blankrome.com, courtmail@blankrome.com

Ryan Coy on behalf of Interested Party Alan Gomperts
ryan.coy@blankrome.com, courtmail@blankrome.com

Ryan Coy on behalf of Interested Party Daniel Halevy
ryan.coy@blankrome.com, courtmail@blankrome.com

Ryan Coy on behalf of Interested Party Susan Halevy
ryan.coy@blankrome.com, courtmail@blankrome.com

Christopher Cramer on behalf of Interested Party Courtesy NEF
secured@becket-lee.com

Christopher Crowell on behalf of Creditor Harvest Small Business Finance, LLC
ccrowell@hrhlaw.com

Bryant S Delgadillo on behalf of Creditor JPMorgan Chase Bank, N.A.
bryant.delgadillo@piblaw.com, rhonda.viers@piblaw.com

Turner Falk on behalf of Debtor Alan Gomperts
turner.falk@saul.com, tnfalk@recap.email

Turner Falk on behalf of Debtor Daniel Halevy
turner.falk@saul.com, tnfalk@recap.email

Turner Falk on behalf of Debtor Susan Halevy
turner.falk@saul.com, tnfalk@recap.email

Turner Falk on behalf of Interested Party Daniel Halevy
turner.falk@saul.com, tnfalk@recap.email

Turner Falk on behalf of Interested Party Susan Halevy
turner.falk@saul.com, tnfalk@recap.email

Michael G Fletcher on behalf of Creditor Archway Broadway Loan SPE, LLC, fka Archway Real Estate Income Fund I REIT, LLC
mfletcher@frandzel.com, sking@frandzel.com,autodocket@frandzel.com

Michael G Fletcher on behalf of Creditor Archway Real Estate Income Fund I SPE I, LLC
mfletcher@frandzel.com, sking@frandzel.com,autodocket@frandzel.com

Michael G Fletcher on behalf of Creditor Archway real estate income fund
mfletcher@frandzel.com, sking@frandzel.com,autodocket@frandzel.com

Michael G Fletcher on behalf of Plaintiff Archway Broadway Loan SPE, LLC, a Delaware limited liability company
mfletcher@frandzel.com, sking@frandzel.com,autodocket@frandzel.com

Todd S. Garan on behalf of Creditor Metropolitan Life Insurance Company
ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

Todd S. Garan on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing
ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

Todd S. Garan on behalf of Creditor US Bank trust national Assocition, not in its individual capacity, bot solely as owner trustee for GS Mortgage-Backed Securities Trust 2020-NQM1
ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

Todd S. Garan on behalf of Creditor WELLS FARGO BANK, N.A.
ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

Todd S. Garan on behalf of Creditor Wells Fargo Bank, N.A.
ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

Todd S. Garan on behalf of Creditor Wells Fargo National Bank West
ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

Todd S. Garan on behalf of Interested Party Courtesy NEF
ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

Richard Girgado on behalf of Creditor LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR
rgirgado@counsel.lacounty.gov

Jacqueline L James on behalf of Creditor Harvest Small Business Finance, LLC
jjames@buchalter.com, gvidales@buchalter.com;docket@buchalter.com;pjolley@buchalter.com

Jacqueline L James on behalf of Interested Party Harvest Small Business Finance, LLC
jjames@buchalter.com, gvidales@buchalter.com;docket@buchalter.com;pjolley@buchalter.com

Kelly L Morrison on behalf of U.S. Trustee United States Trustee (LA)

kelly.l.morrison@usdoj.gov

Avi Edward Muhtar on behalf of Interested Party Avi Muhtar
amuhtar@crownandstonelaw.com

Avi Edward Muhtar on behalf of Interested Party Haskell & Nurit Muhtar
amuhtar@crownandstonelaw.com

Bruce D Poltrock on behalf of Creditor Archway Broadway Loan SPE, LLC, fka Archway Real Estate Income Fund I REIT, LLC
bpoltrock@frandzel.com, sking@frandzel.com,autodocket@frandzel.com

Bruce D Poltrock on behalf of Creditor Archway Real Estate Income Fund I SPE I, LLC
bpoltrock@frandzel.com, sking@frandzel.com,autodocket@frandzel.com

Paige Selina Poupart on behalf of Creditor Archway Broadway Loan SPE, LLC, fka Archway Real Estate Income Fund I REIT, LLC
Ppoupart@smsm.com, achase@frandzel.com

Paige Selina Poupart on behalf of Creditor Archway Real Estate Income Fund I SPE I, LLC
Ppoupart@smsm.com, achase@frandzel.com

Paige Selina Poupart on behalf of Plaintiff Archway Broadway Loan SPE, LLC, a Delaware limited liability company
Ppoupart@smsm.com, achase@frandzel.com

Paige T Rolfe on behalf of Interested Party Broadway Avenue Investments, LLC
prolfe@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

