ZEV SHECHTMAN (BAR NO. 266280)
Zev.Shechtman@saul.com
SAUL EWING LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: (310) 255-6100
Facsimile: (310) 255-6200

Attorneys for Alan Gomperts, Daniel Halevy,
Susan Halevy, Debtors and Debtors in Possession

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION**

In re: SEATON INVESTMENTS, LLC, et al.,
***Now a dismissed case***

Debtors and Debtors In Possession.

☐ Affects All Debtors.

☐ Affects Case No.: 2:24-12080-VZ
Colyton Investments, LLC -***Now a dismissed case***

☒ Affects Case No.: 2:24-12081-VZ
Broadway Avenue Investments, LLC

☒ Affects 2:24-12082-VZ
SLA Investments, LLC

☒ Affects 2:24-12091-VZ
Negev Investments, LLC

☒ Affects Case No.: 2:24-12074-VZ
Alan Gomperts

☒ Affects Case No.: 2:24-12075-VZ
Daniel Halevy

☒ Affects Case No.: 2:24-12076-VZ
Susan Halevy

Lead Case No. 2:24-bk-12079-VZ

Jointly Administered with Case Nos.:
2:24-bk-12080-VZ; 2:24-bk-12081-VZ;
2:24-bk-12082-VZ; 2:24-bk-12091-VZ;
2:24-bk-12074-VZ; 2:24-bk-12075-VZ and
2:24-bk-12076-VZ

Chapter 11

**NOTICE OF HEARING ON INTERIM FEE APPLICATIONS FOR APPROVAL OF FEES AND REIMBURSEMENT OF EXPENSES BY PROFESSIONALS**

Hearing:

Date: November 5, 2026
Time: 11:00 a.m.
Courtroom: 1368
Location: 255 East Temple Street
Los Angeles, California 90012

**NOTICE IS HEREBY GIVEN** that on November 5, 2026, at 11:00 a.m., in Courtroom 1368 of the United States Bankruptcy Court, located at 255 East Temple Street, Los Angeles,

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

California 90012, a hearing will be held on the interim applications for compensation and reimbursement of expenses (collectively the "Applications") for the following professionals in the following amounts:

1. Saul Ewing LLP ("SE") as general counsel for Individual Debtors (as defined in the Application), 1888 Century Park East, Suite 1500, Los Angeles, California 90067, Attn: Zev Shechtman [August 1, 2025 to September 30, 2026]:

Fees: $62,013.00

Costs: $632.74

2. Weintraub Zolkin Talerico & Selth LLP ("Weintraub"), as general counsel for Debtor Broadway Avenue Investments, LLC, 11766 Wilshire Blvd., Suite 730, Los Angeles, CA 90025 Attn: Derrick Talerico [August 1, 2025 to September 30, 2026]:

Fees: $259,471.00

Costs: $2,431.62

3. Weintraub Zolkin Talerico & Selth LLP ("Weintraub"), as general counsel for Debtor SLA Investments, LLC, 11766 Wilshire Blvd., Suite 730, Los Angeles, CA 90025 Attn: Derrick Talerico [August 1, 2025 to September 30, 2026]:

Fees: $28,099.00

Costs: $248.00

4. Weintraub Zolkin Talerico & Selth LLP ("Weintraub"), as general counsel for Debtor Negev Investments, LLC, 11766 Wilshire Blvd., Suite 730, Los Angeles, CA 90025 Attn: Derrick Talerico [August 1, 2025 to September 30, 2026]:

Fees: $4,991.50

Costs: $0

Copies of the applications may be viewed at the office of the Clerk of the Court at the address indicated above, or you may contact the Individual Debtors' counsel named in the upper left-hand corner of this notice.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Local Bankruptcy Rule 9013-1, any opposition to the applications must be in writing in the format required by Local

Bankruptcy Rules, filed with the Clerk of the Court and served upon the affected applicant, counsel for the Individual Debtors at the address in the upper left corner of the face of this notice, and upon the United States Trustee, 915 Wilshire Blvd., Suite 1850, Los Angeles, California 90017, not less than fourteen (14) days before the hearing. Failure to comply with this procedure may be deemed consent to the granting of the relief requested.

