Derrick Talerico (State Bar No. 223763)
dtalerico@wztslaw.com
Paige T. Rolfe (State Bar No. 331096)
prolfe@wztslaw.com
WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 Wilshire Boulevard, Suite 730
Los Angeles, CA 90025
Telephone: (424) 500-8552

Counsel to Debtors Broadway Avenue Investments, LLC, SLA Investments, LLC, and Negev Investments, LLC

FILED & ENTERED

OCT 20 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY penning DEPUTY CLERK

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

In re:

SEATON INVESTMENTS, LLC,
***Now a dismissed case***

Debtor and Debtor in Possession.

☐ Affects All Debtors.

☐ Affects Case No. 2:24-bk-12079-VZ
SEATON INVESTMENTS, LLC
***Now a dismissed case***

☐ Affects Case No. 2:24-bk-12080-VZ
COLYTON INVESTMENTS, LLC
***Now a dismissed case***

☐ Affects Case No. 2:24-bk-12081-VZ
BROADWAY AVENUE INVESTMENTS, LLC

☒ Affects Case No. 2:24-bk-12082-VZ
SLA INVESTMENTS, LLC

☐ Affects Case No. 2:24-bk-12091-VZ
NEGEV INVESTMENTS, LLC

☐ Affects Case No. 2:24-bk-12074-VZ
ALAN GOMPERTS

☐ Affects Case No. 2:24-bk-12075-VZ
DANIEL HALEVY

☐ Affects Case No. 2:24-bk-12076-VZ
SUSAN HALEVY

Case No. 2:24-bk-12079-VZ

Jointly Administered with Case Nos.:
2:24-bk-12080-VZ; 2:24-bk-12081-VZ; 2:24-bk-12082-VZ; 2:24-bk-12091-VZ; 2:24-bk-12074-VZ; 2:24-bk-12075-VZ and 2:24-bk-12076-VZ

Chapter 11

**ORDER APPROVING APPLICATION OF DEBTOR SLA INVESTMENTS, LLC TO EMPLOY REAL ESTATE BROKER AND TO ENTER INTO AGREEMENT**

[No Hearing Requested Under LBR 9013-1(o)(4)]

On September 12, 2026, SLA Investments, LLC (the "**Debtor**"), one of the debtors and debtors-in-possession in the pending jointly administered chapter 11 bankruptcy cases herein, filed and served a *Notice of Application and Application of Debtor SLA Investments, LLC to Employ Real Estate Broker and to Enter Into Agreement* (the "**Application**") [Dkt. 771]. On October 9, 2026, the Debtor filed a *Declaration that No Party Requested a Hearing on Motion [LBR 9013-1(o)(3)]* regarding the Application (the "**Declaration**") [Dkt. 785]. (*Capitalized terms not defined in this order have the same meaning ascribed to them in the Application*)

The Court reviewed the Application and the Declaration, and good cause appearing therefor,

**IT IS ORDERED**:

1. The Application is approved.
2. The Debtor is authorized to employ Kidder Mathews and Elizabeth Clark as the Debtor's real estate brokers for the Property.
3. The Debtor is authorized to execute an Agreement consistent with the terms and conditions set forth in Exhibit "1" to the Application.
4. The Debtor is authorized to extend, modify (except as to commission), or terminate the Agreement in its sole discretion without further notice or order of the Court.

###

Date: October 20, 2026

Vincent P. Zurzolo
United States Bankruptcy Judge

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025