Michael Gerard Fletcher (State Bar No. 070849)
mfletcher@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, California 90017-2427
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for Archway Broadway Loan SPE, LLC

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

In re

SEATON INVESTMENTS, LLC, *et al.*,

Debtors and Debtors-in-Possession.

Affects:

☐ All Debtors
☐ Seaton Investments, LLC (*Dismissed*)
☐ Colyton Investments, LLC (*Dismissed*)
☒ Broadway Avenue Investments, LLC
☒ SLA Investments, LLC
☒ Negev Investments, LLC
☒ Alan Gomperts
☒ Daniel Halevy
☒ Susan Halevy

Lead Case No. 2:24-bk-12079-VZ

Jointly Administered with Case Nos.:

2:24-bk-12080-VZ; 2:24-bk-12081-VZ; 2:24-bk-12082-VZ; 2:24-bk-12091-VZ; 2:24-bk-12074-VZ; 2:24-bk-12075-VZ; and 2:24-bk-12076-VZ

Chapter 11

**ARCHWAY BROADWAY LOAN SPE, LLC'S OMNIBUS LIMITED OBJECTION TO:**

**(1) SECOND INTERIM APPLICATION FOR AWARD OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF SAUL EWING, LLP AS GENERAL COUNSEL TO INDIVIDUAL DEBTORS AND DEBTORS-IN-POSSESSION (Dkt. 788); and**

**(2) SECOND INTERIM APPLICATION OF WEINTRAUB ZOLKIN TALERICO & SELTH LLP FOR APPROVAL OF COMPENSATION AND REIMBURSEMENT OF EXPENSES (Dkt. 790)**

Date: November 5, 2026
Time: 11:00 a.m.
Crtrm.: 1368
255 E. Temple Street
Los Angeles, CA 90012

Hon. Vincent P. Zurzolo

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

**OMNIBUS LIMITED OBJECTION[1]**

Archway does not oppose the interim allowance of the amounts sought in the Fee Applications. But, approval thereof should, it submits, be conditioned as noted herein.

Archway objects and requests adequate protection to the extent the Fee Applicants seek payment sourced from any property or cash that is otherwise subject to Archway's claims, including without limitation Archway cash collateral.

Archway holds such property interests and cash collateral from at least 2 separate sources in these cases. First, Archway's cash collateral includes rents, cash, accounts, general intangibles, existing or after-acquired and proceeds thereof, as evidenced by its loan documents, recorded deeds of trust, recorded assignments of rents, security agreements and UCC-1 financing statements. For instance, the Negev Debtor owns the Foxdale real property which generates rents pledged to Archway. Other properties also generate rents. *See, generally*, Archway Proofs of Claim (2:24-bk-12081-VZ Broadway Avenue Investments, LLC Claim 2), (2:24-bk-12091-VZ Negev Investments, LLC Claim 2), (2:24-bk-12082-VZ SLA Investments, LLC Claim 2). (2:24-bk-12074-VZ Alan Gomperts Claims 7–9), (2:24-bk-12076-VZ Susan Halevy Claims 4–6), and (2:24-bk-12075-VZ Daniel Halevy Claims 6–8).

Second, this Court has now approved the Settlement Agreement [attached to Dkt. 666] and First Amendment to the Settlement Agreement [attached to Dkt. 693] ("Settlement Agreement")

[1] Archway Broadway Loan SPE, LLC, a Delaware limited liability company, successor in interest to Archway Real Estate Income Fund I REIT, LLC ("Archway"), submits this Omnibus Limited Objection ("Limited Objection") to the *Second Interim Application for Award of Compensation and Reimbursement of Expenses of Saul Ewing, LLP as General Counsel to Individual Debtors and Debtors-in-Possession* (Dkt. 788) ("Second Saul Ewing Fee Application") and the *Second Interim Application of Weintraub Zolkin Talerico & Selth LLP for Approval of Compensation and Reimbursement of Expenses* (Dkt. 790) ("Second Weintraub Fee Application" and together, the "Second Fee Applications") filed by the applicants ("Applicants") in the lead case of Seaton Investments, LLC ("Seaton") (dismissed), Colyton Investments, LLC ("Colyton") (dismissed), Broadway Avenue Investments, LLC ("Broadway"), SLA Investments, LLC ("SLA"), and Negev Investments, LLC ("Negev" and collectively with Seaton, Colyton, Broadway and SLA, the "Corporate Debtors") and Alan Gomperts ("Mr. Gomperts"), Daniel Halevy ("Mr. Halevy"), and Susan Halevy ("Ms. Halevy" and collectively with Mr. Gomperts and Mr. Halevy, the "Individual Debtors" and collectively with the Corporate Debtors, the "Debtors" and excluding Seaton and Colyton, the "Remaining Debtors").

