Zev Shechtman (Bar No. 266280)
*zev.shechtman@saul.com*
Steven F. Werth (Bar No. 205434)
*steven.werth@saul.com*
**SAUL EWING LLP**
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: (310) 255-6100
Facsimile: (310) 255-6200

Attorneys for Alan Gomperts, Daniel Halevy, Susan Halevy, Debtors and Debtors in Possession

Derrick Talerico (State Bar No. 223763)
dtalerico@wztslaw.com
Paige T. Rolfe (State Bar No. 331096)
prolfe@wztslaw.com
WEINTRAUB ZOLKIN
TALERICO & SELTH
11766 Washington Boulevard, Suite 730
Los Angeles, CA 90025
Telephone: (424) 500-8552

Counsel to Debtors Broadway Avenue Investments, LLC, SLA Investments, LLC, And Negev Investments, LLC

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

In re: SEATON INVESTMENTS, LLC, et al.,
***Now a dismissed case***

Debtors and Debtors In Possession.

☐ Affects All Debtors.

☐ Affects Case No.: 2:24-12080-VZ
Colyton Investments, LLC -***Now a dismissed case***

☒ Affects Case No.: 2:24-12081-VZ
Broadway Avenue Investments, LLC

☒ Affects 2:24-12082-VZ
SLA Investments, LLC

☒ Affects 2:24-12091-VZ
Negev Investments, LLC

☒ Affects Case No.: 2:24-12074-VZ

Lead Case No. 2:24-bk-12079-VZ

Jointly Administered with Case Nos.:
2:24-bk-12080-VZ; 2:24-bk-12081-VZ; 2:24-bk-12082-VZ; 2:24-bk-12091-VZ; 2:24-bk-12074-VZ; 2:24-bk-12075-VZ and 2:24-bk-12076-VZ

Chapter 11

**JOINT REPLY TO ARCHWAY'S LIMITED OPPOSITION TO SECOND INTERIM APPLICATION FOR AWARD OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF SAUL EWING, LLP AS GENERAL COUNSEL TO INDIVIDUAL DEBTORS AND DEBTORS-IN-POSSESSION**

Date: November 5, 2026
Time: 11:00 a.m.

| | |
|---|---|
| Alan Gomperts<br>☒ Affects Case No.: 2:24-12075-VZ<br>Daniel Halevy<br>☒ Affects Case No.: 2:24-12076-VZ<br>Susan Halevy | Crtrm.: 1368<br>255 East Temple Street<br>Los Angeles, CA 90012 |

In its "Archway Broadway Loan SPE, LLC's Omnibus Limited Objection To: (1) Second Interim Application For Award Of Compensation And Reimbursement Of Expenses Of Saul Ewing, LLP As General Counsel To Individual Debtors And Debtors In Possession (Dkt. 788) and (2) Second Interim Application Of Weintraub Zolkin Talerico & Selth LLP For Approval Of Compensation And Reimbursement Of Expenses (Dkt. 790)" (Docket No. 792, the "Opposition"), Archway Broadway Loan, SPE, LLC ("Archway") states that "Archway does not oppose the interim allowance of the amounts sought in the Fee Applications." Opposition, 2:2. That is the only relief Saul Ewing LLP ("Saul Ewing") and Weintraub Zolkin Talerico & Selth LLP ("WZTS") seek in their respective second interim fee applications (for Saul Ewing, Docket No. 788, for WZTS, Docket No. 790, and collectively, the "Second Interim Applications"). For this reason, the Second Interim Applications should be granted.

Archway desires a single condition be added to any order approving the Second Interim Applications: that any future payment to Saul Ewing or WZTS must come from funds unencumbered by Archway's secured claim. That condition is not appropriate. No one disputes that Archway is a secured creditor. But that is not relevant to the question before the Court: whether Saul Ewing's and WZTS's fees should be allowed on an interim basis. They should. Saul Ewing and WZTS do not seek allowance on a final basis, do not seek to compel payment from particular funds, and do not seek to modify the terms of any cash collateral order or settlement agreement. The Court did not impose this condition in its orders approving Saul Ewing's and WZTS's first fee applications (Docket Nos. 572 and 575) even though Archway opposed both applications using similar language, objecting, "to the extent the Fee Applications seek payment sourced from Archway's cash collateral." (Docket No. 563, at 2:4). The Court

SAUL EWING LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
(310) 255-6100

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

should again decline to add a condition to these firms' request for interim approval of fees.

Archway asserts that its recent settlement with the Debtors supports imposing this condition on any future payment to Saul Ewing and WZTS. Opposition 2:17. But this Court's order approving Archway's settlement agreement (Docket No. 760, the "Settlement Agreement") is silent as to its effect upon future fee applications. Likewise, the Settlement Agreement and First Amendment (Docket Nos. 666 and 693) nowhere mention bankruptcy professional fees or fee applications. Those documents do mention "Archway Approved Net Proceeds," which the Opposition refers to as "Approved Archway Net Proceeds" (Opposition, 3:4), and one component of that net proceed calculation is a deduction of "closing costs, and fees" (Settlement Agreement, ¶4), which suggests that some type of fees and costs are to be paid from future sales of Debtors' property. But that is all beside the point; Saul Ewing and WZTS do not request payment from the proceeds of a particular sale. Nor can the parties adequately brief the question of what future sale proceeds should, or should not pay, by way of a simple fee application procedure. Archway's opposition is akin to a request for a comfort order, or declaratory relief, and should be overruled.

Dated: October 29, 2026

**SAUL EWING LLP**

By: ______________________
Steven F. Werth
Attorneys for Alan Gomperts, Daniel Halevy, Susan Halevy, Debtors and Debtors in Possession

Dated: October 29, 2026

**WEINTRAUB ZOLKIN TALERICO & SELTH LLP**

By: ______________________
Derrick Talerico, Esq.
Counsel to Debtors Broadway Avenue Investments, LLC, SLA Investments, LLC, And Negev Investments, LLC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**Saul Ewing LLP, 1888 Century Park East, Suite 1500, Los Angeles, CA 90067**

A true and correct copy of the foregoing document entitled (*specify*): **Joint Reply to Archway's Limited Opposition to Second Interim Application for Award of Compensation and Reimbursement of Expenses of Saul Ewing, LLP as General Counsel to Individual Debtors and Debtors-In-Possession** served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **October 29, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **October 29, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Debtor**
Negev Investments LLC
Attn Susan Halevy Manager
257 S Linden Dr
Los Angeles, CA 90212-3704

**Debtor**
Alan Gomperts
264 S Oakhurst Dr
Beverly Hills, CA 90212

**Debtor**
Daniel Halevy
257 S Linden Dr
Los Angeles, CA 90212

**Debtor**
Sue Halevy
257 S Linden Dr
Beverly Hills, CA 90212

**Debtor**
Broadway Avenue Investments LLC
Attn: Alan D Gomperts Manager
264 S Oakhurst Dr
Beverly Hills, CA 90212

**Debtor**
SLA Investments LLC
Attn Alan D Gomperts Manager
264 S Oakhurst Dr
Beverly Hills, CA 90212

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ___________ I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 29, 2026 | Hannah Richmond | /s/ Hannah Richmond |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **Scott R Albrecht** salbrecht@gsaattorneys.com, jackie.nguyen@sgsattorneys.com
- **Tanya Behnam** tbehnam@polsinelli.com, tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com
- **Jacquelyn H Choi** jacquelyn.Choi@rimonlaw.com, docketingsupport@rimonlaw.com
- **Carol Chow** Carol.Chow@saul.com, hannah.richmond@saul.com;easter.santamaria@saul.com;carol.chow@ecf.courtdrive.com;litigationdocketing@saul.com
- **Robert F Conte** robert.conte@usdoj.gov, caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov
- **Ryan Coy** ryan.coy@blankrome.com, courtmail@blankrome.com
- **Christopher Cramer** secured@becket-lee.com
- **Christopher Crowell** ccrowell@hrhlaw.com
- **Bryant S Delgadillo** bryant.delgadillo@piblaw.com, rhonda.viers@piblaw.com
- **Turner Falk** turner.falk@saul.com, tnfalk@recap.email
- **Michael G Fletcher** mfletcher@frandzel.com, sking@frandzel.com,autodocket@frandzel.com
- **Todd S. Garan** ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com
- **Richard Girgado** rgirgado@counsel.lacounty.gov
- **Jacqueline L James** jjames@buchalter.com, gvidales@buchalter.com;docket@buchalter.com;pjolley@buchalter.com
- **Kelly L Morrison** kelly.l.morrison@usdoj.gov
- **Avi Edward Muhtar** amuhtar@crownandstonelaw.com
- **Bruce D Poltrock** bpoltrock@frandzel.com, sking@frandzel.com,autodocket@frandzel.com
- **Paige Selina Poupart** Ppoupart@smsm.com, achase@frandzel.com
- **Paige T Rolfe** prolfe@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com
- **Zev Shechtman** Zev.Shechtman@saul.com, Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com
- **David B Shemano** dshemano@shemanolaw.com
- **Jessica M. Simon** jsimon@hrhlaw.com, mgranzow@hrhlaw.com
- **Derrick Talerico** dtalerico@wztslaw.com, maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com
- **United States Trustee (LA)** ustpregion16.la.ecf@usdoj.gov
- **Garrick Vanderfin** gvanderfin@polsinelli.com, zyoung@Polsinelli.com;ladocketing@polsinelli.com
- **Gerrick Warrington** gwarrington@frandzel.com, achase@frandzel.com,autodocket@frandzel.com
- **Steven Werth** steven.werth@saul.com, swerth@ecf.courtdrive.com;hannah.richmond@saul.com;litigationdocketing@saul.com
- **Samantha White** samantha.white@wellsfargo.com
- **Jennifer C Wong** bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com