United States Bankruptcy Court

Central District of California

In re: Case No. 24-12079-VZ

Seaton Investments, LLC Chapter 11

Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2 User: admin Page 1 of 5

Date Rcvd: Oct 31, 2026 Form ID: pdf042 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Seaton Investments, LLC, 264 S Oakhurst Dr, Beverly Hills, CA 90212-3504 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Avi Edward Muhtar | on behalf of Interested Party Haskell & Nurit Muhtar amuhtar@crownandstonelaw.com |
| Avi Edward Muhtar | on behalf of Interested Party Avi Muhtar amuhtar@crownandstonelaw.com |
| Bruce D Poltrock | on behalf of Creditor Archway Real Estate Income Fund I SPE I LLC bpoltrock@frandzel.com, sking@frandzel.com,autodocket@frandzel.com |
| Bruce D Poltrock | on behalf of Creditor Archway Broadway Loan SPE LLC, fka Archway Real Estate Income Fund I REIT, LLC bpoltrock@frandzel.com, sking@frandzel.com,autodocket@frandzel.com |
| Bryant S Delgadillo | on behalf of Creditor JPMorgan Chase Bank N.A. bryant.delgadillo@piblaw.com, rhonda.viers@piblaw.com |

Carol Chow
on behalf of Debtor Alan Gomperts Carol.Chow@saul.com
hannah.richmond@saul.com;easter.santamaria@saul.com;carol.chow@ecf.courtdrive.com;litigationdocketing@saul.com

Carol Chow
on behalf of Debtor Daniel Halevy Carol.Chow@saul.com
hannah.richmond@saul.com;easter.santamaria@saul.com;carol.chow@ecf.courtdrive.com;litigationdocketing@saul.com

Carol Chow
on behalf of Debtor Susan Halevy Carol.Chow@saul.com
hannah.richmond@saul.com;easter.santamaria@saul.com;carol.chow@ecf.courtdrive.com;litigationdocketing@saul.com

Christopher Cramer
on behalf of Interested Party Courtesy NEF secured@becket-lee.com

Christopher Crowell
on behalf of Creditor Harvest Small Business Finance LLC ccrowell@hrhlaw.com

David B Shemano
on behalf of Creditor AIRE Ancient Baths Los Angeles LLC dshemano@shemanolaw.com

Derrick Talerico
on behalf of Debtor SLA Investments LLC dtalerico@wztslaw.com,
maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico
on behalf of Interested Party Broadway Avenue Investments LLC dtalerico@wztslaw.com,
maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico
on behalf of Interested Party SLA Investments LLC dtalerico@wztslaw.com,
maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico
on behalf of Debtor Negev Investments LLC dtalerico@wztslaw.com,
maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico
on behalf of Debtor Broadway Avenue Investments LLC dtalerico@wztslaw.com,
maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico
on behalf of Interested Party Daniel Halevy dtalerico@wztslaw.com
maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico
on behalf of Interested Party Susan Halevy dtalerico@wztslaw.com
maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico
on behalf of Debtor Colyton Investments LLC dtalerico@wztslaw.com,
maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico
on behalf of Interested Party Negev Investments LLC dtalerico@wztslaw.com,
maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Derrick Talerico
on behalf of Debtor Seaton Investments LLC dtalerico@wztslaw.com,
maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com

Garrick Vanderfin
on behalf of Creditor Korth Direct Mortgage Inc. gvanderfin@polsinelli.com
zyoung@Polsinelli.com;ladocketing@polsinelli.com

Gerrick Warrington
on behalf of Creditor Archway Broadway Loan SPE LLC, fka Archway Real Estate Income Fund I REIT, LLC
gwarrington@frandzel.com, achase@frandzel.com,autodocket@frandzel.com

Gerrick Warrington
on behalf of Creditor Archway real estate income fund gwarrington@frandzel.com
achase@frandzel.com,autodocket@frandzel.com

Gerrick Warrington
on behalf of Plaintiff Archway Broadway Loan SPE LLC, a Delaware limited liability company gwarrington@frandzel.com,
achase@frandzel.com,autodocket@frandzel.com

Gerrick Warrington
on behalf of Creditor Archway Real Estate Income Fund I SPE I LLC gwarrington@frandzel.com,
achase@frandzel.com,autodocket@frandzel.com

Gerrick Warrington
on behalf of Creditor Archway Broadway Loan SPE LLC gwarrington@frandzel.com,

achase@frandzel.com,autodocket@frandzel.com

Jacqueline L James
on behalf of Creditor Harvest Small Business Finance LLC jjames@buchalter.com, gvidales@buchalter.com;docket@buchalter.com;pjolley@buchalter.com

Jacqueline L James
on behalf of Interested Party Harvest Small Business Finance LLC jjames@buchalter.com, gvidales@buchalter.com;docket@buchalter.com;pjolley@buchalter.com

Jacquelyn H Choi
on behalf of Creditor LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR jacquelyn.Choi@rimonlaw.com docketingsupport@rimonlaw.com

Jennifer C Wong
on behalf of Creditor Wells Fargo Bank N.A. bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

Jennifer C Wong
on behalf of Interested Party Courtesy NEF bknotice@mccarthyholthus.com jwong@ecf.courtdrive.com

Jessica M. Simon
on behalf of Creditor Harvest Small Business Finance LLC jsimon@hrhlaw.com, mgranzow@hrhlaw.com

Kelly L Morrison
on behalf of U.S. Trustee United States Trustee (LA) kelly.l.morrison@usdoj.gov

Michael G Fletcher
on behalf of Plaintiff Archway Broadway Loan SPE LLC, a Delaware limited liability company mfletcher@frandzel.com, sking@frandzel.com,autodocket@frandzel.com

Michael G Fletcher
on behalf of Creditor Archway Broadway Loan SPE LLC, fka Archway Real Estate Income Fund I REIT, LLC mfletcher@frandzel.com, sking@frandzel.com,autodocket@frandzel.com

Michael G Fletcher
on behalf of Creditor Archway real estate income fund mfletcher@frandzel.com sking@frandzel.com,autodocket@frandzel.com

Michael G Fletcher
on behalf of Creditor Archway Real Estate Income Fund I SPE I LLC mfletcher@frandzel.com, sking@frandzel.com,autodocket@frandzel.com

Paige Selina Poupart
on behalf of Creditor Archway Broadway Loan SPE LLC, fka Archway Real Estate Income Fund I REIT, LLC Ppoupart@smsm.com, achase@frandzel.com

Paige Selina Poupart
on behalf of Plaintiff Archway Broadway Loan SPE LLC, a Delaware limited liability company Ppoupart@smsm.com, achase@frandzel.com

Paige Selina Poupart
on behalf of Creditor Archway Real Estate Income Fund I SPE I LLC Ppoupart@smsm.com, achase@frandzel.com

Paige T Rolfe
on behalf of Interested Party SLA Investments LLC prolfe@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

Paige T Rolfe
on behalf of Interested Party Broadway Avenue Investments LLC prolfe@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

Paige T Rolfe
on behalf of Interested Party Negev Investments LLC prolfe@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com

Richard Girgado
on behalf of Creditor LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR rgirgado@counsel.lacounty.gov

Robert F Conte
on behalf of Creditor United States of America on behalf of Internal Revenue Service robert.conte@usdoj.gov caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov

Ryan Coy
on behalf of Interested Party Susan Halevy ryan.coy@blankrome.com courtmail@blankrome.com

Ryan Coy
on behalf of Interested Party Alan Gomperts ryan.coy@blankrome.com courtmail@blankrome.com

Ryan Coy
on behalf of Interested Party Daniel Halevy ryan.coy@blankrome.com courtmail@blankrome.com

Ryan Coy
on behalf of Defendant Daniel Halevy ryan.coy@blankrome.com courtmail@blankrome.com

Ryan Coy
on behalf of Defendant Susan Halevy ryan.coy@blankrome.com courtmail@blankrome.com

Ryan Coy
on behalf of Interested Party Courtesy NEF ryan.coy@blankrome.com courtmail@blankrome.com

Samantha White
on behalf of Creditor Wells Fargo Bank N.A. d/b/a Wells Fargo Auto samantha.white@wellsfargo.com

Scott R Albrecht
on behalf of Creditor First Foundation Bank salbrecht@gsaattorneys.com jackie.nguyen@sgsattorneys.com

Steven Werth
on behalf of Interested Party Susan Halevy steven.werth@saul.com
swerth@ecf.courtdrive.com;hannah.richmond@saul.com;litigationdocketing@saul.com

Steven Werth
on behalf of Interested Party Alan Gomperts steven.werth@saul.com
swerth@ecf.courtdrive.com;hannah.richmond@saul.com;litigationdocketing@saul.com

Steven Werth
on behalf of Interested Party Daniel Halevy steven.werth@saul.com
swerth@ecf.courtdrive.com;hannah.richmond@saul.com;litigationdocketing@saul.com

Tanya Behnam
on behalf of Creditor Korth Direct Mortgage Inc. tbehnam@polsinelli.com
tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com

Todd S. Garan
on behalf of Creditor US Bank trust national Association not in its individual capacity, bot solely as owner trustee for GS Mortgage-Backed Securities Trust 2020-NQM1 ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

Todd S. Garan
on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing ch11ecf@aldridgepite.com
TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

Todd S. Garan
on behalf of Creditor Wells Fargo Bank N.A. ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

Todd S. Garan
on behalf of Interested Party Courtesy NEF ch11ecf@aldridgepite.com TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

Todd S. Garan
on behalf of Creditor Metropolitan Life Insurance Company ch11ecf@aldridgepite.com
TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

Todd S. Garan
on behalf of Creditor WELLS FARGO BANK N.A. ch11ecf@aldridgepite.com,
TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

Todd S. Garan
on behalf of Creditor Wells Fargo National Bank West ch11ecf@aldridgepite.com
TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

Turner Falk
on behalf of Debtor Alan Gomperts turner.falk@saul.com tnfalk@recap.email

Turner Falk
on behalf of Interested Party Daniel Halevy turner.falk@saul.com tnfalk@recap.email

Turner Falk
on behalf of Debtor Susan Halevy turner.falk@saul.com tnfalk@recap.email

Turner Falk
on behalf of Interested Party Susan Halevy turner.falk@saul.com tnfalk@recap.email

Turner Falk
on behalf of Debtor Daniel Halevy turner.falk@saul.com tnfalk@recap.email

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Zev Shechtman
on behalf of Debtor Daniel Halevy Zev.Shechtman@saul.com
Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com

Zev Shechtman
on behalf of Interested Party Courtesy NEF Zev.Shechtman@saul.com
Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com

Zev Shechtman

on behalf of Interested Party Susan Halevy Zev.Shechtman@saul.com
Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com

Zev Shechtman
on behalf of Interested Party Daniel Halevy Zev.Shechtman@saul.com
Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com

Zev Shechtman
on behalf of Defendant Daniel Halevy Zev.Shechtman@saul.com
Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com

Zev Shechtman
on behalf of Defendant Susan Halevy Zev.Shechtman@saul.com
Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com

Zev Shechtman
on behalf of Debtor Alan Gomperts Zev.Shechtman@saul.com
Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com

Zev Shechtman
on behalf of Interested Party Alan Gomperts Zev.Shechtman@saul.com
Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com

Zev Shechtman
on behalf of Attorney Saul Ewing LLP Zev.Shechtman@saul.com
Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com

Zev Shechtman
on behalf of Debtor Susan Halevy Zev.Shechtman@saul.com
Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com

TOTAL: 81

Derrick Talerico (State Bar No. 223763)
dtalerico@wztslaw.com
Paige T. Rolfe (State Bar No. 331096)
prolfe@wztslaw.com
WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 Wilshire Boulevard, Suite 730
Los Angeles, CA 90025
Telephone: (424) 500-8552

Counsel to Debtors Broadway Avenue Investments, LLC, SLA Investments, LLC, and Negev Investments, LLC

FILED & ENTERED

OCT 20 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY penning DEPUTY CLERK

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

In re:

SEATON INVESTMENTS, LLC,
***Now a dismissed case***

Debtor and Debtor in Possession.

☐ Affects All Debtors.

☐ Affects Case No. 2:24-bk-12079-VZ
SEATON INVESTMENTS, LLC
***Now a dismissed case***

☐ Affects Case No. 2:24-bk-12080-VZ
COLYTON INVESTMENTS, LLC
***Now a dismissed case***

☐ Affects Case No. 2:24-bk-12081-VZ
BROADWAY AVENUE INVESTMENTS, LLC

☒ Affects Case No. 2:24-bk-12082-VZ
SLA INVESTMENTS, LLC

☐ Affects Case No. 2:24-bk-12091-VZ
NEGEV INVESTMENTS, LLC

☐ Affects Case No. 2:24-bk-12074-VZ
ALAN GOMPERTS

☐ Affects Case No. 2:24-bk-12075-VZ
DANIEL HALEVY

☐ Affects Case No. 2:24-bk-12076-VZ
SUSAN HALEVY

Case No. 2:24-bk-12079-VZ

Jointly Administered with Case Nos.: 2:24-bk-12080-VZ; 2:24-bk-12081-VZ; 2:24-bk-12082-VZ; 2:24-bk-12091-VZ; 2:24-bk-12074-VZ; 2:24-bk-12075-VZ and 2:24-bk-12076-VZ

Chapter 11

**ORDER APPROVING APPLICATION OF DEBTOR SLA INVESTMENTS, LLC TO EMPLOY REAL ESTATE BROKER AND TO ENTER INTO AGREEMENT**

[No Hearing Requested Under LBR 9013-1(o)(4)]

WEINTRAUB ZOLKIN TALERICO & SELTH LLP
11766 WILSHIRE BLVD., SUITE 730
LOS ANGELES, CA 90025

On September 12, 2026, SLA Investments, LLC (the "**Debtor**"), one of the debtors and debtors-in-possession in the pending jointly administered chapter 11 bankruptcy cases herein, filed and served a *Notice of Application and Application of Debtor SLA Investments, LLC to Employ Real Estate Broker and to Enter Into Agreement* (the "**Application**") [Dkt. 771]. On October 9, 2026, the Debtor filed a *Declaration that No Party Requested a Hearing on Motion [LBR 9013-1(o)(3)]* regarding the Application (the "**Declaration**") [Dkt. 785]. (*Capitalized terms not defined in this order have the same meaning ascribed to them in the Application*)

The Court reviewed the Application and the Declaration, and good cause appearing therefor,

**IT IS ORDERED**:

1. The Application is approved.
2. The Debtor is authorized to employ Kidder Mathews and Elizabeth Clark as the Debtor's real estate brokers for the Property.
3. The Debtor is authorized to execute an Agreement consistent with the terms and conditions set forth in Exhibit "1" to the Application.
4. The Debtor is authorized to extend, modify (except as to commission), or terminate the Agreement in its sole discretion without further notice or order of the Court.

###

Date: October 20, 2026

Vincent P. Zurzolo
United States Bankruptcy Judge