**Alan Gomperts**

**Part 8 Expenses**

| Date | Amount | Payee | Description |
|---|---|---|---|
| 10/1/2026 | (81.54) | MACYS ONLINE PMT 260930 622132772199311 SHARON HALEVY | Personal Living - Clothing |
| 10/1/2026 | (1,675.00) | ZELLE TO JESELSOHN JOEL ON 10/01 REF # WFCT22QB4B32 | Personal Living - College Rent |
| 10/1/2026 | (125.00) | ZELLE TO CIRO HERNANDEZ ON 10/01 REF # WFCT22QB4HVF | Personal Living - Gardener |
| 10/2/2026 | (300.00) | BILL PAY Jun Ho. Choi ON-LINE No Account Number ON 10-02 | Personal Living - Pool Man |
| 10/5/2026 | (477.34) | CITI CARD ONLINE PAYMENT 261002 432114643661118 SHARON HALEVY | Personal Living - Credit Card |
| 10/5/2026 | (17,037.11) | CHASE CREDIT CRD EPAY 261002 9692927311 SHARON HALEVY | Personal Living - Credit Card includes $10k tuition |
| 10/5/2026 | (6,770.83) | BILL PAY WELLS FARGO Oakhurst ON-LINE 0512091XXX ON 10-05 | Personal Living - Mortgage |
| 10/6/2026 | (160.92) | BILL PAY NORTHWESTERN MUTUAL LIFE INSURAN ON-LINE xxxx4520 ON 10-06 | Personal Living - Life Insurance |
| 10/7/2026 | (72.09) | SOCAL GAS PAID SCGC 261006 001291016484 ALAN GOMPERTS | Personal Living - Gas bill |
| 10/8/2026 | (1,628.25) | CITI CARD ONLINE PAYMENT 261007 432120917465815 SHARON HALEVY | Personal Living - Credit Card |
| 10/14/2026 | (600.01) | BLOOMINGDALES ONLINE PMT 261013 622143983592824 SHARON HALEVY | Personal Living - Clothing |
| 10/14/2026 | (230.00) | VENMO PAYMENT 261014 1053753487365 SHARON HALEVY GOMPERTS | Personal Living - Miscellaneous |
| 10/14/2026 | (515.89) | QUARTERLY FEE PAYMENT 261013 6SC295JKJI1 ALAN GOMPERTS | Personal Living - US Trustee Fee |
| 10/15/2026 | (2,000.00) | ZELLE TO GOMPERTS GABRIELLE ON 10/14 REF # WFCT22RVS24K | Personal Living - College Rent |
| 10/15/2026 | (10.00) | ZELLE TO ABBY SCHWARTZ ON 10/15 REF # WFCT22RXWYRT | Personal Living - Miscellaneous |
| 10/19/2026 | (2,600.00) | Cash eWithdrawal in Branch 10/19/2026 11:11 AM 9354 WILSHIRE BLVD BEVERLY HILLS CA 0874 | Personal Living - Cash Expenses |
| 10/19/2026 | (3.22) | ZELLE TO AVIYAH BARGARD ON 10/19 REF # WFCT22SF9S2X | Personal Living - Miscellaneous |
| 10/19/2026 | (28.00) | ZELLE TO NAOMI ABEHSERA REF # WFCT22SD5K5B | Personal Living - Miscellaneous |
| 10/26/2026 | (684.74) | ZELLE TO ABRAHAM BUILDERS GROUP ON 10/26 REF # WFCT22T7VMK6 264 S OAKHURST DRIVE | Personal Living - Home Repairs |
| 10/26/2026 | (436.90) | ATT PAYMENT 102326 393633002EPAYT Alan Gomberts | Personal Living - Telephone |

| | | | |
|---|---|---|---|
| 10/27/2026 | (4,372.23) | AMERICAN EXPRESS ACH PMT 261027 W2442 ALAN GOMPERTS | Personal Living - Credit Card |
| 10/28/2026 | (144.25) | MACYS ONLINE PMT 261027 612156075529032 SHARON HALEVY | Personal Living - Clothing |
| 10/30/2026 | (4,050.00) | YU TUITION 2 PURCHASE 261030 178083 ALAN GOMPERTS | Personal Living - College Tuition |

**Living Expenses**
**Line g. of Part 8** **(44,003.32)**

| | | | |
|---|---|---|---|
| 10/1/2026 | (78.00) | ZELLE TO GABRIEL ADULFO ON 10/01 REF # WFCT22QB4FND | Gardener Canfield |
| 10/2/2026 | (75.00) | BILL PAY Nicandro Barba ON-LINE No Account Number ON 10-02 | Gardener Bagley |
| 10/5/2026 | (4,003.21) | BILL PAY WELLS FARGO Bagley ON-LINE 0512092XXX ON 10-05 | Mortgage - Bagley |
| 10/5/2026 | (2,050.07) | BILL PAY WELLS FARGO Canfield ON-LINE 0502483XXX ON 10-05 | Mortgage - Canfield |
| 10/20/2026 | (2,079.00) | ClickPay PROPRTYPAY 261019 85866414 2076.003.00KTGGC7 | Home Owner Dues - Canfield and Bagley |
| 10/26/2026 | (1,088.00) | CHECK 2234 | City of Los Angeles LAHD - Canfield |

**All Other Expenses**
**Line h. of Part 8** **(9,373.28)** **Expenses on Rental Properties**

(53,376.60)