**Alan Gomperts**

**Income and Expense Reconcilaiton**

| | | |
|---|---|---|
| **Income** | | |
| Total income | Line d. of Part 8 | 37,864.41 |
| Payroll deductions | Line e. of Part 8 | (2,303.32) |
| Total Receipts | Line b. of part 1 | **35,561.09** |
| | | |
| Total Deposits in Wells Fargo account ending -3107 | | 82,160.88 |
| Reimbursed Expenses from agron, inc. (Employer) | | (46,599.79) |
| Net Deposits | | **35,561.09** |
| | | |
| **Expenses** | | |
| Total Expenses | Line i. of Part 8 | 55,679.92 |
| Payroll deductions | | 2,303.32 |
| Total disbursements | Line c. of part 1 | **53,376.60** |
| | | |
| Total withdrawals in Wells Fargo account ending -3107 | | 99,976.39 |
| | | |
| agron, inc Expenses | | (46,599.79) |
| Total Agron Expenses | | **(46,599.79)** |
| | | |
| Net Disbursements | | **53,376.60** |