| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Paige T. Rolfe - Bar # 331096<br>prolfe@ztlegal.com<br>WEINTRAUB ZOLKIN TALERICO LLP<br>12121 Wilshire Blvd., Suite 775<br>Los Angeles, CA 90025<br>Telephone: 310-207-1494<br><br>☐ *Attorney for* | |
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| In re<br><br>Debtor(s),<br><br>Plaintiff(s),<br><br>vs.<br><br>Debtor(s). | CHAPTER<br><br>CASE NUMBER<br><br>☐ ADVERSARY NUMBER (if applicable)<br>☑ See attached list for multiple cases that require an update to the attorneys information |

## NOTICE OF ATTORNEY CHANGE OF ADDRESS OR LAW FIRM

(See page 2 for additional requirements)

The following information must be provided:

I, Paige T. Rolfe, 331096, prolfe@ztlegal.com
*Name* *Bar ID Number* *E-Mail Address*

❏ am **counsel of record** or
❏ **out-of-state attorney** in the above-entitled cause of action for the following party(s) *(single case)*

☑ am **counsel of record** or
❏ **out of state attorney** on all cases listed as an attachment to this form *(multiple cases)*

and am requesting the following change(s):

**PROVIDE ONLY THE INFORMATION THAT HAS CHANGED**

Attorney Name changed to ______
New Firm/Government Agency Name Weintraub Zolkin Talerico LLP
New Address 12121 Wilshire Blvd., Suite 775, Los Angeles, CA 90025
New Telephone Number ______ New Facsimile Number ______
New E-Mail Address prolfe@ztlegal.com

***SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:***

☑ **TO UPDATE NAME, ADDRESS OR FIRM INFORMATION:**

☑ I am providing the new information above pursuant to Local Rule 2091-1 to be updated on the above-entitled cause of action and/or all cases listed on the attachment.

❑ **TO BE TERMINATED FROM THE CASE:****

❑ I am, or

❑ the aforementioned attorney from my firm is no longer counsel of record in the above-entitled cause of action and/or all cases listed on the attachment.

**Note**: Attorneys for parties are **never** deleted from a case in order to maintain historical data.

**CHECK ONE BOX**

❑ The order relieving me/the aforementioned attorney from my firm was entered on:______________

☑ There is/are other attorney(s) from the undersigned attorney's law firm/government agency who is/are counsel of record in this case.

❑ I am, or

❑ the aforementioned attorney is no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this/these case(s).

****This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Bankruptcy Rule 2091-1 and form F2090-1.4, *Substitution of Attorney*. At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated in this action.**

Dated: November 9, 2026

/s/ Paige T. Rolfe
Signature of Present Attorney

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A **NOTICE OF APPEARANCE** PURSUANT TO F.R.B.P. 9010(b) SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** MUST BE FILED PURSUANT TO LBR 2090-1(b).

PLEASE NOTE: CM/ECF users must file this *Notice of Change of Address or Law Firm* separately and electronically for every pending case pursuant to Local Bankruptcy Rule 2091-1. Please refer to the procedures posted on the Court's website on how to file this notice for single or multiple cases. The court will update the case information once filed.

Paige T. Rolfe:

| Case Number | Case Name |
|---|---|
| 1:23-bk-10324-VK | Lisa Fancher |
| 1:26-bk-11449-MB | Jennifer Michelle Chadbourne |
| 1:26-bk-12388-MB | Lee Wong |
| 2:23-bk-15528-DS | John Anthony Taglioli |
| 2:24-bk-12079-VZ | Seaton Investments, LLC |
| 2:25-bk-14057-VZ | Carl Juan Frommer and Traci Lynn Frommer |
| 2:25-bk-14484-NB | Geoffrey Gunnar Goebel |
| 2:25-bk-15583-BB | Anthony Osa Odiase |
| 2:25-bk-21116-BB | Howard’s Appliances, Inc. |
| 2:25-bk-21646-WB | C.D.S. Moving Equipment, Inc. |