Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address

ZEV SHECHTMAN (BAR NO. 266280)
Zev.Shechtman@saul.com
Steven F. Werth (Bar No. 205434)
Steven.Werth@saul.com
SAUL EWING LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: (310) 255-6100
Facsimile: (310) 255-6200

☐ Individual *appearing without an attorney*
☒ *Attorney for:* Alan Gomperts, Daniel Halevy, and Susan Halevy, Debtors and Debtors-in-Possession

FOR COURT USE ONLY

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

In re:

SEATON INVESTMENTS, LLC, et al.,
**Now a dismissed case**

Debtors and Debtors In Possession.

LEAD CASE NO.: 2:24-bk-12079-VZ

Jointly Administered with Case Nos.: 2:24-bk-12080-VZ; 2:24-bk-12081-VZ; 2:24-bk-12082-VZ; 2:24-bk-12091-VZ; 2:24-bk-12074-VZ; 2:24-bk-12075-VZ and 2:24-bk-12076-VZ

CHAPTER: 11

☐ Affects All Debtors.
☐ Affects Case No.: 2:24-12080-VZ
Colyton Investments, LLC -**Now a dismissed case**
☐ Affects Case No.: 2:24-12081-VZ
Broadway Avenue Investments, LLC
☐ Affects 2:24-12082-VZ
SLA Investments, LLC
☐ Affects 2:24-12091-VZ
Negev Investments, LLC
☒ Affects Case No.: 2:24-12074-VZ
Alan Gomperts
☒ Affects Case No.: 2:24-12075-VZ
Daniel Halevy
☒ Affects Case No.: 2:24-12076-VZ
Susan Halevy

## NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE: (*title of motion*[1]):

Second Interim Application for Award of Compensation and Reimbursement of Expenses of Saul Ewing, LLP as General Counsel to Individual Debtors and Debtors and Debtors-in-Possession, and Supporting Declarations

PLEASE TAKE NOTE that the order titled Order on Application for Payment of Interim Fees and/or Expenses (11 U.S.C. § 331)

was lodged on (*date*) 11/09/2026 and is attached. This order relates to the motion which is docket number 788.

[1] Please abbreviate if title cannot fit into text field.

# EXHIBIT A

Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address
ZEV SHECHTMAN (BAR NO. 266280)
Zev.Shechtman@saul.com
Steven F. Werth (Bar No. 205434)
*Steven.Werth@saul.com*
SAUL EWING LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: (310) 255-6100
Facsimile: (310) 255-6200

☒ *Attorneys for*: Alan Gomperts, Daniel Halevy, and Susan Halevy, Debtors and Debtors-in-Possession

FOR COURT USE ONLY

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -LOS ANGELES DIVISION**

In re: SEATON INVESTMENTS, LLC, et al.,
***Now a dismissed case***

Debtors and Debtors In Possession.

☐ Affects All Debtors.
☐ Affects Case No.: 2:24-12080-VZ
Colyton Investments, LLC -***Now a dismissed case***

☐ Affects Case No.: 2:24-12081-VZ
Broadway Avenue Investments, LLC
☐ Affects 2:24-12082-VZ
SLA Investments, LLC
☐ Affects 2:24-12091-VZ
Negev Investments, LLC
☒ Affects Case No.: 2:24-12074-VZ
Alan Gomperts
☒ Affects Case No.: 2:24-12075-VZ
Daniel Halevy
☒ Affects Case No.: 2:24-12076-VZ
Susan Halevy

Debtor(s).

CASE NO.: Lead Case No. 2:24-bk-12079-VZ

Jointly Administered with Case Nos.:
2:24-bk-12080-VZ; 2:24-bk-12081-VZ; 2:24-bk-12082-VZ; 2:24-bk-12091-VZ; 2:24-bk-12074-VZ; 2:24-bk-12075-VZ and 2:24-bk-12076-VZ

CHAPTER: 11

**ORDER ON APPLICATION FOR PAYMENT OF:**
☒ **INTERIM FEES AND/OR EXPENSES (11 U.S.C. § 331)**
☐ **FINAL FEES AND/OR EXPENSES (11 U.S.C. § 330)**

DATE: November 5, 2026
TIME: 11:00 a.m.
COURTROOM: 1368
PLACE: 255 East Temple Street,
Los Angeles, CA 90012

1. Name of Applicant (*specify*): Saul Ewing LLP

2. This proceeding was heard at the date and place set forth above and was ☒ Contested ☐ Uncontested
A limited objection was filed by Creditor Archway Broadway Loan SPE, LLC, fka Archway Real Estate Income Fund I REIT, LLC on October 21, 2026 (doc. no. 792).

3. Appearances were made as follows:
   a. ☐ Applicant present in court
   b. ☒ Attorney for Applicant present in court (name): Steve F. Werth, Esq.
   c. ☐ Attorney for United States trustee present in court
   d. ☒ Other persons present as reflected in the court record.

4. Applicant gave the required notice of the Application on (*specify date*): October 15, 2026 (*doc no. 789*)

5. The court orders as follows:
   a. ☒ Application for Payment of Interim Fees is approved as follows:
      (1) ☒ Total amount allowed: $62,013.00
      (2) ☒ Amount or percentage authorized for payment at this time: $62,013.00

   b. ☒ Application for Reimbursement of Interim Expenses is approved:
      ☒ Total amount allowed and authorized to be paid: $632.74

   c. ☐ Application for Payment of Final Fees is approved in the amount of: $ _____

   d. ☐ Application for Reimbursement of Final Expenses is approved and authorized for payment:
      ☐ Total amount allowed: $ _____

   e. (1) ☐ Application is denied
         ☐ in full
         ☐ in part
         ☐ without prejudice
         ☐ with prejudice
      (2) Grounds for denial *(specify):*

   f. ☐ The court further orders *(specify):*

###

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**Saul Ewing LLP, 1888 Century Park East, Suite 1500, Los Angeles, CA 90067**

A true and correct copy of the foregoing document entitled (*specify*): **Notice of Lodgment of Order in Bankruptcy Case: Second Interim Application for Award of Compensation and Reimbursement of Expenses of Saul Ewing, LLP** served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **November 10, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _________, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) __________ I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 10, 2026 | Hannah Richmond | /s/ Hannah Richmond |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **Scott R Albrecht** salbrecht@gsaattorneys.com, jackie.nguyen@sgsattorneys.com
- **Tanya Behnam** tbehnam@polsinelli.com, tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com
- **Jacquelyn H Choi** jacquelyn.Choi@rimonlaw.com, docketingsupport@rimonlaw.com
- **Carol Chow** Carol.Chow@saul.com, hannah.richmond@saul.com;easter.santamaria@saul.com;carol.chow@ecf.courtdrive.com;litigationdocketing@saul.com
- **Robert F Conte** robert.conte@usdoj.gov, caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov
- **Ryan Coy** ryan.coy@blankrome.com, courtmail@blankrome.com
- **Christopher Cramer** secured@becket-lee.com
- **Christopher Crowell** ccrowell@hrhlaw.com
- **Bryant S Delgadillo** bryant.delgadillo@piblaw.com, rhonda.viers@piblaw.com
- **Turner Falk** turner.falk@saul.com, tnfalk@recap.email
- **Michael G Fletcher** mfletcher@frandzel.com, sking@frandzel.com,autodocket@frandzel.com
- **Todd S. Garan** ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com
- **Richard Girgado** rgirgado@counsel.lacounty.gov
- **Jacqueline L James** jjames@buchalter.com, gvidales@buchalter.com;docket@buchalter.com;pjolley@buchalter.com
- **Kelly L Morrison** kelly.l.morrison@usdoj.gov
- **Avi Edward Muhtar** amuhtar@crownandstonelaw.com
- **Bruce D Poltrock** bpoltrock@frandzel.com, sking@frandzel.com,autodocket@frandzel.com
- **Paige Selina Poupart** Ppoupart@smsm.com, achase@frandzel.com
- **Paige T Rolfe** prolfe@wztslaw.com, maraki@wztslaw.com,sfritz@wztslaw.com,admin@wztslaw.com
- **Zev Shechtman** Zev.Shechtman@saul.com, Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com
- **David B Shemano** dshemano@shemanolaw.com
- **Jessica M. Simon** jsimon@hrhlaw.com, mgranzow@hrhlaw.com
- **Derrick Talerico** dtalerico@wztslaw.com, maraki@wztlfirm.com,sfritz@wztlfirm.com,admin@wztlfirm.com
- **United States Trustee (LA)** ustpregion16.la.ecf@usdoj.gov
- **Garrick Vanderfin** gvanderfin@polsinelli.com, zyoung@Polsinelli.com;ladocketing@polsinelli.com
- **Gerrick Warrington** gwarrington@frandzel.com, achase@frandzel.com,autodocket@frandzel.com
- **Steven Werth** steven.werth@saul.com, swerth@ecf.courtdrive.com;hannah.richmond@saul.com;litigationdocketing@saul.com
- **Samantha White** samantha.white@wellsfargo.com
- **Jennifer C Wong** bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com