Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address
ZEV SHECHTMAN (BAR NO. 266280)
Zev.Shechtman@saul.com
Steven F. Werth (Bar No. 205434)
*Steven.Werth@saul.com*
SAUL EWING LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: (310) 255-6100
Facsimile: (310) 255-6200

☒ *Attorneys for*: Alan Gomperts, Daniel Halevy, and Susan Halevy, Debtors and Debtors-in-Possession

FOR COURT USE ONLY

FILED & ENTERED

NOV 12 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY mohammad DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -LOS ANGELES DIVISION**

In re: SEATON INVESTMENTS, LLC, et al.,
***Now a dismissed case***

Debtors and Debtors In Possession.

☐ Affects All Debtors.
☐ Affects Case No.: 2:24-12080-VZ
Colyton Investments, LLC -***Now a dismissed case***
☐ Affects Case No.: 2:24-12081-VZ
Broadway Avenue Investments, LLC
☐ Affects 2:24-12082-VZ
SLA Investments, LLC
☐ Affects 2:24-12091-VZ
Negev Investments, LLC
☒ Affects Case No.: 2:24-12074-VZ
Alan Gomperts
☒ Affects Case No.: 2:24-12075-VZ
Daniel Halevy
☒ Affects Case No.: 2:24-12076-VZ
Susan Halevy

Debtor(s).

CASE NO.: Lead Case No. 2:24-bk-12079-VZ

Jointly Administered with Case Nos.: 2:24-bk-12080-VZ; 2:24-bk-12081-VZ; 2:24-bk-12082-VZ; 2:24-bk-12091-VZ; 2:24-bk-12074-VZ; 2:24-bk-12075-VZ and 2:24-bk-12076-VZ

CHAPTER: 11

**ORDER ON APPLICATION FOR PAYMENT OF:**
☒ **INTERIM FEES AND/OR EXPENSES (11 U.S.C. § 331)**
☐ **FINAL FEES AND/OR EXPENSES (11 U.S.C. § 330)**

DATE: November 5, 2026
TIME: 11:00 a.m.
COURTROOM: 1368
PLACE: 255 East Temple Street,
Los Angeles, CA 90012

1. Name of Applicant (*specify*): Saul Ewing LLP

2. This proceeding was heard at the date and place set forth above and was ☒ Contested ☐ Uncontested
A limited objection was filed by Creditor Archway Broadway Loan SPE, LLC, fka Archway Real Estate Income Fund I REIT, LLC on October 21, 2026 (doc. no. 792).

3. Appearances were made as follows:
   a. ☐ Applicant present in court
   b. ☒ Attorney for Applicant present in court (name): Steve F. Werth, Esq.
   c. ☐ Attorney for United States trustee present in court
   d. ☒ Other persons present as reflected in the court record.

4. Applicant gave the required notice of the Application on (*specify date*): October 15, 2026 (*doc no. 789*)

5. The court orders as follows:
   a. ☒ Application for Payment of Interim Fees is approved as follows:
      (1) ☒ Total amount allowed: $62,013.00
      (2) ☒ Amount or percentage authorized for payment at this time: $62,013.00

   b. ☒ Application for Reimbursement of Interim Expenses is approved:
      ☒ Total amount allowed and authorized to be paid: $632.74

   c. ☐ Application for Payment of Final Fees is approved in the amount of: $ ____________

   d. ☐ Application for Reimbursement of Final Expenses is approved and authorized for payment:
      ☐ Total amount allowed: $ ____________

   e. (1) ☐ Application is denied
         ☐ in full
         ☐ in part
         ☐ without prejudice
         ☐ with prejudice
      (2) Grounds for denial *(specify):*

   f. ☐ The court further orders *(specify):*

###

Date: November 12, 2026

Vincent P. Zurzolo
United States Bankruptcy Judge