United States Bankruptcy Court
Central District of California

In re:
Seaton Investments, LLC
Debtor

Case No. 24-12079-VZ
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0973-2
User: admin

Date Rcvd: Nov 12, 2026
Form ID: pdf042
Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Seaton Investments, LLC, 264 S Oakhurst Dr, Beverly Hills, CA 90212-3504 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Avi Edward Muhtar | on behalf of Interested Party Haskell & Nurit Muhtar amuhtar@crownandstonelaw.com |
| Avi Edward Muhtar | on behalf of Interested Party Avi Muhtar amuhtar@crownandstonelaw.com |
| Bruce D Poltrock | on behalf of Creditor Archway Real Estate Income Fund I SPE I LLC bpoltrock@frandzel.com, sking@frandzel.com,autodocket@frandzel.com |
| Bruce D Poltrock | on behalf of Creditor Archway Broadway Loan SPE LLC, fka Archway Real Estate Income Fund I REIT, LLC bpoltrock@frandzel.com, sking@frandzel.com,autodocket@frandzel.com |
| Bryant S Delgadillo | on behalf of Creditor JPMorgan Chase Bank N.A. bryant.delgadillo@piblaw.com, rhonda.viers@piblaw.com |

Carol Chow
on behalf of Debtor Alan Gomperts Carol.Chow@saul.com
hannah.richmond@saul.com;easter.santamaria@saul.com;carol.chow@ecf.courtdrive.com;litigationdocketing@saul.com

Carol Chow
on behalf of Debtor Susan Halevy Carol.Chow@saul.com
hannah.richmond@saul.com;easter.santamaria@saul.com;carol.chow@ecf.courtdrive.com;litigationdocketing@saul.com

Carol Chow
on behalf of Debtor Daniel Halevy Carol.Chow@saul.com
hannah.richmond@saul.com;easter.santamaria@saul.com;carol.chow@ecf.courtdrive.com;litigationdocketing@saul.com

Christopher Cramer
on behalf of Interested Party Courtesy NEF secured@becket-lee.com

Christopher Crowell
on behalf of Creditor Harvest Small Business Finance LLC ccrowell@hrhlaw.com

David B Shemano
on behalf of Creditor AIRE Ancient Baths Los Angeles LLC dshemano@shemanolaw.com

Derrick Talerico
on behalf of Interested Party Negev Investments LLC dtalerico@ztlegal.com,
maraki@ztlegal.com,sfritz@ztlegal.com,admin@ztlegal.com

Derrick Talerico
on behalf of Debtor Colyton Investments LLC dtalerico@ztlegal.com,
maraki@ztlegal.com,sfritz@ztlegal.com,admin@ztlegal.com

Derrick Talerico
on behalf of Debtor Negev Investments LLC dtalerico@ztlegal.com,
maraki@ztlegal.com,sfritz@ztlegal.com,admin@ztlegal.com

Derrick Talerico
on behalf of Interested Party Broadway Avenue Investments LLC dtalerico@ztlegal.com,
maraki@ztlegal.com,sfritz@ztlegal.com,admin@ztlegal.com

Derrick Talerico
on behalf of Debtor Broadway Avenue Investments LLC dtalerico@ztlegal.com,
maraki@ztlegal.com,sfritz@ztlegal.com,admin@ztlegal.com

Derrick Talerico
on behalf of Debtor SLA Investments LLC dtalerico@ztlegal.com, maraki@ztlegal.com,sfritz@ztlegal.com,admin@ztlegal.com

Derrick Talerico
on behalf of Debtor Seaton Investments LLC dtalerico@ztlegal.com,
maraki@ztlegal.com,sfritz@ztlegal.com,admin@ztlegal.com

Derrick Talerico
on behalf of Interested Party Susan Halevy dtalerico@ztlegal.com maraki@ztlegal.com,sfritz@ztlegal.com,admin@ztlegal.com

Derrick Talerico
on behalf of Interested Party SLA Investments LLC dtalerico@ztlegal.com,
maraki@ztlegal.com,sfritz@ztlegal.com,admin@ztlegal.com

Derrick Talerico
on behalf of Interested Party Daniel Halevy dtalerico@ztlegal.com maraki@ztlegal.com,sfritz@ztlegal.com,admin@ztlegal.com

Garrick Vanderfin
on behalf of Creditor Korth Direct Mortgage Inc. gvanderfin@polsinelli.com
zyoung@Polsinelli.com;ladocketing@polsinelli.com

Gerrick Warrington
on behalf of Creditor Archway real estate income fund gwarrington@frandzel.com
achase@frandzel.com,autodocket@frandzel.com

Gerrick Warrington
on behalf of Creditor Archway Broadway Loan SPE LLC, fka Archway Real Estate Income Fund I REIT, LLC
gwarrington@frandzel.com, achase@frandzel.com,autodocket@frandzel.com

Gerrick Warrington
on behalf of Creditor Archway Real Estate Income Fund I SPE I LLC gwarrington@frandzel.com,
achase@frandzel.com,autodocket@frandzel.com

Gerrick Warrington
on behalf of Creditor Archway Broadway Loan SPE LLC gwarrington@frandzel.com,
achase@frandzel.com,autodocket@frandzel.com

Gerrick Warrington
on behalf of Plaintiff Archway Broadway Loan SPE LLC, a Delaware limited liability company gwarrington@frandzel.com,
achase@frandzel.com,autodocket@frandzel.com

Jacqueline L James

on behalf of Interested Party Harvest Small Business Finance LLC jjames@sheppard.com, gvidales@buchalter.com;docket@buchalter.com;pjolley@buchalter.com

Jacqueline L James
on behalf of Creditor Harvest Small Business Finance LLC jjames@sheppard.com, gvidales@buchalter.com;docket@buchalter.com;pjolley@buchalter.com

Jacquelyn H Choi
on behalf of Creditor LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR jacquelyn.Choi@rimonlaw.com docketingsupport@rimonlaw.com

Jennifer C Wong
on behalf of Interested Party Courtesy NEF bknotice@mccarthyholthus.com jwong@ecf.courtdrive.com

Jennifer C Wong
on behalf of Creditor Wells Fargo Bank N.A. bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

Jessica M. Simon
on behalf of Creditor Harvest Small Business Finance LLC jsimon@hrhlaw.com, mgranzow@hrhlaw.com

Kelly L Morrison
on behalf of U.S. Trustee United States Trustee (LA) kelly.l.morrison@usdoj.gov

Michael G Fletcher
on behalf of Creditor Archway Broadway Loan SPE LLC, fka Archway Real Estate Income Fund I REIT, LLC mfletcher@frandzel.com, sking@frandzel.com,autodocket@frandzel.com

Michael G Fletcher
on behalf of Plaintiff Archway Broadway Loan SPE LLC, a Delaware limited liability company mfletcher@frandzel.com, sking@frandzel.com,autodocket@frandzel.com

Michael G Fletcher
on behalf of Creditor Archway real estate income fund mfletcher@frandzel.com sking@frandzel.com,autodocket@frandzel.com

Michael G Fletcher
on behalf of Creditor Archway Real Estate Income Fund I SPE I LLC mfletcher@frandzel.com, sking@frandzel.com,autodocket@frandzel.com

Paige Selina Poupart
on behalf of Plaintiff Archway Broadway Loan SPE LLC, a Delaware limited liability company Ppoupart@smsm.com, achase@frandzel.com

Paige Selina Poupart
on behalf of Creditor Archway Real Estate Income Fund I SPE I LLC Ppoupart@smsm.com, achase@frandzel.com

Paige Selina Poupart
on behalf of Creditor Archway Broadway Loan SPE LLC, fka Archway Real Estate Income Fund I REIT, LLC Ppoupart@smsm.com, achase@frandzel.com

Paige T Rolfe
on behalf of Interested Party Negev Investments LLC prolfe@ztlegal.com, maraki@ztlegal.com,sfritz@ztlegal.com,admin@ztlegal.com

Paige T Rolfe
on behalf of Interested Party Broadway Avenue Investments LLC prolfe@ztlegal.com, maraki@ztlegal.com,sfritz@ztlegal.com,admin@ztlegal.com

Paige T Rolfe
on behalf of Interested Party SLA Investments LLC prolfe@ztlegal.com, maraki@ztlegal.com,sfritz@ztlegal.com,admin@ztlegal.com

Richard Girgado
on behalf of Creditor LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR rgirgado@counsel.lacounty.gov

Robert F Conte
on behalf of Creditor United States of America on behalf of Internal Revenue Service robert.conte@usdoj.gov caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov

Ryan Coy
on behalf of Interested Party Daniel Halevy ryan.coy@blankrome.com courtmail@blankrome.com

Ryan Coy
on behalf of Defendant Daniel Halevy ryan.coy@blankrome.com courtmail@blankrome.com

Ryan Coy
on behalf of Interested Party Susan Halevy ryan.coy@blankrome.com courtmail@blankrome.com

Ryan Coy
on behalf of Interested Party Alan Gomperts ryan.coy@blankrome.com courtmail@blankrome.com

Ryan Coy
on behalf of Defendant Susan Halevy ryan.coy@blankrome.com courtmail@blankrome.com

Ryan Coy
on behalf of Interested Party Courtesy NEF ryan.coy@blankrome.com courtmail@blankrome.com

Samantha White
on behalf of Creditor Wells Fargo Bank N.A. d/b/a Wells Fargo Auto samantha.white@wellsfargo.com

Scott R Albrecht
on behalf of Creditor First Foundation Bank salbrecht@gsaattorneys.com jackie.nguyen@sgsattorneys.com

Steven Werth
on behalf of Interested Party Daniel Halevy steven.werth@saul.com
swerth@ecf.courtdrive.com;hannah.richmond@saul.com;litigationdocketing@saul.com

Steven Werth
on behalf of Interested Party Alan Gomperts steven.werth@saul.com
swerth@ecf.courtdrive.com;hannah.richmond@saul.com;litigationdocketing@saul.com

Steven Werth
on behalf of Interested Party Susan Halevy steven.werth@saul.com
swerth@ecf.courtdrive.com;hannah.richmond@saul.com;litigationdocketing@saul.com

Tanya Behnam
on behalf of Creditor Korth Direct Mortgage Inc. tbehnam@polsinelli.com
tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com

Todd S. Garan
on behalf of Creditor Wells Fargo National Bank West ch11ecf@aldridgepite.com
TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

Todd S. Garan
on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing ch11ecf@aldridgepite.com
TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

Todd S. Garan
on behalf of Creditor Wells Fargo Bank N.A. ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

Todd S. Garan
on behalf of Creditor US Bank trust national Assocition not in its individual capacity, bot solely as owner trustee for GS Mortgage-Backed Securities Trust 2020-NQM1 ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

Todd S. Garan
on behalf of Interested Party Courtesy NEF ch11ecf@aldridgepite.com TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

Todd S. Garan
on behalf of Creditor Metropolitan Life Insurance Company ch11ecf@aldridgepite.com
TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

Todd S. Garan
on behalf of Creditor WELLS FARGO BANK N.A. ch11ecf@aldridgepite.com,
TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

Turner Falk
on behalf of Interested Party Daniel Halevy turner.falk@saul.com tnfalk@recap.email

Turner Falk
on behalf of Debtor Susan Halevy turner.falk@saul.com tnfalk@recap.email

Turner Falk
on behalf of Debtor Daniel Halevy turner.falk@saul.com tnfalk@recap.email

Turner Falk
on behalf of Interested Party Susan Halevy turner.falk@saul.com tnfalk@recap.email

Turner Falk
on behalf of Debtor Alan Gomperts turner.falk@saul.com tnfalk@recap.email

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Zev Shechtman
on behalf of Defendant Susan Halevy Zev.Shechtman@saul.com
Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com

Zev Shechtman
on behalf of Attorney Saul Ewing LLP Zev.Shechtman@saul.com
Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com

Zev Shechtman
on behalf of Interested Party Susan Halevy Zev.Shechtman@saul.com
Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com

Zev Shechtman
on behalf of Debtor Daniel Halevy Zev.Shechtman@saul.com
Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com

Zev Shechtman
on behalf of Debtor Susan Halevy Zev.Shechtman@saul.com
Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com

Zev Shechtman
on behalf of Interested Party Alan Gomperts Zev.Shechtman@saul.com
Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com

Zev Shechtman
on behalf of Interested Party Courtesy NEF Zev.Shechtman@saul.com
Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com

Zev Shechtman
on behalf of Debtor Alan Gomperts Zev.Shechtman@saul.com
Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com

Zev Shechtman
on behalf of Interested Party Daniel Halevy Zev.Shechtman@saul.com
Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com

Zev Shechtman
on behalf of Defendant Daniel Halevy Zev.Shechtman@saul.com
Zev.Shechtman@ecf.courtdrive.com;hannah.richmond@saul.com;LitigationDocketing@saul.com;Shelly.Guise@saul.com;Isaiah.Bribiesca@saul.com

TOTAL: 81

Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address
ZEV SHECHTMAN (BAR NO. 266280)
Zev.Shechtman@saul.com
Steven F. Werth (Bar No. 205434)
*Steven.Werth@saul.com*
SAUL EWING LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: (310) 255-6100
Facsimile: (310) 255-6200

☒ *Attorneys for*: Alan Gomperts, Daniel Halevy, and Susan Halevy, Debtors and Debtors-in-Possession

FOR COURT USE ONLY

FILED & ENTERED

NOV 12 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY mohammad DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -LOS ANGELES DIVISION**

In re: SEATON INVESTMENTS, LLC, et al.,
***Now a dismissed case***

Debtors and Debtors In Possession.

☐ Affects All Debtors.
☐ Affects Case No.: 2:24-12080-VZ Colyton Investments, LLC -***Now a dismissed case***
☐ Affects Case No.: 2:24-12081-VZ Broadway Avenue Investments, LLC
☐ Affects 2:24-12082-VZ SLA Investments, LLC
☐ Affects 2:24-12091-VZ Negev Investments, LLC
☒ Affects Case No.: 2:24-12074-VZ Alan Gomperts
☒ Affects Case No.: 2:24-12075-VZ Daniel Halevy
☒ Affects Case No.: 2:24-12076-VZ Susan Halevy

Debtor(s).

CASE NO.: Lead Case No. 2:24-bk-12079-VZ

Jointly Administered with Case Nos.: 2:24-bk-12080-VZ; 2:24-bk-12081-VZ; 2:24-bk-12082-VZ; 2:24-bk-12091-VZ; 2:24-bk-12074-VZ; 2:24-bk-12075-VZ and 2:24-bk-12076-VZ

CHAPTER: 11

**ORDER ON APPLICATION FOR PAYMENT OF:**
☒ **INTERIM FEES AND/OR EXPENSES (11 U.S.C. § 331)**
☐ **FINAL FEES AND/OR EXPENSES (11 U.S.C. § 330)**

DATE: November 5, 2026
TIME: 11:00 a.m.
COURTROOM: 1368
PLACE: 255 East Temple Street,
Los Angeles, CA 90012

1. Name of Applicant (*specify*): Saul Ewing LLP

2. This proceeding was heard at the date and place set forth above and was ☒ Contested ☐ Uncontested
A limited objection was filed by Creditor Archway Broadway Loan SPE, LLC, fka Archway Real Estate Income Fund I REIT, LLC on October 21, 2026 (doc. no. 792).

3. Appearances were made as follows:
   a. ☐ Applicant present in court
   b. ☒ Attorney for Applicant present in court (name): Steve F. Werth, Esq.
   c. ☐ Attorney for United States trustee present in court
   d. ☒ Other persons present as reflected in the court record.

4. Applicant gave the required notice of the Application on (*specify date*): October 15, 2026 (*doc no. 789*)

5. The court orders as follows:
   a. ☒ Application for Payment of Interim Fees is approved as follows:
      (1) ☒ Total amount allowed: $62,013.00
      (2) ☒ Amount or percentage authorized for payment at this time: $62,013.00

   b. ☒ Application for Reimbursement of Interim Expenses is approved:
      ☒ Total amount allowed and authorized to be paid: $632.74

   c. ☐ Application for Payment of Final Fees is approved in the amount of: $ _____________

   d. ☐ Application for Reimbursement of Final Expenses is approved and authorized for payment:
      ☐ Total amount allowed: $ _____________

   e. (1) ☐ Application is denied
         ☐ in full
         ☐ in part
         ☐ without prejudice
         ☐ with prejudice
      (2) Grounds for denial *(specify):*

   f. ☐ The court further orders *(specify):*

###

Date: November 12, 2026

Vincent P. Zurzolo
United States Bankruptcy Judge