Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address

Derrick Talerico (SBN 223763)
Paige T. Rolfe (SBN 331096)
WEINTRAUB ZOLKIN TALERICO LLP
12121 Wilshire Blvd., Suite 775
Los Angeles, CA 90025
Telephone: 424-500-8552
Email: dtalerico@ztlegal.com
prolfe@ztlegal.com

☐ Individual *appearing without an attorney*
☒ *Attorney for:* Corporate Debtors

FOR COURT USE ONLY

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

In re:

SEATON INVESTMENTS, LLC, et al.,

Debtors.

___ Affects all Debtors.
___ Affects Seaton Investments, LLC (now dismissed)
___ Affects Colyton Investments, LLC (now dismissed)
_X_ Affects Broadway Avenue Investments, LLC
_X_ Affects SLA Investments, LLC
_X_ Affects Negev Investments, LLC
___ Affects Susan Halevy
___ Affects Daniel Halevy
___ Affects Alan Gomperts

Debtor(s)

CASE NO.: 2:24-bk-12079-VZ

Jointly Administered with Case Nos.
2:24-bk-12080-VZ; 2:24-bk-12081-VZ;
2:24-bk-12082-VZ; 2:24-bk-12091-VZ;
2:24-bk-12076-VZ; 2:24-bk-12075-VZ
2:24-bk-12074-VZ

CHAPTER: 11

**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]): **Second Interim Application of Weintraub Zolkin Talerico & Selth LLP for Approval of Compensation and Reimbursement to Expenses**

PLEASE TAKE NOTE that the order titled Order Granting Second Interim Application of Weintraub Zolkin Talerico & Selth LLP for Approval of Compensation and Reimbursement of Expenses

was lodged on (*date*) November 17, 2026 and is attached. This order relates to the motion which is docket number 790.

[1] Please abbreviate if title cannot fit into text field.

<table>
<tr><td>
Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>
Derrick Talerico (SBN 223763)<br>
Paige T. Rolfe (SBN 331096)<br>
WEINTRAUB ZOLKIN TALERICO LLP<br>
12121 Wilshire Blvd., Suite 775<br>
Los Angeles, CA 90025<br>
Telephone: 424-500-8552<br>
Email: dtalerico@ztlegal.com<br>
prolfe@ztlegal.com<br><br>
☒ *Attorney for*: Corporate Debtors
</td><td>FOR COURT USE ONLY</td></tr>
<tr><td colspan="2">

**UNITED STATES BANKRUPTCY COURT**<br>
**CENTRAL DISTRICT OF CALIFORNIA -LOS ANGELES DIVISION**
</td></tr>
<tr><td>
In re:<br><br>
SEATON INVESTMENTS, LLC,<br><br>
Debtor.<br>
___________________________<br>
___ Affects all Debtors.<br>
___ Affects Seaton Investments, LLC *(dismissed)*<br>
___ Affects Colyton Investments, LLC *(dismissed)*<br>
_X_ Affects Broadway Avenue Investments, LLC<br>
_X_ Affects SLA Investments, LLC<br>
_X_ Affects Negev Investments, LLC<br>
___ Affects Susan Halevy<br>
___ Affects Daniel Halevy<br>
___ Affects Alan Gomperts<br><br>
Debtor(s).
</td><td>
CASE NO.: 2:24-bk-12079-VZ<br>
CHAPTER: 11<br><br>
**ORDER ON APPLICATION FOR PAYMENT OF:**<br>
☒ **INTERIM FEES AND/OR EXPENSES (11 U.S.C. § 331)**<br>
☐ **FINAL FEES AND/OR EXPENSES (11 U.S.C. § 330)**<br><br>
DATE: November 5, 2026<br>
TIME: 11:00 a.m.<br>
COURTROOM: 1368<br>
PLACE: 255 E Temple St.<br>
Los Angeles, CA 90012
</td></tr>
</table>

1. Name of Applicant (*specify*): Weintraub Zolkin Talerico LLP (formerly named Weintraub Zolkin Talerico & Selth LLP)
2. This proceeding was heard at the date and place set forth above and was ☒ Contested ☐ Uncontested
   An omnibus limited objection was filed by Creditor Archway Broadway Loan SPE, LLC [Dkt. No. 792]
3. Appearances were made as follows:
   a. ☐ Applicant present in court
   b. ☒ Attorney for Applicant present in court (name): Paige T. Rolfe, Esq.
   c. ☐ Attorney for United States trustee present in court
   d. ☒ Other persons present as reflected in the court record
4. Applicant gave the required notice of the Application on (*specify date*): October 15, 2026 (Dkt. No. 789)

5. The court orders as follows:
   a. ☒ Application for Payment of Interim Fees is approved as follows:
      (1) ☒ Total amount allowed:
      Broadway Avenue Investments, LLC: $259,392.00
      SLA Investments, LLC: $28,099.00
      Negev Investments, LLC: $4,991.50
      (2) ☒ Amount or percentage authorized for payment at this time as follows:
      Broadway Avenue Investments, LLC: $259,392.00
      SLA Investments, LLC: $28,099.00
      Negev Investments, LLC: $4,991.50
   b. ☒ Application for Reimbursement of Interim Expenses is approved and authorized for payment:
      ☒ Total amount allowed:
      Broadway Avenue Investments, LLC: $2,431.62
      SLA Investments, LLC: $248.00
      Negev Investments, LLC: $0
   c. ☐ Application for Payment of Final Fees is approved in the amount of: $ _____________
   d. ☐ Application for Reimbursement of Final Expenses is approved and authorized for payment:
      ☐ Total amount allowed: $ _____________
   e. (1) ☐ Application is denied
      ☐ in full
      ☐ in part
      ☐ without prejudice
      ☐ with prejudice
      (2) Grounds for denial *(specify):*
   f. ☐ The court further orders *(specify):*

###

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

12121 Wilshire Blvd, Suite 775, Los Angeles, CA 90025

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) November 17, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See attached NEF service list

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) _______________, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) November 17, 2026, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Vincent P. Zurzolo (via Priority Mail)
United States Bankruptcy Court
255 E. Temple St., Suite 1360
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 17, 2026 | Martha E. Araki | */s/ Martha E. Araki* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

Seaton Investments, LLC, et al. – Jointly Administered – Lead Case: 2:24-bk-12079-VZ

1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):

- Attorneys for Corporate Debtors Broadway Avenue Investments, LLC, Negev Investments, LLC, SLA Investments, LCC.: **Derrick Talerico, Paige T. Rolfe**: dtalerico@wztslaw.com; prolfe@wztslaw.com; maraki@wztslaw.com; sfritz@wztslaw.com; admin@wztslaw.com
- Attorneys for Individual Debtors Alan Gomperts, Daniel Halevy, Susan Halevy: **Zev Shechtman, Carol Chow, Turner Falk, Steven Werth**: zev.shechtman@saul.com; zshechtman@ecf.inforuptcy.com; carol.chow@saul.com; easter.santamaria@saul.com; turner.falk@saul.com; steven.werth@saul.com; hannah.richmond@saul.com; litigationdocketing@saul.com
- Attorneys for Creditor First Foundation Bank: **Scott R Albrecht**: scott.albrecht@gsaattorneys.com; jackie.nguyen@sgsattorneys.com
- Attorneys for Creditor Korth Direct Mortgage, Inc.: **Tanya Behnam, Garrick Vanderfin**: tbehnam@polsinelli.com; gvanderfin@polsinelli.com, tanyabehnam@gmail.com; ladocketing@polsinelli.com; zyoung@polsinelli.com; ccripe@polsinelli.com;
- Attorneys for Creditor Los Angeles County Treasurer and Tax Collector: **Jacquelyn H Choi**: jacquelyn.choi@rimonlaw.com; docketingsupport@rimonlaw.com
- Attorneys for Creditor United States of America on behalf of the Internal Revenue Service: **Robert F Conte**: robert.conte@usdoj.gov; caseview.ecf@usdoj.gov; usacac.tax@usdoj.gov
- Attorneys for Defendants Alan Gomperts, Daniel Halevy, Susan Halevy: **Ryan Coy**: ryan.coy@blankrome.com; courtmail@blankrome.com
- Courtesy NEF/Interested Party: **Christopher Cramer**: secured@becket-lee.com
- Attorneys for Creditor Harvest Small Business Finance, LLC: **Christopher Crowell, Jessica M Simon**: ccrowell@frandzel.com; rsantamaria@frandzel.com
- Attorneys for Creditors Archway Real Estate Income Fund I SPE I, LLC, Archway Broadway Loan SPE, LLC, fka Archway Real Estate Income Fund I REIT, LLC, Archway Real Estate Income Fund, and Plaintiff Archway Broadway Loan SPE, LLC: **Michael G. Fletcher, Bruce D. Poltrock, Gerrick Warrington**: mfletcher@frandzel.com; gwarrington@frandzel.com; bpoltrock@frandzel.com; sking@frandzel.com; achase@frandzel.com; autodocket@frandzel.com
- Attorneys for Creditors Metropolitan Life Insurance Company, NewRez LLC d/b/a Shellpoint Mortgage Servicing, *US Bank Trust National Association, not in its individual capacity, but solely as owner trustee for GS Mortgage-Backed Securities Trust 2020-NQM1, and* Wells Fargo National Bank West: **Todd S Garan**: ch11ecf@aldridgepite.com; TSG@ecf.inforuptcy.com; tgaran@aldridgepite.com
- Attorneys for Creditor Los Angeles County Treasurer and Tax Collector: **Richard Girgado**: rgirgado@counsel.lacounty.gov
- Attorneys for Creditor Harvest Small Business Finance, LLC: **Jacqueline L James**: jjames@buchalter.com; gvidales@buchalter.com; docket@buchalter.com
- Attorneys for Interested Parties Avi Muhtar, and Haskell & Nurit Muhtar: **Avi Edward Muhtar**: amuhtar@crownandstonelaw.com
- Attorneys for Creditors Archway Real Estate Income Fund I SPE I, LLC, Archway Broadway Loan SPE, LLC, fka Archway Real Estate Income Fund I REIT, LLC, Archway Real Estate Income Fund, and Plaintiff Archway Broadway Loan SPE, LLC: **Paige Selina Poupart**: ppoupart@smsm.com; achase@frandzel.com
- Attorneys for Creditor AIRE Ancient Baths Los Angeles, LLC: **David B Shemano**: dshemano@shemanolaw.com
- Attorneys for Creditor Harvest Small Business Finance, LLC: **Jessica M. Simon**: jsimon@hrhlaw.com; mgranzow@hrhlaw.com
- Attorneys for Creditor Wells Fargo Bank, N.A. dba Wells Fargo Auto: **Samantha White**: Samantha.white@wellsfargo.com
- Attorneys for Creditor Wells Fargo Bank, N.A.: **Jennifer C Wong**: bknotice@mccartyholthus.com; jwong@ecf.courtdrive.com
- US Trustee's Office: ustpregion16.la.ecf@usdoj.gov; **Kelly L. Morrison**: Kelly.l.morrison@usdoj.gov
-