| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Derrick Talerico (SBN 223763)<br>Paige T. Rolfe (SBN 331096)<br>WEINTRAUB ZOLKIN TALERICO LLP<br>12121 Wilshire Blvd., Suite 775<br>Los Angeles, CA 90025<br>Telephone: 424-500-8552<br>Email: dtalerico@ztlegal.com<br>prolfe@ztlegal.com<br><br>☒ *Attorney for*: Corporate Debtors | FILED & ENTERED<br>NOV 19 2026<br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY mohammad DEPUTY CLERK |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -LOS ANGELES DIVISION**

| In re: | CASE NO.: 2:24-bk-12079-VZ<br>CHAPTER: 11 |
|---|---|
| SEATON INVESTMENTS, LLC,<br><br>Debtor.<br><br>___ Affects all Debtors.<br>___ Affects Seaton Investments, LLC *(dismissed)*<br>___ Affects Colyton Investments, LLC *(dismissed)*<br>_X_ Affects Broadway Avenue Investments, LLC<br>_X_ Affects SLA Investments, LLC<br>_X_ Affects Negev Investments, LLC<br>___ Affects Susan Halevy<br>___ Affects Daniel Halevy<br>___ Affects Alan Gomperts<br><br>Debtor(s). | **ORDER ON APPLICATION FOR PAYMENT OF:**<br>☒ **INTERIM FEES AND/OR EXPENSES (11 U.S.C. § 331)**<br>☐ **FINAL FEES AND/OR EXPENSES (11 U.S.C. § 330)**<br><br>DATE: November 5, 2026<br>TIME: 11:00 a.m.<br>COURTROOM: 1368<br>PLACE: 255 E Temple St.<br>Los Angeles, CA 90012 |

1. Name of Applicant (*specify*): Weintraub Zolkin Talerico LLP (formerly named Weintraub Zolkin Talerico & Selth LLP)
2. This proceeding was heard at the date and place set forth above and was ☒ Contested ☐ Uncontested
   An omnibus limited objection was filed by Creditor Archway Broadway Loan SPE, LLC [Dkt. No. 792]
3. Appearances were made as follows:
   a. ☐ Applicant present in court
   b. ☒ Attorney for Applicant present in court (name): Paige T. Rolfe, Esq.
   c. ☐ Attorney for United States trustee present in court
   d. ☒ Other persons present as reflected in the court record
4. Applicant gave the required notice of the Application on (*specify date*): October 15, 2026 (Dkt. No. 789)

5. The court orders as follows:
   a. ☒ Application for Payment of Interim Fees is approved as follows:
      (1) ☒ Total amount allowed:
      Broadway Avenue Investments, LLC: $259,392.00
      SLA Investments, LLC: $28,099.00
      Negev Investments, LLC: $4,991.50
      (2) ☒ Amount or percentage authorized for payment at this time as follows:
      Broadway Avenue Investments, LLC: $259,392.00
      SLA Investments, LLC: $28,099.00
      Negev Investments, LLC: $4,991.50
   b. ☒ Application for Reimbursement of Interim Expenses is approved and authorized for payment:
      ☒ Total amount allowed:
      Broadway Avenue Investments, LLC: $2,431.62
      SLA Investments, LLC: $248.00
      Negev Investments, LLC: $0
   c. ☐ Application for Payment of Final Fees is approved in the amount of: $ ____________
   d. ☐ Application for Reimbursement of Final Expenses is approved and authorized for payment:
      ☐ Total amount allowed: $ ____________
   e. (1) ☐ Application is denied
      ☐ in full
      ☐ in part
      ☐ without prejudice
      ☐ with prejudice
      (2) Grounds for denial *(specify):*
   f. ☐ The court further orders *(specify):*

###

Date: November 19, 2026

Vincent P. Zurzolo
United States Bankruptcy Judge