ORDER No. ________

# UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

## TRANSCRIPT ORDER FORM

CHAPTER 11

APPEAL? ☐ Yes ☒ No

APPEAL No. ________ (if known)

(File this form on the related case docket)

Ordering Party's Name: Heather J. Canning Attorney Bar# 272394

Law Firm: Frandzel Robins Bloom & Csato, L.C.

Mailing Address: 1000 Wilshire Blvd., 19th Fl., Los Angeles, CA 90017

Person to Contact (**If Judge-ordered: Transcriber to contact Procurement****): Heather J. Canning

Telephone: (323) 852-1000 E-mail: hcanning@frandzel.com; rsantamaria@frandzel.com

Bankruptcy Case #: 2:24-bk-12079-VZ Adversary Proceeding #/MP #: ________

Date of Hearing (**complete a SEPARATE form for EACH hearing date**): 11/5/26 Time: 11:00 am

Debtor: Seaton Investments, LLC

Adversary Proceeding Name: ________ vs. ________

Hearing Judge: Hon. Vincent P. Zurzolo Courtroom #: 1368

**TRANSCRIBER:** Ben Hyatt **ALTERNATE:** Briggs Reporting

(Select from the Court-approved list of Transcription Service Providers. This provider will contact you regarding payment)

**341(a) MEETING OF CREDITORS:** The Meeting of Creditors is recorded by the Trustee. **DO NOT USE THIS FORM**. For *341(a) Recording Request Procedures*, visit the U.S. Trustee website www.justice.gov/ust/r16

**Transcript Type:**

**NOTE:** The Court is not responsible for determining if a hearing has been previously transcribed. Check the case docket to determine if a filed transcript already exists or is being transcribed before filing this form.

**Copy of Existing Transcript:** Contact the transcriber directly for a copy.

- ☐ 30 Days (Ordinary)
- ☐ 14 Days
- ☒ 7 Days
- ☐ 3 Days
- ☐ Next Day (24 hours
- ☒ Entire Hearing
- ☐ Ruling/Opinion of Judge only
- ☐ Testimony of Witness ________ (name of witness)
- ☐ Other*

*Special Instructions: Affects Cases 2:24-12074-VZ; 2:24-12075; and 2:24-12075-VZ

**Transcript due dates** are computed from the date the deposit is received by the Transcriber. The cost of a transcript varies for each type. See *Transcript Ordering Instructions*, ***Transcript Costs/Forms of Payment***.

## TO BE COMPLETED BY THE COURT

☐ **Judge Ordered Transcript****: Clerk must **docket this form**; CM/ECF will automatically notify Procurement.

Date Request Filed: ________ Date Sent to Transcriber: ________ By ☐ FDS ☐ Mail ☐ Messenger

Digital Recording (or Analog Tape Recording)

(Tape #: _____)Time Start (Index #): _______Time End (Index #):______Time Start: _______Time End: ______

(Tape #: _____)Time Start (Index #):_______Time End (Index #):______Time Start: _______Time End: ______

Court Recorder: ________ Division: ________ Processed by: ________

## **TRANSCRIBER INSTRUCTIONS

**Judge-ordered transcripts:** email price quote & invoice to procurement@cacb.uscourts.gov. Provide quote prior to transcribing.