Paige T Rolfe on behalf of Interested Party Negev Investments, LLC
prolfe@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

Paige T Rolfe on behalf of Interested Party SLA Investments, LLC
prolfe@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

Zev Shechtman on behalf of Debtor Alan Gomperts
Zev.Shechtman@saul.com,
Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bri
biesca@saul.com

Zev Shechtman on behalf of Debtor Daniel Halevy
Zev.Shechtman@saul.com,
Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bri
biesca@saul.com

Zev Shechtman on behalf of Debtor Susan Halevy
Zev.Shechtman@saul.com,
Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bri
biesca@saul.com

Zev Shechtman on behalf of Defendant Daniel Halevy
Zev.Shechtman@saul.com,
Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bri
biesca@saul.com

Zev Shechtman on behalf of Defendant Susan Halevy
Zev.Shechtman@saul.com,
Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bri
biesca@saul.com

Zev Shechtman on behalf of Interested Party Courtesy NEF
Zev.Shechtman@saul.com,
Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com

Zev Shechtman on behalf of Interested Party Alan Gomperts
Zev.Shechtman@saul.com,
Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com

Zev Shechtman on behalf of Interested Party Daniel Halevy
Zev.Shechtman@saul.com,
Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com

Zev Shechtman on behalf of Interested Party Susan Halevy
Zev.Shechtman@saul.com,
Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com

David B Shemano on behalf of Creditor AIRE Ancient Baths Los Angeles, LLC
dshemano@shemanolaw.com

Jessica M. Simon on behalf of Creditor Harvest Small Business Finance, LLC
jsimon@hrhlaw.com, mgranzow@hrhlaw.com

Derrick Talerico on behalf of Debtor Broadway Avenue Investments, LLC
dtalerico@wztslaw.com, maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico on behalf of Debtor Colyton Investments, LLC
dtalerico@wztslaw.com, maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico on behalf of Debtor Negev Investments, LLC
dtalerico@wztslaw.com, maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico on behalf of Debtor SLA Investments, LLC
dtalerico@wztslaw.com, maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico on behalf of Debtor Seaton Investments, LLC
dtalerico@wztslaw.com, maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico on behalf of Interested Party Broadway Avenue Investments, LLC
dtalerico@wztslaw.com, maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico on behalf of Interested Party Negev Investments, LLC
dtalerico@wztslaw.com, maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico on behalf of Interested Party SLA Investments, LLC
dtalerico@wztslaw.com, maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico on behalf of Interested Party Daniel Halevy
dtalerico@wztslaw.com, maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico on behalf of Interested Party Susan Halevy
dtalerico@wztslaw.com, maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

United States Trustee (LA)

ustpregion16.la.ecf@usdoj.gov

Garrick Vanderfin on behalf of Creditor Korth Direct Mortgage Inc.
gvanderfin@polsinelli.com, zyoung@Polsinelli.com;ladocketing@polsinelli.com

Gerrick Warrington on behalf of Creditor Archway Broadway Loan SPE, LLC
gwarrington@frandzel.com, achase@frandzel.com,autodocket@frandzel.com

Gerrick Warrington on behalf of Creditor Archway Broadway Loan SPE, LLC, fka Archway Real Estate Income Fund I REIT, LLC
gwarrington@frandzel.com, achase@frandzel.com,autodocket@frandzel.com

Gerrick Warrington on behalf of Creditor Archway Real Estate Income Fund I SPE I, LLC
gwarrington@frandzel.com, achase@frandzel.com,autodocket@frandzel.com

Gerrick Warrington on behalf of Creditor Archway real estate income fund
gwarrington@frandzel.com, achase@frandzel.com,autodocket@frandzel.com

Gerrick Warrington on behalf of Plaintiff Archway Broadway Loan SPE, LLC, a Delaware limited liability company
gwarrington@frandzel.com, achase@frandzel.com,autodocket@frandzel.com

Steven Werth on behalf of Interested Party Alan Gomperts
steven.werth@saul.com, swerth@ecf.courtdrive.com;hannah.richmond@saul.com;litigationdocketing@saul.com

Steven Werth on behalf of Interested Party Daniel Halevy
steven.werth@saul.com, swerth@ecf.courtdrive.com;hannah.richmond@saul.com;litigationdocketing@saul.com

Steven Werth on behalf of Interested Party Susan Halevy
steven.werth@saul.com, swerth@ecf.courtdrive.com;hannah.richmond@saul.com;litigationdocketing@saul.com

Samantha White on behalf of Creditor Wells Fargo Bank N.A., d/b/a Wells Fargo Auto
samantha.white@wellsfargo.com

Jennifer C Wong on behalf of Creditor Wells Fargo Bank, N.A.
bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

Jennifer C Wong on behalf of Interested Party Courtesy NEF
bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com