DATED: October 15, 2026

SAUL EWING LLP

By: ______________________________
ZEV SHECHTMAN
Attorneys for Alan Gomperts, Daniel Halevy, Susan Halevy, Debtors and Debtors in Possession

SAUL EWING LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
(310) 255-6100

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**Saul Ewing LLP, 1888 Century Park East, Suite 1500, Los Angeles, CA 90067**

A true and correct copy of the foregoing document entitled (*specify*): **Notice of Hearing on Interim Fee Applications For Approval of Fees And Reimbursement of Expenses by Professionals** served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.** **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **October 15, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.** **SERVED BY UNITED STATES MAIL**:
On (*date*) **October 15, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Debtor**
Negev Investments LLC
Attn Susan Halevy Manager
257 S Linden Dr
Los Angeles, CA 90212-3704

**Debtor**
Alan Gomperts
264 S Oakhurst Dr
Beverly Hills, CA 90212

**Debtor**
Daniel Halevy
257 S Linden Dr
Los Angeles, CA 90212

**Debtor**
Sue Halevy
257 S Linden Dr
Beverly Hills, CA 90212

**Debtor**
Broadway Avenue Investments LLC
Attn: Alan D Gomperts Manager
264 S Oakhurst Dr
Beverly Hills, CA 90212

**Debtor**
SLA Investments LLC
Attn Alan D Gomperts Manager
264 S Oakhurst Dr
Beverly Hills, CA 90212

☒ Service information continued on attached page

**3.** **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) __________ I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| October 15, 2026 | Hannah Richmond | /s/ Hannah Richmond |
| *Date* | *Printed Name* | *Signature* |

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **Scott R Albrecht** salbrecht@gsaattorneys.com, jackie.nguyen@sgsattorneys.com
- **Tanya Behnam** tbehnam@polsinelli.com, tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com
- **Jacquelyn H Choi** jacquelyn.Choi@rimonlaw.com, docketingsupport@rimonlaw.com
- **Carol Chow** Carol.Chow@saul.com, hannah.richmond@saul.com;easter.santamaria@saul.com;carol.chow@ecf.courtdrive.com;litigationdocketing@saul.com
- **Robert F Conte** robert.conte@usdoj.gov, caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov
- **Ryan Coy** ryan.coy@blankrome.com, courtmail@blankrome.com
- **Christopher Cramer** secured@becket-lee.com
- **Christopher Crowell** ccrowell@hrhlaw.com
- **Bryant S Delgadillo** bryant.delgadillo@piblaw.com, rhonda.viers@piblaw.com
- **Turner Falk** turner.falk@saul.com, tnfalk@recap.email
- **Michael G Fletcher** mfletcher@frandzel.com, sking@frandzel.com,autodocket@frandzel.com
- **Todd S. Garan** ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com
- **Richard Girgado** rgirgado@counsel.lacounty.gov
- **Jacqueline L James** jjames@buchalter.com, gvidales@buchalter.com;docket@buchalter.com;pjolley@buchalter.com
- **Kelly L Morrison** kelly.l.morrison@usdoj.gov
- **Avi Edward Muhtar** amuhtar@crownandstonelaw.com
- **Bruce D Poltrock** bpoltrock@frandzel.com, sking@frandzel.com,autodocket@frandzel.com
- **Paige Selina Poupart** Ppoupart@smsm.com, achase@frandzel.com
- **Paige T Rolfe** prolfe@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com
- **Zev Shechtman** Zev.Shechtman@saul.com, Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com
- **David B Shemano** dshemano@shemanolaw.com
- **Jessica M. Simon** jsimon@hrhlaw.com, mgranzow@hrhlaw.com
- **Derrick Talerico** dtalerico@wztslaw.com, maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com
- **United States Trustee (LA)** ustpregion16.la.ecf@usdoj.gov
- **Garrick Vanderfin** gvanderfin@polsinelli.com, zyoung@Polsinelli.com;ladocketing@polsinelli.com
- **Gerrick Warrington** gwarrington@frandzel.com, achase@frandzel.com,autodocket@frandzel.com
- **Steven Werth** steven.werth@saul.com, swerth@ecf.courtdrive.com;hannah.richmond@saul.com;litigationdocketing@saul.com
- **Samantha White** samantha.white@wellsfargo.com
- **Jennifer C Wong** bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

2. **SERVED BY UNITED STATES MAIL**:

Los Angeles County Treasurer/Tax Collector
Attn Bankruptcy Unit
PO Box 54110
Los Angeles Ca 90054-0110

US Small Business Administration
14925 Kingsport Rd
Fort Worth, TX 76155-2243

US Small Business Administration
409 3rd St SW
Washington, DC 20416-0005

U S Small Business Administration
312 N Spring St 5th Floor
Los Angeles Ca 90012-2678

CA Dept of Tax and Fee Admin
Account Info Group MIC29
PO Box 942879
Sacramento, CA 94279-0029

Employment Development Dept
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001

Franchise Tax Board
Bankruptcy Section MS A-340
PO Box 2952
Sacramento, CA 95812-2952

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

802 Mateo Street LLC
Attn Daniel Halevy
802 Mateo St
Los Angeles, CA 90021-1712

Alta Fire Pro
PO Box 7007
Mission Hills, CA 91346-7007

Balboa Capital Corporation
575 Anton Blvd 12th Floor
Costa Mesa Ca 92626-7685

California Refrigeration & Supply
1926 Glendon Ave Apt 4
Los Angeles, CA 90025-4661

Deborah Feldman Esq
12466 Marsh Pointe Rd
Sarasota, FL 34238-2115

~~Deborah Feldman Esq~~
~~24611 Mulholland Hwy~~
~~Calabasas, CA 91302-2325~~
**RETURNED**

Los Angeles Dept of Water and Power
PO Box 30808
Los Angeles, CA 90030-0808

Mark Berkowitz CPA
5850 Canoga Ave, Suite 220
Woodland Hills, CA 91367-6505

Mordechai Miky Acoca
1926 Glendon Ave #4
Los Angeles, CA 90025-4661

RG Fire Inc
8721 Laurel Canyon Blvd
Sun Valley, CA 91352-2919

Sienna Rose Inc
433 Colyton St
Los Angeles, CA 90013-2210

Simply Electrical
14101 S Budlong Ave
Gardena, CA 90247-2231

Southern California Edison Company
2244 Walnut Grove Avenue
Rosemead, CA 91770

Southern California Gas
Centralized Correspondence
PO Box 1626
Monterey Park, CA 91754-8626

~~Urban Lime~~
~~915 Mateo St~~
~~Los Angeles, CA 90021-1784~~
**RETURNED**

American Express
PO Box 001
Los Angeles, CA 90096-0001

Silver Jeans
Attn Robert Silver
433 Colyton St Stes 201-203
Los Angeles, CA 90013-2210

Riverside County Tax Collector
PO Box 12005
Riverside, CA 92502-2205

Seapiper Inn Inc
264 S Oakhurst Dr
Beverly Hills, CA 90212-3504

Joshua Mogin Esq
Thompson Coburn LLP
10100 Santa Monica Blvd Ste 500
Los Angeles, CA 90067-4121

American Express
PO Box 981535
El Paso, TX 79998-1535

Athas Capital Group Inc
3990 Westerly Place Ste 240
Newport Beach, CA 92660

Jose Benssouson
2220 Bagley Ave
Los Angeles, CA 90034

Brian Boyken
133 S Palm Dr #1
Beverly Hills, CA 90212

Drexter Castillo
133 S Palm Dr #2
Beverly Hills, CA 90212

Gabrielle Chavez
133 S Palm Dr #4
Beverly Hills, CA 90212

First Foundation Bank
18101 Von Karman Ave Ste 750
Irvine, CA 92612
Attn Erica Dorsett Chief Legal Counsel

Gomperts & Halevy Family Trust
264 S Oakhurst Dr
Beverly Hills, CA 90212

Nathan Halevy
133 S Palm Dr #5
Beverly Hills, CA 90212

Halevy Family Trust
257 S Linden Dr
Beverly Hills, CA 90212

Shmuel Levy
2247 S Canfield Ave
Los Angeles, CA 90034

Perla Segla
133 S Palm Dr #4
Beverly Hills, CA 90212

Shellpoint Mortgage Servicing
A division of Newrez LLC
c/o CSC–Lawyers Incorporating
Service
2710 Gateway Oaks Dr Ste 150N
Sacramento, CA 95833

Wells Fargo Auto / Wells Fargo Bank
c/o CSC-Lawyers Incorporating
Service
2710 Gateway Oaks Dr Ste 150N
Sacramento, CA 95833

Adam Willmouth, Ericka Ochoa
3538 Greenfield Ave
Los Angeles, CA 90034

AIRE Ancient Baths Los Angeles LLC
88 Franklin St
New York, NY 10013

~~Sean Rudes and Monfrere~~
~~3891 Beverly Blvd #328~~
~~Los Angeles, CA 90048~~
**RETURNED**

WGW Sales Inc
555 Logan Ave
Winnipeg, MB R3A O54
CANADA