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

that Archway and all Debtors executed (Order Approving Settlement Agreement [Dkt. 760]). Under the Settlement Agreement there are extensive provisions for the sale of numerous properties and corresponding covenants concerning the disposition of the net proceeds thereof, which primarily allocate to Archway all of the Approved Archway Net Proceeds, which generally are net only of payments to senior lenders and arm's length closing costs, except in the case of the sale proceeds from the Canon property from which there are agreed carve outs (*See* Settlement Agreement, para. 7).

Payment of any fees approved by this Court should only be from assets including proceeds and cash *in which Archway does not otherwise have the indicated interests*. Archway respectfully requests that the Court so condition any payments to be made following approval of the fee applications.

DATED: October 21, 2026

Respectfully submitted,

FRANDZEL ROBINS BLOOM & CSATO, L.C.

By: /s/ Michael Gerard Fletcher
MICHAEL GERARD FLETCHER
Attorneys for Archway Broadway Loan SPE, LLC

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1000 Wilshire Boulevard, Nineteenth Floor, Los Angeles, CA 90017-2427.

A true and correct copy of the foregoing document entitled (*specify*):

**ARCHWAY BROADWAY LOAN SPE, LLC'S OMNIBUS LIMITED OBJECTION TO: (1) SECOND INTERIM APPLICATION FOR AWARD OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF SAUL EWING, LLP AS GENERAL COUNSEL TO INDIVIDUAL DEBTORS AND DEBTORS-IN-POSSESSION (Dkt. 788); and (2) SECOND INTERIM APPLICATION OF WEINTRAUB ZOLKIN TALERICO & SELTH LLP FOR APPROVAL OF COMPENSATION AND REIMBURSEMENT OF EXPENSES (Dkt. 790)**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __________, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Counsel to Party in Interest: Scott R Albrecht salbrecht@gsaattorneys.com, jackie.nguyen@sgsattorneys.com
- Counsel to KDM: Tanya Behnam tbehnam@polsinelli.com, tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com
- Counsel to Party in Interest: Jacquelyn H Choi jacquelyn.choi@rimonlaw.com, docketingsupport@rimonlaw.com
- Counsel to Individual Debtors: Carol Chow Carol.Chow@saul.com, easter.santamaria@saul.com
- Counsel to Party in Interest: Robert F Conte robert.conte@usdoj.gov, caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov
- Counsel to Individual Debtors: Ryan Coy ryan.coy@saul.com, hannah.richmond@saul.com
- Counsel to Party in Interest: Christopher Cramer secured@becket-lee.com
- Counsel to Individual Debtors: Turner Falk turner.falk@saul.com, tnfalk@recap.email
- Counsel to Archway: Michael G Fletcher mfletcher@frandzel.com, sking@frandzel.com
- Counsel to Party in Interest: Todd S. Garan ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com
- Counsel to Party in Interest: Richard Girgado rgirgado@counsel.lacounty.gov
- Counsel to Party in Interest: Jacqueline L James jjames@hrhlaw.com
- Trial Counsel to U.S. Trustee: Kelly L Morrison kelly.l.morrison@usdoj.gov
- Counsel to Party in Interest: Avi Edward Muhtar amuhtar@crownandstonelaw.com
- Counsel to Archway: Bruce D Poltrock bpoltrock@frandzel.com, achase@frandzel.com
- Counsel to Individual Debtors: Zev Shechtman Zev.Shechtman@saul.com, zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com
- Counsel to Corporate Debtors: Derrick Talerico dtalerico@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com
- United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
- Counsel to Archway: Gerrick Warrington gwarrington@frandzel.com, achase@frandzel.com
- Counsel to Party in Interest: Jennifer C Wong bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

☐ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _______________, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ________________, 2026, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Overnight Delivery (Early Morning):**

The Honorable Vincent P. Zurzolo
U.S. Bankruptcy Court
Roybal Federal Building
Bin outside of Suite 1360
255 E. Temple Street
Los Angeles, CA 90012-3332

**Email:**

**Counsel to Corporate Debtors:**
Derrick Talerico dtalerico@wztslaw.com

**Counsel to Individual Debtors:**
Zev Shechtman Zev.Shechtman@saul.com
Turner Falk turner.falk@saul.com
Ryan Coy ryan.coy@saul.com

**United States Trustee:**
Kelly L Morrison kelly.l.morrison@usdoj.gov

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 21, 2026 | Sandra Young King | /s/ Sandra Young King |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |